## EXHIBIT L

In re: Bernard L. Madoff Investment Securities LLC and
Bernard L. Madoff, Debtors

Irving H. Picard, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

v.

Fairfield Sentry Limited, et al.

Adv. Pro. No. 09-1239 (BRL)


**Exhibits 1-111 to the Amended Complaint as listed on the attached
index are available for review upon written or telephonic request to:**


Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Nikki Landrio
Tel: (212) 589-4221
Email: nlandrio@bakerlaw.com

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Exemplar BLMIS account agreements for Fairfield Sentry Limited |
| 2 | Summary chart of Fairfield Sentry Limited's withdrawals from its BLMIS accounts |
| 3 | FGG press release dated May 12, 2009 |
| 4 | Exemplar BLMIS account agreements for Greenwich Sentry, L.P. |
| 5 | Summary chart of Greenwich Sentry, L.P.'s withdrawals from its BLMIS account |
| 6 | Exemplar BLMIS account agreements for Greenwich Sentry Partners, L.P. |
| 7 | Summary chart of Greenwich Sentry Partners, L.P.'s withdrawals from its BLMIS account |
| 8 | Fairfield Sigma Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 9 | Fairfield Lambda Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 10 | Chester Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 11 | Chester Global Strategy Fund, L.P.'s redemption confirmation for a withdrawal from Greenwich Sentry, L.P. |
| 12 | Irongate Global Strategy Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 13 | Fairfield Greenwich Fund (Luxembourg)'s redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 14 | Internal FGG chart showing Fairfield Guardian Fund's redemptions from Fairfield Sentry Limited |
| 15 | Fairfield Investment Fund Limited's redemption confirmations for withdrawals from Fairfield Sentry Limited |
| 16 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (USD) Fund, for withdrawals from Fairfield Sentry Limited |
| 17 | Fairfield Investment Trust's redemption confirmations, made through Fairfield GCI (JPY) Fund, for withdrawals made from Fairfield Sentry Limited |
| 18 | FIF Advanced, Ltd.'s redemption confirmations for withdrawals made from Fairfield Sentry Limited |
| 19 | Sentry Select Limited's redemption confirmation for a withdrawal from Fairfield Sentry Limited |
| 20 | Stable Fund's redemption confirmation for the October 2008 withdrawal made from Fairfield Sentry Limited |
| 21 | July 2, 2003 email from FGG's Thomann to Tucker and Boele |
| 22 | Excerpt from an FGG chart that contains the proposed shareholder register for Fairfield Greenwich Limited |
| 23 | April 2009 Vanity Fair article entitled, "Greenwich Mean Time" |
| 24 | March 31, 2009 Wall Street Journal article entitled, "The Charming Mr. Piedrahita Finds Himself Caught in the Madoff Storm" |
| 25 | FGG employment offer letter to Vijayvergiya |
| 26 | FGG's split-strike conversion strategy summary |

| Exhibit Number | Exhibit Description |
|---|---|
| 27 | Worksheets detailing FGG partner compensation for 2008 |
| 28 | May 22, 2003 email from Landsberger to Tucker |
| 29 | July 15, 2004 email from Toub to Vijayvergiya |
| 30 | March 25, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Ludwig |
| 31 | August 22, 2003 email from Blum to Vijayvergiya and Landsberger |
| 32 | April 5, 2004 email from FGG's Chaudhuri to Tucker |
| 33 | June 24, 2004 email from Vijayvergiya to Lipton, McKeefry, and FGG's Ludwig |
| 34 | August 7, 2004 email from Vijayvergiya to Landsberger and McKenzie |
| 35 | January 14, 2003 email from Blum to Tucker, Bowes, Greisman, and FGG's Nevin |
| 36 | March 25, 2003 email from Blum to Lipton and Tucker |
| 37 | April 9, 2004 email from FGG's Boncompagni to Boele, Vijayvergiya, Tucker, Blum, Greisman, Lipton, Smith, and others at FGG |
| 38 | March 15, 2008 email from Landsberger to Smith, Toub, della Schiava, Vijayvergiya, Tucker, and the Executive Committee |
| 39 | Transcript of the telephone call between McKeefry, Vijayvergiya, and Madoff |
| 40 | June 2001 letter to Fairfield Sentry Limited's investors |
| 41 | August 2008 emails between Vijayvergiya, Murphy, Piedrahita, Landsberger, Toub, Tucker, and the Executive Committee |
| 42 | Notes of the SEC's telephone interview of Vijayvergiya and McKeefry |
| 43 | SEC phone log exhibit from the SEC Office of Inspector General's Report on Madoff |
| 44 | SEC Case Closing Recommendation for BLMIS |
| 45 | October 2002 marketing brochure for Fairfield Sentry Limited |
| 46 | December 19, 2003 email from Vijayvergiya to FGG's Musciacco |
| 47 | September 19, 2003 email from Blum to Tucker |
| 48 | November 24, 2003 email from Blum to Landsberger, Greisman, Tucker, and Piedrahita |
| 49 | May 2005 transcript of mock investor phone interview between Lipton and Vijayvergiya during a sales team training session |
| 50 | May 7, 2008 memorandum summarizing an investor meeting with FGG |
| 51 | December 2, 2003 email from FGG's della Schiava to Noel, Piedrahita, Tucker, and Blum |
| 52 | September 5, 2005 email from Capital Research's Jan Buren to FGG's Carla Castillo |
| 53 | September 1, 2005 email from FGG's Castillo to Vijayvergiya |
| 54 | September 12, 2005 email from FGG's Castillo to Lipton |
| 55 | Excerpts from the transcript of Lipton's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 56 | November 2, 2005 FGG Investment Team Presentation |
| 57 | Notes taken during a 2006 due diligence meeting on Fairfield Sentry Limited |
| 58 | Fairfield Sentry Limited Due Diligence Questionnaire |
| 59 | August 20, 2008 email from Lipton to Vijayvergiya |
| 60 | Fairfield Sentry Limited's October 2008 marketing tear sheet |
| 61 | August 6, 2003 email from Vijayvergiya to CBG Investment Advisors Inc.'s Martin |
| 62 | April 15, 2008 email from Lipton to McKenzie |

| Exhibit Number | Exhibit Description |
|---|---|
| 63 | BLMIS's Master Agreement for OTC Options |
| 64 | May 26, 2005 email from Vijayvergiya to Tucker |
| 65 | June 4, 2008 memorandum summarizing Vijayvergiya's telephone conference with Madoff |
| 66 | July 23, 2008 email from Vijayvergiya to Barreneche |
| 67 | February 27, 2004 email from Vijayvergiya to FGG's Musciacco |
| 68 | December 11, 2003 email from Vijayvergiya to della Schiava |
| 69 | February 1, 2005 email from FGG's Perry to Tucker |
| 70 | June 21, 2007 email from Piedrahita to Landsberger, Vijavergiya, Lipton, and the Executive Committee |
| 71 | June 10, 2008 email from Vijayvergiya to McKenzie and FGG's Attavar |
| 72 | May 2008 internal FGG notes in response to investor questions |
| 73 | June 2, 2008 email from FGG's Horn to Vijayvergiya |
| 74 | October 21, 2008 email from Merrill Lynch's Craane to Barreneche |
| 75 | Spreadsheet accompanying a May 2008 report from Berman |
| 76 | June 13, 2008 email from Berman to Vijayvergiya |
| 77 | Berman's notes from a June 25, 2008 telephone call with FGG |
| 78 | December 10, 2008 draft letter from Tucker to Madoff |
| 79 | December 12, 2008 FGG press release |
| 80 | February 5, 2009 Wall Street Journal article entitled, "Markopolos Testifies Fairfield Knew Little About Madoff" |
| 81 | December 14, 2008 Salus Alpha Group press release |
| 82 | May 2001 MAR/Hedge article entitled, "Madoff tops charts; skeptics ask how" |
| 83 | May 7, 2001 Barron's article entitled, "Don't Ask, Don't Tell" |
| 84 | Excerpts from the transcript of Noel's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 85 | Excerpts from the transcript of Tucker's testimony before the Office of the Secretary of the Commonwealth of Massachusetts |
| 86 | May 23, 2005 email from FGG's Ross to Vijayvergiya |
| 87 | September 24, 2003 email from della Schiava to FGG's Barco |
| 88 | March 2003 article entitled, "Understanding and Mitigating Operational Risk in Hedge Fund Investments" |
| 89 | 2004 article entitled, "Valuation issues and operational risk in hedge funds" |
| 90 | 2006 article entitled, "Hedge fund operational risk: meeting the demand for higher transparency and best practice" |
| 91 | May 11, 2001 email from Thorp to Dillon |
| 92 | November 11, 2004 redacted email from Cambridge Associates LLC's Sherman to Cambridge Associates LLC's Kleeblatt and Woolston |
| 93 | December 17, 2008 New York Times article entitled, "European Banks Tally Losses Linked to Fraud" |
| 94 | December 15, 2008 email from Acorn Partners LP's Rosenkranz to Zuckerman and Probert |
| 95 | December 12, 2008 email from Acorn Partners LP to its investors |

| Exhibit Number | Exhibit Description |
|---|---|
| 96 | February 25, 2004 email from Noel to Piedrahita, Tucker, Toub, Landsberger, and Caledon Partners' Horne |
| 97 | January 7, 2009 Bloomberg article entitled, "Credit Suisse Urged Clients to Dump Madoff Funds" |
| 98 | June 15, 2005 email from Merrill Lynch's El Hicheri to Dutruit |
| 99 | December 2006 email from Merrill Lynch's El Hicheri to Fuehrer |
| 100 | February 6, 2008 email from Merrill Lynch's Personne to Homes and Alberici |
| 101 | 2007 report by Aksia |
| 102 | December 11, 2008 letter from Aksia's Vos to his clients and friends |
| 103 | August 14, 2007 email from Institutional Investor Inc.'s Ocrant to Vos |
| 104 | August 23, 2007 email from Aksia's Gray to Vos |
| 105 | December 19, 2008 email from Sitrick and Company's Kabrin to FGG's Ludwig |
| 106 | February 5, 2009 email from Sitrick and Company's Kabrin to Thorne |
| 107 | December 31, 2008 Bloomberg Businessweek article entitled, "The Madoff Case Could Reel in Former Investors" |
| 108 | December 15, 2008 Albourne press release entitled, "Albourne on Madoff" |
| 109 | August 2009 SEC Office of Inspector General's report on Madoff |
| 110 | April 2004 Limited Partnership Agreement for Greenwich Sentry, L.P. |
| 111 | April 2004 Limited Partnership Agreement for Greenwich Sentry Partners, L.P. |

# Exhibit 8



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 4806302 |
| Date | : Jul-29-2009 |
| Order No. | : 2776002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| | | |
| No. of voting shares Redeemed | | 1,996.9900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,800,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,800,000.00 |
| | | |
| Amount to be Paid | USD | 1,800,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,800,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358108-1250-R001460

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5052202
Date         : Jul-29-2009
Order No.    : 3053902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 3,264.3100 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 3,000,000.00 |
| Net Redemption Proceeds | USD | 3,000,000.00 |
| Amount to be Paid | USD | 3,000,000.00 |
| Proceeds Paid to Date | USD | 3,000,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358108-1250-R001549
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5193102
Date         : Jul-29-2009
Order No.    : 3267402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| No. of voting shares Redeemed | | 750.8800 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| Net Redemption Proceeds | USD | 700,000.00 |
| Amount to be Paid | USD | 700,000.00 |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: 358108-1250-R001581
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID : 03302
Holder ID : 00005502
Account ID : 0002156
Contract No. : 5325902
Date : Jul-29-2009
Order No. : 3327602
Email : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 2,782.7800 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,600,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,600,000.00 |
| | | |
| Amount to be Paid | USD | 2,600,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,600,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358108-1250-R1599
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**C I T C O**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5326002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| No. of voting shares Redeemed | | 11,238.1400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 10,500,000.00 |
| Net Redemption Proceeds | USD | 10,500,000.00 |
| Amount to be Paid | USD | 10,500,000.00 |
| Proceeds Paid to Date | USD | 10,500,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: 358108-1250-R1601

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Telenort*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*

C I T C O
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID : 03302
Holder ID : 00005502
Account ID : 0002156
Contract No. : 5439002
Date : Jul-29-2009
Order No. : 3422502
Email : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 636.2500 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 600,000.00 |
| Net Redemption Proceeds | USD | 600,000.00 |
| Amount to be Paid | USD | 600,000.00 |
| Proceeds Paid to Date | USD | 600,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 358108-1250-R001628

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com



**CITCO**
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5586802 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3625802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2003 |
| Trade Date | | Oct-31-2003 |
| Payment Date | | Nov-19-2003 |
| | | |
| No. of voting shares Redeemed | | 2,250.1200 |
| Redemption Price | USD | 955.5033 |
| Gross Redemption Proceeds | USD | 2,150,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,150,000.00 |
| | | |
| Amount to be Paid | USD | 2,150,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,150,000.00 |

Your balance following this transaction will be 748,630.1300 voting shares .

