Hearing Date: August 10, 2022  
Objections Date: May 24, 2022  
Reply Date: June 23, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    *Plaintiff-Applicant*,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    *Defendant*. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>ASB BANK CORP.,<br><br>    *Defendant*. | Adv. Proc. No. 11-02730 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING ON ASB'S**
**<u>MOTION TO DISMISS THE COMPLAINT</u>**

   **PLEASE TAKE NOTICE** that on March 25, 2022, ASB Bank Corp. ("**ASB**"), filed its Motion to Dismiss the Complaint in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on August 10, 2022 at 10:00 a.m. (prevailing Eastern time) before the Honorable Cecelia G. Morris, Chief Judge of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time on the day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on December 27, 2021 (ECF No. 103), all papers responsive to ASB's Motion to Dismiss the Complaint shall be served and filed no later than May 24, 2022, and all reply papers in further support of ASB's Motion to Dismiss the Complaint shall be served and filed no later than June 23, 2022.

Dated: New York, New York
 March 25, 2022

        */s/Scott B. Schreiber*

        Scott B. Schreiber
        Rosa J. Evergreen (admitted *pro hac vice*)
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Avenue, NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999

        - and -

        Kent A. Yalowitz
        Daniel R. Bernstein
        Lucas B. Barrett
        ARNOLD & PORTER KAYE SCHOLER LLP
        250 West 55th Street
        New York, NY 10019
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689

        *Attorneys for Defendant ASB Bank Corp.*