**Hearing Date: October 19, 2022**
**Objections Date: September 13, 2022**
**Reply Date: October 13, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> UKFP (ASIA) NOMINEES LIMITED, <br><br> Defendant. | Adv. Pro. No. 12-01566 (CGM) <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant UKFP (Asia) Nominees Limited's ("UKFP" or "Defendant") Motion to Dismiss the Complaint, the accompanying Declaration of Joaquin M. C de Baca and exhibits attached thereto, and all prior pleadings and proceedings herein, UKFP respectfully moves this Court for an order dismissing with prejudice the Complaint (ECF No. 1) filed by Irving H. Picard, Trustee for the Liquidation of

748664969

Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, pursuant to the Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order dated April 15, 2022 (ECF No. 80), any oppositions to this motion shall be filed by September 13, 2022, and any reply in further support of this motion shall be filed by October 13, 2022.

**PLEASE TAKE FURTHER NOTICE** that, under Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: July 15, 2022
       New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: /s/ Joaquin M. C de Baca
    Joaquin M. C de Baca
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 506-2500
    Email: jcdebaca@mayerbrown.com

*Counsel for Defendant UKFP (Asia) Nominees Limited*