**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>   v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>       Defendant. | Adv. Pro. No. 12-01566 (CGM) |

**DECLARATION OF JOAQUIN M. C DE BACA IN SUPPORT OF**
**UKFP (ASIA) NOMINEES LIMITED'S MOTION TO DISMISS**

I, Joaquin M. C de Baca, under penalty of perjury, declare:

      1. I am duly licensed and admitted to practice law in the State of New York, and I am a partner with the law firm Mayer Brown LLP, counsel for Defendant UKFP (Asia) Nominees Limited ("UKFP" or "Defendant"). I respectfully submit this declaration in support of Defendant's Motion to Dismiss the Complaint.

748742554

2. Attached hereto as **Exhibit A** is a true and correct copy of the Fairfield Amended Complaint[1] (without exhibits), *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Pro. No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), ECF No. 23.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Fairfield Settlement Agreement, *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Pro. No. 09-1239 (Bankr. S.D.N.Y. May 9, 2011), ECF No. 69-2. The Fairfield Settlement Agreement was approved by this Court. Adv. Pro. No. 09-1239 (Bankr. S.D.N.Y. June 7, 2011), ECF No. 92.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Judgment, *Fairfield Sentry Ltd. v. Migani*, [2014] UKPC 9.

Dated:  July 15, 2022
       New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: /s/ Joaquin M. C de Baca
    Joaquin M. C de Baca
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 506-2500
    Email: jcdebaca@mayerbrown.com

*Counsel for Defendant UKFP (Asia) Nominees Limited*

---

[1] Capitalized terms not defined in this Declaration have the meaning provided in the concurrently filed *Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint*.

2