**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br> v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>   Defendant. | Adv. Pro. No. 12-01566 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING ON**
**UKFP (ASIA) NOMINEES LIMITED'S MOTION TO DISMISS**

  **PLEASE TAKE NOTICE** that, on July 15, 2022, UKFP (Asia) Nominees Limited ("UKFP" or "Defendant") filed its Motion to Dismiss Plaintiff Irving H. Picard's Complaint (the "Motion") pursuant to the Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.

748732036

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on October 19, 2022 at 10:00 a.m. (prevailing Eastern Time) in the courtroom of the Honorable Cecelia G. Morris, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order dated April 15, 2022 (ECF No. 80), any oppositions to this motion shall be filed by September 13, 2022, and any reply in further support of this motion shall be filed by October 13, 2022.

Dated: July 15, 2022
New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: /s/ Joaquin M. C de Baca
Joaquin M. C de Baca
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
Email: jcdebaca@mayerbrown.com

*Counsel for Defendant UKFP (Asia) Nominees Limited*