**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>Substantively Consolidated |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>      v.<br><br>BANK VONTOBEL AG F/K/A BANK J. VONTOBEL & CO. AG, AND VONTOBEL ASSET MANAGEMENT INC.,<br><br>      Defendants. | Adv. Pro. No. 12-01202 (CGM) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and

to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of

record for Defendant Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG certifies that it is

wholly owned by Vontobel Holding AG, which is publicly held.

Dated: New York, New York
      July 8, 2022

WUERSCH & GERING LLP

By:  /s/ *Gregory F. Hauser*
    Gregory F. Hauser
    gregory.hauser@wg-law.com
    100 Wall Street, 10th Floor
    New York, New York 10005
    Telephone: (212) 509-5050
    Facsimile: (212) 509-9559
    *Attorneys for Defendants Bank Vontobel*
    *AG f/k/a Bank J. Vontobel & Co. AG and*
    *Vontobel Holding AG*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022 I caused the foregoing Corporate Ownership Statement

to be filed electronically. Notice of these filings was sent through the Court's Electronic Case

Filing system to the email addresses designated for delivery.


Dated:  New York, New York
   July 8, 2022

WUERSCH & GERING LLP

By:  */s/  Gregory F. Hauser*
 Gregory F. Hauser
 gregory.hauser@wg-law.com
 100 Wall Street, 10th Floor
 New York, New York 10005
 Telephone: (212) 509-5050
 Facsimile: (212) 509-9559
 *Attorneys for Defendants Bank Vontobel*
 *AG f/k/a Bank J. Vontobel & Co. AG and*
 *Vontobel Asset Management Inc.*