**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01566 (CGM) |
| v. | |
| UKFP (ASIA) NOMINEES LIMITED, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July 2022, the Notice of Motion to Dismiss of Defendant UKFP (Asia) Nominees Limited and the accompanying Memorandum of Law, Notice of Hearing, and Declaration of Joaquin M. C de Baca and exhibits attached thereto, were served electronically by filing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

748694004

Dated: July 15, 2022
      New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: /s/  Joaquin M. C de Baca
    Joaquin M. C de Baca
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 506-2500
    Email: jcdebaca@mayerbrown.com

*Counsel for Defendant UKFP (Asia) Nominees Limited*