**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>Substantively Consolidated |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>  Plaintiff,<br><br> v.<br><br>BANK VONTOBEL AG F/K/A BANK J. VONTOBEL & CO. AG, AND VONTOBEL ASSET MANAGEMENT INC.,<br><br>  Defendants. | Adv. Pro. No. 12-01202 (CGM) |

## CORPORATE OWNERSHIP STATEMENT

  Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Vontobel Asset Management Inc. certifies that it is wholly owned by Vontobel Holding AG, which is publicly held.

Dated: New York, New York
       July 8, 2022

WUERSCH & GERING LLP

By: /s/ *Gregory F. Hauser*
   Gregory F. Hauser
   gregory.hauser@wg-law.com
   100 Wall Street, 10th Floor
   New York, New York 10005
   Telephone: (212) 509-5050
   Facsimile: (212) 509-9559
   *Attorneys for Defendants Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022 I caused the foregoing Corporate Ownership Statement to be filed electronically. Notice of these filings was sent through the Court's Electronic Case Filing system to the email addresses designated for delivery.

| | |
|---|---|
| Dated: New York, New York<br>July 8, 2022 | WUERSCH & GERING LLP<br><br>By: /s/ Gregory F. Hauser<br>Gregory F. Hauser<br>gregory.hauser@wg-law.com<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Telephone: (212) 509-5050<br>Facsimile: (212) 509-9559<br>*Attorneys for Defendants Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management Inc.* |