# EXHIBIT 2

Redacted *0802.*
*2815*

½2/10 2005 14:54 FAX 02 776 9307          KEB SECURITIES DIV                              ☑001



181, 2ka, Euljiro, Chung-ku, Seoul (100-793), Republic of Korea
Tel (82 2) 729 0623, Fax (82 2) 776 9307 e-mail : keb2903@keb.co.kr

April 18, 2006

Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Telephone : 31 20 572 2100
Facsimile   31 20 572 2610

## Re : Redemption to **Fairfield Sentry Limited**

Dear Sirs,

The undersigned hereby request redemption of the following

**Fund Name : Fairfield Sentry Limited**
**Redemption Amount :     FULL Redemption**

**Please be informed that the "Valuation/NAV Date" should be June 30,2006**

The cash proceeds of the redemption should be paid and forwarded as follows :

Bank Name : Deutsche Bank Trust Co. Americas, New York
SWIFT & ABA No : BKTRUS33 & 021 001 033
Account Name : Korea Exchange Bank, Seoul (KOEXKRSE)
Account Number :^Redacted9-010

In favor of   **TAMS Stable Alpha I**

If you have any queries, please feel free to contact me at Tel 822 729 0623, Fax 822 776
9307 or e-mail keb2903@keb.co.kr

Yours faithfully,

Name : Sam Tae, Kim
Title : Senior Manager
           Securities Services Division

CONFIDENTIAL                                                                          ANWAR-CFSE-00230955

### REDEMPTION REQUEST FORM
### INSTRUCTIONS

#### CLASS B SHARES - ONLY

This form should be saved and may be used by a shareholder wishing to redeem Class A Shares in the
Fund. Redeeming shareholders should complete and return this form, including the information on page
RR-3.

> FAIRFIELD SENTRY LIMITED
> c/o Citco Fund Services (Europe) B.V.
> Telestone 8 – Teleport
> Naritaweg 165
> 1043 BW Amsterdam
> Telephone: (31-20) 572-2100
> The Netherlands
> Fax: (31-20) 572-2610
> Dated (month, day, year): _April , 18 , 2006_

Dear Sirs:                                                                    *Full Redemption*

        I hereby request redemption, as defined in and subject to all of the terms and conditions
of the Confidential Private Placement Memorandum, as it may be amended from time to time (the
"Memorandum"), of Fairfield Sentry Limited (the "Fund"), of ____ Class B Shares, representing [part/all]
of my Class B Shares in the Fund. I understand that redemption will only be effective as of the close of
business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written
notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be
made within thirty (30) days after the effective date of redemption.

        I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the
Shares of the Fund to which this Request relates, with full power and authority to request redemption of
such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These
Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been
guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

_Deutsche Bank Trust Co., Americas , New York_
Bank Name

_New York_
Bank Address

_SWIFT : BKTRUS33_
ABA Number

_Korea Exchange Bank, Seoul_
Account Name

    Redacted9 - 0/0
Account Number

RR-1

CONFIDENTIAL                                                           ANWAR-CFSE-00230956

22/10 2005 14:55 FAX 02 776 9307          KEB SECURITIES DIV                          ☒003

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| *Korea Exchange Bank as Trustee of TAMS Stable Alpha I* | |
| Name of Registered Owner of Shares | Name of Subscriber |
| *1fl, 2-ka, Euljiro, Chung-ku, Seoul, Korea* | |
| Address | Address |
| | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| *Swan Tae, Kim / Senior Manager* | |
| Name and Title | Please Print Name and Title |
| *April. 18th, 2006* | |
| Date | Date |
| | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| | |
| Name and Title | Please Print Name and Title |
| | |
| Date | Date |
| | Signatures guaranteed by: |

RR-2

CONFIDENTIAL                                                                          ANWAR-CFSE-00230957

## REDEMPTION INFORMATION

### SHARE REGISTRATION

Name _Korea Exchange Bank as Trustee of TAMS Stable Alpha I_

Address _18fl. 1-ka, Euljiro, Chung-ku, Seoul, Korea_

Country of Residence _Korea_

Telephone _822 729 0623_

Telephone (Evenings)

Fax _822 776 9307_

### MAILING (POST) INFORMATION
(if other than address of registration)

Name

Address

Country of Residence

Telephone

Telephone (Evenings)

Fax

### BANK FOR TRANSFER OF REDEMPTION

Name _Deutsche Bank Trust Co., Americas, New York_

Address _New York_

Country of Residence _USA_          SWIFT: BKTRUS33

Telephone

Telephone (Evenings)

Fax

RR-3

CONFIDENTIAL                                           ANWAR-CFSE-00230958

22/10  2005  14:55  FAX  02  776  9307          KEB  SECURITIES  DIV                              ☑005

---

[To be completed by the Fund]

