# EXHIBIT 3



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

| | |
|---|---|
| Date | : Feb-15-2005 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 0802 |
| Account ID | : 3923 |
| Contract No. | : Redacted 6802 |
| Order No. | : 6006602 |
| Cash ID | : Redacted 9302 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: DEUTSCHE BANK TRUST CO AMERICAS
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.: 021001033
SWIFT Ref.: BKTRUS33

Beneficiary Acct No: Redacted )010
Beneficiary Name: KOREA EXCHANGE BANK

Ben Swift Ref: KOEXKRSE

Amount: USD   623,600.38
Value date: Feb-16-2005
Ref: FAIRFIELD SENTRY   Shares:604.93 T/D:02-01-2005 RE
Note: REF: AS TRUSTEE OF AI COLLAR FUND NO 1

Authorised signatory               Authorised signatory



Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL                                                                ANWAR-CFSE-00323518



**CITCO**
Citco Fund Services
(Europe) B.V.

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date : Jul-20-2006
Fund Id : 03302
Holder Id : Redacted)802
Account Id : 2815
Contract No. : 4602
Order No. : 12785702
CFI Cash Id : Redacted)302

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:   DEUTSCHE BANK TRUST CO AMERICAS
Bank Address 1:   NEW YORK
Bank Address 2:   USA

ABA Ref.:   021001033
SWIFT Ref.:   BKTRUS33

Beneficiary Acct No:   Redacted 9010
Beneficiary Name:   KOREA EXCHANGE BANK SEOUL

Ben Swift Ref:   KOEXKRSE
Amount:   USD   3,374,185.48
Value date:   Jul-20-2006
Ref:   FAIRFIELD SENTRY   Shares:2,937.03 T/D:07-01-2006 RE
Note:   AS TRUSTEE OF TAMS STABLE ALPHA I
Details of Charges:

Authorised signatory                                    Authorised signatory

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                        ANWAR-CFSE-00230946



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date          : Apr-14-2008
Fund Id       : 03302
Holder Id     : Redacted 0802
Account Id    : 2857
Contract No.  : 0802
Order No.     : 29210902
CFI Cash Id   : Redacted 9202

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted  0501
Account Name    FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:    DEUTSCHE BANK TRUST CO AMERICAS
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.:  021001033
SWIFT Ref.: BKTRUS33

Beneficiary Acct No: Redacted 9010
Beneficiary Name: KOREA EXCHANGE BANK
Ben Swift Ref: KOEXKRSE
Amount: USD    4,009,264.23
Value date: Apr-14-2008
Ref: FAIRFIELD SENTRY   Shares:3,077.0000 T/D:04-01-2008 RE
Note: AS TRUSTEE OF KOREA GLOBAL ALL ASSET TRUST I1
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                    ANWAR-CFSE-00006187