UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br>v.<br><br>KOREA EXCHANGE BANK, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III,<br><br>      Defendant. | Adv. Pro. No. 11-02572 (CGM) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 15, 2022, a copy of the Trustee's Memorandum of Law in Opposition to Defendant Korea Exchange Bank's Motion to Dismiss the Complaint and the Declaration of Eric R. Fish in Support of the Trustee's Opposition to Defendant Korea Exchange Bank's Motion to Dismiss the Complaint were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the

1

email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: July 15, 2022
      New York, New York

By: */s/ Eric R. Fish*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York
Tel.: (212) 589-4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com
Kayley B. Sullivan
Email: kbsullivan@bakerlaw.com
Megan A. Corrigan
mcorrigan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney For: Korea Exchange Bank, Individually And As Trustee For Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III

Richard A. Cirillo
Richard A. Cirillo, Esq.
Email: richard@Cirillo-Law.com
Attorney For: Korea Exchange Bank, Individually And As Trustee For Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III