UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

The Whitman Partnership (the "Claimant"), having filed an objection (Docket No. 579) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim number 010449, hereby gives notice that it withdraws its objection.

Dated: July 15, 2022

                     FurrCohen

                     Robert C. Furr
                     2255 Glades Road, Ste. 419A
                     Boca Raton, FL 33431
                     Tel. No. 561-395-0500

                     *Attorney for Claimant*