**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>    v.<br><br>CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE,<br><br>                    Defendants. | Adv. Pro. No. 12-1022 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Crédit Agricole (Suisse) S.A.'s Motion to Dismiss the Complaint in the above-captioned action, the Declaration of Elizabeth Vicens dated as of the date hereof and exhibits thereto, and all prior pleadings and proceedings herein, Defendant Crédit Agricole (Suisse) S.A.

("Defendant") will move this Court for an order dismissing the Complaint filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated:     July 18, 2022
              New York, New York

                                             Respectfully Submitted,

                                             **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

                                             By: /s/ *Elizabeth Vicens*
                                             One Liberty Plaza
                                             New York, New York 10006
                                             Telephone: 212.225.2000
                                             Facsimile: 212.225.3999
                                             Elizabeth Vicens
                                             Email: evicens@cgsh.com
                                             Rachel Polan
                                             Email: rpolan@cgsh.com

                                             *Attorneys for Defendant Crédit Agricole (Suisse) S.A.*

TO: All Counsel of Record