**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>INTESA SANPAOLO SPA (AS SUCCESSOR IN INTEREST TO BANCA INTESA SPA), EURIZON CAPITAL SGR SPA (AS SUCCESSOR IN INTEREST TO EURIZON INVESTIMENTI SGR SPA, F/K/A NEXTRA INVESTMENT MANAGEMENT SGR SPA, AND EURIZON ALTERNATIVE INVESTMENTS SGR SPA, FKA NEXTRA ALTERNATIVE INVESTMENTS SGR SPA), EURIZON LOW VOLATILITY F/K/A NEXTRA LOW VOLATILITY, EURIZON LOW VOLATILITY II F/K/A NEXTRA LOW VOLATILITY II, EURIZON LOW VOLATILITY PB F/K/A NEXTRA LOW VOLATILITY PB, EURIZON MEDIUM VOLATILITY F/K/A NEXTRA MEDIUM VOLATILITY, EURIZON MEDIUM VOLATILITY II F/K/A NEXTRA MEDIUM | Adv. Pro. No. 12-01680 (CGM) |

| |
|---|
| VOLATILITY II, EURIZON TOTAL RETURN F/K/A NEXTRA TOTAL RETURN, |
| Defendants. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Ditchfield of Davis Polk & Wardwell LLP hereby appears in the above-captioned action pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel to the Eurizon Defendants.[1]

The Eurizon Defendants submit this Notice of Appearance with a full reservation of their rights and defenses, and this Notice of Appearance shall not be deemed to be a waiver of any such rights or defenses.

Dated:  April 15, 2022
          New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Andrew Ditchfield*
    Andrew Ditchfield
    450 Lexington Avenue
    New York, New York 10017
    Tel: (212) 450-4000
    Fax: (212) 701-5800
    andrew.ditchfield@davispolk.com

    *Attorneys for the Eurizon Defendants*

---

[1] The Complaint, ECF No. 1, was filed on May 31, 2012. It was amended by stipulation and order entered on March 29, 2022, ECF No. 93, to: (i) dismiss Count Two; and (ii) dismiss various defendants from the proceeding. Accordingly, the only remaining defendants are Eurizon Capital SGR SpA ("Eurizon Capital"), Eurizon Low Volatility ("Low Volatility"), and Eurizon Medium Volatility ("Medium Volatility") (the "Eurizon Funds") (together with Eurizon Capital, the "Eurizon Defendants"). The Complaint characterizes the Eurizon Funds—the entities that are alleged to have received the subsequent transfers at issue in this action—as "fondo commune investimento," Compl. ¶¶ 25, 28, which is not a legal entity under Italian law. The assets of these funds were managed and promoted by the asset manager, Eurizon Capital. Moreover, on August 1, 2013, the assets of Medium Volatility were merged into Low Volatility, which is the only fund that exists today and is managed by and acts through Eurizon Capital.