DAVIS POLK & WARDWELL LLP
Elliot Moskowitz
Andrew Ditchfield
Andrew S. Gehring
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
elliot.moskowitz@davispolk.com
andrew.ditchfield@davispolk.com
andrew.gehring@davispolk.com

*Attorneys for the Eurizon Defendants*

Hearing Date: September 14, 2022
Opposition Date: June 14, 2022
Reply Date: July 14, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>INTESA SANPAOLO SPA (AS SUCCESSOR IN INTEREST TO BANCA INTESA SPA), EURIZON CAPITAL SGR SPA (AS | Adv. Pro. No. 12-01680 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

|  |
|---|
| SUCCESSOR IN INTEREST TO EURIZON INVESTIMENTI SGR SPA, F/K/A NEXTRA INVESTMENT MANAGEMENT SGR SPA, AND EURIZON ALTERNATIVE INVESTMENTS SGR SPA, FKA NEXTRA ALTERNATIVE INVESTMENTS SGR SPA), EURIZON LOW VOLATILITY F/K/A NEXTRA LOW VOLATILITY, EURIZON LOW VOLATILITY II F/K/A NEXTRA LOW VOLATILITY II, EURIZON LOW VOLATILITY PB F/K/A NEXTRA LOW VOLATILITY PB, EURIZON MEDIUM VOLATILITY F/K/A NEXTRA MEDIUM VOLATILITY, EURIZON MEDIUM VOLATILITY II F/K/A NEXTRA MEDIUM VOLATILITY II, EURIZON TOTAL RETURN F/K/A NEXTRA TOTAL RETURN,<br><br>                                          Defendants. |

## NOTICE OF HEARING ON THE EURIZON DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that on April 15, 2022, the Eurizon Defendants[1] filed a Motion to Dismiss (the "Motion") seeking an order dismissing with prejudice the Complaint filed by plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (ECF No. 1), as amended by the Stipulation and Order entered on March 29, 2022 (ECF No. 93), pursuant to Rule 12(b)(6) of the Federal Rules of Civil

---

[1] The Complaint (Ditchfield Decl. Ex. 1), ECF No. 1, was filed on May 31, 2012. It was amended by stipulation and order entered on March 29, 2022 (Ditchfield Decl. Ex. 2), ECF No. 93, to: (i) dismiss Count Two (the Trustee's claims to recover subsequent transfers that the Defendants allegedly received from the Kingate Funds, totaling approximately $93,661,909); and (ii) dismiss various defendants from the proceeding. Accordingly, the only remaining defendants are Eurizon Capital SGR SpA ("Eurizon Capital"), Eurizon Low Volatility ("Low Volatility"), and Eurizon Medium Volatility ("Medium Volatility") (the "Eurizon Funds") (together with Eurizon Capital, the "Eurizon Defendants"). The Complaint characterizes the Eurizon Funds—the entities that are alleged to have received the subsequent transfers at issue in this action—as "fondo commune investimento," Compl. ¶¶ 25, 28, which is not a legal entity under Italian law. The assets of these funds were managed and promoted by the asset manager, Eurizon Capital. Moreover, on August 1, 2013, the assets of Medium Volatility were merged into Low Volatility, which is the only fund that exists today and is managed by and acts through Eurizon Capital. Unless otherwise specified, all "ECF No. __" citations refer to Adv. Pro. No. 12-01680.

Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that the Motion will be heard on September 14, 2022 at 10:00 a.m. prevailing Eastern Time (the "Hearing"), with such Hearing to be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern Time on the day before the hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on March 29, 2022 (ECF No. 93), all papers responsive to the Eurizon Defendants' Motion to Dismiss shall be served and filed no later than June 14, 2022, and all reply papers in further support of the Eurizon Defendants' Motion to Dismiss shall be served and filed no later than July 14, 2022.

Dated: April 15, 2022
      New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Andrew Ditchfield*
    Elliot Moskowitz
    Andrew Ditchfield
    Andrew S. Gehring
    450 Lexington Avenue
    New York, New York 10017
    Tel: (212) 450-4000
    Fax: (212) 701-5800
    elliot.moskowitz@davispolk.com
    andrew.ditchfield@davispolk.com
    andrew.gehring@davispolk.com

*Attorneys for the Eurizon Defendants*