Hearing Date: November 16, 2022
Objection Date: September 30, 2022
Reply Date: October 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE,<br><br>Defendants. | Adv. Pro. No. 12-1022 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, on July 15, 2022, Defendant Crédit Agricole

(Suisse) S.A. filed its Motion to Dismiss the Complaint in the above-captioned action pursuant to

Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by

Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 16, 2022 at 10:00 a.m** (prevailing Eastern time) before the Honorable Cecilia G. Morris, Chief Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time on the day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered June 16, 2022 (ECF No. 115), all papers responsive to the Crédit Agricole (Suisse) S.A. Defendant's Motion to Dismiss shall be served and filed no later than September 30, 2022, and all reply papers in further support of the Crédit Agricole (Suisse) S.A. Defendant's Motion to Dismiss shall be served and filed no later than October 31, 2022.

Dated: July 19, 2022
New York, New York

Respectfully Submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Elizabeth Vicens*
One Liberty Plaza
New York, New York 10006
Telephone: 212.225.2000
Facsimile: 212.225.3999
Elizabeth Vicens
Email: evicens@cgsh.com
Rachel Polan
Email: rpolan@cgsh.com

*Attorneys for Defendant Crédit Agricole (Suisse) S.A.*