|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>        v.<br><br>KOREA EXCHANGE BANK, et al.,<br><br>        Defendant | Adv. Pro. No. 11-02572 (CGM) |

**AMENDED NOTICE OF HEARING ON MOTION OF
DEFENDANT KOREA EXCHANGE BANK TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that on May 16, 2022, defendant Korea Exchange Bank, by its undersigned counsel, filed a motion for an order dismissing the complaint herein under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure. The Motion will be heard before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, at 10:00 a.m. (Daylight Savings Time) on September 14, 2022 (the "Hearing"), or such other date as the court may set.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the hearing on this motion must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that if you oppose the relief requested in the Motion you must file a written response and serve it on the undersigned counsel so it is received not later than July 15, 2022. Korea Exchange Bank shall file its reply to any response not later than August 15, 2022. If a response is not timely received with respect to the Motion, Korea Exchange Bank may submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion on or after the date for responses. A party need not appear at the hearing unless it objects to the relief sought by the motion.

Dated: New York, NY
       July 19, 2022

/s/ Richard A. Cirillo
_____
Richard A. Cirillo
CIRILLO LAW OFFICE
246 East 33rd Street – 1 FR
New York, NY 10016-4802
T: 917-541-6778
E: rcirillo@cirillo-law.com
*Attorney for Defendant*
*Korea Exchange Bank*

.