UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

        Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>KOREA EXCHANGE BANK, et al.,<br><br>        Defendant. | Adv. Pro. No. 11-02572 (CGM) |

### AMENDED NOTICE OF MOTION OF DEFENDANT KOREA EXCHANGE BANK TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon Defendant Korea Exchange Bank's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, the accompanying Declaration of Richard A. Cirillo dated May 16, 2022, and the exhibits thereto, the Amended Complaint dated June 6, 2012, attached hereto as an exhibit, and all prior pleadings and proceedings herein, defendant Korea Exchange Bank will move this Court at 10:00 am (Daylight Savings Time) on September 14, 2022, for an order dismissing the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and

12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Stipulation and Order in this proceeding, the plaintiff shall respond to this motion by July 15, 2022 and Korea Exchange Bank shall reply by August 15, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Korea Exchange Bank does not consent to the entry of final orders or judgment by this Court.

Dated: New York, NY
July 19, 2022

Respectfully submitted,

/s/ Richard A. Cirillo
_____

Richard A. Cirillo
CIRILLO LAW
OFFICE 246 East 33rd
Street – 1 FR New York,
NY 10016-4802 T: 917-541-6778

E: rcirillo@cirillo-law.com

*Attorney for Defendant
Korea Exchange Bank*

.