Hearing Date: December 14, 2022
Objection Date: September 30, 2022
Reply Date: October 31, 2022

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>  Plaintiff,<br><br>  v.<br><br>CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK d/b/a CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, f/k/a CALYON S.A. d/b/a CRÉDIT AGRICOLE MIAMI PRIVATE BANK SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A.,<br><br>  Defendant. | Adv. Pro. No. 12-01670 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

# NOTICE OF ADJOURNMENT
# OF THE HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that the hearing on Motion to Dismiss in the above-captioned adversary proceeding previously scheduled for November 16, 2022 has been adjourned to **December 14, 2022 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Cecilia G. Morris, United States Bankruptcy Judge.

Dated:   July 20, 2022
         New York, New York

Respectfully submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Elizabeth Vicens*

One Liberty Plaza
New York, New York 10006
Telephone: 212.225.2000
Facsimile: 212.225.3999
Elizabeth Vicens
Email: evicens@cgsh.com
Rachel Polan
Email: rpolan@cgsh.com

*Attorneys for Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami, f/k/a Calyon S.A. d/b/a Crédit Agricole Miami Private Bank successor in interest to Credit Lyonnais S.A.*