Hearing Date: December 14, 2022
Objection Date: September 30, 2022
Reply Date: October 31, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE, <br><br> Defendants. | Adv. Pro. No. 12-1022 (CGM) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF ADJOURNMENT**
**OF THE HEARING ON MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that the hearing on Motion to Dismiss in the above-

captioned adversary proceeding previously scheduled for November 16, 2022 has been

adjourned to **December 14, 2022 at 10:00 a.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Cecilia G. Morris, United States Bankruptcy Judge.

Dated:    July 20, 2022
            New York, New York

Respectfully Submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Elizabeth Vicens*
One Liberty Plaza
New York, New York 10006
Telephone: 212.225.2000
Facsimile: 212.225.3999
Elizabeth Vicens
Email: evicens@cgsh.com
Rachel Polan
Email: rpolan@cgsh.com

*Attorneys for Defendant Crédit Agricole (Suisse) S.A.*

2