**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY,<br><br>Defendants. | Adv. Pro. No. 21-01190 (CGM) |

## STIPULATION AND ORDER

WHEREAS, on September 27, 2021, Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa-lll, substantively consolidated with the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, filed a complaint commencing the

above-captioned action ("Complaint") against The Hebrew University of Jerusalem, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd., Ben-Gurion University of the Negev, B.G. Negev Technologies and Applications Ltd., The Weizmann Institute of Science, and Bar Ilan University (together, "Defendants," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

WHEREAS, the Defendants filed a motion to dismiss the Complaint on February 10, 2022;

WHEREAS, with permission of the Court and consent of Defendants, the Trustee filed a 66-page opposition to the motion to dismiss on June 15, 2022;

WHEREAS, the deadline for Defendants to file their reply is currently August 15, 2022;

WHEREAS, counsel for the Trustee and counsel for the Defendants have conferred regarding an enlargement of Defendants' reply and the deadline for submission of the reply; now therefore:

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that:

1. Defendants shall file their reply by no later than September 15, 2022. The six defendants may file a single omnibus reply brief that is no longer than 40 pages.

2. The Parties shall jointly seek oral argument on the motion to dismiss at the Court's convenience after all briefing is complete.

3. As previously stipulated, Counsel for the Defendants accepted service of the Complaint and the Defendants waived any defense in this action based on insufficiency of process or insufficiency of service of process. The Trustee and Defendants otherwise reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall

not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

4. A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

Dated:   July 20, 2022
         New York, New York

By: /s/ *Tracy L. Cole*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Ganesh Krishna
Email: gkrishna@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Michelle N. Tanney
Email: mtanney@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ *Emil A. Kleinhaus*
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Emil A. Kleinhaus
Email: EAKleinhaus@wlrk.com
Michael H. Cassel
Email: MHCassel@wlrk.com

*Attorneys for Defendants*



**Dated: July 21, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**