# EXHIBIT 16

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROBERT S SAVIN

Redacted

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1641
YOUR ACCOUNT NUMBER: 1-S0412-3-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 315,932.90 |
| 11/12 | 420 | | 475 | WELLS FARGO & CO NEW | 29.800 | 12,532.00 | |
| 11/12 | 300 | | 977 | HEWLETT PACKARD CO | 34.900 | 10,482.00 | |
| 11/12 | 260 | | 4801 | WAL-MART STORES INC | 55.830 | 14,525.80 | |
| 11/12 | 170 | | 5303 | INTERNATIONAL BUSINESS MACHS | 87.270 | 14,841.90 | |
| 11/12 | 630 | | 9127 | EXXON MOBIL CORP | 72.890 | 45,939.40 | |
| 11/12 | 690 | | 9629 | INTEL CORP | 14.510 | 10,038.90 | |
| 11/12 | 330 | | 13955 | JOHNSON E JOHNSON | 59.580 | 19,674.40 | |
| 11/12 | 450 | | 18280 | J.P. MORGAN CHASE & CO | 38.530 | 17,355.50 | |
| 11/12 | 240 | | 22606 | COCA COLA CO | 44.660 | 10,727.40 | |
| 11/12 | 140 | | 25932 | MCDONALDS CORP | 55.370 | 7,756.80 | |
| 11/12 | 260 | | 31258 | MERCK & CO | 28.550 | 7,433.00 | |
| 11/12 | 950 | | 35584 | MICROSOFT CORP | 21.310 | 20,757.50 | |
| 11/12 | 480 | | 39910 | ORACLE CORPORATION | 17.300 | 8,323.00 | |
| 11/12 | 190 | | 52888 | PEPSICO INC | 56.410 | 10,724.90 | |
| 11/12 | 110 | | 53390 | APPLE INC | 100.780 | 11,089.80 | |
| 11/12 | 810 | | 57214 | PFIZER INC | 16.940 | 13,753.40 | |
| 11/12 | 190 | | 57716 | ABBOTT LABORATORIES | 54.610 | 10,382.90 | |
| 11/12 | 360 | | 61540 | PROCTER & GAMBLE CO | 64.080 | 23,082.80 | |
| 11/12 | 130 | | 62042 | AMGEN INC | 59.160 | 7,695.80 | |
| 11/12 | 250 | | 65866 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 10,919.00 | |
| 11/12 | 500 | | 66358 | BANK OF AMERICA | 21.590 | 12,978.00 | |
| 11/12 | 200 | | 70192 | QUALCOMM INC | 33.770 | 6,762.00 | |
| 11/12 | 550 | | 70694 | CITI GROUP INC | 12.510 | 8,157.50 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00469934



335 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROBERT S SAVIN
Redacted

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ######1641
YOUR ACCOUNT NUMBER 1-S0412-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 1/12 | 150 | | 74518 | SCHLUMBERGER LTD | 49.480 | 7,428.00 | |
| 1/12 | 350 | | 75020 | COMCAST CORP CL A | 16.510 | 5,957.60 | |
| 1/12 | 710 | | 73844 | AT&T INC | 27 | 19,138.00 | |
| 1/12 | 180 | | 79346 | CONOCOPHILIPS | 52.510 | 9,458.80 | |
| 1/12 | 120 | | 83170 | UNITED PARCEL SVC INC CLASS B | 52.040 | 6,248.80 | |
| 1/12 | 730 | | 83672 | CISCO SYSTEMS INC | 16.730 | 12,241.90 | |
| 1/12 | 210 | | 87496 | U S BANCORP | 29.530 | 5,209.30 | |
| 1/12 | 250 | | 97998 | CHEVRON CORP | 73.430 | 13,357.50 | |
| 1/12 | 120 | | 91822 | UNITED TECHNOLOGIES CORP | 53.160 | 6,383.20 | |
| 1/12 | 1,270 | | 92324 | GENERAL ELECTRIC CO | 19.630 | 24,980.10 | |
| 1/12 | 340 | | 96148 | VERIZON COMMUNICATIONS | 30.410 | 10,352.40 | |
| 1/12 | 30 | | 96650 | GOOGLE | 337.400 | 10,123.00 | |
| 1/12 | | 450,000 | 23084 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 449,712.00 |
| 1/12 | | | | FIDELITY SPARTAN U S TRFEASURY MONEY MARKET DIV 11/12/08 | DIV | | 24.78 |
| 1/12 | | 22,508 | 18105 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,350.00 | 22,508.00 |
| 1/12 | 17,350 | | 27553 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.13 |

