# EXHIBIT 7

CHASE

| CKS OUT | WIRE TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|
| (1899975.56) (330 000.00) NL | -1000 000.00 MS -1375 000.00 MOG -3000 000.00 [illegible] -150 000.00 MARDEN -500 000.00 [illegible] -600 000.00 BAEN -4000.00 OAKDALE | +562 211.75 | CROESUS +390 000.00 | 6/16 | 314 139 733.11 | |
| - 72000.00 CHELA (1579 935.00) | -250 000.00 MANSEL +5000 000.00 TREMA | +372 107.28 | | 6/17 | 317 627 505.39 | +17 600- |
| - 500 000.00 SHALL (328 000.00) | -144 000.00 BLM -3050 000.00 RUBIN -1500 000.00 JASON | Sterling - 62017.52 +1190 000.00 | | 6/18 | 313 857 522.91 | |
| - 600 000.00 BIRDLAKE (2704411.00) | -150 000.00 ANS ENIS -400 000.00 -50 000.00 MARON +3000 000.00 EVENSTAD | +654 891.00 +1 000 000.00 SCHWARTZ | +1 000 000.00 HAYMAN +1000 000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300 000 - BFS +600 000 - BFS (923500-) | - 75 000 - SHAMS +5000 000 - Unwin - 600 000 - [illegible] 27 000 000 - [illegible] -4500 000 - ANTON - 2000 000 - BNP | +5 000 000 - Unwin +247 850.09 | + 300 000.00 Berman | 6/20 | 291 588 009.00 | |
| - 1300 000.00 SACHS (1220 270.00) | +250 000.00 SWEEDLER +250 000.00 [illegible] -500 000.00 [illegible] +32 000.00 LAZURUS +3999 975 - CARLSTON +2,000 000 - SLAVIN | +800 000.00 LEHRER 636 567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2 981 000.00) | +2 000 000.00 [illegible] - 45000.00 [illegible] +298 387.58 Plenick -1000 000.00 [illegible] +250 000.00 [illegible] -500 000.00 [illegible] | +1000 000 - SHECKMAN +419 788.58 | INT ADJ 4/24 AS PER DAN B. -2244 008.72 | 6/24 | 294 734 256.38 | [illegible] +180 7[illegible] |
| - 70 000.00 KOAN - 4000 000.00 Hubbard (18 112 446.43) | - 2000 000.00 MEDGA -500 000.00 SCHIFF -1 300 000.00 KAPLAN -1 700 000.00 [illegible] -2000 000.00 [illegible] -2 221 000.00 [illegible] -1 400 000.00 [illegible] | +700 000.00 | | 6/25 | 261 351 809.95 | |
| - 10000 000.00 BRANCH (1251 557.44) | +70 000.00 ELGIN +78000.00 CADMUS +100 000.00 BERMAN +290 000.00 STEIN | +291 642.78 | +5.000 000.00 ALH-FIALKIN | 6/26 | 300 929 895.29 | |
| - 500000 - Jalon (1841 219.46) | - [illegible] - Jacobs - [illegible] - [illegible] -10000 000 - [illegible] 1008 646 153 Lesses -20 000 000 - Thybo -1600 000 - Pashcant | -1000 000 - Mittleman 702 955.71 | - 1200 000 - [illegible] - 1596 396.00 - Azeeran - 90000 - [illegible] | 6/27 | | [illegible] T2000- |
| +3 000 000 - Sonenberg +50 000 000.00 BLM | +10 000 000 - MARK +996 518.90 Fisher | +1500000 - Rubin +1000000 - Smith +275 000 [illegible] +2200 000.00 Cottage | +45000 000 - BLM SPEC | 6/27 | 375 922 404.13 | [illegible] |
| (1780 376-) (550 000.00) NL | -3000 000.00 STERLING - 500 000.00 [illegible] - 72 5 000 [illegible] -1 2000 000 TREMONT -238 00 000.00 BNP -2 000 000.00 RFP | +466 00 - AHA +1 459 593.25 | +5 20 000.00 TURBO +3 626 559.00 STERLING +16 999 975.00 M INVEST | 6/30 | 350 233 155.38 | CKS [illegible] +1000 000 +1340 00 |
| (250 000 000 -) PICOWER (2000) Annette (1405040-) NL | - 3000 000 - PICOWER - 251000 - [illegible] - [illegible] - 1000 000 - Klein - 3500 000 - [illegible] - [illegible] Thybo | - 100000 - Mardach + [illegible] - Nedburg +1 759 716 - | + 757 898.47 - Bigos + 425 817.50 - Berman | 7/1 | | |
| +12 999 985 - Bongiorno +600 000 - Masone | +5767 [illegible] +10 [illegible] + 9500 - [illegible] | +2000 - Hitz +1000 000 - Cohen +[illegible] - LWT | +2 224 945 [illegible] +3 529 956.58 [illegible] +[illegible] - Harris -59 100 BLM Spec | | 11[illegible] 669 026.51 | |
| (1500-) (3 857 350.55) | - 4000 - Wilson - 50 000 - [illegible] - 1300 000 - BNP | +15 000 - Robins +[illegible] - Schier -1000 000 - [illegible] | +1000 000 - Hymes +1000 000 - Downsbrough +1 571 666.68 +500 000 - Turbo +1800 000 - Hadmany | 7/2 | 110 496 862.64 | |
| (2 695 525.04) | - 500 000 - [illegible] - 500 000 - Cow - 4 684 535.92 Fairfield - 2500 Fairfield | +1000 000.00 Kay +4 684 555.00 Cohen +3000 000.00 Ascot +155 000.00 | +1000 000.00 Avalax +2000 000.00 broad MKT | 7/3 | 140 041 336.68 | |
| (677 000.00) (110 000.00) NL | +1800 000.00 RPPINV +2700 000.00 FRIEDMAN -150 850 - HARDEN | +3 715 585.00 [illegible] +12000 000.00 AMER MASTERS +1913 [illegible] | +[illegible].00 PASHMAN +400 000.00 RBD +600 000.00 [illegible] | 7/7 | 163 254 89[illegible].69 | CK R[illegible] +14000- +8000- |