# EXHIBIT 11

## Summary Chart of Short-Term Investments in the 703 Account

| Investment Type | Period Invested | Amount Invested | Return of Principal | | Total Interest | |
|---|---|---|---|---|---|---|
| Overnight Sweeps | February 2002 - December 2008 | $ (29,321,695,287) | $ 29,321,695,287 | | 3,060,256 | |
| Overnight Deposits | December 1998 - December 2008 | $ (167,616,800,000) | $ 167,620,800,000 | [1] | 24,355,663 | |
| Commercial Paper | December 1998 - February 2006 | $ (77,800,400,000) | $ 77,800,400,000 | | 9,563,692 | |
| Certificates of Deposit | December 1998 - September 2008 | $ (326,313,900,000) | $ 326,803,900,000 | [2] | 300,139,244 | |
| Treasury Bills | March 2007 - November 2008 | $ (16,486,662,003) | $ 16,586,249,975 | [3] | 109,979,969 | [4] |
| | | $ (617,539,457,290) | $ 618,133,045,262 | | $ 447,098,824 | |

[1] $4,000,000 of principal returned during the 10 Year Period was invested prior to the 10 Year Period.

[2] $490,000,000 of principal returned during the 10 Year Period was invested prior to the 10 Year Period.

[3] $100,000,000 face value of Treasury Bills (purchased for $99,587,972) was transferred from the Lehman 435 Account to the JPMC $^{Redacted}$ 3414 Account in September 2008 and the proceeds of the sale ($99,587,972) were received into the 703 Account.

[4] In addition, $476,250 of interest from Treasury Notes held in a predecessor custody account to the JPMC $^{Redacted}$ 3414 Account (the "JPMC $^{Redacted}$ 4276 Account") was received in the 703 Account between November 1999 and February 2001, as follows: $258,750 of this interest was from Treasury Notes purchased with funds from a bank account held at JPMorgan Chase used by the Proprietary Trading Business, $157,500 was from Treasury Notes purchased from the Morgan Stanley 719 Account (one of the 8 Brokerage Accounts) and subsequently transferred to the JPMC $^{Redacted}$ 4276 Account, and the remaining $60,000 of this interest was from Treasury Notes purchased prior to December 1998.