# EXHIBIT 3

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
| 292047 | 1S0412 | ROBERT S SAVIN | 3/7/2000 | 800,000 | JRNL | CHECK WIRE | **Yes** | n/a | **Yes** | n/a | MWPTAP00469943 MWPTAP00585532 |
| 29215 | 1S0412 | ROBERT S SAVIN | 1/19/2001 | 700,000 | CA | CHECK WIRE | **Yes** | **Yes** | **Yes** | MADTSS01115837-38 | MWPTAP00469943 MWPTAP00585532 |
| 219755 | 1S0412 | ROBERT S SAVIN | 4/16/2001 | (75,000) | CW | CHECK | **Yes** | **Yes** | n/a | MADTSS01115836 | n/a |
| 82526 | 1S0412 | ROBERT S SAVIN | 9/5/2001 | (60,000) | CW | CHECK | **Yes** | **Yes** | n/a | MADTSS01115835 | n/a |
| 297270 | 1S0412 | ROBERT S SAVIN | 12/18/2001 | (60,000) | CW | CHECK | **Yes** | **Yes** | n/a | MADTSS01115834 | n/a |
| 265256 | 1S0412 | ROBERT S SAVIN | 2/5/2002 | (35,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115833 | MWPTAP00469943 MWPTAP00585532 |
| 308054 | 1S0412 | ROBERT S SAVIN | 4/2/2002 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115832 | MWPTAP00469943 MWPTAP00585532 |
| 293109 | 1S0412 | ROBERT S SAVIN | 4/16/2002 | (140,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115831 | MWPTAP00469943 MWPTAP00585532 |
| 302510 | 1S0412 | ROBERT S SAVIN | 5/1/2002 | (30,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115830 | MWPTAP00469943 MWPTAP00585532 |
| 23748 | 1S0412 | ROBERT S SAVIN | 6/5/2002 | (100,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115829 | MWPTAP00469943 MWPTAP00585532 |
| 280556 | 1S0412 | ROBERT S SAVIN | 8/27/2002 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115828 | MWPTAP00469943 MWPTAP00585532 |
| 289370 | 1S0412 | ROBERT S SAVIN | 9/23/2002 | (30,000) | CW | CHECK | n/a | **Yes** | **Yes**[8] | MADTSS01115826-27 | MWPTAP00469943 MWPTAP00585532 |
| 161310 | 1S0412 | ROBERT S SAVIN | 12/11/2002 | (27,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115825 | MWPTAP00469943 MWPTAP00585532 |
| 10724 | 1S0412 | ROBERT S SAVIN | 12/24/2002 | 58,462 | CA | CHECK WIRE | **Yes** | n/a | **No**[9] | n/a | MWPTAP00469943 MWPTAP00585532 |
| 53222 | 1S0412 | ROBERT S SAVIN | 1/8/2003 | (35,000) | CW | CHECK | **Yes** | **Yes** | n/a | MADTSS01115823-24 | n/a |
| 103285 | 1S0412 | ROBERT S SAVIN | 1/15/2003 | (27,000) | CW | CHECK | **Yes** | **Yes** | n/a | MADTSS01115821-22 | n/a |
| 253260 | 1S0412 | ROBERT S SAVIN | 3/10/2003 | (30,000) | CW | CHECK | **Yes** | **Yes** | n/a | MADTSS01115820 | n/a |

