# EXHIBIT 4



# Fax

To: BERNARD MADOFF WITHDRAWAL    From: ROBERT S SAVIN

Fax: 212-838-4061    Fax: Redacted    (including cover page)

Phone: 212-230-2424    Phone: Redacted

Re: WITHDRAWAL    Date: July 22, 08

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply

• Comments: If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF 10,000 00

Ten thousand

SEND TO:
ROBERT S SAVIN
Redacted

FROM MY ACCOUNT 1S0412-3

THANK YOU, Robert Savin

BOB SAVIN    Fax No.: Redacted
Home No. Redacted    Cell No.: Redacted   Redacted

7/23

MADTSS01115743