# EXHIBIT 5

# EXHIBIT 5

## Results of Tracing Analysis - Robert Savin Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number(s) | Account Holder | Total Amount Traced per Available Bank Records |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. | xxxxxxxxxxx1875 | Robert S Savin or Barbara L Savin | 172,500 |
| MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | xxxx4058 | Robert S Savin | 35,000 |
| MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | xxxx2597 | Robert S Savin | 20,000 |
| MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | xxxx2597 / xxxx4058 | Robert Savin / Park City Entertainment | 20,000 |
| MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | *Unknown* | Robert S Savin | 203,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 450,500** |
| | | *% of Total Cash Withdrawals from the Robert Savin Account in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Robert Savin Account in the Two Year Period** | **$ 450,500** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.