# EXHIBIT 6

**Reconciliation and Tracing Results - Robert Savin Account**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *BLMIS Bank Account Data* | | | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
| 292047 | 1S0412 | ROBERT S SAVIN | 3/7/2000 | 800,000 | JRNL | CHECK WIRE | Deposit | Wire | Yes | 703 Account | | | 5584 | |
| 29215 | 1S0412 | ROBERT S SAVIN | 1/19/2001 | 700,000 | CA | CHECK WIRE | Deposit | Wire | Yes | 703 Account | | | 9826 | |
| 219755 | 1S0412 | ROBERT S SAVIN | 4/16/2001 | (75,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 124612 | MADWAA00132643-44 | | |
| 82526 | 1S0412 | ROBERT S SAVIN | 9/5/2001 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 127457 | MADWAA00100060-61 | | |
| 297270 | 1S0412 | ROBERT S SAVIN | 12/18/2001 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 130690 | JPMSAF0000419 MADWAA00068401-02 | | |
| 265256 | 1S0412 | ROBERT S SAVIN | 2/5/2002 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132431 | JPMSAF0002081-82 MADWAA00076400-01 | | |
| 308054 | 1S0412 | ROBERT S SAVIN | 4/2/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 133633 | JPMSAF0003288 MADWAA00065165-66 | | |
| 293109 | 1S0412 | ROBERT S SAVIN | 4/16/2002 | (140,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 134475 | JPMSAF0004102 MADWAA00064474-75 | | |
| 302510 | 1S0412 | ROBERT S SAVIN | 5/1/2002 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 134689 | JPMSAF0004323 MADWAA00066754-55 | | |
| 23748 | 1S0412 | ROBERT S SAVIN | 6/5/2002 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135222 | JPMSAF0004889 MADWAA00063771-72 | | |
| 280556 | 1S0412 | ROBERT S SAVIN | 8/27/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137342 | JPMSAF0007026 MADWAA00115911-12 | | |
| 289370 | 1S0412 | ROBERT S SAVIN | 9/23/2002 | (30,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 161310 | 1S0412 | ROBERT S SAVIN | 12/11/2002 | (27,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 140035 | JPMSAF0009861 MADWAA00127540-41 | | |
| 10724 | 1S0412 | ROBERT S SAVIN | 12/24/2002 | 58,462 | CA | CHECK WIRE | Deposit | Wire | Yes | 703 Account | | | 20045 | |
| 53222 | 1S0412 | ROBERT S SAVIN | 1/8/2003 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 141070 | JPMSAF0011025 MADWAA00117342-43 | | |
| 103285 | 1S0412 | ROBERT S SAVIN | 1/15/2003 | (27,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 141633 | JPMSAF0011687 MADWAA00116884-85 | | |
| 253260 | 1S0412 | ROBERT S SAVIN | 3/10/2003 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 142410 | JPMSAF0012402 MADWAA00319788-89 | | |
| 230178 | 1S0412 | ROBERT S SAVIN | 4/10/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 143969 | JPMSAF0013890 MADWAA00307198-99 | | |
| 113791 | 1S0412 | ROBERT S SAVIN | 5/1/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 144267 | JPMSAF0014197 MADWAA00316969-70 | | |
| 220362 | 1S0412 | ROBERT S SAVIN | 6/12/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 144916 | JPMSAF0014865-66 MADWAA00321742-43 | | |
| 246759 | 1S0412 | ROBERT S SAVIN | 6/12/2003 | (160,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 144917 | JPMSAF0014867 MADWAA00321744-45 | | |
| 275326 | 1S0412 | ROBERT S SAVIN | 8/14/2003 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146750 | JPMSAF0016611 MADWAA00324235-36 | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *BLMIS Bank Account Data* | | | | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
| 166862 | 1S0412 | ROBERT S SAVIN | 8/20/2003 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146833 | JPMSAF0016690 MADWAA00324385-86 | | |
| 252686 | 1S0412 | ROBERT S SAVIN | 8/29/2003 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146977 | JPMSAF0016826 MADWAA00314485-86 | | |
| 11644 | 1S0412 | ROBERT S SAVIN | 9/10/2003 | (12,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 147206 | JPMSAF0017042 MADWAA00313861-62 | | |
| 281681 | 1S0412 | ROBERT S SAVIN | 9/12/2003 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 147272 | JPMSAF0017106 MADWAA00313989-90 | | |
| 59191 | 1S0412 | ROBERT S SAVIN | 1/7/2004 | (19,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 150788 | JPMSAF0019956 MADWAA00235872-73 | | |
| 245177 | 1S0412 | ROBERT S SAVIN | 1/15/2004 | (11,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151406 | JPMSAF0020620 MADWAA00238349-50 | | |
