# EXHIBIT 9

```
              0·  *

      63,864·42  +
          13·99  +
      63,878·41  *

      63,878·41  ÷
         83·875  =
         761·59  *

         83·875  x
           761·  =
      63,828·88  +I
      63,828·88  x
          0·025  =
       1,595·72  *

       1,595·72  ÷
             4·  x
             8·  =
       3,191·44  *

       3,191·44  +I
           761·  x
           2·25  =
       1,712·25  *

       1,712·25  x
        0·03125  =
          53·51  +I
      67,073·83  ◊I
      67,073·83  ÷
       1,712·25  =
          39·17  *

          39·25  x
       1,712·25  =
      67,205·81  -I
        131·98-*I

        131·98-÷
          0·125  =
      1,055·84-*

       1,712·00  +
       1,052·00  -
         660·00  *
```

I + C Lipkin 56 180.81 80

| | | | | |
|---|---|---|---|---|
| 1/21 Res Oil 2107.13 | 56 172.00 | 58 279.13 | 6 2½ 3/10 INA | 8.81 |
| 3/13 INA | 58 268.25 | 61.181.80 | 8 2½ 5/8 Heinz | 19.69 |
| 5/6 Heinz 2676.92 | 61 187.50 | 63 864.42 | 7 2½ 7/1 Aetna | 13.99 |
| 6/30 Aetna 3191.88 | 63 828.88 | 67 020.76 | 8 2½ 9/1 Amax | 49.53 |
| 9/5 Amax 3350.40 | 67 008 — | 70 358.40 | 8 2½ 10/30 Rockwell | 62.29 |
| 10/30 Rockwell 3520.66 | 70 404.75 | 73 925.41 | 8 2½ 12/31 Tomlinson | 15.94 |
| 12/31 Check | 10 000 — | | " | |
| Check ® | | 5000 — | " | |

68 941.35

ICE - Aetna Life + Casualty 2 PJL

761 @ 83⅞ =
63828.88

1052 39⅛ 41159.50
32.88
41126.62

660 39¼ = 25905-
20.63
25884.37

1 = 9.77

6/23 B
6/25 S

1712.25

67020.76

8 - 2½
3191.88

9/1

```
         0·  *

 61,201·49  ÷
      27·5  =
  2,225·51  *

      27·5  ×
    2,225·  =
 61,187·50  +I
 61,187·50  ×
     0·025  =
  1,529·69  *

  1,529·69  ÷
        4·  ×
        7·  =
  2,676·96  *

  2,676·96  +I
    2,225·  ×
      0·75  =
  1,668·75  *

  1,668·75  ×
   0·03125  =
     52·15  +I
 63,916·61  ◊I
 63,916·61  ÷
  1,668·75  =
     38·30  *

    38·375  ×
  1,668·75  =
 64,038·28  -I
   121·67-  *I

   121·67-  ÷
     0·125  =
   973·36-  *

  1,668·00  +
    973·00  -
    695·00  *
```



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX    235130
WATS (800) 221-2242

REDACTED

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/80 | 5/5/80 |

IDENTIFICATION NO.

CONTRA PARTY    C.H. NUMBER    CODES    SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADF

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 973 | | HEINZ | 37186.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/4 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

MADF

# Bernard L. Madoff

INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 695 | | HEINZ | 26648.91 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 3/8 | 26670.63 | | 21.72 | | | |

MEMBERS

NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES HEINZ 28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

Exhibit 9

ICE – Heing

2225 27½ 61.187.50

973 38¼ 37217.25
30 41
37186.84

695 38⅜ = 26670.63
21.72
26648.91

7 = 28,67

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH
REDACTED

PERIOD ENDING 12/31/80
PAGE

| BOUGHT | SOLD | TRN | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARDED | | | 56,180.31 |
| 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 1110 | | | RESERVE OIL & GAS COM | 33 1/8 | 36,734.06 | |
| | | | RESERVE OIL & GAS COM | | | 16.26 |
| | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 1330 | | | INA CORP | 30 | 39,858.84 | |
| | | | INA CORP | | | 14.92 |
| 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | HEINZ COM | | | 26.67 |
| 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | | AETNA LIFE COM. | | | 9.77 |
| | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | AMAX INC. | | | 31.24 |
| | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| 2947 | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | | ROCKWELL INTL | | | 10.23 |
| 2497 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 70,926.75 | |
| | | | CHECK | | 10,000.00 | |
| | | | CHECK | | 5,000.00 | |
| | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

HJ Herring 7.70 3rd (P...)

| | |
|---|---|
| | TP=.75 C |
| 4/9/79 - 5/18 D | 1P=1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/2/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/-/84~~ - 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |