# EXHIBIT 21

**Excerpt from DTCABAL data file**



**Portion of DTC021 RPG II Code**



**DTCS Box Definition Screen**

```
              F O R M   F L A S H   D E F I N I T I O N
                    BOX DEFINITIONS - Page 1-1
 Left     Right                               Fill            Spacing
 Edge     Edge      Top    Bottom  Width  Density Density  Number  Horiz   Vert
 4        10        5      10      1      1       0        0       0       0
 ___      ___       ___    ___     ___    ___     ___      ___     ___     ___
 ___      ___       ___    ___     ___    ___     ___      ___     ___     ___
 ___      ___       ___    ___     ___    ___     ___      ___     ___     ___
 ___      ___       ___    ___     ___    ___     ___      ___     ___     ___

 F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
 F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
     F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
                    DTCS
                          Millimeters
                       From From  Right
 Ref    Definition     Page Top  Left  Edge  Lines     Equation
  1  L1 Dont Print      1   5    5     100   1    NP
  2  Header Line 1      1   14.2 5.4   270   1    A3502070/1/8/12 TRIM2/135
  3  Header Line 2-3    1   17.38 5.4  270   2    A3502070/1/8/12 TRIM2/135
  4  Macro Calls        1   23.73 4    206   56   TRIM1/5
  5  Data               1   23.73 8    206   56   COPYR4 TRIM7/67
  6                                                A3502070/1/8/12
  7  L61                1   5    5     100   1    PG
  8
  9
 10
 11
 12
 13
 14
 15

 F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ___ through ___ to Ref ___ and Step Top ___ Step Left ___
 F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```