# EXHIBIT 27

**Abbott Laboratories Output**[1]

| Abbott Laboratories Orders Generated by MADOFFRandomSimulationUtility for 10/26/2006 |  |  |  |  |  |  | Price x Quantity |
|---|---|---|---|---|---|---|---|
| Num | T/D | Security Description | Quantity | Price | S/D | Cusip |  |
| 85195 | 23-Oct | ABBOTT LABORATORIES | 5,195 | $ 48.42 | 26-Oct | 2824100 | $ 251,541.90 |
| 64998 | 23-Oct | ABBOTT LABORATORIES | 4,900 | $ 48.37 | 26-Oct | 2824100 | $ 237,013.00 |
| 10509 | 23-Oct | ABBOTT LABORATORIES | 509 | $ 48.43 | 26-Oct | 2824100 | $ 24,650.87 |
| 64166 | 23-Oct | ABBOTT LABORATORIES | 4,100 | $ 48.45 | 26-Oct | 2824100 | $ 198,645.00 |
| 79956 | 23-Oct | ABBOTT LABORATORIES | 9,900 | $ 48.44 | 26-Oct | 2824100 | $ 479,556.00 |
| 9824 | 23-Oct | ABBOTT LABORATORIES | 9,800 | $ 48.40 | 26-Oct | 2824100 | $ 474,320.00 |
| 4780 | 23-Oct | ABBOTT LABORATORIES | 4,780 | $ 48.40 | 26-Oct | 2824100 | $ 231,352.00 |
| 94283 | 23-Oct | ABBOTT LABORATORIES | 4,200 | $ 48.41 | 26-Oct | 2824100 | $ 203,322.00 |
| 91250 | 23-Oct | ABBO... |  |  |  | 2824100 | $ 58,068.00 |
| 44829 | 23-Oct | ABBO... |  |  |  | 2824100 | $ 232,320.00 |
| 7641 | 23-Oct | ABBO... |  |  |  | 2824100 | $ 367,612.00 |
| 29258 | 23-Oct | ABBO... |  |  |  | 2824100 | $ 445,372.00 |
| 83376 | 23-Oct | ABBO... |  |  |  | 2824100 | $ 163,533.44 |
| 98508 | 23-Oct | ABBO... |  |  |  | 2824100 | $ 411,740.00 |
| 46977 | 23-Oct | ABBOTT LABORATORIES | 6,900 | $ 48.41 | 26-Oct | 2824100 | $ 334,029.00 |
| 63066 | 23-Oct | ABBOTT LABORATORIES | 3,000 | $ 48.38 | 26-Oct | 2824100 | $ 145,140.00 |
| 74209 | 23-Oct | ABBOTT LABORATORIES | 4,200 | $ 48.37 | 26-Oct | 2824100 | $ 203,154.00 |
| 92888 | 23-Oct | ABBOTT LABORATORIES | 2,800 | $ 48.42 | 26-Oct | 2824100 | $ 135,576.00 |
| 15407 | 23-Oct | ABBOTT LABORATORIES | 5,400 | $ 48.45 | 26-Oct | 2824100 | $ 261,630.00 |
| 58704 | 23-Oct | ABBOTT LABORATORIES | 8,700 | $ 48.41 | 26-Oct | 2824100 | $ 421,167.00 |
| 89897 | 23-Oct | ABBOTT LABORATORIES | 9,800 | $ 48.38 | 26-Oct | 2824100 | $ 474,124.00 |
| 73566 | 23-Oct | ABBOTT LABORATORIES | 3,566 | $ 48.44 | 26-Oct | 2824100 | $ 172,737.04 |
| 57233 | 23-Oct | ABBOTT LABORATORIES | 7,200 | $ 48.44 | 26-Oct | 2824100 | $ 348,768.00 |
| 64857 | 23-Oct | ABBOTT LABORATORIES | 4,800 | $ 48.41 | 26-Oct | 2824100 | $ 232,368.00 |
| 2712 | 23-Oct | ABBOTT LABORATORIES | 2,700 | $ 48.41 | 26-Oct | 2824100 | $ 130,707.00 |
| 4609 | 23-Oct | ABBOTT LABORATORIES | 4,609 | $ 48.40 | 26-Oct | 2824100 | $ 223,075.60 |
| 13697 | 23-Oct | ABBOTT LABORATORIES | 3,697 | $ 48.40 | 26-Oct | 2824100 | $ 178,934.80 |

**Validation**
| Total Shares | 1,039,261 |
| Total Quantity * Price | $ 50,310,283.23 |
| Weighted Average Price | $ 48.41 |

---

[1] *See* MESTAAF00000037-MESTAAF00000041.

