# EXHIBIT 32



**Chase Manhattan Bank USA, N.A.**
**Wilmington, Delaware**

```
                                          TS
BERNARD L MADOFF INVESTMENT SECURITIES                    Account No:       Redacted 1-509
ATTN DANIEL BENVENTRE                                     Statement Start Date: 01 JAN 2003
885 THIRD AVENUE-18TH FLOOR                               Statement End Date:   31 JAN 2003
NEW YORK  NY   10022                      DS              Statement Code:       000-USA-12
                                                          Statement No:         001   698
                                                                                Page 1 of 2
```

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 23 | 61,952,499.92 | Opening (01 JAN 2003) | | Closing (31 JAN 2003) | | Credits | 0 |
| Total Debits (incl. checks) | 21 | 61,952,499.92 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 21 | 61,952,499.92 | | | | | Checks | 0 |

| Ledger Date | Adj. Ledger Date | Value Date | F T | References | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 JAN | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 02 JAN | | | USD | OUR: 1400400201DW | | 2,654,043.00 | CDS FUNDING |
| 02 JAN | | | USD | OUR: 1400300188DW | 2,654,043.00 | | LIST POST       AA01 |
| 02 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03 JAN | | | USD | OUR: 1400400189DW | | 2,740,722.28 | CDS FUNDING |
| 03 JAN | | | USD | OUR: 1400300190DW | 2,740,722.28 | | LIST POST       AA01 |
| 03 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 06 JAN | | | USD | OUR: 1400400200DW | | 3,125,422.40 | CDS FUNDING |
| 06 JAN | | | USD | OUR: 1400300222DW | 3,175,422.40 | | LIST POST       AA01 |
| 06 JAN | | | | | **** Balance **** | 50,000.00- | CLOSING LEDGER BALANCE |
| 07 JAN | | | USD | OUR: 1400400192DW | | 8,688,854.88 | CDS FUNDING |
| 07 JAN | | | USD | OUR: 1400300195DW | 8,638,854.88 | | LIST POST       AA01 |
| 07 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08 JAN | | | USD | OUR: 1400400200DW | | 8,654,307.33 | CDS FUNDING |
| 08 JAN | | | USD | OUR: 1400300187DW | 8,654,307.33 | | LIST POST       AA01 |
| 08 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09 JAN | | | USD | OUR: 1400400193DW | | 4,279,758.03 | CDS FUNDING |
| 09 JAN | | | USD | OUR: 1400300191DW | 4,279,758.03 | | LIST POST       AA01 |
| 09 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10 JAN | | | USD | OUR: 1400400195DW | | 2,002,630.00 | CDS FUNDING |
| 10 JAN | | | USD | OUR: 1400300205DW | 2,002,630.00 | | LIST POST       AA01 |
| 10 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 13 JAN | | | USD | OUR: 1400400195DW | | 2,087,916.08 | CDS FUNDING |
| 13 JAN | | | USD | OUR: 1400300208DW | 2,087,916.08 | | LIST POST       AA01 |
| 13 JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14 JAN | | | USD | OUR: 0810100020DW | | 1,500.00 | 0000139794 011303 SP RET ITEM |
| 14 JAN | | | USD | OUR: 1400400199DW | | 4,156,322.45 | CDS FUNDING |
| 14 JAN | | | USD | OUR: 1400300204DW | 4,156,322.45 | | LIST POST       AA01 |
| 14 JAN | | | | | **** Balance **** | 1,500.00 | CLOSING LEDGER BALANCE |
| 15 JAN | | | USD | OUR: 1400400200DW | | 6,170,609.40 | CDS FUNDING |

```
FT CODE:   USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT     US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT     US4 - FOUR DAY FLOAT     USM - MIXED FLOAT
```

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA000043



**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

```
                                              TS                                    Redacted
BERNARD L MADOFF INVESTMENT SECURITIES                      Account No:             1-509
ATTN DANIEL BENVENTRE                                Statement Start Date:     01 JAN 2003
885 THIRD AVENUE-18TH FLOOR                            Statement End Date:     31 JAN 2003
NEW YORK  NY   10022                          DS          Statement Code:        000-USA-12
                                                          Statement No:        001      698
                                                                                 Page 2 of 2
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15JAN | | | | USD  OUR: 1400300205DW | 6,172,109.40 | | LIST POST      AA01 |
| 15JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16JAN | | | | USD  OUR: 1400400193DW | | 3,333,812.49 | CDS FUNDING |
| 16JAN | | | | USD  OUR: 1400300190DW | 3,333,812.49 | | LIST POST      AA01 |
| 16JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17JAN | | | | USD  OUR: 1400400192DW | | 1,924,339.68 | CDS FUNDING |
| 17JAN | | | | USD  OUR: 1400300200DW | 1,924,339.68 | | LIST POST      AA01 |
| 17JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21JAN | | | | USD  OUR: 1400400199DW | | 2,042,050.39 | CDS FUNDING |
| 21JAN | | | | USD  OUR: 1400300205DW | 2,042,050.39 | | LIST POST      AA01 |
| 21JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22JAN | | | | USD  OUR: 1400400200DW | | 1,166,854.38 | CDS FUNDING |
| 22JAN | | | | USD  OUR: 1400300206DW | 1,166,854.38 | | LIST POST      AA01 |
| 22JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23JAN | | | | USD  OUR: 1400400207DW | | 1,531,024.35 | CDS FUNDING |
| 23JAN | | | | USD  OUR: 1400300193DW | 1,531,024.35 | | LIST POST      AA01 |
| 23JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24JAN | | | | USD  OUR: 0810100014DW | | 3,642.91 | 0000141131 012303 SP RET ITEM |
| 24JAN | | | | USD  OUR: 1400400196DW | | 1,689,320.73 | CDS FUNDING |
| 24JAN | | | | USD  OUR: 1400300246DW | 1,689,320.73 | | LIST POST      AA01 |
| 24JAN | | | | | **** Balance **** | 3,642.91 | CLOSING LEDGER BALANCE |
| 27JAN | | | | USD  OUR: 1400400196DW | | 1,415,761.92 | CDS FUNDING |
| 27JAN | | | | USD  OUR: 1400300210DW | 1,419,404.83 | | LIST POST      AA01 |
| 27JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28JAN | | | | USD  OUR: 1400400199DW | | 1,099,077.06 | CDS FUNDING |
| 28JAN | | | | USD  OUR: 1400300189DW | 1,099,077.06 | | LIST POST      AA01 |
| 28JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29JAN | | | | USD  OUR: 1400400200DW | | 1,323,197.09 | CDS FUNDING |
| 29JAN | | | | USD  OUR: 1400300197DW | 1,323,197.09 | | LIST POST      AA01 |
| 29JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30JAN | | | | USD  OUR: 1400400189DW | | 147,802.81 | CDS FUNDING |
| 30JAN | | | | USD  OUR: 1400300189DW | 147,802.81 | | LIST POST      AA01 |
| 30JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31JAN | | | | USD  OUR: 1400400199DW | | 1,713,530.26 | CDS FUNDING |
| 31JAN | | | | USD  OUR: 1400300195DW | 1,713,530.26 | | LIST POST      AA01 |
| 31JAN | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

JPMTAA000044