# Exhibit 8

# Exhibit 8 – Excerpt from the Checkbook File

| Account | Acct_Type | Transaction | Amount_Value | Amount | Negative/Decimal | Neg/Dec_Alpha | Neg/Dec_Convert | Int_Test | Signed_Amount | Signed_Full_Amount | Desc | YY | MM | DD | User | Date | Hour | Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A0044 | 3 | CW | 2 | 18000.00 | 00 | | 0 | | 18000 | 18000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEA | 12/00/08 | 13:15 | |
| 1A0044 | 3 | CW | 2 | 150000.00 | 00 | | 0 | | 150000 | 150000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEA | 12/05/08 | 15:31 | |
| 1A0004 | 3 | CA | 2 | 17182.80 | 00 | ) | 0 | | 17182.80 | -17182.80 | CHECK WIRE | 8 | 12 | 2 | ALETHEA | 12/06/08 | 13:47 | |
| 1A0126 | 3 | CW | 2 | 5600.00 | 00 | | 0 | | 5600 | 5600.00 | CHECK | 8 | 12 | 6 | DOROTHY | 12/04/08 | 13:37 | |
| 1A0115 | 3 | CA | 2 | 900000.00 | 00 | | 4 | | 4900000 | -900000.00 | CHECK WIRE | 8 | 12 | 10 | DOROTHY | 12/06/08 | 16:18 | |
| 1A0115 | 3 | CW | 2 | 1098.00 | 04 | | 0 | | 1098.04 | 1098.04 | CHECK | 8 | 12 | 1 | ALETHEA | 12/03/08 | 13:50 | |
| 1A0115 | 3 | CA | 2 | 2282949000.00 | 0X | | K | 2 | 2262949.02 | -2262949.02 | CHECK WIRE | 8 | 12 | 2 | ALETHEA | 12/06/08 | 12:31 | |
| 1A0140 | 3 | GA | 2 | 6412.00 | 00 | | 50 | | 6412 | 6412.00 | CHECK | 8 | 12 | 4 | ALETHEA | 12/00/08 | 12:34 | |
| 1B0011 | 3 | CW | 2 | 30000.00 | 00 | | 0 | | 30000 | 30000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/02/08 | 12:04 | |
| 1B0020 | 3 | GA | 2 | 500000.00 | 00 | ) | 0 | | 500000 | -500000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 12/01/08 | 13:36 | |
| 1D0038 | 3 | CW | 2 | 116000.00 | 00 | | 0 | | 116000 | 116000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 12/07/08 | 12:04 | |
| 1B0051 | 3 | CW | 2 | 2900.00 | 00 | | 0 | | 2900 | 2900.00 | CHECK | 8 | 12 | 1 | ALETHEA | 12/08/08 | 13:26 | |
| 1B0061 | 3 | CW | 2 | 2500000.00 | 00 | | 1 | | 12500000 | 2500000.00 | CHECK WIRE | 8 | 12 | 6 | ALETHEA | 12/01/08 | 13:47 | |
| 1B0061 | 3 | GA | 2 | 9500.00 | 00 | | 0 | | 9500 | 9500.00 | CHECK | 8 | 12 | 2 | ALETHEA | 12/00/08 | 13:56 | |
| 1B0061 | 3 | GA | 2 | 60000.00 | 00 | | 0 | | 60000 | 60000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 12/00/08 | 15:56 | |
| 1B0061 | 3 | CA | 2 | 84200.00 | 00 | | 0 | | 84200 | 84200.00 | CHECK | 8 | 12 | 2 | ALETHEA | 12/01/08 | 13:56 | |
| 1B0061 | 3 | GA | 2 | 40000.00 | 00 | | 0 | | 40000 | 40000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/01/08 | 13:26 | |
| 1B0095 | 3 | GA | 2 | 38600.00 | 00 | | 0 | | 38600 | 38600.00 | CHECK | 8 | 12 | 6 | ALETHEA | 12/01/08 | 13:36 | |
| 1D0147 | 3 | CW | 2 | 69000.00 | 00 | | 0 | | 69000 | 69000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/00/08 | 13:04 | |
| 1B0149 | 3 | CW | 2 | 2500.00 | 00 | | 0 | | 2500 | 2500.00 | CHECK | 8 | 12 | 1 | ALETHEA | 12/00/08 | 13:04 | |
| 1B0179 | 3 | CW | 2 | 1050000.00 | 00 | | 0 | | 1050000 | 1050000.00 | CHECK | 8 | 12 | 4 | ALETHEA | 12/02/08 | 12:34 | |
| 1B0124 | 3 | CW | 2 | 25000.00 | 00 | | 0 | | 25000 | 25000.00 | CHECK | 8 | 13 | 9 | ALETHEA | 12/09/08 | 12:08 | |
| 1B0123 | 3 | CW | 2 | 120000.00 | 00 | | 0 | | 120000 | 120000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 12/03/08 | 13:59 | |
| 1B0259 | 3 | CW | 2 | 1200000.00 | 00 | | 0 | | 1200000 | 1200000.00 | CHECK WIRE | 8 | 12 | 5 | ALETHEA | 12/08/08 | 15:47 | |
| 1B0258 | 3 | CW | 2 | 90000.00 | 00 | | 0 | | 90000 | 90000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 12/05/08 | 15:31 | |
| 1B0204 | 3 | CW | 2 | 80000.00 | 00 | | 0 | | 80000 | 80000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 12/00/08 | 13:04 | |
| 1CM0015 | 3 | CA | 2 | 443936.00 | 29 | | R | | -443936.29 | -443936.29 | CHECK | 8 | 12 | 2 | ALETHEA | 12/02/08 | 12:04 | |
