# ATTACHMENT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re: BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  THE ESTATE OF ROBERT SHERVYN SAVIN, and BARBARA L. SAVIN, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin,  Defendants. | Adv. Pro. No. 10-04889 (SMB) |

**EXPERT REPORT OF**
**MATTHEW B. GREENBLATT, CPA/CFF, CFE**
**SENIOR MANAGING DIRECTOR**
**FTI CONSULTING, INC.**

**PRINCIPAL BALANCE CALCULATION**
**AS APPLIED TO**
**THE SAVIN DEFENDANTS**

**June 5, 2019**

**Table of Contents**

 **Page**

**I.**     **INTRODUCTION**............................................................................................................1

**II.**    **DESCRIPTION OF ACTIVITY IN THE SAVIN ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION**.........................................................................................................2

**III.**   **SIGNATURE AND RIGHT TO MODIFY** ...................................................................3

**IV.**   **LIST OF EXHIBITS** ........................................................................................................4

## I. INTRODUCTION

1. As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS. I am a Senior Managing Director at FTI. Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2. As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3. The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS. Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4. This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS account associated with the Estate of Robert Shervyn Savin and Barbara L. Savin (collectively, the "Defendants"),[2] in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS account impacting the Principal Balance Calculation for BLMIS Account 1S0412 (the "Savin Account").

5. This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report. FTI is being compensated at a rate of $670 per hour for my professional time incurred in

---

[1] The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

[2] The original defendant in this adversary proceeding was Robert S. Savin. Robert S. Savin died during the pendency of this action. The Estate of Robert Shervyn Savin and Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin, were substituted as defendants for Robert S. Savin on January 13, 2017.

1

performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

6. The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

## II. DESCRIPTION OF ACTIVITY IN THE SAVIN ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION

7. The Savin Account was opened with BLMIS beginning in March 2000. Throughout its account history, the Savin Account had a total of 90 cash deposit and withdrawal transactions.

8. The cash deposit and withdrawal transactions all impacted the Principal Balance Calculation for the Savin Account. Each of these transactions was reflected on the Customer Statements between March 2000 and November 2008, and the Checkbook File[3] between December 1, 2008 and December 11, 2008.

9. **Exhibit 3** to this report (Summary Schedule of Cash and Principal Activity in the Savin Account) provides a summary of the activity in the Savin Account.

10. **Exhibit 4** to this report provides the Detailed Schedule for the Principal Balance Calculation for the Savin Account.

11. On March 7, 2000, the Savin Account was opened with a cash deposit via wire in the amount of $800,000, all representing principal.

12. Subsequent to this initial cash deposit, there were three additional cash deposits via a check and wires into the Savin Account in the aggregate amount of $833,462, all representing principal.

13. In sum, these four cash deposits provided the Savin Account with a total of $1,633,462 of principal. (*See* **Exhibit 3**.)

---

[3] *See* Principal Balance Calculation Report, ¶¶ 52-54 for a full explanation of the Checkbook File.

14. Between March 7, 2000 and December 11, 2008, the Savin Account reflected a total of 86 cash withdrawals[4] totaling $2,166,500.

15. The Principal Balance Calculation for the Savin Account demonstrates that between March 7, 2000 and December 11, 2008, $2,166,500 was withdrawn from BLMIS, which consisted of $1,633,462 of principal and an additional $533,038 of funds withdrawn in excess of principal, representing fictitious profits. Within the two-year period prior to December 11, 2008, $450,500 of fictitious profits was withdrawn from the Savin Account. (*See* **Exhibit 4**.)

### III. SIGNATURE AND RIGHT TO MODIFY

16. This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

_____

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: June 5, 2019

---

[4] The BLMIS Checkbook File reflected a cash withdrawal via check from the Savin Account for $20,000 dated December 10, 2008. However, that check did not clear, and therefore, the amount of the withdrawal was reversed in the Principal Balance Calculation for the Savin Account. (*See* **Exhibit 4** for the Detailed Schedule for the Principal Balance Calculation for the Savin Account; *see also* **JPMSAF0072926** and the **Expert Report of Lisa M. Collura, dated June 5, 2019 for Adv. No. 10-04889** (the "**Collura Expert Report**").)

## IV.     LIST OF EXHIBITS

**Exhibit 1**   – Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2**   – Documents Considered

**Exhibit 3**   – Summary Schedule of Cash and Principal Activity in the Savin Account

**Exhibit 4**   – Detailed Schedule for the Principal Balance Calculation for the Savin Account