# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Savin Account

|  | Savin Account 1S0412 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $1,633,462 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($2,166,500) |
| **Total** | **($533,038)** |