# Exhibit 4

**BLMIS ACCOUNT NO. 1S0412 - ROBERT S SAVIN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 3/7/2000 | CHECK WIRE | 800,000 | 800,000 | - | - | - | 800,000 | - | MDPTPP05386258 | MDPTPP05386262 |
| 1/19/2001 | CHECK WIRE | 700,000 | 700,000 | - | - | - | 1,500,000 | - | MDPTPP05386317 | MDPTPP05386322 |
| 4/16/2001 | CHECK | (75,000) | - | (75,000) | - | - | 1,425,000 | - | MDPTPP05386336 | MDPTPP05386339 |
| 9/5/2001 | CHECK | (60,000) | - | (60,000) | - | - | 1,365,000 | - | MDPTPP05386364 | MDPTPP05386367 |
| 12/18/2001 | CHECK | (60,000) | - | (60,000) | - | - | 1,305,000 | - | MDPTPP05386381 | MDPTPP05386383 |
| 2/5/2002 | CHECK | (35,000) | - | (35,000) | - | - | 1,270,000 | - | MDPTPP05386392 | MDPTPP05386395 |
| 4/2/2002 | CHECK | (50,000) | - | (50,000) | - | - | 1,220,000 | - | MDPTPP05386405 | MDPTPP05386410 |
| 4/16/2002 | CHECK | (140,000) | - | (140,000) | - | - | 1,080,000 | - | MDPTPP05386405 | MDPTPP05386410 |
| 5/1/2002 | CHECK | (30,000) | - | (30,000) | - | - | 1,050,000 | - | MDPTPP05386412 | MDPTPP05386417 |
| 6/5/2002 | CHECK | (100,000) | - | (100,000) | - | - | 950,000 | - | MDPTPP05386419 | MDPTPP05386423 |
| 8/27/2002 | CHECK | (50,000) | - | (50,000) | - | - | 900,000 | - | MDPTPP05386432 | MDPTPP05386436 |
| 9/23/2002 | CHECK | (30,000) | - | (30,000) | - | - | 870,000 | - | MDPTPP05386438 | MDPTPP05386441 |
| 12/11/2002 | CHECK | (27,000) | - | (27,000) | - | - | 843,000 | - | MDPTPP05386455 | MDPTPP05386458 |
| 12/24/2002 | CHECK WIRE | 58,462 | 58,462 | - | - | - | 901,462 | - | MDPTPP05386455 | MDPTPP05386458 |
| 1/8/2003 | CHECK | (35,000) | - | (35,000) | - | - | 866,462 | - | MDPTPP05386460 | MDPTPP05386465 |
| 1/15/2003 | CHECK | (27,000) | - | (27,000) | - | - | 839,462 | - | MDPTPP05386460 | MDPTPP05386465 |
| 3/10/2003 | CHECK | (30,000) | - | (30,000) | - | - | 809,462 | - | MDPTPP05386472 | MDPTPP05386478 |
| 4/10/2003 | CHECK | (25,000) | - | (25,000) | - | - | 784,462 | - | MDPTPP05386480 | MDPTPP05386482 |
| 5/1/2003 | CHECK | (25,000) | - | (25,000) | - | - | 759,462 | - | MDPTPP05386484 | MDPTPP05386489 |
| 6/12/2003 | CHECK | (160,000) | - | (160,000) | - | - | 599,462 | - | MDPTPP05386491 | MDPTPP05386495 |
| 6/12/2003 | CHECK | (25,000) | - | (25,000) | - | - | 574,462 | - | MDPTPP05386491 | MDPTPP05386495 |
| 8/14/2003 | CHECK | (10,000) | - | (10,000) | - | - | 564,462 | - | MDPTPP05386505 | MDPTPP05386509 |
| 8/20/2003 | CHECK | (10,000) | - | (10,000) | - | - | 554,462 | - | MDPTPP05386505 | MDPTPP05386509 |
| 8/29/2003 | CHECK | (10,000) | - | (10,000) | - | - | 544,462 | - | MDPTPP05386505 | MDPTPP05386509 |
