# EXHIBIT 7

CHASE

| CKS OUT | WIRE TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|
| (1899975.56)<br>(330 000.00) NL | -1000 000.00 MS -150 000.00 MARDEN -4000.00 OAKDALE<br>-1375 000.00 MDG -500 000.00 [illegible]<br>-3000 000.00 [illegible] -600 000.00 RABIN | +562 211.75 | CROESUS<br>+390 000.00 | 6/16 | 314 139 733.11 | |
| -72000.00 CHELA<br>(1579 935.00) | -250 000.00 MANSEL +5000 000.00 THEMA | +372 107.28 | | 6/17 | 317 627 505.39 | 17 600- |
| -500 000.00 SHALL<br>(328 000.00) | -144 000.00 BLM<br>-3050 000.00 RUBIN<br>-1500 000.00 JASA | Sterling<br>-62017.52 +1190 000.00 | | 6/18 | 313 857 522.91 | |
| -600 000.00 BEARLAKE<br>(2704411.00) | -150 000.00 ANIS<br>-400 000.00 -50 000.00 MARGON | EVENSTAD +3000 000.00<br>+654 891.00 | +1 000 000.00 SCHWARTZ +1000 000.00 HAYMAN<br>+1000 000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300 000 - BFS<br>+600 000 - BFS<br>(923500-) | -75 000 - [illegible] +5000 000 - L'win<br>-600000 - [illegible] -27 000 000 - [illegible] +5000 000 - L'win<br>-4500 000 - [illegible] -2000 000 - BNP +247 890.09 | | +300 000.00 Berman | 6/20 | 291 588 009.00 | |
| -1300 000.00 SACHS<br>(1220 270.00) | +250 000.00 SWEIDER + 32000.00 - LAZURUS<br>+250 000.00 [illegible] +399975 - CARLSTON +800 000.00 LEHRER<br>-500 000.00 [illegible] +2,000000 - SLAVIN | 636 567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB<br>(2981 000.00) | +2 000 000.00 MEDNOUGH +298 387.53 PERNICK +1000000 - SHECKMAN<br>-45000.00 AMCT +250 000.00 LEARNENBERG<br>-1000 000.00 TERAVA +500 000.00 GROE | +419 788.58 | INT ADJ 4/24 AS PER DAN B.<br>-2244 008.72 | 6/24 | 294 734 256.38 | [illegible] +180 [illegible] |
| -1 670 000.00 KOAN<br>-4000 000.00 HUBBARD<br>(18 112 446.43) | -2000 000.00 MEGGA -500 000.00 SCHIFF -1400 000.00 [illegible]<br>-1300 000.00 KAPLAN -1700 000.00 5TH FLOOR<br>-2000 000.00 [illegible] -2 227 000.00 [illegible] | +700 000.00 | | 6/25 | 261 351 809.95 | |
| -10000 000.00 BRANCH<br>(1251557.44) | +70 000.00 ALGIAN<br>+78000.00 CADMUS<br>+100 000.00 BERMAN +290 000.00 STEIN | +291 642.78 | +5.000 000.00 ALM-FIALLINI | 6/26 | 300 929 895.29 | |
| -500000 - Jalon<br>(1841219.46) | -[illegible] - Jacobs 1008 646.53 [illegible]<br>-[illegible] - [illegible] -20 000 000 - Thybo<br>-1000 000 - [illegible] -1600 000 - [illegible] | 1000000 - Mithem<br>702955.71 | -1200 000 - [illegible]<br>-1596 396.00 - Anderson<br>-90000 - [illegible] | 6/27 | | [illegible] 80000 - |
| +3000000 - Sonenberg Spec.<br>+50 000 000.00 BLM | +10 000 000 - [illegible] +1500000 - Kumin +1000000 - Smith<br>+996 518.90 Fisher +275 000 [illegible] | Cottage<br>+2200 000.00 | +45000 000 - BLM SPEC | 6/27 | 375 929 404.13 | [illegible] |
| (1780 376-)<br>(550 000.00) NL | -3000 000.00 STERLING -12000 000.00 TREMONT +466 000 - ALPHA<br>-500 000.00 DOUGS -2380 000.00 BNP<br>-725 000.00 [illegible] -2 000 000.00 RFP | +1459 593.25 | +520 000.00 TURBO<br>+3620 559.00 STERLING<br>+16 999 975.00 M INVEST | 6/30 | 350 233 155.38 | CKS CLR<br>+1000 000<br>+1340 000 |
| (250 000 000 -) [illegible]<br>(2000) Annette<br>(1405040-) NL (-23 080 510.50) | -3500 000 - Picower -1000000 - Klein<br>-251000 - Maida -350 000 - [illegible]<br>-2000 000 - Thybo | -100 000 - [illegible]<br>+3100 000 - [illegible]<br>+1759 716- | +757 898.47 - Bigos<br>+425 817.50 - Berman | 7/1 | | |
| +12 999 985 - [illegible]<br>+600 000 - [illegible] | +5767 [illegible] +20000 - [illegible]<br>+10 030 - [illegible] +1000000 - Cogan<br>+95000 - [illegible] +42500 - LWT | +2224 945 [illegible]<br>+3523 959.58 Lambert<br>+70000 - [illegible] | -59100 BLM spec | | 119 669 026.51 | |
| (1500-)<br>(5867 350.55) | -42000 - Wilson +415000 - Robins<br>-500 000 - Rand -[illegible] - Schier<br>-1130000 - BNP -1000 000 - [illegible] | +1000 000 - [illegible]<br>+17000 - Downtown<br>+1571 666.68 | +500 000 - Turbo<br>+1800 000 - Harmony | 7/2 | 110 496 862.64 | |
| (2695 525.04) | -500 000 - [illegible] +1000 000.00 [illegible]<br>-500 000 - Cowl +4684 555.00 [illegible]<br>-4629 535.92 [illegible] -75000 [illegible] | +3000000.00 Ascot<br>+155000.00 | +1000000.00 Audax<br>+2000000.00 broad mkt | 7/3 | 140 041 336.68 | |
| (677000.00)<br>(110 000.00) NL | +1800 000.00 RPPINV +3715 685.00 [illegible]<br>+2700 000.00 Friedman +[illegible].00 [illegible]<br>-150 850 - Harden +12000 000.00 AMER MASTERS | +1913 [illegible] | +400 000.00 RBD<br>+600 000.00 [illegible] | 7/7 | 163 254 89[illegible].69 | CK R[illegible]<br>+14000-<br>+8000- |