# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Chemical Bank
- +  83710  Bal 3-28
- -  65 cks out
- +  20  Wire In - Westwood
- +  200   "     "  - Primeo CLB
- +  500   "     "  - N Sachs
- +  1100  "     "  - Schupak
- +  2000  "     "  - Yesod
- +  3000  "     "  - BPI Multi Advisors
- +  1762  My Deposit  200H CIH 500H EFH  278H ARB 784A+B
- -  14200  Tony Out
- -  27300  Wire Out - Bankers
- -  32800  "    "   - Bk of NY
- -  10000  "    "   - Credit Lyons.
- +  15000  N.C. Deposit

+ 22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  Bal 3-28
- 15 823  Cks out *
-    369  at out - Monroe
-    175  Wire Out - Marden
-    650    "     "  - Cigna
-   1000    "     "  - Tremont
-   1000    "     "  - Stan (Brighton)
-   9000  Tony Out
+ 27300  Wire In - Chem
─────────
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing 15 798 466 - 4-1 N.C.
"         80 mil    4-1  Picower
Wiring Out  545 M   4-5  Picower
            1.7 mil 4-1  Marden
            150 M   4-1  Marden
            100 M   4-1  Malc/Auco
            2 mil   4-1  Hadassah
            50 M    4-2  Marden
            250 M   4-2  Goodman
            1.875 M 4-3  Greenwich
            1 mil   4-4  Lagoon

MADTSS00244688