# EXHIBIT 15.1

**Bear Stearns 698 Account Activity**[1]

| | | Transfers | | | Account Value[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month Begin | Month End | Transfers from 703 Account[3] | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Money Market Fund | Net Cash Balance | Month End Account Value |
| 6/1/1998 | 6/30/1998 | 402,210,881 | | | 403,522,020 [4] | - | - | - | 55,913 | **403,577,933** |
| 7/1/1998 | 7/31/1998 | | | | 405,474,580 | - | - | - | 56,142 | **405,530,722** |
| 8/1/1998 | 8/31/1998 | 152,194,480 | | | 564,507,625 [4] | - | - | - | 56,384 | **564,564,009** |
| 9/1/1998 | 9/30/1998 | | | | 571,216,535 | - | - | - | 56,626 | **571,273,161** |
| 10/1/1998 | 10/31/1998 | | | | 575,628,900 | - | - | - | 56,851 | **575,685,751** |
| 11/1/1998 | 11/30/1998 | | | | 566,853,085 | - | - | - | 15,655,150 | **582,508,235** |
| 12/1/1998 | 12/31/1998 | | (15,655,150) | | 561,607,230 | - | - | - | 24,401 | **561,631,631** |
| 1/1/1999 | 1/31/1999 | | | | 563,505,335 | - | - | - | 24,490 | **563,529,825** |
| 2/1/1999 | 2/28/1999 | | | | 562,020,535 | - | - | - | 24,580 | **562,045,115** |
| 3/1/1999 | 3/31/1999 | | | | 565,299,735 | - | - | - | 24,661 | **565,324,396** |
| 4/1/1999 | 4/30/1999 | | | | 567,838,230 | - | - | - | 24,751 | **567,862,981** |
| 5/1/1999 | 5/31/1999 | | (7,274,751) | | 560,718,950 | - | - | - | 1,794 | **560,720,744** |
| 6/1/1999 | 6/30/1999 | | (8,345,544) | | 554,618,340 | - | - | - | 0 | **554,618,340** |
| 7/1/1999 | 7/31/1999 [5] | | | | 554,618,340 | - | - | - | 0 | **554,618,340** |
| 8/1/1999 | 8/31/1999 [5] | | | | 554,618,340 | - | - | - | 0 | **554,618,340** |
| 9/1/1999 | 9/30/1999 | | | | 561,912,030 | - | - | - | 0 | **561,912,030** |
| 10/1/1999 | 10/31/1999 | | | | 563,668,915 | - | - | - | 0 | **563,668,915** |
| 11/1/1999 | 11/30/1999 | 700,000 | (7,536,023) | | 558,156,145 | - | - | - | 8,346,068 | **566,502,213** |
| 12/1/1999 | 12/31/1999 | | (8,346,068) | | 551,753,445 | - | - | - | (0) | **551,753,445** |
| 1/1/2000 | 1/31/2000 [5] | | | | 551,753,445 | - | - | - | (0) | **551,753,445** |
| 2/1/2000 | 2/29/2000 [5] | | | | 551,753,445 | - | - | - | (0) | **551,753,445** |
| 3/1/2000 | 3/31/2000 | | | | 558,918,520 | - | - | - | (0) | **558,918,520** |
| 4/1/2000 | 4/30/2000 | | | | 561,233,555 | - | - | - | (0) | **561,233,555** |
| 5/1/2000 | 5/31/2000 | | (7,250,000) | | 402,354,890 | - | 149,461,875 | - | 8,881,875 | **560,698,640** |
| 6/1/2000 | 6/30/2000 | | (8,881,875) | | 401,181,580 | - | 151,378,500 | - | - | **552,560,080** |
| 7/1/2000 | 7/31/2000 [5] | | | | 401,181,580 | - | 151,378,500 | - | - | **552,560,080** |
| 8/1/2000 | 8/31/2000 [5] | | | | 401,181,580 | - | 151,378,500 | - | - | **552,560,080** |
| 9/1/2000 | 9/30/2000 | | | | 407,646,005 | - | 154,912,125 | - | - | **562,558,130** |
| 10/1/2000 | 10/31/2000 | | | | 409,599,275 | - | 155,653,125 | - | 2,937,500 | **568,189,900** |
| 11/1/2000 | 11/30/2000 | | (8,757,350) | | 100,299,880 | - | 457,644,495 | - | 3,031,075 | **560,975,450** |
| 12/1/2000 | 12/31/2000 | | (3,031,075) | (28,000,000) | 72,847,102 | - | 463,655,070 | - | 315,894 | **536,818,066** |
| 1/1/2001 | 1/31/2001 | | | | 73,444,284 | - | 468,234,000 | - | 317,132 | **541,995,416** |
| 2/1/2001 | 2/28/2001 | | (5,259,375) | | 73,861,466 | - | 466,523,070 | - | 318,541 | **540,703,077** |
