# EXHIBIT 15.8

# EXHIBIT 15.8

## M&T 039 Account Activity[1]

| Month Begin[2] | Month End[2] | Transfers | | Account Value | | |
|---|---|---|---|---|---|---|
| | | Transfers from 703 Account | Transfers to 703 Account | Treasury Bills | Money Market Fund | Month End Account Value |
| 6/1/2007 | 6/30/2007 | 99,119,292 | | 99,525,000 | - | 99,525,000 |
| 7/1/2007 | 7/31/2007 [2] | | | 99,525,000 | - | 99,525,000 |
| 8/1/2007 | 8/31/2007 | | | 99,311,000 | 1,201,130 | 100,512,130 |
| 9/1/2007 | 9/30/2007 | | | 99,636,000 | 1,205,177 | 100,841,177 |
| 10/1/2007 | 10/31/2007 [2] | | | 99,636,000 | 1,209,007 | 100,845,007 |
| 11/1/2007 | 11/30/2007 | | | 99,445,000 | 2,128,749 | 101,573,749 |
| 12/1/2007 | 12/31/2007 | | | 99,710,000 | 2,135,006 | 101,845,006 |
| 1/1/2008 | 1/31/2008 [2] | | | 99,710,000 | 2,139,916 | 101,849,916 |
| 2/1/2008 | 2/29/2008 | | | 99,668,000 | 2,675,179 | 102,343,179 |
| 3/1/2008 | 3/31/2008 | | | 99,872,000 | 2,678,966 | 102,550,966 |
| 4/1/2008 | 4/30/2008 [2] | | | 99,872,000 | 2,682,286 | 102,554,286 |
| 5/1/2008 | 5/31/2008 | | | 99,654,000 | 3,070,375 | 102,724,375 |
| 6/1/2008 | 6/30/2008 | | | 99,825,000 | 3,073,834 | 102,898,834 |
| 7/1/2008 | 7/31/2008 [2] | | | 99,825,000 | 3,077,348 | 102,902,348 |
| 8/1/2008 | 8/31/2008 | | | 99,707,000 | 3,496,835 | 103,203,835 |
| 9/1/2008 | 9/30/2008 | | | 99,937,000 | 3,499,531 | 103,436,531 |
| 10/1/2008 | 10/31/2008 [2] | | | 99,937,000 | 3,499,994 | 103,436,994 |
| 11/1/2008 | 11/30/2008 | | (99,500,000) | - | 4,030,708 | 4,030,708 |
| | | $    99,119,292 | $    (99,500,000) | | | |

[1] Source documents, including monthly account statements from May 2007 to March 2009: MTSSAA0000028 - 118

[2] Certain statements for the M&T 039 Account included two months of activity in one statement, including July/Aug 2007, Oct/Nov 2007, Jan/Feb 2008, April/May 2008, July/Aug 2008 and Oct/Nov 2008. For the first month in each of these periods, I have included the account value of the Treasury Bills reflected on the prior month account statement. The value of the Money Market Fund is based on the activity reflected on the combined account statement, including interest earned.