# EXHIBIT 16

**Treasury Bill Activity in Six of the 8 Brokerage Accounts - Purchases, Sales/Redemptions, and Interest**

| | | | *Purchases of Treasury Bills* | | | | *Sales/Redemptions of Treasury Bills* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brokerage Account | CUSIP[1] | Maturity Date | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | Brokerage Account Statement Bates Reference | Sale/ Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity | Brokerage Account Statement Bates Reference |
| Bear Stearns 698 | 912795HJ3 | 2/28/2002 | 11/2/2001 | $ 4,000,000 | $ (3,979,940) | BSTSAC0000014 | 1/31/2002 | $ (4,000,000) | $ 3,993,280 | $ 13,340 | Sold | BSTSAC0000297 |
| Bear Stearns 698 | 912795KW0 | 8/15/2002 | 5/16/2002 | $ 6,800,000 | $ (6,771,123) | BSTSAC0000279 | 5/30/2002 5/31/2002 8/15/2002 | $ (6,800,000) | $ 6,777,468 | $ 6,345 | $6M sold for $5,977,468; $800,000 redeemed | BSTSAC0000260 BSTSAC0000279 |
| Fidelity 043 | 912795DM0 | 3/16/2000 | 2/29/2000 | $ 100,000,000 | $ (99,777,333) | FMRSAA0001532 | 3/16/2000 | $ (100,000,000) | $ 100,000,000 | $ 222,667 | Redeemed | FMRSAA0001536 |
| Fidelity 043 | 912795GN5 | 6/28/2001 | 4/11/2001 | $ 50,000,000 | $ (49,593,750) | FMRSAA0001577 | 4/26/2001 6/28/2001 | $ (50,000,000) | $ 49,839,388 | $ 245,638 | $25M sold for $24,839,388; $25M redeemed | FMRSAA0001577 FMRSAA0001584 |
| Fidelity 043 | 912795HA2 | 7/5/2001 | 4/11/2001 | $ 50,000,000 | $ (49,550,209) | FMRSAA0001577 | 7/5/2001 | $ (50,000,000) | $ 50,000,000 | $ 449,792 | Redeemed | FMRSAA0001588 |
| Lehman 398 | 912795GY1 | 6/14/2000 | 6/9/2000 | $ 7,291,000 | $ (7,284,975) | MADTSS00239254 | 6/14/2000 | $ (7,291,000) | $ 7,291,000 | $ 6,025 | Redeemed | MADTSS00239254 |
| Lehman 398 | 912795HZ7 | 12/27/2001 | 12/17/2001 | $ 76,000,000 | $ (75,964,850) | BARSAA0018951 | 12/27/2001 | $ (76,000,000) | $ 76,000,000 | $ 35,150 | Redeemed | BARSAA0018951 |
| Lehman 398 | 912795JE2 | 1/31/2002 | 1/24/2002 | $ 50,000,000 | $ (49,983,958) | BARSAA0019104 | 1/31/2002 | $ (50,000,000) | $ 50,000,000 | $ 16,042 | Redeemed | BARSAA0019105 |
| Lehman 398 | 912795JQ5 | 4/18/2002 | 1/24/2002 | $ 44,400,000 | $ (44,227,506) | BARSAA0019104 | 4/18/2002 | $ (44,400,000) | $ 44,400,000 | $ 172,494 | Redeemed | BARSAA0018794 |
| Lehman 398 | 912795JT9 | 5/9/2002 | 4/18/2002 | $ 46,715,000 | $ (46,670,718) | BARSAA0018794 | 5/9/2002 | $ (46,715,000) | $ 46,715,000 | $ 44,282 | Redeemed | BARSAA0019402 |
| Lehman 398 | 912795JV4 | 5/23/2002 | 5/9/2002 | $ 46,743,000 | $ (46,712,461) | BARSAA0019402 | 5/23/2002 | $ (46,743,000) | $ 46,743,000 | $ 30,539 | Redeemed | BARSAA0019403 |
| Lehman 398 | 912795JZ5 | 6/20/2002 | 5/23/2002 | $ 46,804,000 | $ (46,742,843) | BARSAA0019403 | 6/20/2002 | $ (46,804,000) | $ 46,804,000 | $ 61,157 | Redeemed | BARSAA0019258 |
| Lehman 398 | 912795KA8 | 6/27/2002 | 6/14/2002 | $ 20,675,000 | $ (20,662,457) | BARSAA0019258 | 6/27/2002 | $ (20,675,000) | $ 20,675,000 | $ 12,543 | Redeemed | BARSAA0019258 |
| Lehman 398 | 912795KQ3 | 7/5/2002 | 6/28/2002 | $ 6,557,000 | $ (6,554,885) | BARSAA0019259 | 7/5/2002 | $ (6,557,000) | $ 6,557,000 | $ 2,115 | Redeemed | BARSAA0019179 |
| Lehman 398 | 912795KR1 | 7/11/2002 | 7/8/2002 | $ 25,000,000 | $ (24,996,667) | BARSAA0019179 | 7/11/2002 | $ (25,000,000) | $ 25,000,000 | $ 3,333 | Redeemed | BARSAA0019179 |
