# EXHIBIT 3

**List of All Cash Transactions in the Kuntzman Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4],[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 522384 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/14/1992 | 594,077 | JRNL | CHECK | n/a | n/a | n/a | n/a | n/a |
| 248928 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/24/1996 | (10,000) | CW | CHECK | n/a | Yes | n/a | AMF00016134 | n/a |
| 27153 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/25/1997 | (20,000) | CW | CHECK | n/a | Yes | n/a | AMF00016133 | n/a |
| 102397 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/27/1997 | (18,000) | CW | CHECK | n/a | Yes | n/a | AMF00016132 | n/a |
| 248606 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/26/1997 | (8,000) | CW | CHECK | n/a | Yes | n/a | AMF00016131 | n/a |
| 158367 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/22/1998 | (18,738) | CW | CHECK | n/a | Yes | n/a | AMF00016130 | n/a |
| 286323 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/4/1998 | (23,312) | CW | CHECK | n/a | Yes | n/a | AMF00016129 | n/a |
| 125108 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/28/1998 | (18,000) | CW | CHECK | n/a | Yes | n/a | AMF00016128 | n/a |
| 298679 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/10/1998 | (40,000) | CW | CHECK | n/a | Yes | n/a | AMF00016127 | n/a |
| 256529 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/3/1998 | (8,300) | CW | CHECK | Yes | Yes | n/a | AMF00016126 | n/a |
| 10315 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/23/1998 | (32,500) | CW | CHECK | Yes | n/a | n/a | n/a | n/a |
| 289308 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/11/1999 | (19,548) | CW | CHECK | Yes | Yes | n/a | AMF00016125 | n/a |
| 91232 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/7/1999 | (9,668) | CW | CHECK | Yes | Yes | n/a | AMF00016124 | n/a |
| 286739 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/2/1999 | (7,404) | CW | CHECK | Yes | Yes | n/a | AMF00016123 | n/a |
| 221300 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/4/1999 | (27,501) | CW | CHECK | Yes | Yes | n/a | AMF00016122 | n/a |
| 193742 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/1/1999 | (7,717) | CW | CHECK | Yes | Yes | n/a | AMF00016121 | n/a |
| 303096 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/30/1999 | (8,813) | CW | CHECK | Yes | Yes | n/a | AMF00016120 | n/a |
| 238681 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/15/1999 | (6,704) | CW | CHECK | Yes | Yes | n/a | AMF00016119 | n/a |
| 292165 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/15/1999 | 80,000 | CA | CHECK | Yes | Yes | Yes | AMF00016118 | 10-04752_DEF_0000002-05 |
| 118536 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/4/2000 | (23,264) | CW | CHECK | Yes | Yes | n/a | AMF00016117 | n/a |
| 145214 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/2/2000 | (7,860) | CW | CHECK | Yes | Yes | n/a | AMF00016111 | n/a |
| 237121 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/12/2000 | (4,000) | CW | CHECK | Yes | Yes | n/a | AMF00016110 | n/a |
| 282063 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/6/2000 | (6,541) | CW | CHECK | Yes | Yes | n/a | AMF00016109 | n/a |
| 83119 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/2/2000 | (18,254) | CW | CHECK | Yes | Yes | n/a | AMF00016108 | n/a |

**List of All Cash Transactions in the Kuntzman Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4],[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Reconciliation Results[4]* | | |
| 226783 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/23/2000 | (8,164) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016107 | *n/a* |
| 233823 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/26/2000 | (4,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016106 | *n/a* |
| 179700 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/27/2000 | (10,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016105 | *n/a* |
| 159494 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/19/2000 | (6,404) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016104 | *n/a* |
| 200867 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/1/2001 | (24,638) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016103 | *n/a* |
| 132334 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/8/2001 | (14,600) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016102 | *n/a* |
| 69819 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/5/2001 | (108,500) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016101 | *n/a* |
| 309856 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/30/2001 | (4,527) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016100 | *n/a* |
| 312069 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/18/2001 | (10,717) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016099 | *n/a* |
| 28935 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/31/2001 | (10,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016098 | *n/a* |
| 234352 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/21/2001 | (8,604) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016097 | *n/a* |
| 43068 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/11/2001 | (4,104) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016096 | *n/a* |
| 84197 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/13/2001 | (21,616) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016095 | *n/a* |
| 129450 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/24/2002 | (28,100) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016094 | *n/a* |
| 264858 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/15/2002 | (51,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016093 | *n/a* |
| 297378 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/12/2002 | (14,456) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016092 | *n/a* |
| 252717 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/7/2002 | (5,720) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016091 | *n/a* |
| 227843 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/22/2002 | (15,034) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016090 | *n/a* |
| 93511 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/22/2002 | (5,720) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016089 | *n/a* |
| 305221 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/3/2002 | (4,500) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016088 | *n/a* |
| 284132 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/26/2002 | (5,720) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016087 | *n/a* |
| 311577 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/26/2002 | (18,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016086 | *n/a* |
| 283264 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/31/2003 | (23,851) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016085 | *n/a* |
| 180637 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/4/2003 | (35,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00016084 | *n/a* |

