# EXHIBIT 4

212-838-4061
Attn: Frank

Kuntzman Family LLC
**Redacted**
October 15, 2008

Bernard L. Madoff
885 Third Avenue
New York, NY 10022

To Whom It May Concern:

Please withdraw $30,000.00 from Kuntzman Family LLC, account #1-ZA539-3 and issue check to same. Please forward by Fedex overnite account # Redacted to above address.

Thank you.

Sincerely,

*[signature]*

Jacqueline Green

1.8 Mil    5-10/16

Oct 15 2008 9:10AM    MDG ASSOCIATES    561-737-8917    p.1
AMF00015883