# EXHIBIT 5

# EXHIBIT 5

## Results of Receiving Bank Analysis - Kuntzman Family Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---:|
| Bank of America, NA | xxxxxxxx5976 | Kuntzman Family LLC | 762,075 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 762,075** |
| | | *% of Total Cash Withdrawals from the Kuntzman Family Account in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Kuntzman Family Account in the Two Year Period** | **$ 762,075** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.