# EXHIBIT 6

Reconciliation and Tracing Results - Kuntzman Family Account

| | | | | | | | | | | BLMIS Bank Account Data | | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 522384 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/14/1992 | 594,077 | JRNL | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 248928 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/24/1996 | (10,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 27153 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/25/1997 | (20,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 102397 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/27/1997 | (18,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 248606 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/26/1997 | (8,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 158367 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/22/1998 | (18,738) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 286323 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/4/1998 | (23,312) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 125108 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/28/1998 | (18,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 298679 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/10/1998 | (40,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - prior to Two Year Period | | |
| 256529 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/3/1998 | (8,300) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 88070 | MADWAA00379422-23 | | | n/a - prior to Two Year Period | | |
| 10315 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/23/1998 | (32,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 88375 | MADWAA00377843-44 | | | n/a - prior to Two Year Period | | |
| 289308 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/11/1999 | (19,548) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 90386 | MADWAA00386218-19 | | | n/a - prior to Two Year Period | | |
| 91232 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/7/1999 | (9,668) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 91312 | MADWAA00393374-75 | | | n/a - prior to Two Year Period | | |
| 286739 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/2/1999 | (7,404) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 92593 | MADWAA00185897-98 | | | n/a - prior to Two Year Period | | |
| 221300 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/4/1999 | (27,501) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 94422 | MADWAA00191037-38 | | | n/a - prior to Two Year Period | | |
| 193742 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/1/1999 | (7,717) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 94706 | MADWAA00189401-02 | | | n/a - prior to Two Year Period | | |
| 303096 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/30/1999 | (8,813) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 96825 | MADWAA00056589-90 | | | n/a - prior to Two Year Period | | |
| 238681 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/15/1999 | (6,704) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 97170 | MADWAA00053375-76 | | | n/a - prior to Two Year Period | | |
| 292165 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/15/1999 | 80,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 4471 | 2812 | n/a - deposit | | |
| 118536 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/4/2000 | (23,264) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 101594 | MADWAA00049602-03 | | | n/a - prior to Two Year Period | | |
| 145214 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/2/2000 | (7,860) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 108162 | MADWAA00048876-77 | | | n/a - prior to Two Year Period | | |
| 237121 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/12/2000 | (4,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 108275 | MADWAA00048308-09 | | | n/a - prior to Two Year Period | | |
| 282063 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/6/2000 | (6,541) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 108617 | MADWAA00245637-38 | | | n/a - prior to Two Year Period | | |
| 83119 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/2/2000 | (18,254) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 110430 | MADWAA00253863-64 | | | n/a - prior to Two Year Period | | |
| 226783 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/23/2000 | (8,164) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 110715 | MADWAA00254363-64 | | | n/a - prior to Two Year Period | | |

**Reconciliation and Tracing Results - Kuntzman Family Account**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 233823 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/26/2000 | (4,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 111260 | MADWAA00259897-98 | | | *n/a - prior to Two Year Period* | | |
| 179700 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/27/2000 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 113060 | MADWAA00140760-61 | | | *n/a - prior to Two Year Period* | | |
| 159494 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/19/2000 | (6,404) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 113489 | MADWAA00151737-38 | | | *n/a - prior to Two Year Period* | | |
| 200867 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/1/2001 | (24,638) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 122548 | MADWAA00146094-95 | | | *n/a - prior to Two Year Period* | | |
| 132334 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/8/2001 | (14,600) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 122659 | MADWAA00146302-03 | | | *n/a - prior to Two Year Period* | | |
| 69819 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/5/2001 | (108,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 123923 | MADWAA00151347-48 | | | *n/a - prior to Two Year Period* | | |
| 309856 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/30/2001 | (4,527) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 125186 | MADWAA00099096-97 | | | *n/a - prior to Two Year Period* | | |
| 312069 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/18/2001 | (10,717) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 125500 | MADWAA00098878-79 | | | *n/a - prior to Two Year Period* | | |
| 28935 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/31/2001 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 126941 | MADWAA00086119-20 | | | *n/a - prior to Two Year Period* | | |
| 234352 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/21/2001 | (8,604) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 127230 | MADWAA00086643-44 | | | *n/a - prior to Two Year Period* | | |
| 43068 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/11/2001 | (4,104) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 130559 | JPMSAF0000297 MADWAA00072321-22 | | | *n/a - prior to Two Year Period* | | |
| 84197 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/13/2001 | (21,616) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 130613 | JPMSAF0000348 MADWAA00072419-20 | | | *n/a - prior to Two Year Period* | | |
| 129450 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/24/2002 | (28,100) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132238 | JPMSAF0001821 MADWAA00069895-96 | | | *n/a - prior to Two Year Period* | | |
| 264858 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/15/2002 | (51,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 132563 | JPMSAF0002268 MADWAA00076630-31 | | | *n/a - prior to Two Year Period* | | |
| 297378 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/12/2002 | (14,456) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 134411 | JPMSAF0004041 MADWAA00064354-55 | | | *n/a - prior to Two Year Period* | | |
| 252717 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/7/2002 | (5,720) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135280 | JPMSAF0004945 MADWAA00062821-22 | | | *n/a - prior to Two Year Period* | | |
| 227843 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/22/2002 | (15,034) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 136874 | JPMSAF0006586 MADWAA00110856-57 | | | *n/a - prior to Two Year Period* | | |
| 93511 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/22/2002 | (5,720) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137289 | JPMSAF0006973 MADWAA00119779-80 | | | *n/a - prior to Two Year Period* | | |
| 305221 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/3/2002 | (4,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137440 | JPMSAF0007128 MADWAA00116087-88 | | | *n/a - prior to Two Year Period* | | |
| 284132 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/26/2002 | (5,720) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 139712 | JPMSAF0009515 MADWAA00128442-43 | | | *n/a - prior to Two Year Period* | | |
| 311577 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/26/2002 | (18,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 140330 | JPMSAF0010170 MADWAA00119004-05 | | | *n/a - prior to Two Year Period* | | |
| 283264 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/31/2003 | (23,851) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 141882 | JPMSAF0011920 MADWAA00323338-39 | | | *n/a - prior to Two Year Period* | | |
| 180637 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/4/2003 | (35,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 141956 | JPMSAF0011988 MADWAA00323076-77 | | | *n/a - prior to Two Year Period* | | |
| 216457 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/1/2003 | (2,770) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 143217 | JPMSAF0013160 MADWAA00306100-01 | | | *n/a - prior to Two Year Period* | | |

