**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re

BERNARD L. MADOFF,

Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01207 (CGM) |
| Plaintiff, | |
| v. | |
| LLOYDS TSB BANK PLC, | |
| Defendant. | |

**STIPULATION AND ORDER**
**EXTENDING DEFENDANT'S TIME TO APPEAL**

This Stipulation and Order is entered into by and between Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "**Trustee**"), and Defendant Lloyds TSB Bank PLC's ("**Lloyds**") through their respective undersigned counsel.

## RECITALS

A.      On February 15, 2022, Lloyds filed its Motion to Dismiss the Complaint in this Adversary Proceeding, No. 12-1207 (CGM) [ECF No. 86].

B.      On June 30, 2022, following briefing by the parties and oral argument, this Court issued its Memorandum Decision Denying Lloyds's Motion to Dismiss [ECF No. 105].

C.      On July 12, 2022, based on the Memorandum Decision, this Court entered its Order Denying Lloyds's Motion to Dismiss the Complaint under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) [ECF No.106] (the "July 12, 2022 Order").

D.      Under Bankruptcy Rule 8002(a)(1), the last day on which to file a notice of appeal from the July 12, 2022 Order is 14 days after entry of the order, *i.e.*, on July 26, 2022.

E.      Lloyds seeks an extension of time to file such notice of appeal in order to consider whether to appeal and on what grounds, and if so, to prepare the required papers for a motion for leave to appeal.

F.      Under Bankruptcy Rule 8002(d)(1), the Bankruptcy Court may extend the time to file a notice of appeal upon a party's motion that is filed within the time prescribed by Rule 8002, *i.e.*, by July 26, 2022. Bankruptcy Rule 8002(d)(3) permits such an extension to 21 days after the time prescribed by Bankruptcy Rule 8002(a)(1), *i.e.*, to August 16, 2022.

G.      No previous motion for an extension of time to file such notice of appeal has been made.

H.      The Trustee consents to Lloyds's request to extend its time to appeal to August 16, 2022.

**IT IS THEREFORE STIPULATED THAT:**

1.   For purposes of Bankruptcy Rule 8002(d), this Stipulation and Order shall be deemed a motion by Lloyds for extension of time for filing (a) a notice of appeal of the July 12, 2022 Order and (b) a motion for leave to appeal in accordance with Bankruptcy Rules 8002(a)(1) and 8004(a) (collectively, the "**Required Filings**"), through and including August 16, 2022 (the "**Extended Filing Deadline**").

2.   The Trustee consents to Lloyds's motion, and this Court hereby grants it pursuant to Bankruptcy Rule 8004(d).

3.   Accordingly, if Lloyds wishes to appeal the July 12, 2022 Order, Lloyds shall make the Required Filings by the Extended Filing Deadline.

[*Signatures on following page*]

Dated:     July 21, 2022
           New York, New York

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Robyn Feldstein
Email: rfeldstein@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*

By: */s/ Anthony L. Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY  10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for Defendant Lloyds TSB Bank
PLC, now known as Lloyds Bank plc*

**SO ORDERED.**



**Dated: July 22, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**