**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01669 (CGM) |
| Plaintiff, | |
| v. | |
| BARFIELD NOMINEES LIMITED, | |
| Defendant. | |

### STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE

**WHEREAS**, on March 8, 2022, the Court entered a stipulation and order that set a

briefing schedule for the above-captioned defendant's ("Defendant") motion to dismiss the

Trustee's Complaint (the "Motion"), ECF No. 85;

**WHEREAS**, on April 28, 2022, Defendant filed the Motion, ECF Nos. 88, 89, 90, 91;

29588840

**WHEREAS**, on June 27, 2022, the Trustee filed his opposition to the Motion, ECF Nos.

93, 94;

**WHEREAS**, Defendant has requested an extension of the deadline to file reply in further

support of the Motion; and

**WHEREAS**, the parties have met and conferred, and consent to the foregoing requests;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and **SO**

**ORDERED** by the Court that Defendant will submit a reply brief in further support of the

Motion on or before August 10, 2022.

Dated:  July 22, 2022
      New York, New York

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **KATTEN MUCHIN ROSENMAN LLP** |
| | By: /s/ Anthony L. Paccione |
| By: /s/ Matthew B. Lunn | 575 Madison Avenue |
| Rockefeller Center | New York, New York 10022 |
| 1270 Avenue of the Americas, Suite 2210 | Telephone: (212) 940-8800 |
| New York, New York 10020 | Facsimile: (212) 940-6649 |
| Telephone: (212) 332-8840 | Mark T. Ciani |
| Facsimile: (212) 332-8855 | mark.ciani@katten.com |
| Matthew B. Lunn | Anthony L. Paccione |
| Email: mlunn@ycst.com | anthony.paccione@katten.com |
| Justin P. Duda | |
| Email: jduda@ycst.com | *Attorneys for Defendants Barfield Nominees* |
| Roxanne M. Eastes | *Limited* |
| Email: reastes@ycst.com | |

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*

/s/ Cecelia G. Morris



_____

**Dated: July 25, 2022**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

29588840