**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Jonathan P. Guy
James W. Burke (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Attorneys for Koch Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>    Defendant. | Adv. Pro. No. 12-01047 (BRL) |

**DECLARATION OF JONATHAN P. GUY**

I, Jonathan P. Guy, declare under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am senior counsel with the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Defendant Koch Industries, Inc. in this action.

2.      I am a member of the Bar of the State of New York and admitted to practice before this Court.

3.      I submit this declaration in support of the motion of Defendant Koch Industries, Inc. to dismiss the complaint filed in this action.

4.      Attached hereto as Exhibit A is a true and complete copy of the Amended Complaint filed at ECF No. 23 in *Picard v. Fairfield Sentry Limited*, No. 09-01239 (Bankr. S.D.N.Y.), exclusive of the exhibits thereto.

5.      Attached hereto as Exhibit B is a true and complete copy of the Affidavit of Stephen Edmund Hansen Phillips filed at ECF No. 33 in *Fairfield Sentry Limited v. Koch Investment (UK) Company*, No. 11-01606 (Bankr. S.D.N.Y.).

Dated:  July 22, 2022
        Washington, D.C

                                        */s/ Jonathan P. Guy*
                                        Jonathan P. Guy