## EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 Case |
| **FAIRFIELD SENTRY LIMITED, et al.,** | **Case No. 10-13164 (SMB)** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof** | |
| Plaintiffs, | **Adv. Pro. No. 10-03496 (SMB)** |
| v. | **Procedurally Consolidated Under This Matter** |
| **THEODOOR GGC AMSTERDAM, et al.,** | |
| Defendants. | |
| **FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and CHARLOTTE CAULFIELD, solely in their capacities as Foreign Representatives and Liquidators thereof,** | |
| Plaintiffs, | **Adv. Pro. No. 11-01606 (SMB)** |
| v. | |
| **KOCH INVESTMENT (UK) COMPANY and BENEFICIAL OWNERS OF ACCOUNTS HELD IN THE NAME OF KOCH INVESTMENT (UK) COMPANY 1-1000,** | |
| Defendants. | |

<u>**AFFIDAVIT OF STEPHEN EDMUND HANSEN PHILLIPS**</u>

Stephen Edmund Hansen Phillips, being duly sworn, deposes and says:

1

1.      I am a partner in the restructuring group of Orrick, Herrington & Sutcliffe
(Europe) LLP with a business address at 107 Cheapside, London EC2V 6DN, United Kingdom.
I have been admitted as a solicitor of the Supreme Court of England and Wales under SRA ID
20694 since 2 February 1997.

2.      The facts stated herein are based upon my review of certified copies of documents
submitted to the Registrar of Companies at Companies House in relation to the liquidation of
Koch Investment (UK) Company.

3.      Koch Investment (UK) Company was a private unlimited company, incorporated
in the England and Wales under the Companies Act 1985 with company number 03754549.
Attached hereto as Exhibit A is a copy of the "Certificate of Incorporation of a Private Unlimited
Company" issued by the Registrar of Companies for England and Wales in respect of Koch
Investment (UK) Company.

4.      On December 31, 2007, Koch Investment (UK) Company passed written
resolutions to (a) voluntarily wind up Koch Investment (UK) Company, and (b) appoint Jeremy
Simon Spratt and Finbarr Thomas O'Connell as joint liquidators of Koch Investment (UK)
Company.  Attached hereto as Exhibit B is a certified copy of a "Notice of Written Resolutions
(for Companies House filing)," dated December 31, 2007, and signed by Steven John Feilmeier,
director of Koch Investment (UK) Company, reporting that Koch Investment (UK) Company
had passed resolutions, pursuant to chapter 2 of part 13 of the Companies Act 2006, to (a)
voluntarily wind up Koch Investment (UK) Company, and (b) appoint Jeremy Simon Spratt and
Finbarr Thomas O'Connell of KPMG LLP, 8 Salisbury Square, London EC4Y 8BB, United
Kingdom, as joint liquidators of Koch Investment (UK) Company. Attached hereto as Exhibit C
is a certified copy of a "Members' Voluntary Winding Up Declaration of Solvency Embodying a

2

Statement of Assets and Liabilities", dated January 7, 2008 signed by Jeremy Simon Spratt as joint liquidator of Koch Investment (UK) Company, attaching a declaration of solvency of Koch Investment (UK) Company dated December 10, 2007 by Steven John Feilmeier, sole director of Koch Investment (UK) Company and statement of assets and liabilities showing assets estimated at a value of £21,700,028 and nil liabilities. Attached hereto as <u>Exhibit D</u> is a certified copy of a "Notice of appointment of liquidator Voluntary winding up (Members or Creditors)", dated January 9, 2008, and signed by Jeremy Simon Spratt and Finbarr Thomas O'Connell as joint liquidators of Koch Investment (UK) Company, giving notice of their appointment as liquidators by Koch Investment (UK) Company in a members' voluntary liquidation.

5.      On May 19, 2009, Finbarr Thomas O'Connell and Jeremy Simon Spratt, in their capacities as joint liquidators of Koch Investment (UK) Company, completed a "Return of Final Meeting in a Members' Voluntary Winding Up Pursuant to Section 94 of the Insolvency Act 1986" and Liquidator's statement of account (Form 4.71), which was then filed with the Registrar of Companies for England and Wales.  Attached hereto as <u>Exhibit E</u> is a certified copy of the "Return of Final Meeting in a Members' Voluntary Winding Up Pursuant to Section 94 of the Insolvency Act 1986" (Form 4.71) filed with the Registrar of Companies for England and Wales and including a liquidators' statement of account from December 31, 2007 to May 15, 2009 showing a £21,700,028 of asset realizations and nil debts, indicating that at no time prior to or during the dissolution of Koch Investment (UK) Company was any notice of claim against Koch Investment (UK) Company from Fairfield Sentry Limited or any of its agents or representatives received.

