**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Jonathan P. Guy
James W. Burke (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Attorneys for Koch Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 12-01047 (BRL) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July 2022, true and complete copies of the (i) Motion of Koch Industries, Inc. to Dismiss the Complaint and Notice of Motion (ECF No. 105), (ii) Memorandum of Law in Support of Motion of Koch Industries, Inc. to Dismiss the Complaint (ECF No. 106), and (iii) Declaration of Jonathan P. Guy (ECF No. 107) were served via the Court's CM/ECF system on all counsel of record registered with the Court's CM/ECF system, and by email to:

Eric R. Fish (efish@bakerlaw.com)
Michelle Tanney (mtanney@bakerlaw.com)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the
Chapter 7 Estate of Bernard L. Madoff*

Dated: July 25, 2022
       Washington, D.C

Respectfully submitted,

/s/ James W. Burke
James W. Burke (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: jburke@orrick.com

*Attorney for Koch Industries, Inc.*