**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01690 (CGM) |
| Plaintiff, | |
| v. | |
| EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in-interest to Banco Atlántico (Bahamas) Bank & Trust Limited, | |
| Defendants. | |

## <u>STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE</u>

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation

proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa-lll, and the Chapter 7 estate of Bernard L. Madoff, and the

defendants in this action, EFG Bank S.A., EFG Bank (Monaco) S.A.M., and EFG Bank & Trust

(Bahamas) Limited ("Defendants," and together with the Trustee, the "Parties"), by and through

their respective undersigned counsel, state as follows:

  **WHEREAS**, on May 25, 2022, the Trustee sent Defendants a draft of a proposed amended complaint and asked Defendants if they would consent to the Trustee filing the proposed amended complaint in this matter without moving for leave to amend;

  **WHEREAS**, on June 15, 2022, Defendants declined to consent to the filing of the proposed amended complaint;

  **WHEREAS**, on June 17, 2022, the Parties held a meet-and-confer conference to discuss the proposed amended complaint and a briefing schedule for the Trustee's forthcoming motion for leave to amend the complaint ("Motion for Leave to Amend");

  **WHEREAS**, the Parties agreed to a briefing schedule and the Court set that schedule by Stipulation and Order on July 12, 2022;

  **WHEREAS**, on July 21 and 25, 2022, the Parties held additional meet-and-confer conferences to discuss an extension to the briefing schedule for the Motion for Leave to Amend.

  **IT IS HEREBY STIPULATED AND AGREED**, that

1. The Trustee will file his Motion for Leave to Amend on or before August 18, 2022.

2. Defendants will file any opposition to the Trustee's Motion for Leave to Amend on or before September 15, 2022.

3. The Trustee will file any reply brief in support of his Motion for Leave to Amend on or before October 6, 2022.

4. The Parties reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights, arguments, objections, and defenses, including without limitation, challenges to personal jurisdiction, and expressly including any potential motions by Defendants under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

5. The above deadlines granted by this Stipulation and Order are without prejudice to any party

seeking future extensions of time.

Dated: July 26, 2022
        New York, New York

*/s/ Brian W. Song*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Brian W. Song
Email:  bsong@bakerlaw.com
Shawn P. Hough
Email: shough@bakerlaw.com

200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Douglas A. Vonderhaar
Email: dvonderhaar@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**

*/s/ Adam M. Lavine*
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY  10022
Telephone: (212) 488-10022
Facsimile: (212) 488-12020
Zachary D. Rosenbaum
Email: zachary.rosenbaum@kobrekim.com
Adam M. Lavine
Email:  adam.lavine@kobrekim.com

*Attorneys for Defendants*

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: July 27, 2022**
**Poughkeepsie, New York**