NASON YEAGER GERSON HARRIS & FUMERO, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442

*Attorneys for Frank Avellino, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | ADV. PRO. NO. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK J. AVELLINO, *et al.*,<br><br>    Defendants. | ADV. PRO. NO. 10-05421 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July 2022, a true and complete copy of Defendants' Motion to Amend Findings of the Memorandum Decision and Objection to Proposed Order was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System (CM/ECF) via electronic transmission on all counsel of record registered with the Court's CM/ECF system to the email addresses designated for delivery and by email to:

Baker and Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan and Esterina Giuliani
Email: dsheehan@bakerlaw.com, tblaber@bakerlaw.com; ekthomas@bakerlaw.com; bhaa@bakerlaw.com
Email: egiuliani@bakerlaw.com, rgriffin@bakerlaw.com, bhlitdocket@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

and

Securities Investor Protection Corporation
1667 K St. N.W., Suite 1000
Washington, D.C. 20006-1620
Attn: Kevin H. Bell
Email: kbell@sipc.org, rcotchan@sipc.org, jwang@sipc.org

Dated: July 27, 2022
Palm Beach Gardens, FL

Respectfully submitted,

NASON YEAGER GERSON
HARRIS & FUMERO, P.A.

By:  /s/ Gary A. Woodfield
     Gary A. Woodfield
     gwoodfield@nasonyeager.com
     3001 PGA Boulevard, Suite 305
     Palm Beach Gardens, FL 33410
     Tel: (561) 686-3307
     Fax: (561) 686-5442
     *Attorneys for Frank Avellino, et al.*