**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>QUILVEST FINANCE LTD.,<br><br>      Defendant. | Adv. Pro. No. 11-02538 (CGM) |

**CERTIFICATE OF SERVICE**

I, Thomas E. Lynch, an attorney admitted to practice before this Court, certify that I caused copies of Defendant QS Finance Ltd.'s Reply Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, dated July 28, 2022, to be electronically filed with the Clerk of Court and served through the CM/ECF system to all counsel registered to receive notifications.

Dated: July 28, 2022
      New York, New York

                                              /s/ Thomas E. Lynch
                                                Thomas E. Lynch