Hearing Date: September 14, 2022 at 10:00 a.m. (ET)

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
*Attorneys for Defendant Theodore Dumbauld*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBS AG, et al., <br><br> Defendants. | Adv. Pro. No. 10-04285 (CMG) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, Defendant Theodore Dumbauld's Reply Memorandum of Law in Support of His Motion to Dismiss the Second Amended Complaint was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: July 29, 2022
New York, New York

        SHER TREMONTE LLP

        By: /s/ Robert Knuts
        Robert Knuts
        Cathy Liu
        90 Broad Street, 23rd Floor
        New York, New York 10004
        Tel: 212.202.2638
        Email: rknuts@shertremonte.com

*Attorneys for Defendant Theodore Dumbauld*