**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> *Plaintiff-Applicant*, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> *Defendant.* | Adv. Proc. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> *Debtor.* | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> *Plaintiff*, <br> v. <br><br> TRINCASTAR CORPORATION, <br><br> *Defendant.* | Adv. Proc. No. 11-2731 (CGM) |

**CERTIFICATE OF SERVICE**

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused the *Notice and Motion of Trincastar Corporation's Motion to Dismiss the Complaint* (Adv. Pro. No. 11-2731, ECF 103) (Adv. Pro. No. 08-01789, ECF 22045), *Trincastar Corporation's Memorandum of Law in Support of its Motion to Dismiss the Complaint* (Adv. Pro. No. 11-2731, ECF 104) (Adv. Pro. No. 08-01789, ECF 22046), and *Request for Judicial Notice in Support of Trincastar Corporation's Motion to Dismiss the Complaint; Declaration of Richard Levin* (Adv. Pro. No. 11-02149,

ECF 105) (Adv. Pro. No. 08-01789, ECF 22047) to be served by CM/ECF on all counsel of record in the above-referenced adversary proceedings.

Dated: New York, New York  
       July 29, 2022                             JENNER & BLOCK LLP

                                        By:   /s/ *Carl N. Wedoff*  
                                                Carl N. Wedoff