JENNER & BLOCK LLP
Richard Levin
Carl Wedoff
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Counsel for Defendant Banque Syz SA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    *Plaintiff-Applicant*,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    *Defendant*. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br>    *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    *Plaintiff*,<br>  v.<br><br>BANQUE SYZ & CO., SA,<br>    *Defendant*. | Adv. Proc. No. 11-02149 (CGM)<br><br><br><br>**NOTICE OF APPEAL** |

**Part 1: Identify the Appellant(s)**

1. **Name of appellant**: Banque Syz SA (f/k/a Banque Syz & Co., SA)

2. **Position of appellant in the adversary proceeding that is the subject of this appeal:** Defendant.

**Part 2: Identify the Subject of this Appeal**

1. **Describe the judgment, order, or decree appealed from:**

    a. *Order Denying Motion of Defendant Banque Syz SA's Motion to Dismiss the Complaint* [Adv. Dkt. 168] ("**Order**") (attached as Exhibit A).

    b. *Memorandum Decision Denying Defendant's Motion to Dismiss* [Adv. Dkt. 167] ("**Memorandum**") (attached as Exhibit B).

2. **Date on which the judgment, order, or decree was entered:**

    a. The Order was entered on June 27, 2022.

    b. The Memorandum was entered on June 14, 2022.

**Part 3: Identify the Other Parties to the Appeal**

1. **List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

| Plaintiff-Appellee | Attorneys |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | BAKER & HOSTETLER LLP<br>David J. Sheehan<br>Nicholas J. Cremona<br>Robyn M. Feldstein<br>Alexa T. Bordner<br>Jessica A. Huse<br>45 Rockefeller Plaza<br>New York, New York 10111<br>(212) 589-4200 |

| **Defendant-Appellant** | **Attorneys** |
|---|---|
| Banque Syz SA (f/k/a Banque Syz & Co., SA) | JENNER & BLOCK LLP<br>Richard Levin<br>Carl Wedoff<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 891-1600<br><br>JENNER & BLOCK LLP<br>Vincent E. Lazar<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350 |

**Part 4: Optional election to have appeal heard by District Court**

    Not applicable in this District.

**Part 5: Signature**

Dated: August 1, 2022            /s/ Richard Levin
                                             JENNER & BLOCK LLP
                                             Richard Levin
                                             Carl Wedoff
                                             1155 Avenue of the Americas
                                             New York, NY 10036
                                             (212) 891-1600
                                             rlevin@jenner.com
                                             cwedoff@jenner.com

                                             Vincent E. Lazar
                                             353 N. Clark Street
                                             Chicago, IL 60654
                                             (312) 222-9350
                                             vlazar@jenner.com

                                             *Counsel for Defendant Banque Syz SA*