JENNER & BLOCK LLP
Richard Levin
Carl Wedoff
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Counsel for the Defendant Banque Syz SA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     *Plaintiff-Applicant,*<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     *Defendant.* | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>     *Debtor.* | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     *Plaintiff,*<br><br>   v.<br><br>BANQUE SYZ & CO., SA,<br><br>     *Defendant.* | Adv. Proc. No. 11-02149 (CGM)<br><br>**NOTICE OF DEFENDANT BANQUE SYZ SA'S MOTION UNDER 28 U.S.C. § 158(a)(3) FOR LEAVE TO APPEAL** |

Defendant Banque Syz SA, formerly known as Banque Syz & Co., SA, hereby provides

notice in accordance with Local Bankruptcy Rule 8010-1 that it has filed a motion (the

"**Motion**") under 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8004 for leave

1

to appeal the Bankruptcy Court's Order entered on June 27, 2022, Adv. Proc. No. 11-02149

(CGM) (Bankr. S.D.N.Y.), ECF 168, denying Banque Syz's motion to dismiss the Complaint

of plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment

Securities LLC.

Dated: New York, New York
      August 1, 2022

*/s/ Richard Levin*
JENNER & BLOCK LLP
Richard Levin
Carl Wedoff
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
rlevin@jenner.com
cwedoff@jenner.com

Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
vlazar@jenner.com

*Counsel for Defendant Banque Syz SA*