SIDLEY AUSTIN LLP
John J. Kuster
Marissa Alter-Nelson
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jkuster@sidley.com
malternelson@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 11-02761 (SMB) |

# SUPPLEMENTAL NOTICE OF APPEARANCE AND
# REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sidley Austin LLP hereby enters its appearance as counsel to KBC Investments Ltd. ("KBC") in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that Sidley Austin LLP requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the following:

> John J. Kuster, Esq.
> Marissa Alter-Nelson, Esq.
> Andrew P. Propps, Esq.
> **SIDLEY AUSTIN LLP**
> 787 Seventh Avenue
> New York, New York 10019
> Telephone:  (212) 839-5300
> Facsimile:  (212) 839-5599
> jkuster@sidley.com
> malternelson@sidley.com
> apropps@sidley.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice and Papers, nor any later appearance, pleading, or claim or suit shall constitute a waiver of (1) any right to have final orders in non-core matters, or in any core matter in which this court lacks constitutional authority to enter a final order, entered only after *de novo* review by a judge of the United States District Court for the Southern District of New York; (2) any right to trial by jury in any proceeding related to these cases; (3) any right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) any right to seek dismissal for lack of jurisdiction over KBC or improper service of any complaint upon KBC; (5) an election of remedy; or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which KBC is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments KBC expressly reserves.

Dated: New York, New York
August 1, 2022

SIDLEY AUSTIN LLP
By: /s/ *John J. Kuster*
John J. Kuster
Marissa Alter-Nelson
Andrew P. Propps
787 Seventh Avenue
New York, New York  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
jkuster@sidley.com
malternelson@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

LEGAL  4894-3846-2996v.2