**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>    Defendant. | Adv. Pro. No. 12-01047 (BRL) |

**[PROPOSED] ORDER GRANTING MOTION OF KOCH INDUSTRIES, INC. TO DISMISS THE COMPLAINT**

  Upon the motion of Defendant Koch Industries, Inc. for dismissal of this action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that Plaintiff's complaint [ECF No. 1] fails to state a claim on which relief may be granted (the "Motion"); and the Court having considered the Declaration of Jonathan P. Guy in support of the Motion; and it further appearing that the relief sought in the Motion is appropriate; and it further appearing that this Court has

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; after due deliberation; and sufficient cause appearing therefore; it is

ORDERED, that Plaintiff's claims in this adversary proceeding are dismissed with prejudice; and it is further

ORDERED, that the Clerk of Court is directed to close this adversary proceeding.