# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: December 1, 2021 – March 31, 2022 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 7/1/2022 ECF No. 21842 | 12/1/2021 – 3/31/2022 | $35,682,411.60 | $35,682,411.60 | $32,114,170.44 | $10,071,889.38 | $42,186,059.82 | $488,259.37 | $488,259.37 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 7/1/2022 ECF No. 21843 | 12/1/2021 – 3/31/2022 | $80,477.40 | $80,477.40 | $64,381.92 | $52,438.56 | $116,820.48 | $15,217.29 | $15,217.29 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 7/1/2022 ECF No. 21844 | 12/1/2021 – 3/31/2022 | $477,580.31 | $477,580.31 | $382,064.25 | $461,321.40 | $843,385.65 | $861.35 | $861.35 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 7/1/2022 ECF No. 21846 | 12/1/2021 – 3/31/2022 | $0 | $0 | $0 | $48,504.39 | $48,504.39 | $0 | $0 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 7/1/2022 ECF No. 21853 | 12/1/2021 – 3/31/2022 | $414,213.57 | $414,213.57 | $331,370.86 | $82,330.59 | $413,701.45 | $8,379.84 | $8,379.84 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 7/1/2022 ECF No. 21845 | 12/1/2021 – 3/31/2022 | $2,648,805.00 | $2,648,805.00 | $2,119,044.00 | $1,177,244.44 | $3,296,288.44 | $8,255.93 | $8,255.93 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 7/1/2022 ECF No. 21847 | 12/1/2021 – 3/31/2022 | $136,679.24 | $136,679.24 | $109,343.39 | $160,558.26 | $269,901.65 | $3,302.54 | $3,302.54 |
| Eugene F. Collins, Special Counsel to the Trustee | 7/1/2022 ECF No. 21848 | 12/1/2021 – 3/31/2022 | $0 | $0 | $0 | $7,774.34 | $7,774.34 | $0 | $0 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | 7/1/2022 ECF No. 21854 | 12/1/2021 – 3/31/2022 | $10,673.10 | $10,673.10 | $10,673.10 | $102,123.09 | $112,796.19 | $114.69 | $114.69 |
| Velitor Law, Special Counsel to the Trustee | 7/1/2022 ECF No. 21849 | 12/1/2021 – 3/31/2022 | $0 | $0 | $0 | $6,660.45 | $6,660.45 | $0 | $0 |
| Munari Giudici Maniglio Panfili E Associati, Special Counsel to the Trustee | 7/1/2022 ECF No. 21850 | 12/1/2021 – 3/31/2022 | $0 | $0 | $0 | $977.64 | $977.64 | $0 | $0 |
| The Scaletta Law Firm, PLLC, Special Counsel to the Trustee | 7/1/2022 ECF No. 21857 | 12/1/2021 – 3/31/2022 | $0 | $0 | $0 | $6,760.83 | $6,760.83 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| UGGC & Associés, Special Counsel to the Trustee | 7/1/2022 ECF No. 21851 | 12/1/2021 – 3/31/2022 | $23,338.28 | $23,338.28 | $18,670.62 | $34,457.50 | $53,128.12 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 7/1/2022 ECF No. 21852 | 12/1/2021 – 3/31/2022 | $16,966.37 | $16,966.37 | $13,573.10 | $18,231.02 | $31,804.12 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | 7/1/2022 ECF No. 21855 | 12/1/2021 – 3/31/2022 | $6,398.04 | $6,398.04 | $5,118.43 | $1,566.05 | $6,684.48 | $1,366.10 | $1,366.10 |
| Lukins & Annis P.S., Special Counsel to the Trustee | 7/1/2022 ECF No. 21856 | 12/1/2021 – 3/31/2022 | $9,928.80 | $9,928.80 | $7,943.04 | $1,162.17 | $9,105.21 | $1,155.94 | $1,155.94 |

Schedule A(1)                    DATE: __/__/__                    INITIALS: __ USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,415,023,965.39 | $1,415,023,965.39 | $1,404,465,537.36 | $20,912,275.92 | $20,912,275.92 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Eugene F. Collins, Special Counsel to the Trustee | $851,117.11 | $851,117.11 | $843,342.75 | $49,439.64 | $49,439.64 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,743,386.50 | $2,743,386.50 | $2,690,947.92 | $209,376.50 | $209,376.50 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,735,934.79 | $6,735,934.79 | $6,687,430.39 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $2,515,176.71 | $2,515,176.71 | $2,432,846.12 | $68,491.21 | $68,491.21 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $80,615,517.20 | $80,615,517.20 | $79,788,351.37 | $803,759.90 | $803,759.90 |
| UGGC & Associés, Special Counsel to the Trustee | $2,764,052.96 | $2,764,052.96 | $2,729,595.46 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,814.30 | $321,814.30 | $320,543.67 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $15,642,880.06 | $15,642,880.06 | $15,181,555.37 | $604,115.16 | $604,115.16 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,665,542.51 | $20,665,542.51 | $20,504,984.25 | $1,320,049.03 | $1,320,049.03 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $86,880.33 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $106,499.97 | $106,499.97 | $104,338.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $225,949.63 | $225,949.63 | $219,188.81 | $365.04 | $365.04 |

4867-4995-1274.3

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,590,624.24 | $1,590,624.24 | $1,590,624.24 | $23,518.30 | $23,518.30 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $211,661.45 | $211,661.45 | $193,430.44 | $165.24 | $165.24 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $66,604.50 | $66,604.50 | $59,944.05 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | $15,660.54 | $15,660.54 | $14,094.48 | $1,893.00 | $1,893.00 |
| Lukins & Annis P.S., Special Counsel to the Trustee | $11,621.70 | $11,621.70 | $10,459.53 | $1,155.94 | $1,155.94 |

Schedule B(1)    DATE: __/__/__         INITIALS:  : __ USBJ