**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02761 (CGM) |
| Plaintiff, | |
| v. | |
| KBC INVESTMENTS LIMITED, | |
| Defendant. | |

**STIPULATION AND ORDER REGARDING FILING OF**
**AMENDED COMPLAINT AND SUBSEQUENT SCHEDULING**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, individually, and defendant KBC Investments Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS,** the Trustee filed a complaint in this action on October 6, 2011; and

**WHEREAS,** on July 15, 2022, counsel for KBC consented to the Trustee's filing of an amended complaint in the form forwarded by the Trustee's counsel to KBC's counsel on July 1, 2022, subject to the right of KBC to file a motion to dismiss any and all claims asserted therein.

**IT IS HEREBY STIPULATED AND AGREED,** the Trustee shall file the amended complaint in final form (which shall be substantively the same as the draft amended complaint provided to defense counsel on July 1, 2022 ) (the "Amended Complaint") on or before **August 5, 2022**.

**IT IS FURTHER STIPULATED AND AGREED,** the Defendant shall file a motion to dismiss the Amended Complaint on or before **October 7, 2022**. The Trustee shall file any opposition to Defendant's motion to dismiss on or before **December 9, 2022**, and Defendant shall file any reply brief in support of its motion on or before **January 13, 2023**.

**IT IS FURTHER STIPULATED AND AGREED,** that the Parties shall request oral argument on the motion for the Court's February 2023 omnibus hearing date, subject to the availability of undersigned counsel for the parties.

**IT IS FURTHER STIPULATED AND AGREED,** the Parties reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation and Order shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including without limitation, challenges to personal jurisdiction.

**IT IS FURTHER STIPULATED AND AGREED,** the above deadlines granted by this Stipulation and Order are without prejudice to either party seeking future extensions of time.

Dated: August 1, 2022
New York, New York

By: */s/ Eric R. Fish*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
David J. Sheehan
Email: dsheehan@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Marissa Alter-Nelson*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
John J. Kuster
Email: jkuster@sidley.com
Andrew Propps
Email: apropps@sidley.com
Marissa Alter-Nelson
Email: malternelson@sidley.com

*Attorneys for Defendant, KBC Investments Limited*

**SO ORDERED.**



**Dated: August 2, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**