UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

-------------------------------------------------------- x

In re:

BERNARD L. MADOFF,

                Debtor.

-------------------------------------------------------- x

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

                Plaintiff,

       v.

BANQUE LOMBARD ODIER & CIE SA,

                Defendant.

-------------------------------------------------------- x

Adv. Pro. No. 08-01789 (CGM)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 12-01693 (CGM)

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), Mayer Brown LLP hereby appears in the above-captioned cases as counsel for Defendant Banque Lombard Odier & Cie SA ("Lombard Odier"), and requests that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office addresses, telephone numbers and email addresses:

MAYER BROWN LLP
Kevin C. Kelly
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: kkelly@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers is not and shall not be construed as a waiver of any of the above-named parties' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned cases, all of which are hereby expressly reserved.  Counsel certifies we are admitted to practice in this Court.

Dated:  August 2, 2022
New York, New York

                         MAYER BROWN LLP

                         */s/ Kevin C. Kelly*
                         Kevin C. Kelly
                         1221 Avenue of the Americas
                         New York, New York 10020
                         Tel. No.: (212) 506-2500
                         Email: kkelly@mayerbrown.com

                         *Counsel for Defendant Lombard Odier*