**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF ROBERT SHERVYN SAVIN, and BARBARA L. SAVIN, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin, <br><br> Defendants. | Adv. Pro. No. 10-04889 (CGM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa–78*lll*, the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the following:

>Nicholas G. Hallenbeck
>Assistant General Counsel
>Securities Investor Protection Corporation
>1667 K St., NW, Suite 1000
>Washington, D.C. 20006
>Telephone: (202) 371-8300
>Facsimile: (202) 223-1679

Email: nhallenbeck@sipc.org

Dated: August 1, 2022
       Washington, D.C.

    */s/ Nicholas G. Hallenbeck*
NICHOLAS G. HALLENBECK
Assistant General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Facsimile: (202) 223-1679
Email: nhallenbeck@sipc.org