

August 2, 2022

**By ECF**

Clerk's Office
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

      Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a*
            Civil Case No. 08-01789-cgm

Dear Clerk of Court:

    I represented Carol Rosen as a nonparty in the above-mentioned action starting November 2009 until approximately 2013.  As I have not represented Ms. Rosen for many years, and I am no longer involved in this matter, I respectfully request that my name be removed from the notice list.

    Thank you for your attention to this matter.

                              Respectfully Submitted,

                              YANKWITT LLP

            By:  _____
                         Russell M. Yankwitt