**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br> v.<br><br>ASB BANK CORP.,<br><br>    Defendant. | Adv. Pro. No. 11-02730 (CGM) |

**STIPULATION AND ORDER TO WAIVE ARGUMENT**

  Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant ASB Bank Corp. ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on March 25, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 104], with a supporting memorandum of law [ECF No. 105] and the Declaration of Lucas B. Barrett [ECF No. 106]; on May 24, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 110] and the supporting Declaration of Torello H. Calvani [ECF No. 111] (the "Opposition"); and on July 14, 2022, Defendant filed a reply in further support of its Motion [ECF No. 116] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Motion on October 19, 2022, at 10:00 am; and

**WHEREAS**, the Parties have conferred and agree to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on October 19, 2022 to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Remainder of page intentionally left blank.*]

Dated:     August 2, 2022
              New York, New York

| **BAKER & HOSTETLER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| By: */s/ Torello H. Calvani* | By: */s/ Rosa J. Evergreen* |
| 45 Rockefeller Plaza | 601 Massachusetts Ave., NW |
| New York, New York 10111 | Washington, DC 20001-3743 |
| Telephone: 212.589.4200 | Telephone: 202.942.5000 |
| Facsimile: 212.589.4201 | Facsimile: 202.942.5999 |
| David J. Sheehan | Scott B. Schreiber |
| Email: dsheehan@bakerlaw.com | Email: scott.schreiber@arnoldporter.com |
| Torello H. Calvani | Rosa J. Evergreen |
| Email: tcalvani@bakerlaw.com | Email: rosa.evergreen@arnoldporter.com |
| James Rollinson | |
| Email: jrollinson@bakerlaw.com | *Attorneys for Defendant ASB Bank Corp.* |
| J'Naia L. Boyd | |
| Email: jlboyd@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*



**Dated: August 3, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**