# EXHIBIT A

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 10-05421 (CGM) |
| v. | |
| FRANK J. AVELLINO, *et al.*, | |
| Defendants. | |

**DECLARATION OF KATHRYN ZUNNO-FREANEY IN SUPPORT OF THE**
**TRUSTEE'S MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANTS' MOTION TO AMEND FINDINGS OF THE MEMORANDUM**
**DECISION AND OBJECTION TO PROPOSED ORDER**

I, Kathryn Zunno-Freaney, declare the following:

1.       I am a Partner with the law firm of Baker & Hostetler LLP, counsel to Irving H.

Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of

Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff.  I submit

this Declaration in support of the Trustee's Memorandum of Law in Opposition to Defendants'

Motion to Amend Findings of the Memorandum Decision and Objection to Proposed Order, filed

on July 27, 2022. (ECF No. 271.)

2.      Attached hereto as Exhibit 1 is a true and correct copy of Customer Claim No.

12830, received June 29, 2009, signed "Frank Avellino, Gen Ptr" in connection with BLMIS

Account No 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll Avellino

General Partners" with the same customer name provided on the customer claim.

(MWPTAP00535118-40.)

3.      Attached hereto as Exhibit 2 is a true and correct copy of Customer Claim No.

13050, received June 29, 2009, signed "Nancy Carroll Avellino TRUSTEE" in connection with

BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll

Avellino General Partners" with the customer name provided on the customer claim as Heather

Lowles Trust.  (MWPTAP00539300-5.)

4.      Attached hereto as Exhibit 3 is a true and correct copy of Customer Claim No.

13041, received June 29, 2009, signed "Frank J. Avellino TRUSTEE" in connection with

BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll

Avellino General Partners" with the customer name provided on the customer claim as Madison

McEvoy Trust.  (MWPTAP00539185-8.)

5.      Attached hereto as Exhibit 4 is a true and correct copy of Customer Claim No.

13048, received June 29, 2009, signed "Nancy Carroll Avellino TRUSTEE" in connection with

BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll

Avellino General Partners" with the customer name provided on the customer claim as Melanie

Lowles Trust.  (MWPTAP00539288-93.)

2

6.      Attached hereto as Exhibit 5 is a true and correct copy of Customer Claim No.

13039, received June 29, 2009, signed "Nancy Carroll Avellino TRUSTEE" in connection with

BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll

Avellino General Partners" with the customer name provided on the customer claim as Rachel

Anne Rosenthal Trust.  (MWPTAP00539177-80.)

7.      Attached hereto as Exhibit 6 is a true and correct copy of Customer Claim No.

13038, received June 29, 2009, signed "Nancy Carroll Avellino TRUSTEE" in connection with

BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll

Avellino General Partners" with the customer name provided on the customer claim as Rachel

Anne Rosenthal #3 Trust.  (MWPTAP00539173-6.)

8.      Attached hereto as Exhibit 7 is a true and correct copy of Customer Claim No.

13040, received June 29, 2009, signed "Rachel Anne Rosenthal" in connection with BLMIS

Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll Avellino

General Partners" with the customer name provided on the customer claim as Rachel Anne

Rosenthal.  (MWPTAP00539181-4.)

9.      Attached hereto as Exhibit 8 is a true and correct copy of Customer Claim No.

13042, received June 29, 2009, signed "Frank J. Avellino TRUSTEE" in connection with

BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll

Avellino General Partners" with the customer name provided on the customer claim as Taylor

McEvoy Trust.  (MWPTAP00539189-92.)

10.      Attached hereto as Exhibit 9 is a true and correct copy of Customer Claim No.

13534, received June 30, 2009, signed "Thomas Avellino" in connection with BLMIS Account

No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll Avellino General

Partners" with the customer name provided on the customer claim as Thomas Avellino. (MWPTAP00551387-91.)

11.     Attached hereto as Exhibit 10 is a true and correct copy of Customer Claim No. 13049, received June 29, 2009, signed "Nancy Carroll Avellino TRUSTEE" in connection with BLMIS Account No. 1ZB509 in the name of "Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners" with the customer name provided on the customer claim as Tiffany Lowles Trust.  (MWPTAP00539294-9.)

12.     Attached hereto as Exhibit 11 is a true and correct copy of Customer Claim No. 12842, received June 29, 2009, signed "Frank Avellino" in connection with BLMIS Account No 1ZB046 in the name of "Grosvenor Partners, Ltd. c/o Frank Avellino" with the same customer name provided on the customer claim.  (MWPTAP00535394-404.)

13.     Attached hereto as Exhibit 12 is a true and correct copy of Customer Claim No. 12841, received June 29, 2009, signed "Frank Avellino, Gen Ptr" in connection with BLMIS Account No. 1ZB032 in the name of "Mayfair Ventures c/o Frank Avellino" with the same customer name provided on the customer claim.  (MWPTAP00535383-93.)

14.     Attached hereto as Exhibit 13 is a true and correct copy of Customer Claim No. 3865, dated February 27, 2009, signed "Michael Bienes" and "Dianne Bienes" in connection with BLMIS Account No. 1ZB510 in the name of "St. James Associates, Michael Bienes, Diane Bienes General Partners" with the same customer name provided on the customer claim. (MWPTAP00259662-85.)

15.     Attached hereto as Exhibit 14 is a true and correct copy of Customer Claim No. 12840, received June 29, 2009, signed  "Frank Avellino" in connection with BLMIS Account No. 1ZA879 in the name of "Kenn Jordan Associates c/o Frank Avellino" with the same customer name provided on the customer claim.  (MWPTAP00535372-82.)

16.     Attached hereto as Exhibit 15 is a true and correct copy of Customer Claim No. 13035, received June 29, 2009, signed "Nancy Carroll Avellino TRUSTEE" in connection with BLMIS Account No. 1ZA879 in the name of "Kenn Jordan Associates c/o Frank Avellino" with the customer name provided on the customer claim as Rachel Anne Rosenthal Trust. (MWPTAP00539156-62.)

17.     Attached hereto as Exhibit 16 is a true and correct copy of Customer Claim No. 12824, received June 29, 2009, signed "Frank Avellino" in connection with BLMIS Account No. 1ZB249 in the name of "Mayfair Bookkeeping Serv. Inc. Mayfair Pension Plan c/o Frank Avellino" with the same customer name provided on the customer claim.  (MWPTAP00535036-58.)

18.     Attached hereto as Exhibit 17 is a true and correct copy of Customer Claim No. 810, received January 21, 2009, signed "Dianne K. Bienes" in connection with BLMIS Account No. 1B0018 in the name of "Diane K. Bienes" with the same customer name provided on the customer claim.  (MWPTAP00084058-63.)

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 3, 2022
         New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Kathryn Zunno-Freaney*
        Kathryn Zunno-Freaney

# EXHIBIT 1

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:     **012830**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED

In Liquidation

JUN 2 9 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:____[Redacted]____

HOME:_____

Taxpayer I.D. Number (Social Security No.)
4594

Account Number:    1ZB509
ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS
[Redacted]

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $_____0_____
      b.    I owe the Broker a Debit (Dr.) Balance of          $_____0_____

502180406                                1

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $_____*0*_____

d.  If balance is zero, insert "None."                    ___*NONE*___

2.   Claim for securities as of **December 11, 2008**:

### PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| *Nov 2008* | *SEE ATTACHED STATEMENTS DATED November 30, 2008.* | ✓ | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

MWPTAP00535119

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406

3

MWPTAP00535120

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.    _____    ✓

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: _Rebecca L. McDonough, CPA c/o Ahearn Jasco + Co._
      _190 SE 19 Ave   Pompano Beach  FL  33060_.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** ✳

Date _June 25, 2009_    Signature _Frank Crittins_, Gen Ptr

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201


✳ *Customer reserves the right to amend the claim
for any purpose*

502180406                              4

MWPTAP00535121

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
F ax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 929,458.62 | |
| 11/06 | 1,827 | | 11109 | APPLE INC | 105.380 | 192,602.26 | |
| 11/06 | 3,248 | | 11344 | ABBOTT LABORATORIES | 55.090 | 179,061.32 | |
| 11/06 | 2,233 | | 11579 | AMGEN INC | 60.350 | 134,850.55 | |
| 11/06 | 1,624 | | 11814 | BOEING CO | 51.120 | 93,082.83 | |
| 11/06 | 10,556 | | 12049 | BANK OF AMERICA | 23.840 | 252,077.04 | |
| 11/06 | 1,218 | | 12284 | BAXTER INTERNATIONAL INC | 60.600 | 73,858.80 | |
| 11/06 | 2,436 | | 12519 | BANK OF NEW YORK MELLON CORP | 32.290 | 78,755.44 | |
| 11/06 | 4,060 | | 12754 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 83,838.60 | |
| 11/06 | 1,421 | | 12989 | ANHEUSER BUSCH COS INC | 62.430 | 88,769.03 | |
| 11/06 | 11,368 | | 13224 | CITI GROUP INC | 13.550 | 154,263.04 | |
| 11/06 | 6,090 | | 13459 | COMCAST CORP CL A | 15.790 | 96,404.10 | |
| 11/06 | 3,248 | | 13694 | CONOCOPHILIPS | 51.120 | 166,165.76 | |
| 11/06 | 12,383 | | 13929 | CISCO SYSTEMS INC | 17.320 | 217,443.16 | |
| 11/06 | 3,045 | | 14164 | CVS CAREMARK CORP | 30.510 | 93,023.95 | |
| 11/06 | 4,263 | | 14399 | CHEVRON CORP | 73.740 | 314,523.62 | |
| 11/06 | 4,060 | | 14634 | THE WALT DISNEY CO | 24.760 | 100,687.60 | |
| 11/06 | 21,721 | | 14869 | GENERAL ELECTRIC CO | 19.600 | 426,599.60 | |
| 11/06 | 406 | | 15104 | GOOGLE | 356.520 | 144,763.12 | |
| 11/06 | 812 | | 15339 | GOLDMAN SACHS GROUP INC | 91.870 | 74,630.44 | |
| 11/06 | 3,654 | | 15574 | HOME DEPOT INC | 23.300 | 85,284.20 | |
| 11/06 | 5,075 | | 15809 | HEWLETT PACKARD CO | 38.310 | 194,426.25 | |
| 11/06 | 2,842 | | 16044 | INTERNATIONAL BUSINESS MACHS | 92.800 | 263,850.60 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535122

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

PERIOD ENDING 11/30/08   PAGE 2

YOUR ACCOUNT NUMBER 1-28309-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******4594

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 11,571 | | 16279 | INTEL CORP | 16.070 | 185,407.97 | |
| 11/06 | 5,887 | | 16814 | JOHNSON & JOHNSON | 61.310 | 361,166.97 | |
| 11/06 | 7,714 | | 16749 | J.P. MORGAN CHASE & CO | 40.910 | 315,887.74 | |
| 11/06 | 3,248 | | 16984 | KRAFT FOOD INC | 29.110 | 94,678.28 | |
| 11/06 | 4,060 | | 17219 | COCA COLA CO | 44.490 | 180,791.40 | |
| 11/06 | 2,436 | | 17454 | MCDONALDS CORP | 57.900 | 141,141.40 | |
| 11/06 | 2,436 | | 17589 | MEDTRONIC INC | 40.310 | 98,292.16 | |
| 11/06 | 1,421 | | 17924 | 3M COMPANY | 63.590 | 90,417.39 | |
| 11/06 | 4,263 | | 18159 | ALTRIA GROUP INC | 19.160 | 81,849.03 | |
| 11/06 | 4,466 | | 18394 | MERCK & CO | 30.780 | 137,641.48 | |
| 11/06 | 16,443 | | 18629 | MICROSOFT CORP | 22.310 | 367,500.33 | |
| 11/06 | 8,323 | | 18864 | ORACLE CORPORATION | 18.110 | 151,061.53 | |
| 11/06 | 1,827 | | 19369 | OCCIDENTAL PETROLEUM CORP | 54.290 | 99,260.83 | |
| 11/06 | 3,248 | | 19804 | PEPSICO INC | 57 | 185,265.00 | |
| 11/06 | 14,007 | | 20039 | PFIZER INC | 17.690 | 248,343.83 | |
| 11/06 | 6,293 | | 20274 | PROCTER & GAMBLE CO | 64.570 | 405,590.01 | |
| 11/06 | 4,466 | | 20509 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 191,010.18 | |
| 11/06 | 3,451 | | 20744 | QUALCOMM INC | 37.810 | 130,620.31 | |
| 11/06 | 2,436 | | 20979 | SCHLUMBERGER LTD | 51.760 | 126,184.36 | |
| 11/06 | 12,180 | | 21214 | AT&T INC | 26.980 | 329,103.40 | |
| 11/06 | 7,511 | | 21449 | TIME WARNER INC | 10.060 | 75,560.66 | |
| 11/06 | 2,030 | | 21684 | UNITED PARCEL SVC INC CLASS B | 52.790 | 107,244.70 | |
| 11/06 | 3,654 | | 21919 | U S BANCORP | 29.550 | 108,121.70 | |
| 11/06 | 2,030 | | 22154 | UNITED TECHNOLOGIES CORP | 54.920 | 111,568.60 | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535123

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-Z8509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 5,887 | | 22389 | VERIZON COMMUNICATIONS | 29.980 | 176,727.26 | |
| 11/06 | 6,902 | | 22624 | WELLS FARGO & CO NEW | 33.660 | 232,597.32 | |
| 11/06 | 4,669 | | 22859 | WAL-MART STORES INC | 56.560 | 264,264.64 | |
| 11/06 | 10,962 | | 23094 | EXXON MOBIL CORP | 73.680 | 808,118.16 | |
| 11/06 | | | | FIDELITY SPARTAN | DIV | | 2.93 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/06/08 | | | |
| 11/06 | 45,014 | | 10874 | FIDELITY SPARTAN | 1 | 45,014.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 28,163 | 48391 | FIDELITY SPARTAN | 1 | | 28,163.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 750,000 | 48592 | U S TREASURY BILL | 99.989 | | 749,917.50 |
| | | | | DUE 12/11/2008 | | | |
| | | | | 12/11/2008 | | | |
| 11/06 | | 2,075,000 | 48816 | U S TREASURY BILL | 99.932 | | 2,073,589.00 |
| | | | | DUE 12/18/2008 | | | |
| | | | | 12/18/2008 | | | |
| 11/06 | | 2,575,000 | 49025 | U S TREASURY BILL | 99.960 | | 2,573,970.00 |
| | | | | DUE 01/08/2009 | | | |
| | | | | 1/08/2009 | | | |
| 11/06 | | 2,575,000 | 49238 | U S TREASURY BILL | 99.946 | | 2,573,609.50 |
| | | | | DUE 01/15/2009 | | | |
| | | | | 1/15/2009 | | | |
| 11/06 | | 2,575,000 | 49453 | U S TREASURY BILL | 99.934 | | 2,573,300.50 |
| | | | | DUE 01/22/2009 | | | |
| | | | | 1/22/2009 | | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535124

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

YOUR ACCOUNT NUMBER: 1-Z8509-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4594

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 2,575,000 | 496 68 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 2,573,146.00 |
| 11/06 | | 1,075,000 | 498 81 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 1,073,946.50 |
| 11/06 | 1,625,000 | | 501 18 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 1,621,782.50 | |
| 11/06 | 1,625,000 | | 503 47 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 1,620,953.75 | |
| 11/06 | 1,625,000 | | 505 76 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 1,620,547.50 | |
| 11/07 | 1,260 | | 236 30 | APPLE INC | 108.800 | 137,138.00 | |
| 11/07 | 2,240 | | 238 65 | ABBOTT LABORATORIES | 56.590 | 126,850.60 | |
| 11/07 | 1,540 | | 241 00 | AMGEN INC | 62.070 | 95,648.80 | |
| 11/07 | 1,120 | | 243 35 | BOEING CO | 53.640 | 60,120.80 | |
| 11/07 | 7,140 | | 245 70 | BANK OF AMERICA | 23.720 | 169,645.80 | |
| 11/07 | 840 | | 248 05 | BAXTER INTERNATIONAL INC | 61.740 | 51,894.60 | |
| 11/07 | 1,540 | | 250 40 | BANK OF NEW YORK MELLON CORP | 34.210 | 52,744.40 | |
| 11/07 | 2,800 | | 252 75 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 58,968.00 | |
| 11/07 | 980 | | 255 10 | ANHEUSER BUSCH COS INC | 64.190 | 62,945.20 | |
| 11/07 | 7,560 | | 257 45 | CITI GROUP INC | 14.410 | 109,241.60 | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535125

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

A
Madoff Securities Internat
12 Be
Mayfair, Lond
Tel 0

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAG |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB309-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AM TO |
|---|---|---|---|---|---|---|---|
| 11/07 | 4,060 | | 25980 | COMCAST CORP CL A | 17.390 | 70,765.40 | |
| 11/07 | 2,100 | | 26215 | CONOCOPHILIPS | 53.060 | 111,510.00 | |
| 11/07 | 8,260 | | 26450 | CISCO SYSTEMS INC | 17.380 | 143,540.80 | |
| 11/07 | 1,960 | | 26685 | CVS CAREMARK CORP | 31.720 | 62,249.20 | |
| 11/07 | 2,940 | | 26920 | CHEVRON CORP | 75.450 | 221,940.00 | |
| 11/07 | 2,660 | | 27155 | THE WALT DISNEY CO | 25.620 | 68,255.20 | |
| 11/07 | 14,700 | | 27390 | GENERAL ELECTRIC CO | 19.810 | 291,795.00 | |
| 11/07 | 280 | | 27625 | GOOGLE | 349.160 | 97,775.80 | |
| 11/07 | 560 | | 27860 | GOLDMAN SACHS GROUP INC | 89.070 | 49,901.20 | |
| 11/07 | 2,380 | | 28095 | HOME DEPOT INC | 22.430 | 53,597.40 | |
| 11/07 | 3,500 | | 28330 | HEWLETT PACKARD CO | 38.820 | 136,010.00 | |
| 11/07 | 1,960 | | 28565 | INTERNATIONAL BUSINESS MACHS | 92.430 | 181,240.80 | |
| 11/07 | 7,840 | | 28800 | INTEL CORP | 16 | 125,753.00 | |
| 11/07 | 3,920 | | 29035 | JOHNSON & JOHNSON | 61.820 | 242,490.40 | |
| 11/07 | 5,320 | | 29270 | J.P. MORGAN CHASE & CO | 40.960 | 218,119.20 | |
| 11/07 | 2,100 | | 29505 | KRAFT FOOD INC | 29.710 | 62,475.00 | |
| 11/07 | 2,800 | | 29740 | COCA COLA CO | 46.580 | 130,536.00 | |
| 11/07 | 1,540 | | 29975 | MCDONALDS CORP | 57.510 | 88,626.40 | |
| 11/07 | 1,540 | | 30210 | MEDTRONIC INC | 41.140 | 63,416.60 | |
| 11/07 | 980 | | 30445 | 3M COMPANY | 64.830 | 63,621.40 | |
| 11/07 | 2,940 | | 30680 | ALTRIA GROUP INC | 19.370 | 57,064.80 | |
| 11/07 | 3,080 | | 30915 | MERCK & CO | 30.480 | 94,001.40 | |
| 11/07 | 11,200 | | 31150 | MICROSOFT CORP | 22.940 | 257,376.00 | |
| 11/07 | 5,600 | | 31385 | ORACLE CORPORATION | 18.470 | 103,656.00 | |

