# EXHIBIT B

**EXHIBIT B**
**Summary of Customer Claims Related to Entity & General Partner Defendants[1]**

| Zunno Decl. Ex. No.[2] | BLMIS Account Name | BLMIS Account No. | Date Claim Received | Customer Name Provided on Customer Claim | Signed | Select Written Statements Provided in Customer Claim | Bates Range |
|---|---|---|---|---|---|---|---|
| 1 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Aster Associates, Frank Avellino, Nancy Avellino General Partners | "Frank Avellino, Gen Ptr" | | MWPTAP00535118-40 |
| 2 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Heather Lowles Trust | "Nancy Carroll Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $240,462" | MWPTAP00539300-5 |
| 3 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Madison McEvoy Trust | "Frank J. Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $607,768" | MWPTAP00539185-8 |
| 4 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Melanie Lowles Trust | "Nancy Carroll Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $436,185" | MWPTAP00539288-93 |

---

[1] Terms used herein are as defined in the Trustee's Opposition to the Motion. The customer claims summarized here are limited to those signed by the General Partner Defendants relating to Entity Defendants Aster Associates, Grosvenor Partners Ltd., Mayfair Ventures G.P., and St. James Associates, and additional entity defendants Kenn Jordan Associates, and Mayfair Bookkeeping Serv., in connection with BLMIS account Nos. 1ZB509, 1ZB046, 1ZB032, 1ZB510, 1ZA879, and 1ZB249, respectively, and Mrs. Bienes' claim in connection with BLMIS account No. 1B0018 in her name. This chart does not include other customer claims, such as those signed "Frank Avellino Trustee" relating to non-defendant trusts in connection with Aster Associates' BLMIS account No. 1ZB509, and "Thomas Avellino," in connection with Strattham Partners' and Kenn Jordan Associates' BLMIS accounts No. 1ZB262 and No. 1ZA879, respectively.

[2] While the underlying customer claims summarized in this chart and attached as exhibits to the Zunno Decl. are redacted for personally identifiable information, the mailing address provided in the vast majority of these claims (i.e., all but three) is Frank and Nancy Avellino's Palm Beach, Florida address. *See* Zunno Decl. Exs. 1-8, 10-12, and 14-16.

| Zunno Decl. Ex. No.[2] | BLMIS Account Name | BLMIS Account No. | Date Claim Received | Customer Name Provided on Customer Claim | Signed | Select Written Statements Provided in Customer Claim | Bates Range |
|---|---|---|---|---|---|---|---|
| 5 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Rachel Anne Rosenthal Trust | "Nancy Carroll Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $700,376" | MWPTAP00539177-80 |
| 6 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Rachel Anne Rosenthal Trust #3 | "Nancy Carroll Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $1,973,655" | MWPTAP00539173-6 |
| 7 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Rachel Anne Rosenthal | "Rachel Anne Rosenthal" | "Partnership security position in Aster Associates valued at $317,894" | MWPTAP00539181-4 |
| 8 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Taylor McEvoy Trust | "Frank J. Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $641,663" | MWPTAP00539189-92 |
| 9 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/30/09 | Thomas Avellino | "Thomas Avellino" | "Various securities as indicated and report via Aster Associates Account #1-ZB-509 $280,317.00" | MWPTAP00551387-91 |
| 10 | Aster Associates, Frank Avellino, Nancy Carroll Avellino General Partners | 1ZB509 | 6/29/09 | Tiffany Lowles Trust | "Nancy Carroll Avellino TRUSTEE" | "Partnership security position in Aster Associates valued at $351,684" | MWPTAP00539294-9 |
| 11 | Grosvenor Partners, Ltd. c/o Frank Avellino | 1ZB046 | 6/29/09 | Grosvenor Partners | "Frank Avellino" | | MWPTAP00535394-404 |

| Zunno Decl. Ex. No.[2] | BLMIS Account Name | BLMIS Account No. | Date Claim Received | Customer Name Provided on Customer Claim | Signed | Select Written Statements Provided in Customer Claim | Bates Range |
|---|---|---|---|---|---|---|---|
| 12 | Mayfair Ventures c/o Frank Avellino | 1ZB032 | 6/29/09 | Mayfair Ventures | "Frank Avellino, Gen Ptr" | | MWPTAP00535383-93 |
| 13 | St. James Associates, Michael Bienes, Diane Bienes General Partners | 1ZB510 | 2/27/09 | St. James Associates | "Michael Bienes" "Dianne Bienes" | | MWPTAP00259662-85 |
| 14 | Kenn Jordan Associates c/o Frank Avellino | 1ZA879 | 6/29/09 | Kenn Jordan Associates | "Frank Avellino" | | MWPTAP00535372-82 |
| 15 | Kenn Jordan Associates c/o Frank Avellino | 1ZA879 | 6/29/09 | Rachel Anne Rosenthal Trust | "Nancy Carroll Avellino TRUSTEE" | "Partnership security position in Kenn Jordan Associates valued at $288,676" | MWPTAP00539156-62 |
| 16 | Mayfair Bookkeeping Serv. Inc. Mayfair Pension Plan c/o Frank Avellino | 1ZB249 | 6/29/09 | Mayfair Bookkeeping | "Frank Avellino" | | MWPTAP00535036-58 |
| 17 | Dianne K. Bienes | 1B0018 | 1/21/09 | Dianne K. Bienes | "Dianne K. Bienes" | | MWPTAP00084058-63 |