**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br>Plaintiff,<br>v.<br><br>NOMURA INTERNATIONAL PLC,<br><br>Defendant. | Adv. Pro. No. 10-05348 (CGM) |

# AMENDED STIPULATION AND ORDER

**WHEREAS**, on April 4, 2022, the Court entered a scheduling order for Defendant to answer, move, or otherwise respond to the Second Amended Complaint, ECF No. 120;

**WHEREAS**, Defendant has requested a short extension of the deadlines in the scheduling order;

**WHEREAS**, the Trustee consents to the Defendant's request provided that he is afforded a reciprocal extension to file his opposition brief;

**WHEREAS**, the parties have demonstrated "good cause" for extending the deadlines set forth in the scheduling order;

**IT IS NOW, THEREFORE, HEREBY ORDERED**, that:

1. Defendant will answer, move or otherwise respond to the Second Amended Complaint on or before August 26, 2022.

2. The Trustee will file any opposition to Defendant's motion on or before November 8, 2022.

3. Defendant will file any reply brief in support of its motion on or before December 19, 2022.

4. Except as expressly set forth herein, the parties reserve all rights and defenses they may have, and entry into this Amended Stipulation and Order shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

[*Remainder of page intentionally left blank*]

Dated: August 2, 2022
New York, New York

/s/ *Matthew D. Feil*
**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Matthew D. Feil
Email: mfeil@bakerlaw.com
Frank M. Oliva
Email: foliva@bakerlaw.com
David Choi
Email: dchoi@bakerlaw.com
Andrew M. Serrao
Email: aserrao@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

/s/ *Randall L. Martin*
**Shearman & Sterling LLP**

599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7174
Jeffrey J. Resetarits
Email: Jeffrey.Resetarits@Shearman.com
Randall L. Martin
Email: Randall.Martin@Shearman.com

*Attorneys for Defendant Nomura International plc*

**SO ORDERED.**

**/s/ Cecelia G. Morris**

**Dated: August 4, 2022**
**Poughkeepsie, New York**



**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**