**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 12-01273 (CGM) |
| v. | |
| MISTRAL (SPC), | |
| Defendant. | |

## AMENDED STIPULATION AND ORDER

**WHEREAS**, on April 15, 2022, this Court entered a stipulation and order setting a briefing schedule in this action (the "Briefing Stipulation") [ECF No. 110];

**WHEREAS**, on May 24, 2022, the Trustee agreed to Defendant's request to extend by two days the deadline for Defendant to indicate its consent to the Trustee filing the proposed Amended Complaint, and the Trustee's corresponding deadline to file same;

**WHEREAS**, on June 7, 2022, in accordance with the foregoing, Defendant consented to the Trustee filing the Amended Complaint;

**WHEREAS**, on June 9, 2022, the Trustee filed the Amended Complaint [ECF No. 113];

**WHEREAS**, the Trustee has agreed to Defendant's request for an extension of time to move to dismiss the Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below that the Briefing Stipulation shall be amended as follows:

1. Defendant will move to dismiss the Amended Complaint on or before **August 15, 2022**.

2. The Trustee will file any opposition to Defendant's motion on or before **October 14, 2022**.

3. Defendant will file any reply brief in support of its motion on or before **November 14, 2022**.

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: August 3, 2022
      New York, New York

**WINDELS MARX LANE & MITTENDORF, LLP**

By:  /s/ Kim M. Longo
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By:  /s/ Daniel S. Shamah
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendant*

**SO ORDERED:**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: August 4, 2022**
**Poughkeepsie, New York**