UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
------------------------------------------------------------x
IN RE

Bernard L. Madoff,

    Debtor.
------------------------------------------------------------x

Chapter 11

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

Thomas G. Wallrich, Joel D. Nesset and Heather L. Marx, attorneys with the law firm Cozen O'Connor, request to be removed from the ECF notification in the above captioned case.

Removal applies to all parties we are listed as representing below:



12055059v1

|  |  |
|---|---|
|  | **COZEN O'CONNOR** |
| Dated: August 4, 2022 | By:  /s/ Thomas G. Wallrich  <br>Thomas G. Wallrich (# 213354)<br>Joel D. Nesset (# 30475X)<br>Heather L. Marx (# 321163)<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402<br>Telephone: (612) 260-9000<br>Facsimile: (612) 260-9080<br>twallrich@cozen.com<br>jnesset@cozen.com<br>hmarx@cozen.com<br>***Attorneys for David J. Miller, in his capacity as a general partner of Dorado Investment Company*** |