**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM HARLEY TO KBC**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 2/28/2008 | (110,000,000) |
| 3/28/2008 | (6,000,000) |
| 6/5/2008 | (30,000,000) |
| Total: | $ (146,000,000) |