# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NAIDOT & CO. AND BESSEMER TRUST COMPANY

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/16/2003 | (1,000,000) |
| 2/18/2004 | (5,900,000) |
| 6/24/2005 | (2,000,000) |
| 10/14/2005 | (3,754,907) |
| **Total:** | **$ (12,654,907)** |