**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and the Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LIMITED,<br><br>                Defendant. | Adv. Pro. No. 11-02761 (CGM) |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2022, a copy of the Amended Complaint was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: August 5, 2022
      New York, New York

By: */s/ Eric R. Fish*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Andrew P. Propps
John J. Kuster
Marissa Alter-Nelson
Sidley Austin LLP
Email: apropps@sidley.com
Email: jkuster@sidley.com
Email: malternelson@sidley.com
Attorney For: KBC INVESTMENTS LIMITED