**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 10, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-04752; Picard v. Kuntzman Family LLC, et al.**

    A. Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 122]

B.    Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 123]

C.    Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/23/2022) [ECF No. 124]

D.    Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 125]

E.    Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 126]

F.    Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 127]

**Opposition Due**:    August 3, 2022

**Opposition Filed**:    None.

**Related Documents**:

G.    Notice of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 121]

H.    Intervenor Securities Investor Protection Corporation's Memorandum of Law in Support of the Trustee's Motion for Summary Judgment filed by Kevin H. Bell on behalf of SIPC (Filed: 8/1/2022) [ECF No. 131]

**Status**:    This matter is going forward.

## CONTESTED MATTERS

1. **10-04889; Picard v. Estate of Robert Shervyn Savin, et al.**

    A.    Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 113]

    B.    Trustee's Statement of Material Facts in Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 114]

    C.    Declaration of Nicholas J. Cremona in Support of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 115]

    D.    Declaration of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 116]

    E.    Declaration of Lisa M. Collura, CPA, CFE, CFF filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 117]

    F.    Declaration of Matthew B. Greenblatt, CPA/CFF, CFE filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed 7/22/2022) [ECF No. 118]

**Opposition Due**:    August 3, 2022

**Opposition Filed**:

    G.    Declaration of Helen Davis Chaitman in Opposition to Trustee's Motion for Summary Judgment filed by Helen Davis Chaitman on behalf of Barbara L. Savin, The Estate of Robert Shervyn Savin (Filed: 7/27/2022) [ECF No. 120]

**Replies Due:**    August 5, 2022

**Replies Filed**:

    H.    Trustee's Limited Reply Memorandum of Law in Further Support of Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 8/5/2022) [ECF No. 124]

**Related Documents**:

    I.    Notice of Trustee's Motion for Summary Judgment filed by Nicholas J. Cremona on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 112]

    J.    Intervenor Securities Investor Protection Corporation's Memorandum of Law in Support of the Trustee's Motion for Summary Judgment filed by Kevin H. Bell on behalf of SIPC (Filed: 8/1/2022) [ECF No. 122]

    **Status**:    This matter is going forward.

2. **10-05421; Picard v. Frank J. Avellino, et al.**

    A.    Memorandum Decision Granting Summary Judgment in Favor of Trustee signed on 7/15/2022 (DuBois, Linda) (Entered: 07/15/2022) [ECF No. 268]

B.      Motion to Amend Findings of the Memorandum Decision and Objection to Proposed Order filed by Gary A Woodfield I on behalf of Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, Ltd., Mayfair Ventures, G.P., Rachel A. Rosenthal, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, The Rachel Rosenthal Trust #3, The Estate of Michael S. Bienes (Filed: 7/27/2022) [ECF No. 271]

**Opposition Due**:    August 3, 2022

**Opposition Filed**:

C.      Trustee's Memorandum of Law in Opposition to Defendants' Motion to Amend this Court's Memorandum Decision and Objection to the Proposed Order filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/3/2022) [ECF No. 274]

**Replies Due**:    August 8, 2022

**Related Documents**:

D.      Notice of Presentment of Order Granting Partial Summary Judgment in Favor of the Trustee filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/26/2022) [ECF No. 269]

E.      Notice of Hearing to consider Order Granting Partial Summary Judgment in Favor of the Trustee filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff and Motion to Amend Findings of the Memorandum Decision and Objection to Proposed Order filed by Gary A Woodfield I on behalf of Aster Associates, Frank J. Avellino, Nancy C. Avellino, Dianne K. Bienes, Grosvenor Partners, Ltd., Mayfair Ventures, G.P., Rachel A. Rosenthal, Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, St. James Associates, The Rachel Rosenthal Trust #3, The Estate of Michael S. Bienes filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 8/10/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 07/27/2022) [ECF No. 272]

**Status**:         This matter is going forward.

Dated: August 5, 2022                         Respectfully submitted,
       New York, New York

                                              */s/ Nicholas J. Cremona*
                                              **Baker & Hostetler LLP**
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone: (212) 589-4200
                                              Facsimile: (212) 589-4201
                                              David J. Sheehan
                                              Email: dsheehan@bakerlaw.com
                                              Nicholas J. Cremona
                                              Email: ncremona@bakerlaw.com

                                              *Attorneys for Irving H. Picard, Trustee for
                                              the Substantively Consolidated SIPA
                                              Liquidation of Bernard L. Madoff Investment
                                              Securities LLC and the Chapter 7 Estate of
                                              Bernard L. Madoff*