**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>        Defendant. | Adv. Pro. No. 11-02493 (CGM) |

## CERTIFICATE OF SERVICE

    I, Marc L. Greenwald, an attorney duly admitted to practice before this Court, hereby certify under penalty of perjury that I caused Defendant Abu Dhabi Investment Authority's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Complaint, dated August 9, 2022, to be served by CM/ECF on all counsel of record in the above-referenced adversary proceeding on August 9, 2022.

| | |
|---|---|
| DATED: New York, New York<br>August 9, 2022 | QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br><br>By: */s/ Marc L. Greenwald*<br>  Marc L. Greenwald |