UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, and BNP PARIBAS ARBITRAGE, SNC,<br><br>Defendants. | Adv. Pro. No. 10-04457 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, a copy of the Notice of Presentment of Trustee's Motion for An Order Dismissing Certain Claims and Setting a Response Deadline was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by

placing true and correct copies thereof in sealed packages designated for regular U.S. Mail,

postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: August 10, 2022
      New York, New York

                                By: */s/ Torello H. Calvani*
                                BAKER & HOSTETLER LLP
                                45 Rockefeller Plaza
                                New York, New York 10111
                                Telephone:  212.589.4200
                                Facsimile:  212.589.4201
                                David J. Sheehan
                                Email: dsheehan@bakerlaw.com
                                Torello H. Calvani
                                Email: tcalvani@bakerlaw.com

                                *Attorneys for Irving H. Picard, Trustee*
                                *for the Substantively Consolidated SIPA*
                                *Liquidation of Bernard L. Madoff Investment*
                                *Securities LLC and the Chapter 7 Estate of*
                                *Bernard L. Madoff*

# **SCHEDULE A**

---

**Defendant Counsel**

---

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney For: Equity Trading Fund, Ltd., Equity Trading Portfolio Limited