**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

SECURITIES INVESTOR PROTECTION
               :
CORPORATION             :
            :

       Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.

---------------------------------------------------------

IN RE

Bernard L. Madoff,

       Debtor.

---------------------------------------------------------

Chapter 11

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

Thomas G. Wallrich, Joel D. Nesset and Heather L. Marx, attorneys with the law

firm Cozen O'Connor, request to be removed from the ECF notification in the above

captioned case. Removal applies to all parties we are listed as representing below:

- Defendant David J. Miller, in his capacity as a general partner of Dorado Investment Company;
- Defendant Dorado Investment Company;
- Defendant Marshall D. Miller, in his capacity as a general partner of Dorado Investment Company;
- Defendant Richard A. Miller Trust dated 5/3/2000;
- Defendant Steven L. Miller, in his capacity as a general partner of Dorado Investment Company;
- Defendant Susan Miller, in his capacity as a general partner of Dorado Investment Company;
- Defendant Gayla E. Miller;
- Defendant Richard A. Miller.

**COZEN O'CONNOR**

Dated:  August 10, 2022

By:    /s/ Thomas G. Wallrich
       Thomas G. Wallrich (# 213354)
       Joel D. Nesset (# 30475X)
       Heather L. Marx (# 321163)
       33 South Sixth Street, Suite 3800
       Minneapolis, MN 55402
       Telephone: (612) 260-9000
       Facsimile: (612) 260-9080
       twallrich@cozen.com
       jnesset@cozen.com
       hmarx@cozen.com

*Attorneys for David J. Miller, in his capacity as a general partner of Dorado Investment Company;* **Defendant David J. Miller, in his capacity as a general partner of Dorado Investment Company; Defendant Dorado Investment Company; Defendant Marshall D. Miller, in his capacity as a general partner of Dorado Investment Company; Defendant Richard A. Miller Trust dated 5/3/2000; Defendant Steven L. Miller, in his capacity as a general partner of Dorado Investment Company; Defendant Susan Miller, in his capacity as a general partner of Dorado Investment Company; Defendant Gayla E. Miller; Defendant Richard A. Miller.**