KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br> Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Adv. Pro. No. 08-1789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> Barfield Nominees Ltd., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Adv. Pro. No. 12-01669 (CGM)** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, Defendant Barfield Nominees Ltd.'s Reply Memorandum of Law in Support of Its Motion to Dismiss the Complaint and the Declaration of Daniel Usher was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: August 10, 2022
New York, New York

Respectfully Submitted,

*/s/Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for Defendant*

TO:    All Counsel of Record