**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE,<br><br>    Defendants. | Adv. Pro. No. 12-01022 (CGM) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that I, Rachel Polan, hereby request the withdrawal of my appearance on behalf of Crédit Agricole (Suisse) S.A. and Crédit Agricole S.A. As of August 12, 2022, I will no longer be associated with the law firm Cleary Gottlieb Steen & Hamilton LLP, and will no longer have any involvement with the above captioned matters.

PLEASE TAKE FURTHER NOTICE that Elizabeth Vicens and other attorneys at Cleary Gottlieb Steen & Hamilton LLP continue to represent the above-referenced defendants.

Respectfully submitted,

Dated: August 11, 2022
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Rachel Polan*
Rachel Polan
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
rpolan@cgsh.com

*Attorney for Crédit Agricole (Suisse) S.A. and Crédit Agricole S.A.*