**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01670 (CGM) |
| CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK d/b/a CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, f/k/a CALYON S.A. d/b/a CRÉDIT AGRICOLE MIAMI PRIVATE BANK SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that I, Rachel Polan, hereby request the withdrawal of my appearance on behalf of Crédit Agricole Corporate and Investment Bank.  As of August 12,

2022, I will no longer be associated with the law firm Cleary Gottlieb Steen & Hamilton LLP, and will no longer have any involvement with the above captioned matters.

PLEASE TAKE FURTHER NOTICE that Elizabeth Vicens and other attorneys at Cleary Gottlieb Steen & Hamilton LLP continue to represent the above-referenced defendants.

Respectfully submitted,

Dated: August 11, 2022
New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Rachel Polan
Rachel Polan
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
rpolan@cgsh.com

*Attorney for Crédit Agricole Corporate and Investment Bank*

2