**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02551 (CGM) |
| v. | |
| DELTA NATIONAL BANK AND TRUST COMPANY, | |
| Defendant. | |

**STIPULATION AND ORDER TO WAIVE ARGUMENT**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant Delta National Bank

and Trust Company ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on April 29, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 97], with a supporting memorandum of law [ECF No. 98]; on June 24, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 100] (the "Opposition"); and on July 25, 2022, Defendant filed a reply in further support of its Motion [ECF No. 102] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Parties have conferred and agree to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1.  The Court will not hear oral argument on the Motion.
2.  The Parties request that the Court issue its ruling based on the Briefing.
3.  The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Remainder of page intentionally left blank.*]

Dated:   August 11, 2022
         New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Robyn M. Feldstein
Email: rfeldstein@bakerlaw.com
Alexa T. Bordner
Email: abordner@bakerlaw.com
Shelley Fredericks
Email: sfredericks@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Chapter 7 Estate of Bernard L. Madoff*

**SULLIVAN & CROMWELL LLP**

By: */s/ James L. Bromley*
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
James L. Bromley
Email: bromleyj@sullcrom.com
Samuel G. Darby
Email: darbys@sullcrom.com

*Attorneys for Defendant Delta National Bank and Trust Company*



**Dated: August 12, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**