**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> ZEPHYROS LIMITED, <br><br> Defendant. | Adv. Pro. No. 12-01278 (CGM) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Zephyros Limited's ("Defendant") Motion to Dismiss, the Trustee's Amended Complaint ("AC") dated June 9, 2022, attached as Exhibit A, and all prior pleadings and proceedings herein, Defendant will move this Court for an order dismissing with prejudice the AC filed by Plaintiff Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the

business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the substantively consolidated chapter 7 estate of Bernard L. Madoff, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

    PLEASE TAKE FURTHER NOTICE that, under Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated:  August 15, 2022
         New York, New York

**O'MELVENY & MYERS LLP**

By: */s/ William J. Sushon*
    William J. Sushon
    Daniel S. Shamah
    Kayla N. Haran
    7 Times Square
    New York, New York 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    wsushon@omm.com
    dshamah@omm.com
    kharan@omm.com

*Attorneys for Defendant Zephyros Limited*