**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br> v.<br><br>ZEPHYROS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 12-01278 (CGM) |

**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS**

  WHEREAS, on August 4, 2022, the United States Bankruptcy Court for the Southern District of New York, the Honorable Cecelia G. Morris, so-ordered an Amended Stipulation and Order (Dkt. 128) (the "Scheduling Order"), setting forth a briefing schedule for Defendant Zephyros Limited's ("Defendant") motion to dismiss the Amended Complaint dated June 9, 2022 (Dkt. 124), filed by Irving H. Picard (the "Trustee"), as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the substantively consolidated chapter 7

1

estate of Bernard L. Madoff (together with Defendant, the "Parties"), and as amended by this Stipulation and Order; and

WHEREAS, on August 15, 2022, as required by the Scheduling Order, Defendant moved to dismiss the Trustee's Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) (the "Motion"); and

WHEREAS, under the Scheduling Order, the Trustee will file his opposition to the Motion on or before October 14, 2022; and

WHEREAS, under the Scheduling Order, Defendant will file its reply in further support of the Motion on or before November 14, 2022;

NOW, THEREFORE, PLEASE TAKE NOTICE that a hearing will be held on the Motion before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York on **December 14, 2022 at 10:00 a.m**, or at the Court's earliest convenience.

Dated: August 15, 2022  
New York, New York

Respectfully Submitted,

**O'MELVENY & MYERS LLP**

By: */s/ William J. Sushon*  
    William J. Sushon  
    Daniel S. Shamah  
    Kayla N. Haran  
    7 Times Square  
    New York, New York 10036  
    Telephone: (212) 326-2000  
    Facsimile: (212) 326-2061  
    wsushon@omm.com  
    dshamah@omm.com  
    kharan@omm.com

*Attorneys for Defendant Zephyros Limited*

2