# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01278 (CGM) |
| Plaintiff, | |
| v. | |
| ZEPHYROS LIMITED, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, the Motion to Dismiss of Defendant Zephyros Limited ("Defendant"), Exhibit A thereto, and the accompanying Memorandum of Law in Support, and Notice of Hearing were served by filing via ECF. Notice of this filing has been sent through ECF and via electronic transmission to the email addresses designated for delivery.

| | |
|---|---|
| Dated: August 15, 2022<br>New York, New York | **O'MELVENY & MYERS LLP**<br><br>By: */s/ William J. Sushon*<br>William J. Sushon<br>Daniel S. Shamah<br>Kayla N. Haran<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>wsushon@omm.com<br>dshamah@omm.com<br>kharan@omm.com<br><br>*Attorneys for Defendant Zephyros Limited* |