Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> MULTI-STRATEGY FUND LIMITED, <br><br> Defendant. | Adv. Pro. No. 12-01205 (CGM) |

**CERTIFICATE OF SERVICE**

I certify that on August 15, 2022, I caused Defendant Multi-Strategy Fund

Limited's Answer to Amended Complaint to be served on all counsel of record in the above-

referenced adversary proceeding through the Court's electronic case filing system (No. 12-1205

ECF 134 and No. 08-1789 ECF 22112).

Dated: New York, New York
　　　　August 15, 2022

> s/ Robert J. Lack
> Robert J. Lack (rlack@fklaw.com)
> FRIEDMAN KAPLAN SEILER
> 　& ADELMAN LLP
> 7 Times Square
> New York, NY 10036-6516
> Telephone: (212) 833-1100
> Facsimile: (212) 833-1250
>
> *Attorneys for Defendant Multi-Strategy Fund
> Limited*

3680655.1