UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>    Plaintiff-Applicant, <br><br>  v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>    Defendant. | No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br>    Plaintiff, <br><br>  v. <br><br> KOREA EXCHANGE BANK, et al., <br><br>    Defendant | Adv. Pro. No. 11-02572 (CGM) |

## CERTIFICATE OF SERVICE

  I certify that, on August 15, 2022, I filed and served on all counsel of record in the above adversary proceeding case numbers 11-02572 and 08-01789 Korea Exchange Bank's Reply Memorandum of Law in Support of Its Motion to Dismiss through the court's electronic filing system.

                        /s/ Richard A. Cirillo

                         Richard A. Cirillo