UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br>(Bankr. S.D.N.Y.)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BORDIER & CIE,<br><br>                    Defendant. | Adv. Pro. No. 12-01695 (CGM)<br>(Bankr. S.D.N.Y.) |

## NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

1. **Name(s) of appellants:** Bordier & Cie SCmA (sued as Bordier & Cie)

2. **Position of appellants in the adversary proceeding that is the subject of this appeal:** Defendant

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order or decree appealed from:** Defendant-Appellant, by its attorneys, hereby appeals under 28 U.S.C. § 158(a)(3) from

the Order Denying its Motion to Dismiss the Complaint, dated July 12, 2022

(ECF No. 106) (the "Order").

2. **State the date on which the judgment, order, or decree was entered**: The

Order was entered on July 12, 2022. A copy of the Order is annexed hereto

as **Exhibit A**.

**Part 3: Identify the other parties to the appeal**

The Relevant parties to the judgment, order, or decree appealed from, and the

names, addresses, and telephone numbers of their respective attorneys are as

follows:

| Defendant-Appellant | Attorneys |
|---|---|
| Bordier & Cie SCmA (sued as Bordier & Cie) | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>212-571-0550<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com |

| Plaintiff-Appellees | Attorneys |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | **Baker & Hostetler LLP**<br>David J. Sheehan<br>Torello H. Calvani<br>J'Naia Boyd<br>45 Rockefeller Plaza |

| | New York, New York 10111 |
|---|---|
| | Telephone: (212) 589-4200 |
| | Facsimile: (212) 589-4201 |
| | Email: dsheehan@bakerlaw.com |
| | Email: tcalvani@bakerlaw.com |
| | Email: jlboyd@bakerlaw.com |

## Part 4: Not Applicable (No BAP in this District)

## Part 5: Signature

August 16, 2022                     Respectfully submitted,

/s/ John F. Zulack
ALLEGAERT BERGER & VOGEL
LLP
John F. Zulack
Lauren J. Pincus
David A. Shaiman
111 Broadway, 20th Floor
New York, NY 10006
212-571-0550
jzulack@abv.com
lpincus@abv.com
dshaiman@abv.com

*Counsel for Bordier & Cie SCmA*
*(sued as Bordier & Cie)*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
|                       Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|                       Defendant. | |

| | |
|---|---|
| In re | |
| BERNARD L. MADOFF, | |
|                       Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01695 (CGM) |
|                       Plaintiff, | |
| v. | |
| BORDIER & CIE, | |
|                       Defendant. | |

**ORDER DENYING BORDIER & CIE'S**
**MOTION TO DISMISS THE COMPLAINT**

Defendant Bordier & Cie's motion to dismiss the Complaint under Bankruptcy Rule

7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "**Motion**") came on for hearing before

the Court on June 15, 2022 (the "**Hearing**"). The Court has considered the Motion, the papers

filed in support of and in opposition to the Motion, the Complaint, and the statements of counsel

at the Hearing, and the Court has issued a memorandum decision, dated June 30, 2022, regarding

the Motion (the "**Decision**").  Based on the record in this adversary proceeding, including the

Decision, **IT IS ORDERED**:

     1.     The Motion to dismiss the Complaint is denied.

     2.     The deadline for Bordier & Cie to file an answer to the Complaint is September 12,

2022.

     3.     The Court shall retain jurisdiction to implement or enforce this Order.



/s/ Cecelia G. Morris

**Dated: July 12, 2022**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**