JS 44C/SDNY
REV.
10/01/2020

08-01789-cgm     Doc 22125-1     Filed 08/16/22     Entered 08/16/22 15:10:08     Civil
                              CIVIL COVER SHEET
                          Cover Sheet   Pg 1 of 3

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

**DEFENDANTS**
Bordier & Cie SCmA (sued as Bordier & Cie)

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
See Schedule A

**ATTORNEYS (IF KNOWN)**
See Schedule A

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 158(a)(3) -- Motion for leave to appeal from Bankruptcy Court's denial of motion to dismiss adversary proceeding

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]     Judge Previously Assigned     Hon. Jed S. Rakoff

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [x] Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?     No [x]     Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*     NATURE OF SUIT

TORTS     ACTIONS UNDER STATUTES

| CONTRACT | | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ | [ ] 625 DRUG RELATED | [x] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120 | MARINE | [ ] 315 AIRPLANE PRODUCT | PHARMACEUTICAL PERSONAL | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130 | MILLER ACT | LIABILITY | INJURY/PRODUCT LIABILITY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140 | NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | [ ] 365 PERSONAL INJURY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| | INSTRUMENT | SLANDER | PRODUCT LIABILITY | | | [ ] 410 ANTITRUST |
| [ ] 150 | RECOVERY OF | [ ] 330 FEDERAL | [ ] 368 ASBESTOS PERSONAL | PROPERTY RIGHTS | | [ ] 430 BANKS & BANKING |
| | OVERPAYMENT & | EMPLOYERS' | INJURY PRODUCT | | | [ ] 450 COMMERCE |
| | ENFORCEMENT | LIABILITY | LIABILITY | [ ] 820 COPYRIGHTS | [ ] 880 DEFEND TRADE SECRETS ACT | [ ] 460 DEPORTATION |
| | OF JUDGMENT | [ ] 340 MARINE | | [ ] 830 PATENT | | [ ] 470 RACKETEER INFLU- |
| [ ] 151 | MEDICARE ACT | [ ] 345 MARINE PRODUCT | PERSONAL PROPERTY | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | ENCED & CORRUPT |
| [ ] 152 | RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 840 TRADEMARK | | ORGANIZATION ACT |
| | DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | | (RICO) |
| | STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | | [ ] 480 CONSUMER CREDIT |
| | (EXCL VETERANS) | PRODUCT LIABILITY | | SOCIAL SECURITY | | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153 | RECOVERY OF | [ ] 360 OTHER PERSONAL | | [ ] 861 HIA (1395ff) | | PROTECTION ACT |
| | OVERPAYMENT | INJURY | [ ] 380 OTHER PERSONAL | [ ] 862 BLACK LUNG (923) | | |
| | OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | [ ] 863 DIWC/DIWW (405(g)) | | [ ] 490 CABLE/SATELLITE TV |
| | BENEFITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE | [ ] 864 SSID TITLE XVI | | [ ] 850 SECURITIES/ |
| [ ] 160 | STOCKHOLDERS | | PRODUCT LIABILITY | [ ] 865 RSI (405(g)) | | COMMODITIES/ |
| | SUITS | | | | | EXCHANGE |
| [ ] 190 | OTHER | | PRISONER PETITIONS | LABOR | | |
| | CONTRACT | | [ ] 463 ALIEN DETAINEE | [ ] 710 FAIR LABOR | | [ ] 890 OTHER STATUTORY |
| [ ] 195 | CONTRACT | | [ ] 510 MOTIONS TO | STANDARDS ACT | | ACTIONS |
| | PRODUCT | ACTIONS UNDER STATUTES | VACATE SENTENCE | [ ] 720 LABOR/MGMT | | [ ] 891 AGRICULTURAL ACTS |
| | LIABILITY | CIVIL RIGHTS | 28 USC 2255 | RELATIONS | | [ ] 893 ENVIRONMENTAL |
| [ ] 196 FRANCHISE | | | [ ] 530 HABEAS CORPUS | [ ] 740 RAILWAY LABOR ACT | | MATTERS |
| | | [ ] 440 OTHER CIVIL RIGHTS | [ ] 535 DEATH PENALTY | [ ] 751 FAMILY MEDICAL | FEDERAL TAX SUITS | [ ] 895 FREEDOM OF |
| | | (Non-Prisoner) | [ ] 540 MANDAMUS & OTHER | LEAVE ACT (FMLA) | | INFORMATION ACT |
| REAL PROPERTY | | [ ] 441 VOTING | | | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 896 ARBITRATION |
| [ ] 210 | LAND | [ ] 442 EMPLOYMENT | | [ ] 790 OTHER LABOR | Defendant) | [ ] 899 ADMINISTRATIVE |
| | CONDEMNATION | [ ] 443 HOUSING/ | PRISONER CIVIL RIGHTS | LITIGATION | [ ] 871 IRS-THIRD PARTY | PROCEDURE ACT/REVIEW OR |
| [ ] 220 | FORECLOSURE | ACCOMMODATIONS | | [ ] 791 EMPL RET INC | 26 USC 7609 | APPEAL OF AGENCY DECISION |
| [ ] 230 | RENT LEASE & | [ ] 445 AMERICANS WITH | [ ] 550 CIVIL RIGHTS | SECURITY ACT (ERISA) | | |
| | EJECTMENT | DISABILITIES - | [ ] 555 PRISON CONDITION | | | [ ] 950 CONSTITUTIONALITY OF |
| [ ] 240 | TORTS TO LAND | EMPLOYMENT | [ ] 560 CIVIL DETAINEE | IMMIGRATION | | STATE STATUTES |
| [ ] 245 | TORT PRODUCT | [ ] 446 AMERICANS WITH | CONDITIONS OF CONFINEMENT | [ ] 462 NATURALIZATION | | |
| | LIABILITY | DISABILITIES -OTHER | | APPLICATION | | |
| [ ] 290 | ALL OTHER | [ ] 448 EDUCATION | | [ ] 465 OTHER IMMIGRATION | | |
| | REAL PROPERTY | | | ACTIONS | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 7,928,454     OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES  [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE   Hon. Jed S. Rakoff     DOCKET NUMBER 22-cv-6502, 22-cv-6512 and 12-mc-115

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*

**ORIGIN**

[x] 1 Original Proceeding

[ ] 2 Removed from State Court

　　[ ] a. **all parties represented**

　　[ ] b. **At least one party is pro se.**

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from (Specify District)

[ ] 6 Multidistrict Litigation (Transferred)

[ ] 7 Appeal to District Judge from Magistrate Judge

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*

**BASIS OF JURISDICTION**

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF　　[ ] 2 U.S. DEFENDANT　　[x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)　　[ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:　THIS ACTION SHOULD BE ASSIGNED TO:　　[ ] WHITE PLAINS　　[x] MANHATTAN

　　　　　　　　　/s/ John F. Zulack

DATE 08/16/2022　　　SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 01　 Yr. 1972　)
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## Schedule A

| Defendant-Appellant | Attorneys |
|---|---|
| Bordier & Cie SCmA (sued as Bordier & Cie) | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>212-571-0550<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com |

| Plaintiff-Appellees | Attorneys |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | **Baker & Hostetler LLP**<br>David J. Sheehan<br>Torello H. Calvani<br>J'Naia Boyd<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: dsheehan@bakerlaw.com<br>Email: tcalvani@bakerlaw.com<br>Email: jlboyd@bakerlaw.com |