Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
acovucci@omm.com
*Attorneys for Merrill Lynch International*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-05346 (CGM) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH INTERNATIONAL, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2022, the *Notice of Withdrawal of Merrill Lynch International's Motion to Dismiss Complaint, Supporting Memorandum, and Notice of Hearing*

1

was served by filing with the Court's electronic filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

| | |
|---|---|
| Dated: August 16, 2022 | Respectfully submitted, |
| New York, New York | O'MELVENY & MYERS LLP |
| | By: /s/ *Pamela A. Miller* <br> Pamela A. Miller <br> Amber Covucci <br> O'MELVENY & MYERS LLP <br> Seven Times Square <br> New York, New York 10036 <br> Telephone: (212) 326-2000 <br> E-mail: pmiller@omm.com |
| | *Attorneys for Merrill Lynch International* |