**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>BORDIER & CIE,<br><br>      Defendant. | Adv. Pro. No. 12-01695 (CGM) |

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 16, 2022, Defendant Bordier & Cie SCmA's (sued as Bordier & Cie) (1) Motion for Leave to Appeal Pursuant to 28 U.S.C. § 158(a)(3), (2) Notice of Appeal, (3) Related Case Statement, and (4) Civil Cover sheet, and attachments thereto, were served by filing them with the Court's electronic-filing system. Notice of this filing has been

1

sent through the Court's Electronic Case Filing System and via electronic transmission to the

email addresses designated for delivery.


Dated: August 16, 2022
      New York, New York

ALLEGAERT BERGER & VOGEL LLP


By: */s/ David A. Shaiman*

David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: dshaiman@abv.com

*Counsel for Defendant Bordier & Cie SCmA (sued as Bordier & Cie)*