KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LLOYDS TSB BANK PLC,<br><br>    Defendant. | **Adv. Pro. No. 12-01207 (CGM)** |

## NOTICE OF APPEAL

Official Form 417A (12/18) - Notice of Appeal and Statement of Election

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): Lloyds TSB Bank PLC (now known as Lloyds Bank plc)

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Defendant

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   a) Order Denying Defendant Lloyds TSB Bank PLC's Motion to Dismiss the Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) ("Order") [Doc. No. 106] (attached as Exhibit A);
   b) Memorandum Decision Denying Defendant's Motion to Dismiss [Doc. No. 105] ("Memorandum") (attached as Exhibit B).

2. State the date on which the judgment, order, or decree was entered:
   a) The Order was entered on July 12, 2022.
   b) The Memorandum was entered on June 30, 2022.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Plaintiff Appellee IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff

   Attorney: David J. Sheehan
   Matthew D. Feil
   Matthew B. Friedman
   Baker & Hostetler LLP
   45 Rockefeller Plaza
   New York, NY 10111
   Tel: (212) 589-4200

2. Party: Defendant-Appellant LLOYDS TSB BANK PLC

   Attorney: Anthony L. Paccione
   Mark T. Ciani
   Katten Muchin Rosenman LLP
   50 Rockefeller Plaza
   New York, NY 10020
   Tel: (212) 940-8800

Official Form 417A (12/18) - Notice of Appeal and Statement of Election

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[Not applicable: no Bankruptcy Panel in this District]

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*s/ Anthony L. Paccione*

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: August 16, 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Anthony L. Paccione
Mark T. Ciani
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020
Tel: (212) 940-8800
anthony.paccione@katten.com
mark.ciani@katten.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed.R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A (12/18) - Notice of Appeal and Statement of Election