KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>Plaintiff, )<br><br>v. )<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, )<br><br>Defendant. ) | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re: )<br><br>BERNARD L. MADOFF, )<br><br>Debtor. ) | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>LLOYDS TSB BANK PLC, )<br><br>Defendant. ) | **Adv. Pro. No. 12-01207 (CGM)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2022, the Civil Cover Sheet, the Related Case Statement, the Notice of Appeal, and Exhibits A and B thereto were served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: August 16, 2022
New York, New York

Respectfully Submitted,

*/s/Anthony Paccione*
Anthony L. Paccione
Mark T. Ciani
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Defendant*

TO:    All Counsel of Record