KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>        Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>            v.<br><br>LLOYDS TSB BANK PLC,<br><br>        Defendant. | **Adv. Pro. No. 12-01207 (CGM)** |

**NOTICE OF MOTION**

Defendant Lloyds TSB Bank PLC (now known as Lloyds Bank plc) ("Lloyds"), hereby provides notice in accordance with Local Bankruptcy Rule 8010-1 that it has filed a motion (the "Motion") under 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8004 for leave to appeal the Bankruptcy Court's Order entered on July 12, 2022, Adv. Proc. No. 12-01207 (CGM) (Bankr. S.D.N.Y.), ECF 106, denying Lloyds' motion to dismiss the Complaint of plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC.

Dated: New York, New York
August 16, 2022

Respectfully submitted,

*s/ Anthony L. Paccione*
Anthony L. Paccione
Mark T. Ciani
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorneys for Defendant*