# EXHIBIT C

# ADVERSARY PROCEEDINGS SUBJECT TO SECTION 546(e) DEFENSE[1]

**Adversary Proceedings Subject to Complete Dismissal Based on Section 546(e) Defense**

| Adv. Proc. No. | Defendant(s) | Transfer Amount |
| --- | --- | --- |
| 11-02493 | Abu Dhabi Investment Authority | ($300,000,000) |
| 11-02538 | Quilvest Finance Ltd. | (34,198,293) |
| 11-02540 | Lion Global Investors Limited | (50,583,442) |
| 11-02542 | Parson Finance Panama S.A. | (11,089,081) |
| 11-02730 | ASB Bank Corp. | (119,655,424) |
| 11-02733 | Naidot & Co. | (12,654,907) |
| 12-01002 | The Public Institution for Social Security | (20,000,000) |
| 12-01004 | Fullerton Capital PTE Ltd. | (10,290,445) |
| 12-01021 | Grosvenor Balanced Growth Fund Limited, Grosvenor Private Reserve Fund Limited, *et al.* | (24,815,102) |
| 12-01023 | Arden Asset Management Inc., Arden Asset Management LLC, *et al.* | (12,586,659) |
| 12-01047 | Koch Industries, Inc. | (21,533,871) |
| 12-01194 | Kookmin Bank | (42,010,302) |
| 12-01205 | Multi Strategy Fund Limited | (25,763,374) |
| 12-01512 | ZCM Asset Holding Co. (Bermuda) LLC | (21,247,755) |
| 12-01566 | UKFP (Asia) Nominees Limited | (5,182,320) |
| 12-01680 | Eurizon Low Volatility, Eurizon Medium Volatility, *et al.* | (11,653,515) |
| 12-01694 | Banque Cantonale Vaudoise | (9,769,927) |
| **Total** | | **($733,034,417)** |

---

[1] Initial BLMIS-Sentry transfers from May 9, 2003 to April 13, 2006, which are outside the two-year lookback period for Section 548(a)(1)(A), are alleged by the Trustee to be the source of Sentry transfers to these defendants during the period May 14, 2003 to August 17, 2007. This exhibit includes transfers from Sentry only. It is based on the allegations in the Trustee's current complaints in the listed adversary proceedings and does not represent a concession by any defendant that the transfer dates or amounts alleged by the Trustee are accurate.

**Other Adversary Proceedings with Initial Transfers Outside Two-Year Period**

| Adv. Proc. No. | Defendant(s) Affected | Transfer Amount |
| --- | --- | --- |
| 10-05346 | Merrill Lynch International | ($1,200,000) |
| 11-02149 | Banque Syz & Co., SA | (15,449,241) |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | (10,911,002) |
| 11-02551 | Delta National Bank and Trust Company | (9,045,332) |
| 11-02553 | Unifortune Asset Management SGR SpA, Unifortune Conservative Fund | (16,352,159) |
| 11-02554 | National Bank of Kuwait S.A.K. | (51,577) |
| 11-02568 | Cathay Life Insurance Co. Ltd., Cathay United Bank Ltd. | (7,953,546) |
| 11-02569 | Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A. | (23,834,072) |
| 11-02572 | Korea Exchange Bank | (29,583,842) |
| 11-02731 | Trincastar Corporation | (10,311,800) |
| 11-02763 | Inteligo Bank Ltd. | (6,886,095) |
| 11-02784 | Somers Dublin Limited, Somers Nominees (Far East) Limited | (6,439,891) |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | (40,762,484) |
| 11-02922 | Bank Julius Baer & Co. Ltd. | (36,850,589) |
| 11-02923 | Falcon Private Bank Ltd. | (38,675,129) |
| 11-02925 | Credit Suisse (Luxembourg) SA; Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse London Nominees Limited; Credit Suisse Nominees (Guernsey) Limited; Credit Suisse Wealth Management Limited, Credit Suisse, Nassau Branch LATAM Investment Banking | (140,646,281) |

| Adv. Proc. No. | Defendant(s) Affected | Transfer Amount |
| --- | --- | --- |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | (4,466,942) |
| 12-01005 | SICO Limited | (12,721,492) |
| 12-01019 | Banco Itau Europa Luxembourg S.A. | (14,920,537) |
| 12-01022 | Crédit Agricole (Suisse) S.A. | (11,519,915) |
| 12-01046 | SNS Bank N.V., SNS Global Custody B.V. | (18,513,002) |
| 12-01048 | Banco General Valores | (5,392,148) |
| 12-01202 | Bank Vontobel, Vontobel Fund, Bank Vontobel Asset Management Inc. | (25,066,635) |
| 12-01207 | Lloyds TSB Bank PLC | (9,171,918) |
| 12-01209 | Banca Del Gottardo, BSI AG | (27,867,965) |
| 12-01210 | Schroder & Co. Bank AG | (19,985,147) |
| 12-01211 | Union Global A Fund, Union Global Fund, Union Strategy Fund | (5,728,088) |
| 12-01216 | Bank Hapoalim (Switzerland) Ltd. | (466,867) |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) S.A. | (41,519,310) |
| 12-01576 | BNP Paribas S.A. | (1,695,513) |
| 12-01577 | LGT Bank (Switzerland) Ltd., UBS Europe SE | (8,043,666) |
| 12-01669 | Barfield Nominees Limited, Northern Trust Corporation | (7,684,464) |
| 12-01670 | Crédit Agricole Corporate and Investment Bank | (5,401,035) |
| 12-01676 | Credit Suisse AG, as successor-in-interest to Bank Leu AG; Credit Suisse AG, as successor-in-interest to Clariden Leu AG | (22,604,441) |
| 12-01677 | Lyxor Premium, SG Audace, SG Equilibrium, SG Lugano, SG Premium, SG Suisse, SG UK, SGBT, SGBT Lux/OFI, SGBT Lux/Palmares, SGBT Lux/UMR | (118,584,627) |

3

| *Adv. Proc. No.* | *Defendant(s) Affected* | *Transfer Amount* |
|---|---|---|
| 12-01690 | EFG Bank S.A., EFG Bank (Monaco) S.A.M., EFG Bank & Trust (Bahamas) Ltd. | (221,093,938) |
| 12-01693 | Banque Lombard Odier & Cie SA | (86,362,680) |
| 12-01695 | Bordier & Cie | (7,731,281) |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Limited, Platinum All Weather Fund Limited, Odyssey | (17,396,883) |
| 12-01698 | Banco Inversis, S.A., Banque Internationale à Luxembourg (Suisse) S.A., Banque Internationale à Luxembourg S.A., RBC Investor Services Bank S.A. | (56,807,645) |
| 12-01699 | Guernroy Limited; Royal Bank of Canada; Royal Bank of Canada (Asia) Limited; RBC Dominion Securities Inc.; RBC Trust Company (Jersey) Limited; Banque Syz S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A. | (20,743,042) |
| **Total** | | **($1,166,442,221)** |