KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LLOYDS TSB BANK PLC,<br><br>　　　　　Defendant. | **Adv. Pro. No. 12-01207 (CGM)** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2022, the Motion for Leave to Appeal the Bankruptcy Court's Order entered on July 12, 2022, Adv. Proc. No. 12-01207 (CGM) (Bankr. S.D.N.Y.), ECF 106, denying Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) motion to dismiss the Complaint of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L.

Madoff Investment Securities LLC, the accompanying Memorandum of Law in Support of Lloyds Bank plc's Motion For Leave To Appeal Pursuant To 28 U.S.C. § 158(a)(3), and the Declaration of Anthony L. Paccione and Exhibits A-C thereto were served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: August 16, 2022
New York, New York

                                 Respectfully Submitted,

                                 */s/Anthony Paccione*
                                 Anthony L. Paccione
                                 Mark T. Ciani
                                 Katten Muchin Rosenman LLP
                                 50 Rockefeller Plaza
                                 New York, New York 10020
                                 Telephone: (212) 940-8800
                                 anthony.paccione@katten.com
                                 mark.ciani@katten.com

                                 *Attorneys for Defendant*

TO:    All Counsel of Record