UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (CGM)<br>(Bankr. S.D.N.Y.)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>             Plaintiff,<br><br>                    v.<br><br>BANQUE CANTONALE VAUDOISE,<br><br>             Defendant. | Adv. Pro. No. 12-01694 (CGM)<br>(Bankr. S.D.N.Y.) |

## NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

1. **Name(s) of appellants:** Banque Cantonale Vaudoise

2. **Position of appellants in the adversary proceeding that is the subject of this appeal:** Defendant

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order or decree appealed from:** Defendant-Appellant, by its attorneys, hereby appeals under 28 U.S.C. § 158(a)(3) from

the Order Denying its Motion to Dismiss the Complaint, dated July 21, 2022 (ECF No. 108) (the "Order").

2. **State the date on which the judgment, order, or decree was entered:** The Order was entered on July 21, 2022. A copy of the Order is annexed hereto as **Exhibit A**.

**Part 3: Identify the other parties to the appeal**

The Relevant parties to the judgment, order, or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Defendant-Appellant | Attorneys |
|---|---|
| Banque Cantonale Vaudoise | **Allegaert Berger & Vogel LLP**<br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>111 Broadway, 20th Floor<br>New York, NY 10006<br>212-571-0550<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com |

| Plaintiff-Appellees | Attorneys |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | **Baker & Hostetler LLP**<br>David J. Sheehan<br>Torello H. Calvani<br>J'Naia L. Boyd<br>45 Rockefeller Plaza |

2

|  | New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: dsheehan@bakerlaw.com<br>Email: tcalvani@bakerlaw.com<br>Email: jlboyd@bakerlaw.com |
|---|---|

## **Part 4: Not Applicable (No BAP in this District)**

## **Part 5: Signature**

August 17, 2022                                    Respectfully submitted,

/s/ John F. Zulack
ALLEGAERT BERGER & VOGEL LLP
John F. Zulack
Lauren J. Pincus
David A. Shaiman
111 Broadway, 20th Floor
New York, NY 10006
212-571-0550
jzulack@abv.com
lpincus@abv.com
dshaiman@abv.com

*Counsel for Banque Cantonale Vaudoise*

# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br>  v.<br><br>BANQUE CANTONALE VAUDOISE,<br>    Defendant. | Adv. Pro. No. 12-01694 (CGM) |

**ORDER DENYING BANQUE CANTONALE
VAUDOISE'S MOTION TO DISMISS THE COMPLAINT**

  Defendant Banque Cantonale Vaudoise's motion to dismiss the Complaint under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "**Motion**") was scheduled for a hearing before the Court on July 13, 2022. The parties, however, stipulated to rest on their papers and waive oral argument on the Motion. The Court has considered the Motion, the

papers filed in support of and in opposition to the Motion, and the Complaint, and the Court has issued a memorandum decision, dated July 14, 2022, regarding the Motion (the "**Decision**"). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for Banque Cantonale Vaudoise to file an answer to the Complaint is September 30, 2022.

3. The Court shall retain jurisdiction to implement or enforce this Order.



/s/ Cecelia G. Morris

_____

**Dated: July 21, 2022**
**Poughkeepsie, New York**

Hon. Cecelia G. Morris
U.S. Bankruptcy Judge