Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>MULTI-STRATEGY FUND LIMITED,<br><br>Defendant. | Adv. Pro. No. 12-01205 (CGM) |

**NOTICE OF DEFENDANT MULTI-STRATEGY FUND LIMITED'S
MOTION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. § 158(a)(3)**

3678036.1

Defendant Multi-Strategy Fund Limited hereby provides notice in accordance with Local Bankruptcy Rule 8010-1 that it has filed with the clerk of this Court at ECF No. 127 for transmittal to the United States District Court for the Southern District of New York a motion pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004 for leave to appeal this Court's Order entered on June 27, 2022, Adv. Proc. No. 12-1205 (CGM) (Bankr. S.D.N.Y.), ECF No. 123, denying Multi-Strategy Fund Limited's motion to dismiss the Amended Complaint of plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "Motion").

A copy of the Motion is attached as Exhibit 1 to this notice.

Dated: New York, New York
   August 1, 2022

                 s/ Robert J. Lack
                 Robert J. Lack (rlack@fklaw.com)
                 Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
                 Dielai Yang (dyang@fklaw.com)
                 FRIEDMAN KAPLAN SEILER
                   & ADELMAN LLP
                 7 Times Square
                 New York, NY 10036-6516
                 Telephone: (212) 833-1100
                 Facsimile: (212) 833-1250

                 *Attorneys for Defendant*
                 *Multi-Strategy Fund Limited*