# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MERRILL LYNCH INTERNATIONAL

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 8/14/2006 | (1,200,000) |
| 2/15/2008 | (2,000,000) |
| 6/17/2008 | (3,000,000) |
| 11/19/2008 | (5,000,000) |
| 11/19/2008 | (3,000,000) |
| **Total:** | **$ (14,200,000)** |