**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO MERRILL LYNCH INTERNATIONAL**

| Column 1 Date | Column 2 Amount |
|---|---|
| 11/21/2008 | (1,877,730) |
| **Total:** | **$ (1,877,730)** |