# EXHIBIT C

**SUBSEQUENT TRANSFERS SOUGHT BY THE TRUSTEE FROM THE BARCLAYS DEFENDANTS BASED ON ALLEGED INITIAL TRANSFERS MADE (i) PRIOR TO AND (ii) WITHIN THE TWO-YEAR LOOKBACK PERIOD APPLICABLE TO AVOIDANCE CLAIMS UNDER BANKRUPTCY CODE SECTION 548(a)(1)(A)[1]**

---

[1] The Trustee's claims to recover alleged subsequent transfers based on initial transfers that are not avoidable under Section 548(a)(1)(A) are subject to dismissal under Section 546(e) of the Bankruptcy Code. Avoidance under Section 548(a)(1)(A) is available only with respect to initial transfers made within two years before the date of the filing of the BLMIS liquidation petition. The Complaint describes the two-year lookback period as extending to the initial transfers made by BLMIS to Fairfield Sentry during the period of December 11, 2006 through December 11, 2008. However, the Trustee has pleaded that the first initial transfer from BLMIS to Fairfield Sentry within that period was allegedly made on September 5, 2007. As a result, only the alleged subsequent transfers made by Fairfield Sentry and Fairfield Sigma to the Barclays Defendants on or after September 5, 2007 could potentially survive dismissal under Section 546(e). The charts in this exhibit have been created accordingly.

1

## Chart C.1[2]

### Subsequent Transfers Sought from Caixabank S.A.
### Based on Initial Transfers Made Prior to the Two-Year Lookback
### Period Applicable to Avoidance Claims Under Section 548(a)(1)(A)

| Date | Transferor | Amount |
|---|---|---|
| 8/26/2003 | Fairfield Sigma | $33,045 |
| 11/19/2003 | Fairfield Sentry | $301,681 |
| 11/24/2003 | Fairfield Sigma | $970,173 |
| 1/26/2004 | Fairfield Sigma | $191,834 |
| 3/29/2004 | Fairfield Sigma | $31,272 |
| 3/29/2004 | Fairfield Sigma | $3,687,157 |
| 5/17/2004 | Fairfield Sentry | $146,471 |
| 9/27/2004 | Fairfield Sigma | $853,293 |
| 12/22/2004 | Fairfield Sigma | $35,328 |
| 5/19/2005 | Fairfield Sigma | $16,787 |
| 7/15/2005 | Fairfield Sentry | $2,685,870 |
| 8/12/2005 | Fairfield Sigma | $17,912 |
| 8/12/2005 | Fairfield Sigma | $31,843 |
| 8/12/2005 | Fairfield Sigma | $183,205 |
| 10/14/2005 | Fairfield Sentry | $95,898 |
| 11/23/2005 | Fairfield Sigma | $218,188 |
| 11/23/2005 | Fairfield Sigma | $315,096 |
| 11/23/2005 | Fairfield Sigma | $395,656 |
| 11/23/2005 | Fairfield Sigma | $443,741 |
| 12/21/2005 | Fairfield Sigma | $6,312 |

---

[2] The information set out in these charts has been gleaned from exhibits to the Complaint (ECF No. 1), as amended by subsequent stipulation, in adversary proceeding No. 11-02569. In accordance with the stipulation entered on February 14, 2022 (ECF No. 122), the following subsequent transfers alleged in the Complaint have not been included in these charts because the Trustee has withdrawn his claim as to those transfers and the Court in turn has dismissed them: (i) $203,462 on January 20, 2003 (Compl. Ex. F); (ii) $1,469,096 on January 20, 2003 (Compl. Ex. F); (iii) $987,933 on April 25, 2003 (Compl. Ex. F); and (iv) $73,352 on April 14, 2003 (Compl. Ex. I).

