**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Bankruptcy Court Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>  Defendants. | Bankruptcy Court Adv. Pro. No. 11-02569 (CGM)<br><br>___ Civ. _____ |

**BARCLAYS DEFENDANTS'**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited), through their undersigned attorneys, state as follows:

Barclays Bank (Suisse) S.A. is an indirect subsidiary of Barclays Bank PLC.  Barclays Bank PLC is, in turn, a direct subsidiary of Barclays PLC, a publicly held company whose shares are listed on the London Stock Exchange and which also has American Depositary Receipts listed on the New York Stock Exchange.  No other corporation owns 10% or more of the stock of Barclays Bank (Suisse) S.A.

Caixabank S.A. is the successor by merger to the bank formerly known as Barclays Bank S.A.  Caixabank S.A. is a company whose shares are listed on the Spanish stock exchange (Bolsa de Madrid).  Each of two companies own more than 10% of the share capital in Caixabank S.A.: (1) CriteriaCaixa, S.A., which is a wholly owned subsidiary of Fundación Bancaria Caja de Ahorros y Pensiones de Barcelona; and (2) BFA Tenedora de Acciones, S.A., which is a wholly owned subsidiary of the Fondo de Restructuración Ordenada Bancaria (FROB), the Spanish Banking Executive Resolution Authority.

Zedra Trust Company (Jersey) Limited does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: New York, New York<br>August 22, 2022 | **HERBERT SMITH FREEHILLS<br>NEW YORK LLP**<br><br>By:  /s/ *Marc J. Gottridge*<br>Marc J. Gottridge<br>Michael Schoeneberger<br>Christopher Emch<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (917) 542-7600<br>Facsimile: (917) 542-7601<br>marc.gottridge@hsf.com<br>michael.schoeneberger@hsf.com<br>chris.emch@hsf.com<br><br>*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)* |