## Appendix A[1]

| Date | Transfer | BLMIS — Transfers from BLMIS | Prime Fund — Transfers To/From Prime Fund | Prime Fund — Portion of Transfers That Is Avoidable | Prime Fund Avoidable Balance | Broad Market — Transfers To/From Broad Market | Broad Market — Portion of Transfers That Is Avoidable | Broad Market Avoidable Balance | Rye XL — Transfers To/From Rye XL | Rye XL — Portion of Transfers That Is Avoidable | Rye XL Avoidable Balance | ABN Ireland — Transfers To ABN Ireland | ABN Ireland — Portion of Transfers That Is Avoidable | SAC Exs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/2006 | BLMIS to Prime Fund | ($20,000,000) | $20,000,000 | | $20,000,000 | | | | | | | | | Ex. D at 2 |
| 1/30/2007 | BLMIS to Broad Market | ($20,000,000) | | | | $20,000,000 | | $20,000,000 | | | | | | Ex. B at 4 |
| 5/2/2007 | Rye XL to ABN Ireland | | | | | | | | ($10,000,000) | | $0 | $10,000,000 | $0 | Ex. H at 1 |
| 6/1/2007 | Rye XL to ABN Ireland | | | | | | | | ($9,500,000) | | $0 | $9,500,000 | $0 | Ex. H at 1 |
| 7/2/2007 | Rye XL to ABN Ireland | | | | | | | | ($6,000,000) | | $0 | $6,000,000 | $0 | Ex. H at 1 |
| 7/3/2007 | Broad Market to Rye XL | | | | | ($1,000,000) | ($1,000,000) | $19,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | | | Ex. E at 1 |
| 7/3/2007 | Broad Market to Rye XL | | | | | ($1,000,000) | ($1,000,000) | $18,000,000 | $1,000,000 | $1,000,000 | $2,000,000 | | | Ex. E at 1 |
| 7/3/2007 | Prime Fund to Rye XL | | ($1,000,000) | ($1,000,000) | $19,000,000 | | | | $1,000,000 | $1,000,000 | $3,000,000 | | | Ex. F at 1 |
| 7/3/2007 | Prime Fund to Rye XL | | ($350,000) | ($350,000) | $18,650,000 | | | | $350,000 | $350,000 | $3,350,000 | | | Ex. F at 1 |
| 7/3/2007 | Prime Fund to Rye XL | | ($320,000) | ($320,000) | $18,330,000 | | | | $320,000 | $320,000 | $3,670,000 | | | Ex. F at 1 |
| 7/3/2007 | Prime Fund to Rye XL | | ($140,000) | ($140,000) | $18,190,000 | | | | $140,000 | $140,000 | $3,810,000 | | | Ex. F at 1 |
| 8/1/2007 | Prime Fund to Rye XL | | ($9,800,000) | ($9,800,000) | $8,390,000 | | | | $9,800,000 | $9,800,000 | $13,610,000 | | | Ex. F at 1 |
| 8/1/2007 | Prime Fund to Rye XL | | ($6,200,000) | ($6,200,000) | $2,190,000 | | | | $6,200,000 | $6,200,000 | $19,810,000 | | | Ex. F at 1 |
| 8/1/2007 | Prime Fund to Rye XL | | ($2,850,000) | ($2,850,000) | $0 | | | | $2,850,000 | $2,190,000 | $22,000,000 | | | Ex. F at 1 |
| 8/1/2007 | Prime Fund to Rye XL | | ($300,000) | $0 | $0 | | | | $300,000 | $0 | $22,000,000 | | | Ex. F at 1 |
| 8/1/2007 | Prime Fund to Rye XL | | ($250,000) | $0 | $0 | | | | $250,000 | $0 | $22,000,000 | | | Ex. F at 1 |
| 8/1/2007 | Rye XL to ABN Ireland | | | | | | | | ($35,000,000) | $0 | $0 | $35,000,000 | $22,000,000 | Ex. H at 1 |
| 8/1/2007 | Rye XL to ABN Ireland | | | | | | | | ($10,000,000) | $0 | $0 | $10,000,000 | $0 | Ex. H at 1 |
| 8/2/2007 | Broad Market to Rye XL | | | | | ($5,000,000) | ($5,000,000) | $13,000,000 | $5,000,000 | $5,000,000 | $5,000,000 | | | Ex. E at 1 |
| 8/7/2007 | Prime Fund to Rye XL | | ($652,691) | $0 | $0 | | | | $652,691 | $0 | $5,000,000 | | | Ex. F at 1 |
| 8/7/2007 | Prime Fund to Rye XL | | ($130,538) | $0 | $0 | | | | $130,538 | $0 | $5,000,000 | | | Ex. F at 1 |
| 8/7/2007 | Prime Fund to Rye XL | | ($130,538) | $0 | $0 | | | | $130,538 | $0 | $5,000,000 | | | Ex. F at 1 |
| 9/4/2007 | Broad Market to Rye XL | | | | | ($25,000,000) | ($13,000,000) | $0 | $25,000,000 | $13,000,000 | $18,000,000 | | | Ex. E at 1 |
| 9/4/2007 | Rye XL to ABN Ireland | | | | | | | | ($35,000,000) | ($18,000,000) | $0 | $35,000,000 | $18,000,000 | Ex. H at 1 |
| ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// | ///// |
| 7/1/2008 | Broad Market to ABN Ireland | | | | | ($30,000,000) | $0 | $0 | | | | $30,000,000 | $0 | Ex. G at 1 |
| **Total Change Over Period** | | ($40,000,000) | | | | | | | | | | $135,500,000 | $40,000,000 | |

---

[1] This Appendix A represents a complete record of all transfers alleged to have been made between BLMIS and the Rye Funds, among the Rye Funds, and between the Rye Funds and ABN Ireland between the petition date and September 4, 2007. Additional transfers were made among certain of those entities after September 4, 2007, including one additional transfer from BLMIS to Prime Fund on March 25, 2008. However, Broad Market Fund is not alleged to have received any additional transfers prior to July 1, 2008 from BLMIS, the other Rye Funds, or any other source.