# EXHIBIT C

## American Masters Broad Market Fund II, Ltd

Datum: 15-05-03, New York

Gesproken met: Bernard L. Madoff
Aanwezig: Robert Schulman (Tremont), Cynthia Nicoll (T), Jim Mitchell (T), Theo Nijssen, Reinoud van Ieperen
Verslag: Reinoud van Ieperen

**Algemeen**
Madoff Securities is sinds oprichting in 1960 uitgegroeid tot een "third market maker" in alle S&P500 aandelen, een groot aantal NASDAQ aandelen, US converteerbare obligaties, preferente aandelen, opties, warrants etc. Het is een concurrent van de NYSE met op dit moment circa 15% van het volume. Eigen vermogen bedraagt circa USD 500 mln en het bedrijf heeft geen leverage. Per dag worden ca 200.000 orders uitgevoerd (per uitvoering < 1 sec.) met een gemiddelde omvang van minder dan 1000 aandelen. Onder de circa 500 brokers die klant zijn van Madoff Securities bevinden zich een aantal grote namen zoals Charles Schwab en Fidelity Investments. Behalve Bernard werken ook broer Peter en zonen Andrew en Mark in leidinggevende posities bij het bedrijf. Zie ook www.madoff.com.
Madoff is ook investment advisor voor het Broad Market Fund en Broad Market Prime Fund van Tremont (samen ca USD 1 mld), voor Fairfield Sentry (ca USD 3,5), Kingate (ca USD 2 mld) en anderen. De hedgefund activiteiten zijn controversieel omdat:
- niet openbaar is hoeveel geld Madoff in totaal adviseert (op basis van een opmerking van Sandra Manzke gaan wij uit van USD 20 mld, Bob Schulman zegt alleen "well in excess of USD 10 bln")
- Madoff het directe contact met beleggers bij voorkeur volledig overlaat aan de marketing organisaties Fairfield, Tremont etc.; niet toegankelijk
- Madoff geen fee ontvangt buiten de commissie op de transacties (4 ct per transactie, komt neer op 1% tot 3% p.j.), de genoemde marketing organisaties vangen wel een zelf vastgestelde fee (in het Broad Market Fund onlangs van 1.25% naar 1.50% verhoogd, geen performance fee)
- de portefeuille in elk jaarverslag uitsluitend T-bills bevat; geen enkele transparantie
- Madoff zelf de aandelen en opties in bewaring heeft
- de rendementen van de strategie uitzonderlijk stabiel zijn (7 negatieve maanden sinds 1990, t.w. nov '94 -0.44%, jan '03 -0.39%, feb '94 -0.36%, mei '92 -0.19%, jan '02 -0.14%, feb '03 -0.10%, dec '02 -0.02%) met een jaarlijks gemiddelde van ruim 14%

Madoff Securities neemt geen nieuw geld van beleggers aan (hard close) maar Tremont –en misschien ook de andere marketingorganisaties– bieden klanten capaciteit ten laste van niet-gerelateerde partijen in hun fonds. Manzke, Schulman en andere Tremont executives zeggen een substantieel deel van hun vermogen bij Madoff belegd te hebben. Naar verluid hebben ook de vermogende Joden van Long Island hun vermogen voornamelijk hier ondergebracht.

**Verslag gesprek**
Madoff Securities beslaat 4 verdiepingen van de ovale "lipstick" building op 885 Third Avenue. Het kantoor heeft een rustige uitstraling met veel zwart (vloerbedekking, bureaus, computers, stoelen, kasten). Bernie is een uiterst vriendelijke heer in maatpak; contrast met Schulman.

De strategie is al 20 jaar in essentie hetzelfde, uitgangspositie is een risicoloze positie in korte T-bills en alleen als de strategie daar het signaal toe geeft wordt de volgende positie ingenomen:
- S&P100 (OEX) repliceren
- Tegelijkertijd at-the-money OEX puts kopen
- Met enige vertraging out-of-the-money calls verkopen

Als de markt stijgt nadat de index en de puts gekocht zijn, kan Madoff net zoveel premie krijgen voor de otm calls als betaald is voor de puts. Op deze manier kan hij in korte tijd zonder kosten een volledig beschermde positie creëren met enig opwaarts potentieel. Als de markt daalt voordat de calls zijn geschreven bedraagt het verlies maximaal de put premie. Madoff verklaart zijn uitzonderlijke track record uit: 1) de voorsprong in technologie en 2) het vermogen om de richting van de markt met zeer korte horizon (circa 1 uur) te voorspellen.

