**LATHAM & WATKINS LLP**
Christopher R. Harris
Thomas J. Giblin
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
*Attorneys for ABN Ireland*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>  Plaintiff,<br>  v.<br><br>ABN AMRO BANK (IRELAND), LTD, (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and<br><br>ABN AMRO CUSTODIAL SERVICES (IRELAND), LTD (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),<br><br>  Defendants. | Adv. Pro. No. 10-05355 (CGM) |

**CERTIFICATE OF SERVICE**

2

I, Christopher Harris, hereby certify that on August 19, 2022, I caused a true and correct copy of Defendants' Motion to Dismiss the Second Amended Complaint, dated August 19, 2022, to be served via the CM/ECF filing system upon all counsel of record.

| | |
|---|---|
| Dated: August 19, 2022<br>New York, New York | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>By: /s/ Christopher R. Harris<br>Christopher R. Harris<br>Thomas J. Giblin<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: christopher.harris@lw.com<br>Email: thomas.giblin@lw.com<br><br>*Attorneys for ABN Ireland* |