UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Frederic Z. Konigsberg (the "Claimant"), having filed an objection (the "Konigsberg Objection", ECF. No. 2847) to the Trustee's Notice of Determination of Claim respecting Claimant's Customer Claim No. 002256, and having filed an objection (the "Bradermark Objection", ECF No. 2856) to the Trustee's Notice of Determination of Claim respecting Claimant's Customer Claim No. 01392, hereby gives notice that he withdraws such Objections.

Dated: _August_, 23, 2022

David Bernfeld, Esq. on behalf of Frederic Z. Konigsberg
Bernfeld, DeMatteo & Bernfeld, LLP
54 N. Broadway, Suite 3
Tarrytown, NY 10591
Telephone: (212) 404-7003