UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>      Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I caused a true and correct copy of Defendant's Reply in Further Support of NatWest Markets N.V.'s Motion to Dismiss, dated August 22, 2022, to be served via the CM/ECF filing system upon all counsel of record.

Dated: August 23, 2022            Respectfully submitted,

                       */s/ Michael S. Feldberg*

1

Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, New York 10017
Tel: (212) 381-1965
mfeldberg@reichmanjorgensen.com

*Attorney for Defendant NatWest N.V.*