**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDERIC Z. KONIGSBERG, SUSAN M. KONIGSBERG, BRADERMAK, LTD., BRADERMAK EQUITIES CORP., LEE RAUTENBERG, JAN STAHL, GERI STAHL, H. PETER STEIL, APO HEALTH, INC. PSP F/B/O JAN STAHL, BUYER'S ALTERNATIVES, INC. PSP F/B/O JAN STAHL, AND PJS TRADING, INC. PSP F/B/O JAN STAHL,<br><br>    Defendants. | Adv. Pro. No. 10-04394 (CGM) |

**STIPULATION AND ORDER FOR VOLUNTARY**
**<u>DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE</u>**

  Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, Frederic Z. Konigsberg and Bradermak Ltd. (the "Konigsberg Defendants"), and Lee Rautenberg and Bradermak Equities Corp. (the "Rautenberg Defendants" and together with the Konigsberg Defendants, the "Defendants") by and through their counsel, David Bernfeld, Esq. (collectively, the "Parties"), hereby stipulate and agree as follows:

1. On November 30, 2010, the Trustee filed and served the Complaint against the Defendants.

2. On July 27, 2022, the Trustee entered into settlement agreements with the Konigsberg Defendants and the Rautenberg Defendants (collectively the "Settlement Agreements") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against the Defendants in the above-captioned adversary proceeding, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreements.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5.    This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: August 23, 2022
     New York, New York

| **BAKER & HOSTETLER LLP** | **BERNFELD, DEMATTEO & BERNFELD LLP** |
|---|---|
| By: /s/ *Robertson D. Beckerlegge* | By: /s/ *David Bernfeld* |
| 45 Rockefeller Plaza | David Bernfeld, Esq. |
| New York, New York 10111 | Bernfeld, DeMatteo & Bernfeld, LLP |
| Telephone: 212.589.4200 | 54 N. Broadway, Suite 3 |
| Facsimile: 212.589.4201 | Tarrytown, New York 10591 |
| David J. Sheehan | Telephone: (212) 404-7003 |
| Email: dsheehan@bakerlaw.com | |
| Nicholas J. Cremona | *Attorney for the Defendants* |
| Email: ncremona@bakerlaw.com | |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Robyn M. Feldstein | |
| Email: rfeldstein@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**

**Dated: August 24, 2022**
**Poughkeepsie, New York**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**