# EXHIBIT 16

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SHARON KNEE

Redacted

PERIOD ENDING: 1/31/07
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB272-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********3648

MADTBB00302105

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .72 |
| 1/02 | | | | MERCK & CO  DIV 12/08/06 1/02/07 | DIV | | 328.32 |
| 1/02 | | | | PEPSICO INC  DIV 12/08/06 1/02/07 | DIV | | 192.00 |
| 1/02 | | | | WAL-MART STORES INC  DIV 12/15/06 1/02/07 | DIV | | 160.80 |
| 1/03 | | | | HEWLETT PACKARD CO  DIV 12/13/06 1/03/07 | DIV | | 87.04 |
| 1/04 | | | | UNITED PARCEL SVC INC  CLASS B  DIV 11/27/06 1/04/07 | DIV | | 158.08 |
| 1/05 | | | | SCHLUMBERGER LTD  DIV 12/06/06 1/05/07 | DIV | | 56.00 |
| 1/31 | | | | FIDELITY SPARTAN  U S TREASURY MONEY MARKET  DIV 01/31/07 | DIV | | 12.63 |
| 1/31 | | 2,996 | 21458 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | 1 | | 2,996.00 |
| 1/31 | 3,991 | | 28229 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | 1 | 3,991.00 | |
| | | | | NEW BALANCE | | | .59 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,991 | | | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | 1 | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

IF ANY DETAIL SHOWN HEREIN IS NOT IN ACCORDANCE WITH YOUR RECORDS, PLEASE NOTIFY US IMMEDIATELY IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTBB00302106



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SHARON KNEE

PERIOD ENDING: 1/31/07   PAGE: 2

YOUR ACCOUNT NUMBER: 1-ZB272-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********3648

Redacted

MADTBB00302107

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,075,000 | | | U S TREASURY BILL DUE 3/29/2007 3/29/2007 | 99.213 | | |
| | 1,075,000 | | | U S TREASURY BILL DUE 4/5/2007 4/05/2007 | 99.116 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  SHORT 2,136,027.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

IF ANY DETAIL SHOWN HEREIN IS NOT IN ACCORDANCE WITH YOUR RECORDS, PLEASE NOTIFY US IMMEDIATELY IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTBB00302108

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADTBB00302111

SHARON KNEE

Redacted

PERIOD ENDING: 1/31/07
PAGE: 3

YOUR ACCOUNT NUMBER: 1-ZB272-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********3648

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 994.87 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

IF ANY DETAIL SHOWN HEREIN IS NOT IN ACCORDANCE WITH YOUR RECORDS, PLEASE NOTIFY US IMMEDIATELY IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTBB00302112