# EXHIBIT 18

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC 885 Third Avenue New York, NY 10022 | 212 230-2424 800 334-1343 Fax 212 838-4061 |

## VERIFICATION OF ADDRESS CHANGE

Date: September 20, 2004     Account #: 1ZB272

| SHARON KNEE | SHARON KNEE |
| Redacted | Redacted |
| **Old Address** | **New Address** |

We have recently received a request for a change in your mailing address. For your protection we ask that you confirm your new mailing address by signing and returning this form. To insure that future mailings, account statements, checks, etc. are forwarded to the correct address you must return this form immediately. The change requested is noted above.

Client Signature: *Sharon Knee*     Joint Signature: _____     Date: 9/21/04
(All joint tenants must sign)     mm/dd/yyyy

**IMPORTANT:** If the new address is *not* correct, please contact us immediately at (800) 334-1343

AMF00056384