# ATTACHMENT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　Plaintiff,<br>v.<br><br>SHARON KNEE,<br>　　　　　Defendant. | Adv. Pro. No. 10-04986 (BRL) |

**EXPERT REPORT OF**
**LISA M. COLLURA, CPA, CFE, CFF**

**Proof of Transfers**
**To the Defendant**

October 1, 2013

# TABLE OF CONTENTS

I. PROFESSIONAL BACKGROUND ................................................................................... 2

II. SCOPE OF ASSIGNMENT ............................................................................................... 2

III. METHODOLOGY ............................................................................................................. 4

IV. SUMMARY OF FINDINGS .............................................................................................. 5

V. RECONCILIATION OF CASH TRANSACTIONS FOR ALL BLMIS CUSTOMERS .................................. 6
    A.     OVERVIEW    6
    B.     BLMIS BANK ACCOUNTS    6
    C.     RESULTS OF RECONCILIATION    10

VI. RECONCILIATION OF CASH TRANSACTIONS FOR THE KNEE ACCOUNT ................................... 11
    A.     OVERVIEW    11
    B.     BLMIS BANK ACCOUNTS    11
    C.     BLMIS CUSTOMER FILES    12
    D.     RESULTS OF RECONCILIATION    13

VII. TRACING CASH TRANSACTIONS FROM THE KNEE ACCOUNT ....................................... 13
    A.     OVERVIEW    13
    B.     RESULTS OF TRACING    14

VIII. SIGNATURE AND RIGHT TO MODIFY ................................................................... 15

IX. LIST OF EXHIBITS ........................................................................................................ 16

**I. PROFESSIONAL BACKGROUND**

1.      I am a Senior Managing Director in the Forensic and Litigation Consulting practice of FTI Consulting, Inc. ("FTI"), with more than 19 years of experience in accounting, auditing and litigation consulting services.  I specialize in providing forensic accounting and financial fraud investigative services in connection with internal investigations on behalf of trustees, boards of directors and audit committees of companies.

2.      I have extensive experience in conducting large-scale, fact-finding investigations into fraudulent financial transactions, including tracing significant flows of funds between accounts and entities.  During my career at FTI, I have assisted in the investigation of several of the largest fraud cases in the United States.

3.      I am a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE), a member of the American Institute of Certified Public Accountants (AICPA) and am Certified in Financial Forensics (CFF) by the AICPA.  My curriculum vitae, attached as **Exhibit 1** to this report, further describes my professional credentials, experience and qualifications, including my testimony in the last four years.

**II. SCOPE OF ASSIGNMENT**

4.      Bernard L. Madoff Investment Securities LLC ("BLMIS") was an investment firm owned and operated by Bernard L. Madoff ("Madoff").  On December 11, 2008, Madoff was arrested for violating multiple securities laws in connection with running a Ponzi scheme.  On December 15, 2008, Irving H. Picard was appointed as the Trustee for the liquidation of the business of BLMIS, and Baker & Hostetler LLP was retained as his counsel.  Shortly thereafter, FTI was retained by Baker & Hostetler LLP, on behalf of the Trustee, to analyze, among other things, the financial affairs of BLMIS and to assist the Trustee with the liquidation of BLMIS.  As part of our engagement, FTI was tasked with the exercise of reconstructing the books and records of BLMIS, including all records of the "cash in/cash out" transactions related to the BLMIS customer accounts as far back as the records allow.

5.      Matthew B. Greenblatt, also a Senior Managing Director at FTI, and a team of professionals working under his supervision, were specifically tasked with creating chronological listings of all cash and principal transactions, including cash deposit and withdrawal transactions, for every BLMIS customer account, as set forth more fully in the Expert Report of Matthew B. Greenblatt regarding the Methodology for the Principal Balance Calculation (the "Principal Balance Calculation Report").

6.      I, along with a team working under my supervision, was specifically tasked with performing forensic analyses to determine the following:

- Whether the cash deposit and withdrawal transactions as reflected on the customer statements[1] for *all* BLMIS customers reconciled[2] to available BLMIS bank records;

- Whether the cash deposit and withdrawal transactions reflected on the customer statements for the *Defendant's*[3] customer account at BLMIS that is at issue in this matter (the "Knee Account"[4]) reconcile to available documentation; and

- Whether, based on my review of available bank account records, the cash withdrawals (*i.e.*, transfers from BLMIS) reflected on the customer statements for the Knee Account could be traced[5] to bank accounts held by or for the benefit of the Defendant.

