# EXHIBIT 7

**EXHIBIT 7**

### List of All Cash Transactions in the Knee Account

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] | | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 26746 | 1ZB272 | SHARON KNEE | 12/18/1995 | 225,000.00 | JRNL | CHECK | n/a | n/a | n/a |
| 144531 | 1ZB272 | SHARON KNEE | 1/22/1996 | 50,000.00 | CA | CHECK | n/a | Yes | AMF00056409 [5] |
| 136132 | 1ZB272 | SHARON KNEE | 3/1/1996 | 2,500.00 | CA | CHECK | n/a | Yes | AMF00056408 |
| 239176 | 1ZB272 | SHARON KNEE | 3/1/1996 | 2,500.00 | CA | CHECK | n/a | Yes | AMF00056408 |
| 9723 | 1ZB272 | SHARON KNEE | 3/1/1996 | 2,000.00 | CA | CHECK | n/a | Yes | AMF00056408 |
| 239579 | 1ZB272 | SHARON KNEE | 3/1/1996 | 3,000.00 | CA | CHECK | n/a | Yes | AMF00056408 |
| 229995 | 1ZB272 | SHARON KNEE | 3/29/1996 | 10,500.00 | CA | CHECK | n/a | Yes | AMF00056407 |
| 44918 | 1ZB272 | SHARON KNEE | 3/29/1996 | 2,000.00 | CA | CHECK | n/a | Yes | AMF00056407 |
| 170156 | 1ZB272 | SHARON KNEE | 3/29/1996 | 2,500.00 | CA | CHECK | n/a | Yes | AMF00056407 |
| 77850 | 1ZB272 | SHARON KNEE | 4/8/1996 | 50,000.00 | CA | CHECK | n/a | Yes | AMF00056406 |
| 208338 | 1ZB272 | SHARON KNEE | 5/6/1996 | 50,000.00 | CA | CHECK | n/a | Yes | AMF00056405 [6] |
| 310044 | 1ZB272 | SHARON KNEE | 7/1/1996 | 100,000.00 | CA | CHECK | n/a | Yes | AMF00056404 |
| 194370 | 1ZB272 | SHARON KNEE | 7/29/1996 | 30,000.00 | CA | CHECK | n/a | Yes | AMF00056402 |
| 278965 | 1ZB272 | SHARON KNEE | 9/30/1996 | 25,000.00 | CA | CHECK | n/a | Yes | AMF00056403 [6] |
| 279206 | 1ZB272 | SHARON KNEE | 2/12/1997 | 60,000.00 | CA | CHECK | n/a | Yes | AMF00056400 [6] |
| 133576 | 1ZB272 | SHARON KNEE | 2/10/1998 | (35,000.00) | CW | CHECK | n/a | Yes | AMF00056394 |
| 151935 | 1ZB272 | SHARON KNEE | 3/29/1999 | 35,000.00 | CA | CHECK | Yes | n/a | n/a |
| 171710 | 1ZB272 | SHARON KNEE | 6/3/1999 | 25,000.00 | CA | CHECK | Yes | n/a | n/a |
| 177564 | 1ZB272 | SHARON KNEE | 1/3/2000 | 100,000.00 | CA | CHECK | Yes | n/a | n/a |
| 266942 | 1ZB272 | SHARON KNEE | 6/14/2000 | 50,000.00 | CA | CHECK | Yes | n/a | n/a |
| 225629 | 1ZB272 | SHARON KNEE | 6/21/2000 | 50,000.00 | CA | CHECK | Yes | n/a | n/a |
| 39058 | 1ZB272 | SHARON KNEE | 6/6/2002 | (300,000.00) | CW | CHECK | Yes | Yes | AMF00056388 |
| 163535 | 1ZB272 | SHARON KNEE | 4/23/2003 | 60,000.00 | CA | CHECK | Yes | n/a | n/a |
| 276573 | 1ZB272 | SHARON KNEE | 10/31/2003 | (100,000.00) | CW | CHECK | Yes | Yes | AMF00056386 |
| 285053 | 1ZB272 | SHARON KNEE | 8/5/2004 | 150,000.00 | CA | CHECK | Yes | n/a | n/a |
| 163032 | 1ZB272 | SHARON KNEE | 9/20/2004 | 200,000.00 | CA | CHECK | Yes | n/a | n/a |
| 234053 | 1ZB272 | SHARON KNEE | 2/8/2005 | (300,000.00) | CW | CHECK | Yes | Yes | AMF00056373 |
| 203274 | 1ZB272 | SHARON KNEE | 6/28/2005 | (150,000.00) | CW | CHECK | Yes | Yes | AMF00056372 |
| 283404 | 1ZB272 | SHARON KNEE | 8/30/2005 | (150,000.00) | CW | CHECK | Yes | Yes | AMF00056371 |
| 313934 | 1ZB272 | SHARON KNEE | 12/16/2005 | (60,000.00) | CW | CHECK | Yes | Yes | AMF00056370 |
| 41863 | 1ZB272 | SHARON KNEE | 2/6/2006 | (25,000.00) | CW | CHECK | Yes | n/a | n/a |
| 169327 | 1ZB272 | SHARON KNEE | 3/13/2006 | (50,000.00) | CW | CHECK | Yes | Yes | AMF00056369 |
| 236157 | 1ZB272 | SHARON KNEE | 9/8/2006 | (100,000.00) | CW | CHECK | Yes | Yes | AMF00056368 |
| 296231 | 1ZB272 | SHARON KNEE | 3/27/2007 | (30,000.00) | CW | CHECK | Yes | Yes | AMF00056367 |

**EXHIBIT 7**

**List of All Cash Transactions in the Knee Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | | Reconciliation Results [4] | | Bates Reference to BLMIS Customer File[4] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 280940 | 1ZB272 | SHARON KNEE | 7/29/2008 | (20,000.00) | CW | CHECK | | Yes | Yes | AMF00056365 |
| 237458 | 1ZB272 | SHARON KNEE | 9/12/2008[7] | (30,000.00) | CW | CHECK | | Yes | Yes | AMF00056363 |
| 225318 | 1ZB272 | SHARON KNEE | 9/30/2008 | (30,000.00) | CW | CHECK | | Yes | Yes | AMF00056362 |
| 280215 | 1ZB272 | SHARON KNEE | 10/30/2008 | (1,000,000.00) | CW | CHECK WIRE | | Yes | Yes | AMF00056359-60 |
| 164995 | 1ZB272 | SHARON KNEE | 11/14/2008 | (30,000.00) | CW | CHECK | | Yes | Yes | AMF00056358 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10.**

[4] The "*n/a*" designation indicates where records could not be located and/or are otherwise unavailable.

[5] The referenced document from the BLMIS customer file indicates an amount which equals the cash deposit amount dated 1/22/1996 per the customer statement for the Knee Account. However, the referenced document does not contain a date. As the customer file is organized in reverse chronological order, it is reasonable to assume that the referenced document reconciles to the 1/22/1996 transaction.

[6] The referenced document from the BLMIS customer file includes the date the deposit was received (which reconciles to the date on the customer statement for the Knee Account), but does not indicate the amount of the deposit received. However, there is no correspondence in the BLMIS customer file related to the Knee Account that reflects the Defendant's disagreement with the accuracy of the deposit amount reflected on the customer statement.

[7] Date represents the date the check cleared the BLMIS bank account.