# EXHIBIT 8

Sharon Knee        Oct 29, 2008
138 Via Paradisio
Palm Beach Gardens, FL 33418

To Bernard Madoff       A/C
885 3rd Ave            1-282723
NY NY

Gentleman

Please Wire Transfer (See Attached Instructions)
$1,030,000 (1 Million) To my Citibank Global
Markets Inc    Thank you

Yours Truly
Sharon Knee

Phone Number 914 939-3698
Cell          914 656 7829

AMF00056360