# EXHIBIT 9

**EXHIBIT 9**

## Results of Receiving Bank Analysis - Knee Account

| Banking Institution[1] | Account Number[1] | Account Holder[1] | Total Amount Traced per BLMIS Bank Records[2] |
|---|---|---|---|
| Citigroup Global Markets Inc. | xxxxxx7711 / xxxxxxxxx1856 | Sharon Knee | 1,100,000 |
| Citibank | xxxxxx2332 | Sharon Knee | 465,000 |
| Citibank | xxxxxx2345 | Sharon Knee | 300,000 |
| Citibank | Unknown | Sharon Knee | 210,000 |
| HSBC | Unknown | Sharon Knee | 300,000 |
| | | **Total Withdrawals Traced from BLMIS** $ | 2,375,000 |

| | |
|---|---|
| *% of Total Cash Withdrawals from the Knee Account* | *99%* |
| Bank Records Unavailable  $ | 35,000 |
| **Total Cash Withdrawals from the Knee Account**  $ | **2,410,000** |

[1] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[2] Further detail regarding my tracing analysis is set forth in **Exhibit 10.**