# EXHIBIT 10

**Reconciliation and Tracing Results - Knee Account**

| | | | | | | | | | | BLMIS Bank Account Data | | | | | Cash Withdrawals Tracing Results - per BLMIS Bank Records | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 26746 | 1ZB272 | SHARON KNEE | 12/18/1995 | 225,000 00 | JRNL | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 144531 | 1ZB272 | SHARON KNEE | 1/22/1996 | 50,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 136132 | 1ZB272 | SHARON KNEE | 3/1/1996 | 2,500 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 239176 | 1ZB272 | SHARON KNEE | 3/1/1996 | 2,500 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 9723 | 1ZB272 | SHARON KNEE | 3/1/1996 | 2,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 239579 | 1ZB272 | SHARON KNEE | 3/1/1996 | 3,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 229995 | 1ZB272 | SHARON KNEE | 3/29/1996 | 10,500 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 44918 | 1ZB272 | SHARON KNEE | 3/29/1996 | 2,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 170156 | 1ZB272 | SHARON KNEE | 3/29/1996 | 2,500 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 77850 | 1ZB272 | SHARON KNEE | 4/8/1996 | 50,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 208338 | 1ZB272 | SHARON KNEE | 5/6/1996 | 50,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 310044 | 1ZB272 | SHARON KNEE | 7/1/1996 | 100,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 194370 | 1ZB272 | SHARON KNEE | 7/29/1996 | 30,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 278965 | 1ZB272 | SHARON KNEE | 9/30/1996 | 25,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 279206 | 1ZB272 | SHARON KNEE | 2/12/1997 | 60,000 00 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - deposit | | |
| 133576 | 1ZB272 | SHARON KNEE | 2/10/1998 | (35,000 00) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | | n/a - records unavailable | | |
| 151935 | 1ZB272 | SHARON KNEE | 3/29/1999 | 35,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 1381 | 989 | n/a - deposit | | |
| 171710 | 1ZB272 | SHARON KNEE | 6/3/1999 | 25,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 2174 | 1556 | n/a - deposit | | |
| 177564 | 1ZB272 | SHARON KNEE | 1/3/2000 | 100,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 4694 | 2955 | n/a - deposit | | |
| 266942 | 1ZB272 | SHARON KNEE | 6/14/2000 | 50,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 6917 | 4159 | n/a - deposit | | |
| 225629 | 1ZB272 | SHARON KNEE | 6/21/2000 | 50,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 6988 | 4201 | n/a - deposit | | |
| 39058 | 1ZB272 | SHARON KNEE | 6/6/2002 | (300,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135261 | JPMSAF0004927 MADWAA00062785-86 | | | HSBC | Unknown | Sharon Knee |
| 163535 | 1ZB272 | SHARON KNEE | 4/23/2003 | 60,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | | | 22174 | 10620 | n/a - deposit | | |
| 276573 | 1ZB272 | SHARON KNEE | 10/31/2003 | (100,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 148872 | MADWAA00220948-49 | | | Citibank | Unknown | Sharon Knee |
| 285053 | 1ZB272 | SHARON KNEE | 8/5/2004 | 150,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | 846 | JPMSAI0006152 | 28876 | 13275 | n/a - deposit | | |
| 163032 | 1ZB272 | SHARON KNEE | 9/20/2004 | 200,000 00 | CA | CHECK | Deposit | Check | Yes | 703 Account | 903 | JPMSAI0006372 | 29390 | 13455 | n/a - deposit | | |
| 234053 | 1ZB272 | SHARON KNEE | 2/8/2005 | (300,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161580 | JPMSAF0031862 MADWAA00173539-40 | | | Citibank | xxxxxx2345 | Sharon Knee |
| 203274 | 1ZB272 | SHARON KNEE | 6/28/2005 | (150,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 165057 | JPMSAF0035552 MADWAA00161396-97 | | | Citibank | xxxxxx2332 | Sharon Knee |
| 283404 | 1ZB272 | SHARON KNEE | 8/30/2005 | (150,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 167017 | JPMSAF0037562 MADWAA00163330-31 MADWAA00163926-27 | | | Citibank | xxxxxx2332 | Sharon Knee |
| 313934 | 1ZB272 | SHARON KNEE | 12/16/2005 | (60,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169926 | JPMSAF0040741 MADWAA00364840-41 | | | Citibank | xxxxxx2332 | Sharon Knee |
| 41863 | 1ZB272 | SHARON KNEE | 2/6/2006 | (25,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 171908 | JPMSAF0042926 MADWAA00363347-48 | | | Citibank | xxxxxx2332 | Sharon Knee |
| 169327 | 1ZB272 | SHARON KNEE | 3/13/2006 | (50,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172451 | JPMSAF0043515 MADWAA00366869-70 | | | Citibank | xxxxxx2332 | Sharon Knee |
| 236157 | 1ZB272 | SHARON KNEE | 9/8/2006 | (100,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177652 | JPMSAF0048904 MADWAA00209366-67 | | | Citigroup Global Markets Inc | xxxxxx7711 | Sharon Knee |
| 296231 | 1ZB272 | SHARON KNEE | 3/27/2007 | (30,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183301 | JPMSAF0054629 MADWAA00204244-45 | | | Citibank | xxxxxx2332 | Sharon Knee |
| 280940 | 1ZB272 | SHARON KNEE | 7/29/2008 | (20,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 198820 | JPMSAF0069577 MADWAA00300074-75 | | | Citibank | Unknown | Sharon Knee |
| 237458 | 1ZB272 | SHARON KNEE | 9/12/2008[4] | (30,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199563 | JPMSAF0070277 MADWAA00302395-96 | | | Citibank | Unknown | Sharon Knee |
| 225318 | 1ZB272 | SHARON KNEE | 9/30/2008 | (30,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 200490 | JPMSAF0071175 MADWAA00285023-24 | | | Citibank | Unknown | Sharon Knee |

**Reconciliation and Tracing Results - Knee Account**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *BLMIS Bank Account Data* | | | | | *Cash Withdrawals Tracing Results - per BLMIS Bank Records* | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] | Multiple ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] |
| 280215 | 1ZB272 | SHARON KNEE | 10/30/2008 | (1,000,000 00) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 50385 | | Citigroup Global Markets Inc | xxxxxxxxx1856 | Sharon Knee |
| 164995 | 1ZB272 | SHARON KNEE | 11/14/2008 | (30,000 00) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201778 | JPMSAF0072407 MADWAA00285679-80 | | | Citibank | *Unknown* | Sharon Knee |

[1] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements

[2] The results of our analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Analysis - December 1998 to December 2008", which are attached as **Exhibits 4** and **5**, respectively

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements   For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check

[4] Date represents the date the check cleared the BLMIS bank account