# Exhibit 4



Exhibit 4 – Example of Customer Statement from Microfilm

08-01789-cgm    Doc 22174-5    Filed 08/24/22    Entered 08/24/22 12:27:54    Ex. 4
Pg 2 of 2