# Exhibit 3

# Exhibit 3 – Summary Schedule of Cash and Principal Activity in the Knee Account

|  | BLMIS Account 1ZB272 |
|---|---|
| **INFLOWS** | |
| Cash Deposits | $1,285,000 |
| **OUTFLOWS** | |
| Cash Withdrawals | (2,410,000) |
| **Total** | **($1,125,000)** |