# Exhibit 4

**Exhibit 4 - Detailed Schedule for the Principal Balance Calculation for the Knee Account**

**BLMIS ACCOUNT NO. 1ZB272 - SHARON KNEE**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Transaction Description as Reported in | Amount as Reported in | | | | | | BLMIS SOURCE DOCUMENT: | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | Beg Bates | End Bates |
| 12/18/1995 | CHECK | 225,000 | 225,000 | - | - | - | 225,000 | MDPTPP06857924 | MDPTPP06857925 |
| 1/22/1996 | CHECK | 50,000 | 50,000 | - | - | - | 275,000 | MDPTPP06857926 | MDPTPP06857931 |
| 3/1/1996 | CHECK | 3,000 | 3,000 | - | - | - | 278,000 | MDPTPP06857940 | MDPTPP06857944 |
| 3/1/1996 | CHECK | 2,000 | 2,000 | - | - | - | 280,000 | MDPTPP06857940 | MDPTPP06857944 |
| 3/1/1996 | CHECK | 2,500 | 2,500 | - | - | - | 282,500 | MDPTPP06857940 | MDPTPP06857944 |
| 3/1/1996 | CHECK | 2,500 | 2,500 | - | - | - | 285,000 | MDPTPP06857940 | MDPTPP06857944 |
| 3/29/1996 | CHECK | 10,500 | 10,500 | - | - | - | 295,500 | MDPTPP06857940 | MDPTPP06857944 |
| 3/29/1996 | CHECK | 2,500 | 2,500 | - | - | - | 298,000 | MDPTPP06857940 | MDPTPP06857944 |
| 3/29/1996 | CHECK | 2,000 | 2,000 | - | - | - | 300,000 | MDPTPP06857940 | MDPTPP06857944 |
| 4/8/1996 | CHECK | 50,000 | 50,000 | - | - | - | 350,000 | MDPTPP06857947 | MDPTPP06857952 |
| 5/6/1996 | CHECK | 50,000 | 50,000 | - | - | - | 400,000 | MDPTPP06857955 | MDPTPP06857961 |
| 7/1/1996 | CHECK | 100,000 | 100,000 | - | - | - | 500,000 | MDPTPP06857969 | MDPTPP06857974 |
| 7/29/1996 | CHECK | 30,000 | 30,000 | - | - | - | 530,000 | MDPTPP06857969 | MDPTPP06857974 |
| 9/30/1996 | CHECK | 25,000 | 25,000 | - | - | - | 555,000 | MDPTPP06857983 | MDPTPP06857987 |
| 2/12/1997 | CHECK | 60,000 | 60,000 | - | - | - | 615,000 | MDPTPP06858012 | MDPTPP06858016 |
| 2/10/1998 | CHECK | (35,000) | - | (35,000) | - | - | 580,000 | MDPTPP06858080 | MDPTPP06858086 |
| 3/29/1999 | CHECK | 35,000 | 35,000 | - | - | - | 615,000 | MDPTPP06858163 | MDPTPP06858168 |
| 6/3/1999 | CHECK | 25,000 | 25,000 | - | - | - | 640,000 | MDPTPP06858180 | MDPTPP06858184 |
| 1/3/2000 | CHECK | 100,000 | 100,000 | - | - | - | 740,000 | MDPTPP06858220 | MDPTPP06858224 |
| 6/14/2000 | CHECK | 50,000 | 50,000 | - | - | - | 790,000 | MDPTPP06858249 | MDPTPP06858251 |
| 6/21/2000 | CHECK | 50,000 | 50,000 | - | - | - | 840,000 | MDPTPP06858249 | MDPTPP06858251 |
| 6/6/2002 | CHECK | (300,000) | - | (300,000) | - | - | 540,000 | MDPTPP06858391 | MDPTPP06858395 |
| 4/23/2003 | CHECK | 60,000 | 60,000 | - | - | - | 600,000 | MDPTPP06858451 | MDPTPP06858453 |
| 10/31/2003 | CHECK | (100,000) | - | (100,000) | - | - | 500,000 | MDPTPP06858489 | MDPTPP06858494 |
| 8/5/2004 | CHECK | 150,000 | 150,000 | - | - | - | 650,000 | MDPTPP06858548 | MDPTPP06858553 |
| 9/20/2004 | CHECK | 200,000 | 200,000 | - | - | - | 850,000 | MDPTPP06858555 | MDPTPP06858559 |
| 2/8/2005 | CHECK | (300,000) | - | (300,000) | - | - | 550,000 | MDPTPP06858584 | MDPTPP06858588 |
| 6/28/2005 | CHECK | (150,000) | - | (150,000) | - | - | 400,000 | MDPTPP06858606 | MDPTPP06858610 |
| 8/30/2005 | CHECK | (150,000) | - | (150,000) | - | - | 250,000 | MDPTPP06858616 | MDPTPP06858618 |
| 12/16/2005 | CHECK | (60,000) | - | (60,000) | - | - | 190,000 | MDPTPP06858640 | MDPTPP06858645 |
| 2/6/2006 | CHECK | (25,000) | - | (25,000) | - | - | 165,000 | MDPTPP06858654 | MDPTPP06858658 |
| 3/13/2006 | CHECK | (50,000) | - | (50,000) | - | - | 115,000 | MDPTPP06858660 | MDPTPP06858666 |
| 9/8/2006 | CHECK | (100,000) | - | (100,000) | - | - | 15,000 | MDPTPP06858702 | MDPTPP06858706 |
| 3/27/2007 | CHECK | (30,000) | - | (30,000) | - | - | (15,000) | MDPTPP06858737 | MDPTPP06858741 |
| 7/29/2008 | CHECK | (20,000) | - | (20,000) | - | - | (35,000) | MDPTPP06858815 | MDPTPP06858816 |
| 9/12/2008 | CHECK | (30,000) | - | (30,000) | - | - | (65,000) | MDPTPP06858824 | MDPTPP06858828 |
| 9/30/2008 | CHECK | (30,000) | - | (30,000) | - | - | (95,000) | MDPTPP06858824 | MDPTPP06858828 |
| 10/30/2008 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | (1,095,000) | MDPTPP06858830 | MDPTPP06858832 |
| 11/14/2008 | CHECK[1] | (30,000) | - | (30,000) | - | - | (1,125,000) | MDPTPP06858834 | MDPTPP06858839 |
| | **Total:** | | **$ 1,285,000** | **$ (2,410,000)** | **$ -** | **$ -** | **$ (1,125,000)** | | |

[1] *See* **MWPTAP00181330.**