**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>                    Plaintiff-Applicant,  <br>v.  <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)  <br><br>SIPA LIQUIDATION  <br><br>(Substantively Consolidated) |
| In re:  <br>BERNARD L. MADOFF,  <br><br>                    Debtor. | |

# EXHIBITS TO THE
# EXPERT REPORT OF BRUCE G. DUBINSKY
# MST, CPA, CFE, CVA, CFF, CFFA

# INDEX OF EXHIBITS

| | | |
|---|---|---|
| **Exhibit 1** | – | Example of a Customer Statement |
| **Exhibit 2** | – | Example of a Customer Ledger |
| **Exhibit 3** | – | Convertible Arbitrage IA Business Volume Analysis, Monthly Time Period |
| **Exhibit 4** | – | Convertible Arbitrage IA Business Securities Short Interest Analysis, Monthly Time Period |
| **Exhibit 5** | – | Convertible Arbitrage IA Business Volume Analysis, A&B Time Period |
| **Exhibit 6** | – | Convertible Arbitrage IA Business Securities Short Sale Price Analysis, Monthly Time Period |
| **Exhibit 7** | – | Convertible Arbitrage IA Business Price Analysis, Monthly Time Period |
| **Exhibit 8** | – | Convertible Arbitrage IA Business Price Analysis, A&B Time Period |
| **Exhibit 9** | – | Examples of Adding Machine Tapes |
| **Exhibit 10** | – | Example of a Trade Confirmation |
| **Exhibit 11** | – | Split-Strike Conversion IA Business Equity Volume Analysis, Analyzed Time Period |
| **Exhibit 12** | – | Split-Strike Conversion IA Business Options Volume Analysis, Analyzed Time Period |
| **Exhibit 13** | – | Split-Strike Conversion IA Business Equity Price Analysis, Analyzed Time Period |
| **Exhibit 14** | – | Split-Strike Conversion IA Business Options Price Analysis, Analyzed Time Period |
| **Exhibit 15** | – | Split-Strike Conversion IA Business Weekend Trade Detail, Analyzed Time Period |
| **Exhibit 16** | – | Split-Strike Conversion IA Business Holiday Trade Detail, Analyzed Time Period |
| **Exhibit 17** | – | Examples of Screen Shots of the Data Files |
| **Exhibit 18** | – | Example of a PMR |
| **Exhibit 19** | – | Documents pertaining to Schupt Lists |
| **Exhibit 20** | – | Restored Menu Screen Shots |
| **Exhibit 21** | – | Excerpts from the Full Output File |
| **Exhibit 22** | – | IA Business Backdated Trade Detail, December 1995 to November 30, 2008 |
| **Exhibit 23** | – | Example of a bank statement for the 703 Account |
| **Exhibit 24** | – | Example of a bank statement for the JPMC 509 Account |
| **Exhibit 25** | – | Example of a bank statement for the Bankers Trust 599 Account |
| **Exhibit 26** | – | Cash Infusions of IA Business Customer Money from the IA Business to the Proprietary Trading Business, July 1999 to November 30, 2008 |
| **Exhibit 27** | – | Annual Solvency Calculations for BLMIS from 2002 through 2008 |