# APPENDIX A

# APPENDIX A

## QUALIFICATIONS OF BRUCE G. DUBINSKY



*Bruce G. Dubinsky*
*Managing Director*
*Duff & Phelps, LLC*

# PROFESSIONAL CREDENTIALS

*Bruce Dubinsky, MST, CPA, CVA, CFE, CFF, MAFF is a Managing Director in the Dispute and Legal Management Consulting Practice and City Leader of the Washington, D.C. office of Duff & Phelps, LLC. Bruce has over thirty years' experience providing accounting, tax, expert witness and forensic accounting services.*

*Professional Experience*

- *Bruce's practice places special emphasis on providing dispute consulting, forensic accounting and expert witness services to a variety of clients including law firms, general counsels of corporations, governmental agencies and law enforcement bodies. Bruce frequently works on complex litigation cases where the claims in many instances are in the tens of billions dollars.*

- *Bruce has been qualified and testified as an expert witness in cases involving criminal and civil fraud, commercial business damages, intellectual property and patent damages, business valuations, federal income taxation, bankruptcy, accounting malpractice and standard of care cases as well as various other disputes.*

- *He has been employed on numerous occasions as a testifying expert for federal income tax matters by the United States Department of Justice, Tax Division, as well as the Office of Chief Counsel for the Internal Revenue Service on cases involving abusive tax shelters and Listed Transactions.*

- *Currently, Bruce is retained as the testifying expert witness by the law firm of Baker & Hostetler LLP ("Baker") counsel for Irving H. Picard, Trustee ("Trustee") for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff ("Madoff"), to provide forensic accounting analysis and render certain expert opinions in the largest Ponzi scheme in the world's history.*

- *Recently, Bruce led the forensic investigation on campaign finance fraud for the United States Department of Justice through appointment by the U.S. District Court for the Southern District of New York for the 2010-2011 International Brotherhood of Teamsters (IBT) International Officers Election. Bruce has led the forensic investigation for the past three election cycles for the IBT dating to 1997.*

- *During 2009, Bruce was one of the forensic accounting investigators who worked on the Lehman Brothers bankruptcy investigation conducted by the Special Examiner appointed by the bankruptcy trustee for the Lehman Brothers bankruptcy estate.*

- *In 2003, Bruce and his team investigated fraud allegations on behalf of the Washington Teachers Union where the presiding officers were thought to have embezzled millions of dollars from union coffers. This investigation resulted in the perpetrators being convicted of various federal crimes in the United States District Court for the District of Columbia and incarcerated as a result.*

*Bruce G. Dubinsky, Managing Director*

Page 2

*Professional Experience (continued)*

**Areas of Bruce's practice include:**

- Fraud Investigations
- Forensic Accounting
- Accounting Malpractice
- Complex Tax Controversy Cases
- Commercial Damage/Lost Profits Analysis

- Bankruptcy Investigations
- Investment/Securities Damages
- Campaign Finance Compliance
- White Collar Criminal Fraud
- Boardroom Investigations

**Representative Cases:**

- Hired as a testifying forensic accounting expert for the defense in the Parmalat SpA fraud case, one of the world's largest accounting fraud cases to date. Provided expert testimony in multi-day deposition regarding various matters including the nature of the frauds perpetrated, methods utilized by various alleged fraudsters and the underlying transactions at issue.

- Hired as a testifying damages expert for the defense in a case with nearly $1 billion dollars of alleged damages for an alleged patent licensing breach of contract case involving hard disk drive spindle motors and related hard disk drive component products.

- Hired as a testifying forensic accountant and damages expert in a case involving hundreds of millions of dollars of consumer credit card and debt accounts in several asset-backed securitization vehicles.

- Hired as a testifying forensic accountant expert in several cases surrounding alleged fraudulent tax shelters involving hundreds of millions of dollars in unpaid federal income taxes.

- Hired as a testifying forensic accountant in a white collar criminal case involving allegation of bankruptcy and tax fraud.

