# EXHIBIT 1

[Redacted]
[Redacted]
[Redacted]                                                            12/31/06        1
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]


                                    BALANCE FORWARD                    507,780.46

| | | | |
|---|---|---|---|
| 12/01 | INTEL CORP<br>DIV 11/07/06 12/01/06 | DIV | 1,789.20 |
| 12/01 | WELLS FARGO & CO NEW<br>DIV 11/03/06 12/01/06 | DIV | 2,892.96 |
| 12/05 | PFIZER INC<br>DIV 11/10/06 12/05/06 | DIV | 5,443.20 |
| 12/11 | CHEVRON CORP<br>DIV 11/17/06 12/11/06 | DIV | 3,538.08 |
| 12/11 | EXXON MOBIL CORP<br>DIV 11/13/06 12/11/06 | DIV | 5,886.72 |
| 12/11 | INTERNATIONAL BUSINESS MACHS<br>DIV 11/10/06 12/09/06 | DIV | 1,436.40 |
| 12/11 | UNITED TECHNOLOGIES CORP<br>DIV 11/17/06 12/10/06 | DIV | 801.36 |
| 12/12 | JOHNSON & JOHNSON<br>DIV 11/28/06 12/12/06 | DIV | 3,402.00 |
| 12/14 | HOME DEPOT INC<br>DIV 11/30/06 12/14/06 | DIV | 1,417.50 |
| 12/14 | MICROSOFT CORP<br>DIV 11/16/06 12/14/06 | DIV | 2,671.20 |
| 12/15 | AMERICAN INTL GROUP INC<br>DIV 12/01/06 12/15/06 | DIV | 1,330.56 |
| 12/15 | COCA COLA CO<br>DIV 12/01/06 12/15/06 | DIV | 1,953.00 |

                                    CONTINUED ON PAGE    2

MDPTPP03456817

[Redacted]
[Redacted]
[Redacted]                                                          12/31/06        2
[Redacted]
[Redacted]
[Redacted]                                            1-H0024-3-0     [Redacted]


| Date | Shares | Acct | Security | Price | Amount |
|---|---|---|---|---|---|
| 12/15 | | | TIME WARNER INC | DIV | 693.00 |
| | | | DIV 11/30/06 12/15/06 | | |
| 12/15 | | | WACHOVIA CORP NEW | DIV | 3,386.88 |
| | | | DIV 11/30/06 12/15/06 | | |
| 12/21 | 15,372 | 1842 | CITI GROUP INC | 54.580 | 838,389.76 |
| 12/21 | 3,528 | 3842 | SCHLUMBERGER LTD | 67 | 236,235.00 |
| 12/21 | 6,300 | 6092 | COMCAST CORP | 43.140 | 271,530.00 |
| | | | CL A | | |
| 12/21 | 12,096 | 8092 | AT&T INC | 35.810 | 432,674.76 |
| 12/21 | 19,152 | 10342 | CISCO SYSTEMS INC | 27.730 | 530,318.96 |
| 12/21 | 12,600 | 12342 | TIME WARNER INC | 21.710 | 273,042.00 |
| 12/21 | 6,804 | 14592 | CHEVRON CORP | 75.110 | 510,776.44 |
| 12/21 | 3,276 | 16592 | UNITED PARCEL SVC INC | 76.630 | 250,908.88 |
| | | | CLASS B | | |
| 12/21 | 32,004 | 18842 | GENERAL ELECTRIC CO | 37.630 | 1,203,030.52 |
| 12/21 | 3,024 | 20806 | UNITED TECHNOLOGIES CORP | 62.410 | 188,607.84 |
| 12/21 | 1,260 | 23092 | GOLDMAN SACHS GROUP INC | 201.700 | 254,092.00 |
| 12/21 | 6,048 | 25024 | WACHOVIA CORP NEW | 57.430 | 347,095.64 |
| 12/21 | 6,300 | 27342 | HOME DEPOT INC | 40.080 | 252,252.00 |
| 12/21 | 10,332 | 29274 | WELLS FARGO & CO NEW | 35.750 | 368,956.00 |
| 12/21 | 8,568 | 31592 | HEWLETT PACKARD CO | 40.020 | 342,549.36 |
| 12/21 | 7,560 | 33524 | WAL-MART STORES INC | 46.640 | 352,296.40 |
| 12/21 | 4,788 | 35842 | INTERNATIONAL BUSINESS MACHS | 95.800 | 458,499.40 |
| 12/21 | 18,396 | 37774 | EXXON MOBIL CORP | 76.800 | 1,412,077.80 |
| 12/21 | 17,892 | 40092 | INTEL CORP | 21.100 | 376,806.20 |

