# EXHIBIT 2

4/30/95  REDACTED                                                    1-H0024-3-0            1

MF00183202

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|------|------|------|-------|---|---|-------|--------|
|      |      |      |       | BALANCE FORWARD | | | 216,440.40 |
| 4/03 | 4/03 |      |       | CHECK | CW | 200,000.00 | |
| 4/03 | 4/03 |      |       | AMERICAN INTL GROUP INC | DIV | | 196.08 |
|      |      |      |       | DIV 3/03/95  3/17/95 | | | |
| 4/03 | 4/03 |      |       | COCA COLA CO | DIV | | 1,705.00 |
|      |      |      |       | DIV 3/15/95  4/01/95 | | | |
| 4/03 | 4/03 |      |       | EASTMAN KODAK CO | DIV | | 744.00 |
|      |      |      |       | DIV 3/01/95  4/03/95 | | | |
| 4/03 | 4/03 |      |       | MERCK & CO | DIV | | 2,232.00 |
|      |      |      |       | DIV 3/09/95  4/03/95 | | | |
| 4/03 | 4/03 |      |       | SEARS ROEBUCK & CO | DIV | | 744.00 |
|      |      |      |       | DIV 2/28/95  4/03/95 | | | |
| 4/12 | 4/12 |      |       | HEWLETT PACKARD CO | DIV | | 421.50 |
|      |      |      |       | DIV 3/22/95  4/12/95 | | | |
| 4/17 | 4/17 |      |       | CHRYSLER CORP | DIV | | 744.00 |
|      |      |      |       | DIV 3/15/95  4/14/95 | | | |
| 4/17 | 4/17 |      |       | WAL-MART STORES INC | DIV | | 655.70 |
|      |      |      |       | DIV 3/21/95  4/14/95 | | | |
| 4/13 | 4/21 | 1405 | 57406 | HEWLETT PACKARD CO | 123 1/2 | | 173,517.50 |
| 4/17 | 4/24 | 9673 | 102   | AT & T CORP | 51 3/8 | | 496,950.38 |
| 4/17 | 4/24 | 5776 | 2453  | FORD MOTOR COMPANY | 27 3/8 | | 158,118.00 |
| 4/17 | 4/24 | 9836 | 4808  | GENERAL ELECTRIC CO | 55 1/4 | | 543,439.00 |
| 4/17 | 4/24 | 4371 | 7162  | GENERAL MOTORS CORP | 43 7/8 | | 191,777.63 |
| 4/17 | 4/24 | 3279 | 9517  | INTERNATIONAL BUSINESS MACHS | 87 7/8 | | 288,142.13 |
| 4/17 | 4/24 | 2343 | 11872 | INTEL CORP | 96 | | 224,928.00 |
| 4/17 | 4/24 | 3747 | 14224 | JOHNSON & JOHNSON | 61 7/8 | | 231,845.63 |
| 4/17 | 4/24 | 4059 | 16579 | MCDONALDS CORP | 35 3/8 | | 143,587.13 |
| 4/17 | 4/24 | 2497 | 18934 | MINNESOTA MNG & MFG CO | 58 3/8 | | 145,762.38 |
| 4/17 | 4/24 | 2186 | 21289 | MOBIL CORP | 90 | | 196,740.00 |
| 4/17 | 4/24 | 7491 | 23643 | MERCK & CO | 43 5/8 | | 326,794.88 |
| 4/17 | 4/24 | 4838 | 28351 | PEPSICO INC | 40 3/4 | | 197,148.50 |
| 4/17 | 4/24 | 1874 | 30706 | SEARS ROEBUCK & CO | 52 1/2 | | 98,385.00 |
| 4/17 | 4/24 | 13114| 35132 | WAL-MART STORES INC | 25 3/8 | | 332,767.75 |
| 4/17 | 4/24 | 7180 | 37487 | EXXON CORP | 67 5/8 | | 485,547.50 |
| 4/17 | 4/24 | 1718 | 64807 | AMERICAN INTL GROUP INC | 104 3/4 | | 179,960.50 |
| 4/17 | 4/24 | 3122 | 67162 | AMERITECH CORP | 43 7/8 | | 136,977.75 |
| 4/17 | 4/24 | 2964 | 69517 | AMOCO CORP | 62 1/2 | | 185,250.00 |
| 4/17 | 4/24 | 936  | 71872 | ATLANTIC RICHFIELD CO | 115 1/8 | | 107,757.00 |
| 4/17 | 4/24 | 1874 | 74227 | BOEING CO | 55 3/8 | | 103,772.75 |
| 4/17 | 4/24 | 2029 | 76566 | BANKAMERICA CORP | 49 1/4 | | 99,928.25 |
| 4/17 | 4/24 | 2498 | 78908 | BELL ATLANTIC CORP | 54 | | 134,892.00 |
| 4/17 | 4/24 | 2811 | 81263 | BRISTOL MYERS SQUIBB COMPANY | 64 | | 179,904.00 |

