# EXHIBIT 9

```
          0·  *

  63,864·42  +
      13·99  +
  63,878·41  *

  63,878·41  ÷
     83·875  =
     761·59  *

     83·875  ×
       761·  =
  63,828·88  +I
  63,828·88  ×
      0·025  =
   1,595·72  *

   1,595·72  ÷
         4·  ×
         8·  =
   3,191·44  *

   3,191·44  +I
       761·  ×
       2·25  =
   1,712·25  *

   1,712·25  ×
    0·03125  =
      53·51  +I
  67,073·83  ◇I
  67,073·83  ÷
   1,712·25  =
      39·17  *

      39·25  ×
   1,712·25  =
  67,205·81  -I
    131·98-*I

    131·98-÷
      0·125  =
   1,055·84-*

   1,712·00  +
   1,052·00  -
     660·00  *
```

I + C Lipkin 56 180.81 80

| | | | | |
|---|---|---|---|---|
| 1/21 Res Oil 2107.13 | 56 172.00 | 58 279.13 | 6 2½ 3/10 INA | ~~8.81~~ |
| 3/13 INA | 58 268.25 | 61.181.80 | 8 2½ 5/8 Heinz | ~~19.69~~ |
| 5/8 Heinz 2676.92 | 61 187.50 | 63 864.42 | 7 2½ 7/1 Aetna | ~~13.99~~ |
| 6/30 Aetna 3191.88 | 63 828.88 | 67 020.76 | 8 2½ 9/1 Amax | ~~49.53~~ |
| 9/5 Amax 3350.40 | 67 008 – | 70 358.40 | 8 2½ 10/30 Rockwell | ~~62.29~~ |
| 10/30 Rockwell 3520.66 | 70 404.75 | 73 925.41 | 8 2½ 12/31 Tomlinson | 15.94 |
| 12/31 Check | 10 000 – | | " | |
| Check | | 5000 – | " | |

68 941.35



ICE - Aetna Life
+ Casualty 2 PJL
761 @ 83 7/8 =
63828.88
1052 39 1/8
41159.50
32.88
41126.62
660 39 1/4 = 25905 -
20.63
25884.37
1 = 9.77
6/23 B
6/25 S
67020.26
8 - 2 1/2
1712.25
9/1
3191.88

```
        0· *

61,201·49 ÷
     27·5 =
 2,225·51 *

     27·5 ×
   2,225· =
61,187·50 +I
61,187·50 ×
    0·025 =
 1,529·69 *

 1,529·69 ÷
       4· ×
       7· =
 2,676·96 *

 2,676·96 +I
   2,225· ×
     0·75 =
 1,668·75 *

 1,668·75 ×
  0·03125 =
    52·15 +I
63,916·61 ◇I
63,916·61 ÷
 1,668·75 =
    38·30 *

   38·375 ×
 1,668·75 =
64,038·28 -I
  121·67-*I

  121·67-÷
    0·125 =
  973·36-*

 1,668·00 +
   973·00 -
   695·00 *
```



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/80 | 5/5/80 |

IDENTIFICATION NO.

CONTRA PARTY: REDACTED — IRWIN & CAROLE LIPKIN

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD    NSCC    SIAC    DTC    SIPC

COMPARISON DUPLICATE

MADTSS00400986



Pg 7 of 12

MADF

# Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

IRWIN & CAROLE LIPKIN
REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 973 | | HEINZ | 37186.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/4 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE

MADTSS00400988

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX    235130
WATS (800) 221-2242

| ORIGINATOR NO | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 |

IDENTIFICATION NO.

CONTRA PARTY: **REDACTED** — IRWIN & CAROLE LIPKIN

C.H. NUMBER: SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| BOT | 605 | | HEINZ |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 38 3/8 | 26670.63 | | 21.72 | | | | 26648.91 |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADTSS00400990



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
OPS. DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES HEINZ 28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

ICE – Heing

2225 27½ 61.187.50

| | | |
|---|---|---|
| 973 | 38¼ | 37217.25 |
| | | 30 41 |
| | | 37186.84 |
| 695 | 38⅜ = | 26670.63 |
| | | 21.72 |
| | | 26648.91 |

7 = 28, 67

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

REDACTED

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

YOUR ACCOUNT NUMBER

YOUR TAX PAYER IDENTIFICATION NUMBER

PERIOD ENDING: 12/31/80

PAGE

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | F | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| | | 1330 | | INA CORP | 30 | | 39,858.44 |
| | | F | | INA CORP | | | 14.92 |
| | 2726 | 973 | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| | 2225 | | | INA CORP $2.90 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | F | | HEINZ COM | | | 26.67 |
| | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| | | F | | AETNA LIFE COM. | | | 9.77 |
| | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | F | | AMAX INC. | | | 9.77 |
| | | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.58 |
| | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | F | | ROCKWELL INTL | | | 10.23 |
| | 2497 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 72,846.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.33 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

HJ Herring 1.70 3rd (P..)
TP = .75 C
1/9/79 - 5/18 D | 1P = 1.5
8/13/79 - 10/1 D | 9/29 - 11/16
12/1/79 - 1/22 D | 12/2/81 - 1/25/82
12/19/80 - 4/8 D | 2/3/82 - 4/7/82
5/7/80 - 7/2 | 6/30/82 - 9/7/82
8/7/80 - 10/3 | 9/20/82 - 11/24/82
11/27/80 - 1/20/81 | ~~4/../84~~ - 4/24/84 - 7/3/84
3/4/81 - 5/5 | 8/8/84 - 10/11/84
7/30/81 - 9/16