# EXHIBIT 17

## Excerpt from DTCABAL data file

```
Browse : JCP/DTCABAL2(DTCABAL)
Record :      1  of     12 by  18            Column :    1    200 by 131
Control :

....+....1....+....2....+....3....+....4....+....5....+....6....+....7....+....8....+....9....+....0....+....1....+
       *************Beginning of data**************
0019571090010                 00000000648101110940000000001226AT&T CORP           <0000000AT&T CORP          <
0019571090143340422S2          00000000648101110940000000185378AT&T CORP           <0000000AT&T CORP          <
0019571090148101116S8          00000000648101110940000000077652AT&T CORP           <0000000AT&T CORP          <
0019571090148410928S7          00000000648101110940000000126149AT&T CORP           <0000000AT&T CORP          <
0019571090148490907S9          00000000648101110940000000093745AT&T CORP           <0000000AT&T CORP          <
0019571090148300626S6          00000000648101110940000000173247AT&T CORP           <0000000AT&T CORP          <
0019571090149561029S8          00000000648101110940000000144259AT&T CORP           <0000000AT&T CORP          <
0019571090022               000000006481010261100000001442510AT&T CORP            <0000000AT&T CORP          <
002824100010              0000000064610111094000000000006703ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
002824100022              0000000064610102611000000007409000ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
003387107010               0000000064610110494000000000005000ABEX INC CLASS A    +0000000ABEX INC CLASS A   +
004898102010               0000000084610042594000000000020289ACRO ENERGY CORP    +0000110ACRO ENERGY CORP   +
       *************End of Data*********************
```

## Portion of DTC021 RPG II Code

```
0001 H   16                  1              DTC021
0002 F********************************************************BTS002
0003 F* PROCEDURE: DTCPPST1                         *BTS002
0004 F* DTC021- PRINT DTC PARTICIPANT POSITION STATEMENT REPORT.   *BTS002
0005 F*    NO LONGER DOWN LOAD TO [REDACTED] NTED ON AS/400    *BTS002
0006 F*    LASER USING FORMSPRINT.                  *BTS002
0005 F*          CREATED 11-08-95  [REDACTED]  *BTS002
0003 F*                           *BTS002
0006 F********************************************************BTS002
0017 FDTCAPIBAIPE F2000 200       DISK
0012 FPRINT  O  F 198 198     PRINTER            BTS002
0012 F*                        BTS002
0010 E       CHIL    42  1        CHILLS ARRAY  BKCS3J
0017 E*                      DTC005
0018 IDTCAPIBANS  01                     DTC004
0022 I                 1  12 CUSTYPL1     DTC004
0022 I                 1  9 CUSIP L2     DTC004
0022 I                 10  12 ACTTYP      DTC004
0023 I                 13  150PLBANK      DTC004
0023 I                 16  210LOANDT      DTC004
0023 I                 22  280SERIAL      DTC004
0023 I                 29  29 REORCD      DTC004
0022 I                 30  32 RAMSCD      BKTR64
0023 I                 33  340RAMSEQ      BKTR64
0024 I                 35  400TRADDT      BKTR64
0024 I                 41  450PART#       BKTR64
```

**DTCS Box Definition Screen**

```
                   F O R M
    Left     Right
    Edge     Edge      Top      E
    4        10        5        1
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -
    _____   _____   _____   -

    F2=Prev Page F3=Next Page
    F6=Vertical Lines F7=Hori
        F13=Multipage Copy/C
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                    DATA MAPPER - Variable Text Locations
                    DTCS
                            ___ Millimeters ___
                            From From  Right
    Ref      Definition     Page Top  Left  Edge  Lines    Equation
     1  L1 Dont Print        1   5     5     100   1    NP
     2  Header Line 1        1   14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
     3  Header Line 2-3      1   17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
     4  Macro Calls          1   23.73 4     206   56   TRIM1/5
     5  Data                 1   23.73 8     206   56   COPYR4 TRIM7/67
     6                                                  A3502070/1/8/12
     7  L61                  1   5     5     100   1    PG
     8  _____    __  ____  ____  ____  ___  _____
     9  _____    __  ____  ____  ____  ___  _____
    10  _____    __  ____  ____  ____  ___  _____
    11  _____    __  ____  ____  ____  ___  _____
    12  _____    __  ____  ____  ____  ___  _____
    13  _____    __  ____  ____  ____  ___  _____
    14  _____    __  ____  ____  ____  ___  _____
    15  _____    __  ____  ____  ____  ___  _____

    F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
    F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
    F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```