# EXHIBIT 18

```
ACCOUNT #   1-H0024-3  [Redacted]                        REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                      INITIAL INVESTMENT                                        24,779,091.54CR
                      PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR           8,231,648.02
                      ADJUSTMENTS
                      CAPITAL ADDITIONS
                      CAPITAL WITHDRAWALS                                       16,565,905.02
                      NET WORKING CAPITAL                                        8,213,186.52CR
                      BENCHMARK RATE OF RETURN                  18.00 %
                      BENCHMARK RETURN FOR 365 DAYS                              1,496,404.94CR
                      CAPITAL GAINS AND LOSSES                                      10,720.00CR
                      DIVIDENDS AND INTEREST                                         7,741.50CR
                      REALIZED P/L                                                  18,461.50CR
                      UNREALIZED P/L
                      PROFITS WITHDRAWN
                      OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                1,477,943.44-
                      CURRENT CASH BALANCE
                      NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                      TOTAL EQUITY
                      PRIOR YEAR END EQUITY             16,547,443.52CR
                      ANNUALIZED RETURN FOR CURRENT YEAR        22.59 %
                      PROJECTED ANNUALIZED RATE OF RETURN       22.53 %
                      BUYING POWER              OVER/UNDER       9,710-
```