# EXHIBIT 20

**Screen shot of Restored AS/400: IA Business Main Menu**

```
COMMAND
            ------------------------------------------
           | MENU : MAIN - TGIF HOUSE 17 MAIN MENU    |
           |            COPYRIGHTS 1993               |
           | BERNARD L. MADOFF INVESTMENT SECURITIES  |
            ------------------------------------------


           (1)  MENU BACKUP.              (13) MENU SETUPS.
           (2)  MENU CASH17.              (14) MENU TRADES.
           (3)  MENU DIV17.               (15) MENU TAPE.
           (4)  MENU EACHK.
           (5)  MENU LNGPOS.
           (6)  MENU MAINT.
           (7)  MENU MADF17.
           (8)  MENU NAMENU.
           (9)  MENU PORT.
           (10) MENU SWEEPS.
           (11) MENU TEFRA.
Ready for option number or command          (24) SIGN OFF.


===>  _____
      _____
```

**Screen shot of Restored AS/400: Basket Trading System ("BTS:") Menu**

**(Option 20 from MADF17 menu)**

```
COMMAND                      MENU: LNGPOS                          W3
Select one of the following:

 1. LONGPOS                          13. PRC001 - Longpos Price Change
 2. LONGPOS1 - Update A.LNGPOS       14.
 3. LONGPOS2 - Report by Acct        15.
 4. LONGPOS3 - Report By Symbol      16.
 5. LONGPOS6 - Ann's Rpt by Acct     17.
 6. LONGPOS7 - Ann's Rpt by Symbol   18.
 7. LONGPOS4 - Indv. Rpt by Acct     19. LONGPOS5 - Indv. Ann's by Sym
 8. LPEDIT   - EOM Lngpos/Stkrec     20. PORTPRI3 - Cusip Chg Price Upd
 9. PORTPRIC - Update Prices File    21.
10. SAVEPRIC _ Save Prices File      22. LPEDIT2 - AFTER EOM Lngpos/Sr
11. PRICERPT - Frank's Prices Rpt    23. GO TO MAIN MENU.
12. LONG13   - Process Splits        24.




Ready for option number or command
===>  _____
      _____
```