**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br><br>INTESA SANPAOLO SPA (AS SUCCESSOR IN INTEREST TO BANCA INTESA SPA), EURIZON CAPITAL SGR SPA (AS SUCCESSOR IN INTEREST TO EURIZON INVESTIMENTI SGR SPA, F/K/A NEXTRA INVESTMENT MANAGEMENT SGR SPA, AND EURIZON ALTERNATIVE INVESTMENTS SGR SPA, FKA NEXTRA ALTERNATIVE INVESTMENTS SGR SPA), EURIZON LOW VOLATILITY F/K/A NEXTRA LOW VOLATILITY, EURIZON LOW VOLATILITY II F/K/A NEXTRA LOW VOLATILITY II, EURIZON LOW VOLATILITY PB F/K/A NEXTRA LOW VOLATILITY PB, EURIZON MEDIUM VOLATILITY F/K/A NEXTRA MEDIUM VOLATILITY, EURIZON MEDIUM VOLATILITY II F/K/A NEXTRA MEDIUM | Adv. Pro. No. 12-01680 (CGM) |

29665220.2

1

|  |  |
|---|---|
| VOLATILITY II, EURIZON TOTAL RETURN F/K/A NEXTRA TOTAL RETURN,<br><br>Defendants. | Re: ECF Nos. 95, 96, 97, 98, 99, 101 |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities and the estate of Bernard L. Madoff, and defendants,[1] Eurizon Capital SGR SpA, f/k/a Nextra Alternative Investments SGR SpA, Eurizon Low Volatility, f/k/a Nextra Low Volatility, and Eurizon Medium Volatility, f/k/a Nextra Medium Volatility (collectively, the "Defendants," and together with the Trustee, the "Parties" and each a "Party"), by and through their respective, undersigned counsel, stipulate as follows:

**WHEREAS**, on April 15, 2022, the Defendants filed a motion to dismiss the Trustee's complaint (the "Motion"), ECF No. 95, with a memorandum of law and supporting declaration, ECF Nos. 96-97;

**WHEREAS**, on June 14, 2022, the Trustee filed an opposition to the Motion, ECF No. 99;

**WHEREAS**, on July 14, 2022, the Defendants filed a reply in further support of their Motion, ECF No. 101;

**WHEREAS**, pursuant to a notice of hearing, ECF No. 98, the Court scheduled a hearing to consider the Motion to be held on September 14, 2022, at 10:00 A.M.; and

**WHEREAS**, the Parties have met and conferred and have agreed to rest on their papers and waive oral argument on the Motion.

---

[1] On March 29, 2022, the Trustee dismissed Intesa Sanpaolo SpA, Eurizon Low Volatility II, f/k/a Nextra Low Volatility II, Eurizon Low Volatility PB, f/k/a Nextra Low Volatility PB, Eurizon Medium Volatility II, f/k/a Nextra Medium Volatility II, and Eurizon Total Return, f/k/a Nextra Total Return from the above-captioned matter. *See Stipulation and Order to Dismiss Certain Transfers Alleged in the Complaint and Set a Briefing Schedule* (ECF No. 93).

29665220.2

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and the hearing scheduled for September 14, 2022, at 10:00 A.M., to consider the Motion is cancelled and will be removed from the Court's calendar.

2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated:  August 23, 2022
         New York, New York

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **DAVIS POLK & WARDWELL LLP** |
|---|---|
| By: /s/ *Matthew B. Lunn* | By: /s/ *Andrew Ditchfield* |
| Rockefeller Center | 450 Lexington Avenue |
| 1270 Avenue of the Americas, Suite 2210 | New York, New York 10017 |
| New York, New York 10020 | Telephone: (212) 450-4000 |
| Telephone: (212) 332-8840 | Facsimile: (212) 701-5800 |
| Facsimile: (212) 332-8855 | Elliot Moskowitz |
| Matthew B. Lunn | Email: elliot.moskowitz@davispolk.com |
| Email: mlunn@ycst.com | Andrew Ditchfield |
| Justin P. Duda | Email: andrew.ditchfield@davispolk.com |
| Email: jduda@ycst.com | |
| Roxanne M. Eastes | |
| Email: reastes@ycst.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants Eurizon Capital SGR SpA (as successor in interest to Eurizon Investimenti SGR SpA, f/k/a Nextra Investment Management Sgr SpA, and Eurizon Alternative Investments SGR SpA, f/k/a Nextra Alternative Investments SGR SpA), Eurizon Low Volatility f/k/a Nextra Low Volatility, and Eurizon Medium Volatility f/k/a Nextra Medium Volatility* |



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

**Dated: August 25, 2022
Poughkeepsie, New York**

29665220.2