**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,Plaintiff-Applicant,v.BERNARD L. MADOFF INVESTMENT SECURITIES LLC,Defendant, | Adv. Pro. No. 08-01789 (CGM)SIPA Liquidation(Substantively Consolidated) |
| In re:BERNARD L. MADOFF,Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,Plaintiff,v.SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor | Adv. Pro. No. 12-01677 (CGM) |

| | |
|---|---|
| Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (*f/k/a* Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF;<br><br>                    Defendants. | |

## CORPORATE OWNERSHIP STATEMENT OF SOCIETE GENERALE LUXEMBOURG

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1-1, and to enable the Court to evaluate possible disqualification or recusal, Defendant Societe Generale Luxembourg (f/k/a Societe Generale Bank & Trust S.A.) identifies Société Générale S.A. as its ultimate parent corporation and states that no other publicly held corporation directly or indirectly owns 10% or more of its equity interests.

Dated: August 25, 2022
       New York, New York

Respectfully Submitted,

ALLEGAERT BERGER & VOGEL LLP

By: */s/* John F. Zulack_____
John F. Zulack
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: jzulack@abv.com

– *AND* –

MAYER BROWN LLP

By: */s/* Christopher J. Houpt_____
Steven Wolowitz
Christopher J. Houpt

Bradley A. Cohen
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500
Email: swolowitz@mayerbrown.com
Email: choupt@mayerbrown.com
Email: bacohen@mayerbrown.com

*Counsel for Societe Generale Luxembourg*
*(f/k/a Societe Generale Bank & Trust S.A.)*