# EXHIBIT 2

*Republic of Panama*
*Superintendency of Banks*

RESOLUTION S.B.P. No. 001-2010
(of 12 January 2010)

The Superintendent of Banks,
in use of his legal powers, and

WHEREAS:

**BLUBANK LTD.**, is a bank duly organized according to foreign legislation, empowered to operate in Panama and registered in Document F.C. 00775, Roll 51681 and Image 0069 of the Microfilms Mercantile Section of the Public Registry, with an International License granted by means of Resolution No. 26-96 of 21 November 1996;

By means of Resolution S.B. No. 41-2003 of 8 May 2003, this Superintendency of Banks authorized it to change its corporate name from **INTERBANC OVERSEAS LTD.** to **BLUBANK LTD**;

**BLUBANK LTD.**, through a special agent, has requested for an authorization to change its corporate name to **INTELIGO BANK LTD.**;

According to the provisions of Rule No. 1-81 of 17 February 1981, will be authorized the usage of a sole name as the corporate of a Bank;

According to the provisions set forth in number 17 of Article 16 of Banking Law, it is the duty of the Superintendent of Banks to authorize the reforms to Bank corporate charters, and

The request submitted by **BLUBANK LTD.** deserves no objections.

RESOLVES:

<u>SOLE ARTICLE</u>: To authorize to **BLUBANK LTD.**, to change its corporate name to **INTELIGO BANK LTD.**

Given in the city of Panama, on twelfth (12th) January, two thousand ten (2010).

LET IT BE KNOWN, PUBLISHED, AND ENFORCED.

Alberto Diamond R.
Superintendent of Banks

Ref. No.: SG-TRAD-2010373
Prepared by: S.L. de Sánchez
Date: 17/11/10