# EXHIBIT 4

# LIONBRIDGE

| STATE OF NEW YORK | ) | |
| | ) | |
| | ) | ss |
| | ) | |
| COUNTY OF NEW YORK | ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. FG-05478169–FG-05478170.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __1__ day of __April__, 20__22__.

_____
JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Thursday, January 20, 2005 10:57 PM |
| To: | "Rodríguez, Silka" |
| Cc: | Soo, Yamileth; LB Team; "González, Denis" |
| Subject: | RE: Documentos de Suscripción |
| Attachments: | Sigma Sub doc - Lourdes.pdf; Sigma Offering Memo.pdf |

Here they are.

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450

---

**From:** "Rodríguez, Silka" [mailto:srodriguez@blubank.net]
**Sent:** Thursday, January 20, 2005 5:53 PM
**To:** Veronica Barco
**Cc:** Soo, Yamileth; LB Team; "González, Denis"
**Subject:** RE: Subscription Documents

Hi Verónica, at Sigma we're going to subscribe for the first time. We would appreciate it if you could send us the subscription form corresponding to first-time subscriptions.

Thanks,

Silka

> -----Original message-----
> **From:** Veronica Barco [mailto:veronica@fggus.com]
> **Sent:** Thursday, January 20, 2005 5:49 PM
> **To:** "González, Denis"
> **CC:** Soo, Yamileth ; "Rodríquez, Silka"; LB Team
> **Subject:** RE: Subscription Documents
>
> Dear Denis,
>
> Thanks for your message today. In accordance with your request, I'm sending you the following updated documentation:
>
> - *Short Subscription Form Fairfield Sentry Limited*
> - *Short Subscription Form Fairfield Sigma Limited*
> - *Subscription and Redemption deadlines*
>
> Let me know if you need additional information.

1

CONFIDENTIAL

FGANW005330640
FG-05478169

FG-05478169.0001

Regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319-6060
Fax: (212) 319-0480

-----Original message-----
**From:** González, Denis
**Sent:** Thursday, January 20, 2005 12:29 PM
**To:** veronica@fggus.com
**Subject:** Subscription Documents

Hi Verònica,

Please provide the Subscription documents for Fairfield Sigma and Fairfield Sentry Ltd. This last one because the series was unified. These subscriptions are for the month of January of this year.

Regards,
Denis

---

This communication is internal and for the sole use of the recipient. It may contain confidential or privileged information. We assume no responsibility for the opinions or conclusions that are derived from its content. If you receive this message in error, we would appreciate it if you would immediately report it to the sender's email address or by phone at (507) 265-7300.

---

This communication is internal and for the sole use of the recipient. It may contain confidential or privileged information. We assume no responsibility for the opinions or conclusions that are derived from its content. If you receive this message in error, we would appreciate it if you would immediately report it to the sender's email address or by phone at (507) 265-7300.

CONFIDENTIAL                                                              FGANW005330641
                                                                          FG-05478170

FG-05478169.0002

FG-05478169.0003

| | |
|---|---|
| **From:** | Veronica Barco [veronica@fggus.com] |
| **Sent:** | Thursday, January 20, 2005 10:57 PM |
| **To:** | "Rodríguez, Silka" |
| **Cc:** | Soo, Yamileth; LB Team; "González, Denis" |
| **Subject:** | RE: Documentos de Suscripciòn |
| **Attachments:** | Sigma Sub doc - Lourdes.pdf; Sigma Offering Memo.pdf |

Aqui estan.

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450

---

**From:** "Rodríguez, Silka" [mailto:srodriguez@blubank.net]
**Sent:** Thursday, January 20, 2005 5:53 PM
**To:** Veronica Barco
**Cc:** Soo, Yamileth; LB Team; "González, Denis"
**Subject:** RE: Documentos de Suscripciòn

Hola Verónica en Sigma vamos a suscribir por primera vez.  Te agradeceriamos nos enviaras el formulario de suscripción correspondientes a suscripciones por primera vez.

Gracias,

Silka

> -----Mensaje original-----
> **De:** Veronica Barco [mailto:veronica@fggus.com]
> **Enviado el:** Thursday, January 20, 2005 5:49 PM
> **Para:** "González, Denis"
> **CC:** Soo, Yamileth; "Rodríguez, Silka"; LB Team
> **Asunto:** RE: Documentos de Suscripciòn
>
>
> Estimado Denis,
>
> Gracias por tu mensaje del dia de hoy.  De acuerdo a tu solicitud, te envio la siguiente documentacion actualizada:
>
> - *Short Subscription Form Fairfield Sentry Limited*
> - *Short Subscription Form Fairfield Sigma Limited*
> - *Subscription and Redemption deadlines*
>
> Dejame saber si necesitas informacion adicional.

1

CONFIDENTIAL

FGANW005330640
FG-05478169

FG-05478169.0004

Saludos,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450

-----Mensaje original-----
**De:** González, Denis
**Enviado el:** Thursday, January 20, 2005 12:29 PM
**Para:** 'veronica@fggus.com'
**CC:** Soo, Yamileth; Rodríguez, Silka
**Asunto:** Documentos de Suscripciòn

Hola Verònica,

Favor proporcionar los documentos de Suscripciòn para Fairfield Sigma y Fairfield Sentry Ltd. Este ùltimo debido a que se unificaron las series. Estas suscripciones son para el mes de enero del presente.

Saludos,
Denis

---

La  presente comunicacion es de caracter interno y de uso exclusivo del destinatario. Puede contener informacion confidencial o privilegiada.  No asumimos responsabilidad por las opiniones o conclusiones que se deriven de su contenido.  Si recibe este mensaje por error agradeceremos dar aviso de inmediato a la direccion de correo electronico del remitente o al telefono (507) 265-7300.

---

La presente comunicacion es de caracter interno y de uso exclusivo del destinatario. Puede contener informacion confidencial o privilegiada. No asumimos responsabilidad por las opiniones o conclusiones que se deriven de su contenido. Si recibe este mensaje por error agradeceremos dar aviso de inmediato a la direccion de correo electronico del remitente o al telefono (507) 265-7300.

CONFIDENTIAL

FGANW005330641
FG-05478170

FG-05478169.0005