# EXHIBIT 6

# LIONBRIDGE

STATE OF NEW YORK            )
                             )
                             )    ss
                             )
COUNTY OF NEW YORK           )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates nos. FG-00195941-FG-00195943.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this _12_ day of _August_, 20_22_.

_____
JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

From: Gordon McKenzie [gordon@fggus.com]
Sent: 6/16/2005 5:07:43 PM
To: Sam Nakhleh [sam@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
CC:
Subject: RE: Fairfield Sigma Limited

yes

-----

From: Sam Nakhleh
Sent: Thursday, June 16, 2005 1:07 PM
To: Amit Vijayvergiya; Gordon McKenzie
Subject: RE: Fairfield Sigma Limited

Is this ok to accept?

-----

From: Sam Nakhleh
Sent: Thursday, June 16, 2005 11:27 AM
To: Amit Vijayvergiya; Gordon McKenzie
Cc: CarlaVeronicaLakshmi
Subject: FW: Fairfield Sigma Limited
Importance: High

Amit / Gord,

Please advise.

Thanks

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080696
FG-00195941

FG-00195941.0001

From: Veronica Barco
Sent: Thursday, June 16, 2005 11:24 AM
To: Sam Nakhleh
Cc: Carla Castillo; Lakshmi Chaudhuri
Subject: Fairfield Sigma Limited
Importance: High

Dear Sam,

Please let us know if we can accept an amount of EUR 39,370 in Fairfield Sigma on behalf of Blubank.

Best regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450

From: "Rodríguez, Silka" [mailto:srodriguez@blubank.net]
Sent: Thursday, June 16, 2005 11:03 AM
To: Veronica Barco
Cc: Soo. Yamileth
Subject: SUBSCRIPTION IN SIGMA - JUNE
Importance: High

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080697
FG-00195942

FG-00195941.0002

Hi Verónica:

For this June 24, we will be subscribing EUR 39,370.00. Please confirm the viability of this subscription.

Regards,

Silka Rodríguez
Investment Unit

---

This message is internal and for the exclusive use of the addressee. It may contain confidential or privileged information. We do not assume responsibility for any opinions or conclusions that may be drawn from its content. If you receive this message in error, please notify us immediately at the sender's e-mail address or by calling (507) 265-7300.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080698
FG-00195943

FG-00195941.0003

FG-00195941.0004

**From:** Gordon McKenzie [gordon@fggus.com]
**Sent:** 6/16/2005 5:07:43 PM
**To:** Sam Nakhleh [sam@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** RE: Fairfield Sigma Limited

yes

-----

From: Sam Nakhleh
Sent: Thursday, June 16, 2005 1:07 PM
To: Amit Vijayvergiya; Gordon McKenzie
Subject: RE: Fairfield Sigma Limited

Is this ok to accept?

-----

From: Sam Nakhleh
Sent: Thursday, June 16, 2005 11:27 AM
To: Amit Vijayvergiya; Gordon McKenzie
Cc: CarlaVeronicaLakshmi
Subject: FW: Fairfield Sigma Limited
Importance: High

Amit / Gord,

Please advise.

Thanks

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080696
FG-00195941

**FG-00195941.0005**

From: Veronica Barco
Sent: Thursday, June 16, 2005 11:24 AM
To: Sam Nakhleh
Cc: Carla Castillo; Lakshmi Chaudhuri
Subject: Fairfield Sigma Limited
Importance: High

Dear Sam,

Please let us know if we can accept an amount of EUR 39,370 in Fairfield Sigma on behalf of Blubank.

Best regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450

From: "Rodríguez, Silka" [mailto:srodriguez@blubank.net]
Sent: Thursday, June 16, 2005 11:03 AM
To: Veronica Barco
Cc: Soo, Yamileth
Subject: SUSCRIPCION EN SIGMA - JUNIO
Importance: High

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080697
FG-00195942

FG-00195941.0006

Hola Verónica:
para este 24 de junio estaremos suscribiendo EUR39,370.00. Favor confirmarnos la viabilidad de esta suscripción.

Saludos,

Silka Rodríguez
Unidad de Inversiones

---

La presente comunicacion es de caracter interno y de uso exclusivo del destinatario. Puede contener informacion confidencial o privilegiada. No asumimos responsabilidad por las opiniones o conclusiones que se deriven de su contenido. Si recibe este mensaje por error agradeceremos dar aviso de inmediato a la direccion de correo electronico del remitente o al telefono (507) 265-7300.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080698
FG-00195943

**FG-00195941.0007**