# EXHIBIT 7

*handwritten: To book*

**303**      **SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: **BLUBANK, LTD.**
Contribution Date: **October 30th**, 200**6**
Additional Contribution Amount: U.S. $ **US$300,000.00**

Redacted 8702
ACC Redacted 3543

Changes to Subscription Agreement:   [X] None
                                             [ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this **30** day of **October** 200**6**

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| **BLUBANK, LTD.** | |
| Name of Entity (Print) | Name (Print) |
| By: _(signature)_ _(signature)_ | |
| Signature | Signature |
| **Raul Iñigo**     **Yamileth Soo** | |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| **Senior Vice Pres.**    **Vice President** | |
| Title | Signature |
| Telephone: **(507) 265-7300** | Telephone: |
| Fax: **(507) 223-3333** | Fax: |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
     Name: _____
     Title: _____

RR-3
CONFIDENTIAL      CFSE-TRST-177235

CFSSAO0023314