# EXHIBIT 11

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Wednesday, December 06, 2006 8:39 PM |
| To: | patimartint@hotmail.com |
| Subject: | FW: Tensyr Limited Collateralized Fund Obligation |
| Attachments: | Tensyr Limited CFO Nov 2006 final pending.pdf; Sentry Offering Memo.pdf |
| Importance: | High |

---

**From:** Veronica Barco
**Sent:** Wednesday, December 06, 2006 10:19 AM
**To:** 'Martin Teixidor, Patricia'
**Subject:** FW: Tensyr Limited Collateralized Fund Obligation
**Importance:** High

---

**From:** Veronica Barco
**Sent:** Monday, December 04, 2006 12:42 PM
**To:** 'Martin Teixidor, Patricia'
**Cc:** Lourdes Barreneche; LB Team
**Subject:** Tensyr Limited Collateralized Fund Obligation
**Importance:** High

## PRIVATE AND CONFIDENTIAL

Dear Patricia,

As promised, please find enclosed the preliminary transaction summary of "Tensyr Limited Collateralized Fund Obligation" (related to the Sentry CFO Structure). In support of this document, we have also enclosed the offering memorandum for Fairfield Sentry Ltd.

Thank you very much for your interest.

Kind regards,

<<Tensyr Limited CFO Nov 2006 final pending.pdf>> <<Sentry Offering Memo.pdf>>

Veronica Barco and Lourdes Barreneche
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450
Email: veronica@fggus.com
www.fggus.com

CONFIDENTIAL

FGANW004922882

FG-05070411