# EXHIBIT 15

 **Fairfield Greenwich Group**

Fairfield Greenwich Limited
919 Third Avenue
New York, NY 10022-3902
Tel: (212) 319-6060
Fax:(212) 319-0450
www.fggus.com

April 22, 2004

Blubank Ltd.
Torre Banco General Marbella
Calle Aquilino de La Guardia
Piso No. 16
Panama 7
Republic of Panama

### Re: LETTER OF UNDERSTANDING

Gentlemen:

This will confirm our non-exclusive agreement that BLUBANK LTD., (herein after named THE AGENCY) will use its best effort in promoting to institutional and private investors in accordance with FAIRFIELD GREENWICH LIMITED's funding objectives and criteria, for funds sponsored or placed by FAIRFIELD GREENWICH LIMITED (the "Funds").

It being understood that THE AGENCY will not promote Funds to clients in jurisdictions where it is unlawful to do so, as described in the offering memorandum of the Fund. In addition, THE AGENCY is not authorized to disseminate any information to clients other than is contained in the prospectus of the Fund. Fund subscriptions will only become effective upon acceptance by the Fund administrator.

This Agreement is non-exclusive except in relation to those clients introduced by THE AGENCY directly or indirectly. An indirect client of THE AGENCY is one that has been introduced to FAIRFIELD GREENWICH LIMITED by a directly introduced client of THE AGENCY.

An investor is deemed to have been introduced to FAIRFIELD GREENWICH LIMITED if THE AGENCY notifies FAIRFIELD GREENWICH LIMITED in writing and FAIRFIELD GREENWICH LIMITED does not object to THE AGENCY soliciting such investor within five working days of delivery to FAIRFIELD GREENWICH LIMITED of such notice by telecopy or mail. The same procedure applies for investors introduced indirectly to FAIRFIELD GREENWICH LIMITED.

1. **Compensation**

In relation to subscriptions by clients introduced by THE AGENCY directly or indirectly (as per paragraph above), the following fees will be rebated to THE AGENCY:

- **Fairfield Sentry Limited (Class B):** 50 basis points of management fee per annum.

The fees will be payable to THE AGENCY by FAIRFIELD GREENWICH LIMITED within 30 days from the time the FAIRFIELD GREENWICH LIMITED gets paid.

All payments to be executed by wire transfer as follows:

Bank:

Account Number:

Account Name:

2. **Term of Agreement**

This Agreement is effective as of its date and will remain in effect until the later of (i) its termination by either party upon thirty (30) days written notice to the other or (ii) the date on which all Funds owned by clients identified under this agreement shall have been redeemed.

3. **Representation and Warranty**

Each of FAIRFIELD GREENWICH LIMITED and THE AGENCY represents and warrants that each has the legal right, power and authority to enter into this agreement and to perform the transactions contemplated hereby.

4. **Entire Agreement**

This Agreement contains the entire agreement between FAIRFIELD GREENWICH LIMITED and THE AGENCY, and supersedes all previous agreements between the parties concerning the subject matter hereof. No representations, inducements, promises or agreements, oral or

2

CONFIDENTIAL

otherwise, with respect to the subject matter of this Agreement that are not embodied or referred to herein shall have any force or effect.

## 5. Amendments

This Agreement may be amended only by the written consent of both parties.

## 6. Notices

Notices under this Agreement shall be in writing and shall be sent by registered mail, return receipt requested, or by facsimile addressed as follows:

To:   FAIRFIELD GREENWICH LIMITED      Mr. Robert A. Blum
                                       FAIRFIELD GREENWICH LIMITED
                                       919 Third Avenue, 11th Floor
                                       New York, New York 10022
                                       Tel:   (212) 319 6060
                                       Fax:   (212) 319 0450

To:   BLUBANK LTD.                     Mr. Raúl Iñigo
                                       Senior Vice President
                                       BLUBANK LTD.
                                       Torre Banco General Marbella
                                       Calle Aquilino de La Guardia
                                       Piso No. 16
                                       Panama 7
                                       Republic of Panama
                                       Tel:   (507) 265 7300
                                       Fax:   (507) 223 3333

## 7. Jurisdictions

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed in accordance with the laws of the State of New York.

## 8. Indemnification

Each party agrees to indemnify and hold the other party harmless from any loss, damage, liability or expense, including reasonable attorneys' fees and other legal expenses, to which the other party may become subject arising out of or relating to any act or omission by the

3

CONFIDENTIAL                                                                                   ANWAR-CFSE-00501452

indemnifying party (or any person connected or associated with the indemnifying party) which is or is alleged to be a violation of any applicable statutes, laws or regulations or arising from the gross negligence or willful misconduct of the indemnifying party.

Kindly indicate your acceptance of the foregoing terms and conditions by signing and returning to FAIRFIELD GREENWICH LIMITED the attached duplicate of this agreement.

Sincerely,

FAIRFIELD GREENWICH LIMITED

By: _____
      Robert A. Blum

Agreed to and accepted:

BLUBANK LTD.

By: _____       Date: _____
      Raúl Iñigo

4

CONFIDENTIAL
ANWAR-CFSE-00501453