# EXHIBIT 16

# LIONBRIDGE

| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) | |
| ) ss | |
| ) | |
| COUNTY OF NEW YORK ) | |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates no. ANWAR-C-ESI-00406563.

Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this __12__ day of __August__, 20__22__.

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in New York County
My Commission Expires 09-23-2023

**Microsoft Outlook**

| | |
|---|---|
| From: | Terlien, Judith    AMS |
| Sent: | Thursday, August 05, 2004 12:19 PM |
| To: | 'Blubank (Ms Rodriguez)' |
| Cc: | CFS Factshelp; 'Veronica Barco' |
| Subject: | FW: PERCENTAGE OF TRAILER FAIRFIELD CLASS A |
| Attachments: | Blubank.xls; Blubank.xls |
| Importance: | High |

Dear Ms Rodriguez,

Please find attached the breakdown of the fees wired from Fairfield Sentry Limited A and B.

If any further questions, please feel free to contact us.

Kind regards,
Judith

---

**From:** "Rodríguez, Silka" [mailto:srodriguez@blubank.net]
**Sent:** Wednesday, August 04, 2004 8:33 AM
**To:** Veronica Barco
**Cc:** Soo, Yamileth; "González, Denis"; "Jaén, Francisco"
**Subject:** PERCENTAGE OF TRAILER FAIRFIELD CLASS A
**Importance:** High

Good morning Veronica, how are you? We have a question. Could you please confirm for us the trailer percentage that you recognize for our position in **Fairfield Sentry Ltd. Class A shares?**

Thank you for your response,

**Regards,**

**Silka Rodríguez
Investment Unit**

---

This message is internal and for the exclusive use of the addressee. It may contain confidential or privileged information. We do not assume responsibility for any opinions or conclusions that may be drawn from its content. If you receive this message in error, please notify us immediately at the sender's e-mail address or by calling (507) 265-7300.

1

CONFIDENTIAL    ANWAR-C-ESI-00406563

ANWAR-C-ESI-00406563.0001

ANWAR-C-ESI-00406563.0002

## Microsoft Outlook

| | |
|---|---|
| **From:** | Terlien, Judith       AMS |
| **Sent:** | Thursday, August 05, 2004 12:19 PM |
| **To:** | 'Blubank (Ms Rodriguez)' |
| **Cc:** | CFS Factshelp; 'Veronica Barco' |
| **Subject:** | FW: PORCENTAJE DE TRAILER FAIRFIELD CLASS A |
| **Attachments:** | Blubank.xls; Blubank.xls |
| **Importance:** | High |

Dear Ms Rodriguez,

Please find attached the breakdown of the fees wired from Fairfield Sentry Limited A and B.

If any further questions, please feel free to contact us.

Kind regards,
Judith

---

**From:** "Rodríguez, Silka" [mailto:srodriguez@blubank.net]
**Sent:** Wednesday, August 04, 2004 8:33 AM
**To:** Veronica Barco
**Cc:** Soo, Yamileth; "González, Denis"; "Jaén, Francisco"
**Subject:** PORCENTAJE DE TRAILER FAIRFIELD CLASS A
**Importance:** High


Buenos días Verónica, cómo estas?   Tenemos una consulta.  Nos podrías cofirmar cuanto es el porcentaje de trailer que ustedes nos reconocen por la posición en **Fairfield Sentry Ltd. acciones Clase A**?

Agradeciendo tu respuesta,

**Saludos,**

**Silka Rodríguez
Unidad de Inversiones**

---

La  presente comunicacion es de caracter interno y de uso exclusivo del destinatario.
Puede contener informacion confidencial o privilegiada.  No asumimos responsabilidad
por las opiniones o conclusiones que se deriven de su contenido.  Si recibe este men-
saje por error agradeceremos dar aviso de inmediato a la direccion de correo electro-
nico del remitente o al telefono (507) 265-7300.

CONFIDENTIAL

ANWAR-C-ESI-00406563

ANWAR-C-ESI-00406563.0003

## Fairfield Sentry Limited Class B

**Agent: Blubank Ltd.**

**Holder: BLUBANK LTD   Account: BLUBANK LTD**

Fee Arrangement: 3294 - Profit and Asset

|  |  | Shares | NAV Per Share | Man % | Man Fee |
|---|---|---|---|---|---|
| Accrual | 04/01/2004 | 2,650.00 | 1,090.5781 | 0.50 | 1,204.18 |
| Accrual | 05/01/2004 | 3,129.64 | 1,094.5758 | 0.50 | 1,427.35 |
| Accrual | 06/01/2004 | 3,226.87 | 1,101.0635 | 0.50 | 1,480.41 |

**Total for Agent: Blubank Ltd. in Fund: FAIRFIELD SENTRY LIMITED CLASS B    4,111.94**

ANWAR-C-ESI-00406564

**Agent: Blubank Ltd.**

| | | Shares | NAV Per Share | Fee Per Share | Fee % | Fee Payable |
|---|---|---|---|---|---|---|
| **Holder: BLUBANK LTD   Account: BLUBANK LTD** | | | | | | |
| Fee Arrangement: 195 - Profit | | | | | | |
| Payable | 04/01/2004 | 1,270.91 | 972.2593 | 1.0718 | 15.00 | 204.32 |
| Payable | 05/01/2004 | 1,270.91 | 976.4714 | 1.5966 | 15.00 | 304.37 |
| Payable | 06/01/2004 | 1,157.94 | 982.9121 | 3.1405 | 15.00 | 545.48 |

**Total for Agent: Blubank Ltd. in Fund: FAIRFIELD SENTRY LIMITED CLASS A      1,054.17**

ANWAR-C-ESI-00406565