# EXHIBIT 18



**CITCO**
*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| DATE | : December 28, 2000 |
| COMPANY | : Interbank Overseas Ltd |
| CITY AND COUNTRY | : Nassau, Bahamas |
| ATTENTION OF | : Raul Inigo / Yamileth Soo |
| FAX NUMBER | : 00507 223 3333 |
| FROM | : Investor Relations Group / Maria João Fernandez |
| RE | : Subscription |
| CLIENT NUMBER | Redacted – 9545 |
| PAGES FOLLOWING | : 2 |

MESSAGE

**Fairfield Sentry LIMItEd**
British Virgin Islands

### CORRECTION

Dear Sirs,

With reference to your fax dated December 26, 2000, we would like to confirm the following subscription in Fairfield Sentry Limited:

Name of subscriber         : Interbank Overseas Ltd
Date of receipt of application : December 26, 2000
Subscription amount         : USD 1,000,000.00
Dealing date               : January 1, 2001
Class of shares             : A

Please be advised that the amount should be received at least on the last business day of the month (December 29, 2000). The payment should be made by wire transfer to:
        HSBC Bank USA
        452 Fifth Avenue, New York, N.Y. 10018, Swift: MRMDUS33
        ABA: 021 001 088
For the account of  : Citco Bank Nederland N.V. Amsterdam; Swift: CITCNL2A
Account number      : Redacted 4212
For further credit to : Fairfield Sentry Limited
Account number      : Redacted 3.797
Reference           : Interbank Overseas Ltd

*Fairfield Sentry Limited*
*C/o Citco Fund Services (Europe) B.V.*
*World Trade Center Amsterdam*
*Tower B 17th floor*
*Strawinskylaan 1725*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone : (31-20) - 5722 100*
*Fax : (31-20) – 5722 476*

*Registered Office*
*Citco Building*
*Wickhams Cay*
*PO Box 662*
*Road Town, Tortola*
*British Virgin Islands*

CONFIDENTIAL                                                                                                   ANWAR-CCI-00171287



Page 2
December 28, 2000

Furthermore, in order to proceed with this subscription, we kindly ask you to supply us with the following documents regarding Interbank Overseas Ltd:

- Certificate of Incorporation
- List of authorised signatures
- full bank details for US Dollars, including correspondent bank in the USA and account number (see attached form).

Upon receipt of this documents/information we will execute the subscription.

Yours faithfully,
For and on behalf of
Fairfield Sentry Limited

_____
Citco Fund Services (Europe) B.V.
Administrator

CONFIDENTIAL

ANWAR-CCI-00171288