# EXHIBIT 19

**CITCO**

*Citco Fund Services (Europe) B.V.*

BLUBANK LTD - PANAMA BRANCH
APARTADO 87-0553
PANAMÁ 7
REPUBLIC DE PANAMÁ

Fund ID : 03302
Holder ID Redacted 8702
Account ID Redacted 3543
Contract No. Redacted 3602
Date : Nov-13-2006
Order No. Redacted 7902
FAX Number : 00507 223 3333

Account name: BLUBANK LTD

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2006 |
| Trade Date | | Nov-01-2006 |
| Value/Cash Date | | Oct-30-2006 |
| Total Consideration | USD | 300,000.00 |
| Net Proceeds | USD | 300,000.00 |
| Subscription Price | | 1,182.9201 |
| No. of voting shares Issued | | 253.61 |
| Total Consideration Received to Date | USD | 300,000.00 |

Your balance following this transaction will be 8,431.68 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

User ID: SYUNG

TO: Name:
Company: BLUBANK LTD - PANAMA BRANCH
Fax Phone Number: 00507 223 3333
Contact Phone Number:
Info Code 1: 1009133 Info Code 2:

Sent to remote ID:5072233333
Sent at:Mon Nov 13 18:30:53 2006
Sent on channel 13
Elapsed Time: 1 minute, 0 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.

SYUNG approved fax at Mon Nov 13 18:27:43 2006

**CHECKLIST FOR SUBSCRIPTION / REDEMPTION**

| | | | |
|---|---|---|---|
| Fund ID | : 03302 | Fund Name | : Fairfield Sentry |
| Date of receipt: | 10/31/06 | NAV Date | : 10/30/06 |
| Holder ID | Redacted 8702 | Holder Name | : Bluband Ltd |
| Account ID | Redacted 3543 | Account Name | : |
| Location | : | Holder's Reference | : |
| Order Date | : 11/1/06 | Order ID | Redacted 7902 |
| Number of shares: | | or Amount | : USD 300,000 |

Name signatories: Iñigo / SOO

**Trade Desk**

(Paraph)

| | Yes | No | Requested + Date | Rec'd + Date |
|---|---|---|---|---|
| Do signatories match with ID card? | ☑ | ☐ | | |
| Subscription/~~Redemption~~ agreement completed? | ☑ | ☐ | ☐ | ☐ |
| Is KYC (Holder Identification) on file? | ☑ | ☐ | ☐ | ☐ |
| Are the bank account details known? | ☑ | ☐ | ☐ | ☐ |
| Is investor an US investor? | ☐ | ☑ | | |
| If yes, does the fund allow US investors? | ☐ | ☐ | | |

**Control Desk (Please initialize and date)**

For reviewing the possibility of cancellation of trade in the Info Mem ____________
If not allowed, for checking with the Directors if they approve the cancellation ____________
For reviewing copy of Swift ____________
For reviewing Sales Fee (if appl.) ____________
For requesting a Board Resolution (if appl.) (date) ____________
For reviewing Confirmation of Order Received (date) 11-01-06
For dragging and dropping fax to the Outlook folder of Trade (date) 11-01-06

**Trade Desk**

Confirmation of Order Received sent by ☑ Rightfax 11/1 or ☐ Manual fax ____________

**When NAV is final**

Is KYC requested received? * ☐ ☐
Letter/Fax sent requesting additional payment to be received (if appl.) (date) ____________
For dragging and dropping fax to Outlook folder of Filled Order (date) ____________

* If swift is a 'perfect' swift then there's no additional KYC is required.

**Control Desk (Please initialize and date)**

For reviewing Contract Note (date) 11-13-2006
For requesting a Share Certificate (if appl.) (date) ____________

**Treasury** (Please initialize)

For checking contents of payment instruction ____________
For payment made to shareholder (date) ____________
For refund payment made to shareholder (if appl.) (date) ____________

REMARKS

Pg 5 of 11

CITCO

*Citco Fund Services (Europe) B.V.*

# Confirmation of Cash Received

| | |
|---|---|
| Date | : Nov-01-2006 |
| Fund Id | : 03302 |
| Holder Id | Redacted 8702 |
| Account Id | Redacted 3543 |
| CFI Cash Id | Redacted 6302 |
| Order Id | Redacted 7902 |

BLUBANK LTD - PANAMA BRANCH
APARTADO 87-0553
PANAMÁ 7
REPUBLIC DE PANAMÁ

FAX Number : 00507 223 3333

Account name: BLUBANK LTD

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Date Received | | Oct-30-2006 |
| Amount Received | USD | 300,000.00 |

The above funds were received by the following account:

