# EXHIBIT 20

# CITCO

*Citco Fund Services
(Europe) B.V.*

## Confirmation of Order Received

BLUBANK LTD - PANAMA BRANCH
APARTADO 87-0553
PANAMÁ 7
REPUBLIC DE PANAMÁ

| | |
|---|---|
| Date | : Apr-25-2008 |
| Fund ID | : 03302 |
| Holder ID | : [Redacted]8702 |
| Account ID | : [Redacted]3543 |
| Order No. | : [Redacted]6102 |
| Email | : matendo@blubank.com |
| FAX Number | : 00507 223 3333 |

Account: BLUBANK LTD

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | May-01-2008 |
| Settlement Date | Apr-28-2008 |
| Valuation/NAV Date | Apr-30-2008 |
| Type of transaction | Subscription |
| Amount | USD 95,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | [Redacted]6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | [Redacted]0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

*CN set by email*

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00028240

**CITCO** FUND SERVICES | OFFSHORE SUBSCRIPTION CHECKLIST - For Internal Use Only (v2.6)

| | |
|---|---|
| Fund name: **ff Sentry** | Investor's New Issue Status    Eligible ☐    Restricted ☐    N/A ☐ (fund does not trade in New Issues) |
| Fund Class / Series | Fund Group ID **03202**    Fund ID **03302** |
| Holder & Account Name **Blubank** | |
| Holder ID  Redacted **8702** New?  Y/N | Account ID  Redacted **3543** New?  Y/N | Where any new, initials of person who did setup: |
| Trade Date **5/1/08** | NAV Date **4/30/08** | Notes:      Hold      Wait      Release |
| Gross Amount **95,000.00** | No of Shares: | **303** |
| Load            Yes ☐  No ✓ | Amount _____ or, Percentage % ___ | |
| Related Party    Yes ☐  No ✓ | New?  Y/N    RPID: | Investor reference to be quoted on trade input: |

| COMPLIANCE TO OFFERING DOC/DIRECTORS' RESOLUTIONS | |
|---|---|
| Date Instruction received **4/25/08** | Originals required, (Dub/Lux/locally agreed client level exceptions), date received ___ |
| Most recent (& valid) version of subscription agreement verified as received | Yes ✓ |
| Verify source doc on file to check signatures. If not on file, request and state here that you have: | Signatures match?    Yes ✓  No ☐ |
| Is the fund domiciled in CAYMAN or IRELAND?    Yes ☐  No ✓ | If yes, state the minimum this trade can be ___ and verify the trade is over this amount by ticking here: ☐ |
| Notice Period Met?    Yes ✓  No ☐ | Min Sub Amount Met?    Yes ✓  No ☐ (initial or subsequent amount) |
| Cash Deadline Met?    Yes ✓  No ☐ | Min Account Balance Met?    Yes ✓  No ☐ |
| DR Required?    Yes ☐  No ☐  If yes, arrange with relevant for DR to be sent for signing | |
| DR received and copy to be filed with legal department ☐  done by ___ (initials) | If DRs requested quarterly and filed separately and directly with legal team tick here ☐  (resolution reasons still need to be noted above) |
| | If N/A for this fund, tick here ✓ |

| US INVESTOR DETAILS    If not US investor tick here & go to Benefit Plan section | | YES | NO | BENEFIT PLAN INVESTOR/ERISA DETERMINATION | | |
|---|---|---|---|---|---|---|
| | | | | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying 'plan assets' (E-ICGA) |
| If YES, US Non Taxable Sub Doc Completed? | | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | |
| Accredited Investor? | | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Management Affiliate (IM&A) |
| Qualified Purchaser? | | ☐ | ☐ | Entity with underlying 'plan assets' (E-25%+) | ☐ | Is there capacity?  Yes ☐  No ☐ |
| Update Tax ID/SSN on NTAS | | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code ___ initials | | |
| Update Fund's 3c1/3c7 report (if maintained for this fund) | | ☐ | ☐ | Update Fund's ERISA report (if applicable) | | |

