# EXHIBIT 21



FROM :BluBankLtd          FAX NO. :5072233333          Oct. 02 2007 03:29PM P1

(303)          **REDEMPTION REQUEST FORM**
               **INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2850
Fax: (31-20) 572-2610
Dated (month, day, year): __OCT._,  _2nd._, _2007_

Dear Sirs:

    I hereby request redemption, as defined in and subject to all of the terms and conditions of the Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of ____ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

    I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

__JP MORGAN CHASE__
Bank Name

__4 CHASE METROTECH CENTER__          *** 36.835 UNITS ***
__BROOKLYN NY 11245__
Bank Address

__021000021  SWIFT CODE  CHASUS33__
ABA /CHIPS/ BIC Codes

__BLUBANK LTD. NASSAU BAHAMAS__
Account Name

[Redacted]__7324__
Account Number

RR-1

CONFIDENTIAL                                                                                    CFSE-TRST-119542

CFSSAM0025234

FROM :BluBanKLtd    FAX NO. :5072233333    Oct. 02 2007 03:29PM P2

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| BLUBANK, LTD. | |
| Name of Registered Owner of Shares | Name of Subscriber |
| MONTAGUE STERLING CENTRE EAST BAY STREET, THIRD LEVEL | |
| Address | Address |
| *[signature]* | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| YAMILETH SOO VICEPRESIDENT | |
| Name and Title | Please Print Name and Title |
| OCTOBER 2ND., 2007 | |
| Date | Date |
| *[signature]* | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| DENIS GONZALEZ INTERNATIONAL BANKING OFFICER | |
| Name and Title | Please Print Name and Title |
| Date | Date |

Signatures guaranteed by:

RR-2

CONFIDENTIAL

CFSE-TRST-119543

CFSSAM0025235

FROM : BluBanKLtd                FAX NO. :5072233333                Oct. 02 2007 03:29PM  P3

# REDEMPTION INFORMATION

**SHARE REGISTRATION**

BLUBANK, LTD
Name

MONTAGUE STERLING CENTRE
EAST BAY STREET, THIRD LEVEL
Address

BAHAMAS
Country of Residence

(242) 394-3007  /  (507) 265-7300
Telephone

_____
Telephone (Evenings)

(507) 223-3333
Fax

**MAILING (POST) INFORMATION**
(if other than address of registration)

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

**BANK FOR TRANSFER OF REDEMPTION**

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

RR-3

CONFIDENTIAL                                                                CFSE-TRST-119544

CFSSAM0025236

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Nov-16-2007

Fund Id      : 03302
Holder Id    : 8702
Account Id   : 3543
Contract No. : Redacted 7302
Order No.    : 6002
CFI Cash Id  : 7602

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number: Redacted 0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:    JP MORGAN CHASE BANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.:   021000021
SWIFT Ref.: CHASUS33

Beneficiary Acct No: Redacted 7324
Beneficiary Name:   BLUBANK LTD NASSAU BAHAMAS

Amount:     USD    46,978.96
Value date: Nov-19-2007
Ref:        FAIRFIELD SENTRY  Shares:36.8350 T/D:11-01-2007 RE
Note:
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                                Authorised signatory

*Citco Building*                www.citco.com       Phone: (31-20) 5722100
*Telestone - Teleport*                              Fax:   (31-20) 5722610
*Naritaweg 165*                                     *Chamber of Commerce 33253773*
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL                                                    CFSE-TRST-119536

CFSSAM0025228