# EXHIBIT 22

# CITCO
*Citco Fund Services*
*(Europe) B.V.*

BLUBANK LTD - PANAMA BRANCH
APARTADO 87-0553
PANAMÁ 7
REPUBLIC DE PANAMÁ

| | |
|---|---|
| Fund ID | : 03302 |
| Holder ID | : 8702 |
| Account ID | : 3543 |
| Contract No. | : 6802 |
| Date | : Jul-29-2009 |
| Order No. | : 3043502 |
| Email | : matencio@blubank.com |
| FAX Number | : +5072233333 |

Account name: BLUBANK LTD

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2003 |
| Trade Date | | Jul-01-2003 |
| Payment Date | | Jul-16-2003 |
| | | |
| No. of voting shares Redeemed | | 2,542.0000 |
| Redemption Price | USD | 919.0302 |
| Gross Redemption Proceeds | USD | 2,336,174.77 |
| | | |
| Net Redemption Proceeds | USD | 2,336,174.77 |
| | | |
| Amount to be Paid | USD | 2,336,174.77 |
| | | |
| Proceeds Paid to Date | USD | 2,336,174.77 |

Your balance following this transaction will be 4,003.3500 voting shares .

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-003443

CFSSAD0002528





## Request for wire transfer payment

**CITCO BANK NEDERLAND N.V.**
ATTN: PAYMENTS DEPARTMENT
TELESTONE - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Date...........: Jul-15-2003

Fund ID.......: 03302
Holder ID.....: [Redacted]8702
Account ID....: [Redacted]3543
Contract No.: [Redacted]6802
Order No.....: [Redacted]3502
Cash ID.......: [Redacted]7902

---

### FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please could you process the following wire transfer payment

**Please debit:**
Account name:    FAIRFIELD SENTRY LIMITED
Account number:  [Redacted]3 797

**Please credit:**
Bank name:       JP MORGAN CHASE NEW YORK
Address:         4 CHASE METROTECH CENTER
                 BROOKLYN
                 NY 11245

ABA number:      021 000 021
SWIFT:           CHASUS33
For credit name
For credit number:
For further credit name    BLUBANK LTD, NASSAU, BAHAMAS
For further credit number: [Redacted]7324

Amount:          USD    2,336,174.77
Value date:      As soon as possible
Ref:             FAIRFIELD SENTRY A  USD  2,336,174.77
Note:

Authorised signatory    ..............................................

Authorised signatory    ..............................................

---

*Telestone 8 - Teleport*
*Naritaweg 165*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*amsterdam-fund@citco.com*
*www.citco.com*

*Phone: +31 (0)20 572 2100*
*Fax: +31 (0)20 572 2600*
*Chamber of Commerce: 33253773*

CONFIDENTIAL

ANWAR-CFSE-00028725