# EXHIBIT 23

FROM :Blubank Ltd.                    FAX NO. :507-2657300          Nov. 07 2007 03:48PM P 1

303                        REDEMPTION REQUEST FORM
                                   INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund.
Redeeming shareholders should complete and return this form, including the information on page RR-3.

        FAIRFIELD SENTRY LIMITED
        c/o Citco Fund Services (Europe) B.V.
        Telestone 8 – Teleport
        Naritaweg 165
        1043 BW Amsterdam
        The Netherlands
        Telephone: (31-20) 572-2850
        Fax: (31-20) 572-2610
        Dated (month, day, year): NOVEMBER    07    2007
Dear Sirs:

        I hereby request redemption, as defined in and subject to all of the terms and conditions
of the Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of
Fairfield Sentry Limited (the "Fund"), of _____ shares, (the "Shares") representing [part/all] of my Shares
in the Fund. I understand that redemption will only be effective as of the close of business on the last day
of any month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided
in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the
effective date of redemption.

        I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the
Shares of the Fund to which this Request relates, with full power and authority to request redemption of
such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares
are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed
by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

        JP MORGAN CHASE
        Bank Name

        4 CHASE METROTECH CENTER              ***41.187 UNITS***
        BROOKLYN NY 11245
        Bank Address

        021000021 SWIFT CODE CHASUS33
        ABA /CHIPS/ BIC Codes

        BLUBANK LTD. NASSAU BAHAMAS
        Account Name

        Redacted 7324
        Account Number

                                    RR-1

CONFIDENTIAL
                                       CFSE-TRST-123028

                                            CFSSAM0028720

FROM :Blubank Ltd.                    FAX NO. :507-2657300              Nov. 07 2007 03:48PM P 2

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

ENTITY SHAREHOLDER (OR
ASSIGNEE)

INDIVIDUAL SHAREHOLDER(S)
PARTNERSHIP, CORPORATION (OR
ASSIGNEE) OR TRUST

BLUBANK, LTD.
_____
Name of Registered Owner of Shares

_____
Name of Subscriber

MONTAGUE STERLING CENTRE
EAST BAY STREET, THIRD LEVEL
_____
Address

_____
Address

_____
Signature (of individual or assignee)

_____
Signature (of partner, authorized corporate
officer or trustee)

YAMILETH SOO,
VICEPRESIDENT
_____
Name and Title

_____
Please Print Name and Title

NOVEMBER 07, 2007
_____
Date

_____
Date

_____
Signature (of individual or assignee)

_____
Signature (of partner, authorized corporate
officer or trustee)

DENIS GONZALEZ
INTERNATIONAL BANKING OFFICER
_____
Name and Title

_____
Please Print Name and Title

NOVEMBER 07,2007
_____
Date

_____
Date

_____
Signatures guaranteed by:

RR-2

CONFIDENTIAL

CFSE-TRST-123029

CFSSAM0028721

## REDEMPTION INFORMATION

| | |
|---|---|
| **SHARE REGISTRATION** | **MAILING (POST) INFORMATION**<br>(if other than address of registration) |

BLUBANK, LTD
Name

MONTAGUE STERLING CENTRE
EAST BAY STREET, THIRD LEVEL
Address

Name

Address

BAHAMAS
Country of Residence

Country of Residence

(242) 394-3007  /  (507) 265-7300
Telephone

Telephone

Telephone (Evenings)

Telephone (Evenings)

(507) 223-3333
Fax

Fax

### BANK FOR TRANSFER OF REDEMPTION

Name

Address

Country of Residence

Telephone

Telephone (Evenings)

Fax

RR-3

CONFIDENTIAL

CFSE-TRST-123030

CFSSAM0028722

## CITCO
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Dec-18-2007 |
| Fund Id | : 03302 |
| Holder Id | 8702 |
| Account Id | 3543 |
| Contract No. | Redacted 2802 |
| Order No. | 4702 |
| CFI Cash Id | 2502 |

## FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number:  Redacted  0501
Account Name  FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:  JP MORGAN CHASE BANK NA
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:  021000021
SWIFT Ref.:  CHASUS33

Beneficiary Acct No: Redacted 7324
Beneficiary Name:  BLUBANK LTD NASSAU BAHAMAS

Amount:  USD   53,075.47
Value date:  Dec-19-2007
Ref:  FAIRFIELD SENTRY   Shares:41.1870 T/D:12-01-2007 RE
Note:
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                                  Authorised signatory

*Citco Building*                    *www.citco.com*           Phone:  (31-20) 5722100
*Telestone - Teleport*                                        Fax:    (31-20) 5722610
*Naritaweg 165*                                        *Chamber of Commerce 33253773*
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL

CFSE-TRST-123023

CFSSAM0028715