# EXHIBIT 24

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| BLUBANK LTD | Fund ID      : 04702 |
| MONTAGUE STERLING CENTRE | Holder ID    : 8702 |
| EAST BAY STREET | Account ID  [Redacted]0384 |
| PO BOX N3242 | Contract No. 6402 |
| NASSAU | Date         : Dec-19-2006 |
| BAHAMAS | Order No.   [Redacted]0202 |
| | Email        : EMAIL@BLUBANK.NET |
| | FAX Number : 001 242 393 0253 |

Account name: BLUBANK LTD

## FAIRFIELD SIGMA LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting-shares from FAIRFIELD SIGMA LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2006 |
| Trade Date | | Dec-01-2006 |
| Payment Date | | Dec-20-2006 |
| No. of voting-shares Redeemed | | 318.61 |
| Redemption Price | EUR | 174.32 |
| Gross Redemption Proceeds | EUR | 55,540.10 |
| Net Redemption Proceeds | EUR | 55,540.10 |
| Amount to be Paid | EUR | 55,540.10 |
| Proceeds Paid to Date | EUR | 55,540.10 |

Your balance following this transaction will be 258.02 voting-shares.

Note: SWITCH INTO FAIRFIELD SENTRY

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax:   (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33253773* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

CONFIDENTIAL

ANWAR-CFSE-00422400

```
User ID: SYUNG
=================================================================================
TO: Name:
    Company: BLUBANK LTD
    Fax Phone Number: 001 242 393 0253
    Contact Phone Number:
    Info Code 1: 1009134                    Info Code 2:

Sent to remote ID:242 3930253
Sent at:Tue Dec 19 15:16:13 2006
Sent on channel 14
Elapsed Time:  0 minutes, 54 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
----------------------------------------------------------------------------
SYUNG approved fax at Tue Dec 19 15:16:07 2006
----------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00422401

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

| | |
|---|---|
| BLUBANK LTD | Fund ID : 04702 |
| MONTAGUE STERLING CENTRE | Holder ID : 8702 |
| EAST BAY STREET | Account ID : Redacted 0384 |
| PO BOX N3242 | Contract No. : 6402 |
| NASSAU | Date : Dec-19-2006 |
| BAHAMAS | Order No. : Redacted 0202 |
| | Email : EMAIL@BLUBANK.NET |
| | FAX Number : 001 242 393 0253 |

Account name: BLUBANK LTD

---

**FAIRFIELD SIGMA LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting-shares from FAIRFIELD SIGMA LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2006 |
| Trade Date | | Dec-01-2006 |
| Payment Date | | Dec-01-2006 |
| | | |
| No. of voting-shares Redeemed | | 318.61 |
| Redemption Price | EUR | 174.32 |
| Gross Redemption Proceeds | EUR | 55,540.10 |
| | | |
| Net Redemption Proceeds | EUR | 55,540.10 |
| | | |
| Amount to be Paid | EUR | 55,540.10 |
| Proceeds Paid to Date | EUR | 52,433.20 |
| Amount Receivable | EUR | 3,106.90 |

Your balance following this transaction will be 258.02 voting-shares.

Note: SWITCH INTO FAIRFIELD SENTRY

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
|---|---|---|
| *Telestone - Teleport* | | *Fax: (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33253773* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

CONFIDENTIAL

ANWAR-CFSE-00422402

```
User ID: SYUNG
===============================================================================
TO: Name:
    Company: BLUBANK LTD
    Fax Phone Number: 001 242 393 0253
    Contact Phone Number:
    Info Code 1: 1009134                    Info Code 2:

Sent to remote ID:242 3930253
Sent at:Tue Dec 19 11:37:39 2006
Sent on channel 7
Elapsed Time:  0 minutes, 54 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-------------------------------------------------------------------------------
SYUNG approved fax at Tue Dec 19 11:37:18 2006
-------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00422403

*Switch into F. Sentry*

## CHECKLIST FOR ~~SUBSCRIPTION~~ / REDEMPTION

Fund ID        :  04702                    Fund Name   :  F. Sigma

Date of receipt:  11-16-2006           NAV Date    :  Nov. 30, 2006

Holder ID    :  [Redacted] 3702       Holder Name :  Blubank

Account ID  :  [Redacted] 0384       Account Name:

