# EXHIBIT 26

| From: | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| Sent: | Sunday, February 29, 2004 10:40 PM |
| To: | Veronica Barco [veronica@fggus.com]; Walter Noel [walter@fggus.com]; Richard Landsberger [richard@fgguk.com] |
| Cc: | LB Team [lbteam@fggus.com] |
| Subject: | RE: Meeting Report: Interbank Ltd. (Peru) |

Thank you.  What was their rebate on A?

-----Original Message-----
From:  Veronica Barco
Sent:  Thursday, February 26, 2004 5:32 PM
To:   Jeffrey Tucker; Walter Noel; Richard Landsberger
Cc:   LB Team
Subject:   Meeting Report: Interbank Ltd. (Peru)
Importance:   High

## Meeting Report - New York - February 19, 2004

## Interbank Ltd. (PERU)

Attendees:     Mr. Reynaldo Roisenvit (General Manager - Private Banking Division)

Ms. Patricia Martin Teixidor (Product Manager)

Our meeting with **Interbank ( Lima, Peru )** on Thursday February 20, 2004 went very well.  Mr. Roisenvit and Ms. Martin were pleased with our presentations on Arlington, Fischer Francis and Fairfield Investment Fund.

Interbank's objective is to expand their platform of existing investment alternatives.  Their focus is to look for opportunities in which they can offer their clients products with limited risk and volatility.  The bank would like to expand their current allocation of investment strategies, which is currently at 10%.

The bank has two subsidiaries.  In one hand, they have Centura SAB as their brokerage house.  Centura is one of the three largest stockbrokerage houses in the Peruvian market.  Among other products, they focus on domestic and international fixed income and equity instruments.  On the other hand, they have Blubank Ltd. as the offshore entity which provides international private banking and global advisory services.  Blubank works with renowned international financial expert advisors such as Compass Group LLC New York and Interfunds Inc., California.

We hope to grow this account in the short to medium-term (12-18 months) as we believe that the bank has the potential to place up to $100 million worth of client assets.  Our objective is to continue servicing this account very actively, including a few trips to Peru to market our products among their private bankers and high net worth individuals.  We believe that this institution, being the second largest bank in the country, can match or exceed the current assets that Banco de Credito/Atlantic Security Bank has invested with us, which goes over $100 million. Our relationship with Interbank gives us the opportunity to strategically approach their exclusive network of high net worth individuals in the country and a direct exposure to the LatinAmerica market.

**In addition, the client has expressed special interest to continue raising significant assets in the Fairfield Sentry B and we have informed them that the availability in capacity remains only in the class B.  As agreed by the client, they will switch their existing holdings in the Class A into the Class B.  As we forecast reasonable investments in the Fund from this institution, we have offered verbally rebates in this**

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001196986

SECSEV1774509

**class for 50 basis points on the management fee subject to approval and further discussion with Jeffrey Tucker.**

FOLLOW UP:

➢ **Training the private bankers of Interbank Ltd. with basic information on FGG products, the same way we did with Banco de Credito.  This includes frequent conference calls, marketing updates and 2-3 trips a year.**

Best regards,

Lourdes and Veronica

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED                FGGE001196987

SECSEV1774510