# EXHIBIT 27

**From:** Veronica Barco [veronica@fggus.com]
**Sent:** 4/29/2005 7:42:06 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** RE: Sentry meeting

Dear Amit,

Sorry I was not able to reply to you until now.

As per our telephone conversation of last Wednesday, we would like to confirm the meeting with you and our client Blubank based in Lima, Peru for May 16th at 9:30 a.m.  You have mentioned during the call that you will be available to meet with Blubank to give them an update on Fairfield Sentry.  Mr. Reynaldo Rosenveit and Ms. Patricia Martin Teixidor will attend the meeting.

For your information, Blubank is the second largest bank in Peru and have been actively marketing our funds for a few years already.  Sentry holdings are over $10 million.

Thank you in advance for taking the time to meet the client.  Please let me know should you have any questions.

Best regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450

---

From:    Amit Vijayvergiya
Sent:    Friday, April 29, 2005 9:29 AM
To:      Veronica Barco
Subject:    Sentry meeting

Hi Veronica,

Were you able to confirm the meeting time with your client?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000034815
SECSEV0612338