# EXHIBIT 28

**From:** Veronica Barco [veronica@fggus.com]
**Sent:** 8/25/2005 1:28:15 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** Call of today at 10:15 a.m with Interbank

Dear Amit,

As promised, here is the background for Interbank. This institution is the second largest bank in Peru. They have been active with our funds, in particular Sentry. They have investments in Redstone, Paradigm, and Arlington. They are also looking at the new strategies. You have met Patricia Martin and Reynaldo Rosenviet during their visit in New York early this year. Patricia is quite concerned about the slow performance of the Fund during this year. Although she is in love with the Sentry Fund, she needs to be reassured that the Fund is still unique in terms of performance.

Please let me know should you have any questions.

Kind regards,


Veronica Barco

International Client Services

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

( (212) 319 6060

Ê (212) 319 0450

* veronica@fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED            FGGE000059109
                                                                              SECSEV0636632