# EXHIBIT 30

**Fairfield Sentry Limited**
**2007 Client Meetings**

| Date | Client | Reason for call | FGG Sales Representative | conference call/ meeting | Location | |
|---|---|---|---|---|---|---|
| 6/15/2007 | Blue Ink Investments - Simone Lowe, Cliff Warren, Conrad Amm | Sentry Update | Matt/Jeremy | Conference call w/ Gord and Disha | FGG - NY | *invested client |
| 6/19/2007 | Tokio Marine - Mr. Kawahara | | Mami | Video Conference and Web-ex w/ Amit and Charles | FGG - NY | *invested client |
| 6/20/2007 | Barclays Wealth Group - Lina Sherimova | Ongoing Due Diligence on Sentry and BLM | Lourdes Barraneche | Conference call w/ Gord and Disha | | *invested client |
| 6/22/2007 | KBC Asset Management (Ireland) - Donnacha Loughrey, Neil Walsh | Sentry Update | Cornelis Boele | Conference call w/ Gord and Disha | FGG - NY | *invested client |
| 6/22/2007 | Banco Privado Portugues - Miguel Teixeira | Update on Sentry and Discussion on FGG's Risk Management | Lourdes Barraneche | Conference call w/ Gord, Disha and Charles | | *invested client |
| 6/25/2007 | Banco Privado Portugues - Miguel Teixeira | FGG's Risk Management in Fairfield Sentry and FGG Single Manager Funds | Lourdes Barraneche | Web-ex demo w/ Charles | FGG - NY | *invested client |
| 6/25/2007 | Harel Insurance - Ella | Sentry Update | Stephane Mulls | Conference call w/ Gord and Disha | | *invested client |
| 6/26/2007 | ODDO | Question on re-use the assets of Sentry | Stephane Mulls/Vianney D'Hendecourt | Conference call w/ Gord | | *new client |
| 6/26/2007 | IXIS | Question on subsription/redemption | Stephane Mulls/Vianney D'Hendecourt | Conference call w/ Amit | | *invested client |
| 6/28/2007 | Banco Sabadel | Sentry Update | Lourdes Barraneche | Meeting w/ Amit in NY | FGG - NY | *invested client |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094433

SECSEV0090573

| Date | Client | Subject | FGG Contact | Meeting Type | Location | Status |
|---|---|---|---|---|---|---|
| 7/13/2007 | Ashbridge - Charles Grace & Mark de Vries | Sentry Q2 Update | Matt/Jeremy | Conference call w/ Amit and Disha | | *invested client |
| 7/25/2007 | Priority Investments - Danny Markman and Eyal Lasker | Sentry Q2 Update | Lourdes Barraneche | Conference call w/ Gord | | *invested client |
| 8/2/2007 | AMEX | Sentry Update & Questions | Lourdes Barraneche | Conference call w/ Amit | | *invested client |
| 8/23/2007 | Marathon | Sentry Due Diligence | Charles Murphy | Meeting w/ Amit/Gord in NY | FGG - NY | |
| 8/24/2007 | Benchmark Funds - Neal Chelo | Sentry Due Diligence | Matt/Jeremy | Conference call w/ Amit in NY | | |
| 9/6/2007 | Russell Olsen - AbuDhabi Consultant | Sentry Due Diligence | Philip Toub | Conference call w/ Amit | FGG-NY | *invested client |
| 9/12/2007 | Korean Military | Sentry Due Diligence | Richard Landsberger | Conference/Webex w/ Amit | FGG-NY | |
| 9/14/2007 | OKO Asset Management - Matti Kuhakoski | Sentry Due Diligence | Richard Landsberger | Conference/Webex w/ Amit | | |
| 9/18/2007 | Safra Bank | Sentry Update | Philip Toub | Meeting w/ Amit in NY | FGG-NY | *invested client |
| 9/18/2007 | Cathay Life | Sentry Update | Richard Landsberger | Meeting w/ Amit in NY | FGG-NY | *invested client |
| 9/21/2007 | Infiniti - Hua Khov | Sentry Update | Kim Perry | Conference call w/ Amit | | *invested client |
| 9/25/2007 | Taiwanese clients | Sentry Due Diligence | | Conference call w/ Amit | FGG-NY | |
| 9/26/2007 | Pieter Bos (Bos & Partners) | Sentry Update | Cornelis Boele | Conference call w/ Amit | FGG-NY | *invested client |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094434

