# EXHIBIT 31

# LIONBRIDGE

STATE OF NEW YORK    )
                     )
                     )    ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. FG-05564543-FG-05564545.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 14th day of July, 2022.

_____

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

| | |
|---|---|
| From: | Martin Teixidor, Patricia [PMartin@intercorp.com.pe] |
| Sent: | Monday, December 15, 2003 3:15 PM |
| To: | Lourdes Barreneche |
| Subject: | RE: FGG Weekly Fund Reports: December 8, 2003 |

Lourdes, I still can't get into the indicated webpages. I type the password and they don't accept it.
Thanks
Patricia


Patricia Martin Teixidor
**Centura Sab**
Central Manager
**Product Division Manager**
☎ (511) 222-1158  Extension 4141


-----Original Message-----
From: Lourdes Barreneche [mailto:lourdes@fggus.com]
Sent: Monday, December 08, 2003 9:39 PM
To: Patricia Martin
Subject: FGG Weekly Fund Reports: December 8, 2003


Fairfield Greenwich Group
919 Third Avenue, 11th Floor, New York, NY 10022
Tel: (212) 319-6060 Fax: (212) 319-0450

32 Dover Street, 5th Floor, London W1S 4NE Tel: +44 (207) 409-0090 Fax: +44 (207) 409-3090

12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413

E-mail: Lourdes Barreneche


**Weekly Fund Reports: December 8, 2003**


For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

1

CONFIDENTIAL                                                                    FGANW005417530
                                                                                FG-05564543

FG-05564543.0001

| Fund | Fund Type/ Strategy | Date | NAV | MTD Performance | YTD Performance | Available Information |
|---|---|---|---|---|---|---|
| | | | | | | Monthly Tear Sheet  Current Webcast  Other Info |
| Arlington International Fund, Ltd. | Event Driven / Announced Merger Arbitrage/Distressed | 12/04/03 | $146.87 (E) | 0.22% (E) | 20.07% (E) | PDF Format |

**Notes:**

| Fairfield Greenwich - FFTW DAF Dollar Class E | Fixed Income Arbitrage / Fixed Income Arbitrage | 12/05/03 | $1,042.91 (E) | 1.31% (E) | 2.32% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:**

| Fairfield Greenwich - FFTW DAF Euro Class F | Fixed Income Arbitrage / Fixed Income Arbitrage | 12/05/03 | €1,053.45 (E) | 1.38% (E) | 2.87% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:**

| Fairfield Investment Fund, Ltd. (PCS) | Multi Manager | 12/04/03 | $120.14 (E) | 0.16% (E) | 10.43% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:**

| Fairfield Masters Fund Dollar Class A Shares | Multi Manager | 12/04/03 | $1,024.96 (E) | 0.07% (E) | 1.05% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:**

| Fairfield Redstone Fund, Ltd. Class A-1 Restricted | Thematic Long/Short Equity / Long/Short US Growth Equity | 12/05/03 | $1,234.60 (E) | -0.56% (E) | 19.30% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:**

| Fairfield Sentry, Ltd. (Class A) | Split Strike Conversion | 12/04/03 | $953.93 (E) | 0.01% (E) | 7.77% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:**

| Fairfield Sentry, Ltd. (Class B) | Split Strike Conversion | 12/04/03 | $1,072.93 (E) | 0.01% (E) | 6.91% (E) | PDF Format |
|---|---|---|---|---|---|---|

**Notes:** Results for Fairfield Sentry Class B are proforma based on Sentry class A shares to February 1, 2003 and are actual thereafter.

| Fairfield Sigma, Ltd. (Class A) | Split Strike Conversion | 12/04/03 | €144.57 (E) | 0.02% (E) | 8.42% (E) | PDF Format |
|---|---|---|---|---|---|---|

2

**Notes:**

Fairfield Sigma, Ltd. (Class B)  Split Strike Conversion    12/04/03    €103.45 (E)    0.00% (E)    6.38% (E)    PDF Format

**Notes:** Results for Fairfield Sigma Class B are proforma based on Sigma class A shares to June 1, 2003 and are actual thereafter.

FIF Advanced, Ltd.    Multi Manager    12/04/03    $323.52 (E)    0.29% (E)    17.14% (E)    PDF Format

**Notes:**

NGA Fairfield Limited - NGA SERIES 040101 (Initial Series)    Distressed / Long/Short Distressed Securities    12/05/03    $156.86 (E)    0.48% (E)    47.87% (E)    PDF Format

**Notes:**

Whiteford International, Ltd. (Class B)  Thematic Long/Short Equity / Tactical Long/Short Equity    11/30/03    $106.77 (E)    0.31% (E)    5.34% (E)    PDF Format    URL

**Notes:**

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| S&P 500 Index | 12/05/03 | 0.31% | 20.65% |
| Vanguard Total Bond Market Index | 12/05/03 | | 3.75% |

(E) = Estimate  (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is authorized and regulated by the Financial Services Authority.

