# EXHIBIT 32



STATE OF NEW YORK  )
                   )
                   )  ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. FG-05562193-FG-05562194.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 14th day of July, 2022.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

**From**: Martin Teixidor, Patricia [PMartin@intercorp.com.pe]
**Sent**: Friday, May 14, 2004, 4:59 PM
**To**: lourdes@fggus.com
**Subject**: RE: FGG Monthly Fund Reports

Lourdes, could you please send me the factsheets separately? Thanks


Patricia Martin Teixidor
**Centura Sab**
**Product Division Manager**
(511) 222-1158 Extension 4141

-----Original Message-----
**From**: Lourdes Barreneche [mailto:lourdes@fggus.com]
**Sent**: Thursday, May 13, 2004 6:03 PM
**To**: Patricia Teixidor
**Subject**: FGG Monthly Fund Reports

Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**32 Dover Street, 5th Floor, London W1S 4NE Tel: +44 (207) 409-0090 Fax: +44 (207) 409- 3090**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: Lourdes Barreneche**


**Monthly Fund Reports**


For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

Fund Fund Date NAV MTD Performance YTD Performance Available Information
Monthly Tear Sheet Webcast with Transcript Other Info


1

CONFIDENTIAL

FGANW005415180
FG-05562193

FG-05562193.0001

Fairfield Sentry, Ltd. (Class A) Split Strike Conversion 04/30/04 $976.47 (F) 0.43% (F) 1.94% (F) PDF Format

**Notes**:

Fairfield Sentry, Ltd. (Class B) Split Strike Conversion 04/30/04 $1,094.58 (F) 0.37% (F) 1.68% (F) PDF Format

**Notes**:

Index Date MTD Performance YTD Performance
Dow Jones Industrial Average 04/30/04 -1.28% -2.18%
Lehman Aggregate Bond Index 04/30/04 -2.84% -0.02%
S&P 500 Index (DRI) 04/30/04 -1.57% 0.10%

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

2

CONFIDENTIAL                                    FGANW005415181
                                                FG-05562194

FG-05562193.0002

FG-05562193.0003

| | |
|---|---|
| From: | Martin Teixidor, Patricia [PMartin@intercorp.com.pe] |
| Sent: | Friday, May 14, 2004 4:59 PM |
| To: | lourdes@fggus.com |
| Subject: | RE: FGG Monthly Fund Reports |

Lourdes, por favor podrías pasarme los factsheets por separado. Gracias
Patricia


Patricia Martin Teixidor
**Centura Sab**
**Gerente División Productos**
☎ (511) 222-1158 anexo 4141

>-----Original Message-----
>**From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
>**Sent:** Thursday, May 13, 2004 6:03 PM
>**To:** Patricia Teixidor
>**Subject:** FGG Monthly Fund Reports
>
>
> Fairfield Greenwich Group
>**919 Third Avenue, 11th Floor, New York, NY 10022**
>**Tel: (212) 319-6060 Fax: (212) 319-0450**
>
>**32 Dover Street, 5th Floor, London W1S 4NE Tel: +44 (207) 409-0090 Fax: +44 (207) 409-3090**
>
>**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**
>
>**E-mail:** Lourdes Barreneche
>
>
>**Monthly Fund Reports**
>
>
>For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
>Please feel free to contact your FGG representative for additional information regarding our hedge fund products.
>
>
>Fund    Fund Type    Date    NAV    MTD Performance    YTD Performance    Available Information
>Monthly Tear Sheet    Webcast with Transcript    Other Info

1

CONFIDENTIAL

FGANW005415180
FG-05562193

FG-05562193.0004

Fairfield Sentry, Ltd. (Class A)    Split Strike Conversion    04/30/04    $976.47 (F)    0.43% (F)    1.94% (F)    PDF Format

**Notes:**

Fairfield Sentry, Ltd. (Class B)    Split Strike Conversion    04/30/04    $1,094.58 (F)    0.37% (F)    1.68% (F)    PDF Format

**Notes:**

Index   Date   MTD Performance   YTD Performance
Dow Jones Industrial Average   04/30/04   -1.28%   -2.18%
Lehman Aggregate Bond Index   04/30/04   -2.84%   -0.02%
S&P 500 Index (DRI)   04/30/04   -1.57%   0.10%

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

2

CONFIDENTIAL

FGANW005415181
FG-05562194

**FG-05562193.0005**