# EXHIBIT 33



STATE OF NEW YORK           )
                            )
                            )       ss
COUNTY OF NEW YORK          )


## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached document with Bates nos.

FG-05559917–FG-05559920.


Laura Musich, Managing Editor
Lionbridge


Sworn to and subscribed before me

this 13th day of July , 2022.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

FG-05559917.C0001

**From**:     Carla Castillo [carlac@fggus.com]
**Sent**:     Wednesday, September 7, 2005, 7:49 PM
**To**:       PMARTIN@INTERCORP.COM.PE
**Cc**:       LB Team
**Subject**:  FW: FGG Weekly Fund Reports

Dear Ms. Martin,

Thank you very much for your email to Ms. Lourdes Barreneche. We are pleased to inform you that the latest information we have available on our alternative management funds is precisely the information you received in this email from Lourdes. However, once the estimated yields of our funds for the month of August are available, we will send them to your attention via email.

In the meantime, please don't hesitate to contact us if you have any further questions. It will be a pleasure to speak with you.

Kind regards,

Carla Castillo
International Client Services

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

((212) 319 6060

E (212) 319 0450

* carlac@fggus.com

http://www.fggus.corn


**From**: Lourdes Barreneche
**Sent**: Wednesday, September 7, 2005, 11:14 AM
**To**: Lakshmi Chaudhuri; Veronica Barco; Carla Castillo
**Subject**: FW: FGG Weekly Fund Reports

1

CONFIDENTIAL

FGANW005412904
FG-05559917

FG-05559917.0001

**From**: Martin Teixidor, Patricia [SMTP:PMARTIN@INTERCORP.COM.PE]
**Sent**: Wednesday, September 7, 2005, 11:16:01 AM
**To**: Lourdes Barreneche
**Subject**: RE: FGG Weekly Fund Reports
**Auto forwarded by a Rule**


Lourdes, do you have estimates for the funds as of August 05?
Regards,


**Patricia Martin Teixidor**
Central Manager
**Product Division**
**Centura SAB**
(511) 222 1158 - Extension 4141
Fax (511) 421 3423

-----Original Message-----
From: Lourdes Barreneche [mailto:lourdes@fggus.com]
Sent: Tuesday, September 6, 2005 8:02 PM
To: Patricia Teixidor
Subject: FGG Weekly Fund Reports

Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**
**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: Lourdes Barreneche**

**Weekly Fund Reports**

For a more complete list of FGG Fund prices and other information, please visit our Web site at
www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund
products.

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available |
|------|-----------|------|-----|-----------------|-----------------|-----------|
| Information | | | | | | |

2

CONFIDENTIAL

FGANW005412905
FG-05559918

**FG-05559917.0002**

Monthly Tear Sheet Webcast with Transcript Other Info
Arlington International Fund, Ltd. Event Driven 09/02/05 $157.98 (E) 0.13% (E)
1.45% (E) PDF Format URL URL

**Notes**:
Fairfield Investment Fund, Ltd. (PCS) Multi-Manager 09/01/05 $126.60 (E) 0.08% (E)
0.14% (E) PDF Format

**Notes**:
Fairfield Redstone Fund, Ltd. Class A-1 Restricted Thematic Long/Short Equity 09/02/05
$1,477.55 (E) 0.04% (E) 6.06% (E) PDF Format URL

**Notes**:
Fairfield Sentry, Ltd. Split Strike Conversion 09/01/05 $1,059.72 (E) 0.02% (E) 3.32%
(E) PDF Format URL

**Notes**:
Fairfield Sigma, Ltd. Split Strike Conversion 09/01/05 €159.72 (E) 0.01%(E) 2.58%
(E) PDF Format

**Notes**:
FIF Advanced, Ltd. Multi-Manager 09/01/05 $339.19(E) 0.12%(E) -2.30% (E)
PDF Format

**Notes**:
NGA Fairfield Limited (Initial Series) Distressed 09/02/05 $180.18 (E) 0.00% (E)
0.43% (E) PDF Format URL URL

**Notes**:
Whiteford International, Ltd. (Class B) Thematic Long/Short Equity 08/31/05 $108.47 (E) –
2.73% (E) 0.81% (E) PDF Format URL

**Notes**:
Index Date MTD Performance YTD Performance
S&P 500 Index 09/02/05 -0.19% 0.50%
Vanguard Total Bond Market Index 09/02/05 2.90%

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not
necessarily indicative of future results. No representation is made that an investor will obtain similar results to
those shown above.

