# EXHIBIT 34



| STATE OF NEW YORK | ) |    |
|---|---|---|
|  | ) |    |
|  | ) | ss |
| COUNTY OF NEW YORK | ) |    |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates Nos. FG-05559893-FG-05559896.

_____
Lynda Green, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me
this 13th day of July, 2022.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

_____

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

| | |
|---|---|
| From: | Carla Castillo [carlac@fggus.com] |
| Sent: | Thursday, September 8, 2005, 11:02 PM |
| To: | PMARTIN@INTERCORP.COM.PE |
| Cc: | LB Team |
| Subject: | RE: FGG Weekly Fund Reports |
| Attachments: | Monthly Estimate NAV Report-August.pdf |

Dear Ms. Martin,

As promised, we are enclosing herewith the estimated yield sheet of our funds for the month of August. Please don't hesitate to contact us if you have any further questions.

Regards,

Carla Castillo
International Client Services

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

(212) 319 6060

E (212) 319 0450

* carlac@fggus.com

http://www.fggus.com

**From**: Carla Castillo
**Sent**: Wednesday, September 7, 2005, 3:49 PM
**To**: 'PMARTIN@INTERCORP.COM.PE'
**Cc**: LB Team
**Subject**: FW: FGG Weekly Fund Reports

Dear Ms. Martin,

Thank you very much for your email to Ms. Lourdes Barreneche. We are pleased to inform you that the latest information we have available on our alternative management funds is precisely the information you received in this email from Lourdes. However, once the estimated yields of our funds for the month of August are available, we will send them to your attention via email.

In the meantime, please don't hesitate to contact us if you have any further questions. It will be a pleasure to speak with you.

1

CONFIDENTIAL

FGANW005412880
FG-05559893

FG-05559893.0001

Kind regards,

Carla Castillo
International Client Services

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

((212) 319 6060

E (212) 319 0450

* carlac@fggus.com

http://www.fggus.com


**From**: Lourdes Barreneche
**Sent**: Wednesday, September 7, 2005, 11:14 AM
**To**: Lakshmi Chaudhuri; Veronica Barco; Carla Castillo
**Subject**: FW: FGG Weekly Fund Reports


**From**: Martin Teixidor, Patricia [SMTP:PMARTIN@INTERCORP.COM.PE]
**Sent**: Wednesday, September 7, 2005, 11:16:01 AM
**To**: Lourdes Barreneche
**Subject**: RE: FGG Weekly Fund Reports Auto forwarded by a Rule


Lourdes, do you have estimates for the funds as of August 05?
Regards,
Patricia


**Patricia Martin Teixidor**
<u>Central Manager</u>
**Product Division**
**Centura SAB**
(511) 222 1158 - Extension 4141
Fax (511) 421 3423

2

CONFIDENTIAL                                                                                       FGANW005412881
                                                                                                   FG-05559894

FG-05559893.0002

-----Original Message-----
From: Lourdes Barreneche [mailto:lourdes@fggus.com]
Sent: Tuesday, September 06, 2005, 8:02 PM
To: Patricia Teixidor
Subject: FGG Weekly Fund Reports

Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: Lourdes Barreneche**

**Weekly Fund Reports**

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

Fund Type Date NAV MTD Performance YTD Performance Available Information Monthly Tear Sheet Webcast with Transcript Other Info
Arlington International Fund, Ltd. Event Driven 09/02/05 $157.98 (E) 0.13% (E) -1.45% (E) PDF Format URL

**Notes**:
Fairfield Investment Fund, Ltd. (PCS) Multi-Manager 09/01/05 $126.60 (E) 0.08% (E) 0.14% (E) PDF Format

**Notes**:
Fairfield Redstone Fund, Ltd. Class A-1 Restricted Thematic Long/Short Equity 09/02/05 $1,477.55 (E) 0.04% (E) 6.06% (E) PDF Format URL

**Notes**:
Fairfield Sentry, Ltd. Split Strike Conversion 09/01/05 $1,059.72 (E) 0.02% (E) 3.32% (E) PDF Format URL

3

CONFIDENTIAL							FGANW005412882
							FG-05559895

FG-05559893.0003

**Notes**:
Fairfield Sigma, Ltd. Split Strike Conversion 09/01/05 €159.72 (E) 0.01% (E) 2.58% (E) PDF Format

**Notes**:
FIF Advanced, Ltd. Multi-Manager 09/01/05 $339.19 (E) 0.12% (E) -2.30% (E) PDF Format

**Notes**:
NGA Fairfield Limited (Initial Series) Distressed 09/02/05 $180.18 (E) 0.00% (E) 0.43% (E) PDF Format URL

**Notes**:
Whiteford International, Ltd. (Class B) Thematic Long/Short Equity 08/31/05 $108.47 (E) -2.73% (E) 0.81% (E) PDF Format URL

Notes:
Index Date MTD Performance YTD Performance
S&P 500 Index 09/02/05 -0.19% 0.50%
Vanguard Total Bond Market Index 09/02/05 2.90%

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

4

CONFIDENTIAL                                                                                                    FGANW005412883
                                                                                                                               FG-05559896

FG-05559893.0004

FG-05559893.0005

| | |
|---|---|
| **From:** | Carla Castillo [carlac@fggus.com] |
| **Sent:** | Thursday, September 08, 2005 11:02 PM |
| **To:** | PMARTIN@INTERCORP.COM.PE |
| **Cc:** | LB Team |
| **Subject:** | RE: FGG Weekly Fund Reports |
| **Attachments:** | Monthly Estimate NAV Report-August.pdf |

Buenas tardes Sra. Martin,

Tal y como le prometimos, le estamos adjuntando la hoja con los rendimientos estimados de nuestros fondos para el mes de Agosto. Por favor no dude en ponerse en contacto con nosotros si tuviese cualquier otra consulta.


