HERBERT SMITH FREEHILLS NEW YORK LLP
Marc J. Gottridge
Michael Schoeneberger
Christopher Emch
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
marc.gottridge@hsf.com
michael.schoeneberger@hsf.com
chris.emch@hsf.com

*Attorneys for the Defendants in Adversary Proceeding No. 11-02569 (CGM)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>Defendants. | Adv. Pro. No. 11-02569 (CGM)<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I hereby certify that on August 22, 2022, the Notice of Motion for Leave to Appeal of Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank & Trust Limited) (together, the "Barclays Defendants"), the Declaration of Marc J. Gottridge in support of the Barclays Defendants' Motion for Leave to Appeal and all exhibits thereto, the Memorandum of Law in support of the Barclays Defendants' Motion for Leave to Appeal, and the Notice of Appeal and all exhibits thereto, including the Related Case Statement and Civil Cover Sheet, were served by filing them via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
August 25, 2022

HERBERT SMITH FREEHILLS
NEW YORK LLP

By:   /s/ *Marc J. Gottridge*
      Marc J. Gottridge
      Michael Schoeneberger
      Christopher Emch
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (917) 542-7600
      Facsimile: (917) 542-7601
      marc.gottridge@hsf.com
      michael.schoeneberger@hsf.com
      chris.emch@hsf.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*