**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br>v.<br><br><br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>                    Defendant. | Adv. Pro. No. 11-02493 (CGM) |

### STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and defendant Abu Dhabi Investment Authority ("Defendant"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** on March 17, 2022, the Court entered a stipulation and order that set a briefing schedule for Defendant's motion to dismiss the Trustee's Complaint (the "Motion"), ECF No. 106;

**WHEREAS,** on May 11, 2022, Defendant filed the Motion, ECF Nos. 109-113, and on July 11, 2022, the Trustee opposed the Motion, ECF Nos. 114-116;

**WHEREAS,** on August 9, 2022, Defendant filed its reply, ECF No. 117;

**WHEREAS,** the parties have since agreed to request that the hearing on the Motion be adjourned from September 14, 2022 to October 19, 2022, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and **SO ORDERED**, by the Court that the hearing on Defendant's Motion be adjourned from September 14, 2022 to October 19, 2022, at 10:00 a.m. (prevailing Eastern time).

*[Remainder of page intentionally left blank.]*

Dated:    August 25, 2022
         New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith Murphy
Email: kmurphy@bakerlaw.com
Eric Hiatt
Email: ehiatt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Alan D. Lawn

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Marc Greenwald*
**QUINN EMANUEL URQUHART & SULLIVAN**
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7273
Fax : (212) 849-7100
Marc Greenwald
Email: marcgreenwald@quinnemanuel.com
Eric Mark Kay
Email: erickay@quinnemanuel.com

*Attorneys for Defendant*



**Dated: August 25, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**