**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INTELIGO BANK LTD., f/k/a BLUBANK LTD.,<br><br>    Defendant. | Adv. Pro. No. 11-02763 (CGM) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, copies of the following documents were filed electronically:

- *Trustee's Memorandum of Law in Opposition to Defendant Inteligo's Motion to Dismiss; and*

- *Declaration of Amy E. Vanderwal in Support of the Trustee's Opposition to Defendant Inteligo's Motion to Dismiss*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: August 25, 2022
      New York, New York

By: */s/ Amy E. Vanderwal*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Joanna Shally
Shearman & Sterling LLP
Email: jshally@shearman.com
Attorney For: INTELIGO BANK LTD. , f/k/a BLUBANK LTD.

Heather Lamberg
Winston & Strawn LLP
Email: hlamberg@winston.com
Attorney For: INTELIGO BANK LTD. , f/k/a BLUBANK LTD.