**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant, | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.); et al.,<br><br>    Defendants. | Adv. Pro. No. 12-01677 (BRL) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, a Reply Memorandum of Law in Further Support of the Motion of OFI Funds to Dismiss the Complaint, and the accompanying Declaration of Herve Lecuyer, dated August 9, 2022, were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent through the Court's

14015923.1

Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated:  August 26, 2022

                BOND, SCHOENECK & KING, PLLC

                By:    /s/  Brian J. Butler
                         Brian J. Butler, Esq.
                         Sara C. Temes, Esq.
                         One Lincoln Center
                         Syracuse, New York 13202
                         Tel: (315) 218-8000
                         Fax: (315) 218-8100
                         Email:  bbutler@bsk.com
                                     stemes@bsk.com

*Counsel for Defendants OFI MGA Alpha Palmares, Oval Palmares Europlus and UMR Select Alternatif*