| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Hearing Date: March 15, 2023 at 10:00 a.m |
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02759 (GCM) |
| v. | |
| NOMURA INTERNATIONAL PLC, | |
| Defendant. | |

**NOTICE OF MOTION TO DISMISS**

1

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Nomura International plc's Motion to Dismiss the Complaint in the above-captioned action, the Declaration of Alan Saunders dated as of the date hereof, and all prior pleadings and proceedings herein, Defendant Nomura International plc will move this Court for an order dismissing the Complaint filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

Dated: August 26, 2022
New York, New York

SHEARMAN & STERLING LLP

By: */s/ Jeffrey Resetarits*
Jeffrey Resetarits
Randall Martin
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (646) 848-7174

*Attorneys for Nomura International plc*