**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG,<br><br>Defendant. | Adv. Pro. No. 12-01209 (CGM) |

**DECLARATION OF ROBERTSON D. BECKERLEGGE IN SUPPORT OF THE
TRUSTEE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE
AMENDED COMPLAINT**

I, Robertson D. Beckerlegge, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a partner with Baker & Hostetler LLP, counsel to Irving H. Picard (the "Trustee"), as Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§78aaa *et seq.*, and the Chapter 7 estate of Bernard L. Madoff.

2. I submit this Declaration in support of the Trustee's opposition to Defendant's motion to dismiss the Amended Complaint filed in this matter. Capitalized terms used but not defined herein have the meaning ascribed to them in the Trustee's Memorandum of Law.

3. Attached hereto as Exhibit 1 is a true and correct copy of a LinkedIn page for William Harvey Glover at [https://www.linkedin.com/in/william-harvey-glover-326b2011] (last visited on July 28, 2022).

4. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence between FGG personnel, dated October 12, 2005 – October 13, 2005, with the subject line "BSI Summary." (SECSEV2579469 - SECSEV2579470).

5. Attached hereto as Exhibit 3 is a true and correct copy of email correspondence dated April 27, 2004 – April 29, 2004, including emails between Robert Puccio and Philip Toub of FGG in New York, with the subject lines "FGG Monthly Fund Reports" and "Fairfield Sentry B shares." (SECSEV0690854 – SECSEV0690857).

6. Attached hereto as Exhibit 4 is a true and correct copy of internal email correspondence between FGG personnel, dated December 12, 2003 to February 9, 2004, with the subject line of several of the emails stating "BSI – Meeting on Dec 8, 2003." (SECSEV0686531 - SECSEV0686533).

7. Attached hereto as Exhibit 5 is a true and correct copy of internal email

2

correspondence between FGG personnel, dated November 29, 2004 to December 9, 2004, with the subject line "Gottardo meeting." (SECSEV0957837 – SECSEV0957839).

8. Although several documents attached to this Declaration are stamped confidential, the Trustee's records indicate that the producing parties have de-designated the documents as not confidential under the Litigation Protective Order entered in this liquidation. *See SIPC v. BLMIS (In re BLMIS)*, Adv. Pro. No. 08-01789 (CGM) (Bankr. S.D.N.Y. June 6, 2011 & Sept. 17, 2003), ECF Nos. 4137 & 5474. In addition, all personal identifying information has been redacted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2022 in New York, New York.

/s/ *Robertson D. Beckerlegge*
Robertson D. Beckerlegge