# EXHIBIT 1

    

Home | My Network | Jobs



# William Harvey Glover

CEO Glover Fine Arts LLc

-  U.S. Small Business Administration
-  Fordham University

Washington DC-Baltimore Area · Contact info

500+ connections

    

**Open to work**
Senior Loan Officer, Compliance Specialist, Civil Servant and Fundraiser roles
See all details

## About

SEC. S7, S24, S63, FSA registration.

## Activity
1,979 followers

**William Harvey hasn't posted lately**
William Harvey's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Senior Loan Officer**
U.S. Small Business Administration

    
Glover Fine Arts
Jan 2015 - Present · 7 yrs 7 mos
Washington D.C. Metro Area

+2

 **Member**
The Future Society
Jul 2019 - Present · 3 yrs 1 mo
Washington, District Of Columbia

Not for Profit organization dedicated to the establishment of international governance for A.I.

 **General Manager**
DXL Group
Feb 2016 - Jan 2019 · 3 yrs
Westport, Connecticut

Largest publicity held US company Specializing in "Big and Tall" Mens Wear distributed through 300+ retail location in the US, Canada and the UK

 **Chief Compliance and Operating Officer**
OCP CAPITAL LTD
Mar 2009 - Jan 2014 · 4 yrs 11 mos
Greater New York City Area

Registered Broker/Dealer. Specializing in Alternative investments for institutional investors, US and LatAm Family Offices.

CCO

Show all 8 experiences →

## Education

 **Fordham University**
BA, Business Administration and Management, General

 **Fordham University**
BA-Liberal Arts, Art History, Criticism and Conservation

    

Home   My Network   Jobs

 **Vestry Member**
St Stephens's Church Coconut Gtove, FL

 **Fundraiser**
American Cancer Society

 **Fundraiser**
Metropolitan Opera

Show all 12 volunteer experiences →

## Skills

**Investments**

 Endorsed by Alan Donenfeld and 5 others who are highly skilled at this

 41 endorsements

**Alternative Investments**

 Endorsed by William McEnroe and 3 others who are highly skilled at this

 26 endorsements

**Hedge Funds**

 Endorsed by Paul O'Reilly-Hyland who is highly skilled at this

 22 endorsements

Show all 35 skills →

## Languages

Spanish

## Interests

**Influencers**   Companies   Groups   Schools

    

Home | My Network | Jobs

 **Mike Bloomberg**
Entrepreneur, philanthropist, UN Secretary-General's Special Envoy for Climate Ambition & Solutions, WHO Global Ambassador for Noncommunicable Diseases and Injuries, mayor of NYC, father, grandfather, and data nerd.
2,559,160 followers

 **Arianna Huffington**
Founder and CEO at Thrive
10,141,750 followers

Show all 26 influencers →

## Causes

Arts and Culture • Education • Environment • Disaster and Humanitarian Relief • Social Services

Ad  •••

James, stay informed on industry news and trends



James, **Adapt2 Solutions** is hiring!

 Follow

## People also viewed

 **Nicolas Economou**
• 3rd+
Advancing the beneficial use of AI in the Law. Advancing the global dialogue on the Governance of AI.

Connect

 **Niki Iliadis**
• 3rd+
AI Impact

Connect

   Home　 My Network　 Jobs

AI Fellow: AIA-nrw.org | Advisor AI @ GIZ | Member - Global-Diplomacy-Lab | Technology Policy

**+ Follow**

 **Nicolas Moës**
• 3rd+
Director, European AI Governance

**Connect**

 **Richard Mallah** • 3rd+ 
AI Technologist

**Connect**

**Show more** ⌄

### People you may know

 **Deana Richardson, MBA**
Active TS/SCI | Product Manager | Project Manager | UX/UI Designer | Frontend Developer | #100devs | Cyber Analyst | ITAM | System Administrator

**Connect**

 **Uma Raman**
Director, E2E solution architecture & delivery. Pega BPM, Case, Decisioning ADM enablement, Adobe

**Connect**

 **Rayvin Snodgrass**
Business Leader

**Connect**

 **Polina Grosman**
Director - Systems Engineering

**Connect**

 **Manisha Patel**
Executive Director - Field Network Engineering

**Connect**

**Show more** ⌄

    

Home　　My Network　　Jobs

Ad ···

James, stay informed on industry news and trends



James, **Adapt2 Solutions** is hiring!

Follow

   Home   My Network   Jobs

 William Harvey Glover
CEO Glover Fine Arts LLc      Message   Connect

 **Experience**

 **Senior Loan Officer**
U.S. Small Business Administration
Jul 2020 - Present · 2 yrs 1 mo

 **CEO**
Glover Fine Arts
Jan 2015 - Present · 7 yrs 7 mos
Washington D.C. Metro Area

 asset.JPG

 asset.JPG

 **Member**
The Future Society
Jul 2019 - Present · 3 yrs 1 mo
Washington, District Of Columbia

Not for Profit organization dedicated to the establishment of international governance for A.I.

 **General Manager**
DXL Group
Feb 2016 - Jan 2019 · 3 yrs
Westport, Connecticut

Largest publicity held US company Specializing in "Big and Tall " Mens Wear distributed through 300+ retail location in the US, Canada and the UK

 **Chief Compliance and Operating Officer**
OCP CAPITAL LTD
Mar 2009 - Jan 2014 · 4 yrs 11 mos
Greater New York City Area

Registered Broker/Dealer. Specializing in Alternative investments for institutional investors, US and LatAm Family Offices.

    
 **CEO**
BSI Investment Advisors
Jun 2000 - Jun 2009 · 9 yrs 1 mo
New York and Miami

Managed Latin American private client business. Focus on Brazil and Argentina.

 **no current affiliation**
BSI Investment Advisors ( a prior holdong of BSI AG, Lugano, CH) was taken private and is now known as…

 **SVP**
BSI Bank
Oct 1998 - Jun 2009 · 10 yrs 9 mos
Lugano, Cantone Ticino, Switzerland

 **Senior Vice President**
J.P. Morgan
Feb 1980 - Feb 1990 · 10 yrs 1 mo
New York, New York

**Linked in**

| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2022