# EXHIBIT 3

**From:** Corina Piedrahita [corina@fggmadrid.com]
**Sent:** 4/29/2004 8:33:18 AM
**To:** Maria Fernandez [MFernandez@citco.com]; Dan Lipton [dan@fggus.com]; Indra Angela [iangela@citco.com]; Jeffrey Tucker [jeffrey@fggus.com]; Judith Terlien [jterlien@citco.com]; Lauren Ross [lauren@fggus.com]
**CC:**
**Subject:** RE: Fairfield Sentry B shares

OK
Corina

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: 28 April 2004 17:01
To: Corina Piedrahita; Jeffrey Tucker
Subject: FW: Fairfield Sentry B shares


Please approve USD 75,000 for Sentry B from BSI Advisors. FGG agent is PHILIP.

Thank you,
Lauren

-----Original Message-----
From: Philip Toub
Sent: Wednesday, April 28, 2004 10:58 AM
To: Lauren Ross
Subject: FW: Fairfield Sentry B shares


pls approve.

tks

-----Original Message-----
From: Robert.Puccio@BSI-Advisors.com [mailto:Robert.Puccio@BSI-Advisors.com]
Sent: Wednesday, April 28, 2004 10:55 AM
To: Philip Toub
Subject: Fairfield Sentry B shares


Hey Phillip,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000113331
SECSEV0690854

We just put a subscription in for $75,000 of ths fund. FYI

Hope all is well

Bob

-----Original Message-----
From: Philip J. Toub [mailto:philip@fggus.com]
Sent: Tuesday, April 27, 2004 11:34 PM
To: Robert Puccio
Subject: FGG Monthly Fund Reports


**Fairfield Greenwich Group**
919 Third Avenue, 11th Floor, New York, NY 10022
Tel: (212) 319-6060 Fax: (212) 319-0450

32 Dover Street, 5th Floor, London W1S 4NE Tel: +44 (207) 409-0090 Fax: +44
(207) 409-3090

12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362
Fax: (441) 292-5413

E-mail: Philip J. Toub
_____

Monthly Fund Reports
_____

For a more complete list of FGG Fund prices and other information,
please visit our Web site at www.fggus.com .
Please feel free to contact your FGG representative for additional
information regarding our hedge fund products.
_____

Fund Fund Type Date NAV MTD Performance YTD
Performance Available Information
Monthly Tear Sheet Webcast with Transcript Other Info
Fairfield Dover Fund Ltd Class P1 Thematic Long/Short Equity
03/31/04 $962.63 (F) -5.09% (F) -3.74% (F)
Sheet\2004\Private\Fairfield Dover (Private Client USD) March 2004.pdf>
PDF
Format
Notes:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000113332
SECSEV0690855

Fairfield Sentry, Ltd. (Class B) Split Strike Conversion
03/31/04 $1,090.58 (F) -0.01% (F) 1.31% (F)
sheet (Mar04).pdf> PDF Format
Notes:


Index Date MTD Performance YTD Performance
Dow Jones Industrial Average 03/31/04 -2.14% -0.92%
Lehman Aggregate Bond Index 03/31/04 0.82% 2.91%
S&P 500 Index (DRI) 03/31/04 -1.51% 1.70%

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees
and expenses. Past performance is not necessarily indicative of future
results. No representation is made that an investor will obtain similar
results to those shown above.

This document does not constitute an offer to sell or the solicitation
of an offer to buy shares of any Fund. Such offer or solicitation may
only be made by means of delivery of a Confidential Offering Memorandum
that contains a description of the material terms (including risk
factors, conflicts of interest, fees and charges, and regulatory and tax
considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of
risk. There can be no assurance that the Fund's investment objective
will be achieved, and investment results may vary substantially from
year to year. Some of the Funds, and some of the Managers in which some
of the Funds invest, may utilize leverage and such Funds' performances
may be volatile. An investor could lose all or substantially all of his
or her investment. The fees and expenses of a Fund may offset its
trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services
Authority.

If you do not wish to receive future investor update e-mails of this
type from FGG, please send an e-mail advising us of your choice to
unsubscribe@fggus.com

---

This communication is confidential, private, for informational purposes

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000113333
SECSEV0690856

only and does not constitute either an offer to sell or the solicitation
of an offer to purchase any securities in any jurisdiction in which such
an offer or solicitation is not authorized. Neither this communication
nor any part hereof may be reproduced or distributed without prior
written authorization of BSI Investment Advisors LLC. Any reproduction
or distribution of its contents may constitute a violation of Federal
and State securities
laws.

==================================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the
persons to whom it is addressed,and may contain confidential
information. Any use,distribution,modification,copying or disclosure by
any other person is strictly prohibited. If you have received this
message in error please notify the sender by return e-mail and delete
this message from your computer. Any data or views contained herein is
based upon information available to us at this date and is subject to
change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000113334
SECSEV0690857