# EXHIBIT 4

**From:** Philip Toub [PHILIP@fairdomain01.com]
**Sent:** 2/9/2004 3:23:48 PM
**To:** Lakshmi Chaudhuri [lakshmi@fggus.com]
**CC:** Jeffrey Tucker [jeffrey@fggus.com]; LB Team [lbteam@fggus.com]; Lauren Ross [lauren@fggus.com]; Walter Noel [walter@fggus.com]; Rob Blum [rob@fggus.com]
**Subject:** RE: Meeting at Edelweiss

It has been a very interesting trip , as u know weddings are quite spectacular and everyone has been particularly hospitable.

The timing was also quite good, as I am sure you have heard that new regualtions have been passed two weeks ago allowing Indians to invest up to 25K a year outside legally. While the sum does not sound like much , it will create some demand and a good cover for their other activities.

I will drop you all a full report on my findings and contacts , so that we can properly coordinate our approach.


Had lunch with Zia today, very connected lawyer friend of Rob's , who was quite insightful and promised to put her thinking cap on . Met Mr. Uday Kotak at a reception last night at The Taj and he suggested i meet with his CEO in London next week. as I am sure you know Kotak is one of the best banks here , Indian operations ,24% owned by Goldman Sachs. I am scheduled to meet Mr. Moden, head of Private Banking at ICICI tomorrow . Most of their offshore is run thru Singapore, so Richard could do some good follow up there if things go well.  Funnily enough they have partnered with Lombard, Pedro Martin's guys, so there may be angle on the insurance wrapper side.

Anyway, fortunately the food has not claimed me yet , i think my Brazil belly has been quite helpfull.

Hope Lourdes trip to Sing and HK was fruitfull.

Best

philip

 -----Original Message-----
From:   Lakshmi Chaudhuri
Sent:   Monday, February 09, 2004 12:08 PM
To:     Philip Toub
Cc:     Jeffrey Tucker; LB Team; Lauren Ross
Subject:      Meeting at Edelweiss

Dear Philip,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000109008

SECSEV0686531

Thank you for your email informing us of your meeting at Edelweiss in Mumbai. They continue to be active contacts for us in Mumbai - both Rujan and Rashesh having visited our office during their visits to NY and had good meetings with us including Harold and Rob. Please keep us posted on any further developments.

Hope you are having a good time in Mumbai (the city where I grew up!)

Kind regards,
Lakshmi

-----Original Message-----
From:   Philip Toub
Sent:   Monday, February 09, 2004 2:02 AM
To:     Lakshmi Chaudhuri
Subject:    RE: BSI - Meeting on Dec 8, 2003

Hi Lakshmi,

Hope all is well. Had a very noce visit with your old colleagues at Edelweiss on Friday, both Rujan and Rashesh were very hospitable and insightfull . Funnily enough, one of my friends who knows them , scheduled the meeting for me and Rujan did not put 2 and 2 toegther until after I arrived. Anyway, it was very interesting to hear what they are up to, they seem to have an interesting approach.

best

philip

-----Original Message-----
From:   Lakshmi Chaudhuri
Sent:   Friday, December 12, 2003 3:55 PM
To:     Philip Toub
Subject:    RE: BSI - Meeting on Dec 8, 2003

On Dec 8, Lourdes was on her own attending meetings. Blair joined on Dec 9.

-----Original Message-----
From:   Philip Toub
Sent:   Friday, December 12, 2003 12:55 PM
To:     Lakshmi Chaudhuri
Subject:    RES: BSI - Meeting on Dec 8, 2003

tks, did Blair go?? did u discuss FFTW much??

-----Mensagem original-----

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00010900S
SECSEV0686532

De:     Lakshmi Chaudhuri
Enviada em:    sexta-feira, 12 de dezembro de 2003 14:49
Para:   Philip Toub
Cc:     Lourdes Barreneche; Carla Castillo; Veronica Barco
Assunto:        BSI - Meeting on Dec 8, 2003

Dear Philip,

The following is the report on Lourdes' meeting at BSI in Miami on Dec 8, 2003:

Banca della Svizzera Italiana - Mr. Harvey Glover (First Vice President):

It was very good to reconnect with Mr. Glover after a long period of time. Mr. Glover is interested in restarting the process with FGG products especially Fairfield Sentry Ltd. (Class B).

TO DO:

Send information package similar to the one that is being prepared in consultation with Amit for clients that are concerned about Fairfield Sentry Ltd. -- Veronica will coordinate this follow-up.

Best regards,
LC


Lakshmi Chaudhuri
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000109010
                                                                                SECSEV0686533