**<u>EXHIBIT B</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER GRANTING THE TRUSTEE'S APPLICATION TO RETAIN**
**HOLLAND & HART LLP AS SPECIAL COUNSEL**

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Holland & Hart LLP ("Holland") as special counsel, and upon the declaration of Mr. Lars Evensen submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1.       The Application is **GRANTED**.

2.       The Court finds that Holland is deemed disinterested under 15 U.S.C. § 78eee(b)(6).

3.      The Trustee is authorized to retain Holland as special counsel to the Trustee as provided in the Application.