**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG,<br><br>                Defendant. | Adv. Pro. No. 12-01209 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, copies of the following documents were filed electronically:

- *Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint; and*

- *Declaration of Robertson D. Beckerlegge in Support of the Trustee's Opposition to Defendant's Motion to Dismiss the Amended Complaint*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: August 29, 2022
       New York, New York

By: */s/ Robertson D. Beckerlegge*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Adam M. Lavine
Donna (Dong Ni) Xu
Zachary D. Rosenbaum
Kobre and Kim
Email: Adam.Lavine@kobrekim.com
Email: Donna.Xu@kobrekim.com
Email: Zach.Rosenbaum@kobrekim.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo