Deborah A. Reperowitz, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
100 Park Avenue, Suite 2000
New York, New York 10017
Telephone:  (212) 812-4124
Facsimile:  (646) 682-7180

*Mediator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>v.<br><br>FREDERIC Z. KONIGSBERG, SUSAN M. KONIGSBERG, BRADERMAK, LTD., BRADERMAK EQUITIES CORP., LEE RAUTENBERG, JAN STAHL, GERI STAHL, H. PETER STEIL, APO HEALTH, INC. PSP F/B/O H. PETER STEIL, APO HEALTH, INC. PSP F/B/O JAN STAHL, BUYER'S ALTERNATIVES, INC. PSP F/B/O JAN STAHL, and PJS TRADING, INC. PSP F/B/O JAN STAHL,<br><br>           Defendants. | Adv. Pro. No. 10-04394 (CGM) |

**MEDIATOR'S FINAL REPORT**

Deborah A. Reperowitz, the court-appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York, and reports as follows:

1. The mediator reviewed the mediation statements and documents submitted by the parties and conducted negotiations between and among the parties.

2. The parties negotiated in good faith and complied with all relevant orders governing the mediation.

3. The parties have reached a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding and have memorialized their agreement in a written settlement agreement.

Dated: July 27, 2022
New York, New York

*s/ Deborah A. Reperowitz*
Deborah A. Reperowitz, Mediator
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, New York 10017
Telephone:    (212) 812-4138
Facsimile:    (646) 682-7180
Email:        dreperowitz@stradley.com

5708412