**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01677 (CGM) |
| Plaintiff, | |
| v. | |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor | |

| | |
|---|---|
| Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (*f/k/a* Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF;<br><br>                      Defendants. | |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the Chapter 7 estate of Bernard L. Madoff, on the one hand, and defendants Societe Generale Private Banking (Suisse) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; Socgen Nominees (UK) Limited; Lyxor Asset Management Inc. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG Audace Alternatif (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI Equilibrium Fund (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; Lyxor Premium Fund (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; Societe Generale S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; and Societe Generale Luxembourg (*f/k/a* Societe Generale Bank & Trust S.A.) (collectively, the "SG Defendants," and together with the

2

Trustee, the "Parties"), on the other, by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 29, 2022, the SG Defendants filed a motion to dismiss the Trustee's complaint (the "SG Motion"), ECF No. 143, with a supporting declaration and memorandum of law, ECF Nos. 144-145; on June 28, 2022, the Trustee filed a combined opposition to the SG Motion and a separate motion filed by additional defendants, ECF No. 155, with supporting declarations, ECF Nos. 156-157; and on August 26, 2022, the SG Defendants filed a reply and supporting declaration in further support of the SG Motion, ECF Nos. 168-169;

**WHEREAS**, pursuant to an amended notice of hearing, ECF No. 151, the Court scheduled a hearing to consider the SG Motion to be held on September 14, 2022, at 10:00 am; and

**WHEREAS**, the Parties have met and conferred and have agreed to rest on their papers and waive oral argument on the SG Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1.) The Court will not hear oral argument on the SG Motion, and the hearing scheduled for September 14, 2022, at 10:00 am, to consider the SG Motion is cancelled and will be removed from the Court's calendar.

2.) The Parties otherwise reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
August 31, 2022

**WINDELS MARX LANE & MITTENDORF, LLP**

By: ___/s/ Howard L. Simon_____
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*for the Chapter 7 Estate of Bernard L. Madoff*

**ALLEGAERT BERGER & VOGEL LLP**

By: ___/s/ John F. Zulack_____
John F. Zulack (jzulack@abv.com)
111 Broadway, 20th Floor
New York, NY 10006
Tel: (212) 571-0550
Fax: (212) 571-0550

*Attorneys for Societe Generale Private Banking*
*(Suisse) S.A., individually and as successor in interest*
*to Societe Generale Private Banking (Lugano-Svizzera)*
*S.A., Socgen Nominees (UK) Limited, Lyxor Asset*
*Management Inc., SG Audace Alternatif, now acting by*
*and through its manager, Lyxor Asset Management*
*S.A.S., SGAM AI Equilibrium Fund, now acting by and*
*through its liquidator, KPMG Advisory Sarl, Lyxor*
*Premium Fund, now acting by and through its trustee,*
*Societe Generale S.A., Societe Generale S.A., as*
*Trustee for Lyxor Premium Fund and Successor in*
*Interest to Banque de Reescompte et de Placement a/k/a*
*Barep and to Societe Generale Asset Management*
*Banque d/b/a Barep, and Societe Generale Luxembourg*

4

**MAYER BROWN LLP**

By: ___/s/ Christopher J. Houpt_____
Steven Wolowitz (swolowitz@mayerbrown.com)
Christopher J. Houpt (choupt@mayerbrown.com)
Bradley A. Cohen (bacohen@mayerbrown.com)
1221 Avenue of the Americas
New York, New York 10020
Tel. No.: (212) 506-2500

*Attorneys for Societe Generale Private Banking (Suisse) S.A., individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A., Socgen Nominees (UK) Limited, Lyxor Asset Management Inc., SG Audace Alternatif, now acting by and through its manager, Lyxor Asset Management S.A.S., SGAM AI Equilibrium Fund, now acting by and through its liquidator, KPMG Advisory Sarl, Lyxor Premium Fund, now acting by and through its trustee, Societe Generale S.A., Societe Generale S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep, and Societe Generale Luxembourg*

**SO ORDERED.**



**Dated: September 1, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

5