**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>SHARON KNEE,<br><br>                Defendant. | Adv. Pro. No. 10-04986 (CGM) |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2022, a copy of the Securities Investor Protection Corporation's Memorandum of Law in Support of the Trustee's Motion for Summary Judgment was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email address designated for delivery and/or by placing a true and correct copy thereof in a sealed package designated for Federal Express, postage prepaid and properly addressed to the Defendant at: 138 Via Paradisio, Palm Beach Gardens, Florida 33418.

     Dated: September 2, 2022
             Washington, D.C.

                                                             */s/ Kevin H. Bell*
                                                             KEVIN H. BELL
                                                             Senior Associate General Counsel
                                                             SECURITIES INVESTOR
                                                               PROTECTION CORPORATION

1667 K St., NW, Suite 1000  
Washington, D.C. 20006  
Telephone: (202) 371-8300  
Facsimile: (202) 223-1679  
Email: kbell@sipc.org