**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br> Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br> Plaintiff,<br>v.<br><br>UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br> Defendants. | Adv. Pro. No. 12-01577 (CGM) |

## STIPULATION AND ORDER

It is stipulated and agreed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff, as well as Defendants UBS Europe SE and LGT Bank (Switzerland) Ltd. (together,

"Defendants," and together with the Trustee, the "Parties"), by and through their respective counsel, as follows:

**WHEREAS**, on May 4, 2012, the Trustee commenced this adversary proceeding (the "Action") against Defendants seeking to, among other things, recover transfers allegedly received from Fairfield Sentry Limited, Fairfield Sigma Limited, and Kingate Euro Fund Ltd. pursuant to 11 U.S.C. § 550;[1] and

**WHEREAS**, between the commencement of the Action and now, the Second Circuit decided certain legal issues in the liquidation proceeding of Bernard L. Madoff Investment Securities LLC affecting this Action, and the Trustee settled with Kingate Global Fund, Ltd. and Kingate Euro Fund Ltd.;[2] and

**WHEREAS**, on July 14, 2022, the Trustee filed an Amended Complaint in this Action seeking to, among other things, recover transfers allegedly received from Fairfield Sentry Limited and Fairfield Sigma Limited pursuant to 11 U.S.C. § 550;[3] and

**WHEREAS**, the Parties stipulated to a briefing schedule concerning the Trustee's Amended Complaint, which was so-ordered by the Court on July 14, 2022;[4] and

**WHEREAS**, the Parties now seek an extension of the deadlines set out in the July 14, 2022 briefing schedule.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and **SO ORDERED** by the Court that:

---

[1] Compl., *Picard v. UBS Deutschland AG (In re BLMIS)*, Adv. Pro. No. 12-01577 (CGM) (Bankr. S.D.N.Y. May 4, 2012), ECF No. 1 ("Complaint").
[2] *In re Picard*, 917 F.3d 85 (2d Cir. 2019); *In re Bernard L. Madoff Inv. Sec. LLC*, 12 F.4th 171, 185–200 (2d Cir. 2021); Order Approving a Settlement Agreement by and Among the Trustee and Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd., *Picard v. Federico Ceretti*, Adv. Pro. No. 09-01161 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2019), ECF No. 18930 ("Kingate Settlement").
[3] Am. Compl., *UBS Deutschland AG*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y. July 14, 2022), ECF No. 105 ("Amended Complaint").
[4] Stip. & Order, *UBS Deutschland AG*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y. July 14, 2022), ECF No. 104.

1. The deadline for the Defendants to respond to the Amended Complaint in the Action shall be extended from Thursday, September 1, 2022 to Thursday, September 15, 2022.

    - If any Defendant files a motion to dismiss the Amended Complaint, such motion will comply with Federal Rule of Civil Procedure 12. The deadline for the Trustee to respond to such motions shall be extended from Monday, October 31, 2022 to Monday, November 14, 2022.

    - The deadline for the Defendants to file any replies shall be extended from Wednesday, December 7, 2022 to Wednesday, December 21, 2022.

2. If any Defendant files a motion to dismiss the Amended Complaint, then any Party may request oral argument on such motions at the Court's first available convenience.

3. The deadlines established by this Stipulation are without prejudice to either Party seeking future extensions of time.

4. The Parties reserve all rights, arguments, objections, and defenses they may have and entry into this Stipulation and Order shall not impair or otherwise affect any such rights, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or to the jurisdiction of this Court.

[Signatures and order appear on the next page]

Dated: August 31, 2022

<table>
<tr><td>

**BAKER & HOSTETLER LLP**

By: /s/ *Dean D. Hunt*
    45 Rockefeller Plaza
    New York, New York 10111
    Telephone: 212.589.4200
    Facsimile: 212.589.4201
    David J. Sheehan
    Email: dsheehan@bakerlaw.com

    811 Main Street, Suite 1100
    Houston, Texas 77002
    Telephone: 713.751.1600
    Facsimile: 713.751.1717
    Dean D. Hunt
    Email: dhunt@bakerlaw.com
    Marie Carlisle
    Email: mcarlisle@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

</td><td>

**WUERSCH & GERING LLP**

By: /s/ *Gregory F. Hauser*
    100 Wall Street, 10th Floor
    New York, New York 10005
    Telephone: 212.509.5050
    Facsimile: 212.509.9559
    Gregory F. Hauser
    Email: gregory.hauser@wg-law.com
    Jascha D. Preuss
    Email: jascha.preuss@wg-law.com

*Attorneys for Defendant LGT Bank (Switzerland) Ltd.*


**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Marshall R. King*
    200 Park Avenue
    New York, New York 10166
    Telephone: 212.351.4000
    Facsimile: 212.351.4035
    Gabriel Herrmann
    Email: gherrmann@gibsondunn.com
    Marshall R. King
    Email: mking@gibsondunn.com

*Attorneys for Defendant UBS Europe SE*

</td></tr>
</table>

**SO ORDERED:**



**Dated: September 2, 2022**
**Poughkeepsie, New York**

                **/s/ Cecelia G. Morris**
                _____
                **Hon. Cecelia G. Morris**
                **U.S. Bankruptcy Judge**