KATTEN MUCHIN ROSENMAN LLP  
50 Rockefeller Plaza  
New York, New York 10020  
(212) 940-8800  
*Attorneys for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*

Hearing Date: December 14, 2022  
Opposition Date: November 1, 2022  
Reply Date: December 1, 2022

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br>    Plaintiff,<br>v.<br><br>BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.),<br>    Defendants. | **Adv. Pro. No. 12-01698 (CGM)**<br><br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon Defendants RBC Investor Services Bank S.A.; RBC Investor Services Trust; and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, the "RBC-Dexia Defendants") Memorandum of Law in Support of Their Motion to Dismiss the Trustee's Amended Complaint ("Motion"), the accompanying Declaration of Anthony Paccione, dated September 2, 2022, and the exhibits thereto, the Amended Complaint, dated June 30, 2022 filed by plaintiff Irving H. Picard, Trustee (the "Trustee") for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Amended Complaint"), in the above-captioned adversary proceeding, and all prior pleadings and proceedings herein, Defendants move for an order dismissing the Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6), 10(c) and 8(a) as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, and for such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order in this proceeding entered April 12, 2022, the Trustee shall respond to this motion by November 1, 2022. If the Trustee responds to the Motion, Defendants shall file their reply by December 1, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendants do not consent to the entry of final orders or judgment by this Court.

Dated: September 2, 2022
New York, New York

                                                    Respectfully Submitted,

                                                    */s/Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*