KATTEN MUCHIN ROSENMAN LLP  
50 Rockefeller Plaza  
New York, New York 10020  
(212) 940-8800  
*Attorneys for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*

Hearing Date: December 14, 2022  
Opposition Date: November 1, 2022  
Reply Date: December 1, 2022

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br>　　　　　Plaintiff,<br>　　v.<br>BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.),<br>　　　　　Defendants. | **Adv. Pro. No. 12-01698 (CGM)**<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") listed on **Exhibit A** attached hereto will be held on **December 14, 2022 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that oppositions to the Motion must: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) state with particularity the legal and factual basis for such opposition; (iv) be filed with the Bankruptcy Court, with a copy to chambers; and (v) be served upon the parties specified in the Motion, so as to be received no later than November 1, 2022. Replies in further support of the Motion shall be filed by December 1, 2022.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password, which can be obtained on the PACER website at www.pacer.gov.

[*Remainder of page intentionally left blank*]

Dated: September 2, 2022
New York, New York

                        Respectfully Submitted,

                        */s/Anthony Paccione*
                        **KATTEN MUCHIN ROSENMAN LLP**
                        50 Rockefeller Plaza
                        New York, NY 10020
                        Telephone: (212) 940-8800
                        Facsimile: (212) 940-8776
                        Anthony L. Paccione
                        Email: anthony.paccione@katten.com
                        Mark T. Ciani
                        Email: mark.ciani@katten.com

                        *Attorneys for RBC Investor Services S.A., RBC*
                        *Investor Services Trust, and Banco Inversis, S.A.*

# EXHIBIT A

## Motions

1. Notice of Defendants RBC Investor Services Bank S.A.; RBC Investor Services Trust; and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, the "RBC-Dexia Defendants") Motion to Dismiss the Trustee's Amended Complaint [Docket. No. 22225]

    a. Related: RBC-Dexia Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Trustee's Amended Complaint [Docket No. 22227]

    b. Related: Declaration of Anthony L. Paccione in Support of RBC-Dexia Defendants' Motion to Dismiss the Trustee's Amended Complaint, and all exhibits thereto [Docket No. 22226]