KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*

Hearing Date: December 14, 2022
Opposition Date: November 1, 2022
Reply Date: December 1, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>         Plaintiff, <br><br>   v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br>         Defendant. | **Adv. Pro. No. 08-01789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff <br>         Plaintiff, <br><br>   v. <br><br> BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.), <br><br>         Defendants. | **Adv. Pro. No. 12-01698 (CGM)** <br><br><br> **ORAL ARGUMENT REQUESTED** |

## CERTIFICATE OF SERVICE

I hereby certify on September 2, 2022, the: (i) Notice of Motion to Dismiss the Trustee's Amended Complaint of Defendants RBC Investor Services Bank S.A., RBC Investor Services Trust, and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, the "RBC-Dexia Defendants"); (ii) accompanying RBC-Dexia Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Trustee's Amended Complaint; (iii) Notice of Hearing; and (iv) Declaration of Anthony L. Paccione in Support of the RBC-Dexia Defendants' Motion to Dismiss the Trustee's Amended Complaint, and Exhibits A-D thereto, were served by filing it with the Court's Electronic Case Filing System. Notice of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 2, 2022
New York, New York

Respectfully Submitted,

*/s/Anthony Paccione*
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@katten.com
Mark T. Ciani
Email: mark.ciani@katten.com

*Attorneys for RBC Investor Services S.A., RBC*
*Investor Services Trust, and Banco Inversis, S.A.*

TO:     All Counsel of Record