| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BANQUE INTERNATIONALE À LUXEMBOURG, S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A. (f/k/a/ RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (f/k/a RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.),<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 12-01698 (CGM) |

**NOTICE OF MOTION TO DISMISS BY**
**BANQUE INTERNATIONALE À LUXEMBOURG, S.A. AND BANQUE**
**<u>INTERNATIONALE À LUXEMBOURG (SUISSE) S.A.</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion To Dismiss dated September 2, 2022, Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.), hereby respectfully move this Court, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the United State Bankruptcy Court for the Southern District of New York, for an order and judgment dismissing the Amended Complaint in this action.

Dated: September 2, 2022                                Respectfully submitted,

    /s/ Jeff E. Butler

Jeff E. Butler
Meredith George
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Counsel for Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) SA (f/k/a Dexia Private Bank (Switzerland) Ltd.)*