Hearing Date: December 14, 2022
Opposition Date: November 1, 2022
Reply Date: December 1, 2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br> v.<br><br>BANQUE INTERNATIONALE À LUXEMBOURG, S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A. (f/k/a/ RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (f/k/a RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.),<br><br>       Defendants. | Adv. Pro. No. 12-01698 (CGM)<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF HEARING BY
## BANQUE INTERNATIONALE À LUXEMBOURG, S.A. AND BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A.

PLEASE TAKE NOTICE that a hearing on the motion (the "Motion") listed in **Exhibit A** attached hereto will be held on **December 14, 2022 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that oppositions to the Motion must: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) state with particularity the legal and factual basis for such opposition; (iv) be filed with the Bankruptcy Court, with a copy to chambers; and (v) be served upon the parties specified in the Motion, so as to be received no later than November 1, 2022. Replies in further support of the Motion shall be filed by December 1, 2022.

PLEASE TAKE FURTHER NOTICE that copies of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password, which can be obtained on the PACER website at www.pacer.gov.

Dated: September 6, 2022  
New York, New York

Respectfully submitted,

 /s/ Jeff E. Butler

Jeff E. Butler  
Meredith George  
**CLIFFORD CHANCE US LLP**  
31 West 52nd Street  
New York, New York 10019  
Telephone: (212) 878-8000  
Email: jeff.butler@cliffordchance.com

*Attorneys for Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) SA (f/k/a Dexia Private Bank (Switzerland) Ltd.)*

3

# EXHIBIT A

## Motions

1. Notice of Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) SA (f/k/a Dexia Private Bank (Switzerland) Ltd.) (the "BIL Defendants") Motion to Dismiss the Trustee's Amended Complaint [Docket No. 141]

   a. Related: The BIL Defendant's Memorandum of Law in Support of Their Motion to Dismiss the Trustee's Amended Complaint [Docket No. 143]