| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br> v.<br><br>BANQUE INTERNATIONALE À LUXEMBOURG, S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A. (f/k/a/ RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (f/k/a RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.),<br><br>        Defendants. | Adv. Pro. No. 12-01698 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that:

1. On September 2, 2022, the Notice of Motion to Dismiss the Trustee's Amended Complaint of Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.), and the Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint, were served by filing them with the Court's Electronic Filing System. Notice of these filings have been sent through the Court's Electronic Filing System and via electronic transmission to the email addresses designated for delivery.

2. On September 6, 2022, the Notice of Hearing on the above-mentioned motion to dismiss was served by filing it with the Court's Electronic Filing System. Notice of this filing has been sent through the Court's Electronic Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 6, 2022

Respectfully submitted,

/s/ Jeff E. Butler

Jeff E. Butler
Meredith George
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Counsel for Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) SA (f/k/a Dexia Private Bank (Switzerland) Ltd.)*