**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> EQUITY TRADING PORTFOLIO LIMITED, <br><br> Defendant. | Adv. Pro. No. 10-04457 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, the *Order Dismissing Certain Claims and Setting a Response Deadline* was filed electronically. Notice of the filing has been sent through the Court's Electronic Case Filing System. On September 6, 2022, the *Order Dismissing Certain Claims and Setting a Response Deadline* was sent via electronic transmission to the email addresses designated for delivery and by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail, postage prepaid and properly addressed to those

parties as set forth on the attached Schedule A.

Dated: September 6, 2022
       New York, New York

                                        By: */s/ Torello H. Calvani*
                                        **BAKER & HOSTETLER LLP**
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: 212.589.4200
                                        Facsimile: 212.589.4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Torello H. Calvani
                                        Email: tcalvani@bakerlaw.com

                                        *Attorneys for Plaintiff Irving H. Picard, Trustee*
                                        *for the Substantively Consolidated SIPA*
                                        *Liquidation of Bernard L. Madoff Investment*
                                        *Securities LLC and the Chapter 7 Estate of*
                                        *Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Neil A. Steiner
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Email: neil.steiner@dechert.com
Attorney for: Equity Trading Portfolio Limited