SIDLEY AUSTIN LLP
John J. Kuster
Andrew P. Propps
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jkuster@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR NOTICES AND DOCUMENTS OF MARISSA ALTER-NELSON

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Sidley Austin LLP ("Sidley") hereby withdraws Marissa Alter-Nelson's Notice of Appearance for KBC Investments Ltd. ("KBC") in this case, and requests that Marissa Alter-Nelson and her email address malternelson@sidley.com be removed from all notices, including the Court's CM/ECF electronic notification service, official mailing matrix, and other service lists in the above referenced matter.

Sidley has represented KBC through the pendency of this action and will continue to do so.

Dated: New York, New York
September 6, 2022

SIDLEY AUSTIN LLP
By: /s/ *John J. Kuster*
John J. Kuster
Andrew P. Propps
787 Seventh Avenue
New York, New York  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
jkuster@sidley.com
apropps@sidley.com

*Attorneys for KBC Investments Ltd.*

LEGAL 4861-0952-1969v1