**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Bankruptcy Court<br>Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, AND BERNARD L. MADOFF,<br><br>                      Plaintiff,<br><br>                v.<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br><br>                      Defendant. | Bankruptcy Court<br>Adv. Pro. No. 11-02551 (CGM)<br><br>**NOTICE OF APPEAL** |

**Part 1:  Identify the Appellant(s)**

1. **Name(s) of appellants**:  Delta National Bank and Trust Company.

2. **Position of appellant(s) in the adversary proceeding that is the subject of this appeal**:   Defendant.

**Part 2:  Identify the Subject of this Appeal**

1. **Describe the judgment, order, or decree appealed from**:

    a. *Order Denying the Delta National Bank and Trust Company's Motion to Dismiss the Complaint* (ECF No. 109) (the "Order") (attached as Exhibit A). The Order was based on the *Memorandum Decision Denying Defendant's Motion to Dismiss* (ECF No. 105) (the "Decision") (attached as Exhibit B).

2. **State the date on which the judgment, order, or decree was entered**:

    a. The Order was entered on August 23, 2022, and the Decision was entered on August 12, 2022.

**Part 3:  Identify the Other Parties to the Appeal**

1. **List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys**:

| **Defendant-Appellant** | **Attorneys** |
|---|---|
| Delta National Bank and Trust Company | **SULLIVAN & CROMWELL LLP**<br>James L. Bromley<br>125 Broad Street<br>New York, New York  10004<br>(212) 558-4000 |

| **Plaintiff-Appellee** | **Attorneys** |
|---|---|
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | **BAKER & HOSTETLER LLP**<br>David J. Sheehan<br>Nicholas J. Cremona<br>Robyn M. Feldstein<br>Alexa T. Bordner<br>Shelly Fredericks<br><br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200 |

**Part 4:  Optional Election to Have Appeal Heard by District Court**

 Not applicable in this District.

**Part 5:  Signature**

Dated:  September 6, 2022

            Respectfully submitted,

            /s/ *James L. Bromley*
            James L. Bromley
            SULLIVAN & CROMWELL LLP
            125 Broad Street
            New York, New York 10004
            (212) 558-4000
            bromleyj@sullcrom.com

            *Attorney for Delta National Bank and Trust Company*