**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Bankruptcy Court<br>Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, AND BERNARD L. MADOFF,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br><br>　　　　　　Defendant. | Bankruptcy Court<br>Adv. Pro. No. 11-02551 (CGM) |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Bankr. P. 8012, the undersigned counsel of record for Delta National Bank and Trust Company, a non-governmental corporate party, states that Delta North Bankcorp., Inc. owns 100% of the equity of Delta National Bank and Trust Company.

Dated:  September 6, 2022

*s/ James L. Bromley*
James L. Bromley

*Attorney for Defendant Delta*
*National Bank and Trust Company*