# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Bankruptcy Court<br>Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, AND BERNARD L. MADOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br><br>    Defendant. | Bankruptcy Court<br>Adv. Pro. No. 11-02551 (CGM)<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I hereby certify that on September 6, 2022, the Notice of Motion for Leave to Appeal of Defendant Delta National Bank and Trust Company and all exhibits thereto, and the Memorandum of Law in support of the Defendants' Motion for Leave to Appeal and all exhibits thereto, were served by filing them via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: September 6, 2022

> Respectfully submitted,
>
> /s/ *James L. Bromley*
> James L. Bromley
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, New York 10004
> (212) 558-4000
> bromleyj@sullcrom.com
>
> *Attorney for Delta National Bank and Trust Company*

2