# EXHIBIT
# A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01677 (BRL) |
| Plaintiff, | |
| v. | |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (f/k/a SG Private Banking Suisse S.A.); SOCIETE GENERALE PRIVATE BANKING (LUGANO-SVIZZERA) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.); SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT S.A., as Successor in Interest to Barep Asset Management S.A.; SOCIETE GENERALE HOLDING DE PARTICIPATIONS S.A., as Successor in Interest to Barep Asset Management S.A.; SG AM AI PREMIUM FUND L.P. (f/k/a SG AM Alternative Diversified U.S. L.P.); LYXOR ASSET MANAGEMENT INC. (f/k/a SGAM Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (f/k/a SGAM AI Audace Alternatif); SGAM AI EQUILIBRIUM FUND | |

(*f/k/a* SGAM Alternative Multi Manager
Diversified Fund); LYXOR PREMIUM FUND
(*f/k/a* SGAM Alternative Diversified Premium
Fund); SOCIETE GENERALE S.A., as Trustee
for Lyxor Premium Fund; SOCIETE
GENERALE BANK & TRUST S.A.; OFI MGA
ALPHA PALMARES (*f/k/a* Oval Alpha
Palmares); OVAL PALMARES EUROPLUS;
UMR SELECT ALTERNATIF; and BANK
AUDI S.A.M.- AUDI SARADAR GROUP (*f/k/a*
Dresdner Bank Monaco S.A.M.);

Defendants.

## DECLARATION OF STÉPHANE CICCARDINI

STÉPHANE CICCARDINI declares that the following is true and correct:

1.      I am the Directeur Juridique (General Counsel) for OFI Asset Management

Company, a management company organized under the laws of France.

2.      I make this declaration in response to the Order to Show Cause issued by the

Court relating to Bond, Schoeneck & King, PLLC's representation of OFI MGA Alpha Palmares

(f/k/a/ Oval Alpha Palmares ("OFI"), Oval Palmares Europlus ("Palmares") and UMR Select

Alternatif ("UMR") (collectively the "OFI Funds").

3.      Each of the OFI Funds were established as Fonds Commun de Placement ("FCP")

under the laws of France.

4.      An FCP in France is an undivided pool of assets exclusively managed by a

management company on behalf of investors who purchase redeemable non-voting units in the

FCP. Those investors are generally referred to as "unit holders."

5.      OFI Asset Management Company was the manager of OFI and UMR from

December 31, 2006 to December 1, 2009 and was the manager of Palmares from December 31,

2006 to the date of its dissolution and liquidation. On December 1, 2009, OFI MGA, a regulated

2

management company in France that is wholly owned by OFI Asset Management Company, became the manager of OFI and UMR. OFI MGA was then absorbed by OFI Asset Management Company and OFI Asset Management Company has been the manager of OFI and UMR from June 1, 2017 through the present.

6.    As the manager of the dissolved Palmares and the manager of OFI and UMR, OFI Asset Management Company engaged Bond, Schoeneck & King, PLLC to represent the interests of the unit holders of each of the OFI Funds. OFI Asset Management Company first engaged Bond, Schoeneck & King, PLLC to represent the OFI Funds in an adversary proceeding brought against the OFI Funds by Fairfield Sentry Limited in 2011 (Adv. Pro. No. 11-02613). OFI Asset Management Company executed an engagement letter in 2011 with Bond, Schoeneck & King, PLLC that detailed the scope of representation and the fees to be charged for such representation.

7.    When the complaint was filed by the Trustee in this adversary proceeding in 2012 concerning the same transfers at issue in Fairfield Sentry Limited proceeding, OFI Asset Management engaged Bond, Schoeneck & King, PLLC to represent the OFI Funds in this adversary proceeding. Because the representation of the OFI Funds in this adversary proceeding was of the same general kind as previously rendered to and paid for in the Fairfield Sentry adversary proceeding, it is my understanding that a second engagement letter with Bond, Schoeneck & King, PLLC was not required and that the terms of representation contained in the engagement letter that OFI Asset Management Company entered into in 2011 governs Bond, Schoeneck & King, PLLC's work in this adversary proceeding.

8.    Bond, Schoeneck & King, PLLC has communicated with OFI Asset Management Company and with me personally, as its Directeur Juridique, relating to the objectives of the representation and the means by which those objectives are pursued. Each of the actions that Bond, Schoeneck & King, PLLC has taken in

3

14771412.1 9/2/2022

this adversary proceeding on behalf of the OFI Funds has been with the informed consent of OFI Asset Management Company, and OFI MGA during the period of time it was managing the OFI and UMR.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2022
Paris, France

_____
STÉPHANE CICCARDINI
Directeur Juridique
OFI Asset Management Company

4

14771412.1 9/2/2022