**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant,<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                    Plaintiff,<br>   v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.); et al.,<br><br>                    Defendants. | Adv. Pro. No. 12-01677 (BRL) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, a Declaration of Brian J. Butler in Response to the Order to Show Cause with Exhibit A, Declaration of Stephane Ciccardini, annexed thereto of OFI Funds to Dismiss the Complaint, were served by filing them with the Court's electronic-filing system. Notice of this filing has been sent

14794982.1

through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 7, 2022

           BOND, SCHOENECK & KING, PLLC

       By: /s/ Brian J. Butler
          Brian J. Butler, Esq.
          Sara C. Temes, Esq.
          One Lincoln Center
          Syracuse, New York 13202
          Tel: (315) 218-8000
          Fax: (315) 218-8100
          Email: bbutler@bsk.com
             stemes@bsk.com

          *Counsel for Defendants OFI MGA Alpha Palmares, Oval Palmares Europlus and UMR Select Alternatif*