**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>SHARON KNEE,<br><br>        Defendant. | Adv. Pro. No. 10-04986 (CGM) |

**STIPULATION AND ORDER TO EXTEND RESPONSE**
**DEADLINE AND ADJOURN ARGUMENT DATE**

      Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff

individually, by and through his counsel, Baker & Hostetler LLP, and Sharon Knee ("Defendant") by and through her counsel, Hogan & Cassell, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

**WHEREAS**, on August 24, 2022, the Trustee filed his motion for summary judgment (the "Motion") in the above-referenced adversary proceeding, ECF Nos. 60–66;

**WHEREAS**, on September 6, 2022, Michael Cassell of Hogan & Cassell, LLP appeared on behalf of the Defendant;

**WHEREAS**, the Parties conferred and agreed to request that the hearing on the Motion be adjourned from September 14, 2022 to October 19, 2022 at 10:00 am (prevailing Eastern time); and

**WHEREAS**, the Parties further agreed to request that Defendant's response to the Motion be due on October 10, 2022 and the Trustee's reply in further support of his Motion be due October 14, 2022.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and **SO ORDERED**, by the Court, that:

1. Defendant shall submit her opposition to the Trustee's Motion on or before October 10, 2022.

2. The Trustee shall submit his reply in further support of his Motion on or before October 14, 2022.

3. The hearing on the Motion is adjourned from September 14, 2022 to October 19, 2022 at 10:00 am (prevailing Eastern time).

Dated: September 6, 2022
   New York, New York

*/s/ Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter
7 Estate of Bernard L. Madoff*

*/s/ Michael Cassell*
Hogan & Cassell, LLP
500 North Broadway, Suite 153
Jericho, New York 11753
Telephone:  (516) 942-4700
Facsimile:  (516) 942-4705
Michael Cassell
Email:  mcassell@hogancassell.com

*Attorney for Defendant*



**Dated: September 7, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**