**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01364 (CGM) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, a copy of the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 7, 2022
      New York, New York

By: */s/ Oren J. Warshavsky*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

2

# SCHEDULE A

---

**Pro Se Defendants**

---

Inter Asset Management Inc.
British Virgin Islands

---

**Defendant Counsel**

---

David Z. Schwartz
Joseph M. Kay
Nowell D. Bamberger
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dschwartz@cgsh.com
Email: jkay@cgsh.com
Email: nbamberger@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.

Douglas A. Amedeo
Todd E. Duffy
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Email: tduffy@duffyamedeo.com
Attorney For: Alpha Prime Fund Limited

Frank Velie
John Kortmansky
Julie Capehart
BraunHagey & Borden LLP
Email: velie@braunhagey.com
Email: kortmansky@braunhagey.com
Email: capehart@braunhagey.com
Attorney For: BA Worldwide Fund Management Ltd.

**Notices of Appearance**

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com