# EXHIBIT 1




VONTOBEL

Request Information › Client Login ›

Our Company | How We Invest | Our Products | Literature & Media | Contact Us

- Competitive Advantage
- Client Commitment
- Management

# Our Company

Print Page Email Page

Established in 1984, Vontobel Asset Management, Inc. New York is a global investment firm with $49.8 billion in assets under management. We are dedicated exclusively to managing global and regional long-only equity portfolios. Our clients comprise both intermediaries and institutions, including some of the world's leading corporations, and public and private pension funds. We are committed to providing exceptional portfolio management and dedicated, timely client service.

## Our Approach: High Quality Growth at Sensible Prices

Our investment expertise is rooted in our passion for active asset management. We seek to generate attractive risk-adjusted returns in our six strategies: Global, International, Emerging Markets, US, Europe and Far East Equity. Our investment philosophy of seeking to invest in high quality growth companies at sensible prices is the main tenet that underlies our investment decisions.

## Our Structure: A Boutique Supported by a Large Firm

Vontobel Asset Management, Inc. is a wholly owned subsidiary of Vontobel Holding AG, an exchange-listed Swiss company. We are a sister company of Bank Vontobel AG, one of Switzerland's foremost private banks for over eighty years. Our portfolio management and client service teams in New York enjoy the benefits of a small, boutique atmosphere, but are supported by the resources of a large, global investment firm.

### FIRM AT A GLANCE
(as of 3/31/2015)

Total Assets Managed
$49.8 Billion

Founded 1984

Ownership Structure
A wholly owned subsidiary of Vontobel Holding AG

Associates
65

Headquarters
New York

Firm Profile

1540 Broadway, 38th Floor · New York, NY 10036, USA · Telephone +1 212.415.7000 · Telefax +1 212.354.6805

©2015 Vontobel Asset Management

Employee Login · Terms & Conditions · Site Map

Website design by Avatar New York

PUBLIC0660763