# EXHIBIT 2

-SR84-                                    S H A R E H O L D E R S   H I S T O R I C A L   L I S T                                    DATE : 8/30/95   24
                                          = = = = = = = = 01 JAN 88 - 30 AUG 95 = = = = = = = = =                                     TIME : 17:00:42

50083  Fairfield Sentry Ltd
    A  CLASS A

| SHAREHOLDER | TRADE DT | | QUANTITY | AMOUNT SUBSCR/REDEMPT | NUMBER | TYPE | QUANTITY | ISS/CNC | RUNNING BALANCE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CNC 100057 | | 12,113 | 01JAN95 | | |
| | | | | | CNC 100067 | | 6,038 | 01JAN95 | | |
| | | | | | CNC 100082 | | 2,966 | 01JAN95 | | |
| | | | | | CNC 100096 | | 2,954 | 01JAN95 | | |
| | | | | | | | | | 0 | ** |
| 1201 NORTHERN NAVIGATION INT'L LTD. | | | | | | | | | | |
| | 01JUN94 | SUB | 3,028 | 999,906.16 | | | | | 3,028 | |
| | | | | | ISS 100058 | BF | 3,028 | 01JUN94 | | |
| | | | | | | | | | 3,028 | ** |
| 1279 ORACOL FINANCIAL S.A. - BVI | | | | | | | | | | |
| | 01JUL94 | SUB | 224 | 74,186.56 | | | | | 224 | |
| | | | | | ISS 100064 | BF | 224 | 01JUL94 | | |
| | | | | | | | | | 224 | ** |
| 1287 BANK J. VONTOBEL & CO. AG | | | | | | | | | | |
| | 01JUL94 | SUB | 1,639 | 542,820.41 | | | | | 1,639 | |
| | | | | | ISS 100065 | BF | 1,639 | 01JUL94 | | |
| | 01AUG94 | SUB | 439 | 147,982.51 | | | | | 2,078 | |
| | | | | | ISS 100080 | BF | 439 | 01AUG94 | | |
| | 01MAY95 | SUB | 681 | 247,162.14 | | | | | 2,759 | |
| | | | | | ISS 100228 | BF | 681 | 01MAY95 | | |
| | 01JUL95 | RED | 1,035 | 384,016.05 | | | | | 1,724 | |
| | | | | | REI 100266 | BF | 604 | 01JUL95 | | |
| | | | | | CNC 100065 | | 1,639 | 01JUL95 | | |
| | | | | | | | | | 1,724 | ** |
| 1295 MELOR FAMILIENSTIFTUNG | | | | | | | | | | |
| | 01JUL94 | SUB | 747 | 247,398.93 | | | | | 747 | |
| | | | | | ISS 100070 | BF | 747 | 01JUL94 | | |
| | 01JUL95 | RED | 747 | 277,159.41 | | | | | 0 | |
| | | | | | CNC 100070 | | 747 | 01JUL95 | | |
| | | | | | | | | | 0 | ** |
| 1309 EUROPEAN NEUTRAL STRATEGIES LTD. | | | | | | | | | | |
| | 01JUL94 | SUB | 6,038 | 1,999,725.22 | | | | | 6,038 | |
| | | | | | ISS 100072 | BF | 6,038 | 01JUL94 | | |
| | | | | | | | | | 6,038 | ** |
| 1317 COMPASS INVESTMENTS INC. | | | | | | | | | | |
| | 01JUL94 | SUB | 905 | 299,726.95 | | | | | 905 | |
| | | | | | ISS 100073 | BF | 905 | 01JUL94 | | |
| | 01OCT94 | SUB | 293 | 99,995.04 | | | | | 1,198 | |
| | | | | | ISS 100116 | BF | 293 | 01OCT94 | | |
| | 01DEC94 | SUB | 1,735 | 599,928.30 | | | | | 2,933 | |
| | | | | | ISS 100130 | BF | 1,735 | 01DEC94 | | |
| | 01MAY95 | SUB | 110 | 39,923.40 | | | | | 3,043 | |
| | | | | | ISS 100222 | BF | 110 | 01MAY95 | | |
| | | | | | | | | | 3,043 | ** |
| 1325 EGGER & CO. PS 60378 | | | | | | | | | | |
| | 01JUL94 | SUB | 754 | 249,717.26 | | | | | 754 | |
| | | | | | ISS 100074 | BF | 754 | 01JUL94 | | |
| | 01JUN95 | SUB | 284 | 104,847.12 | | | | | 1,038 | |
| | | | | | ISS 100241 | BF | 284 | 01JUN95 | | |
| | | | | | | | | | 1,038 | ** |
| 1333 SENTRY SELECT LIMITED | | | | | | | | | | |
| | 01JUL94 | SUB | 7,489 | 2,480,281.91 | | | | | 7,489 | |

Confidential

ANWAR-CFSE 00899684

CFSSAP0000026