# EXHIBIT 4

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Fund ID : 03302
Holder ID : Redacted 2402
Account ID : Redacted 1288
Contract No. : Redacted 2802
Date : Feb-10-2006
Order No. : Redacted 3902
FAX Number : 0041 1 283 7858

SECURITIES DEPARTMENT
Account name: BANK VONTOBEL AG

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2006 |
| Trade Date | | Feb-01-2006 |
| Value/Cash Date | | Jan-27-2006 |
| Total Consideration | USD | 80,000.00 |
| Net Proceeds | USD | 80,000.00 |
| Subscription Price | | 1,107.7630 |
| No. of voting shares Issued | | 72.22 |
| Total Consideration Received to Date | USD | 80,000.00 |

Your balance following this transaction will be 16,067.17 voting shares.

For more Information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Telesport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                              ANWAR-CFSE-00203378

```
User ID: MIBARRA
=========================================================================
TO: Name: SECURITIES DEPARTMENT
    Company: BANK VONTOBEL AG
    Fax Phone Number: 0041 1 283 7858
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:41 1 283 78 58
Sent at:Fri Feb 10 15:58:34 2006
Sent on channel 4
Elapsed Time:  0 minutes, 30 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-------------------------------------------------------------------------
```

## CHECKLIST FOR SUBSCRIPTION / REDEMPTION

Fund ID    : 03302                 Fund Name        : Fairfield Sentry

Date of receipt: 01-25-06          NAV Date         : 01-31-06

Holder ID  : Redacted 2402         Holder Name      : Bnk Vontobel AG

Account ID : Redacted 0128         Account Name     : Bnk Vontobel AG

Location   : —                     Holder's Reference : —

Order Date : 01-26-06              Order ID         : Redacted

Number of shares: —                or Amount        : USD 80,000

Name signatories: J. Willi / B. Gartmann

**Trade Desk**
(Paraph)

|                                                   | Yes | No | Requested + Date | Rec'd + Date |
|---------------------------------------------------|-----|-----|------------------|--------------|
| Do signatories match with ID card?                | ☑   | ☐   |                  |              |
| Subscription/~~Redemption~~ agreement completed?  | ☑   | ☐   | ☐                | ☐            |
| Is KYC (Holder Identification) on file?           | ☑   | ☐   | ☐                | ☐            |
| Are the bank account details known?               | ☑   | ☐   | ☐                | ☐            |
| Is investor an US investor?                       | ☐   | ☑   |                  |              |
| If yes, does the fund allow US investors?         | ☐   | ☐   |                  |              |

**Control Desk (Please initialize and date)**
For reviewing the possibility of cancellation of trade in the Info Mem
If not allowed, for checking with the Directors if they approve the cancellation _____
For reviewing copy of Swift _____
For reviewing Sales Fee (if appl.)
For requesting a Board Resolution (if appl.)                          (date) _____
For reviewing Confirmation of Order Received                         (date) 01-26-2006
For dragging and dropping fax to the Outlook folder of Trade         (date) 01-26-2006

**Trade Desk**
Confirmation of Order Received sent by ☑ Rightfax 01-26-06 ___ or ☐ Manual fax _____
**When NAV is final**
Is KYC requested received? *                    ☐        ☐
Letter/Fax sent requesting additional payment to be received (if appl.)   (date) _____
For dragging and dropping fax to Outlook folder of Filled Order           (date) _____
* If swift is a 'perfect' swift then there's no additional KYC is required.

