# EXHIBIT 6

**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date: Jun-13-2006
Fund ID: 03302
Holder ID: :[Redacted]2402
Account ID: :[Redacted]1288
Order No.: :[Redacted]5502

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number: 0041 1 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jul-01-2006 |
| Settlement Date | Jul-31-2006 |
| Valuation/NAV Date | Jun-30-2006 |
| Type of transaction | Redemption |
| voting shares | 141.38 |

| | |
|---|---|
| Bank Name: | JP MORGAN CHASE BANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000021 |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted 4298 |
| Beneficiary Name: | BANK VONTOBEL AG ZURICH |
| Ben Swift Ref: | VONTCHZZ |

**Note 1: PLEASE AMMEND ORDER TO 2 DECIMALS**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                                          CFSE-TRST-158531

CFSSAO0004610