# EXHIBIT 7

```
User ID: SCROES
==============================================================================
TO: Name: SECURITIES DEPARTMENT
    Company: BANK VONTOBEL AG
    Fax Phone Number: 0041 1 283 7858
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:41 1 283 78 58
Sent at:Fri Oct 13 17:22:58 2006
Sent on channel 6
Elapsed Time:  0 minutes, 30 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------------
SCROES approved fax at Fri Oct 13 17:20:49 2006
------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-179702

CFSSAO0025781

Pg 3 of 3

**CITCO**
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date       : Oct-13-2006
Fund ID    : 03302
Holder ID  : Redacted2402
Account ID : Redacted1288
Order No.  : Redacted8202

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number : 0041 1 283 7858

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Nov-01-2006 |
| Settlement Date | Dec-01-2006 |
| Valuation/NAV Date | Oct-31-2006 |
| Type of transaction | Redemption |
| voting shares | 228.00 |

| | |
|---|---|
| Bank Name: | JP MORGAN CHASE BANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000021 |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted1298 |
| Beneficiary Name: | BANK VONTOBEL AG ZURICH |
| Ben Swift Ref: | VONTCHZZ |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-179703

CFSSAO0025782