# EXHIBIT 8

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date         : Jan-04-2007
Fund ID      : 03302
Holder ID    : Redacted2402
Account ID   : Redacted1288
Order No.    : Redacted9902

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number   : 0041 1 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date             Feb-01-2007
Settlement Date        Mar-03-2007
Valuation/NAV Date     Jan-31-2007
Type of transaction    Redemption
voting shares          89.00

Bank Name:           JP MORGAN CHASE BANK NA
Bank Address 1:      NEW YORK
Bank Address 2:      USA
ABA Ref.:            021000021
SWIFT Ref.:          CHASUS33
Beneficiary Acct No: Redacted4298
Beneficiary Name:    BANK VONTOBEL AG ZURICH
Ben Swift Ref:       VONTCHZZ

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-077374

CFSSAL0011113