# EXHIBIT 9

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date        : Mar-09-2007
Fund ID     : 03302
Holder ID   : Redacted2402
Account ID  : Redacted1288
Order No.   : Redacted8202

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number  : 0041 1 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Apr-01-2007 |
| Settlement Date | May-01-2007 |
| Valuation/NAV Date | Mar-31-2007 |
| Type of transaction | Redemption |
| voting shares | 387.6200 |

| | |
|---|---|
| Bank Name: | JP MORGAN CHASE BANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000021 |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted4298 |
| Beneficiary Name: | BANK VONTOBEL AG ZURICH |
| Ben Swift Ref: | VONTCHZZ |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-071246

CFSSAL0004985

```
User ID: ASGHAIER
==============================================================================
TO: Name: SECURITIES DEPARTMENT
    Company: BANK VONTOBEL AG
    Fax Phone Number: 0041 1 283 7858
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:41 1 283 78 58
Sent at:Fri Mar 09 17:24:52 2007
Sent on channel 5
Elapsed Time:  0 minutes, 26 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------------
ASGHAIER approved fax at Fri Mar 09 17:24:41 2007
------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-071247

CFSSAL0004986

CFSSAL0004985