# EXHIBIT 10



# CITCO
Citco Fund Services (Europe) B.V.

## Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date: Apr-03-2007
Fund ID: 03302
Holder ID: Redacted 2402
Account ID: Redacted 1288
Order No.: Redacted 1402

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number: 0041 1 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date: May-01-2007
Settlement Date: May-31-2007
Valuation/NAV Date: Apr-30-2007
Type of transaction: Redemption
voting shares: 16.0350

Bank Name: JP MORGAN CHASE BANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA
ABA Ref.: 021000021
SWIFT Ref.: CHASUS33
Beneficiary Acct No: Redacted 4298
Beneficiary Name: BANK VONTOBEL AG ZURICH
Ben Swift Ref: VONTCHZZ

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-086169

CFSSAL0019908