# EXHIBIT 11



# Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date         : May-11-2007
Fund ID      : 03302
Holder ID    : Redacted 2402
Account ID   : Redacted 1288
Order No.    : Redacted 1402

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number   : 0041 58 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jun-01-2007 |
| Settlement Date | Jul-01-2007 |
| Valuation/NAV Date | May-31-2007 |
| Type of transaction | Redemption |
| voting shares | 68.2100 |

Bank Name:            JP MORGAN CHASE BANK NA
Bank Address 1:       NEW YORK
Bank Address 2:       USA
ABA Ref.:             021000021
SWIFT Ref.:           CHASUS33
Beneficiary Acct No:  Redacted 4298
Beneficiary Name:     BANK VONTOBEL AG ZURICH
Ben Swift Ref:        VONTCHZZ

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-089594

CFSSAL0023333