# EXHIBIT 13

# CITCO
### Citco Fund Services (Europe) B.V.

# Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date      : Aug-07-2007
Fund ID   : 03302
Holder ID : Redacted2402
Account ID: Redac1288
Order No. : Redacted9402

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number : 0041 58 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Sep-01-2007 |
| Settlement Date | Oct-01-2007 |
| Valuation/NAV Date | Aug-31-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 32.0000 |

| | |
|---|---|
| Bank Name: | JP MORGAN CHASE BANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000021 |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted4298 |
| Beneficiary Name: | BANK VONTOBEL AG ZURICH |
| Ben Swift Ref: | VONTCHZZ |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-107098

CFSSAM0012790