# EXHIBIT 14

```
User ID: JOPRAY
================================================================================
TO: Name: SECURITIES DEPARTMENT
    Company: BANK VONTOBEL AG
    Fax Phone Number: 0041 58 283 7858
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:41 1 283 78 58
Sent at:Thu Aug 23 16:44:01 2007
Sent on channel 5
Elapsed Time:  0 minutes, 32 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
JOPRAY approved fax at Thu Aug 23 16:43:42 2007
--------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-111023

CFSSAM0016715

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

BANK VONTOBEL AG
BAHNHOFSTRASSE 3
CH-8022 ZURICH
SWITZERLAND

Date           : Aug-23-2007
Fund ID        : 03302
Holder ID      : Redacted2402
Account ID     : Redacted1288
Order No.      : Redacted1002

SECURITIES DEPARTMENT
Account: BANK VONTOBEL AG

FAX Number     : 0041 58 283 7858

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Oct-01-2007 |
| Settlement Date | Oct-31-2007 |
| Valuation/NAV Date | Sep-30-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 235.1000 |

| | |
|---|---|
| Bank Name: | JP MORGAN CHASE BANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000021 |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted1298 |
| Beneficiary Name: | BANK VONTOBEL AG ZURICH |
| Ben Swift Ref: | VONTCHZZ |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-111024

CFSSAM0016716