# EXHIBIT 16

# CITCO
*Citco Fund Services (Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Jul-19-2006

Fund Id      : 03302
Holder Id    : Redacted 2402
Account Id   : Redacted 1288
Contract No. : Redacted 2302
Order No.    :    5502
CFI Cash Id  :    9302

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name    FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       JP MORGAN CHASE BANK NA
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:    021000021
SWIFT Ref.:  CHASUS33

Beneficiary Acct No: Redacted 4298
Beneficiary Name:    BANK VONTOBEL AG ZURICH
Ben Swift Ref:       VONTCHZZ
Amount:              USD    162,423.38
Value date:          Jul-20-2006
Ref:                 FAIRFIELD SENTRY    Shares:141.38 T/D:07-01-2006 RE
Note:
Details of Charges:

Authorised signatory                            Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                       CFSE-TRST-158525

CFSSAO0004604