# EXHIBIT 17



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date           : Nov-13-2006

Fund Id        : 03302
Holder Id      : Redacted 2402
Account Id     : Redacted 1288
Contract No.   : Redacted 1402
Order No.      :    8202
CFI Cash Id    :    8102

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:     JP MORGAN CHASE BANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.:   021000021
SWIFT Ref.: CHASUS33

Beneficiary Acct No: Redacted 1298
Beneficiary Name:   BANK VONTOBEL AG ZURICH

Ben Swift Ref:  VONTCHZZ
Amount:         USD    269,705.78
Value date:     Nov-14-2006
Ref:            FAIRFIELD SENTRY   Shares:228.00 T/D:11-01-2006 RE
Note:
Details of Charges:

Authorised signatory                            Authorised signatory

...........................................................................................................................

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                   CFSE-TRST-179700

CFSSAO0025779