# EXHIBIT 18



## CITCO
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date        : Jan-15-2007

Fund Id     : 03302
Holder Id   : Redacted 2402
Account Id  : Redacted 1288
Contract No.: Redacted 0302
Order No.   :       6302
CFI Cash Id :       3902

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted    0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       JP MORGAN CHASE BANK NA
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:        021000021
SWIFT Ref.:      CHASUS33

Beneficiary Acct No:  Redacted 4298
Beneficiary Name:     BANK VONTOBEL AG ZURICH
Ben Swift Ref:        VONTCHZZ
Amount:               USD    53,159.88
Value date:           Jan-16-2007
Ref:                  FAIRFIELD SENTRY Shares:44.18 T/D:01-01-2007 RE
Note:
Details of Charges:

Authorised signatory                              Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                   CFSE-TRST-077266

CFSSAL0011005