# EXHIBIT 19



**CITCO**
*Citco Fund Services (Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date            : Feb-14-2007

Fund Id         : 03302
Holder Id       : Redacted 2402
Account Id      : Redacted 1288
Contract No.    : Redacted 0402
Order No.       : Redacted 9902
CFI Cash Id     : Redacted 8202

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted   0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       JP MORGAN CHASE BANK NA
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:        021000021
SWIFT Ref.:      CHASUS33

Beneficiary Acct No:  Redacted 4298
Beneficiary Name:     BANK VONTOBEL AG ZURICH

Ben Swift Ref:   VONTCHZZ
Amount:          USD    107,397.35
Value date:      Feb-15-2007
Ref:             FAIRFIELD SENTRY  Shares:89.00 T/D:02-01-2007 RE
Note:
Details of Charges:

Authorised signatory                              Authorised signatory

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-077371

CFSSAL0011110

```
User ID: SCROES
========================================================================
TO: Name: SECURITIES DEPARTMENT
    Company: BANK VONTOBEL AG
    Fax Phone Number: 0041 1 283 7858
    Contact Phone Number:
    Info Code 1: 1009133            Info Code 2:

Sent to remote ID:41 1 283 78 58
Sent at:Fri Jan 05 11:50:11 2007
Sent on channel 8
Elapsed Time:  0 minutes, 32 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------
SCROES approved fax at Fri Jan 05 11:49:56 2007
------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-077372

CFSSAL0011111