# EXHIBIT 20

## CITCO

*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Apr-16-2007 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 2402 |
| Account Id | : Redacted 1288 |
| Contract No. | : Redacted 7902 |
| Order No. | : 8202 |
| CFI Cash Id | : 0602 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**

Account Number    Redacted    0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**

Bank Name:   JP MORGAN CHASE BANK NA
Bank Address 1:   NEW YORK
Bank Address 2:   USA

ABA Ref.:   021000021
SWIFT Ref.:   CHASUS33

Beneficiary Acct No:   Redacted 4298
Beneficiary Name:   BANK VONTOBEL AG ZURICH

Amount:   USD    474,894.58
Value date:   Apr-17-2007
Ref:   FAIRFIELD SENTRY   Shares:387.6200 T/D:04-01-2007 RE
Note:
Details of Charges:

Authorised signatory                                   Authorised signatory

---

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

CFSE-TRST-071245

CFSSAL0004984