# EXHIBIT 21



**C I T C O .**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Aug-16-2007 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 2402 |
| Account Id | : Redacted 1288 |
| Contract No. | : Redacted 5802 |
| Order No. | : 4302 |
| CFI Cash Id | : 3602 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name  FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:  JP MORGAN CHASE BANK NA
Bank Address 1:  NEW YORK
Bank Address 2:  USA

Bank Address 4:
ABA Ref.:  021000021
SWIFT Ref.:  CHASUS33

Beneficiary Acct No:  Redacted 4298
Beneficiary Name:  BANK VONTOBEL AG ZURICH

Ben Swift Ref:  VONTCHZZ
Amount:  **USD    81,477.68**
Value date:  Aug-17-2007
Ref:  FAIRFIELD SENTRY  Shares:65.0000 T/D:08-01-2007 RE
Note:
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                                Authorised signatory

*Citco Building*                   *www.citco.com*          Phone: *(31-20) 5722100*
*Telestone - Teleport*                                        Fax: *(31-20) 5722610*
*Naritaweg 165*                                       *Chamber of Commerce 33253773*
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL

CFSE-TRST-106362

CFSSAM0012054