# EXHIBIT 22

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Sep-18-2007 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 2402 |
| Account Id | : Redacted 1288 |
| Contract No. | : Redacted 0902 |
| Order No. | : 7402 |
| CFI Cash Id | : 2302 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted   0501
Account Name    FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:    JP MORGAN CHASE BANK NA
Bank Address 1:    NEW YORK
Bank Address 2:    USA

ABA Ref.:    021000021
SWIFT Ref.:    CHASUS33

Beneficiary Acct No:    Redacted 4298
Beneficiary Name:    BANK VONTOBEL AG ZURICH

Amount:    USD    207,470.44
Value date:    Sep-19-2007
Ref:    FAIRFIELD SENTRY    Shares:165.0000 T/D:09-01-2007 RE
Note:
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory
...........................................                 ...........................................

Citco Building                www.citco.com            Phone: (31-20) 5722100
Telestone - Teleport                                   Fax:   (31-20) 5722610
Naritaweg 165                                          Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                           CFSE-TRST-106778

CFSSAM0012470