# EXHIBIT 23

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Oct-12-2007 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 2402 |
| Account Id | : Redacted 1288 |
| Contract No. | : Redacted 2502 |
| Order No. | : 4002 |
| CFI Cash Id | : 5902 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name    FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:    JP MORGAN CHASE BANK NA
Bank Address 1:    NEW YORK
Bank Address 2:    USA

ABA Ref.:    021000021
SWIFT Ref.:    CHASUS33

Beneficiary Acct No:    Redacted 4298
Beneficiary Name:    BANK VONTOBEL AG ZURICH

Amount:    USD    298,467.89
Value date:    Oct-16-2007
Ref:    FAIRFIELD SENTRY    Shares:235.1000 T/D:10-01-2007 RE
Note:
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory

*Citco Building*    www.citco.com    Phone: (31-20) 5722100
*Telestone - Teleport*            Fax:    (31-20) 5722610
*Naritaweg 165*            *Chamber of Commerce 33253773*
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL                                CFSE-TRST-111021

CFSSAM0016713