# EXHIBIT 24



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Oct-12-2007
Fund Id      : 03302
Holder Id    : Redacted 2402
Account Id   : Redacted 1288
Contract No. : Redacted 2302
Order No.    : 3402
CFI Cash Id  : 3102

**FAIRFIELD SENTRY LIMITED**

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted 0501
Account Name    FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:      JP MORGAN CHASE BANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.:   021000021
SWIFT Ref.: CHASUS33

Beneficiary Acct No: Redacted 4298
Beneficiary Name:   BANK VONTOBEL AG ZURICH

Amount:      USD   111,871.50
Value date:  Oct-16-2007
Ref:         FAIRFIELD SENTRY   Shares:88.1200 T/D:10-01-2007 RE
Note:
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory

Citco Building                www.citco.com        Phone: (31-20) 5722100
Telestone - Teleport                               Fax:   (31-20) 5722610
Naritaweg 165                                      Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands