# EXHIBIT 26

# SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: _BANK VONTOBEL AG_
Contribution Date: _ASAP_ 200_5_
Additional Contribution Amount: U.S. $ _100,000.-_

Changes to Subscription Agreement:   ☒ None
[ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this _16_ day of _Dec._ 200_5_.

**Corporate, Partnership, Trust or Account Subscribers**        **Individual Subscribers**

Name of Entity: _Bank Vontobel AG_
_Bahnhofstrasse 3_
_8022 Zürich_
By: _[signature]_    _[signature]_
Name (Print): _Josef Willi_    _D. Botella_
_Vice President_    _Auth. Officer_

Name (Print): _____

Signature: _____

Name of Joint Purchaser, If Any (Print): _____

Signature: _____

Telephone: _+41-44-283 77 79_    Telephone: _____
Fax: _+41-44-283 55 45_    Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200__.

FAIRFIELD SENTRY LIMITED

By: _____
   Name: _____
   Title: _____

RR-3