# EXHIBIT 27

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
World Trade Center
Tower B, 17th Floor
Strawinskylaan 1725
P.O Box 7241
1007JE Amsterdam
The Netherlands
**Fax: +31 20 5722 476**

SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**    Bank Vontobel AG
                                                                   Bahnhofstrasse 3
                                                                   8022 Zürich

Subscriber:
Contribution Date:                    _ASAP_____, 200 _6_
Additional Contribution Amount:    U.S.    $__  _— 50'000 .— —_

Changes to Subscription Agreement: [X] None
                                   [ ] Yes, as follows: (A new complete subscription agreement may be required)

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this _11_ day of _Sept._, 200 _6_

**Corporate, Partnership, Trust or Account Subscribers**          **Individual Subscribers**

Bank Vontobel AG
Bahnhofstrasse 3
Name of Entity (Print)  8022 Zürich                     Name (Print) _____

By: _____                    _____
    Signature                                           Signature

                            D. Botella
_Josef Willi_              Auth. Officer                Name of Joint Purchaser, If Any (Print)
_Vice President_                                        _____
                                                        Signature

Telephone:  _+41-44-283 77 79_                          Telephone: _____

Fax:  _+ 41-44- 283 55 45_                              Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LTD.
By: _____
    Name: _____
    Title: _____

CONFIDENTIAL                                                    CFSE-TRST-170355

CFSSAO0016434