# EXHIBIT 29

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 10/20/2008 2:18:13 PM
**To:** Gordon McKenzie [gordon@fggus.com]; Disha Attavar [dattavar@fggus.com]
**CC:**
**Subject:** FW: Sentry Distributor Relationships (2)

Here are our largest relationships. Let's please meet this afternoon after AP's call to discuss what Sentry Team can do.

-----

From: Lauren Ross
Sent: Friday, October 17, 2008 5:52 PM
To: Amit Vijayvergiya; Executive Committee; Maria Teresa Pulido; Martin Davalos
Cc: FGG Agreements
Subject: Sentry Distributor Relationships (2)

Attached are our active external distribution relationships and latest holdings for Sentry and Sigma, with FGG agent coverage.

-----

From: Lauren Ross
Sent: Friday, October 17, 2008 1:31 PM
To: Amit Vijayvergiya; Executive Committee; Maria Teresa Pulido; Martin Davalos
Subject: Top Sentry Clients (1)

Attached and below is a list of top clients in Fairfield Sentry. Custodians/Nominees have been broken out as much as possible. The top House clients are broken out at the bottom. Will continue to break down further and include Sigma.

FAIRFIELD SENTRY
9/30/2008

Underlying Client Mkt Val USD FGG Agent Notes
1 AMERICAN EXPRESS    503,298,484 LB/PT/CB/JH
2 TENSYR LIMITED    451,652,304 FGG Fund
3 NATIXIS    342,658,692 FGG/Vianney
4 CAISSE DE DEPOT ET PLACEMENT DU QUEBEC    207,310,012 Philip

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000767458

SECSEV1344981

5 THE PUBLIC INSTITUTION FOR SOCIAL SECURITY    166,719,260 House Hashem
6 ABU DHABI INVESTMENT AUTHORITY    148,694,640 House Philip
7 BANCO BILBAO VIZCAYA ARGENTARIA A/C BBVA FAIRFIELD 2    119,127,584 Various FLN II - 6/1/2007
8 EFG BANK    113,706,537 Lourdes
9 BANCO BILBAO VIZCAYA ARGENTARIA (BBVA) TESORERIA    109,103,804 House BOIRO Notes
10 NATIONAL BANK OF KUWAIT    72,197,206 Philip
11 EFG BANK    72,032,175 Lourdes
12 STICHTING SHELL PENSIOENFONDS    63,029,698 Richard/Cornelis/Jackie
13 DESJARDINS ASSET MANAGEMENT    60,882,129 Philip
14 CITIGROUP - AURIGA    59,716,393 House Jacques Rauber (RL/PT)
15 KOREA LIFE INSURANCE CO LTD    57,691,051 Richard
16 BARCLAYS    56,668,673 Philip/Richard/Team Iberia
17 DESJARDINS ASSET MANAGEMENT    48,103,910 Philip
18 1.8X FSL/IG ABS NOTE    41,567,560 Team Iberia BBVA
19 BANK SAL OPPENHEIM JR & CIE (SCHWEIZ) AG    41,482,856 Santiago
20 BANQUE SAFRA LUXEMBOURG SA    40,576,088 Philip
21 CGC/Clariden    37,079,513 RL/PT/Kim/LB
22 UBP    36,587,565 Yanko/Marco
23 BARCLAYS BANK (SUISSE) SA    36,510,418 Team Ib/Lourdes Old CGO
24 BANCO BILBAO VIZCAYA ARGENTARIA (BBVA) TESORERIA    36,367,944 Santiago BOIRO Notes
25 CATHAY LIFE INSURANCE CO. LTD.    36,284,091 Richard
26 CREDIT SUISSE    34,271,685 Yanko
27 NORDEA LIV & PENSION LIVSFORSIKRINGSSELSKAB A/S    33,585,528 Richard
28 BANK JULIUS BAER & CO LIMITED    33,098,122 CB/SR
29 PFA PENSION A/S    32,534,236 Richard
30 BBVA TESORERIA CPPI 4    32,313,892 House BBVA
31 Paragon Client    31,582,097 Richard Paragon Asset Management
32 GULF INVESTMENT CORPORATION    30,918,709 Philip
33 NOMURA INTERNATIONAL PLC    30,512,251 Kim Neue Privat Bank AG
34 CGC/Pictet    29,233,256 Jose Dios & Jimenez Lepercq Soger Management
35 MERRILL LYNCH INTERNATIONAL    27,116,292 Philip/Alex MLIL product for Investec
36 FUKOKU MUTUAL LIFE INSURANCE    24,504,441 Mami
37 GENERAL RETIREMENT & PENSION AUTHORITY    24,310,629 Philip
38 CGC/Pictet    23,840,578 Lourdes BNP Paribas
39 CGC/Bank Leu    23,737,239 CB/House
40 UBP    23,246,164 House Caledon/Nadia Chartouni
41 BANQUE BENEDICT HENTSCH FAIRFIELD PARTNERS SA    23,146,855 House
42 SCHRODER & CO BANK AG    23,135,903 Santiago/Caledon
43 PFPC BANK LTD CLIENT BARCLAYS WEALTH MULTI MANAGER    22,846,163 Team Iberia
44 TOKIO MARINE & NICHIDO FIRE INSURANCE CO LTD    22,410,114 Mami

