# EXHIBIT 30

**From:** Lauren Ross [LAUREN@fairdomain01.com]
**Sent:** 8/26/2003 3:47:29 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Corina Piedrahita [corina.piedrahita@virgin.net]; Dan Lipton [dan@fggus.com]
**CC:** Maria-Joao Fernandez [MFernandez@citco.com]; Judith Terlien [jterlien@citco.com]; Gordon McKenzie [gordon@fggus.com]
**Subject:** Fairfield Sentry Class B - $1,095,000 for Sep 1 BANK VONTOBEL

Please approve a $1,095,000 investment into F Sentry Class B. This will come from Bank Vontobel through Citco Amsterdam. No FGG agent. Jeffrey has given initial approval for approx. amount - just need final approval for Citco.

Thank you,
Lauren

-----Original Message-----
From: armanda.dallacqua@vontobel.ch
[mailto:armanda.dallacqua@vontobel.ch]
Sent: Tuesday, August 26, 2003 12:32 PM
To: Lauren Ross
Subject: fairfield sentry


subscription shares b fairfield sentry 1'095'000

best regards from antonio puga.

This document should only be read by those persons to whom it is addressed and is not intended to be relied upon by any person without subsequent written confirmation of its contents. If you have received this e-mail message in error, please destroy it and delete it from your computer.
Any form of reproduction, dissemination, copying, disclosure, modification, distribution and/or publication of this e-mail message is strictly prohibited.
We should appreciate notification of incorrect transmission by reply e-mail.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00009416
SECSEV0671689

SECSEV0671689