# EXHIBIT 31

| | |
|---|---|
| **From:** | Jeffrey Tucker [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JEFFREY@fairdomain01.com] |
| **Sent:** | Tuesday, August 26, 2003 3:20 PM |
| **To:** | Lauren Ross [lauren@fggus.com] |
| **Subject:** | RE: Bank Vontobel approx. $1mm sub into F Sentry B - Please advise |

ok

-----Original Message-----
**From:** Lauren Ross
**Sent:** Tuesday, August 26, 2003 10:14 AM
**To:** Jeffrey Tucker
**Subject:** Bank Vontobel approx. $1mm sub into F Sentry B - Please advise
**Importance:** High

Dear Jeffrey,

I just had a call from Mr. Antonio Puga at Bank Vontobel in Switzerland. He has spoken with Greg in the past (met him at a seminar in April).

He would like to invest approx. $1mm into F Sentry for Sep 1, I told him that Class A was closed but that I would see about getting approval for Class B. He said B was fine, to send him the sub docs if approved.

Please let me know if this subscription is approved. Lourdes is the RM, but deals with a different person there.

Thank you,
Lauren

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00119504£

SECSEV1772568