# EXHIBIT 33

399 PARK AVENUE, 36TH FLOOR
NEW YORK, NY 10022
TEL: (212) 319-6060
FAX: (212) 319-0450



# Fax

| To: Bernie Madoff | From: Jeffrey Tucker |
|---|---|
| Fax: 486-8178 | Pages: |
| Phone: | Date: << AUTODATE >> |
| Re: | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Comments:

Dear Bernie:

   I have invited one more to the meeting. He is Bruno Ghio from Banco Atlantic in Peru. The others are Averell Mortimer and Terry Jones from Arden Advisors, and up to three people from Bank Vontobel, Peter Newell, Henry Schlegel and Thomas Wittwer. Walter, Greg Bowes and I, from the Fairfield Greenwich Group, will also attend.

\*\*\*
This fax, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return fax. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGG002478117
FGGSAC0017322