PILLSBURY WINTHROP SHAW PITTMAN LLP
Eric Fishman
Andrew Troop
Rahman Connelly
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com
rahman.connelly@pillsburylaw.com

*Counsel to Falcon Private Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02923 (CGM) |
| Plaintiff, | |
| v. | |
| FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG), | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, Falcon Private Bank's Motion to Dismiss [Docket No. 118], the Memorandum of Law in Support of Falcon Private Bank's Motion to Dismiss [Docket No. 119], and the Declaration of Rahman Connelly in Support of Falcon Private Bank's Motion to Dismiss [Docket No. 120] were served by filing via ECF.

Dated: August 15, 2022          PILLSBURY WINTHROP SHAW
New York, NY                    PITTMAN LLP

By:  /s/ Eric Fishman
    Eric Fishman
    Andrew Troop
    Rahman Connelly
    31 West 52nd Street
    New York, NY 10019
    (212) 858-1000 (phone)
    (212) 858-1500 (fax)
    eric.fishman@pillsburylaw.com
    andrew.troop@pillsburylaw.com
    rahman.connelly@pillsburylaw.com

    *Counsel to Falcon Private Bank*