**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br><br>v.<br><br>SCHRODER & CO. BANK AG,<br><br>                        Defendant. | Adv. Pro. No. 12-01210 (CGM) |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant Schroder & Co. Bank AG ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on March 11, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 90], with a supporting memorandum of law [ECF No. 91] and the Declaration of Andrew G. Devore [ECF No. 92]; on May 11, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 94] and the supporting Declaration of Robertson D. Beckerlegge [ECF No. 95] (the "Opposition"); and on June 22, 2022, Defendant filed a reply in further support of its Motion [ECF No. 100] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Motion on September 14, 2022 at 10:00 am; and

**WHEREAS**, the Parties have conferred and agreed to rest on their papers and waive oral argument on the Motion;

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on September 14, 2022 to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

*[Remainder of page intentionally left blank.]*

Dated:      September 8, 2022
            New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **ROPES & GRAY LLP** |
| By: /s/ *Robertson D. Beckerlegge* | By: /s/ *Martin J. Crisp* |
| 45 Rockefeller Plaza | 1211 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 596-9000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 596-9090 |
| David J. Sheehan | Martin J. Crisp |
| Email: dsheehan@bakerlaw.com | Email: martin.crisp@ropesgray.com |
| Robertson D. Beckerlegge | Andrew G. Devore |
| Email: rbeckerlegge@bakerlaw.com | Email: andrew.devore@ropesgray.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Schroder & Co. Bank AG* |



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: September 9, 2022**
**Poughkeepsie, New York**