KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
Anthony L. Paccione
anthony.paccione@katten.com
Mark T. Ciani
mark.ciani@katten.com

*Attorneys for Defendant Lloyds TSB Bank PLC*
*(now known as Lloyds Bank plc)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYDS TSB BANK PLC,<br><br>    Defendant. | **Adv. Pro. No. 12-01207 (CGM)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, Defendant Lloyds TSB Bank PLC's (now known as Lloyds Bank plc) Answer with Affirmative Defenses and Jury Demand was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 9, 2022
New York, New York

        Respectfully Submitted,

        <u>/s/Anthony Paccione</u>
        KATTEN MUCHIN ROSENMAN LLP
        50 Rockefeller Plaza
        New York, NY 10020
        Telephone: (212) 940-8800
        Facsimile: (212) 940-8776
        Anthony L. Paccione
        Email: anthony.paccione@katten.com
        Mark T. Ciani
        Email: mark.ciani@katten.com

        *Attorneys for Defendant*

TO:    All Counsel of Record