**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>      v.<br><br>BNP PARIBAS – DUBLIN BRANCH,<br><br>                Defendant. | Adv. Pro. No. 22-01087 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, a copy of the Notice of Adjournment of Pre-

Trial Conference was filed electronically.  Notice of this filing has been sent through the Court's

Electronic Case Filing System and via electronic transmission to the email addresses designated

for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.


Dated: September 9, 2022
        New York, New York


                                        By: */s/ David J. Sheehan*
                                        BAKER & HOSTETLER LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone:  212.589.4200
                                        Facsimile:  212.589.4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com


                                        *Attorneys for Irving H. Picard, Trustee*
                                        *for the Substantively Consolidated SIPA*
                                        *Liquidation of Bernard L. Madoff Investment*
                                        *Securities LLC and the Chapter 7 Estate of*
                                        *Bernard L. Madoff*

## SCHEDULE A

---

**Defendant Counsel**

---

Ari MacKinnon
Jack Massey
Lisa M. Schweitzer
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: jmassey@cgsh.com
Email: lschweitzer@cgsh.com
Email: tkessler@cgsh.com
Attorney For: BNP Paribas - Dublin Branch