Lax & Neville LLP
350 Fifth Avenue
Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : : | No. 08-01789 (CGM) |
| v. | : : : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : : : | |
| Defendant. | : : | |

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : : | |
| BERNARD L. MADOFF, | : : : | Adv. Pro. Nos. list on Appendix A Attached Hereto |
| Debtor. | : : | |

---------------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : : | |
| DEFENDANTS LISTED ON APPENDIX A ATTACHED HERETO, | : : : : | |
| Defendants. | : : | |

---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM CM/ECF**

**PLEASE TAKE NOTICE**, that Brian J. Neville, of Lax & Neville LLP, withdraws his appearance as counsel for Defendants listed on Appendix A, attached hereto. Brian J. Neville requests removal from any applicable service lists, including the Court's CM/ECF system in reference to the cases listed on Appendix A. All other previously appearing counsel for Defendants listed on Appendix A from Lax & Neville LLP continue to serve as counsel for them in this case.

Dated: New York, New York
September 11, 2022

LAX & NEVILLE LLP

By: */s/ Brian J. Neville*
Brian J. Neville (BN8251)
350 Fifth Avenue
Suite 4640
New York, NY 10118
Telephone: (212) 696-1999
Facsimile: (212) 566 - 4531
bneville@laxneville.com

*Attorneys for Defendants*

## APPENDIX A

| 1 | 09-ap-1265 | Brow Family Partnership; Gordon Bennett; Laurence Kaye; Rose Less; Suzanne Kaye; Allan Goldstein |
|---|---|---|
| 2 | 10-ap-4647 | The Abbit Family Trust 9/7/90; Linda Anne Abbit, individually and in her capacity as Trustee of the Abbit Family Trust 9/7/90; Jeffrey Brian Abbit, individually and in his capacity as Trustee of the Abbit Family Trust 9/7/90 |
| 3 | 10-ap-4444 | Richard M. Balzarini |
| 4 | 10-ap-5092 | Architectural Body Research Foundation, Inc. |
| 5 | 10-ap-5021 | Stanley Gordon Bennett III 1988 Trust; Stanley Gordon Bennett III, individually and in his capacity as settlor and trustee of the Stanley Gordon Bennett III 1988 Trust |
| 6 | 10-ap-4301 | Frieda Bloom |
| 7 | 10-ap-4692 | Myra Cantor |
| 8 | 10-ap-4787 | William Jay Cohen, individually and in his capacity as Trustee for the William Jay Cohen Revocable Trust dtd 11/14/89; William Jay Cohen Revocable Trust dtd 11/14/89 |
| 9 | 10-ap-5169 | Fairfiled Pagma Associates, LP, a New York Limited Partnership; Seymour Kleinman; Fairfox, LLC, a New York limited liability company; Seyfair, LLC, a New York limited liability company; Estate of Marjorie Kleinman, A/K/A Marjorie Helene Kleinman; Bonnie Joyce Kansler, as executor |
| 10 | 10-ap-5036 | Elinor Friedman Felcher |
| 11 | 10-ap-4655 | Jaffe Family Investment Partnership; Bruce Jaffe |
| 12 | 10-ap-4798 | Janet Jaffe Trust UA dtd 4/20/90; Alvin Jaffe Trust dtd 4/20/90; Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90 |
| 13 | 10-ap-4960 | Estate of Elizabeth H. Kahn aka Betty Kahn; Jean A. Kahn, as executrix and as an individual; Ruth E. Kahn; Jann Jones |
| 14 | 10-ap-4954 | Ruth Kahn |
| 15 | 10-ap-4900 | Bonnie J. Kansler |
| 16 | 10-ap-4756 | Stephen B. Kaye, as an individual and as a joint tenant; Sandra Phillips Kaye, as an individual and as a joint tenant |
| 17 | 10-ap-4980 | Judith E. Kostin |
| 18 | 10-ap-5246 | The Frances J. Le Vine Revocable Trust; Frances J. Le Vine, individually and in her capacities as Settlor, Trustee and Beneficiary of the Frances J. Le Vine Revocable Trust |
| 19 | 10-ap-4573 | Bruce Leventhal 2001 Irrevocable Trust; Bruce Leventhal individually and in his capacity as Trustee to the Bruce Leventhal 2001 Irrevocable Trust |
| 20 | 10-ap-4481 | Armand Lindenbaum |
| 21 | 10-ap-4881 | Jillian Wernick Livingston |
| 22 | 10-ap-4687 | Arganey Lucas, Jr. |
| 23 | 10-ap-4618 | Melvin Marder, individually and in his capacity as a Personal Representative of the Estate of Miriam Marder; Estate of Miriam Marder |
| 24 | 10-ap-4272 | O'Hara Family Partnership; Elizabeth Sarro |
| 25 | 10-ap-4750 | Samdia Family L.P., a Delaware Limited Partnership; Samuel L. Messing; |

