**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBS AG, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05311 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, a copy of the Notice of Adjournment of Status Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 12, 2022
      New York, New York

By: */s/ Oren J. Warshavsky*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Luxembourg Investment Fund, Luxembourg Investment Fund US Equity Plus, Maitre Alain Rukavina, Paul Laplume

Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney For: Reliance International Research, LLC

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: M&B Capital Advisers Sociedad de Valores, S.A.