BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |

### AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 14, 2022 AT 10:00 A.M.

### CONTESTED MATTERS

1. **10-04285; Picard v. UBS AG, *et al.***

    A.  Memorandum of Law in Support of the UBS Defendants' Motion to Dismiss the Second Amended Complaint filed by Marshall R. King on behalf of UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA, UBS Fund Services

    (Luxembourg) SA, UBS Third Party Management Company SA (Filed: 4/22/2022) [ECF No. 286]

B.     Declaration of Gabriel Herrmann in Support of the UBS Defendants' Motion to Dismiss the Second Amended Complaint filed by Marshall R. King on behalf of UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA (Filed: 4/22/2022) [ECF No. 287]

**Opposition Due**:     June 17, 2022

**Opposition Filed**:

C.     Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 307]

D.     Declaration of Robertson D. Beckerlegge in Support of the Trustee's Opposition to Defendants' Motions to Dismiss filed by Robertson D. Beckerlegge on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 308]

**Replies Due**:   July 29, 2022

**Replies Filed**:

E.     UBS Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Second Amended Complaint filed by Marshall R. King on behalf of UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA (Filed: 7/29/2022) [ECF No. 314]

**Related Documents**:

F.     Notice of UBS Defendants' Motion to Dismiss Second Amended Complaint filed by Marshall R. King on behalf of UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA (Filed: 4/22/2022) [ECF No. 285]

G.     Notice of Hearing on the UBS Defendants' Motion to Dismiss the Second Amended Complaint filed by Marshall R. King on behalf of UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA (Filed: 4/22/2022) [ECF No. 288]

**Status**:     This matter is going forward.

2. **10-04285; Picard v. UBS AG,** *et al.*

   A. Memorandum of Law In Support Of Motion To Dismiss Second Amended Complaint filed by Anthony L. Paccione on behalf of Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access International Advisors Luxembourg) SA) as represented by its Liquidator Maitre Ferdinand Entringer, Access Partners SA as represented by its Liqudator Maitre Ferdinand Entringer, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Groupement Financier Ltd., Patrick Littaye (Filed: 4/22/2022) [ECF No. 292]

   B. Declaration Of Patrick Littaye In Support Of Motion To Dismiss Second Amended Complaint (related document(s)290) filed by Anthony L. Paccione on behalf of Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access International Advisors Luxembourg) SA) as represented by its Liquidator Maitre Ferdinand Entringer, Access Partners SA as represented by its Liqudator Maitre Ferdinand Entringer, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Groupement Financier Ltd., Patrick Littaye (Filed: 4/22/2022) [ECF No. 291]

   **Opposition Due**:    June 17, 2022

   **Opposition Filed**:

   C. Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 307]

   D. Declaration of Robertson D. Beckerlegge in Support of the Trustee's Opposition to Defendants' Motions to Dismiss filed by Robertson D. Beckerlegge on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 308]

   **Replies Due**:   July 29, 2022

   **Replies Filed**:

   E. Reply Memorandum Of Law In Further Support Of Motion To Dismiss The Trustee's Second Amended Complaint (related document(s)290) filed by Anthony L. Paccione on behalf of Access International Advisors LLC, Access

International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access International Advisors Luxembourg) SA) as represented by its Liquidator Maitre Ferdinand Entringer, Access Partners SA as represented by its Liqudator Maitre Ferdinand Entringer, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Groupement Financier Ltd., Patrick Littaye (Filed: 7/29/2022) [ECF No. 312]

**Related Documents**:

F.  Motion to Dismiss Adversary Proceeding (Dismiss Second Amended Complaint), filed by Anthony L. Paccione on behalf of Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access International Advisors Luxembourg) SA) as represented by its Liquidator Maitre Ferdinand Entringer, Access Partners SA as represented by its Liqudator Maitre Ferdinand Entringer, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Groupement Financier Ltd., Patrick Littaye (Filed: 4/22/2022) [ECF No. 290]

G.  Notice of Hearing (related document(s)290) filed by Anthony L. Paccione on behalf of Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access International Advisors Luxembourg) SA) as represented by its Liquidator Maitre Ferdinand Entringer, Access Partners SA as represented by its Liqudator Maitre Ferdinand Entringer, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Groupement Financier Ltd., Patrick Littaye (Filed: 4/22/2022) [ECF No. 293]

H.  Stipulation and Order DENYING Request to Waive Argument signed on 9/9/2022 (DuBois, Linda) (Entered: 09/09/2022) [ECF No. 319]

**Status**:    This matter is going forward.

3. **10-04285; Picard v. UBS AG, *et al*.**

   A. Memorandum of Law in support of Theodore Dumbauld's Motion to Dismiss Second Amended Complaint filed by Cathy M. Liu on behalf of Theodore Dumbauld (Filed: 4/26/2022) [ECF No. 300]

   **Opposition Due**:   June 17, 2022

   **Opposition Filed**:

   B. Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 307]

   C. Declaration of Robertson D. Beckerlegge in Support of the Trustee's Opposition to Defendants' Motions to Dismiss filed by Robertson D. Beckerlegge on behalf of Irving H. Picard (Filed: 6/17/2022) [ECF No. 308]

   **Replies Due**:  July 29, 2022

   **Replies Filed**:

   D. Reply Memorandum of Law in Support of Motion to Dismiss the Second Amended Complaint filed by Cathy M. Liu on behalf of Theodore Dumbauld (Filed: 7/29/2022) [ECF No. 316]

