**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>BANQUE LOMBARD ODIER & CIE SA,<br><br>      Defendant. | Adv. Pro. No. 12-01693 (CGM) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2022, Defendant Banque Lombard Odier & Cie SA's Answer to the Trustee's Complaint and Jury Demand was served by filing it with the Court's electronic-filing system. Notice of this filing has been sent through the Court's

1

Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 12, 2022
       New York, New York

ALLEGAERT BERGER & VOGEL LLP

By: */s/ David A. Shaiman*

David A. Shaiman
111 Broadway, 20th Floor
New York, New York 10006
Tel. No.: 212-571-0550
Email: dshaiman@abv.com

*Counsel for Defendant Banque Lombard Odier & Cie SA*