**Hi UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>BORDIER & CIE,<br><br>      Defendant. | Adv. Pro. No. 12-01695 (CGM) |

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 12, 2022, Defendant Bordier & Cie SCmA's (sued as Bordier & Cie) Answer to the Trustee's Complaint and Jury Demand was served by filing it with the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

1

Dated: September 12, 2022
      New York, New York

                              ALLEGAERT BERGER & VOGEL LLP

                              By: */s/ David A. Shaiman*_____

                              David A. Shaiman
                              111 Broadway, 20th Floor
                              New York, New York 10006
                              Tel. No.: 212-571-0550
                              Email: dshaiman@abv.com

                              *Counsel for Defendant Bordier & Cie SCmA (sued as Bordier & Cie)*