# EXHIBIT 1



| UKFP (Asia) HK Limited | UKFP (亞洲) 有限公司 * |
|---|---|
| 29/F, East Wing | 香港銅鑼灣 |
| Hennessy Centre | 軒尼詩道500號 |
| 500 Hennessy Road | 興利中心 |
| Causeway Bay | 東翼29樓 |
| Hong Kong | |
| Main: (852) 2890 8448 | 電話：(852) 2890 8448 |
| Fax: (852) 2231 7900 | 傳真：(852) 2231 7900 |

3 0 MAART 2006

6th March 2006

To whom it may concern:

**Re: Change of company name: -**
**From Towry Law (Asia) HK Limited to UKFP (Asia) HK Limited**
**From Towry Law (Asia) Nominees Limited to UKFP (Asia) Nominees Limited**

Please note that Towry Law (Asia) HK Limited and Towry Law (Asia) Nominees Limited have changed their names to **UKFP (Asia) HK Limited** and **UKFP (Asia) Nominees Limited** respectively as of the 2nd March 2006. & 17th March 2006

I attach a certified copy of the Certificate of Incorporation, please update your records accordingly.

Please note that our bank account name has changed to UKFP (Asia) HK Limited, but the account details remain unchanged.

Please also note that there are no changes to our authorised signatory list.

Should you have any queries please contact the undersigned on +852 2830 7111 or email jkb@ukfp.com.

Yours Sincerely,

**Joanna Bambrough** Dip PFS, BSc(Hons)
**Head of International Operations**

Encl.

Henderson Group plc
UKFP (Asia) HK Limited is a Henderson Group plc Company. Henderson Group plc is registered in England No. 2072534. UKFP (Asia) HK Limited Registered Office 29/F East Wing, Hennessy Centre, 500 Hennessy Road, Causeway Bay, Hong Kong. Registered: Hong Kong 471921. Licensed by the HK Securities & Futures Commission. Member of the Hong Kong Confederation of Insurance Brokers.

* 僅供識別