# EXHIBIT 2



CONFIDENTIAL
CFSE-TRST-163797
CFSSA0009876