# EXHIBIT 3

19-01-99    15:13   Van:CITCO FUND SERVICES                        +31206750881                    T-908  P.03/08  Opdracht-454

OURREF = HKO28093/
HK0198109.

## FAIRFIELD SENTRY LIMITED
## SHARE APPLICATION FORM

### Instructions

A. All subscribers. Complete pages A-2, A-3 and A-6 by (i) filling in the dollar amount indicating whether the Shares are to be issued in registered form or in the name of a nominee.

B. Subscriptions by individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity (page A-5) must be completed.

D. Items to be delivered by ALL SUBSCRIBERS.

  (i) Completed and signed Share Application Form and corresponding signature page.
  (ii) For those subscribers purchasing Series A, wire transfer funds for the full amount of the subscription in U.S. dollars to the Company's escrow account at:

|  |  |
|---|---|
|  | Rapublic National Bank of New York |
|  | 452 Fifth Avenue |
|  | New York, N.Y. |
|  | USA |
| For account and under |  |
| Swift Advice to: | Citco Bank Nederland N.V. |
|  | World Trade Center |
|  | P.O. Box 7241 |
|  | 1007 JE Amsterdam |
|  | The Netherlands |
| Account number: | Redacted4.935 |
| Reference: | Fairfield Sentry Limited class A |
|  | Account number Redacted3.797 |
| By order of: | Name of Subscriber |

  (iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17h Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands, tel 31-20-572.2100, fax 31-20-675.0881.

A-1

BRRVAA0001034

Fairfield Sentry Limited
c/o Citco Fund Services (Europe) B.V.
World Trade Center
Tower B, 17th Floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Please fill in the following information:

The undersigned hereby irrevocably subscribes for and agrees to purchase
U.S.$ _1316 700. 00_

(the "Shares") in Fairfield Sentry Ltd. (the "Company") upon the terms of the Information
Memorandum  dated June 30, 1994, as amended, which I/we have received and read. I/We
acknowledge that I am/we are able to afford a shareholding in a speculative venture having
the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or
indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a citizen, national or
resident of, or an institution or other entity organised, created, formed, chartered or resident
in, the United States of America, or to an individual who is not a citizen, national or resident
of the United States whose spouse, siblings, ancestors or lineal descendants are citizens,
nationals or residents of the United States ("U.S. Person"), (B) an entity as to which any
person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary,
grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or
indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants,
when it is acquiring Shares on behalf of clients for investment purposes, that such clients are
not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any
such client is or has become a U.S. Person, that it will not at any time knowingly transfer or
deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not
make any transfer thereof in the United States of America, its territories or possessions.

I/We declare that I/we have a net worth of at least US$1 Million.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by
the Administrator, Citco Fund Services (Europe) B.V.

A-2

BRRVAA0001035

Share Certificates may be issued in the name of the Shareholder or a Nominee. If this facility
is required, please

check this box |_____| and if nominee registration is required, fill in the name of the nominee:

### TOWRY LAW (ASIA) NOMINEES LIMITED $\mathcal{N}$c   $\mathcal{R}$

The subscriber hereby designates and appoints Interman Services Limited, through its
authorised officers and directors, with full power of substitution, as its true and lawful Proxy
and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy
may determine on any and all matters which may arise at any annual or special meeting of
shareholders and upon which such shares could be voted by shareholders present in person at
such meeting. This Proxy may be revoked by the owner of record of the shares hereby
subscribed for, either personally or by representation of a subsequently executed proxy at any
annual meeting or special meeting of shareholders, or by written notice to Citco Fund
Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725,
1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands.

A-3

BRRVAA0001036

19-01-99   15:13   Van:CITCO FUND SERVICES                    +31206750881              T-308  P.06/08  Opdracht-454

## Signature Page for Subscription by an INDIVIDUAL

Shares to be registered as follows:

(Check one)
[] Individual Subscriber                        [] Co-Subscriber
                                                (Both signatures required below)

(Please print all information exactly as you wish it to appear on the Company's records.)

| | | |
|---|---|---|
| Name of Subscriber | : | TOWRY LAW (ASIA) NOMINEES LTD. A/C  R |
| | | 29/F Hennessy Centre |
| | | 500 Hennessy Road |
| Address | : | Causeway Bay Hong Kong |
| | | Te     one: 28   h448 |
| | | Fax. 2880 2524 |
| Country of Residence | : | |
| Telephone number | : | |
| Fax number | : | |
| Name of Co-Subscriber | : | |
| Address | : | |
| Country of Residence | : | |
| Telephone number | : | |
| Fax number | : | |
| Dated | : | |

Signature(s) of Individual Subscriber(s) (Please print name below each signature):

TOWRY LAW (ASIA) NOMINEES LTD.

_Authorized Signature(s)_

A-4

## Signature Page for Subscription by an ENTITY

Shares to be registered as follows:

Entity Ownership - Check form of Organisation

[]    CORPORATION            - Please include certified resolutions (or similar
                                documents) authorising signature.

[]    PARTNERSHIP            - Please include a copy of the partnership agreement
                                (or similar document) authorising signature.

[]    TRUST                  - Please include a copy of the trust agreement.

[]    BANK or BROKER-DEALER  - See Page A-2

The undersigned trustee, partner or officer warrants that he has full power and authority from
all beneficiaries or partners or from the board of directors of the entity named below to sign
this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield
Sentry Limited is not prohibited by the governing documents of the entity.

Dated: _____        Signature(s) of Entity Subscriber(s)
                                           (Please   print   name   below   each
signature):

                                           _____
                                                   (Name of Entity)

                                           By: _____
                                                (Trustee, partner or authorised
                                                corporate officer)


                                           _____
                                                   (Name and Title)

                                           By: _____
                                                (Trustee, partner or authorised
                                                corporate officer)


                                           _____
                                                   (Name and Title)

A-5

BRRVAA0001038

## SUBSCRIPTION INFORMATION

*Name and address for Share Registration:*

| | |
|---|---|
| *Name* | : ........................................... |
| *Address* | : ........................................... |
| *City* | : ........................................... |
| *Country* | : ........................................... |
| *Telephone* | : ........................................... |
| *Facsimile* | : ........................................... |

*Postal Address (if other than address of registration):*

| | |
|---|---|
| *Name* | : ........................................... |
| *Address* | : ........................................... |
| *City* | : ........................................... |
| *Country* | : ........................................... |
| *Telephone* | : ........................................... |
| *Facsimile* | : ........................................... |

*Name & Address of Remitting Bank:*

| | |
|---|---|
| *Name* | : ........................................... |
| *Address* | : ........................................... |
| *City* | : ........................................... |
| *Country* | : ........................................... |
| *Telephone* | : ........................................... |
| *Facsimile* | : ........................................... |
| *Account #* | : ........................................... |

*Name and Address of Bank for transfers in case of redemptions*
*(if other than Name & Address of Remitting Bank) :*

| | |
|---|---|
| *Name* | : ........................................... |
| *Address* | : ........................................... |
| *City* | : ........................................... |
| *Country* | : ........................................... |
| *Telephone* | : ........................................... |
| *Facsimile* | : ........................................... |
| *Account #* | : ........................................... |

A-6

BRRVAA0001039