# EXHIBIT 5

A-1 Share Application Form

# SHARE APPLICATION FORM

## INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

(i) Completed and signed Share Application Form and corresponding signature page.

(ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

> Republic National Bank of New York
> 452 Fifth Avenue
> New York, NY
> U.S.A.
> ABA# 021-004-823

For Account and under
Swift Advice to:

> Citco Bank Nederland, N.V.
> World Trade Center
> P.O. Box 7241
> Amsterdam, The Netherlands

Account number:           Redacted 4.935

Reference:                Fairfield Sentry Limited
                          Account No. Redacted 3.797

By Order of:              Name of Subscriber

(iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

**FAIRFIELD SENTRY LIMITED**　　　　　　　　　　　　　　　　　　　　INFORMATION MEMORANDUM

**A-2** Share Application Form

OUR REF = HK013627/HK0112833

To:　　Fairfield Sentry Limited　　Telephone: (31) 20-572-2114
　　　c/o Citco Fund Services
　　　(Europe) B.V.　　　　　　　Fax: (31) 20-675-0881
　　　Strawinskylaan 1725
　　　1077 XX Amsterdam
　　　P.O. Box 7241
　　　1007 JE Amsterdam
　　　The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

U.S. $ _57466.89_____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

　　Name: _____

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

　　Name of Advisor: _____

　　Name of Advisor's firm or organization: _____

　　Not Applicable: _____

FAIRFIELD SENTRY LIMITED INFORMATION MEMORANDUM

## A-3 Share Application Form

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐ TOWRY LAW (ASIA) NOMINEES LIMITED A/C R

Name of nominee to appear on Share Certificate

The Subscriber hereby designates and appoints **Interman Services Limited**, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-575-0881.

[stamp: ..VID... ..REINV..]

29 OF 36

FAIRFIELD SENTRY LIMITED  
**A-4** Share Application Form

INFORMATION MEMORANDUM

## Signature Page For Subscription by an: **INDIVIDUAL**

SHARES TO BE REGISTERED AS (check one):  
*(Please print all information exactly as you wish it to appear on the Company's records.)*

☐ **Individual Subscriber**  
TOWRY LAW (ASIA) NOMINEES LTD. A/c R  
2/F Hennessy Centre  
500 Hennessy Road  
Causeway Bay Hong Kong  
Phone: 2890 8448  
Name of Subscriber 524

_____  
Address

_____  
Country of Residence

_____  
Telephone

_____  
Telephone (Evenings)

_____  
Fax

_____  
Email

TOWRY LAW (ASIA) NOMINEES LTD.  
*Eva Yip*  
.............................  
Authorized Signature(s)  
Signature

_____  
Please print Name

_____  
Date

☐ **Co-Subscribers**  
(Both signatures are required)

_____  
Name of Subscriber

_____  
Address

_____  
Country of Residence

_____  
Telephone

_____  
Telephone (Evenings)

_____  
Fax

_____  
Email

_____  
Signature (both signatures are required)

_____  
Please print Name

_____  
Date

**FAIRFIELD SENTRY LIMITED**

**A-5 Share Application Form**

INFORMATION MEMORANDUM

## Signature Page For Subscription by an: **ENTITY**

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document)

☐ **TRUST** (please include a copy of the trust agreement)

☐ **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

_____  
Name of Subscriber

_____  
Address

_____  
Country of Formation

_____  
Telephone

_____  
Telephone

_____  
Telephone (Evenings)

_____  
Fax (transmission number)

_____  
Email

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

(Please print all information exactly as you wish it to appear on the Company's records.)

_____  
Name and Title (Please print name)

_____  
Name and Title (Please print name)

_____  
Signature (Trustee, partner or authorized corporate officer)

_____  
Signature (Trustee, partner or authorized corporate officer)

_____  
Dated

_____  
Dated

31 OF 36

FAIRFIELD SENTRY LIMITED

**A-6** Share Application Form

INFORMATION MEMORANDUM

## SUBSCRIPTION INFORMATION

**SHARE REGISTRATION INFORMATION**

**MAILING (POST) INFORMATION** (if other than address of registration)

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

**REMITTING BANK**

**BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank):

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

32 OF 36