# EXHIBIT 7




## Request for wire transfer payment

Date............: Jul-14-2003

**CITCO BANK NEDERLAND N.V.**
ATTN: PAYMENTS DEPARTMENT
TELESTONE - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Fund ID........: 03302
Holder ID.....: [Redacted]7602
Account ID...: [Redacted]1076
Contract No..: [Redacted]5802
Order No.....: [Redacted]6402
Cash ID.......: 7502

### FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please could you process the following wire transfer payment

**Please debit:**
Account name: FAIRFIELD SENTRY LIMITED
Account number: [Redacted]3 797

**Please credit:**
Bank name: CITIBANK NA
Address: 399 PARK AVENUE
NEW YORK NY 10042
USA

ABA number:
SWIFT: CITIUS33
For credit name: TOWRY LAW (ASIA) HK LTD CLIENTS AC
For credit number: [Redacted]2376
For further credit name: TOWRY LAW (ASIA) NOMINEES LTD AC R
For further credit number:

Amount: USD  74,625.25
Value date: As soon as possible
Ref: FAIRFIELD SENTRY A  USD 74,625.25
Note: HK0618 25 . / HK 126 2255

Authorised signatory

Authorised signatory

amsterdam-fund@citco.com
www.citco.com

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 3325...