# EXHIBIT 8

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

| | |
|---|---|
| UKFP (ASIA) NOMINEES LTD | Date : Jun-23-2006 |
| 29/F EAST WING | Fund ID : 03302 |
| HENNESSY CENTRE | Holder ID : Redacted 602 |
| 500 HENNESSY ROAD | Account ID : Redacted 1076 |
| CAUSEWAY BAY | Order No. : Redacted 1402 |
| HONG KONG | |
| DEALING DEPARTMENT | FAX Number : 00852 2231 7900 |
| Account: UKFP (ASIA) NOMINEES LTD-AC R | |

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Aug-01-2006 |
| Settlement Date | Aug-31-2006 |
| Valuation/NAV Date | Jul-31-2006 |
| Type of transaction | Redemption |
| voting shares | 33.79 |

| | |
|---|---|
| Bank Name: | CITIBANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | CITIUS33 |
| For Cr. Name: | |
| Beneficiary Acct No: | Redacted 2376 |
| Beneficiary Name: | TOWRY LAW ASIA HK LTD CLIENTS AC |

**Note 1:** Y REF HK1734701
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                        CFSE-TRST-163791
                                                    CFSSAO0009870