# EXHIBIT 9

**UKFP (Asia) HK Limited**
**UKFP ( 亞 洲 ) 有 限 公 司 ***

* 僅 供 識 別

UKFP (Asia) HK Limited
29/F, East Wing
500 Hennessy Road
Causeway Bay
Hong Kong

Main: (852) 2890 8448
Fax: (852) 2231 7900
E-mail: opnadmin@ukfp.com

## REQUEST FOR REALISATION OF INVESTMENT

To : FAIRFIELD SENTRY LTD C/O CITCO FUND SERVICES (EUROPE) B.V.

Re : UKFP (Asia) Nominees Ltd A/C R

Further to our redemption dealing order faxed to you on 21-06-2006 with the following details:

| Our Ref. | Fund Name | Shares/Units |
|---|---|---|
| HK082344/HK1734701 | Fairfield Sentry Limited Class A | 33.790000 |

Our holdings are in   [X] Registered Account      [ ] Shareholder's Account No. _____

[ ] Certificate(s) enclosed      [ ] Others _____

Please send proceeds at our risk by:

**Telegraphic transfer in USD   to :**
**Citibank N.A., 399 Park Avenue, New York, NY10043 USA. Chips No. 0008**
**Account No. :** [Redacted]2376 **for account of UKFP (Asia) HK Limited - Clients A/C**

**For further credit to UKFP (Asia) Nominees Ltd A/C R**
**And telex advise beneficiary on receipt of funds quoting our reference as above.**

**Should the total amount be below USD 100 (or currency equivalent), please forward the funds by cheque, in the fund currency, to the address below.**

Name of Shareholder(s) : UKFP (Asia) Nominees Ltd A/C R

Address : c/o UKFP (Asia) HK Limited, 29/F, Hennessy Centre, 500 Hennessy Road, Causeway Bay, HK

UKFP (Asia) Nominees Ltd

Signature(s) guaranteed by :

Signature(s) : _[signature]_
Authorized Signature(s)

_[signature]_
UKFP (ASIA) HK LIMIITED

Date :  21/06/2006

CONFIDENTIAL                                                                 CFSE-TRST-163794

CFSSAO0009873