# EXHIBIT 10

*00107602*
*000 1076*
*(ALL 6HS)*

dud 9:30 am

21-JUN-2006  15:34   FROM                          TO  00131205722476              P.01

## UKFP (Asia) HK Limited
## UKFP ( 亞洲 ) 有限公司*
*僅供識別

UKFP (Asia) HK Limited
29/F, East Wing
500 Hennessy Road
Causeway Bay
Hong Kong

to soun

Main: (852) 2890 8448
Fax: (852) 2231 7900
E-mail: opnadmin@ukfp.com

### Redemption
### by Fax

| To : | FAIRFIELD SENTRY LTD C/O CITCO FUND SERVICES (EUROPE) B.V. | | |
|---|---|---|---|
| Attn : | Roger Steenbergen | | |
| Fax to No : | (31) 20 -5722476 | Fax Date : | 21 June 2006 |
| Fax From : | Wendy Chun | | |
| Pages Faxed : | 1    (including this one) | Fax Confirmation : | |
| If Bad Receipt, please call : | (852) 2577 0870 | Date : | Time : |
| Dealing Order Reference : | HK082344 | Settlement Currency : | USD |

For today's dealing :

| REDEMPTION | | |
|---|---|---|
| **Our Ref.** | **Fund Name** | **Unit** |
| HK1734701 | Fairfield Sentry Limited Class A | 33.790000 units |
| **Nominee Account No.** | | |
| UKFP (Asia) Nominees Ltd A/C R | | |

Please send all proceeds to UKFP (Asia) HK Limited.
Please confirm by return quoting our reference.

Should the total amount be below USD 100 (or currency equivalent), please forward the funds by cheque, in the fund currency, to the address below.

Regards

**UKFP (ASIA) NOMINEES LTD.**

Authorised Signature(s)

**Please acknowledge receipt of this dealing order by return fax to (852) 2231 7900 for the attention of Dealing Department.**

Page 1

TOTAL P.01

CONFIDENTIAL

CFSE-TRST-163798

CFSSAO0009877

# CITCO
Citco Fund Services
(Europe) B.V.

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Aug-11-2006 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 7602 |
| Account Id | : Redacted 1076 |
| Contract No. | : Redacted 0202 |
| Order No. | :     1402 |
| CFI Cash Id | :     1002 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted   0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: CITIBANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

SWIFT Ref.: CITIUS33

For Cr. Name:

Beneficiary Acct No: Redacted 2376
Beneficiary Name: UKFP ASIA HK LIMITED CLIENTS AC

Amount: USD    39,232.55
Value date: Aug-14-2006
Ref: FAIRFIELD SENTRY   Shares:33.79 T/D:08-01-2006 RE
Note: UKFP ASIA NOMINEES LTD AC R HK082344/HK1734701
Details of Charges:

Authorised signatory                                    Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL

CFSE-TRST-163799

CFSSAO0009878