# EXHIBIT 11

# FAIRFIELD SENTRY LIMITED - (USD)
## Positions Detail Report

Fund: FAIRFIELD SENTRY  
Agent: All Agents  
Start Date: 04-01-2008  
End Date: 04-01-2008

| Description | Tran Tranaction ID Status | Period | Dealing Date | Navdate | NavType | Nav | Shares | Market Value in fund ccy | Fee Type Agent Fee Type | Agent |
|---|---|---|---|---|---|---|---|---|---|---|

**Agent: All Agents**  
**Holder:** UBS PRIVATE BANKING NOM  **Account:** UBS PRIVATE BANKING NOMINEES LTD

*Fee Arrangement: 199 - Profit*

| Balance | - | | | 02/29/2008 | Final | 1,300.5811 | - | | | |
| Running Balance | - | Q2 2008 OPEN | 04/01/2008 | 02/29/2008 | Last Final | 1,300.5811 | - | - | 199 - Profit | |
| | | | | | | | | | Head Agent | FGG House account |

*Fee Arrangement: 205 - Profit and Asset*

| Balance | - | | | 02/29/2008 | Final | 1,300.5811 | - | | | |
| Running Balance | - | Q2 2008 OPEN | 04/01/2008 | 02/29/2008 | Last Final | 1,300.5811 | - | - | 205 - Profit and Asset | |
| | | | | | | | | | Head Agent | Caledon International |

*Fee Arrangement: 730 - Profit and Asset*

| Balance | - | | | 02/29/2008 | Final | 1,300.5811 | - | | | |
| Running Balance | - | Q2 2008 OPEN | 04/01/2008 | 02/29/2008 | Last Final | 1,300.5811 | - | - | 730 - Profit and Asset | |
| | | | | | | | | | Head Agent | Caledon International |
| | | | | | | | | | Sub Agent | Tariq |

*Fee Arrangement: 2696 - Profit*

| Balance | - | | | 02/29/2008 | Final | 1,300.5811 | 239.59 | | | |
| Running Balance | - | Q2 2008 OPEN | 04/01/2008 | 02/29/2008 | Last Final | 1,300.5811 | 239.59 | 311,606.23 | 2,696 - Profit | |
| | | | | | | | | | Head Agent | Jacqueline Harary |
| | | | | | | | | | Sub Agent | Cornelis Boele |
| | | | | | | | | | Sub Agent | Lourdes Barreneche |
| | | | | | | | | | Sub Agent | Philip Toub |

*Fee Arrangement: 4200 - Profit and Asset*

| Balance | - | | | 02/29/2008 | Final | 1,300.5811 | - | | | |
| Running Balance | - | Q2 2008 OPEN | 04/01/2008 | 02/29/2008 | Last Final | 1,300.5811 | - | - | 4,200 - Profit and Asset | |
| | | | | | | | | | Head Agent | Richard Landsberger |
| | | | | | | | | | Sub Agent | Donjek Corporation |

**Holder:** UKFP (ASIA) NOMINEES  **Account:** UKFP (ASIA) NOMINEES LTD-AC R

*Fee Arrangement: 48 - Profit*

| Balance | - | | | 02/29/2008 | Final | 1,300.5811 | - | | | |
| Running Balance | - | Q2 2008 OPEN | 04/01/2008 | 02/29/2008 | Last Final | 1,300.5811 | - | - | 48 - Profit | |
| | | | | | | | | | Head Agent | Lourdes Barreneche |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED  
FGGE00055708A  
SECSEV1134607