# EXHIBIT 14

| | |
|---|---|
| **From:** | Lourdes Barreneche [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+ 20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=LOURDES@fairdomain01.com] |
| **Sent:** | Thursday, January 15, 2004 5:38 PM |
| **To:** | NY Employees |
| **Subject:** | FW: Thanks! |

-----Original Message-----
**From:** Bhagyashree Moghe [mailto:bnm@towrylaw.com.bh]
**Sent:** Monday, January 12, 2004 3:49 AM
**To:** Veronica Barco
**Subject:** RE: Thanks!

Hi Veronica, Lakshmi, Carla and two other team members whose- signatures- I- cant- decipher!!!!!!!!!!,

I came to office to-day to this lovely book on Frida Kahlo sent by you and the coincidence was too much for me- I watched the movie very recently, loved it to bits, and absolutely LOVE HER WORK!

In fact I opened the book first, before opening the card, and freaked out wondering who in NY knew I liked her work so much!!!!!

So, basically, girls, thank you very much for an extremely thoughtful gift which I will cherish!

I do hope we can go back to selling Fairfield Sentry ( my favorite fund to sell, btw!) soon some time !

Hope all of you have the best year possible, live every moment!

Cheers,

Bhagyashree




-----Original Message-----
From: Veronica Barco [mailto:veronica@fggus.com]
Sent: Tuesday, December 23, 2003 9:31 PM
To: undisclosed-recipients
Subject: FGG November tearsheets



 <<Arlington tear sheet (Nov-03) Final.pdf>>  <<FFTW tear sheet (Nov-03).pdf>>  <<FG-FFTW tear sheet (Nov-03).pdf>>  <<NGA tear sheet  (Nov-03).pdf>>  <<Sentry Class A tear sheet (Nov-03).pdf>>  <<Sentry Class B tear sheet (Nov-03) Final.pdf>>

For all interested parties:

Please find attached November tearsheets available as of today.

Happy Holidays!

Veronica Barco
FAIRFIELD GREENWICH GROUP

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE002017039

SECSEV2593990

919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450

==============================================================
DISCLAIMER
This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.

Towry Law International (Japan) Limited. Registered as an Investment Advisor with the Kantoh Finance Bureau. Towry Law (Asia) Limited. Towry Law (Asia) Nominees Limited (BVI). Towry Law International (Bermuda) Limited. Regulated by the Bermuda Monetary Authority. Towry Law (SE Asia) Limited. Regulated by the Labuan Offshore Financial Services Authority. Towry Law (Asia) HK Limited. Regulated in Hong Kong by the Hong Kong SFC, regulated in Dubai by the Central Bank UAE, regulated in Bahrain by the Bahrain Monetary Authority. Towry Law (Asia) HK Limited is also registered with the Hong Kong Mandatory Provident Funds Authority and is a member of the Hong Kong Confederation of Insurance Brokers. Towry Law (Asia) Services Limited. We may record telephone calls to protect both of us and for training purposes.

The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information and if you are not an intended recipient you must not print, copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify the sender by using the reply function, and then delete the message from your computer. Although this message and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by Towry Law for any loss or damage in any way arising from its use.