## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NBK

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/30/2007 | (51,577) |
| 9/19/2007 | (355,743) |
| 11/21/2007 | (76,491) |
| 12/19/2007 | (1,051,823) |
| 12/19/2007 | (520,831) |
| 12/19/2007 | (36,000) |
| 1/17/2008 | (60,000) |
| 1/28/2008 | (83,945) |
| 2/15/2008 | (525,315) |
| 3/18/2008 | (1,106,253) |
| 3/18/2008 | (265,391) |
| 3/18/2008 | (18,000) |
| 4/14/2008 | (520,602) |
| 5/15/2008 | (203,629) |
| 5/15/2008 | (106,301) |
| 5/15/2008 | (15,000) |
| 5/16/2008 | (83,274) |
| 6/17/2008 | (1,071,633) |
| 6/17/2008 | (50,000) |
| 7/15/2008 | (38,000) |
| 8/6/2008 | (82,977) |
| 8/18/2008 | (300,000) |
| 8/18/2008 | (200,000) |
| 8/18/2008 | (26,000) |
| 8/18/2008 | (14,000) |
| 9/16/2008 | (548,468) |
| 10/15/2008 | (1,000,000) |
| 11/3/2008 | (72,860) |
| 11/18/2008 | (1,082,316) |
| 11/18/2008 | (190,938) |
| 11/19/2008 | (4,364,312) |
| 11/19/2008 | (2,315,130) |
| 11/19/2008 | (826,290) |
| 11/19/2008 | (322,411) |
| **Total:** | **$ (17,585,510)** |