**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NBK SUISSE**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 11/18/2008 | (1,076,809) |
| 11/18/2008 | (513,204) |
| **Total:** | **$ (1,590,013)** |