UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                   Plaintiff-Applicant,<br><br>                   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                   Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                   Plaintiff,<br><br>                   v.<br><br>NATIONAL BANK OF KUWAIT SAK AND NBK BANQUE PRIVÉE (SUISSE SA)<br><br>                   Defendants. | Adv. Pro. No. 11-02554 (CGM) |

## NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT OF DEFENDANTS NATIONAL BANK OF KUWAIT SAK AND NBK BANQUE PRIVÉE (SUISSE) SA

PLEASE TAKE NOTICE that on September 14, 2022, defendants National Bank of Kuwait SAK and NBK Banque Privée (Suisse) SA (the "Defendants"), by their undersigned counsel, filed a motion for an order dismissing the amended complaint in this adversary proceeding under Federal Rules of Civil Procedure 8(a)(2) and 12(b)(6), made applicable by Federal Rules of Bankruptcy 7008 and 7012. The Motion will be heard before the Honorable Cecelia G. Morris, Chief Judge of the United States Bankruptcy

Judge for the Southern District of New York, at 10:00 a.m. (prevailing local time) on January 18, 2023 (the "Hearing"), or such other date and time as the court may set.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the hearing on this motion must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that if you oppose the relief requested in the Motion you must file a written response and serve it on the undersigned counsel so it is filed and received not later than November 14, 2022, and the Defendants will file their reply to any such response not later than December 14, 2022. If a response to the Motion is not timely filed and received, the Defendants may submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion on or after the date for responses. A party need not appear at the hearing unless it objects to the relief sought by the motion.

Dated: New York, NY
September 14, 2022

Respectfully submitted,

/s/ Richard A. Cirillo

CIRILLO LAW OFFICE
246 East 33rd Street – # 1
New York, NY 10016-4802
T: 917-541-6778
E: rcirillo@cirillo-law.com
*Attorney for Defendants National Bank of Kuwait SAK and NBK Banque Privée (Suisse) SA*