UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL BANK OF KUWAIT AND NBK BANQUE PRIVÉE (SUISSE) SA,<br><br>    Defendants. | Adv. Pro. No. 11-02554 (CGM) |

## CERTIFICATE OF SERVICE

  I certify that, on September 14, 2022, I filed defendant the Notice of Motion to Dismiss Complaint with Exhibit, Memorandum of Law in Support of Motion to Dismiss Complaint, and Notice of Hearing on all counsel of record in the above adversary proceeding through the court's electronic filing system in case numbers 11-02554 and 08-01789.

                     /s/ Richard A. Cirillo
                     _____
                     Richard A. Cirillo

Dated: New York, NY
   September 14, 2022