David J. Mark (DMark@kasowitz.com)
Andrew S. Golden (AGolden@kasowitz.com)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Banca Carige, S.p.A*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>   v.<br><br>BANCA CARIGE S.P.A.,<br><br>       Defendant. | Adv. Pro. No. 11-02570 (CGM) |

**CERTIFICATE OF SERVICE FOR**
**DEFENDANT BANCA CARIGE S.P.A.'S ANSWER TO COMPLAINT**

**PLEASE TAKE NOTICE** that on September 12, 2022, Banca Carige S.p.A., the defendant in the above-captioned adversary proceeding, served a copy of the:

- *Defendant Banca Carige S.p.A.'s Answer to Complaint* [Adv. No. 11-02570, ECF 127]

upon the plaintiff, Irving H. Picard, as trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC ("BLMIS") and Bernard L. Madoff, in the manner provided:

**VIA ELECTRONIC MAIL**

Brian W. Song
David J. Sheehan
Ganesh Krishna
Bari R. Nadworny
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: bsong@bakerlaw.com
         dsheehan@bakerlaw.com
         gkrishna@bakerlaw.com
         bnadworny@bakerlaw.com

*Counsel for the Plaintiff, Irving H. Picard, as*
*Trustee for the Liquidation of BLMIS and Bernard L. Madoff*

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: September 12, 2022<br>New York, New York | **KASOWITZ BENSON TORRES LLP**<br><br>By: */s/ Andrew S. Golden*<br>David J. Mark<br>Andrew S. Golden<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800<br>Email: DMark@kasowitz.com<br>         AGolden@kasowitz.com<br><br>*Counsel for Banca Carige S.p.A.* |