# EXHIBIT D

# Exhibit 4

**finma**

Eidgenössische Finanzmarktaufsicht FINMA
Autorité fédérale de surveillance des marchés financiers FINMA
Autorità federale di vigilanza sui mercati finanziari FINMA
Swiss Financial Market Supervisory Authority FINMA

To the US District Court
for the Southern District of New York

**Reference:**
G01290882;G01290882-000013

**Contact:**
Nina Reiser
nina.reiser@finma.ch
+41 (0)31 327 91 96

*through Lenz & Staehelin, Geneva*

Bern, 28 February 2020

**Confirmation**

In our capacity as the Swiss Financial Market Supervisory Authority FINMA (formerly Swiss Federal Banking Commission) and responsible for banking supervision, we hereby confirm that

**the fifty four (54) below mentioned banks ("the banks")**

were authorized to act as a bank in accordance with Article 3 of the Federal Act on Banks and Savings Banks of 8 November 1934 from 1st January 2004 to 31 December 2008 ("relevant period").

In addition, we can confirm that the banks have been prudentially supervised by our Authority since they were authorized.

**Entities authorized to act as a bank and supervised by our Authority during the whole relevant period**

- **ABN AMRO Bank (Switzerland) AG**
- **BANCA ARNER SA**
- **Banca Commerciale Lugano**
- **Banco Santander International SA**
- **Bank J. Safra Sarasin AG**
- **Bank Julius Bär & Co. AG**
- **Bank Sal. Oppenheim jr. & Cie (Schweiz) AG**
- **Bank Vontobel AG**
- **Banque Cantonale Vaudoise**
- **Banque Lombard Odier & Cie SA**
- **Banque Pictet & Cie SA**
- **Banque Privée Espirito Santo SA**
- **Banque SYZ SA**

Laupenstrasse 27
3003 Bern
Phone +41 (0)31 327 91 00
Fax +41 (0)31 327 91 01
**www.finma.ch**



finma

Reference:
G01290882;G01290882-000013

- Barclays Bank (Suisse) SA
- BBVA SA
- BIPIELLE Bank (Suisse)
- Bordier & Cie
- BSI SA
- CA Indosuez (Switzerland) SA
- CBH Compagnie Bancaire Helvétique SA
- Citibank (Switzerland) AG
- Clariden Leu AG
- Cornèr Banca SA
- Credit Suisse AG
- Deutsche Bank (Suisse) SA
- Dresdner Bank (Schweiz) AG
- Edmond de Rothschild (Lugano) SA
- Edmond de Rothschild (Suisse) S.A.
- EFG Bank AG
- Falcon Private Bank AG
- FINTER BANK ZÜRICH AG
- HINDUJA BANQUE (SUISSE) SA
- HSBC Private Bank (Suisse) SA
- ING Bank (Suisse) SA
- Investec Bank (Switzerland) AG
- Lloyds Bank plc, Londres, succursale de Genève
- Merrill Lynch Bank (Suisse) SA
- Mirabaud & Cie SA
- Piguet Galland & Cie SA
- PKB PRIVATBANK SA
- Privatbank IHAG Zürich AG
- Rahn+Bodmer Co.
- RBS Coutts Bank AG
- Rothschild & Co Bank AG
- ROYAL BANK OF CANADA (SUISSE) SA
- Schroder & Co Bank AG
- Sella Bank SA
- SOCIETE GENERALE Private Banking (Suisse) SA
- SOCIETE GENERALE Private Banking (Lugano-Svizzera)
- UBS AG
- Wegelin & Cie.

◆ finma

Reference:
G01290882;G01290882-000013

### Entities authorized to act as a bank and supervised by our Authority during a part of the relevant period

- **Banca del Gottardo** (from 01.01.2004 to 26.06.2008)
- **Banca Unione di Credito (BUC)** (from 01.01.2004 to 28.12.2006)
- **InCore Bank AG** (from 12.12.2006 to 31.12.2008)

Yours faithfully

**Swiss Financial Market Supervisory Authority FINMA**
Banks division

*[signature]*                *[signature]*

Annemarie Nussbaumer         Nina Reiser

3/3