**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | **Adv. Pro. No. 08-01789 (CGM)** |
| *Plaintiff-Applicant*, | |
| -v- | **SIPA Liquidation** |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | **(Substantively Consolidated)** |
| *Defendant.* | |
| In re: | |
| BERNARD L. MADOFF, | |
| *Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and the Chapter 7 Estate of Bernard L. Madoff, | **Adv. Pro. No. 12-01577 (CGM)** |
| *Plaintiff*, | |
| -v- | |
| UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG, | |
| *Defendants.* | |

## NOTICE OF HEARING ON DEFENDANT LGT BANK (SWITZERLAND) LTD.'S MOTION TO DISMISS THE COMPLAINT

**WHEREAS,** on July 14, 2022, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York so-ordered a Stipulation and Order authorizing the filing of an amended complaint in this Action and setting forth a briefing schedule for Defendants to respond to the Complaint [Dkt. 104]; and

**WHEREAS,** on July 14, 2022, the Trustee filed an Amended Complaint in this Action [Dkt. 105]; and

**WHEREAS,** on September 2, 2022, the Court so-ordered an amended Stipulation and Order permitting Defendants an additional two weeks to respond to the Trustee's Amended Complaint and setting forth a revised briefing schedule for any motions to dismiss [Dkt. 108] (the ("Scheduling Order"); and

**WHEREAS,** on September 15, 2022, Defendant LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz) AG ("Defendant") timely filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss"); and

**WHEREAS,** the Scheduling Order permits the Trustee through and including November 14, 2022 to respond to the Motion to Dismiss; and

**WHEREAS,** pursuant to the Scheduling Order, Defendant's reply in further support of the Motion to Dismiss is due on December 21, 2022 and will be filed on or before that date; and

**WHEREAS,** the Scheduling Order permits "any Party [to] . . . request oral argument on [] motions at the Court's first available convenience;" and

**WHEREAS,** Defendant respectfully requests oral argument and a hearing on its Motion to Dismiss.

**NOW, THEREFORE,** PLEASE TAKE NOTICE that a hearing will be held on the Motion to Dismiss before the Honorable Cecelia G. Morris, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, on **January 18, 2023 at 10:00 a.m. Eastern**, or at another date and time to be set by the Court.

Dated: September 15, 2022                    Respectfully submitted,


                                             **WUERSCH & GERING LLP**


                                             */s/ Gregory F. Hauser*
                                             Gregory F. Hauser
                                             Jascha D. Preuss
                                             100 Wall Street, 10th Floor
                                             New York, New York 10005
                                             Telephone: (212) 509-5050
                                             gregory.hauser@wg-law.com
                                             jascha.preuss@wg-law.com
                                             ***Counsel for Defendant LGT Switzerland***

3