<b>Hearing Date: January 18, 2023 at 10:00 a.m. (ET)</b><br><b>Objection Deadline: November 14, 2022</b><br><b>Reply Deadline: December 21, 2022</b>

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Marshall R. King
Gabriel Herrmann
Keith R. Martorana

*Attorneys for Defendant UBS Europe SE*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>      Defendants. | Adv. Proc. No. 12-01577 (CGM) |

<b>NOTICE OF DEFENDANT UBS EUROPE SE'S</b><br><b>MOTION TO DISMISS THE AMENDED COMPLAINT</b>

PLEASE TAKE NOTICE that, upon the Memorandum of Law of Defendant UBS Europe SE ("**UBS Europe**"), formerly known as UBS Deutschland AG ("**UBS Deutschland**"), as purported successor in interest to Dresdner Bank Lateinamerika AG ("**DBLA**"), in Support of UBS Europe's Motion to Dismiss the Amended Complaint; the accompanying Declaration of Marshall R. King, and the exhibits thereto; the Amended Complaint filed in the above-captioned adversary proceeding on July 14, 2022 at ECF No. 105 (the "**Amended Complaint**") by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("**BLMIS**") and the chapter 7 Estate of Bernard L. Madoff (the "**Trustee**"); and all prior pleadings and proceedings herein, UBS Europe will move this Court on January 18, 2023 at 10:00 a.m. (Eastern Time), or as soon thereafter as counsel may be heard, for an order dismissing the Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on September 2, 2022 at ECF No. 108, the Trustee shall file any papers in opposition to this motion on or before November 14, 2022, and UBS Europe shall file any reply papers in further support of this motion on or before December 21, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, UBS Europe does not consent to the entry of final orders or judgment by this Court.

|  |  |
|---|---|
| Dated: September 15, 2022<br>New York, New York | Respectfully Submitted,<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/ Marshall R. King*<br>Marshall R. King<br>Gabriel Herrmann<br>Keith R. Martorana<br><br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com<br>kmartorana@gibsondunn.com<br><br>*Attorneys for Defendant UBS Europe SE* |

2