**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Marshall R. King
Gabriel Herrmann
Keith R. Martorana

*Attorneys for Defendant UBS Europe SE*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                 Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br><br>    v.<br><br>UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>                                Defendants. | Adv. Proc. No. 12-01577 (CGM) |

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael Jackson, hereby certify as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP.

2. On September 15, 2022, I electronically filed the following documents in the above-captioned adversary proceeding:

- NOTICE OF UBS EUROPE'S MOTION TO DISMISS THE AMENDED COMPLAINT

- MEMORANDUM OF LAW IN SUPPORT OF UBS EUROPE'S MOTION TO DISMISS THE AMENDED COMPLAINT

- DECLARATION OF MARSHALL R. KING IN SUPPORT OF UBS EUROPE'S MOTION TO DISMISS THE AMENDED COMPLAINT

- NOTICE OF HEARING ON UBS EUROPE'S MOTION TO DISMISS THE AMENDED COMPLAINT

3. The foregoing documents were served upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated: September 15, 2022         /s/ Michael Jackson
New York, New York