**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                   Defendant, | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                   Plaintiff,<br><br>   v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor | Adv. Pro. No. 12-01677 (CGM) |

| |
|---|
| Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (*f/k/a* Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF; <br><br>                            Defendants. |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the Chapter 7 estate of Bernard L. Madoff, on the one hand, and defendants OFI MGA Alpha Palmares (*f/k/a* Oval Alpha Palmares); Oval Palmares Europlus; and UMR Select Alternatif (collectively, the "OFI Defendants," and together with the Trustee, the "Parties"), on the other, by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 29, 2022, the OFI Defendants filed a motion to dismiss the Trustee's complaint (the "OFI Motion"), ECF No. 139, with supporting declarations and a memorandum of law, ECF Nos. 140-142; and on June 28, 2022, the Trustee filed a combined opposition to the OFI Motion and a separate motion filed by additional defendants, ECF No. 155, with supporting declarations, ECF Nos. 156-157;

**WHEREAS**, on, August 19, 2022, the Court issued an Order to Show Cause (the "Order") directing, inter alia, that counsel for the OFI Defendants "appear *in person* at the hearing held before the Court on September 19, 2022 at 10:00 am at the United States

2

Bankruptcy Court located at 355 Main Street, Poughkeepsie N.Y. 12601" and that the OFI Motion "be adjourned to run with [the Order]," ECF No. 160;

**WHEREAS**, on August 26, 2022, the OFI Defendants filed a reply and supporting declaration in further support of the OFI Motion, ECF Nos. 168-169 (together with the OFI Motion and the Trustee's opposition, the "Briefing"); and

**WHEREAS**, the Parties have met and conferred and have agreed to rest on their papers and waive oral argument on all aspects of the OFI Motion other than those related to the OFI Defendants' status as *fonds commun de placement* ("FCPs") under Article 214 of the French Monetary and Financial Code and the OFI Defendants' argument that FCPs lack legal existence under French law and lack the capacity to be sued (the "FCP Issue").

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1.) The Court will not hear oral argument on the Briefing, except as to the FCP Issue, either at the hearing scheduled for September 19, 2022, at 10:00 am on the Order, or on any later date when the Court would otherwise have scheduled argument on the OFI Motion.

2.) Other than as to the FCP Issue, the Parties request that the Court issue its ruling based on the Briefing.

3.) The Parties otherwise reserve all rights, arguments, objections and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
September 12, 2022

        **WINDELS MARX LANE & MITTENDORF, LLP**

        By:   /s/ Howard L. Simon
        Howard L. Simon (hsimon@windelsmarx.com)
        Kim M. Longo (klongo@windelsmarx.com)
        John J. Tepedino (jtepedino@windelsmarx.com)
        156 West 56th Street
        New York, New York 10019
        Tel: (212) 237-1000
        Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Chapter 7 Estate of Bernard L. Madoff*

**BOND, SCHOENECK & KING, PLLC**

By:   /s/ Brian J. Butler
Brian J. Butler (bbutler@bsk.com)
One Lincoln Center
110 West Fayette Street
Syracuse, NY 13202-1355
Tel: (315) 218-8000
Fax: (315) 218-8100

*Attorneys for OFI MGA Alpha Palmares, Oval Palmares Europlus, and UMR Select Alternatif*

**SO ORDERED.**



**Dated: September 16, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**