**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02925 (CGM) |
| v. | |
| CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; and CREDIT SUISSE (UK) LIMITED; | |
| Defendants. | |

## AMENDED STIPULATION AND ORDER

**WHEREAS**, on April 15, 2022, this Court entered a stipulation and order setting a briefing schedule in this action (the "Briefing Stipulation") [ECF No. 102];

**WHEREAS**, pursuant to the Briefing Stipulation, on June 15, 2022, Defendants filed their motion to dismiss the Trustee's Complaint [ECF Nos. 105-108];

**WHEREAS**, pursuant to the Briefing Stipulation, on August 15, 2022, the Trustee filed his opposition to Defendants' motion to dismiss [ECF Nos. 111];

**WHEREAS**, on September 13, 2022, the Trustee agreed to Defendants' request to extend by five days the deadline for Defendants to file their reply brief in further support of their motion to dismiss;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below that the Briefing Stipulation shall be amended to reflect that Defendants will file any reply brief in support of their motion on or before **September 20, 2022**.

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: September 13, 2022
      New York, New York

**WINDELS MARX LANE & MITTENDORF, LLP**

By: */s/ Kim M. Longo*
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By: */s/ Daniel S. Shamah*
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendants*

**SO ORDERED:**

**Dated: September 16, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

5