**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>   Plaintiff,<br>v.<br><br>EQUITY TRADING PORTFOLIO LIMITED,<br><br>   Defendant. | Adv. Pro. No. 10-04457 (CGM) |

**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the chapter 7 estate of Bernard L. Madoff, and defendant Equity Trading Portfolio Limited ("Equity Trading Portfolio"), by and through their respective, undersigned counsel, stipulate as follows:

1

**WHEREAS**, on August 18, 2022, the Court entered an order: (i) to dismiss Equity Trading Fund, Ltd. from the Trustee's Complaint; (ii) to dismiss certain claims against Equity Trading Portfolio from the Trustee's Complaint; and (iii) to set a deadline of September 16, 2022, for Equity Trading Portfolio to respond to the Trustee's Complaint; and

**WHEREAS**, counsel for Equity Trading Portfolio has requested a two-week extension of time to respond to the Trustee's Complaint.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and **SO ORDERED**, by the Court:

1. Equity Trading Portfolio shall respond to the Complaint by September 30, 2022.

2. This stipulation and order is without prejudice to, or waiver of, any claims, rights, arguments, or defenses that are otherwise available to the parties.

[*Signatures on following page.*]

Dated:  September 14, 2022
New York, New York

| **BAKER & HOSTETLER LLP** | **DECHERT LLP** |
|---|---|

By: /s/ *Torello H. Calvani*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: /s/ *Neil A. Steiner*
1095 Ave. of the Americas
New York, New York 10036
Telephone: 212.698.3822
Facsimile: 212.698.3599
Neil A. Steiner
Email: neil.steiner@dechert.com

*Attorneys for Defendants Equity Trading Portfolio Limited*



**Dated: September 16, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**