**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01677 (CGM) |
| Plaintiff, | |
| v. | |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor | |

| |
|---|
| Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (f/k/a Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (f/k/a Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF; |
| Defendants. |

## DECLARATION OF OLIVIER MORICEAU IN RESPONSE TO ORDER TO SHOW CAUSE SUBMISSIONS

1. In my capacity as a qualified French attorney, I was asked by Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff to address certain French legal issues raised in the Declaration of Stéphane Ciccardini (the "Ciccardini Declaration") (ECF No. 179-1) submitted in response to the Order to Show Cause directed to Bond, Schoeneck & King, PLLC, dated August 19, 2022 (ECF No. 160).

2. I previously submitted a declaration dated June 27, 2022 (ECF No. 157) in connection with the Trustee's opposition to the OFI Funds' motion to dismiss (the "Prior Declaration"). My qualifications are set forth in detail in the Prior Declaration. I am highly familiar with the French legal issues discussed in this declaration and address these and similar questions regularly in my practice.

3. In paragraph 6 of the Ciccardini Declaration it is asserted that "OFI Asset Management Company engaged Bond, Schoeneck & King, PLLC to represent the interests of the unit holders of each of the OFI Funds." In paragraphs 6 and 7 of the Ciccardini Declaration it is asserted that OFI Asset Management "engaged Bond, Schoenick & King, PPLC to represent the OFI Funds" in the BLMIS Trustee's and Fairfield Sentry Limited's adversary proceedings. As an experienced civil litigator in France, my analysis is that both of these statements are consistent with French law.

2

4. In cases where an action has to be filed or, a defence to be made, as to a *fonds communs de placement* ("FCP"), in French courts the management company represents the FCP. As an example, see attached as Exhibit A hereto a list of cases recently pending before COUR D'APPEL DE PARIS (the Court of Appeal of Paris), one of which concerns an FCP. The matter "Société JG CAPITAL MANAGEMENT S.A.S, Prise en la personne de ses représentants légaux, agissant au nom et pour le compte du FCP JG PARTNERS" translates to "JG CAPITAL MANAGEMENT S.A.S, Taken in the person of its legal representatives, acting in the name and on behalf of FCP JG PARTNERS".

5. By representing the FCP in litigation, the management company represents the interests of the unit holders. *See* Prior Declaration at paragraph 7.

6. This is consistent with my prior opinion shared with the Court concerning article L.214-8-8 and my experience with how French courts interpret the somewhat ambiguous language of that article.

7. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and accurately sets forth my opinion on the matters discussed.

Executed In Paris, this September 16th, 2022

**Olivier Moriceau**
Partner
**UGGC Avocats**

3