**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant, | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                          Plaintiff,<br><br>    v.<br><br>SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to | Adv. Pro. No. 12-01677 (CGM) |

{12094060:1}

Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (*f/k/a* Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF;

Defendants.

**NOTICE OF AGENDA FOR MATTER SCHEDULED
FOR HEARING ON SEPTEMBER 19, 2022 AT 10:00 A.M.**

**CONTESTED MATTER**

**12-01677: Picard v. Societe Generale Private Banking (Suisse) S.A., et al.**

1. Memorandum of Law in Support of the Motion of the OFI Funds to Dismiss the Complaint (related document(s) 139) filed by Brian J. Butler on behalf of OFI MGA Alpha Palmares, Oval Palmares Europlus, and UMR Select Alternatif (collectively the "OFI Funds"). (Filed: 04/29/2022) [ECF No. 142]

2. Declaration of Hervé Lecuyer in Support of Motion to Dismiss Complaint filed by Brian J. Butler on Behalf of the OFI Funds. (Filed: 04/29/2022) [ECF No. 140]

3. Declaration of Jean-Pierre Grimaud in Support of Motion to Dismiss Complaint filed by Brian J. Butler on Behalf of the OFI Funds. (Filed: 04/29/2022) [ECF No. 141]

**Objections Due**:    June 28, 2022

**Objection Filed**:

1. Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss filed by Howard L. Simon on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 06/28/2022) [ECF No. 155]

2. Declaration of Kim M. Longo in Support of the Trustee's Opposition to Defendants' Motion to Dismiss filed by Howard L. Simon on behalf of Irving H. Picard. (Filed: 06/28/2022) [ECF No. 156]

3. Declaration of Olivier Moriceau filed by Howard L. Simon on behalf of Irving H. Picard. (Filed: 06/28/2022) [ECF No. 157]

**Replies Due:**    August 26, 2022

{12094060:1}    2

**Replies Filed**:

1. Reply Memorandum of Law in Further Support of the Motion of the OFI Funds to Dismiss the Complaint filed by Brian J. Butler on behalf of the OFI Funds. (Filed: 08/26/2022) [ECF No. 171]

2. Reply Declaration of Hervé Lecuyer filed by Brian J. Butler on behalf of the OFI Funds. (Filed: 08/26/2022) [ECF No. 172]

**Related Order to Show Cause:**

1. Order Directing Bond, Schoenick & King, PLLC to Appear and Show Cause Why Default Judgment Should Not be Entered Against the OFI Funds and Why They Should Not be Reported for Violating the New York Rules of Professional Conduct. (Entered: 08/19/2022) [ECF No. 160]

2. Declaration of Brian J. Butler in Response to the Order to Show Cause filed by Brian J. Butler on behalf of the OFI Funds (Attachment: #1 Exhibit A – Declaration of Stéphane Ciccardini). (Filed: 09/07/2022) [ECF No. 179]

3. Declaration of Olivier Moriceau in Response to Order to Show Cause Submissions filed by Howard L. Simon on behalf of Irving H. Picard. (Filed: 09/16/2022) [ECF No. 186]

**Related Documents:**

1. Stipulation and Order signed on 4/19/2022. (DuBois, Linda) (Entered 04/19/2022) [ECF No. 134]

2. Notice of Hearing on the Motion to Dismiss filed by Brian J. Butler on behalf of the OFI Funds. (Filed 05/24/2022) [ECF No. 149]

3. Stipulation and Order signed on 06/27/2022. (DuBois, Linda) (Entered: 06/27/2022) [ECF No. 150]

4. Notice of Adjournment of Hearing Re: Motion to Dismiss Adversary Proceeding Complaint filed by Brian J. Butler on behalf of the OFI Funds. (Filed: 06/28/2022) [ECF No. 152]

5. Stipulation and Order to Waive Argument signed on 09/16/2022. (DuBois, Linda) (Entered: 09/16/2022) [ECF 185]

**Status**:          This matter is going forward.

Dated: New York, New York
September 16, 2022

Respectfully submitted,

**WINDELS MARX LANE & MITTENDORF, LLP**

/s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*