| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff<br><br>v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY,<br><br>Defendants. | Adv. Pro. No. 21-01190 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Motion to Dismiss, the Declaration of Dror Frenkel; the Declaration of Tamar Mund; the Declaration of Professor Bracha Rager; the Declaration of Pepi Yakirevich; the

Declaration of Professor Hanoch Gutfreund; the Declaration of Michal Naveh; the Declaration of Professor Irun Cohen; the Declaration of Professor Shimon Ullman; the Declaration of Professor Amir N. Licht, and the Declaration of Michael H. Cassel in Support of the Motion to Dismiss, each defendant respectfully moves this Court for an order dismissing with prejudice the Complaint [Adv. Pro. Dkt. No. 1] filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, as applicable pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order dated December 8, 2021 [Adv. Pro. Dkt. No. 8] (the "Stipulation"), any answering papers are to be filed upon the undersigned by April 11, 2022, and defendants' reply papers in further support of the motion are to be filed by May 11, 2012.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation, the parties shall seek oral argument following the completion of briefing.

February 10, 2022

By: /s/ Emil A. Kleinhaus

Emil A. Kleinhaus
Michael H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
(212) 403-1000
eakleinhaus@wlrk.com

*Attorneys for Defendants*