# EXHIBIT 1

Serial No. 2    /2021
Form No. 7

## CERTIFICATION OF TRANSLATION

I, the undersigned, **Dr. Rahel Rimon**, Notary holding license no. **12498**, hereby certify that I am fluent in the **Hebrew** and **English** languages

And that the document attached to this certification and marked with the letter/ number **A** is a translation to the **English** language of

- ☐ the original document
- ☐ a true copy of the original document
- ☒ a copy of the original document
- ☐ computerized information

Drawn up in the **Hebrew** language attached to this certification and marked with the letter/ number **B**.

In witness whereof, I hereby certify the faithfulness of said translation by my own signature and seal, this day **20 January, 2021**.

Notary fee  378 NIS + VAT



Notary's seal





**Ministry of the Interior**
**Registrar of Societies**

## CERTIFICATE OF THE REGISTRATION OF A SOCIETY [*AMUTA*]
### (According to Section 1 of the Societies [Amutot] Law, 5740-1980)

This is to certify that the society
**Bar Ilan University**

--------------------------------------------------------------------------

--------------------------------------------------------------------------

Which was established according to the Ottoman Law on Societies dated 29th day of the month of Rajab 1327 (1909) notice of the establishment of which was given to the Ministry of Interior File no 11/463 in the Jerusalem District

Was registered as a society

Under the name of
**Bar Ilan University**

--------------------------------------------------------------------------

--------------------------------------------------------------------------

Address
Ramat Gan            52900

## Whose principal objects are:
To establish, maintain and conduct the University in order to foster and promote study and research in all branches of Torah and Science in the spirit of Torah and Jewish tradition.

Number 58 – 006 – 360 – 3
Dated this          13th day of Tamuz 5744
                    16th day of July, 1984

Israel
(-)
Ministry of the Interior

Register
of
Societies



משרד הפנים
רשם העמותות

# תעודה לרישומה של עמותה
( לפי סעיף 10 לחוק העמותות, התש"ם – 1980 )

אנו מעידים כי העמותה

אוניברסיטת בר אילן

נוסדה לפי חוק העמותות מאני על אגודות מיום 29 לחודש רג"ב 1327 ( 1909 ) (התאריך ש
תיק נפתח במשרד הפנים בתיק מס'  11/463     במחוז    ירושלים

נרשמה כעמותה

ששמה

אוניברסיטת בר אילן

שמספרה

רמת גן               52800

שמטרות הפיקוחות הן

לקיים, להחזיק ולנהל את האוניברסיטה על מנת
לעפו ולקדם את הלימוד והמחקר בכל ענפי התורה
והמדע ברוח תורת ומסורת ישראל.

המספרה   3 – 368 – 006-58

ניתן                     ביג לחודש        חודש       שנת        התשמ"ד
13              יולי       1984



רשם העמותות