# EXHIBIT 2

# CERTIFICATION OF ACCURACY OF TRANSLATION

I, the undersigned, **Dr. Rahel Rimon, Adv**. holding Israeli Bar License no. **12498** hereby certify that I am fluent in the **Hebrew** and **English** languages

And that the document attached to this certification and marked with the letter **A** is an accurate translation to the **English** language of a copy of the original document drawn up in the **Hebrew** language attached to this certification and marked with the letter **B**.

In witness whereof, I hereby certify the faithfulness of said translation by my own signature and stamp, this day 8.2.2022

Signature

Stamp:

רחל רימון, עו"ד ונוטריון
מס' רשיון 12498
רח' ברודצקי 48, ת"א
טל. 054-4994846 פקס. 03-6413771

'A'

[SYMBOL]

**PRESIDENT OF THE STATE OF ISRAEL**

COUNCIL OF HIGHER EDUCATION LAW, 5718 – 1958

_____

INSTITUTE OF HIGHER EDUCATION

CERTIFICATE ACCORDING TO SECTION 13 OF THE LAW

_____

This is to certify that Bar Ilan University has been recognized as an Institute of Higher Education within the meaning of the Council of Higher Education Law, 5718 – 1958.

Given in Jerusalem, today 10 of Kislev 5730, 20 November 1969

Shneur Zalman

President of the State

Witnessing the signature of the President of the State

(*Zalman Aran*)

Zalman Aran

Minister of Education and Culture

[Notary Stamp]

'B'

מופד להשכלה גבוהה
תעודה לפי סעיף 13 לחוק

────────────

זאת לתעודה כי אוניברסיטה בר אילן הוכרה כמוסד
להשכלה גבוהה כמשמעותו בחוק המועצה להשכלה גבוהה,
תשי"ח – 1958.

ניתן בירושלים היום, י' בכסלו תש"ל
20 בנובמבר 1969

שניאור זלמן שזר
נשיא המדינה

לקיום חתימת נשיא המדינה

לאת /ר/
זלמן ארן
שר החינוך והתרבות