# EXHIBIT 4

## CERTIFICATION OF ACCURACY OF TRANSLATION

I, the undersigned, **Dr. Rahel Rimon, Adv.** holding Israeli Bar License no. **12498** hereby certify that I am fluent in the **Hebrew** and **English** languages

And that the document attached to this certification and marked with the letter **A** is an accurate translation to the **English** language of a copy of the original document drawn up in the **Hebrew** language comprising "By-Laws of Bar Ilan University – Combined Version - January 2003" attached to this certification and marked with the letter **B**.

In witness whereof, I hereby certify the faithfulness of said translation by my own signature and stamp, this day 8.2.2022

Signature

רחל רימון, עו"ד ונוטריון
מס' רשיון 12498
רח' ברודצקי 48, ת"א
טל. 054-4994846 פקס. 03-6413771

Stamp:

"A"

By-laws valid as of 2 Shvat 5763 (January 5, 2003)

## BAR-ILAN UNIVERSITY

# BY-LAWS
# OF THE UNIVERSITY

### Combined Version
### Shvat 5763 - January 2003

## Edited by the Office of the Legal Advisor

1.  **Name of the Association:**      Bar-Ilan University
    **Address of the Association:**   Bar-Ilan University, Ramat Gan

2.  **Definitions**

    Except where otherwise specifically defined or where the context otherwise requires, in these by-laws:

    a.  The words in this sub-paragraph shall have the meanings set forth opposite them.

| | |
|---|---|
| Man, person or persons | - including a company, association or groups of individuals, whether or not incorporated. |
| Writing | - including printed, lithographed, type-written, photographed or any other form of representing or reproducing words or figures or their copies in a visible manner. |
| Association | - The Association of Bar-Ilan University. |
| University | - The institution for higher education established and administered by the Association which bears the name "Bar-Ilan University". |
| Office | - The registered office of the Association from time to time. |
| Board of Trustees | - a general meeting of the members of the Association. |
| Members of Trustees | - a person registered as a member in the register of members of the Association. |
| The Seal | - the seal of the Association or the name of the Association when printed on any document. |
| Founder | - a member of the Council of Founders. |
| A person under legal disability | - a person under a legal disability within the meaning of the Legal Capacity and Guardianship Act, 5722-1962, a minor under the age of 18 years, a person of unsound mind and an unrehabilitated insolvent. |
| these by-laws | - these by-laws of the Association as amended from time to time. |

Amendment g, *(Board of Trustees)*

Amendment k, *(The Seal)*

    b.  Any reference to the singular shall include the plural and vice versa and any reference to the masculine shall include the feminine and vice-versa.

    c.  Anything required to be done by a number of persons exceeding two shall be deemed validly executed if done by a majority of them.

2

3.   **Objects of the Association**

To maintain, advance, strengthen and direct the university with a view to furthering and enhancing study and research in all branches of Torah and science, all in the spirit of the Torah and tradition of Israel.

4.   **Powers of the Association**

In order to further the objects of the Association, the Association shall be empowered to do and execute all of the following acts and things:

a.   To acquire, purchase, take on lease, acquire by gift, receive possession of and/or acquire the use in any form and/or on any conditions, of immovable property, goods, securities and all manner of rights or otherwise (all hereinafter: "the Property of the Association").

b.   To build, improve, expand, repair, change, furnish and equip its property and/or properties in its possession and/or use as it may deem proper and advisable.

c.   To sell, wind up, deliver, lease, rent, donate, dispose of, mortgage, transfer the possession or use of to others and/or dispose of the property of the Association or any part thereof for the objects of the Association and the furtherance of its aims.

d.   To organize, found, maintain, finance and direct the university and its affiliated institution, such as: dormitories, synagogues, libraries, laboratories, printing-houses, clinics, recreation halls, sports-halls, playing fields and the like, and to see to their maintenance, care and development.

e.   To annex, joint, affiliate or become affiliated to amalgamate with or co-operate with other educational institutions and institutions of higher learning whether in Israel or abroad.

f.   To engage in any activity calculated to further study and research in all branches of Torah and science in the spirit of the Torah and tradition of Israel.

g.   To publish books, pamphlets, research papers and periodical calculated to further the purposes of the Association.

h.   To grant academic degrees including those in accordance with the Law for Higher Education, or with any other law.

i.   To request, obtain and receive by gifts, contributions, inheritance, legacies, grants, donations, estates and dedications, to supervise and/or administer and/or use the same.

j.   To borrow or raise funds with or without the furnishing of security.

k.   To invest the funds of the Association which are not required for its current needs, in such a manner as shall appear appropriate to the Association, and likewise to liquidate, sell, or change its investments from time to time as may appear desirable or necessary to the Association.

l.    To carry out all those acts as are described in the second schedule to the Companies Ordinance.

m.    To establish and/or participate in all manner of corporations, associations, funds or projects.

n.    In general to engage in any other business and to do any other thing calculated to benefit the objects of the Association, their influence and realization.

## 5.    Membership in the Association

Amendment f,h    a.    The Members of the Association shall be the persons listed in Appendix A attached to these By-Laws and other persons who are over 21 years of age who shall consent to become members of the Association and who shall be elected by the Board of Trustees as members of the Board of Trustees.
The total number of members of the Board of Trustees shall not exceed 120, but this number does not include the ex-officio members, as said in sub-paragraph b. hereinafter.

b.    Members of the Association shall also be the office-holders who in accordance with these by-laws are ex-officio members of the Board of Trustees. All said members of the Association shall be called in these by-laws "The Trustees".

Amendment h    c.    Commencing from the month of Tamuz 56737 (1997) every member who is elected to the Board of Trustees shall be elected for a period of 3 years and shall be eligible to submit his candidacy for election at the end of this period, and so from period to period.

Amendment h    d.    A register shall be kept by the Association of the Trustees, which shall include the name, address, occupation and the date of appointment or election of each Trustee;   it shall also be recorded in the register whether the Trustee was appointed or elected ex-officio and whether he was elected for a limited period, and the date of expiration of his appointment or membership.

## 6.    Termination of Membership

A member shall cease to be a member of the Association in any one of the following instances.

a.    Upon death or on becoming a person of legal disability.

b.    If he notified the Association of the termination of his membership.

Amendment j    c.    If the Board of Trustees will have decided to terminate his membership by reason of his non-participation for a period of 3 years in meetings of the Board of Trustees.

Amendment g    d.    If he is a member by virtue of being Chancellor, President, Rector or Pro-Rector, or the Chairman of the Alumni Association, should he cease to hold such office.

e.  If he was appointed as a member to the Board of Trustees arising out of his election by the Senate as a representative of the academic staff - on another person being elected in his place.

f.  If he was elected as a member for a limited period - on the expiration of that period for which he was elected.

Amendment h   g.  If he shall have committed an offence involving ignominy, or has behaved in a manner not fitting the aims of the University and its character, and the Board of Trustees has decided to terminate his membership after he has been afforded proper opportunity by the Chairman of the Board of Trustees to voice his arguments.

## 7.  Income of the Association

The income of the Association shall be derived from the following sources:

a.  Membership dues.

b.  Contributions and grants by the government, the Jewish Agency for Eretz Israel , local authorities, institutions, individuals or from other sources.

c.  Bequests, legacies, dedications, gifts and the like.

d.  Income from the special projects of the Association and/or from the patrons of the Association.

e.  Income from the property of the Association.

f.  Income from other sources.

## 8.  Bodies of the Association

The Association shall have the following bodies:

Amendment d,h   a.  The Board of Trustees, which shall serve as the general assembly of the Association.

b.  The Council of Founders.

c.  The Executive Council.

d.  The Senate.

Amendment h   e.  The Permanent Committee which shall act according to the powers as may be vested in it from time to time by the Board of Trustees or the Executive Council.

Amendment c,i   f.  Other committees or bodies the establishment of which the Board of Trustees or the Executive Council shall decided upon which shall be entitled to confer on them powers other than those powers which are specified in paragraph 14b. and c. to these by-laws.

| | | | |
|---|---|---|---|
| Amendment a | g. | | Academic staff committees which the Senate shall decide to establish to deal with matters within the power of the Senate. |

Amendment c    h.    1.    The Board of Trustees or the Executive Council shall be entitled from time to time to appoint committees, as said in sub-paragraph f. of this paragraph, which may be permanent or ad hoc, and which shall operate according to the powers as defined in the appointment resolution, subject to said herinafter in this sub-paragraph.

2.    A committee, as specified in sub-paragraph f. of this paragraph, may included persons who are not members of the Board of Trustees or of the Executive Council, so long as in every case three-quarters at least of the committee members consist of members of the Board of Trustees or of the Executive Council, and the Chairman at every meeting of the committee shall always be a member of the Board of Trustees or of the Executive Council.

