# EXHIBIT 3

האוניברסיטה העברית בירושלים
THE HEBREW UNIVERSITY OF JERUSALEM

# THE CONSTITUTION

## of

# THE HEBREW UNIVERSITY OF JERUSALEM

Following amendments by the Senate, the Executive
Committee and the Board of Governors of the University
at meetings in November 2005 - June 2006

# THE CONSTITUTION
## OF
## THE HEBREW UNIVERSITY OF JERUSALEM
### (Consolidated Version)

### PREAMBLE

WHEREAS in pursuance of the Zionist aspiration of the Jewish people, the Hebrew University was established in Jerusalem in 1925 for the encouragement and promotion of learning and research in all branches of knowledge, and

WHEREAS there was formed in Palestine an association under Ottoman Law, known as the Hebrew University Association, for the purpose of maintaining and promoting the said University (hereinafter referred to as "the University") and enlisting the support of the Jewish people for its maintenance and development, and

WHEREAS in pursuance of the Council for Higher Education Law 5718-1958, the University has been approved as a recognized institution and has, by virtue of the Law, been constituted a "corporation" with all the rights and obligations thereof and with the liberty to conduct its academic and administrative affairs,

THEREFORE it is desired to give the University a Constitution which shall prescribe the conduct of its academic and administrative affairs, and give expression to the joint responsibilities of the people of Israel and of the Jews outside Israel for the establishment and growth of the University.

And this is the Constitution:

### THE UNIVERSITY

1. The University shall bear the name of האוניברסיטה העברית בירושלים (The Hebrew University of Jerusalem).

2. The University shall be open to all persons without distinction of race, sex, religion, political or other opinion, national or social origin, property, birth or other status.

### OBJECTIVES

3. The objectives of the University are to promote and cultivate Jewish studies, the study of humanities, arts, science and all other branches of learning, and to provide for research and instruction and any other means for the advancement and dissemination of these subjects.

4. Hebrew shall be the language of instruction, but for special subjects or under special circumstances pursuant to regulations which may be adopted, it is permissible to deviate from this rule.

**POWERS**

5.  The University shall have the following powers:
    (1)  To establish Faculties, Schools and Institutes;
    (2)  To apply the results of research for general purposes;
    (3)  To institute such academic, administrative and other posts as may from time to time be required, and to appoint the holders thereof;
    (4)  To appoint examiners and hold examinations and to grant and confer degrees, diplomas, certificates and other academic qualifications to and on persons who, having pursued a course of studies provided or approved by the University, shall have passed the examinations and complied with all other requirements of the University;
    (5)  To confer honorary degrees or other distinctions on persons approved by the University, and under the conditions which may be prescribed;
    (6)  To confer degrees on any members of the academic staff of the University or on other persons in recognition of research and instruction;
    (7)  To provide lectures and instruction;
    (8)  To create and confer fellowships and prizes;
    (9)  To examine and inspect schools and other educational institutions;
    (10) To cooperate with other universities or institutions of higher education, and to affiliate to or incorporate in the University, or to recognize either in whole or in part, any college or institution, or the members or students thereof, upon such terms and conditions as the University may determine;
    (11) To establish and maintain a University Press for the publications of books, pamphlets and periodicals calculated to promote learning;
    (12) To admit students and demand and receive such tuition and other fees as may be prescribed by the University, and vary such fees on economic or other grounds;
    (13) To institute and maintain or license halls, hostels and refectories for students and members of the academic and administrative staffs of the University;
    (14) To encourage sport activities and to make arrangements for promoting the health and welfare of students and members of the academic and administrative staffs;
    (15) To supervise the discipline of students of the University and to enforce disciplinary measures;
    (16) To solicit and receive gifts, donations, membership fees, contributions, subscriptions, endowments, devises, bequests, trust-funds, subvention and grants-in-aid, and to administer, deal with or dispose of them for the advancement of the objectives of the University;
    (17) To do all or any of the acts and things which a company registered in Israel can do, insofar as the same are incidental or conducive to the attainment of the objects of the University.

**OFFICERS**

6. The Officers of the University shall be the President, the Rector and such other officers as may from time to time be prescribed by the Board of Governors.
   The manner of appointment of such Officers, their powers and functions and their terms of office, shall be prescribed by the Board of Governors, or in case of urgency by the Executive Committee, subject to the General Statutes.

7. The President is the Head of the University, responsible to the Board of Governors for the management of the University, its standards and quality, and for the fulfillment by the officers and other authorities of the University of their respective roles within the academic and administrative structure of the University. The President represents the University externally. All executive powers required for the management of the University are vested in the President, subject to the Constitution and the General Statutes.

8. The Rector is the academic head of the University and is vested with full powers in academic matters. In this capacity and subject to the Constitution and General Statutes, he is responsible to the Senate.

**AUTHORITIES**

9. The Board of Governors shall be the supreme Authority of the University. It shall supervise the management, affairs, concerns and property of the University, as may be prescribed by the General Statutes. The Board of Governors shall consider and authorize the annual budget of the University and approve its financial policy. It may also consider and adopt annual balance sheets, reports and financial estimates of the University. Generally, the Board may do all such acts and things as appear to it to be necessary or in the best interests of the University, subject to the provisions of this Constitution and the General Statutes.

10. The Executive Committee shall be composed of representatives of the Senate and representatives of the public. Subject to the powers and authority of the Board of Governors, the Executive Committee shall be responsible for the management, affairs and property of the University. The General Statutes shall prescribe and regulate the composition, powers and functions of the Executive Committee, and all other matters relating to the Executive Committee, which it may be thought proper so to prescribe and regulate.

11. The Board of Managers shall be composed as determined in the General Statutes. The Board of Managers shall have the powers and functions as stipulated in the General Statutes, or as delegated to it by the Executive Committee, whether in general or for a particular purpose; it shall also have the powers and functions of the Executive Committee during such period as that Committee does not convene, for any matter determined by the Chairman of the Board of Governors

3

or by the President as being urgent, subject to the power of the Executive Committee to reconsider this matter.

12. The Senate of the University shall, subject to the powers of the Board of Governors and of the Executive Committee, supervise the academic affairs of the University. The Senate shall control, regulate and be responsible for the maintenance of standards of instruction, education, research, examination and academic discipline within the University, and shall have the right to advise and make recommendations to the Board of Governors and the Executive Committee in all matters concerning the University. The General Statutes shall prescribe and regulate the composition, powers and functions of the Senate, and all other matters relating to the Senate, which it may be thought proper so to prescribe and regulate.

13. The Standing Committee of the Senate shall be composed of such persons as the Senate may from time to time determine, subject to the provisions of the General Statutes. The Standing Committee of the Senate shall exercise such powers and functions as the Senate may delegate to it from time to time, either generally or for specific purposes; and it may exercise the powers and functions of the Senate, during such period as that body does not convene, in any particular matter, if the Rector certifies in advance such matter to be urgent - subject always to the power of the Senate to reconsider in any such matter.

14. The Academic Policy Committee of the University shall, subject to the powers of the Board of Governors, the Executive Committee and the Senate, determine the academic policy of the University and ways of its implementation. The General Statutes shall prescribe the composition, powers and functions of the Academic Policy Committee.

15. There shall be such Faculties and Schools as may from time to time be determined by the Executive Committee on the recommendation of the Senate. The composition, powers and functions of Faculties and Faculty Boards shall be defined in the General Statutes, and the composition, powers and functions of Schools shall be fixed by regulations.

