# EXHIBIT 1

***Deborah Sinclair LL.B., M.A., M.Sc.***
***3/21 Ben Tabbai St.***
***Jerusalem 93591, Israel***
***tel: 972-2-6784268***
***e-mail: debpatsinclair@gmail.com***

16 January, 2022

To Whom It May Concern,

I the undersigned Deborah Sinclair, Advocate and translator, do hereby declare and affirm that I am fluent in the Hebrew and English languages, and that the attached documents marked "A" and "B" were translated by me and they are an accurate English translation of the documents that were drawn up in the Hebrew language, copies of which were presented to me and which are attached hereto and marked "C" and "D".

Sincerely

Deborah Sinclair, Adv.



[handwritten]
*77 Horowitz Foundation*
(*Steinberg Menachem)*

THE HEBREW UNIVERSITY OF JERUSALEM

OFFICE OF THE VICE PRESIDENT

12.4.94

To: Prof. Hanoch Guttfreund, President

From: Shula Woltz, head of internal grants

Re: Special Grant from the Horowitz Association

In 1992, Prof. Menachem Steinberg received a research grant for three years from the Horowitz Association, on the subject: “Improvement of Processes of Selective Oxidization of Hydrocarbons”. This research is progressing nicely and has produced impressive results; attached hereto is the scientific report. [in handwriting] *none*

In order to execute the remainder of the research in the most efficient manner, the researcher wishes to purchase a GC-MSD device. This device will serve the whole group working on the project, and will enable good and accurate results to be obtained. The researcher’s request is attached.

I’d thank you to pass this request on to the members of the Horowitz Association for funding for a continuation of the support.

Sincerely

(-) signature

Shula Woltz

cc. Prof. Ilan Chet

Dr. Shabtai Dover

(-) Stamp

(illegible) dated 17.4.1994

Authority for Research and Development, Jerusalem 91904

Fax: 02-664740

Tel: 02-586625/6

[handwritten]
*A*

(*Steinberg Menachem)*
*77 Isaiah Horowitz Foundation*

THE HEBREW UNIVERSITY OF JERUSALEM

OFFICE OF THE PRESIDENT

9 Iyyar 5754
20 April 1994

To: Ms. Shula Woltz, Office of the Vice-President for Research and Development

From: Shafrira Belek, Office of the President of the University

Re: Special Grant from the Horowitz Association

Prof. Guttfreund is a member of the Horowitz Association, but not in his capacity as President of the Hebrew University.

I suggest that Prof. Steinberg's request be passed on to the members of the Committee by the secretary or the coordinator of the Committee.

Sincerely

(-) signature

Shafrira Belek

Attached: Researcher's request and the Report

cc: Prof. Ilan Chet

Dr. Shabtai Dover

Sherman Building, Mount Scopus, Jerusalem, Israel 91905

Telex: 26458 Tel: (02) 882903/5 Cable: Scopus Jerusalem Israel

FazL 972-2-823071



האוניברסיטה העברית בירושלים
THE HEBREW UNIVERSITY OF JERUSALEM

OFFICE OF THE VICE PRESIDENT

לשכת סגן נשיא

12.4.94

אל: פרופ' חנוך גוטפריינד, נשיא

מאת: שולה וולץ, רמ"ד מענקי פנים

הנדון: <u>מענק מיוחד מעמותת הורוביץ</u>

פרופ' מנחם שטיינברג קבל בשנת 1992 מענק מחקר ל - 3 שנים מעמותת הורוביץ בנושא: "שיפור תהליכי חימצון סלקטיביים של פחמימנים".
מחקר זה מתקדם יפה והגיע לתוצאות מרשימות, מצ"ב הדו"ח המדעי.

על-מנת לבצע את המשך המחקר באופן היעיל ביותר מבקש החוקר לרכוש מכשיר GC-MSD.
מכשיר זה ישרת את כל הקבוצה העובדת בפרוייקט ויאפשר קבלת תוצאות יפות ומדויקות.
מצ"ב בקשת החוקר.

אודה לך באם תעביר בקשה זו בפני חברי עמותת הורוביץ למימון המשך התמיכה.

בברכה

שולה וולץ

העתק: פרופ' אילן חת
ד"ר שבתאי דובר

17-4-1994

הרשות למחקר ולפתוח, ירושלים, Authority for Research and Development, Jerusalem 91904
Fax. 02-664740
Tel: 02-586625/6

D

(שטיינברג מנחם)

האוניברסיטה העברית בירושלים
THE HEBREW UNIVERSITY OF JERUSALEM

OFFICE OF THE PRESIDENT

לשכת הנשיא

ט' באייר תשנ"ד
20 באפריל 1994

אל: גב' שולה וולץ, לשכת סגן נשיא למחקר ופיתוח

מאת: שפרירה בלק, לשכת נשיא האוניברסיטה

הנדון: <u>מענק מיוחד מעמותת הורוביץ</u>

פרופ' גוטפרוינד חבר בעמותת הורוביץ אך לא בתוקף תפקידו כנשיא האוניברסיטה העברית.

אני מציעה שהבקשה של פרופ' שטיינברג תועבר לחברי הוועדה ע"י מזכיר או מרכז הוועדה.

בברכה,

[signature]

שפרירה בלק

לוטים: בקשת החוקר והדו"ח.

העתק: פרופ' אילן חת
ד"ר שבתאי דובר

Sherman Building, Mount Scopus, Jerusalem Israel
Telex: 26458 SCOPM IL Tel: (02) 882903/5

בנין שרמן, הר הצופים ירושלים 91905
Cable: Scopus Jerusalem Israel
Fax: 972-2-823071