UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY,<br><br>Defendants. | Adv. Pro. No. 21-01190 (CGM) |

**DECLARATION OF PROFESSOR SHIMON ULLMAN IN SUPPORT OF
<u>MOTION TO DISMISS COMPLAINT</u>**

I, Shimon Ullman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.    I am the Samy and Ruth Cohn Professor of Computer Science at the Weizmann Institute of Science ("Weizmann Institute").  I have personal knowledge of the facts contained in this Declaration.

2.    In 2004, I was invited to join the Yeshaya Horowitz Association ("Yeshaya").  I did not participate in the creation of Yeshaya.  I joined Yeshaya in my personal capacity, and I volunteered my time there to advance scientific research that I thought was important.  Weizmann Institute did not appoint me to Yeshaya, nor did I act as a representative of Weizmann Institute.  Additionally, when I joined Yeshaya, because I was not appointed on behalf of the Weizmann Institute, I did not take steps to inform the Weizmann Institute of my role at Yeshaya or seek its permission to be involved with Yeshaya.  While I served at Yeshaya, I participated in evaluating projects for funding by Yeshaya, but I did not have authority myself to direct funding of projects.  The decision whether to fund projects was ultimately made by Yeshaya's membership as a whole.  Additionally, I was not involved in evaluating research projects in which I was personally involved.  Furthermore, I did not seek and did not get any funding and/or payment from Yeshaya.

3.    I did not serve on Yeshaya's Audit Committee (otherwise known as the Inspection Committee).  I do not recall discussing Yeshaya's financial statements or financial matters, other than the amounts of research grants allocated to various studies.  Aside from being a member of Yeshaya, with the role of reviewing scientific proposals, I did not hold any other position, either as a director or otherwise.  In dealing with financial matters, I was only asked to agree that the funding provided by Yeshaya to scientific projects was consistent with what the scientific members of Yeshaya had allocated and approved for those projects.

4.      I never knew Bernard Madoff.  Before the Bernard Madoff fraud was revealed, I had no knowledge of Bernard L. Madoff Investment Securities, and I was not involved in any discussions regarding where Yeshaya's funds were invested and who provided them.

Executed on February 9, 2022
Rehovot, Israel

_____
Shimon Ullman