**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 21-01190 (CGM) |
| THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY, | |
| Defendants. | |

**DECLARATION OF MICHAEL H. CASSEL SUPPORT OF**
**<u>MOTION TO DISMISS COMPLAINT</u>**

Pursuant to 28 U.S.C. § 1746, I, Michael H. Cassel, declare as follows:

1. I am associated with the law firm of Wachtell, Lipton, Rosen & Katz, attorneys for defendants in the above-captioned action. I respectfully submit this declaration in connection with the defendants' Motion to Dismiss.

2. Attached hereto as <u>Exhibit 1</u> is a translation performed by Legal Translations Ltd. of a Complaint filed by Irving H. Picard in the District Court of Tel Aviv, dated December 9, 2015.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
February 10, 2022

_____
Michael H. Cassel
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
(212) 403-1000
mhcassel@wlrk.com