**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 12-01677 (CGM) |
| Plaintiff, | |
| v. | |
| SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; SOCGEN NOMINEES (UK) LIMITED; LYXOR ASSET MANAGEMENT INC. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG AUDACE ALTERNATIF (*f/k/a* SGAM AI Audace Alternatif), now acting by | |

{12094203:1}

|  |  |
|---|---|
| and through its manager, Lyxor Asset Management S.A.S.; SGAM AI EQUILIBRIUM FUND (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; LYXOR PREMIUM FUND (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; SOCIETE GENERALE S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; SOCIETE GENERALE LUXEMBOURG (*f/k/a* Societe Generale Bank & Trust S.A.); OFI MGA ALPHA PALMARES (*f/k/a* Oval Alpha Palmares); OVAL PALMARES EUROPLUS; and UMR SELECT ALTERNATIF;<br><br>                    Defendants. |  |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022 copies of the following documents were filed electronically: *Notice of Agenda for Matter Scheduled for Hearing on September 19, 2022 at 10:00 A.M.; Notice of Appearance of John J. Tepedino; and Notice of Appearance of Kim M. Longo*.

Notice of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery set forth on the attached Schedule A.

/s/ John J. Tepedino
John J. Tepedino (jtepedino@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

{12094203:1}

## SCHEDULE A

John F. Zulack (jzulack@abv.com)
Lauren J. Pincus (lpincus@abv.com)
David A. Shaiman (dshaiman@abv.com)
Christopher Allegaert (callegaert@abv.com)
John S. Craig (jcraig@abv.com)
Bianca Lin (Blin@abv.com)
Katherine Dashwood (kdashwood@abv.com)
ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006

Steven Wolowitz (swolowitz@mayerbrown.com)
Christopher J. Houpt (choupt@mayerbrown.com)
Bradley A. Cohen (bacohen@mayerbrown.com)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Societe Generale Private Banking (Suisse) S.A., individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A., Socgen Nominees (UK) Limited, Lyxor Asset Management Inc., SG Audace Alternatif, now acting by and through its manager, Lyxor Asset Management S.A.S., SGAM AI Equilibrium Fund, now acting by and through its liquidator, KPMG Advisory Sarl, Lyxor Premium Fund, now acting by and through its trustee, Societe Generale S.A., Societe Generale S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep, and Societe Generale Luxembourg*

Brian J. Butler (bbutler@bsk.com)
Sara C. Temes (temess@bsk.com)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202

*Attorneys for OFI MGA Alpha Palmares, Oval Palmares Europlus, and UMR Select Alternatif*

{12094203:1}