**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01202 (CGM) |
| Plaintiff, | |
| v. | |
| BANK VONTOBEL AG f/k/a BANK J. VONTOBEL & CO. AG and VONTOBEL ASSET MANAGEMENT INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, copies of the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss and Declaration of Chardaie C. Charlemagne in Support of the Trustee's Opposition to Defendants' Motion to Dismiss were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 8, 2022
      New York, New York          */s/Amy E. Vanderwal*
                                    **BAKER & HOSTETLER LLP**
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone: 212.589.4200
                                    Facsimile: 212.589.4201
                                    David J. Sheehan
                                    Email: dsheehan@bakerlaw.com
                                    Amy E. Vanderwal
                                    Email: avanderwal@bakerlaw.com
                                    Chardaie C. Charlemagne
                                    Email: ccharlemagne@bakerlaw.com

                                    *Attorneys for Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of BLMIS and the Chapter 7 Estate of Bernard L. Madoff*

**SCHEDULE A**

**Defendant Counsel**

Bradley Fishman
Gregory F. Hauser
Joshua A. Dachs
Wuersch & Gering LLP
Email: bradley.fishman@wg-law.com
Email: gregory.hauser@wg-law.com
Email: Joshua.dachs@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Asset Management Inc.