UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK (SUISSE) S.A., CAIXABANK S.A., as successor by merger to Barclays Bank S.A., and ZEDRA TRUST COMPANY (JERSEY) LIMITED (f/k/a Barclays Private Bank & Trust Limited),<br><br>Defendants. | Adv. Pro. No. 11-02569 (CGM) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM CM/ECF**

**PLEASE TAKE NOTICE** that Michael Schoeneberger of Herbert Smith Freehills New York, LLP, attorneys for Defendants Barclays Bank (Suisse), S.A., Caixabank, S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited) (the "Barclays Defendants"), hereby

withdraws his appearance in this case and requests that Michael Schoeneberger be removed from the Court's CM/ECF system in reference to the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Marc J. Gottridge and Christopher Emch of Herbert Smith Freehills New York, LLP, will remain on the record as counsel for the Barclays Defendants.

Dated: New York, New York
September 22, 2022

>Respectfully submitted,
>
>**HERBERT SMITH FREEHILLS NEW YORK LLP**
>
>By:  /s/ *Michael Schoeneberger*
>Marc J. Gottridge
>Michael Schoeneberger
>Christopher Emch
>450 Lexington Avenue
>New York, New York 10017
>Telephone: (917) 542-7600
>marc.gottridge@hsf.com
>Michael.schoeneberger@hsf.com
>chris.emch@hsf.com
>
>*Attorneys for Defendants Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank and Trust Limited)*