**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant,<br>v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02761 (CGM) |
| Plaintiff,<br>v. | |
| KBC INVESTMENTS LIMITED, | |
| Defendant. | |

## AMENDED STIPULATION AND ORDER REGARDING SCHEDULING

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant KBC Investments Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective and undersigned counsel, state as follows:

**WHEREAS**, on August 2, 2022, the Court entered the Parties' Stipulation and Order Regarding Filing of Amended Complaint and Subsequent Scheduling (the "Stipulation") (ECF No. 103);

**WHEREAS**, pursuant to the Stipulation, the Trustee timely filed an Amended Complaint on August 5, 2022 (ECF No. 104); and

**WHEREAS**, the Parties have agreed to an adjustment of the schedule.

**IT IS HEREBY STIPULATED AND AGREED**, that, the deadline for the Defendant to file a motion to dismiss shall be extended from October 6, 2022 to **November 18, 2022**. The deadline for the Trustee to respond to the motion to dismiss shall be **February 3, 2023**, and the deadline for the Defendant to file a reply shall be **March 10, 2023**.

**IT IS HEREBY STIPULATED AND AGREED**, that that the Parties shall request oral argument on the motion to dismiss for the Court's April 2023 omnibus hearing date, subject to the availability of undersigned counsel.

[*Remainder of Page Intentionally Left Blank*]

Dated:    September 21, 2022
         New York, New York

| | |
|---|---|
| By: */s/ Eric R. Fish* <br> **BAKER & HOSTETLER LLP** <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> David J. Sheehan <br> Email:  dsheehan@bakerlaw.com <br> Eric R. Fish <br> Email:  efish@bakerlaw.com <br> Patrick T. Campbell <br> Email: pcampbell@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | By: */s/ Martin B. Jackson* <br> **SIDLEY AUSTIN LLP** <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Telephone: (212) 839-5300 <br> John J. Kuster <br> Email: jkuster@sidley.com <br> Martin B. Jackson <br> Email: mjackson@sidley.com <br> Andrew Propps <br> Email: apropps@sidley.com <br><br> *Attorneys for Defendant, KBC Investments Limited* |

**SO ORDERED.**



**Dated: September 26, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**