**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br>v.<br><br>CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; and CREDIT SUISSE (UK) LIMITED;<br><br>                Defendants. | Adv. Pro. No. 11-02925 (CGM) |

## STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

**WHEREAS**, on April 15, 2022, the Court entered a stipulation and order setting a briefing schedule for Defendants' motion to dismiss the Trustee's Complaint (the "Motion"), ECF No. 102;

**WHEREAS**, on June 15, 2022, Defendants filed the Motion, ECF Nos. 105-108, and on August 15, 2022, the Trustee opposed the Motion, ECF No. 111;

**WHEREAS**, on September 16, 2022, this Court entered a stipulation and order extending Defendants' time to file their reply brief in further support of the Motion, ECF No. 113, and on September 20, 2022, Defendants filed their reply, ECF no. 114;

**WHEREAS**, the parties have since agreed to request that the hearing on the Motion be adjourned from October 19, 2022 to November 16, 2022, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties by the endorsement of their counsel below, that the hearing on the Motion be adjourned from October 19, 2022 to November 16, 2022, at 10:00am (prevailing Eastern time).

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: September 23, 2022
New York, New York

**WINDELS MARX LANE & MITTENDORF, LLP**

By: */s/ Kim M. Longo*
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By: */s/ Daniel S. Shamah*
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendants*

**SO ORDERED:**

**Dated: September 26, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

5