**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br>v.<br><br>CREDIT SUISSE AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG;<br><br>      Defendant. | Adv. Pro. No. 12-01676 (CGM) |

## STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

**WHEREAS**, on April 14, 2022, the Court entered a stipulation and order setting a briefing schedule for Defendant's motion to dismiss the Trustee's Amended Complaint (the "Motion"), ECF No. 84;

**WHEREAS**, on June 29, 2022, Defendant filed the Motion, ECF Nos. 87-89, and on August 29, 2022, the Trustee opposed the Motion, ECF No. 91;

**WHEREAS**, Defendant intends to file its reply brief in further support of the Motion on September 29, 2022, as stipulated by the parties and so-ordered by the Court;

**WHEREAS**, the parties have since agreed to request that the hearing on the Motion be adjourned from October 19, 2022 to November 16, 2022, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties by the endorsement of their counsel below, that the hearing on the Motion be adjourned from October 19, 2022 to November 16, 2022, at 10:00am (prevailing Eastern time).

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: September 23, 2022
New York, New York

**WINDELS MARX LANE & MITTENDORF, LLP**

By: /s/ Kim M. Longo
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By: /s/ Daniel S. Shamah
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendant*

**SO ORDERED:**



**Dated: September 26, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

3