# EXHIBIT 1

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

Companies   Officers

- Log in/Sign up

# Credit Suisse Group AG

Company Number
    390700
Other Identifiers

- SEC CIK number: 1159510

Status
    Aktive
Company Type
    Aktiengesellschaft
Jurisdiction
    Switzerland
Registered Address

- Paradeplatz, 8
- Zürich
- 8001
- CH

Previous Names

- Credit Suisse Group
- CS Holding

Alternative Names

- Credit Suisse Group Ltd (alternative legal name)
- Credit Suisse Group SA (alternative legal name)

Business Classification Text
    Direkte oder indirekte Beteiligung an Unternehmen aller Art in der Schweiz und im Ausland, insbesondere an Unternehmen im Bank-, Finanz-, Vermögensverwaltungs- und Versicherungsbereich; kann Unternehmen gründen, sich an bestehenden mehr- oder minderheitlich beteiligen und sie finanzieren sowie Liegenschaften im In- und Ausland erwerben, belasten und verkaufen.
Registry Page
    https://www.zefix.ch/en/search/entity...

**Source** Swiss Central Register of the Federal Commercial Registry Office (Zefix Web Services), http://www.e-service.admin.ch/ws-zefi..., 30 Mar 2021
Add data *(website, address, etc)*
update from registry

## Company Addresses

36 Company Addresses, showing 10 most recently added

PUBLIC0693880

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

[Company Address](#)

Paradeplatz 8, CH-8001 Zürich, CH

## Official Register Entries

[SEC Edgar entry](#)

register id: 1159510

## Latest Events

Before 2019-03-28
    [Incorporated](#)

[See all events](#)

**Corporate Grouping** [User Contributed](#)

None known. [Add one now?](#)
[See all corporate groupings](#)

## Similarly named companies

- 🇬🇧 branch [CREDIT SUISSE GROUP AG](#) (United Kingdom, 26 May 2006- )
- 🇧🇪 branch [CREDIT SUISSE GROUP AG](#) (Belgium, 1 Mar 1982- )
- 🇬🇧 branch [CREDIT SUISSE GROUP AG](#) (United Kingdom, 26 May 2006- )
- 🇨🇭 inactive [Credit Suisse Group IT Management AG in Liquidation](#) (Switzerland, -22 Apr 2002)

PUBLIC0693881

- 🇨🇭 inactive Credit Suisse Group PE Holding (Switzerland, 28 Jun 2007)

## Branches

🇬🇧 branch CREDIT SUISSE GROUP AG (United Kingdom, 26 May 2006- )　details
🇬🇧 branch CREDIT SUISSE GROUP AG (United Kingdom, 26 May 2006- )　details
🇧🇪 branch CREDIT SUISSE GROUP AG (Belgium, 1 Mar 1982- )　details

## Statements of control (relating to this company)

| Date | Description | Mechanisms | |
|---|---|---|---|
| 2016-04-06 | 🇨🇭 Credit Suisse Group AG (Switzerland) controls 🇬🇧 ASCO FOODS LIMITED (United Kingdom, 24 Oct 2000- ) | Significant Influence Or Control | details |
| 2016-04-06 | 🇨🇭 Credit Suisse Group AG (Switzerland) controls 🇬🇧 inactive GENPA LIMITED (United Kingdom, 20 Jan 1992-26 Mar 2019) | Share Ownership, Voting Rights, Right To Appoint And Remove Directors | details |
| 2016-04-06 | 🇨🇭 Credit Suisse Group AG (Switzerland) controls 🇬🇧 BANDON HOLDINGS LIMITED (United Kingdom, 23 Jun 2004- ) | Significant Influence Or Control | details |
| 2016-04-06 | 🇨🇭 Credit Suisse Group AG (Switzerland) controls 🇬🇧 AVENTICUM REAL ESTATE LTD (United Kingdom, 5 Dec 2013- ) | Share Ownership, Voting Rights, Right To Appoint And Remove Directors | details |
| 2016-04-06 | 🇨🇭 Credit Suisse Group AG (Switzerland) controls 🇬🇧 AVENTICUM CAPITAL MANAGEMENT (UK) II HOLDING LTD (United Kingdom, 5 Dec 2013- ) | Share Ownership, Voting Rights, Right To Appoint And Remove Directors | details |

See all (16 records)

## Gazette notices

| Date | Publication | Notice | Classification | |
|---|---|---|---|---|
| 2016-08-11 | Swiss Official Gazette of Commerce (Switzerland) | Handelsregister Kanton: Zürich Publikationsdatum SHAB: 11.08.2016 Name: HR de... | Company credit event | details |
| 2016-06-07 | Swiss Official Gazette of Commerce (Switzerland) | Handelsregister Kanton: Zürich Publikationsdatum SHAB: 07.06.2016 Name: HR de... | Company credit event | details |

## Identifiers

| Identifier System | Identifier | Categories | |
|---|---|---|---|
| Swiss Federal Identification Number | CH-020.3.906.075-9 | Business | details |
| Swiss Federal Statistical Office Enterprise Identification Number | CHE-105.884.494 | Business | details |

## Subsidiaries

Tian An China Investments Co. Ltd. (Hong Kong)　details
HC International, Inc. (Cayman Islands)　details
🇬🇧 CREDIT SUISSE INTERNATIONAL (United Kingdom, 9 May 1990- )　details
Anhui Conch Cement Co. Ltd. - H Shares (China)　details
🇺🇸 branch CREDIT SUISSE HOLDINGS (USA), INC. (New York (US), 29 Dec 1983- )　details
See all (369 records)

## Trademark registrations

PUBLIC0693882

| Mark Text | Image | Register | NICE classifications | Registration Date | Expiry Date | |
|---|---|---|---|---|---|---|
| THE FINANCIALIST | THE FINANCIALIST | United States Patent and Trademark Office | 35, 36, 38, 41 | 2014-09-09 | 2021-03-26 | details |
| THE FINANCIALIST | | World Intellectual Property Organisation | 35, 36, 38, 41 | 2012-11-28 | 2022-11-28 | details |
| | | World Intellectual Property Organisation | 9, 16, 35, 36, 38 | 2010-07-13 | 2020-07-13 | details |
| CREDIT SUISSE | CREDIT SUISSE | United States Patent and Trademark Office | 9, 14, 16, 35, 36, 41, 42, 45 | 2009-06-30 | | details |
| Clariden Leu | | World Intellectual Property Organisation | 9, 16, 35, 36, 38 | 2009-04-27 | 2019-04-27 | details |

See all (39 records)

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed August 16 2022

**Problem/question about this data?** Click here

**API** Open Data

For access please Log in / Sign up

## About us

- About
- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

PUBLIC0693883

## Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Grants

PUBLIC0693884