# EXHIBIT 2



# Credit Suisse Group
## Annual Report 2006



Investment Banking • Private Banking • Asset Management

PUBLIC0653884

## 35 Significant subsidiaries and associates

**Significant subsidiaries**
As of December 31, 2006:

| % of equity capital held | Company name | Domicile | Currency | Capital in m |
|---|---|---|---|---|
| | **Credit Suisse Group** | **Zurich, Switzerland** | | |
| 100 | Credit Suisse | Zurich, Switzerland | CHF | 4,399.7 |
| 100 1)2) | Bank Hofmann AG | Zurich, Switzerland | CHF | 30.0 |
| 100 2) | Bank Leu AG | Zurich, Switzerland | CHF | 200.0 |
| 100 2) | BGP Banca di Gestione Patrimoniale S.A. | Lugano, Switzerland | CHF | 50.0 |
| 100 2) | Credit Suisse Fides | Zurich, Switzerland | CHF | 5.0 |
| 100 | Credit Suisse Fund Administration Limited | St. Peter Port, Guernsey | GBP | 1.0 |
| 100 | Credit Suisse Group Finance (Luxembourg) S.A. | Luxembourg, Luxembourg | EUR | 0.1 |
| 100 | Credit Suisse Group Finance (U.S.) Inc. | Wilmington, United States | USD | 600.0 |
| 100 | Credit Suisse Group PE Holding AG | Zug, Switzerland | CHF | 12.0 |
| 100 | Credit Suisse Trust AG | Zurich, Switzerland | CHF | 5.0 |
| 100 | Credit Suisse Trust Holdings Ltd. | St. Peter Port, Guernsey | GBP | 2.0 |
| 100 | CSFB IGP | Zug, Switzerland | CHF | 0.1 |
| 100 | CSFB LP Holding | Zug, Switzerland | CHF | 0.1 |
| 100 | Fides Treasury Services AG | Zurich, Switzerland | CHF | 2.0 |
| 100 | Inreska Ltd. | St. Peter Port, Guernsey | GBP | 3.0 |
| 100 | Wincasa | Winterthur, Switzerland | CHF | 1.5 |
| 99 | Neue Aargauer Bank | Aarau, Switzerland | CHF | 136.9 |
| 88 | Hotel Savoy Baur en Ville | Zurich, Switzerland | CHF | 7.5 |
| 88 2) | Clariden Leu Holding AG (formerly known as Clariden Holding AG) | Zurich, Switzerland | CHF | 8.1 |
| | **Credit Suisse** | **Zurich, Switzerland** | | |
| 100 | AJP Cayman Ltd. | George Town, Cayman Islands | JPY | 8,025.6 |
| 100 | Banco Credit Suisse (Mexico) S.A. | Mexico City, Mexico | MXN | 679.4 |
| 100 | Banco de Investimentos Credit Suisse (Brasil) S.A. | São Paulo, Brazil | BRL | 164.8 |
| 100 | Boston RE Ltd. | Hamilton, Bermuda | USD | 2.0 |
| 100 | Candlewood Capital Partners LLC | Wilmington, United States | USD | 1.5 |
| 100 | Casa de Bolsa Credit Suisse (Mexico) S.A. de C.V. | Mexico City, Mexico | MXN | 274.1 |
| 100 3) | City Bank | Zurich, Switzerland | CHF | 7.5 |
| 100 | CND Securitization LLC | Wilmington, United States | USD | 183.4 |
| 100 | Column Canada Financial Corp. | Toronto, Canada | USD | 0.0 |
| 100 | Column Financial, Inc. | Wilmington, United States | USD | 0.0 |
| 100 | Credit Suisse (Australia) Limited | Sydney, Australia | AUD | 34.1 |
| 100 | Credit Suisse (Bahamas) Limited | Nassau, Bahamas | USD | 12.0 |
| 100 | Credit Suisse (Deutschland) AG | Frankfurt, Germany | EUR | 60.0 |
| 100 | Credit Suisse (France) | Paris, France | EUR | 52.9 |
| 100 | Credit Suisse (France) Holding SA | Paris, France | EUR | 8.5 |
| 100 | Credit Suisse (Gibraltar) Ltd. | Gibraltar, Gibraltar | GBP | 5.0 |
| 100 | Credit Suisse (Guernsey) Limited | St. Peter Port, Guernsey | USD | 6.1 |
| 100 | Credit Suisse (Hong Kong) Limited | Hong Kong, China | HKD | 6,285.3 |
| 100 | Credit Suisse (International) Holding AG | Zug, Switzerland | CHF | 37.5 |
| 100 | Credit Suisse (Italy) S.p.A. | Milan, Italy | EUR | 67.6 |
| 100 4) | Credit Suisse (Luxembourg) S.A. | Luxembourg, Luxembourg | CHF | 43.0 |
| 100 | Credit Suisse (Monaco) S.A.M. | Monte Carlo, Monaco | EUR | 12.0 |
| 100 | Credit Suisse (Singapore) Limited | Singapore, Singapore | SGD | 621.3 |
| 100 | Credit Suisse (UK) Limited | London, United Kingdom | GBP | 102.3 |
| 100 5) | Credit Suisse (USA), Inc. | Wilmington, United States | USD | 0.0 |
| 100 | Credit Suisse Asia Pacific Services (Singapore) Pte Ltd | Singapore, Singapore | SGD | 5.2 |
| 100 | Credit Suisse Asset Management (Australia) Limited | Sydney, Australia | AUD | 0.3 |
| 100 | Credit Suisse Asset Management (Deutschland) GmbH | Frankfurt, Germany | EUR | 2.6 |
| 100 | Credit Suisse Asset Management (France) S.A. | Paris, France | EUR | 31.6 |

PUBLIC0654101