# EXHIBIT 5

**A-1** Share Application Form

# SHARE APPLICATION FORM

## INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

   (i) Completed and signed Share Application Form and corresponding signature page.

   (ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

   Republic National Bank of New York
   452 Fifth Avenue
   New York, NY
   U.S.A.
   ABA# 021-004-823

   **For Account and under Swift Advice to:**

   Citco Bank Nederland, N.V.
   World Trade Center
   P.O. Box 7241
   Amsterdam, The Netherlands

   **Account number:**    Redacted 4.935

   **Reference:**    Fairfield Sentry Limited
                     Account No. Redacted 3.797

   **By Order of:**    *Name of Subscriber*

   (iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

CONFIDENTIAL

CFSE-LIQ-00203212

BRRVAA0001023

19-05-99   13:26   Van:CITCO FUND SERVICES           +31206750881           T-409  P.04/08  Opdracht-190
                    +31206750881

**FAIRFIELD SENTRY LIMITED**                                                INFORMATION MEMORANDUM

**A-2 Share Application Form**

To:     Fairfield Sentry Limited      Telephone: (31) 20-572-2114
        c/o Citco Fund Services
        (Europe) B.V.                 Fax: (31) 20-675-0881
        Strawinskylaan 1725
        1077 XX Amsterdam
        P.O. Box 7241
        1007 JE Amsterdam
        The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

~~U.S.$~~   __974 shs__   of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

    Name: _____

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

    Name of Advisor:                    _____

    Name of Advisor's firm or organization:  _____

    Not Applicable: _____

CONFIDENTIAL                                                                CFSE-LIQ-00203213

BRRVAA0001024

19-05-99   13:26   Van:CITCO FUND SERVICES          +31206750881          T-409  P.05/08  Opdracht-180
                   +31206750881

**FAIRFIELD SENTRY LIMITED**                                          INFORMATION MEMORANDUM

**A-3 Share Application Form**

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐ _____

Name of nominee to appear on Share Certificate

The Subscriber hereby designates and appoints **Interman Services Limited**, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
**Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-575-0881.**

CONFIDENTIAL

CFSE-LIQ-00203214

BRRVAA0001025

19-05-99  13:26  Van:CITCO FUND SERVICES        +31206750881        T-409  P.06/08  Opdracht-180
+31206750881

FAIRFIELD SENTRY LIMITED                                           INFORMATION MEMORANDUM

**A-4** Share Application Form

## Signature Page For Subscription by an: **INDIVIDUAL**

SHARES TO BE REGISTERED AS (check one):
*(Please print all information exactly as you wish it to appear on the Company's records.)*

☐ Individual Subscriber                    ☐ Co-Subscribers
                                              (Both signatures are required)

_____                    _____
Name of Subscriber                         Name of Subscriber

_____                    _____
Address                                    Address

_____                    _____
Country of Residence                       Country of Residence

_____                    _____
Telephone                                  Telephone

_____                    _____
Telephone (Evenings)                       Telephone (Evenings)

_____                    _____
Fax                                        Fax

_____                    _____
Email                                      Email


_____                    _____
Signature                                  Signature (both signatures are required)

_____                    _____
Please print Name                          Please print Name

_____                    _____
Date                                       Date

30 OF 36

CONFIDENTIAL                                                      CFSE-LIQ-00203215

BRRVAA0001026

19-05-99   13:26   Van:CITCO FUND SERVICES         +31206750881           T-409  P.07/08  Opdracht-180
                   +31206750881

FAIRFIELD SENTRY LIMITED                                                  INFORMATION MEMORANDUM

**A-5** Share Application Form

## Signature Page For Subscription by an:    ENTITY

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document)

☐ **TRUST** (please include a copy of the trust agreement)

☒ **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

Name of Subscriber: Trincastar Corp.

Address: Pasea Estate

Country of Formation: Road Town, Tortola, BVI

Telephone:

Telephone (Evenings):

Fax (transmission number):

Telephone:

Email:

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

(Please print all information exactly as you wish it to appear on the Company's records.)

Name and Title (Please print name): Trincastar Corp.
ASSOCIATED LTD.

Signature (Trustee, partner or authorized corporate officer)

Dated: 12. APR. 2000

Name and Title (Please print name):

Signature (Trustee, partner or authorized corporate officer):

Dated:

31 OF 36

CONFIDENTIAL                                                              CFSE-LIQ-00203216

BRRVAA0001027

19-05-99   13:26   Van:CITCO FUND SERVICES           +31206750881        T-409  P.08/08  Opdracht-180
                   +31206750881
                                                                         INFORMATION MEMORANDUM
FAIRFIELD SENTRY LIMITED
**A-6** Share Application Form

## SUBSCRIPTION INFORMATION

**SHARE REGISTRATION INFORMATION**

Name: Trincastar Corp.
Address: Pasea Estate, Road Town
Country of Residence: BVI
Telephone:
Telephone (Evenings):
Fax:

**MAILING (POST) INFORMATION** (if other than address of registration)

Credit Suisse Trust
Attn. Monika Stocker
Bleicherweg 33
8002 ZURICH Switzerland
0041 1 204 28 76
0041 1 202 37 97

**REMITING BANK** ✱✱

Name:
Address:
Country of Residence:
Telephone:
Telephone (Evenings):
Fax:

**BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank):

✱✱ to: Bank of New York, New York / ABA 021 0000 18
for account of: Credit Suisse First Boston, Zurich, Switzerland
    Acc. Redacted 2099
for further credit: Credit Suisse Private Banking, Zurich, Head Office       32 OF 36
in favor of: Trincastar Corp.
    Acc. No. Redacted 71-62

CONFIDENTIAL                                                              CFSE-LIQ-00203217

                                                                          BRRVAA0001028