# EXHIBIT 6



**CITCO**
*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| DATE | : February 26, 1999 |
| COMPANY | : Credit Suisse Trust |
| CITY AND COUNTRY | : Zurich, Switzerland |
| ATTENTION OF | : Mr Sascha Zuger / Mr Claudio Valentino |
| FAX NUMBER | : (41-1) 202 37 97 |
| FROM | : Ms Anuschka Cova / wwe |
| RE | : Subscription |
| CLIENT NUMBER | : 050083 |
| PAGES FOLLOWING | : 1 |

MESSAGE

### FAIRFIELD SENTRY LIMITED
British Virgin Islands

Dear Sirs,

On behalf of the Board of Directors of Fairfield Sentry Limited we would like to confirm receipt of your *application* in respect of the following subscription:

| | |
|---|---|
| Dealing date | : March 1, 1999 |
| Name of subscriber | : Trincastar Corp. |
| Subscription amount | : USD 500,000.00 |

Please be advised that the subscription amount should be received at the last business day of the month. The payment should be made by wire transfer to :

    Republic National Bank of New York
    452 Fifth Avenue, New York, N.Y. 10018, Swift: BLICUS33

| | |
|---|---|
| For the account of | : Citco Bank Nederland N.V. |
| Account number | : Redacted 4 935 |
| For further credit to | : Fairfield Sentry Ltd. |
| Account number | : Redacted 3 797 |
| Reference | : Trincastar Corp. / March 1, 1999 |

Citco Fund Services
(Europe) B.V.
World Trade Center Amsterdam
Tower B 17th floor
Strawinskylaan 1725
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone : (31-20) - 5722 100
Fax : (31-20) - 6750 881
Chamber of Commerce: 33253773

CONFIDENTIAL    ANWAR-CCI-00171820



Page 2
February 26, 1999
A separate confirmation will be sent to you upon receipt of the subscription *amount*.

In order to proceed with the subscription we kindly request you to supply us with a Certificate of Incumbency.

Yours faithfully,
For and on behalf of
Fairfield Sentry Limited

_____
Citco Fund Services (Europe) B.V.
Administrator

CONFIDENTIAL                                                                                         ANWAR-CCI-00171821