# EXHIBIT 7

**From:** Ron Thomann [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENT
S_CN=RTHOMANN@fairdomain01.com]
**Sent:** 6/5/2003 8:07:30 PM
**To:** Ron Thomann [rthomann@fggus.com]; Richard Landsberger [richard@fgguk.com]; Jeffrey Tucker [jeffrey@fggus.com]; Walter Noel [walter@fggus.com]; Andres Piedrahita [andres@fgguk.com]
**CC:** Greg Bowes [greg@fggus.com]
**Subject:** RE: Arlington International Fund and Fairfield Redstone Fund Ltd.

Jeffrey:

How are these? I would love to add Shell. Koch may agree to field a call for us but generally does not do so. RT


-----Ori

Pascal:

I propose the following people for you to contact about FGG and Fairfield Sentry. Each knows FGG and our products very well.

1) Daniel Vock

Head of Hedge Fund Investments

ANOVA A.G.

    Redacted

CH-Redacted Hurden

Tel:  Redacted

Email:  Redacted

2) Peter Schmid

(Retired Director)

SBC Private Banking S.A.

    Redacted

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075830

FG-02191075

CH-<sup>Redacted</sup> Geneve

Tel:    Redacted

Fax:    Redacted

3) Alex Haegler

(Retired Director)

Credit Suisse Private Banking S.A. Brazil

Redacted

Redacted  Rio de Janeiro, RJ Brazil

Tel:    Redacted

Fax:    Redacted

4) Oivind Lorentzen

Chairman

Northern Navigation

Redacted

Greenwich, CT

Tel:    Redacted

ginal Message-----
From: Ron Thomann
Sent: Thursday, June 05, 2003 2:58 PM
To: Richard Landsberger; Jeffrey Tucker; Walter Noel; Andres Piedrahita
Cc: Greg Bowes
Subject: RE: Arlington International Fund and Fairfield Redstone Fund Ltd.

I believe I still have cotnact info for Lorentzen and Haegler. Think Shell would be a great idea as well as Koch. If agreed, who at Shell could I use as contact. RT

-----Original Message-----

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075831

FG-02191076

From: Richard Landsberger
Sent: Thursday, June 05, 2003 2:53 PM
To: Jeffrey Tucker; Ron Thomann; Walter Noel; Andres Piedrahita
Cc: Greg Bowes
Subject: RE: Arlington International Fund and Fairfield Redstone Fund Ltd.


Shell Pension?..it aint Switzerland, but is a Pension Fund..

-----Original Message-----
From: Jeffrey Tucker
Sent: Thu 05/06/2003 14:49
To: Ron Thomann; Walter Noel; Andres Piedrahita
Cc: Greg Bowes; Richard Landsberger
Subject: RE: Arlington International Fund and Fairfield Redstone Fund Ltd.

I am a big fan of Oivind Lorentzen and Alex Haegler as references; would avoid Lonnie Howell; how about someone at Koch?



-----Original Message-----
From: Ron Thomann
Sent: Wednesday, June 04, 2003 6:41 PM
To: Jeffrey Tucker; Walter Noel; Andres Piedrahita
Cc: Greg Bowes; Richard Landsberger
Subject: FW: Arlington International Fund and Fairfield Redstone Fund Ltd.
Importance: High



Jeffrey/Walter/Andres:



Spectrum Value Management (Thomas Schmidheiny's Family Office in Jona, Switzerland) would like some references, preferably Swiss-based investors in Fairfield Sentry. See Pascal Spielmann (Managing Director of Investments) email below.



I suggest I give him three. Perhaps three from the following would do, but defer to you.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075832
FG-02191077

1) Unigestion: Bernard Sabrier or Patrick Fenal

2) Bank Julius Baer: Michael Baer

3) EFG: Lonnie Howell

4) LGT Capital Partners: Stefan Muehlemann

5) Partners Group: Daniel Bieri

RT

-----Original Message-----
From: Pascal Spielmann [mailto:pascal.spielmann@s-vm.com]
Sent: Wed 6/4/2003 1:10 PM
To: Ornella Dellapina Fenman
Cc: Ron Thomann
Subject: RE: Arlington International Fund and Fairfield Redstone Fund Ltd.

