# EXHIBIT 8

**Microsoft Outlook**

**From:** Terlien, Judith (Citco)
**Sent:** Friday, April 18, 2008 9:22 AM
**To:** 'Lina Pava'; CFS Factshelp
**Cc:** Lauren Ross; Robert Netzel
**Subject:** RE: Redmeption

Hi Lina,

This account consists of several subscriptions and redemptions between 1999 and current date. Trincaster belongs to Alex Haegler.

Regards,
Judith

---

**From:** Lina Pava [mailto:lina@fggus.com]
**Sent:** Thursday, April 17, 2008 9:53 PM
**To:** CFS Factshelp
**Cc:** Lauren Ross; Robert Netzel
**Subject:** Redmeption

Hi Judith,

Can you please let me know how the initial subscription for the below was credited? They redeemed on December 1st, 2007.

**_Sentry_**
Holder: Credit Suisse Fide (Zurich)
Account: Trincastar Corporation
Share amount: 2,328.02

Thanks,
Lina

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL                                                                                                                ANWAR-CFSE-00813708