# EXHIBIT 9

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Terlien, Judith        AMS |
| **Sent:** | Thursday, March 29, 2001 11:45 AM |
| **To:** | 'Philip Toub' |
| **Subject:** | RE: accuro |

It's not Haegler (Trincaster) is it?

-----Original Message-----
**From:** Philip Toub [mailto:Philip@fggus.com]
**Sent:** Thursday, March 29, 2001 6:01 PM
**To:** Judith Terlien
**Subject:** RE: accuro

No , we can let that one slide as it is walter's brother in law.

-----Original Message-----
From: Terlien, Judith        AMS
To: 'Philip Toub'
Sent: 29/03/01 10:38
Subject: RE: accuro

yes dushi, should your name be with that?

-----Original Message-----
From: Philip Toub [mailto:Philip@fggus.com]
Sent: Thursday, March 29, 2001 5:51 PM
To: Judith Terlien
Subject: RE: accuro

thanks  Chatzli.

did u see the Credit Suisse 500K?

-----Original Message-----
From: Terlien, Judith        AMS
To: 'Philip Toub'
Sent: 29/03/01 10:26
Subject: RE: accuro

Thanks for the info from Guyerzeller, I spoke to them asking who their
client was but they couldn't tell offcourse, will be in for March 31.

Um abraco,
J

-----Original Message-----
From: Philip Toub [ mailto:Philip@fggus.com <mailto:Philip@fggus.com> ]
Sent: Thursday, March 29, 2001 5:38 PM
To: Judith Terlien
Subject: RE: accuro

1

CONFIDENTIAL                                                    ANWAR-C-ESI-00374926

 Hi Honey(Chatzli in Swiss German)
shoudl know tomorrow honey. I do know that we should accept 500K from Credit
Suisse for a family member. I would also like to accept 400K from HSBC
Guyerzeller GVA i shoudl have some credit .

Best
-----Original Message-----
From: Terlien, Judith            AMS
To: 'Philip Toub'
Sent: 29/03/01 10:07
Subject: accuro

Hi Money maker,

Hope you're well! Do you know if we will be receiving $4mio from Accuro into
Sentry for March 31.

Thanks,
Judith

***
This e-mail message, including any attachments, is intended only for the

persons to whom it is addressed, and may contain confidential information.
Any use, distribution, modification, copying or disclosure by any other
person is strictly prohibited.  If you have received this message in error
please notify the sender by return e-mail and delete this message from your
computer.  Any data or views contained herein is based upon information
available to us at this date and is subject to change without notice.

***
This e-mail message, including any attachments, is intended only for the
persons to whom it is addressed, and may contain confidential

CONFIDENTIAL
ANWAR-C-ESI-00374927

information.
Any use, distribution, modification, copying or disclosure by any other
person is strictly prohibited.  If you have received this message in
error
please notify the sender by return e-mail and delete this message from
your
computer.  Any data or views contained herein is based upon information
available to us at this date and is subject to change without notice.

***
**This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information.  Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer.  Any data or views contained herein is based upon information available to us at this date and is subject to change without notice.**

3

CONFIDENTIAL