# EXHIBIT 10

**From:** Jeffrey Tucker [jeffrey@fggus.com]
**Sent:** 5/11/2005 10:07:26 PM
**To:** Mami Hidaka [mami@fggus.com]
**CC:**
**Subject:** RE: Sentry Reference

Monica's brother Alex Haegler from Brazil.....Ellen in Greenwich would have his office number; Oivind Lorentzen.... will forward his contacts.

-----Original Message-----
From:   Mami Hidaka
Sent:   Wednesday, May 11, 2005 6:06 PM
To:     Jeffrey Tucker
Subject:       Sentry Reference

Hi Jeffrey -

Scott did not have a list.
I will ask Cornelis about Pieter Bos, Bos & Partners.
But, I was hoping to get 2 more names/phone numbers from you.
I think you mentioned Monica's sister and someone in Greenwich?

Thank you,
Mami

Mami Hidaka
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, New York 10022
tel:   1-212-319-6060
fax:   1-212-319-0450

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00110795C
SECSEV1685473