# EXHIBIT 11

**From:** Philip Toub [philip@fggus.com]
**Sent:** 11/8/2007 3:12:26 PM
**To:** Lauren Ross [lauren@fggus.com]; Richard Landsberger [richard@fgguk.com]; Jeffrey Tucker [jeffrey@fggus.com]; Walter Noel [walter@fggus.com]
**CC:** Maria Teresa Pulido [mteresa@fggus.com]; Amanda Simone [amanda@fggus.com]
**Subject:** RE: Credit Suisse (Zurich) ??

Most of this money relates to Latam clients. Principally from the brazil office and then in smaller amounts the others. Undoubtedly some of it would probably originate from other global offices namely Middle east al;though I think they mostly book in London. At the end of 1997, we got on their global platform thanks to Alex Haegler and Walter's efforts and I got the name of every senior banker in Latam and visited every office. Those were the good old days of CS, at one point we were getting $100 mil a month in.


best

———

From: Lauren Ross
Sent: Thursday, November 08, 2007 10:06 AM
To: Philip Toub; Richard Landsberger; Jeffrey Tucker; Walter Noel
Cc: Maria Teresa Pulido; Amanda Simone
Subject: Credit Suisse (Zurich) ??
Importance: High


We currently have about $176 million credited to FGG House from Credit Suisse (Zurich) on which we pay a rebate, mostly Sentry (30% PF).


In preparation for our call this morning, can anyone provide some additional background on the origin of this money? Who was the FGG agent (Walter)? Is this Private Bank from LatAm?


Thank you,

Lauren

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002073864
FG-02189109

Credit Suisse (Zurich)

September 8, 2000

Arlington

$ 216,877

House

FIF A1

$ 22,996

House

Lambda

$ 68,309

House

Sentry

$ 174,840,408

House

Sigma

$ 203,757

House

NGA

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002073865
FG-02189110

$     938,227

House

$  176,290,574

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002073866

FG-02189111