# EXHIBIT 12

| | |
|---|---|
| From: | Walter Noel [walter@fggus.com] |
| Sent: | Monday, September 08, 2008 7:25 PM |
| To: | Alex Haegler |
| Subject: | RE: Cs |

Alex, Thanks. I will contact both of your suggestions and will hope to see Peter, our last account manager. Walter

-----Original Message-----
From: Alex Haegler [mailto:alex@haegler.com.br]
Sent: Monday, September 08, 2008 3:19 PM
To: Walter Noel
Subject: Re: Cs

Walter,
I recommend you call on Giacomo Ott (Tel.(   Redacted   E/M   Redacted   )
He is a Vice Pres who essentially took Christian Graf´s place and is probably your account manager.
A good visit would be to Christian Wiesendanger, Managing Director, Head of Pvt. Banking Latin America, Bahamas and North America Offshore Tel. (   Redacted    Wiesendanger is the top man for this area and a very nice person who will certainly receive you if you mention my name. He likes and respects me very much.
Petrer Lengsfeld Cel.    Redacted    is a good friend but is sidelined in an analyses department without direct contact with clients.

So far I have not even entered the waiting list for the Monday flight to Geneva - Looks grim, but I am still hopeful.

Regards, Alex
----- Original Message -----
From: "Walter Noel" <walter@fggus.com>
To: <alex@haegler.com.br>
Sent: Monday, September 08, 2008 3:49 PM
Subject: Cs


> Alex. I plan to be in zurich on wednesday after monday and tuesday in
> geneva.  Do you have any suggestions on whom I might visit at credit swiss
> re our new partnership?  We.  Are making courtesy calls on friends in the
> swiss banking community. I plan to see lengsfeld and our new account
> officer whoever it might be.  Thanks again for your well-targeted message.
> Walter
>
> This e-mail message, including any attachments, is intended only for the
> persons to whom it is addressed, and may contain confidential information.
> It is not intended as an offer or solicitation for the purchase or sale of
> any financial instrument. Any use, distribution, modification, copying or
> disclosure by any other person is strictly prohibited.  If you have
> received this message in error please notify the sender by return e-mail
> and delete this message from your computer. Any data or views contained
> herein is based upon information available to us at this date, and is
> subject to change without notice, and is not warranted as to completeness
> or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements

1

> made herein do not necessarily reflect those of FGG.
>


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E003110875

FG-03226120