# EXHIBIT 13

### RESOLUTIONS OF THE SOLE DIRECTOR
### OF
### FAIRFIELD SENTRY LIMITED

The undersigned, being the sole Director of Fairfield Sentry Limited, an International Business Company existing and operating under the laws of the British Virgin Islands (the "Company"), hereby consents to the adoption of the following resolutions:

**RESOLVED**, to issue 28,937 shares in the Company as follows:

- 3,444 shares to Trincastar Corp.;
- 6,889 shares to Arbitresor;
- 3,444 shares to Naidot & Co.;
- 6,889 shares to Hemisphere Neutral Fund Ltd.;
- 344 shares to Pictet & Cie.;
- 700 shares to Banque Générale du Luxembourg, Luxembourg;
- 608 shares to Banque Générale du Luxembourg, Luxembourg;
- 336 shares to Daytone International Holdings Inc.;
- 86 shares to Banque Générale du Luxembourg, Luxembourg;
- 516 shares to Swiss AM Nominees Ltd;
- 344 shares to A.I.C. Investment Company;
- 344 shares to Balmoral Trading Company Inc.;
- 3,444 shares to Advanced Strategies Limited;
- 1,205 shares to Darier, Hentsch & Cie.;
- 344 shares to Moutlock Investment Partnership, B.V.I.;

and further

**RESOLVED**, to issue the following share certificates representing the above issued shares:

- Share Certificate No. 105 for 3,444 shares in favour of Trincastar Corp.;
- Share Certificate No. 106 for 6,889 shares in favour of Arbitresor;
- Share Certificate No. 107 for 3,444 shares in favour of Naidot & Co.;
- Share Certificate No. 108 for 6,889 shares in favour of Hemisphere Neutral Fund Ltd.;
- Share Certificate No. 109 for 344 shares in favour of Pictet & Cie.;
- Share Certificate No. 110 for 700 shares in favour of Banque Générale du Luxembourg, Luxembourg;

CONFIDENTIAL                                                                                              ANWAR-CFSE-00868881

- Share Certificate No. 111 for 608 shares in favour of Banque Générale du Luxembourg, Luxembourg;
- Share Certificate No. 112 for 336 shares in favour of Daytone International Holdings Inc.;
- Share Certificate No. 113 for 86 shares in favour of Banque Générale du Luxembourg, Luxembourg;
- Share Certificate No. 114 for 516 shares in favour of Swiss AM Nominees Ltd;
- Share Certificate No. 115 for 344 shares in favour of A.I.C. Investment Company;
- Share Certificate No. 116 for 344 shares in favour of Balmoral Trading Company Inc.;
- Share Certificate No. 117 for 3,444 shares in favour of Advanced Strategies Limited;
- Share Certificate No. 118 for 1,205 shares in favour of Darier, Hentsch & Cie.;
- Share Certificate No. 119 for 344 shares in favour of Moutlock Investment Partnership, B.V.I.;

and further

**RESOLVED**, to accept the redemption request of 600 shares in favour of Credit Suisse London Nominees Ltd. and to cancel Share Certificate No. 69 totalling 810 shares;

and further

**RESOLVED**, to issue Share Certificate No. 120 representing the remaining 210 shares of the above-mentioned redemptions held in favour of Credit Suisse London Nominees Ltd.;

and further

**RESOLVED**, to accept the share transfer request for 393 shares from Equinox Investments Limited to Old court Limited, account E124 and to cancel Share Certificate No. 52, totalling 393 shares;

and further

**RESOLVED**, to issue Share Certificate No. 123 representing 393 shares in favour of Old Court Limited, account E124;

CONFIDENTIAL ANWAR-CFSE-00868882

and further

>**RESOLVED**, to accept the stock split request from Credit Suisse London Nominees Ltd and to cancel Share Certificate No. 97 totalling 170 shares accordingly;

and further

>**RESOLVED**, to issue Share certificate No. 121 representing 100 Shares held in favour of Credit Suisse London Nominees Ltd.;

and further

>**RESOLVED**, to issue Share certificate No. 122 representing 70 Shares held in favour of Credit Suisse London Nominees Ltd.;

and further

>**RESOLVED**, to direct CITCO Administration (Europe) Limited, the Administrator, to execute and to record the issuance of the shares and share certificates in the share register.

Adopted and signed as of the 1st day of April, 1993.

Tortola Corporation Company Limited
Director

CONFIDENTIAL                                                                                                  ANWAR-CFSE-00868883