# EXHIBIT 14

28-10-99   15:31   Van-CITCO FUND SERVICES   +31206750891   T-420   P.02/02   F-924

# SHARE TRANSFER FORM

**The undersigned:**   CREDIT SUISSE LONDON NOMINEES LIMITED
5 CABOT SQUARE
LONDON E14 4QR

("Transferor")

having its registered office at/of   5 CABOT SQUARE
LONDON E14 4QR

for value received,

hereby transfers to:   TRINCASTAR CORP.

("Transferee")

having its registered office at/of   ROAD TOWN
PASEA ESTATE
P.O. BOX 3149
TORTOLA
B.V.I.

— 974 — shares

in Fairfield Sentry Limited ("Company")

The Transferee acknowledges having received the Information Memorandum of the Company.

The Transferee agrees to be bound by the terms and conditions of and to enter into the attached Subscription Agreement of the Company in addition to this document.

Dated:

Signed:

**Transferor**
The Common Seal of
Credit Suisse London Nominees Limited
Was Hereunto Affixed In the Presence of
.................. Director/Authorised Signatory
.................. Director/Authorised Signatory
Please print name of signatories
04858

**Transferee**
TRINCASTAR CORP.
VERDURO
ASSOCIATED LTD.

Verena Schmid
S. Therese Schnitter.

CONFIDENTIAL    ANWAR-CFSE-00630964