# EXHIBIT 16

99-15:42:36                    Printer-4689-000002                    2

---------------------- Instance Type and Transmission --------------
Original received from SWIFT
Priority             : Urgent
Message Output Reference : 1543 990528CITCNL2AAXXX2110274922
Correspondent Input Reference : 1543 990528CRESCHZZF80A1109774299
-------------------------- Message Header ------------------------
Swift Output  : FIN 100 Customer Transfer
Sender        : CRESCHZZ80A
                CREDIT SUISSE (FIRST BOSTON)
                (HEAD OFFICE)
                ZURICH CH
Receiver      : CITCNL2AXXX
                CITCO BANK NEDERLAND N.V.
                AMSTERDAM NL
MUR : 97487800
-------------------------- Message Text -------------------------
 20: Transaction Reference Number
     ZZMY3Q0528056001
 32A: Value Date, Currency and Amt
      Date        : 28 May 1999
      Currency    : USD (US DOLLAR)
      Amount      :            #2,000,000.#
 50: Ordering Customer
     TRINCASTAR CORP.
 53A: Sender's Correspondent - BIC
      IRVTUS3NXXX
      BANK OF NEW YORK
      NEW YORK,NY  US
 54A: Receiver's Correspondent - BIC
      BLICUS33XXX
      REPUBLIC NATIONAL BANK OF NEW YORK
      NEW YORK,NY  US
 59: Beneficiary Customer
     /Redacted 4935
     ACC. NO.  Redacted 4.935
 70: Details of Payment
     REF. FAIRFIELD SENTRY LIMITED
     ACCOUNT NO Redacted 3.797
 71A: Details of Charges
      OUR
 72: Sender to Receiver Information
     /TELE/
----------------------------- Message Trailer --------------------
{MAC:8D8423AB}
{CHK:95CBE4B198C7}

CONFIDENTIAL                                      ANWAR-CFSE-00630983