# EXHIBIT 17



## Request for Wire Transfer Payment

| | |
|---|---|
| CITCO BANK NEDERLAND N.V. DUBLIN BRANCH | Date: Jan-20-2004 |
| ATTN: PAYMENTS DEPARTMENT | |
| CUSTOM HOUSE PLAZA BLOCK 6 | Fund ID: 03302 |
| INTERNATIONAL FINANCIAL SERVICES CENTRE | Holder ID: 00015102 |
| DUBLIN 1, IRELAND | Account ID: 0000558 |
| | Contract No.: 5837302 |
| | Order No.: 3804702 |
| | Cash ID: 11095202 |

### FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please process the following wire transfer payment

**Please debit:**
Further Cr. Num: IECITC00000035810501
Further Cr. Name: FAIRFIELD SENTRY LIMITED

**Please credit:**

Bank Name: BANK OF NEW YORK
Bank Address: NEW YORK
Bank Address: USA

ABA Ref.: 021 000 018

Further Cr. Num: Redacted 2099
Further Cr. Name: CREDIT SUISSE FIRST BOSTON ZURICH

Beneficiary Acct No: Redacted71 62
Beneficiary Name: TRINCASTAR

Amount: USD    2,000,000.00
Value date: Jan-21-2004
Ref: FAIRFIELD SENTRY A    Shares:2,088.02 T/D:01-01-2004 RE
Note: ATTN CH. GRAF

Authorised signatory                              Authorised signatory

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL                                                                 ANWAR-CFSE-00630904