# EXHIBIT 18

0000558
May 31

## Trincastar Corp.
Road Town, Tortola
BVI

By Facsimile 0031 20 572 26 10
Original via mail

Fairfield Sentry Limited
c/o Citco Fund Services (Europe) B.V.
Citco Building
Telestone – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands



Ingekomen
09 MEI 2006
CONFIRMATION

04 May 2006 / AKA

**Redemption in Fairfield Sentry, Class A**

Dear Sirs

We herewith would like to instruct you to redeem **USD *2'000'000.00** of our total shareholding having in the Fairfield Sentry Limited Fund. The proceeds shall be transferred as follows:

| | |
|---|---|
| To: | Bank of New York, New York<br>ABA: 021 000 018 |
| For account of: | Credit Suisse, Switzerland<br>Account: Redacted 2099 |
| For further credit to: | Credit Suisse<br>Head Office, 8070 Zurich, Switzerland<br>Attn Mr Stefan Sahli |
| Beneficiary: | Trincastar Corp.<br>Account: Redacted 71-62 |
| Reference: | Fairfield Sentry |
| Value date: | as soon as possible |

**Please confirm the redemption date.**

Thank you for your kind co-operation.

Best regards

**TRINCASTAR CORP.**
VERDURO ASSOCIATED LIMITED

*[signature]*

CONFIDENTIAL                                                                                                           ANWAR-CFSE-00224243