# EXHIBIT 19

**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Order Received

CREDIT SUISSE TRUST
BLEICHERWEG 33
PO BOX 656
CH-8027 ZURICH
SWITZERLAND

Date      : May-25-2007
Fund ID   : 03302
Holder ID : 00015102
Account ID: 0000558
Order No. : 25334002

MS MONIKA STOCKER
Account: TRINCASTAR CORPORATION

FAX Number : 0041 1 2023797

*Handwritten: Area code changed from 01 to 044  05/31/2007*
*Handwritten: 0041 44 202 3797*

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to **REDEEM** from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jul-01-2007 |
| Settlement Date | Jul-31-2007 |
| Valuation/NAV Date | Jun-30-2007 |
| Type of transaction | Redemption |
| Amount | USD 4,000,000.00 |

Bank Name:           THE BANK OF NEW YORK
Bank Address 1:      NEW YORK
Bank Address 2:      USA
ABA Ref.:            021000018
SWIFT Ref.:          IRVTUS3N
For Cr. Num:         Redacted 2099
For Cr. Name:        CREDIT SUISSE ZURICH
For Cr. SWIFT Ref.:  CSFBCHZZ
Further Cr. Name:    CREDIT SUISSE ZURICH
Further Cr. SWIFT Ref.: CRESCHZZ80A
Beneficiary Acct No: Redacted 7162
Beneficiary Name:    TRINCASTAR CORP

**Note 1: MISSING SECOND SIGNATURE ON ORDER**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                              ANWAR-CFSE-00631600