# EXHIBIT 20



## SUBSCRIPTION FORM OF FAIRFIELD SENTRY LIMITED
For dealing date Thursday, July 1, 1999
For USD 2,000,000.00
(executed by the registrar and transfer agent)

This document is filled in by     Judith

**PART 1**

1. Share registration name     Trincaster Corp. British Virgin Islands     033 / 558
   c/o   Credit Suisse Trust Zurich, Switzerland
2. Request sent by     Claudio Valentino
3. Telephone and Fax Numbers in GSS     ☒ yes
4. Names of the authorised signatories     Urs Leiser & Therese Schmitter ; and do(es) appear in signature card ? yes
5. Subscription agreement received     ☒ fax dd May 28, 1999
   ☐ original

   Subscription amount received on     May 28, 1999 (please read and attach swift message)

   Name of the remitting bank     Bank of New York New York, USA

7. Where do we pay future redemption ? Bank of New York / Credit Suisse Private Banking Zurich / Swift CRESZHZZ80A / Trincaster Corp / a/c# **Redacted** 71-62

8. Information on the agreement compared with GSS and ☒ no differences found
   (NAW, T+F)     ☐ changes discussed with
   ☐ NEW and kyc identity completed

**PART 2**

Is the subscriber a QFI ?     ☐ yes

Is the subscriber a subsidiary / affiliate of a QFI established outside EU / FATF ?     ☐ yes, we received confirmation that it is itself subject to the same regulations as if it were a QFI

Is the subscriber an individual ?     ☐ yes, we have a copy of passport on file
☐ and we have received confirmation from its QFI remitting bank that the person had been identified

Is the subsciber a closely held company ?     ☐ yes, we do have copy of passports and residential address of the ultimate beneficial oweners

~~Is the subscriber a listed or widely held company~~ ? ☒ yes, we do have evidence on file

Date 7-Jul-99
Signature gss'er for acknowledgement of the above

S:/Ephshare/Winword/Investment Fund/GSS/SUB/Trincaster Corp.doc

CONFIDENTIAL     ANWAR-CFSE-00630982