# EXHIBIT 22

**CITCO**

Citco Fund Services
(Europe) B.V.

22 JAN '99 15:30

Amsterdam, January 22, 1999

Citco Bank Nederland N.V.
Attn: Payments Department
World Trade Center
Tower B, 16th floor
Strawinskylaan 1629
1077 XX Amsterdam

## FAIRFIELD SENTRY LIMITED

British Virgin Islands

Re: USD account no. Redacted 3, 797

Dear Sirs,

By the debit of the above account, please arrange for the following wire transfers for value
date: January 25, 1999:

| Beneficiary | | Amount in USD |
|---|---|---|
| 1. To | : Jyske Bank (Gibraltar) Ltd. 76 Main Street, Gibraltar | **83,727.00** |
| In favour of | : Nordic Services S.A. | |
| Account number | : Redacted  (USD) | |
| Reference | : Fairfield Sentry Limited | |
| 2. To | : Sterling Bank Houston, Texas ABA 113-005-549 | **811.00** |
| In favour of | : Cominter International | |
| Account number | : Redacted | |
| Reference | : Fairfield Sentry Limited | |
| 3. To | : National Westminster Bank Plc. Lothbury Office London EC2P 2BP, United Kingdom | **9,123.00** |
| In favour of | : Silenta Services S.A. | |
| Account number | : Redacted  (USD) | |
| Reference | : Fairfield Sentry Limited | |

1

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL

ANWAR-CFSE-00307538



**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|
| 4. | To | : Credit Suisse | **70,418.00** |
| | | 5780 Gstaad, Switzerland | |
| | In favour of | : Attilio Brillembourg | |
| | Account number | : Redacted | |
| | Reference | : Fairfield Sentry Limited | |
| 5. | *BY CHEQUE* | | |
| | To | : Mr Frank P. Bodmer | **835.00** |
| | | c/o Rahn & Bodmer | |
| | | Talstrasse 15 | |
| | | P.O. Box 4522 | |
| | | CH-8022 Zurich | |
| | | Switzerland | |
| 6. | To | : Chase Manhattan Bank | **2,582.00** |
| | | New York, USA | |
| | | ABA: 021-000-021 | |
| | In favour of | : Sierra Capital | |
| | Account number | : Redacted | |
| | Reference | : Fairfield Sentry Ltd. | |
| 7. | To | : Chase Manhattan N.Y. | **14,088.00** |
| | | ABA 021-000-021 | |
| | In favour of | : Jacqueline Harary | |
| | Account number | : Redacted | |
| | Reference | : Fairfield Sentry Ltd. | |
| 8. | To | : Royal Bank of Scotland | **12,009.00** |
| | | 61 Akti Miaouli | |
| | | Pireaus 185-10, Greece | |
| | In favour of | : Anchor Transatlantic Shipping Corporation | |
| | Account number | : Redacted | |

2

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curacao, British Virgin Islands, Bermuda,
US Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160007

ANWAR-CFSE-00307539



**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

22 JAN '99 15:30

| Beneficiary | Amount |
|---|---|

9. To : Bank of New York **5,835.00**
New York, USA
ABA : 021 0000 18
In favour of : Coutts & Co. International
London, United Kingdom
Account number : Redacted
Further credit : B. Mavroleon T/A Anchor Asset Management
Account number : Redacted
Reference : Fairfield Sentry Limited

10.

11. To : The Chase Manhattan Bank **46,299.00**
94 First Avenue
New York, NY 10028
U.S.A.
ABA # 021 000 021
In favour of : Fortuna Asset Management, Inc.
Account number : Redacted
Reference : Fairfield Sentry Limited

12.

13.

