# EXHIBIT 23

```
CITCO
RST
              Citco Bank Nederland N.V.
              P.O. Box: 7241, 1007 JE  AMSTERDAM
              Telephone: (31-20) 5722200  Fax: (31-20) 6628167              DATE : 25 January   1999


         S T A T E M E N T   NO. : 225 / 50
         ================================


         ACCOUNT NO. :  Redacted 3.797               CITCO FUND SERVICES (EUROPE) B.V.
                        FAIRFIELD SENTRY LIMITED      STRAWINSKYLAAN 1725
                        U.S. DOLLAR                   1077 XX  AMSTERDAM
                        CURRENT ACCOUNTS FUNDS        THE NETHERLANDS




DESCRIPTION                                       BOOK-DATE VALUE-DATE    DEBIT/-       CREDIT/+
---------------------------------------------------------------------------------------------

B A L A N C E   C A R R I E D   F O R W A R D                                         17.887.836,22

ADVICE : 99-01-25/083        AMOUNT :                        25JAN99      18.378,47
WE DEBIT YOUR ACCOUNT AS PER
TRANSFER TO :
CREDIT SUISSE PRIVAT BANKING
ZURICH ACC.WITH BANK OF NY,NY FFC
TRINCASTER CORP BVI ACC  Redacted  7
1 62 REF FAIRF.SENTRY OUR PPO 26624
     AMOUNT      USD       18.327,00
     BANK TRANSF.COR USD       20,00
     TELECOMM. CHARG USD       13,14
     TRANSFER COMM.  USD       18,33



C O N T I N U E D                                             USD                     17.869.457,75
```

CONFIDENTIAL                                                                     ANWAR-CFSE-00307488