**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TRINCASTAR CORPORATION,<br><br>　　　　　Defendant. | Adv. Pro. No. 11-02731 (CGM) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 28, 2022 copies of the *Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss* and *Declaration of Kim M. Longo in Support of the Trustee's Opposition to Defendant's Motions to Dismiss* were filed electronically.

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery set forth on the attached Schedule A.

/s/ Alex Jonatowski
Alex Jonatowski
(ajonatowski@windelsmarx.com)
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## SCHEDULE A

JENNER & BLOCK LLP
Richard Levin (rlevin@jenner.com)
Carl N. Wedoff (cwedoff@jenner.com)
1155 Avenue of the Americas
New York, NY 10036

Vincent E. Lazar (vlazar@jenner.com)
353 N. Clark Street
Chicago, IL 60654

*Counsel for Defendant Trincastar Corporation*