Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> MULTI-STRATEGY FUND LIMITED, <br><br> Defendant. | Adv. Pro. No. 12-01205 (CGM) |

## MOTION TO WITHDRAW AS COUNSEL FOR MULTI-STRATEGY FUND LIMITED

Pursuant to Local Rule 2090-e of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Dielai Yang of Friedman Kaplan Seiler & Adelman LLP hereby respectfully moves for entry of an order withdrawing her appearances as counsel for Defendant Multi-Strategy Fund Limited.  Good cause exists to grant this motion for at least the following reasons:

1.    After September 30, 2022, Ms. Yang will no longer be associated with Friedman Kaplan Seiler & Adelman LLP;

2.    Other attorneys at Friedman Kaplan Seiler & Adelman LLP who have appeared in this matter will continue to represent Defendant Multi-Strategy Fund Limited; and

3.    Ms. Yang's withdrawal will not result in prejudice to any party or undue delay.

WHEREFORE, for the reasons set forth herein, Ms. Yang respectfully requests that the Court grant this motion and order that she is withdrawn as counsel of record for Defendant Multi-Strategy Fund Limited.  A proposed form of order is attached as Exhibit A.

Dated:  New York, New York
     September 29, 2022

Respectfully submitted,

s/ Dielai Yang
Dielai Yang (dyang@fklaw.com)
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I caused a copy of the foregoing

Motion to Withdraw as Counsel for Multi-Strategy Fund Limited to be served on all counsel of

record via electronic filing.  Notice of this filing will be sent through the Court's Electronic Case

Filing System.  Parties may access this filing through the Court's system.

s/ Dielai Yang
Dielai Yang

2

<u>**EXHIBIT A**</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01205 (CGM) |
| Plaintiff, | |
| v. | |
| MULTI-STRATEGY FUND LIMITED, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL FOR MULT-STRATEGY
FUND LIMITED**

Upon the Motion to Withdraw as Counsel for Multi-Strategy Fund Limited filed

by Dielai Yang of Friedman Kaplan Seiler & Adelman LLP, and for good cause shown, it is

hereby

ORDERED that the motion is GRANTED.

3686987.2

Dated:   New York, New York
            _____ \_\_, 2022

                                  _____

                                  HONORABLE CECELIA G. MORRIS
                                  UNITED STATES BANKRUPTCY JUDGE

3686987.2