**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   *Plaintiff-Applicant*,<br><br>   -v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   *Defendant.* | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF,<br><br>   *Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and the Chapter 7 Estate of Bernard L. Madoff,<br><br>   *Plaintiff*,<br><br>   -v-<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>   *Defendant*. | **Adv. Pro. No. 11-02929 (CGM)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant LGT Bank in Liechtenstein Ltd. ("Defendant")'s Motion to Dismiss the Complaint of Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Complaint") [Dkt. 1], dated December 15, 2011, together with the Declaration of Gregory F. Hauser, dated September 29, 2022, and the exhibits attached thereto, and upon all prior pleadings and proceedings filed in this case, including the so-ordered Stipulation and Order dated July 20, 2022 [Dkt. 98], Defendant

will move this Court for an Order, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure (made applicable in bankruptcy proceedings by Federal Rule of Bankruptcy Procedure 7012(b)), before the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York on a date and time to be determined by the Court, dismissing the Complaint with prejudice, dismissing Defendant from this action, and for such other and further relief as may be deemed just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested and, if granted, will be on January 18, 2023, at 11:00 a.m. Eastern, or another date and time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

Dated: New York, New York
September 29, 2022

      **WUERSCH & GERING LLP**

      */s/ Gregory F. Hauser*
      Gregory F. Hauser
      Jascha D. Preuss
      100 Wall Street, 10th Floor
      New York, New York 10005
      Telephone: (212) 509-5050
      gregory.hauser@wg-law.com
      jascha.preuss@wg-law.com
      ***Counsel for Defendant LGT Bank in Liechtenstein Ltd.***