Note: YREF 358108-1250-R001657
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5836302 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3884302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2003 |
| Trade Date | | Jan-01-2004 |
| Payment Date | | Jan-21-2004 |
| | | |
| No. of voting shares Redeemed | | 9,030.7100 |
| Redemption Price | USD | 957.8430 |
| Gross Redemption Proceeds | USD | 8,650,000.00 |
| | | |
| Net Redemption Proceeds | USD | 8,650,000.00 |
| | | |
| Amount to be Paid | USD | 8,650,000.00 |
| | | |
| Proceeds Paid to Date | USD | 8,650,000.00 |

Your balance following this transaction will be 758,353.5900 voting shares .

Note: YREF 358108-1250-R001696
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6043902 |
| Date | : Jul-29-2009 |
| Order No. | : 4018002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2004 |
| Trade Date | | Feb-01-2004 |
| Payment Date | | Feb-18-2004 |
| No. of voting shares Redeemed | | 2,223.6700 |
| Redemption Price | USD | 966.8686 |
| Gross Redemption Proceeds | USD | 2,150,000.00 |
| Net Redemption Proceeds | USD | 2,150,000.00 |
| Amount to be Paid | USD | 2,150,000.00 |
| Proceeds Paid to Date | USD | 2,150,000.00 |

Your balance following this transaction will be 759,124.0700 voting shares .

Note: YREF 358108-1250-R1709
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID    : 03302
Holder ID  : 00005502
Account ID : 0002156
Contract No. : 6339302
Date       : Jul-29-2009
Order No.  : 4195502
Email      : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-24-2004 |
| No. of voting shares Redeemed | | 7,563.7700 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 7,350,000.00 |
| Net Redemption Proceeds | USD | 7,350,000.00 |
| Amount to be Paid | USD | 7,350,000.00 |
| Proceeds Paid to Date | USD | 7,350,000.00 |

Your balance following this transaction will be 705,592.8000 voting shares .

Note: Y REF 358108-1250-R001745
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 6540102 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4291202 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| | | |
| No. of voting shares Redeemed | | 4,834.1000 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 4,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,700,000.00 |
| | | |
| Amount to be Paid | USD | 4,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,700,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: Y REF 358108-1250-R1760
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 6540202
Date         : Jul-29-2009
Order No.    : 4428802
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| | | |
| No. of voting shares Redeemed | | 8,639.6700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 8,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 8,400,000.00 |
| | | |
| Amount to be Paid | USD | 8,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 8,400,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: REF 358108-1250-R1773
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6790102 |
| Date | : Jul-29-2009 |
| Order No. | : 4624802 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| | | |
| No. of voting shares Redeemed | | 7,885.5400 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 7,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 7,700,000.00 |
| | | |
| Amount to be Paid | USD | 7,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 7,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: Your ref 358108-1250-R001798
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone – Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**

*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7022402 |
| Date | : Jul-29-2009 |
| Order No. | : 4762002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 2,543.4600 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 2,500,000.00 |
| Net Redemption Proceeds | USD | 2,500,000.00 |
| Amount to be Paid | USD | 2,500,000.00 |
| Proceeds Paid to Date | USD | 2,500,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 358108-1250-R001832

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7413502
Date         : Jul-29-2009
Order No.    : 5069602
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2004 |
| Trade Date | | Aug-01-2004 |
| Payment Date | | Aug-13-2004 |
| | | |
| No. of voting shares Redeemed | | 3,211.8000 |
| Redemption Price | USD | 996.3257 |
| Gross Redemption Proceeds | USD | 3,200,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,200,000.00 |
| | | |
| Amount to be Paid | USD | 3,200,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,200,000.00 |

Your balance following this transaction will be 660,533.8000 voting shares .

Note: Y REF 358108-1250-R001870
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 7590102 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 5198102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 841.9600 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 850,000.00 |

| | | |
|---|---|---|
| Net Redemption Proceeds | USD | 850,000.00 |
| Amount to be Paid | USD | 850,000.00 |
| Proceeds Paid to Date | USD | 850,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 358108-1250-R001892
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 9616002
Date         : Jul-29-2009
Order No.    : 6892402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2005 |
| Trade Date | | Jun-01-2005 |
| Payment Date | | Jun-15-2005 |
| | | |
| No. of voting shares Redeemed | | 8,987.3800 |
| Redemption Price | USD | 1,051.4739 |
| Gross Redemption Proceeds | USD | 9,450,000.00 |
| | | |
| Net Redemption Proceeds | USD | 9,450,000.00 |
| | | |
| Amount to be Paid | USD | 9,450,000.00 |
| | | |
| Proceeds Paid to Date | USD | 9,450,000.00 |

Your balance following this transaction will be 983,989.9100 voting shares .

Note: Y REF 358108-1250-R002085
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 9841102 |
| Date | : Jul-29-2009 |
| Order No. | : 7119302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 7,857.1700 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 8,300,000.00 |
| | | |
| Net Redemption Proceeds | USD | 8,300,000.00 |
| | | |
| Amount to be Paid | USD | 8,300,000.00 |
| | | |
| Proceeds Paid to Date | USD | 8,300,000.00 |

Your balance following this transaction will be 969,028.1300 voting shares .

Note: Y REF 358108-1250-R002127

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 10554902 |
| Date | : Jul-29-2009 |
| Order No. | : 7784802 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2005 |
| Trade Date | | Oct-01-2005 |
| Payment Date | | Oct-14-2005 |
| | | |
| No. of voting shares Redeemed | | 15,390.2200 |
| Redemption Price | USD | 1,068.8606 |
| Gross Redemption Proceeds | USD | 16,450,000.00 |
| | | |
| | | |
| Net Redemption Proceeds | USD | 16,450,000.00 |
| | | |
| Amount to be Paid | USD | 16,450,000.00 |
| | | |
| Proceeds Paid to Date | USD | 16,450,000.00 |

Your balance following this transaction will be 919,371.5600 voting shares .

Note: Y REF 358108-1250-R002244

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID     : 00005502
Account ID   : 0002156
Contract No. : 10823002
Date           : Jul-29-2009
Order No.    : 7979702
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2005 |
| Trade Date | | Nov-01-2005 |
| Payment Date | | Nov-17-2005 |
| | | |
| No. of voting shares Redeemed | | 17,679.0300 |
| Redemption Price | USD | 1,086.0325 |
| Gross Redemption Proceeds | USD | 19,200,000.00 |
| | | |
| Net Redemption Proceeds | USD | 19,200,000.00 |
| | | |
| Amount to be Paid | USD | 19,200,000.00 |
| | | |
| Proceeds Paid to Date | USD | 19,200,000.00 |

Your balance following this transaction will be 879,202.0400 voting shares .

Note: Y REF 358108-1250-R002283
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 11163302 |
| Date | : Jul-29-2009 |
| Order No. | : 8291702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2005 |
| Trade Date | | Dec-01-2005 |
| Payment Date | | Dec-19-2005 |
| | | |
| No. of voting shares Redeemed | | 7,539.8500 |
| Redemption Price | USD | 1,094.1856 |
| Gross Redemption Proceeds | USD | 8,250,000.00 |
| | | |
| Net Redemption Proceeds | USD | 8,250,000.00 |
| Amount to be Paid | USD | 8,250,000.00 |
| Proceeds Paid to Date | USD | 8,250,000.00 |

Your balance following this transaction will be 845,489.8300 voting shares .

Note: Y REF 358108-1250-R002325
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40002802 |
| Date | : Jul-29-2009 |
| Order No. | : 8478302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2005 |
| Trade Date | | Jan-01-2006 |
| Payment Date | | Jan-19-2006 |
| No. of voting shares Redeemed | | 1,363.5400 |
| Redemption Price | USD | 1,100.0759 |
| Gross Redemption Proceeds | USD | 1,500,000.00 |
| Net Redemption Proceeds | USD | 1,500,000.00 |
| Amount to be Paid | USD | 1,500,000.00 |
| Proceeds Paid to Date | USD | 1,500,000.00 |

Your balance following this transaction will be 827,390.1200 voting shares .

Note: Y REF 358108-1250-R002378
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 40615502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 12394002 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2006 |
| Trade Date | | Mar-01-2006 |
| Payment Date | | Mar-17-2006 |
| | | |
| No. of voting shares Redeemed | | 21,938.1700 |
| Redemption Price | USD | 1,109.9376 |
| Gross Redemption Proceeds | USD | 24,350,000.00 |
| | | |
| Net Redemption Proceeds | USD | 24,350,000.00 |
| | | |
| Amount to be Paid | USD | 24,350,000.00 |
| | | |
| Proceeds Paid to Date | USD | 24,350,000.00 |

Your balance following this transaction will be 808,219.8500 voting shares .

Note: Y REF 358108-1250-R002478
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40979002 |
| Date | : Jul-29-2009 |
| Order No. | : 12708102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2006 |
| Trade Date | | Apr-01-2006 |
| Payment Date | | Apr-20-2006 |
| | | |
| No. of voting shares Redeemed | | 1,422.9200 |
| Redemption Price | USD | 1,124.4462 |
| Gross Redemption Proceeds | USD | 1,600,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,600,000.00 |
| | | |
| Amount to be Paid | USD | 1,600,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,600,000.00 |

Your balance following this transaction will be 776,281.6400 voting shares .

Note: Y REF 358108-1250-R002517
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 41923502 |
| Date | : Jul-29-2009 |
| Order No. | : 13398702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2006 |
| Trade Date | | Jul-01-2006 |
| Payment Date | | Jun-26-2006 |
| No. of voting shares Redeemed | | 10,314.7300 |
| Redemption Price | USD | 1,148.8427 |
| Gross Redemption Proceeds | USD | 11,850,000.00 |
| Net Redemption Proceeds | USD | 11,850,000.00 |
| Amount to be Paid | USD | 11,850,000.00 |
| Proceeds Paid to Date | USD | 11,850,000.00 |

Your balance following this transaction will be 806,900.6500 voting shares .

Note: Y REF 358108-1250-R2624
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 58086102 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 22256102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2006 |
| Trade Date | | Jan-01-2007 |
| Payment Date | | Dec-14-2006 |
| | | |
| No. of voting shares Redeemed | | 540.2000 |
| Redemption Price | USD | 1,203.2567 |
| Gross Redemption Proceeds | USD | 650,000.00 |
| | | |
| Net Redemption Proceeds | USD | 650,000.00 |
| | | |
| Amount to be Paid | USD | 650,000.00 |
| | | |
| Proceeds Paid to Date | USD | 650,000.00 |

Your balance following this transaction will be 892,314.2500 voting shares .

Note: Y REF 358108-1250-R2845
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax: (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |



**CITCO**

Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 61456602 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 25485702 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2007 |
| Trade Date | | Jun-01-2007 |
| Payment Date | | Jun-15-2007 |
| | | |
| No. of voting shares Redeemed | | 3,006.9270 |
| Redemption Price | USD | 1,247.1204 |
| Gross Redemption Proceeds | USD | 3,750,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,750,000.00 |
| | | |
| Amount to be Paid | USD | 3,750,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,750,000.00 |

Your balance following this transaction will be 1,010,601.2293 voting shares .

Note: 358108-1250-R3068
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV

CITCO GLOBAL SECURITIES SERVICES LTD

2600 CORK AIRPORT BUSINESS PARK

KINSALE ROAD

CORK

IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 00012302
Contract No. : 62859502
Date         : Jul-29-2009
Order No.    : 26657202
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2007 |
| Trade Date | | Sep-01-2007 |
| Payment Date | | Sep-19-2007 |
| No. of voting shares Redeemed | | 9,941.1753 |
| Redemption Price | USD | 1,257.3966 |
| Gross Redemption Proceeds | USD | 12,500,000.00 |
| Net Redemption Proceeds | USD | 12,500,000.00 |
| Amount to be Paid | USD | 12,500,000.00 |
| Proceeds Paid to Date | USD | 12,500,000.00 |

Your balance following this transaction will be 756,511.4711 voting shares .

Note: REF 358108-1250-R003199

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

```
   CITCO
 Citco Fund Services
    (Europe) B.V.
```

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 00012302 |
| KINSALE ROAD | Contract No. : 63533702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 27577502 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Sep-28-2007 |
| | | |
| No. of voting shares Redeemed | | 1,776.8714 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 2,255,802.03 |
| | | |
| Net Redemption Proceeds | USD | 2,255,802.03 |
| | | |
| Amount to be Paid | USD | 2,255,802.03 |
| | | |
| Proceeds Paid to Date | USD | 2,255,802.03 |

Your balance following this transaction will be 787,975.0933 voting shares .

Note: 3581081250-R3269/ REDEMPTION IN KIND
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 00012302 |
| Contract No. | : 64268602 |
| Date | : Jul-29-2009 |
| Order No. | : 28077302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2007 |
| Trade Date | | Dec-01-2007 |
| Payment Date | | Nov-23-2007 |
| | | |
| No. of voting shares Redeemed | | 1,435.6153 |
| Redemption Price | USD | 1,288.6461 |
| Gross Redemption Proceeds | USD | 1,850,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,850,000.00 |
| | | |
| Amount to be Paid | USD | 1,850,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,850,000.00 |

Your balance following this transaction will be 854,696.7762 voting shares .