THIS SUBSCRIPTION APPLICATION IS HEREBY ACCEPTED BY FAIRFIELD SENTRY LIMITED

Date: _____, 200_

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____

---

CONFIDENTIAL                                                                        ANWAR-CFSE-00230959

01/01 2006 16:58 FAX 02 776 9307          KEB SECURITIES DIV                                    ☑001



181, 2ka, Euljiro, Chung-ku, Seoul (100-793), Republic of Korea
Tel (82 2) 729 0623, Fax (82 2) 776 9307 e-mail : keb2903@keb.co.kr

June 21, 2006

Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Telephone : 31 20 572 2100
Facsimile   31 20 572 2610

*Revised*

**URGENT  :  Revised Instruction**

## Re : Redemption to **Fairfield Sentry Limited**

Dear Sirs,

The undersigned hereby request redemption of the following

**Fund Name : Fairfield Sentry Limited**
**Redemption Amount :   FULL Redemption**

**Please be informed that the "Valuation/NAV Date" should be end day of**
**September, 2006** instead of our previous instruction June 30, 2006

The cash proceeds of the redemption should be paid and forwarded as follows :

Bank Name : Deutsche Bank Trust Co. Americas, New York
SWIFT & ABA No : BKTRUS33 & 021 001 033
Account Name : Korea Exchange Bank, Seoul (KOEXKRSE)
Account Number : Redacted9-010

In favor of   **TAMS Stable Alpha III**

If you have any queries, please feel free to contact me at Tel 822 729 0623, Fax 822 776
9307 or e-mail keb2903@keb.co.kr

Yours faithfully,

Name : Sam Tae, Kim
Title : Senior Manager
        Securities Services Division

CONFIDENTIAL                                                                              ANWAR-CFSE-00246000

01/01 2006 16:59 FAX 02 776 9307          KEB SECURITIES DIV                     ☑002

*Revised*

## REDEMPTION REQUEST FORM
## INSTRUCTIONS

### CLASS B SHARES - ONLY

This form should be saved and may be used by a shareholder wishing to redeem Class A Shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
Telephone: (31-20) 572-2100
The Netherlands
Fax: (31-20) 572-2610
Dated (month, day, year): June , 21 , 2006

Dear Sirs:

*Full Redemption*

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of ____ Class B Shares, representing [part/all] of my Class B Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

Deutsche Bank Trust Co., Americas, New York
Bank Name

New York
Bank Address

SWIFT : BKTRUS33
ABA Number

Korea Exchange Bank, Seoul
Account Name

____ Redacted9 – 0/0
Account Number

RR-1

CONFIDENTIAL                                                          ANWAR-CFSE-00246001

01/01 2006 16:59 FAX 02 776 9307       KEB SECURITIES DIV                    ☑003

*Revised*

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

**ENTITY SHAREHOLDER (OR ASSIGNEE)**

*Korea Exchange Bank as Trustee of TAMS Stable Alpha III*
Name of Registered Owner of Shares

*101, 2-ka, Euljiro, Chung-ku, Seoul. Korea*
Address

Signature (of individual or assignee)

*Sam Tae, Kim / Senior Manager*
Name and Title

*June 21, 2006*
Date

Signature (of individual or assignee)

Name and Title

Date

**INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST**

Name of Subscriber

Address

Signature (of partner, authorized corporate officer or trustee)

Please Print Name and Title

Date

Signature (of partner, authorized corporate officer or trustee)

Please Print Name and Title

Date

Signatures guaranteed by:

RR-2

CONFIDENTIAL                                                        ANWAR-CFSE-00246002

01/01 2006 16:59 FAX 02 776 9307          KEB SECURITIES DIV                                    ☑004

*Revised*

## REDEMPTION INFORMATION

**SHARE REGISTRATION**

Name: *Korea Exchange Bank as Trustee of TAMS Stable Alpha III*

Address: *1fl, 2kn, Euljiro, Chung-ku, Seoul, Korea*

Country of Residence: *Korea*

Telephone: *822 729 0623*

Telephone (Evenings): _____

Fax: *822 776 9307*

**MAILING (POST) INFORMATION**
(if other than address of registration)

Name: _____

Address: _____

Country of Residence: _____

Telephone: _____

Telephone (Evenings): _____

Fax: _____

**BANK FOR TRANSFER OF REDEMPTION**

Name: *Deutsche Bank Trust Co., Americas, New York*

Address: *New York*

Country of Residence: *USA*          SWIFT : *BKTRUS33*

Telephone: _____

Telephone (Evenings): _____

Fax: _____

RR-3

CONFIDENTIAL                                                                    ANWAR-CFSE-00246003

*Revised*

---

**[To be completed by the Fund]**

THIS SUBSCRIPTION APPLICATION IS HEREBY ACCEPTED BY FAIRFIELD SENTRY LIMITED

Date: _____, 200_

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____

CONFIDENTIAL

ANWAR-CFSE-00246004

21 FEB.2008 10:11 36711462                    KEB                    #3818 P.001 /004



181, 2ka, Euljiro, Chung-ku, Seoul (100-793), Republic of Korea
Tel (82 2) 729 0623, Fax (82 2) 776 9307, keb2903@keb.co.kr

February 20, 2008

Fairfield Sentry Limited
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport,
Naritaweg 165,
1043 BW Amsterdam,
The Netherlands.