136,938.60

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

ROBERT S SAVIN

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0412-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1641
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | 17,350 | 53040 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,350.00 |
| 1/19 | 25,000 | | 57566 | U S TREASURY BILL DUE 03/26/2009 | 99.726 | 24,981.50 | |
| 1/19 | 22,331 | | 52078 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,331.00 | |
| 1/24 | | | | CHECK | CW | 20,000.00 | |
| 1/24 | | | | DIV 11/24/08 | DIV | | 1.87 |
| 1/24 | | 22,331 | 76966 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,331.00 |
| 1/24 | | 25,000 | 76967 | U S TREASURY BILL DUE 03/26/2009 | 99.953 | | 24,990.75 |
| 1/24 | 25,000 | | 76998 | U S TREASURY BILL DUE 03/26/2009 | 99.963 | 24,990.75 | |
| 1/24 | 2,333 | | 77019 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,333.00 | |
| | | | | NEW BALANCE | | 55,092.86 | |
| | 710 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.550 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00469936

ROBERT S SAVIN

Redacted

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1641
YOUR ACCOUNT NUMBER: 1-S0412-3-0
PAGE: 4

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 190 | | | ABBOTT LABORATORIES | 52.370 | | |
| 130 | | | AMGEN INC | 55.540 | | |
| 110 | | | APPLE INC | 92.670 | | |
| 600 | | | BANK OF AMERICA | 16.250 | | |
| 250 | | | CHEVRON CORP | 79.010 | | |
| 730 | | | CISCO SYSTEMS INC | 16.540 | | |
| 550 | | | CITI GROUP INC | 8.290 | | |
| 240 | | | COCA COLA CO | 46.870 | | |
| 360 | | | COMCAST CORP | 17.340 | | |
| | | | CL A | | | |
| 130 | | | CONOCOPHILIPS | 52.520 | | |
| 630 | | | EXXON MOBIL CORP | 80.150 | | |
| 1,270 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 30 | | | GOOGLE | 292.960 | | |
| 300 | | | HEWLETT PACKARD CO | 35.280 | | |
| 630 | | | INTEL CORP | 13.800 | | |
| 170 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 450 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 330 | | | JOHNSON & JOHNSON | 58.580 | | |
| 140 | | | MCDONALDS CORP | 58.750 | | |
| 260 | | | MERCK & CO | 26.720 | | |
| 950 | | | MICROSOFT CORP | 20.220 | | |
| 430 | | | ORACLE CORPORATION | 16.090 | | |
| 120 | | | PEPSICO INC | 56.700 | | |
| 810 | | | PFIZER INC | 16.430 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00469937

ROBERT S SAVIN
Redacted

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******1641
YOUR ACCOUNT NUMBER: 1-S0412-3-0
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 350 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 200 | | | QUALCOMM INC | 33.570 | | |
| | 150 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 2,333 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 210 | | | U S BANCORP | 26.280 | | |
| | 120 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 120 | | | UNITED TECHNOLOGIES CORP | 43.530 | | |
| | 340 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 250 | | | WAL-MART STORES INC | 55.880 | | |
| | 420 | | | WELLS FARGO & CO NEW | 28.870 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 467,908.65 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00469938



ROBERT S SAVIN

Redacted

PERIOD ENDING 11/30/08
PAGE 6

YEAR-TO-DATE SUMMARY

DIVIDENDS 3,541.57
GROSS PROCEEDS FROM SALES 3,129,148.42

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00469939