**EXHIBIT 3**

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | *Reconciliation Results*[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 230178 | 1S0412 | ROBERT S SAVIN | 4/10/2003 | (25,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115819 | n/a |
| 113791 | 1S0412 | ROBERT S SAVIN | 5/1/2003 | (25,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115818 | n/a |
| 220362 | 1S0412 | ROBERT S SAVIN | 6/12/2003 | (25,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115817 | n/a |
| 246759 | 1S0412 | ROBERT S SAVIN | 6/12/2003 | (160,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115817 | n/a |
| 275326 | 1S0412 | ROBERT S SAVIN | 8/14/2003 | (10,000) | CW | CHECK | Yes | Yes[5] | n/a | MADTSS01115815-16 | n/a |
| 166862 | 1S0412 | ROBERT S SAVIN | 8/20/2003 | (10,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115814 | n/a |
| 252686 | 1S0412 | ROBERT S SAVIN | 8/29/2003 | (10,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115813 | n/a |
| 11644 | 1S0412 | ROBERT S SAVIN | 9/10/2003 | (12,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115812 | n/a |
| 281681 | 1S0412 | ROBERT S SAVIN | 9/12/2003 | (30,000) | CW | CHECK | Yes | Yes | n/a | MADTSS01115811 | n/a |
| 59191 | 1S0412 | ROBERT S SAVIN | 1/7/2004 | (19,000) | CW | CHECK | Yes | Yes | No[10] | MADTSS01115806-07 | MWPTAP00469943 MWPTAP00585532 |
| 245177 | 1S0412 | ROBERT S SAVIN | 1/15/2004 | (11,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115806-08 | MWPTAP00469943 MWPTAP00585532 |
| 230280 | 1S0412 | ROBERT S SAVIN | 1/16/2004 | (25,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115809-10 | MWPTAP00469943 MWPTAP00585532 |
| 239365 | 1S0412 | ROBERT S SAVIN | 3/11/2004 | (16,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115805 | MWPTAP00469943 MWPTAP00585532 |
| 239368 | 1S0412 | ROBERT S SAVIN | 3/30/2004 | (25,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115804 | MWPTAP00469943 MWPTAP00585532 |
| 259954 | 1S0412 | ROBERT S SAVIN | 4/19/2004 | (20,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115803 | MWPTAP00469943 MWPTAP00585532 |
| 58191 | 1S0412 | ROBERT S SAVIN | 5/14/2004 | 75,000 | CA | CHECK | Yes | Yes | Yes | MADTSS01115802 | SAVIN 000019 |
| 77488 | 1S0412 | ROBERT S SAVIN | 5/26/2004 | (35,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115801 | MWPTAP00469943 MWPTAP00585532 |

**EXHIBIT 3**

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
| 277993 | 1S0412 | ROBERT S SAVIN | 6/25/2004 | (15,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115800 | MWPTAP00469943 MWPTAP00585532 |
| 107136 | 1S0412 | ROBERT S SAVIN | 7/9/2004 | (5,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115799 | MWPTAP00469943 MWPTAP00585532 |
| 50778 | 1S0412 | ROBERT S SAVIN | 8/9/2004 | (10,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115798 | MWPTAP00469943 MWPTAP00585532 |
| 293971 | 1S0412 | ROBERT S SAVIN | 9/8/2004 | (35,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115797 | MWPTAP00469943 MWPTAP00585532 |
| 45036 | 1S0412 | ROBERT S SAVIN | 9/16/2004 | (19,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115796 | MWPTAP00469943 MWPTAP00585532 |
| 268186 | 1S0412 | ROBERT S SAVIN | 12/7/2004 | (10,000) | CW | CHECK | Yes | Yes | Yes[10] | MADTSS01115795 | MWPTAP00469943 MWPTAP00585532 |
| 280203 | 1S0412 | ROBERT S SAVIN | 1/7/2005 | (30,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115794 | MWPTAP00469943 MWPTAP00585532 |
| 280214 | 1S0412 | ROBERT S SAVIN | 1/12/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115793 | MWPTAP00469943 MWPTAP00585532 |
| 267317 | 1S0412 | ROBERT S SAVIN | 3/10/2005 | (5,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115792 | MWPTAP00469943 MWPTAP00585532 |
| 187893 | 1S0412 | ROBERT S SAVIN | 4/6/2005 | (41,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115791 | MWPTAP00469943 MWPTAP00585532 |
| 212721 | 1S0412 | ROBERT S SAVIN | 4/12/2005 | (7,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115790 | MWPTAP00469943 MWPTAP00585532 |
| 109237 | 1S0412 | ROBERT S SAVIN | 6/8/2005 | (25,000) | CW | CHECK | Yes | Yes[6] | Yes[8] | MADTSS01115789 | MWPTAP00469943 MWPTAP00585532 |
| 270820 | 1S0412 | ROBERT S SAVIN | 6/30/2005 | (30,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115788 | MWPTAP00469943 MWPTAP00585532 |
| 298432 | 1S0412 | ROBERT S SAVIN | 9/7/2005 | (10,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115787 | MWPTAP00469943 MWPTAP00585532 |
| 267070 | 1S0412 | ROBERT S SAVIN | 10/13/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115786 | MWPTAP00469943 MWPTAP00585532 |
| 149041 | 1S0412 | ROBERT S SAVIN | 12/16/2005 | (40,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115785 | MWPTAP00469943 MWPTAP00585532 |
| 298263 | 1S0412 | ROBERT S SAVIN | 12/22/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115784 | MWPTAP00469943 MWPTAP00585532 |