| 230280 | 1S0412 | ROBERT S SAVIN | 1/16/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151426 | JPMSAF0020642 MADWAA00238385-86 | | |
| 239365 | 1S0412 | ROBERT S SAVIN | 3/11/2004 | (16,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152280 | JPMSAF0021540 MADWAA00223967-68 | | |
| 239368 | 1S0412 | ROBERT S SAVIN | 3/30/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152601 | JPMSAF0021869 MADWAA00226573-74 | | |
| 259954 | 1S0412 | ROBERT S SAVIN | 4/19/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153923 | JPMSAF0023300 MADWAA00229159-60 | | |
| 58191 | 1S0412 | ROBERT S SAVIN | 5/14/2004 | 75,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 445 | JPMSAI0005644 JPMSAI0005648 | 27711 | 12832 |
| 77488 | 1S0412 | ROBERT S SAVIN | 5/26/2004 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154460 | JPMSAF0023845 MADWAA00331909-10 | | |
| 277993 | 1S0412 | ROBERT S SAVIN | 6/25/2004 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154930 | JPMSAF0024378 MADWAA00339669-70 | | |
| 107136 | 1S0412 | ROBERT S SAVIN | 7/9/2004 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156084 | JPMSAF0025927 MADWAA00341425-26 | | |
| 50778 | 1S0412 | ROBERT S SAVIN | 8/9/2004 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156538 | JPMSAF0026396 MADWAA00334972-73 | | |
| 293971 | 1S0412 | ROBERT S SAVIN | 9/8/2004 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156988 | JPMSAF0026888 JPMSAF0026889 MADWAA00351161-62 | | |
| 45036 | 1S0412 | ROBERT S SAVIN | 9/16/2004 | (19,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157176 | JPMSAF0027080 MADWAA00351513-14 | | |
| 268186 | 1S0412 | ROBERT S SAVIN | 12/7/2004 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 159408 | JPMSAF0029397 MADWAA00333407-08 | | |
| 280203 | 1S0412 | ROBERT S SAVIN | 1/7/2005 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161079 | JPMSAF0031323 MADWAA00349573-74 | | |
| 280214 | 1S0412 | ROBERT S SAVIN | 1/12/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161147 | JPMSAF0031397 MADWAA00350134-35 | | |
| 267317 | 1S0412 | ROBERT S SAVIN | 3/10/2005 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162017 | JPMSAF0032334 MADWAA00159661-62 | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 187893 | 1S0412 | ROBERT S SAVIN | 4/6/2005 | (41,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 163552 | JPMSAF0033934 MADWAA00163030-31 | | |
| 212721 | 1S0412 | ROBERT S SAVIN | 4/12/2005 | (7,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 163744 | JPMSAF0034138 MADWAA00165739-40 | | |
| 109237 | 1S0412 | ROBERT S SAVIN | 6/8/2005 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 164703 | JPMSAF0035191 JPMSAF0035192 MADWAA00160872-73 | | |
| 270820 | 1S0412 | ROBERT S SAVIN | 6/30/2005 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 165095 | JPMSAF0035589 MADWAA00156070-71 | | |
| 298432 | 1S0412 | ROBERT S SAVIN | 9/7/2005 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 167214 | JPMSAF0037750 MADWAA00163646-47 MADWAA00164242-43 | | |
| 267070 | 1S0412 | ROBERT S SAVIN | 10/13/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 168796 | JPMSAF0039477 MADWAA00170135-36 | | |
| 149041 | 1S0412 | ROBERT S SAVIN | 12/16/2005 | (40,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169903 | JPMSAF0040715 JPMSAF0040716 | | |
| 298263 | 1S0412 | ROBERT S SAVIN | 12/22/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 170059 | JPMSAF0040883 MADWAA00359656-57 | | |
| 301305 | 1S0412 | ROBERT S SAVIN | 2/3/2006 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171876 | JPMSAF0042896 MADWAA00363293-94 | | |
| 181298 | 1S0412 | ROBERT S SAVIN | 3/9/2006 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172410 | JPMSAF0043476 MADWAA00366797-98 | | |
| 303760 | 1S0412 | ROBERT S SAVIN | 3/24/2006 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172634 | JPMSAF0043712 MADWAA00375795-96 | | |
| 76199 | 1S0412 | ROBERT S SAVIN | 4/4/2006 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 173446 | JPMSAF0044624 MADWAA00374233-34 | | |
| 59819 | 1S0412 | ROBERT S SAVIN | 4/7/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 173974 | JPMSAF0045215 JPMSAF0045216 MADWAA00377010-11 | | |
| 205677 | 1S0412 | ROBERT S SAVIN | 6/5/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 175104 | JPMSAF0046457 MADWAA00210850-51 | | |