**Output of Abbott Laboratories from Java Program Code Execution**[2]

| Number | T/D | Security Description | Quantity | Price | S/D | Cusip | Entry Time | Live Period | Cancel Time | Price x Quantity |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Abbott Laboratories Orders Generated by MADOFFRandomSimulationUtility for 10/26/2006 generated on 10/28/2011 | | | | | | | | |
| 83429896 | 23-Oct | ABBOTT LABORATORIES | 3,361 | $ 48.42 | 26-Oct | 2824100 | | | | $ 162,739.62 |
| 73978546 | 23-Oct | ABBOTT LABORATORIES | 12,100 | $ 48.43 | 26-Oct | 2824100 | | | | $ 586,003.00 |
| 41685019 | 23-Oct | ABBOTT LABORATORIES | 6,700 | $ 48.41 | 26-Oct | 2824100 | | | | $ 324,347.00 |
| 10534289 | 23-Oct | ABBOTT LABORATORIES | 3,500 | $ 48.37 | 26-Oct | 2824100 | | | | $ 169,295.00 |
| 40419240 | 23-Oct | ABBOTT LABORATORIES | 5,700 | $ 48.41 | 26-Oct | 2824100 | | | | $ 275,937.00 |
| 39168254 | 23-Oct | ABBOTT LABORATORIES | 6,000 | $ 48.38 | 26-Oct | 2824100 | | | | $ 290,280.00 |
| 90798533 | 23-Oct | ABBOTT LABORATORIES | 3,300 | $ 48.41 | 26-Oct | 2824100 | | | | $ 159,753.00 |
| 17054794 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 142,062.69 |
| 12957418 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 537,462.00 |
| 96147388 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 469,674.00 |
| 74892370 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 227,527.00 |
| 41549864 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 221,040.06 |
| 57379639 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 159,786.00 |
| 51011932 | 23-Oct | ABBOTT LABORATO | | | | | | | | $ 440,531.00 |
| 9178948 | 23-Oct | ABBOTT LABORATORIES | 4,359 | $ 48.39 | 26-Oct | 2824100 | | | | $ 210,932.01 |
| 74848056 | 23-Oct | ABBOTT LABORATORIES | 9,800 | $ 48.41 | 26-Oct | 2824100 | | | | $ 474,418.00 |
| 18199678 | 23-Oct | ABBOTT LABORATORIES | 6,800 | $ 48.43 | 26-Oct | 2824100 | | | | $ 329,324.00 |
| 23501899 | 23-Oct | ABBOTT LABORATORIES | 3,100 | $ 48.39 | 26-Oct | 2824100 | | | | $ 150,009.00 |
| 62491693 | 23-Oct | ABBOTT LABORATORIES | 7,800 | $ 48.38 | 26-Oct | 2824100 | | | | $ 377,364.00 |
| 66205904 | 23-Oct | ABBOTT LABORATORIES | 4,673 | $ 48.43 | 26-Oct | 2824100 | | | | $ 226,313.39 |
| 50797623 | 23-Oct | ABBOTT LABORATORIES | 5,800 | $ 48.41 | 26-Oct | 2824100 | | | | $ 280,778.00 |
| 41901521 | 23-Oct | ABBOTT LABORATORIES | 7,000 | $ 48.45 | 26-Oct | 2824100 | | | | $ 339,150.00 |
| 39599511 | 23-Oct | ABBOTT LABORATORIES | 4,506 | $ 48.39 | 26-Oct | 2824100 | | | | $ 218,045.34 |
| 57257973 | 23-Oct | ABBOTT LABORATORIES | 6,400 | $ 48.40 | 26-Oct | 2824100 | | | | $ 309,760.00 |
| 33941607 | 23-Oct | ABBOTT LABORATORIES | 12,400 | $ 48.41 | 26-Oct | 2824100 | | | | $ 600,284.00 |
| 66436292 | 23-Oct | ABBOTT LABORATORIES | 3,400 | $ 48.39 | 26-Oct | 2824100 | | | | $ 164,526.00 |
| 99590692 | 23-Oct | ABBOTT LABORATORIES | 3,200 | $ 48.39 | 26-Oct | 2824100 | | | | $ 154,848.00 |

**Validation**

| | |
|---|---|
| Total Shares | 1,039,261 |
| Total Quantity * Price | $ 50,310,625.01 |
| Weighted Average Price | $ 48.41 |

---

[2] *See* Java program code MDPTGG00000002.