| 1CM0044 | 3 | CW | 2 | 90000.00 | 00 | | 0 | | 90000 | 90000.00 | TRANS TO 1CM0560 | 8 | 12 | 8 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM0044 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000 | 50000.00 | TRANS TO 1CM0460 | 8 | 12 | 8 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM0044 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000 | 50000.00 | TRANS TO 1CM0450 | 8 | 12 | 9 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM0048 | 3 | CA | 2 | 50000.00 | 00 | | 0 | | 50000 | -50000.00 | TRANS FROM 1CM0445 | 8 | 12 | 8 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM0049 | 3 | CA | 2 | 50000.00 | 00 | | 0 | | 50000 | -50000.00 | TRANS FROM 1CM0445 | 8 | 12 | 8 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM0070 | 3 | CW | 2 | 10000.00 | 00 | | 0 | | 10000 | 10000.00 | CHECK WIRE | 8 | 12 | 2 | ALETHEA | 12/09/08 | 12:08 | |
| 1CM085 | 3 | CW | 2 | 1325963.00 | 00 | | 0 | | 1325963 | 1325963.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEA | 12/00/08 | 15:56 | |
| 1CM085 | 3 | CA | 2 | 262486.48 | 47 | | 0 | | 262486.47 | 262486.47 | CHECK | 8 | 12 | 8 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM081 | 3 | CW | 2 | 262486.00 | 48 | | 48 | | 262486.48 | 262486.48 | CHECK | 8 | 12 | 8 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM0065 | 3 | CW | 2 | 30000.00 | 00 | | 0 | | 30000 | 30000.00 | CHECK | 8 | 12 | 9 | DOROTHY | 12/09/08 | 12:08 | |
| 1CM0068 | 3 | CA | 2 | 256577.00 | 96 | | 96 | | 256577 | 256577.96 | CHECK | 8 | 12 | 9 | ALETHEA | 12/09/08 | 12:08 | |
| 1CM102 | 3 | CW | 2 | 80000.00 | 00 | | 0 | | 80000 | 80000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM174 | 3 | CA | 2 | 191566.00 | 24 | | M | 24 | -191566.24 | -191566.24 | CHECK WIRE | 8 | 12 | 10 | DOROTHY | 12/10/08 | 16:18 | |
| 1CM174 | 3 | CA | 2 | 250480.00 | 00 | | 0 | | 250480 | -250480.00 | CHECK | 8 | 12 | 4 | ALETHEA | 12/04/08 | 13:50 | |
| 1CM200 | 3 | CW | 2 | 135000.00 | 00 | | 0 | | 135000 | 135000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEA | 12/06/08 | 13:47 | |
| 1CM201 | 3 | CW | 2 | 75000.00 | 00 | | 0 | | 75000 | 75000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 12/00/08 | 13:04 | |
| 1CM206 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000 | 50000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 12/09/08 | 17:35 | |
| 1CM206 | 3 | CW | 2 | 100000.00 | 00 | | 0 | | 100000 | 100000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 12/03/08 | 15:36 | |
| 1CM206 | 3 | CW | 2 | 30000.00 | 00 | | 0 | | 30000 | 30000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/09/08 | 12:08 | |
| 1CM102 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000 | 50000.00 | CHECK WIRE | 8 | 12 | 5 | DOROTHY | 12/09/08 | 17:35 | |
| 1CM227 | 3 | CA | 2 | 569744.00 | 30 | | 0 | | 569744.30 | -569744.30 | CHECK WIRE | 8 | 12 | 5 | ALETHEA | 12/09/08 | 14:54 | |
| 1CM227 | 3 | CW | 2 | 15000.00 | 00 | | 0 | | 15000 | 15000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 12/05/08 | 15:31 | |
| 1CM232 | 3 | GA | 2 | 200000.00 | 00 | | 0 | | 200000 | -200000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 12/10/08 | 16:18 | |
| 1CM233 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000 | 50000.00 | CHECK | 8 | 12 | 4 | ALETHEA | 12/01/08 | 13:50 | |
| 1CM316 | 3 | CW | 2 | 50000.00 | 00 | | 0 | | 50000 | 50000.00 | CHECK | 8 | 12 | 4 | ALETHEA | 12/04/08 | 13:47 | |
| 1CM318 | 3 | CW | 2 | 196000.00 | 00 | | 0 | | 196000 | 196000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/02/08 | 13:26 | |
| 1CM376 | 3 | GA | 2 | 69100045.00 | 00 | | 0 | | 69100045 | -69100045.00 | CHECK WIRE | 8 | 12 | 9 | DOROTHY | 12/09/08 | 13:16 | |
| 1CM378 | 3 | CW | 2 | 905.00 | 00 | | 1 | | 905 | 905.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/08/08 | 15:47 | |
| 1CM402 | 3 | CW | 2 | 175000.00 | 00 | | 0 | | 175000 | 175000.00 | CHECK | 8 | 12 | 9 | ALETHEA | 12/09/08 | 17:35 | |
| 1CM429 | 3 | CW | 2 | 60000.00 | 00 | | 0 | | 60000 | 60000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 12/03/08 | 15:50 | |
| 1CM429 | 3 | CW | 2 | 40000.00 | 00 | | 1 | | 40000 | 40000.00 | RETURNED CHECK | 8 | 12 | 9 | ALETHEA | 12/09/08 | 12:08 | |