| 9/10/2003 | CHECK | (12,000) | - | (12,000) | - | - | 532,462 | - | MDPTPP05386511 | MDPTPP05386517 |
| 9/12/2003 | CHECK | (30,000) | - | (30,000) | - | - | 502,462 | - | MDPTPP05386511 | MDPTPP05386517 |
| 1/7/2004 | CHECK | (19,000) | - | (19,000) | - | - | 483,462 | - | MDPTPP05386535 | MDPTPP05386540 |
| 1/15/2004 | CHECK | (11,000) | - | (11,000) | - | - | 472,462 | - | MDPTPP05386535 | MDPTPP05386540 |
| 1/16/2004 | CHECK | (25,000) | - | (25,000) | - | - | 447,462 | - | MDPTPP05386535 | MDPTPP05386540 |
| 3/11/2004 | CHECK | (16,000) | - | (16,000) | - | - | 431,462 | - | MDPTPP05386548 | MDPTPP05386551 |
| 3/30/2004 | CHECK | (25,000) | - | (25,000) | - | - | 406,462 | - | MDPTPP05386548 | MDPTPP05386551 |
| 4/19/2004 | CHECK | (20,000) | - | (20,000) | - | - | 386,462 | - | MDPTPP05386553 | MDPTPP05386559 |
| 5/14/2004 | CHECK | 75,000 | 75,000 | - | - | - | 461,462 | - | MDPTPP05386562 | MDPTPP05386566 |
| 5/26/2004 | CHECK | (35,000) | - | (35,000) | - | - | 426,462 | - | MDPTPP05386562 | MDPTPP05386566 |
| 6/25/2004 | CHECK | (15,000) | - | (15,000) | - | - | 411,462 | - | MDPTPP05386568 | MDPTPP05386574 |
| 7/9/2004 | CHECK | (5,000) | - | (5,000) | - | - | 406,462 | - | MDPTPP05386576 | MDPTPP05386578 |
| 8/9/2004 | CHECK | (10,000) | - | (10,000) | - | - | 396,462 | - | MDPTPP05386580 | MDPTPP05386585 |
| 9/8/2004 | CHECK | (35,000) | - | (35,000) | - | - | 361,462 | - | MDPTPP05386587 | MDPTPP05386591 |
| 9/16/2004 | CHECK | (19,000) | - | (19,000) | - | - | 342,462 | - | MDPTPP05386587 | MDPTPP05386591 |
| 12/7/2004 | CHECK | (10,000) | - | (10,000) | - | - | 332,462 | - | MDPTPP05386603 | MDPTPP05386607 |
| 1/7/2005 | CHECK | (30,000) | - | (30,000) | - | - | 302,462 | - | MDPTPP05386609 | MDPTPP05386614 |
| 1/12/2005 | CHECK | (20,000) | - | (20,000) | - | - | 282,462 | - | MDPTPP05386609 | MDPTPP05386614 |
| 3/10/2005 | CHECK | (5,000) | - | (5,000) | - | - | 277,462 | - | MDPTPP05386621 | MDPTPP05386625 |
| 4/6/2005 | CHECK | (41,000) | - | (41,000) | - | - | 236,462 | - | MDPTPP05386627 | MDPTPP05386629 |
| 4/12/2005 | CHECK | (7,000) | - | (7,000) | - | - | 229,462 | - | MDPTPP05386627 | MDPTPP05386629 |
| 6/8/2005 | CHECK | (25,000) | - | (25,000) | - | - | 204,462 | - | MDPTPP05386637 | MDPTPP05386641 |
| 6/30/2005 | CHECK | (30,000) | - | (30,000) | - | - | 174,462 | - | MDPTPP05386637 | MDPTPP05386641 |
| 9/7/2005 | CHECK | (10,000) | - | (10,000) | - | - | 164,462 | - | MDPTPP05386650 | MDPTPP05386657 |
| 10/13/2005 | CHECK | (20,000) | - | (20,000) | - | - | 144,462 | - | MDPTPP05386659 | MDPTPP05386665 |
| 12/16/2005 | CHECK | (40,000) | - | (40,000) | - | - | 104,462 | - | MDPTPP05386672 | MDPTPP05386677 |