| 3/1/2001 | 3/31/2001 | | | | 74,382,761 | - | 471,135,120 | - | 319,775 | **545,837,656** |
| 4/1/2001 | 4/30/2001 | | (2,115,000) | | 72,617,263 | - | 473,510,565 | - | 321,001 | **546,448,829** |
| 5/1/2001 | 5/31/2001 | | (10,029,687) | | 72,939,686 | - | 470,673,810 | - | 322,044 | **543,935,540** |
| 6/1/2001 | 6/30/2001 | | | | 73,185,034 | - | 473,255,445 | - | 323,015 | **546,763,494** |
| 7/1/2001 | 7/31/2001 | | | (7,000,000) | 66,285,631 | - | 476,558,190 | - | 455,153 | **543,298,974** |
| 8/1/2001 | 8/31/2001 | | | (5,062,500) | 66,520,123 | - | 474,216,810 | - | 456,308 | **541,193,241** |
| 9/1/2001 | 9/30/2001 | | | (7,000,000) | 59,561,169 | - | 479,313,255 | - | 635,990 | **539,510,414** |
| 10/1/2001 | 10/31/2001 | | (112,057,715) | | - | - | 428,429,375 | - | 637,035 | **429,066,410** |
| 11/1/2001 | 11/30/2001 | | | | - | 3,982,480 | 421,243,856 | - | 140,646 | **425,366,982** |
| 12/1/2001 | 12/31/2001 | | | (40,931,000) | - | 3,988,920 | 379,807,480 | - | 1,253,412 | **385,049,812** |
| 1/1/2002 | 1/31/2002 | | | (5,200,000) | - | - | 380,464,290 | - | 47,879 | **380,512,169** |
| 2/1/2002 | 2/28/2002 | | | (8,428,142) | - | - | 372,552,990 | - | 0 | **372,552,990** |
| 3/1/2002 | 3/31/2002 | | | | - | - | 373,064,740 | - | 803 | **373,065,543** |
| 4/1/2002 | 4/30/2002 | | | | - | - | 373,987,185 | - | 803 | **373,987,988** |
| 5/1/2002 | 5/31/2002 | | | (6,000,000) | - | 797,144 | 368,245,225 | - | 78,211 | **369,120,580** |
| 6/1/2002 | 6/30/2002 | | | | - | 798,248 | 368,997,045 | - | 78,303 | **369,873,596** |
| 7/1/2002 | 7/31/2002 | | | | - | 799,264 | 371,041,460 | - | 78,384 | **371,919,108** |
| 8/1/2002 | 8/31/2002 | | | | - | - | 369,222,387 | - | 3,319,783 | **372,542,170** |
| 9/1/2002 | 9/30/2002 | | | | - | - | 370,777,790 | - | 3,323,356 | **374,101,146** |
| 10/1/2002 | 10/31/2002 | | | | - | - | 369,998,833 | - | 4,339,390 | **374,338,223** |
| 11/1/2002 | 11/30/2002 | | | (5,000,000) | - | - | 368,504,652 | 772,265 | 30,765 | **369,307,682** |
| 12/1/2002 | 12/31/2002 | | | | - | - | 369,283,286 | 3,710,292 | 0 | **372,993,578** |
| 1/1/2003 | 1/31/2003 | | | | - | - | 369,788,209 | 3,712,745 | 0 | **373,500,954** |
| 2/1/2003 | 2/28/2003 | | | (6,300,000) | - | - | 368,431,250 | 22,941 | 0 | **368,454,191** |
| 3/1/2003 | 3/31/2003 | | | | - | - | 368,766,598 | 26,725 | 0 | **368,793,323** |
| 4/1/2003 | 4/30/2003 | | | (10,000,000) | - | - | 358,402,067 | 951,751 | 558,612 | **359,912,429** |
| 5/1/2003 | 5/31/2003 | | | | - | - | 359,514,242 | 1,510,818 | 151 | **361,025,211** |
| 6/1/2003 | 6/30/2003 | | | | - | - | 357,274,135 | 4,418,461 | 0 | **361,692,596** |
| 7/1/2003 | 7/31/2003 | | | (10,000,000) | - | - | 346,604,135 | 4,421,014 | 0 | **351,025,149** |
| 8/1/2003 | 8/31/2003 | | | (3,000,000) | - | - | 343,718,696 | 4,650,060 | 0 | **348,368,756** |
| 9/1/2003 | 9/30/2003 | | | (3,154,593) | - | - | 344,770,516 | 1,500,000 | 0 | **346,270,516** |
| 10/1/2003 | 10/31/2003 | | | | - | - | 344,383,197 | 1,965,817 | 0 | **346,349,014** |
| 11/1/2003 | 11/30/2003 | | | | - | - | 344,595,839 | 1,967,155 | 0 | **346,562,994** |
| 12/1/2003 | 12/31/2003 | | | (4,874,877) | - | - | 342,552,458 | - | 2,405 | **342,554,863** |
| 1/1/2004 | 1/31/2004 | | | (7,607,760) | - | - | 334,406,705 | - | 795,506 | **335,202,211** |