| Lehman 398 | 912795KS9 | 7/18/2002 | 7/1/2002 7/8/2002 | $ 57,840,000 | $ (57,804,579) | BARSAA0019179 | 7/18/2002 | $ (57,840,000) | $ 57,840,000 | $ 35,421 | Redeemed | BARSAA0019181 |
| Lehman 398 | 912795KU4 | 8/1/2002 | 7/31/2002 | $ 5,630,000 | $ (5,629,744) | BARSAA0019183 | 8/1/2002 | $ (5,630,000) | $ 5,630,000 | $ 256 | Redeemed | BARSAA0018873 |
| Lehman 398 | 912795KV2 | 8/8/2002 | 7/19/2002 7/31/2002 | $ 100,771,000 | $ (100,701,911) | BARSAA0019181 BARSAA0019182 BARSAA0019183 | 8/8/2002 | $ (100,771,000) | $ 100,771,000 | $ 69,089 | Redeemed | BARSAA0018874 |
| Lehman 398 | 912795KX8 | 8/22/2002 | 8/13/2002 | $ 50,000,000 | $ (49,979,563) | BARSAA0018874 | 8/22/2002 | $ (50,000,000) | $ 50,000,000 | $ 20,438 | Redeemed | BARSAA0018876 |
| Lehman 398 | 912795KY6 | 8/29/2002 | 8/13/2002 | $ 26,250,000 | $ (26,230,867) | BARSAA0018875 | 8/29/2002 | $ (26,250,000) | $ 26,250,000 | $ 19,133 | Redeemed | BARSAA0018878 |
| Lehman 398 | 912795KZ3 | 9/5/2002 | 8/23/2002 | $ 86,670,000 | $ (86,614,724) | BARSAA0018877 | 9/5/2002 | $ (86,670,000) | $ 86,670,000 | $ 55,276 | Redeemed | BARSAA0019654 |
| Lehman 398 | 912795LN9 | 12/5/2002 | 11/25/2002 | $ 24,200,000 | $ (24,191,900) | BARSAA0019493 | 12/5/2002 | $ (24,200,000) | $ 24,200,000 | $ 8,100 | Redeemed | BARSAA0018963 |
| Lehman 435 | 912795ZU8 | 8/9/2007 | 5/10/2007 | $ 100,000,000 | $ (98,803,097) | SECSAH0001300 | 8/9/2007 | $ (100,000,000) | $ 100,000,000 | $ 1,196,903 | Redeemed | SECSAH0001341 |
| Lehman 435 | 912795A92 | 11/8/2007 | 8/9/2007 | $ 100,000,000 | $ (98,782,875) | SECSAH0001341 | 11/8/2007 | $ (100,000,000) | $ 100,000,000 | $ 1,217,125 | Redeemed | SECSAH0001388 |
| Lehman 435 | 912795C66 | 2/7/2008 | 11/8/2007 | $ 100,000,000 | $ (99,115,278) | SECSAH0001388 | 2/7/2008 | $ (100,000,000) | $ 100,000,000 | $ 884,722 | Redeemed | SECSAH0001278 |
| Lehman 435 | 912795E31 | 5/8/2008 | 2/7/2008 | $ 100,000,000 | $ (99,479,278) | SECSAH0001278 | 5/8/2008 | $ (100,000,000) | $ 100,000,000 | $ 520,722 | Redeemed | SECSAH0001310 |
| Lehman 435 | 912795F89 | 8/7/2008 | 5/8/2008 | $ 100,000,000 | $ (99,598,083) | SECSAH0001310 | 8/7/2008 | $ (100,000,000) | $ 100,000,000 | $ 401,917 | Redeemed | SECSAH0001353 |
| M&T Bank 039 | 912795ZU8 | 8/9/2007 | 6/1/2007 | $ 100,000,000 | $ (99,119,292) | MTSSAA0000116 | 8/9/2007 | $ (100,000,000) | $ 100,000,000 | $ 880,708 | Redeemed | MTSSAA0000112 |
| M&T Bank 039 | 912795A92 | 11/8/2007 | 8/9/2007 | $ 100,000,000 | $ (98,801,833) | MTSSAA0000112 | 11/8/2007 | $ (100,000,000) | $ 100,000,000 | $ 1,198,167 | Redeemed | MTSSAA0000099 |
| M&T Bank 039 | 912795C66 | 2/7/2008 | 11/8/2007 | $ 100,000,000 | $ (99,086,208) | MTSSAA0000099 | 2/7/2008 | $ (100,000,000) | $ 100,000,000 | $ 913,792 | Redeemed | MTSSAA0000086 |
| M&T Bank 039 | 912795E31 | 5/8/2008 | 2/7/2008 | $ 100,000,000 | $ (99,469,167) | MTSSAA0000086 | 5/8/2008 | $ (100,000,000) | $ 100,000,000 | $ 530,833 | Redeemed | MTSSAA0000072 |
| M&T Bank 039 | 912795F89 | 8/7/2008 | 5/8/2008 | $ 100,000,000 | $ (99,614,900) | MTSSAA0000072 | 8/7/2008 | $ (100,000,000) | $ 100,000,000 | $ 385,100 | Redeemed | MTSSAA0000060 |