**List of All Cash Transactions in the Kuntzman Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4],[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 216457 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/1/2003 | (2,770) | CW | CHECK | Yes | Yes | n/a | AMF00016083 | n/a |
| 304706 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/30/2003 | (8,403) | CW | CHECK | Yes | Yes | n/a | AMF00016082 | n/a |
| 255039 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/20/2003 | 4,000 | CA | CHECK | Yes | n/a | Yes | n/a | KUNTZMAN 000007 |
| 246859 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/12/2003 | (1,800) | CW | CHECK | Yes | Yes | n/a | AMF00016081 | n/a |
| 246855 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/30/2003 | 75,000 | CA | CHECK | Yes | n/a | Yes | n/a | 10-04752_DEF_0000006-07<br>10-04752_DEF_0000009-10<br>KUNTZMAN 000009-10 |
| 276528 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/23/2003 | (50,000) | CW | CHECK | Yes | Yes | n/a | AMF00015966-67 | n/a |
| 155870 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/18/2003 | (5,360) | CW | CHECK | Yes | Yes | n/a | AMF00015965 | n/a |
| 243735 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/25/2003 | (43,000) | CW | CHECK | Yes | Yes | n/a | AMF00015964 | n/a |
| 235472 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/23/2004 | (47,044) | CW | CHECK | Yes | Yes | n/a | AMF00015962 | n/a |
| 96456 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/30/2004 | (1,800) | CW | CHECK | Yes | Yes | n/a | AMF00015961 | n/a |
| 305803 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/9/2004 | (13,000) | CW | CHECK | Yes | Yes | n/a | AMF00015960 | n/a |
| 278019 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/20/2004 | (1,500) | CW | CHECK | Yes | Yes | n/a | AMF00015959 | n/a |
| 268921 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/13/2004 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00015958 | n/a |
| 246779 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/17/2004 | (4,562) | CW | CHECK | Yes | Yes | n/a | AMF00015957 | n/a |
| 44218 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/14/2004 | (3,025) | CW | CHECK | Yes | Yes | n/a | AMF00015955 | n/a |
| 248496 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/12/2004 | (14,000) | CW | CHECK | Yes | Yes | n/a | AMF00015954 | n/a |
| 77956 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/10/2004 | (25,000) | CW | CHECK | Yes | Yes | n/a | AMF00015946 | n/a |
| 294024 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/24/2004 | (2,500) | CW | CHECK | Yes | Yes | n/a | AMF00015945 | n/a |
| 48709 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/23/2004 | (43,000) | CW | CHECK | Yes | Yes | n/a | AMF00015944 | n/a |
| 296957 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/18/2005 | (40,000) | CW | CHECK | Yes | Yes | n/a | AMF00015943 | n/a |
| 60614 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/26/2005 | (48,311) | CW | CHECK | Yes | Yes | n/a | AMF00015942 | n/a |
| 173297 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/15/2005 | 40,000 | CA | CHECK | Yes | n/a | n/a | n/a | n/a |
| 173311 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/24/2005 | (23,000) | CW | CHECK | Yes | Yes | n/a | AMF00015941 | n/a |

**List of All Cash Transactions in the Kuntzman Family Account**

| | | | | | | | *Reconciliation Results* [4] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4],[5] |
| 254266 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/1/2005 | (16,000) | CW | CHECK | **Yes** | *n/a* | *n/a* | *n/a* | *n/a* |
| 220962 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/6/2005 | (15,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015940 | *n/a* |
| 109394 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/3/2005 | (1,500) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015939 | *n/a* |
| 267035 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/1/2005 | (16,000) | CW | CHECK | **Yes** | *n/a* | *n/a* | *n/a* | *n/a* |
| 298260 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/21/2005 | (7,863) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015938 | *n/a* |
| 74554 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/23/2005 | (31,098) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015937 | *n/a* |
| 107365 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/12/2005 | (1,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015936 | *n/a* |
| 276590 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/17/2005 | (15,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015935 | *n/a* |
| 24307 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/16/2005 | (11,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015934 | *n/a* |
| 285219 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/3/2006 | (1,850) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015933 | SECSCV0000066[6] |
| 182873 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/10/2006 | (15,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015932 | SECSCV0000066[6] |
| 26816 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/18/2006 | (20,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015931 | SECSCV0000066[6] |
| 182879 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/24/2006 | (29,116) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015930 | SECSCV0000066[6] |
| 58549 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/3/2006 | (3,200) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015928 | SECSCV0000066[6] |
| 301352 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/22/2006 | (15,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015927 | SECSCV0000066[6] |
| 216019 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/27/2006 | (54,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015924 | SECSCV0000066[6] |
| 26758 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/28/2006 | (3,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015925-26 | SECSCV0000066[6] |
| 104809 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/11/2006 | (10,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015923 | SECSCV0000066[6] |
| 85491 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/20/2006 | (170,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015922 | SECSCV0000066[6] |
| 185493 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/24/2006 | (1,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015921 | SECSCV0000066 |
| 179815 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/9/2006 | 100,000 | CA | CHECK | **Yes** | *n/a* | **Yes** | *n/a* | KUNTZMAN 000002-03 SECSCV0000066[6] |
| 136909 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/27/2006 | (25,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015917 | SECSCV0000066[6] |
| 204337 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/5/2006 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015918 | SECSCV0000066 |
| 253710 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/3/2006 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00015916 | SECSCV0000066[6] |