Reconciliation and Tracing Results - Kuntzman Family Account

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 304706 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/30/2003 | (8,403) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 144256 | JPMSAF0014185 MADWAA00316949-50 | | | n/a - prior to Two Year Period | | |
| 255039 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/20/2003 | 4,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 22550 | 10813 | n/a - deposit | | |
| 246859 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/12/2003 | (1,800) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 144920 | JPMSAF0014872-73 MADWAA00321750-51 | | | n/a - prior to Two Year Period | | |
| 246855 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/30/2003 | 75,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 23112 | 11013 | n/a - deposit | | |
| 276528 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/23/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 148763 | MADWAA00220820-21 | | | n/a - prior to Two Year Period | | |
| 155870 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/18/2003 | (5,360) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149141 | MADWAA00222559-60 | | | n/a - prior to Two Year Period | | |
| 243735 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/25/2003 | (43,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149272 | MADWAA00222727-28 | | | n/a - prior to Two Year Period | | |
| 235472 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/23/2004 | (47,044) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151500 | JPMSAF0020714 MADWAA00229462-63 | | | n/a - prior to Two Year Period | | |
| 96456 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/30/2004 | (1,800) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151615 | JPMSAF0020846 MADWAA00229654-55 | | | n/a - prior to Two Year Period | | |
| 305803 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/9/2004 | (13,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152234 | JPMSAF0021497 MADWAA00223891-92 | | | n/a - prior to Two Year Period | | |
| 278019 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/20/2004 | (1,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153948 | JPMSAF0023327 MADWAA00229203-04 | | | n/a - prior to Two Year Period | | |
| 268921 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/13/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154294 | JPMSAF0023684 MADWAA00220448-49 | | | n/a - prior to Two Year Period | | |
| 246779 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/17/2004 | (4,562) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154331 | JPMSAF0023722 MADWAA00220516-17 | | | n/a - prior to Two Year Period | | |
| 44218 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/14/2004 | (3,025) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154757 | JPMSAF0024208 MADWAA00332465-66 | | | n/a - prior to Two Year Period | | |
| 248496 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/12/2004 | (14,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156104 | JPMSAF0025948 MADWAA00341463-64 | | | n/a - prior to Two Year Period | | |
| 77956 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/10/2004 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157065 | JPMSAF0026965 MADWAA00351305-06 | | | n/a - prior to Two Year Period | | |
| 294024 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/24/2004 | (2,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157337 | JPMSAF0027251 MADWAA00338381-82 | | | n/a - prior to Two Year Period | | |
| 48709 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/23/2004 | (43,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 159169 | JPMSAF0029144 MADWAA00332995-96 | | | n/a - prior to Two Year Period | | |
| 296957 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/18/2005 | (40,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161240 | JPMSAF0031496 MADWAA00350306-07 | | | n/a - prior to Two Year Period | | |
| 60614 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/26/2005 | (48,311) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161384 | JPMSAF0031651 MADWAA00173183-84 | | | n/a - prior to Two Year Period | | |
| 173297 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/15/2005 | 40,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 1011 | JPMSAI0007352 | 31617 | 14310 | n/a - deposit | | |
| 173311 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/24/2005 | (23,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161786 | JPMSAF0032065 MADWAA00159243-44 | | | n/a - prior to Two Year Period | | |
| 254266 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/1/2005 | (16,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162813 | JPMSAF0033146 MADWAA00161650-51 | | | n/a - prior to Two Year Period | | |
| 220962 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/6/2005 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 163559 | JPMSAF0033942 MADWAA00163044-45 | | | n/a - prior to Two Year Period | | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **BLMIS Bank Account Data** | | | | | **Tracing Results - per BLMIS Bank Records** | | |