6.      On August 28, 2009, Koch Investment (UK) Company was legally dissolved pursuant to section 201 of the Insolvency Act 1986. Attached hereto as <u>Exhibit F</u> is a certified

3

copy of a certificate from the Registrar of Companies for England and Wales reporting the dissolution on that date.

7.      Companies incorporated in England and Wales and subsequently dissolved may, with the consent of court, be restored to the register of companies by way of a court application by any interested person, providing that such application is made within the statutory time period. Koch Investment (UK) Company was formally dissolved on August 28, 2009. The statutory time period applicable at that time pursuant to paragraphs 90 and 91 of Schedule 2 of the Companies Act 2006 (Commencement No 8, Transitional Provisions and Savings) Order 2008, SI 2008/2860, was six years from the date of dissolution. From August 28, 2015 therefore, it has no longer been possible to apply to the court to restore Koch Investment (UK) Company.

4

KINGDOM OF ENGLAND  } ss
CITY OF LONDON

SEHP: London, England
  Janaury 2 6, 2017

_____
Stephen Edmund Hansen Phillips



Notary
Notary Public London, England (Christopher G. Higgins)
My Commission expires at Death

SAVILLE & CO.
Notaries
One Carey Lane
London EC2V 8AE
Tel: +44 (0)20 7070 0300

OHSEUROPE:554309851.3

# EXHIBIT A

Certified to be a true copy
of the original

*Steven J. Feilmeier*

Steven J. Feilmeier, Director



# CERTIFICATE OF INCORPORATION

# OF A PRIVATE UNLIMITED COMPANY

## Company No.   3754549

The Registrar of Companies for England and Wales hereby certifies that

KOCH INVESTMENT (UK) COMPANY

is this day incorporated under the Companies Act 1985 as a private company and that the company is unlimited.

Given at Companies House, London, the 15th April 1999

*S. Bashar*

MISS S. BASHAR

For The Registrar Of Companies



*C O M P A N I E S    H O U S E*

# EXHIBIT B

*Crossp*

# Notice of Written Resolutions (for Companies House filing)

Registered in England and Wales                    Company no  3754549

## The Companies Act 2006

## and the Insolvency Act 1986

## Unlimited Company having a Share Capital

Written Resolutions of Koch Investment (UK) Company

Passed on 31  December 2007

Pursuant to chapter 2 of part 13 of the Companies Act 2006, the following written resolutions were passed

**Special resolution**

That the company be wound up voluntarily

**Ordinary resolution**

That Jeremy Simon Spratt and Finbarr Thomas O'Connell of KPMG LLP, 8 Salisbury Square, London EC4Y 8BB, United Kingdom, be and are hereby appointed joint liquidators for the purpose of such winding up and that any power conferred on them by the company, or by law, be exercisable by them jointly, or by either of them alone

**Special resolutions**

That the joint liquidators be and are hereby authorised to make distributions in specie, as and when determined by the joint liquidators, of the assets of the company during the administration of the winding up

That the joint liquidators be and are hereby authorised to exercise any of the powers to make compromises as contained in paragraphs 2 and 3 of Part 1 of Schedule 4 of the Insolvency Act 1986

Signed

Steven John Feilmeier
Director

Dated  31  December 2007

FRIDAY

*AWYYXW94*

A44        11/01/2008        485
COMPANIES HOUSE

Certified a true copy of a document kept and
registered on 16/01/2008 at the office for the
registration of companies.

Signature        ...........................................

Authorised by the Registrar of Companies

Date                    20/01/2017

# EXHIBIT C

Section 89(3)                                          Form 4.70

### The Insolvency Act 1986

## Members' Voluntary Winding Up Declaration of Solvency Embodying a Statement of Assets and Liabilities

# S.89(3)

**Pursuant to section 89(3) of the Insolvency Act 1986**

To the Registrar of Companies

|  | For official use |
|--|--|

**Company number**

| 3754549 |
|--|

Name of company

Insert full name of Company

| Koch Investment (UK) Company |
|--|
|  |

Insert full names and Addresses

I    Jeremy Simon Spratt
     8 Salisbury Square, London EC4Y 8BB

attach a declaration of solvency embodying a statement of assets and liabilities

Signed _____     Date  7 / 1 / 08

Presenter's name, address and reference (if any)

Jeremy Simon Spratt
8 Salisbury Square
London EC4Y 8BB
United Kingdom

| For Official Use | |
|--|--|
| Insolvency section | Post room |

FRIDAY

*AWYYWW93*

| A44 | 11/01/2008 | 486 |

COMPANIES HOUSE

Certified that this and the following 2 page(s) are a true copy of
a document kept and registered on 16/01/2008 at the office for the
registration of companies.