CONTINUED ON PAGE   6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535126

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 |
|---|---|---|

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 1,120 | | 32090 | OCCIDENTAL PETROLEUM CORP | 54.380 | 60,949.60 | |
| 11/07 | 2,240 | | 32325 | PEPSICO INC | 58.630 | 131,420.20 | |
| 11/07 | 9,520 | | 32560 | PFIZER INC | 18 | 171,740.00 | |
| 11/07 | 4,340 | | 32795 | PROCTER & GAMBLE CO | 65.180 | 283,054.20 | |
| 11/07 | 2,940 | | 33030 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 128,418.60 | |
| 11/07 | 2,380 | | 33265 | QUALCOMM INC | 37.690 | 89,797.20 | |
| 11/07 | 1,680 | | 33500 | SCHLUMBERGER LTD | 51.770 | 87,040.60 | |
| 11/07 | 8,120 | | 33735 | AT&T INC | 28.910 | 235,073.20 | |
| 11/07 | 5,040 | | 33970 | TIME WARNER INC | 10.110 | 51,155.40 | |
| 11/07 | 1,400 | | 34205 | UNITED PARCEL SVC INC<br>CLASS B | 53.680 | 75,208.00 | |
| 11/07 | 2,520 | | 34440 | U S BANCORP | 30.790 | 77,690.80 | |
| 11/07 | 1,400 | | 34675 | UNITED TECHNOLOGIES CORP | 56 | 78,456.00 | |
| 11/07 | 3,920 | | 34910 | VERIZON COMMUNICATIONS | 31.810 | 124,851.20 | |
| 11/07 | 4,760 | | 35145 | WELLS FARGO & CO NEW | 34.080 | 162,410.80 | |
| 11/07 | 3,220 | | 35380 | WAL-MART STORES INC | 56.730 | 182,798.60 | |
| 11/07 | 7,420 | | 35615 | EXXON MOBIL CORP | 75.280 | 558,873.60 | |
| 11/07 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/07/08 | DIV | | .81 |
| 11/07 | | 45,014 | 11126 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 45,014.00 |
| 11/07 | | 1,575,000 | 11374 | U S TREASURY BILL<br>DUE 02/05/09<br>2/05/2009 | 99.923 | | 1,573,787.25 |
| | | | | CONTINUED ON PAGE    7 | | | |

CONTINUED ON PAGE    7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535127

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 7 |

| YOUR ACCOUNT NUMBER | YOUR TAX IDENTIFICATION NUMBER |
|---|---|
| 1-Z8509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 1,600,000 | 11589 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 1,598,192.00 |
| 11/07 | | 1,600,000 | 11805 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 1,598,224.00 |
| 11/07 | | 1,575,000 | 12015 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 1,572,889.50 |
| 11/07 | 25,000 | | 12352 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 24,930.00 | |
| 11/07 | 25,000 | | 12572 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 24,917.75 | |
| 11/07 | 30,927 | | 12807 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 30,927.00 | |
| 11/10 | 1,548 | | 36090 | APPLE INC | 108.720 | 168,359.56 | |
| 11/10 | 2,752 | | 36325 | ABBOTT LABORATORIES | 55.910 | 153,974.32 | |
| 11/10 | 1,892 | | 36560 | AMGEN INC | 59.620 | 112,876.04 | |
| 11/10 | 1,376 | | 36795 | BOEING CO | 52.190 | 71,868.44 | |
| 11/10 | 8,944 | | 37030 | BANK OF AMERICA | 24.050 | 215,460.20 | |
| 11/10 | 1,204 | | 37265 | BAXTER INTERNATIONAL INC | 60.770 | 73,215.08 | |
| 11/10 | 2,054 | | 37500 | BANK OF NEW YORK MELLON CORP | 33.680 | 69,184.72 | |
| 11/10 | 3,612 | | 37735 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 77,115.72 | |

CONTINUED ON PAGE    8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535128

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

```
┌──────┐
│ MADF │  BERNARD L. MADOFF
└──────┘  INVESTMENT SECURITIES LLC
          New York □ London
```

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 8 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB309-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 1,204 | | 37970 | ANHEUSER BUSCH COS INC | 64.090 | 77,212.36 | |
| 11/10 | 9,804 | | 38205 | CITI GROUP INC | 14.270 | 140,295.08 | |
| 11/10 | 5,160 | | 38440 | COMCAST CORP CL A | 17.410 | 90,041.60 | |
| 11/10 | 2,752 | | 38675 | CONOCOPHILIPS | 54.130 | 149,075.76 | |
| 11/10 | 10,492 | | 38910 | CISCO SYSTEMS INC | 18.035 | 190,114.36 | |
| 11/10 | 2,580 | | 39145 | CVS CAREMARK CORP | 31.300 | 80,857.00 | |
| 11/10 | 3,784 | | 39380 | CHEVRON CORP | 76.410 | 289,286.44 | |
| 11/10 | 3,268 | | 39615 | THE WALT DISNEY CO | 25.660 | 83,986.88 | |
| 11/10 | 18,748 | | 39850 | GENERAL ELECTRIC CO | 20.530 | 385,645.44 | |
| 11/10 | 344 | | 40085 | GOOGLE | 363.580 | 125,084.52 | |
| 11/10 | 860 | | 40320 | GOLDMAN SACHS GROUP INC | 92.690 | 79,738.80 | |
| 11/10 | 3,096 | | 40555 | HOME DEPOT INC | 23.030 | 71,423.88 | |
| 11/10 | 4,472 | | 40790 | HEWLETT PACKARD CO | 37.290 | 166,938.88 | |
| 11/10 | 2,408 | | 41025 | INTERNATIONAL BUSINESS MACHS | 92.660 | 223,221.28 | |
| 11/10 | 10,148 | | 41260 | INTEL CORP | 15.600 | 161,555.24 | |
| 11/10 | 4,988 | | 41495 | JOHNSON & JOHNSON | 61.320 | 306,063.16 | |
| 11/10 | 6,536 | | 41730 | J.P. MORGAN CHASE & CO | 41.730 | 273,008.28 | |
| 11/10 | 2,752 | | 41965 | KRAFT FOOD INC | 30.100 | 82,945.20 | |
| 11/10 | 3,612 | | 42200 | COCA COLA CO | 45.500 | 164,490.00 | |
| 11/10 | 2,064 | | 42435 | MCDONALDS CORP | 57.230 | 118,204.72 | |
| 11/10 | 2,064 | | 42670 | MEDTRONIC INC | 40.300 | 83,261.20 | |
| 11/10 | 1,204 | | 42905 | 3M COMPANY | 64.690 | 77,934.76 | |
| 11/10 | 3,612 | | 43140 | ALTRIA GROUP INC | 18.890 | 68,374.68 | |
| 11/10 | 3,784 | | 43375 | MERCK & CO | 30.510 | 115,600.84 | |
| | | | | CONTINUED ON PAGE    9 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535129

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 9 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 13,932 | | 43610 | MICROSOFT CORP | 23.200 | 323,779.40 | |
| 11/10 | 7,052 | | 43845 | ORACLE CORPORATION | 18.600 | 131,449.20 | |
| 11/10 | 1,548 | | 44785 | OCCIDENTAL PETROLEUM CORP | 56.010 | 86,764.48 | |
| 11/10 | 2,752 | | 44785 | PEPSICO INC | 57.550 | 158,487.60 | |
| 11/10 | 12,212 | | 45020 | PFIZER INC | 17.960 | 219,815.52 | |
| 11/10 | 5,332 | | 45255 | PROCTER & GAMBLE CO | 65.230 | 348,019.36 | |
| 11/10 | 3,612 | | 45490 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 159,180.36 | |
| 11/10 | 2,924 | | 45725 | QUALCOMM INC | 37.310 | 109,210.44 | |
| 11/10 | 2,236 | | 45960 | SCHLUMBERGER LTD | 50.500 | 113,007.00 | |
| 11/10 | 10,664 | | 46195 | AT&T INC | 28.580 | 305,203.12 | |
| 11/10 | 6,192 | | 46430 | TIME WARNER INC | 11.010 | 68,420.92 | |
| 11/10 | 1,720 | | 46665 | UNITED PARCEL SVC INC CLASS B | 54.420 | 93,670.40 | |
| 11/10 | 3,096 | | 46900 | U S BANCORP | 31.510 | 97,677.96 | |
| 11/10 | 1,720 | | 47135 | UNITED TECHNOLOGIES CORP | 56.430 | 97,127.60 | |
| 11/10 | 5,160 | | 47370 | VERIZON COMMUNICATIONS | 32 | 165,328.00 | |
| 11/10 | 5,848 | | 47605 | WELLS FARGO & CO NEW | 34.600 | 202,573.80 | |
| 11/10 | 3,956 | | 47840 | WAL-MART STORES INC | 55.710 | 220,546.76 | |
| 11/10 | 9,288 | | 48075 | EXXON MOBIL CORP | 75.800 | 704,401.40 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.68 |
| 11/10 | | 30,927 | 13043 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,927.00 |
| 11/10 | | 1,675,000 | 13197 | U S TREASURY BILL DUE 3/12/2009         3/12/2009 | 99.875 | | 1,672,906.25 |
| | | | | CONTINUED ON PAGE   10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535130

| MADF | BERNARD L. MADOFF INVESTMENT SECURITIES LLC New York □ London |
| --- | --- |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | 11/30/08 |
| --- | --- |
| PAGE | 10 |

| YOUR ACCOUNT NUMBER | 1-ZB509-3-0 |
| --- | --- |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/10 | | 1,650,000 | 13415 | U S TREASURY BILL DUE 03/19/2009 3/19/2009 | 99.867 | | 1,647,805.50 |
| 11/10 | | 1,625,000 | 13617 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.834 | | 1,622,302.50 |
| 11/10 | | 1,625,000 | 13819 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.770 | | 1,621,262.50 |
| 11/10 | | 1,650,000 | 14052 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.742 | | 1,645,743.00 |
| 11/10 | | 25,000 | 14272 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 24,921.50 |
| 11/10 | 25,000 | | 14499 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 24,921.50 | |
| 11/10 | 13,849 | | 14731 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,849.00 | |
| 11/18 | | 3,605 | 49479 | ANHEUSER BUSCH COS INC | 70 | | 252,350.00 |
| 11/18 | 250,000 | | 49714 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 249,575.00 | |
| 11/18 | 2,775 | | 49952 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,775.00 | |

CONTINUED ON PAGE 11

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535131

| | BERNARD L. MADOFF |
|---|---|
| MADF | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 11 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.24 |
| 11/19 | | 16,624 | 54196 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 16,624.00 |
| 11/19 | 2,300,000 | | 58618 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 2,298,298.00 | |
| 11/19 | 1,638 | | 63232 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,638.00 | |
| 11/20 | | 2,300,000 | 63928 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 2,299,126.00 |
| 11/20 | 2,300,000 | | 64166 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 2,298,781.00 | |
| 11/20 | 345 | | 64407 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 345.00 | |
| 11/25 | 612 | | 64646 | APPLE INC | 85.070 | 52,086.84 | |
| 11/25 | 1,088 | | 64884 | ABBOTT LABORATORIES | 54.140 | 58,947.32 | |
| 11/25 | 748 | | 65122 | AMGEN INC | 53.630 | 40,144.24 | |
| 11/25 | 3,468 | | 65360 | BANK OF AMERICA | 12.980 | 45,152.64 | |
| 11/25 | 408 | | 65598 | BAXTER INTERNATIONAL INC | 52.570 | 21,464.56 | |
| 11/25 | 816 | | 65836 | BANK OF NEW YORK MELLON CORP | 24.690 | 20,179.04 | |
| 11/25 | 1,360 | | 66074 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 27,444.40 | |

CONTINUED ON PAGE    12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535132

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

```
        BERNARD L. MADOFF
MADF    INVESTMENT SECURITIES LLC
        New York □ London
```

885 Third Avenue
New York, NY 10022
(212) 230-242-4
800 334-1343
Fax (212) 838-4061

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/03 | 12 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 3,944 | | 66312 | CITI GROUP INC | 6.100 | 24,215.40 | |
| 11/25 | 340 | | 66550 | COLGATE PALMOLIVE CO | 62.660 | 21,317.40 | |
| 11/25 | 1,972 | | 66788 | COMCAST CORP CL A | 13.970 | 27,626.84 | |
| 11/25 | 1,088 | | 67026 | CONOCOPHILIPS | 45.100 | 49,111.80 | |
| 11/25 | 4,080 | | 67264 | CISCO SYSTEMS INC | 14.970 | 61,240.60 | |
| 11/25 | 1,020 | | 67502 | CVS CAREMARK CORP | 27.040 | 27,620.80 | |
| 11/25 | 1,428 | | 67740 | CHEVRON CORP | 68.710 | 98,174.88 | |
| 11/25 | 1,292 | | 67978 | THE WALT DISNEY CO | 19.780 | 25,580.92 | |
| 11/25 | 476 | | 68216 | EXELON CORP | 48.740 | 23,219.24 | |
| 11/25 | 7,480 | | 68454 | GENERAL ELECTRIC CO | 14.010 | 105,093.80 | |
| 11/25 | 136 | | 68692 | GOOGLE | 275 | 37,405.00 | |
| 11/25 | 1,156 | | 68930 | HOME DEPOT INC | 19.530 | 22,622.68 | |
| 11/25 | 1,700 | | 69168 | HEWLETT PACKARD CO | 32.990 | 56,151.00 | |
| 11/25 | 952 | | 69406 | INTERNATIONAL BUSINESS MACHS | 75.080 | 71,514.16 | |
| 11/25 | 3,944 | | 69644 | INTEL CORP | 12.270 | 48,549.88 | |
| 11/25 | 1,972 | | 69882 | JOHNSON & JOHNSON | 57.630 | 113,763.80 | |
| 11/25 | 2,584 | | 70120 | J.P. MORGAN CHASE & CO | 27.760 | 71,834.84 | |
| 11/25 | 1,020 | | 70358 | KRAFT FOOD INC | 25.900 | 26,458.00 | |
| 11/25 | 1,360 | | 70596 | COCA COLA CO | 42.040 | 57,228.40 | |
| 11/25 | 748 | | 70834 | MCDONALDS CORP | 55 | 41,169.00 | |
| 11/25 | 816 | | 71072 | MEDTRONIC INC | 30.800 | 25,164.80 | |
| 11/25 | 476 | | 71310 | 3M COMPANY | 58.280 | 27,760.28 | |
| 11/25 | 1,428 | | 71548 | ALTRIA GROUP INC | 16.250 | 23,262.00 | |
| 11/25 | 1,496 | | 71786 | MERCK & CO | 25 | 37,459.00 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   13 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE   13

MWPTAP00535133

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 13 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-Z0509-3-0 | *****4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 5,440 | | 72024 | MICROSOFT CORP | 18.100 | 98,681.00 | |
| 11/25 | 2,720 | | 72738 | ORACLE CORPORATION | 16.050 | 43,764.00 | |
| 11/25 | 612 | | 72976 | OCCIDENTAL PETROLEUM CORP | 44.570 | 27,300.84 | |
| 11/25 | 1,088 | | 73214 | PEPSICO INC | 51.800 | 56,401.40 | |
| 11/25 | 4,692 | | 73452 | PFIZER INC | 15.320 | 72,068.44 | |
| 11/25 | 2,040 | | 73690 | PROCTER & GAMBLE CO | 61.940 | 126,438.60 | |
| 11/25 | 1,428 | | 73928 | PHILLIP MORRIS INTERNATIONAL | 36.330 | 52,007.64 | |
| 11/25 | 1,156 | | 74166 | QUALCOMM INC | 29.850 | 34,552.60 | |
| 11/25 | 816 | | 74404 | SCHLUMBERGER LTD | 46.270 | 37,788.32 | |
| 11/25 | 4,080 | | 74642 | AT&T INC | 25 | 102,163.00 | |
| 11/25 | 2,516 | | 74880 | TIME WARNER INC | 0.010 | 20,253.16 | |
| 11/25 | 680 | | 75118 | UNITED PARCEL SVC INC CLASS B | 50.760 | 34,543.80 | |
| 11/25 | 1,224 | | 75356 | U S BANCORP | 23.400 | 23,689.60 | |
| 11/25 | 680 | | 75594 | UNITED TECHNOLOGIES CORP | 44.890 | 30,552.20 | |
| 11/25 | 1,972 | | 75832 | VERIZON COMMUNICATIONS | 26.570 | 52,474.04 | |
| 11/25 | 2,652 | | 76070 | WELLS FARGO & CO NEW | 23.320 | 63,276.64 | |
| 11/25 | 1,564 | | 76308 | WAL-MART STORES INC | 51.450 | 80,525.80 | |
| 11/25 | 952 | | 76546 | WYETH | 33 | 31,454.00 | |
| 11/25 | 3,672 | | 76784 | EXXON MOBIL CORP | 72 | 264,530.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | .19 |
| 11/25 | | 1,983 | 77375 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,983.00 |

CONTINUED ON PAGE    14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535134

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 14 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB309-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 2,575,000 | 77615 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 2,571,858.50 |
| 11/25 | 15,673 | | 77912 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,673.00 | |
| | | | | NEW BALANCE | | 3,335,062.52 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 35,044 | | | AT&T INC | 28.560 | | |
| | 9,328 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 12,243 | | | ALTRIA GROUP INC | 16.080 | | |
| | 6,413 | | | AMGEN INC | 55.540 | | |
| | 5,247 | | | APPLE INC | 92.670 | | |
| | 30,108 | | | BANK OF AMERICA | 16.250 | | |
| | 6,856 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 3,670 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 4,120 | | | BOEING CO | 42.630 | | |
| | 11,832 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 8,605 | | | CVS CAREMARK CORP | 28.930 | | |
| | 12,435 | | | CHEVRON CORP | 79.010 | | |
| | 35,215 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 32,676 | | | CITI GROUP INC | 8.290 | | |
| | 11,832 | | | COCA COLA CO | 46.870 | | |
| | 340 | | | COLGATE PALMOLIVE CO | 65.070 | | |

CONTINUED ON PAGE 15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535135

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 15 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-3-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 17,282 | | | COMCAST CORP CL A | 17.340 | | |
| | 9,188 | | | CONOCOPHILIPS | 52.520 | | |
| | 11,280 | | | THE WALT DISNEY CO | 22.520 | | |
| | 476 | | | EXELON CORP | 56.210 | | |
| | 31,342 | | | EXXON MOBIL CORP | 80.150 | | |
| | 62,649 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 2,232 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 1,166 | | | GOOGLE | 292.960 | | |
| | 14,747 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 10,286 | | | HOME DEPOT INC | 23.110 | | |
| | 33,503 | | | INTEL CORP | 13.800 | | |
| | 8,162 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 22,154 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 16,767 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 9,120 | | | KRAFT FOOD INC | 27.210 | | |
| | 6,788 | | | MCDONALDS CORP | 58.750 | | |
| | 6,856 | | | MEDTRONIC INC | 30.520 | | |
| | 12,826 | | | MERCK & CO | 26.720 | | |
| | 47,015 | | | MICROSOFT CORP | 20.220 | | |
| | 5,107 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 23,695 | | | ORACLE CORPORATION | 16.090 | | |
| | 9,328 | | | PEPSICO INC | 56.700 | | |
| | 40,431 | | | PFIZER INC | 16.430 | | |
| | 12,446 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |

CONTINUED ON PAGE 16

MWPTAP00535136

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

PERIOD ENDING
11/30/08

PAGE
16

YOUR ACCOUNT NUMBER
1-ZB509-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
******4594

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 18,005 | | | PROCTER & GAMBLE CO | 64.330 | | |
| | 9,911 | | | QUALCOMM INC | 33.570 | | |
| | 7,168 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,673 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 4,081 | | | 3M COMPANY | 66.930 | | |
| | 21,259 | | | TIME WARNER INC | 9.050 | | |
| | 10,494 | | | U S BANCORP | 26.980 | | |
| | 5,830 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 5,830 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 16,939 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 13,409 | | | WAL-MART STORES INC | 55.880 | | |
| | 20,162 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 952 | | | WYETH | 36.010 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 24,920,815.21 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535137

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-4-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 929,459.00 |
| 11/06 | | 203 | 19099 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 411,887.00 |
| 11/06 | 203 | | 19334 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 416,353.00 | |
| 11/07 | | 140 | 31620 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 307,860.00 |
| 11/07 | 140 | | 31855 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 193,340.00 | |
| 11/10 | | 172 | 44080 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 213,108.00 |
| 11/10 | 172 | | 44315 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 289,132.00 | |
| 11/19 | | 515 | 30294 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 1,338,485.00 |
| 11/19 | 515 | | 30532 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 1,545,515.00 | |
| 11/19 | 343 | | 30770 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 51,793.00 | |
| 11/19 | 172 | | 31008 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 15,652.00 | |
| 11/19 | | 343 | 31246 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 1,543,157.00 |
| 11/19 | | 172 | 31484 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 1,014,628.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535138

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASTER ASSOCIATES
FRANK AVELLINO, NANCY CARROLL
AVELLINO GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB509-4-0 | ******4594 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 68 | 72262 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 231,132.00 |
| 11/25 | 68 | | 72500 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 142,868.00 | |
| | | | | NEW BALANCE | | | 3,335,063.00 |
| | | 515 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | 68 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 515 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 68 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 884,430.00   1,614,750.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535139



**Ahearn Jasco Company**

Business and Financial Consultants
Certified Public Accountants
Chartered

190 Southeast 19th Avenue
Pompano Beach, Florida 33060

UNITED STATES POSTAGE
02 1P    $ 022.40
0004414735   JUN 26 2009
MAILED FROM ZIP CODE 33060

U.S. POSTAGE
PAID
POMPANO BEACH, FL
33060 09
JUN 16 09
AMOUNT
$0.00
00033216-14
1007

RETURN RECEIPT
REQUESTED

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

EB878747035US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 33060
Date Accepted: 6 26 2009
Time Accepted: 1635 AM
Flat Rate or Weight: lbs. ozs.

Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day
Scheduled Date of Delivery: 6 27
Scheduled Time of Delivery: ☐ Noon ☐ 3 PM
Military: ☐ 2nd Day ☐ 3rd Day
Int'l Alpha Country Code:

Postage: $ 20.10
Return Receipt Fee: $ 2.30
COD Fee | Insurance Fee
Total Postage & Fees: $ 22.40
Acceptance Emp. Initials: W

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. 6 Day 27 Time 1040 ☐ AM ☐ PM    Employee Signature
Delivery Attempt: Mo. Day Time ☐ AM ☐ PM    Employee Signature
Delivery Date: Mo. 6 Day 29 Time 333 ☑ AM ☐ PM    Employee Signature W

**CUSTOMER USE ONLY**

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
☐ NO DELIVERY ☐ Weekend ☐ Holiday

**FROM:** (PLEASE PRINT)  PHONE 954-781-8800
Ahearn Jasco & Co
190 SE 19th Ave.
Pompano Beach, FL 33060

**TO:** (PLEASE PRINT)  PHONE (
Irving H. Picard, Esq.
Claims Processing Center
2100 McKinney Ave. #800
Dallas, Tx 75201   #608386

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
7 5 2 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

**EMS**

PRESS HARD. YOU ARE MAKING 3 COPIES.

MWPTAP00535140

# EXHIBIT 2

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          **013050**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED
JUN 29 2009

(Please print or type)

Name of Customer: *Heather Cowles, Trust*
Mailing Address: *Nancy Carroll Avelline, Trustee;*    | Redacted |
City | Redacted |    State: | Redacted |    Zip: | Redacted |
Account No.: *1ZB509, Customer of Bernard L. Madoff Investment Securities LLC*
Taxpayer I.D. Number (Social Security No.): | Redacted | *2625*    *via A-gov Associa*

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of        $_____

   b.    I owe the Broker a Debit (Dr.) Balance of        $_____

   c.    If you wish to repay the Debit Balance,
         please insert the amount you wish to repay and
         attach a check payable to "Irving H. Picard, Esq.,
         Trustee for Bernard L. Madoff Investment Securities LLC."
         If you wish to make a payment, **it must be enclosed**
         with this claim form.        $_____

   d.    If balance is zero, insert "None."        *None*

*502180406*        1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | Partnership security position in Aster Associates valued at $240,462 | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00539301

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | _____ | ✕ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | ✕ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | ✕ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | _____ | ✕ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | ✕ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | _____ | ✕ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | _____ | ✕ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

MWPTAP00539302

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.** *

Date _24 June 2009_    Signature _Nancy Carroll Avellino_
                                            _Trustee_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*Customer reserves the right to amend the claim for any purpose.

MWPTAP00539303

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Redacted

MWPTAP00539304

MWPTAP00539305

# EXHIBIT 3

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:
**013041**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED

JUN 2 9 2009

(Please print or type)

Name of Customer: Madison McEvoy Trust
Mailing Address: Frank J. Avellino, Trustee; ___ Redacted
City| Redacted State: Redacted Zip| Redacted
Account No.: 1ZB509, Customer of Bernard L. Madoff Investment Securities
Taxpayer I.D. Number (Social Security No.): ___ Redacted 2628 LLC via Astor Associates

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of          $_____

b.    I owe the Broker a Debit (Dr.) Balance of             $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                               $_____

d.    If balance is zero, insert "None."                   None

*502180406*                                1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Partnership security position in Aster Associates Valued at $607,768 | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00539186

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

502180406                              3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.***

Date _June 25, 2009_          Signature _Frank J. Cattlino_
                                                   _TRUSTEE_

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*Customer reserves the right to amend the claim for any purpose.

502180406                    4

MWPTAP00539188

# EXHIBIT 4

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:        013048

~~Date Received~~

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation                          **RECEIVED**

**DECEMBER 11, 2008**               JUN 2 9 2009

(Please print or type)

Name of Customer: _Melanie Lowles Trust_
Mailing Address: _Nancy Carroll Avellino, Trustee;_     **Redacted**
City: Redacted                State: Redacted
Account No.: _17B509, Customer of Bernard L. Madoff Investment Securities LLC_
Taxpayer I.D. Number (Social Security No.): _Redacted 2627_    _via Aster Associates_

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.     Claim for money balances as of **December 11, 2008**:

   a.     The Broker owes me a Credit (Cr.) Balance of        $_____  _____

   b.     I owe the Broker a Debit (Dr.) Balance of           $_____

   c.     If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, **it must be enclosed**

           with this claim form.                              $_____

   d.     If balance is zero, insert "None."                  _None_

MWPTAP00539288

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | Partnership security position in Aster Associates valued at $436,185 | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                          2

MWPTAP00539289

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

MWPTAP00539290

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.** ✱

Date _24 June 2009_    Signature _Nancy Carroll Anodini_
                                              _Trustee_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

✱ Customer reserves the right to amend the claim for any purpose.

502180406                                    4

MWPTAP00539291

Redacted

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00539292

MWPTAP00539293

# EXHIBIT 5

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:            **013039**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED

JUN 29 2009

(Please print or type)

Name of Customer: _Rachel Anne Rosenthal Trust_
Mailing Address: _Nancy Carroll Avellino, Trustee_;
City: Redacted          State: Redacted          **Redacted**
Account No.: _12B509, Customer of Bernard L. Madoff Investment Securities LI_
Taxpayer I.D. Number (Social Security No.): _J_ Redacted _2624_     _na Aster_
                                                                          _Associates_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of          $_____ _____

    b.    I owe the Broker a Debit (Dr.) Balance of          $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,"

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.          $_____

    d.    If balance is zero, insert "None."          _None_

502180406                    1

MWPTAP00539177

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✗ | |
| b. | I owe the Broker securities | | ✗ |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| *Partnership security position in Aster Associates valued at $700,376* | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00539178

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

<u>YES</u>          <u>NO</u>

3.   Has there been any change in your account since December 11, 2008? If so, please explain.   _____   X

4.   Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?   _____   X

5.   Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?   _____   X

6.   Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s)   _____   X

7.   Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.   _____   X

8.   Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.   _____   X

9.   Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.   _____   X

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

MWPTAP00539179

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.** *

Date _24 June 2009_    Signature _Nancy Carroll Avellino_
                                              TRUSTEE

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

\* Customer reserves the right to amend the claim for any purpose.

502180406                                4

MWPTAP00539180

# EXHIBIT 6

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:
013038

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

**JUN 29 2009**

(Please print or type)

Name of Customer: Rachel Anne Rosenthal Trust #3
Mailing Address: Nancy Carroll Avellino Trustee;    Redacted
City: Redacted    State: Redacted    Zip: Redacted
Account No.: 1ZB509, Customer of Bernard L. Madoff Investment Securities LLC
Taxpayer I.D. Number (Social Security No.): Redacted 5317    via Aster Associates

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $_____

    b.    I owe the Broker a Debit (Dr.) Balance of    $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

    d.    If balance is zero, insert "None."    None

502180406    1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✗ | |
| b. | I owe the Broker securities | | ✗ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _Partnership security position in Aster Associates valued at $1,973,655_ | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

MWPTAP00539174

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |                                                                                                                                                                          | <u>YES</u> | <u>NO</u> |
| --- | --- | --- | --- |
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | X |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | X |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | X |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | X |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | X |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | X |
| 9.  | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | _____ | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____ .

3

MWPTAP00539175

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.** *

Date _24 June 2009_          Signature _Nancy Carroll Avellino_
                                                    _TRUSTEE_

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

* Customer reserves the right to amend the claim for any purpose.

502180406                    4

# EXHIBIT 7

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:    **013040**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

**RECEIVED**

**JUN 29 2009**

(Please print or type)

Name of Customer: Rachel Anne Rosenthal

Mailing Address: c/o Nancy Carroll Avellino  Redacted

City: Redacted    State: Redacted    Zip: Redacted

Account No.: TZ B509, Customer of Bernard L. Madoff Investment Securities

Taxpayer I.D. Number (Social Security No.): Redacted - 2337 LLC via Aster Associates

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of        $

b.    I owe the Broker a Debit (Dr.) Balance of          $

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                        $

d.    If balance is zero, insert "None."              None

502180406                            1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

|  | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | Partnership security position in Aster Associates valued at $317,894 | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                       2

MWPTAP00539182

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

MWPTAP00539183

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**✱

Date  6/ 23/ 09 _____    Signature _Paul Ann Gosenthal_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

✱ Customer reserves the right to amend the claim for any purpose.

502180406                                    4

MWPTAP00539184

# EXHIBIT 8

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:          013042

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED

JUN 29 2009

(Please print or type)

Name of Customer: Taylor McEvoy Trust
Mailing Address: Frank J. Avellino, Trustee | Redacted
City   Redacted   State: Redacted   Zip: Redacted
Account No.: 1ZB509, Customer of Bernard L. Madoff Investment securities
Taxpayer I.D. Number (Social Security No.): | Redacted  7601   LLC via Peter Associates

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of        $_____

b.    I owe the Broker a Debit (Dr.) Balance of           $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                   $_____

d.    If balance is zero, insert "None."                   _None_____

502180406                              1

MWPTAP00539189

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|     |                                      | YES       | NO       |
|-----|--------------------------------------|-----------|----------|
| a.  | The Broker owes me securities        | X         |          |
| b.  | I owe the Broker securities          |           | X        |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| *Partnership security position in Aster Associates valued at $641,663* | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, _etc._) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00539190

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |                                                                                                                                                                                | YES | NO |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 3.  | Has there been any change in your account since December 11, 2008?  If so, please explain.                                                                                     |     | X   |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                                 |     | X   |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | X   |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |     | X   |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |     | X   |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |     | X   |
| 9.  | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker.                               |     | X   |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

MWPTAP00539191

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.***

Date _June 25, 2009_    Signature _Frank J. Curlin_
                                            _TRUSTEE_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*Customer reserves the right to amend the claim for any purpose.

502180406                              4

# EXHIBIT 9

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:        013534

**CUSTOMER CLAIM**

RECEIVED

Date Received
JUN 30 2009

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Thomas Avellino

Mailing Address: Redacted

City: Redacted          State: Redacted          Zip: Redacted

Account No.: Direct Customer of BLMIS via Aster Associates account #1-ZB-509

Taxpayer I.D. Number (Social Security No.): Redacted -7514

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of        $_____

   b.    I owe the Broker a Debit (Dr.) Balance of        $_____

   c.    If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.        $_____

   d.    If balance is zero, insert "None."        None

502180406                                    1

MWPTAP00551387

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *Various securities as indicated and reported via Aster Associates account # 1-ZB-509* | $280,317.00 | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00551388

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Act of 1970?  if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6/25/09          Signature _____

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

✱ This form includes and incorporates in full the attached addendum. Customer reserves the right to amend the claim for any purpose.

MWPTAP00551390

Thomas Avellino

**Redacted**



7008 2810 0001 3774 0873



U.S. POSTAGE
PAID
HAZLET, NJ
07730
JUN 26, '09
AMOUNT
**$5.71**
00022323-07

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX  75201

75201$6910 C033

MWPTAP00551391

# EXHIBIT 10

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          013049

**CUSTOMER CLAIM**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED
JUN 2 9 2009

(Please print or type)

Name of Customer: Tiffany Cowles, Trust

Mailing Address: Nancy Carroll Avellino, Trustee          Redacted

City:  Redacted          State:  Redacted     Zip:  Redacted

Account No.: 1ZB509, Customer of Bernard L. Madoff Investment Securities

Taxpayer I.D. Number (Social Security No.): ___ Redacted  26266  LLC via Astor Associates

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of          $_____  _____

b.    I owe the Broker a Debit (Dr.) Balance of          $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.          $_____

d.    If balance is zero, insert "None."          None

502180406          1

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | k | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| Partnership | security position in Aster Associates valued at $351,684 | | |
| | | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

*502180406*                                    2

MWPTAP00539295

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | _____ | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | _____ | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | _____ | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | _____ | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____
_____.

MWPTAP00539296

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.✗

Date  *24 June 2009*     Signature _____
                                           *TRUSTEE*

Date _____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*Customer reserves the right to amend the claim for any purpose.

502180406

4

MWPTAP00539297

Redacted

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00539298

MWPTAP00539299

# EXHIBIT 11

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          **012842**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED

In Liquidation                                    JUN 29 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____ Redacted

HOME:_____

Account Number:    1ZB046
GROSVENOR PARTNERS LTD
C/O FRANK AVELLINO

Redacted

Taxpayer I.D. Number (Social Security No.)
_____ 9292

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.      Claim for money balances as of **December 11, 2008** :
        a.     The Broker owes me a Credit (Cr.) Balance of        $_____0_____
        b.     I owe the Broker a Debit (Dr.) Balance of           $_____0_____

502180406

MWPTAP00535394

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $         0

d.  If balance is zero, insert "None."                      _NONE_

2.      Claim for securities as of **December 11, 2008**:

### PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _Nov 2008_ | _SEE ATTACHED STATEMENT DATED NOVEMBER 2008_ | ✓ | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

MWPTAP00535395

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

MWPTAP00535396

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____   ✓_____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: *Rebecca L. McDonough CPA   c/o Ahearn*
        *Jasco + Co, 190 SE 19 Ave, Pompano Beach Fl 33060*                    .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.✱**

Date _*June 25, 2009*_____   Signature_*Frank Cutlins*_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*✱ Customer reserves the right to amend the claim for any purpose*

502180406

MWPTAP00535397

| | | Affiliated with |
|---|---|---|
| **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York □ London | 885 Third Avenue New York, NY 10022 (212) 230-2424 800 334-1343 Fax (212) 838-4061 | Madoff Securities International Limited 12 Berkeley Street Mayfair, London W1J 8DT Tel 020 7493 6222 |

GROSVENOR PARTNERS LTD

C/O FRANK AVELLINO

**Redacted**

| | | |
|---|---|---|
| PERIOD ENDING 11/30/08 | | PAGE 1 |
| YOUR ACCOUNT NUMBER 1-ZB046-3-0 | YOUR TAX PAYER IDENTIFICATION NUMBER ******9292 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 416,492.47 | |
| 11/12 | 6,132 | | 1325 | WELLS FARGO & CO NEW | 29.800 | 182,978.60 | |
| 11/12 | 4,380 | | 1827 | HEWLETT PACKARD CO | 34.900 | 153,037.00 | |
| 11/12 | 3,796 | | 5651 | WAL-MART STORES INC. | 55.830 | 212,081.68 | |
| 11/12 | 2,482 | | 6153 | INTERNATIONAL BUSINESS MACHS | 87.270 | 216,703.14 | |
| 11/12 | 9,198 | | 9977 | EXXON MOBIL CORP | 72.880 | 670,717.24 | |
| 11/12 | 10,074 | | 10479 | INTEL CORP | 14.510 | 146,575.74 | |
| 11/12 | 4,818 | | 14805 | JOHNSON & JOHNSON | 59.580 | 287,248.44 | |
| 11/12 | 6,570 | | 19130 | J.P. MORGAN CHASE & CO | 38.530 | 253,404.10 | |
| 11/12 | 3,504 | | 23456 | COCA COLA CO | 44.660 | 156,628.64 | |
| 11/12 | 2,044 | | 27782 | MCDONALDS CORP | 55.370 | 113,257.28 | |
| 11/12 | 3,796 | | 32108 | MERCK & CO | 28.550 | 108,526.80 | |
| 11/12 | 13,870 | | 36434 | MICROSOFT CORP | 21.810 | 303,058.70 | |
| 11/12 | 7,008 | | 40760 | ORACLE CORPORATION | 17.300 | 121,518.40 | |
| 11/12 | 2,774 | | 53738 | PEPSICO INC | 56.410 | 156,591.34 | |
| 11/12 | 1,606 | | 54240 | APPLE INC | 100.780 | 161,916.68 | |
| 11/12 | 11,826 | | 58064 | PFIZER INC | 16.940 | 200,805.44 | |
| 11/12 | 2,774 | | 58566 | ABBOTT LABORATORIES | 54.610 | 151,598.14 | |
| 11/12 | 5,256 | | 62390 | PROCTER & GAMBLE CO | 64.080 | 337,014.48 | |
| 11/12 | 1,898 | | 62892 | AMGEN INC | 59.150 | 112,360.68 | |
| 11/12 | 3,650 | | 66716 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 159,286.00 | |
| 11/12 | 8,760 | | 67218 | BANK OF AMERICA | 21.590 | 189,478.40 | |
| 11/12 | 2,920 | | 71042 | QUALCOMM INC | 33.770 | 98,724.40 | |
| 11/12 | 9,490 | | 71544 | CITI GROUP INC | 12.510 | 119,098.90 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535398

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GROSVENOR PARTNERS LTD

C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB046-3-0 | ******9292 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,190 | | 75368 | SCHLUMBERGER LTD | 49.480 | 108,448.20 | |
| 11/12 | 5,256 | | 75870 | COMCAST CORP CL A | 16.510 | 86,986.56 | |
| 11/12 | 10,366 | | 79694 | AT&T INC | 27 | 280,296.00 | |
| 11/12 | 2,628 | | 80196 | CONOCOPHILIPS | 52.510 | 138,101.28 | |
| 11/12 | 1,752 | | 84020 | UNITED PARCEL SVC INC CLASS B | 52.040 | 91,244.08 | |
| 11/12 | 10,658 | | 84522 | CISCO SYSTEMS INC | 16.730 | 178,734.34 | |
| 11/12 | 3,066 | | 88346 | U S BANCORP | 29.530 | 90,660.98 | |
| 11/12 | 3,650 | | 88848 | CHEVRON CORP | 73.430 | 268,165.50 | |
| 11/12 | 1,752 | | 92672 | UNITED TECHNOLOGIES CORP | 53.160 | 93,206.32 | |
| 11/12 | 18,542 | | 93174 | GENERAL ELECTRIC CO | 19.630 | 364,720.46 | |
| 11/12 | 4,964 | | 96998 | VERIZON COMMUNICATIONS | 30.410 | 151,153.24 | |
| 11/12 | 438 | | 97500 | GOOGLE | 337.400 | 147,798.20 | |
| 11/12 | | 50,000 | 20219 | U S TREASURY BILL DUE 12/18/2008          12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 6,600,000 | 23931 | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 99.936 | | 6,595,776.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 35.19 |
| 11/12 | | 41,688 | 19035 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | ✓ | 41,688.00 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GROSVENOR PARTNERS LTD

C/O FRANK AVELLINO

**Redacted**

PERIOD ENDING: 11/30/08
PAGE: 3

YOUR ACCOUNT NUMBER: 1-ZB046-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9292

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---------|---------|-----|-------------|-----|---------|---------|
| 11/12 | 45,853 | | 28403 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 45,853.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.63 |
| 11/19 | | 45,853 | 53933 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 45,853.00 |
| 11/19 | 475,000 | | 58374 | U S TREASURY BILL DUE 03/26/2009          3/26/2009 | 99.926 | 474,648.50 | |
| 11/19 | 8,626 | | 62969 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,626.00 | |
| | | | | NEW BALANCE | | 824,416.53 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,366 | | | AT&T INC | 28.560 | | |
| | 2,774 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,898 | | | AMGEN INC | 55.540 | | |
| | 1,606 | | | APPLE INC | 92.670 | | |
| | 8,760 | | | BANK OF AMERICA | 16.250 | | |
| | 3,650 | | | CHEVRON CORP | 79.010 | | |
| | 10,658 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 9,490 | | | CITI GROUP INC | 8.290 | | |
| | 3,504 | | | COCA COLA CO | 46.870 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535400

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GROSVENOR PARTNERS LTD

C/O FRANK AVELLINO

**Redacted**

PERIOD ENDING: 11/30/08

PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZB046-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******9292