| Date | Transferor | Amount |
|---|---|---|
| 12/21/2005 | Fairfield Sigma | $89,820 |
| 12/21/2005 | Fairfield Sigma | $346,396 |
| 1/27/2006 | Fairfield Sigma | $32,488 |
| 1/27/2006 | Fairfield Sigma | $162,001 |
| 1/27/2006 | Fairfield Sigma | $219,213 |
| 2/15/2006 | Fairfield Sentry | $225,673 |
| 2/15/2006 | Fairfield Sigma | $264,255 |
| 4/20/2006 | Fairfield Sentry | $56,931 |
| 4/20/2006 | Fairfield Sentry | $56,931 |
| 4/20/2006 | Fairfield Sentry | $56,942 |
| 5/24/2006 | Fairfield Sigma | $545,505 |
| 6/20/2006 | Fairfield Sigma | $1,359,131 |
| 8/14/2006 | Fairfield Sigma | $354,463 |
| 11/14/2006 | Fairfield Sentry | $1,018,648 |
| 11/17/2006 | Fairfield Sigma | $833,708 |
| 12/15/2006 | Fairfield Sentry | $74,208 |
| 12/18/2006 | Fairfield Sigma | $161,843 |
| 12/18/2006 | Fairfield Sigma | $417,217 |
| 4/17/2007 | Fairfield Sigma | $109,652 |
| 4/17/2007 | Fairfield Sigma | $423,149 |
| 6/19/2007 | Fairfield Sigma | $18,135 |
| 7/19/2007 | Fairfield Sigma | $34,934 |
| **TOTAL** | | **$17,522,005** |

## Chart C.2

**Subsequent Transfers Sought from Caixabank S.A.
Based on Initial Transfers Made Within the Two-Year Lookback
Period Applicable to Avoidance Claims Under Section 548(a)(1)(A)**

| Date | Transferor | Amount |
|---|---|---|
| 9/20/2007 | Fairfield Sigma | $18,236 |
| 12/18/2007 | Fairfield Sigma | $36,782 |
| 1/24/2008 | Fairfield Sigma | $19,492 |
| 3/18/2008 | Fairfield Sigma | $528,136 |
| 6/18/2008 | Fairfield Sigma | $39,609 |
| **TOTAL** | | **$642,255** |

# Chart C.3

**Subsequent Transfers Sought from Barclays Bank (Suisse) S.A. Based on Initial Transfers Made Prior to the Two-Year Lookback Period Applicable to Avoidance Claims Under Section 548(a)(1)(A)**

| Date | Transferor | Amount |
|---|---|---|
| 8/15/2003 | Fairfield Sentry | $26,317 |
| 10/14/2003 | Fairfield Sentry | $268,887 |
| 3/18/2004 | Fairfield Sentry | $49,529 |
| 5/17/2004 | Fairfield Sentry | $107,412 |
| 8/13/2004 | Fairfield Sentry | $564,757 |
| 9/15/2004 | Fairfield Sentry | $519,454 |
| 8/12/2005 | Fairfield Sigma | $134,135 |
| 9/15/2005 | Fairfield Sentry | $370,806 |
| 10/14/2005 | Fairfield Sentry | $258,269 |
| 10/14/2005 | Fairfield Sentry | $516,826 |
| 11/17/2005 | Fairfield Sentry | $279,110 |
| 11/17/2005 | Fairfield Sentry | $337,604 |
| 11/17/2005 | Fairfield Sentry | $434,413 |
| 11/17/2005 | Fairfield Sentry | $1,026,301 |
| 12/19/2005 | Fairfield Sentry | $113,675 |
| 12/19/2005 | Fairfield Sentry | $243,030 |
| 12/19/2005 | Fairfield Sentry | $357,908 |
| 12/19/2005 | Fairfield Sentry | $1,094,186 |
| 1/19/2006 | Fairfield Sentry | $63,265 |
| 1/19/2006 | Fairfield Sentry | $978,099 |
| 1/19/2006 | Fairfield Sentry | $1,046,249 |
| 1/19/2006 | Fairfield Sentry | $3,711,590 |
| 2/15/2006 | Fairfield Sentry | $110,776 |
| 2/15/2006 | Fairfield Sentry | $156,859 |
| 2/15/2006 | Fairfield Sentry | $1,334,212 |
| 2/15/2006 | Fairfield Sigma | $118,171 |