Over het momentum-model of de indicatoren die Madoff gebruikt om tot de korte termijn voorspelling te komen wil hij weinig vertellen, behalve dat het geen informatie is over individuele aandelen maar uitsluitend over de markt als geheel en te maken heeft met de indruk die zij krijgen vanwege de handelsactiviteiten. Het lijkt waarschijnlijk dat vooral de orderstroom (aantal orders, richting en gemiddelde omvang) van belang zijn. Volatiliteit is goed voor de prestaties van de strategie maar moet niet te zeer geconcentreerd zijn in enkele dagen. Hoewel de strategie in theorie ook omgekeerd uitgevoerd kan worden om te profiteren van een koersdaling, gaat Madoff alleen posities aan als hij voor de korte termijn bullish is. Zonder er veel nadruk op te leggen geeft hij twee redenen: als de markt omhoog gaat is de liquiditeit meestal beter en vanwege het lange termijn perspectief van aandelen (positive drift) zijn de kansen aan de long kant beter. Om geld te verdienen heeft de strategie een significante beweging van een paar dagen nodig zodat de call strike bereikt of gepasseerd wordt. Het is minder gemakkelijk om de positie snel terug te draaien/winst te nemen en daarom gebruikt Madoff voornamelijk OTC opties met een looptijd van 1 maand. Bij succes lopen de puts waardeloos af, settelen de calls in cash en verkoopt hij de OEX tracker.

Een team van ca. 12 mensen is toegewezen aan de uitvoering van de strategie. Ze zitten apart van de tradingroom op een andere verdieping en wisselen geen informatie uit. Ze verdienen niet meer dan de handelaren en hebben geen bijzondere waarde voor andere hedgefunds. Hieruit valt op te maken dat ze niet ontwikkelen maar slechts uitvoeren. Als het signaal 'op groen gaat' laten ze de computer de precieze samenstelling van de OEX indextracker bepalen en de omvang van de positie plus het aantal benodigde OEX puts. Vervolgens worden de orders (wederom geautomatiseerd) opgedeeld in blokken die vergelijkbaar zijn met de omvang van de andere transacties op die dag en via het Madoff handelssysteem doorgestuurd naar de marketmakers in de tradingroom. Een marketmaker kan niet zien of een bepaalde order van Schwab, Fidelity of van de eigen strategie afkomstig is. Uitvoering geschiedt volgens de normale regels en als dat nodig is handelt de marketmaker de order geheel of gedeeltelijk af met de specialist op NYSE, een regionale beurs of met een van de grote partijen zoals Goldman, Merrill etc. Er wordt nooit uit eigen positie gehandeld en transacties voor de strategi worden nooit door de marketmaker geïnitieerd. De transacties voor de strategie krijgen op geen enkele manier voorrang boven orders van clienten. Er is een nuance tussen marketmaker en specialist, dat laatste is Madoff uitdrukkelijk niet. Een specialist wordt per aandeel door een beurs aangewezen en heeft het voordeel dat alle transacties op die beurs over zijn boek lopen, maar daar staat tegenover dat hij ook op elk moment zelf een markt moet maken in een aandeel en geen transacties kan weigeren. Geen van beide mag frontrunnen, maar een marketmaker is niet verplicht een order uit te voeren, hij kan ook doorsturen naar de beste specialist op dat moment. Madoff heeft een rol gespeeld bij het ontwikkelen van de software die het mogelijk maakt de stelling op NYSE, alle regionale beurzen en van de third market makers tegelijk te beoordelen en zo tot de beste en snelste uitvoering te komen.

Madoff is een zgn self clearing broker. Dat betekent dat de afhandeling van alle transacties en ook de custody van eventuele eigen posities in eigen huis blijft. Voor de strategie worden de eigen clearing faciliteiten gebruikt. In het algemeen hebben hedgefunds deze capaciteiten niet. Voor de broker Madoff is het ondenkbaar om assets bij een externe custodian te leggen. Madoff doet voor wat betreft de strategie niet aan securities lending en kan door zelf de custody te regelen altijd direct over alle stukken beschikken en weet precies wat waar is. Bovendien geeft hij op die manier zijn concurrenten geen inzicht in de strategie. Gezien het belang van timing wil hij in dit opzicht niet het risico nemen afhankelijk te zijn van derden. Madoff benadrukt dat de combinatie broker/clearer/custodian volledig gereguleerd is, onder toezicht staat en niet anders is dan bij andere selfclearing brokers. Madoff kan voor andere doeleinden dan de strategie onmogelijk aan de stukken komen.