7.      This report has been prepared in connection with the above-captioned matter and is

---

[1] The sources of cash deposit and withdrawal transactions related to BLMIS customer accounts include customer statements and other relevant information available within BLMIS's records, including a data table from BLMIS's computer system referred to as the "Checkbook File," which is the only available BLMIS record of cash transactions for the time period from December 1, 2008 through December 11, 2008. *See* Principal Balance Calculation Report for further discussion regarding these sources. For purposes of my report, I use the term "customer statements" to refer to these sources collectively.

[2] For purposes of my report, I use the term "reconciled" to indicate when I have matched, agreed and/or determined consistency between information or data per one source (*e.g.*, cash deposits and withdrawals reflected on BLMIS customer statements) to information or data per another source (*e.g.*, amounts on BLMIS bank records).

[3] The defendant in this matter is Sharon Knee (referred to herein as the "Defendant").

[4] BLMIS customer account 1ZB272 was under the name "Sharon Knee" since May 1997. From March 1997 to May 1997, the account was under the name "Frederick Knee and Sharon Knee - Tenants in Common [T I C]." Prior to March 1997, the account was under the name "Frederick Knee and Sharon Knee J/T WROS." *See* AMF00056356, AMF00056357, AMF00056396, AMF00056399.

[5] For purposes of my report, I use the term "traced" to indicate when I have followed the flow of funds from one bank account (*e.g.*, BLMIS's bank account) to another (*e.g.*, the Defendant's bank account).

3

to be used only for the specific purposes of this lawsuit. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report.

8.  FTI is being compensated at a rate of $554 per hour for my professional time incurred in performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of this subject litigation.

### III. METHODOLOGY

9.  To determine whether the cash deposit and withdrawal transactions reflected on the customer statements for *all* BLMIS customers reconciled to available BLMIS bank records, I, using my experience as a forensic accountant and investigator, along with my staff, first identified and gathered the relevant and available records related to the BLMIS bank accounts. We then performed the following procedures:

- Reviewed hundreds of thousands of pages of records related to BLMIS's bank accounts, including monthly bank statements, cancelled checks and deposit slips, obtained from BLMIS's files and/or produced by third-party financial institutions, which cover a ten-year period from December 1998 to December 2008;
- Analyzed close to 150,000 transactions reflected within these bank records; and
- Reconciled the cash deposit and withdrawal transactions reported in the available BLMIS bank records to the cash transactions reflected on the customer statements related to *all* BLMIS customer accounts.

10. Next, to determine specifically whether the cash transactions reflected on the customer statements for the Knee Account reconciled to available documentation, I used the results of the forensic analysis of the available BLMIS bank records as described above. In addition, I reviewed and analyzed other documents and records maintained at BLMIS, including documents contained in the customer file related to the Knee Account, as well as documents produced to the Trustee by the Defendant. Based on my review and analysis of these materials, I identified the cash transactions related to the Knee Account that reconciled to

4

these documents.

11.    Finally, to determine whether the cash withdrawals (*i.e.*, transfers from BLMIS) reflected on the customer statements for the Knee Account could be traced to bank accounts held by or for the benefit of the Defendant, I again used the available information from the BLMIS bank records as described above.

12.    The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

**IV. SUMMARY OF FINDINGS**

13.    Based on the forensic analyses performed, as described above and throughout this report, as well as my skills, knowledge, experience, education and training that I applied to the documents and information available to me as of the date of this report, my findings are summarized as follows:

- My team and I reconciled 99% of the approximately 225,000 cash deposit and withdrawal transactions reflected on *all* BLMIS customer statements during the time period of December 1998 to December 2008 to the available BLMIS bank records for the same time period. The remaining 1% that we were unable to reconcile consists primarily of withdrawal transactions for which copies of the related cancelled checks were not available. Only 13 transactions of this remaining 1% (representing less than 0.006% of the approximately 225,000 cash transactions) were reflected on the customer statements, but could not be reconciled to available BLMIS bank records.
- From December 1995 to December 2008, the customer statements for the Knee Account reflected 39 cash deposit and withdrawal transactions. I reconciled all but one (or approximately 97%) of these 39 cash transactions reflected on the customer statements for the Knee Account to available BLMIS bank records and/or BLMIS customer files. In addition, based on my review of documents contained in the customer file maintained at BLMIS for the Knee Account, I have not found any instance of the Defendant

5

communicating to BLMIS any disagreement with respect to the accuracy of any cash deposit or withdrawal transactions reflected on the customer statements for the Knee Account.