- Hired as a testifying damages expert in a health care insurance case involving breach of contract and other claims.

- Hired as a testifying damages expert in a case involving lost profits arising from intentional disruption of distributorship channels.

- Hired as a testifying damages expert in a case involving lost profits and damages arising from alleged trespassing and unauthorized utilization of a internet service provider network.

*Bruce G. Dubinsky, Managing Director*

Page 3

*Professional Experience (continued)*

**Selected Professional Accomplishments:**

- In 2013, Bruce was elected to the Association of Certified Fraud Examiners Board of Regents by the vote of the entire membership of the ACFE's. The Board of Regents functions to set standards that will promote professionalism and ensure the future of the organization as a whole.

- Bruce was honored by the National Association of Certified Valuators and Analysts (NACVA) with the "2012 Instructor of Exceptional Distinction" award in connection with his outstanding instructor performance based on participant evaluations.

- In 2007 Bruce was named one of the "Top 100 Most Influential People in the Accounting Profession" by Accounting Today, the premier news vehicle for the tax and accounting community for over 22 years. He was described in the article as "a pioneer of forensic accounting."

- In 2005 Bruce received the distinguished award as the *Fraud Examiner of the Year* from the Washington Metropolitan Chapter of Certified Fraud Examiners for his work on the Washington Teachers Union embezzlement case. He also received the *Fraud Examiner of the Year* in 2001 for his efforts in the International Brotherhood of Teamsters investigative work.

- Bruce currently serves on Editorial Board of The Value Examiner, an independent, professional development journal dedicated to the exploration of value and its ramifications for consultants. It is the singular source of timely, technical, in-depth articles written for consultants by practitioners and academics at the top of their respective fields.

- Bruce was a contributing editor for the CPA Digest, a nationally published, technical journal for the accounting profession, for two years. After serving as a contributing editor and writer, he remained an Editorial Board Advisor for one year. Bruce also served as a Continuing Education Course evaluator for McGraw Hill Publishing Company as well as a technical reviewer for Fraud Alert, published by PDI, Inc. in Chicago, IL. He has written and published articles on various matters relating to forensic accounting, fraud investigations, business valuations and commercial damages for a variety of legal and professional publications.

- Bruce has also served as a member of the Commercial Panel of Arbitrators for the American Arbitration Association. He was selected to the panel on the basis of his involvement in the business and legal community, in recognition of his expertise and leadership in forensic and public accounting, and his reputation for integrity and fair judgment.

- Bruce has been quoted as an expert in numerous print media as well as appearing on local and national television and radio newscasts, to discuss various tax, accounting and fraud issues.

- Bruce frequently lectures at the college level on issues relating to forensic accounting and accounting ethics. He has presented seminars to law firms, professional groups and law enforcement bodies, including the Federal Bureau of Investigation.

*Bruce G. Dubinsky, Managing Director*

Page 4

| | |
|---|---|
| *Professional Experience (continued)* | **Prior Relevant Work Experience:**<br><br>Mr. Dubinsky began his career as an auditor at one of the large international public accounting firms. Following several years practicing as an auditor, he served in the tax department as a Senior Tax Specialist, including a position in the National Tax Practice Group. Following the public accounting firm, he served as an officer for a financial acquisition group, and then co-founded a multi-faceted real estate development and construction company. He later served as the head of the tax department for a C.P.A. firm in Maryland. Prior to joining Duff and Phelps, Mr. Dubinsky became a partner in another C.P.A. firm where he built the forensic accounting and litigation services practice group which eventually split off and became Dubinsky & Company, P.C., which was later acquired by Duff and Phelps. |
| *Education & Licenses/ Certifications* | **Masters of Science-Taxation**, *(high honors)*, Georgetown University, Washington, D.C. – 1986<br><br>**Bachelors of Science** - **Accounting**, University of Maryland – 1983<br><br>Mr. Dubinsky continues his education in the field of forensic accounting, damage analysis, data mining, computer forensics and related topics through annual extensive course study<br><br>➢ Certified Public Accountant - Maryland, 1985<br>➢ Certified Fraud Examiner - Association of Certified Fraud Examiners, 1998<br>➢ Certified Valuation Analyst - National Association of Certified Valuators and Analysts, 1997<br>➢ Master Analyst in Financial Forensics - National Association of Certified Valuators and Analysts, 2008<br>➢ Certified in Financial Forensics - American Institute of Certified Public Accountants, 2010<br>➢ Commercial Arbitrator - American Arbitration Association, 2002-2004<br>➢ Registered Investment Advisor Representative - State of Maryland, 1999-2008 |
| *Professional Associations & Affiliations* | **National Association of Certified Valuators and Analysts**<br>• Litigation and Forensics Board, Term: 2007-2010 Chair - 2008-2010<br>• Editorial Review Board, 2010 - present<br><br>**Association of Certified Fraud Examiners**<br>• Board of Regents, 2013-2015<br><br>**American Institute of Certified Public Accountants**<br>• Business Valuation & Forensic Services Section |