CONTINUED ON PAGE    3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                  12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0      [Redacted]



12/21                  9,072 44342  JOHNSON & JOHNSON          66.780                     605,466.16
12/21                 10,584 48591  J.P. MORGAN CHASE & CO     48.410                     511,948.44
12/21                  6,300 52841  COCA COLA CO               48.990                     308,385.00
12/21                  2,772 57091  MERRILL LYNCH & CO INC     91.960                     254,803.12
12/21                  6,552 61341  ALTRIA GROUP INC           85.910                     562,620.32
12/21                  6,804 65591  MERCK & CO                 44                         299,104.00
12/21                  3,276 69841  MORGAN STANLEY             80.620                     263,980.12
12/21                 26,712 74091  MICROSOFT CORP             30.110                     803,230.32
12/21                  4,788 80642  ABBOTT LABORATORIES        48.170                     230,446.96
12/21                  8,064 84881  AMERICAN INTL GROUP INC    72.790                     586,656.56
12/21                 12,600 86841  ORACLE CORPORATION         18.050                     226,926.00
12/21                  3,528 89131  AMGEN INC                  70.630                     249,041.64
12/21                  5,040 91091  PEPSICO INC                63.210                     318,377.40
12/21                  3,780 93359  AMERICAN EXPRESS COMPANY   62.270                     235,229.60
12/21                 22,680 95341  PFIZER INC                 25.870                     585,824.60
12/21                 14,112 97591  BANK OF AMERICA            53.690                     757,109.28
12/21                  9,828 99591  PROCTER & GAMBLE CO        64.120                     629,778.36
12/21  16,250,000           42168  U S TREASURY BILL           99.063   16,097,737.50
                                    DUE 3/01/2007
                                            3/01/2007
12/21      15,617           46409  FIDELITY SPARTAN            1          15,617.00
                                    U S TREASURY MONEY MARKET
12/22                               BANK OF AMERICA            DIV                          7,902.72
                                    DIV 12/01/06 12/22/06
12/29                               FIDELITY SPARTAN           DIV                            110.86
                                    U S TREASURY MONEY MARKET
                                    DIV 12/29/06
```

CONTINUED ON PAGE    4

MDPTPP03456819

[Redacted]
[Redacted]
[Redacted]                                                          12/31/06              4
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0        [Redacted]


12/29                                     TRANS FROM 40 ACCT              JRNL                        292,069.00

12/29    8,375,000              2281 U S TREASURY BILL            98.682      8,264,617.50
                                     DUE 4/5/2007
                                              4/05/2007
12/29       10,001              6854 FIDELITY SPARTAN              1          10,001.00
                                     U S TREASURY MONEY MARKET
12/29                 41,231 83587 FIDELITY SPARTAN               1                          41,231.00

                                     U S TREASURY MONEY MARKET
12/29            16,600,000 88904 U S TREASURY BILL              99.166                   16,461,556.00

                                     DUE 3/01/2007
                                              3/01/2007
12/29    8,375,000            97809 U S TREASURY BILL            98.780      8,272,825.00
                                     DUE 3/29/2007
                                              3/29/2007

                                     NEW BALANCE                                                  .02


                                     SECURITY POSITIONS          MKT PRICE
            10,001               FIDELITY SPARTAN               1
                                     U S TREASURY MONEY MARKET
         8,375,000               U S TREASURY BILL              98.780
                                     DUE 3/29/2007
                                              3/29/2007
         8,375,000               U S TREASURY BILL              98.682
                                     DUE 4/5/2007
                                              4/05/2007

                                     MARKET VALUE OF SECURITIES
                                          LONG              SHORT
                                     16,547,443.50

MDPTPP03456820

[Redacted]
[Redacted]
[Redacted]                                                    12/31/06          5
[Redacted]
[Redacted]
[Redacted]                                     1-H0024-3-0    [Redacted]


                         YEAR-TO-DATE SUMMARY

               DIVIDENDS                                      285,425.85
               GROSS PROCEEDS FROM SALES                  141,072,172.20

MDPTPP03456821