CONTINUED ON PAGE    2

4/30/95 REDACTED                                             1-H0024-3-0           2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/17 | 4/24 | | 1874 | 83618 | CHRYSLER CORP | 48 3/8 | 90,654.75 |
| 4/17 | 4/24 | | 2340 | 85973 | CITICORP | 47 3/8 | 110,857.50 |
| 4/17 | 4/24 | | 3903 | 88327 | DU PONT E I DE NEMOURS & CO | 62 1/8 | 242,473.88 |
| 4/17 | 4/24 | | 3121 | 90682 | THE WALT DISNEY CO | 54 5/8 | 170,484.63 |
| 4/17 | 4/24 | | 1561 | 93037 | DOW CHEMICAL CO | 72 1/8 | 112,587.13 |
| 4/17 | 4/24 | | 1873 | 95392 | EASTMAN KODAK CO | 53 1/8 | 99,503.13 |
| 4/17 | 4/24 | | 7803 | 97746 | COCA COLA CO | 58 | 452,574.00 |
| 4/24 | 4/24 | | | | FIDELITY CASH RESERVES SBI DIV 4/24/95 | DIV | 256.26 |
| 4/24 | 4/24 | | 67848 | 40953 | FIDELITY CASH RESERVES SBI | 1 | 67,848.00 |
| 4/25 | 4/25 | | | | GENERAL ELECTRIC CO DIV 3/07/95 4/25/95 | DIV | 4,003.65 |
| 4/21 | 4/28 | 3618 | | 368 | MCI COMMUNICATIONS CORP | 22 | 79,596.00 |
| 4/21 | 4/28 | 2144 | | 2735 | MINNESOTA MNG & MFG CO | 58 1/2 | 125,424.00 |
| 4/21 | 4/28 | 2010 | | 5102 | MOBIL CORP | 92 | 184,920.00 |
| 4/21 | 4/28 | 6700 | | 7469 | MERCK & CO | 42 1/8 | 282,237.50 |
| 4/21 | 4/28 | 4154 | | 14570 | PEPSICO INC | 40 1/2 | 168,237.00 |
| 4/21 | 4/28 | 2010 | | 16937 | SEARS ROEBUCK & CO | 53 1/2 | 107,535.00 |
| 4/21 | 4/28 | 1206 | | 19304 | SCHLUMBERGER LTD | 62 7/8 | 75,827.25 |
| 4/21 | 4/28 | 3350 | | 21671 | SOUTHERN CO | 21 | 70,350.00 |
| 4/21 | 4/28 | 8174 | | 24038 | AT & T CORP | 49 1/2 | 404,613.00 |
| 4/21 | 4/28 | 12194 | | 26405 | WAL-MART STORES INC | 24 3/8 | 297,228.75 |
| 4/21 | 4/28 | 6432 | | 28772 | EXXON CORP | 69 1/4 | 445,416.00 |
| 4/21 | 4/28 | 1608 | | 43559 | AMERICAN INTL GROUP INC | 103 | 165,624.00 |
| 4/21 | 4/28 | 2814 | | 45926 | AMERITECH CORP | 44 | 123,816.00 |
| 4/21 | 4/28 | 2546 | | 48293 | AMOCO CORP | 64 | 162,944.00 |
| 4/21 | 4/28 | 804 | | 50660 | ATLANTIC RICHFIELD CO | 115 1/2 | 92,862.00 |
| 4/21 | 4/28 | 2546 | | 53027 | AMERICAN EXPRESS COMPANY | 35 | 89,110.00 |
| 4/21 | 4/28 | 1742 | | 55394 | BOEING CO | 55 1/4 | 96,245.50 |
| 4/21 | 4/28 | 1876 | | 57761 | BANKAMERICA CORP | 49 3/4 | 93,331.00 |
| 4/21 | 4/28 | 2278 | | 60128 | BELL ATLANTIC CORP | 53 3/4 | 122,442.50 |
| 4/21 | 4/28 | 2680 | | 62495 | BRISTOL MYERS SQUIBB COMPANY | 64 1/8 | 171,355.00 |
| 4/21 | 4/28 | 1876 | | 64862 | CHRYSLER CORP | 44 1/2 | 83,482.00 |
| 4/21 | 4/28 | 2010 | | 67229 | CITICORP | 46 3/4 | 93,967.50 |
| 4/21 | 4/28 | 2814 | | 69596 | DU PONT E I DE NEMOURS & CO | 63 | 177,282.00 |
| 4/21 | 4/28 | 2680 | | 71963 | THE WALT DISNEY CO | 54 1/2 | 146,060.00 |
| 4/21 | 4/28 | 1340 | | 74330 | DOW CHEMICAL CO | 70 | 93,800.00 |
| 4/21 | 4/28 | 1742 | | 76697 | EASTMAN KODAK CO | 56 5/8 | 98,640.75 |
| 4/21 | 4/28 | 5360 | | 79064 | FORD MOTOR COMPANY | 27 | 144,720.00 |
| 4/21 | 4/28 | 8978 | | 81431 | GENERAL ELECTRIC CO | 54 3/8 | 488,178.75 |
| 4/21 | 4/28 | 3886 | | 83798 | GENERAL MOTORS CORP | 43 3/8 | 168,555.25 |
| 4/21 | 4/28 | 2680 | | 86165 | HEWLETT PACKARD CO | 63 3/4 | 170,850.00 |
| 4/21 | 4/28 | 3082 | | 88532 | INTERNATIONAL BUSINESS MACHS | 89 3/8 | 275,453.75 |
| 4/21 | 4/28 | 2144 | | 90899 | INTEL CORP | 92 3/4 | 198,856.00 |
| 4/21 | 4/28 | 3350 | | 93266 | JOHNSON & JOHNSON | 63 | 211,050.00 |