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

Note : 303094183
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00022926

CONFIDENTIAL

CITCO BANK NL-A'DAM    Incoming Message Details Report    31OCT06 Page 1 MISYS E8A K99RPR
Phase Unit CBN

| | | | |
|---|---|---|---|
| Network SWIFT | Sender MRMDUS33XXX<br>Receiver CITCIE2DXXX | | |
| Message input reference | 061030MRMDUS33CXXX0287383292 | Message type | MT103 |
| Message output reference | 061030CITCIE2DAXXX1548053278 | Number of Parts | 1 |
| Received Date | 30OCT06 21:07 | Sent Date | 30OCT06 16:07 |
| Priority N | Access Point CLEANPAY | Unique message reference 0326225 | |

| Description | Field code | Data |
|---|---|---|
| Basic Header Block | 1 | F01CITCIE2DAXXX1548053278 |
| Application Header | 2 | O1031607061030MRMDUS33CXXX02873832920610302107N |
| User Header FONTIS | 108 | 063030099187 |
| Part 1 Status U | | |
| Transaction Ref No | 20 | Redacted 4183 |
| Bank Operation Code | 23B | CRED |
| Value Date | 32A | 061030 |
| Currency Code | 32A | USD |
| Amount | 32A | 300000,00 |
| Ordering Customer | 50K | BLUBANK LTD |
| Ordering Institution | 52A | CHASUS33 |
| Beneficiary Cust A/c | 59 | Redacted 0501 |
| Beneficiary Cust 1 | 59 | FAIRFIELD SENTRY LIMITED |
| Details of Payment 1 | 70 | /RFB/BLUBANK LTD. |
| Details of Charges | 71A | SHA |
| Sender to Receiver 1 | 72 | /ACC/(OGB)BLUBANK LTD. PANAMA PANAM<br>//A |
| <FLD DESC NOT FOUND> | MAC | 37FB67E6 |
| <FLD DESC NOT FOUND> | CHK | FC7AB7256D25 |

END OF REPORT

0330R
2185790R
38590630R

User ID: SYUNG

TO: Name:
Company: BLUBANK LTD - PANAMA BRANCH
Fax Phone Number: 00507 223 3333
Contact Phone Number:
Info Code 1: 1009133 Info Code 2:

Sent to remote ID:5072233333
Sent at:Wed Nov 01 15:53:14 2006
Sent on channel 6
Elapsed Time: 1 minute, 10 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.

SYUNG approved fax at Wed Nov 01 15:53:04 2006

**CITCO**

*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

BLUBANK LTD - PANAMA BRANCH
APARTADO 87-0553
PANAMÁ 7
REPUBLIC DE PANAMÁ

| | |
|---|---|
| Date | : Nov-01-2006 |
| Fund ID | : 03302 |
| Holder ID | : [Redacted]8702 |
| Account ID | : [Redacted]3543 |
| Order No. | : [Redacted]7902 |
| FAX Number | : 00507 223 3333 |

Account: BLUBANK LTD

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Nov-01-2006 |
| Settlement Date | | As Soon As Possible |
| Valuation/NAV Date | | Oct-31-2006 |
| Type of transaction | | Subscription |
| Amount | USD | 300,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | [Redacted]6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | [Redacted]0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CITCO
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

BLUBANK LTD - PANAMA BRANCH
APARTADO 87-0553
PANAMÁ 7
REPUBLIC DE PANAMÁ

| | |
|---|---|
| Date | : Nov-01-2006 |
| Fund ID | : 03302 |
| Holder ID | [Redacted]8702 |
| Account ID | [Redacted]3543 |
| Order No. | [Redacted]7902 |
| FAX Number | : 00507 223 3333 |

Account: BLUBANK LTD

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Nov-01-2006 |
| Settlement Date | | As Soon As Possible |
| Valuation/NAV Date | | Oct-31-2006 |
| Type of transaction | | Subscription |
| Amount | USD | 300,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | [Redacted]6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | [Redacted]0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

To book

303 **SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber: BLUBANK, LTD. Redacted 8702

Contribution Date: October 30th, 2006

Additional Contribution Amount: U.S. $ US$300,000.00 Acc Redacted 3543

Changes to Subscription Agreement: [X] None
[ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 30 day of October 2006

| **Corporate, Partnership, Trust or Account Subscribers** | **Individual Subscribers** |
|---|---|
| BLUBANK, LTD. | |
| Name of Entity (Print) | Name (Print) |
| By: [signatures] | |
| Signature | Signature |
| Raul Iñigo Yamileth Soo | |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Senior Vice Pres. Vice President | |
| Title | Signature |
| Telephone: (507) 265-7300 | Telephone: |
| Fax: (507) 223-3333 | Fax: |

SUBSCRIPTION ACCEPTED AS OF ____________, 200_.

FAIRFIELD SENTRY LIMITED

By: ____________

Name: ____________

Title: ____________

**Fernandez, Maria João (Citco)**

| | |
|---|---|
| **From:** | Lauren Ross [lauren@fggus.com] |
| **Sent:** | Tuesday, October 31, 2006 5:11 PM |
| **To:** | AMS CFS IRG 3 |
| **Cc:** | Gordon McKenzie |
| **Subject:** | FAIRFIELD SENTRY LTD. SUB DOC BLUBANK |
| **Importance:** | High |
| **Attachments:** | Subscription.pdf |

Subscription.pdf
(88 KB)

Please find attached the Subscription Documents for Blubank investment into F Sentry for 10/31. This has been approved. Money hit today.

Thank you,
Lauren

-----Original Message-----
From: Veronica Barco
Sent: Tuesday, October 31, 2006 11:06 AM
To: Lauren Ross
Subject: RE: FAIRFIELD SENTRY LTD.

Dear Lauren,

Here is the sub doc for Blubank in Sentry for $300K. Could you forward to Citco, not sure if I can do it.

Sorry for the oversight.

Regards,
Veronica