| TRADE INPUT | |
|---|---|
| Check Order Entry for pending trades/duplicates | Yes ✓ |
| Send docs to Investment Manager or Notify Investment Manager of trade - if applicable    Yes ☐  N/A ✓ | IM Approval rec'd & attached - if requested    Yes ☐  N/A ✓ |
| Input trade and print Confirmation of Order Rec'd for Review (include in pack) | Order ID Number?  Redacted **6102** |
| Date confirmation of Orders Received sent (Investors & related parties) **GMA 11** If Trade Settlement and confirmable issued in date tick here: ___  N/A ☐ | |
| KYC status    OK ☐  Not OK ☐ | New Investor    Good Swift / KYC required / Exempt  (circle one) | KYC NOTES: |
| Address Verified    Yes ☐  No ☐ | Existing Investor    KYC On File / Required / Exempt  (circle one) | |

| FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL *** | |
|---|---|
| Amount Received                                  (date)    Country from: | Approved country ☐  Non-Approved country ☐ |
| Additional amount(s) rec'd                       (date)    Country from: | Approved country ☐  Non-Approved country ☐ |
| Swift Matches Investors Name | Advice/AML Letter Needed  Yes ☐  No ☐ | NOTES:    Date    Initials |
| Swift is KYC Compliant    Yes ☐  No ☐ | If yes, date received in good order: | |
| Any load fees to pay?    Yes ☐  No ☐    Amount Paid    Date | | |

| Sign off matrix (initial in all places) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Pack  Initials  date |
| Processed by: | **JB** | **4/25/08** | Input | | | Approved by | **MCS** | **9/10/08** | Checked by |
| Verified by & approved on system: | **JB** | **4/15/08** | Verified | | | Filed by | | | |
| Date Contract Note sent (Investors & related parties) | | | (place copy of confirm in pack) | | | Full subscription documents/trade pack scanned & stored    Yes ☐ | | | |

| For noting any trade Amendments Postponement or Cancellations | | |
|---|---|---|
| Amendments | ☐ | |
| Postponements | ☐ | Reason: |
| Cancellations* | ☐ | *Where cancellation - start up a cancelled trades checklist as well |

    ANWAR-CFSE-00028241

CONFIDENTIAL

ANWAR-CFSE-00028242

CITCO BANK NL-A'DAM  Incoming Message Details Report  16:08 25APR08  Page  1 MISYS  E8A K99RPR
                                                                                              Phase DAY Unit CBN

| | | |
|---|---|---|
| Network SWIFT | Sender  MRMDUS33XXX | |
| | Receiver CITCIE2DXXX | |
| Message input reference | 080424MRMDUS33AXXX7581150780 | Message type    MT103 |
| Message output reference | 080424CITCIE2DAXXX1753694824 | Number of Parts  1 |
| Received Date | 24APR08 19:38 | Sent Date    24APR08 14:38 |
| Priority N | Access Point CLEANPAY | Unique message reference 0646643 |

| Description | Field code | Data |
|---|---|---|
| Basic Header Block | 1 | F01CITCIE2DAXXX1753694824 |
| Application Header | 2 | O1031438080424MRMDUS33AXXX75811507800804241938N |
| User Header FONTIS | 108 | 081150113987 |

| | | |
|---|---|---|
| Part   1    Status 2 | Application reference  CBND80425H000826 | |
| Transaction Ref No | 20 | 115429235 |
| Bank Operation Code | 23B | CRED |
| Value Date | 32A | 080424 |
| Currency Code | 32A | USD |
| Amount | 32A | 80000,00 |
| Ordering Customer | 50K | BLUBANK LTD |
| Ordering Institution | 52D | ¦ Redacted ¦7324 |
| Ordering Institution | 52D | BLUBANK LTD |
| | | TORRE BANCO GENERAL PISO 16 |
| | | P.O. BOX 0823-00585 |
| | | PANAMA, PANAMA |
| Beneficiary Cust A/c | 59 | ¦ Redacted ¦0501 |
| Beneficiary Cust  1 | 59 | FAIRFIELD SENTRY LIMITED |
| Details of Charges | 71A | SHA |
| Sender to Receiver 1 | 72 | /INS/C0002 JPMORGAN CHASE BANK |
| <FLD DESC NOT FOUND> | CHK | 27FOD713414A |
| <FLD DESC NOT FOUND> | MAC | 00000000 |