Location     :  Nassau, Bahama        Holder's Reference:

Order Date  :  11-17-2006             Order ID     :  [Redacted] 0202

Number of shares:  313,61            or Amount    :

Name signatories:  R. Iñigo & Y. Soo

### Trade Desk

| | Yes | No | Requested + Date | Rec'd + Date |
|---|---|---|---|---|
| Do signatories match with ID card? | ☑ | ☐ | | |
| Subscription/Redemption agreement completed? | ☑ | ☐ | ☐ _____ | ☐ _____ |
| Is KYC (Holder Identification) on file? | ☑ | ☐ | ☐ _____ | ☐ _____ |
| Are the bank account details known? | ☑ | ☐ | ☐ _____ | ☐ _____ |
| Is investor an US investor? | ☐ | ☑ | | |
| If yes, does the fund allow US investors? | ☐ | ☑ | | |

### Control Desk (Please initialize and date)
For reviewing the possibility of cancellation of trade in the Info Mem        _____
If not allowed, for checking with the Directors if they approve the cancellation   _____
For reviewing copy of Swift                                                   _____
For reviewing Sales Fee (if appl.)                                            _____
For requesting a Board Resolution (if appl.)                        (date)   _____
For reviewing Confirmation of Order Received                       (date)  11-17-06 ars
For dragging and dropping fax to the Outlook folder of Trade       (date)  / NUA

### Trade Desk
Confirmation of Order Received sent by ☐ Rightfax_____ or ☐ Manual fax_____
**When NAV is final**
Is KYC requested received? *                         ☐      ☐
Letter/Fax sent requesting additional payment to be received (if appl.)   (date) _____
For dragging and dropping fax to Outlook folder of Filled Order            (date) _____
* If swift is a 'perfect' swift then there's no additional KYC is required.

### Control Desk (Please initialize and date)
For reviewing Contract Note                              (date) 12-19-06 ars
For requesting a Share Certificate (if appl.)            (date) ____ NM

### Treasury (Please initialize)
For checking contents of payment instruction            11/29/06
For payment made to shareholder                         (date) _____
For refund payment made to shareholder (if appl.)       (date) 12/10/06

### REMARKS

CONFIDENTIAL                                    ANWAR-CFSE-00422404

# CITCO
*Citco Fund Services*
*(Europe) B.V.*

BLUBANK LTD
MONTAGUE STERLING CENTRE
EAST BAY STREET
PO BOX N3242
NASSAU
BAHAMAS

Fund ID        : 04702
Holder ID      : 8702
Account ID     : Redacted 0384
Contract No.   : 6202
Date           : Dec-15-2006
Order No.      : Redacted 0202
Email          : EMAIL@BLUBANK.NET
FAX Number : 001 242 393 0253

Account name: BLUBANK LTD

## FAIRFIELD SIGMA LIMITED

In accordance with your instructions we confirm having REDEEMED  the following voting-shares from FAIRFIELD SIGMA LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2006 |
| Trade Date | | Dec-01-2006 |
| Payment Date | | Dec-01-2006 |
| | | |
| No. of voting-shares Redeemed | | 318.61 |
| Redemption Price | EUR | 174.32 |
| Gross Redemption Proceeds | EUR | 55,540.10 |
| | | |
| Net Redemption Proceeds | EUR | 55,540.10 |
| | | |
| Amount to be Paid | EUR | 55,540.10 |
| Proceeds Paid to Date | EUR | 52,433.20 |
| Amount Receivable | EUR | 3,106.90 |

Your balance following this transaction will be 258.02 voting-shares.