SECSEV0090574

| Date | Contact | Type | FGG Staff | Notes | Office | Status |
|---|---|---|---|---|---|---|
| 9/26/2007 | Reto Deitrich, of Schroders Geneva | Sentry Update | | Conference call w/ Amit | | |
| 10/11/2007 | EFG Bank - Moz Afzal, Gyongyi King, Mike Donnell | Sentry Due Diligence | Lourdes Barraneche | Meeting w/ Amit in NY | FGG-NY | *invested client |
| 11/9/2007 | Fundacion Virgilio Barc - Alberto Escobar | Sentry Due Diligence | Lourdes Barraneche | Conference call w/ Disha | | |
| 11/15/2007 | Hanwha - Mr. Moon and Mr. Park | Sentry Due Diligence | Richard Landsberger | Conference call w/ Amit | FGG-NY | *invested client |
| 11/26/2007 | Hanwha | Sentry & Risk | Richard Landsberger | Video Conference w/ Amit and Charles | FGG-NY | *invested client |
| 11/29/2007 | Unigestion - Neil Messing | Sentry Due Diligence | Atilio | Conference call w/ Amit | FGG-NY | *invested client |
| 12/4/2007 | Yuanta Securities | Sentry Due Diligence | Richard Landsberger | Conference call w/ Amit | | *invested client |
| 12/7/2007 | Mitsubishi UFJ | Sentry Due Diligence | Mami Hidaka | Conference call w/ Amit | | |
| 12/12/2007 | Ashbridge - Charles Grace III, Charles Grace II, David | Sentry Due Diligence | Matt/Jeremy | Webex/Conference call w/ Amit | FGG-NY | *invested client |
| 12/13/2007 | Tokio Marine | Sentry Due Diligence | Mami Hidaka | Meeting w/ Amit in NY | FGG-NY | *invested client |
| 12/14/2007 | Dr. Weiner | Sentry Due Diligence | Marty Klenert | Conference call w/ Disha | | |
| 12/20/2007 | Cervantes Capital | Sentry Due Diligence | Scott Nevin | Conference call w/ Amit | | |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094435

SECSEV0090575

**Fairfield Sentry Limited**
**2008 Client Meetings**

| Date | Client | Reason for call | FGG Sales Representative | conference call/ meeting | Location | |
|---|---|---|---|---|---|---|
| 1/10/2008 | Pioneer - Josh Hall, Vincent Vandenbroucke | Sentry Operational Due Diligence | Jacqueline Harary | Meeting w/ Gord in NY | FGG-NY | *invested client |
| 1/14/2008 | EFG - Chris Harris (sub advisor for Greenwich Alternative Investments) | Sentry Update | Lourdes Barreneche | Conference call w/ Disha | | *invested client |
| 1/17/2008 | Harmony Capital - Abid Magid, Pascal Dubois-Pelerin | Sentry Due Diligence | Kim Perry | Conference call w/ Amit | | |
| 1/18/2008 | American Express Bank - Jeff Haindl | Sentry Q4 Update | Lourdes Barreneche | Conference call w/ Amit | | *invested client |
| 1/22/2008 | Yasuda AM - Mitsubishi UFJ Securities Mr. Otsuka, Mr. Miyake | Sentry Due Diligence | Mami Hidaka | Conference call w/ Amit | | |
| 1/28/2008 | Ashbridge - Mark de Vries | Sentry Q4 Update | Matt/Jeremy | Conference call w/ Amit | | *invested client |
| 1/29/2008 | | Sentry Due Diligence | Andrew Douglass | Conference call w/ Amit | FGG-NY | |
| 1/30/2008 | Nordea - Petra Sarkka, Henrik von Knorring | Sentry Due Diligence | Richard Landsberger | Meeting w/ Amit in NY | FGG-NY | *invested client |
| 2/5/2008 | Bob Critchell | G .Sentry Due Diligence | Jeffrey | Conference call w/ Amit | | *invested client |
| 2/6/2008 | Stanhope Capital | Sentry Due Diligence | Adam Horne/Jeremy Ward | Conference call w/ Amit | | 1 hour |
| 2/12/2008 | Fortigent | Greenwich Sentry Due Diligence | Scott Nevin | Meeting w/ Amit in NY | FGG-NY | 3.5 hours |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094436