3

CONFIDENTIAL                                                                                                                  FGANW005417532
                                                                                                                                                                      FG-05564545

FG-05564543.0003

FG-05564543.0004

| | |
|---|---|
| **From:** | Martin Teixidor, Patricia [PMartin@intercorp.com.pe] |
| **Sent:** | Monday, December 15, 2003 3:15 PM |
| **To:** | Lourdes Barreneche |
| **Subject:** | RE: FGG Weekly Fund Reports: December 8, 2003 |

Lourdes, sigo sin poder entrar en las pag indicadas, escribo la contrraseña y no me lo acepta.
Gracias
Patricia



Patricia Martin Teixidor
**Centura Sab**
**Gerente División Productos**
☎ (511) 222-1158 anexo 4141

-----Original Message-----
**From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
**Sent:** Monday, December 08, 2003 9:39 PM
**To:** Patricia Martin
**Subject:** FGG Weekly Fund Reports: December 8, 2003


Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**32 Dover Street, 5th Floor, London W1S 4NE Tel: +44 (207) 409-0090 Fax: +44 (207) 409-3090**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: Lourdes Barreneche**

**Weekly Fund Reports: December 8, 2003**

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

1

CONFIDENTIAL

FGANW005417530
FG-05564543

**FG-05564543.0005**

| Fund | Fund Type/ Strategy | Date | NAV | MTD Performance | YTD Performance | Available Information |
|---|---|---|---|---|---|---|
| | | | | Monthly Tear Sheet | Current Webcast | Other Info |
| Arlington International Fund, Ltd. | Event Driven / Announced Merger Arbitrage/Distressed | 12/04/03 | $146.87 (E) | 0.22% (E) | 20.07% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Greenwich - FFTW DAF Dollar Class E | Fixed Income Arbitrage / Fixed Income Arbitrage | 12/05/03 | $1,042.91 (E) | 1.31% (E) | 2.32% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Greenwich - FFTW DAF Euro Class F | Fixed Income Arbitrage / Fixed Income Arbitrage | 12/05/03 | €1,053.45 (E) | 1.38% (E) | 2.87% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Investment Fund, Ltd. (PCS) | Multi Manager | 12/04/03 | $120.14 (E) | 0.16% (E) | 10.43% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Masters Fund Dollar Class A Shares | Multi Manager | 12/04/03 | $1,024.96 (E) | 0.07% (E) | 1.05% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Redstone Fund, Ltd. Class A-1 Restricted | Thematic Long/Short Equity / Long/Short US Growth Equity | 12/05/03 | $1,234.60 (E) | -0.56% (E) | 19.30% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Sentry, Ltd. (Class A) | Split Strike Conversion | 12/04/03 | $953.93 (E) | 0.01% (E) | 7.77% (E) | PDF Format |

**Notes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Sentry, Ltd. (Class B) | Split Strike Conversion | 12/04/03 | $1,072.93 (E) | 0.01% (E) | 6.91% (E) | PDF Format |

**Notes:** Results for Fairfield Sentry Class B are proforma based on Sentry class A shares to February 1, 2003 and are actual thereafter.

| | | | | | | |
|---|---|---|---|---|---|---|
| Fairfield Sigma, Ltd. (Class A) | Split Strike Conversion | 12/04/03 | €144.57 (E) | 0.02% (E) | 8.42% (E) | PDF Format |

CONFIDENTIAL

FGANW005417531
FG-05564544

FG-05564543.0006

**Notes:**

Fairfield Sigma, Ltd. (Class B)   Split Strike Conversion   12/04/03   €103.45 (E)   0.00% (E)   6.38% (E)   PDF Format

**Notes:** Results for Fairfield Sigma Class B are proforma based on Sigma class A shares to June 1, 2003 and are actual thereafter.

FIF Advanced, Ltd.   Multi Manager   12/04/03   $323.52 (E)   0.29% (E)   17.14% (E)   PDF Format

**Notes:**

NGA Fairfield Limited - NGA SERIES 040101 (Initial Series)   Distressed / Long/Short Distressed Securities   12/05/03   $156.86 (E)   0.48% (E)   47.87% (E)   PDF Format

**Notes:**

Whiteford International, Ltd. (Class B)   Thematic Long/Short Equity / Tactical Long/Short Equity   11/30/03   $106.77 (E)   0.31% (E)   5.34% (E)   PDF Format   URL

**Notes:**

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| S&P 500 Index | 12/05/03 | 0.31% | 20.65% |
| Vanguard Total Bond Market Index | 12/05/03 | | 3.75% |

(E) = Estimate  (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is authorized and regulated by the Financial Services Authority.

CONFIDENTIAL

FGANW005417532
FG-05564545

FG-05564543.0007