CONFIDENTIAL                                         FGANW005412906
                                                     FG-05559919

**FG-05559917.0003**

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

4

CONFIDENTIAL

FGANW005412907
FG-05559920

**FG-05559917.0004**

FG-05559917.0005

| | |
|---|---|
| **From:** | Carla Castillo [carlac@fggus.com] |
| **Sent:** | Wednesday, September 07, 2005 7:49 PM |
| **To:** | PMARTIN@INTERCORP.COM.PE |
| **Cc:** | LB Team |
| **Subject:** | FW: FGG Weekly Fund Reports |

Buenas tardes Sra. Martin,

Muchas gracias por su email dirigido a la Sra. Lourdes Barreneche.  Nos complace informarle que la ultima informacion que tenemos disponible en nuestros fondos de gestion alternativa es precisamente la informacion que ha recibido en este email de Lourdes.  Sin embargo, una vez que los rendimientos estimados de nuestros fondos para el mes de Agosto esten disponibles se los mandaremos a su atencion via email.

Mientras tanto, por favor no dude en ponerse en contacto con nosotros si tuviese cualquier otra consulta.  Sera un placer hablar con usted.


Un saludo cordial,

Carla Castillo
International Client Services


Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

((212) 319 6060

Ê (212) 319 0450

* carlac@fggus.com

http://www.fggus.com


_____

**From:** Lourdes Barreneche
**Sent:** Wednesday, September 07, 2005 11:14 AM
**To:** Lakshmi Chaudhuri; Veronica Barco; Carla Castillo
**Subject:** FW: FGG Weekly Fund Reports

1

CONFIDENTIAL

FGANW005412904
FG-05559917

**FG-05559917.0006**

--------------------------------------------
**From:** Martin Teixidor, Patricia[SMTP:PMARTIN@INTERCORP.COM.PE]
**Sent:** Wednesday, September 07, 2005 11:16:01 AM
**To:** Lourdes Barreneche
**Subject:** RE: FGG Weekly Fund Reports
**Auto forwarded by a Rule**

Lourdes, tienes estimados de los fondos a agosto 05?
Saludos
Patricia

**Patricia Martin Teixidor**
Gerente Central
**División Productos**
**Centura SAB**
☎ (511) 222 1158 - anexo 4141
Fax (511) 421 3423

      -----Original Message-----
      **From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
      **Sent:** Tuesday, September 06, 2005 8:02 PM
      **To:** Patricia Teixidor
      **Subject:** FGG Weekly Fund Reports

   Fairfield Greenwich Group
   **919 Third Avenue, 11th Floor, New York, NY 10022**
   **Tel: (212) 319-6060 Fax: (212) 319-0450**

   **Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

   **12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

   **E-mail: Lourdes Barreneche**

   **Weekly Fund Reports**

   For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
   Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

Fund   Fund Type   Date   NAV   MTD Performance    YTD Performance    Available Information

CONFIDENTIAL                                                FGANW005412905
                                                      FG-05559918

**FG-05559917.0007**

Monthly Tear Sheet    Webcast with Transcript    Other Info
Arlington International Fund, Ltd.    Event Driven    09/02/05    $157.98 (E)    0.13% (E)    -
1.45% (E)    PDF Format    URL    URL

**Notes:**

Fairfield Investment Fund, Ltd. (PCS)    Multi-Manager    09/01/05    $126.60 (E)    0.08% (E)
0.14% (E)    PDF Format

**Notes:**

Fairfield Redstone Fund, Ltd. Class A-1 Restricted    Thematic Long/Short Equity    09/02/05
$1,477.55 (E)    0.04% (E)    6.06% (E)    PDF Format    URL

**Notes:**

Fairfield Sentry, Ltd.    Split Strike Conversion    09/01/05    $1,059.72 (E)    0.02% (E)    3.32%
(E)    PDF Format    URL

**Notes:**

Fairfield Sigma, Ltd.    Split Strike Conversion    09/01/05    €159.72 (E)    0.01% (E)    2.58%
(E)    PDF Format

**Notes:**

FIF Advanced, Ltd.    Multi-Manager    09/01/05    $339.19 (E)    0.12% (E)    -2.30% (E)
PDF Format

**Notes:**

NGA Fairfield Limited (Initial Series)    Distressed    09/02/05    $180.18 (E)    0.00% (E)
0.43% (E)    PDF Format    URL    URL

**Notes:**

Whiteford International, Ltd. (Class B)    Thematic Long/Short Equity    08/31/05    $108.47 (E)    -
2.73% (E)    0.81% (E)    PDF Format    URL

**Notes:**

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| S&P 500 Index | 09/02/05 | -0.19% | 0.50% |
| Vanguard Total Bond Market Index | 09/02/05 | | 2.90% |

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results.
No representation is made that an investor will obtain similar results to those shown above.

3

CONFIDENTIAL

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

4

FGANW005412907
FG-05559920

**FG-05559917.0009**