Un saludo,

Carla Castillo
International Client Services


Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

((212) 319 6060

Ê (212) 319 0450

* carlac@fggus.com

http://www.fggus.com

_____

**From:** Carla Castillo
**Sent:** Wednesday, September 07, 2005 3:49 PM
**To:** 'PMARTIN@INTERCORP.COM.PE'
**Cc:** LB Team
**Subject:** FW: FGG Weekly Fund Reports


Buenas tardes Sra. Martin,

Muchas gracias por su email dirigido a la Sra. Lourdes Barreneche. Nos complace informarle que la ultima informacion que tenemos disponible en nuestros fondos de gestion alternativa es precisamente la informacion que ha recibido en este email de Lourdes. Sin embargo, una vez que los rendimientos estimados de nuestros fondos para el mes de Agosto esten disponibles se los mandaremos a su atencion via email.


Mientras tanto, por favor no dude en ponerse en contacto con nosotros si tuviese cualquier otra consulta. Sera un placer hablar con usted.

1

CONFIDENTIAL

FGANW005412880
FG-05559893

**FG-05559893.0006**

Un saludo cordial,

Carla Castillo
International Client Services

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

((212) 319 6060

Ê (212) 319 0450

* carlac@fggus.com

http://www.fggus.com

---

**From:** Lourdes Barreneche
**Sent:** Wednesday, September 07, 2005 11:14 AM
**To:** Lakshmi Chaudhuri; Veronica Barco; Carla Castillo
**Subject:** FW: FGG Weekly Fund Reports

-------------------------------------------
**From:** Martin Teixidor, Patricia[SMTP:PMARTIN@INTERCORP.COM.PE]
**Sent:** Wednesday, September 07, 2005 11:16:01 AM
**To:** Lourdes Barreneche
**Subject:** RE: FGG Weekly Fund Reports
**Auto forwarded by a Rule**

Lourdes, tienes estimados de los fondos a agosto 05?
Saludos
Patricia

**Patricia Martin Teixidor**
Gerente Central
**División Productos**
**Centura SAB**
☎ (511) 222 1158 - anexo 4141
Fax (511) 421 3423

2

CONFIDENTIAL

FGANW005412881
FG-05559894

FG-05559893.0007

-----Original Message-----
**From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
**Sent:** Tuesday, September 06, 2005 8:02 PM
**To:** Patricia Teixidor
**Subject:** FGG Weekly Fund Reports

Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

E-mail: Lourdes Barreneche

_____

**Weekly Fund Reports**

_____

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

_____

Fund    Fund Type    Date    NAV    MTD Performance    YTD Performance    Available Information    Monthly Tear Sheet    Webcast with Transcript    Other Info
Arlington International Fund, Ltd.    Event Driven    09/02/05    $157.98 (E)    0.13% (E)    -1.45% (E)    PDF Format    URL    URL

Notes:

Fairfield Investment Fund, Ltd. (PCS)    Multi-Manager    09/01/05    $126.60 (E)    0.08% (E)    0.14% (E)    PDF Format

Notes:

Fairfield Redstone Fund, Ltd. Class A-1 Restricted    Thematic Long/Short Equity    09/02/05    $1,477.55 (E)    0.04% (E)    6.06% (E)    PDF Format    URL

Notes:

Fairfield Sentry, Ltd.    Split Strike Conversion    09/01/05    $1,059.72 (E)    0.02% (E)    3.32% (E)    PDF Format    URL

3

CONFIDENTIAL

FGANW005412882
FG-05559895

FG-05559893.0008

**Notes:**

Fairfield Sigma, Ltd.    Split Strike Conversion    09/01/05    €159.72 (E)    0.01% (E)    2.58% (E)    PDF Format

**Notes:**

FIF Advanced, Ltd.    Multi-Manager    09/01/05    $339.19 (E)    0.12% (E)    -2.30% (E)    PDF Format

**Notes:**

NGA Fairfield Limited (Initial Series)    Distressed    09/02/05    $180.18 (E)    0.00% (E)    0.43% (E)    PDF Format    URL    URL

**Notes:**

Whiteford International, Ltd. (Class B)    Thematic Long/Short Equity    08/31/05    $108.47 (E)    -2.73% (E)    0.81% (E)    PDF Format    URL

**Notes:**

Index    Date    MTD Performance    YTD Performance
S&P 500 Index    09/02/05    -0.19%    0.50%
Vanguard Total Bond Market Index    09/02/05        2.90%

(E) = Estimate  (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

4

CONFIDENTIAL

FGANW005412883
FG-05559896

FG-05559893.0009