**Control Desk (Please initialize and date)**
For reviewing Contract Note                               (date) 2-20-06 unt
For requesting a Share Certificate (if appl.)             (date) ___ N/A

**Treasury** (Please initialize)
For checking contents of payment instruction _____
For payment made to shareholder                          (date) _____
For refund payment made to shareholder (if appl.)        (date) _____

REMARKS

# CITCO
## Citco Fund Services
### (Europe) B.V.

## Confirmation of Cash Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

| | |
|---|---|
| Date | : Feb-02-2006 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 2402 |
| Account Id | : Redacted 1288 |
| CFI Cash Id | : Redacted 5602 |
| Order Id | : Redacted 3902 |

SECURITIES DEPARTMENT
Account name: BANK VONTOBEL AG

FAX Number. : 0041 1 283 7858

## FAIRFIELD SENTRY LIMITED

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

Date Received                                                                         Jan-27-2006
Amount Received                                                     USD            80,000.00

The above funds were received by the following account:
Bank Name:                  HSBC BANK USA
Bank Address 1:             NEW YORK
Bank Address 2:             USA

ABA Ref.:                   021001088
SWIFT Ref.:                 MRMDUS33

Further Cr. Num:            Redacted 6487
Further Cr. Name:           CITCO BANK NEDERLAND NV DUBLIN BRANCH

Further Cr. SWIFT Ref.:     CITCIE2D
Beneficiary Acct No:            Redacted      0501
Beneficiary Name:           FAIRFIELD SENTRY LIMITED

Note : VAI011221100103
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                    ANWAR-CFSE-00203381

CITCO BANK NL-A'DAM

Incoming Message Details Report

27JAN06   Page   1 MISYS   EBA K99RPR
Phase   Unit CBN

Network SWIFT

Sender   VONTCHZZXXX
Receiver CITCIE2DXXX
060127VONTCHZZAXXX5502114763          Message type      MT103
060127CITCIE2DAXXX1417804822          Number of Parts   1
27JAN06 10:23                          Sent Date         27JAN06 11:23
Access Point CLEANPAY                  Unique message reference 0233102

Message input reference
Message output reference
Received Date
Priority N

Description                 Field code    Data
Basic Header Block          1             F01CITCIE2DAXXX1417804822
Application Header          2             O1031123060127VONTCHZZAXXX5502114763060127102 3N

Part   1   Status   2      Application reference   CBND60127H3000310
Transaction Ref No                                 VAIO11221100103
Bank Operation Code    23B                         CRED
Value Date             32A                         060127
Currency Code          32A                         USD
Amount                 32A                         80000,
Instructed Currency    33B                         USD
Instructed Amount      33B                         80000,
Ordering Customer       50K                         BANK VONTOBEL AG - ZUERICH
                                                    INV. FUNDS
Sender Correspondent    53A                         CHASUS33XXX
Receiver Correspond     54A                         MRMDUS33XXX
Beneficiary Cust A/c   59                          Redacted             0501
Beneficiary Cust        59                          FAIRFIELD SENTRY LIMITED
Details of Payment  1   70                          /BNF/SUBSCR. FAIRFIELD SENTRY A
                                                    //FOR BANK VONTOBEL
                                                    OUR

Details of Charges      71A                         F4CC7DF7
                                                    7EC1B57B1313

<FLD DESC NOT FOUND>    MAC
<FLD DESC NOT FOUND>    CHK

                        END OF REPORT

CONFIDENTIAL

ANWAR-CFSE-00203382

**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

| | |
|---|---|
| Date | : Jan-26-2006 |
| Fund ID | : 03302 |
| Holder ID | : Redacted2402 |
| Account ID | : Redac1288 |
| Order No. | : Redacted3902 |

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number    : 0041 1 283 7858

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Feb-01-2006 |
| Settlement Date | | Jan-27-2006 |
| Valuation/NAV Date | | Jan-31-2006 |
| Type of transaction | | Subscription |
| Amount | USD | 80,000.00 |

Please ensure settlement is made to the following account.

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted    0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

ANWAR-CFSE-00203383

```
User ID: SYUNG
====================================================================
TO: Name: SECURITIES DEPARTMENT
     Company: BANK VONTOBEL AG
     Fax Phone Number: 0041 1 283 7858
     Contact Phone Number:
     Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:41 1 283 78 58
Sent at:Thu Jan 26 16:33:40 2006
Sent on channel 1
Elapsed Time:  0 minutes, 30 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------
SYUNG approved fax at Thu Jan 26 16:33:29 2006
--------------------------------------------------------------------
--------------------------------------------------------------------
```

CONFIDENTIAL

### CITCO
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

| | |
|---|---|
| Date | : Jan-26-2006 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redacted 288 |
| Order No. | : Redacted 3902 |

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number     : 0041 1 283 7858

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Feb-01-2006 |
| Settlement Date | | Jan-27-2006 |
| Valuation/NAV Date | | Jan-31-2006 |
| Type of transaction | | Subscription |
| Amount | USD | 80,000.00 |

Please ensure settlement is made to the following account.