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00076745&#10;SECSEV1344982

45 CGC/Pictet       21,567,809 Philip MDL Ltd.
46 BANCO SANTANDER (SUISSE) SA       21,301,716 Lourdes
47 CGC/Pictet       21,291,273 Richard Sassonex SA
48 BANCO ITAU EUROPA LUXEMBOURG SA       20,962,367 Philip
49 GROSVENOR BALANCED GROWTH FUND LTD       20,495,978 House
50 VONTOBEL       19,787,005 Lourdes
51 CGC/Banco Del Gottardo       18,883,762 Lourdes
52 KIVORY CORP       18,825,809 Lourdes RAS Investments SA
53 SUPPORT ORGANIZATION FOR MADISON CULTURAL ARTS DISTRICT       18,626,670 Scott
54 NORDEA LIV FORSAKRING I SVERIGE AB (PUBL)       18,523,550 Richard
55 CGC/LGT       17,442,132 Richard Lion Fairfield Capital/LGT
56 CREDIT SUISSE       17,386,177 Stephane/Vianney
57 CREDIT SUISSE       16,956,090 Team Iberia
58 NORDEA LIFE ASSURANCE FINLAND LTD       16,871,001 Richard
59 NOMURA INTERNATIONAL PLC       16,664,468 Mami
60 AMAS BANK (SWITZERLAND) SA       15,386,918 Lourdes
61 BANCO ITAU EUROPA INTERNATIONAL       15,255,367 Santiago
62 NATIONAL BANK OF DUBAI PJSC       14,998,890 House Ian Longhurst
63 UNION NATIONAL BANK       14,983,682 House Peter Desjardins
64 BANK JULIUS BAER & CO LIMITED       14,527,191 Cornelis
65 UBP LUXEMBOURG REF DINVEST - TOTAL RETURN       14,249,196 House
66 CREDIT SUISSE       13,618,978 House Peter Schmid
67 BANKMED (SUISSE) SA       13,200,275 Lourdes
68 ROYAL BANK OF CANADA (ASIA) LTD - CLIENTS ACCOUNT       13,191,933 Richard Lion Fairfield Capital
69 ROBINSON & CO A/C 0088997       13,147,414 Lourdes
70 HSBC SEOUL BRANCH LTD AS TRUSTEE FOR FIRST CLASS GLOBAL HEDGE FUND OF FUNDS       12,969,427 Richard
71 BRENTHURST ABSOLUTE RETURN FUND LTD - CLASS B       12,943,689 House Caledon
72 PLEASANT T. ROWLAND FOUNDATION INC.       12,718,324 Scott
73 CGC/Bank Sarasin       12,633,824 Various
74 PFPC BANK LTD CLIENT KBC LIFE ATERNATIVE MASTER FUND       12,124,172 Cornelis/Santiago
75 INVESTEC BANK (SWITZERLAND) AG       12,068,807 Philip/Alex
76 BANK JULIUS BAER & CO LIMITED       11,500,974 Bianca Eagle Consulting Corp.
77 DELTEC BANK AND TRUST LIMITED       11,497,865 Richard/Caledon
78 CREDIT SUISSE       11,451,663 Matt/Jeremy

HOUSE
1 THE PUBLIC INSTITUTION FOR SOCIAL SECURITY       166,719,260 House Hashem
2 ABU DHABI INVESTMENT AUTHORITY       148,694,640 House Philip
3 BANCO BILBAO VIZCAYA ARGENTARIA (BBVA) TESORERIA       109,103,804 House BOIRO Notes

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED       FGGE0007674660

SECSEV1344983

| | | | |
|---|---|---|---|
| 4 | CITIGROUP - AURIGA | 59,716,393 | House Jacques Rauber (RL/PT) |
| 5 | BBVA TESORERIA CPPI 4 | 32,313,892 | House BBVA |
| 6 | UBP | 23,246,164 | House Caledon/Nadia Chartouni |
| 7 | BANQUE BENEDICT HENTSCH FAIRFIELD PARTNERS SA | 23,146,855 | House |
| 8 | GROSVENOR BALANCED GROWTH FUND LTD | 20,495,978 | House Jeffrey? |
| 9 | NATIONAL BANK OF DUBAI PJSC | 14,998,890 | House Ian Longhurst |
| 10 | UNION NATIONAL BANK | 14,983,682 | House Peter Desjardins |
| 11 | UBP LUXEMBOURG REF DINVEST - TOTAL RETURN | 14,249,196 | House |
| 12 | CREDIT SUISSE | 13,618,978 | House Peter Schmid |
| 13 | BRENTHURST ABSOLUTE RETURN FUND LTD - CLASS B | 12,943,689 | House Caledon |

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

Attachment: SENTRY AGENT HOLDINGS 09.30.2008.xls
Attachment: SIGMA AGENT HOLDINGS 09.30.2008.xls

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000767461
SECSEV1344984