|    |             | Diana L. Messing |
|----|-------------|------------------|
| 26 | 10-ap-4304  | Elinor Solomon |
| 27 | 10-ap-4307  | Howard Solomon |
| 28 | 10-ap-4689  | Marilyn Speakman |
| 29 | 10-ap-5164  | Anne Strickland Squadron; Seth Squadron; Elizabeth Squadron; Daniel Squadron; William Squadron; Debra Lagapa; Richard Squadron; Theodosia Price; Diane Squadron; Thomas Shea; Peter Gold; Carol Gold; Sarah D. Gold; Swing Harre; David Harre; Vanessa N. Gang; Anna Rothwell; Robert Vas Dias; Margaret Butcher |
| 30 | 10-ap-4966  | Robin Geoffrey Swaffield; Onesco International Ltd. |
| 31 | 10-ap-4988  | Wallenstein/NY Partnership; David S. Wallenstein, in his capacity as General Partner of the Wallenstein/NY Partnership |
| 32 | 10-ap-4467  | David S. Wallenstein (only Raquel Kraus is on this as well) |
| 33 | 10-ap-4616  | Nicolette Wernick Nominee Partnership; Marital GST Exempt Trust F/B/O Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991 in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; Marital GST Non-Exempt Trust F/B/O Nicolette Wernick U/Article III of the Harold Wernick Revocable Trust DTD 9/16/1991, in its capacity as a Partner of the Nicolette Wernick Nominee Partnership; Nicolette Wernick, individually and in her capacity as partner of the Nicolette Wernick Nominee Partnership and as Trustee of the Marital GST Exempt Trust f/b/o Nicolette Wernick u/Article III of the Harold Wernick Revocable Trust dtd 9/16/1991 and as Trustee of the Marital |
| 34 | 10-ap-5048  | Peng Yan, individually and as Executor of the Estate of Armand L. Greenhall |
| 35 | 10-ap-5383  | Stanley Shapiro, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended, and as executor of the estate of Renee Shapiro; S&R Investment Co.; LAD Trust; David Shapiro, individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S.]); Rachel Shapiro; David Shapiro 1989 Trust, as amended; Leslie Shapiro Citron; Leslie Shapiro 1985 Trust, as amended; Trust F/B/O [A.J.C.], [K.F.C], and [L.L.C.], as amended; Kenneth Citron, individually and as trustee for Trust f/b/o [A.J.C.], [L.C.C.] as amended; Trust F/B/O [W.P.S.] & [J.G.S.]; The Estate of Renee Shapiro |
| 36 | 10-ap-5160  | The Lanny Rose Revocable Trust, a Florida trust; Lanny Rose, as trustor, as trustee, and as an individual |
| 37 | 10-ap-4490  | Lucky Company, a New Jersey partnership aka Beth Hendler |
| 38 | 10-ap-5429  | Jean Kahn |
| 39 | 10-ap-4866  | Lawrence Simonds |
| 40 | 10-ap-4860  | Estate of Carl S. Stecker; Leona Stecker, individually, in her capacity as personal representative of the Estate of Carl S. Stecker Revocable Trust; Carl S. Stecker Revocable Trust |
| 41 | 10-ap-5211  | Jyoti Ulrych, individually and in her capacity as the personal representative of the Estate of Andre Ulrych |

| 42 | 10-ap-5182 | Rosalind C. Whitehead Revocable Trust dated 3/8/07; Rosalind C. Whitehead, in her capacity as Trustee for the Rosalind C. Whitehead Revocable Trust dated 3/8/07 and individually |