   **Related Documents**:

   E. Motion to Dismiss Case filed by Cathy M. Liu on behalf of Theodore Dumbauld (Filed: 4/22/2022) [ECF No. 295]

   **Status**:     This matter is going forward.

4. **10-05345; Picard v. Citibank, N.A., *et al*.**

   A. Memorandum of Law in Support of the Citi Defendants' Motion to Dismiss the Amended Complaint filed by Carmine Boccuzzi on behalf of Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited (Filed: 4/22/2022) [ECF No. 224]

   B. Declaration of Carmine D. Boccuzzi, Jr. in Support of the Citi Defendants' Motion to Dismiss the Amended Complaint filed by Carmine Boccuzzi on behalf of Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited (Filed: 4/22/2022) [ECF No. 223]

   **Opposition Due**:     July 1, 2022

**Opposition Filed**:

C.    Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/1/2022) [ECF No. 231]

**Replies Due**:   August 15, 2022

**Replies Filed**:

D.    Reply Memorandum of Law in Support of Citi Defendants' Motion to Dismiss filed by Carmine Boccuzzi on behalf of Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited (Filed: 8/15/2022) [ECF No. 234]

**Related Documents**:

E.    Stipulation and Order signed on 2/1/2022. (DuBois, Linda) (Entered: 02/01/2022) [ECF No. 209]

F.    Amended Stipulation and Order signed on 4/11/2022. (DuBois, Linda) (Entered: 04/11/2022) [ECF No. 219]

G.    Motion to Dismiss Adversary Proceeding filed by Carmine Boccuzzi on behalf of Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited (Filed: 4/22/2022) [ECF No. 222]

H.    Amended Notice of Hearing on Citi Defendants' Motion to Dismiss the Amended Complaint filed by Carmine Boccuzzi on behalf of Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited (Filed: 4/25/2022) [ECF No. 225]

**Status**:    This matter is going forward.

5. **11-02572; Picard v. Korea Exchange Bank,** *et al.*

    A.    Korea Exchange Bank's Memorandum of Law in Support of its Motion to Dismiss filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III (Filed: 5/16/2022) [ECF No. 138]

    B.    Declaration of Richard A. Cirillo in Support of Motion to Dismiss by Korea Exchange Bank (File: 5/16/2022) [ECF No. 137

**Opposition Due**:    July 18, 2022

6

**Opposition Filed**:

C. Trustee's Memorandum of Law in Opposition to Defendant Korea Exchange Bank's Motion to Dismiss the Complaint filed by Eric R Fish on behalf of Irving H. Picard (Filed: 7/15/2022) [ECF No. 140]

D. Declaration of Eric R. Fish in Support of Trustee's Opposition to Defendant Korea Exchange Bank's Motion to Dismiss the Complaint filed by Eric R Fish on behalf of Irving H. Picard (Filed: 7/15/2022) [ECF No. 141]

**Replies Due**:   August 17, 2022

**Replies Filed**:

E. Korea Exchange Bank's Reply Memorandum of Law in Support of its Motion to Dismiss filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III (Filed: 8/15/2022) [ECF No. 145]

**Related Documents**:

F. Stipulation and Order signed on 1/27/2022. (DuBois, Linda) (Entered: 01/27/2022) [ECF No. 132]

G. Motion to Dismiss Case filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III (Filed: 5/16/2022) [ECF No. 135]

H. Notice of Hearing filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III (Filed: 5/16/2022) [ECF No. 136]

I. Amended Notice of Hearing filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III (Filed: 7/19/2022) [ECF No. 143]

J. Amended Motion to Dismiss Adversary Proceeding filed by Richard A. Cirillo on behalf of Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III (Filed: 7/19/2022) [ECF No. 144]

**Status**:   This matter is going forward.

6. **11-02573; Picard v. The Sumitomo Trust and Banking Co., Ltd.**

   A. Memorandum of Law in Support of Defendant the Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss filed by Michael Zeb Landsman on behalf of The Sumitomo Trust and Banking Co., Ltd. (Filed: 2/11/2022) [ECF No. 112]

   B. Declaration of Tara Q. Higgins in Support of Defendant's Motion to Dismiss the Trustee's Amended Complaint filed by Michael Zeb Landsman on behalf of The Sumitomo Trust and Banking Co., Ltd. (Filed: 2/11/2022) [ECF No. 113]

   **Opposition Due**:    April 12, 2022

   **Opposition Filed**:

   C. Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/12/2022) [ECF No. 117

   **Replies Due**: May 26, 2022

   **Replies Filed**:

   D. Reply to Motion to Dismiss filed by Michael Zeb Landsman on behalf of The Sumitomo Trust and Banking Co., Ltd. (Filed: 5/26/2022) [ECF No. 122]

   **Related Documents**:

   E. Stipulation and Order signed on 12/7/2021. (DuBois, Linda) (Entered: 12/07/2021) [ECF No. 110]

   F. Motion to Dismiss Adversary Proceeding filed by Michael Zeb Landsman on behalf of The Sumitomo Trust and Banking Co., Ltd. (Filed: 2/11/2022) [ECF No. 222]

   G. Notice of Hearing on Defendant's Motion to Dismiss (related document(s)111) filed by Michael Zeb Landsman on behalf of The Sumitomo Trust and Banking Co., Ltd. (Filed: 2/11/2022) [ECF No. 114]

   H. Amended Memorandum of Law in Support of Defendant The Sumitomo Trust and Banking Co., Ltd's Motion to Dismiss filed by Michael Zeb Landsman on behalf of The Sumitomo Trust and Banking Co., Ltd. (Filed: 2/14/2022) [ECF No. 116]

   I. Stipulation And Order Signed on 5/5/2022 To Amend Briefing Schedule and Adjourn Argument Date to 9/14/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Kinchen, Gwen) (Entered: 05/05/2022) [ECF No. 119]

**Status**:    This matter is going forward.

Dated: September 12, 2022
      New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

9