3.    Should a committee as specified in item 2. of this sub-paragraph pass a resolution by a majority of votes, any member of the committee who is also a member of the Board of Trustees or of the Executive Council shall be entitled - immediately after the said resolution was passed if he was present at the meeting, or, if not present at that meeting, then within 14 days from the date when the resolution was passed - to give notice of his desire that the matter in respect of which said resolution was passed be submitted for the approval of the Executive Council, and in such event, the resolution adopted as above mentioned shall be of no force and effect unless it is decided upon by the Executive Council and pursuant to its resolution.

## 9.    Officers of the Association

Amendment h    a.    1.    The Board of Trustees shall be entitled, after consultation with the Senate, to elect a Chancellor. The Chancellor shall be elected for a term of 3 years and he may be re-elected for further of three years each.

Amendment b    2.    The Chancellor of the University (hereinafter: "The Chancellor") who is the titular and the principal public representative of the University in regard to its external relations, shall preside at public functions and academic ceremonies of the University.

Amendment i    3.    The present Chancellor, the late Rabbi Dr. J.H. Lookstein, was the first Chancellor of the University.

Amendment d    4.    The Chancellor is, ex-officio, a member of the Board of Trustees, the Council of Founders and the Senate.

Amendment e,g    5.    The Chancellor or the President shall sign all letters of appointment, tenure and promotions of academic staff members which were approved by the authorized bodies of the University.

Amendment e,g,    6.    In the event of a Chancellor not having been appointed, or during the Chancellor's absence from Israel, the President shall exercise all his functions, but the President shall be entitled to delegate to the Rector those

powers referred to in sub-paragraph 5. of this paragraph for a period to be determined by him.

Amendment d,i  **b.** The Chairman of the Board of Trustees who shall be elected by the Board of Trustees. The first Chairman of the Board was the late Mr. Phillip Stollman.

Amendment d,h,  **c.** The Vice-Chairman or Vice-Chairman of the Board of Trustees who shall be elected by the Board of Trustees. The first Vice-Chairman of the Board of Trustees shall be Rabbi Seymour Zambrowsky. The Chairman of the Executive Council shall serve ex-officio as Vice-Chairman of the Board of Trustees.

Amendment i  **d.** The Chairman of the Council of Founders, who shall be elected by the Council of Founders from amongst its members. The first Chairman of the Council of Founders was Minister Haim Shapiro.

**e.** The Vice-Chairman of the Council of Founders, who shall be elected by the Council of Founders from amongst its members in the event of the Council of Founders deciding to elect a Vice-Chairman.

Amendment b,d  **f.**  **1.** The President of the University (hereinafter:" The President") as the head of the institution shall conduct the affairs of the University and shall exercise the powers conferred upon him by Board of Trustees, by virtue of its powers under the by-laws or in accordance with the powers as may be conferred upon it by resolutions of the appropriate bodies. The first President was the late Prof. Pinhas Churgin.

**2.** The President shall be elected and appointed by the Board of Trustees after due consultation with the Senate, for a term of three years each. The place of residence of the President shall be the State of Israel.

Amendment I:  "Notwithstanding the above and in order to that the term of office of the President will commence at the beginning of the academic year, the tenure of a President whose term ends in the middle of the academic year will be extended to the beginning of the next academic year. This amendment takes effect as of 11 June 2001."

**3.** The President shall recommend for the approval by the bodies, respectively, proposals for the establishment of a new department or a new academic staff, a special study program, or the dissolution of any of the above, the ordinary budget, the development budget and all extraordinary resolutions which deviate from routine and which involve questions of policy of the University, in accordance with these by-laws.

**4.** The President shall report to the Board of Trustees and to the Executive Council on the state of the University and all activities performed or contemplated in accordance with resolutions of the authorized bodies, on all problems requiring solutions and on all plans that from the point of view of the University are necessary, important or desirable to be carried out. The President shall serve as liaison between all authorities of the University and the Executive Council.

Amendment m    5.    "the President shall serve as an ex-officio member with full rights on the Board of Trustees, <u>the Executive Council</u>, the Council of Founders and the Senate."

Amendment e    6.    The President shall serve as Chairman of the Committee dealing with the approval of appointments, tenures and promotions of members of the academic staff from the grade of lecturer and above.

The Committee for the approval of appointments shall be comprised of the following persons: The President - Chairman, two members to be appointed by the Executive Council, and two members of the academic staff to be appointed by the Senate. The Chancellor - and in his absence, the Rector - shall sign the announcements of appointment, of tenure and of promotion after their approval as aforesaid.

Amendment l    7.    The President shall be entitled to appoint a professor on retirement to research assignments upon the recommendation of the Senate.

8.    The appointments of Deans, Department Heads, and Directors of Institutes shall be made after consultation with the President.

9.    The President shall be entitled to convene meetings of the Board of Trustees, after due consultation with the Chairman of the Board of Trustees.

10.    The President shall be responsible for ensuring the implementation of all the resolutions passed by the administrative bodies, and he shall be entitled to delegate his powers, wholly or in part, from his responsibility under these by-laws.

Amendment d    11.    The President shall have the right to participate on sub-committee of the Executive Council, and to convene them according to need. A resolution passed by sub-committee, to which the President objects, shall be referred for reconsiderations by the Executive Council or by the Board of Trustees.

12.    The President shall, ex-officio, participate in the committee of the heads of the Universities in its appearances at governmental offices and other bodies.

13.    During his absence from Israel, the President shall be entitled to delegate his academic functions to the Director-General.

14.    If at any time a President shall not have been appointed or shall not be in office, the provisions of these by-laws, having reference to the President shall not apply, and the powers vested in the President shall be vested in the Chancellor or the Chairman of the Board of Trustees or the Rector, as shall be determined by the Board of Trustees or by the Executive Council from time to time, or as shall be determined by a committee appointed by them.

Amendment a    g.    The Rector of the University shall be elected by the Senate. The period of office of the Rector and the manner and procedure of his election shall be determined by by-laws which shall be enacted by the Senate (hereinafter called "The Senate BY-Laws").

8

Amendment d    h.    The Pro-Rector. The Rector shall hold this office with effect from the expiry of the period of his office as Rector until the expiry of the period of office of the Rector succeeding him.

Amendment f,g,i    i.    The Board of Trustees shall be entitled to appoint a Vice President or Vice Presidents to the President for defined duties. The Board of Trustees or the President with the approval of the Permanent Committee, shall be authorized to determine the powers of the Vice President or Vice Presidents and to amend same from time to time. The approval of the Permanent Committee, as aforesaid in this sub-paragraph, shall be deemed in all respects a resolution of the Permanent Committee, which is subject to appeal in accordance with the procedures of the Permanent Committee.

j.    Other holders of functions: the appointment or election of which shall be decided by the Board of Trustees.

k.    No persons shall be elected or appointed as the holder of an office in the Association, unless he is a religious, G-d fearing and observant Jew.

## 10.   Board of Trustees

Amendment d    a.    The Board of Trustees, is the supreme authority of the Association and subject to the objects of the Association and the said in these by-laws. Shall have the power to outline the general policy of the Association, to approve its annual budget, and in general to exercise and implement all the powers and authority vested in the Association to the extent that such powers and authority are not vested in the Council of Founders or in the Senate or in any other body of the Association. The Board of Trustees shall likewise, and in consultation with the Senate, be authorized to decide on the establishment of new facilities and departments, or on the closing-down of existing facilities and departments.

Amendment d,h,i    b.    The Board of Trustees shall be convened by the Chairman of Board of Trustees, or by the Chairman of the Executive Council or his deputy, or by the Chancellor or the President after consultation with the Chairman of the Board of Trustees, at least once a year. Each of the above mentioned officers shall be required to convene an Extra-Ordinary Meeting of the Board of Trustees at the demand of:
a) The Permanent Committee, b) The Control Committee, c) Ten members of the Association, after consultation with the Chairman of the Board of Trustees.

Amendment i    c.    One third of the members of the Board of Trustees shall constitute a legal quorum at the general meetings of the Board of Trustees, but at an adjourned meeting any number of members present shall constitute a legal quorum.

d.    Any resolution signed by not less than 75% of the members of the Board of Trustees shall be deemed to be a resolution legally adopted by the Board of Trustees.

Amendment a, f, m    e.    deleted.

Amendment g, m    f.e.    The person who shall, from time to time, act as the Chairman of the Alumni Association of the University, shall be a member of the Board of Trustees, ex-officio.

11.    **Council of Founders**

Amendment a    a.    The Council of Founders shall consist of 14 Founders of which one-half shall be residents of Israel and one-half shall be non-residents of Israel. All the Founders shall be ex-officio members of the Board of Trustees. The Rector and the Pro-Rector shall be considered ex-officio members of the Council of Founders.

b.    The seven non-Israel members of the Council of Founders shall be residents of the United States of America, Canada, Europe and/or other countries where an organization of Friends of Bar-Ilan University is in existence.