16. Convocation shall be composed of Officers of the University and of all the Graduates of the University who are registered as such. The composition, powers and functions of Convocation shall be prescribed by the General Statutes.

17. The composition, powers and functions of such other authorities as may from time to time be declared by the Board of Governors to be Authorities of the University shall be prescribed by the General Statutes.

4

**GENERAL STATUTES AND REGULATIONS**

18. The General Statutes shall provide for all matters which by this Constitution are to be prescribed by the General Statutes, and such other matters as the Board of Governors may determine. The General Statutes are those set out in the Schedule to this Constitution.

19. Any amendment of the General Statutes may be proposed by the Board of Governors, the Senate or the Executive Committee, and shall require for its validity resolutions of the three bodies by a simple majority of those present and voting; provided that, where any such amendment is passed by the Senate and the Executive Committee between sessions of the Board of Governors, it may, if the President and Rector certify the matter to be urgent, become effective until the next session of the Board; and provided further that, where any such amendment is passed either by the Senate or by the Executive Committee, and is rejected by the other, the Board of Governors may adopt such amendment with majority of two-thirds of the members present and voting.

20.   (a) Subject to the provisions of this Constitution and of the General Statutes and of any regulations which may be made under them, the authorities of the University may from time to time make or amend regulations to the following matters:
    (1)   their respective proceedings;
    (2)   the manner of executing their powers and functions;
    (3)   any other matter prescribed by the General Statutes.

  (b) Regulations made in accordance with this article, except those made by the Board of Governors or the Executive Committee, require the ratification of the Executive Committee, provided that the Executive Committee may, either generally or for specific regulations, exempt any body from the provisions of this sub-section.

21. Every Regulation, except as provided in Article 20, shall be published by affixing a copy on the notice Board of the University, and shall come into force on the date prescribed therein, or if no date be prescribed, on the day of its publication as aforesaid.

**MISCELLANEOUS**

22. Reference to the University in any document, whether executed before or after the coming into force of this Constitution, by any name other than האוניברסיטה העברית בירושלים (The Hebrew University of Jerusalem) but by which the University can be identified, shall be deemed to be a valid reference to the University.

23. Where any Authority of the University is by this Constitution or by the General Statutes given power to appoint committees, such committees shall, unless the General Statutes otherwise provide, consist of members of the Authority concerned, or of such members and such other persons as the Authority may think fit to

5

co-opt.

24. Subject to the provisions of the General Statutes, all vacancies among the members (other than ex-officio members) of any Authority or other body of the University shall as soon as practicable be filled by the Authority or body (as the case may be) which appointed, elected or co-opted the member whose place has become vacant, and the person appointed, elected or co-opted to a casual vacancy shall be a member of such Authority or body for the residue of the term for which the person whose place he fills would have been a member.

25. No act or decision of any Authority or other body of the University shall be invalidated merely by reason of the existence of any vacancies among its members; provided that the quorum prescribed for such Authority or other body by the General Statutes has not been affected by such vacancies.

26. No property or income of the University shall be used otherwise than for the attainment or furtherance of the objects of the University; and in the event of liquidation of the University, or in the event that the objects of the University can no longer be attained or furthered, the property of the University shall not be distributed to its Officers or the members of any of its Authorities, but shall be transferred to such body or institution, having objects similar to those of the University, as the Board of Governors may determine.

27. Any act or thing done before the coming into force of this Constitution and the General Statutes shall be deemed to be validly done if it was done in accordance with the provisions of this Constitution or the General Statutes appended hereto, or if it was done in accordance with the Constitution and General Statutes which were in force at the time, as the case may be.

28. This Constitution may be amended on the proposal of the Board of Governors, the Senate or the Executive Committee, and by a two-third majority of the members present and voting in the Senate and in the Executive Committee, and by a simple majority of members present and voting in the Board of Governors.

29. This Constitution, and any amendment thereof, shall come into force upon publication in Reshumot.

## THE SCHEDULE

## THE GENERAL STATUTES

### CHAPTER 1:  THE BOARD OF GOVERNORS

1. The Board of Governors (hereinafter referred to as "the Board") shall consist of appointed members (hereinafter referred to as "Governors") and ex-officio members as follows:

**Number of Governors**

2. The number of Governors shall from time to time be determined by the Board, but shall not exceed two hundred, excluding ex-officio members.

**Appointment of Governors**

3.  (a)    The appointment of Governors, whether members or associate members of the Board, shall be by way of addition to the Board in its free discretion.  Subject thereto, the Board shall have regard to the following principles:
    (1) Societies of Friends of the University providing substantial support to the University shall have a fair measure of representation;
    (2) The Students of the University shall be represented by the Chairman and Deputy Chairman of that organization of students which is recognized by the Executive Committee of the University as representing the student body of the University;
    (3) A fair measure of representation shall be accorded to scholars and scientists of renown, including professors emeriti of the Hebrew University;
    (4) A fair measure of representation shall be accorded to representatives of organizations other than Societies of Friends which give substantial assistance to the University in its work and also to distinguished individuals.
    (b)  One half of the total number of Governors shall be persons residing in Israel and the other half shall be persons residing abroad.  This requirement shall not apply to the following:
    (1) Ex-officio Governors;
    (2) Up to twenty of the Governors appointed under subsection 3(a)(3);
    (3) Up to ten of the Governors appointed under subsection 3(a)(4).

**Limitation**

4. No Governor, except for the ex-officio Governors and Governors who are University pensioners shall receive any remuneration from the University.  For purposes of this provision, reimbursement for actual expenses incurred as a Governor shall not be deemed remuneration.

## Ex-Officio Members

5. The ex-officio Governors shall be the Chairman and the Honorary Chairmen of the Board, the President, the Rector, the Chancellor, the Vice-Presidents, the Vice-Rector, the other academic members of the Executive Committee, and the Deans of the Faculties. The Deans of the Faculties are not eligible for election to the Executive Committee.

## Period of Office of Governors

6. (a) The period of office of a Governor shall be three years.
   (b) Any Governor who fails to attend two ordinary sessions of the Board shall cease to be a Governor, unless the Board resolves that he had sufficient reason for absence.
   (c) A retiring Governor shall act as Governor throughout the session at which he retires and shall be eligible for re-appointment. The period of his office shall be calculated from the date of his last appointment.
   (d) The Board may fill the vacated office of any Governor at the session at which he ceases to be a Governor.

## Age Limit for Governors and Associate Governors

7. Any person who is not a Governor or Associate Governor at the date of the adoption of this amendment by the Board, April 1st, 1981, shall not be eligible for appointment or re-appointment as a Governor or Associate Governor after he has reached the age of 75.

## Appointment of Associate Governors

8. Upon the appointment of a Governor or Governors by the Board on the nomination of a Society of Friends or of Convocation, or at any time thereafter, there may also be appointed, on such nomination, another person or persons as Associate Governor or Associate Governors; provided that the number of Associate Governors appointed on the nomination of the Society of Friends in Israel shall not exceed half of the number of Governors appointed on its nomination, and the number of Associate Governors appointed on the nomination of any Society of Friends abroad shall be equal to the number of Governors so appointed.

## Period of Office of Associate Governors

9. Associate Governors shall hold office for a period of three years, and shall be eligible for re-appointment. They shall receive full reports and invitations of the University sent to Governors, shall have the right to attend any meeting of the Board after their appointment and, in the absence of any of the Governors for whom they are alternates, shall be entitled to vote.