Dear Ms. Fenman

Thanks a lot for the invitation to the luncheon presentation of
Arlington International Fund and Fairfield Redstone Fund Ltd. Indeed,
the performance looks great, especially of the Redstone fund which I
personally favour because of its fundamental research-based investment
style. Unfortunately, I cannot attend this presentation on June 10, as I
have the signing of an important private equity investment taking place
the same day. However, I will ask my collegue Peter Schmid whether he
could attend. Peter is managing a significant blue-chip portfolio for
our family office out of Lichtenstein. The porfolio also comprises some
hedge funds and other alternative investments. Hence, he is very
familiar with the subject. He will contact you directly by the end of
this week.

By the way, could you please send me a list with the contact details of
some reference clients (i.e. Fund of Hedge Funds, family offices,
pension funds and/or private banks) of FGG that are also investors in
Fairfield Sentry Ltd. and ideally located in or around Switzerland. As I
already mentioned to Ron Thoman, we are very much interested to become

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075833
FG-02191078

an investor in Fairfield Sentry. After the last week's discussion of the
risk-adjusted performance statistics in our Investment Committee I would
now just like to make a few reference calls to complete the initial due
diligence. Thereafter, we will come back to you with the exact amount we
are interested to invest.

Thank you in advance for your time and consideration.

Best regards, Pascal

-----Original Message-----
From: Ornella Dellapina Fenman [mailto:ornella@fgguk.com]
Sent: Dienstag, 3. Juni 2003 14:14
To: pascal.speilmann@s-vm.com
Cc: Ron Thomann
Subject: Arlington International Fund and Fairfield Redstone Fund Ltd.


Dear Mr. Spielmann,

At the request of Ron Thomann of the Fairfield Greenwich Group, I would
like to extend an invitation to attend a luncheon presentation by two
managers that have been seeded by FGG, Arlington International Fund and
Fairfield Redstone Fund Ltd.

The luncheon is to be held on Tuesday, 10th June at 12.30 for 12.45 at
The Westbury Hotel Mayfair, Bond Street (entrance in Conduit Street),
London W1.

The Arlington International Fund, founded in 1999, is an event-driven
fund with its primary focus on merger arbitrage and "busted
convertibles". As of 23/5/03, the Fund is up 6.76% YTD. Kim Morris,
Co-Principal Manager of the Fund, will present at the luncheon.

The Fairfield Redstone Fund is a long/short equity fund with its primary
focus on small and mid cap growth companies. As of 23/5/03 the fund is
up 11.12% YTD. The six-person team, all of whom worked with Arden
Armstrong whilst she was at Morgan Stanley Asset Management. Arden was
the lead portfolio manager on both the small and mid-cap growth funds of
MSAM ($6bln in AUM). Both funds were top decile performers during this
time period (3 years and 12 years respectively). Arden will be joined
by Scott Burney, COO of Redstone, in presenting the fund.

Due to limited capacity, I would be grateful if you could respond as
soon as possible if you would like to attend. Please send your reply,

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075834

FG-02191079

and any special dietary requirements, to:

Ornella Dellapina Fenman
Fairfield Greenwich (UK) Ltd
Ph: +44 20 7409 0090
Fax: +44 20 7409 3090
Email: ornella@fgguk.com

We look forward to seeing you there.

With kind regards.
Ornella Dellapina Fenman
Fairfield Greenwich (UK) Limited
32 Dover Street
London W1S 4NE
Ph: +44 20 7409 0090
Fx: +44 20 7409 3090
Email: ornella@fgguk.com
Web: www.fggus.com
FAIRFIELD GREENWICH (UK) LIMITED IS REGULATED BY FSA
This email message, including any attachments, is intended only for the
person to whom it is addressed, and may contain confidential
information. Any use, distribution, modification, copying or disclosure
by any other person is strictly prohibited. If you have received this
message in error please notify the sender by return email and delete
this message from your computer. Any data or views contained herein are
based upon information available to us at this date and is subject to
change without notice.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002075835

FG-02191080