14. To : Chase Manhattan Bank N.A. **260,977.00**
New York, USA
ABA # 021000021
In favour of : Investcorp Global Asset Management Ltd.
Account number : Redacted
Reference : Quarterly Advisory Fee

15. To : Citco Bank Nederland N.V. **4,813.00**
In favour of : Dynamic Alternative Strategies Ltd.
Account number : Redacted
Reference : Fairfield Sentry Limited

3

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 100047

CONFIDENTIAL

ANWAR-CFSE-00307540



## FAIRFIELD SENTRY LIMITED
British Virgin Islands

**Beneficiary**                                                **Amount**

16. To                    : The Chase Manhattan Bank NA        **21,480.00**
                            New York, NY
                            ABA: 021 000 021
    In favour of          : Citco Bank and Trust Company Ltd.
    Account number        : Redacted
    Further credit to     : Confidas Consultants ltd.
    Account number        : Redacted
    Reference             : Fairfield Sentry Limited

17. To                    : Swiss Bank Corporation             **32,710.00**
                            New York, NY
                            Swift Code: SBCOU33
                            ABA: 799
    In favour of          : Garantia Banking Limited
    Account number        : Redacted
    Further credit to     : Garantia Fund of Funds - A
    Account number        : Redacted
    Reference             : Fairfield Sentry Limited

18. To                    : Midland Bank Plc                   **2,856.00**
                            140 Leadenhall Street
                            London, UK
    In favour of          : Alternative Advisors Ltd.
    Account number        : Redacted
    Reference             : Fairfield Sentry Ltd.

19. To                    : Citco Bank Nederland N.V.          **60,494.00**
    In favour of          : Brazil Direct Limited
    Account number        : Redacted
    Reference             : Fairfield Sentry Ltd.

20.

21.

4

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL                                                ANWAR-CFSE-00307541



**CITCO**

Citco Fund Services
(Europe) B.V.

22 JAN '99 15:30

**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

| Beneficiary | | Amount |
|---|---|---|

22. To                          : Citibank N.A. Branch No. 9          **165,006.00**
                                   399 Park Avenue
                                   New York, NY 10022, USA
                                   ABA: 021-000-089
In favour of                    : Barreneche Inc.
Account number                  : Redacted
Reference                       : Fairfield Sentry Ltd.

23. To                          : Citibank N.A. Branch No. 9          **10,942.00**
                                   399 Park Avenue
                                   New York, NY 10022, USA
                                   ABA: 021-000-089
In favour of                    : Pictet & Cie
Account number                  : Redacted
Attn:                           : J. Roth / reference Artemis

24. To                          : Theodoor Gilissen Bankiers          **971.00**
In favour of                    : Eelkman Rooda, Van Lawick & Co. Vermogensbeheer
Account number                  : Redacted
Reference                       : Fairfield Sentry Ltd.

25. To                          : Affida Bank                         **4,464.00**
                                   Zurich, Switzerland
In favour of                    : Arbora
Account number                  : Redacted
Reference                       : Fairfield Sentry Ltd.

26. To                          : Union Bank of Switzerland           **2,739.00**
                                   Ruschlikon, Switzerland
In favour of                    : Hans Bruderer Vermogensverwaltung
Account number                  : Redacted
Reference                       : Fairfield Sentry Ltd.

5

*World Trade Center Amsterdam*
*Tower B, 17th floor*
*Strawinskylaan 1725*
*1077 XX Amsterdam*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone: (31-20) 5722100*
*Fax: (31-20) 6750881*
*www.citco.com*

*CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva
Chamber of Commerce: 160097*

CONFIDENTIAL                                    ANWAR-CFSE-00307542

CITCO

*Citco Fund Services*
*(Europe) B.V.*

22 JAN '99 15:30

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|
| 27. To | : | Citco Bank Nederland N.V. | **10,341.00** |
| In favour of | : | Arden International Capital Ltd. | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Ltd. | |
| | | | |
| 28. To | : | Credit Suisse | **14,651.00** |
| | | New York, USA | |
| In favour of | : | Bank Leu, Nassau Branch | |
| | | ABA 026-009-179 | |
| Account number | : | Redacted | |
| Further credit to | : | Leu Capital Mangement Limited | |
| Account number | : | Redacted   USD | |
| Reference | : | Abbate and/or Esther | |
| | | | |
| 29. | | | |
| | | | |
| 30. | | | |
| | | | |
| 31. To | : | The Chase Manhattan Bank | **1,208.00** |
| | | New York, USA | |
| In favour of | : | John M. Forgach | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Ltd. | |
| | | | |
| 32. To | : | Union Bank of Switzerland | **1,372.00** |
| | | Geneva, Switzerland | |
| In favour of | : | Beaulac S.A. | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Ltd. | |