Note: Y/REF 358108-1250-R3320
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO

Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 00012302 |
| KINSALE ROAD | Contract No. : 64587102 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 28586602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2007 |
| Trade Date | | Jan-01-2008 |
| Payment Date | | Jan-17-2008 |
| | | |
| No. of voting shares Redeemed | | 29,110.8937 |
| Redemption Price | USD | 1,291.6127 |
| Gross Redemption Proceeds | USD | 37,600,000.00 |
| | | |
| Net Redemption Proceeds | USD | 37,600,000.00 |
| | | |
| Amount to be Paid | USD | 37,600,000.00 |
| | | |
| Proceeds Paid to Date | USD | 37,600,000.00 |

Your balance following this transaction will be 825,585.8825 voting shares .

Note: Y/REF 358108-1250-R3356
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 00012302 |
| KINSALE ROAD | Contract No. : 66513902 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 30146102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2008 |
| Trade Date | | May-01-2008 |
| Payment Date | | May-15-2008 |
| | | |
| No. of voting shares Redeemed | | 21,291.9774 |
| Redemption Price | USD | 1,315.0493 |
| Gross Redemption Proceeds | USD | 28,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 28,000,000.00 |
| | | |
| Amount to be Paid | USD | 28,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 28,000,000.00 |

Your balance following this transaction will be 910,584.4655 voting shares .

Note: REF 358108-1250-R003510
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID   : 00342402
Account ID  : 00012302
Contract No. : 68869202
Date        : Jul-29-2009
Order No.   : 31046202
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2008 |
| Trade Date | | Jun-01-2008 |
| Payment Date | | May-31-2008 |
| No. of voting shares Redeemed | | 110.9195 |
| Redemption Price | USD | 1,325.7227 |
| Gross Redemption Proceeds | USD | 147,048.50 |
| Net Redemption Proceeds | USD | 147,048.50 |
| Amount to be Paid | USD | 147,048.50 |
| Proceeds Paid to Date | USD | 147,048.50 |

Your balance following this transaction will be 915,602.8238 voting shares .

Note: 358108-1250-R3585/ BANCUP SWITCH SIGMA/SENTRY
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00342402
Account ID  : 00012302
Contract No. : 68869302
Date        : Jul-29-2009
Order No.   : 31046302
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jun-30-2008 |
| | | |
| No. of voting shares Redeemed | | 121.5564 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 161,053.70 |
| | | |
| Net Redemption Proceeds | USD | 161,053.70 |
| | | |
| Amount to be Paid | USD | 161,053.70 |
| | | |
| Proceeds Paid to Date | USD | 161,053.70 |

Your balance following this transaction will be 881,622.3638 voting shares .

Note: 358108-1250-R33/ BACKUP SWITCH SIGMA/SENTRY
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 00012302 |
| KINSALE ROAD | Contract No. : 68869402 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 31046402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jun-30-2008 |
| | | |
| No. of voting shares Redeemed | | 1,479.3331 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 1,960,012.51 |
| | | |
| Net Redemption Proceeds | USD | 1,960,012.51 |
| | | |
| Amount to be Paid | USD | 1,960,012.51 |
| | | |
| Proceeds Paid to Date | USD | 1,960,012.51 |

Your balance following this transaction will be 881,622.3638 voting shares .

Note: 358108-1250-R3628/ BACKUP SWITCH SIGMA/SENTRY
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 00012302
Contract No. : 67387902
Date         : Jul-29-2009
Order No.    : 19492301
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jul-15-2008 |
| | | |
| No. of voting shares Redeemed | | 33,209.3066 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 44,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 44,000,000.00 |
| | | |
| Amount to be Paid | USD | 44,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 44,000,000.00 |

Your balance following this transaction will be 881,622.3638 voting shares .

Note: 358108-1250-R3573/ AMENDED FROM 52,700,000.-
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 00012302 |
| KINSALE ROAD | Contract No. : 68715902 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 41652409 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2008 |
| Trade Date | | Sep-01-2008 |
| Payment Date | | Sep-16-2008 |
| | | |
| No. of voting shares Redeemed | | 46,208.2314 |
| Redemption Price | USD | 1,343.9164 |
| Gross Redemption Proceeds | USD | 62,100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 62,100,000.00 |
| | | |
| Amount to be Paid | USD | 62,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 62,100,000.00 |

Your balance following this transaction will be 861,704.4000 voting shares .

Note: 358108-1250-R003644
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax: (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 00012302
Contract No. : 69074502
Date         : Jul-29-2009
Order No.    : 31094302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2008 |
| Trade Date | | Oct-01-2008 |
| Payment Date | | Oct-15-2008 |
| | | |
| No. of voting shares Redeemed | | 30,726.9933 |
| Redemption Price | USD | 1,350.6040 |
| Gross Redemption Proceeds | USD | 41,500,000.00 |
| | | |
| Net Redemption Proceeds | USD | 41,500,000.00 |
| | | |
| Amount to be Paid | USD | 41,500,000.00 |
| | | |
| Proceeds Paid to Date | USD | 41,500,000.00 |

Your balance following this transaction will be 830,977.4067 voting shares .

Note: 358108-1250-R003706
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | |
| CITCO GLOBAL SECURITIES SERVICES LTD | |
| 2600 CORK AIRPORT BUSINESS PARK | |
| KINSALE ROAD | |
| CORK | |
| IRELAND | |

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 00012302 |
| Contract No. | : 69554402 |
| Date | : Jul-29-2009 |
| Order No. | : 21374501 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Oct-24-2008 |
| | | |
| No. of voting shares Redeemed | | 96,312.1200 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 130,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 130,000,000.00 |
| | | |
| Amount to be Paid | USD | 130,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 130,000,000.00 |

Your balance following this transaction will be 573,157.2700 voting shares .

Note: 358108-1250-R003792
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00342402
Account ID  : 00012302
Contract No. : 69554502
Date        : Jul-29-2009
Order No.   : 21575901
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358108

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 161,508.0167 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 218,000,000.00 |
| Net Redemption Proceeds | USD | 218,000,000.00 |
| Amount to be Paid | USD | 218,000,000.00 |
| Proceeds Paid to Date | USD | 218,000,000.00 |

Your balance following this transaction will be 573,157.2700 voting shares .

Note: 358108-1250-R003837
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 9

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 4806002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2776102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| | | |
| No. of voting shares Redeemed | | 1,220.3800 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| | | |
| Amount to be Paid | USD | 1,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 358106-1250-R001461
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 5051502
Date         : Jul-29-2009
Order No.    : 3054302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| | | |
| No. of voting shares Redeemed | | 272.0300 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| | | |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Your ref 358106-1250-R001551
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5193602 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3269302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| | | |
| No. of voting shares Redeemed | | 1,823.5600 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| | | |
| Amount to be Paid | USD | 1,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: YOUR REF: 358106-1250-R1582
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO
### Citco Fund Services
### (Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5325702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3327402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 1,391.3900 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Amount to be Paid | USD | 1,300,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,300,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: YOUR REF: 358106-1250-R1598
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5325802 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3329602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 2,247.6300 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 2,100,000.00 |
| | | |
| | | |
| Net Redemption Proceeds | USD | 2,100,000.00 |
| | | |
| Amount to be Paid | USD | 2,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,100,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 358106-1250-R001602

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building        www.citco.com        Phone: (31-20) 5722100

```
        CITCO
    Citco Fund Services
      (Europe) B.V.
```

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5438902 |
| Date | : Jul-29-2009 |
| Order No. | : 3422402 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 265.1000 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 358106-1250-R001626
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5711502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3743302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| | | |
| No. of voting shares Redeemed | | 183.2900 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 175,000.00 |
| | | |
| Net Redemption Proceeds | USD | 175,000.00 |
| | | |
| Amount to be Paid | USD | 175,000.00 |
| | | |
| Proceeds Paid to Date | USD | 175,000.00 |

Your balance following this transaction will be 737,630.5300 voting shares .

Note: Y/REF 358106-1250-R001672
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5836102 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3884802 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2003 |
| Trade Date | | Jan-01-2004 |
| Payment Date | | Jan-21-2004 |
| | | |
| No. of voting shares Redeemed | | 287.1000 |
| Redemption Price | USD | 957.8430 |
| Gross Redemption Proceeds | USD | 275,000.00 |
| | | |
| Net Redemption Proceeds | USD | 275,000.00 |
| | | |
| Amount to be Paid | USD | 275,000.00 |
| | | |
| Proceeds Paid to Date | USD | 275,000.00 |

Your balance following this transaction will be 758,353.5900 voting shares .

Note: Your ref 358106-1250-R001695
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 6043202 |
| Date | : Jul-29-2009 |
| Order No. | : 4019502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2004 |
| Trade Date | | Feb-01-2004 |
| Payment Date | | Feb-18-2004 |
| No. of voting shares Redeemed | | 103.4300 |
| Redemption Price | USD | 966.8686 |
| Gross Redemption Proceeds | USD | 100,000.00 |
| Net Redemption Proceeds | USD | 100,000.00 |
| Amount to be Paid | USD | 100,000.00 |
| Proceeds Paid to Date | USD | 100,000.00 |

Your balance following this transaction will be 759,124.0700 voting shares .

Note: YREF 358106-1250-R1710

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 6290802
Date         : Jul-29-2009
Order No.    : 4198102
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-18-2004 |
| | | |
| No. of voting shares Redeemed | | 771.8100 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 750,000.00 |
| | | |
| Net Redemption Proceeds | USD | 750,000.00 |
| | | |
| Amount to be Paid | USD | 750,000.00 |
| | | |
| Proceeds Paid to Date | USD | 750,000.00 |

Your balance following this transaction will be 705,592.8000 voting shares .

Note: Y/REF 358106-1250-R001744
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 6540002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4461002 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-20-2004 |
| No. of voting shares Redeemed | | 3,260.4500 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 3,170,000.00 |
| Net Redemption Proceeds | USD | 3,170,000.00 |
| Amount to be Paid | USD | 3,170,000.00 |
| Proceeds Paid to Date | USD | 3,170,000.00 |

Your balance following this transaction will be 667,371.8600 voting shares .

Note: YREF 358106-1250-R1772
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 6790002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 4596502 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| | | |
| No. of voting shares Redeemed | | 4,813.2500 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 4,700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,700,000.00 |
| | | |
| Amount to be Paid | USD | 4,700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: REF 358106-1250-R1797
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax: (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33205112* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

### CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7022202 |
| Date | : Jul-29-2009 |
| Order No. | : 4768302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| No. of voting shares Redeemed | | 864.7800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 850,000.00 |
| Net Redemption Proceeds | USD | 850,000.00 |
| Amount to be Paid | USD | 850,000.00 |
| Proceeds Paid to Date | USD | 850,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 358106-1250-R001833
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| Fund ID | : 03302 |
|---|---|
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7413402 |
| Date | : Jul-29-2009 |
| Order No. | : 5069302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2004 |
| Trade Date | | Aug-01-2004 |
| Payment Date | | Aug-13-2004 |
| No. of voting shares Redeemed | | 903.3200 |
| Redemption Price | USD | 996.3257 |
| Gross Redemption Proceeds | USD | 900,000.00 |
| Net Redemption Proceeds | USD | 900,000.00 |
| Amount to be Paid | USD | 900,000.00 |
| Proceeds Paid to Date | USD | 900,000.00 |

Your balance following this transaction will be 660,533.8000 voting shares .

Note: Y REF 358106-1250-R001871
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00005502
Account ID     : 0002156
Contract No.   : 7589802
Date           : Jul-29-2009
Order No.      : 5197602
Email          : TRADECONFIRM@CITCO.COM
FAX Number     : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 113.9100 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 115,000.00 |
| | | |
| Net Redemption Proceeds | USD | 115,000.00 |
| | | |
| Amount to be Paid | USD | 115,000.00 |
| | | |
| Proceeds Paid to Date | USD | 115,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 358106-1250-R001891
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

CITCO
Citco Fund Services
(Europe) B.V.

| | | |
|---|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID | : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID | : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID | : 0002156 |
| KINSALE ROAD | Contract No. | : 8663702 |
| CORK | Date | : Jul-29-2009 |
| IRELAND | Order No. | : 6099902 |
| | Email | : TRADECONFIRM@CITCO.COM |
| | FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 1,358.0800 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 1,400,000.00 |
| Net Redemption Proceeds | USD | 1,400,000.00 |
| Amount to be Paid | USD | 1,400,000.00 |
| Proceeds Paid to Date | USD | 1,400,000.00 |

Your balance following this transaction will be 973,971.0100 voting shares .