Telephone: 31 20 572 2100
Facsimile: 31 20 572 2610

### RE: Redemption to Fairfield Sentry Limited

- Type of Order : Redemption
- Redeeming Fund : Fairfield Sentry Limited
- Account ID: <sup>Redacted</sup>857   Holder ID : <sup>Redacted</sup>0802
- Account Name : Korea Exchange Bank as Trustee of Korea Global All Asset Trust I-1
- Redemption Shares : **3,077 Shr.-**

The cash proceeds of the redemption should be paid and forwarded to the Shareholder as follows :

Bank Name : Deutsche Bank Trust Co., Americas, New York
SWIFT & ABA No : BKTRUS33 & 021 001 033
Account Name : Korea Exchange Bank, Seoul (KOEXKRSE)
Account Number : <sup>Redacted</sup>9-010

Should you have any queries, please feel free to contact me at Tel (+82 2) 729 0623, Fax (+822) 776 9307 or e-mail keb2903@keb.co.kr

Yours faithfully,

Name: Sung Hwan, Cho
Title: Head of Custody Team
      Korea Exchange Bank

(SEE ATTACHED REDEMPTION FORM)

CONFIDENTIAL                                        ANWAR-CFSE-00006192

**4040**                    **REDEMPTION REQUEST FORM**
                            **INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

> FAIRFIELD SENTRY LIMITED
> c/o Citco Fund Services (Europe) B.V.
> Telestone 8 – Teleport
> Naritaweg 165
> 1043 BW Amsterdam
> The Netherlands
> Telephone: (31-20) 572-2100
> Fax: (31-20) 572-2610
> Dated (month, day, year): February, 20th, 2008

Dear Sirs:

        I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of 3,000 shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

        I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

Deutsche Bank Trust Co., Americas. New York
Bank Name

New York . USA
Bank Address

BKTRUS33
ABA /CHIPS/ BIC Codes

Korea Exchange Bank. Seoul (KOEXKRSE )
Account Name

Redacted 9-0/0
Account Number

RR-1

CONFIDENTIAL                                                    ANWAR-CFSE-00006193

## SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| *Korea Exchange Bank as Trustee of Korea Global All Asset Trust I-1*<br>Name of Registered Owner of Shares | _____<br>Name of Subscriber |
| *181, 2-ka, Euljiro, chung-ku Seoul, korea*<br>Address | _____<br>Address |
| *[signature]*<br>Signature (of individual or assignee) | _____<br>Signature (of partner, authorized corporate officer or trustee) |
| *Sung Hwan, Cho / Head of Custody Team*<br>Name and Title | _____<br>Please Print Name and Title |
| *Feb, 20. 2008*<br>Date | _____<br>Date |
| _____<br>Signature (of individual or assignee) | _____<br>Signature (of partner, authorized corporate officer or trustee) |
| _____<br>Name and Title | _____<br>Please Print Name and Title |
| _____<br>Date | _____<br>Date |

_____
Signatures guaranteed by:

RR-2

CONFIDENTIAL                                                    ANWAR-CFSE-00006194

21.FEB.2008 10:11 36711462                    KEB                    #3818 P.004 /004

## REDEMPTION INFORMATION

**SHARE REGISTRATION**

Korea Exchange Bank as Trustee
of Korea Global Ail Asset Trust I-1
_Name_

181, 2 ka, Euljiro, Chung-ku. Seoul
_Address_

Korea
_Country of Residence_

82 2 729 0623
_Telephone_

_____
_Telephone (Evenings)_

82 2 776 9307
_Fax_

**MAILING (POST) INFORMATION**
(if other than address of registration)

_____
_Name_

_____
_Address_

_____
_Country of Residence_

_____
_Telephone_

_____
_Telephone (Evenings)_

_____
_Fax_

**BANK FOR TRANSFER OF REDEMPTION**

_____
_Name_

_____
_Address_

_____
_Country of Residence_

_____
_Telephone_

_____
_Telephone (Evenings)_

_____
_Fax_

RR-3

CONFIDENTIAL                    ANWAR-CFSE-00006195