**EXHIBIT 3**

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
| 301305 | 1S0412 | ROBERT S SAVIN | 2/3/2006 | (15,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115783 | MWPTAP00469943 MWPTAP00585532 |
| 181298 | 1S0412 | ROBERT S SAVIN | 3/9/2006 | (5,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115782 | MWPTAP00469943 MWPTAP00585532 |
| 303760 | 1S0412 | ROBERT S SAVIN | 3/24/2006 | (5,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115781 | MWPTAP00469943 MWPTAP00585532 |
| 76199 | 1S0412 | ROBERT S SAVIN | 4/4/2006 | (10,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115779 | MWPTAP00469943 MWPTAP00585532 |
| 59819 | 1S0412 | ROBERT S SAVIN | 4/7/2006 | (25,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115780 | MWPTAP00469943 MWPTAP00585532 |
| 205677 | 1S0412 | ROBERT S SAVIN | 6/5/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115778 | MWPTAP00469943 MWPTAP00585532 |
| 161412 | 1S0412 | ROBERT S SAVIN | 6/21/2006 | (10,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115777 | MWPTAP00469943 MWPTAP00585532 |
| 260972 | 1S0412 | ROBERT S SAVIN | 7/18/2006 | (7,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115776 | MWPTAP00469943 MWPTAP00585532 |
| 181536 | 1S0412 | ROBERT S SAVIN | 8/30/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115775 | MWPTAP00469943 MWPTAP00585532 |
| 249104 | 1S0412 | ROBERT S SAVIN | 9/15/2006 | (5,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115774 | MWPTAP00469943 MWPTAP00585532 |
| 256469 | 1S0412 | ROBERT S SAVIN | 10/25/2006 | (35,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115773 | MWPTAP00469943 MWPTAP00585532 |
| 306617 | 1S0412 | ROBERT S SAVIN | 11/17/2006 | (10,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115772 | MWPTAP00469943 MWPTAP00585532 |
| 301930 | 1S0412 | ROBERT S SAVIN | 12/14/2006 | (15,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115771 | MWPTAP00469943 MWPTAP00585532 |
| 83986 | 1S0412 | ROBERT S SAVIN | 12/21/2006 | (25,000) | CW | CHECK | Yes | No[7] | Yes[8] | MADTSS01115770 | MWPTAP00469943 MWPTAP00585532 |
| 236980 | 1S0412 | ROBERT S SAVIN | 1/25/2007 | (25,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115769 | MWPTAP00469943 MWPTAP00585532 |
| 219725 | 1S0412 | ROBERT S SAVIN | 2/6/2007 | (15,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115768 | MWPTAP00469943 MWPTAP00585532 |
| 62238 | 1S0412 | ROBERT S SAVIN | 3/14/2007 | (25,000) | CW | CHECK | Yes | Yes | Yes[8] | MADTSS01115767 | MWPTAP00469943 MWPTAP00585532 |