| 161412 | 1S0412 | ROBERT S SAVIN | 6/21/2006 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 175412 | JPMSAF0046770 MADWAA00211828-29 | | |
| 260972 | 1S0412 | ROBERT S SAVIN | 7/18/2006 | (7,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 176779 | JPMSAF0048103 MADWAA00372452-53 | | |
| 181536 | 1S0412 | ROBERT S SAVIN | 8/30/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177410 | JPMSAF0048684 MADWAA00208936-37 | | |
| 249104 | 1S0412 | ROBERT S SAVIN | 9/15/2006 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177785 | JPMSAF0049028 MADWAA00209612-13 | | |
| 256469 | 1S0412 | ROBERT S SAVIN | 10/25/2006 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179419 | JPMSAF0050604 MADWAA00212842-43 | | |
| 306617 | 1S0412 | ROBERT S SAVIN | 11/17/2006 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179788 | JPMSAF0051077 JPMSAF0051078 MADWAA00213482-83 | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 301930 | 1S0412 | ROBERT S SAVIN | 12/14/2006 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180326 | JPMSAF0051923 JPMSAF0051924 MADWAA00205568-69 | | |
| 83986 | 1S0412 | ROBERT S SAVIN | 12/21/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180552 | JPMSAF0052254 MADWAA00205926-27 | | |
| 236980 | 1S0412 | ROBERT S SAVIN | 1/25/2007 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182300 | JPMSAF0053693 MADWAA00194883-84 | | |
| 219725 | 1S0412 | ROBERT S SAVIN | 2/6/2007 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182506 | JPMSAF0053884 MADWAA00200032-33 | | |
| 62238 | 1S0412 | ROBERT S SAVIN | 3/14/2007 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183059 | JPMSAF0054402 MADWAA00203874-75 | | |
| 277041 | 1S0412 | ROBERT S SAVIN | 3/26/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183257 | JPMSAF0054589 MADWAA00266444-45 | | |
| 184274 | 1S0412 | ROBERT S SAVIN | 5/23/2007 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185557 | JPMSAF0056798 MADWAA00277728-29 | | |
| 306976 | 1S0412 | ROBERT S SAVIN | 6/7/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185943 | JPMSAF0057164 MADWAA00277158-59 | | |
| 294368 | 1S0412 | ROBERT S SAVIN | 7/10/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 187525 | JPMSAF0058680 MADWAA00272683-84 | | |
| 302366 | 1S0412 | ROBERT S SAVIN | 8/6/2007 | (2,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188043 | JPMSAF0059154 MADWAA00279960-61 | | |
| 261471 | 1S0412 | ROBERT S SAVIN | 8/10/2007 | (12,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188128 | JPMSAF0059223 MADWAA00280114-15 | | |
| 273430 | 1S0412 | ROBERT S SAVIN | 8/21/2007 | (4,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188280 | JPMSAF0059360 MADWAA00280380-81 | | |
| 306128 | 1S0412 | ROBERT S SAVIN | 8/28/2007 | (15,000) | CW | CK | Withdrawal | Check | Yes | 509 Account | 188390 | JPMSAF0059464 MADWAA00275870-71 | | |
| 178094 | 1S0412 | ROBERT S SAVIN | 10/2/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 189678 | JPMSAF0060713 MADWAA00264220-21 | | |
| 96864 | 1S0412 | ROBERT S SAVIN | 11/9/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 190836 | JPMSAF0061809 MADWAA00262207-08 | | |
| 213213 | 1S0412 | ROBERT S SAVIN | 11/20/2007 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 190976 | JPMSAF0061960 JPMSAF0061961 MADWAA00262459-60 | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | BLMIS Bank Account Data | | | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
| 213167 | 1S0412 | ROBERT S SAVIN | 12/11/2007 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191440 | JPMSAF0062437 MADWAA00292466-67 | | |
| 78749 | 1S0412 | ROBERT S SAVIN | 1/2/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 192486 | JPMSAF0063460 MADWAA00288409-10 | | |
| 14775 | 1S0412 | ROBERT S SAVIN | 1/14/2008 | (12,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193295 | JPMSAF0064252 MADWAA00290385-86 | | |
| 194864 | 1S0412 | ROBERT S SAVIN | 2/25/2008 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193981 | JPMSAF0064882 | | |
| 268632 | 1S0412 | ROBERT S SAVIN | 3/25/2008 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194481 | JPMSAF0065353 MADWAA00297210-11 | | |
| 112278 | 1S0412 | ROBERT S SAVIN | 4/14/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 195964 | JPMSAF0066810 | | |