| 12/22/2005 | CHECK | (20,000) | - | (20,000) | - | - | 84,462 | - | MDPTPP05386672 | MDPTPP05386677 |
| 2/3/2006 | CHECK | (15,000) | - | (15,000) | - | - | 69,462 | - | MDPTPP05386686 | MDPTPP05386689 |

Exhibit 4 – Detailed Schedule for the Principal Balance Calculation for the Savin Account

BLMIS ACCOUNT NO. 1S0412 - ROBERT S SAVIN

| | | | | | | | | | BLMIS SOURCE DOCUMENT: | |
|---|---|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | Beg Bates | End Bates |
| 3/9/2006 | CHECK | (5,000) | - | (5,000) | - | - | 64,462 | - | MDPTPP05386691 | MDPTPP05386697 |
| 3/24/2006 | CHECK | (5,000) | - | (5,000) | - | - | 59,462 | - | MDPTPP05386691 | MDPTPP05386697 |
| 4/4/2006 | CHECK | (10,000) | - | (10,000) | - | - | 49,462 | - | MDPTPP05386699 | MDPTPP05386705 |
| 4/7/2006 | CHECK | (25,000) | - | (25,000) | - | - | 24,462 | - | MDPTPP05386699 | MDPTPP05386705 |
| 6/5/2006 | CHECK | (20,000) | - | (20,000) | - | - | 4,462 | - | MDPTPP05386713 | MDPTPP05386717 |
| 6/21/2006 | CHECK | (10,000) | - | (10,000) | - | - | (5,538) | - | MDPTPP05386713 | MDPTPP05386717 |
| 7/18/2006 | CHECK | (7,000) | - | (7,000) | - | - | (12,538) | - | MDPTPP05386719 | MDPTPP05386725 |
| 8/30/2006 | CHECK | (20,000) | - | (20,000) | - | - | (32,538) | - | MDPTPP05386727 | MDPTPP05386731 |
| 9/15/2006 | CHECK | (5,000) | - | (5,000) | - | - | (37,538) | - | MDPTPP05386733 | MDPTPP05386737 |
| 10/25/2006 | CHECK | (35,000) | - | (35,000) | - | - | (72,538) | - | MDPTPP05386744 | MDPTPP05386744 |
| 11/17/2006 | CHECK | (10,000) | - | (10,000) | - | - | (82,538) | - | MDPTPP05386746 | MDPTPP05386749 |
| 12/14/2006 | CHECK | (15,000) | - | (15,000) | - | - | (97,538) | (15,000) | MDPTPP05386751 | MDPTPP05386756 |
| 12/21/2006 | CHECK | (25,000) | - | (25,000) | - | - | (122,538) | (25,000) | MDPTPP05386751 | MDPTPP05386756 |
| 1/25/2007 | CHECK | (25,000) | - | (25,000) | - | - | (147,538) | (25,000) | MDPTPP05386758 | MDPTPP05386760 |
| 2/6/2007 | CHECK | (15,000) | - | (15,000) | - | - | (162,538) | (15,000) | MDPTPP05386761 | MDPTPP05386767 |
| 3/14/2007 | CHECK | (25,000) | - | (25,000) | - | - | (187,538) | (25,000) | MDPTPP05386769 | MDPTPP05386774 |
| 3/26/2007 | CHECK | (10,000) | - | (10,000) | - | - | (197,538) | (10,000) | MDPTPP05386769 | MDPTPP05386774 |
| 5/23/2007 | CHECK | (30,000) | - | (30,000) | - | - | (227,538) | (30,000) | MDPTPP05386784 | MDPTPP05386787 |
| 6/7/2007 | CHECK | (20,000) | - | (20,000) | - | - | (247,538) | (20,000) | MDPTPP05386789 | MDPTPP05386793 |
| 7/10/2007 | CHECK | (10,000) | - | (10,000) | - | - | (257,538) | (10,000) | MDPTPP05386795 | MDPTPP05386797 |
| 8/6/2007 | CHECK | (2,000) | - | (2,000) | - | - | (259,538) | (2,000) | MDPTPP05386799 | MDPTPP05386801 |