**Bear Stearns 698 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account[3] | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Money Market Fund | Net Cash Balance | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | | *Transfers* | | | *Account Value*[2] | | | | | |
| 2/1/2004 | 2/29/2004 | | | (7,053,426) | - | - | 328,147,412 | 500,131 | 720 | **328,648,263** |
| 3/1/2004 | 3/31/2004 | | | | - | - | 328,871,904 | 500,534 | 746 | **329,373,184** |
| 4/1/2004 | 4/30/2004 | | | (8,053,987) | - | - | 319,108,817 | 815,122 | 0 | **319,923,939** |
| 5/1/2004 | 5/31/2004 | | | (7,686,871) | - | - | 254,553,463 | 815,183 | 56,805,557 | **312,174,203** |
| 6/1/2004 | 6/30/2004 | | | (16,222,876) | - | - | 293,879,541 | 2,214,445 | 0 | **296,093,986** |
| 7/1/2004 | 7/31/2004 | | | | - | - | 294,779,797 | 2,215,841 | 377 | **296,996,015** |
| 8/1/2004 | 8/31/2004 | | | (8,919,431) | - | - | 289,070,458 | 227,112 | 0 | **289,297,570** |
| 9/1/2004 | 9/30/2004 | | | (8,459,562) | - | - | 279,987,406 | 892,625 | 0 | **280,880,031** |
| 10/1/2004 | 10/31/2004 | | | | - | - | 280,519,839 | 892,972 | 0 | **281,412,811** |
| 11/1/2004 | 11/30/2004 | | | (13,805,109) | - | - | 266,854,272 | 294,151 | 28,305 | **267,176,728** |
| 12/1/2004 | 12/31/2004 | | | | - | - | 267,210,705 | - | 140,855 | **267,351,560** |
| 1/1/2005 | 1/31/2005 | | | (8,602,316) | - | - | 258,438,194 | - | 546,909 | **258,985,103** |
| 2/1/2005 | 2/28/2005 | | | (660,218) | - | - | 256,462,155 | 1,644,804 | 0 | **258,106,959** |
| 3/1/2005 | 3/31/2005 | 150,000,000 | (100,000,000) | (8,665,400) | - | - | 298,066,577 | 955,178 | 22,734 | **299,044,489** |
| 4/1/2005 | 4/30/2005 | | | | - | - | 299,594,827 | 980,775 | 3 | **300,575,605** |
| 5/1/2005 | 5/31/2005 | | | (5,395,207) | - | - | 294,888,709 | 1,664,767 | 0 | **296,553,476** |
| 6/1/2005 | 6/30/2005 | | | | - | - | 293,787,030 | 3,194,401 | 572 | **296,982,003** |
| 7/1/2005 | 7/31/2005 | | | | - | - | 293,113,369 | 3,199,664 | 572 | **296,313,605** |
| 8/1/2005 | 8/31/2005 | | | | - | - | 294,402,889 | 3,707,546 | 0 | **298,110,435** |
| 9/1/2005 | 9/30/2005 | | (109,732,195) | | - | - | 184,272,958 | 3,717,225 | 0 | **187,990,183** |
| 10/1/2005 | 10/31/2005 | | (41,815,858) | | - | - | 142,569,846 | 3,727,800 | (1) | **146,297,645** |
| 11/1/2005 | 11/30/2005 | | (50,000,000) | | - | - | 140,314,304 | 3,739,356 | (47,373,300) | **96,680,361** |
| 12/1/2005 | 12/31/2005 | | (75,000,000) | | - | - | - | 21,573,290 | 0 | **21,573,290** |
| 1/1/2006 | 1/31/2006 | | (20,000,000) | | - | - | - | 1,608,448 | 0 | **1,608,448** |
| 2/1/2006 | 2/28/2006 | | | | - | - | - | 1,625,455 | 0 | **1,625,455** |
| 3/1/2006 | 3/31/2006 | | | | - | - | - | 1,630,904 | 0 | **1,630,904** |
| 4/1/2006 | 4/30/2006 | | (1,639,334) | | - | - | - | - | 0 | **0** |
| | | **$  705,105,361** | **$  (602,727,000)** | **$  (251,083,274)** | | | | | | |
| Pre-10 Year Period | | 554,405,361 | - | - | | | | | | |
| During 10 Year Period | | 150,700,000 | (602,727,000) | (251,083,274) | | | | | | |
| | | **$  705,105,361** | **$  (602,727,000)** | **$  (251,083,274)** | | | | | | |