| M&T Bank 039 | 912795H53 | 11/6/2008 | 8/7/2008 | $ 100,000,000 | $ (99,584,181) | MTSSAA0000060 | 11/6/2008 | $ (100,000,000) | $ 100,000,000 | $ 415,819 | Redeemed | MTSSAA0000046 |
| M&T Bank 039 | 912795K59 | 2/26/2009 | 11/6/2008 | $ 100,000,000 | $ (99,869,333) | MTSSAA0000046 | 11/12/2008 | $ (100,000,000) | $ 99,899,889 | $ 30,556 | Sold | MTSSAA0000047 |
| Morgan Stanley 719 | 912795FT3 | 2/15/2001 | 11/16/2000 11/17/2000 11/21/2000 | $ 250,000,000 | $ (246,168,232) | MSYSAB0000112 | 2/15/2001 | $ (250,000,000) | $ 250,000,000 | $ 3,831,768 | Redeemed | MSYSAB0000118 |
| Morgan Stanley 719 | 912795GG0 | 5/17/2001 | 11/20/2000 11/21/2000 | $ 250,000,000 | $ (242,588,815) | MSYSAB0000112 | 5/17/2001 | $ (250,000,000) | $ 250,000,000 | $ 7,411,185 | Redeemed | MSYSAB0000124 |
| Morgan Stanley 719 | 912795HE4 | 8/2/2001 | 2/15/2001 | $ 250,000,000 | $ (244,470,002) | MSYSAB0000118 | 8/2/2001 | $ (250,000,000) | $ 250,000,000 | $ 5,529,998 | Redeemed | MSYSAB0000130 |

## Treasury Bill Activity in Six of the 8 Brokerage Accounts - Purchases, Sales/Redemptions, and Interest

| Brokerage Account | CUSIP[1] | Maturity Date | Purchases of Treasury Bills ||| Brokerage Account Statement Bates Reference | Sales/Redemptions of Treasury Bills |||| Redeemed or Sold Prior to Maturity | Brokerage Account Statement Bates Reference |
| | | | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | | Sale/ Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley 719 | 912795GQ8 | 8/16/2001 | 5/17/2001 | $ 125,000,000 | $ (123,913,002) | MSYSAB0000124 | 8/16/2001 | $ (125,000,000) | $ 125,000,000 | $ 1,086,998 | Redeemed | MSYSAB0000130 |
| Morgan Stanley 719 | 912795GR6 | 9/13/2001 | 5/15/2001 5/17/2001 | $ 200,000,000 | $ (197,707,130) | MSYSAB0000124 | 9/13/2001 | $ (200,000,000) | $ 200,000,000 | $ 2,292,870 | Redeemed | MSYSAB0000133 |
| Morgan Stanley 719 | 912795HR5 | 10/4/2001 | 5/15/2001 | $ 7,000,000 | $ (6,902,534) | MSYSAB0000124 | 10/4/2001 | $ (7,000,000) | $ 7,000,000 | $ 97,466 | Redeemed | MSYSAB0000137 |
| Morgan Stanley 719 | 912795HS3 | 10/18/2001 | 8/2/2001 | $ 150,000,000 | $ (148,918,802) | MSYSAB0000130 | 10/1/2001 10/18/2001 | $ (150,000,000) | $ 149,880,498 | $ 961,695 | $100M sold for $99,880,498; $50M redeemed | MSYSAB0000137 |
| Morgan Stanley 719 | 912795HT1 | 10/25/2001 | 8/16/2001 | $ 75,000,000 | $ (74,518,727) | MSYSAB0000130 | 10/25/2001 | $ (75,000,000) | $ 75,000,000 | $ 481,273 | Redeemed | MSYSAB0000137 |
| Morgan Stanley 719 | 912795GU9 | 12/6/2001 | 8/2/2001 | $ 100,000,000 | $ (98,852,002) | MSYSAB0000130 | 12/6/2001 | $ (100,000,000) | $ 100,000,000 | $ 1,147,998 | Redeemed | MSYSAB0000140 |
| Morgan Stanley 719 | 912795JC6 | 1/17/2002 | 9/18/2001 | $ 100,000,000 | $ (99,112,702) | MSYSAB0000133 | 1/17/2002 | $ (100,000,000) | $ 100,000,000 | $ 887,298 | Redeemed | MSYSAB0000143 |
| Morgan Stanley 719 | 912795JD4 | 1/24/2002 | 8/16/2001 10/18/2001 | $ 100,000,000 | $ (98,988,505) | MSYSAB0000130 MSYSAB0000137 | 1/24/2002 | $ (100,000,000) | $ 100,000,000 | $ 1,011,495 | Redeemed | MSYSAB0000143 |
| Morgan Stanley 719 | 912795JF9 | 2/7/2002 | 9/18/2001 10/4/2001 10/25/2001 | $ 200,000,000 | $ (198,252,142) | MSYSAB0000133 MSYSAB0000137 | 2/7/2002 | $ (200,000,000) | $ 200,000,000 | $ 1,747,858 | Redeemed | MSYSAB0000146 |