**EXHIBIT 3**

**List of All Cash Transactions in the Kuntzman Family Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | *Reconciliation Results [4]* ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4],[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 177208 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/31/2006 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00015915 | SECSCV0000066[6] |
| 200235 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/8/2006 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00015914 | SECSCV0000066[6] |
| 150046 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/26/2006 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00015913 | SECSCV0000066[6] |
| 280698 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/2/2006 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00015919 | SECSCV0000066[6] |
| 156922 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/18/2006 | (121,887) | CW | CHECK | Yes | Yes | Yes | AMF00015912 | SECSCV0000066[6] |
| 245877 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/13/2006 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00015911 | SECSCV0000066 |
| 46401 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/20/2006[7] | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00015910 | SECSCV0000066 |
| 269916 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/2/2007 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00015919 | SECSCV0000070 |
| 72673 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/17/2007 | (38,157) | CW | CHECK | Yes | Yes | Yes | AMF00015908-09 | SECSCV0000070 |
| 217050 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/6/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00015907 | SECSCV0000070 |
| 152639 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/7/2007 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00015906 | SECSCV0000070 |
| 297780 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/27/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00015905 | SECSCV0000070 |
| 17974 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/2/2007 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00015919 | SECSCV0000070 |
| 268812 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/17/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00015903 | SECSCV0000070 |
| 22036 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/27/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00015902 | SECSCV0000070 |
| 241667 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/29/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00015901 | SECSCV0000070 |
| 274413 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/11/2007 | (85,000) | CW | CHECK | Yes | Yes | Yes | AMF00015900 | SECSCV0000070 |
| 234667 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/2/2007 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00015899 AMF00015919 | SECSCV0000070 |
| 92884 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/20/2007 | (25,500) | CW | CHECK | Yes | Yes | Yes | AMF00015898 | SECSCV0000070 |
| 269459 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/29/2007 | (17,000) | CW | CHECK | Yes | Yes | Yes | AMF00015897 | SECSCV0000070 |
| 284318 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/17/2008 | (32,743) | CW | CHECK | Yes | Yes | *n/a* | AMF00015896 | *n/a* |
| 250239 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/25/2008 | (7,000) | CW | CHECK | Yes | Yes | *n/a* | AMF00015894 | *n/a* |
| 273479 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/26/2008 | 300,000 | CA | CHECK | Yes | Yes | Yes | AMF00015892 | KUNTZMAN 000004-05 |
| 274334 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/10/2008 | (52,000) | CW | CHECK | Yes | Yes | *n/a* | AMF00015891 | *n/a* |

**EXHIBIT 3**

**List of All Cash Transactions in the Kuntzman Family Account**

| | | | | | | | *Reconciliation Results [4]* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4],[5] |
| 269081 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/14/2008 | (25,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015890 | *n/a* |
| 204754 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/15/2008 | (40,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015889 | *n/a* |
| 313465 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/11/2008 | (41,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015888 | *n/a* |
| 247266 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/21/2008 | (30,100) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015887 | *n/a* |
| 160467 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/15/2008[7] | (10,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015886 | *n/a* |
| 211106 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/17/2008 | (16,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015885 | *n/a* |
| 231438 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/2/2008 | (12,575) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015884 | *n/a* |
| 231443 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/16/2008 | (30,000) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00015883 | *n/a* |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The *"n/a"* designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The documents referenced in this column beginning with "SECSCV" are electronic spreadsheets containing several tabs. The tabs that I used in my reconciliation analysis are titled "A" or "B."

[6] Transaction amounts included in the referenced document are aggregated monthly totals that I reconciled to the sum of multiple cash transactions reflected on the customer statements for the Kuntzman Family Account.

[7] Date represents the date the check cleared the 509 Account.