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 109394 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/3/2005 | (1,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 164631 | JPMSAF0035116 MADWAA00160734-35 | | | n/a - prior to Two Year Period | | |
| 267035 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/1/2005 | (16,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 165426 | MADWAA00168647-48 | | | n/a - prior to Two Year Period | | |
| 298260 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/21/2005 | (7,863) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 166429 | JPMSAF0036956 MADWAA00157893-94 | | | n/a - prior to Two Year Period | | |
| 74554 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/23/2005 | (31,098) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 166916 | JPMSAF0037465 MADWAA00155765-66 | | | n/a - prior to Two Year Period | | |
| 107365 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/12/2005 | (1,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 168766 | JPMSAF0039442 MADWAA00170079-80 | | | n/a - prior to Two Year Period | | |
| 276590 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/17/2005 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 168830 | JPMSAF0039513 MADWAA00170187-88 | | | n/a - prior to Two Year Period | | |
| 24307 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/16/2005 | (11,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169278 | JPMSAF0040010 MADWAA00355365-66 | | | n/a - prior to Two Year Period | | |
| 285219 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/3/2006 | (1,850) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 170757 | JPMSAF0041665 MADWAA00361812-13 | | | n/a - prior to Two Year Period | | |
| 182873 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/10/2006 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171419 | JPMSAF0042397 | | | n/a - prior to Two Year Period | | |
| 26816 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/18/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171566 | JPMSAF0042561 | | | n/a - prior to Two Year Period | | |
| 182879 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/24/2006 | (29,116) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171668 | JPMSAF0042666 MADWAA00363001-02 | | | n/a - prior to Two Year Period | | |
| 58549 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/3/2006 | (3,200) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171883 | JPMSAF0042901 MADWAA00363303-04 | | | n/a - prior to Two Year Period | | |
| 301352 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/22/2006 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172116 | JPMSAF0043137 MADWAA00366287-88 | | | n/a - prior to Two Year Period | | |
| 216019 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/27/2006 | (54,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172657 | JPMSAF0043736 MADWAA00367211-12 | | | n/a - prior to Two Year Period | | |
| 26758 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/28/2006 | (3,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172732 | JPMSAF0043824 MADWAA00375919-20 | | | n/a - prior to Two Year Period | | |
| 104809 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/11/2006 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 174094 | JPMSAF0045360 MADWAA00376270-71 | | | n/a - prior to Two Year Period | | |
| 85491 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/20/2006 | (170,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 174319 | JPMSAF0045596 MADWAA00376576-77 | | | n/a - prior to Two Year Period | | |
| 185493 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/24/2006 | (1,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 174861 | JPMSAF0046189 MADWAA00368310-11 | | | n/a - prior to Two Year Period | | |
| 179815 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/9/2006 | 100,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 6068 | JPMSAI0009751 | 38219 | 16369 | n/a - deposit | | |
| 136909 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/27/2006 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 175511 | JPMSAF0046867 MADWAA00372711-12 | | | n/a - prior to Two Year Period | | |
| 204337 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/5/2006 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 176144 | JPMSAF0047494 MADWAA00371318-19 | | | n/a - prior to Two Year Period | | |
| 253710 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/3/2006 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177073 | JPMSAF0048378 MADWAA00210303-04 | | | n/a - prior to Two Year Period | | |
| 177208 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/31/2006 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177448 | JPMSAF0048720 MADWAA00209008-09 | | | n/a - prior to Two Year Period | | |
| 200235 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/8/2006 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177651 | JPMSAF0048903 MADWAA00209364-65 | | | n/a - prior to Two Year Period | | |