Signature        ....................................

Authorised by the Registrar of Companies

Date             20/01/2017

**The Insolvency Act 1986**

# Members' Voluntary Winding Up
## Declaration of Solvency Embodying a Statement of Assets and Liabilities

| | |
|---|---|
| Company number | 3754549 |
| Name of company | Koch Investment (UK) Company |
| | |
| Presented by | Jeremy Simon Spratt and Finbarr Thomas O'Connell, KPMG LLP, 8 Salisbury Square, London EC4Y 8BB |

## Declaration of Solvency

I/We   Steven John Feilmeier of 8 Grand Mere, Wichita, Kansas 67230

being the sole director of Koch Investment (UK) Company do solemnly and sincerely declare that I have made a full inquiry into the affairs of this company, and that, having done so, I have formed the opinion that this company will be able to pay its debts in full together with interest at the official rate within a period of 12 months, from the commencement of the winding up

I append a statement of the company's assets and liabilities as at 31 October 2007, being the latest practicable date before the making of this declaration

I make this solemn declaration, conscientiously believing it to be true, and by virtue of the provisions of the Statutory Declarations Act 1835

Signature(s) of person(s) making declaration

Steven John Feilmeier

Declared at   Wichita, Kansas   Sedgwick County
this   10th   day of   December 2007
Before me,

Certified a true copy of a page of a document kept and registered on
16/01/2008 at the office for the registration of companies.

Signature            ..................................................
                     Authorised by the Registrar of Companies

Date                 20/01/2017

**Statement as at 31 October 2007 showing assets at estimated realisable values and liabilities expected to rank**

| Assets and liabilities | Estimated to realise or to rank for payment to nearest £ |
|---|---|
| **Assets:** | |
| Balance at Bank | |
| Bank Interest Receivable | |
| Cash in Hand | |
| Marketable Securities | |
| Intercompany debtors | 20,603,597 |
| Debtors | 1,096,431 |
| Loans and Advances | |
| Deferred taxation | |
| Stock in Trade | |
| Work in progress | |
| Freehold Property | |
| Leasehold Property | |
| Plant and Machinery | |
| Furniture, Fittings, Utensils etc | |
| Patents, Trade Marks etc | |
| Investments in subsidiary undertakings | |
| Other Property, viz | |
| | |
| Estimated Realisable Value of Assets | 21,700,028 |

| | | £ |
|---|---|---|
| **Liabilities** | | |
| Secured on specific assets, viz | | |
| | | |
| Secured by a Floating Charge(s) | | |
| Estimated Cost of Liquidation and other expenses including interest accruing until payment of debts in full | | |

| **Unsecured creditors (amounts estimated to rank for payment)** | £ | £ |
|---|---|---|
| Trade accounts | | |
| Bills payable | | |
| Accrued expenses | | |
| Other liabilities | | |
| Tax Payable | | |
| Contingent liabilities | | |

| | £ | |
|---|---|---|
| Estimated Surplus after paying Debts in full | | 21,700,028 |

**Remarks** Company's balance sheet in US Dollars therefore figures have been converted using the rate at 31 October 2007 of £1 = $2 06330

Certified a true copy of a page of a document kept and registered on
16/01/2008 at the office for the registration of companies.

Signature        ...................................

                 Authorised by the Registrar of Companies

Date             20/01/2017

# EXHIBIT D

COMPANIES FORM No. 600

# G

## Notice of appointment of liquidator
## Voluntary winding up
## (Members or Creditors)

# 600

**CHFP028**

Please do not
write in
this margin

Pursuant to section 109 of the Insolvency Act 1986

Please complete
legibly, preferably
in black type, or
Bold block lettering

To the Registrar of Companies
**(Address overleaf)**

For official use

| Company number |
|---|
| 3754549 |

* Insert full name
   of company

Name of company

| * Koch Investment (UK) Company |
|---|
|  |

Nature of Business

| Financial trading |
|---|
|  |

We give notice that we have been appointed liquidators of the above company

On   31 December 2007

The appointment was by [the company] ~~[the creditors]~~ †

† Delete as
   appropriate

Type of liquidation MVL* †

| Name of liquidator | Jeremy Simon Spratt |
|---|---|
| Office holder number | 8914 - 2 |
| Address | KPMG Restructuring, 8 Salisbury Square, London,  EC4Y 8BB |
| Signature | Date  7 / 1 / 8 |

| Name of Liquidator | Finbarr Thomas O'Connell |
|---|---|
| Office holder number | 7931 - 15 |
| Address | KPMG Restructuring, 8 Salisbury Square, London,  EC4Y 8BB |
| Signature | Date  9/1/08 |

Presenter's name, address and
reference (if any)
KPMG Restructuring
8 Salisbury Square
London

EC4Y 8BB

Ref  jss/pjl/cmk/

Time critical reference

**For official Use**

General section | Post room

FRIDAY

*AWYYYW95*

A44    11/01/2008    484
COMPANIES HOUSE

Certified a true copy of a document kept and
registered on 16/01/2008 at the office for the
registration of companies.