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|------|------|------|
| | 5,256 | | | COMCAST CORP CL A | 17.340 | | |
| | 2,628 | | | CONOCOPHILIPS | 52.520 | | |
| | 9,198 | | | EXXON MOBIL CORP | 80.150 | | |
| | 18,542 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 438 | | | GOOGLE | 292.960 | | |
| | 4,380 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 10,074 | | | INTEL CORP | 13.800 | | |
| | 2,482 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 6,570 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 4,818 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 2,044 | | | MCDONALDS CORP | 58.750 | | |
| | 3,796 | | | MERCK & CO | 26.720 | | |
| | 13,870 | | | MICROSOFT CORP | 20.220 | | |
| | 7,008 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,774 | | | PEPSICO INC | 56.700 | | |
| | 11,826 | | | PFIZER INC | 16.430 | | |
| | 3,650 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 5,256 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,920 | | | QUALCOMM INC | 33.570 | | |
| | 2,190 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 8,626 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 3,066 | | | U S BANCORP | 26.980 | | |
| | 1,752 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535401

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GROSVENOR PARTNERS LTD

C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-Z3046-3-0 | ******9292 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 475,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 1,752 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 4,964 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 3,796 | | | WAL-MART STORES INC | 55.880 | | |
| | 6,132 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 6,915,998.59 | | | |

MWPTAP00535402

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

GROSVENOR PARTNERS LTD
C/O FRANK AVELLINO
Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB046-4-0 | ******9292 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 416,493.00 |
| 11/12 | | 146 | 45086 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 230,534.00 |
| 11/12 | 146 | | 49412 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 260,026.00 | |
| 11/19 | | 146 | 35516 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 379,454.00 |
| 11/19 | 146 | | 39841 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 438,146.00 | |
| 11/19 | 146 | | 44166 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 43,946.00 | |
| 11/19 | | 146 | 48491 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 540,054.00 |
| | | | | NEW BALANCE | | | 824,417.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 146 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 146 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 240,900.00 | SHORT 340,180.00- | | |

MWPTAP00535403



Ahearn
Jasco
Company

Business and Financial Consultants
Certified Public Accountants
Chartered

190 Southeast 19th Avenue
Pompano Beach, Florida 33060

U.S. POSTAGE
PAID
POMPANO BEACH, FL
33060 JUN 26 09
AMOUNT
$0.00
00035216–14

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 022.40
0004414735    JUN 26 2009
MAILED FROM ZIP CODE 33060

RETURN RECEIPT

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®    **Post Office To Addressee**

Addressee Copy
Label 11-B, March 2004

EB878747013US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | |
|---|---|
| PO ZIP Code | Day of Delivery | Postage |
| 33060 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 20.10 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. Day Year | Month 6 27 | $ 2.30 |
| 6 26 09 | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted | ☐ Noon ☐ 3PM | $ | $ |
| 16 20 ☐ AM ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 22.10 |
| 3 lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**

| | |
|---|---|
| Delivery Attempt | Time ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | |
| Delivery Attempt | Time ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | |
| Delivery Date | Time ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | |

**CUSTOMER USE ONLY**

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and authorize that delivery employee's signature constitutes valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday | Mailer Signature

FROM: (PLEASE PRINT)    PHONE ( 954 ) 781-8800
Ahearn Jasco + Co.
190 SE 19th Ave.
Pompano Beach, FL 33060

TO: (PLEASE PRINT)    PHONE ( )
Irving H. Picard Esq.
Claims Processing Center
2100 McKinney Ave #800
Dallas Tx.    #60838.04

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
7 5 2 0 1 + ☐ ☐ ☐ ☐
FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

PRESS HARD. YOU ARE MAKING 3 COPIES.

MWPTAP00535404

# EXHIBIT 12

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:          **012841**

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

**RECEIVED**

JUN 2 9 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: ~~Redacted~~

HOME: ~~Redacted~~

Taxpayer I.D. Number (Social Security No.)

~~6232~~

Account Number:    1ZB032

MAYFAIR VENTURES
C/O FRANK AVELLINO

~~Redacted~~

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.        Claim for money balances as of **December 11, 2008** :
   a.        The Broker owes me a Credit (Cr.) Balance of        $            0
   b.        I owe the Broker a Debit (Dr.) Balance of        $            0

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                $   *0*

d.   If balance is zero, insert "None."                      *None*

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| *Nov 2008* | *SEE ATTACHED STMT DATED November 30, 2008* | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase and sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

MWPTAP00535384

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

502180406

3

MWPTAP00535385

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____    ✓

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: *Rebecca L. McDonough, Ahearn Jasco + Co.*
        *190 SE 19 Avenue, Pompano Beach  FL 33064*                    .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** ✱

Date _*June 25, 2009*_        Signature _*Frank Crothers*_, Gen Ptr

Date _____        Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

✱ *Customer reserves the right to amend the claim for any purpose.*

502180406

MWPTAP00535386

MWPTAP00535387

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR VENTURES

C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER / IDENTIFICATION NUMBER |
|---|---|
| 1-ZB032-3-0 | ******6232 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,223,684.51 | |
| 11/12 | 18,270 | | 1319 | WELLS FARGO & CO NEW | 29.800 | 545,176.00 | |
| 11/12 | 13,050 | | 1821 | HEWLETT PACKARD CO | 34.900 | 455,967.00 | |
| 11/12 | 11,310 | | 5645 | WAL-MART STORES INC | 55.830 | 631,889.30 | |
| 11/12 | 7,395 | | 6147 | INTERNATIONAL BUSINESS MACHS | 87.270 | 645,656.65 | |
| 11/12 | 27,405 | | 9971 | EXXON MOBIL CORP | 72.380 | 1,998,372.40 | |
| 11/12 | 30,015 | | 10473 | INTEL CORP | 14.510 | 436,717.65 | |
| 11/12 | 14,355 | | 14799 | JOHNSON & JOHNSON | 59.580 | 855,844.90 | |
| 11/12 | 19,575 | | 19124 | J.P. MORGAN CHASE & CO | 38.530 | 755,007.75 | |
| 11/12 | 10,440 | | 23450 | COCA COLA CO | 44.660 | 466,667.40 | |
| 11/12 | 6,090 | | 27776 | MCDONALDS CORP | 55.570 | 337,446.30 | |
| 11/12 | 11,310 | | 32102 | MERCK & CO | 28.550 | 323,352.50 | |
| 11/12 | 41,325 | | 36428 | MICROSOFT CORP | 21.810 | 902,951.25 | |
| 11/12 | 20,880 | | 40754 | ORACLE CORPORATION | 17.300 | 362,059.00 | |
| 11/12 | 8,265 | | 53732 | PEPSICO INC | 56.410 | 466,558.65 | |
| 11/12 | 4,785 | | 54234 | APPLE INC | 100.780 | 482,423.30 | |
| 11/12 | 35,235 | | 58058 | PFIZER INC | 16.940 | 598,289.90 | |
| 11/12 | 8,265 | | 58560 | ABBOTT LABORATORIES | 54.610 | 451,681.65 | |
| 11/12 | 15,660 | | 62384 | PROCTER & GAMBLE CO | 64.080 | 1,004,118.80 | |
| 11/12 | 5,655 | | 62886 | AMGEN INC | 59.160 | 334,775.80 | |
| 11/12 | 10,875 | | 66710 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 474,585.00 | |
| 11/12 | 26,100 | | 67212 | BANK OF AMERICA | 21.590 | 564,543.00 | |
| 11/12 | 8,700 | | 71036 | QUALCOMM INC | 33.770 | 294,147.00 | |
| 11/12 | 28,275 | | 71538 | CITI GROUP INC | 12.510 | 354,851.25 | |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | | BERNARD L. MADOFF | 885 Third Avenue | Affiliated with |
| | | INVESTMENT SECURITIES LLC | New York, NY 10022 | Madoff Securities International Limited |
| | | [MADF] New York □ London | (212) 230-2424 | 12 Berkeley Street |
| | | | 800 334-1343 | Mayfair, London W1J 8DT |
| | | | Fax (212) 838-4061 | Tel 020 7493 6222 |

MAYFAIR VENTURES

C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB032-3-0 | ******6232 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 6,525 | | 75362 | SCHLUMBERGER LTD | 49.480 | 323,118.00 | |
| 11/12 | 15,660 | | 75864 | COMCAST CORP CL A | 16.510 | 259,172.60 | |
| 11/12 | 30,885 | | 79688 | AT&T INC | 27 | 835,130.00 | |
| 11/12 | 7,830 | | 80190 | CONOCOPHILIPS | 52.510 | 411,466.30 | |
| 11/12 | 5,220 | | 34014 | UNITED PARCEL SVC INC CLASS B | 52.040 | 271,856.80 | |
| 11/12 | 31,755 | | 84516 | CISCO SYSTEMS INC | 16.730 | 532,531.15 | |
| 11/12 | 9,135 | | 08340 | U S BANCORP | 29.530 | 270,121.55 | |
| 11/12 | 10,875 | | 88842 | CHEVRON CORP | 73.430 | 798,986.25 | |
| 11/12 | 5,220 | | 92666 | UNITED TECHNOLOGIES CORP | 53.160 | 277,703.20 | |
| 11/12 | 55,245 | | 93168 | GENERAL ELECTRIC CO | 19.630 | 1,086,668.35 | |
| 11/12 | 14,790 | | 96992 | VERIZON COMMUNICATIONS | 30.410 | 450,354.90 | |
| 11/12 | 1,305 | | 97494 | GOOGLE | 337.400 | 440,359.00 | |
| 11/12 | | 150,000 | 20218 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.942 | | 149,913.00 |
| 11/12 | | 19,650,000 | 23925 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 19,637,424.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 10.31 |
| 11/12 | | 24,706 | 19029 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,706.00 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535388

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR VENTURES
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB032-3-0 | ******5232 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 23,633 | | 28397 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,633.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.90 |
| 11/19 | | 23,633 | 53927 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,633.00 |
| 11/19 | 1,325,000 | | 58368 | U S TREASURY BILL DUE 03/26/2009      3/26/2009 | 99.926 | 1,324,019.50 | |
| 11/19 | 2,876 | | 62963 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,876.00 | |
| | | | | NEW BALANCE | | 2,439,074.35 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 30,885 | | | AT&T INC | 28.560 | | |
| | 8,265 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 5,655 | | | AMGEN INC | 55.540 | | |
| | 4,785 | | | APPLE INC | 92.670 | | |
| | 26,100 | | | BANK OF AMERICA | 16.250 | | |
| | 10,875 | | | CHEVRON CORP | 79.010 | | |
| | 31,755 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 28,275 | | | CITI GROUP INC | 8.290 | | |
| | 10,440 | | | COCA COLA CO | 46.870 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535389

| | BERNARD L. MADOFF | 885 Third Avenue | Affiliated with |
|---|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | New York, NY 10022 | Madoff Securities International Limited |
| | New York □ London | (212) 230-2424 | 12 Berkeley Street |
| | | 800 334-1343 | Mayfair, London W1J 8DT |
| | | Fax (212) 838-4061 | Tel 020 7493 6222 |

MAYFAIR VENTURES

C/O FRANK AVELLINO

**Redacted**

PERIOD ENDING 11/30/08    PAGE 4

YOUR ACCOUNT NUMBER 1-ZB032-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER ******6232

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 15,660 | | | COMCAST CORP CL A | 17.340 | | |
| | 7,830 | | | CONOCOPHILIPS | 52.520 | | |
| | 27,405 | | | EXXON MOBIL CORP | 80.150 | | |
| | 55,245 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 1,305 | | | GOOGLE | 292.960 | | |
| | 13,050 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 30,015 | | | INTEL CORP | 13.800 | | |
| | 7,395 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 19,575 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 14,355 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 6,090 | | | MCDONALDS CORP | 58.750 | | |
| | 11,310 | | | MERCK & CO | 26.720 | | |
| | 41,325 | | | MICROSOFT CORP | 20.220 | | |
| | 20,880 | | | ORACLE CORPORATION | 16.090 | | |
| | 8,265 | | | PEPSICO INC | 56.700 | | |
| | 35,235 | | | PFIZER INC | 16.430 | | |
| | 10,875 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 15,660 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 8,700 | | | QUALCOMM INC | 33.570 | | |
| | 6,525 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 2,876 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 9,135 | | | U S BANCORP | 26.980 | | |
| | 5,220 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535390

MWPTAP00535391

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR VENTURES
C/O FRANK AVELLINO
**Redacted**

PERIOD ENDING: 11/30/08
PAGE: 5

YOUR ACCOUNT NUMBER: 1-ZB032-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6232

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|------|------|
| | 1,325,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 5,220 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 14,790 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 11,310 | | | WAL-MART STORES INC | 55.880 | | |
| | 18,270 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 20,492,847.90 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR VENTURES
C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB032-4-0 | ******6232 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,223,685.00 |
| 11/12 | | 435 | 45080 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 686,865.00 |
| 11/12 | 435 | | 49406 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 774,735.00 | |
| 11/19 | | 435 | 35510 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 1,130,565.00 |
| 11/19 | 435 | | 39835 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 1,305,435.00 | |
| 11/19 | 435 | | 44160 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 130,935.00 | |
| 11/19 | | 435 | 48485 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 1,609,065.00 |
| | | | | NEW BALANCE | | | 2,439,075.00 |
| | | 435 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 435 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES    LONG        SHORT    717,750.00    1,013,550.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535392



CERTIFIED MAIL

**Ahearn Jasco + Company**

Business and Financial Consultants
Certified Public Accountants
Chartered

190 Southeast 19th Avenue
Pompano Beach, Florida 33060

RETURN RECEIPT
REQUESTED

UNITED STATES POSTAGE

PITNEY BOWES

**$ 022.40⁰**

02 1P
0004414735   JUN 26 2009
MAILED FROM ZIP CODE 33060

U.S. POSTAGE PAID
POMPANO BEACH, FL
JUN 26 09
AMOUNT
$0.00
00053216-14

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

EB 78747000 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 33060

Date Accepted: 6-26-09

Time Accepted: 1620 ☑ AM ☐ PM

Flat Rate ☐ or Weight 3 lbs. ___ ozs.

Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day

Scheduled Date of Delivery: Month 6 Day 27

Scheduled Time of Delivery: ☐ Noon ☐ 3 PM

Military ☐ 2nd Day ☐ 3rd Day

Int'l Alpha Country Code: ___

Postage $ 20.10

Return Receipt Fee $ 2-30

COD Fee ___ Insurance Fee ___

Total Postage & Fees $ 22.40

Acceptance Emp. Initials ___

DELIVERY (POSTAL USE ONLY)

Delivery Attempt Mo. 6 Day 27   Time 10:16 ☐ AM ☑ PM   Employee Signature

Delivery Attempt Mo. ___ Day ___   Time ___ ☐ AM ☐ PM   Employee Signature

Delivery Date Mo. 6 Day 29 ___   Time ___ ☐ AM ☐ PM   Employee Signature

CUSTOMER USE ONLY

WAIVER OF SIGNATURE (Domestic Mail Only)

☐ NO DELIVERY ☐ Weekend ☐ Holiday

FROM: (PLEASE PRINT) PHONE 954-781-8800

Ahearn Jasco + Co.
190 SE 19th Ave.
Pompano Beach FL
33060

TO: (PLEASE PRINT) PHONE

Irving H. Picard, Esq.
Claims Processing Center
2100 McKinney Ave. #800
Dallas, TX 75201     #60838.0

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

7 5 2 0 1 + ___ ___ ___ ___

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

MWPTAP00535393

# EXHIBIT 13

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:

**003865**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED

FEB 2 7 2009

In Liquidation

By_____

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: | Redacted |

Taxpayer I.D. Number (Social Security No.)

| Redacted | -0437

Account Number: 1ZB510
ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

| Redacted | Redacted |

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $_____
      b.    I owe the Broker a Debit (Dr.) Balance of           $_____

502180406

MWPTAP00259662

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                        $ _____

d.    If balance is zero, insert "None."                    _____ *NONE* _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | ✓ | |
| b.    I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | |
| | *SEE ATTACHED* | ✓ | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

MWPTAP00259663

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

MWPTAP00259664

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                          _____      ✓

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:_____
_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _2-20-09_      Signature _Michael Biens_

Date _20/02/09_     Signature _Diane Bienia_

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-ZB510-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,810,057.00 |
| 11/06 | | 403 | 19100 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 817,687.00 |
| 11/06 | 403 | | 19335 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 826,553.00 | |
| 11/07 | | 279 | 31621 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 613,521.00 |
| 11/07 | 279 | | 31856 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 385,299.00 | |
| 11/10 | | 342 | 44081 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 423,738.00 |
| 11/10 | 342 | | 44316 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 574,902.00 | |
| 11/19 | | 1,024 | 30295 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 2,661,376.00 |
| 11/19 | 1,024 | | 30533 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 3,073,024.00 | |
| 11/19 | | 682 | 30771 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 102,982.00 | |
| 11/19 | 342 | | 31009 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 31,122.00 | |
| 11/19 | | 682 | 31247 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 3,068,318.00 |
| 11/19 | | 342 | 31485 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 2,017,458.00 |
| | | | | CONTINUED ON PAGE　2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259666

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 029 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-4-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 135 | 72263 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 458,865.00 |
| 11/25 | 135 | | 72501 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 283,635.00 | |
| | | | | NEW BALANCE | | | 6,593,503.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 1,024 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 135 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 1,024 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 135 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                    SHORT 1,758,450.00        3,209,420.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259667

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-ZB510-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,810,056.06 | |
| 11/06 | 3,627 | | 11110 | APPLE INC | 105.380 | 382,358.26 | |
| 11/06 | 6,448 | | 11345 | ABBOTT LABORATORIES | 55.090 | 355,477.32 | |
| 11/06 | 4,433 | | 11580 | AMGEN INC | 60.350 | 267,708.55 | |
| 11/06 | 3,224 | | 11815 | BOEING CO | 51.120 | 164,938.88 | |
| 11/06 | 20,956 | | 12050 | BANK OF AMERICA | 23.840 | 500,429.04 | |
| 11/06 | 2,418 | | 12285 | BAXTER INTERNATIONAL INC | 60.600 | 146,626.80 | |
| 11/06 | 4,836 | | 12520 | BANK OF NEW YORK MELLON CORP | 32.290 | 156,347.44 | |
| 11/06 | 8,060 | | 12755 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 166,438.60 | |
| 11/06 | 2,821 | | 12990 | ANHEUSER BUSCH COS INC | 62.430 | 176,227.03 | |
| 11/06 | 22,568 | | 13225 | CITI GROUP INC | 13.530 | 306,247.04 | |
| 11/06 | 12,090 | | 13460 | COMCAST CORP CL A | 15.790 | 191,384.10 | |
| 11/06 | 6,448 | | 13695 | CONOCOPHILIPS | 51.120 | 329,078.76 | |
| 11/06 | 24,583 | | 13930 | CISCO SYSTEMS INC | 17.520 | 431,677.16 | |
| 11/06 | 6,045 | | 14165 | CVS CAREMARK CORP | 30.510 | 184,673.95 | |
| 11/06 | 8,463 | | 14400 | CHEVRON CORP | 73.740 | 624,399.62 | |
| 11/06 | 8,060 | | 14635 | THE WALT DISNEY CO | 24.760 | 199,887.60 | |
| 11/06 | 43,121 | | 14870 | GENERAL ELECTRIC CO | 19.600 | 846,895.60 | |
| 11/06 | 806 | | 15105 | GOOGLE | 356.520 | 287,387.12 | |
| 11/06 | 1,612 | | 15340 | GOLDMAN SACHS GROUP INC | 91.870 | 148,158.44 | |
| 11/06 | 7,254 | | 15575 | HOME DEPOT INC | 23.300 | 169,030.20 | |
| 11/06 | 10,075 | | 15810 | HEWLETT PACKARD CO | 38.310 | 386,376.25 | |
| 11/06 | 5,642 | | 16045 | INTERNATIONAL BUSINESS MACHS | 92.800 | 523,802.60 | |
| | | | | CONTINUED ON PAGE   2 | | | |