| **Date** | **Transferor** | **Amount** |
|---|---|---|
| 3/17/2006 | Fairfield Sentry | $554,969 |
| 3/17/2006 | Fairfield Sentry | $289,672 |
| 4/20/2006 | Fairfield Sentry | $64,093 |
| 4/20/2006 | Fairfield Sentry | $522,002 |
| 4/21/2006 | Fairfield Sigma | $385,519 |
| 5/15/2006 | Fairfield Sentry | $272,413 |
| 5/15/2006 | Fairfield Sentry | $388,381 |
| 6/16/2006 | Fairfield Sentry | $57,151 |
| 6/16/2006 | Fairfield Sentry | $108,702 |
| 6/16/2006 | Fairfield Sentry | $228,605 |
| 6/16/2006 | Fairfield Sentry | $552,082 |
| 6/20/2006 | Fairfield Sigma | $107,119 |
| 7/20/2006 | Fairfield Sentry | $163,561 |
| 8/14/2006 | Fairfield Sentry | $193,411 |
| 9/14/2006 | Fairfield Sentry | $133,871 |
| 9/14/2006 | Fairfield Sentry | $386,954 |
| 10/16/2006 | Fairfield Sentry | $112,882 |
| 12/15/2006 | Fairfield Sentry | $115,308 |
| 12/28/2006 | Fairfield Sentry | $70,366 |
| 2/15/2007 | Fairfield Sentry | $115,639 |
| 3/16/2007 | Fairfield Sentry | $101,021 |
| 6/15/2007 | Fairfield Sentry | $56,183 |
| 6/19/2007 | Fairfield Sigma | $366,500 |
| 8/17/2007 | Fairfield Sentry | $658,019 |
| **TOTAL** | | **$20,226,263** |

## Chart C.4

**Subsequent Transfers Sought from Barclays Bank (Suisse) S.A. Based on Initial Transfers Made Within the Two-Year Lookback Period Applicable to Avoidance Claims Under Section 548(a)(1)(A)**

| Date | Transferor | Amount |
|---|---|---|
| 9/19/2007 | Fairfield Sentry | $168,743 |
| 9/19/2007 | Fairfield Sentry | $296,985 |
| 9/20/2007 | Fairfield Sigma | $79,587 |
| 10/16/2007 | Fairfield Sentry | $932,698 |
| 10/19/2007 | Fairfield Sigma | $2,252,340 |
| 11/19/2007 | Fairfield Sentry | $211,804 |
| 11/19/2007 | Fairfield Sentry | $366,687 |
| 12/19/2007 | Fairfield Sentry | $1,337,022 |
| 1/17/2008 | Fairfield Sentry | $293,571 |
| 1/17/2008 | Fairfield Sentry | $449,597 |
| 2/15/2008 | Fairfield Sentry | $103,862 |
| 3/18/2008 | Fairfield Sentry | $231,858 |
| 4/14/2008 | Fairfield Sentry | $526,624 |
| 4/14/2008 | Fairfield Sentry | $651,033 |
| 5/15/2008 | Fairfield Sentry | $266,021 |
| 5/15/2008 | Fairfield Sentry | $280,434 |
| 5/15/2008 | Fairfield Sentry | $6,837,053 |
| 6/17/2008 | Fairfield Sentry | $89,698 |
| 6/18/2008 | Fairfield Sigma | $3,579,591 |
| 7/15/2008 | Fairfield Sentry | $52,997 |
| 7/15/2008 | Fairfield Sentry | $122,092 |
| 8/18/2008 | Fairfield Sentry | $91,325 |
| 10/15/2008 | Fairfield Sentry | $112,249 |
| 10/15/2008 | Fairfield Sentry | $235,545 |
| 10/15/2008 | Fairfield Sentry | $292,221 |
| 11/19/2008 | Fairfield Sentry | $30,734 |