In de loop van de tijd zijn er door technologische vooruitgang, groei van AUM en de introductie van index derivaten enkele (kleine) veranderingen aangebracht in de uitvoering van de strategie:
1. Nu uitsluitend index opties vanwege de betere liquiditeit, voorheen bestonden deze niet en werd met opties op individuele aandelen gewerkt.
2. In plaats van 1 indextracker worden nu 6 verschillende mandjes gebruikt, keuze is afhankelijk van de activiteit in en koers van de samenstellende aandelen.

3. Nu worden 40 tot 45 aandelen gebruikt per mandje waarmee circa 80% van de markt wordt gecovered. Voorheen waren dat slechts 20 aandelen en dus was tracking error groter.

In de toekomst zou de strategie ook uitgebreid kunnen worden naar andere indices (S&P500 of zelfs NASDAQ) maar dat is niet nodig want Madoff heeft geen problemen met de huidige omvang en wil niet groeien. Op dit moment acht hij het waarschijnlijker dat hij geld zou teruggeven aan beleggers dan dat hij zijn activiteiten uitbreidt naar andere indices.

Bernie is een belangrijke/invloedrijke persoon in de Amerikaanse financiële wereld. Zijn bedrijf heeft aan de wieg gestaan van de NASDAQ en andere electronische handelssystemen (met name het orderverwerkingssysteem Primex). Hij heeft meegewerkt aan wetenschappelijke publicaties over market micro-structure onderwerpen, heeft in verschillende overheidscommissies gezeten en voor andere commissies als deskundige getuigd. Bij een groot gedeelte van de huidige regelgeving voor de effectenbranche is hij op de een of andere manier betrokken geweest. Op dit moment is hij volgens Bloomberg voorzitter van de Trading Committee van de Securities Industry Association. Als voorbeeld van zijn betrokkenheid bij regelgeving noemt hij de overgang van de Amerikaanse beurzen van 32-en op een decimaal systeem. De reden voor de overstap was het verkleinen van spreads om zodoende de bereidheid bij marketmakers om risico te nemen te bevorderen (lagere entry en exit costs). De maatregel zou theorerisch het volume (en daarmee efficiency) moeten verhogen maar werd geimplementeerd aan het begin van de bear markt. Daardoor is het volume in werkelijkheid gedaald en de kwaliteit van de transacties gedaald.

Een aantal punten ten aanzien van de relatie met Tremont:
- Madoff heeft van het Broad Market Fund een zgn limited discretion mandate dat zich beperkt tot ca 45 aandelen en posities met teminste 95% correlatie met de index.
- Alle transacties worden van datum voorzien met een vertraging van 3 dagen naar Tremont gestuurd (Sue Hammond).
- Tremont moet zelf bepalen welke fee ze aan beleggers vragen, Bernie weet dat niet en wil het niet weten. Hij wil er alleen geld aan verdienen uit hoofde van zijn marketmaking functie en niet als beheerder in verband met een potentieel conflict of interest.

**Conclusie**
Indrukwekkende firma, we zijn overtuigd van state-of-the-art technology. Gezien de omvang van Madoff Securities kunnen ze zich geen misstappen veroorloven. Bovendien moet het bedrijf van alle kanten onder toezicht staan, de SEC e.a. kunnen zich hier ook geen missers veroorloven. De betrokkenheid van Madoff bij regelgeving garandeert dat hij volledig op de hoogte is van wat wel en wat niet mag. Zijn bewering dat Madoff Securities voor hem belangrijker is dan zijn activiteiten als investment adviser is geloofwaardig. Ik geloof ook dat de strategie uitvoerbaar is door een bedrijf dat 15% van de omzet van de NYSE maakt in 200.000 transacties per dag; Madoff Securities is in zijn eentje vergelijkbaar met een hele Europese beurs. De bewaring van effecten bij Madoff Securities heeft ook een goede reden en hiervoor moeten de bestaande regels ook voldoende waarborg geven. Tenslotte sluiten de prestaties aan bij nieuwe wetenschappelijke literatuur over de informatie in 'signed orderflow' (retail/institutional, gemiddelde omvang, aantal orders etc.). Opvallend dat Thunderbay met een andere strategie probeert dezelfde (i.h.a. onderbenutte) informatie te gebruiken.