- Based solely on available BLMIS bank records, I traced approximately 99% of the total amount of cash withdrawals reflected on the customer statements for the Knee Account to bank accounts held by the Defendant.

**V. RECONCILIATION OF CASH TRANSACTIONS FOR ALL BLMIS CUSTOMERS**

*A. OVERVIEW*

14. As set forth in the Principal Balance Calculation Report, a team from FTI working under Mr. Greenblatt's supervision created chronological listings of all cash and principal transactions, including cash deposit and withdrawal transactions, for every BLMIS customer account. I was tasked with reconciling the customer cash deposit and withdrawal transactions to available BLMIS bank records.

*B. BLMIS BANK ACCOUNTS*

15. My team and I reviewed available bank account records for more than 90 bank and brokerage accounts in the name of either BLMIS or Bernard L. Madoff,[6] and found that only the following three bank accounts were used by BLMIS for customer deposits and withdrawals during at least the ten-year period from December 1998 to December 2008:[7]

- JPMorgan Chase account #xxxxx1703 (the "703 Account")[8]

---

[6] *See* **Exhibit 3** for a listing of known bank accounts held by BLMIS and/or Bernard L. Madoff.
[7] Between January 2006 and April 2006, there were four customer withdrawal transactions totaling $262,000,000 that were paid from account #xxx-xxx6-621 held at the Bank of New York (the "BONY 621 Account"). These withdrawals did not relate to the Knee Account. The BONY 621 Account was the primary operating account used by BLMIS's Proprietary Trading and Market Making business. In June 2006, there were two transfers totaling $261,816,950 from the 703 Account to the BONY 621 Account, presumably to reimburse the BONY 621 Account for funding the withdrawals to customers.
[8] Personal Identifying Information has been redacted throughout this report and the accompanying exhibits in compliance with Fed. R. Bankr. P. 9037 and applicable federal and state law.

6

- JPMorgan Chase account #xxxxxxxxxx1509 (the "509 Account")
- Bankers Trust account #xx-xx0-599 (the "BT Account")

16. Records for these three accounts consist of monthly bank statements, copies of deposited checks, deposit slips and cancelled checks. Records related to the 703 Account and the 509 Account were available from December 1998 to December 2008 and were obtained from BLMIS's files as well as from JPMorgan Chase & Co. ("JPMC").[9] In addition to hard copy documents, JPMC produced an electronic file that provides details of wire transfers in and out of the 703 Account from January 1, 2002 to December 11, 2008 (the "JPMC Wire File").[10] Records related to the BT Account were available from December 1998 to May 1999 and were obtained from BLMIS's files.[11]

17. In the aggregate, FTI had available bank records related to the BLMIS bank accounts used for customer deposits and withdrawals for a ten-year period from December 1998 to December 2008. To assist in our analysis of these bank records, which included copies of monthly bank statements and cancelled checks, we captured the transaction information from these records and converted the information into an electronic format through the use of a combination of Optical Character Recognition (OCR) software and manual entry. This electronic data, which accurately reflects the underlying records, became the basis for our reconciliation of the cash transactions reported in the BLMIS bank records to the cash deposits

---

[9] The October 1999 bank statement for the 509 Account could not be located. However, I was able to use other available documents, such as the 703 Account statements, to estimate the activity in the 509 Account during October 1999. In addition, there is activity reflected on the monthly bank statements for the 703 Account and 509 Account for which corresponding copies of deposited checks, deposit slips and/or cancelled checks were missing from the documents produced by JPMC and/or could not be located in BLMIS's records. As reflected in my summary of findings and other results described throughout my report, these missing documents had a minimal impact on my overall analysis and reconciliation.

[10] This file was missing data for transactions dated December 11, 2004 to December 31, 2004. However, we were able to use other available documents, such as the 703 Account statements, to obtain the necessary information to complete our analysis and reconciliation.

[11] Statements for June through August 1999, October 1999, December 1999 and July 2000 for the BT Account were also found in BLMIS's records. However, May 1999 appears to be the last month of significant activity in the BT Account. There was no activity in the account during the months of June through August 1999, and the statements for these months showed an ending balance of $26,523. In October 1999, the only transaction in the account was to transfer the $26,523 remaining balance to the 703 Account and zero out the BT Account. The December 1999 and July 2000 statements for the BT Account both showed a zero balance.

7

and withdrawals reflected on BLMIS customer statements.