## BRUCE G. DUBINSKY, MST, CPA, CVA, CFE, CFF, MAFF
*FEDERAL RULE 26(a)(2)(B) DISCLOSURE*
<u>FEDERAL RULES OF CIVIL PROCEDURE</u>

**TESTIMONY AT TRIAL AND/OR DEPOSITION**
(underline denotes retaining party)

|  |  |
|---|---|
|  | ***<u>Christopher Cohan, individually and as sole Trustee of the Christopher Cohan Separate Property Trust, and Angelina Cohan</u> v. KPMG LLP***<br>State Court of Fulton County – State of Georgia<br>Civil Action No. 12EV0114325G<br>July 3, 2013 (Deposition) |
| ***Thomas & Kidd Oil Production, Ltd. V. <u>United States of America</u>***<br>United States District Court for the Northern District of Texas – Lubbock Division<br>Case No.: 5:10-CV-00108-C (consolidated with 5:10-CV-110-C, 5L10-CV-111-C, and 5:10-CV-161-C)<br>March 27 & 28, 2013 (Trial)<br>December 6, 2012 (Deposition) | ***Eagle Materials, Inc. v. <u>United States of America</u>***<br>United States District Court for the Northern District of Texas<br>Civil Action No. 3:11-CV-00936-F<br>January 29, 2013 (Deposition) |
| ***<u>Department of Enforcement</u> v. William B. Fretz, Jr. (CRD 1545760), John P. Freeman (CRD 1651569), and the Keystone Equities Group(CRD 127529)***<br>Financial Industry Regulatory Authority - Office of Hearing Officers<br>Disciplinary Proceeding No. 2010024889501<br>July 11 and 12, 2012 (Trial) | ***In re Bernard L. Madoff Investment Securities LLC***<br>***<u>Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC</u> v. Saul B. Katz, et al.***<br>U.S. District Court for the Southern District of New York<br>Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION (Substantively Consolidated)<br>Adv. Pro. No. 10-5287 (BRL)<br>11-CV-03605 (JSR) (HBP)<br>January 11, 2012 (Deposition) |
| ***South Florida Physician's Network, LLC and <u>United Health Networks, Inc. and United Health Network of Florida, Inc.</u>***<br>American Arbitration Association<br>Case No. 32 193 Y 00567 10<br>December 14, 2011 (Trial)<br>August 11, 2011 (Deposition) | ***Estate of Elizabeth S. Snow, Deceased, Philip F. Brown, Executor v. <u>United States of America</u>***<br>U.S. District Court of Washington at Tacoma<br>Case No. 3:10-cv-05793-RBL<br>October 27, 2011 (Deposition) |