CONTINUED ON PAGE   3

```
4/30/95 REDACTED                                        1-H0024-3-0            3


4/21  4/28   6700     95633 COCA COLA CO            57 3/8     384,412.50
4/21  4/28   3618     98000 MCDONALDS CORP          34 3/4     125,725.50
4/28  4/28            DOW CHEMICAL CO               DIV                         1,014.65
                      DIV 3/31/95  4/28/95
4/28  4/28  38434     33529 FIDELITY CASH RESERVES SBI   1      38,434.00

                           NEW BALANCE                                         480,951.42


                      SECURITY POSITIONS              LONG         SHORT       DIFFERENCE

AT & T CORP                        8174               404,613.00               404,613.00
AMERICAN EXPRESS COMPANY           2546                89,110.00                89,110.00
AMERICAN INTL GROUP INC            1608               165,624.00               165,624.00
AMERITECH CORP                     2814               123,816.00               123,816.00
AMOCO CORP                         2546               162,944.00               162,944.00
ATLANTIC RICHFIELD CO               804                92,862.00                92,862.00
BANKAMERICA CORP                   1876                93,331.00                93,331.00
BELL ATLANTIC CORP                 2278               122,442.50               122,442.50
BOEING CO                          1742                96,245.50                96,245.50
BRISTOL MYERS SQUIBB COMPANY       2680               171,855.00               171,855.00
CHRYSLER CORP                      1876                83,482.00                83,482.00
CITICORP                           2010                93,967.50                93,967.50
COCA COLA CO                       6700               384,412.50               384,412.50
THE WALT DISNEY CO                 2680               146,060.00               146,060.00
DOW CHEMICAL CO                    1340                93,800.00                93,800.00
DU PONT E I DE NEMOURS & CO        2814               177,282.00               177,282.00
EASTMAN KODAK CO                   1742                98,640.75                98,640.75
EXXON CORP                         6634               445,416.00               445,416.00
FIDELITY CASH RESERVES SBI          384                38,434.00                38,434.00
FORD MOTOR COMPANY                 5360               144,720.00               144,720.00
GENERAL ELECTRIC CO                8978               488,178.75               488,178.75
GENERAL MOTORS CORP                3886               168,555.25               168,555.25
HEWLETT PACKARD CO                 2680               170,850.00               170,850.00
INTEL CORP                         2144               198,856.00               198,856.00
INTERNATIONAL BUSINESS     .S      3082               275,453.75               275,453.75
JOHNSON & JOHNSON                  3350               211,050.00               211,050.00
MCI COMMUNICATIONS CORP            3618                79,596.00                79,596.00
MCDONALDS CORP                     3618               125,725.50               125,725.50
MERCK & CO                         6700               282,237.50               282,237.50
MINNESOTA MNG & MFG CO             2144               125,424.00               125,424.00

                      CONTINUED ON PAGE    4
```

4/30/95 REDACTED                           1-H0024-3-0          4

| | | | |
|---|---|---|---|
| MOBIL CORP | 2010 | 184,920.00 | 184,920.00 |
| PEPSICO INC | 4154 | 168,237.00 | 168,237.00 |
| SCHLUMBERGER LTD | 1206 | 75,827.25 | 75,827.25 |
| SEARS ROEBUCK & CO | 2010 | 107,535.00 | 107,535.00 |
| SOUTHERN CO | 3350 | 70,350.00 | 70,350.00 |
| WAL-MART STORES INC | 12194 | 297,228.75 | 297,228.75 |
| | END OF POSITIONS | 6,259,082.50 | 480,951.42CR |

MF00183205