END OF REPORT

| Cash Received | | |
|---|---|---|
| Fund ID | 03302 | |
| Order ID | Redacted | 6102 |
| CFI Cash ID | Redacted | 5102 |
| Unassigned Cash ID | | |
| Input by | WJC | |
| Compliance / MLRO Review | | |
| Cash Desk | | |
| KYC Desk | | |
| Comments/Notes | | |

CONFIDENTIAL

ANWAR-CFSE-00028243

CITCO BANK NL-A'DAM  Incoming Message Details Report  16:07 25APR08  Page   1 MISYS  E8A K99RPR
                                                                                        Phase DAY Unit CBN

Network SWIFT                    Sender    MRMDUS33XXX
                                 Receiver CITCIE2DXXX
Message input reference          080424MRMDUS33AXXX7581150815      Message type    MT103
Message output reference         080424CITCIE2DAXXX1753694825      Number of Parts  1
Received Date                    24APR08 19:40                     Sent Date    24APR08 14:40
Priority N                       Access Point CLEANPAY             Unique message reference 0646649

Description                      Field code        Data
Basic Header Block               1                 F01CITCIE2DAXXX1753694825
Application Header               2                 O1031440080424MRMDUS33AXXX7581150815080424194ON
User Header FONTIS               108               081150114152

Part   1     Status 2            Application reference  CBND80425H000829
Transaction Ref No               20                115429347
Bank Operation Code              23B               CRED
Value Date                       32A               080424 `
Currency Code                    32A               USD·
Amount                           32A               15000,00
Ordering Customer                50K               BLUBANK LTD
Ordering Institution             52D               [ Redacted ]7324
Ordering Institution             52D               BLUBANK LTD
                                                   TORRE BANCO GENERAL PISO 16
                                                   P.O. BOX 0823-00585
                                                   PANAMA PANAMA
Beneficiary Cust A/c             59                A[____Redacted____]0501
Beneficiary Cust    1            59                FAIRFIELD SENTRY LIMITED
Details of Charges               71A               SHA
Sender to Receiver 1             72                /INS/C0002 JPMORGAN CHASE BANK

<FLD DESC NOT FOUND>             CHK               87F0D71355B8
<FLD DESC NOT FOUND>             MAC               00000000

                          END OF REPORT

| IRG TREASURY Cash Received | | |
|---|---|---|
| Fund ID | 03302 | |
| Order ID | Redacted | 6102 |
| CFI Cash ID | Redacted | 5202 |
| Unassigned Cash ID | | |
| Input by | WC | |
| Compliance / MLRO Re... | | |
| Cash Desk | | |
| KYC Desk | | |
| Comments/Notes | | |

FROM :Blubank Ltd.                    FAX NO. :507-2657300          Apr. 24 2008 02:01PM P 1

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2850
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00028244

303

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:
Subscriber:                      **BLUBANK LTD.**
Contribution Date:               ~~APRIL~~   24                    , 200̲8̲
Additional Contribution Amount: U.S. $ 95,000.00

Changes to Subscription Agreement:   [X] None
                                      [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this ___ day of _____, 200_.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| Name of Entity (Print) | Name (Print) |
| By: | |
| Signature     *Denis Gajles* | Signature |
| YAMILETH SOO   / DENIS GONZALEZ | |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| VICE PRESIDENT   INTERNATIONAL BANKING OFFICER | |
| Title | Signature |
| Telephone:   (507) 265-7300 | Telephone: |
| Fax:   (507) 223-3333 | Fax: |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By:
     Name: _____
     Title: _____

RR-3

CONFIDENTIAL

ANWAR-CFSE-00028245