Note: SWITCH INTO FAIRFIELD SENTRY

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Telestone 8 - Teleport*
*Naritaweg 165*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*amsterdam-fund@citco.com*
*www.citco.com*

*Phone: +31 (0)20 572 2100*
*Fax: +31 (0)20 572 2600*
*Chamber of Commerce: 33253773*

CONFIDENTIAL

ANWAR-CFSE-00422405

## Statement

| | | |
|---|---|---|
| Account Name | **FAIRFIELD SENTRY LIMITED** | |
| BIC Code | **CITCIE2DXXX** | |
| Account Type | **CF** | |
| Account Number | Redacted 5001 | |
| Source Code | **SRC1** | |
| Currency | **USD** | |
| Converting Balances < No Conversion > | | |

| Posting Date | Value Date | Narrative | Amount | Balance | Bank Reference |
|---|---|---|---|---|---|
| 12/15/2006 | 12/15/2006 | Opening Balance | | 174,563,228.50 | |
| 12/15/2006 | 12/15/2006 | ABACUS CAPITAL INTERNATIONAL L | 101,300.00 | | CBND@@CP 01962 |
| 12/15/2006 | 12/15/2006 | CF38874202A FAIRFIELD SENTRY L | 245,221.00 | | CBND@@CP 02332 |
| 12/15/2006 | 12/15/2006 | AXA ISLE OF MAN LIMITED WACHOV | 100,000.00 | | CBND@@CP 04076 |
| 12/15/2006 | 12/15/2006 | CF38562802A CITCO GLOBAL CUSTO | -121,690.92 | | CBND@@CP 02527 |
| 12/15/2006 | 12/15/2006 | CF38689602A CITCO GLOBAL CUSTO | -3,519.49 | | CBND@@CP 02525 |
| 12/15/2006 | 12/15/2006 | CF38784602A CITCO GLOBAL CUSTO | -59,652.41 | | CBND@@CP 02523 |
| 12/15/2006 | 12/15/2006 | CF39156202A CITCO GLOBAL CUSTO | -50,000.00 | | CBND@@CP 02521 |
| 12/15/2006 | 12/15/2006 | CF38687302A CITCO GLOBAL CUSTO | -25,054.01 | | CBND@@CP 02519 |
| 12/15/2006 | 12/15/2006 | CF38655202A CITCO GLOBAL CUSTO | -124,077.01 | | CBND@@CP 02517 |
| 12/15/2006 | 12/15/2006 | CF35827602A CITCO GLOBAL CUSTO | -212,362.58 | | CBND@@CP 02515 |
| 12/15/2006 | 12/15/2006 | CF38784802A CITCO GLOBAL CUSTO | -107,374.34 | | CBND@@CP 02513 |
| 12/15/2006 | 12/15/2006 | CF38508302A CITCO GLOBAL CUSTO | -107,696.46 | | CBND@@CP 02511 |
| 12/15/2006 | 12/15/2006 | CF38803202A FIDULEX MANAGEMENT | -65,259.74 | | CBND@@CP 01074 |
| 12/15/2006 | 12/15/2006 | CF38782202A CLEARSTREAM BANKIN | -124,995.66 | | CBND@@CP 01090 |
| 12/15/2006 | 12/15/2006 | CF38596502A CLEARSTREAM BANKIN | -605,889.53 | | CBND@@CP 01102 |
| 12/15/2006 | 12/15/2006 | CF38596402A CLEARSTREAM BANKIN | -253,188.69 | | CBND@@CP 01124 |
| 12/15/2006 | 12/15/2006 | CF38782802A RBC DOMINION SECUR | -100,000.00 | | CBND@@CP 01150 |
| 12/15/2006 | 12/15/2006 | CF38655002A RBC DOMINION SECUR | -48,706.00 | | CBND@@CP 01176 |