SECSEV0090576

| Date | Client | Type | Contact | Meeting | Location | Notes |
|---|---|---|---|---|---|---|
| 2/13/2008 | Morgan Stanley | Sentry Due Diligence | Several Agents | Meeting w/ Amit in NY | FGG-NY | |
| 2/22/2008 | HVB Bank | Sentry Due Diligence | Kim Perry | Conference call w/ Amit | | |
| 2/25/2008 | Trea Capital Partners SV - Erika Hempel | Sentry Due Diligence | Iberia - Carla | Conference call w/ Disha | | *invested client |
| 2/26/2008 | Bank of Butterfield - Bruce Albrecht | Sentry & Risk | Harvey Glover | Meeting w/ Amit in Bermuda | FGG-Bermuda | |
| 2/28/2008 | Yasuda AM - Mr. Wada | Risk & Compliance | Mami Hidaka | WebEx w/ Charles and Amit | FGG-NY | |
| 2/29/2008 | Yasuda AM | Sentry Due Diligence | Mami Hidaka | Meeting w/ Amit in NY | FGG-NY | |
| 3/6/2008 | LGT(Eugene Sam) - Rustom Nagawalla, Tong Foo Cheong, Chew Li Lian | Sentry Due Diligence | Richard Landsberger | Meeting w/ Amit in Singapore | | *invested client |
| 3/6/2008 | Eddie Sim and Seet Tze Yang | Sentry Due Diligence | Richard Landsberger | Meeting w/ Amit in Singapore | | |
| 3/6/2008 | Credit Suisse | Sentry Due Diligence | Richard Landsberger | Meeting w/ Amit in Singapore | | |
| 3/14/2008 | DL Partners - Vanessa Hofmann-Almengor | Sentry Due Diligence | Kim Perry | Conference call w/ Amit | | |
| 4/3/2008 | Tiedemann Trust - Kim Evans | Madoff Questions | Andrew Douglass | Conference call w/ Amit | | |
| 4/3/2008 | Fortigent - Nathan Sonnenberg | Sentry Due Diligence | Scott Nevin | Conference call w/ Amit | | |
| 4/7/2008 | Daiwa Securities | Sentry WebEx demo | Mami Hidaka | Video Conference w/ Amit & Bjorn | FGG-NY | |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094437

SECSEV0090577

| Date | Contact | Type | Attendee | Format | Location | Note |
|---|---|---|---|---|---|---|
| 4/9/2008 | Chanti Group - Mr. Narayan | Sentry Due Diligence | Blair Keller | Conference call w/ Amit | | |
| 4/9/2008 | Citi - Lori Ann Bassil | Sentry Due Diligence | Joseph Malieckal | Conference call w/ Amit | | |
| 4/14/2008 | Fortigent - Nathan Sonnenberg | Sentry WebEx demo | Scott Nevin | WebEx w/ Disha & Bjorn | | |
| 4/16/2008 | Nordea - Peter Nicolson | Sentry Operational Due Diligence | Richard Landsberger | Video Conference w/ Charles, Gord, Bjorn | FGG-London | *invested client |
| 4/17/2008 | EFG - Chris Harris (sub advisor for Greenwich Alternative Investments) | Sentry Update | Lourdes Barreneche | Conference call w/ Disha | | *invested client |
| 4/18/2008 | Infiniti - Hua Khov | Sentry Update | Kim Perry | Conference call w/ Gord & Disha | | *invested client |
| 4/22/2008 | Heptagon - Tarek Mooro and Hari Krishnan | Sentry Due Diligence | David Horn | Video Conference w/ Amit | | |
| 4/22/2008 | Harmony Capital - Abid Magid, Pascal Dubois-Pelerin | Sentry Update | Kim Perry | Conference call w/ Gord & Disha | | *invested client |
| 4/22/2008 | EFG Wealth Management - Jamie Coleman, Cameron Rayen | Sentry Due Diligence | Yanko della Schiava | Conference call w/ Amit | | |
| 4/22/2008 | Dan Stern - Prophet Advisors | Sentry Due Diligence | Richard Landsberger | Video Conference w/ Amit & Disha | FGG-NY | |
| 4/23/2008 | Ashbridge - Mark de Vries | Sentry Q1 Update | Andrew Douglass | Conference call w/ Amit & Disha | | *invested client |
| 4/25/2008 | Korea Life - Sean Park | Sentry Questions | Richard Landsberger | Conference call w/ Amit | | *invested client |
| 5/1/2008 | Blizzard Asset Management - Peter Gardiner | Sentry Due Diligence | Matt Brown/Andrew Douglass | Meeting w/ Amit in NY | FGG-NY | |
| 5/5/2008 | Minot - Rick White | Sentry Due Diligence | David Horn | Video Conference w/ Amit | | |