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted     0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                ANWAR-CFSE-00203385

| 50 | Fairfield Sigma | Kredietbank SA Luxembourg / for Customers a/c (REF QB0006025000157103) | 1/25/2006 | 1/25/2006 | 100,000.00 | | fgg | 1/26/2006 |
| 51 | Fairfield Sentry | Robinson & Co A/C Itinbing4151 (Global Institutional Business Surs Ltd) | 1/25/2006 | 1/24/2006 | 1,500,000.00 | | fgg | 1/26/2006 |
| 52 | Fairfield Sigma | Banque de la Mediterranee (Suisse) SA | 1/25/2006 | 1/25/2006 | 300,000.00 | lourdes | fgg | 1/26/2006 |
| 53 | Fairfield Sigma | KASBANK Effectenbewaarbedrijf Acting as Nominee for ISB Parcifonds | 1/25/2006 | 1/24/2006 | 300,000.00 | | fgg | 1/26/2006 |
| 54 | Fairfield Sentry | CGC NV Ref UBS AG Zurich ( Redacted 2974) | 1/25/2006 | 1/25/2006 | 100,000.00 | santiago | fgg | 1/26/2006 |
| 55 | Fairfield Sigma | Bear Stearns International Limited | 1/25/2006 | 1/25/2006 | 8,000,000.00 | yanko | fgg | 1/26/2006 |
| 56 | Fairfield Sentry | MBA Uruguay Sociedad de Bolsa SA | 1/25/2006 | 1/25/2006 | 145,000.00 | lourdes | fgg | 1/26/2006 |
| 57 | Fairfield Sentry | Bank Vontobel AG | 1/25/2006 | 1/25/2006 | 80,000.00 | scott | fgg | 1/26/2006 |
| 58 | Fairfield Sigma | Credit Suisse London Nominees | 1/25/2006 | 1/25/2006 | 140,000.00 | carlos | fgg | 1/26/2006 |
| 59 | Fairfield Sigma | Credit Suisse London Nominees | 1/25/2006 | 1/25/2006 | 195,000.00 | yanko | fgg | 1/26/2006 |

* same underlying client
** REQUESTED FOR NEXT NAV
*** TRADES ALREADY APPROVED
TRADES REJECTED
DAILY APPROVALS FGG
CANCELLED BY CLIENT
CONFIRMED TO BE RECEIVED IN DOUBLE -

## REDEMPTIONS

| Nr | Fund | Full Legal Investor Name (please include Custodian if any) | Log date | date of rec't | Shares | Agent/FGG Rep | Approved by | Date of Approval | Notes | Redemption value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Fairfield Investment | Schroders & Co Bank AG - the balance will become below the minimum of USD 100 | 1/10/2005 | 1/6/2006 | 365.46 | | dan | 1/11/2006 | | Redemption value |
| 2 | Fairfield Sentry | CGC NV Ref HSBC (198800HSB-1133-R00015) | 1/16/2005 | 1/18/2005 | 2,635.07 | Lasham | gred | 1/16/2006 | | |
| 3 | Fairfield Raven | Bank Julius Baer & Co A/G - "approved by Kevin Gerlito" - 1 year lock-up period and | 1/10/2006 | 1/18/2006 | 2,383.463 | | dan | 1/20/2006 | | JAN 31 redemption |
| 4 | Fairfield Raven | Bank Sarasin & Cie AG  1 year lock-up period and they subscribed Jan 1, 2006 | 1/23/2006 | 1/23/2006 | 61,747 | please contact client to send cancellation | | | | |
| 5 | Fairfield Redstone A1 | Banco Atlantico Bahamas | 1/25/2006 | 1/24/2006 | 14,370 | | scott | 1/25/2006 | | |
| 6 | Fairfield Redstone B1 | Banco Atlantico Bahamas | 1/25/2006 | 1/24/2006 | 3,210 | | scott | 1/25/2006 | | |
| 7 | Fairfield Sentry | CGC NV Cash (200003-1250-R00042S)  Advanced asset Allocation | 1/25/2006 | 1/24/2006 | USD 350,000.- | | amit | 1/25/2006 | | |