Amendment i    c.    The number of the Founders specified in sub-paragraph a., of this paragraph does not include the ex-officio members according to these by-laws.

d.    A person shall cease to be a Founder in any one of the following instances:

1.    Upon his death or on becoming a person of legal disability.

2.    If he notified the Chairman of the Council of Founders of the termination of his membership.

3.    If the Board of Trustees decided by a majority of 75% of its members to terminate his membership.

e.    In the event of a vacancy occurring among the Israeli members of the Council of Founders, another person in his stead shall be elected at a meeting of the Israeli Founders.

f.    In the event of a vacancy occurring among the non-Israeli members of the Council of Founders, another person in his stead shall be elected at a meeting of the non-Israeli Founders.

g.    No person shall be elected as a Founder who is not a religious, G-d fearing and observant Jew.

Amendment i    h.    Meetings of the Council of Founders shall be convened by the Chairman of the Board of Trustees or by the Vice-Chairman of the Board of Trustees, or by the Chancellor or by the President.

i.    A majority of the members of the Council of Founders shall constitute a quorum, and at an adjourned meeting any number of members of the Council of Founders shall constitute a quorum.

j.    any resolution signed by a majority of the Israeli Founders and any a majority of the non-Israeli Founders shall be deemed a legally adopted resolution of the Council of Founders.

k.    The Council of Founders shall have the exclusive authority to consider and determine the following matters:

Amendment a    1.    Any matter which may affect, either directly or indirectly, the spiritual direction of the university, or which may affect the realization and

attainment of the objects of the Association as defined in section 3 of these by-laws, but if the matter is within the powers of the Senate, the provisions of sub-paragraph 1.2. of this paragraph shall apply to it.

Amendment f    2.    The sale, delivery, transfer or mortgaging of the property of the Association, wholly or in its major part.

1.    1.    Should the Board of Trustees or any other body of the Association adopt a resolution relating to a matter which, in the opinion of not less than three members of exclusive authority of the Council of Founders as described in sub-paragraph k., of this paragraph, then such resolution shall be reviewed at a meeting of the Council of Founders to be convened by the Chairman of the Council of Founders within 30 days from the date that the above-mentioned three Trustees requested this of the Chairman and at such meeting, the Council of Founders shall be entitled to introduce any change or amendment in the resolution as shall seem appropriate to the Council of Founders. However, if no such change or amendment as aforesaid shall be made, the resolution shall be deemed to have been ratified by the Council of Founders.

2.    Should the Senate adopt a resolution relating to matters within its powers, which in the opinion of at least three Trustees is liable to prejudice the religious character of the University or its spiritual direction within a religious framework, the resolution shall be brought for consideration before the meeting of the Council of Founders.

In the event of conf resolving to alter the resolution, the Council of Founders shall bring the resolution before the Senate. Should the Senate insist upon its resolution, the matter shall be submitted for the decision of a committee consisting of two members nominated by the Senate (and among them the Rector) and two members nominated by the Council of Founders. The committee shall be convened within three months of the notification by the Senate that it insists upon its resolution.

Should the opinions of the committee be divided equally, Rabbi Joseph Lookstein shall be co-opted to the Committee land he shall also serve as Chairman thereof. The above-mentioned committee shall be entitled to introduce any alteration or amendment to the resolution as it may deem fit. The power conferred upon Dr. Joseph Lookstein to join the Committee and to serve as its Chairman shall expire on 31 December, 1971, and in his stead shall come the person determined by the Committee by majority vote.

3.    If the resolution of the Senate has been brought before Founders for consideration as aforesaid, the resolution shall not be implemented until such time as the committee mentioned in sub-section 2 of this sub-paragraph shall have decided upon it.

m.    Without derogating from the provisions of sub-paragraph 1 of this paragraph, the Chairman or Vice-Chairman of the Board of Trustees, or any three Trustees, shall have the right, in their absolute discretion, to submit in advance to the Council of Founders any resolution to be submitted to the Board of Trustees for consideration, which in the opinion of the persons submitting it relates to a mater

which comes within the exclusive authority of the Council of Founders pursuant to the provisions of sub-paragraph k., of this paragraph and the decision of the Council of Founders shall be binding on the Association in every respect.

12. **Executive Council**

Amendment m   a.   "The Executive Council is comprised of members of the Board of Trustees who are residents of Israel and <u>who do not receive a salary from the University</u> (hereinafter: "the Israeli Trustees"). Other Trustees are also entitled to participate in meetings of the Executive Council at the time of their sojourn in Israel."

b.   The Executive Council shall implement the resolutions of the Board of Trustees, and during the periods between Trustees, the Executive Council, on behalf of the Board of Trustees, exercises all the powers and authorities vested in the Board of Trustees pursuant to the provisions of paragraphs and 14 of these by-laws.

Amendment i   c.   The Chairman of the Executive Council shall be elected by the Executive Council from among its members. The first Chairman of the Executive Council was Minister Moshe Haim Shapiro.

Amendment g   d.   A person shall cease to be a member of the Executive Council upon the occurrence of any of the events specified in paragraph a - f by these by-laws.

e.   A majority of the members of the Executive Council shall constitute a legal quorum at its meetings, and at an adjourned meeting any number of members present shall constitute a quorum.

Amendment i   f.   the meetings of the Executive Council shall be convened by the Chairman of the Executive Council or in accordance with the orders of procedure and the regulation which shall be established by the Executive Council from time to time.

g.   Any resolution singed by not less than 75% of the members of the Executive Council shall be deemed to be a resolution legally adopted by the Executive Council.

Amendment a,f,m   h.   deleted.

13. **The Senate**

Amendment a   a.   The Senate shall consist of the Chancellor, the President, the Rector, the deans, members of the academic staff who hold the rank of full professor and representatives of the ranks of associate professor, head lecturer as may be determined by the regulations of the Senate.

b.   The Senate shall decide in academic matters of the University.

c.   The following shall constitute academic matters: the determination of the curricula and their supervision, requirements for the acceptance to the University, the requirements for the granting of degrees by the University, academic discipline, recommendations of members to the teaching staff, their promotion, dismissal and similar matters.

d.   The methods of the exercise of the powers of the Senate, the execution of its functions and the procedures for debating the aforesaid shall be determined by the regulations of the Senate.

14.   **Amendment of By-Laws and dissolution**

a.   The objects of the Association are unalterable.

Amendment i,k.   b.   The amendment of any of these by-laws shall require a resolution of the Board of Trustees adopted by resolution at the general meeting of the Board of Trustees at which at least one third of the members of the Board of Trustees are present and by majority of two thirds of the votes participating in the vote, including abstentions.

The validity of such amendment will be conditional upon the written approval of 75% of the Trustees at least and the written approval of 75% of the Israeli Founders and 75% of the non-Israeli Founders, at least.

c.   A resolution for the dissolution of the Association shall require a resolution of the Board of Trustees adopted by a majority of not less than two-thirds of the total number of Trustees and a resolution of the Council of Israeli Founders adopted by a majority of not less than two-thirds of the Israeli Founders and by a majority of not less than two-thirds of the non-Israeli Founders.

15.   **Signatories and Corporate Seal**

Amendment j   a.   The right of signature in the name of the University shall be bestowed on such persons as shall be authorized by the Executive Council or by the Permanent Committee from time to time. Such authority may be general, limited, specific or qualified, all as determined by the Executive Council. Until otherwise determined by the Executive Council the right of signature on behalf of the university is bestowed on the Council, together with any member of the Executive Council or together with the Director-General of the University, or together with the Deputy General-Director for Finance of the University.

b.   No instrument shall be binding on the Association unless executed by those persons authorized to sign in the name of the Association and sealed with its corporate seal.

16.   **The Controlling Entity**

All of paragraph 16 was amended in Amendment i.

a.   The Controlling Entity in these by-laws shall be the Comptrollers Committee, however the Board of Trustees shall be entitled at a general meeting to resolve that instead of the Comptrollers Committee a certified chartered accountant or other entity shall be appointed for this purpose by the Registrar of Non-profit Organizations.

b.   The Controlling Entity shall examine the financial and economic matters of the Association and its accounting books, and shall submit to the general meeting of

the Board of Trustees its recommendations insofar as same relate to the approval of the financial report.

c.   The Controlling Entity shall be elected at an ordinary general meeting of the Board of Trustees.

d.   No person shall hold office at the same time as a member of the Controlling Entity and as a member of the Committee.

e.   The Controlling Entity shall hold office from the date of its election at a general meeting of the Board of Trustees and until another general meeting shall elect a new Controlling Entity; a member of the outgoing Controlling Entity shall be entitled to be re-elected to the new Controlling Entity.

f.   The Comptrollers Committee may be constituted of one member only.