8

**Filling of Vacant Positions by the Executive Committee**

10. Any vacancy among the Governors or Associate Governors between two ordinary sessions of the Board may be filled by the Executive Committee from among the Associate Governors, or from other persons active in the affairs of the Hebrew University, and recommended by a Society of Friends one month before the next session of the Board. The person so appointed shall retire from office at the time at which the Governor in whose place he was appointed would have been subject to retirement.

**Honorary Governors**

11. The Board may appoint as Honorary Governors for life, persons who have made a substantial contribution or rendered eminent service to the University, to science, education, to the Jewish people or the State of Israel, Honorary Governors shall be invited to the meetings of the Board but shall not have the right to vote.

**Sessions of the Board**

12. (a) The Board shall meet in ordinary session once a year. It shall also meet in extraordinary session whenever the Chairman, in agreement with the majority of the Deputy Chairmen, finds this necessary, or on the requisition in writing of not less than one-quarter of the Governors and the ex-officio Governors.

   (b) Any ordinary or extraordinary session shall be held on such date as may be fixed by the Chairman after consultation with the President. The place of any ordinary or extraordinary session shall be Jerusalem, but if this be impracticable, the Chairman may, after consultation with the President, fix such other place as he thinks fit.

**Chairman and Deputy Chairmen**

13. (a) The Board shall elect from amongst its members a Chairman for a period of three years with the right of re-election, but for no longer than two additional consecutive periods of office of three years each.

   (b) The Board shall likewise elect from amongst its members one or more Deputy Chairmen, but no more than six, for a period of three years or for a shorter period with right of re-election, but for no longer than two additional consecutive periods of office, each of three years or less.

   (c) The Chairman, or in his absence, one of the Deputy Chairmen, shall preside at meetings of the Board during this term of office, and in the event of the votes of the members being equally divided shall have a second and casting vote.

   (d) The Board of Governors may from time to time appoint one or more Honorary Chairmen to hold office for such period as the Board may determine.

9

**Quorum**

14. At any meeting of the Board one-quarter of the members shall form a quorum, provided that at least ten of the members present at such meeting are Governors or Associate Governors from Israel, and ten are Governors or Associate Governors from abroad.

**Guests at a Session**

15. The Chairman may invite to any meeting of the Board one or more persons proposed by the President or Rector, as well as persons of academic or public standing or distinction, as he may think fit. Any person so invited may take part in the discussions of the meeting, but shall have no right to vote.

**Board Committees**

16. (a) The Board may appoint committees for such purposes as it deems desirable. Their composition, powers and functions shall be prescribed in Statutes as approved by the Executive Committee and the Board of Governors.
    (b) Each committee shall have a Chairman and Vice Chairman.
    (c) The Chairman, Vice Chairman and members of each committee shall be elected by the Board of Governors for a period of three years and may be re-elected.

**Powers of the Board**

17. The Board of Governors shall have the following powers:

|     |                                                                              |
| --- | ---------------------------------------------------------------------------- |
| (1) | Appointment of the Chairman of the Board;                                    |
| (2) | Ratification of the appointment of the President;                            |
| (3) | Ratification of the financial and budgetary reports;                         |
| (4) | Appointment of Board members and Board office holders;                       |
| (5) | Approval of amendments to the University's Constitution and General Statutes;|
| (6) | Discussion of the basic guidelines for the functioning of the University;    |
| (7) | Receive reports on the financial and other aspects of the University;        |
| (8) | Appointment of trustees for any funds of the University.                     |

## CHAPTER 2:  THE EXECUTIVE COMMITTEE

### Composition

18. The Executive Committee shall be composed of forty members as follows:

   (a)  The Chairman of the Board of Governors;
   (b)  The Rector;
   (c)  The Vice Rector;
   (d)  Eleven full professors elected by the Senate;
   (e)  Twenty-six members elected by the Board from amongst its members, including the following ex-officio; the President, the Chancellor, the Vice-President for Finance and Administration, the Chairman of the Finance Committee and the Chairman of the Academic Committee of the Board.  A minimum of twelve members, who are not members of the Senate, shall be residents of Israel, and a minimum of twelve members who are overseas members.

### Alternate Members

19. (a)  The Board shall elect, from amongst its members, twelve alternate members, who reside abroad to deputize for members of the Executive Committee who reside abroad.
   (b)  The Board shall elect, from amongst its members, four alternate members, who reside in Israel, to deputize for members of the Executive Committee who reside in Israel and who are not representatives of the Senate.
   (c)  The Senate shall elect four alternate members to deputize for its representatives.
   (d)  The alternate members shall be invited to all meetings of the Executive Committee and shall be entitled to participate in the deliberations thereof.  The Executive Committee shall make regulations as to how alternate members shall be entitled to exercise the vote of absent members.

### Filling of Vacant Positions

20. Any vacancy among the members of the Executive Committee occurring between two sessions of the Board may be filled as follows:

   (a) The place of members appointed under section 18(b) shall be filled by the Senate from among its members.
   (b)  The place of members appointed under section 18(c) who are residents of Israel shall be filled by the Executive Committee from among the members of the Board of Governors who are residents of Israel and are not representatives of the Senate;
   (c)  The place of members appointed under section 18(c) who are not residents of Israel shall be filled by the Executive Committee from among alternate members who are not residents of Israel.

11

**Invitation to Meetings**

21. (a) The Executive Committee or the Chairman of the Executive Committee may invite persons who are not from amongst its members to attend its meetings.

(b) Whosoever is invited as aforesaid may participate in the deliberations of the Executive Committee, but shall not have the right to vote.

**Term of Membership**

22. (a) Members and alternate members of the Executive Committee shall be elected for a term of three years, with the right of re-election for one additional consecutive term of three years.

(b) Upon expiration of his term of office, a member of the Executive Committee may be elected as an alternate member, and an alternate member may, upon expiration of his term of office, be elected as a member, but no person may serve as a member and an alternate member of the Executive Committee for a total period exceeding twelve consecutive years. This time limit shall not include the periods of service of the Executive Committee member in the following capacities:

(i) President of a national Friends organization;

(ii) Chairman of the Board of Managers;

(iii)Chair of the following Committees: Budget and Finance; Nominations; Campaign

(c) Ex-officio members shall serve on the Executive Committee for as long as they hold office.

**Quorum**

23. The quorum of the Executive Committee shall be the majority of its membership.

**Duty to Attend Meetings**

24. An elected member of the Executive Committee who shall be absent from three consecutive meetings shall cease to be a member of the Executive Committee, unless he gave notice of his absence to the Chairman of the Executive Committee and the Executive Committee is satisfied that his absence was due to a valid reason.

**Chairman and Deputy Chairman**

25. (a) The Board of Governors may decide, in accordance · with circumstances, to appoint the Chairman of the Board as Chairman of the Executive Committee or it may decide to appoint a Chairman of the Executive Committee who is not Chairman of the Board. In either event the Board shall elect a Deputy Chairman of the Executive Committee. If the Chairman resides abroad, a Deputy Chairman of the Board who is resident in Israel shall be elected.

(b) In the absence of the Chairman of the Executive Committee, the Deputy Chairman shall preside over the Executive Committee; in the absence of both the Chairman and the Deputy Chairman, the Executive

Committee shall elect from among the representatives of the public a member who shall serve as Chairman for that meeting.

(c) The Chairman of the meeting shall have a second and casting vote in case of equality of votes.