6

*World Trade Center Amsterdam*
*Tower B, 17th floor*
*Strawinskylaan 1725*
*1077 XX Amsterdam*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone: (31-20) 5722100*
*Fax: (31-20) 6750881*
*www.citco.com*

*CITCO Group offices are established in*
*Curaçao, British Virgin Islands, Bermuda,*
*U.S. Virgin Islands, Bahamas, Cayman*
*Islands, Mauritius, Barbados, New York,*
*Miami, Toronto, Montevideo, Dublin, London,*
*Gibraltar, Madeira, Milan, Amsterdam,*
*Brussels, Luxembourg, Zurich and Geneva.*
*Chamber of Commerce. 160097*

ANWAR-CFSE-00307543

CITCO

*Citco Fund Services
(Europe) B.V.*

22 JAN '99  15:30

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|
| 33. To | : | Chase Manhattan Bank | **7,723.00** |
|  |  | Brooklyn New York |  |
| Swift | : | CHASUS 33 |  |
| In favour of | : | Credit du Nord - Monaco |  |
| Swift | : | Nord FR PP |  |
|  |  | Banque 30076, guichet 02370 |  |
| Compte | : | Redacted |  |
| Further credit to | : | Darvel Group Ltd. |  |
| Attn. | : | N. Bertozzi |  |
| Reference | : | Fairfield Sentry Limited |  |
| 34. To | : | KeyBank National Association | **15,837.00** |
|  |  | Parker, USA |  |
|  |  | ABA 307070267 |  |
| In favour of | : | Hamilton Miller Investments, LLC |  |
| Account number | : | Redacted |  |
| Reference | : | Rebate of fees |  |
| 35. To | : | ABN-AMRO | **554.00** |
|  |  | 335 Madison Avenue |  |
|  |  | New York, USA |  |
|  |  | ABA 026 009 580 |  |
| In favour of | : | MeesPierson (Bahamas) Limited |  |
| Account number | : | Redacted |  |
| Further credit to | : | The Specialist Fund Ltd. |  |
| Account number | : | Redacted |  |
| Reference | : | Rebate of fees |  |
| 36. To | : | Citibank N.A. | **3,285.00** |
|  |  | New York, USA |  |
|  |  | ABA 021-0000-89 |  |
| In favour of | : | Mr Peter Schacke |  |
| Account number | : | Redacted |  |
| Reference | : | Fairfield Sentry Ltd. |  |

7

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160091

CONFIDENTIAL

ANWAR-CFSE-00307544



22 JAN '99  15:30

**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

| Beneficiary | | Amount |
|---|---|---|

37. To : Citibank N.A.                                   **45,531.00**
New York, USA
ABA 021-0000-89
In favour of      : Darier Hentsch & Cie.
Account number  : Redacted
In the name of   : Mr Roberto Seiler
Reference        : Redacted

38. To : Bank of New York                              **0**
New York, USA
ABA              : 021 000 018
In favour of      : Credit Suisse First Boston
Account number  : Redacted
Attention        : Mr. E. Scharer / Dept. PSOD 76
For account      : Redacted
Reference        : Fairfield Sentry Ltd.

39. To              : Credit Suisse First Boston, New York   **319,460.00**
In favour of      : Credit Suisse Privat Banking, Geneva
Account number  : Redacted
Attn             : Mr. Cottier / PAA-GEM
Reference        : Fairfield Sentry Ltd.

40. To              : Credit Suisse First Boston, New York   **29,837.00**
In favour of      : Credit Suisse First Boston, London
For Account of   : Credit Suisse Private Banking, London
Attn             : Maureen Strong
Reference        : Fairfield Sentry Ltd.

41. To              : The Bank of New York                   **24,112.00**
New York, USA
ABA              : 021 000 018
In favour of      : Credit Suisse (Bahamas) Limited
Account number  : Redacted
Attn             : OPST / Fund Administration
Reference        : Fairfield Sentry Ltd.