Note: Y REF 358106-1250-R001978 AMENDED FROM FEB 28
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 9146402 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 6523002 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2005 |
| Trade Date | | Apr-01-2005 |
| Payment Date | | Apr-14-2005 |
| | | |
| No. of voting shares Redeemed | | 1,245.8700 |
| Redemption Price | USD | 1,043.4455 |
| Gross Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Amount to be Paid | USD | 1,300,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,300,000.00 |

Your balance following this transaction will be 1,026,089.5000 voting shares .

Note: Y REF 358106-1250-R002030
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 9615902
Date         : Jul-29-2009
Order No.    : 6892302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2005 |
| Trade Date | | Jun-01-2005 |
| Payment Date | | Jun-15-2005 |
| No. of voting shares Redeemed | | 2,900.6900 |
| Redemption Price | USD | 1,051.4739 |
| Gross Redemption Proceeds | USD | 3,050,000.00 |
| Net Redemption Proceeds | USD | 3,050,000.00 |
| Amount to be Paid | USD | 3,050,000.00 |
| Proceeds Paid to Date | USD | 3,050,000.00 |

Your balance following this transaction will be 983,989.9100 voting shares .

Note: Y REF 358106-1250-R002084
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 9840902 |
| Date | : Jul-29-2009 |
| Order No. | : 7119002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 3,904.9200 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 4,125,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,125,000.00 |
| | | |
| Amount to be Paid | USD | 4,125,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,125,000.00 |

Your balance following this transaction will be 969,028.1300 voting shares .

Note: Y REF 358106-01250-R002126
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID   : 03302
Holder ID  : 00005502
Account ID : 0002156
Contract No. : 10351702
Date      : Jul-29-2009
Order No.  : 7443702
Email     : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2005 |
| Trade Date | | Sep-01-2005 |
| Payment Date | | Aug-16-2005 |
| No. of voting shares Redeemed | | 1,321.4500 |
| Redemption Price | USD | 1,059.4445 |
| Gross Redemption Proceeds | USD | 1,400,000.00 |
| Net Redemption Proceeds | USD | 1,400,000.00 |
| Amount to be Paid | USD | 1,400,000.00 |
| Proceeds Paid to Date | USD | 1,400,000.00 |

Your balance following this transaction will be 976,001.7300 voting shares .

Note: REF. 358106-1250-R002176
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 10554702 |
| Date | : Jul-29-2009 |
| Order No. | : 7783802 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2005 |
| Trade Date | | Oct-01-2005 |
| Payment Date | | Oct-14-2005 |
| | | |
| No. of voting shares Redeemed | | 1,730.8200 |
| Redemption Price | USD | 1,068.8606 |
| Gross Redemption Proceeds | USD | 1,850,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,850,000.00 |
| Amount to be Paid | USD | 1,850,000.00 |
| Proceeds Paid to Date | USD | 1,850,000.00 |

Your balance following this transaction will be 919,371.5600 voting shares .

Note: REF 358106-1250-R002245
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV                    Fund ID       : 03302
CITCO GLOBAL SECURITIES SERVICES LTD       Holder ID     : 00005502
2600 CORK AIRPORT BUSINESS PARK            Account ID    : 0002156
KINSALE ROAD                               Contract No.  : 10822902
CORK                                       Date          : Jul-29-2009
IRELAND                                    Order No.     : 7979402
                                           Email         : TRADECONFIRM@CITCO.COM
                                           FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2005 |
| Trade Date | | Nov-01-2005 |
| Payment Date | | Nov-17-2005 |
| | | |
| No. of voting shares Redeemed | | 2,670.2700 |
| Redemption Price | USD | 1,086.0325 |
| Gross Redemption Proceeds | USD | 2,900,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,900,000.00 |
| | | |
| Amount to be Paid | USD | 2,900,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,900,000.00 |

Your balance following this transaction will be 879,202.0400 voting shares .

Note: Y REF 358106-1250-R002282
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 11163002 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 8285102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2005 |
| Trade Date | | Dec-01-2005 |
| Payment Date | | Dec-19-2005 |
| No. of voting shares Redeemed | | 799.6800 |
| Redemption Price | USD | 1,094.1856 |
| Gross Redemption Proceeds | USD | 875,000.00 |
| Net Redemption Proceeds | USD | 875,000.00 |
| Amount to be Paid | USD | 875,000.00 |
| Proceeds Paid to Date | USD | 875,000.00 |

Your balance following this transaction will be 845,489.8300 voting shares .

Note: Y REF 358106-1250-R002324
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40002502 |
| Date | : Jul-29-2009 |
| Order No. | : 8478502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2005 |
| Trade Date | | Jan-01-2006 |
| Payment Date | | Jan-19-2006 |
| | | |
| No. of voting shares Redeemed | | 636.3200 |
| Redemption Price | USD | 1,100.0759 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 700,000.00 |
| | | |
| Amount to be Paid | USD | 700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 827,390.1200 voting shares .

Note: Y REF 358106-1250-R002377
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40615302 |
| Date | : Jul-29-2009 |
| Order No. | : 12394102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2006 |
| Trade Date | | Mar-01-2006 |
| Payment Date | | Mar-17-2006 |
| | | |
| No. of voting shares Redeemed | | 1,171.2400 |
| Redemption Price | USD | 1,109.9376 |
| Gross Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,300,000.00 |
| | | |
| Amount to be Paid | USD | 1,300,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,300,000.00 |

Your balance following this transaction will be 808,219.8500 voting shares .

Note: Y REF 358106-1250-R002477
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40978602 |
| Date | : Jul-29-2009 |
| Order No. | : 12708202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2006 |
| Trade Date | | Apr-01-2006 |
| Payment Date | | Apr-19-2006 |
| | | |
| No. of voting shares Redeemed | | 177.8700 |
| Redemption Price | USD | 1,124.4462 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| | | |
| Net Redemption Proceeds | USD | 200,000.00 |
| | | |
| Amount to be Paid | USD | 200,000.00 |
| | | |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 776,281.6400 voting shares .

Note: Y REF 358106-250-R002518
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO
## Citco Fund Services
### (Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 41897202
Date          : Jul-29-2009
Order No.     : 13459302
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2006 |
| Trade Date | | Jul-01-2006 |
| Payment Date | | Jul-20-2006 |
| No. of voting shares Redeemed | | 957.4900 |
| Redemption Price | USD | 1,148.8427 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| Amount to be Paid | USD | 1,100,000.00 |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 806,900.6500 voting shares .

Note: Y REF 358106-1250-R2632
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 42214602 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 13740402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2006 |
| Trade Date | | Aug-01-2006 |
| Payment Date | | Aug-14-2006 |
| No. of voting shares Redeemed | | 129.1900 |
| Redemption Price | USD | 1,161.0697 |
| Gross Redemption Proceeds | USD | 150,000.00 |
| Net Redemption Proceeds | USD | 150,000.00 |
| Amount to be Paid | USD | 150,000.00 |
| Proceeds Paid to Date | USD | 150,000.00 |

Your balance following this transaction will be 831,935.6000 voting shares .

Note: Y REF 358106-1250-R2665
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 57537302 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 21845102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2006 |
| Trade Date | | Nov-01-2006 |
| Payment Date | | Nov-14-2006 |
| | | |
| No. of voting shares Redeemed | | 676.2900 |
| Redemption Price | USD | 1,182.9201 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| | | |
| Net Redemption Proceeds | USD | 800,000.00 |
| | | |
| Amount to be Paid | USD | 800,000.00 |
| | | |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 832,823.0800 voting shares .

Note: Y REF 358106-1250-R2775
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 58557402 |
| Date | : Jul-29-2009 |
| Order No. | : 22816702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2007 |
| Trade Date | | Feb-01-2007 |
| Payment Date | | Feb-15-2007 |
| No. of voting shares Redeemed | | 828.7000 |
| Redemption Price | USD | 1,206.7118 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| Amount to be Paid | USD | 1,000,000.00 |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 909,511.5900 voting shares .

Note: Y REF 358106-1250-R2912
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 61144302 |
| Date | : Jul-29-2009 |
| Order No. | : 24910402 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2007 |
| Trade Date | | May-01-2007 |
| Payment Date | | May-22-2007 |
| | | |
| No. of voting shares Redeemed | | 121.2508 |
| Redemption Price | USD | 1,237.1052 |
| Gross Redemption Proceeds | USD | 150,000.00 |
| | | |
| Net Redemption Proceeds | USD | 150,000.00 |
| | | |
| Amount to be Paid | USD | 150,000.00 |
| | | |
| Proceeds Paid to Date | USD | 150,000.00 |

Your balance following this transaction will be 1,021,428.6934 voting shares .

Note: 358106-1250-R3017 = AMENDED FROM NAV 5/31 =
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 61456402 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 25485102 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2007 |
| Trade Date | | Jun-01-2007 |
| Payment Date | | Jun-15-2007 |
| No. of voting shares Redeemed | | 641.4778 |
| Redemption Price | USD | 1,247.1204 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| Net Redemption Proceeds | USD | 800,000.00 |
| Amount to be Paid | USD | 800,000.00 |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 1,010,601.2293 voting shares .

Note: 358106-1250-R3066
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05063240 |
| KINSALE ROAD | Contract No. : 61929802 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 25910402 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2007 |
| Trade Date | | Jul-01-2007 |
| Payment Date | | Jul-19-2007 |
| | | |
| No. of voting shares Redeemed | | 719.1870 |
| Redemption Price | USD | 1,251.4130 |
| Gross Redemption Proceeds | USD | 900,000.00 |
| | | |
| Net Redemption Proceeds | USD | 900,000.00 |
| | | |
| Amount to be Paid | USD | 900,000.00 |
| | | |
| Proceeds Paid to Date | USD | 900,000.00 |

Your balance following this transaction will be 25,956.0469 voting shares .

Note: Y/REF 358106-1250-R3105
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO
**Citco Fund Services**
**(Europe) B.V.**

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00342402
Account ID    : 05063240
Contract No.  : 62866102
Date          : Jul-29-2009
Order No.     : 26633702
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2007 |
| Trade Date | | Sep-01-2007 |
| Payment Date | | Sep-19-2007 |
| | | |
| No. of voting shares Redeemed | | 79.5294 |
| Redemption Price | USD | 1,257.3966 |
| Gross Redemption Proceeds | USD | 100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 100,000.00 |
| | | |
| Amount to be Paid | USD | 100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 100,000.00 |

Your balance following this transaction will be 26,235.5115 voting shares .

Note: Y/REF 358106-1250-R3196
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00342402
Account ID     : 05063240
Contract No.   : 64591202
Date           : Jul-29-2009
Order No.      : 28586502
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2007 |
| Trade Date | | Jan-01-2008 |
| Payment Date | | Jan-17-2008 |
| | | |
| No. of voting shares Redeemed | | 1,625.8744 |
| Redemption Price | USD | 1,291.6127 |
| Gross Redemption Proceeds | USD | 2,100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,100,000.00 |
| | | |
| Amount to be Paid | USD | 2,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,100,000.00 |

Your balance following this transaction will be 26,830.7377 voting shares .

Note: Y/REF 358106-1250-R3355
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05063240 |
| KINSALE ROAD | Contract No. : 66519802 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 30148202 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2008 |
| Trade Date | | May-01-2008 |
| Payment Date | | May-15-2008 |
| No. of voting shares Redeemed | | 1,216.6844 |
| Redemption Price | USD | 1,315.0493 |
| Gross Redemption Proceeds | USD | 1,600,000.00 |
| Net Redemption Proceeds | USD | 1,600,000.00 |
| Amount to be Paid | USD | 1,600,000.00 |
| Proceeds Paid to Date | USD | 1,600,000.00 |

Your balance following this transaction will be 30,954.1255 voting shares .

Note: 358106-1250-R3509
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05063240 |
| KINSALE ROAD | Contract No. : 67391502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 39451809 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jul-15-2008 |
| | | |
| No. of voting shares Redeemed | | 679.2813 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 900,000.00 |
| | | |
| Net Redemption Proceeds | USD | 900,000.00 |
| | | |
| Amount to be Paid | USD | 900,000.00 |
| | | |
| Proceeds Paid to Date | USD | 900,000.00 |

Your balance following this transaction will be 30,274.8442 voting shares .

Note: Y REF 358106-1250-R3572
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00342402
Account ID    : 05063240
Contract No.  : 68720202
Date          : Jul-29-2009
Order No.     : 20475201
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2008 |
| Trade Date | | Sep-01-2008 |
| Payment Date | | Sep-16-2008 |
| No. of voting shares Redeemed | | 1,562.5972 |
| Redemption Price | USD | 1,343.9164 |
| Gross Redemption Proceeds | USD | 2,100,000.00 |
| Net Redemption Proceeds | USD | 2,100,000.00 |
| Amount to be Paid | USD | 2,100,000.00 |
| Proceeds Paid to Date | USD | 2,100,000.00 |

Your balance following this transaction will be 30,098.6347 voting shares .