**EXHIBIT 3**

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
| 277041 | 1S0412 | ROBERT S SAVIN | 3/26/2007 | (10,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115766 | MWPTAP00469943 MWPTAP00585532 |
| 184274 | 1S0412 | ROBERT S SAVIN | 5/23/2007 | (30,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115765 | MWPTAP00469943 MWPTAP00585532 |
| 306976 | 1S0412 | ROBERT S SAVIN | 6/7/2007 | (20,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115764 | MWPTAP00469943 MWPTAP00585532 |
| 294368 | 1S0412 | ROBERT S SAVIN | 7/10/2007 | (10,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115763 | MWPTAP00469943 MWPTAP00585532 |
| 302366 | 1S0412 | ROBERT S SAVIN | 8/6/2007 | (2,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115762 | MWPTAP00469943 MWPTAP00585532 |
| 261471 | 1S0412 | ROBERT S SAVIN | 8/10/2007 | (12,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115761 | MWPTAP00469943 MWPTAP00585532 |
| 273430 | 1S0412 | ROBERT S SAVIN | 8/21/2007 | (4,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115760 | MWPTAP00469943 MWPTAP00585532 |
| 306128 | 1S0412 | ROBERT S SAVIN | 8/28/2007 | (15,000) | CW | CK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115759 | MWPTAP00469943 MWPTAP00585532 |
| 178094 | 1S0412 | ROBERT S SAVIN | 10/2/2007 | (10,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115758 | MWPTAP00469943 MWPTAP00585532 |
| 96864 | 1S0412 | ROBERT S SAVIN | 11/9/2007 | (10,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115757 | MWPTAP00469943 MWPTAP00585532 |
| 213213 | 1S0412 | ROBERT S SAVIN | 11/20/2007 | (5,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115756 | MWPTAP00469943 MWPTAP00585532 |
| 213167 | 1S0412 | ROBERT S SAVIN | 12/11/2007 | (15,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115755 | MWPTAP00469943 MWPTAP00585532 |
| 78749 | 1S0412 | ROBERT S SAVIN | 1/2/2008 | (25,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115754 | MWPTAP00469943 MWPTAP00585532 |
| 14775 | 1S0412 | ROBERT S SAVIN | 1/14/2008 | (12,500) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115753 | MWPTAP00469943 MWPTAP00585532 |
| 194864 | 1S0412 | ROBERT S SAVIN | 2/25/2008 | (20,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115751 | MWPTAP00469943 MWPTAP00585532 |
| 268632 | 1S0412 | ROBERT S SAVIN | 3/25/2008 | (20,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115748 | MWPTAP00469943 MWPTAP00585532 |
| 112278 | 1S0412 | ROBERT S SAVIN | 4/14/2008 | (25,000) | CW | CHECK | **Yes** | **Yes** | **Yes[8]** | MADTSS01115747 | MWPTAP00469943 MWPTAP00585532 |