| 250087 | 1S0412 | ROBERT S SAVIN | 5/9/2008 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196422 | JPMSAF0067262 MADWAA00293327-28 | | |
| 84555 | 1S0412 | ROBERT S SAVIN | 6/6/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197024 | JPMSAF0067856 MADWAA00296040-41 | | |
| 261107 | 1S0412 | ROBERT S SAVIN | 6/30/2008 | (30,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197869 | JPMSAF0068669 MADWAA00286914-15 | | |
| 186767 | 1S0412 | ROBERT S SAVIN | 7/23/2008 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 198751 | JPMSAF0069519 MADWAA00295059-60 | | |
| 225307 | 1S0412 | ROBERT S SAVIN | 11/24/2008 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201906 | JPMSAF0072525 MADWAA00303923-24 | | |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The stamp on the back of the cancelled check from BLMIS records identifying the banking institution is illegible. However, based on the placement, size and length of the stamp, I have concluded that the banking institution is MLPFS ((Merrill Lynch, Pierce, Fenner & Smith). *See* MADWAA00194884 for an example of a legible stamp identifying "MLPFS" as the banking institution.

**Reconciliation and Tracing Results - Robert Savin Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | *Tracing Results - per BLMIS Bank Records* ||| *Tracing Results - per Defendant's Bank Records* |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 292047 | 1S0412 | ROBERT S SAVIN | 3/7/2000 | 800,000 | JRNL | CHECK WIRE | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 29215 | 1S0412 | ROBERT S SAVIN | 1/19/2001 | 700,000 | CA | CHECK WIRE | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 219755 | 1S0412 | ROBERT S SAVIN | 4/16/2001 | (75,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 82526 | 1S0412 | ROBERT S SAVIN | 9/5/2001 | (60,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 297270 | 1S0412 | ROBERT S SAVIN | 12/18/2001 | (60,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 265256 | 1S0412 | ROBERT S SAVIN | 2/5/2002 | (35,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 308054 | 1S0412 | ROBERT S SAVIN | 4/2/2002 | (50,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 293109 | 1S0412 | ROBERT S SAVIN | 4/16/2002 | (140,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 302510 | 1S0412 | ROBERT S SAVIN | 5/1/2002 | (30,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 23748 | 1S0412 | ROBERT S SAVIN | 6/5/2002 | (100,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 280556 | 1S0412 | ROBERT S SAVIN | 8/27/2002 | (50,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 289370 | 1S0412 | ROBERT S SAVIN | 9/23/2002 | (30,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 161310 | 1S0412 | ROBERT S SAVIN | 12/11/2002 | (27,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 10724 | 1S0412 | ROBERT S SAVIN | 12/24/2002 | 58,462 | CA | CHECK WIRE | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 53222 | 1S0412 | ROBERT S SAVIN | 1/8/2003 | (35,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 103285 | 1S0412 | ROBERT S SAVIN | 1/15/2003 | (27,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 253260 | 1S0412 | ROBERT S SAVIN | 3/10/2003 | (30,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 230178 | 1S0412 | ROBERT S SAVIN | 4/10/2003 | (25,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 113791 | 1S0412 | ROBERT S SAVIN | 5/1/2003 | (25,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 220362 | 1S0412 | ROBERT S SAVIN | 6/12/2003 | (25,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 246759 | 1S0412 | ROBERT S SAVIN | 6/12/2003 | (160,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 275326 | 1S0412 | ROBERT S SAVIN | 8/14/2003 | (10,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendant's Bank Records* | | | | |
| 166862 | 1S0412 | ROBERT S SAVIN | 8/20/2003 | (10,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 252686 | 1S0412 | ROBERT S SAVIN | 8/29/2003 | (10,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 11644 | 1S0412 | ROBERT S SAVIN | 9/10/2003 | (12,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 281681 | 1S0412 | ROBERT S SAVIN | 9/12/2003 | (30,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 59191 | 1S0412 | ROBERT S SAVIN | 1/7/2004 | (19,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 245177 | 