| 8/10/2007 | CHECK | (12,000) | - | (12,000) | - | - | (271,538) | (12,000) | MDPTPP05386799 | MDPTPP05386801 |
| 8/21/2007 | CHECK | (4,000) | - | (4,000) | - | - | (275,538) | (4,000) | MDPTPP05386799 | MDPTPP05386801 |
| 8/28/2007 | CK | (15,000) | - | (15,000) | - | - | (290,538) | (15,000) | MDPTPP05386799 | MDPTPP05386801 |
| 10/2/2007 | CHECK | (10,000) | - | (10,000) | - | - | (300,538) | (10,000) | MDPTPP05386810 | MDPTPP05386811 |
| 11/9/2007 | CHECK | (10,000) | - | (10,000) | - | - | (310,538) | (10,000) | MDPTPP05386813 | MDPTPP05386818 |
| 11/20/2007 | CHECK | (5,000) | - | (5,000) | - | - | (315,538) | (5,000) | MDPTPP05386813 | MDPTPP05386818 |
| 12/11/2007 | CHECK | (15,000) | - | (15,000) | - | - | (330,538) | (15,000) | MDPTPP05386820 | MDPTPP05386824 |
| 1/2/2008 | CHECK | (25,000) | - | (25,000) | - | - | (355,538) | (25,000) | MDPTPP05386826 | MDPTPP05386828 |
| 1/14/2008 | CHECK | (12,500) | - | (12,500) | - | - | (368,038) | (12,500) | MDPTPP05386826 | MDPTPP05386828 |
| 2/25/2008 | CHECK | (20,000) | - | (20,000) | - | - | (388,038) | (20,000) | MDPTPP05386829 | MDPTPP05386830 |
| 3/25/2008 | CHECK | (20,000) | - | (20,000) | - | - | (408,038) | (20,000) | MDPTPP05386831 | MDPTPP05386833 |
| 4/14/2008 | CHECK | (25,000) | - | (25,000) | - | - | (433,038) | (25,000) | MDPTPP05386834 | MDPTPP05386839 |
| 5/9/2008 | CHECK | (15,000) | - | (15,000) | - | - | (448,038) | (15,000) | MDPTPP05386841 | MDPTPP05386845 |
| 6/6/2008 | CHECK | (25,000) | - | (25,000) | - | - | (473,038) | (25,000) | MDPTPP05386847 | MDPTPP05386850 |
| 6/30/2008 | CHECK | (30,000) | - | (30,000) | - | - | (503,038) | (30,000) | MDPTPP05386847 | MDPTPP05386850 |
| 7/23/2008 | CHECK | (10,000) | - | (10,000) | - | - | (513,038) | (10,000) | MDPTPP05386852 | MDPTPP05386853 |
| 11/24/2008 | CHECK | (20,000) [1] | - | (20,000) | - | - | (533,038) | (20,000) | MDPTPP05386870 | MDPTPP05386875 |
| 12/10/2008 | CHECK | (20,000) [2] | - | (20,000) | - | - | (553,038) | (20,000) | CHECKBOOKFILE | CHECKBOOKFILE |
| 4/15/2009 | CANCEL CHECK NOT FUNDED | 20,000 [2] | - | 20,000 | - | - | (533,038) | 20,000 | | |
| | Total: | | $ 1,633,462 | $ (2,166,500) | $ - | $ - | $ (533,038) | $ (450,500) | | |

[1] See MWPTAP00469936 for the BLMIS Customer Statement for the Savin Account produced by the Defendant.

[2] The BLMIS Checkbook File reflected a cash withdrawal via check from the Savin Account for $20,000 dated December 10, 2008. However, that check did not clear, and therefore, the amount of the withdrawal was reversed in the Principal Balance Calculation for the Savin Account. See JPMSAF0072926.