[1] Source documents, including monthly account statements from June 1998 to April 2006: BSTSAC0000001 - 574

[2] Many of the account statements for the Bear Stearns 698 Account ended a few days prior to the calendar month end. The month end account value reflected in this exhibit includes any activity reflected on the subsequent statement for these days.

[3] Transfers from the 703 Account represented the sole funding for the Bear Stearns 698 Account. On 10/27/2005, there was one transfer of $4,911,555 from the BONY 621 Account to the Bear Stearns 698 Account, which was used the next day to purchase $5 million worth of Treasury Bills that were immediately transferred out of the account. *See* BSTSAC0000323.

[4] $554.4 million of the transfers from the 703 Account occured in June and August 1998, prior to the time period for which there were available statements for the 703 Account, and therefore is not reflected in the summary of other activity in/out of the 703 Account attached as **Exhibit 13**. The descriptions for these transactions per the Bear Stearns 698 Account statements are consistent with the descriptions of the transfers from the 703 Account that we were able to confirm using available statements for the 703 Account. *See,* for example, BSTSAC0000394, BSTSAC0000370 and JPMSAB0002417. In addition, these transactions are reflected as outgoing transfers on the Daily Sheets for the "C.M." account on the corresponding days with a description of "BLM-SPEC." *See* MADTSS01311069; MADTSS01311068; MADTSS01311056; MADTSS01310983.

[5] There were no statements for these months for the Bear Stearns 698 Account. In each case, the "Last Statement" date on the next available statement indicates that there were no statements generated for these months. For purposes of this exhibit, I have included the account value for these months from the latest available statement.