| Morgan Stanley 719 | 912795JJ1 | 3/7/2002 | 12/6/2001 | $ 50,000,000 | $ (49,788,952) | MSYSAB0000140 | 3/7/2002 | $ (50,000,000) | $ 50,000,000 | $ 211,048 | Redeemed | MSYSAB0000149 |
| Morgan Stanley 719 | 912795JK8 | 3/14/2002 | 12/6/2001 | $ 50,000,000 | $ (49,774,052) | MSYSAB0000140 | 3/14/2002 | $ (50,000,000) | $ 50,000,000 | $ 225,948 | Redeemed | MSYSAB0000149 |
| Morgan Stanley 719 | 912795JL6 | 3/21/2002 | 1/17/2002 | $ 100,000,000 | $ (99,739,305) | MSYSAB0000143 | 3/21/2002 | $ (100,000,000) | $ 100,000,000 | $ 260,695 | Redeemed | MSYSAB0000149 |
| Morgan Stanley 719 | 912795JM4 | 3/28/2002 | 1/24/2002 | $ 100,000,000 | $ (99,725,305) | MSYSAB0000143 | 3/28/2002 | $ (100,000,000) | $ 100,000,000 | $ 274,695 | Redeemed | MSYSAB0000149 |
| Morgan Stanley 719 | 912795JT9 | 5/9/2002 | 2/7/2002 | $ 100,000,000 | $ (99,582,905) | MSYSAB0000146 | 5/9/2002 | $ (100,000,000) | $ 100,000,000 | $ 417,095 | Redeemed | MSYSAB0000154 |
| Morgan Stanley 719 | 912795JU6 | 5/16/2002 | 2/7/2002 | $ 100,000,000 | $ (99,549,505) | MSYSAB0000146 | 5/16/2002 | $ (100,000,000) | $ 100,000,000 | $ 450,495 | Redeemed | MSYSAB0000154 |
| Morgan Stanley 719 | 912795KA8 | 6/27/2002 | 3/7/2002 3/14/2002 | $ 100,000,000 | $ (99,481,160) | MSYSAB0000149 | 6/27/2002 | $ (100,000,000) | $ 100,000,000 | $ 518,840 | Redeemed | MSYSAB0000157 |
| Morgan Stanley 719 | 912795KR1 | 7/11/2002 | 3/21/2002 | $ 100,000,000 | $ (99,458,705) | MSYSAB0000149 | 7/11/2002 | $ (100,000,000) | $ 100,000,000 | $ 541,295 | Redeemed | MSYSAB0000160 |
| Morgan Stanley 719 | 912795KS9 | 7/18/2002 | 3/28/2002 | $ 100,000,000 | $ (99,449,305) | MSYSAB0000149 | 7/18/2002 | $ (100,000,000) | $ 100,000,000 | $ 550,695 | Redeemed | MSYSAB0000160 |
| Morgan Stanley 719 | 912795KT7 | 7/25/2002 | 5/9/2002 | $ 100,000,000 | $ (99,643,905) | MSYSAB0000154 | 7/25/2002 | $ (100,000,000) | $ 100,000,000 | $ 356,095 | Redeemed | MSYSAB0000160 |
| Morgan Stanley 719 | 912795KU4 | 8/1/2002 | 5/16/2002 | $ 100,000,000 | $ (99,642,805) | MSYSAB0000154 | 8/1/2002 | $ (100,000,000) | $ 100,000,000 | $ 357,195 | Redeemed | MSYSAB0000163 |
| Morgan Stanley 719 | 912795LA7 | 9/12/2002 | 6/27/2002 | $ 100,000,000 | $ (99,655,605) | MSYSAB0000157 | 9/12/2002 | $ (100,000,000) | $ 100,000,000 | $ 344,395 | Redeemed | MSYSAB0000165 |
| Morgan Stanley 719 | 912795LD1 | 10/3/2002 | 7/11/2002 | $ 100,000,000 | $ (99,619,705) | MSYSAB0000160 | 10/3/2002 | $ (100,000,000) | $ 100,000,000 | $ 380,295 | Redeemed | MSYSAB0000169 |
| Morgan Stanley 719 | 912795LH2 | 10/31/2002 | 7/18/2002 | $ 100,000,000 | $ (99,530,405) | MSYSAB0000160 | 10/31/2002 | $ (100,000,000) | $ 100,000,000 | $ 469,595 | Redeemed | MSYSAB0000169 |
| Morgan Stanley 719 | 912795LK5 | 11/14/2002 | 7/25/2002 | $ 100,000,000 | $ (99,533,305) | MSYSAB0000160 | 11/14/2002 | $ (100,000,000) | $ 100,000,000 | $ 466,695 | Redeemed | MSYSAB0000172 |
| Morgan Stanley 719 | 912795LM1 | 11/29/2002 | 8/1/2002 | $ 100,000,000 | $ (99,463,305) | MSYSAB0000163 | 11/29/2002 | $ (100,000,000) | $ 100,000,000 | $ 536,695 | Redeemed | MSYSAB0000172 |
| Morgan Stanley 719 | 912795LX7 | 2/6/2003 | 9/12/2002 | $ 100,000,000 | $ (99,348,705) | MSYSAB0000165 | 1/30/2003 2/6/2003 | $ (100,000,000) | $ 99,997,755 | $ 649,050 | $10M sold for $9,997,755; $90M redeemed | MSYSAB0000178 MSYSAB0000181 |