**Reconciliation and Tracing Results - Kuntzman Family Account**

| | | | | | | | | | | | | | BLMIS Bank Account Data | | | | Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 150046 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/26/2006 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177952 | JPMSAF0049187 MADWAA00209810-11 | | | n/a - prior to Two Year Period | | |
| 280698 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/2/2006 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 178349 | JPMSAF0049577 MADWAA00197987-88 | | | n/a - prior to Two Year Period | | |
| 156922 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/18/2006 | (121,887) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179333 | JPMSAF0050523 MADWAA00197019-20 | | | n/a - prior to Two Year Period | | |
| 245877 | 1ZA539 | KUNTZMAN FAMILY LLC | 11/13/2006 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179695 | JPMSAF0050925 JPMSAF0050926 MADWAA00213310-11 | | | n/a - prior to Two Year Period | | |
| 46401 | 1ZA539 | KUNTZMAN FAMILY LLC | 12/20/2006[4] | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180118 | JPMSAF0051596 JPMSAF0051597 MADWAA00206516-17 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 269916 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/2/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 181132 | JPMSAF0052797 MADWAA00195956-57 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 72673 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/17/2007 | (38,157) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182177 | JPMSAF0053581 MADWAA00194687-88 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 217050 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/6/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182510 | JPMSAF0053888 MADWAA00200040-41 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 152639 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/7/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 182947 | JPMSAF0054298 MADWAA00203676-77 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 297780 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/27/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183296 | JPMSAF0054624 MADWAA00266486-87 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 17974 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/2/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183823 | JPMSAF0055143 MADWAA00269590-91 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 268812 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/17/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185006 | JPMSAF0056290 MADWAA00267790-91 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 22036 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/27/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185149 | JPMSAF0056421 MADWAA00279156-57 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 241667 | 1ZA539 | KUNTZMAN FAMILY LLC | 5/29/2007 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185650 | JPMSAF0056885 MADWAA00278984-85 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 274413 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/11/2007 | (85,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186011 | JPMSAF0057229 MADWAA00277288-89 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |

**Reconciliation and Tracing Results - Kuntzman Family Account**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *BLMIS Bank Account Data* | | | | | | *Tracing Results - per BLMIS Bank Records* | |
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 234667 | 1ZA539 | KUNTZMAN FAMILY LLC | 7/2/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186756 | JPMSAF0057945 MADWAA00274320-21 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 92884 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/20/2007 | (25,500) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188919 | JPMSAF0059968 MADWAA00276822-23 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 269459 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/29/2007 | (17,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 190552 | JPMSAF0061539 MADWAA00261695-96 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 284318 | 1ZA539 | KUNTZMAN FAMILY LLC | 1/17/2008 | (32,743) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193382 | JPMSAF0064332 MADWAA00290537-38 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 250239 | 1ZA539 | KUNTZMAN FAMILY LLC | 2/25/2008 | (7,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193985 | JPMSAF0064886 MADWAA00288002-03 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 273479 | 1ZA539 | KUNTZMAN FAMILY LLC | 3/26/2008 | 300,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 6932 | JPMSAI0012786 | 47077 | 18966 | n/a - deposit | | |
| 274334 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/10/2008 | (52,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 195899 | JPMSAF0066748 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 269081 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/14/2008 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 195968 | JPMSAF0066814 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 204754 | 1ZA539 | KUNTZMAN FAMILY LLC | 4/15/2008 | (40,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196017 | JPMSAF0066860 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 313465 | 1ZA539 | KUNTZMAN FAMILY LLC | 6/11/2008 | (41,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197130 | JPMSAF0067960 MADWAA00296236-37 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 247266 | 1ZA539 | KUNTZMAN FAMILY LLC | 8/21/2008 | (30,100) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199181 | JPMSAF0069914 MADWAA00300678-79 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 160467 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/15/2008[4] | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199621 | JPMSAF0070332 MADWAA00302501-02 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 211106 | 1ZA539 | KUNTZMAN FAMILY LLC | 9/17/2008 | (16,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199747 | JPMSAF0070453 MADWAA00302725-26 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |
| 231438 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/2/2008 | (12,575) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 200553 | JPMSAF0071236 MADWAA00304393-94 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |

**Reconciliation and Tracing Results - Kuntzman Family Account**

| | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Trans Type[2] | Transaction Description[2] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 231443 | 1ZA539 | KUNTZMAN FAMILY LLC | 10/16/2008 | (30,000) | CW | CHECK | Withdrawal | Wire | Yes | 509 Account | 201304 | JPMSAF0071965 MADWAAA00304915-16 | | | Bank of America, NA | xxxxxxxx5976 | For Deposit (check payee is Kuntzman Family LLC) |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] Date represents the date the check cleared the 509 Account.