Signature    .......................................

Authorised by the Registrar of Companies

Date                    20/01/2017

# EXHIBIT E

Section 94          The Insolvency Act 1986                              Form 4.71

                    Return of Final Meeting in a
                    Members' Voluntary Winding Up          # S94
                    Pursuant to Section 94 of the
                    Insolvency Act 1986


                                                            For Official Use

To the Registrar of Companies

                                                            Company Number

                                                            | 3754549 |


Name of Company

| Koch Investment (UK) Company |

I / We
Jeremy Simon Spratt                        Finbarr Thomas O'Connell
PO Box 695
8 Salisbury Square
London
EC4Y 8BB


give notice that a general meeting of the company was ~~held~~/summoned for 15 May 2009
pursuant to section 94 of the Insolvency Act 1986, for the purpose of having an account
(of which a copy is attached) laid before it showing how the winding up of the company
has been conducted, and the property of the company has been disposed of and that ~~the~~
~~same was done accordingly~~ / no quorum was present at the meeting.


Signed _____        Date _____ 19 May 2009

KPMG LLP
PO Box 695
8 Salisbury Square
London
EC4Y 8BB

         Ref:  K692670/PJL/CMK/MS

Software Supplied by Turnkey Computer Technology Limited. Glasgow

For Official Use

Insolve

FRIDAY

*AI9FZA2R*

A45      22/05/2009        151
         COMPANIES HOUSE

Certified that this and the following 2 page(s) are a true copy of
a document kept and registered on 28/05/2009 at the office for the
registration of companies.

Signature            ....................................

                     Authorised by the Registrar of Companies

Date                 20/01/2017

Section 94                                                    Form 4.71 contd

Liquidator's statement of account: Members' voluntary winding up

Koch Investment (UK) Company

From  31 December 2007    To  15 May 2009

S of A

ASSET REALISATIONS

| 1,096,431.00 | Book debts | NIL | |
|---|---|---|---|
| | | | NIL |
| | OTHER REALISATIONS | | |
| 20,603,597.00 | Intercompany debtors | NIL | |
| | | | NIL |
| 21,700,028.00 | | | NIL |

Dividend information

Preferential debts      Nil
Unsecured debts         Nil
Returns to contributories   $1.00135856375 per $1 Ordinary share, the distribution was effected by way of set off.
                        The right to receive tax refunds and interest payable, of £1,488,623.78, to the Company by
                        HM Revenue & Customs was distributed in specie.

Fee information
Fees fixed on a time cost basis

Certified a true copy of a page of a document kept and registered on
28/05/2009 at the office for the registration of companies.

Signature        ...................................

                 Authorised by the Registrar of Companies

Date             20/01/2017

Section 94                                                         Form 4.71 contd

(1)     Assets, including Nil
        shown in the statement of assets and liabilities
        and estimated to be of the value of Nil
        have proved unrealisable

_____

(2)     Amount paid into the Insolvency Services account in respect of

        (a)     Unclaimed dividends payable to creditors in the winding up Nil

        (b)     Other unclaimed dividends Nil

        (c)     moneys held by the company in trust in respect of dividends or
                other sums due before the commencement of the winding up to any
                person as a member of the company Nil

(3)     Other comment

Dated                           4 / 5 / 08

Signed by the liquidator

Name & Address          Jeremy Simon Spratt
                        KPMG LLP
                        PO Box 695
                        8 Salisbury Square
                        London
                        EC4Y 8BB

Certified a true copy of a page of a document kept and registered on
28/05/2009 at the office for the registration of companies.

Signature                ...................................................

                         Authorised by the Registrar of Companies

Date                     20/01/2017

# EXHIBIT F

# DISSOLVED

03754549        KOCH INVESTMENT (UK) COMPANY

This Company was dissolved on 28/08/09



*D03754549E*

Certified a true copy of a document kept and
registered on 28/08/2009 at the office for the
registration of companies.

Signature        ...............................................

Authorised by the Registrar of Companies

Date                    20/01/2017