MWPTAP00259668

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS
**Redacted**

PERIOD ENDING
11/30/08

PAGE
2

YOUR ACCOUNT NUMBER
1-ZB510-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 22,971 | | 16280 | INTEL CORP | 16.070 | 370,061.97 | |
| 11/06 | 11,687 | | 16515 | JOHNSON & JOHNSON | 61.310 | 716,996.97 | |
| 11/06 | 15,316 | | 16750 | J.P. MORGAN CHASE & CO | 40.910 | 627,107.76 | |
| 11/06 | 6,440 | | 16985 | KRAFT FOOD INC | 29.110 | 187,958.23 | |
| 11/06 | 8,060 | | 17220 | COCA COLA CO | 44.490 | 358,911.40 | |
| 11/06 | 4,836 | | 17455 | MCDONALDS CORP | 57.900 | 280,197.40 | |
| 11/06 | 4,836 | | 17690 | MEDTRONIC INC | 40.310 | 195,132.16 | |
| 11/06 | 2,821 | | 17925 | 3M COMPANY | 63.590 | 179,499.39 | |
| 11/06 | 8,463 | | 18160 | ALTRIA GROUP INC | 19.160 | 162,489.08 | |
| 11/06 | 8,866 | | 18395 | MERCK & CO | 30.780 | 273,249.48 | |
| 11/06 | 32,643 | | 18630 | MICROSOFT CORP | 22.310 | 729,570.23 | |
| 11/06 | 16,523 | | 18865 | ORACLE CORPORATION | 18.110 | 299,891.53 | |
| 11/06 | 3,627 | | 19570 | OCCIDENTAL PETROLEUM CORP | 54.290 | 197,054.83 | |
| 11/06 | 6,448 | | 19805 | PEPSICO INC | 57. | 367,793.00 | |
| 11/06 | 27,807 | | 20040 | PFIZER INC | 17.690 | 493,017.83 | |
| 11/06 | 12,493 | | 20275 | PROCTER & GAMBLE CO | 64.570 | 807,172.01 | |
| 11/06 | 8,866 | | 20510 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 379,198.18 | |
| 11/06 | 6,851 | | 20745 | QUALCOMM INC | 37.810 | 259,310.31 | |
| 11/06 | 4,836 | | 20980 | SCHLUMBERGER LTD | 51.760 | 250,504.36 | |
| 11/06 | 24,180 | | 21215 | AT&T INC | 26.980 | 653,343.40 | |
| 11/06 | 14,911 | | 21450 | TIME WARNER INC | 10.060 | 150,600.66 | |
| 11/06 | 4,030 | | 21685 | UNITED PARCEL SVC INC CLASS B | 52.790 | 212,904.70 | |
| 11/06 | 7,254 | | 21920 | U S BANCORP | 29.550 | 214,645.70 | |
| 11/06 | 4,030 | | 22155 | UNITED TECHNOLOGIES CORP | 54.920 | 221,488.60 | |
| | | | | CONTINUED ON PAGE    3 | | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259669

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 11,687 | | 22390 | VERIZON COMMUNICATIONS | 29.980 | 350,843.26 | |
| 11/06 | 13,702 | | 22625 | WELLS FARGO & CO NEW | 33.660 | 461,757.32 | |
| 11/06 | 9,269 | | 22860 | WAL-MART STORES INC | 56.560 | 524,624.64 | |
| 11/06 | 21,762 | | 23095 | EXXON MOBIL CORP | 73.680 | 1,604,294.16 | |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | 10.21 |
| 11/06 | 30,677 | | 10875 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 30,677.00 | |
| 11/06 | | 33,411 | 48392 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,411.00 |
| 11/06 | 2,025,000 | | 48593 | U S TREASURY BILL DUE 12/11/2008 12/11/2008 | 99.989 | | 2,024,777.25 |
| 11/06 | 3,625,000 | | 48817 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.932 | | 3,622,535.00 |
| 11/06 | 5,000,000 | | 49026 | U S TREASURY BILL DUE 01/08/2009 1/08/2009 | 99.960 | | 4,998,000.00 |
| 11/06 | 5,000,000 | | 49239 | U S TREASURY BILL DUE 01/15/2009 1/15/2009 | 99.946 | | 4,997,300.00 |
| 11/06 | 5,000,000 | | 49454 | U S TREASURY BILL DUE 01/22/2009 1/22/2009 | 99.934 | | 4,996,700.00 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259670

| | MADF | **BERNARD L. MADOFF** |
|---|---|---|

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 5,000,000 | 49669 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 4,996,400.00 |
| 11/06 | | 3,100,000 | 49882 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 3,096,962.00 |
| 11/06 | 3,425,000 | | 50119 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 3,418,218.50 | |
| 11/06 | 3,425,000 | | 50348 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 3,416,471.75 | |
| 11/06 | 3,425,000 | | 50577 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 3,415,615.50 | |
| 11/07 | 2,511 | | 23631 | APPLE INC | 108.800 | 273,296.80 | |
| 11/07 | 4,464 | | 23866 | ABBOTT LABORATORIES | 56.590 | 252,795.76 | |
| 11/07 | 3,069 | | 24101 | AMGEN INC | 62.070 | 190,614.83 | |
| 11/07 | 2,232 | | 24336 | BOEING CO | 53.640 | 119,813.48 | |
| 11/07 | 14,229 | | 24571 | BANK OF AMERICA | 23.720 | 338,080.88 | |
| 11/07 | 1,674 | | 24806 | BAXTER INTERNATIONAL INC | 61.740 | 103,418.76 | |
| 11/07 | 3,069 | | 25041 | BANK OF NEW YORK MELLON CORP | 34.210 | 105,112.49 | |
| 11/07 | 5,580 | | 25276 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 117,514.60 | |
| 11/07 | 1,953 | | 25511 | ANHEUSER BUSCH COS INC | 64.190 | 125,441.07 | |
| 11/07 | 15,066 | | 25746 | CITI GROUP INC | 14.410 | 217,703.06 | |
| | | | | CONTINUED ON PAGE 5 | | | |

MWPTAP00259671

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 8,091 | | 25981 | COMCAST CORP CL A | 17.390 | 141,025.49 | |
| 11/07 | 4,185 | | 26216 | CONOCOPHILLIPS | 53.060 | 222,223.10 | |
| 11/07 | 16,461 | | 26451 | CISCO SYSTEMS INC | 17.580 | 290,042.38 | |
| 11/07 | 3,906 | | 26686 | CVS CAREMARK CORP | 31.720 | 124,054.32 | |
| 11/07 | 5,859 | | 26921 | CHEVRON CORP | 75.450 | 442,295.55 | |
| 11/07 | 5,301 | | 27156 | THE WALT DISNEY CO | 25.620 | 136,023.62 | |
| 11/07 | 29,295 | | 27391 | GENERAL ELECTRIC CO | 19.810 | 581,504.95 | |
| 11/07 | 558 | | 27626 | GOOGLE | 349.160 | 194,853.28 | |
| 11/07 | 1,116 | | 27861 | GOLDMAN SACHS GROUP INC | 89.070 | 99,446.12 | |
| 11/07 | 4,743 | | 28096 | HOME DEPOT INC | 22.480 | 106,811.64 | |
| 11/07 | 6,975 | | 28331 | HEWLETT PACKARD CO | 38.820 | 271,048.50 | |
| 11/07 | 3,906 | | 28566 | INTERNATIONAL BUSINESS MACHS | 92.430 | 361,187.58 | |
| 11/07 | 15,624 | | 28801 | INTEL CORP | 16 | 250,608.00 | |
| 11/07 | 7,812 | | 29036 | JOHNSON & JOHNSON | 61.820 | 483,249.84 | |
| 11/07 | 10,602 | | 29271 | J.P. MORGAN CHASE & CO | 40.960 | 434,601.92 | |
| 11/07 | 4,185 | | 29506 | KRAFT FOOD INC | 29.710 | 124,503.35 | |
| 11/07 | 5,580 | | 29741 | COCA COLA CO | 46.580 | 260,139.40 | |
| 11/07 | 3,069 | | 29976 | MCDONALDS CORP | 57.510 | 176,620.19 | |
| 11/07 | 3,069 | | 30211 | MEDTRONIC INC | 41.140 | 126,300.66 | |
| 11/07 | 1,953 | | 30446 | 3M COMPANY | 64.880 | 126,788.64 | |
| 11/07 | 5,859 | | 30681 | ALTRIA GROUP INC | 19.370 | 113,722.83 | |
| 11/07 | 6,138 | | 30916 | MERCK & CO | 30.480 | 187,331.24 | |
| 11/07 | 22,320 | | 31151 | MICROSOFT CORP | 22.940 | 512,932.80 | |
| 11/07 | 11,160 | | 31386 | ORACLE CORPORATION | 18.470 | 206,571.20 | |
| | | | | CONTINUED ON PAGE    6 | | | |

CONTINUED ON PAGE    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259672

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 2,232 | | 32091 | OCCIDENTAL PETROLEUM CORP | 54.380 | 121,465.16 | |
| 11/07 | 4,464 | | 32326 | PEPSICO INC | 58.630 | 261,902.32 | |
| 11/07 | 18,972 | | 32561 | PFIZER INC | 18 | 342,254.00 | |
| 11/07 | 8,649 | | 32796 | PROCTER & GAMBLE CO | 65.180 | 564,086.82 | |
| 11/07 | 5,859 | | 33031 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 255,920.76 | |
| 11/07 | 4,743 | | 33266 | QUALCOMM INC | 37.690 | 178,952.67 | |
| 11/07 | 3,348 | | 33501 | SCHLUMBERGER LTD | 51.770 | 173,458.96 | |
| 11/07 | 16,182 | | 33736 | AT&T INC | 28.910 | 468,468.62 | |
| 11/07 | 10,044 | | 33971 | TIME WARNER INC | 10.110 | 101,945.84 | |
| 11/07 | 2,790 | | 34206 | UNITED PARCEL SVC INC CLASS B | 53.680 | 149,878.20 | |
| 11/07 | 5,022 | | 34441 | U S BANCORP | 30.790 | 154,827.38 | |
| 11/07 | 2,790 | | 34676 | UNITED TECHNOLOGIES CORP | 56 | 156,351.00 | |
| 11/07 | 7,812 | | 34911 | VERIZON COMMUNICATIONS | 31.810 | 248,811.72 | |
| 11/07 | 9,486 | | 35146 | WELLS FARGO & CO NEW | 34.080 | 323,661.88 | |
| 11/07 | 6,417 | | 35381 | WAL-MART STORES INC | 56.730 | 364,292.41 | |
| 11/07 | 14,787 | | 35616 | EXXON MOBIL CORP | 75.280 | 1,113,756.36 | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .55 |
| 11/07 | | 30,677 | 11127 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,677.00 |
| 11/07 | | 3,100,000 | 11375 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 3,097,613.00 |

CONTINUED ON PAGE   7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259673

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 7 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 3,100,000 | 11590 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 3,096,497.00 |
| 11/07 | | 3,100,000 | 11806 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 3,096,559.00 |
| 11/07 | | 3,100,000 | 12016 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 3,095,846.00 |
| 11/07 | | 3,125,000 | 12077 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.840 | | 3,120,000.00 |
| 11/07 | 1,475,000 | | 12353 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 1,470,870.00 | |
| 11/07 | 1,475,000 | | 12573 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 1,470,147.25 | |
| 11/07 | 26,545 | | 12808 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,545.00 | |
| 11/10 | 3,078 | | 36091 | APPLE INC | 108.720 | 334,763.16 | |
| 11/10 | 5,472 | | 36326 | ABBOTT LABORATORIES | 55.910 | 306,157.52 | |
| 11/10 | 3,762 | | 36561 | AMGEN INC | 59.620 | 224,440.44 | |
| 11/10 | 2,736 | | 36796 | BOEING CO | 52.190 | 142,900.84 | |
| 11/10 | 17,784 | | 37031 | BANK OF AMERICA | 24.050 | 428,416.20 | |
| | | | | CONTINUED ON PAGE 8 | | | |

CONTINUED ON PAGE 8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259674

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

PERIOD ENDING **11/30/08**

PAGE **8**

YOUR ACCOUNT NUMBER **1-ZB510-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*6905**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 2,394 | | 37266 | BAXTER INTERNATIONAL INC | 60.770 | 145,578.38 | |
| 11/10 | 4,104 | | 37501 | BANK OF NEW YORK MELLON CORP | 33.480 | 137,565.92 | |
| 11/10 | 7,182 | | 37736 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 153,335.42 | |
| 11/10 | 2,394 | | 37971 | ANHEUSER BUSCH COS INC | 64.090 | 153,526.46 | |
| 11/10 | 19,494 | | 38206 | CITI GROUP INC | 14.270 | 278,958.38 | |
| 11/10 | 10,260 | | 38441 | COMCAST CORP CL A | 17.410 | 179,036.60 | |
| 11/10 | 5,472 | | 38676 | CONOCOPHILIPS | 54.130 | 296,417.36 | |
| 11/10 | 20,862 | | 38911 | CISCO SYSTEMS INC | 18.080 | 379,018.96 | |
| 11/10 | 5,130 | | 39146 | CVS CAREMARK CORP | 31.300 | 160,774.00 | |
| 11/10 | 7,524 | | 39381 | CHEVRON CORP | 76.410 | 575,208.84 | |
| 11/10 | 6,498 | | 39616 | THE WALT DISNEY CO | 25.660 | 166,997.68 | |
| 11/10 | 37,278 | | 39851 | GENERAL ELECTRIC CO | 20.530 | 766,808.34 | |
| 11/10 | 684 | | 40086 | GOOGLE | 363.580 | 248,715.72 | |
| 11/10 | 1,710 | | 40321 | GOLDMAN SACHS GROUP INC | 92.680 | 158,550.80 | |
| 11/10 | 6,156 | | 40556 | HOME DEPOT INC | 23.030 | 142,018.68 | |
| 11/10 | 8,892 | | 40791 | HEWLETT PACKARD CO | 37.290 | 331,937.68 | |
| 11/10 | 4,788 | | 41026 | INTERNATIONAL BUSINESS MACHS | 92.660 | 443,847.08 | |
| 11/10 | 20,178 | | 41261 | INTEL CORP | 15.880 | 321,233.64 | |
| 11/10 | 9,918 | | 41496 | JOHNSON & JOHNSON | 61.320 | 608,567.76 | |
| 11/10 | 12,996 | | 41731 | J.P. MORGAN CHASE & CO | 41.730 | 542,842.08 | |
| 11/10 | 5,472 | | 41966 | KRAFT FOOD INC | 30.100 | 164,925.20 | |
| 11/10 | 7,182 | | 42201 | COCA COLA CO | 45.500 | 327,068.00 | |
| 11/10 | 4,104 | | 42436 | MCDONALDS CORP | 57.230 | 235,035.92 | |
| 11/10 | 4,104 | | 42671 | MEDTRONIC INC | 40.300 | 165,555.20 | |
| | | | | CONTINUED ON PAGE    9 | | | |

MWPTAP00259675

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 9 |

YOUR ACCOUNT NUMBER: 1-ZB510-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 2,394 | | 42906 | 3M COMPANY | 64.690 | 154,962.86 | |
| 11/10 | 7,182 | | 43141 | ALTRIA GROUP INC | 18.890 | 135,954.98 | |
| 11/10 | 7,524 | | 43376 | MERCK & CO | 30.510 | 229,857.24 | |
| 11/10 | 27,702 | | 43611 | MICROSOFT CORP | 23.200 | 643,794.40 | |
| 11/10 | 14,022 | | 43846 | ORACLE CORPORATION | 18.600 | 261,369.20 | |
| 11/10 | 3,078 | | 44551 | OCCIDENTAL PETROLEUM CORP | 56.010 | 172,521.78 | |
| 11/10 | 5,472 | | 44786 | PEPSICO INC | 57.550 | 315,131.60 | |
| 11/10 | 24,282 | | 45021 | PFIZER INC | 17.960 | 437,075.72 | |
| 11/10 | 10,602 | | 45256 | PROCTER & GAMBLE CO | 65.230 | 691,992.46 | |
| 11/10 | 7,182 | | 45491 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 316,510.46 | |
| 11/10 | 5,814 | | 45726 | QUALCOMM INC | 37.310 | 217,152.34 | |
| 11/10 | 4,446 | | 45961 | SCHLUMBERGER LTD | 50.500 | 224,700.00 | |
| 11/10 | 21,204 | | 46196 | AT&T INC | 28.580 | 606,858.32 | |
| 11/10 | 12,312 | | 46431 | TIME WARNER INC | 11.010 | 136,047.12 | |
| 11/10 | 3,420 | | 46666 | UNITED PARCEL SVC INC CLASS B | 54.420 | 186,252.40 | |
| 11/10 | 6,156 | | 46901 | U S BANCORP | 31.510 | 194,221.56 | |
| 11/10 | 3,420 | | 47136 | UNITED TECHNOLOGIES CORP | 56.430 | 193,126.60 | |
| 11/10 | 10,260 | | 47371 | VERIZON COMMUNICATIONS | 32 | 328,730.00 | |
| 11/10 | 11,628 | | 47606 | WELLS FARGO & CO NEW | 34.600 | 402,793.80 | |
| 11/10 | 7,866 | | 47841 | WAL-MART STORES INC | 55.710 | 438,528.86 | |
| 11/10 | 18,468 | | 48076 | EXXON MOBIL CORP | 75.800 | 1,400,612.40 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.44 |

CONTINUED ON PAGE 10

MWPTAP00259676

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

PERIOD ENDING
11/30/08

PAGE
10

YOUR ACCOUNT NUMBER
1-ZB510-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER
******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/10 | | 26,545 | 13044 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,545.00 |
| 11/10 | | 3,200,000 | 13416 | U S TREASURY BILL DUE 03/19/2009 3/19/2009 | 99.867 | | 3,195,744.00 |
| 11/10 | | 3,425,000 | 13618 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.834 | | 3,419,314.50 |
| 11/10 | | 3,425,000 | 13820 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.770 | | 3,417,122.50 |
| 11/10 | | 4,900,000 | 14053 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.742 | | 4,887,358.00 |
| 11/10 | | 1,475,000 | 14273 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 1,470,368.50 |
| 11/10 | 50,000 | | 14500 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 49,843.00 | |
| 11/10 | 8,051 | | 14732 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,051.00 | |
| 11/18 | | 7,168 | 49480 | ANHEUSER BUSCH COS INC | 70 | | 501,760.00 |
| 11/18 | 500,000 | | 49715 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 499,150.00 | |
| | | | | CONTINUED ON PAGE 11 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259677

<table>
<tr><td></td><td colspan="7"><strong>BERNARD L. MADOFF</strong><br>INVESTMENT SECURITIES LLC<br>New York □ London</td></tr>
</table>

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS
**Redacted**

PERIOD ENDING: **11/30/08**   PAGE: **11**

YOUR ACCOUNT NUMBER: **1-ZB510-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER: ********6905**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/18 | 2,610 | | 49953 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,610.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.32 |
| 11/19 | | 10,661 | 54197 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,661.00 |
| 11/19 | 4,550,000 | | 58619 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 4,546,633.00 | |
| 11/19 | 4,053 | | 63233 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,053.00 | |
| 11/20 | | 4,550,000 | 63929 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 4,548,271.00 |
| 11/20 | 4,550,000 | | 64167 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 4,547,588.50 | |
| 11/20 | 682 | | 64408 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 682.00 | |
| 11/25 | 1,215 | | 64647 | APPLE INC | 85.070 | 103,408.05 | |
| 11/25 | 2,160 | | 64885 | ABBOTT LABORATORIES | 54.140 | 117,028.40 | |
| 11/25 | 1,485 | | 65123 | AMGEN INC | 53.630 | 79,699.55 | |
| 11/25 | 6,885 | | 65361 | BANK OF AMERICA | 12.980 | 89,642.30 | |
| 11/25 | 810 | | 65599 | BAXTER INTERNATIONAL INC | 52.570 | 42,613.70 | |
| | | | | CONTINUED ON PAGE 12 | | | |

MWPTAP00259678

| | BERNARD L. MADOFF | | 885 Third Avenue | | Affiliated with |
|---|---|---|---|---|---|
| | INVESTMENT SECURITIES LLC | | New York, NY 10022 | | Madoff Securities International Limited |
| | New York □ London | | (212) 230-2424 | | 12 Berkeley Street |
| | | | 800 334-1343 | | Mayfair, London W1J 8DT |
| | | | Fax (212) 838-4061 | | Tel 020 7493 6222 |