| Date | Transferor | Amount |
|---|---|---|
| 11/19/2008 | Fairfield Sentry | $214,055 |
| 11/19/2008 | Fairfield Sentry | $230,731 |
| 11/19/2008 | Fairfield Sentry | $357,646 |
| 11/19/2008 | Fairfield Sentry | $415,813 |
| 11/19/2008 | Fairfield Sentry | $1,260,873 |
| 11/19/2008 | Fairfield Sentry | $2,398,382 |
| 11/21/2008 | Fairfield Sigma | $133,384 |
| 11/21/2008 | Fairfield Sigma | $256,854 |
| 11/21/2008 | Fairfield Sigma | $291,553 |
| **TOTAL** | | **$25,451,662** |

# Chart C.5

**Subsequent Transfers Sought from Zedra Trust Company (Jersey) Limited Based on Initial Transfers Made Within the Two-Year Lookback Period Applicable to Avoidance Claims Under Section 548(a)(1)(A)**

| Date | Transferor | Amount |
|---|---|---|
| 7/15/2008 | Fairfield Sentry | $820,636 |
| **TOTAL** | | **$820,636** |

# Chart C.6

## Summary of Subsequent Transfers Sought by Trustee Based on Initial Transfers Made (i) Prior to and (ii) Within the Two-Year Lookback Period Applicable to Avoidance Claims Under Section 548(a)(1)(A)

|  | Total Amount of Subsequent Transfers Sought by Trustee Based on Initial Transfers Made Prior to the Two-Year Lookback Period (and Number of Transfers) | Total Amount of Subsequent Transfers Sought by Trustee Based on Initial Transfers Made Within the Two-Year Lookback Period (and Number of Transfers) | Total Amount of Subsequent Transfers Sought by Trustee (and Number of Transfers) |
|---|---|---|---|
| **From Caixabank S.A.** | $17,522,005 (42)[3] | $642,255 (5)[4] | $18,164,260 (47)[5] |
| **From Barclays Bank (Suisse) S.A.** | $20,226,263 (50)[6] | $25,451,662 (35)[7] | $45,677,925 (85)[8] |
| **From Zedra Trust Co. (Jersey) Limited** | None | $820,636 (1)[9] | $820,636 (1)[10] |
| **TOTAL** | **$37,748,268 (92)[11]** | **$26,914,553 (41)[12]** | **$64,662,821 (133)[13]** |

---

[3] $4,719,253 (10 transfers) from Fairfield Sentry; $12,802,752 (32 transfers) from Fairfield Sigma.

[4] All from Fairfield Sigma.

[5] $4,719,253 (10 transfers) from Fairfield Sentry; $13,445,007 (37 transfers) from Fairfield Sigma.

---

[6] $19,114,819 (45 transfers) from Fairfield Sentry; $1,111,444 (5 transfers) from Fairfield Sigma.

[7] $18,858,353 (29 transfers) from Fairfield Sentry; $6,593,309 (6 transfers) from Fairfield Sigma.

[8] $37,973,172 (74 transfers) from Fairfield Sentry; $7,704,753 (11 transfers) from Fairfield Sigma.

[9] All from Fairfield Sentry.

[10] All from Fairfield Sentry.

[11] $23,834,072 (55 transfers) from Fairfield Sentry; $13,914,196 (37 transfers) from Fairfield Sigma.

[12] $19,678,989 (30 transfers) from Fairfield Sentry; $7,235,564 (11 transfers) from Fairfield Sigma.

[13] $43,513,061 (85 transfers) from Fairfield Sentry; $21,148,760 (48 transfers) from Fairfield Sigma.