**American Masters Broad Market Fund II, Ltd**

Date: 05/15/2003, New York

Met with: Bernard L. Madoff
Attendees: Robert Schulman (Tremont), Cynthia Nicoll (T), Jim Mitchell (T), Theo Nijssen, Reinoud van Ieperen
Report: Reinoud van Ieperen

**General**
Since its establishment in 1960, Madoff Securities has grown to a "third market maker" in all S&P 500 shares, a large number of NASDAQ shares, US convertible bonds, preference shares, options, warrants, etc. It is a concurrent of the NYSE with currently approx. 15% of the volume. The equity totals approx. USD 500M and the company has no leverage. Each day approx. 200,000 orders are executed (per execution <1 sec.) with an average size of less than 1000 shares. There a few big names such as Charles Schwab and Fidelity Investments among the approx. 500 brokers who are a client of Madoff Securities. Aside from Bernard, his brother Peter and sons Andrew and Mark also hold leading positions in the company. See also www.madoff.com.
Madoff is also an investment advisor for the Broad Market Fund and Broad Market Prime Fund of Tremont (together approx. USD 1B), for Fairfield Sentry (approx. USD 3.5 [*sic*]), Kingate (approx. USD 2B) and others. The hedge fund activities are controversial because:
- It is not public information how much money Madoff manages in total (based on a comment of Sandra Manzke, we assume USD 20B, Bob Schulman only states "well in excess of USD 10B")
- Madoff prefers to leave the direct contact with investors with the marketing organizations Fairfield, Tremont, etc.; not accessible
- Madoff does not receive a fee outside of the commission on the transactions (4 cents per transaction, results in 1% to 3% per year), the mentioned marketing organizations do receive a fee they determine themselves (in the Broad Market Fund it was recently increased from 1.25% to 1.50%, no performance fee)
- The portfolio in each annual report only contains T-bills; no transparency whatsoever
- Madoff himself has custody of the shares and options
- The returns of the strategy are exceptionally stable (7 negative months since 1990, being Nov. '94 -0.44%, Jan. '03 -0.39%, Feb. '94 -0.36%, May '92 -0.19%, Jan. '02 -0.14%, Feb. '03 -0.10%, Dec. '02 -0.02%) with an annual average of over 14%.

Madoff Securities does not accept new funds from investors (hard close), but Tremont – and perhaps also the other marketing organizations – offer clients capacity that is charged to non-related parties in their fund. Manzke, Schulman and other Tremont executives also say that they have invested a significant part of their assets with Madoff. Rumor has it that the wealthy Jewish people of Long Island mainly transferred their assets here as well.

**Meeting report**
Madoff Securities occupies 4 floors of the oval "lipstick" building on 885 Third Avenue. The offices give off a peaceful look with a lot of black (carpeting, desks, computers, chairs, cabinets). Bernie is a very friendly gentleman in a custom suit; contrast with Schulman.

In essence, the strategy has been the same for 20 years, starting position is a risk-free position in short-term T-bills and the next position is taken only if the strategy gives the signal for this:
- replicate S&P 100 (OEX)
- Purchase at-the-money OEX puts simultaneously
- Sell out-of-the-money calls with some delay

If the market goes up after the index and the puts are purchased, Madoff can get as much premium for the OTM calls as he paid for the puts. In this way, in a short period of time, he can create a fully protected position with some upwards potential. If the market goes down before the calls are written, the maximum loss would be the put premium.
Madoff explains his exceptional track record: 1) the lead in technology and 2) the ability to predict the direction of the market with a very short horizon (approx. 1 hour).

Madoff does not wish to say much about the momentum-model or the indicators he uses to come to the short-term prediction, except for that it is not information about individual shares but only about the market as a whole and has to do with the impression they get as a result of the trade activities. It is probably that especially the order flow (number of orders, direction and average size) are important. Volatility is good for the performances of the strategy, but should not be too concentrated in a few days. Although, in theory the strategy could also be reversed in order to profit from a price drop, Madoff only enters position if it is bullish for the short-term. Without putting too much emphasis on this, he gives two reasons: if the market goes up, the liquidity is usually better and due to the long-term perspective of shares (positive drift) the changes are better on the long side. In order to make money, the strategy needs a significant move of a few days so that the call strike is reached or passed. It is not as easy to reverse the position quickly/make a profit and that is why Madoff mainly uses OTC options with a term of one month. In case of success, the puts expire without value, the calls settle in cash and he sells the OEX tracker.