**The 703 Account**

18.     Based on my review of the available BLMIS bank records, I determined that the 703 Account was the primary bank account used for BLMIS customer deposits and withdrawals. My team and I reviewed and analyzed every one of the transactions reported in the available monthly bank statements for the 703 Account from December 1998 to December 2008 to determine, among other things, whether the transactions were related to a BLMIS customer deposit or withdrawal.

19.     The results of our analysis of the activity in the 703 Account from the available bank records for December 1998 to December 2008 are set forth in an Excel spreadsheet titled "JPMC 703 Account Activity – December 1998 to December 2008" which is attached as **Exhibit 4**.

20.     In conducting our reconciliation of the cash transactions reported in the 703 Account bank records to the cash transactions reflected on the BLMIS customer statements, we first matched transactions based on the transaction date and amount, but also manually reviewed thousands of transactions to confirm our results. In addition, there were instances when we reconciled multiple transactions on the BLMIS customer statements to a single transaction on the BLMIS bank statements. For example, a deposit into the 703 Account that related to multiple BLMIS customers appeared as one transaction on the monthly bank statement for the 703 Account. In that case, we reconciled the 703 Account transaction to a combination of multiple BLMIS customer transactions.[12]

21.     FTI assigned a unique identification number to each of the transactions reported on the available 703 Account bank statements. *See* "703 ID" in the first column of the detail tab of Excel spreadsheet "JPMC 703 Account Activity – December 1998 to December 2008" (attached as **Exhibit 4**). FTI also assigned a unique identification number to each one of the customer

---

[12] As another example, BLMIS withheld certain amounts from foreign account holders and made payments to the Internal Revenue Service on behalf of these customers. In these cases, we reconciled one payment from the 703 Account to multiple related transactions per the BLMIS customer statements.

8

deposit and withdrawal transactions for every BLMIS customer account. *See* "CM ID" in a separate column of the detail tab of **Exhibit 4**. Once a specific transaction reported in a 703 Account statement was matched to a specific customer deposit or withdrawal transaction reflected on the BLMIS customer statements, we recorded the corresponding unique CM ID in the respective column of **Exhibit 4**. This matching formed a link between the cash transactions per the bank records and the cash transactions per the customer statements. This link ensured that no two customer cash transactions were incorrectly matched to the same cash transaction per the bank records or vice versa.

22.     Based on my review of the activity in the 703 Account from December 1998 to December 2008, I determined that approximately 97% of the inflows into the account during this period related to customer deposits and approximately 98% of the outflows from this account during this period related to customer withdrawals.

**The 509 Account**

23.     Based on my review of the available bank records related to the 509 Account, I determined that the 509 Account was a checking account funded by the 703 Account. From December 1998 to December 2008, the inflows into the 509 Account consisted solely of transfers from the 703 Account and the outflows from the 509 Account were solely in the form of checks.

24.     My team and I performed an analysis of the activity in the 509 Account, similar to the analysis we performed with respect to the 703 Account, to determine whether the outflows from the 509 Account were related to BLMIS customer withdrawals. However, in this case, our analysis relied more heavily on our review of the cancelled checks because the statements themselves lacked the necessary detail. The results of our analysis of the activity in the 509 Account from the available bank records for December 1998 to December 2008 are set forth in an Excel spreadsheet titled "JPMC 509 Account Activity – December 1998 to December 2008" which is attached as **Exhibit 5**.

25.     Based on my review of the activity in the 509 Account, I determined that approximately 99% of the checks written from the 509 Account from December 1998 to

9

December 2008 were related to customer withdrawals.

**The BT Account**

26.     Based on my review of the available bank records related to the BT Account, from at least December 1998 through May 1999, the BT Account was also funded by transfers from the 703 Account. Outflows from the BT Account were in the form of both checks and wire transfers.

27.     My team and I performed a reconciliation analysis of the activity in the BT Account, similar to those described above, to determine whether the outflows from the BT Account were related to BLMIS customer withdrawals. The results of our analysis of the activity in the BT Account from the available bank records for December 1998 to May 1999 are set forth in an Excel spreadsheet titled "BT 599 Account Activity – December 1998 to May 1999" which is attached as **Exhibit 6**.

28.     Based on my review of the activity in the BT Account during this period, I determined that over 97% of the outflows from the BT Account were related to customer withdrawals.