| | |
|---|---|
| *Clay Vance Richardson et al v. Frontier Spinning Mills Inc. et al.*<br>General Court of Justice<br>Superior Court, North Carolina<br>Case No: 10 CVS 1040<br>June 3, 2011 (Deposition) | *Glynn v. EDO Corporation*<br>U.S. District Court for the District of Maryland<br>Case No. 1:07-cv-01660-JFM<br>February 25, 2011 (Deposition) |
| *HCP et al v. Sunrise Senior Living Management, Inc. et al.*<br>Court of Chancery of the State of Delaware<br>Case Nos. 4691-VCS; 4692-VCS; 4693-VCS; 4694-VCS; 4696-VCS; 4697-VCS; 4698-VCS; 4699-VCS<br>July 21, 2010 (Deposition) | *Perot Systems Government Services, Inc. v. 21st Century Systems, Inc. et al.*<br>Circuit Court for Fairfax County Virginia<br>Case No. 2009-08867<br>June 22, 2010 (Trial)<br>May 28, 2010 (Deposition) |
| *ClassicStar Mare Lease Litigation*<br>*James D. Lyon, Chapter 7 Trustee of ClassicStar, LLC v. Tony P. Ferguson et al.*<br>U.S. District Court Eastern District of Kentucky, Lexington<br>MDL No. 1877; Civil Action No. 5:07-cv0353-JMH and 5:09-215-JMH<br>May 13, 2010 (Deposition) | *Sands Capital Management, LLC v. Scott E. O'Gorman*<br>American Arbitration Association<br>Case No. 16 148 Y 00459 09<br>April 28, 2010 (Trial) |
| *Bemont Investments LLC v. United States*<br>United States District Court for the Eastern District of Texas-Sherman Division<br>Case No: 4:07cv9 & 4:07cv10<br>March 25, 2010 (Trial)<br>August 28, 2009 (Deposition)<br>June 24, 2008 (Deposition) | *HCP Laguna Creek CA et al v. Sunrise Senior Living Management, Inc.*<br>U.S. District Court for the District of Eastern Virginia<br>Case No: 1:09 CV 824-GBL/JFA<br>February 26, 2010 (Deposition) |
| *Global Express Money Orders, Inc. v. Farmers & Merchants Bank et al*<br>Circuit Court for Baltimore City<br>Case No: 24-C-08-004896 OT<br>January 13, 19 & 25, 2010 (Deposition) | *In re UnitedHealth Group, et al. v. American Multispecialty Group d/b/a/ Esse Health*<br>American Arbitration Association<br>Case No. 57 193 Y 00004 08<br>June 9 & 10, 2009 (Trial)<br>April 24, 2009 (Deposition) |
| *Wills Family Trust v. Martin K. Alloy et al.*<br>Circuit Court for Montgomery County, MD<br>Case Nos: 252430-V & 2722511-V<br>June 1 & 2, 2009 (Trial)<br>Judge Ronald B. Rubin<br>April 10, 2009 (Deposition) | *Southgate Master Fund v. United States*<br>U.S. District Court for the Northern District of Texas – Dallas Division<br>Case No: 3:06-CV-2335-K<br>January 14-15, 2009 (Trial)<br>September 17, 2008 (Deposition) |
| *Elize T. Meijer and Marcel Windt, Trustees in the Bankruptcy for KPNQwest, N.V. and Global Telesystems v. H. Brian Thompson*<br>U.S. District Court for the Eastern District of Virginia – Alexandria Division<br>Case No: 1:08CV673<br>December 2, 2008 (Deposition) | *Hoehn Family, LLC v. Price Waterhouse Coopers, LLC*<br>Circuit Court of Jackson County Missouri at Independence<br>Case No: 0516-CV36227<br>September 3, 2008 (Deposition) |