| 12/15/2006 | 12/15/2006 | CF39158402A ROYGEN NOMINEES LT | -59,652.41 | | CBND@@CP 01198 |
| 12/15/2006 | 12/15/2006 | CF38388602A SAFRA NATIONAL BAN | -112,933.94 | | CBND@@CP 01226 |
| 12/15/2006 | 12/15/2006 | CF35827402A SAFRA NATIONAL BAN | -2,264,882.70 | | CBND@@CP 01246 |
| 12/15/2006 | 12/15/2006 | CF38801702A SAFRA NATIONAL BAN | -59,652.41 | | CBND@@CP 01258 |
| 12/15/2006 | 12/15/2006 | CF38768902A SAFRA NATIONAL BAN | -102,757.24 | | CBND@@CP 01270 |
| 12/15/2006 | 12/15/2006 | CF38653502A SAFRA NATIONAL BAN | -386,881.67 | | CBND@@CP 01282 |
| 12/15/2006 | 12/15/2006 | CF38621402A SAFRA NATIONAL BAN | -169,412.84 | | CBND@@CP 01294 |
| 12/15/2006 | 12/15/2006 | CF38613602A SAFRA NATIONAL BAN | -108,448.08 | | CBND@@CP 01308 |
| 12/15/2006 | 12/15/2006 | CF38573202A SAFRA NATIONAL BAN | -115,200.73 | | CBND@@CP 01320 |
| 12/15/2006 | 12/15/2006 | CF38519102A SAFRA NATIONAL BAN | -225,879.82 | | CBND@@CP 01346 |
| 12/15/2006 | 12/15/2006 | CF38508602A SAFRA NATIONAL BAN | -255,228.80 | | CBND@@CP 01364 |
| 12/15/2006 | 12/15/2006 | CF38802902A SG PRIVATE BANKING | -10,737.43 | | CBND@@CP 01376 |
| 12/15/2006 | 12/15/2006 | CF38801902A CREDIT SUISSE CN S | -143,165.78 | | CBND@@CP 01388 |
| 12/15/2006 | 12/15/2006 | CF38802402A CREDIT SUISSE CN S | -4,746,852.46 | | CBND@@CP 01400 |
| 12/15/2006 | 12/15/2006 | CF38802602A CREDIT SUISSE CN S | -37,700.32 | | CBND@@CP 01412 |
| 12/15/2006 | 12/15/2006 | CF38781402A DELTA NATIONAL BAN | -67,526.53 | | CBND@@CP 01424 |
| 12/15/2006 | 12/15/2006 | CF38803302A E.F.G. BANK EUROPE | -192,319.37 | | CBND@@CP 01436 |
| 12/15/2006 | 12/15/2006 | CF38782502A E.F.G. BANK EUROPE | -57,648.09 | | CBND@@CP 01448 |
| 12/15/2006 | 12/15/2006 | CF38784702A CITCO GLOBAL CUSTO | -20,150.58 | | CBND@@CP 02689 |
| 12/15/2006 | 12/15/2006 | CF38784502A CITCO GLOBAL CUSTO | -101,969.83 | | CBND@@CP 02691 |
| 12/15/2006 | 12/15/2006 | CF38577402A CITCO GLOBAL CUSTO | -268,435.85 | | CBND@@CP 02693 |
| 12/15/2006 | 12/15/2006 | CF38796402A CITCO GLOBAL CUSTO | -54,295.62 | | CBND@@CP 02697 |
| 12/15/2006 | 12/15/2006 | CF38777002A E.F.G. BANK EUROPE | -272,277.46 | | CBND@@CP 01460 |
| 12/15/2006 | 12/15/2006 | CF38529302A CITCO GLOBAL CUSTO | -53,973.50 | | CBND@@CP 02699 |
| 12/15/2006 | 12/15/2006 | CF38653202A CITCO GLOBAL CUSTO | -59,652.41 | | CBND@@CP 02711 |
| 12/15/2006 | 12/15/2006 | CF38776302A E.F.G. BANK EUROPE | -171,500.68 | | CBND@@CP 01472 |
| 12/15/2006 | 12/15/2006 | CF35825402A CITCO GLOBAL CUSTO | -3,937.06 | | CBND@@CP 02713 |