| Date | Contact | Type | Attendee | Notes | Location |
|---|---|---|---|---|---|
| 5/6/2008 | AMD Capital - Daniel Weiss | Sentry Due Diligence | David Horn | Video Conference w/ Amit | |
| 5/7/2008 | UBP - Jan Frogg, Paul Olin, Ferry Wahl | Sentry Due Diligence | Andrew Smith | Meeting w/ Amit, Clare, Gord in Bermuda | FGG-Bermuda |
| 5/8/2008 | Aliante - Sandro Maggi | Sentry Due Diligence | Yanko/Marco | Conference call w/ Amit | |
| 5/9/2008 | SFC International Holding - Marco Rodriguez | Sentry Due Diligence | Jacqueline Harary | Conference call w/ Amit | |
| 5/9/2008 | Caledon Partners - Paolo Revelli | Sentry Due Diligence | Adam Horne | Conference call w/ Amit | |
| 5/15/2008 | Morgan Keegan - Ed Michelson, Carolyn LaRocco | Sentry Due Diligence | Lourdes Barreneche | Meeting w/ Amit in NY | FGG-NY |
| 5/27/2008 | Caledon Partners | Sentry Due Diligence | Adam Horne | Conference call w/ Amit | |
| 5/29/2008 | Minot - Rick White | Sentry Questions | David Horn | Conference call w/ Amit | |
| 6/2/2008 | AMD Capital - Daniel Weiss/Robin/David | Sentry Questions | David Horn | Video Conference w/ Amit | FGG-NY |
| 6/2/2008 | Saudi Merchant Bank - Chris Franco/Ken Close/Ridge Barker/Peter Classen/George | Sentry Questions | Andrew Douglass/Philip Toub | Video Conference w/ Amit | FGG-NY |
| 6/5/2008 | GCI | Sentry Questions | Santiago Reyes | Video Conference w/ Amit | FGG-NY |
| 6/19/2008 | Greg Doyle - Kruger | Sentry/BLM Due Diligence | Matt/Jeremy | Video Conference w/ Gord | FGG-NY |
| 7/1/2008 | Libyan Investment Authority | Sentry Due Diligence | Andres | Conference call w/ Amit | |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094439

SECSEV0090579

| Date | Contact | Topic | FGG Contact | Method | Location | Notes |
|---|---|---|---|---|---|---|
| 7/9/2008 | GCI | Sentry Questions | Santiago Reyes | Conference call w/ Amit | | |
| 7/14/2008 | Strategic Inv Group - Lori Bonello | Sentry Due Diligence | Santiago Reyes | Video Conference w/ Amit | FGG-NY | |
| 7/15/2008 | PFA Monthly Update | Sentry Update | Richard Landsberger | Conference call w/ Amit & Gord | | *invested client |
| 7/15/2008 | Ashbridge - Mark de Vries | Sentry Q2 Update | Matt/Jeremy | Conference call w/ Amit | | *invested client |
| 7/25/2008 | EFG - Chris Harris (sub advisor for Greenwich Alternative Investments) | Sentry Update | Lourdes Barreneche | Conference call w/ Disha | | *invested client |
| 8/5/2008 | Johannes Berz - HNWI based in Caracas, Venezuela | Sentry and Sigma performance and | Jacqueline Harary | Video Conference w/ Amit | FGG-NY | |
| 8/5/2008 | American Express Bank - Jeff Haindl | Sentry Q4 Update | Lourdes Barreneche | Conference call w/ Amit | | *invested client |
| 8/5/2008 | Lion Singapore | Sentry Questions | Richard Landsberger | Conference call w/ Amit | | *invested client |
| 8/6/2008 | Citi - Charlie and Jeff Thibault | Sentry & Risk | Jose Dios | Video Conference w/ Amit | FGG-NY | *invested client |
| 8/6/2008 | Tremont Capital Management - Salvatore Russo | Sentry Update | FGG House (LR) | Conference call w/ Amit | | *invested client |
| 8/8/2008 | EFG - Michael | Sentry Presentation to CRO's | Lourdes Barreneche | Conference call w/ Amit | | *invested client |
| 8/12/2008 | PFA Monthly Update | Sentry Update | Richard Landsberger | Conference call w/ Amit & Gord | | *invested client |
| 8/21/2008 | HSBC Annual Review - George Covo | Sentry Review | Lourdes Barreneche | Conference call w/ Amit & Gord | | *invested client |
| 9/3/2008 | PFA Monthly Update | Sentry Update | Richard Landsberger | Conference call w/ Amit & Gord | | *invested client |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094440