Approved !

to soox

CONFIDENTIAL

ANWAR-CFSE-00203386

# Trade Approvals

## SUBSCRIPTIONS

| Nr | Fund | Full Legal Investor Name (please include Custodian if any) | Log date | date of rec'l | Amount | Agent/FGG Rep | Approved by | Date of Approval | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Fairfield Sentry | CGC (NAI) NV Ref HSBC (198800H-SB-1133-S0X0233)- NAV Jan 31 2006 specifically | 12/30/2005 | 12/29/2005 | 110,000.00 | | fgg | 1/3/2006 | |
| 2 | Fairfield Sentry | Banco General SA / Banca Privada | 1/9/2006 | 1/5/2006 | 150,000.00 | santiago | fgg | 1/8/2006 | |
| 3 | Fairfield Sigma | Hansard Europe Limited (10460-1)(0-0BY-0S66) | 1/26/2006 | 1/25/2006 | 10,000.00 | yatko | fgg | 1/9/2006 | |
| 4 | Fairfield Sigma | CGC NV Ref 102448 (102448-1716-S0X0069)- Ref BSI AG Lugano | 1/12/2006 | 1/11/2005 | 60,000.00 | | fgg | 1/12/2006 | |
| 5 | Fairfield Lambda | CGC NV Ref 106111 (106111-1539-S00061)- agreed by Corina Piedri Ref CPM AG | 1/12/2005 | 1/11/2005 | 140,000.00 | corina | fgg | 1/12/2006 | |
| 6 | Fairfield Lambda | CGC NV Ref 109090 (109090-1536-S00061)- Ref CPM AG - agreed by Corina Piedri | 1/12/2005 | 1/11/2005 | 100,000.00 | corina | fgg | 1/12/2006 | |
| 7 | Fairfield Lambda | CGC NV Ref 07903 (107903-0116-S00061)-Ref CPM AG - agreed by Corina Piedri | 1/12/2005 | 1/11/2005 | 950,000.00 | corina | fgg | 1/12/2006 | |
| 8 | Fairfield Sentry | CGC NV Cash1 (90011-1-1250-S002951)_Ref Lombard Odier Darier Hentsch | 1/13/2006 | 1/12/2005 | 2,000,000.00 | | fgg | 1/13/2006 | |
| 9 | Fairfield Sentry | Andelanc Group Apricot Reg | 1/16/2006 | 1/13/2005 | 50,000.00 | | fgg | 1/17/2006 | |
| 10 | Fairfield Sigma | FSIBewaarbedrijf Blockbank | 1/16/2006 | 1/13/2005 | 25,000.00 | lourdes | fgg | 1/17/2006 | |
| 11 | Fairfield Sentry | Banque de la Mediterranee (00050135) BSI SA | 1/16/2006 | 1/13/2005 | 300,000.00 | | fgg | 1/17/2006 | |
| 12 | Fairfield Sigma | CGC NV Cash (103561-1250-S002963)_Ref Pro Gestion SA/Fundana - Peter | 1/16/2006 | 1/16/2005 | 1,000,000.00 | | fgg | 1/17/2006 | |
| 13 | Fairfield Sigma | CGC NV Ref 102448 (102448-1716-S0X0068)_BSI AG | 1/16/2006 | 1/13/2005 | 105,000.00 | | fgg | 1/17/2006 | |
| 14 | Fairfield Sentry | FSI/Jagnof Axa PM ref LORBBBLIX | 1/17/2005 | 1/17/2005 | 220,000.00 | | fgg | 1/17/2006 | |