Amendment j     g.   A member of the Controlling Entity shall be entitled at any time to resign from office by giving notice in writing to the Chairman of the Board of Trustees. A member of the Controlling Entity shall cease to hold office on the occurrence of any one of the following:

Amendment j     1.   if he is a member of the Board of Trustees, upon his ceasing to be a member of the Board.

2.   if he gives notice in writing of his resignation of membership of the Controlling Entity.

3.   if the general meeting of the Board of Trustees elects another person in his stead to the Controlling Entity.

h.   The Controlling Entity shall be entitled to regulate the times of its meetings, invitations thereto, the matter to be discussed thereat, the manner in which the meeting shall be conducted and the manner in which resolutions shall be adopted.

i.   The Controlling Entity shall maintain minutes of the proceedings of its meetings and of its recommendations.

j.   Resolutions of the Controlling Entity, in the event of there being more than one member, shall be adopted by a majority of votes of those voting. In the event of there being an even number of votes the resolution shall be deemed to have been rejected. A resolution in writing signed by all the members of the Comptrolling Committee shall be deemed to constitute a resolution duly adopted by a meeting of the Controlling Entity.

k.   In the event of a vacancy occurring on the Controlling Entity the remaining members or member shall be entitled to continue to act as the Controlling Entity except if the Controlling Entity consisted of only one number.

l.   No person shall hold office on the Controlling Entity if he renders services for payment to the Association unless as a member of the Controlling Entity, nor if he holds office as member of the Committee.

17. **Miscellaneous**

    a.    The Association shall be conducted as a non-profit entity.

    b.    The fiscal year of the Association shall be as determined by the Board of Trustees.

    c.    The Association shall not be entitled to distribute profits or any other benefits to its members.

Amendment d    d.    In the event of dissolution of the Association, its property shall be devoted to purposes similar to those of the Association and its members shall not be entitled to receive any part of its property.

    e.    Notice of any meeting or session of the Board of Trustees or of the Council of Founders shall be given not less than 14 days in advance and notice of another meeting or session of any other institution of the Association shall be given at least 3 days in advance. The Trustees, the Founders or members of any other institution of the Association may waive dispatch of advance notice.

        The notice regarding the convening of any meeting or session shall specify its place and time as well as the general nature of every specific matter on the agenda, and shall be sent by registered mail or by messenger to every person entitled to attend the meeting or session. Notices to persons not residing in Israel shall be sent by air mail or by cable. The inadvertent failure to send such aforesaid notice to any member, or failure of any member to receive such notice, shall not affect the validity of the proceedings of the meeting or session conducted, or the resolutions adopted thereat.

Amendment h,i,    f.    "The Board of Trustees may elect persons as Honorary Members of the Board of Trustees. Honorary members shall be invited to any event, as shall be decided by the Chairman of the Board of Trustees or the Chairman of the Executive Council, or the Chancellor or the President generally or from time to time. However, by virtue of their appointment as honorary members they shall not have the right to vote at meetings of the Board of Trustees, the Executive Council or other bodies of the Association. <u>Honorary members will be appointed for a term of three years and it will be possible to reappoint them for additional terms. The Board of Trustees is eligible to set the term of appointment to less than three years for honorary members. This includes members serving at the time when this decision was taken.</u>"

## Dates of amendments of the Fellowship Society By-Laws

**a.** 5731 (29.6.71)
**b.** 5733 (29.6.73)
**c.** 5734 (26.6.74)
**d.** 5735 (25.6.75)
**e.** 5736 (30.6.76)
**f.** 5737 (29.6.77)
**g.** 5741 (7.7.81)
**h.** 5742 (30.6.82)
**i.** 5745 (July 85)
**j.** 5751 (27.6.91)

## Appendixes

(The following Appendixes have been omitted)

## Appendix A

**Member of the Board of Trustees**

————————————————————

## Appendix B

**Member of the Council of Founders**

(This Appendix was canceled at Amendment 4)


————————————————————

## Appendix C

**Member of the Executive Council**



אוניברסיטת בר-אילן

# תקנון האוניברסיטה

נוסח משולב

שבט תשס"ג – ינואר 2003

**נערך ע"י לשכת היועץ המשפטי**

תקנון תקף
ב' שבט תשס"ג  (5.1.2003)

בע"ה

**1.** **שם האגודה:** אוניברסיטת בר-אילן

**כתובת האגודה:** אוניברסיטת בר-אילן, רמת גן

**2.** **פירושים:**

מלבד אם קיימת הוראה מפורשת אחרת או אם הקשר הדברים מחייב אחרת הרי בתקנות אלה:

**א.** תתפרשנה המילים שבסעיף קטן זה כאמור בצידן להלן:

| | | |
|---|---|---|
| איש , אדם | - | לרבות חברה, התאגדות או חבר בני אדם – בין |
| או בני אדם | | שהם מאוגדים ובין שאינם מאוגדים. |
| כתב | - | לרבות בדפוס, בליתוגרפיה, במכונת כתיבה, בצלום ובכל דרך אחרת של הצגת מילים או ספרות או העתקתן בצורה הנראית לעין. |
| האגודה | - | אגודת אוניברסיטת בר-אילן. |
| האוניברסיטה | - | המוסד להשכלה גבוהה שהוקם ומתנהל על ידי האגודה והנושא את השם "אוניברסיטת בר-אילן". |
| המשרד | - | המשרד הרשום של האגודה מזמן לזמן. |
| חבר הנאמנים | - | אסיפה כללית של חברי האגודה. |
| חבר או נאמן | - | מי שרשום כחבר בפנקס החברים של האגודה. |
| חותם | - | חותמת האגודה או הדפסת שם האגודה על גבי המסמך. |
| מייסד | - | חבר מועצת המייסדים. |
| פסול דין | - | פסול דין כמשמעו בחוק הכשרות המשפטית והאפוטרופסות, תשכ"ב 1962, קטין שלא מלאו לו 18 שנה, חולה רוח ופושט רגל כל עוד לא ניתן לגביו צו שחרור. |
| תקנות אלו | - | תקנות האגודה כפי שתותקנה מזמן לזמן. |

*תיקון 7* appears to the right of the "חבר הנאמנים" row.

*תיקון יא* appears to the right of the "חותם" row.

**ב.** כל האמור בלשון יחיד אף הרבים במשמע וכן להיפך וכל האמור במין זכר אף מין נקבה משמע.

**ג.** כל דבר שעשייתו מוטלת לפי תקנות אלה על מספר בני אדם יותר משנים – עשייתו כשרה אם נעשה בידי רובם.

**3.** **מטרות האגודה:**

לקיים , לקדם, להחזיק ולנהל את האוניברסיטה על מנת לטפח ולקדם את הלימוד ואת המחקר בכל ענפי התורה והמדע ברוח תורת ישראל ומסורת ישראל.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

**4.    סמכויות האגודה:**

לשם קידום מטרות האגודה תהיה האגודה מוסמכת לעשות ולבצע את הפעולות והמעשים הבאים:

**א.**   לרכוש, לקנות, לחכור, לשכור, לקבל במתנה, לקבל לרשותה ו/או לקבל לשימושה בכל צורה ותנאים שהם נכסי דלא- ניידי, טובין, ניירות ערך וזכויות מכל סוג שהוא (להלן : רכוש האגודה).

**ב.**   לבנות, לשכלל, להרחיב, לתקן, לשנות, לרהט ולצייד את נכסיה ו/או הנכסים הנמצאים ברשותה ו/או בשמושה כפי שתמצא לנכון ולראוי.

**ג.**   למכור, לפרק, למסור, להחכיר, להשכיר, לתת במתנה, להעביר, לשעבד, למסור לרשות הזולת או לשמושו ו/או לתת בכל צורה שהיא את רכוש האגודה או חלק ממנו לצרכי האגודה ולקדום מטרותיה.

**ד.**   לארגן, לייסד, לקיים, לממן ולנהל את האוניברסיטה ומוסדות העזר שלה, כגון : פנימיות, בתי-כנסת, ספריות, מעבדות, בתי-דפוס, מרפאות, מועדונים, אולמי ספורט, מגרשי משחקים וכיו"ב, לדאוג להחזקתם, טיפוחם ופיתוחם.

**ה.**   לספח, להסתפח, לסנף, להסתנף, להתמזג ולשתף פעולה עם מוסדות אחרים לחינוך ולהשכלה גבוהה, בישראל או מחוצה לה.

**ו.**   לעסוק בכל עניו העשוי לקדם את הלימוד והמחקר בכל ענפי התורה והמדע ברוח תורת ישראל ומסורת ישראל.

**ז.**   להוציא לאור ספרים, חוברות, מחקרים וכתבי עת העשויים לקדם את מטרות האגודה ואת צרכיה.

**ח.**   להעניק תארים אקדמאיים ובכלל זה תארים לפי חוק להשכלה גבוהה, או לפי כל חוק אחר.

**ט.**   לבקש, להשיג ולקבל במתנה תרומות, ירושות, הנחלות, מתנות, עזבונות והקדשות, לפקח עליהם ו/או לנהלם ו/או להשתמש בהם.

**י.**   ללוות ולהשיג כספים עם או בלי מתן בטוחות.

**יא.**  להשקיע את כספי האגודה, שאינם דרושים לצרכיה השוטפים, באופן שיראה לאגודה וכן לחסל, למכור ולשנות את השקעותיה מזמן לזמן כפי שיראה לאגודה מועיל ונחוץ.