## Meeting of the Executive Committee

26. (a) The Executive Committee shall meet from time to time as shall be determined by the Chairman of the Executive Committee, but not less than three times a year. If the Chairman is unable to function, the times of the meetings shall be determined by the Deputy Chairman.

(b) Meetings of the Executive Committee shall be convened upon proper notice by the Chairman thereof, or if he is for any reason unable to function, by the Deputy Chairman. In addition, special meetings of the Executive Committee shall be convened upon proper notice, by the Chairman or the Deputy Chairman upon the written request of:

(1) The President; or
(2) The Rector; or
(3) Eight members of the Executive Committee.

(c) Proper notice of a meeting shall be not less than two weeks. The Chairman of the Board may convene special meetings of the Executive Committee on no less than forth-eight hours notice. In the case of special meetings, notice shall be given by telephone, fax, cable or telex and confirmed by letter. Notice shall be deemed to have been given on the date of the earliest dispatch of communication.

(d) An agenda for each meeting shall be prepared on behalf of the Chairman and be circulated among the members of the Executive Committee a reasonable time prior to the meeting.

## Reference to Board of Governors

27. Whenever the Chairman may consider that a particular matter raised before the Executive Committee ought to be referred to the Board of Governors, he shall be entitled either to suspend any resolution passed by the Executive Committee on such matter until the same is dealt with by the Board, or, at his discretion, to allow such resolution to stand provisionally, and be acted upon pending the decision of the Board, but he must notify the Executive Committee of this before the beginning of the discussion.

## Special Authority in Urgent Cases

28. The Executive Committee may exercise in any particular matter the powers and functions of the Board of Governors between sessions of the Board, if the Chairman of the Executive Committee considers such matters to be urgent, but subject to the right of the Board to reconsider the matter and take a decision.

**Powers and Functions of the Executive Committee**

29. The following are the powers and functions of the Executive Committee:

    a.  To elect the President following the recommendation of the Search Committee;

    b.  To ratify the establishment or closure of a faculty or school;

    c.  To determine rules for the preparation of University budgets, financial reports, balances, estimates of income and expenditures, audit and control;

    d.  To examine and ratify proposed financial and budgetary reports for their submission to the Board, provided they have already been approved by the Board of Managers;

    e.  To appoint annually the University auditors and to determine rules for their appointment and removal and their term of office;

    f.  To authorize, according to the recommendation of the Board of Managers, the sale, mortgage or other encumbrance of on-campus immovable property of the University or the lease or transfer for use by a non-University body, for a period exceeding five years;

    g.  To confirm academic staff disciplinary statutes according to the recommendation of the Senate;

    h.  The Executive Committee may appoint committees for such purposes as it may deem fit and delegate to any committee such of its powers and functions as it may determine.  Any such committee may be composed partly of members of the Executive Committee and partly of members of the academic or administrative staff of the University, or of administrative officers alone, or such other persons as the Executive Committee may determine.

The Executive Committee may delegate such powers and functions to the Board of Managers.


**Secretary of the Executive Committee**

30. There shall be a Secretary of the Executive Committee.  A confirmation issued under the hand of the Secretary as to any proceedings or resolutions of the Executive Committee, or of any committee appointed by the Executive Committee, shall be sufficient proof of the contents thereof.

## CHAPTER 3:  THE BOARD OF MANAGERS

### Composition and Term of Membership

31.a.  The Board of Managers shall be composed as follows:

(1)     The Chairman of the Board of Governors;
(2)     The President;
(3)     The Rector;
(4)     The Vice President for Finance and Administration;
(5)     Eight representatives of the public, residing in Israel, from amongst the members of the Board of Governors, and at least three of whom are members of the Executive Committee;
(6)     Three members of the University academic staff, from the representatives of the Senate on the Executive Committee.

b.   The members of the Board of Managers pursuant to Sections 31 (a)(1), (2), (3), and (4) shall be ex-officio members.

c.    (1)   The members of the Board of Managers pursuant to Article 31(a)(5) and (6) shall be elected by the Executive Committee for a period of three years, with right of re-election for two additional consecutive terms of office.
(2)   The Executive Committee may terminate the membership of the members of the Board of Managers elected pursuant to section 31(a)(5) and (6), by the affirmative vote of over 70% of the members of the Executive Committee present and participating in the vote.

d.   The Chairman of the Board of Managers
(1)   The Chairman of the Board of Managers will be appointed by the Executive Committee from amongst the representatives of the public on the Board of Managers, including the Chairman of the Board of Governors if he is a resident of Israel.
(2)   In the absence of the Chairman of the Board of Managers at a meeting, the President will serve as Acting Chairman.

e.  The Chairman of the meeting of the Board of Managers shall have an additional, casting vote in a case in which the vote is equally divided.

### Powers and Functions of the Board of Managers

32.  The following are the powers and functions of the Board of Managers:

(1) To supervise the administration of the University and its assets;
(2) To supervise the activities of the President;
(3) To discuss the University's financial and budgetary reports and to approve them for ratification by the Executive Committee and the Board of Governors;
(4) To approve changes in the University's budget during the fiscal year, provided that such changes shall not entail an expansion of the total budget;

15

    (5) To decide on the creation and closure of Faculties and Schools, and changes thereof, after receiving the recommendation of the Senate, subject to the ratification of the Executive Committee;

    (6) To determine development programs for the University;

    (7) To determine the rules for the appointment of senior officials;

    (8) To confirm the employment terms of University employees;

    (9) To determine the authorized signatories of the University and the regulations governing their authority;

    (10) The Board of Managers shall retain all administrative powers, excluding academic powers, which have not been explicitly granted to another body in the University, according to its Constitution or its Statutes.

## Matters Requiring Prior Authorization by the Board of Managers

33. (a) The following matters shall require prior authorization by the Board of Managers:

    (1) Any sale of immovable off-campus property and mortgages or other encumbrance thereon;

    (2) Any rental or lease of immovable property for a period exceeding three years;

    (3) Any contract, the subject matter of which exceeds in value a sum to be determined from time to time by the Board of Managers or the duration of which exceeds three years, excepting types of contracts as determined by the Board of Managers;

    (4) The acceptance by the University of endowments or gifts with unusual conditions attached or such endowments or gifts where the conditions attached involve expenditure which is not covered by the annual budget;

    (5) The granting of any loan, except loans to students, or the giving of any guarantee or other contingent liability by the University; however, the Board of Managers may authorize any officer of the University to grant loans or to give guarantees to members of the academic or non-academic staff not exceeding an amount to be determined from time to time by the Board of Managers.

(b) The Board of Managers may delegate any of its powers to a committee or committees appointed by it, from amongst its members or from amongst members of the Executive Committee.

## Limitation of Resolutions by the Board of Managers

34. If the Board of Managers passes a resolution which is within the authority of the Executive Committee, the Chairman of the Board of Managers shall inform, in writing, the members of the Executive Committee. On the application of any of its members, the Executive Committee shall discuss the matter afresh.

## CHAPTER 4:  THE SENATE

**Composition**

35. The Senate shall be composed of the following:

   (1) The President;
   (2) The Rector;
   (3) The Vice Rector;
   (4) The Deans of the Faculties and Independent Schools;
   (5) The Dean of Students;
   (6) The Provost of the School for Overseas Students;
   (7) The two Chairmen of the Authority for Research Students;
   (8) The Chairman of the Authority for Research and Development:
   (9) The Chairman of the Libraries Authority
   (10) 25 Full Professors from the non-experimental Faculties and
        Schools, to be selected by each Faculty/School Council, according
        to the following criteria:

   (a) Each Faculty will have two representatives and each
       Independent School will have one representative. The remaining
       representatives will be allocated in accordance with the number
       of full professors from each Faculty and Independent School
       relative to the total number of full professors from the non-
       experimental Faculties/Schools.