8

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160007

CONFIDENTIAL

ANWAR-CFSE-00307545



**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|

42. To : Credit Suisse New York **45,014.00**
Tower 49, 12 East 49th Street
In favour of : Credit Suisse Private Banking Lugano
Account number : Redacted
Reference : Fairfield Sentry Ltd.

43.

44. To : Swiss Bank Corp, London **5,381.00**
30 Charles II Street
In favour of : Starfin Ltd.
Account number : Redacted
Reference : Fairfield Sentry Ltd.

45. To : Chemical Bank **6,197.00**
4, New York Plaza, 2nd Floor
New York, N.Y. 10015
SWIFT : CHEMU33
In favour of : CCF Reims
Account number : Redacted
Reference : Financière France Neerlandaise
Fairfield Sentry Ltd

46. To : Rahn & Bodmer, Bankers **131,011.00**
8022 Zurich
Switzerland
In favour of : J. Rauber AG
Account number : Redacted (USD)
Reference : Fairfield Sentry Ltd.

47. To : Citibank N.A. **3,732.00**
New York, USA
In favour of : Bank of Bermuda (Isle of Man) Ltd.
Account number : Redacted
For further credit : HF Advisers Limited
Account number : Redacted
Reference : Fairfield Sentry Ltd.

9

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce 160907

CONFIDENTIAL

ANWAR-CFSE-00307546

C I T C O

Citco Fund Services
(Europe) B.V.

22 JAN '99 15:31

**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

**Beneficiary**                                                    **Amount**

48. To                    : Brown Brothers                         **104,037.00**
                            Harriman & Co. New York
      ABA                 : BBHCUS33
      In favour of        : MeesPierson (Guernsey) Ltd.
      Account number      : Redacted
      Further credit to   : EIM Securities
      Account             : Redacted
      Reference           : Fairfield Sentry Ltd.

49.

50. To                    : Citibank N.A.                          **5,036.00**
                            ABA 021-000-089
      In favour of        : Lenox Asset Management
      Account number      : Redacted
      Reference           : Fairfield Sentry Ltd.

51. To                    : Citibank N.A.                          **186,272.00**
                            399 Park Avenue
                            New York, N.Y. 10043
                            U.S.A.
      In favour of        : Bank of Butterfield & Son Ltd.
      Account number      : Redacted
      Further credit to   : M.B.E. Consultants Ltd.
      Account number      : Redacted
                            Attn: Stephen Caines
      Reference           : Fairfield Sentry Ltd.

52. To                    : Citco Bank Nederland N.V.              **37,970.00**
      In favour of        : Master Capital & Hedge Management
                            Company Ltd.
      Account number      : Redacted
      Reference           : Fairfield Sentry Ltd.

10

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL                                              ANWAR-CFSE-00307547



## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | Amount |
|---|---|---|

53. To : Northern Trust Int'l Banking Corp.      **3,950.00**
       1 World Trade Center, Suite 3941
       New York, N.Y. 10048
       U.S.A.
       Swift: CNOR US33
       ABA #: 026 00 11 22

In Favour of : MeesPierson (Isle of Man) Limited
Account number : Redacted
Further credit to : Alpen Marketing Ltd.
Reference : Fairfield Sentry Limited

54. To : Pictet Geneva     **9,672.00**
       Geneva, Switzerland

In Favour of : Labouchere Asset Management
Account number : Redacted
Reference : Fairfield Sentry Limited

55. To : UBS AG     **0**
       Zurich, Switserland

Account number : Redacted
Attention of : Urs Meyer / PA Brazil
Reference : Fairfield Sentry Limited

56. To : UBS AG     **23,178.00**
       Bale, Switzerland

Account number : Redacted
Attention : Mr. Matthias Dill
Reference : LATAM Geneva / Fairfield Sentry Limited

57. To : UBS AG     **10,413.00**
       New York, USA
       ABA 026 007 993

Account number : Redacted
Reference : Fairfield Sentry Limited

11

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritious, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussls, Luxemburg, Zurich and Geneva.
Chamber of Commerce: 16006