Note: REF 358106-1250-R003643
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05063240 |
| KINSALE ROAD | Contract No. : 69568902 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 21576401 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 358106

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| | | |
| No. of voting shares Redeemed | | 3,259.7948 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 4,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,400,000.00 |
| | | |
| Amount to be Paid | USD | 4,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,400,000.00 |

Your balance following this transaction will be 27,172.0242 voting shares .

Note: 358106-1250-R003835
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

Exhibit 15

# CITCO

### Citco Fund Services
### (Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 4806602 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 2874902 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| | | |
| No. of voting shares Redeemed | | 3,550.2100 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 3,200,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,200,000.00 |
| | | |
| Amount to be Paid | USD | 3,200,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,200,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Y/REF 200123-1250-R001491
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 4818002
Date         : Jul-29-2009
Order No.    : 2876402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 7,239.1000 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 6,525,000.00 |
| Net Redemption Proceeds | USD | 6,525,000.00 |
| Amount to be Paid | USD | 6,525,000.00 |
| Proceeds Paid to Date | USD | 6,525,000.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: your ref 200123-1250-R001492
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No. : 5193302
Date       : Jul-29-2009
Order No.   : 3118202
Email      : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2003 |
| Trade Date | | Aug-01-2003 |
| Payment Date | | Aug-15-2003 |
| | | |
| No. of voting shares Redeemed | | 1,179.9500 |
| Redemption Price | USD | 932.2399 |
| Gross Redemption Proceeds | USD | 1,100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,100,000.00 |
| | | |
| Amount to be Paid | USD | 1,100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,100,000.00 |

Your balance following this transaction will be 749,015.8600 voting shares .

Note: Your ref 200123-1250-R001556
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5325602 |
| Date | : Jul-29-2009 |
| Order No. | : 3242302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2003 |
| Trade Date | | Sep-01-2003 |
| Payment Date | | Sep-17-2003 |
| | | |
| No. of voting shares Redeemed | | 856.2400 |
| Redemption Price | USD | 934.3179 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| | | |
| Net Redemption Proceeds | USD | 800,000.00 |
| | | |
| Amount to be Paid | USD | 800,000.00 |
| | | |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 733,266.1500 voting shares .

Note: Y/REF 200123-1250-R001577
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 5439202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 3358302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 2,014.7800 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 1,900,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,900,000.00 |
| | | |
| Amount to be Paid | USD | 1,900,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,900,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200123-1250-R001611
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5439302 |
| Date | : Jul-29-2009 |
| Order No. | : 3404102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| No. of voting shares Redeemed | | 4,241.6300 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 4,000,000.00 |
| Net Redemption Proceeds | USD | 4,000,000.00 |
| Amount to be Paid | USD | 4,000,000.00 |
| Proceeds Paid to Date | USD | 4,000,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200123-1250-R001624
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# C I T C O
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5586502 |
| Date | : Jul-29-2009 |
| Order No. | : 3476202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2003 |
| Trade Date | | Nov-01-2003 |
| Payment Date | | Nov-19-2003 |
| No. of voting shares Redeemed | | 837.2600 |
| Redemption Price | USD | 955.5033 |
| Gross Redemption Proceeds | USD | 800,000.00 |
| Net Redemption Proceeds | USD | 800,000.00 |
| Amount to be Paid | USD | 800,000.00 |
| Proceeds Paid to Date | USD | 800,000.00 |

Your balance following this transaction will be 761,817.5200 voting shares .

Note: Y/REF 200123-1250-R001634
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5711802 |
| Date | : Jul-29-2009 |
| Order No. | : 3619902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| | | |
| No. of voting shares Redeemed | | 1,047.3700 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Amount to be Paid | USD | 1,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 737,630.5300 voting shares .

Note: YREF 200123-1250-R001656
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 6789902
Date         : Jul-29-2009
Order No.    : 4431102
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2004 |
| Trade Date | | May-01-2004 |
| Payment Date | | May-17-2004 |
| No. of voting shares Redeemed | | 1,740.9600 |
| Redemption Price | USD | 976.4714 |
| Gross Redemption Proceeds | USD | 1,700,000.00 |
| Net Redemption Proceeds | USD | 1,700,000.00 |
| Amount to be Paid | USD | 1,700,000.00 |
| Proceeds Paid to Date | USD | 1,700,000.00 |

Your balance following this transaction will be 657,287.7200 voting shares .

Note: Y REF 200123-1250-R1775
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7022302 |
| Date | : Jul-29-2009 |
| Order No. | : 4595902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| | | |
| No. of voting shares Redeemed | | 1,017.3800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Amount to be Paid | USD | 1,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 667,644.5900 voting shares .

Note: Y/REF 200123-1250-R001801
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID : 03302
Holder ID : 00005502
Account ID : 0002156
Contract No. : 7590302
Date : Jul-29-2009
Order No. : 5080602
Email : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 1,981.0800 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 2,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,000,000.00 |
| Amount to be Paid | USD | 2,000,000.00 |
| Proceeds Paid to Date | USD | 2,000,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200123-1250-R001872
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 9146502 |
| Date | : Jul-29-2009 |
| Order No. | : 6278902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2005 |
| Trade Date | | Apr-01-2005 |
| Payment Date | | Apr-14-2005 |
| No. of voting shares Redeemed | | 6,708.5400 |
| Redemption Price | USD | 1,043.4455 |
| Gross Redemption Proceeds | USD | 7,000,000.00 |
| Net Redemption Proceeds | USD | 7,000,000.00 |
| Amount to be Paid | USD | 7,000,000.00 |
| Proceeds Paid to Date | USD | 7,000,000.00 |

Your balance following this transaction will be 1,026,089.5000 voting shares .

Note: Y REF 200123-1250-R1993
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 9413602
Date         : Jul-29-2009
Order No.    : 6478502
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2005 |
| Trade Date | | May-01-2005 |
| Payment Date | | May-13-2005 |
| | | |
| No. of voting shares Redeemed | | 3,828.0900 |
| Redemption Price | USD | 1,044.9076 |
| Gross Redemption Proceeds | USD | 4,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 4,000,000.00 |
| | | |
| Amount to be Paid | USD | 4,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 4,000,000.00 |

Your balance following this transaction will be 1,027,000.9700 voting shares .

Note: Y REF 200123-1250-R002023
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 9616102
Date         : Jul-29-2009
Order No.    : 6695902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2005 |
| Trade Date | | Jun-01-2005 |
| Payment Date | | Jun-15-2005 |
| | | |
| No. of voting shares Redeemed | | 30,433.4700 |
| Redemption Price | USD | 1,051.4739 |
| Gross Redemption Proceeds | USD | 32,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 32,000,000.00 |
| | | |
| Amount to be Paid | USD | 32,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 32,000,000.00 |

Your balance following this transaction will be 983,989.9100 voting shares .

Note: Y REF 200123-1250-R002053
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00005502
Account ID     : 0002156
Contract No. : 10353602
Date           : Jul-29-2009
Order No.      : 7333202
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2005 |
| Trade Date | | Sep-01-2005 |
| Payment Date | | Sep-15-2005 |
| | | |
| No. of voting shares Redeemed | | 5,257.4700 |
| Redemption Price | USD | 1,059.4445 |
| Gross Redemption Proceeds | USD | 5,570,000.00 |
| | | |
| Net Redemption Proceeds | USD | 5,570,000.00 |
| | | |
| Amount to be Paid | USD | 5,570,000.00 |
| | | |
| Proceeds Paid to Date | USD | 5,570,000.00 |

Your balance following this transaction will be 976,001.7300 voting shares .

Note: Y REF 200123-1250-R2150
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00005502
Account ID     : 0002156
Contract No. : 10555002
Date           : Jul-29-2009
Order No.      : 7550702
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2005 |
| Trade Date | | Oct-01-2005 |
| Payment Date | | Oct-14-2005 |
| | | |
| No. of voting shares Redeemed | | 30,874.0000 |
| Redemption Price | USD | 1,068.8606 |
| Gross Redemption Proceeds | USD | 33,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 33,000,000.00 |
| | | |
| Amount to be Paid | USD | 33,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 33,000,000.00 |

Your balance following this transaction will be 919,371.5600 voting shares .

Note: Y REF 200123-1250-R002193
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 10823102
Date         : Jul-29-2009
Order No.    : 7756702
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2005 |
| Trade Date | | Nov-01-2005 |
| Payment Date | | Nov-17-2005 |
| | | |
| No. of voting shares Redeemed | | 23,940.3500 |
| Redemption Price | USD | 1,086.0325 |
| Gross Redemption Proceeds | USD | 26,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 26,000,000.00 |
| Amount to be Paid | USD | 26,000,000.00 |
| Proceeds Paid to Date | USD | 26,000,000.00 |

Your balance following this transaction will be 879,202.0400 voting shares .

Note: Y REF 200123-1250-R002237
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | | |
|---|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID | : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID | : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID | : 0002156 |
| KINSALE ROAD | Contract No. | : 11163402 |
| CORK | Date | : Jul-29-2009 |
| IRELAND | Order No. | : 7951402 |
| | Email | : TRADECONFIRM@CITCO.COM |
| | FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2005 |
| Trade Date | | Dec-01-2005 |
| Payment Date | | Dec-19-2005 |
| | | |
| No. of voting shares Redeemed | | 18,278.4300 |
| Redemption Price | USD | 1,094.1856 |
| Gross Redemption Proceeds | USD | 20,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 20,000,000.00 |
| | | |
| Amount to be Paid | USD | 20,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 20,000,000.00 |

Your balance following this transaction will be 845,489.8300 voting shares .

Note: Y REF 200123-1250-R002276

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40307502 |
| Date | : Jul-29-2009 |
| Order No. | : 8463202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2006 |
| Trade Date | | Feb-01-2006 |
| Payment Date | | Feb-15-2006 |
| No. of voting shares Redeemed | | 7,524.1700 |
| Redemption Price | USD | 1,107.7630 |
| Gross Redemption Proceeds | USD | 8,335,000.00 |
| Net Redemption Proceeds | USD | 8,335,000.00 |
| Amount to be Paid | USD | 8,335,000.00 |
| Proceeds Paid to Date | USD | 8,335,000.00 |

Your balance following this transaction will be 839,450.6000 voting shares .

Note: Y REF 200123-1250-R002373
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40615402 |
| Date | : Jul-29-2009 |
| Order No. | : 12131302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2006 |
| Trade Date | | Mar-01-2006 |
| Payment Date | | Mar-17-2006 |
| No. of voting shares Redeemed | | 4,504.7600 |
| Redemption Price | USD | 1,109.9376 |
| Gross Redemption Proceeds | USD | 5,000,000.00 |
| Net Redemption Proceeds | USD | 5,000,000.00 |
| Amount to be Paid | USD | 5,000,000.00 |
| Proceeds Paid to Date | USD | 5,000,000.00 |

Your balance following this transaction will be 808,219.8500 voting shares .

Note: Y REF 200123-1250-R002431
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 40979302
Date         : Jul-29-2009
Order No.    : 12411102
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2006 |
| Trade Date | | Apr-01-2006 |
| Payment Date | | Apr-20-2006 |
| | | |
| No. of voting shares Redeemed | | 26,679.8000 |
| Redemption Price | USD | 1,124.4462 |
| Gross Redemption Proceeds | USD | 30,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 30,000,000.00 |
| | | |
| Amount to be Paid | USD | 30,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 30,000,000.00 |

Your balance following this transaction will be 776,281.6400 voting shares .

Note: REF 200123-1250-R002482
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 42477602 |
| Date | : Jul-29-2009 |
| Order No. | : 13702702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2006 |
| Trade Date | | Sep-01-2006 |
| Payment Date | | Sep-14-2006 |
| No. of voting shares Redeemed | | 4,358.9700 |
| Redemption Price | USD | 1,170.0006 |
| Gross Redemption Proceeds | USD | 5,100,000.00 |
| Net Redemption Proceeds | USD | 5,100,000.00 |
| Amount to be Paid | USD | 5,100,000.00 |
| Proceeds Paid to Date | USD | 5,100,000.00 |

Your balance following this transaction will be 844,723.2100 voting shares .

Note: Y REF 200123-1250-R2662
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID : 03302
Holder ID : 00005502
Account ID : 0002156
Contract No. : 42683002
Date : Jul-29-2009
Order No. : 13984302
Email : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2006 |
| Trade Date | | Oct-01-2006 |
| Payment Date | | Oct-12-2006 |
| | | |
| No. of voting shares Redeemed | | 2,546.8100 |
| Redemption Price | USD | 1,177.9446 |
| Gross Redemption Proceeds | USD | 3,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,000,000.00 |
| | | |
| Amount to be Paid | USD | 3,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,000,000.00 |

Your balance following this transaction will be 834,936.5300 voting shares .

Note: Y REF 200123-1250-R2696
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112

CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 57537402
Date          : Jul-29-2009
Order No.     : 14262402
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2006 |
| Trade Date | | Nov-01-2006 |
| Payment Date | | Nov-14-2006 |
| No. of voting shares Redeemed | | 8,453.6600 |
| Redemption Price | USD | 1,182.9201 |
| Gross Redemption Proceeds | USD | 10,000,000.00 |
| Net Redemption Proceeds | USD | 10,000,000.00 |
| Amount to be Paid | USD | 10,000,000.00 |
| Proceeds Paid to Date | USD | 10,000,000.00 |

Your balance following this transaction will be 832,823.0800 voting shares .