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | | |
| 250087 | 1S0412 | ROBERT S SAVIN | 5/9/2008 | (15,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115746 | MWPTAP00469943 MWPTAP00585532 |
| 84555 | 1S0412 | ROBERT S SAVIN | 6/6/2008 | (25,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115745 | MWPTAP00469943 MWPTAP00585532 |
| 261107 | 1S0412 | ROBERT S SAVIN | 6/30/2008 | (30,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115744 | MWPTAP00469943 MWPTAP00585532 |
| 186767 | 1S0412 | ROBERT S SAVIN | 7/23/2008 | (10,000) | CW | CHECK | **Yes** | **Yes** | **Yes**[8] | MADTSS01115743 | MWPTAP00469943 MWPTAP00585532 |
| 225307 | 1S0412 | ROBERT S SAVIN | 11/24/2008 | (20,000) | CW | CHECK | **Yes** | n/a | **Yes**[8] | n/a | MWPTAP00469943 MWPTAP00585532 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced document from the BLMIS customer file related to the Robert Savin Account is a handwritten letter dated 8/12/2003 from Robert S. Savin requesting two cash withdrawals in the amount of $10,000 each and includes a handwritten notation of "8/14." However, the customer statements for the Robert Savin Account reflect only one cash withdrawal of $10,000 dated 8/14/2003. I have reconciled the referenced document to the one cash withdrawal of $10,000 dated 8/14/2003 as reflected on the customer statements for the Robert Savin Account. In addition, there was another $10,000 cash withdrawal from the Robert Savin Account on 8/20/2003, which I reconciled to a document in the customer file for the Robert Savin Account, as referenced. Further, I have not found any instance of the Savin Defendants communicating to BLMIS any disagreement with respect to the accuracy of this cash withdrawal transaction reflected on the customer statements for the Robert Savin Account.

[6] The referenced document from the BLMIS customer file related to the Robert Savin Account is a facsimile dated 6/6/2005 from Robert S. Savin requesting a cash withdrawal in the amount of $20,000 and includes a handwritten notation of "6/8." As there is also a handwritten notation of "25,000" on the facsimile, I have reconciled this document to the cash withdrawal of $25,000 dated 6/8/2005 as reflected on the customer statements for the Robert Savin Account. In addition, I have not found any instance of the Savin Defendants communicating to BLMIS any disagreement with respect to the accuracy of this cash withdrawal transaction reflected on the customer statements for the Robert Savin Account.

**List of All Cash Transactions in the Robert Savin Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Documents Received by the Trustee | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Received by the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|

*Reconciliation Results [4]*

[7] The referenced document from the BLMIS customer file related to the Robert Savin Account is a facsimile dated 12/19/2006 from Robert S. Savin requesting a cash withdrawal in the amount of $15,000, which does not reconcile to the cash withdrawal of $25,000 dated 12/21/2006 as reflected on the customer statements for the Robert Savin Account. However, as indicated in the other columns of this exhibit under "Reconciliation Results," I reconciled this $25,000 cash withdrawal transaction to both BLMIS bank records and documents received by the Trustee. In addition, I have not found any instance of the Savin Defendants communicating to BLMIS any disagreement with respect to the accuracy of this cash withdrawal transaction reflected on the customer statements for the Robert Savin Account.

[8] The referenced documents are copies of a schedule of annual cash deposits and withdrawals attached to claims filed with the Trustee relating to the Robert Savin Account. Transaction amounts included in the referenced documents are aggregated annual amounts that I reconciled to the sum of multiple cash withdrawal transactions reflected on the customer statements for the Robert Savin Account.

[9] The referenced documents, which are copies of a schedule of annual cash deposits and withdrawals attached to claims filed with the Trustee relating to the Robert Savin Account, reflect zero cash deposits during 2002. The customer statements for the Robert Savin Account reflect a cash deposit dated 12/24/2002 of $58,462, and therefore, I have not considered this cash deposit transaction reconciled to these documents received by the Trustee. However, as indicated in the other columns of this exhibits under "Reconcilation Results," I reconciled this cash deposit transaction to BLMIS bank records.

[10] The referenced documents, which are copies of a schedule of annual cash deposits and withdrawals attached to claims filed with the Trustee relating to the Robert Savin Account, reflect an aggregated amount of cash withdrawals from the Robert Savin Account for 2004 of $226,000. The customer statements for the Robert S. Savin Account reflect total cash withdrawals in 2004 of $245,000. The referenced documents appear to exclude the first $19,000 cash withdrawal from the Robert Savin Account during 2004 dated 1/7/2003. However, as indicated in the columns of this exhibit under "Reconciliation Results," I reconciled this $19,000 cash withdrawal transaction to available BLMIS bank records and documents contained in the BLMIS customer file for the Robert Savin Account.