1S0412 | ROBERT S SAVIN | 1/15/2004 | (11,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 230280 | 1S0412 | ROBERT S SAVIN | 1/16/2004 | (25,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 239365 | 1S0412 | ROBERT S SAVIN | 3/11/2004 | (16,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 239368 | 1S0412 | ROBERT S SAVIN | 3/30/2004 | (25,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 259954 | 1S0412 | ROBERT S SAVIN | 4/19/2004 | (20,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 58191 | 1S0412 | ROBERT S SAVIN | 5/14/2004 | 75,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 77488 | 1S0412 | ROBERT S SAVIN | 5/26/2004 | (35,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 277993 | 1S0412 | ROBERT S SAVIN | 6/25/2004 | (15,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 107136 | 1S0412 | ROBERT S SAVIN | 7/9/2004 | (5,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 50778 | 1S0412 | ROBERT S SAVIN | 8/9/2004 | (10,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 293971 | 1S0412 | ROBERT S SAVIN | 9/8/2004 | (35,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 45036 | 1S0412 | ROBERT S SAVIN | 9/16/2004 | (19,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 268186 | 1S0412 | ROBERT S SAVIN | 12/7/2004 | (10,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 280203 | 1S0412 | ROBERT S SAVIN | 1/7/2005 | (30,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 280214 | 1S0412 | ROBERT S SAVIN | 1/12/2005 | (20,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 267317 | 1S0412 | ROBERT S SAVIN | 3/10/2005 | (5,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Tracing Results - per BLMIS Bank Records ||| Tracing Results - per Defendant's Bank Records ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 187893 | 1S0412 | ROBERT S SAVIN | 4/6/2005 | (41,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 212721 | 1S0412 | ROBERT S SAVIN | 4/12/2005 | (7,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 109237 | 1S0412 | ROBERT S SAVIN | 6/8/2005 | (25,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 270820 | 1S0412 | ROBERT S SAVIN | 6/30/2005 | (30,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 298432 | 1S0412 | ROBERT S SAVIN | 9/7/2005 | (10,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 267070 | 1S0412 | ROBERT S SAVIN | 10/13/2005 | (20,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 149041 | 1S0412 | ROBERT S SAVIN | 12/16/2005 | (40,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 298263 | 1S0412 | ROBERT S SAVIN | 12/22/2005 | (20,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 301305 | 1S0412 | ROBERT S SAVIN | 2/3/2006 | (15,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 181298 | 1S0412 | ROBERT S SAVIN | 3/9/2006 | (5,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 303760 | 1S0412 | ROBERT S SAVIN | 3/24/2006 | (5,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 76199 | 1S0412 | ROBERT S SAVIN | 4/4/2006 | (10,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 59819 | 1S0412 | ROBERT S SAVIN | 4/7/2006 | (25,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 205677 | 1S0412 | ROBERT S SAVIN | 6/5/2006 | (20,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 161412 | 1S0412 | ROBERT S SAVIN | 6/21/2006 | (10,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 260972 | 1S0412 | ROBERT S SAVIN | 7/18/2006 | (7,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 181536 | 1S0412 | ROBERT S SAVIN | 8/30/2006 | (20,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 249104 | 1S0412 | ROBERT S SAVIN | 9/15/2006 | (5,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 256469 | 1S0412 | ROBERT S SAVIN | 10/25/2006 | (35,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 306617 | 1S0412 | ROBERT S SAVIN | 11/17/2006 | (10,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendant's Bank Records* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 301930 | 1S0412 | ROBERT S SAVIN | 12/14/2006 | (15,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 83986 | 1S0412 | ROBERT S SAVIN | 12/21/2006 | (25,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin | n/a - records unavailable | | | | |