| Morgan Stanley 719 | 912795LY5 | 2/13/2003 | 10/3/2002 | $ 100,000,000 | $ (99,468,005) | MSYSAB0000169 | 2/13/2003 | $ (100,000,000) | $ 100,000,000 | $ 531,995 | Redeemed | MSYSAB0000181 |
| Morgan Stanley 719 | 912795LZ2 | 2/20/2003 | 10/31/2002 | $ 100,000,000 | $ (99,567,605) | MSYSAB0000169 | 2/20/2003 | $ (100,000,000) | $ 100,000,000 | $ 432,395 | Redeemed | MSYSAB0000181 |
| Morgan Stanley 719 | 912795MB4 | 3/6/2003 | 11/14/2002 | $ 100,000,000 | $ (99,648,405) | MSYSAB0000172 | 3/6/2003 | $ (100,000,000) | $ 100,000,000 | $ 351,595 | Redeemed | MSYSAB0000185 |
| Morgan Stanley 719 | 912795MC2 | 3/13/2003 | 11/29/2002 | $ 100,000,000 | $ (99,670,705) | MSYSAB0000172 | 3/13/2003 | $ (100,000,000) | $ 100,000,000 | $ 329,295 | Redeemed | MSYSAB0000185 |
| Morgan Stanley 719 | 912795MD0 | 3/20/2003 | 2/6/2003 | $ 90,000,000 | $ (89,888,675) | MSYSAB0000181 | 3/20/2003 | $ (90,000,000) | $ 90,000,000 | $ 111,325 | Redeemed | MSYSAB0000185 |
| Morgan Stanley 719 | 912795ME8 | 3/27/2003 | 2/13/2003 | $ 100,000,000 | $ (99,876,305) | MSYSAB0000181 | 3/27/2003 | $ (100,000,000) | $ 100,000,000 | $ 123,695 | Redeemed | MSYSAB0000185 |
| Morgan Stanley 719 | 912795MF5 | 4/3/2003 | 2/20/2003 | $ 100,000,000 | $ (99,874,005) | MSYSAB0000181 | 4/3/2003 | $ (100,000,000) | $ 100,000,000 | $ 125,995 | Redeemed | MSYSAB0000189 |
| Morgan Stanley 719 | 912795MG3 | 4/10/2003 | 3/6/2003 | $ 100,000,000 | $ (99,894,005) | MSYSAB0000185 | 4/10/2003 | $ (100,000,000) | $ 100,000,000 | $ 105,995 | Redeemed | MSYSAB0000189 |
| Morgan Stanley 719 | 912795MH1 | 4/17/2003 | 3/13/2003 | $ 100,000,000 | $ (99,902,305) | MSYSAB0000185 | 4/17/2003 | $ (100,000,000) | $ 100,000,000 | $ 97,695 | Redeemed | MSYSAB0000189 |
| Morgan Stanley 719 | 912795ML2 | 5/8/2003 | 3/20/2003 | $ 90,000,000 | $ (89,872,025) | MSYSAB0000185 | 5/8/2003 | $ (90,000,000) | $ 90,000,000 | $ 127,975 | Redeemed | MSYSAB0000192 |
| Morgan Stanley 719 | 912795MM0 | 5/15/2003 | 3/27/2003 | $ 85,000,000 | $ (84,875,055) | MSYSAB0000185 | 5/15/2003 | $ (85,000,000) | $ 85,000,000 | $ 124,945 | Redeemed | MSYSAB0000192 |

**Treasury Bill Activity in Six of the 8 Brokerage Accounts - Purchases, Sales/Redemptions, and Interest**

| Brokerage Account | CUSIP[1] | Maturity Date | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | Brokerage Account Statement Bates Reference | Sale/Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity | Brokerage Account Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley 719 | 912795MN8 | 5/22/2003 | 4/3/2003 | $ 100,000,000 | $ (99,859,805) | MSYSAB0000189 | 5/22/2003 | $ (100,000,000) | $ 100,000,000 | $ 140,195 | Redeemed | MSYSAB0000192 |
| Morgan Stanley 719 | 912795MP3 | 5/29/2003 | 4/10/2003 | $ 100,000,000 | $ (99,857,105) | MSYSAB0000189 | 5/29/2003 | $ (100,000,000) | $ 100,000,000 | $ 142,895 | Redeemed | MSYSAB0000192 |
| Morgan Stanley 719 | 912795MQ1 | 6/5/2003 | 4/17/2003 | $ 100,000,000 | $ (99,855,705) | MSYSAB0000189 | 6/5/2003 | $ (100,000,000) | $ 100,000,000 | $ 144,295 | Redeemed | MSYSAB0000196 |
| Morgan Stanley 719 | 912795NG2 | 8/7/2003 | 5/8/2003 | $ 90,000,000 | $ (89,763,395) | MSYSAB0000192 | 8/7/2003 | $ (90,000,000) | $ 90,000,000 | $ 236,605 | Redeemed | MSYSAB0000199 |