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 12 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,620 | | 65837 | BANK OF NEW YORK MELLON CORP | 24.690 | 40,061.80 | |
| 11/25 | 2,700 | | 66075 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 54,486.00 | |
| 11/25 | 7,830 | | 66313 | CITI GROUP INC | 6.100 | 48,076.00 | |
| 11/25 | 675 | | 66551 | COLGATE PALMOLIVE CO | 62.660 | 42,322.50 | |
| 11/25 | 3,915 | | 66789 | COMCAST CORP CL A | 13.970 | 54,848.55 | |
| 11/25 | 2,160 | | 67027 | CONOCOPHILIPS | 45.100 | 97,502.00 | |
| 11/25 | 8,100 | | 67265 | CISCO SYSTEMS INC | 14.970 | 121,581.00 | |
| 11/25 | 2,025 | | 67503 | CVS CAREMARK CORP | 27.040 | 54,837.00 | |
| 11/25 | 2,835 | | 67741 | CHEVRON CORP | 68.710 | 194,905.85 | |
| 11/25 | 2,565 | | 67979 | THE WALT DISNEY CO | 19.760 | 50,786.40 | |
| 11/25 | 945 | | 68217 | EXELON CORP | 48.740 | 46,098.30 | |
| 11/25 | 14,850 | | 68455 | GENERAL ELECTRIC CO | 14.010 | 208,642.50 | |
| 11/25 | 270 | | 68693 | GOOGLE | 275 | 74,260.00 | |
| 11/25 | 2,295 | | 68931 | HOME DEPOT INC | 19.530 | 44,912.35 | |
| 11/25 | 3,375 | | 69169 | HEWLETT PACKARD CO | 32.990 | 111,476.25 | |
| 11/25 | 1,890 | | 69407 | INTERNATIONAL BUSINESS MACHS | 75.080 | 141,976.20 | |
| 11/25 | 7,830 | | 69645 | INTEL CORP | 12.270 | 96,387.10 | |
| 11/25 | 3,915 | | 69883 | JOHNSON & JOHNSON | 57.650 | 225,855.75 | |
| 11/25 | 5,130 | | 70121 | J.P. MORGAN CHASE & CO | 27.760 | 142,613.80 | |
| 11/25 | 2,025 | | 70359 | KRAFT FOOD INC | 25.900 | 52,528.50 | |
| 11/25 | 2,700 | | 70597 | COCA COLA CO | 42.040 | 113,616.00 | |
| 11/25 | 1,485 | | 70835 | MCDONALDS CORP | 55 | 81,734.00 | |
| 11/25 | 1,620 | | 71073 | MEDTRONIC INC | 30.800 | 49,960.00 | |
| 11/25 | 945 | | 71311 | 3M COMPANY | 58.280 | 55,111.60 | |
| | | | | CONTINUED ON PAGE 13 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259679

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 13 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 2,835 | | 71549 | ALTRIA GROUP INC | 16.250 | 46,181.75 | |
| 11/25 | 2,970 | | 71787 | MERCK & CO | 25 | 74,368.00 | |
| 11/25 | 10,800 | | 72025 | MICROSOFT CORP | 18.100 | 195,912.00 | |
| 11/25 | 5,400 | | 72739 | ORACLE CORPORATION | 16.050 | 86,886.00 | |
| 11/25 | 1,215 | | 72977 | OCCIDENTAL PETROLEUM CORP | 44.570 | 54,200.55 | |
| 11/25 | 2,160 | | 73215 | PEPSICO INC | 51.800 | 111,974.00 | |
| 11/25 | 9,315 | | 73453 | PFIZER INC | 15.320 | 143,077.80 | |
| 11/25 | 4,050 | | 73691 | PROCTER & GAMBLE CO | 61.940 | 251,019.00 | |
| 11/25 | 2,835 | | 73929 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 103,250.30 | |
| 11/25 | 2,295 | | 74167 | QUALCOMM INC | 29.850 | 68,596.75 | |
| 11/25 | 1,620 | | 74405 | SCHLUMBERGER LTD | 46.270 | 75,021.40 | |
| 11/25 | 8,100 | | 74643 | AT&T INC | 25 | 202,824.00 | |
| 11/25 | 4,995 | | 74881 | TIME WARNER INC | 8.010 | 40,208.95 | |
| 11/25 | 1,350 | | 75119 | UNITED PARCEL SVC INC CLASS B | 50.760 | 68,580.00 | |
| 11/25 | 2,430 | | 75357 | U S BANCORP | 23.400 | 56,959.00 | |
| 11/25 | 1,350 | | 75595 | UNITED TECHNOLOGIES CORP | 44.890 | 60,655.50 | |
| 11/25 | 3,915 | | 75833 | VERIZON COMMUNICATIONS | 26.570 | 104,177.55 | |
| 11/25 | 5,265 | | 76071 | WELLS FARGO & CO NEW | 23.820 | 125,622.30 | |
| 11/25 | 3,105 | | 76309 | WAL-MART STORES INC | 51.450 | 159,876.25 | |
| 11/25 | 1,890 | | 76547 | WYETH | 33 | 62,445.00 | |
| 11/25 | 7,290 | | 76785 | EXXON MOBIL CORP | 72 | 525,171.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | .46 |
| | | | | CONTINUED ON PAGE 14 | | | |

CONTINUED ON PAGE 14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 14 |

YOUR ACCOUNT NUMBER: 1-ZB510-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 4,735 | 77376 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,735.00 |
| 11/25 | | 5,100,000 | 77616 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 5,093,778.00 |
| 11/25 | 19,767 | | 77913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,767.00 | |
| | | | | NEW BALANCE | | 6,593,502.22 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 69,666 | | | AT&T INC | 28.560 | | |
| | 18,544 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 24,339 | | | ALTRIA GROUP INC | 16.080 | | |
| | 12,749 | | | AMGEN INC | 55.540 | | |
| | 10,431 | | | APPLE INC | 92.670 | | |
| | 59,854 | | | BANK OF AMERICA | 16.250 | | |
| | 13,629 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 7,296 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 8,192 | | | BOEING CO | 42.630 | | |
| | 23,522 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 17,106 | | | CVS CAREMARK CORP | 28.930 | | |
| | 24,681 | | | CHEVRON CORP | 79.010 | | |
| | 70,006 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 64,958 | | | CITI GROUP INC | 8.290 | | |

CONTINUED ON PAGE  15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259681

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 15 |

YOUR ACCOUNT NUMBER: 1-ZB510-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6905

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 23,522 | | | COCA COLA CO | 46.870 | | |
| | 675 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 34,356 | | | COMCAST CORP CL A | 17.340 | | |
| | 18,265 | | | CONOCOPHILIPS | 52.520 | | |
| | 22,424 | | | THE WALT DISNEY CO | 22.520 | | |
| | 945 | | | EXELON CORP | 56.210 | | |
| | 62,307 | | | EXXON MOBIL CORP | 80.150 | | |
| | 124,544 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 4,438 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 2,318 | | | GOOGLE | 292.960 | | |
| | 29,317 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 20,448 | | | HOME DEPOT INC | 23.110 | | |
| | 66,603 | | | INTEL CORP | 13.800 | | |
| | 16,226 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 44,042 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 33,332 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 18,130 | | | KRAFT FOOD INC | 27.210 | | |
| | 13,494 | | | MCDONALDS CORP | 58.750 | | |
| | 13,629 | | | MEDTRONIC INC | 30.520 | | |
| | 25,498 | | | MERCK & CO | 26.720 | | |
| | 93,465 | | | MICROSOFT CORP | 20.220 | | |
| | 10,152 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 47,105 | | | ORACLE CORPORATION | 16.090 | | |
| | 18,544 | | | PEPSICO INC | 56.700 | | |
| | | | | CONTINUED ON PAGE 16 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259682

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 16 |

| YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 80,376 | | | PFIZER INC | 16.430 | | |
| | 24,742 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 35,794 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 19,703 | | | QUALCOMM INC | 33.570 | | |
| | 14,250 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 19,767 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 8,113 | | | 3M COMPANY | 66.930 | | |
| | 42,262 | | | TIME WARNER INC | 9.050 | | |
| | 20,862 | | | U S BANCORP | 26.980 | | |
| | 11,590 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 11,590 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 33,674 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 26,657 | | | WAL-MART STORES INC | 55.880 | | |
| | 40,081 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,890 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 49,530,425.36 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00259683

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ST JAMES ASSOCIATES
MICHAEL BIENES, DIANE BIENES
GENERAL PARTNERS

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 17 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB510-3-0 | ******6905 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 291,210.12 |
| | | | | GROSS PROCEEDS FROM SALES | | | 287,225,944.78 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

MWPTAP00259684



MWPTAP00259685

# EXHIBIT 14

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:        012840

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

JUN 2 9 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _____

HOME: _____

Taxpayer I.D. Number (Social Security No.)

6313

Account Number:    1ZA879
KENN JORDAN ASSOCIATES
C/O FRANK AVELLINO

[Redacted]

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************

1.    Claim for money balances as of **December 11, 2008**:
 a.    The Broker owes me a Credit (Cr.) Balance of          $           0

 b.    I owe the Broker a Debit (Dr.) Balance of          $           0

502180406

MWPTAP00043870

MWPTAP00535372

c. If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                          $____*0*____

d. If balance is zero, insert "None."                         ____*NONE*____

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|--|--|-----|----|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| *Nov. 2008* | *SEE ATTACHED STATEMENTS DATED NOV 30, 2008* | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

MWPTAP00043871

MWPTAP00535373

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |

502180406

3

MWPTAP00043872

MWPTAP00535374

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                                    ✓
      so, give name of that broker.          _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: *Rebecca L. McDonough CPA c/o Ahearn
      Jasco +Co, 190 SE 19 Ave, Pompano Beach FL 33060* .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** *

Date _June 25, 2009____    Signature _Frank Collins_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

* Customer reserves the right to amend the claim
   for any purpose

502180406

MWPTAP00043873

**MWPTAP00535375**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENN JORDAN ASSOCIATES

C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA879-3-0 | ******6313 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 475,379.59 | |
| 11/12 | 7,140 | | 1241 | WELLS FARGO & CO NEW | 29.800 | 213,057.00 | |
| 11/12 | 5,100 | | 1743 | HEWLETT PACKARD CO | 34.900 | 178,194.00 | |
| 11/12 | 4,420 | | 5567 | WAL-MART STORES INC | 55.830 | 246,944.60 | |
| 11/12 | 2,890 | | 6069 | INTERNATIONAL BUSINESS MACHS | 87.270 | 252,325.30 | |
| 11/12 | 10,710 | | 9893 | EXXON MOBIL CORP | 72.880 | 780,972.80 | |
| 11/12 | 11,730 | | 10395 | INTEL CORP | 14.510 | 170,671.30 | |
| 11/12 | 5,610 | | 14721 | JOHNSON & JOHNSON | 59.580 | 334,467.80 | |
| 11/12 | 7,650 | | 19046 | J.P. MORGAN CHASE & CO | 38.530 | 295,060.50 | |
| 11/12 | 4,080 | | 23372 | COCA COLA CO | 44.660 | 182,375.80 | |
| 11/12 | 2,380 | | 27698 | MCDONALDS CORP | 55.370 | 131,875.60 | |
| 11/12 | 4,420 | | 32024 | MERCK & CO | 28.550 | 126,367.00 | |
| 11/12 | 16,150 | | 36350 | MICROSOFT CORP | 21.810 | 352,877.50 | |
| 11/12 | 8,160 | | 40676 | ORACLE CORPORATION | 17.300 | 141,494.00 | |
| 11/12 | 3,230 | | 53654 | PEPSICO INC | 56.410 | 182,333.30 | |
| 11/12 | 1,870 | | 54156 | APPLE INC | 100.780 | 188,532.60 | |
| 11/12 | 13,770 | | 57980 | PFIZER INC | 16.940 | 233,813.80 | |
| 11/12 | 3,230 | | 58482 | ABBOTT LABORATORIES | 54.610 | 176,519.30 | |
| 11/12 | 6,120 | | 62306 | PROCTER & GAMBLE CO | 64.080 | 392,413.60 | |
| 11/12 | 2,210 | | 62808 | AMGEN INC | 59.160 | 130,831.60 | |
| 11/12 | 4,250 | | 66632 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 185,470.00 | |
| 11/12 | 10,200 | | 67134 | BANK OF AMERICA | 21.590 | 220,626.00 | |
| 11/12 | 3,400 | | 70958 | QUALCOMM INC | 33.770 | 114,954.00 | |
| 11/12 | 11,050 | | 71460 | CITI GROUP INC | 12.510 | 138,677.50 | |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00053874

MWPTAP00535376

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENN JORDAN ASSOCIATES
C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA879-3-0 | ******6313 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,550 | | 75284 | SCHLUMBERGER LTD | 49.480 | 126,276.00 | |
| 11/12 | 6,120 | | 75786 | COMCAST CORP CL A | 16.510 | 101,285.20 | |
| 11/12 | 12,070 | | 79610 | AT&T INC | 27 | 326,372.00 | |
| 11/12 | 3,060 | | 80112 | CONOCOPHILIPS | 52.510 | 160,802.60 | |
| 11/12 | 2,040 | | 83936 | UNITED PARCEL SVC INC CLASS B | 52.040 | 106,242.60 | |
| 11/12 | 12,410 | | 84438 | CISCO SYSTEMS INC | 16.730 | 208,115.30 | |
| 11/12 | 3,570 | | 88262 | U S BANCORP | 29.530 | 105,564.10 | |
| 11/12 | 4,250 | | 88764 | CHEVRON CORP | 73.450 | 312,247.50 | |
| 11/12 | 2,040 | | 92588 | UNITED TECHNOLOGIES CORP | 53.160 | 108,527.40 | |
| 11/12 | 21,590 | | 93090 | GENERAL ELECTRIC CO | 19.630 | 424,674.70 | |
| 11/12 | 5,780 | | 96914 | VERIZON COMMUNICATIONS | 30.410 | 176,000.80 | |
| 11/12 | 510 | | 97416 | GOOGLE | 337.400 | 172,094.00 | |
| 11/12 | | 50,000 | 20214 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 7,675,000 | 23847 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 7,670,088.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 36.39 |
| 11/12 | | 42,298 | 18951 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,298.00 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535377

MWPTAP00043875

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENN JORDAN ASSOCIATES
C/O FRANK AVELLINO

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA879-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******6313

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 28,996 | | 28319 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 28,996.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.56 |
| 11/19 | | 28,996 | 53845 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,996.00 |
| 11/19 | 525,000 | | 58300 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 524,611.50 | |
| 11/19 | 13,708 | | 62881 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,708.00 | |
| | | | | NEW BALANCE | | 950,359.24 | |
| | 12,070 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | 3,230 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 2,210 | | | AMGEN INC | 55.540 | | |
| | 1,870 | | | APPLE INC | 92.670 | | |
| | 10,200 | | | BANK OF AMERICA | 16.250 | | |
| | 4,250 | | | CHEVRON CORP | 79.010 | | |
| | 12,410 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 11,050 | | | CITI GROUP INC | 8.290 | | |
| | 4,080 | | | COCA COLA CO | 46.870 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535378

MWPTAP00043876

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENN JORDAN ASSOCIATES
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA879-3-0 | ******6313 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 6,120 | | | COMCAST CORP CL A | 17.340 | | |
| | 3,060 | | | CONOCOPHILIPS | 52.520 | | |
| | 10,710 | | | EXXON MOBIL CORP | 80.150 | | |
| | 21,590 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 510 | | | GOOGLE | 292.960 | | |
| | 5,100 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 11,730 | | | INTEL CORP | 13.800 | | |
| | 2,890 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 7,650 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 5,610 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 2,380 | | | MCDONALDS CORP | 58.750 | | |
| | 4,420 | | | MERCK & CO | 26.720 | | |
| | 16,150 | | | MICROSOFT CORP | 20.220 | | |
| | 8,160 | | | ORACLE CORPORATION | 16.090 | | |
| | 3,230 | | | PEPSICO INC | 56.700 | | |
| | 13,770 | | | PFIZER INC | 16.430 | | |
| | 4,250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 6,120 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 3,400 | | | QUALCOMM INC | 33.570 | | |
| | 2,550 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 13,708 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 3,570 | | | U S BANCORP | 26.980 | | |
| | 2,040 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535380

| | BERNARD L. MADOFF |
|---|---|
| MADF | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENN JORDAN ASSOCIATES

C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA879-3-0 | ******6313 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 525,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 2,040 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 5,780 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 4,420 | | | WAL-MART STORES INC | 55.880 | | |
| | 7,140 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                SHORT 8,028,465.05 | | | |

MWPTAP00048676

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KENN JORDAN ASSOCIATES
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA879-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6313

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 475,380.00 |
| 11/12 | | 170 | 45002 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 268,430.00 |
| 11/12 | 170 | | 49328 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 302,770.00 | |
| 11/19 | | 170 | 35432 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 441,830.00 |
| 11/19 | 170 | | 39757 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 510,170.00 | |
| 11/19 | 170 | | 44082 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 51,170.00 | |
| 11/19 | | 170 | 48407 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 628,830.00 |
| | | | | NEW BALANCE | | | 950,360.00 |
| | | 170 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 170 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 280,500.00 | SHORT 396,100.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535381
MWPTAP00535379



Ahearn Jasco + Company

Business and Financial Consultants
Certified Public Accountants
Chartered

190 Southeast 19th Avenue
Pompano Beach, Florida 33060

RETURN RECEIPT REQUESTED

UNITED STATES POSTAGE PITNEY BOWES
02 1P $ 022.40[0]
0004414735 JUN 26 2009
MAILED FROM ZIP CODE 33060

POMPANO BEACH FL 33060 STATION 2009

UNITED STATES POSTAL SERVICE
U.S. POSTAGE PAID
POMPANO BEACH, FL
33060
JUN 26, 09
AMOUNT
1007
$0.00
00033216-14

closed

EB878742886US

EB878742886US

## EXPRESS MAIL

UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 33060
Day of Delivery: [X] Next [ ] 2nd [ ] 2nd Del. Day
Postage: $ 20.10
Date Accepted: Mo. Day Year 6.26.09
Scheduled Date of Delivery: Month Day 6.27
Return Receipt Fee: $ 2.30
Scheduled Time of Delivery: [X] Noon [ ] 3 PM
COD Fee: $
Insurance Fee: $
Time Accepted: 1625 [ ] AM [ ] PM
Military: [ ] 2nd Day [ ] 3rd Day
Total Postage & Fees: $ 22.40
Flat Rate [ ] or Weight: lbs. 3 ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials: TW

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. 6 Day 27 | Time 10:16 [ ] AM [ ] PM | Employee Signature
Delivery Attempt: Mo. Day | Time [ ] AM [ ] PM | Employee Signature
Delivery Date: Mo. 6 Day 29 | Time 3:23 [ ] AM [X] PM | Employee Signature

**CUSTOMER USE ONLY**

[redacted]

[ ] WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY [ ] Weekend [ ] Holiday
Mailer Signature

PRESS HARD. YOU ARE MAKING 3 COPIES.

FROM: (PLEASE PRINT) PHONE 954 781-8800
Ahearn Jasco + Co.
190 SE 19th Ave.
Pompano Beach, FL 33060

TO: (PLEASE PRINT) PHONE
Irving H. Picard, Esq.
Claims Processing Center
2100 McKinney Ave., #800.
Dallas, TX 75201
#60838.03

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
7 5 2 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

MWPTAP00543880

MWPTAP00535382

# EXHIBIT 15

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:          013035

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation                    **RECEIVED**

**DECEMBER 11, 2008**          **JUN 29 2009**

(Please print or type)

Name of Customer: _Rachel Anne Rosenthal Trust_
Mailing Address: _c/o Frank Avellino_
City: **Redacted**          State: **Redacted**    Zip: **Redacted**
Account No.: _1ZA879, Customer of Bernard L. Madoff Investment Securities via_
Taxpayer I.D. Number (Social Security No.): _05-6052624_    _Kenn Jordan Associates_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of        $_____

b.    I owe the Broker a Debit (Dr.) Balance of        $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                $_____

d.    If balance is zero, insert "None."                _None_

502180406                    1

MWPTAP00539156

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *Partnership security position in Kenn Jordan Associates Valued at $288,676* | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00539157

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

3

MWPTAP00539158

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.** ✱

Date _24 June 2009_      Signature _Nancy Carroll Avellino_
                                                    _TRUSTEE_
Date _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

✱ Customer reserves the right to amend the claim for any purpose.