A team of approx. 12 people is assigned to execute the strategy. They are located separate from the trading room on a different floor and do not exchange information. They do not earn more than the traders and have no special value for other hedge funds. From this it can be concluded that they do not develop but only perform. If the signal "turns green", they let the computer determine the exact composition of the OEX index tracker and the size of the position plus the required OEX puts. Subsequently, the orders (again automated) are divided into blocks that are comparable with the size of the other transactions on that day and forwarded to the market makers in the trading room via the Madoff trading system. A market maker cannot see if a certain order comes from Schwab, Fidelity or from their own strategy. Execution takes place according to the regular rules and, if necessary, the market maker processes the order in whole or in part with the specialist at NYSE, a regional stock market or with one of the large parties such as Goldman, Merrill, etc. Trading never takes place from the own position and transactions for the strategy are never initiated by the market maker. The transactions for the strategy are not given any priority in any way over client orders. There is a nuance between market maker and specialist, Madoff clearly is not the latter. A specialist is indicated by a stock exchange per share and has the advantage that all transactions at that stock exchange go via his book, but he himself must create a market at all times in a share and cannot refuse a transaction. Neither may perform front running, but a market maker is not obligated to execute an order, he can also forward it to the best specialist at that time. Madoff played a role in the development of the software that enables the simultaneous assessment of the position on NYSE, all regional stock exchanges and of third market makers in order to achieve the best and fastest execution.

Madoff is a so-called self-clearing broker. This means that the processing of all transactions as well as the custody of any own options stays in-house. The own clearing facilities are used for the strategy. Generally, hedge funds do not have these capacities. For the Madoff broker, it is inconceivable to put assets with an external custodian. With regard to the strategy, Madoff does not deal in securities lending and by taking care of the custody himself he always has immediate access to all records and knows exactly what is where. Moreover, in this way he does not give his competitors insight into the strategy. Given the importance of timing, in this regard he does not wish to take the risk of being dependent on third parties. Madoff emphasizes that the combination broker/clearer/custodian is fully regulated, is supervised and is no different than at other self-clearing brokers. Madoff cannot access the documents for purposes other than the strategy.

During the course of time, the technological progress, growth of AUM and the introduction of index derivatives, a few (small) changes were made in the execution of the strategy:
1. Now only index options due to the better liquidity; these did not exist previously and they worked with options on individual shares.
2. Instead of 1 index tracker, they currently use six different baskets; choice depends on the activity in and the rate of the composing shares.

3.  Now 40 to 45 shares are used per basket, which covers approx. 80% of the market. Previously this was only 20 shares, and thus tracking error was greater.

In the future the strategy could also be expanded to other indexes (S&P 500 or even NASDAQ), but that is not necessary because Madoff has no problems with the current size and is not looking to grow. At this time, he believes it is more likely that he would return money to investors than that he would expand his activities to other indexes.

Bernie is an important/influential person in the American financial world. His company witnessed the birth of the NASDAQ and other electronical trade systems (especially the order processing system Primex). He has collaborated with scientific publications about market micro-structure designs, was part of various government committees and acted as expert for other committees. He was involved in one way or another in a large part of the current regulations for the securities industry. According to Bloomberg, he is currently the chairman of the Trading Committee of the Securities Industry Association. As an example of his involvement in the regulations, he mentions the transition of the American stock exchange of 32 and to a decimal system. The reason for the transition was to decrease spreads in order to promote the willingness among market makers to take risks (lower entry and exit costs). Theoretically, the measure should increase the volume (and thus the efficiency) but was implemented at the start of the bear market. As a result, in reality the volume decreased as well as the quality of the transactions.

A number of points with regard to the relationship with Tremont:
- Madoff has a so-called limited discretion mandate from the Broad Market Fund which is limited to approx. 45 shares and positions with at least 95% correlation with the index.
- All transactions are provided with a date and are sent to Tremont (Sue Hammond) with a delay of three days.
- Tremont itself must determine what fee they charge investors; Bernie does not know this nor does he want to. He only wants to make money from it in his market making function and not as manager in connection with a potential conflict of interest.

**Conclusion**

Impressive company, we are convinced of state-of-the-art technology. Given the size of Madoff Securities, they cannot afford missteps. Moreover, the company must be regulated from every side; the SEC and others cannot afford to make mistakes here either. The involvement of Madoff in the regulations guarantees that he is fully aware of what is and what is not allowed. His statement that Madoff Securities is more important to him than his activities as investment adviser is believable. I also believe that the strategy is feasible by a company that makes 15% of the revenue of the NYSE in 200,000 transactions per day; Madoff Securities on its own is comparable with an entire European stock exchange. There is also a good reason for the custody of securities by Madoff Securities and the existing rules must also provide a sufficient guarantee for this. Lastly, the performances align with the new scientific literature about the information in "signed order flow" (retail/institutional, average size, number of orders, etc.). It is remarkable that Thunderbay tries to use the same (in general underused) information with a different strategy.



| | |
|---|---|
| **DATE OF TRANSLATION:** | 26-Aug-20 |
| **ELECTRONIC FILE NAME:** | Verslag.15.05.2003 |
| **SOURCE LANGUAGE:** | Dutch |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US0780327 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0