C.     *RESULTS OF RECONCILIATION*

29.     My team and I were able to reconcile 99% of the approximately 225,000 cash deposit and withdrawal transactions reflected on *all* BLMIS customer statements during the time period of December 1998 to December 2008 to the available BLMIS bank records for the same time period. The majority of the remaining 1%, or approximately 2,200 transactions, consist primarily of withdrawal transactions for which copies of the related cancelled checks were not available. Based on the results of our reconciliation of 99% of the cash transactions, I can reasonably infer that my team and I would have been able to reconcile these withdrawal transactions had the related cancelled checks been available. Only 13 transactions of this remaining 1% (representing less than 0.006% of the approximately 225,000 cash transactions) were reflected on the customer statements, but could not be reconciled to available BLMIS bank

10

records.[13]

## VI. RECONCILIATION OF CASH TRANSACTIONS FOR THE KNEE ACCOUNT

### A. OVERVIEW

30. The chronological listings of all cash and principal transactions for every BLMIS customer account compiled by FTI included the cash transactions for the Knee Account. From December 1995 to December 2008, the customer statements for the Knee Account reflected 39 cash deposit and withdrawal transactions, which consisted of 23 deposits into the Knee Account totaling $1,285,000 and 16 withdrawals from the Knee Account totaling $2,410,000. I was tasked with reconciling these 39 cash transactions to available BLMIS bank records, BLMIS customer files and/or documents received from the Defendant.[14] *See* **Exhibit 7** for a list of these cash deposit and withdrawal transactions; *see also* **Exhibit 10** – "Reconciliation and Tracing Results – Knee Account."

### B. BLMIS BANK ACCOUNTS

31. Of the 39 cash transactions reflected on the customer statements for the Knee Account, 23 occurred in the ten-year period for which there were available bank records for the three BLMIS accounts described above. I have reconciled 100% of these 23 cash deposit and withdrawal transactions reflected on the customer statements during the period December 1998 to December 2008 to available BLMIS bank records, including monthly bank statements, copies of deposited checks and copies of cancelled checks.

32. The 23 cash transactions were reconciled to the BLMIS bank accounts as follows:
- 703 Account – nine transactions (eight deposits via check and one

---

[13] The cash transactions in the Knee Account are not included in the 1% of cash transactions that could not be reconciled to BLMIS bank records.
[14] As of the date of this report, the documents produced to the Trustee by the Defendant consisted of bank statements related to the Defendant's bank accounts for months beginning in 2009, which were not relevant to the cash transactions in the Knee Account.

    withdrawal via wire)

- 509 Account – 14 transactions (all withdrawals via check)

33.  Based on these results, I can reasonably infer that if BLMIS bank records prior to December 1998 were available to me, I would be able to reconcile the remaining 16 pre-December 1998 cash transactions in the Knee Account.

C. <u>BLMIS CUSTOMER FILES</u>

34.  In addition to reconciling the cash withdrawal transactions for the Knee Account to the available BLMIS bank records as described above, I also reviewed customer files from BLMIS's records to identify correspondence related to the cash deposit and withdrawal transactions reflected on the customer statements for the Knee Account.

35.  Customer files related to customer accounts were maintained in BLMIS's records and were generally organized by BLMIS account number. These customer files contained documents including, but not limited to, correspondence between the customer and BLMIS employees regarding incoming deposits and/or requests for withdrawals, customer contact information, and customer, trust and other agreements.

36.  As part of my analysis, I identified the customer file for the Knee Account within BLMIS's records. I reviewed the documents contained in this customer file to identify correspondence that related to the cash transactions reflected on the customer statements for the Knee Account. I identified letters and/or other correspondence in the customer file to support 29 of the 39 cash transactions, which represents approximately 74% of the total cash transactions in the Knee Account.[15]

37.  The correspondence that I identified in the customer file for the Knee Account, which supports the cash transactions in the Knee Account, included, among other things, letters requesting cash withdrawals. An example of one of these letters is attached as **Exhibit 8** and is described further below:

---

[15] *See* **Exhibit 7** for further details regarding my reconciliation to correspondence in the customer file for the Knee Account.

12

- Correspondence, dated October 29, 2008, addressed to Bernard Madoff from Sharon Knee, which states, "Please wire transfer (see attached instructions) $1,000,000 ($1 million) to my Citibank Global Markets Inc."

38. Furthermore, based on my review of the documents contained in the customer file for the Knee Account, I have not found any instance of the Defendant communicating to BLMIS any disagreement with respect to the accuracy of any cash deposit or withdrawal transactions reflected on the customer statements for the Knee Account.