| | |
|---|---|
| *World-Wide Network Services, LLC, et al. v. Dyncorp, Inc. and EDO Corp.*<br>United States District Court for the Eastern District of Virginia<br>Case No:1:07-cv-00627-GBL-BRP<br>January 24, 2008 (Deposition) | *Calomiris v. Tompros, et al.*<br>Superior Court for the District of Columbia<br>Case No: ADM 2000-2175-00<br>January 17, 2008 (Trial) |
| *Harslem et al. v. Ernst & Young, LLP*<br>American Arbitration Association<br>Case No: 30 107 Y 00303 06<br>November 6 & 7, 2007 (Trial) | *Rosenbach et al. v. KPMG, LLP et al.*<br>American Arbitration Association<br>Case No: 13 181 Y 00437 06<br>October 22, 2007 (Trial) |
| *United States v. Timothy D. Naegele, Defendant*<br>U.S. District Court for the District of Columbia<br>Criminal Action: Case No. 05-0151 (PLF)<br>September 24 & 25, 2007 (Trial);<br>January 9, 2007 and January 10, 2007 (Daubert Testimony) | *Autoscribe Corp. v. 9801Washingtonian Office, Inc. et al.*<br>Circuit Court for Montgomery County, Maryland<br>Civil Action: Case No. 274847<br>September 11, 2007 (Deposition) |
| *In re Parmalat Securities Litigation*<br>U.S. District Court for the Southern District of New York<br>Civil Action: Case No. 04 MD 1653 (LAK)<br>August 22-24, 2007 (Deposition) | *Jerald M. Spilsbury et al. v. KPMG, LLP et al.*<br>District Court, Clark County, Nevada<br>Civil Action: Case No: A479003<br>July 12, 2007 (Deposition) |
| *John E. Gallus et al. v. Ameriprise Financial, Inc.*<br>United States District Court, District of Minnesota<br>Civil Action, Docket No.: 0:04-cv-4498<br>January 23, 2007 (Deposition) | *Michael J. Sullivan and Jill P. Sullivan v. KPMG LLP and QA Investments LLC*<br>Superior Court of New Jersey Law Division, Monmouth County<br>Civil Action, Docket No.: MON-L-4279-04<br>November 30, 2006 & December 12, 2006 (Deposition) |
| *In Re: Estate of First Pay, Inc.; Bankruptcy No. 03-30102-PM*<br>United States Bankruptcy Court – District of Maryland (Greenbelt Division)<br>Michael G. Wolff v. United States of America: Adversary No 05-1700-PM<br>Judge Mannes<br>August 9, 2006 (Trial) | *Robert K. Cohen, et al. v. KPMG, L.L.P., et al.*<br>State Court of Fulton County, Georgia<br>Case No. 2003VS060471<br>May 23, 2006 (Deposition) |
| *Riddle Farm Financial Limited Partnership v. Route 50 Partners, LP and Worcester Partners, LP and Riddle Farm Associates, LP and Goodwin H. Taylor, Jr.*<br>Circuit Court for Worcester County, State of Maryland<br>Case No. 23-C-03-0913<br>April 4 & 5, 2006 (Trial)<br>February 3, 2006 (Deposition)<br>May 16, 2005 (Hearing) | *Estate of Keith R. Fetridge v. Aronson & Company, A Professional Corporation*<br>Circuit Court for Montgomery County, Maryland<br>Case No. 256856<br>Judge Eric Johnson<br>March 9, 2006 (Trial) |