CONFIDENTIAL

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

O ∘ ✱

173∘23 ×
318∘61 =
55,192∘8103 ✱

55,192∘8103 ×
0∘95 =
52,433∘169785 ✱

Amsterdam, November 29, 2006

Citco Bank Nederland N.V. – Dublin Branch
Attn: Payments department
No. 6 Customs House Plaza
Harbourmaster Place
Dublin 1
Ireland

# FAIRFIELD SIGMA LIMITED
British Virgin Islands

**Re: EUR Account no.** [ Redacted ] 0801

Dear Sirs,

By the debit of the above account, please arrange for **a spot buy USD** for the counter value
**EUR 52,433.20** and transfer the proceeds in EUR as follows:

| | | |
|---|---|---|
| To | : | Citco Bank Nederland NV – Dublin Branch |
| For further Credit | : | Fairfield Sigma Ltd |
| Account# | : | [ Redacted ] 0501 |
| Reference | : | Pre paid 95% Switch proceeds into Fairfield Sentry |

*Fx rate 1.314 USD*

*12/01/06*

Yours faithfully,
For and on behalf of
Fairfield Sigma Limited

Citco Fund Services (Europe) B.V.
Administrator

Treasury Dept: ext 108/192/176/497
gvm

*Telestone 8 - Teleport*
*Naritaweg 165*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*amsterdam-fund@citco.com*
*www.citco.com*

*Phone: +31 (0)20 572 2100*
*Fax: +31 (0)20 572 2600*
*Chamber of Commerce: 33253773*

CONFIDENTIAL

ANWAR-CFSE-00422407

Mensaje                                                                                        Page 2 of 2

🖷 (212) 319 0450
✉ veronica@fggus.com

---

**From:** Veronica Barco
**Sent:** Thursday, November 16, 2006 4:44 PM
**To:** 'AMS CFS IRG 3'
**Subject:** Sentry / Sigma

Dear All,

Please find enclosed redemption in Sigma on behalf of Blubank. The client wants to reinvest the proceeds in Sentry and have already signed the respective subscription form. We are seeking approval from the investment manager and shall forward the same to you shortly.

Kind regards,

Veronica Barco
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
☎ (212) 319 6060
🖷 (212) 319 0450
✉ veronica@fggus.com

11/20/2006

CONFIDENTIAL

```
CITCO
Citco Fund Services
(Europe) B.V.
```

## Confirmation of Order Received

BLUBANK LTD
MONTAGUE STERLING CENTRE
EAST BAY STREET
PO BOX N3242
NASSAU
BAHAMAS

| | |
|---|---|
| Date | : Nov-17-2006 |
| Fund ID | : 04702 |
| Holder ID | : 8702 |
| Account ID | Redacted 0384 |
| Order No. | 0202 |
| Email | : EMAIL@BLUBANK.NET |
| FAX Number | : 001 242 393 0253 |

Account: BLUBANK LTD

### FAIRFIELD SIGMA LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SIGMA LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2006 |
| Settlement Date | Dec-31-2006 |
| Valuation/NAV Date | Nov-30-2006 |
| Type of transaction | Redemption |
| voting-shares | 318.61 |

**Note 1: SWITCH INTO FAIRFIELD SENTRY**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00422409



CONFIDENTIAL

ANWAR-CFSE-00422410

## FAIRFIELD SIGMA LIMITED

### REDEMPTION REQUEST FORM

303   INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem Shares in the Fund. Redeeming shareholders should complete and return this form, including page RR-3.

FAIRFIELD SIGMA LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165 1043BWAmsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

"REDEMPTION PROCEEDS TO BE REINVESTED IN FAIRFIELD SENTRY FUND"

Telephone no.: (31-20 )572-2100
Fax no.: (31-20) 572-2610

NOV. 16, 20 06

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sigma Limited (the "Fund"), of 318.61 shares, representing [part/all] of my shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

I hereby represent and warrant that (i) I am the owner of the shares of the Fund to which this request relates, with full power and authority to request redemption of such shares; and (ii) I am not a "U.S. person" (as that term is defined in the Memorandum). These shares are not subject to any pledge or otherwise encumbered in any fashion. I acknowledge that my redemption will not be effective unless and until the release of any pledge of the assets underlying the shares in effect in connection with the Fund's currency hedging account described in the Memorandum.   My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

JP MORGAN CHASE
Bank Name

** 318.61 SHARES

4 CHASE METROTECH CENTER, BROOKLYN NY 11245
Bank Address

021000021
ABA/ CHIPS/ BIC Code

BLUBANK, LTD. NASSAU, BAHAMAS
Account Name

Redacted 7324
Account Number:

RR-1

CONFIDENTIAL

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| | |
|---|---|
| **ENTITY SHAREHOLDER (OR ASSIGNEE)** | **INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST** |