SECSEV0090580

| Date | Contact | Topic | FGG Attendee | Format | Location | Notes |
|---|---|---|---|---|---|---|
| 9/9/2008 | HSBC - Jonathan Clark | Sentry Performance Update | Lourdes Barreneche | Conference call w/ Gord | | *invested client |
| 9/23/2008 | George Katcharava | Sentry Update | FGG House (LR) | Conference call w/ Amit | | |
| 9/30/2008 | Alex Von Ziegsar - BBVA | Sentry Update | FGG House | Conference call w/ Amit | | *invested client |
| 10/1/2008 | Arif Sarfraz - Caledon / Emmanuel Negre - Barclays | Sentry Review | FGG House | Conference call w/ Amit | | |
| 10/1/2008 | Pieter Bos (Bos & Partners) | Sentry Update | Cornelis Boele | Conference call w/ Amit | FGG-NY | *invested client |
| 10/1/2008 | Dominick & Dominick - Melanie Urick | Sentry Update | Lourdes Barreneche | Conference call w/ Amit | | *invested client |
| 10/14/2008 | Ashbridge - Mark de Vries | Sentry Q1 Update | Andrew Douglass | Conference call w/ Amit | | *invested client |
| 10/16/2008 | JP Morgan - Scott Palmer | Sentry Update | FGG House | Conference call w/ Amit | | *invested client |
| 10/16/2008 | Kivory - Cesar Mejia | Sentry Update | Lourdes Barreneche | Conference call w/ Amit | | *invested client |
| 10/20/2008 | EFG - Chris Harris (sub advisor for Greenwich Alternative Investments) | Sentry Update | Lourdes Barreneche | Conference call w/ Disha | | *invested client |
| 11/6/2008 | Alex Von Ziegsar - BBVA | Sentry Update | FGG House | Video Conference w/ Gord | FGG-NY | *invested client |
| 11/10/2008 | Toshiya Shimizu, Hiroyuki Takahashi, Makoto Nozaki - Nikko Global Wrap | Sentry Due Diligence | Mami Hidaka | Video Conference w/ Amit & Gord | FGG-NY | |
| 11/10/2008 | HSBC - Jonathan Clark | Sentry Performance Update | Lourdes Barreneche | Conference call w/ Gord | | *invested client |
| 11/12/2008 | Aidan Kehoe and Chuck Becker (CFO) - Sebonack/Duck Pond | Strategy Discussion | Andrew Douglass | Video Conference w/ Amit | FGG-NY | |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094441

SECSEV0090581

| Date | Contact | Fund | FGG Rep | Type | Location | Notes |
|---|---|---|---|---|---|---|
| 11/13/2008 | Equitas - Leo Wetter | Sentry | Richard Landsberger | Video Conference w/ Amit | | |
| 11/13/2008 | Donnacha Loughrey, Ken Gaye of KBC Asset Management Ltd. | Risk & Sentry Update | Cornelis Boele | Conference call w/ Amit, Disha & Clare | FGG - NY | *invested client |
| 11/16/2008 | David Upson, CTC, Dan Leeds, Debbie Layn, Mark Peltz, Greg Jobin-Leeds, Michael Leeds, Matthew Moetzinger, Kyle Johnson, William Aaron, Lloyd Abramowitz, David Aaron | Sentry | Scott Nevin | WebEx w/t Amit and David Horn | | |
| 11/18/2008 | EW Asset Management - Rene Weber | Sentry | Lourdes Barreneche | Meeting w/t Amit | FGG - NY | *invested client |
| 11/20/2008 | Minot - Rick White | Sentry Update | David Horn | Conference call w/ Amit | | *invested client |
| 11/26/2008 | Nomura Trust and Banking | Sentry Due Diligence | Mami Hidaka | Video Conference w/ Amit | FGG-NY | |
| 12/1/2008 | Jorge Velarde and Reynaldo Roisenvit - Blubank | Sentry | Cornelis Boele | Conference call w/ Amit | | *invested client |
| 12/3/2008 | David Modest - Soros | Sentry | Andrew Smith | Meeting w/t Amit | FGG-NY | |
| 12/4/2008 | Annandale Capital | Sentry | Scott Nevin | WebEx w/t Amit | | 2 meetings |

FOIA Confidential Treatment Requested by Fairfield Greenwich Limited

FGG00094442

SECSEV0090582