| 15 | Fairfield Sentry | FSI/GDA Caja de Ahorros de la Administracion Local (Fundo) C.A. | 1/17/2005 | 1/16/2005 | 100,000.00 | lourdes | fgg | 1/17/2006 | |
| 16 | Fairfield Sentry | FSI/ABN Amro Global Custody | 1/17/2005 | 1/16/2005 | 150,000.00 | | fgg | 1/18/2006 | |
| 17 | Fairfield Sigma | FSI/Stichting Stroeve Global Cus | 1/18/2006 | 1/17/2005 | 50,000.00 | | fgg | 1/18/2006 | |
| 18 | Fairfield Sigma | CGC NV Pictet (190073-1718-S000930) | 1/19/2006 | 1/18/2006 | 10,000.00 | yatko | fgg | 1/18/2006 | |
| 19 | Fairfield Sentry | CGC NV Cash (160256-1250-S002964)_Clariden Bank | 1/19/2006 | 1/18/2006 | 80,000.00 | santiago | fgg | 1/18/2006 | |
| 20 | Fairfield Sentry | CGC NV Ref 102448 (102448-1718-S0X0092)_BSI AG | 1/19/2005 | 1/18/2005 | 40,000.00 | | fgg | 1/18/2006 | |
| 21 | Fairfield Sigma | CGC NV Pictet (190073-1250-S002966) Ref MDL "agreed with Philip Toub" | 1/19/2006 | 1/19/2006 | 175,000.00 | philip | fgg | 1/19/2006 | |
| 22 | Fairfield Paradigm P1 EUR | CGC NV Ref 190042 (190042-29693-S000045) Banca Arner SA | 1/20/2006 | 1/19/2006 | 250,500.00 | yatko | fgg | 1/20/2006 | |
| 23 | Fairfield Sentry | FSI/NBP Paribas re la Reunion | 1/20/2006 | 1/9/2006 | 148,500.00 | | fgg | 1/20/2006 | |
| 24 | Fairfield Sigma | Natexis Private Bank Luxembourg ref Perigim | 1/20/2006 | 1/28/2006 | 7,500.00 | | fgg | 1/20/2006 | |
| 25 | Fairfield Sentry | Banco Santander (Suisse) SA | 1/23/2006 | 1/28/2006 | 100,000.00 | | fgg | 1/23/2006 | |
| 26 | Fairfield Sentry | Lloyds TSB Bank Plc (Ref no LL LL546) | 1/23/2006 | 1/20/2006 | 125,000.00 | lourdes | fgg | 1/23/2006 | |
| 27 | Fairfield Rodstone A1 | CGC NV Cash (168520-1250-S002951)_Banca Del Gottardo | 1/23/2006 | 1/20/2006 | 100,000.00 | lourdes | fgg | 1/23/2006 | |
| 28 | Fairfield Sentry | CGC NV Ref UBS AG Zurich (190090-1250-S002966)_Ref Eurocapital Advisors | 1/23/2006 | 1/20/2006 | 500,000.00 | | fgg | 1/23/2006 | |
| 29 | Fairfield Sentry | EFG Bank | 1/23/2006 | 1/23/2006 | 100,000.00 | lourdes | fgg | 1/23/2006 | |
| 30 | Fairfield Sentry | CGC NV Ref 102451 (102451-1718-S000930) Ref Yanco della Schiava | 1/23/2006 | 1/20/2006 | 250,500.00 | yatko | fgg | 1/23/2006 | |
| 31 | Fairfield Sentry | CGC NV Ref 102448 (102448-1716-S000060) | 1/23/2006 | 1/23/2006 | 285,000.00 | | fgg | 1/24/2006 | |