**יב.**  לבצע את כל אותן הפעולות המתוארות בתוספת השניה לפקודת החברות.

**יג.**  להקים כל מיני חברות, אגודות, קרנות או מפעלים ו/או להשתתף בהם.

**יד.**  בדרך כלל לעסוק בכל עסק אחר ולעשות כל פעולה שהיא העשויה להועיל למטרות האגודה, לקידומן ולהשגתן.

**.5 חברות באגודה:**

*תיקונים ו, ח* **א.** חברי האגודה הם האנשים המפורטים בנספח א' המצורף לתקנות אלה וכן אנשים אחרים שהם בני 21 שנה ומעלה אשר יסכימו להיות חברים באגודה וייבחרו על ידי חבר הנאמנים כחברים בחבר הנאמנים.
המספר הכולל של חברי חבר הנאמנים לא יעלה על 120, אך מספר זה אינו כולל את החברים בתוקף תפקידם, כאמור בס"ק ב. להלן.

**ב.** חברי האגודה יהיו כמו כן בעלי התפקידים שניהם על פי תקנות אלה חברי חבר הנאמנים בתוקף תפקידם. כל חברי האגודה כאמור ייקראו בתקנות אלה "הנאמנים".

*תיקון ח* **ג.** החל מחודש תמוז תשל"ז כל חבר הנבחר לחבר הנאמנים, נבחר לתקופה של שלוש שנים ויהיה כשר להציג את מועמדותו לבחירה בתום תקופה זו וכן מתקופה לתקופה.

**ד.** תנוהל באגודה רשימה של הנאמנים אשר תכלול את שמו, מענו, משלח ידו ותאריך מינויו או בחירתו של כל חבר, כן יצויין ברשימה אם מונה או נבחר מכח תפקידו ואם נבחר לתקופה מוגבלת, ותאריך פקיעת מינויו או חברותו.

**.6 הפסקת חברות:**

אדם יחדל להיות חבר באגודה בכל אחד מהמקרים הבאים:

**א.** אם נפטר או הינו פסול דין.

**ב.** אם הודיע לאגודה על הפסקת חברותו.

*תיקון י* **ג.** אם החליט חבר הנאמנים להפסיק את חברותו, עקב אי השתתפות במשך שלוש שנים באסיפות חבר הנאמנים.

*תיקונים ז, יג* **ד.** אם הינו חבר מכח היותו נגיד, נשיא, או יו"ר אגודת הבוגרים, עם הפסיקו לכהן בתפקידו.

**ה.** אם נבחר לתקופה מוגבלת – עם תום תקופת בחירתו.

*תיקון ח* **ו.** אם עבר עבירה שיש עמה קלון, או התנהגות שאינה הולמת את מטרות האוניברסיטה ואופיה, וחבר הנאמנים החליט להפסיק את חברותו לאחר שניתנה לו הזדמנות נאותה להשמיע טענותיו על ידי יו"ר חבר הנאמנים.

**.7 הכנסות האגודה:**

הכנסות האגודה תבואנה מהמקורות הבאים:

**א.** מיסי חברים.

**ב.** תרומות והקצבות מהממשלה, מהסוכנות היהודית לא"י, מרשויות מקומיות, ממוסדות, מיחידים וממקורות אחרים.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

**ג.**    עזבונות, הנחלות, הקדשות, מתנות ודומיהם.

**ד.**    הכנסות מממפעלים מיוחדים של האגודה ו/או של שוחרי האוניברסיטה.

**ה.**    הכנסות מרכוש האגודה.

**ו.**    הכנסות ממקורות אחרים.

**8.**    **מוסדות האגודה:**

לאגודה יהיו המוסדות הבאים:

*תיקונים*    **א.**    חבר הנאמנים, אשר ישמש כאסיפה כללית של האגודה.
*ז, ח*

**ב.**    מועצת המייסדים.

**ג.**    הוועד המנהל.

**ד.**    הסינט.

*תיקון ח*    **ה.**    וועדת קבע אשר תפעל לפי הסמכויות שתוקננה לה מפעם לפעם על ידי
חבר הנאמנים או הוועד המנהל.

*תיקונים*    **ו.**    וועדות או גופים אחרים שיוחלט על הקמתם על ידי חבר הנאמנים או על
*ג, ט*    ידי הוועד המנהל – אשר יהיו רשאים להעביר להם מסמכויותיהם פרט
לסמכויות עפ"י סעיף 14.ב.1-ו.-ג. לתקנות אלו.

*תיקון א*    **ז.**    וועדת הסגל האקדמי שהסינט יחליט על הקמתן שיטפלו בעניינים שהם
בסמכותו של הסינט.

*תיקון ג*    **ח.**    **1.**    חבר הנאמנים או הוועד המנהל יהיו רשאים למנות מידי פעם בפעם
וועדות כאמור בסעיף קטן ו. לסעיף זה, שתהייינה קבועות או אד-
הוק, ואשר תפעלנה על פי הסמכויות כפי שהוגדרו בהחלטה הממנה
ובכפוף לאמור להלן בסעיף קטן זה.

**2.**    וועדה כאמור בסעיף קטן ו. לסעיף זה, יכול שתכלול אנשים שאינם
חברי חבר הנאמנים או הוועד המנהל ובלבד שבכל מקרה יהיו
לפחות שלושה רבעים מחברי הוועדה חברים בחבר הנאמנים או
בוועד המנהל ויושב הראש בכל ישיבה של הוועדה יהיה תמיד חבר
חבר הנאמנים או הוועד המנהל.

**3.**    נתקבלה בוועדה כאמור בסעיף משנה 2. לסעיף קטן זה החלטה
ברוב קולות, יהיה כל חבר בוועדה שהינו חבר בחבר הנאמנים או
בוועד המנהל, רשאי להודיע מיד לאחר קבלת החלטה כאמור, אם
נוכח באותה ישיבה, או, אם לא נוכח באותה ישיבה, תוך 14 ימים
מתאריך קבלת ההחלטה, כי ברצונו להביא את השאלה שהוחלט
בה כאמור לאישור הוועד המנהל ובמקרה זה לא תהא החלטה
שנתקבלה כאמור בת-תוקף עד שיוחלט בה ע"י הוועד המנהל ועל
פי החלטתו.

תקנון תקף
ב' שבט תשס"ג  (5.1.2003)

9. **נושאי התפקידים:**

תיקון ח    א.    1.    חבר הנאמנים רשאי לבחור נגיד אחרי התייעצות עם הסינט. הנגיד ייבחר לתקופה של שלוש שנים, וניתן לבחרו מחדש לתקופות של שלוש שנים כל אחת.

תיקון ב    2.    נגיד האוניברסיטה (להלן: "הנגיד") שהינו הראש הייצוגי של האוניברסיטה ונציגה הראשי כלפי חוץ, יישב ראש באירועים הפומביים ובטקסים האקדמאיים של האוניברסיטה.

תיקון ט    3.    הרב פרופ' י.ח. לוקשטיין ז"ל היה הנגיד הראשון של האוניברסיטה.

תיקון ז    4.    הנגיד, בתוקף תפקידו, הוא חבר חבר הנאמנים, מועצת המייסדים והסינט.

תיקונים    5.    הנגיד או הנשיא יחתמו על כתבי מינוי, קביעות והעלאות בדרגה של
ה, ז    חברי הסגל האקדמי האקדמי שהם אושרו על ידי הגופים המוסמכים של האוניברסיטה.

תיקונים    6.    לא מונה נגיד או בתקופת העדרו של הנגיד מישראל, ימלא הנשיא
ה, ז    את כל תפקידיו. אולם הנשיא יהיה רשאי למסור לרקטור את הסמכות האמורה בסעיף משנה 5. לסעיף זה לתקופה שתיקבע על ידו.

תיקונים    ב.    יו"ר חבר הנאמנים הנבחר על ידי חבר הנאמנים. יו"ר חבר הנאמנים
ז, ט    הראשון היה מר פיליפ סטולמן ז"ל.

תיקונים    ג.    סגן או סגני יו"ר חבר הנאמנים הנבחרים על ידי חבר הנאמנים.
ז, ח    כסגן ראשון של יו"ר חבר הנאמנים היה הרב צמח זמברובסקי ז"ל.
יו"ר הוועד המנהל יכהן כסגן יו"ר חבר הנאמנים בתוקף תפקידו.