   (b) If the number of representatives after the allocation is not a
       whole number, the number will be rounded to the nearest
       whole number. A fraction equal to or greater than 0.5 will be
       rounded up, but if the resulting total number of
       representatives exceeds 25, one representative from the
       Faculty/School in which the fraction was the lowest will be
       deducted.  Where the fraction was identical in two or more
       Faculties/ Independent Schools, the Faculty/School
       representative will be decided by lottery between the relevant
       Faculties/Schools.

   (c) Notwithstanding the above, a Faculty which is represented
       by not more than 5 representatives is entitled to choose one
       Associate Professor instead of a Full Professor among its
       representatives in the Senate and a Faculty which is
       represented by more than five representatives, is entitled to
       choose two Associate Professors instead of two Full
       Professors
       among its representatives in the Senate.

   (d) The Faculty Council may decide to reserve a place for one of
       its representatives in the Senate for a certain office-holder in
       the Faculty provided he is an Associate Professor or a Full
       Professor.  Once such a decision has been made, it will
       remain in effect until cancelled by the Faculty Council.

17

(11)  25 Full Professors from the experimental Faculties, to be elected according to the system as detailed above in (10).

(12)  8 Full Professors, half of whom will be from the non-experimental faculties and schools and half from the experimental faculties, to be elected at a general meeting of the entire academic staff at the level of senior lecturer and above, provided that no more than two representatives will be chosen from any one Faculty or School. The meeting will take place once a year, at a date to be chosen by the Standing Committee.  In the framework of this meeting, the President and the Rector will submit reports, and discussions on central issues in the life of the University will be held.  This forum will also be assembled following the written request of a minimum of 100 faculty members eligible to participate in it.

(13)  Ten Associate Professors or Senior Lecturers, half of whom will be from the non-experimental faculties and schools and half from the experimental faculties to be elected according to the system as detailed above in section (12).

(14)  Two members of the academic staff in the regular track at the level of lecturer, one from the non-experimental faculties and schools and one from the experimental faculties to be elected at a meeting of faculty at this level.

(15)  One representative from the parallel teaching track, to be elected at a meeting of faculty in this track.

(16)  Two undergraduate or masters student representatives, one from the non-experimental faculties and schools and one from the experimental faculties.

(17)   Two research student representatives, one from the non-experimental faculties and schools and one from the experimental faculties.

The student representatives will be elected according to a system to be determined by the Standing Committee.

**Term of Office**

36.   (a)  A Senate member elected under sections 10-13 will serve for three years and may be reelected, but s/he may not serve for more than three consecutive terms.

(b)  A Senate member elected under sections 16 and 17 will serve for two years.

**Transition Provisions**

37.  The members of the first Senate who were elected under sections 10-13 above, will serve as follows:
23 members will serve until 30.9.06
23 members will serve until 30.9.07

18

22 members will serve until 30.9.08

**Chairmanship of Senate**

38. (a)  The Rector shall be Chairman of the Senate, and in his absence the Vice-Rector shall preside at the meetings.  In the absence of both, the Senate shall elect a Chairman from among its members.

   (b) The Chairman shall have a second and casting vote in case of equality of votes.

**The Powers and Functions of the Senate**

39.  The Senate shall, without derogation from its general powers under the Constitution, have the following powers and functions:

   (a) To do any act or thing, including the making of Regulations, for securing the supervision and the proper functioning of the Faculties, Schools, Institutes, Branches, Departments and other academic units of the University, and their respective boards or governing bodies;

   (b) To formulate, modify or revise, and to submit through the Executive Committee to the Board of Governors, projects for the establishment or abolition of Faculties or Schools including the declaring of a unit as an Independent School and to assign subjects of study to any Faculties or Schools;

   (c) To make recommendations to the Executive Committee and to the Board of Governors with regard to any matter concerning the University;

   (d) To approve the works submitted for a Doctoral Degree and to confer Honorary Degrees of Doctor Honoris Causa;

   (e) To direct the policy of the Jewish National and University Library and of other libraries in the University;

   (f) To appoint, in cooperation with the Executive Committee, academic courts of discipline and prescribe their powers and procedures by Regulations;

   (g) To delegate any of its powers to such committee or committees as it may appoint, or to faculty Boards, or to committees of such Boards.

**Prior Notification Required**

40.  In matters which are specified in paragraphs (a) and (b) of Sections 42, the Senate shall not decide, or adopt a resolution, unless the Dean of the Faculty concerned has been previously notified, so that he may bring the matter for discussion and decision before the Faculty Board, provided that the discussion

19

shall be held and concluded within the time fixed by the Rector or the Senate.

41. The Board of Governors, the Executive Committee or the Board of Managers shall not pass a resolution relating to any matter for which the Senate is responsible under the Constitution, unless such a matter has first been considered by the Senate and a resolution or a report thereon has been laid before the other Authority concerned.    Where the President, after consultation with the Rector, certifies a particular matter to be urgent, a resolution thereon may be passed before consideration by the Senate, but after discussion by the Senate's Standing Committee.    But such resolution shall be reconsidered by the Authority which has passed it, if the Senate does not endorse it.

**Standing Committee of the Senate**

42. (a) The Standing Committee of the Senate shall be composed as follows:    The Rector as Chairman, the President, the Vice-Rector and the Deans of the Faculties as ex-officio members and others appointed by the Senate from among its own members.  The Vice-Rector shall be Chairman of the Standing Committee in the absence of the Rector.  The number of other members appointed by the Senate shall be the number of the Deans less two.
(b)   The members of the Standing Committee other than ex-officio members shall serve for two years.  They may be re-appointed at the end of that period provided that their combined period of service shall not exceed four consecutive years.

**Powers of the Standing Committee of the Senate**

43. (a) The Standing Committee of the Senate shall have the following powers:

> (1) To consider matters on the agenda of the Senate and report to the Senate thereon;
>
> (2) To recommend the establishment of new academic posts, the raising of existing academic posts to higher grades, and the granting of permanent tenure to members of the academic staff, and to decide on the commencement of the academic procedure for academic appointments or promotions;
>
> (3) To consider all general questions relating to the student body;
>
> (4) To decide on current academic matters relating to the University as a whole or to individual faculties – where any such matter is neither within the competence of a Faculty Board, nor requires consideration and decision by the Senate.

(b) The Standing Committee of the Senate may delegate any of its powers to a sub-committee or sub-committees which it appoints.

## Notice to Members of the Senate

44. If the Standing Committee of the Senate has decided on a matter within the authority of the Senate, notice shall be given of its decision to the Senate which shall reconsider the matter if any member so requests.

## Appointment Committees

45. Academic appointments and promotions shall be made by Appointment Committees. The composition, powers and functions of the Appointment Committees shall be prescribed by the Senate and the Executive Committee with the approval of the Board of Governors.

## Restriction of Service on Committees

46. Representatives of the Senate, apart from ex-officio members, shall not at the same time be members of the Standing Committee of the Senate and of the Board of Managers or members at the same time of the Standing Committee of the Senate and an Appointment Committee.