CONFIDENTIAL

ANWAR-CFSE-00307548



22 JAN '99 15:31

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|

| 58. | To | : | UBS AG | **6,846.00** |
| | | | New York, USA | |
| | In favour of | : | UBS AG | |
| | | | Lugano, Switzerland | |
| | Attention | : | Ivan Simona | |
| | Reference | : | Fairfield Sentry Limited | |

| 59. | To | : | Citibank NY | **11,938.00** |
| | | | New York, U.S.A. | |
| | In Favour of | : | The Bank of NT Butterfield & Son Limited | |
| | Account number | : | Redacted | |
| | Further credit to | : | International Fund Marketing Limited | |
| | Account number | : | Redacted | |
| | Reference | : | Fairfield Sentry Limited | |

| 60. | To | : | Bank of New York | **4,241.00** |
| | | | New York, USA | |
| | In favour of | : | Kas-Associatie. | |
| | Account number | : | Redacted | |
| | Further credit to | : | KBW Effectenbank N.V. | |
| | Account number | : | Redacted | |
| | For further credit to | : | Mercurius Investment Holding | |
| | Account number | : | Redacted | |
| | Reference | : | Rebate Q3 / Fairfield Sentry Limited | |

| 61. | To | : | Citibank N.A. | **53,300.00** |
| | | | Key Biscane Florida, USA | |
| | | | ABA 266086554 | |
| | In favour of | : | Josefina de Reyes | |
| | Account number | : | Redacted | |
| | Reference | : | Fairfield Sentry Ltd. | |

12

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160807

ANWAR-CFSE-00307549

**CITCO**

*Citco Fund Services
(Europe) B.V.*

22 JAN '99 15:31

### FAIRFIELD SENTRY LIMITED
British Virgin Islands

**Beneficiary**                                                      **Amount**

62. To                    : Citibank N.A.                           **3,964.00**
                            New York, USA
    In favour of          : Confederacion Espanola de Cajas de Ahorro
                            Swift: CECAESMM054
    For further credit    : Caja de Ahorros de Navarra
    Account               : Capital Navarra
    Account number        :     Redacted
    Reference             : Fairfield Sentry Limited

63. To                    : Northern Trust International Bank Corp    **3,932.00**
                            New York, USA
    In favour of          : MeesPierson Luxembourg S.A.
    Account number        :     Redacted
    Further credit        : Beta Europe Management S.A.
    Account number        :   Redacted
    Reference             : Fairfield Sentry Limited

64.

65. To                    : *The Chase Manhattan Bank*               **0**
                            *New York, USA*
                            *ABA 021 0000 21*
    In favour of          :
    Account number        :
    Further credit        :
    Account number        :
    Reference             : Fairfield Sentry Limited

66. To                    : Credit Suisse First Boston               **6,507.00**
                            New York, USA
    In favour of          : Credit Suisse, Zurich
    Further credit        : Rubr. Vermogensverwaltung
    Account number        :   Redacted
    Reference             : Fairfield Sentry Limited

13

*World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7341
1007 JE Amsterdam
The Netherlands*

*Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com*

*CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097*

CONFIDENTIAL                                      ANWAR-CFSE-00307550



22 JAN '99 15:31

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | Amount |
|---|---|---|

67. To : Suntrust NA      **28,105.00**
   Miami, USA
   ABA 066 000 604
   In favour of : EFG International
   Account number : Redacted
   Attn : Hector Santiago
   Reference : Rebate Fairfield Sentry Limited

68. To : Bank of New York, New York      **18,327.00**
   In favour of : Credit Suisse Privat Banking
   Head-Office
   Zurich, Switzerland
   Swift : CRESZHZZ80A
   Further credit to : Trincaster Corp. B.V.I. Rubric Ordinario
   Account number : Redacted 71-62
   Reference : Fairfield Sentry Limited

69. To : Citibank N.A. Branch No. 9      **29,010.00**
   460 Park Avenue
   New York, NY 10022, USA
   ABA: 021-000-089
   In favour of : Pictet & Cie
   Account number : Redacted
   Further credit to # : Redacted
   Attn: : J. Roth
   Reference : Fairfield Sentry Limited

70.