Note: Y REF 200123-1250-R2736
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 58992502
Date          : Jul-29-2009
Order No.     : 22922902
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2007 |
| Trade Date | | Mar-01-2007 |
| Payment Date | | Mar-16-2007 |
| | | |
| No. of voting shares Redeemed | | 8,296.3303 |
| Redemption Price | USD | 1,205.3522 |
| Gross Redemption Proceeds | USD | 10,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 10,000,000.00 |
| | | |
| Amount to be Paid | USD | 10,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 10,000,000.00 |

Your balance following this transaction will be 950,068.7708 voting shares .

Note: Y/REF 200123-1250-R002933
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05063241 |
| Contract No. | : 62433402 |
| Date | : Jul-29-2009 |
| Order No. | : 25914502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 200123

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2007 |
| Trade Date | | Aug-01-2007 |
| Payment Date | | Aug-17-2007 |
| | | |
| No. of voting shares Redeemed | | 7,179.8803 |
| Redemption Price | USD | 1,253.5028 |
| Gross Redemption Proceeds | USD | 9,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 9,000,000.00 |
| | | |
| Amount to be Paid | USD | 9,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 9,000,000.00 |

Your balance following this transaction will be 58,258.7674 voting shares .

Note: Y/RF 200123-1250-R3104
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 05063241
Contract No. : 66082602
Date         : Jul-29-2009
Order No.    : 29368002
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 200123

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2008 |
| Trade Date | | Apr-01-2008 |
| Payment Date | | Apr-14-2008 |
| | | |
| No. of voting shares Redeemed | | 3,837.3624 |
| Redemption Price | USD | 1,302.9783 |
| Gross Redemption Proceeds | USD | 5,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 5,000,000.00 |
| | | |
| Amount to be Paid | USD | 5,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 5,000,000.00 |

Your balance following this transaction will be 34,676.5489 voting shares .

Note: 200123-1250-R003414
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05063241 |
| Contract No. | : 66084402 |
| Date | : Jul-29-2009 |
| Order No. | : 29411402 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 200123

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2008 |
| Trade Date | | Apr-01-2008 |
| Payment Date | | Apr-14-2008 |
| | | |
| No. of voting shares Redeemed | | 32,233.8446 |
| Redemption Price | USD | 1,302.9783 |
| Gross Redemption Proceeds | USD | 42,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 42,000,000.00 |
| | | |
| Amount to be Paid | USD | 42,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 42,000,000.00 |

Your balance following this transaction will be 34,676.5489 voting shares .

Note: 200123-1250-R003417/ AMENDED FROM 40MM
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 05063241
Contract No. : 69074402
Date         : Jul-29-2009
Order No.    : 20214301
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 200123

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2008 |
| Trade Date | | Oct-01-2008 |
| Payment Date | | Oct-15-2008 |
| | | |
| No. of voting shares Redeemed | | 6,663.6853 |
| Redemption Price | USD | 1,350.6040 |
| Gross Redemption Proceeds | USD | 9,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 9,000,000.00 |
| | | |
| Amount to be Paid | USD | 9,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 9,000,000.00 |

Your balance following this transaction will be 0.0000 voting shares .

Note: REF 200123-1250-R003626
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID     : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID   : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 05063241 |
| KINSALE ROAD | Contract No. : 69186502 |
| CORK | Date        : Jul-29-2009 |
| IRELAND | Order No.    : 21287001 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 200123

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2008 |
| Trade Date | | Oct-01-2008 |
| Payment Date | | Oct-21-2008 |
| | | |
| No. of voting shares Redeemed | | 40.2753 |
| Redemption Price | USD | 1,350.6040 |
| Gross Redemption Proceeds | USD | 54,395.98 |
| | | |
| Net Redemption Proceeds | USD | 54,395.98 |
| | | |
| Amount to be Paid | USD | 54,395.98 |
| | | |
| Proceeds Paid to Date | USD | 54,395.98 |

Your balance following this transaction will be 0.0000 voting shares .

Note: 200123-1250-R003777
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 16



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No. : 4409602
Date        : Jul-29-2009
Order No.   : 2420302
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2002 |
| Trade Date | | Jan-01-2003 |
| Payment Date | | Jan-17-2003 |
| | | |
| No. of voting shares Redeemed | | 317.4900 |
| Redemption Price | USD | 885.1688 |
| Gross Redemption Proceeds | USD | 281,030.00 |
| | | |
| Net Redemption Proceeds | USD | 281,030.00 |
| | | |
| Amount to be Paid | USD | 281,030.00 |
| | | |
| Proceeds Paid to Date | USD | 281,030.00 |

Your balance following this transaction will be 579,358.3300 voting shares .

Note: Your ref 200487-1250-R001369
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**

*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID : 03302
Holder ID : 00005502
Account ID : 0002156
Contract No. : 4691302
Date : Jul-29-2009
Order No. : 2720702
Email : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2003 |
| Trade Date | | Apr-01-2003 |
| Payment Date | | Mar-27-2003 |
| | | |
| No. of voting shares Redeemed | | 199.9000 |
| Redemption Price | USD | 900.4692 |
| Gross Redemption Proceeds | USD | 180,000.00 |
| | | |
| Net Redemption Proceeds | USD | 180,000.00 |
| | | |
| Amount to be Paid | USD | 180,000.00 |
| | | |
| Proceeds Paid to Date | USD | 180,000.00 |

Your balance following this transaction will be 610,529.8300 voting shares .

Note: Your ref 200487-1250-R001452
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 4917502
Date         : Jul-29-2009
Order No.    : 2838002
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2003 |
| Trade Date | | Jun-01-2003 |
| Payment Date | | Jun-16-2003 |
| | | |
| No. of voting shares Redeemed | | 54.9500 |
| Redemption Price | USD | 909.9593 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 754,386.1600 voting shares .

Note: Your ref 200487-1250-R001475
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5438302 |
| Date | : Jul-29-2009 |
| Order No. | : 3354102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2003 |
| Trade Date | | Oct-01-2003 |
| Payment Date | | Oct-14-2003 |
| | | |
| No. of voting shares Redeemed | | 53.0200 |
| Redemption Price | USD | 943.0327 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 755,065.6500 voting shares .

Note: Y/REF 200487-1250-R001609
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID    : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No. : 7219102
Date         : Jul-29-2009
Order No.    : 4891902
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| | | |
| No. of voting shares Redeemed | | 1,115.0200 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 1,110,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,110,000.00 |
| | | |
| Amount to be Paid | USD | 1,110,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,110,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Y REF 200487-1250-R1844
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7589502 |
| Date | : Jul-29-2009 |
| Order No. | : 5071602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 49.5300 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200487-1250-R001869
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 9412902 |
| Date | : Jul-29-2009 |
| Order No. | : 6478302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2005 |
| Trade Date | | May-01-2005 |
| Payment Date | | May-13-2005 |
| | | |
| No. of voting shares Redeemed | | 23.9300 |
| Redemption Price | USD | 1,044.9076 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| | | |
| Net Redemption Proceeds | USD | 25,000.00 |
| Amount to be Paid | USD | 25,000.00 |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 1,027,000.9700 voting shares .

Note: Y REF 200487-1250-R002024

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 10124602
Date         : Jul-29-2009
Order No.    : 7106802
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2005 |
| Trade Date | | Aug-01-2005 |
| Payment Date | | Aug-15-2005 |
| No. of voting shares Redeemed | | 47.2700 |
| Redemption Price | USD | 1,057.7424 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 964,725.4100 voting shares .

Note: Y REF 200487-1250-R002124
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 10820002
Date         : Jul-29-2009
Order No.    : 7777102
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2005 |
| Trade Date | | Nov-01-2005 |
| Payment Date | | Nov-17-2005 |
| No. of voting shares Redeemed | | 23.0200 |
| Redemption Price | USD | 1,086.0325 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| Net Redemption Proceeds | USD | 25,000.00 |
| Amount to be Paid | USD | 25,000.00 |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 879,202.0400 voting shares .

Note: Y REF 200487-1250-R002234
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID    : 03302
Holder ID  : 00005502
Account ID : 0002156
Contract No. : 40306202
Date       : Jul-29-2009
Order No.  : 8474302
Email      : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2006 |
| Trade Date | | Feb-01-2006 |
| Payment Date | | Feb-15-2006 |
| | | |
| No. of voting shares Redeemed | | 40.6200 |
| Redemption Price | USD | 1,107.7630 |
| Gross Redemption Proceeds | USD | 45,000.00 |
| | | |
| Net Redemption Proceeds | USD | 45,000.00 |
| | | |
| Amount to be Paid | USD | 45,000.00 |
| | | |
| Proceeds Paid to Date | USD | 45,000.00 |

Your balance following this transaction will be 839,450.6000 voting shares .

Note: Y REF 200487-1250-R002374

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 41000202 |
| Date | : Jul-29-2009 |
| Order No. | : 12389502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2006 |
| Trade Date | | Apr-01-2006 |
| Payment Date | | Apr-20-2006 |
| | | |
| No. of voting shares Redeemed | | 22.2300 |
| Redemption Price | USD | 1,124.4462 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| | | |
| Net Redemption Proceeds | USD | 25,000.00 |
| | | |
| Amount to be Paid | USD | 25,000.00 |
| | | |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 776,281.6400 voting shares .

Note: Y REF 200487-1250-R002472

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 41897102
Date          : Jul-29-2009
Order No.     : 13173002
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2006 |
| Trade Date | | Jul-01-2006 |
| Payment Date | | Jul-20-2006 |
| | | |
| No. of voting shares Redeemed | | 456.9800 |
| Redemption Price | USD | 1,148.8427 |
| Gross Redemption Proceeds | USD | 525,000.00 |
| | | |
| Net Redemption Proceeds | USD | 525,000.00 |
| Amount to be Paid | USD | 525,000.00 |
| Proceeds Paid to Date | USD | 525,000.00 |

Your balance following this transaction will be 806,900.6500 voting shares .

Note: Y REF 200487-1250-R002597
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 42213902
Date         : Jul-29-2009
Order No.    : 13456102
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2006 |
| Trade Date | | Aug-01-2006 |
| Payment Date | | Aug-14-2006 |
| No. of voting shares Redeemed | | 34.4500 |
| Redemption Price | USD | 1,161.0697 |
| Gross Redemption Proceeds | USD | 40,000.00 |
| Net Redemption Proceeds | USD | 40,000.00 |
| Amount to be Paid | USD | 40,000.00 |
| Proceeds Paid to Date | USD | 40,000.00 |

Your balance following this transaction will be 831,935.6000 voting shares .

Note: Y REF 200487-1250-R2633
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : 00005502
Account ID    : 0002156
Contract No. : 42476802
Date          : Jul-29-2009
Order No.     : 13702202
Email         : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2006 |
| Trade Date | | Sep-01-2006 |
| Payment Date | | Sep-14-2006 |
| | | |
| No. of voting shares Redeemed | | 34.1900 |
| Redemption Price | USD | 1,170.0006 |
| Gross Redemption Proceeds | USD | 40,000.00 |
| | | |
| Net Redemption Proceeds | USD | 40,000.00 |
| | | |
| Amount to be Paid | USD | 40,000.00 |
| | | |
| Proceeds Paid to Date | USD | 40,000.00 |

Your balance following this transaction will be 844,723.2100 voting shares .

Note: Y REF 200487-1250-R2658
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 61925202 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 25484002 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2007 |
| Trade Date | | Jul-01-2007 |
| Payment Date | | Jul-19-2007 |
| | | |
| No. of voting shares Redeemed | | 39.9548 |
| Redemption Price | USD | 1,251.4130 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 921,222.2722 voting shares .

Note: 200487-1250-R3063
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 00200487
Contract No. : 63202702
Date         : Jul-29-2009
Order No.    : 26633302
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 200487

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| | | |
| No. of voting shares Redeemed | | 78.7689 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 100,000.00 |
| | | |
| Amount to be Paid | USD | 100,000.00 |
| | | |
| Proceeds Paid to Date | USD | 100,000.00 |

Your balance following this transaction will be 1,954.5945 voting shares .

Note: Y/REF 200487-1250-R3195
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 00200487 |
| Contract No. | : 66090302 |
| Date | : Jul-29-2009 |
| Order No. | : 29323602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 200487

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2008 |
| Trade Date | | Apr-01-2008 |
| Payment Date | | Apr-14-2008 |
| No. of voting shares Redeemed | | 38.3736 |
| Redemption Price | USD | 1,302.9783 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 1,916.2209 voting shares .