| 236980 | 1S0412 | ROBERT S SAVIN | 1/25/2007 | (25,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 219725 | 1S0412 | ROBERT S SAVIN | 2/6/2007 | (15,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 62238 | 1S0412 | ROBERT S SAVIN | 3/14/2007 | (25,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 277041 | 1S0412 | ROBERT S SAVIN | 3/26/2007 | (10,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 184274 | 1S0412 | ROBERT S SAVIN | 5/23/2007 | (30,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 306976 | 1S0412 | ROBERT S SAVIN | 6/7/2007 | (20,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin Barbara Savin | n/a - records unavailable | | | | |
| 294368 | 1S0412 | ROBERT S SAVIN | 7/10/2007 | (10,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 302366 | 1S0412 | ROBERT S SAVIN | 8/6/2007 | (2,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 261471 | 1S0412 | ROBERT S SAVIN | 8/10/2007 | (12,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 273430 | 1S0412 | ROBERT S SAVIN | 8/21/2007 | (4,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 306128 | 1S0412 | ROBERT S SAVIN | 8/28/2007 | (15,000) | CW | CK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin | n/a - records unavailable | | | | |
| 178094 | 1S0412 | ROBERT S SAVIN | 10/2/2007 | (10,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 96864 | 1S0412 | ROBERT S SAVIN | 11/9/2007 | (10,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | xxxx4058 | Robert S Savin | n/a - records unavailable | | | | |
| 213213 | 1S0412 | ROBERT S SAVIN | 11/20/2007 | (5,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | xxxx2597 | Robert S Savin | n/a - records unavailable | | | | |

**Reconciliation and Tracing Results - Robert Savin Account**

| | | | | | | | Tracing Results - per BLMIS Bank Records | | | Tracing Results - per Defendant's Bank Records | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 213167 | 1S0412 | ROBERT S SAVIN | 12/11/2007 | (15,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | xxxx2597 | Robert S Savin | n/a - records unavailable | | | | |
| 78749 | 1S0412 | ROBERT S SAVIN | 1/2/2008 | (25,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin | 1/7/2008 | 25,000 | xxxxxxxxxx1875 | Robert S Savin or Barbara L Savin | SAVIN-2-9 at SAVIN-2 |
| 14775 | 1S0412 | ROBERT S SAVIN | 1/14/2008 | (12,500) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin | 1/16/2008 | 12,500 | xxxxxxxxxx1875 | Robert S Savin or Barbara L Savin | SAVIN-2-9 at SAVIN-2 |
| 194864 | 1S0412 | ROBERT S SAVIN | 2/25/2008 | (20,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | xxxx4058 xxxx2597 | Robert Savin Park City Entertainment | n/a - records unavailable | | | | |
| 268632 | 1S0412 | ROBERT S SAVIN | 3/25/2008 | (20,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin | 3/28/2008 | 20,000 | xxxxxxxxxx1875 | Robert S Savin or Barbara L Savin | SAVIN-13-18 at SAVIN-15 |
| 112278 | 1S0412 | ROBERT S SAVIN | 4/14/2008 | (25,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | xxxx4058 | Robert S Savin | n/a - records unavailable | | | | |
| 250087 | 1S0412 | ROBERT S SAVIN | 5/9/2008 | (15,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 84555 | 1S0412 | ROBERT S SAVIN | 6/6/2008 | (25,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin Barbara Savin | 6/9/2008 | 25,000 | xxxxxxxxxx1875 | Robert S Savin or Barbara L Savin | SAVIN-30-35 at SAVIN-30 |
| 261107 | 1S0412 | ROBERT S SAVIN | 6/30/2008 | (30,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx1875 | Robert S Savin Barbara L Savin | 7/3/2008 | 30,000 | xxxxxxxxxx1875 | Robert S Savin or Barbara L Savin | SAVIN-36-41 at SAVIN-36 |
| 186767 | 1S0412 | ROBERT S SAVIN | 7/23/2008 | (10,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith) | Unknown | Robert S Savin | n/a - records unavailable | | | | |
| 225307 | 1S0412 | ROBERT S SAVIN | 11/24/2008 | (20,000) | CW | CHECK | MLPFS (Merrill Lynch, Pierce, Fenner & Smith)[4] | Unknown | Robert S Savin | n/a - records unavailable | | | | |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] The stamp on the back of the cancelled check from BLMIS records identifying the banking institution is illegible. However, based on the placement, size and length of the stamp, I have concluded that the banking institution is MLPFS ((Merrill Lynch, Pierce, Fenner & Smith). *See* MADWAA00194884 for an example of a legible stamp identifying "MLPFS" as the banking institution.