| Morgan Stanley 719 | 912795NH0 | 8/14/2003 | 5/15/2003 | $ 85,000,000 | $ (84,787,335) | MSYSAB0000192 | 6/26/2003 8/14/2003 | $ (85,000,000) | $ 84,989,245 | $ 201,910 | $10M sold for $9,989,245; $75M redeemed | MSYSAB0000196 MSYSAB0000199 |
| Morgan Stanley 719 | 912795NJ6 | 8/21/2003 | 5/22/2003 | $ 100,000,000 | $ (99,757,305) | MSYSAB0000192 | 8/21/2003 | $ (100,000,000) | $ 100,000,000 | $ 242,695 | Redeemed | MSYSAB0000199 |
| Morgan Stanley 719 | 912795NK3 | 8/28/2003 | 5/29/2003 | $ 100,000,000 | $ (99,742,205) | MSYSAB0000192 | 8/28/2003 | $ (100,000,000) | $ 100,000,000 | $ 257,795 | Redeemed | MSYSAB0000199 |
| Morgan Stanley 719 | 912795NL1 | 9/4/2003 | 6/5/2003 | $ 100,000,000 | $ (99,754,805) | MSYSAB0000196 | 9/4/2003 | $ (100,000,000) | $ 100,000,000 | $ 245,195 | Redeemed | MSYSAB0000207 |
| Morgan Stanley 719 | 912795NS6 | 10/16/2003 | 8/7/2003 | $ 90,000,000 | $ (89,851,235) | MSYSAB0000199 | 9/26/2003 | $ (90,000,000) | $ 89,956,525 | $ 105,290 | Sold | MSYSAB0000207 |
| Morgan Stanley 719 | 912795NT4 | 10/23/2003 | 8/14/2003 | $ 75,000,000 | $ (74,878,955) | MSYSAB0000199 | 10/23/2003 | $ (75,000,000) | $ 75,000,000 | $ 121,045 | Redeemed | MSYSAB0000215 |
| Morgan Stanley 719 | 912795NU1 | 10/30/2003 | 8/21/2003 | $ 100,000,000 | $ (99,835,705) | MSYSAB0000199 | 10/30/2003 | $ (100,000,000) | $ 100,000,000 | $ 164,295 | Redeemed | MSYSAB0000215 |
| Morgan Stanley 719 | 912795NV9 | 11/6/2003 | 8/28/2003 | $ 100,000,000 | $ (99,826,905) | MSYSAB0000199 | 11/6/2003 | $ (100,000,000) | $ 100,000,000 | $ 173,095 | Redeemed | MSYSAB0000222 |
| Morgan Stanley 719 | 912795NW7 | 11/13/2003 | 9/4/2003 | $ 100,000,000 | $ (99,827,905) | MSYSAB0000207 | 11/13/2003 | $ (100,000,000) | $ 100,000,000 | $ 172,095 | Redeemed | MSYSAB0000222 |
| Morgan Stanley 719 | 912795NX5 | 11/20/2003 | 10/23/2003 | $ 75,000,000 | $ (74,951,555) | MSYSAB0000215 | 11/20/2003 | $ (75,000,000) | $ 75,000,000 | $ 48,445 | Redeemed | MSYSAB0000222 |
| Morgan Stanley 719 | 912795NZ0 | 12/4/2003 | 10/30/2003 | $ 80,000,000 | $ (79,933,925) | MSYSAB0000215 | 12/4/2003 | $ (80,000,000) | $ 80,000,000 | $ 66,075 | Redeemed | MSYSAB0000229 |
| Morgan Stanley 719 | 912795PA3 | 12/11/2003 | 11/6/2003 | $ 100,000,000 | $ (99,920,305) | MSYSAB0000222 | 12/11/2003 | $ (100,000,000) | $ 100,000,000 | $ 79,695 | Redeemed | MSYSAB0000229 |
| Morgan Stanley 719 | 912795PB1 | 12/18/2003 | 11/13/2003 | $ 100,000,000 | $ (99,923,205) | MSYSAB0000222 | 12/18/2003 | $ (100,000,000) | $ 100,000,000 | $ 76,795 | Redeemed | MSYSAB0000229 |
| Morgan Stanley 719 | 912795PJ4 | 2/5/2004 | 11/20/2003 | $ 75,000,000 | $ (74,862,080) | MSYSAB0000222 | 2/5/2004 | $ (75,000,000) | $ 75,000,000 | $ 137,920 | Redeemed | MSYSAB0000237 |
| Morgan Stanley 719 | 912795PV7 | 4/22/2004 | 12/11/2003 | $ 100,000,000 | $ (99,678,605) | MSYSAB0000229 | 4/22/2004 | $ (100,000,000) | $ 100,000,000 | $ 321,395 | Redeemed | MSYSAB0000249 |
| Morgan Stanley 719 | 912795PZ8 | 5/20/2004 | 2/5/2004 | $ 75,000,000 | $ (74,816,255) | MSYSAB0000237 | 5/20/2004 | $ (75,000,000) | $ 75,000,000 | $ 183,745 | Redeemed | MSYSAB0000255 |
| Morgan Stanley 719 | 912795QB0 | 6/3/2004 | 12/18/2003 | $ 100,000,000 | $ (99,589,305) | MSYSAB0000229 | 6/3/2004 | $ (100,000,000) | $ 100,000,000 | $ 410,695 | Redeemed | MSYSAB0000261 |