502180406                                    4

Redacted

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP005391600

Sent to:      Irving H. Picard, Esq.
              Trustee for Bernard L. Madoff Investment Securities LLC
              Claims Processing Center
              2100 McKinney Avenue, Suite 800
              Dallas, Texas 75201


Enclosed please find the following filings for customers of Bernard L. Madoff Investment
Securities LLC:

1. Lisa Cianciaroso Trust, Customer of Bernard L. Madoff Investment Securities LLC via Aster
Associates (#1ZB509)

2. Louise Cianciaroso Trust, Customer of Bernard L. Madoff Investment Securities LLC via
Aster Associates (#1ZB509)

3. Heather Lowles Trust, Customer of Bernard L. Madoff Investment Securities LLC via Aster
Associates (#1ZB509)

4. Tiffany Lowles Trust, Customer of Bernard L. Madoff Investment Securities LLC via Aster
Associates (#1ZB509)

5. Melanie Lowles Trust, Customer of Bernard L. Madoff Investment Securities LLC via Aster
Associates (#1ZB509)

6. Carmella Mazzella Trust, Customer of Bernard L. Madoff Investment Securities LLC via
Aster Associates (#1ZB509)

7. Taylor McEvoy Trust, Customer of Bernard L. Madoff Investment Securities LLC via Aster
Associates (#1ZB509)

8. Madison McEvoy Trust, Customer of Bernard L. Madoff Investment Securities LLC via
Aster Associates (#1ZB509)

9. Rachel Anne Rosenthal, Customer of Bernard L. Madoff Investment Securities LLC via
Aster Associates (#1ZB509)

10. Rachel Anne Rosenthal Trust, Customer of Bernard L. Madoff Investment Securities LLC
via Aster Associates (#1ZB509)

11. Rachel Anne Rosenthal Trust #3, Customer of Bernard L. Madoff Investment Securities LLC
via Aster Associates (#1ZB509)

12. Dionigi Vitiello, Customer of Bernard L. Madoff Investment Securities LLC via Aster
Associates (#1ZB509)

13. Mary Vitiello Marriage Trust, Customer of Bernard L. Madoff Investment Securities LLC
via Aster Associates (#1ZB509)

14. Rachel Anne Rosenthal Trust, Customer of Bernard L. Madoff Investment Securities LLC
via Kenn Jordan Associates (#1ZA879)

MWPTAP00539161



**Redacted**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Securities LLC
Claims Processing Center
2100 McKinney Ave, Suite 800
Dallas, Texas
75201

MWPTAP005391162

# EXHIBIT 16

CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:       **012824**

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

**DECEMBER 11, 2008**

JUN 2 9 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____[Redacted]_____

HOME:_____[Redacted]_____

Taxpayer I.D. Number (Social Security No.)
_____8200#_____

Account Number:    1ZB249
MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

[Redacted]

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____0_____
    b.    I owe the Broker a Debit (Dr.) Balance of          $_____0_____

502180406

MWPTAP00043847

MWPTAP00535036

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                                    $ _____ _O_____

d.    If balance is zero, insert "None."                         _NONE_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _Nov 2008_ | _SEE ATTACHED STATEMENTS DATED Nov 30, 2008_ | ✓ | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                         2

MWPTAP00043848

MWPTAP00535037

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**   **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |

502180406

3

MWPTAP00043849

MWPTAP00535038

9. Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.                    _____    ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form: *Rebecca McDonough CPA c/o Ahearn*
*Jasco + Co, 190 SE 19 Ave, Pompano Beach Fl 33060*.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** ✱

Date *June 25, 2009*          Signature *Frank Cutillo*

Date _____          Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

✱ *Customer reserves the right to amend the claim for any purpose.*

502180406

MWPTAP00043850

**MWPTAP00535039**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-ZB249-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8200

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,556,395.09 | |
| 11/06 | 3,150 | | 11106 | APPLE INC | 105.380 | 332,073.00 | |
| 11/06 | 5,600 | | 11341 | ABBOTT LABORATORIES | 55.090 | 308,728.00 | |
| 11/06 | 3,850 | | 11576 | AMGEN INC | 60.350 | 232,501.50 | |
| 11/06 | 2,800 | | 11811 | BOEING CO | 51.120 | 143,248.00 | |
| 11/06 | 18,200 | | 12046 | BANK OF AMERICA | 23.840 | 434,616.00 | |
| 11/06 | 2,100 | | 12281 | BAXTER INTERNATIONAL INC | 60.600 | 127,344.00 | |
| 11/06 | 4,200 | | 12516 | BANK OF NEW YORK MELLON CORP | 32.290 | 135,786.00 | |
| 11/06 | 7,000 | | 12751 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 144,550.00 | |
| 11/06 | 2,450 | | 12986 | ANHEUSER BUSCH COS INC | 62.430 | 153,051.50 | |
| 11/06 | 19,600 | | 13221 | CITI GROUP INC | 13.530 | 265,972.00 | |
| 11/06 | 10,500 | | 13456 | COMCAST CORP CL A | 15.790 | 166,215.00 | |
| 11/06 | 5,600 | | 13691 | CONOCOPHILIPS | 51.120 | 286,496.00 | |
| 11/06 | 21,350 | | 13926 | CISCO SYSTEMS INC | 17.520 | 374,906.00 | |
| 11/06 | 5,250 | | 14161 | CVS CAREMARK CORP | 30.510 | 160,387.50 | |
| 11/06 | 7,350 | | 14396 | CHEVRON CORP | 73.740 | 542,283.00 | |
| 11/06 | 7,000 | | 14631 | THE WALT DISNEY CO | 24.760 | 173,600.00 | |
| 11/06 | 37,450 | | 14866 | GENERAL ELECTRIC CO | 19.600 | 735,518.00 | |
| 11/06 | 700 | | 15101 | GOOGLE | 356.520 | 249,592.00 | |
| 11/06 | 1,400 | | 15336 | GOLDMAN SACHS GROUP INC | 91.870 | 128,674.00 | |
| 11/06 | 6,300 | | 15571 | HOME DEPOT INC | 23.300 | 147,042.00 | |
| 11/06 | 8,750 | | 15806 | HEWLETT PACKARD CO | 38.310 | 335,562.50 | |
| 11/06 | 4,900 | | 16041 | INTERNATIONAL BUSINESS MACHS | 92.800 | 454,916.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535040
MWPTAP00538851

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

PERIOD ENDING **11/30/08**

PAGE **2**

YOUR ACCOUNT NUMBER **1-ZB249-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*8200**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|--------------------------------|---------------------------------|
| 11/06 | 19,950 | | 16276 | INTEL CORP | 16.070 | 321,394.50 | |
| 11/06 | 10,150 | | 16511 | JOHNSON & JOHNSON | 61.310 | 622,702.50 | |
| 11/06 | 13,300 | | 16746 | J.P. MORGAN CHASE & CO | 40.910 | 544,635.00 | |
| 11/06 | 5,600 | | 16981 | KRAFT FOOD INC | 29.110 | 163,240.00 | |
| 11/06 | 7,000 | | 17216 | COCA COLA CO | 44.490 | 311,710.00 | |
| 11/06 | 4,200 | | 17451 | MCDONALDS CORP | 57.900 | 243,348.00 | |
| 11/06 | 4,200 | | 17686 | MEDTRONIC INC | 40.310 | 169,470.00 | |
| 11/06 | 2,450 | | 17921 | 3M COMPANY | 63.590 | 155,893.50 | |
| 11/06 | 7,350 | | 18156 | ALTRIA GROUP INC | 19.160 | 141,120.00 | |
| 11/06 | 7,700 | | 18391 | MERCK & CO | 30.780 | 237,314.00 | |
| 11/06 | 28,350 | | 18626 | MICROSOFT CORP | 22.310 | 633,622.50 | |
| 11/06 | 14,350 | | 18861 | ORACLE CORPORATION | 18.110 | 260,452.50 | |
| 11/06 | 3,150 | | 19566 | OCCIDENTAL PETROLEUM CORP | 54.290 | 171,139.50 | |
| 11/06 | 5,600 | | 19801 | PEPSICO INC | 57 | 319,424.00 | |
| 11/06 | 24,150 | | 20036 | PFIZER INC | 17.690 | 428,179.50 | |
| 11/06 | 10,850 | | 20271 | PROCTER & GAMBLE CO | 64.570 | 701,018.50 | |
| 11/06 | 7,700 | | 20506 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 329,329.00 | |
| 11/06 | 5,950 | | 20741 | QUALCOMM INC | 37.810 | 225,207.50 | |
| 11/06 | 4,200 | | 20976 | SCHLUMBERGER LTD | 51.760 | 217,560.00 | |
| 11/06 | 21,000 | | 21211 | AT&T INC | 26.980 | 567,420.00 | |
| 11/06 | 12,950 | | 21446 | TIME WARNER INC | 10.060 | 130,795.00 | |
| 11/06 | 3,500 | | 21681 | UNITED PARCEL SVC INC CLASS B | 52.790 | 184,905.00 | |
| 11/06 | 6,300 | | 21916 | U S BANCORP | 29.550 | 186,417.00 | |
| 11/06 | 3,500 | | 22151 | UNITED TECHNOLOGIES CORP | 54.920 | 192,360.00 | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535041

MWPTAP00535852

| | MADF | **BERNARD L. MADOFF** |
| | | INVESTMENT SECURITIES LLC |
| | | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

PERIOD ENDING **11/30/08**

PAGE **3**

YOUR ACCOUNT NUMBER **1-ZB249-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*8200**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 10,150 | | 22386 | VERIZON COMMUNICATIONS | 29.980 | 304,703.00 | |
| 11/06 | 11,900 | | 22621 | WELLS FARGO & CO NEW | 33.660 | 401,030.00 | |
| 11/06 | 8,050 | | 22856 | WAL-MART STORES INC | 56.560 | 455,630.00 | |
| 11/06 | 18,900 | | 23091 | EXXON MOBIL CORP | 73.680 | 1,393,308.00 | |
| 11/06 | | | | FIDELITY SPARTAN | DIV | | 4.71 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/06/08 | | | |
| 11/06 | 19,923 | | 10871 | FIDELITY SPARTAN | 1 | 19,923.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 18,846 | 48388 | FIDELITY SPARTAN | 1 | | 18,846.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 1,050,000 | 48589 | U S TREASURY BILL | 99.989 | | 1,049,884.50 |
| | | | | DUE 12/11/2008 | | | |
| | | | | 12/11/2008 | | | |
| 11/06 | | 3,450,000 | 48813 | U S TREASURY BILL | 99.932 | | 3,447,654.00 |
| | | | | DUE 12/18/2008 | | | |
| | | | | 12/18/2008 | | | |
| 11/06 | | 4,300,000 | 49022 | U S TREASURY BILL | 99.960 | | 4,298,280.00 |
| | | | | DUE 01/08/2009 | | | |
| | | | | 1/08/2009 | | | |
| 11/06 | | 4,300,000 | 49235 | U S TREASURY BILL | 99.946 | | 4,297,678.00 |
| | | | | DUE 01/15/2009 | | | |
| | | | | 1/15/2009 | | | |
| 11/06 | | 4,300,000 | 49450 | U S TREASURY BILL | 99.934 | | 4,297,162.00 |
| | | | | DUE 01/22/2009 | | | |
| | | | | 1/22/2009 | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535042

MWPTAP00535853

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 4,300,000 | 49665 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 4,296,904.00 |
| 11/06 | | 2,825,000 | 49878 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 2,822,231.50 |
| 11/06 | 2,825,000 | | 50115 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 2,819,406.50 | |
| 11/06 | 2,825,000 | | 50344 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 2,817,965.75 | |
| 11/06 | 2,825,000 | | 50573 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,817,259.50 | |
| 11/07 | 2,178 | | 23627 | APPLE INC | 108.800 | 237,053.40 | |
| 11/07 | 3,872 | | 23862 | ABBOTT LABORATORIES | 56.590 | 219,270.48 | |
| 11/07 | 2,662 | | 24097 | AMGEN INC | 62.070 | 165,336.34 | |
| 11/07 | 1,936 | | 24332 | BOEING CO | 53.640 | 103,924.04 | |
| 11/07 | 12,342 | | 24567 | BANK OF AMERICA | 23.720 | 293,245.24 | |
| 11/07 | 1,452 | | 24802 | BAXTER INTERNATIONAL INC | 61.740 | 89,704.48 | |
| 11/07 | 2,662 | | 25037 | BANK OF NEW YORK MELLON CORP | 34.210 | 91,173.02 | |
| 11/07 | 4,840 | | 25272 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 101,929.80 | |
| 11/07 | 1,694 | | 25507 | ANHEUSER BUSCH COS INC | 64.190 | 108,804.86 | |
| 11/07 | 13,068 | | 25742 | CITI GROUP INC | 14.410 | 188,831.88 | |
| | | | | CONTINUED ON PAGE   5 | | | |

MWPTAP00535043

MWPTAP00535054

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 7,018 | | 25977 | COMCAST CORP CL A | 17.390 | 122,323.02 | |
| 11/07 | 3,630 | | 26212 | CONOCOPHILIPS | 53.060 | 192,752.80 | |
| 11/07 | 14,278 | | 26447 | CISCO SYSTEMS INC | 17.580 | 251,578.24 | |
| 11/07 | 3,388 | | 26682 | CVS CAREMARK CORP | 31.720 | 107,602.36 | |
| 11/07 | 5,082 | | 26917 | CHEVRON CORP | 75.450 | 383,639.90 | |
| 11/07 | 4,598 | | 27152 | THE WALT DISNEY CO | 25.620 | 117,983.76 | |
| 11/07 | 25,410 | | 27387 | GENERAL ELECTRIC CO | 19.810 | 504,388.10 | |
| 11/07 | 484 | | 27622 | GOOGLE | 349.160 | 169,012.44 | |
| 11/07 | 968 | | 27857 | GOLDMAN SACHS GROUP INC | 89.070 | 86,257.76 | |
| 11/07 | 4,114 | | 28092 | HOME DEPOT INC | 22.480 | 92,646.72 | |
| 11/07 | 6,050 | | 28327 | HEWLETT PACKARD CO | 38.820 | 235,103.00 | |
| 11/07 | 3,388 | | 28562 | INTERNATIONAL BUSINESS MACHS | 92.430 | 313,287.84 | |
| 11/07 | 13,552 | | 28797 | INTEL CORP | 16 | 217,374.00 | |
| 11/07 | 6,776 | | 29032 | JOHNSON & JOHNSON | 61.820 | 419,163.32 | |
| 11/07 | 9,196 | | 29267 | J.P. MORGAN CHASE & CO | 40.960 | 377,035.16 | |
| 11/07 | 3,630 | | 29502 | KRAFT FOOD INC | 29.710 | 107,992.30 | |
| 11/07 | 4,840 | | 29737 | COCA COLA CO | 46.580 | 225,640.20 | |
| 11/07 | 2,662 | | 29972 | MCDONALDS CORP | 57.510 | 153,197.62 | |
| 11/07 | 2,662 | | 30207 | MEDTRONIC INC | 41.140 | 109,620.68 | |
| 11/07 | 1,694 | | 30442 | 3M COMPANY | 64.880 | 109,973.72 | |
| 11/07 | 5,082 | | 30677 | ALTRIA GROUP INC | 19.370 | 98,641.34 | |
| 11/07 | 5,324 | | 30912 | MERCK & CO | 30.480 | 162,487.52 | |
| 11/07 | 19,360 | | 31147 | MICROSOFT CORP | 22.940 | 444,892.40 | |
| 11/07 | 9,680 | | 31382 | ORACLE CORPORATION | 18.470 | 179,176.60 | |
| | | | | CONTINUED ON PAGE    6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535044
MWPTAP00048655

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

YOUR ACCOUNT NUMBER: 1-ZB249-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8200

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 1,936 | | 32087 | OCCIDENTAL PETROLEUM CORP | 54.380 | 105,356.68 | |
| 11/07 | 3,872 | | 32322 | PEPSICO INC | 58.630 | 227,169.36 | |
| 11/07 | 16,456 | | 32557 | PFIZER INC | 18 | 296,866.00 | |
| 11/07 | 7,502 | | 32792 | PROCTER & GAMBLE CO | 65.180 | 489,280.36 | |
| 11/07 | 5,082 | | 33027 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 221,981.48 | |
| 11/07 | 4,114 | | 33262 | QUALCOMM INC | 37.690 | 155,220.66 | |
| 12/07 | 2,904 | | 33497 | SCHLUMBERGER LTD | 51.770 | 150,456.08 | |
| 11/07 | 14,036 | | 33732 | AT&T INC | 28.910 | 406,341.76 | |
| 11/07 | 8,712 | | 33967 | TIME WARNER INC | 10.110 | 88,426.32 | |
| 11/07 | 2,420 | | 34202 | UNITED PARCEL SVC INC CLASS B | 53.680 | 130,001.60 | |
| 11/07 | 4,356 | | 34437 | U S BANCORP | 30.790 | 134,295.24 | |
| 11/07 | 2,420 | | 34672 | UNITED TECHNOLOGIES CORP | 56 | 135,616.00 | |
| 11/07 | 6,776 | | 34907 | VERIZON COMMUNICATIONS | 31.810 | 215,815.56 | |
| 11/07 | 8,228 | | 35142 | WELLS FARGO & CO NEW | 34.080 | 280,739.24 | |
| 11/07 | 5,566 | | 35377 | WAL-MART STORES INC | 56.730 | 315,981.18 | |
| 11/07 | 12,826 | | 35612 | EXXON MOBIL CORP | 75.280 | 966,054.28 | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .36 |
| 11/07 | | 19,923 | 11121 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,923.00 |
| 11/07 | | 2,825,000 | 11371 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 2,822,824.75 |
| | | | | CONTINUED ON PAGE    7 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00035045
MWPTAP00035856

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

| MADF | **BERNARD L. MADOFF** |
|------|----------------------|
|      | INVESTMENT SECURITIES LLC |
|      | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---------------|------|
| 11/30/08 | 7 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---------------------|-------------------------------------|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/07 | | 2,675,000 | 11586 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 2,671,977.25 |
| 11/07 | | 2,675,000 | 11802 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 2,672,030.75 |
| 11/07 | | 2,825,000 | 12012 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 2,821,214.50 |
| 11/07 | 50,000 | | 12349 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 49,860.00 | |
| 11/07 | 50,000 | | 12569 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 49,835.50 | |
| 11/07 | 5,585 | | 12804 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,585.00 | |
| 11/10 | 2,682 | | 36087 | APPLE INC | 108.720 | 291,694.04 | |
| 11/10 | 4,768 | | 36322 | ABBOTT LABORATORIES | 55.910 | 266,768.88 | |
| 11/10 | 3,278 | | 36557 | AMGEN INC | 59.620 | 195,565.36 | |
| 11/10 | 2,384 | | 36792 | BOEING CO | 52.190 | 124,515.96 | |
| 11/10 | 15,496 | | 37027 | BANK OF AMERICA | 24.050 | 373,297.80 | |
| 11/10 | 2,086 | | 37262 | BAXTER INTERNATIONAL INC | 60.770 | 126,849.22 | |
| 11/10 | 3,576 | | 37497 | BANK OF NEW YORK MELLON CORP | 33.480 | 119,867.48 | |
| 11/10 | 6,258 | | 37732 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 133,607.98 | |

CONTINUED ON PAGE    8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535046