### D. RESULTS OF RECONCILIATION

39. In total, based on my analyses described above, I reconciled 38, or approximately 97%, of the 39 cash transactions reflected on the customer statements for the Knee Account to available BLMIS bank records and/or documentation contained in the BLMIS customer file. **Exhibit 7**, which is the chart that lists each of the 39 cash transactions for the Knee Account, contains two columns that indicate the results of my reconciliation to each of these sources of information. I was unable to complete my reconciliation for the remaining cash transaction reflected on the customer statements for the Knee Account due to the unavailability of records related to a cash transaction that was dated in the mid-1990s.[16]

### VII. TRACING CASH TRANSACTIONS FROM THE KNEE ACCOUNT

### A. OVERVIEW

40. The available BLMIS bank records, as described above, were also used to determine whether I could trace the funds that left BLMIS's bank accounts to accounts held by or for the benefit of the Defendant. To determine this, I performed a "Receiving Bank" analysis, which traces transfers from BLMIS's bank accounts to bank accounts that received funds from BLMIS.

41. The withdrawal transactions reflected on the customer statements for the Knee Account were in the form of a wire transfer from the 703 Account and checks written from the

---

[16] *See* **Exhibit 7** (transaction dated 12/18/1995).

13

509 Account.

42.     My tracing of withdrawals from the 703 Account via wire transfers was based on the transaction description contained on the monthly bank statements. Often, the description on the bank statements for the 703 Account included the identification of both the banking institution that received the cash transfer as well as the beneficiary of the transfer. In some cases, the description also included the corresponding bank account number. The JPMC Wire File produced by JPMC concerning the activity in the 703 Account contained the same, and in some cases, additional, detail related to the transactions via wire transfers, which I also relied on to identify information regarding the flow of funds related to wire transfers in and out of the 703 Account.

43.     Tracing withdrawals via check requires a legible copy of a cancelled check. The necessary information to trace the amount to a receiving bank account, including endorser, banking institution and bank account number, is typically included on the back of a cancelled check. Oftentimes, however, not all of this information was available on the copy of the cancelled check written from the 509 Account and the available information was often illegible. In any event, I identified and captured all available and legible information from the cancelled check written from the 509 Account to the Defendant.

B.  *RESULTS OF TRACING*

44.     **Exhibit 9** summarizes the results of my Receiving Bank analysis and lists the bank accounts identified by tracing cash withdrawals from BLMIS.[17] The results of the Receiving Bank analysis support that 99% of the total dollar amount of withdrawals reflected on the customer statements for the Knee Account went to bank accounts held by the Defendant.

45.     I was not able to complete this tracing analysis for the remaining cash withdrawal related to the Knee Account because the relevant bank records for periods prior to December

---

[17] *See also* **Exhibit 10**.

14

1998 were not available.[18]  However, based on the results of my tracing of the Defendant's cash withdrawals from BLMIS, I can reasonably infer that, to the extent additional bank records related to the Defendant's cash withdrawals become available to me, these records would further support the results of my tracing and that I would be able to trace the remaining cash withdrawal from BLMIS to the Defendant's bank accounts.  In addition, I noted that the Defendant submitted Responses to Trustee's First Set of Requests for Admission admitting that she received the transfers "set forth on Exhibit B to the Complaint."[19]

**VIII. SIGNATURE AND RIGHT TO MODIFY**

46.     This report and the exhibits contained herein present my findings and the bases thereof.  To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

By:

*Lisa M. Collura*

Lisa M. Collura, CPA, CFE, CFF
October 1, 2013

---

[18] *See* **Exhibit 10** (transaction dated 2/10/1998).
[19] *See* Defendant Sharon Knee's Responses to Trustee's First Set of Requests for Admission.

15

**IX. LIST OF EXHIBITS**

Exhibit 1:   Curriculum Vitae
Exhibit 2:   Documents Considered
Exhibit 3:   List of Known BLMIS/Bernard L. Madoff Bank and Brokerage Accounts
Exhibit 4:   Excel Spreadsheet "JPMC 703 Account Activity – December 1998 to December 2008"
Exhibit 5:   Excel Spreadsheet "JPMC 509 Account Activity – December 1998 to December 2008"
Exhibit 6:   Excel Spreadsheet "BT 599 Account Activity – December 1998 to May 1999"
Exhibit 7:   List of All Cash Transactions in the Knee Account
Exhibit 8:   Letter from BLMIS Customer Files for the Knee Account
Exhibit 9:   Results of Receiving Bank Analysis – Knee Account
Exhibit 10: Reconciliation and Tracing Results – Knee Account