| | |
|---|---|
| *Tolt Ventures, L.L.C., et al. v. KPMG, LLP et al.*<br>District Court of Harris County, Texas, 333rd Judicial District<br>Cause No. 2003-69957<br>January 27, 2006 (Deposition) | *William C. Eacho III & Donna Eacho v. KPMG, LLP et al.*<br>Superior Court for the District of Columbia<br>Case No. 04-005746<br>November 29 & December 1, 2005 (Deposition) |
| *Richard W. Coleman, Jr. v. KPMG et al.*<br>Matter in Arbitration by Agreement of the Parties<br>October 31-November 2, 2005 (Trial)<br>October 17-19, 2005 (Trial)<br>August 22, 2005 (Deposition) | *Lawrence L. Gaslow v. KPMG et al.*<br>Supreme Court Of The State Of New York County Of New York<br>Case No. 600771/04<br>August 8, July 1, and June 30, 2005 (Deposition) |
| *Minebea Co., Ltd, Precision Motors Deutsche Minebea GmbH, and Nippon Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Verwaltungsgesellachaft MIT Beschrankter Haftung*<br>U.S. District Court for the District of Columbia<br>Case No. 97-05-90 (SSH) (DAR)<br>August 4 & 5, 2005 (Trial);<br>June 2, 2005 (Hearing)<br>May 11, 2005 (Deposition) | *Joseph J. Jacoboni v. KPMG LLP*<br>United States District Court for the Middle District of Florida – Orlando Division<br>Case No. 6:02-CV-510-Orl-22DAB(M.D.Fla.)<br>May 4, 2005 (Deposition) |
| *Hemanth Rao, et al. v. H-QUOTIENT, Inc., Douglas A. Cohn, and Laurence Burden*<br>United States District Court for the District of Virginia- *Eastern District*<br>February 10 and 11, 2005 (Trial) | *James, LTD. v. Saks Fifth Avenue, et al.*<br>Circuit Court for Arlington County, Virginia<br>Chancery No. 03-802<br>January 12 and 25, 2005 (Trial)<br>December 10, 2004 (Deposition) |
| *Sensormatic Security Corp. v. Sensormatic Electronics Corporation, ADT Security Services, Inc., & Wallace Computer Services, Inc.*<br>United States District Court for the District of Maryland *Southern Division*<br>Case No. 02-Civ-1565 (DKC)<br>September 28, 2004, February 19, 2004 & October 24, 2003 (Deposition) | *Todd Roy Earl Bentley III v. Deutsche Post Global Mail, LTD*<br>Superior Court of The State of California For The County of Los Angeles<br>Case No: BC 293389<br>September 23, 2004 & September 14, 2004 (Deposition) |
| *Alex Alikhani v. System Engineering International, Inc.*<br>American Arbitration Association<br>No. 16 168 00611 03<br>August 31, 2004 (Trial) | *Ruben A. Perez, et al v. KPMG LLP, et al*<br>92nd Judicial District Court<br>Hidalgo County, Texas<br>Cause No: C-2593-02-A<br>November 7, 2003 (Deposition) |
| *Joseph J. Jacoboni v. KPMG LLP*<br>United States District Court for the Middle District Of Florida<br>*Orlando Division*<br>Case No. 6:02-CV-510-Orl-22DAB (M.D.Fla.)<br>October 15, 2003 (Deposition) | *Semtek International, Inc. v. Lockheed Martin Corporation*<br>Circuit Court for Baltimore City, Maryland<br>Case No. 97183023/CC 3762<br>September 30 – October 1, 2003 (Trial)<br>June 17, 2003 & May 27, 2003 (Deposition) |
| *Jordan v. Washington Mutual Bank, F.A.*<br>United States District Court, District of Maryland<br>Case No. H02CV1465<br>March 12, 2003 (Deposition) | *Midland Credit v. MBNA America Bank*<br>Superior Court State Of Arizona, County Of Maricopa<br>Case No. CV2001-002497<br>February 27, 2003 & November 26, 2002 (Deposition) |