**BLUBANK, LTD.**
_____
Name of Registered Owner of Shares

_____
Name of Subscriber

**MORTAGE STERLING CENTER EASTBAY, THIRD FLOOR**
Address **NASSAU, BAHAMAS**

Address

Signature (of individual or assignee)

Signature (of partner authorized corporate officer or trustee)

**RAUL IÑIGO     YAMILETH SOO**
_____
Name and Title  **VICE PRESIDENT**
**SENIOR VICE PRESIDENT**

_____
Please Print Name and Title

_____
Date

_____
Date


_____
Signature (of individual or assignee)

Signature (of partner authorized corporate officer or trustee)

_____
Name and Title

_____
Please Print Name and Title

_____
Date

_____
Date


_____
Signatures guaranteed by:

RR-2

CONFIDENTIAL

ANWAR-CFSE-00422412

# REDEMPTION INFORMATION

| **SHARE REGISTRATION** | **MAILING (POST) INFORMATION**<br>(if other than address of registration) |
|---|---|
| _____<br>Name | _____<br>Name |
| _____<br>Address | _____<br>Address |
| _____<br>Country of Residence | _____<br>Country of Residence |
| _____<br>Telephone | _____<br>Telephone |
| _____<br>Telephone (Evenings) | _____<br>Telephone (Evenings) |
| _____<br>Fax | _____<br>Fax |

## BANK FOR TRANSFER OF REDEMPTION

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

RR-3

CONFIDENTIAL

ANWAR-CFSE-00422413

[To be completed by the Fund]

THIS REDEMPTION REQUEST IS HEREBY ACCEPTED BY FAIRFIELD SIGMA LIMITED

Date: _____, 200_

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____

RR-4

335312.3

CONFIDENTIAL

ANWAR-CFSE-00422414

303          **SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**
The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:**
Subscriber:                                         BLUBANK, LTD.
Contribution Date:                              NOVEMBER 30                       , 2006
Additional Contribution Amount: U.S. $ _____

Changes to Subscription Agreement:          PROCEEDS FROM REDEMPTION PLACED IN FAIRFIELD
                                             [x] None                              SIGMA LIMITED
                                             [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this **16** day of
**NOV.**     , 2006.

**Corporate, Partnership, Trust or Account Subscribers**          **Individual Subscribers**

BLUBANK, LTD.
Name of Entity (Print)                                            _____
                                                                  Name (Print)
By: _____
Signature                                                         _____
                                                                  Signature
RAUL INIGO / YAMILETH SOO
Name (Print)          VICE PRESIDENT                              _____
                                                                  Name of Joint Purchaser, If Any (Print)
SENIOR VICEPRESIDENT
Title                                                             _____
                                                                  Signature
Telephone: _____                               Telephone: _____

Fax: _____                                     Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By:     _____
        Name: _____
        Title:  _____

RR-3

CONFIDENTIAL                                    ANWAR-CFSE-00422415

Mensaje                                                                  Page 1 of 1

**Fernandez, Maria João (Citco)**

| | |
|---|---|
| **From:** | Veronica Barco [veronica@fggus.com] |
| **Sent:** | Thursday, November 16, 2006 10:44 PM |
| **To:** | AMS CFS IRG 3 |
| **Subject:** | Sentry / Sigma |
| **Attachments:** | SIGMA.pdf; SENTRY.pdf |

Dear All,

Please find enclosed redemption in Sigma on behalf of Blubank. The client wants to reinvest the proceeds in Sentry and have already signed the respective subscription form. We are seeking approval from the investment manager and shall forward the same to you shortly.