| 32 | Fairfield Sentry | Banque de la Mediterranee (Suisse) SA | 1/23/2006 | 1/23/2006 | 200,000.00 | lourdes | fgg | 1/24/2006 | |
| 33 | Fairfield Rodstone A1 | EFG Bank | 1/24/2006 | 1/23/2006 | 100,000.00 | lourdes | fgg | 1/24/2006 | |
| 34 | Fairfield Sentry | EFG Bank | 1/24/2006 | 1/23/2006 | 204,500.00 | lourdes | fgg | 1/24/2006 | |
| 35 | Fairfield Sentry | CGC NV Cash (190749) (190749-1718-S000954)_Fortis Banque (Suisse) AG | 1/24/2006 | 1/23/2006 | 850,000.00 | | fgg | 1/24/2006 | |
| 36 | Fairfield Sentry | CGC NV Ref 126107 (126107-1718-S000905)_Ref Ferrier Lullin | 1/24/2006 | 1/23/2006 | 150,000.00 | | fgg | 1/24/2006 | |
| 37 | Fairfield Sigma | Banca Popolare dell'Alto Adige Soc Coop. Resp. Lim.  Ref Marco Musciacco | 1/24/2006 | 1/24/2006 | 1,000,000.00 | Marco | fgg | 1/24/2006 | |
| 38 | Fairfield Sigma | FSI/Banque Generale du Luxembourg (Ref Fortis Bq) | 1/24/2006 | 1/24/2006 | 100,000.00 | cornelis | fgg | 1/24/2006 | |
| 39 | Fairfield Sigma | FSI/Kredietbank SA Luxembourg (for Customers a/c) | 1/24/2006 | 1/24/2006 | 31,000.00 | | fgg | 1/24/2006 | |
| 40 | Fairfield Sentry | Fortis Global Custody Services NV | 1/24/2006 | 1/24/2006 | 250,000.00 | cornelis | fgg | 1/24/2006 | |
| 41 | Fairfield Sigma | SNS Bank | 1/24/2006 | 1/24/2006 | 559,000.00 | cornelis | fgg | 1/24/2006 | |
| 42 | Fairfield Lambda | Credit Suisse London Nominees  ref CPM | 1/24/2006 | 1/24/2006 | 20,000.00 | corina | fgg | 1/24/2006 | |
| 43 | Fairfield Sentry | Cima (Suisse) London Nominees ref CPM | 1/24/2006 | 1/24/2006 | 50,000.00 | corina | fgg | 1/24/2006 | |
| 44 | Fairfield Lambda | Korea Exchange Bank as Trustee of TAMS Stable Alpha I | 1/25/2006 | 1/24/2006 | 1,700,000.00 | richard | fgg | 1/25/2006 | |
| 45 | Fairfield Sentry | Credito Sammarinese SPA | 1/25/2006 | 1/24/2006 | 300,000.00 | yatko | fgg | 1/25/2006 | |
| 46 | Fairfield Sigma | FSI/Schweizerinff Brasilianische | 1/25/2006 | 1/24/2006 | 100,000.00 | | fgg | 1/25/2006 | |
| 47 | Fairfield Sentry | Bank Sal Oppenheim jr & Cie. (Schweiz) AG, Zurich | 1/25/2006 | 1/24/2006 | 190,000.00 | robert | fgg | 1/25/2006 | |
| 48 | Fairfield Sentry | Fortis NV re IBF Global Fund | 1/25/2006 | 1/25/2006 | 500,000.00 | | fgg | 1/25/2006 | |
| 49 | Fairfield Sentry | CGC NV Cash (190011-1-1250-S002973) | 1/25/2006 | 1/24/2006 | 230,000.00 | | fgg | 1/25/2006 | |