תיקון ט    ד.    יו"ר מועצת המייסדים הנבחר על ידי מועצת המייסדים מתוך חבריה.
יו"ר מועצת המייסדים הראשון היה השר חיים משה שפירא ז"ל.

ה.    סגן יו"ר מועצת המייסדים הנבחר על ידי מועצת המייסדים מתוך חבריה
וזאת אם באם מועצת המייסדים תחליט לבחור בסגן יו"ר.

תיקונים    ו.    1.    נשיא האוניברסיטה (להלן: "הנשיא") כראש המוסד, ינהל את ענייני
ב, ז, ט    האוניברסיטה וישתמש בסמכויות שהעניק לו חבר הנאמנים,
בהתאם לסמכויותיו לפי תקנות אלה, או בהתאם לסמכויות
שתוענקנה לו על פי החלטות של הגופים המוסמכים.
הנשיא הראשון היה פרופ' פנחס חורגין ז"ל.

תיקון יב    2.    הנשיא ייבחר וימונה על ידי חבר הנאמנים אחרי התייעצות עם
הסינט לתקופה של שלוש שנים וניתן לבחרו מחדש לתקופות של
שלוש שנים כל אחת. מקום מושבו של הנשיא יהיה בישראל. על אף
האמור לעיל ועל מנת שתקופת כהונתו של נשיא תחל בראשית שנה
אקדמית, תוארך תקופת כהונתו של נשיא המסיים את תפקידו
באמצע השנה עד לתחילת השנה האקדמית הקרובה. תוקף הוראה
זו מיום כ' בסיון תשס"א – 11.6.2001.

תקנון תקף
ב' שבט תשס"ג  (5.1.2003)

**.3** הנשיא הוא אשר יביא לאישור הגופים המוסמכים, לפי הענין, הצעות בדבר הקמת מחלקה או פקולטה חדשה, תכנית לימודים מיוחדת, או ביטול אחת מאלה, תקציב רגיל, תקציב פיתוח וכל ההחלטות החורגות מן השגרה וכרוכות בשאלות מדיניות של האוניברסיטה, בהתאם לתקנות אלה.

**.4** הנשיא ידווח לחבר הנאמנים ולוועד המנהל על מצב האוניברסיטה, ועל כל הפעולות שבוצעו או תוכננו בהתאם להחלטות הגופים המוסמכים, על כל הבעיות הטעונות פתרון ועל כל התכניות שמבחינת האוניברסיטה נחוץ או חשוב או רצוי לבצען. הנשיא יהיה המקשר בין כל הרשויות של האוניברסיטה ובין הוועד המנהל.

*תיקון יג* **.5** הנשיא, בתוקף תפקידו הוא חבר בזכויות מלאות בחבר הנאמנים, בוועד המנהל, במועצת המייסדים ובסינט.

*תיקון ה* **.6** הנשיא יהיה יו"ר הוועדה לאישור מינויים, קביעות, והעלאות בדרגה של חברי הסגל האקדמי מדרגת מרצה ומעלה.
הוועדה לאישור מינויים תהיה מורכבת כדלקמן: הנשיא – יו"ר, שני חברים שימונו על ידי הוועד המנהל ושני חברים מהסגל האקדמי שימונו על ידי הסינט. הנגיד, ובהעדרו – הרקטור, יחתום על הודעות המינוי, הקביעות וההעלאות בדרגה לאחר אישורם כאמור.

**.7** הנשיא יהא רשאי למנות פרופ' פורש לעבודת מחקר על פי המלצת הסינט.

**.8** מינויי דיקאנים, ראשי מחלקות ומנהלי מכון, ייעשו אחרי התייעצות עם הנשיא.

**.9** הנשיא רשאי לכנס ישיבה של חבר הנאמנים לאחר התייעצות עם יו"ר חבר הנאמנים.

**.10** הנשיא אחראי לביצוע כל החלטות הגופים האדמיניסטרטיביים והוא רשאי להעביר את סמכויותיו, כולן או מקצתן, אך מבלי לגרוע מאחריותו בהתאם לתקנות אלה.

*תיקון ז* **.11** הנשיא יהא רשאי להשתתף בוועדות המשנה של הוועד המנהל, ולכנסן לפי הצורך. החלטה של ועדת משנה, שהנשיא מתנגד לה, תובא לדיון מחדש בוועד המנהל או בחבר הנאמנים.

**.12** הנשיא ישתתף בתוקף תפקידו בוועד ראשי האוניברסיטאות ובהופעות ייצוג בשם האוניברסיטה כלפי משרדי הממשלה וכלפי גופים אחרים.

**.13** בתקופת העדרו של הנשיא מישראל הוא רשאי להעביר את תפקידיו האקדמיים לרקטור ואת תפקידיו האדמיניסטרטיביים – למנהל הכללי.

**.14** לא ימונה או לא יהיה נשיא בזמן מן הזמנים, לא יחולו הסעיפים בתקנות אלו המתייחסים לנשיא והסמכויות המוקנות לנשיא

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

8

בתקנות אלו יהיו לנגיד או ליו"ר חבר הנאמנים או לרקטור, כפי
שיקבע חבר הנאמנים או הוועד המנהל מפעם לפעם, או כפי שתקבע
ועדה שמונתה על ידם.

**ז.** רקטור האוניברסיטה נבחר על ידי הסינט. תקופת כהונתו של הרקטור *תיקון א*
וסדרי בחירתו ודרכיה ייקבעו בתקנון שיותקן על ידי הסינט (להלן:
"תקנון הסינט").

**ח.** פרו-רקטור. בתפקיד זה ישמש הרקטור מתום תקופת כהונתו ועד תום *תיקון ז*
תקופת כהונתו של הרקטור שלאחריו.

**ט.** חבר הנאמנים יהיה רשאי למנות סגן או סגנים לנשיא לתפקידים *תיקונים*
מוגדרים. חבר הנאמנים או הנשיא, באישורה של ועדת הקבע, יהיה *ו, ז, ט*
מוסמך לקבוע את סמכויותיהם של סגן או סגני הנשיא או לשנותם מזמן
לזמן. אישור ועדת הקבע, האמור בסעיף קטן זה, ייחשב לכל ענין
כהחלטה של ועדת הקבע הנתונה לערעור לפי נוהלי ועדת הקבע.

**י.** נושאי תפקידים אחרים שיוחלט על מינויים או בחירתם על ידי חבר
הנאמנים.

**יא.** לא יבחר ולא ימונה אדם כנושא תפקיד באגודה, אלא אם הוא יהודי
דתי, ירא שמיים ושומר מצוות.

**.10 חבר הנאמנים:**

**א.** חבר הנאמנים הינו המוסד העליון של האגודה והוא מוסמך, בכפיפות *תיקון ז*
למטרות האגודה ולאמור בתקנות אלה, להתוות את המדיניות הכללית
של האגודה, לאשר את תקציבה השנתי ובדרך כלל להשתמש בכל
הסמכויות והכוחות המסורים לאגודה ולהפעילם וזאת במידה וסמכויות
וכוחות כאלה אינם מסורים למועצת המייסדים או לסינט או למוסד
אחר של האגודה. כן יהיה זה מסמכותו של חבר הנאמנים בהתייעצות עם
הסינט להחליט על הקמת פקולטות ומחלקות חדשות או על ביטולן של
פקולטות ומחלקות קיימות.

**ב.** חבר הנאמנים יכונס על ידי יו"ר חבר הנאמנים או על ידי הוועד המנהל *תיקונים*
או ממלא מקומו, או על ידי הנגיד או הנשיא לאחר התייעצות עם יו"ר *ד, ח, ט*
חבר הנאמנים, לפחות אחת לשנה. כל אחד מן הנ"ל חייב לכנס אסיפת
חבר הנאמנים שלא מן המניין לפי דרישת: א) ועדת הקבע; ב) ועדת
הביקורת; ג); עשרה מחברי האגודה, לאחר התייעצות עם יו"ר חבר
הנאמנים.

**ג.** שליש מחברי חבר הנאמנים יהוו מנין חוקי באסיפות הכלליות של חבר *תיקון י*
הנאמנים אולם באסיפה נדחית יהוו מנין חוקי כל מספר נוכחים.

**ד.** כל החלטה החתומה על ידי 75% ממספר חברי חבר הנאמנים לפחות,
תחשב כהחלטה שנתקבלה כחוק על ידי חבר הנאמנים.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

| תיקונים | ה. | מי שיכהן מפעם לפעם כיו"ר אגודת הבוגרים של האוניברסיטה, יהיה |
| ז, יג | | חבר בחבר הנאמנים בתוקף תפקידו. |

## 11. מועצת המייסדים:

**תיקון א** **א.** מועצת המייסדים תהיה מורכבת מ-14 מייסדים, מחציתם תושבי ישראל ומחציתם שאינם תושבי ישראל. כל המייסדים יהיו בתוקף תפקידם חברי חבר הנאמנים. הרקטור והפרו-רקטור ייחשבו בתוקף תפקידם כחברי מועצת המייסדים.