## CHAPTER 5:  THE ACADEMIC POLICY COMMITTEE

### Composition

47.   The Academic Policy Committee shall be composed as follows:

a.  The President;

b.  The Rector and the Vice-Rector;

c.  Five members of the Board of Managers, appointed by the Board of Managers on the recommendation of the President, of whom at least two shall be representatives of the Senate in the Board of Managers;

d.  An additional member appointed by the Board of Managers at the recommendation of the President, who is a member of the Board of managers or of the Board of Governors;

e.  Seven members of the Senate, appointed by the Standing Committee of the Senate at the recommendation of the Rector, of whom at least four shall be members of the Standing Committee of the Senate who are not Deans.

### Powers of the Committee

48.  (a)  The Academic Policy Committee shall have the following powers:

(1)  To determine the academic policy of the University and ways of implementation;

(2)  To decide upon the opening or closing of academic units and academic-administrative units such as the Authority for Research and Development, not including Faculties and Schools; and to decide on the enlargement or reduction of academic units and academic-administrative units, their classification within larger units or their transfer from one framework to another and the allocation of areas among such units; always within the limits set by the approved Budget;

(3)  To determine policy and principles in regard to the admission of students to the University;

(4)  To determine principles for the distribution of the Budget among the academic units and the academic-administrative units;

(5)  To make recommendations to the Board of Managers in regard to the framework of the Regular and the Development Budgets;

(6)  To prescribe principles for the distribution of scholarships to students, and in regard to tuition fees;

(7)  To prescribe guidelines of policy and priorities for the academic and physical development of the University;

(8) To advise the President in regard to fund-raising in the light of the policy and priorities for academic and physical development of the University.

(b) In matters relating to Faculties and to Independent Schools, the Academic Policy Committee shall not make any decision under (a)(2) or (a)(3) unless notice has first been given to the Dean of the Faculty concerned for the purpose of the matter being brought before the Board of the Faculty; provided that consideration of the matter is completed within the period set by the Rector. In matters falling within these paragraphs relating to more than one Faculty, the Academic Policy Committee shall not exercise any of such powers until the matter has been considered by the Standing Committee of the Senate.

(c) The agenda of the Academic Policy Committee shall be distributed to the members of the Standing Committee of the Senate and the Board of Managers.

## Chairman of the Committee

49. The Chairman of the Academic Policy Committee shall be the President or the Rector depending on the matters on the Agenda of the Committee; the President shall be Chairman in matters falling under Section 48(a)(5)-(8) and the Rector in matters falling under Section 48(a)(1)-(4). If the Rector is President he shall be Chairman of all meetings.

## Term of Office

50. The members of the Academic Policy Committee shall be appointed for a term of two years, but may be reappointed for not more than two additional consecutive terms of two years each. Ex-officio members shall serve on the Academic Policy Committee as long as they hold office.

## Quorum

51. Two-thirds of the membership of the Academic Policy Committee shall be a quorum.

## Special Powers

52. The Academic Policy Committee may receive information and other assistance from all the units in the University, and may appoint visiting committees, make decisions on the strength of their recommendations and supervise the implementation of such decisions.

## Finality of Decisions

53.

(a) The Decision of the Academic Policy Committee shall, subject to provisions of the General Statutes, not require

23

confirmation of any other body of the University, but they shall be brought to the notice of members of the Senate, and the Senate may annul any such decision by a majority of two-thirds of its members present and voting.

(b) The records of the Academic Policy Committee shall be open for inspection by members of the Senate; and where the Senate debates on any decision of the Committee, such records of the Committee as deal with the decision in issue, shall be distributed among the members of the Senate in advance.

(c) The decisions of the Academic Policy Committee shall be brought to the notice of the members of the Executive Committee. The Executive Committee is authorized, by a majority of two-thirds of its members present and voting, to return a matter to the Academic Policy Committee for further consideration and final decision.

## CHAPTER 6: FACULTY BOARDS

### Composition

54.  a.  There shall be a Board of each Faculty consisting of the following members:

    (1) The Rector and the Vice-Rector, ex-officio;

    (2) The Professors, Associate Professors and Senior Lecturers in the Faculty;

    (3) The Lecturers who are head of Departments;

    (4) Associate Professors and Senior Lecturers who are teachers in two or more Faculties, as the Standing Committee of the Senate may determine;

    (5) Such other Professors, Associate Professors and Senior Lecturers as may be assigned by the Senate or its Standing Committee of the Senate;

    (6) Representatives of the Lecturers in the Faculty, to be elected in such manner and in such numbers as may from time to time be prescribed by the Senate or its Standing Committee of the Senate;

    (7) Such other Lecturers in the Faculty as the Faculty Board, with the approval of the Standing Committee of the Senate, may appoint with a view to securing the representation of subjects not otherwise represented or inadequately represented on the Board.

24

b. The Director of the Jewish National and University Library shall be a member of the Faculty Board which shall be determined by the Standing Committee of the Senate.

## Chairmanship of Faculty Boards

55. The Dean shall be Chairman of the Faculty Board, and in his absence his immediate predecessor in office shall preside at its meetings.

## Powers of the Faculty Board

56. (a) A Faculty Board shall have powers:

(1) To promote and coordinate research and to regulate instruction in subjects assigned to the Faculty;

(2) To lay down the courses of studies and supervise the syllabi for instruction and examination in such subjects;

(3) To supervise the appointment of internal and external examiners in such subjects;

(4) To regulate the admission of students in such subjects, provided that any regulation involving a deviation from the policy previously followed by the Faculty as to the admission of students shall require prior approval of the Academic Policy Committee;

(5) To discuss, determine and make recommendations to the Senate on all matters which concern the Faculty;

(6) To confer Bachelor and Master degrees.

(b) A Faculty Board may delegate to a select Committee any of the powers vested in it, whether generally or for a specified purpose.

## Joint Boards

57. Should the Executive Committee, on the recommendation of the Senate, decide that it is desirable for two or more Faculties to act jointly in respect of matters of common interest, such Faculties shall for that purpose combine to form a group of Faculties with a Joint Board consisting of all or some of the members of their individual Boards, as the Executive Committee on the recommendation of the Senate may decide. The Chair at the meetings of such joint Board shall be taken by the Senior Dean.

## Councils of Bodies Within the Framework of One Faculty

58. The composition, powers and functions of the Councils of Schools and Institutes shall be fixed by the Board of the Faculty with the approval of the Standing Committee of the Senate, if the School or Institute is included in the framework of one Faculty only.  If the School or Institute falls within the framework of more than one Faculty, they shall be fixed by regulations of the Senate.

25

## CHAPTER 7: OFFICERS OF THE UNIVERSITY

### The President

59. (a)

(1) The President shall manage the affairs of the University and shall exercise the powers vested in him by the Board of Governors in accordance with the provisions of the Constitution and the General Statutes.

(2) The President shall be responsible for the implementation of the resolutions passed by the Board of Governors, the Executive Committee and The Board of Managers, unless otherwise stated or implied therein.

(3) The President shall be an ex-officio member of the Senate and its Standing Committee of the Senate, and shall be entitled to participate in the meetings and deliberations of all the authorities and bodies of the University.

(b) The President shall be elected by the Board of Governors for a period that shall not exceed four years, at the end of which period he may be re-elected. A President may not serve for a period exceeding twelve consecutive years.

(c) (1) The Executive Committee shall appoint a special Search Committee, composed of nine members, for the purpose of the election of the President, as follows: six public representatives, including at least one academician who is not an active member of the academic staff of the University, upon the recommendation of the Board of Managers; and three members who shall be elected by the Senate.