71. To : Swiss Bank Corp NY      **2,753.00**
   Chips : UID 012284/Fedwire
   ABA : 026 007993
   In favour of : Financiere SBA (Suisse) SA
   Account nr : Redacted
   Reference : Fairfield Sentry Limited

14

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL

ANWAR-CFSE-00307551



**FAIRFIELD SENTRY LIMITED**
British Virgin Islands

**Beneficiary**                                                                                    **Amount**

72.

| 73. To | : | Swiss Bank New York<br>New York, USA<br>ABA: 026 007 993 | **25,295.00** |
| In favour of | : | Banco de Colombia S.A.<br>Panama | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |
| 74. To | : | Citibank N.A. .<br>New York, USA<br>ABA 021 000 089 | **18,769.00** |
| In favour of | : | The Bank of Bermuda Limited<br>Hamilton, Bermuda | |
| Further credit | : | Judson Holdings Ltd. | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |
| 75. To | : | The Chase Manhattan Bank, N.A.<br>New York, USA<br>ABA 021 000 021 | **23,454.00** |
| In favour of | : | Societe Internationale de Finance, Zurich | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |
| 76  To | : | Bank of America, NT & SA<br>New York, USA<br>ABA 026 009 593 | **85,894.00** |
| In favour of | : | BankAmerica Trust & Banking Corp. (Bahamas) Ltd. | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

15

*World Trade Center Amsterdam*
*Tower B, 17th floor*
*Strawinskylaan 1725*
*1077 XX Amsterdam*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone: (31-20) 5722100*
*Fax: (31-20) 6750881*
*www.citco.com*

*CITCO Group offices are established in Curaçao, British Virgin Islands, Bermuda, U.S. Virgin Islands, Bahamas, Cayman Islands, Mauritius, Barbados, New York, Miami, Toronto, Montevideo, Dublin, London, Gibraltar, Madeira, Milan, Amsterdam, Brussels, Luxembourg, Zurich and Geneva. Chamber of Commerce: 16000*



CITCO
Citco Fund Services
(Europe) B.V.

22 JAN '99  15:31

**FAIRFIELD SENTRY LIMITED**
British Virgin Islands

**Beneficiary**                                                    **Amount**

77  To                    :  BankAmerica International          7,182.00
                             New York, USA
                             ABA 121 000 358
     In favour of         :  Garantia Banking Limited
     Account number       :  Redacted
     For further credit   :  DM Asset Management
     Account number       :  Redacted
     Reference            :  Fairfield Sentry Limited

78.  To                   :  Swiss Bank Corp.                   44,395.00
                             New York, USA
                             ABA 028 007 993
     In favour of         :  Atlantic Security Bank, Grand Cayman
     Account number       :  Redacted
     Reference            :  Fairfield Sentry Limited

79.  To                   :  Mellon Bank                        379.00
                             Pittsburgh PA, USA
                             ABA 0430 00261
     In favour of         :  Merrill Lynch
     Account number       :  Redacted
     For further credit   :  Magog Holdings Limited
     Account number       :  Redacted
     Reference            :  Fairfield Sentry Limited

80.  To                   :  Bankers Trust                      17,386.00
                             New York, USA
                             ABA 021 001 033
     In favour of         :  Bank Julius Baer New York Branch
     Account number       :  Redacted
     For further credit   :  Pike Global Hedge
     Account number       :  Redacted
     Reference            :  Fairfield Sentry Limited

16

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curacao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce 160091