Note: 200487-1250-R003411

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00342402
Account ID  : 00200487
Contract No. : 66526502
Date        : Jul-29-2009
Order No.   : 30113602
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 200487

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2008 |
| Trade Date | | May-01-2008 |
| Payment Date | | May-15-2008 |
| No. of voting shares Redeemed | | 1,916.2209 |
| Redemption Price | USD | 1,315.0493 |
| Gross Redemption Proceeds | USD | 2,519,924.95 |
| Net Redemption Proceeds | USD | 2,519,924.95 |
| Amount to be Paid | USD | 2,519,924.95 |
| Proceeds Paid to Date | USD | 2,519,924.95 |

Your balance following this transaction will be 0.0000 voting shares .

Note: Y REF 200487-1250-R3507
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 17



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 4806402 |
| Date | : Jul-29-2009 |
| Order No. | : 2785902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2003 |
| Trade Date | | May-01-2003 |
| Payment Date | | May-14-2003 |
| No. of voting shares Redeemed | | 2,341.7900 |
| Redemption Price | USD | 901.3557 |
| Gross Redemption Proceeds | USD | 2,110,788.00 |
| Net Redemption Proceeds | USD | 2,110,788.00 |
| Amount to be Paid | USD | 2,110,788.00 |
| Proceeds Paid to Date | USD | 2,110,788.00 |

Your balance following this transaction will be 638,945.4100 voting shares .

Note: Your ref 200526-1250-R001468
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 5051402 |
| Date | : Jul-29-2009 |
| Order No. | : 2984602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| No. of voting shares Redeemed | | 217.6200 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| | | |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 741,629.6500 voting shares .

Note: Y/REF 200526-1250-R001533
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 7218802
Date         : Jul-29-2009
Order No.    : 4750802
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2004 |
| Trade Date | | Jul-01-2004 |
| Payment Date | | Jul-16-2004 |
| | | |
| No. of voting shares Redeemed | | 150.6800 |
| Redemption Price | USD | 995.4954 |
| Gross Redemption Proceeds | USD | 150,000.00 |

| | | |
|---|---|---|
| Net Redemption Proceeds | USD | 150,000.00 |
| Amount to be Paid | USD | 150,000.00 |
| Proceeds Paid to Date | USD | 150,000.00 |

Your balance following this transaction will be 667,541.4500 voting shares .

Note: Your ref 200526-1250R001831
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No. : 7589702
Date        : Jul-29-2009
Order No.   : 5069702
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| No. of voting shares Redeemed | | 74.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 75,000.00 |
| Net Redemption Proceeds | USD | 75,000.00 |
| Amount to be Paid | USD | 75,000.00 |
| Proceeds Paid to Date | USD | 75,000.00 |

Your balance following this transaction will be 656,136.7100 voting shares .

Note: Y REF 200526-1250-R001868
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 7771502 |
| Date | : Jul-29-2009 |
| Order No. | : 5187702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| No. of voting shares Redeemed | | 443.4000 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 450,000.00 |
| Net Redemption Proceeds | USD | 450,000.00 |
| Amount to be Paid | USD | 450,000.00 |
| Proceeds Paid to Date | USD | 450,000.00 |

Your balance following this transaction will be 887,645.7000 voting shares .

Note: Y REF 200526-1250-R001890
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 9146102
Date         : Jul-29-2009
Order No.    : 6278802
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2005 |
| Trade Date | | Apr-01-2005 |
| Payment Date | | Apr-14-2005 |
| | | |
| No. of voting shares Redeemed | | 47.9200 |
| Redemption Price | USD | 1,043.4455 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 1,026,089.5000 voting shares .

Note: Y REF 200526-1250-R1992

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 9413002
Date         : Jul-29-2009
Order No.    : 6478702
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

---

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2005 |
| Trade Date | | May-01-2005 |
| Payment Date | | May-13-2005 |
| | | |
| No. of voting shares Redeemed | | 23.9300 |
| Redemption Price | USD | 1,044.9076 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| | | |
| Net Redemption Proceeds | USD | 25,000.00 |
| Amount to be Paid | USD | 25,000.00 |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 1,027,000.9700 voting shares .

Note: Y REF 200526-1250-R002022
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 9615402 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 6689602 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2005 |
| Trade Date | | Jun-01-2005 |
| Payment Date | | Jun-15-2005 |
| No. of voting shares Redeemed | | 47.5500 |
| Redemption Price | USD | 1,051.4739 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 983,989.9100 voting shares .

Note: Y REF 200526-1250-R002050

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID     : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID   : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID  : 0002156 |
| KINSALE ROAD | Contract No. : 9839702 |
| CORK | Date         : Jul-29-2009 |
| IRELAND | Order No.   : 6873002 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2005 |
| Trade Date | | Jul-01-2005 |
| Payment Date | | Jul-15-2005 |
| | | |
| No. of voting shares Redeemed | | 47.3300 |
| Redemption Price | USD | 1,056.3603 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 969,028.1300 voting shares .

Note: Y REF 200526-1250-R002081
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00005502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 0002156 |
| KINSALE ROAD | Contract No. : 10124302 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 7107002 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2005 |
| Trade Date | | Aug-01-2005 |
| Payment Date | | Aug-15-2005 |
| | | |
| No. of voting shares Redeemed | | 23.6400 |
| Redemption Price | USD | 1,057.7424 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| | | |
| Net Redemption Proceeds | USD | 25,000.00 |
| | | |
| Amount to be Paid | USD | 25,000.00 |
| | | |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 964,725.4100 voting shares .

Note: Y REF 200526-1250-R002123
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID : 03302
Holder ID : 00005502
Account ID : 0002156
Contract No. : 10352902
Date : Jul-29-2009
Order No. : 7331702
Email : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2005 |
| Trade Date | | Sep-01-2005 |
| Payment Date | | Sep-15-2005 |
| | | |
| No. of voting shares Redeemed | | 47.1900 |
| Redemption Price | USD | 1,059.4445 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 976,001.7300 voting shares .

Note: Y REF 200526-1250-R2152
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112*

CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID     : 03302
Holder ID   : 00005502
Account ID  : 0002156
Contract No.: 10820502
Date        : Jul-29-2009
Order No.   : 7770202
Email       : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | | |
|---|---|---|---|
| Valuation/NAV Date | | | Oct-31-2005 |
| Trade Date | | | Nov-01-2005 |
| Payment Date | | | Nov-17-2005 |
| No. of voting shares Redeemed | | | 46.0400 |
| Redemption Price | | USD | 1,086.0325 |
| Gross Redemption Proceeds | | USD | 50,000.00 |
| Net Redemption Proceeds | | USD | 50,000.00 |
| Amount to be Paid | | USD | 50,000.00 |
| Proceeds Paid to Date | | USD | 50,000.00 |

Your balance following this transaction will be 879,202.0400 voting shares .

Note: REF 200526-1250-R002233
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 11161702
Date         : Jul-29-2009
Order No.    : 7965202
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2005 |
| Trade Date | | Dec-01-2005 |
| Payment Date | | Dec-19-2005 |
| No. of voting shares Redeemed | | 22.8500 |
| Redemption Price | USD | 1,094.1856 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| Net Redemption Proceeds | USD | 25,000.00 |
| Amount to be Paid | USD | 25,000.00 |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 845,489.8300 voting shares .

Note: Y REF 200526-1250-R002279
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



CITCO
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 40000902
Date         : Jul-29-2009
Order No.    : 8271402
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2005 |
| Trade Date | | Jan-01-2006 |
| Payment Date | | Jan-19-2006 |
| | | |
| No. of voting shares Redeemed | | 22.7300 |
| Redemption Price | USD | 1,100.0759 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| | | |
| Net Redemption Proceeds | USD | 25,000.00 |
| Amount to be Paid | USD | 25,000.00 |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 827,390.1200 voting shares .

Note: Y REF 200526-1250-R002320
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 40306002 |
| Date | : Jul-29-2009 |
| Order No. | : 8463502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2006 |
| Trade Date | | Feb-01-2006 |
| Payment Date | | Feb-15-2006 |
| | | |
| No. of voting shares Redeemed | | 22.5700 |
| Redemption Price | USD | 1,107.7630 |
| Gross Redemption Proceeds | USD | 25,000.00 |
| | | |
| Net Redemption Proceeds | USD | 25,000.00 |
| | | |
| Amount to be Paid | USD | 25,000.00 |
| | | |
| Proceeds Paid to Date | USD | 25,000.00 |

Your balance following this transaction will be 839,450.6000 voting shares .

Note: Y REF 200526-1250-R002375
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 42214402 |
| Date | : Jul-29-2009 |
| Order No. | : 13456502 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2006 |
| Trade Date | | Aug-01-2006 |
| Payment Date | | Aug-14-2006 |
| | | |
| No. of voting shares Redeemed | | 86.1300 |
| Redemption Price | USD | 1,161.0697 |
| Gross Redemption Proceeds | USD | 100,000.00 |
| | | |
| Net Redemption Proceeds | USD | 100,000.00 |
| Amount to be Paid | USD | 100,000.00 |
| Proceeds Paid to Date | USD | 100,000.00 |

Your balance following this transaction will be 831,935.6000 voting shares .

Note: Y REF 200526-1250-R2631
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services
(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 57825702 |
| Date | : Jul-29-2009 |
| Order No. | : 21824302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2006 |
| Trade Date | | Dec-01-2006 |
| Payment Date | | Dec-15-2006 |
| | | |
| No. of voting shares Redeemed | | 41.9100 |
| Redemption Price | USD | 1,193.0482 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 865,435.5100 voting shares .

Note: Y REF 200526-1250-R2773
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112*



CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00005502
Account ID   : 0002156
Contract No. : 58086302
Date         : Jul-29-2009
Order No.    : 22130702
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2006 |
| Trade Date | | Jan-01-2007 |
| Payment Date | | Jan-16-2007 |
| | | |
| No. of voting shares Redeemed | | 1,301.2800 |
| Redemption Price | USD | 1,203.2567 |
| Gross Redemption Proceeds | USD | 1,565,773.88 |
| | | |
| Net Redemption Proceeds | USD | 1,565,773.88 |
| Amount to be Paid | USD | 1,565,773.88 |
| Proceeds Paid to Date | USD | 1,565,773.88 |

Your balance following this transaction will be 892,314.2500 voting shares .

Note: Y/REF 200526-1250-R2826
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Contract No. | : 58301902 |
| Date | : Jul-29-2009 |
| Order No. | : 22671902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2006 |
| Trade Date | | Jan-01-2007 |
| Payment Date | | Jan-25-2007 |
| | | |
| No. of voting shares Redeemed | | 98.5400 |
| Redemption Price | USD | 1,203.2567 |
| Gross Redemption Proceeds | USD | 118,568.92 |
| | | |
| Net Redemption Proceeds | USD | 118,568.92 |
| | | |
| Amount to be Paid | USD | 118,568.92 |
| | | |
| Proceeds Paid to Date | USD | 118,568.92 |

Your balance following this transaction will be 892,314.2500 voting shares .

Note: Y REF 200526-1250-R2901
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

# Exhibit 18

CITCO
Citco Fund Services
(Europe) B.V.

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 6541902 |
| Date | : Jul-29-2009 |
| Order No. | : 4289902 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2004 |
| Trade Date | | Apr-01-2004 |
| Payment Date | | Apr-21-2004 |
| | | |
| No. of voting shares Redeemed | | 719.9700 |
| Redemption Price | USD | 972.2593 |
| Gross Redemption Proceeds | USD | 700,000.00 |
| | | |
| Net Redemption Proceeds | USD | 700,000.00 |
| | | |
| Amount to be Paid | USD | 700,000.00 |
| | | |
| Proceeds Paid to Date | USD | 700,000.00 |

Your balance following this transaction will be 20,994.4300 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services
(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

Fund ID       : 03302
Holder ID     : 00017202
Account ID    : 00000002
Contract No. : 7023902
Date          : Jul-29-2009
Order No.     : 4644602
Email         : FUND.DESK@UBP.CH
FAX Number : +41588193645

FUND DESK
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2004 |
| Trade Date | | Jun-01-2004 |
| Payment Date | | Jun-17-2004 |
| | | |
| No. of voting shares Redeemed | | 1,017.3800 |
| Redemption Price | USD | 982.9121 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Amount to be Paid | USD | 1,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 19,977.0500 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

CITCO
Citco Fund Services
(Europe) B.V.