| Morgan Stanley 719 | 912795QY0 | 8/19/2004 | 4/22/2004 | $ 100,000,000 | $ (99,679,405) | MSYSAB0000249 | 8/19/2004 | $ (100,000,000) | $ 100,000,000 | $ 320,595 | Redeemed | MSYSAB0000267 |
| Morgan Stanley 719 | 912795RA1 | 9/2/2004 | 5/20/2004 | $ 75,000,000 | $ (74,783,480) | MSYSAB0000255 | 9/2/2004 | $ (75,000,000) | $ 75,000,000 | $ 216,520 | Redeemed | MSYSAB0000273 |
| Morgan Stanley 719 | 912795RC7 | 9/16/2004 | 6/3/2004 | $ 50,000,000 | $ (49,837,405) | MSYSAB0000261 | 9/16/2004 | $ (50,000,000) | $ 50,000,000 | $ 162,595 | Redeemed | MSYSAB0000273 |
| Morgan Stanley 719 | 912795RD5 | 9/23/2004 | 6/3/2004 | $ 50,000,000 | $ (49,825,005) | MSYSAB0000261 | 9/23/2004 | $ (50,000,000) | $ 50,000,000 | $ 174,995 | Redeemed | MSYSAB0000273 |
| Morgan Stanley 719 | 912795RQ6 | 12/9/2004 | 8/19/2004 | $ 100,000,000 | $ (99,548,905) | MSYSAB0000267 | 12/9/2004 | $ (100,000,000) | $ 100,000,000 | $ 451,095 | Redeemed | MSYSAB0000281 |
| Morgan Stanley 719 | 912795RR4 | 12/16/2004 | 9/2/2004 | $ 75,000,000 | $ (74,666,405) | MSYSAB0000273 | 12/16/2004 | $ (75,000,000) | $ 75,000,000 | $ 333,595 | Redeemed | MSYSAB0000281 |
| Morgan Stanley 719 | 912795RU7 | 1/6/2005 | 9/16/2004 | $ 50,000,000 | $ (49,744,105) | MSYSAB0000273 | 1/6/2005 | $ (50,000,000) | $ 50,000,000 | $ 255,895 | Redeemed | MSYSAB0000289 |
| Morgan Stanley 719 | 912795RV5 | 1/13/2005 | 9/23/2004 | $ 50,000,000 | $ (49,739,455) | MSYSAB0000273 | 1/13/2005 | $ (50,000,000) | $ 50,000,000 | $ 260,545 | Redeemed | MSYSAB0000289 |
| Morgan Stanley 719 | 912795RY9 | 2/3/2005 | 12/9/2004 | $ 100,000,000 | $ (99,688,905) | MSYSAB0000281 | 2/3/2005 | $ (100,000,000) | $ 100,000,000 | $ 311,095 | Redeemed | MSYSAB0000297 |
| Morgan Stanley 719 | 912795RZ6 | 2/10/2005 | 12/16/2004 | $ 75,000,000 | $ (74,770,205) | MSYSAB0000281 | 2/10/2005 | $ (75,000,000) | $ 75,000,000 | $ 229,795 | Redeemed | MSYSAB0000297 |
| Morgan Stanley 719 | 912795SE2 | 3/17/2005 | 1/6/2005 | $ 50,000,000 | $ (49,794,405) | MSYSAB0000289 | 3/17/2005 | $ (50,000,000) | $ 50,000,000 | $ 205,595 | Redeemed | MSYSAB0000305 |
| Morgan Stanley 719 | 912795SF9 | 3/24/2005 | 1/13/2005 | $ 50,000,000 | $ (49,793,905) | MSYSAB0000289 | 3/24/2005 | $ (50,000,000) | $ 50,000,000 | $ 206,095 | Redeemed | MSYSAB0000305 |
| Morgan Stanley 719 | 912795SK8 | 4/21/2005 | 2/3/2005 2/10/2005 | $ 175,000,000 | $ (174,159,685) | MSYSAB0000297 | 4/21/2005 | $ (175,000,000) | $ 175,000,000 | $ 840,315 | Redeemed | MSYSAB0000312 |
| Morgan Stanley 719 | 912795SR3 | 6/2/2005 | 4/21/2005 | $ 75,000,000 | $ (74,769,905) | MSYSAB0000312 | 6/2/2005 | $ (75,000,000) | $ 75,000,000 | $ 230,095 | Redeemed | MSYSAB0000318 |
| Morgan Stanley 719 | 912795SS1 | 6/9/2005 | 4/21/2005 | $ 100,000,000 | $ (99,639,305) | MSYSAB0000312 | 6/9/2005 | $ (100,000,000) | $ 100,000,000 | $ 360,695 | Redeemed | MSYSAB0000318 |
| Morgan Stanley 719 | 912795ST9 | 6/16/2005 | 3/17/2005 | $ 50,000,000 | $ (49,661,305) | MSYSAB0000305 | 6/16/2005 | $ (50,000,000) | $ 50,000,000 | $ 338,695 | Redeemed | MSYSAB0000318 |
| Morgan Stanley 719 | 912795SU6 | 6/23/2005 | 3/24/2005 | $ 50,000,000 | $ (49,653,705) | MSYSAB0000305 | 6/23/2005 | $ (50,000,000) | $ 50,000,000 | $ 346,295 | Redeemed | MSYSAB0000318 |