MWPTAP00535857

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 8 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 2,086 | | 37967 | ANHEUSER BUSCH COS INC | 64.090 | 133,774.74 | |
| 11/10 | 16,986 | | 38202 | CITI GROUP INC | 14.270 | 243,069.22 | |
| 11/10 | 8,940 | | 38437 | COMCAST CORP CL A | 17.410 | 156,002.40 | |
| 11/10 | 4,768 | | 38672 | CONOCOPHILIPS | 54.130 | 258,281.84 | |
| 11/10 | 18,178 | | 38907 | CISCO SYSTEMS INC | 18.080 | 329,385.24 | |
| 11/10 | 4,470 | | 39142 | CVS CAREMARK CORP | 31.300 | 140,089.00 | |
| 11/10 | 6,556 | | 39377 | CHEVRON CORP | 76.410 | 501,205.96 | |
| 11/10 | 5,662 | | 39612 | THE WALT DISNEY CO | 25.660 | 145,512.92 | |
| 11/10 | 32,482 | | 39847 | GENERAL ELECTRIC CO | 20.530 | 668,154.46 | |
| 11/10 | 596 | | 40082 | GOOGLE | 363.580 | 216,716.68 | |
| 11/10 | 1,490 | | 40317 | GOLDMAN SACHS GROUP INC | 92.680 | 138,152.20 | |
| 11/10 | 5,364 | | 40552 | HOME DEPOT INC | 23.030 | 123,746.92 | |
| 11/10 | 7,748 | | 40787 | HEWLETT PACKARD CO | 37.290 | 289,231.92 | |
| 11/10 | 4,172 | | 41022 | INTERNATIONAL BUSINESS MACHS | 92.660 | 386,743.52 | |
| 11/10 | 17,582 | | 41257 | INTEL CORP | 15.880 | 279,905.16 | |
| 11/10 | 8,642 | | 41492 | JOHNSON & JOHNSON | 61.320 | 530,272.44 | |
| 11/10 | 11,324 | | 41727 | J.P. MORGAN CHASE & CO | 41.730 | 473,002.52 | |
| 11/10 | 4,768 | | 41962 | KRAFT FOOD INC | 30.100 | 143,706.80 | |
| 11/10 | 6,258 | | 42197 | COCA COLA CO | 45.500 | 284,989.00 | |
| 11/10 | 3,576 | | 42432 | MCDONALDS CORP | 57.230 | 204,797.48 | |
| 11/10 | 3,576 | | 42667 | MEDTRONIC INC | 40.300 | 144,155.80 | |
| 11/10 | 2,086 | | 42902 | 3M COMPANY | 64.690 | 135,026.34 | |
| 11/10 | 6,258 | | 43137 | ALTRIA GROUP INC | 18.890 | 118,463.62 | |
| 11/10 | 6,556 | | 43372 | MERCK & CO | 30.510 | 200,285.56 | |

CONTINUED ON PAGE    9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535047

MWPTAP00533858

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 9 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 24,138 | | 43607 | MICROSOFT CORP | 23.200 | 560,966.60 | |
| 11/10 | 12,218 | | 43842 | ORACLE CORPORATION | 18.600 | 227,742.80 | |
| 11/10 | 2,682 | | 44547 | OCCIDENTAL PETROLEUM CORP | 56.010 | 150,325.82 | |
| 11/10 | 4,768 | | 44782 | PEPSICO INC | 57.550 | 274,588.40 | |
| 11/10 | 21,158 | | 45017 | PFIZER INC | 17.960 | 380,843.68 | |
| 11/10 | 9,238 | | 45252 | PROCTER & GAMBLE CO | 65.230 | 602,963.74 | |
| 11/10 | 6,258 | | 45487 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 275,789.74 | |
| 11/10 | 5,066 | | 45722 | QUALCOMM INC | 37.310 | 189,214.46 | |
| 11/10 | 3,874 | | 45957 | SCHLUMBERGER LTD | 50.500 | 195,791.00 | |
| 11/10 | 18,476 | | 46192 | AT&T INC | 28.580 | 528,783.08 | |
| 11/10 | 10,728 | | 46427 | TIME WARNER INC | 11.010 | 118,544.28 | |
| 11/10 | 2,980 | | 46662 | UNITED PARCEL SVC INC CLASS B | 54.420 | 162,290.60 | |
| 11/10 | 5,364 | | 46897 | U S BANCORP | 31.510 | 169,233.64 | |
| 11/10 | 2,980 | | 47132 | UNITED TECHNOLOGIES CORP | 56.430 | 168,280.40 | |
| 11/10 | 8,940 | | 47367 | VERIZON COMMUNICATIONS | 32 | 286,437.00 | |
| 11/10 | 10,132 | | 47602 | WELLS FARGO & CO NEW | 34.600 | 350,972.20 | |
| 11/10 | 6,854 | | 47837 | WAL-MART STORES INC | 55.710 | 382,110.34 | |
| 11/10 | 16,092 | | 48072 | EXXON MOBIL CORP | 75.800 | 1,220,416.60 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | .30 |
| 11/10 | | 5,585 | 13040 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,585.00 |
| 11/10 | | 2,875,000 | 13195 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.875 | | 2,871,406.25 |
| | | | | CONTINUED ON PAGE    10 | | | |

MWPTAP00535048

MWPTAP00538859

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 10 |

YOUR ACCOUNT NUMBER: 1-ZB249-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8200

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 2,875,000 | 13412 | U S TREASURY BILL DUE 03/19/2009 3/19/2009 | 99.867 | | 2,871,176.25 |
| 11/10 | | 2,825,000 | 13614 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.834 | | 2,820,310.50 |
| 11/10 | | 2,825,000 | 13816 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.770 | | 2,818,502.50 |
| 11/10 | | 2,875,000 | 14049 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.742 | | 2,867,582.50 |
| 11/10 | | 50,000 | 14269 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 49,843.00 |
| 11/10 | 50,000 | | 14496 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 49,843.00 | |
| 11/10 | 614 | | 14728 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 614.00 | |
| 11/18 | | 6,230 | 49476 | ANHEUSER BUSCH COS INC | 70 | | 436,100.00 |
| 11/18 | 425,000 | | 49711 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.830 | 424,277.50 | |
| 11/18 | 11,823 | | 49949 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,823.00 | |
| | | | | CONTINUED ON PAGE 11 | | | |

CONTINUED ON PAGE 11

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535049

MWPTAP00538860

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 11 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .30 |
| 11/19 | | 12,437 | 54011 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,437.00 |
| 11/19 | 3,950,000 | | 58444 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 3,947,077.00 | |
| 11/19 | 12,380 | | 63047 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,380.00 | |
| 11/20 | | 3,950,000 | 63925 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 3,948,499.00 |
| 11/20 | 3,950,000 | | 64163 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 3,947,906.50 | |
| 11/20 | 593 | | 64404 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 593.00 | |
| 11/25 | 1,053 | | 64643 | APPLE INC | 85.070 | 89,620.71 | |
| 11/25 | 1,872 | | 64881 | ABBOTT LABORATORIES | 54.140 | 101,424.08 | |
| 11/25 | 1,287 | | 65119 | AMGEN INC | 53.630 | 69,072.81 | |
| 11/25 | 5,967 | | 65357 | BANK OF AMERICA | 12.980 | 77,689.66 | |
| 11/25 | 702 | | 65595 | BAXTER INTERNATIONAL INC | 52.570 | 36,932.14 | |
| 11/25 | 1,404 | | 65833 | BANK OF NEW YORK MELLON CORP | 24.690 | 34,720.76 | |
| 11/25 | 2,340 | | 66071 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 47,220.60 | |

CONTINUED ON PAGE   12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535050

MWPTAP00538861

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 12 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 6,786 | | 66309 | CITI GROUP INC | 6.100 | 41,665.60 | |
| 11/25 | 585 | | 66547 | COLGATE PALMOLIVE CO | 62.660 | 36,679.10 | |
| 11/25 | 3,393 | | 66785 | COMCAST CORP CL A | 13.970 | 47,535.21 | |
| 11/25 | 1,872 | | 67023 | CONOCOPHILIPS | 45.100 | 84,501.20 | |
| 11/25 | 7,020 | | 67261 | CISCO SYSTEMS INC | 14.970 | 105,369.40 | |
| 11/25 | 1,755 | | 67499 | CVS CAREMARK CORP | 27.040 | 47,525.20 | |
| 11/25 | 2,457 | | 67737 | CHEVRON CORP | 68.710 | 168,918.47 | |
| 11/25 | 2,223 | | 67975 | THE WALT DISNEY CO | 19.760 | 44,014.48 | |
| 11/25 | 819 | | 68213 | EXELON CORP | 48.740 | 39,950.06 | |
| 11/25 | 12,870 | | 68451 | GENERAL ELECTRIC CO | 14.010 | 180,822.70 | |
| 11/25 | 234 | | 68689 | GOOGLE | 275 | 64,359.00 | |
| 11/25 | 1,989 | | 68927 | HOME DEPOT INC | 19.530 | 38,924.17 | |
| 11/25 | 2,925 | | 69165 | HEWLETT PACKARD CO | 32.990 | 96,612.75 | |
| 11/25 | 1,638 | | 69403 | INTERNATIONAL BUSINESS MACHS | 75.080 | 123,046.04 | |
| 11/25 | 6,786 | | 69641 | INTEL CORP | 12.270 | 83,535.22 | |
| 11/25 | 3,393 | | 69879 | JOHNSON & JOHNSON | 57.650 | 195,741.45 | |
| 11/25 | 4,446 | | 70117 | J.P. MORGAN CHASE & CO | 27.760 | 123,597.96 | |
| 11/25 | 1,755 | | 70355 | KRAFT FOOD INC | 25.900 | 45,524.50 | |
| 11/25 | 2,340 | | 70593 | COCA COLA CO | 42.040 | 98,466.60 | |
| 11/25 | 1,287 | | 70831 | MCDONALDS CORP | 55 | 70,836.00 | |
| 11/25 | 1,404 | | 71069 | MEDTRONIC INC | 30.800 | 43,299.20 | |
| 11/25 | 819 | | 71307 | 3M COMPANY | 58.280 | 47,763.32 | |
| 11/25 | 2,457 | | 71545 | ALTRIA GROUP INC | 16.250 | 40,024.25 | |
| 11/25 | 2,574 | | 71783 | MERCK & CO | 25 | 64,452.00 | |
| | | | | CONTINUED ON PAGE   13 | | | |

CONTINUED ON PAGE   13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535051

MWPTAP00535862

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York □ London |
|---|---|

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 13 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 9,360 | | 72021 | MICROSOFT CORP | 18.100 | 169,790.00 | |
| 11/25 | 4,680 | | 72735 | ORACLE CORPORATION | 16.050 | 75,301.00 | |
| 11/25 | 1,053 | | 72973 | OCCIDENTAL PETROLEUM CORP | 44.570 | 46,974.21 | |
| 11/25 | 1,872 | | 73211 | PEPSICO INC | 51.800 | 97,043.60 | |
| 11/25 | 8,073 | | 73449 | PFIZER INC | 15.320 | 124,000.36 | |
| 11/25 | 3,510 | | 73687 | PROCTER & GAMBLE CO | 61.940 | 217,549.40 | |
| 11/25 | 2,457 | | 73925 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 89,483.66 | |
| 11/25 | 1,989 | | 74163 | QUALCOMM INC | 29.850 | 59,450.65 | |
| 11/25 | 1,404 | | 74401 | SCHLUMBERGER LTD | 46.270 | 65,019.08 | |
| 11/25 | 7,020 | | 74639 | AT&T INC | 25 | 175,780.00 | |
| 11/25 | 4,329 | | 74877 | TIME WARNER INC | 8.010 | 34,848.29 | |
| 11/25 | 1,170 | | 75115 | UNITED PARCEL SVC INC CLASS B | 50.760 | 59,435.20 | |
| 11/25 | 2,106 | | 75353 | U S BANCORP | 23.400 | 49,364.40 | |
| 11/25 | 1,170 | | 75591 | UNITED TECHNOLOGIES CORP | 44.890 | 52,567.30 | |
| 11/25 | 3,393 | | 75829 | VERIZON COMMUNICATIONS | 26.570 | 90,287.01 | |
| 11/25 | 4,563 | | 76067 | WELLS FARGO & CO NEW | 23.820 | 108,872.66 | |
| 11/25 | 2,691 | | 76305 | WAL-MART STORES INC | 51.450 | 138,558.95 | |
| 11/25 | 1,638 | | 76543 | WYETH | 33 | 54,119.00 | |
| 11/25 | 6,318 | | 76781 | EXXON MOBIL CORP | 72 | 455,148.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 1.29 |
| 11/25 | | 12,973 | 77372 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,973.00 |

CONTINUED ON PAGE    14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535052

MWPTAP00533863

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 14 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 4,425,000 | 77612 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 4,419,601.50 |
| 11/25 | 31,004 | | 77909 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,004.00 | |
| | | | | NEW BALANCE | | 5,713,821.52 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 60,532 | | | AT&T INC | 28.560 | | |
| | 16,112 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 21,147 | | | ALTRIA GROUP INC | 16.080 | | |
| | 11,077 | | | AMGEN INC | 55.540 | | |
| | 9,063 | | | APPLE INC | 92.670 | | |
| | 52,005 | | | BANK OF AMERICA | 16.250 | | |
| | 11,842 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 6,340 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 7,120 | | | BOEING CO | 42.630 | | |
| | 20,438 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 14,863 | | | CVS CAREMARK CORP | 28.930 | | |
| | 21,445 | | | CHEVRON CORP | 79.010 | | |
| | 60,826 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 56,440 | | | CITI GROUP INC | 8.290 | | |
| | 20,438 | | | COCA COLA CO | 46.870 | | |
| | 585 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | | | | CONTINUED ON PAGE 15 | | | |

CONTINUED ON PAGE 15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535053
MWPTAP00535864

| MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO
**Redacted**

PERIOD ENDING 11/30/08

PAGE 15

YOUR ACCOUNT NUMBER 1-ZB249-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******8200

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 29,851 | | | COMCAST CORP CL A | 17.340 | | |
| | 15,870 | | | CONOCOPHILIPS | 52.520 | | |
| | 19,483 | | | THE WALT DISNEY CO | 22.520 | | |
| | 819 | | | EXELON CORP | 56.210 | | |
| | 54,136 | | | EXXON MOBIL CORP | 80.150 | | |
| | 108,212 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,858 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 2,014 | | | GOOGLE | 292.960 | | |
| | 25,473 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 17,767 | | | HOME DEPOT INC | 23.110 | | |
| | 57,870 | | | INTEL CORP | 13.800 | | |
| | 14,098 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 38,266 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 28,961 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 15,753 | | | KRAFT FOOD INC | 27.210 | | |
| | 11,725 | | | MCDONALDS CORP | 58.750 | | |
| | 11,842 | | | MEDTRONIC INC | 30.520 | | |
| | 22,154 | | | MERCK & CO | 26.720 | | |
| | 81,208 | | | MICROSOFT CORP | 20.220 | | |
| | 8,821 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 40,928 | | | ORACLE CORPORATION | 16.090 | | |
| | 16,112 | | | PEPSICO INC | 56.700 | | |
| | 69,837 | | | PFIZER INC | 16.430 | | |
| | 21,497 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |

CONTINUED ON PAGE   16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535054

MWPTAP00535865

| | BERNARD L. MADOFF | | 885 Third Avenue | | Affiliated with |
| --- | --- | --- | --- | --- | --- |
| MADF | INVESTMENT SECURITIES LLC | | New York, NY 10022 | | Madoff Securities International Limited |
| | New York □ London | | (212) 230-2424 | | 12 Berkeley Street |
| | | | 800 334-1343 | | Mayfair, London W1J 8DT |
| | | | Fax (212) 838-4061 | | Tel 020 7493 6222 |

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
| --- | --- |
| 11/30/08 | 16 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
| --- | --- |
| 1-ZB249-3-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 31,100 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 17,119 | | | QUALCOMM INC | 33.570 | | |
| | 12,382 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 31,004 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 7,049 | | | 3M COMPANY | 66.930 | | |
| | 36,719 | | | TIME WARNER INC | 9.050 | | |
| | 18,126 | | | U S BANCORP | 26.980 | | |
| | 10,070 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 10,070 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 29,259 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 23,161 | | | WAL-MART STORES INC | 55.880 | | |
| | 34,823 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,638 | | | WYETH | 36.010 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 43,049,059.99 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535055

MWPTAP00535866

| | BERNARD L. MADOFF INVESTMENT SECURITIES LLC New York □ London | | | 885 Third Avenue New York, NY 10022 (212) 230-2424 800 334-1343 Fax (212) 838-4061 | | | Affiliated with Madoff Securities International Limited 12 Berkeley Street Mayfair, London W1J 8DT Tel 020 7493 6222 |

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

**Redacted**

| | |
|---|---|
| PERIOD ENDING | 11/30/08 |
| PAGE | 1 |

| YOUR ACCOUNT NUMBER | 1-ZB249-4-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,556,396.00 |
| 11/06 | | 350 | 19096 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 710,150.00 |
| 11/06 | 350 | | 19331 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 717,850.00 | |
| 11/07 | | 242 | 31617 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 532,158.00 |
| 11/07 | 242 | | 31852 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 334,202.00 | |
| 11/10 | | 298 | 44077 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 369,222.00 |
| 11/10 | 298 | | 44312 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 500,938.00 | |
| 11/19 | | 890 | 30291 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 2,313,110.00 |
| 11/19 | 890 | | 30529 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 2,670,890.00 | |
| 11/19 | 592 | | 30767 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 89,392.00 | |
| 11/19 | 298 | | 31005 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 27,118.00 | |
| 11/19 | | 592 | 31243 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 2,663,408.00 |
| 11/19 | | 298 | 31481 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 1,757,902.00 |
| | | | | CONTINUED ON PAGE     2 | | | |

MWPTAP00535056
MWPTAP00041267

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MAYFAIR BOOKKEEPING SERV INC
MAYFAIR PENSION PLAN
C/O FRANK AVELLINO

**Redacted**

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB249-4-0 | ******8200 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 117 | 72259 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 397,683.00 |
| 11/25 | 117 | | 72497 | S & P 100 INDEX DECEMBER 370 PUT | 21 | ρ  245,817.00 | |
| | | | | NEW BALANCE | | | 5,713,822.00 |
| | | 890 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | 117 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 890 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 117 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |

MARKET VALUE OF SECURITIES
LONG                    SHORT
1,528,170.00        2,787,400.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00535057

MWPTAP00043868



**Ahearn Jasco Company**

Business and Financial Consultants
Certified Public Accountants
Chartered

190 Southeast 19th Avenue
Pompano Beach, Florida 33060

RETURN RECEIPT REQUESTED

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 022.40⁰
0004414735    JUN 26 2009
MAILED FROM ZIP CODE 33060

U.S. POSTAGE
POMPANO BEACH, FL
JUN 33060 09
AMOUNT
$0.00
00033216-14

EB 878747027 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Addressee Copy
Label 11-B, March 2004

**Post Office To Addressee**

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 33060
Date Accepted: 6 26 09
Time Accepted: 1630
Postage: $ 20.10
Return Receipt Fee: 2.30
Total Postage & Fees: 22.40

FROM: (PLEASE PRINT) PHONE ( 954 ) 781-8800
Ahearn Jasco + Co.
190 SE 19th Ave
Pompano Beach, FL 33060

TO: (PLEASE PRINT)
Irving H. Picard, Esq.
Claims Processing Center
2100 McKinney Ave. #800
Dallas, TX 75201

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)
7 3 2 0 1 +

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

MWPTAP00535058

# EXHIBIT 17

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:          000810

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RECEIVED

In Liquidation

JAN 2 1 2009

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_____

Account Number:   1B0018
DIANE K BIENES

Taxpayer I.D. Number (Social Security No.)
_____ 9129 _____

*Account Closed 1/31/1993*
*SEE Statement attached*

(If incorrect, please change)

**NOTE:**  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.     Claim for money balances as of **December 11, 2008** :
       a.     The Broker owes me a Credit (Cr.) Balance of       $_____0_____
       b.     I owe the Broker a Debit (Dr.) Balance of           $_____0_____

502180406                                1

MWPTAP00084058

c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                              $____0____

d.   If balance is zero, insert "None."              ___NONE___

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | X |
| b. | I owe the Broker securities | | X |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or**

502180406                                    2

MWPTAP00084059

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _NA_ | _____ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | X |

502180406                                    3

MWPTAP00084060

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if                          X
        so, give name of that broker.               _____    _____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: *Rebecca McDonough CPA, Ahearn Jasco + Co*
        *190 SE 19 Ave, Pompano Beach FL 33060*

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**


Date *6th Jan 2009*      Signature *Dianne R Bunis*

Date _____      Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00084061

IN ACCOUNT WITH



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

DIANE K BIENES

Redacted

PAGE **3** P

PERIOD ENDING **1/31/93**

YOUR TAX PAYER IDENTIFICATION NUMBER
Redacted-9129

YOUR ACCOUNT NUMBER
1-B0018-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 1/27 | | 1,750,000 | 42765 | U S TREASURY NOTES 8.500 11/15/2000 | 112 57/64 | | 2,005,552.49 |
| 1/27 | | | | CHECK WIRE | CM | 31,118,657.07 | |
| 1/29 | | | | CHECK | CM | 430.16 | |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

AHEARN JASCO + COMPANY
CERTIFIED PUBLIC ACCOUNTANTS
190 SE 19TH AVENUE
POMPANO BEACH  FL  33060





7008 0500 0002 1410 9717

UNITED STATES POSTAGE
PITNEY BOWES
02 1P            $ 005.32⁰
0004414735   JAN 12 2009
MAILED FROM ZIP CODE 33060

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201