| | |
|---|---|
| ***Epstein* v. *Epstein*** <br> Circuit Court for Montgomery County, Maryland <br> Family law No: 21608 <br> January 8, 2003 (Trial) | ***Surface Joint Venture* v. *E.I. Dupont De Nemours & Company, Inc.*** <br> United States District Court For The Western District Of Texas, Austin Division <br> Civil Action No. A 02CA 04 3SS <br> January 3, 2003 (Deposition) |
| ***Cates* v. *Cates*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No 176170 <br> June 17, 2002 (Deposition*)* | ***Phil Adams Company Profit Sharing Plan* v. *Trautman Wasserman, Inc.*** <br> & CIBC Oppenheimer, Inc. <br> NASD Arbitration, Washington, D.C. <br> May 22, 2002 (Trial) |
| ***Boryczka, et al.* v. *Phil Collyer* v. *Apex Data Services, Inc.*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No 171437 <br> March 12, 2002 (Deposition) | ***Frank A. Pietranton, Jr. et al*. v. *Kenneth J. Mahon & Mahon, Inc.*** <br> Circuit Court of Arlington County, Virginia <br> Chancery No. 00-617 <br> Judge Benjamin NA Kendrick <br> February 13, 2002 (Trial) |
| ***Rinearson* v. *Rinearson*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No. 170354 <br> Judge Robert Wooldridge, Jr. <br> January 24, 2002 (Trial) | ***Amtote International, Inc., v. Bally's of Maryland, Inc.*** <br> Circuit Court for Baltimore County, Maryland <br> Civ. No. 03-C-01-001715 <br> October 19, 2001 (Deposition) |
| ***America Online, Inc., v. Netvision Audiotext, Inc. et al.*** <br> United States District Court- Eastern District of Virginia <br> Case No 99-1186-A <br> October 16, 2001 (Deposition) | ***In Re: Robert S. Beale, Jr.*** <br> ***In Re: Robert S. Beale, Jr., M.D., P.A.*** <br> United States Bankruptcy Court – District of Maryland (Baltimore Division) <br> Case Nos: 99-65815-ESD; 00-55731-ESD <br> Judge E. Stephen Derby <br> August 2, 2001 (Trial) |
| ***Marvin BenBassett* v. *Ritz Camera Centers, Inc.*** <br> Circuit Court for Montgomery County, Maryland <br> Case No. 207934 <br> February 23, 2001 (Deposition) | ***Diamond* v. *Diamond*** <br> Circuit Court of Fairfax County, Virginia <br> Chancery No. 165804 <br> Judge M. Langhorne Keith <br> February 6, 2001 (Trial) |
| *Giesting & Associates, Inc. v. *Harris Corp. Inc*.* <br> United States District Court, Middle District of Florida, Orlando Division <br> No. 6:98-cv-1363-Orl-3ABF (M.D. Fla.) <br> Judge David A. Baker <br> November, 2000 (Trial) | *Bell Atlantic-Maryland, Inc. v. *Furguson Trenching Company, Inc. et al*.* <br> Circuit Court for Anne Arundel County, Maryland <br> Case No. C-98-498130C <br> Judge Michael Looney <br> November 1, 2000 (Trial) |
| ***First Guaranty Mortgage Corporation* v. *Greater Atlantic Federal Savings Bank, et al.*** <br> Circuit Court for Arlington County, Virginia <br> Chancery No. 99-488 <br> Judge Joann Alper <br> September 29, 2000 (Trial) | ***United States of America v. Lawrence Edwin Crumbliss*** <br> United States District Court, Eastern District of North Carolina, Western Division <br> Criminal Case No: 5:99-CR-24-BR <br> Judge Britt <br> July 21, 2000 (Trial) |