Kind regards,


Veronica Barco
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
☎ (212) 319 6060
🖷 (212) 319 0450
✉ veronica@fggus.com


11/17/2006

CONFIDENTIAL                                                          ANWAR-CFSE-00422416

Citco Direct Banking

Page 1 of 1



CONFIDENTIAL

| Posting Date | Value Date | Narrative | Amount | Balance | Bank R... | Transa. | Input Br... | Accoun... | Supp |
|---|---|---|---|---|---|---|---|---|---|
| 11/24/2006 | 11/24/2006 | Closing Balance | | 17,625,249.70 | | | | | |
| 11/27/2006 | 11/27/2006 | Opening Balance | | 17,625,249.70 | | | | | |
| 11/27/2006 | 11/27/2006 | Redacted 349B UBS LUXEMBO... | 300,000.00 | | CBND... | NMSC | | CBND6... | |
| 11/27/2006 | 11/27/2006 | Closing Balance | | 17,925,249.70 | | | | | |
| 11/28/2006 | 11/28/2006 | Opening Balance | | 17,925,249.70 | | | | | |
| 11/28/2006 | 11/28/2006 | BINCKBANK AMSTERDAM SUBSCR... | 30,000.00 | | CBND... | NMSC | | CBND6... | |
| 11/28/2006 | 11/28/2006 | Redacted 263D CITIBANK LON... | 100,000.00 | | CBND... | NMSC | | CBND6... | |
| 11/28/2006 | 11/29/2006 | ICIB- COTES D ARMOR ALPHA MAS... | 2,812,500.00 | | CBND... | NMSC | | CBND6... | |
| 11/28/2006 | 11/28/2006 | Closing Balance | | 20,867,749.70 | | | | | |
| 11/29/2006 | 11/29/2006 | Opening Balance | | 20,867,749.70 | | | | | |
| 11/29/2006 | 12/1/2006 | BO FAIRFIELD SENTRY IFO FAIRFIE... | 127,604.93 | | CBND... | NMSC | | CBND6... | |
| 11/29/2006 | 12/1/2006 | FAIRFIELD SENTR IFO FAIRFIELD S... | 50,090.84 | | CBND... | NMSC | | CBND6... | |
| 11/29/2006 | 12/1/2006 | BO FAIRFIELD SIGMA IFO FAIRFIEL... | -52,433.20 | | CBND... | NMSC | | CBND6... | |
| 11/29/2006 | 11/29/2006 | Closing Balance | | 20,993,012.27 | | | | | |
| 11/30/2006 | 11/30/2006 | Opening Balance | | 20,993,012.27 | | | | | |

**Filter** from 11/30/2005 to 11/30/2007

Updated on 01-12-2006 11:30:10

For support you can contact us at ... 31-20-5722232 (Citco Bank Nederland N.V.) ... 599-9-7322322 (Citco Banking Corporation N.V.)... Em:

https://www.citcobanks.com/fontis/fontis.html

12/1/2006

ANWAR-CFSE-00422417

Mensaje                                                                      Page 1 of 2

## Fernandez, Maria João (Citco)

| | |
|---|---|
| **From:** | Veronica Barco [veronica@fggus.com] |
| **Sent:** | Friday, November 17, 2006 8:42 PM |
| **To:** | AMS CFS IRG 3 |
| **Subject:** | RE: Sentry / Sigma |
| **Importance:** | High |
| **Allocated to :** | Joao |

Dear All,

Further to my message of yesterday, please find below the approval for the switch.

Thank you,

Veronica Barco
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
☎ (212) 319 6060
📠 (212) 319 0450
✉ veronica@fggus.com

---

**From:** Amit Vijayvergiya
**Sent:** Friday, November 17, 2006 12:31 PM
**To:** Veronica Barco
**Cc:** LB Team; Gordon McKenzie; Lauren Ross
**Subject:** RE: Sentry / Sigma

switch is approved

---

**From:** Veronica Barco
**Sent:** Friday, November 17, 2006 9:48 AM
**To:** Amit Vijayvergiya
**Cc:** LB Team
**Subject:** Sentry / Sigma

Dear Amit,

One of Lourdes' clients (Blubank) has decided to redeem their position in Sigma and switch the proceeds to Sentry. Can you or the finance group approve this switch for month end? Total shares to redeem from Sigma is 318.61, equivalent to EUR 55,192.30. The redemption request was sent yesterday in addition with the Sentry subscription form.

Thank you & kind regards,
Veronica Barco

Veronica Barco
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
☎ (212) 319 6060

11/20/2006

CONFIDENTIAL                                                          ANWAR-CFSE-00422418