ANWAR-CFSE-00203387

**Fernandez, Maria João (Citco)**

| | |
|---|---|
| **From:** | Sam Nakhleh [sam@fggus.com] |
| **Sent:** | Wednesday, January 25, 2006 6:57 PM |
| **To:** | Ibarra, Maria (Citco) |
| **Cc:** | Terlien, Judith (Citco); CFS Factshelp; AMS CFS IRG Peter; AMS CFS Treasury; Stout, Lisa (Citco); Finance Group; Gordon McKenzie; Amit Vijayvergiya; Lauren Ross |
| **Subject:** | RE: Trades Approval sheet NAV January 31, 2006 - sent 01-25-2006 II |
| **Attachments:** | Trade Approval Sheet 1-25-06..xls |

**From:** Ibarra, Maria (Citco) [mailto:MIbarra@Citco.com]
**Sent:** Wednesday, January 25, 2006 12:17 PM
**To:** Sam Nakhleh
**Cc:** Judith Terlien; CFS Factshelp; AMS CFS IRG Peter; AMS CFS Treasury; Lisa
**Subject:** Trades Approval sheet NAV January 31, 2006 - sent 01-25-2006 II

Dear Sam,

Please find attached the pending list of trades received so far for January 31, 2006.

Kind regards.
Maria Ibarra
Investor Relations Group
Citco Fund Services (Europe) BV
Naritaweg 165
1007 JE Amsterdam
the Netherlands
Tel. 0031-20 5722 195
Fax 0031-20 5722 610

For further information about our products and services please visit our website at: www.citco.com
<<http://www.citco.com/>>

*Citco Group affiliates are established in*

*London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam*

*Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands - Bermuda - Bahamas - Toronto*

*New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail message and any enclosures, is intended only for the persons to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify the sender by return e-mail and delete this message from your computer. Citco disclaims all responsibility from and accepts no liability whatsoever for the consequences of any unauthorized person acting, or refraining from acting, on any information contained in this message.

1/26/2006

Trades Approval sheet NAV July 31, 2005 - sent 07-26-2005                    Page 2 of 2

*************************************************************************************

1/26/2006

CONFIDENTIAL                                                    ANWAR-CFSE-00203389



# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

                                                    ANWAR-CFSE-00203390

'25/01 '06 14:17 FAX 41 1 283 55 45      BANK VONTOBEL ZÜRICH      → CITCO AMS      ☑002/002

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**
The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.  New Subscription Information:

Subscriber: ___BANK VONTOBEL AG___

Contribution Date: _____ 200 6

Additional Contribution Amount: U.S. $ _80'000 ~_

| Bank Vontobel AG |
| Bahnhofstrasse 3 |
| 8022 Zürich |

Changes to Subscription Agreement:      [X] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this _25_ day of _Jan._, 200 6

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| _BANK VONTOBEL AG, ZÜRICH_ | |
| Name of Entity (Print) | Name (Print) |
| By: _[signatures]_ | Signature |
| Signature | Name (Print) |
| **Josef Willi          Bruno Gartmann** | Name of Joint Purchaser, If Any (Print) |
| **Vice President    Vice President** | Signature |
| Title | |
| Telephone: +41-44-283 77 79 | Telephone: |
| Fax: +41-44 283 55 45 | Fax: |

SUBSCRIPTION ACCEPTED AS OF _____ 200_.

FAIRFIELD SENTRY LIMITED

By: _____
Name: _____
Title: _____

RR-3

CONFIDENTIAL                                                          ANWAR-CFSE-00203391

NAV JAN 31

3 0 JAN. 2006

# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00203392

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME.  IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund.  By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:**

Subscriber: BANK VONTOBEL AG

Contribution Date: _____, 200 6

Additional Contribution Amount: U.S. $ 80'000.-

> Bank Vontobel AG
> Bahnhofstrasse 3
> 8022 Zürich

Changes to Subscription Agreement:   [X] None
                                     [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Janu, 200 6

**Corporate, Partnership, Trust or Account Subscribers**          **Individual Subscribers**

BANK VONTOBEL AG, ZURICH
Name of Entity (Print)                                            Name (Print)

By: _____                                      _____
    Signature                                                    Signature

Josef Willi                    Bruno Gartmann                    Name of Joint Purchaser, If Any (Print)
**Vice President              Vice President**                   _____
Title                                                            Signature

Telephone: +41-44-283 77 79                                      Telephone: _____

Fax: +41-44-283 55 45                                            Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3