**ב.** שבעת המייסדים הלא ישראלים של מועצת המייסדים יהיו תושבי ארצות-הברית של אמריקה, קנדה, אירופה, ו/או מדינות אחרות שיש בהן ארגון של ידידי אוניברסיטת בר-אילן.

**תיקון ט** **ג.** מספר המייסדים הנקוב בס"ק א. לסעיף זה אינו כולל את החברים בתוקף תפקידם על פי תקנות אלו.

**ד.** אדם יחדל להיות מייסד בכל אחד מן המקרים הבאים: -

1. אם נפטר או נעשה פסול דין.

2. אם הודיע ליושב ראש מועצת המייסדים על הפסקת חברותו.

3. אם החליטה מועצת המייסדים ברוב של 75% מחבריה להפסיק את חברותו.

**ה.** התפנה מקום של מייסד ישראלי במועצת המייסדים ייבחר אחר במקומו על ידי אסיפת המייסדים הישראלים.

**ו.** נתפנה מקום של מייסד לא ישראלי במועצת המייסדים ייבחר אחר במקומו על ידי אסיפת המייסדים הלא-ישראלים.

**ז.** לא ייבחר אדם בתור מייסד אלא אם הוא יהודי דתי, ירא שמיים ושומר מצוות.

**תיקון ט** **ח.** ישיבות מועצת המייסדים תכונסנה על ידי יו"ר מועצת המייסדים או על ידי סגן יו"ר מועצת המייסדים, או על ידי הנגיד או על ידי הנשיא.

**ט.** רוב חברי מועצת המייסדים מהווים מנין חוקי בישיבותיה ובישיבה נדחית יתהווה המנין החוקי בכל מספר נוכחים.

**י.** כל החלטה החתומה על ידי רוב המייסדים הישראלים ועל ידי רוב המייסדים הלא ישראלים תחשב כהחלטה שנתקבלה כחוק על ידי מועצת המייסדים.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

**יא.** יהיה זה מסמכותה הייחודית של מועצת המייסדים לדון ולהחליט בעניינים הבאים:

*תיקון א* **1.** עניין שעשוי להשפיע בין במישרין ובין בעקיפין, על הניהול הרוחני של האוניברסיטה או שעלול לפגוע בהגשמתן ובהשגתן של מטרות האגודה כפי שהן הוגדרו בסעיף 3. לתקנות אלה, אולם אם העניין הוא בסמכותו של הסינט יחולו לגביו הוראות סעיף קטן יב.2. לסעיף זה.

*תיקון ו* **2.** מכירה, מסירה, העברה, או שעבוד של רכוש האגודה כולו או רובו.

**יב.** **1.** אם חבר הנאמנים או מוסד אחר של האגודה יקבל החלטה, אשר לדעת שלושה נאמנים נוגעת לפחות לעניין שהוא בסמכות הייחודית של מועצת המייסדים בהתאם לסעיף קטן יא. לסעיף זה, כי אז תובא החלטה כזו לדיון בחזור באסיפת מועצת המייסדים שתכונס על ידי יו"ר מועצת המייסדים תוך 30 יום מיום שיתבקש לכך על ידי שלושת הנאמנים הנ"ל ובאסיפה כזו תהיה מועצת המייסדים רשאית להכניס כל שינוי או תיקון בהחלטה כפי שיראה למועצת המייסדים. אולם אם לא יוכנס שינוי או תיקון כאמור תחשב ההחלטה כאילו אושרה על ידי מועצת המייסדים.

**2.** אם הסינט יקבל החלטה בעניינים המסורים לסמכותו אשר לדעת שלושה נאמנים עלולה לפגוע באופיה הדתי של האוניברסיטה או בהנהלתה הרוחנית במתכונת דתית, תובא ההחלטה לדיון באסיפת מועצת המייסדים.

אם החליטה מועצת המייסדים שיש לשנות את ההחלטה תביא מועצת המייסדים את החלטתה בפני הסינט. אם הסינט עומד על החלטתו יימסר הדבר להכרעתה של ועדה אשר תורכב משני חברים שייקבעו על ידי הסינט (ובינהם הרקטור) ומשני חברים שייקבעו על ידי מועצת המייסדים ושתכונס תוך שלושה חודשים מיום שהסינט יודיע כי הוא עומד על החלטתו.

נחלקו הדעות שווה בשווה יצטרף לוועדה הרב יוסף לוקשטיין אשר ישמש גם כראש הוועדה. הוועדה הנ"ל רשאית להכניס כל שינוי או תיקון בהחלטה כפי שיראה לה. סמכותו של ד"ר יוסף לוקשטיין להצטרף לוועדה ולשמש כיו"ר תפוג ב- 31.12.1971, ובמקומו יבוא מי שייקבע על ידי הוועדה ברוב דעות.

**3.** הובאה החלטת הסינט לדיון מועצת המייסדים כאמור לעיל לא תבוצע ההחלטה עד אשר תחליט בה הוועדה הנזכרת בפסקה 2. לסעיף קטן זה.

**יג.** מבלי לגרוע מהאמור בסעיף קטן יב. לסעיף זה, יהיה יו"ר או סגן יו"ר חבר הנאמנים, או כל שלושה נאמנים שהם, רשאים לפי שיקול דעתם המוחלט, להגיש מראש למועצת המייסדים, כל החלטה שעומדת להיות מוצעת לדיון בפני חבר הנאמנים ואשר לדעת המגישים נוגעת לעניין שהוא בסמכותה הייחודית של מועצת המייסדים בהתאם לסעיף קטן יא. לסעיף זה והחלטת מועצת המייסדים בעניין כזה תחייב את האגודה לכל עניין.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

### 12.    הוועד המנהל:

*תיקון יג*    **א.**    הוועד המנהל מורכב מחברי הנאמנים שהם תושבי ישראל ושאינם
מקבלים שכר מן האוניברסיטה (להלן: "הנאמנים הישראליים"). אולם
באסיפות הוועד המנהל יהיו רשאים להשתתף גם נאמנים אחרים בעת
שהותם בישראל.

**ב.**    הוועד המנהל יבצע את החלטות חבר הנאמנים ובתקופות שבין אסיפה
לאסיפה של חבר הנאמנים הוא משמש כמורשה של חבר הנאמנים למלא
את כל הסמכויות והכוחות המסורים לחבר הנאמנים על פי תקנות אלה
פרט לסמכויות המסורות לחבר הנאמנים על פי הסעיפים 9. ו- 14.
לתקנות אלה.

*תיקון ט*    **ג.**    יו"ר הוועד המנהל ייבחר על ידי הוועד המנהל מתוך חבריו. יושב הראש
הראשון של הוועד המנהל היה השר חיים משה שפירא ז"ל.

*תיקון ז*    **ד.**    אדם יחדל להיות חבר בוועד המנהל בקרות אחד מהמקרים המפורטים
בסעיף 6.א. – ו. לתקנות אלה.

**ה.**    רוב חברי הוועד המנהל מהווים מנין חוקי בישיבות הוועד המנהל
ובישיבה נדחית יתהווה המנין החוקי בכל מספר נוכחים.

*תיקון ט*    **ו.**    ישיבות הוועד המנהל תכונסנה על ידי יו"ר הוועד המנהל או לפי סדרי
נוהל ותקנון שייקבעו על ידי הוועד המנהל מפעם לפעם.

**ז.**    כל החלטה החתומה על ידי 75% מחברי הוועד המנהל לפחות, תחשב
כהחלטה שנתקבלה כחוק ע"י הוועד המנהל.

### 13.    הסינט:

*תיקון א*    **א.**    הסינט יהיה מורכב מהנגיד, מהנשיא, מהרקטור, מהדיקנים, מחברי
הסגל האקדמי בדרגת פרופ' מלא ומנציגי הדרגות פרופ' חבר, מרצה
ראשי ומרצה כפי שייקבע בתקנון הסינט.

**ב.**    הסינט יחליט בעניינים האקדמאיים של האוניברסיטה.

**ג.**    העניינים האקדמאיים הם: קביעת תכנית הלימודים, הפיקוח עליה,
הדרישות להתקבל לאוניברסיטה, הדרישות להענקת תארים מתקדמים
על ידי האוניברסיטה, המשמעת האקדמית, המלצה למינוי חברי סגל
ההוראה, להעלאתם בדרגה ולפיטוריהם ועניינים אחרים כיו"ב.