(2) The Search Committee shall recommend to the Executive Committee the re-election of the presiding President for another term or a different candidate to serve as President. The presidential candidate shall have an appropriate education and thorough knowledge and understanding of all aspects of university life and the goals of higher education. The Executive Committee shall approve the candidate by the affirmative vote of more than 70% of its members present and participating in the vote.

(3) The candidate approved by the Executive Committee shall be elected President by the Board of Governors by a simple majority of its members participating in the vote.

(4) If the Executive Committee does not approve the candidate, or the Board of Governors does not elect the candidate approved by the Executive Committee, the Search Committee shall recommend a new candidate to the Executive Committee.

(d) The President shall be a resident and citizen of Israel from the beginning of his term of office.

**Chancellor**

60. (a) Upon the recommendation of the President and the Chairman of the Board, the Board of Governors may appoint a Chancellor.

(b) The term of office of the Chancellor shall be determined by the Board of Governors provided that it shall always terminate not later than with the termination of the current term of office of the President. The Chancellor shall eligible for re-appointment.

(c) The functions of the Chancellor shall be those delegated to him by the President in consultation with him.

**Vice-Presidents**

61. (a) The Board of Governors, after consultation with the President, may appoint one or more Vice-Presidents. The Board may empower the Executive Committee to do so.

(b) The term of office of a Vice-President shall be determined by the Board of Governors provided that it shall always terminate not later than with the termination of the current term of office of the President. A Vice-President shall be eligible for re-appointment.

(c) A Vice-President shall have such powers as may be delegated to him by the President. Notice of any such delegation shall be given to the Board of Managers.

**Delegation of Powers**

62. The President may delegate any of his powers to any Authority or Officer of the University.

**Acting-President**

63. In the absence of the President from Israel, or upon his temporary inability to act, the Rector shall serve as Acting President. In the event that the term of office of the President is terminated, the Rector shall serve as Acting President, unless the Board of Governors determines to appoint another person as Acting President. Upon the termination of the term of office of the President, steps shall be taken immediately for the election of a new President.

**Executive Vice-President**

64. The Board of Governors may appoint one or more Executive Vice-Presidents to whom the provisions of section 61 shall not apply. The Board shall determine the functions and powers of the Executive Vice-Presidents, either generally or for a particular appointment.

27

**The Rector**

65. (a)    The Rector shall be elected by the Senate from amongst the full Professors of the University. The candidate or candidates for the post of Rector shall be proposed to the Senate by a special Search Committee set up for this purpose.  The Senate shall elect the Rector from among the candidates proposed by the Search Committee, by a majority of members present and participating in the vote.  If no candidate gains a majority, the Search Committee shall propose another candidate or candidates.

  (b)  Whenever a Rector is to be elected a new Search Committee shall be established as follows:

    (1)  The Committee shall be composed of the President, who shall serve as Chairman, and six members who shall be elected by the Senate from amongst its members, half of whom shall be from the experimental faculties, and half from the non-experimental faculties.  The outgoing Rector and candidates for the post of Rector shall not be eligible to serve on the Committee.

    (2)  Any five members of the Senate may propose a candidate to serve as a member of the Search Committee.

    (3)  The resolutions of the Search Committee shall be passed by a majority of those voting, provided that the majority includes the Chairman of the Committee.

    (4)  The Search Committee shall continue to serve until the election of a new Search Committee for the purpose of electing the Rector.

    (5)  Should the position of a member of the Committee fall vacant, or should a member be unable to fulfill his function, the Senate shall elect another member in his stead.

  (c )  The Rector shall hold office for four years, and may be re-elected for one additional term, in the manner prescribed above. The Senate may, at the suggestion of the President, extend the Rector's first term of office once for a period not exceeding one year.  Should his first term of office be so extended, the Rector may be re-elected for an additional term, provided that he may not serve for a period exceeding eight consecutive years.

  (d)    The Rector, in consultation with the President, shall determine who shall serve as Acting Rector in his absence or when he is otherwise unable to fulfill his duties.  The Acting Rector shall be one of the following Officers: The President, the Vice Rector or a person who has served as Rector, provided that such a person is a full Professor.  The Rector shall notify the Standing Committee of the Senate of his decision.  If the Rector has not determined who should serve as Acting Rector, the Vice Rector shall serve as Acting Rector.  The Acting Rector shall not serve in that capacity for a period exceeding

three consecutive months without the approval of the Senate.

(e)     If the Rector's term of office has expired and a new Rector has not yet been elected, the outgoing Rector shall continue to serve in office for a period not exceeding three months. After this time, and until the election of a new Rector, whoever is serving as Vice Rector shall serve as Rector.

## Vice Rector

66.     The Rector shall, with the approval of the Senate, appoint a full Professor of the University as a Vice-Rector, who shall hold office for a period not exceeding the period of office of the Rector who appointed him, and who shall act in such academic matters as the Rector may delegate to him.

## Deans

67.     (a)     There shall be a Dean of each Faculty and each independent school, to be elected by the Faculty Board by a majority vote of present and participating members. The candidate or candidates shall be proposed by a special Search Committee established for this purpose, and will be chosen from amongst the full Professors, although in special cases the Committee may propose an Associate Professor as candidate.

(b)     Whenever a Dean is to be elected, a Search Committee shall be established as follows:

(1) The Search Committee shall be composed of the Rector, who shall serve as Chairman of the Committee, and of six members to be elected by the Faculty Board. The outgoing Dean and candidates for the position of Dean shall not be eligible to serve on the Committee.

(2) Any five members of the Faculty Board may propose a candidate to serve as a member of the Search Committee.

(3) The resolutions of the Search Committee will be passed by a majority of those voting, provided that the majority includes the Chairman of the Committee.

(4) The Search Committee shall continue to serve until the election of a new Search Committee for the purpose of electing a Dean.

(5) Should the position of a member of the Committee fall vacant, or should a member be unable to fulfill his function, the Faculty Board shall elect another member in his stead.

(c) The Dean shall hold office for four years, unless he has informed the Faculty Council that he shall serve a three year term only, and may be re-elected for one additional term, in the manner prescribed above. The Faculty Board may, at the suggestion of the Rector, extend the Dean's first term of office once for a period not exceeding one year.

Should his first term of office be so extended, the Dean may be re-elected for an additional term, provided that he may not serve for a period exceeding eight years.

(d) The Dean, in consultation with the Rector, shall determine who shall serve as Acting Dean in his absence or when he is otherwise unable to fulfill his duties from among the full Professors or Associate Professors on the Faculty Board. The Dean shall notify the Faculty Board of his decision. If the Dean has not so determined, the Rector will nominate an Acting Dean. The Acting Dean shall not serve in that capacity for a period exceeding three consecutive months without the approval of the Rector and the Faculty Board.

(e) If the Dean's term of office has expired and a new Dean has not yet been elected, the outgoing Dean shall continue to serve in office for a period not exceeding three months. After this time the Rector will appoint an Acting Dean who may not serve in this role for more than three months without the agreement of the Faculty Board.

(f) The Dean is responsible for the management of the Faculty. He represents the Faculty before the Rector and other Authorities of the University.

(g) The Dean shall preside over the Faculty Board. He is entitled to participate in all committees established by the Board, departments or other units of the Faculty.

(h) Matters proposed by the Faculty Board, and requiring consideration and decision by the Senate or its Standing Committee shall be brought before the Standing Committee by the Dean.