CONFIDENTIAL

ANWAR-CFSE-00307553



22 JAN '99 15:31

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|
| 81. To | : | Bankers Trust<br>New York, USA<br>ABA 021 001 033 | **2,463.00** |
| In favour of | : | Bank Julius Baer New York Branch | |
| Account number | : | Redacted | |
| For further credit | : | Consistent Plus Fund | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |
| 82. To | : | Citibank<br>111 Wallstreet<br>New York, U.S.A.<br>ABA 021 000 089 | **313.00** |
| In favour of | : | Trade & Commerce Bank | |
| Account number | : | Redacted | |
| For further credit | : | Gonzalo Papantonakis | |
| Reference | : | Fairfield Sentry Limited | |
| 83. To | : | Bank of New York<br>New York, USA<br>ABA: 021 000 018 | **626.00** |
| In favour of | : | Coutts & Co. London | |
| Account number | : | Redacted | |
| Further credit | : | Coutts & Co. International Banking Office<br>Inward Currency Payments<br>27, Bush Lane, Cannon Street<br>London, EC4R OAA | |
| Reference | : | Wilmington | |
| Attention | : | Jane Mumby / Fairfield Sentry Ltd. | |
| 84. To | : | Citco Bank Nederland N.V. | **923.00** |
| In favour of | : | Hedge Advisors Limited | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Ltd. | |

17

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL

ANWAR-CFSE-00307554

**C I T C O**

*Citco Fund Services
(Europe) B.V.*

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

**Beneficiary**                                                    **Amount**

85. To                    : Citibank NY                          **4,418.00**
                            New York, USA
                            ABA 021 000 089
    In favour of          : Bear Stearns
    Account number        : Redacted
    For further credit    : Criterium Capital Management
    Account number        : Redacted
    Reference             : Fairfield Sentry Limited

86. To                    : Bank Julius Baer                      **4,141.00**
                            Zurich, Switzerland
    In favour of          : Carlos Garcia Ordonez
    Account number        : Redacted
    Reference             : Fairfield Sentry Limited

87.

88. To                    : Chase Manhattan Bank                  **14,521.00**
                            New York, USA
    In favour of          : MeesPierson (Cayman) Limited
    Account number        : Redacted
    For further credit    : Orbita Capital Return Strategy Limited
    Account number        : Redacted
    Reference             : Fairfield Sentry Limited

89. To                    : Credit Suisse                         **121.00**
                            Zug, Switzerland
    In favour of          : Pabst Investment & Trust, Baar
    Account number        : Redacted
    Reference             : Fairfield Sentry Limited

18

*World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands*

*Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com*

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL                                          ANWAR-CFSE-00307555



**FAIRFIELD SENTRY LIMITED**

British Virgin Islands

**Beneficiary**                                                                 **Amount**

90. To                          : The Bank of New York                    **535.00**
                                  New York, USA
    ABA                         : 021 000 018
    In favour of                : Caledonian Bank and Trust
                                  Cayman Islands - BWI
    Account number              : Redacted
    For further credit          : International Fund Management
    Account number              : Redacted
    Reference                   : Fairfield Sentry Limited

91. To                          : Bankers Trust Company                   **9,490.00**
                                  New York, USA
    ABA                         : 021 001 033
    In favour of                : Bank Safra Luxembourg
    Account number              : Redacted
    For further credit          : MCS Asset Management
    Account number              : Redacted
    Reference                   : Fairfield Sentry Limited

92. To                          : Bank Julius Baer                        **16,236.00**
                                  Zurich, Switzerland
    In favour of                : Maxi Furstenburg
    Account number              : Redacted  USD
    Reference                   : Fairfield Sentry Limited

93. To                          : Citibank N.A.                           **28,003.00**
                                  New York, USA
    In favour of                : Bank of Bermuda (Isle of Man) Ltd
    Account number              : Redacted
    For further credit          : HG Investments / Fairfield Sentry
    Account number              : Redacted
    Reference                   : Fairfield Sentry Limited

94.