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 7591202 |
| Date | : Jul-29-2009 |
| Order No. | : 5077302 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2004 |
| Trade Date | | Sep-01-2004 |
| Payment Date | | Sep-15-2004 |
| | | |
| No. of voting shares Redeemed | | 2,377.2900 |
| Redemption Price | USD | 1,009.5508 |
| Gross Redemption Proceeds | USD | 2,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,400,000.00 |
| | | |
| Amount to be Paid | USD | 2,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,400,000.00 |

Your balance following this transaction will be 17,599.7600 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33205112

**C I T C O**
*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 7772702 |
| Date | : Jul-29-2009 |
| Order No. | : 5205402 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

FUND DESK
Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2004 |
| Trade Date | | Oct-01-2004 |
| Payment Date | | Oct-19-2004 |
| | | |
| No. of voting shares Redeemed | | 492.6600 |
| Redemption Price | USD | 1,014.8890 |
| Gross Redemption Proceeds | USD | 500,000.00 |
| | | |
| Net Redemption Proceeds | USD | 500,000.00 |
| | | |
| Amount to be Paid | USD | 500,000.00 |
| | | |
| Proceeds Paid to Date | USD | 500,000.00 |

Your balance following this transaction will be 28,460.9400 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| FIDULEX MANAGEMENT INC | Fund ID : 03302 |
| C/O UNION BANCAIRE PRIVEE | Holder ID : 00017202 |
| 8 RUE DU ROBERT ESTIENNE | Account ID : 00000002 |
| PO BOX 3249 | Contract No. : 8187702 |
| CH-1211 GENEVA 3 | Date : Jul-29-2009 |
| SWITZERLAND | Order No. : 5548902 |
| | Email : FUND.DESK@UBP.CH |
| FUND DESK | FAX Number : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2004 |
| Trade Date | | Dec-01-2004 |
| Payment Date | | Dec-13-2004 |
| | | |
| No. of voting shares Redeemed | | 860.0700 |
| Redemption Price | USD | 1,023.1774 |
| Gross Redemption Proceeds | USD | 880,000.00 |
| | | |
| Net Redemption Proceeds | USD | 880,000.00 |
| | | |
| Amount to be Paid | USD | 880,000.00 |
| | | |
| Proceeds Paid to Date | USD | 880,000.00 |

Your balance following this transaction will be 28,480.4800 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| FIDULEX MANAGEMENT INC | Fund ID : 03302 |
| C/O UNION BANCAIRE PRIVEE | Holder ID : 00017202 |
| 8 RUE DU ROBERT ESTIENNE | Account ID : 00000002 |
| PO BOX 3249 | Contract No. : 8665302 |
| CH-1211 GENEVA 3 | Date : Jul-29-2009 |
| SWITZERLAND | Order No. : 5926002 |
| | Email : FUND.DESK@UBP.CH |
| FUND DESK | FAX Number : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 194.0100 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 200,000.00 |
| Net Redemption Proceeds | USD | 200,000.00 |
| Amount to be Paid | USD | 200,000.00 |
| Proceeds Paid to Date | USD | 200,000.00 |

Your balance following this transaction will be 24,955.1000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO
*Citco Fund Services*
*(Europe) B.V.*

FIDULEX MANAGEMENT INC
C/O UNION BANCAIRE PRIVEE
8 RUE DU ROBERT ESTIENNE
PO BOX 3249
CH-1211 GENEVA 3
SWITZERLAND

FUND DESK

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00017202 |
| Account ID | : 00000002 |
| Contract No. | : 8665402 |
| Date | : Jul-29-2009 |
| Order No. | : 5904402 |
| Email | : FUND.DESK@UBP.CH |
| FAX Number | : +41588193645 |

Account name: FIDULEX MANAGEMENT INC - REF FIF ADVANCED LTD

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2005 |
| Trade Date | | Feb-01-2005 |
| Payment Date | | Feb-16-2005 |
| No. of voting shares Redeemed | | 4,442.8800 |
| Redemption Price | USD | 1,030.8637 |
| Gross Redemption Proceeds | USD | 4,580,000.00 |
| Net Redemption Proceeds | USD | 4,580,000.00 |
| Amount to be Paid | USD | 4,580,000.00 |
| Proceeds Paid to Date | USD | 4,580,000.00 |

Your balance following this transaction will be 24,955.1000 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 9617702 |
| Date | : Jul-29-2009 |
| Order No. | : 6686002 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number : +353214910335 | |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2005 |
| Trade Date | | Jun-01-2005 |
| Payment Date | | Jun-15-2005 |
| | | |
| No. of voting shares Redeemed | | 4,755.2300 |
| Redemption Price | USD | 1,051.4739 |
| Gross Redemption Proceeds | USD | 5,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 5,000,000.00 |
| | | |
| Amount to be Paid | USD | 5,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 5,000,000.00 |

Your balance following this transaction will be 25,397.8500 voting shares .

Note: Y REF 209985-1250-R002051
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : 00342402
Account ID   : 05062742
Contract No. : 10127402
Date         : Jul-29-2009
Order No.    : 7095202
Email        : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2005 |
| Trade Date | | Aug-01-2005 |
| Payment Date | | Aug-15-2005 |
| No. of voting shares Redeemed | | 1,418.1100 |
| Redemption Price | USD | 1,057.7424 |
| Gross Redemption Proceeds | USD | 1,500,000.00 |
| Net Redemption Proceeds | USD | 1,500,000.00 |
| Amount to be Paid | USD | 1,500,000.00 |
| Proceeds Paid to Date | USD | 1,500,000.00 |

Your balance following this transaction will be 23,979.7400 voting shares .

Note: Y REF 209985-1250-R002121
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 10356802 |
| Date | : Jul-29-2009 |
| Order No. | : 7338902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2005 |
| Trade Date | | Sep-01-2005 |
| Payment Date | | Sep-15-2005 |
| No. of voting shares Redeemed | | 1,651.8100 |
| Redemption Price | USD | 1,059.4445 |
| Gross Redemption Proceeds | USD | 1,750,000.00 |
| Net Redemption Proceeds | USD | 1,750,000.00 |
| Amount to be Paid | USD | 1,750,000.00 |
| Proceeds Paid to Date | USD | 1,750,000.00 |

Your balance following this transaction will be 22,327.9300 voting shares .

Note: Y REF 209985-1250-R2149
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05062742 |
| KINSALE ROAD | Contract No. : 10558902 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 7551302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2005 |
| Trade Date | | Oct-01-2005 |
| Payment Date | | Oct-14-2005 |
| No. of voting shares Redeemed | | 2,105.0500 |
| Redemption Price | USD | 1,068.8606 |
| Gross Redemption Proceeds | USD | 2,250,000.00 |
| Net Redemption Proceeds | USD | 2,250,000.00 |
| Amount to be Paid | USD | 2,250,000.00 |
| Proceeds Paid to Date | USD | 2,250,000.00 |

Your balance following this transaction will be 20,222.8800 voting shares .

Note: Y REF 209985-1250-R002192
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05062742 |
| KINSALE ROAD | Contract No. : 10819502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 7752202 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2005 |
| Trade Date | | Nov-01-2005 |
| Payment Date | | Nov-03-2005 |
| | | |
| No. of voting shares Redeemed | | 3,360.8600 |
| Redemption Price | USD | 1,086.0325 |
| Gross Redemption Proceeds | USD | 3,650,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,650,000.00 |
| | | |
| Amount to be Paid | USD | 3,650,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,650,000.00 |

Your balance following this transaction will be 16,862.0200 voting shares .

Note: REF 209985-1250-R002236
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 11154302 |
| Date | : Jul-29-2009 |
| Order No. | : 7964802 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2005 |
| Trade Date | | Dec-01-2005 |
| Payment Date | | Dec-13-2005 |
| | | |
| No. of voting shares Redeemed | | 6,397.4500 |
| Redemption Price | USD | 1,094.1856 |
| Gross Redemption Proceeds | USD | 7,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 7,000,000.00 |
| | | |
| Amount to be Paid | USD | 7,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 7,000,000.00 |

Your balance following this transaction will be 10,464.5700 voting shares .

Note: Y REF 209985-1250-R002278
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05062742 |
| KINSALE ROAD | Contract No. : 40008702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 8253502 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2005 |
| Trade Date | | Jan-01-2006 |
| Payment Date | | Dec-15-2005 |
| No. of voting shares Redeemed | | 2,136.2200 |
| Redemption Price | USD | 1,100.0759 |
| Gross Redemption Proceeds | USD | 2,350,000.00 |
| Net Redemption Proceeds | USD | 2,350,000.00 |
| Amount to be Paid | USD | 2,350,000.00 |
| Proceeds Paid to Date | USD | 2,350,000.00 |

Your balance following this transaction will be 8,419.2500 voting shares .

Note: Y/REF 209985-1250-R2319
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 40311902 |
| Date | : Jul-29-2009 |
| Order No. | : 8464102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2006 |
| Trade Date | | Feb-01-2006 |
| Payment Date | | Feb-15-2006 |
| | | |
| No. of voting shares Redeemed | | 3,069.2500 |
| Redemption Price | USD | 1,107.7630 |
| Gross Redemption Proceeds | USD | 3,400,000.00 |
| | | |
| Net Redemption Proceeds | USD | 3,400,000.00 |
| | | |
| Amount to be Paid | USD | 3,400,000.00 |
| | | |
| Proceeds Paid to Date | USD | 3,400,000.00 |

Your balance following this transaction will be 5,350.0000 voting shares .

Note: Y REF 209985-1250-R002371
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05062742 |
| KINSALE ROAD | Contract No. : 40620702 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : 12129502 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2006 |
| Trade Date | | Mar-01-2006 |
| Payment Date | | Mar-17-2006 |
| No. of voting shares Redeemed | | 225.2400 |
| Redemption Price | USD | 1,109.9376 |
| Gross Redemption Proceeds | USD | 250,000.00 |
| Net Redemption Proceeds | USD | 250,000.00 |
| Amount to be Paid | USD | 250,000.00 |
| Proceeds Paid to Date | USD | 250,000.00 |

Your balance following this transaction will be 5,124.7600 voting shares .

Note: Y REF 209985-1250-R002430
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 40987002 |
| Date | : Jul-29-2009 |
| Order No. | : 12389702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2006 |
| Trade Date | | Apr-01-2006 |
| Payment Date | | Apr-18-2006 |
| | | |
| No. of voting shares Redeemed | | 1,778.6500 |
| Redemption Price | USD | 1,124.4462 |
| Gross Redemption Proceeds | USD | 2,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 2,000,000.00 |
| | | |
| Amount to be Paid | USD | 2,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 2,000,000.00 |

Your balance following this transaction will be 3,346.1100 voting shares .

Note: Y REF 209985-1250-R002476
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00342402
Account ID     : 05062742
Contract No. : 41615802
Date           : Jul-29-2009
Order No.      : 12944302
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2006 |
| Trade Date | | Jun-01-2006 |
| Payment Date | | Jun-16-2006 |
| No. of voting shares Redeemed | | 43.7400 |
| Redemption Price | USD | 1,143.0266 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 4,149.2400 voting shares .

Note: Y REF 209985-1250-R002558
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 42686402 |
| Date | : Jul-29-2009 |
| Order No. | : 13977902 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2006 |
| Trade Date | | Oct-01-2006 |
| Payment Date | | Oct-12-2006 |
| | | |
| No. of voting shares Redeemed | | 55.1800 |
| Redemption Price | USD | 1,177.9446 |
| Gross Redemption Proceeds | USD | 65,000.00 |
| | | |
| Net Redemption Proceeds | USD | 65,000.00 |
| Amount to be Paid | USD | 65,000.00 |
| Proceeds Paid to Date | USD | 65,000.00 |

Your balance following this transaction will be 4,520.0300 voting shares .

Note: Y REF 209985-1250-R2697
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33205112*

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 57542202 |
| Date | : Jul-29-2009 |
| Order No. | : 14261102 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2006 |
| Trade Date | | Nov-01-2006 |
| Payment Date | | Nov-14-2006 |
| | | |
| No. of voting shares Redeemed | | 42.2700 |
| Redemption Price | USD | 1,182.9201 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| | | |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Proceeds Paid to Date | USD | 50,000.00 |

Your balance following this transaction will be 4,477.7600 voting shares .

Note: Y REF 209985-1250-R2735
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CITCO
*Cisco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID        : 03302
Holder ID      : 00342402
Account ID     : 05062742
Contract No.   : 59000102
Date           : Jul-29-2009
Order No.      : 23022302
Email          : TRADECONFIRM@CITCO.COM
FAX Number : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2007 |
| Trade Date | | Mar-01-2007 |
| Payment Date | | Mar-16-2007 |
| | | |
| No. of voting shares Redeemed | | 829.6330 |
| Redemption Price | USD | 1,205.3522 |
| Gross Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Net Redemption Proceeds | USD | 1,000,000.00 |
| | | |
| Amount to be Paid | USD | 1,000,000.00 |
| | | |
| Proceeds Paid to Date | USD | 1,000,000.00 |

Your balance following this transaction will be 3,648.1270 voting shares .

Note: Y/REF 209985-1250-R2932
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Cisco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

# CITCO
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05062742 |
| Contract No. | : 63209702 |
| Date | : Jul-29-2009 |
| Order No. | : 26909402 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 209985

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| No. of voting shares Redeemed | | 3,648.1270 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 4,631,428.19 |
| Net Redemption Proceeds | USD | 4,631,428.19 |
| Amount to be Paid | USD | 4,631,428.19 |
| Proceeds Paid to Date | USD | 4,631,428.19 |

Your balance following this transaction will be 0.0000 voting shares .

Note: REF 209985-1250-R003240
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33205112*