| Morgan Stanley 719 | 912795VN8 | 8/25/2005 | 3/18/2005 | $ 50,000,000 | $ (49,354,455) | MSYSAB0000305 | 8/25/2005 | $ (50,000,000) | $ 50,000,000 | $ 645,545 | Redeemed | MSYSAB0000326 |
| Morgan Stanley 719 | 912795VP3 | 9/1/2005 | 3/18/2005 6/2/2005 | $ 175,000,000 | $ (173,100,511) | MSYSAB0000305 MSYSAB0000318 | 9/1/2005 | $ (175,000,000) | $ 175,000,000 | $ 1,899,490 | Redeemed | MSYSAB0000332 |
| Morgan Stanley 719 | 912795VQ1 | 9/8/2005 | 6/9/2005 | $ 100,000,000 | $ (99,269,505) | MSYSAB0000318 | 9/8/2005 | $ (100,000,000) | $ 100,000,000 | $ 730,495 | Redeemed | MSYSAB0000332 |
| Morgan Stanley 719 | 912795VR9 | 9/15/2005 | 6/16/2005 | $ 50,000,000 | $ (49,636,005) | MSYSAB0000318 | 9/15/2005 | $ (50,000,000) | $ 50,000,000 | $ 363,995 | Redeemed | MSYSAB0000332 |
| Morgan Stanley 719 | 912795VS7 | 9/22/2005 | 6/23/2005 | $ 50,000,000 | $ (49,632,205) | MSYSAB0000318 | 9/22/2005 | $ (50,000,000) | $ 50,000,000 | $ 367,795 | Redeemed | MSYSAB0000332 |

**Treasury Bill Activity in Six of the 8 Brokerage Accounts - Purchases, Sales/Redemptions, and Interest**

| | | | *Purchases of Treasury Bills* | | | | *Sales/Redemptions of Treasury Bills* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brokerage Account | CUSIP[1] | Maturity Date | Purchase Date(s) | Total Face Value Purchased | Total Purchase Price | Brokerage Account Statement Bates Reference | Sale/Redemption Date(s) | Total Face Value Sold/Redeemed | Proceeds From Sale/Redemption | Interest (Proceeds Less Purchase Price) | Redeemed or Sold Prior to Maturity | Brokerage Account Statement Bates Reference |
| Morgan Stanley 719 | 912795WM9 | 2/2/2006 | 9/8/2005 | $ 100,000,000 | $ (98,587,205) | MSYSAB0000332 | 9/30/2005 | $ (100,000,000) | $ 98,737,795 | $ 150,590 | Sold | MSYSAB0000332 |
| Morgan Stanley 719 | 912795WN7 | 2/9/2006 | 8/31/2005 | $ 75,000,000 | $ (73,788,380) | MSYSAB0000326 | 10/12/2005 11/2/2005 | $ (75,000,000) | $ 74,104,865 | $ 316,484 | Sold | MSYSAB0000341 MSYSAB0000348 |
| Morgan Stanley 719 | 912795WP2 | 2/16/2006 | 9/1/2005 | $ 75,000,000 | $ (73,750,505) | MSYSAB0000332 | 10/28/2005 12/14/2005 | $ (75,000,000) | $ 74,232,065 | $ 481,559 | Sold | MSYSAB0000341 MSYSAB0000355 |
| Morgan Stanley 719 | 912795WQ0 | 2/23/2006 | 8/25/2005 | $ 50,000,000 | $ (49,090,005) | MSYSAB0000326 | 1/5/2006 1/9/2006 | $ (50,000,000) | $ 49,739,840 | $ 649,834 | Sold | MSYSAB0000362 MSYSAB0000363 |
| Morgan Stanley 719 | 912795WR8 | 3/2/2006 | 9/1/2005 | $ 100,000,000 | $ (98,174,905) | MSYSAB0000332 | 1/5/2006 | $ (100,000,000) | $ 99,369,195 | $ 1,194,290 | Sold | MSYSAB0000362 |
| Morgan Stanley 719 | 912795WS6 | 3/9/2006 | 9/15/2005 9/22/2005 | $ 100,000,000 | $ (98,283,011) | MSYSAB0000332 | 11/2/2005 | $ (100,000,000) | $ 98,599,495 | $ 316,484 | Sold | MSYSAB0000348 |
| | | | | **$ 10,749,346,000** | **$ (10,681,562,896)** | | | **$ (10,749,346,000)** | **$ 10,743,663,300** | **$ 62,100,403** | | |

[1] When CUSIP numbers were not identified in the transaction description per the brokerage account statement, I referred to the Treasury Direct.gov website to identify the CUSIP number based on the maturity date of the Treasury Bill. *See* Auction Query, TreasuryDirect, https://treasurydirect.gov/instit/annceresult/annceresult_query.htm (last visited Jan. 9, 2019).