| | |
|---|---|
| *Sportsolution, Inc. v. National Football League Players Association* <br> United States District Court, Middle District of Florida, Orlando Division <br> Case No. 98-1154-Civ-Orl-22C <br> Judge Duffy <br> March 22-23, 2000 (Trial) | *Kontzias v. CVS, Inc.* <br> Circuit Court of Fairfax County, Virginia <br> Civil Action No. 178049 <br> Judge Thatcher <br> March 21, 2000 (Trial) |
| *York Distributors, A Division Of Home Paramount Pest Control Companies, Inc. v. FMC Corporation/Agricultural Products Group* <br> In The United States District Court For The District Of Maryland <br> Civil Action No. L-98-2533 <br> January 27, 2000 (Deposition) | *Brown v. Brown* <br> Circuit Court for Baltimore County, Maryland <br> Case No. 03-C-98-003633 <br> Judge Daniels <br> September 30, 1999 (Trial) |
| *Laura I. Merriex, et al. v. Robert S. Beale, Jr., M.D., PC* <br> Superior Court For The District of Columbia <br> Case No. 96-CA05313 <br> Judge Diaz <br> August 1999 (Trial) | *Rees, Broome & Diaz, P.C. v. Bella Vista Condominium Association* <br> Circuit Court for Arlington County, Virginia <br> Chancery No. 98-260 <br> Judge Joann Alper <br> June 2, 1999 (Trial) |
| *Charnis v. Kats et. al.* <br> Circuit Court for Montgomery County, Maryland <br> Civil No.174341-V <br> Judge Donohue <br> March 1999 (Trial) | *Robert S. Joselow v. Robert J. Katz, et. al.* <br> Superior Court of the District of Columbia <br> Civil No.96-00871 <br> May 4, 1998 (Deposition) |
| *Regina L. Amann v. Washington Romance Writers (Board of Directors), et. al.* <br> Circuit Court for Montgomery County, Maryland <br> Civil No.166949 <br> February 1998 (Deposition) | *International Fidelity Company v. Williams Overman Pierce & Company LLP* <br> In the United States District Court <br> For the Eastern District of North Carolina <br> Raleigh Division <br> Case No. 5:96-CV-1001-BO(1) <br> October 1997 (Deposition) |
| *Kasten v. Kasten* <br> District of Columbia Superior Court <br> Judge Duncan-Peters <br> March 1997 (Trial) | *Roddy v. O'Brien* <br> Circuit Court of Maryland for Montgomery County <br> Master of the Court Mahayfee <br> October 1996 (Trial) |
| *Zittelman v. The Sun Box Company* <br> Arbitration Case- Rockville, Maryland <br> Judge Miller <br> December 1995 (Trial) | *Commercial Recovery Systems, Inc. v. MCI Telecommunications Company, Inc.* <br> Arbitration Case-Washington, D.C. <br> January 1995 (Trial) |

Revised 07/2013

**DUFF&PHELPS**

## Articles Published By
## Bruce G. Dubinsky, MST, CPA, CVA, CFE, CFF, MAFF

Bruce G. Dubinsky and W. Christopher Bakewell et al., *Valuation of Patents: Legislative and Judicial Developments on Damages in Infringement Cases,* The Value Examiner, May/June 2009.

Steve Pomerantz and Bruce G. Dubinsky, *Monte Carlo Simulation Analysis: A Tool for Projecting the Unknown,* CPA Expert, AICPA Newsletter for Providers of Business Valuation, Forensic & Litigation Services, Winter 2007.

Steve Pomerantz and Bruce G. Dubinsky, *Monte Carlo Simulation Analysis: Part II: Beyond the Theory,* CPA Expert, AICPA Newsletter for Providers of Business Valuation, Forensic & Litigation Services, Spring 2007.

Steve Pomerantz and Bruce G. Dubinsky, *Monte Carlo Simulation Analysis: Part III: A Case Story,* CPA Expert, AICPA Newsletter for Providers of Business Valuation, Forensic & Litigation Services, Summer 2007.

Bruce G. Dubinsky and Christine L. Warner, *Uncovering Accounts Payable Fraud Using "Fuzzy Matching Logic: Part 1,"* Fraud Magazine (Journal of the Association of Certified Fraud Examiners)*,* July/August 2006.

Bruce G. Dubinsky and Christine L. Warner, *Uncovering Accounts Payable Fraud Using "Fuzzy Matching Logic: Part 2,"* Fraud Magazine (Journal of the Association of Certified Fraud Examiners)*,* July/August 2006.

Bruce G. Dubinsky, *The Quagmire of Business Valuation,* The Legal Times, Washington, D.C., October 21, 2002.

Bruce G. Dubinsky, *Cooking the Books,* Maryland State Bar Association Newsletter, Baltimore, April 2002.

Bruce G. Dubinsky, *Math Formula Fights Fraud,* The Legal Times, Washington, D.C., February 2001.

Bruce G. Dubinsky, *Fraud Specialists*, The Legal Times, Washington, D.C., March 2000.

Bruce G. Dubinsky, *Protect Your Firm Against Fraud,* The Legal Times, Washington, D.C., February 2000.

The CPA Digest, Harcourt Brace Publishing Company, 116 articles published on various subjects from April 1993 to September 1994.

Revised 11/2011