**ד.**    דרכי השימוש בסמכויות הסינט וביצוע תפקידיו וסדרי הדיון בהן ייקבעו
בתקנון הסינט.

### 14.    שינוי תקנות ופרוק:

**א.**    מטרות האגודה אינן ניתנות לשינוי.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

**תיקונים ב.** שינוי תקנה מתקנות אלה טעון החלטה של חבר הנאמנים שהתקבלה
**ט, יא** בהחלטת האסיפה הכללית של חבר הנאמנים בה נכחו לפחות שליש
מחברי חבר הנאמנים וברוב של שני שלישים מקולות המשתתפים
בהצבעה, כולל נמנעים. תוקף השינוי מותנה באשרור בכתב של 75%
ממספר הנאמנים לפחות ובאישור בכתב של 75% מהמייסדים
הישראלים ו- 75% מהמייסדים הלא-ישראלים, לפחות.

**ג.** החלטה על פירוק האגודה טעונה החלטה של חבר הנאמנים שנתקבלה
ברוב של שני שליש מכלל מספר הנאמנים לפחות והחלטה של מועצת
המייסדים הישראלים שנתקבלה על ידי רוב של שני שליש מהמייסדים
הישראלים ועל ידי רוב של שני שליש מהמייסדים הלא-ישראלים לפחות.

### 15. חתימות וחותם:

**תיקון י** **א.** זכות החתימה בשם האוניברסיטה תהא מסורה לאנשים שיוסמכו לכך
על ידי הוועד המנהל או ועדת הקבע מפעם לפעם. ההסמכה יכולה שתהא
כללית, מוגבלת, מיוחדת או מסוייגת, הכל כפי שיקבע הוועד המנהל. כל
עוד לא יקבע הוועד המנהל אחרת תהא זכות החתימה בשם
האוניברסיטה מסורה ליו"ר הוועד המנהל ביחד עם חבר אחר של הוועד
המנהל או ביחד עם המנהל הכללי של האוניברסיטה או ביחד עם נשיא
האוניברסיטה, או ביחד עם סגן המנהל הכללי לכספים של
האוניברסיטה.

**ב.** שום מסמך לא יחייב את האגודה אלא אם חתמו עליו האנשים הזכאים
לחתום בשם האגודה והוטבע עליו החותם.

### 16. הגוף המבקר:

כל סעיף 16. תוקן בתיקון ט.

**א.** הגוף המבקר בתקנון זה הינו ועדת ביקורת, ואולם רשאי חבר הנאמנים
באסיפה הכללית להחליט כי במקום ועדת ביקורת ימונה רואה חשבון או
גוף אחר שאושר לעניין זה בידי רשם העמותות.

**ב.** הגוף המבקר יבדוק את ענייניה הכספיים והמשקיים של העמותה ואת
פנקסי החשבונות שלה, ויביא בפני האסיפה הכללית של חבר הנאמנים
את המלצותיו לעניין אישור הדין והחשבון הכספי.

**ג.** הגוף המבקר ייבחר באסיפה הכללית הרגילה של חבר הנאמנים.

**ד.** לא יכהן אדם בעת ובעונה אחת כחבר הגוף המבקר וכחבר הוועד.

**ה.** הגוף המבקר יכהן מעת הבחרו באסיפה הכללית של חבר הנאמנים ועד
שאסיפה כללית אחרת תבחר בגוף מבקר חדש, חבר הגוף המבקר היוצא
יכול להיבחר לגוף המבקר החדש.

**ו.** ועדת ביקורת יכולה שתמנה חבר אחד בלבד.

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

*תיקון י*   **ז.**   חבר הגוף המבקר רשאי בכל עת להתפטר מתפקידו על ידי הודעה בכתב
ליו"ר חבר הנאמנים, חבר הגוף המבקר יחדל לכהן באחד מן המקרים
דלהלן :

*תיקון י*        **1.**   אם הוא חבר בחבר הנאמנים, כאשר יחדל להיות חבר בו.

            **2.**   אם הודיע בכתב על התפטרותו מחברות בגוף המבקר.

            **3.**   אם האסיפה הכללית של חבר הנאמנים בחרה במקומו חבר אחר
לגוף המבקר.

        **ח.**   הגוף המבקר ינהל פרוטוקול של ישיבותיו והמלצותיו.

        **ט.**   החלטות הגוף המבקר, אם מנה למעלה מחבר אחד, יתקבלו ברוב קולות
המצביעים. היו הקולות שקולים, תיחשב ההחלטה כאילו נדחתה.
החלטה בכתב חתומה על ידי כל חברי הגוף המבקר תיחשב כהחלטה
שנתקבלה כדין בישיבות הגוף המבקר.

        **יא.**   נתפנה מקום בגוף המבקר, רשאים החברים הנותרים או החבר הנותר
להמשיך לפעול כגוף מבקר, אלא אם היה הגוף המבקר מורכב מאדם
אחד.

        **יב.**   לא יכהן כחבר הגוף המבקר מי שמשרת את העמותה בשכר שלא כחבר
הגוף המבקר ולא מי שמכהן כחבר ועד.

        **17.**   **שונות:**

        **א.**   האגודה תתנהל שלא על מנת להפיק רווחים.

        **ב.**   שנת הכספים של האגודה תהיה כפי שיקבע חבר הנאמנים.

        **ג.**   האגודה לא תהיה זכאית לחלק רווחים או טובות הנאה אחרות בין
חבריה.

*תיקון 7*   **ד.**   במקרה של פרוק האגודה ישמש רכושה למטרות הדומות למטרותיה
וחבריה לא יהיו זכאים לקבל כל חלק שהוא מרכושה.

        **ה.**   הודעה על אסיפה או ישיבה של חבר הנאמנים או של מועצת המייסדים
תינתן לפחות 14 יום מראש ואילו הודעה על אסיפה או ישיבה של מוסד
אחר ממוסדות האגודה תינתן לפחות שלושה ימים מראש.
הנאמנים, המייסדים וכן חברי כל מוסד אחר של האגודה רשאים לוותר
על הצורך במשלוח ההודעה המוקדמת.

ההודעה על כינוס אסיפה או ישיבה תפרט את מקום האסיפה או הישיבה
ואת מועדה וכן את מהותו הכללית של כל ענין מיוחד העומד על סדר
היום ותשלח במכתב רשום או על ידי שליח לכל אדם הזכאי להשתתף
באסיפה או בישיבה. הודעות למי שאינם תושבי ישראל תשלחנה בדואר
אויר או במברק. אם באורח מקרי לא ניתנה הודעה כאמור לחבר כלשהו
או שלא נתקבלה על ידי חבר כלשהו, לא יהיה בכך כדי לפסול את
ההליכים באסיפה או בישיבה או את ההחלטות שנתקבלו בה.

תקנון תקף
ב' שבט תשס"ג  (5.1.2003)

| | |
|---|---|
| **תיקונים** | **ו.** חבר הנאמנים יהיה ראשי לבחור אנשים כחברי כבוד של חבר הנאמנים. |
| **ח, ו, יג** | חברי הכבוד יוזמנו לכל אירוע, כפי שיחליט יו"ר חבר הנאמנים או יו"ר |

חברי הכבוד יוזמנו לכל אירוע, כפי שיחליט יו"ר חבר הנאמנים או יו"ר הוועד המנהל, או הנגיד או הנשיא בארוח כולל זכות להצביע באסיפות חבר הנאמנים, הוועד המנהל או בכל גוף אחר של האגודה. חברי הכבוד ייבחרו לתקופה של שלוש שנים ויהיה ניתן לבחור בהם לתקופות כהונה נוספות. חבר הנאמנים רשאי לקצוב תקופת כהונה קצרה משלוש שנים לחבר כבוד כולל חברים המכהנים במועד קבלת החלטה זו.

כסלו תשס"ג – נובמבר 2002

תקנון תקף
ב' שבט תשס"ג (5.1.2003)

## תאריכי התיקונים לתקנון העמותה

| | | |
|---|---|---|
| תיקון א | תשל"א | (29.6.1971) |
| תיקון ב | תשל"ג | (29.6.1973) |
| תיקון ג | תשל"ד | (26.6.1974) |
| תיקון ד | תשל"ה | (25.6.1975) |
| תיקון ה | תשל"ו | (30.6.1976) |
| תיקון ו | תשל"ז | (29.6.1977) |
| תיקון ז | תשמ"א | (7.7.1981) |
| תיקון ח | תשמ"ב | (30.6.1982) |
| תיקון ט | תשמ"ה | (3.7.1985) |
| תיקון י | תשנ"א | (27.6.1991) |
| תיקון יא | תשנ"ו | (6.6.1996) |
| תיקון יב | תשס"א | (11.6.2001) |
| תיקון י"ג | תשס"ב | (21.5.2002) |

# נספחים

(הנספחים הושמטו)

## נספח א'

חברי חבר הנאמנים

_____

## נספח ב'

חברי מועצת המייסדים

(נספח זה בוטל בתיקון ט)

_____

## נספח ג'

חברי הוועד המנהל

(נספח זה בוטל בתיקון יג)