**Vice-Dean**

68. The Faculty, on the recommendation of the Dean, and with the approval of the Standing Committee of the Senate, may appoint a Vice-Dean from the Professors or Associate Professors or Senior Lecturers of the Faculty. The term of his office shall be that of the Dean, and he shall assist the Dean in all academic matters which are delegated to him.

**Head of Academic Units**

69. (a) In Schools, excluding Independent Schools, Institutes, Departments and Teaching Units (hereinafter: the Academic Units), the Head of an Academic Unit shall be determined in the following manner:

(1) In an Academic Unit with at least five teachers in the regular track from the rank of lecturer and above, the Head of the Unit shall be elected from amongst the teachers in the Unit from the rank of Senior Lecturer and above. The election requires the approval of the Dean. If the Dean does not approve the election, an alternative candidate shall be elected. If the Dean does not approve of this election as well, the candidate can re-stand for election, and if he receives a majority of two- thirds of the participants in the vote, then his election shall be approved. All

members of the teaching staff from the rank of Teaching Fellow at the rank of Lecturer and above shall participate in the vote.

(2) In an Academic Unit with less than five teachers in the regular track, the Head of the Unit shall be appointed by the Dean, after consultation with the teachers of the Unit.

(3) In large Academic Units, the Standing Committee of the Senate may introduce an election procedure parallel to that for the election of Deans. The proposals of the Standing Committee shall be presented to the Unit for approval.

(b) The Standing Committee of the Senate may decide, in special instances, at the recommendation of the Rector, that the Head of an Academic Unit shall not be elected or appointed as stated in sub-section (a) above, but he shall be appointed by the Rector with the approval of the Standing Committee of the Senate. Every such decision shall be valid for only one term of office.

(c) (1) The Head of an Academic Unit shall serve in office for two years or thee years in accordance with the decision of the Unit at the time of election. The Head of an Academic Unit may be elected or appointed for one further term of office.

(2) Where the Head of a Unit is appointed by the Dean, the Dean may extend his period of office once, for a period of one year, after consultation with the teachers of the Unit.

(3) Where the Head of a Unit is elected by the teachers of the Unit, the Dean may propose that his period of office be extended once, for a period of one year, and a simple majority shall be required for such an extension.

## Independent Schools

70. (a) An Independent School will be headed by a Dean.

(b) The provisions of sections 67, 68 and 75 of the General Statutes will apply to the Dean of an Independent School, the Pro-Dean and the Vice-Dean.

(c) Sections 54, 55, and 56 of the General Statutes will apply to the Council of an Independent School.

## Honorary Officers

71. The Board of Governors may appoint an Honorary Treasurer and other Honorary Officers for such period as it may decide from time to time. An Honorary Officer shall not receive a salary. The Board shall determine the functions and powers of the Honorary Treasurer and any other Honorary Officer.

### University Comptroller

72. The Executive Committee may appoint an independent Comptroller of the University on such conditions and with such terms of reference as the Executive Committee may by statutes prescribe.

### 72a. Extension of the term of service of Officers

Notwithstanding that stated above in this Chapter, the electing body may decide that the period of service of an officer shall terminate on September 30, that is after the end of the period of service determined in this Chapter (hereinafter "additional period of service") provided that the additional period of service does not exceed six months.

### TERMINATING THE APPOINTMENT OF OFFICERS

### The President

73. The Executive Committee may, upon an application signed by two-thirds of the members of the Board of Managers or by two-thirds of the members of the Senate, and after hearing the President, decide to terminate the term of office of the President, by a vote of more than 70% of its members present and participating in the vote. The resolution will come into effect on the date to be decided by the Executive Committee.

### The Rector

74. (a) The President or a third of the members of the Senate may in an application signed by them, suggest to the Search committee that it determine to end the term of office of the Rector.

(b) The Search Committee may, on the basis of such an application and after hearing the Rector, determine to terminate the term of office of the Rector if, in its opinion, such is required for the good of the University.

(c) The decision of the Committee to end the term of office of the Rector requires a majority of five of its members.

(d) If the Committee determines to terminate the term of office of the Rector, the decision shall be approved by the Senate as soon as possible and shall come into effect on the date determined by the Committee, unless a majority of two-thirds of those voting in the Senate opposes the recommendation of the Committee.

(e) Where the term of the Rector has been terminated, the Committee shall appoint an Acting Rector, until a new Rector is elected.

(f) Where a decision has been taken to terminate the term of office of the Rector, steps for the election of a new Rector shall be taken immediately.

32

**Deans**

75.

   (a) The Rector or a third of the members of the Faculty Board may, in an application signed by them, suggest that the term of office of the Dean be terminated.

   (b) The proposal to terminate the term of office of the Dean shall be submitted to a Special Committee for this purpose, to be composed of the members of the Search Committee for Rector and the members of the Search Committee for the Dean of that Faculty. The President shall be Chairman of the Committee.

   (c) The Committee may, on the basis of such a proposal and after hearing the Dean determine to terminate the term of office of the Dean if, in its opinion, such required for the good of the Faculty or for the good of the University.

   (d) The decision of the Committee to terminate the term of office of the Dean requires a majority of nine of its members.

   (e) If the Committee determines to terminate the term of office of the Dean, the decision shall be communicated to the Faculty Board as soon as possible and shall come into effect on the date determined by the Committee.

   (f) Where the term of office of the Dean has been terminated, his place shall be filled as the Committee shall decide, until a new Dean is elected.

   (g) Where a decision has been taken to terminate the term of office of the Dean, steps for the election of a new Dean shall be taken immediately.

**Heads of Academic Units**

76. (a) The Rector, or whoever appointed the Head of the Academic Unit, may, together with the Dean, according to the situation, on their own initiative or on the application of the teachers in the Unit, propose to the Standing Committee of the Senate that it determine to terminate the term of office of the Head of the Unit.

   (b) The Standing Committee of the Senate may, on the basis of such a proposal, and upon hearing the Head of the Unit, resolve to terminate the term of office of the Head of the Unit if, in its opinion, such is required for the good of the Unit or for the good of the University.

   (c) The decision of the Standing Committee to terminate the term of office of the Head of the Unit requires a majority of nine of its members.

   (d) If the Standing Committee of the Senate determines to terminate the term of office of the Head of the Unit, the decision shall be

33

communicated to the teachers of the Unit as soon as possible and
shall come into effect on the date determined by the Committee.

(e) When the term of office of the Head of the unit has been terminated,
his place shall be filled by one of the teachers in the Unit, upon
whom the Standing Committee of the Senate shall decide, until a
new Head of the Unit is elected.

(f) Upon termination of the term of office of the Head of the Unit, steps
for appointment or election, as relevant, of a new Head of the Unit
shall be taken immediately.

## CHAPTER 8:  CONVOCATION OF GRADUATES

77.(a) A register shall be kept at the University containing the names of all
members of the Alumni Association and of other graduates who apply
to be registered.

(b) A Meeting of Convocation shall be held at least once every year and at
such times as Convocation may determine.

(c) The Rector shall be ex-officio Chairman of Convocation, and, unless
Convocation directs otherwise, may convene it whenever he thinks fit.
Subject thereto Convocation may from time to time elect other officers
and determine their functions.

## CHAPTER 9:  MISCELLANY

### Quorum

79. Subject to the provisions of these Statutes, the quorum of any University
Authority shall be one-third of its members, excluding those how are
outside the country or on sabbatical leave.