*World Trade Center Amsterdam*
*Tower B, 17th floor*
*Strawinskylaan 1725*
*1077 XX Amsterdam*
*P.O. Box 7241*
*1007 JE Amsterdam*
*The Netherlands*

*Phone: (31-20) 5722100*
*Fax: (31-20) 6750081*
*www.citco.com*

*CITCO Group offices are established in*
*Curaçao, British Virgin Islands, Bermuda,*
*U.S. Virgin Islands, Bahamas, Cayman*
*Islands, Mauritius, Barbados, New York,*
*Miami, Toronto, Montevideo, Dublin, London,*
*Gibraltar, Madeira, Milan, Amsterdam,*
*Brussels, Luxembourg, Zurich and Geneva.*
*Chamber of Commerce: 160097*

19

CONFIDENTIAL

ANWAR-CFSE-00307556

## CITCO
*Citco Fund Services*
*(Europe) B.V.*

### FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|
| 95. To | : | IBJ Whitehall Bank & Trust Company<br>New York, USA | **678.00** |
| Swift address | : | JHSBUS33 | |
| In favour of | : | J Henry Schroder Bank | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

96

| 97. To | : | Chase Manhattan Bank<br>New York, USA | **9,871.00** |
|---|---|---|---|
| ABA Nr. | : | 021 000 021 | |
| In favour of | : | Donald, Lufkin & Jenrette<br>New York | |
| Account number | : | Redacted | |
| For further credit | : | Bordier International Bank & Trust Ltd | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

98

99

| 100 To | : | Lloyds Bank<br>New York, USA | **592.00** |
|---|---|---|---|
| Sort Code | : | 30-00-02 | |
| In favour of | : | Kleinwort Benson Investment Management | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

| 101 To | : | Federal Reserve Bank of Florida | **444.00** |
|---|---|---|---|
| ABA | : | 0660.10597 | |
| In favour of | : | Banco Santander International | |
| Further credit to | : | Arbitral International Corp. | |
| Account number | : | Redacted | |
| Attn | : | Josefina/Maria Luisa | |
| Reference | : | Fairfield Sentry Limited | |

20

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097

CONFIDENTIAL   ANWAR-CFSE-00307557



22 JAN '99 15:32

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

| Beneficiary | | | Amount |
|---|---|---|---|

| 102 To | : | UBG AG | **2,802.00** |
| Swift | : | SBCOUS33 | |
| In favour of | : | UBS (Panama) SA | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

| 103. To | : | Banco Atlantico | **1,572.00** |
| | | New York, USA | |
| ABA | : | 026 008 060 | |
| In favour of | : | Iberatlantico Bank & Trust Ltd | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

| 104.To | : | Safra National Bank of New York | **6,305.00** |
| | | New York, USA | |
| ABA | : | 026 003 023 | |
| In favour of | : | MK Capital Ltd | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited / Attn A. Filpo | |

| 105.To | : | BSI Overseas Limited | **1,404.00** |
| | | Nassau | |
| In favour of | : | ACTAGEST Limited | |
| Account number | : | Redacted USD | |
| Reference | : | Fairfield Sentry Limited | |

| 106.To | : | Credit Suisse Monaco | **579.00** |
| Swift | : | CRESMCMX | |
| In favour of | : | Davina | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

21

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 160097



**22 JAN '99 15:32**

## FAIRFIELD SENTRY LIMITED
British Virgin Islands

**Beneficiary**                                                     **Amount**

| 107.To | | Citibank | **402.00** |
| Swift | : | CITIUS33 | |
| In favour of | : | Trade & Commerce Bank | |
| Account number | : | Redacted | |
| Attn | : | Gonzalo Papantonakis | |
| reference | : | Fairfield Sentry Limited | |

| 108.To | | Bank of New York | **10,572.00** |
| Swift | : | IRVTUS3N | |
| In favour of | : | Clariden Bank Zurich | |
| Account number | : | Redacted | |
| Reference | : | Fairfield Sentry Limited | |

This payment instruction consists of 88 payments.

Yours faithfully,
For and on behalf of
Fairfield Sentry Limited

Citco Fund Services (Europe) B.V.
Administrator

jie

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices are established in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas, Cayman
Islands, Mauritius, Barbados, New York,
Miami, Toronto, Montevideo, Dublin, London,
Gibraltar, Madeira, Milan, Amsterdam,
Brussels, Luxembourg, Zurich and Geneva.
Chamber of Commerce: 16009"

22

CONFIDENTIAL

ANWAR-CFSE-00307559