# Handelsregister-Auszug

| .ernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 0842097 von: FL-0001.122.356-7/a auf: | 1 |
|---|---|---|---|---|---|
| _-0001.122.356-7 | **Aktiengesellschaft** | 07.12.1990 | | | |

## Aktuelle Eintragungen

| Ei | Lö | Firma | Ref | Sitz |
|---|---|---|---|---|
| 24 | | **LGT Bank AG** | 1 | Vaduz |
| 24 | | LGT Bank Ltd. / LGT Bank SA | | |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 31 | | CHF 291'200'800.00 | CHF 291'200'800.00 | 2'912'008 Namenaktien zu CHF 100.00 | 10 | | Herrengasse 12 9490 Vaduz |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 42 | | Zweck der Gesellschaft ist der Betrieb aller Arten von Bankgeschäften für eigene und fremde Rechnung im In- und Ausland. Die Tätigkeit der Gesellschaft erstreckt sich unter anderem auf folgende Geschäftszweige: a) Annahme von Geldern in Kontokorrent, auf festen Termin oder gegen die Ausgabe von Obligationen, Kassenscheinen, Spar- und Depositenheften; b) Anlage und Ausleihung von Geldern, insbesondere Gewährung von Krediten, festen Vorschüssen und Darlehen aller Art mit und ohne Deckung; c) Durchführung von Diskont- und Wechselgeschäften; d) Übernahme von Bürgschaften und Garantien; e) Abwicklung des Zahlungsverkehrs und von Akkreditiven, Wechsel-, Scheck- und Dokumentarinkassi; f) Anlageberatung und Vermögensverwaltung, Testamentsvollstreckung und Erbschaftsliquidation; g) An- und Verkauf von Wertrechten, Devisen, ausländischen Banknoten und Edelmetallen und der jeweils am Markt gehandelten Finanzierungsinstrumente jeglicher Art; h) Aufbewahrung und Verwaltung von Wertschriften und Wertgegenständen sowie Vermietung von Schrankfächern; i) Ausübung der Funktion als Zeichnungsstelle und als Depotbank von Anlagefonds; k) Übernahme und Vermittlung von Emissionen von Wertrechten; l) Übernahme und Verwaltung von Beteiligungen; m) Unternehmensberatung, Vertretung und Geschäfsführung von Finanz- und Holdinggesellschaften sowie anderen Unternehmungen. Die Gesellschaft ist berechtigt, Liegenschaften im In- und Ausland zu erwerben, zu belasten und zu verkaufen. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Allgemeine Vertretungsregelung: Die Gesellschaft wird durch die Kollektivunterschrift von zwei zeichnungsberechtigten Personen verpflichtet. Handlungsbevollmächtigte können untereinander nicht zeichnen. | 1 | 04.07.2002 |
| | | | 24 | 03.01.2013 |
| 3 | | Neuregelung der Funktionsbezeichnungen lt. Beschluss der Generaldirektion vom 13.01.2005, wonach die bisherigen Funktionen Direktor, stellvertretender Direktor, Vizedirektor, Chefprokurist, Prokurist und Handlungsbevollmächtigte nicht mehr ins Öffentlichkeitsregister eingetragen werden, sondern nur noch das Zeichnungsrecht - mit Ausnahme der Handlungsbevollmächtigten, welche gänzlich im Öffentlichkeitsregister gelöscht werden. Neu werden somit nur noch der Präsident, die Mitglieder des Verwaltungsrates und die Generaldirektoren mit ihren Funktionsbezeichnungen eingetragen. | 31 | 20.02.2014 |
| | | | 42 | 07.11.2016 |
| 24 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 03.01.2013. | | |
| 31 | | Statutenänderung lt. Beschluss der Generalversammlung vom 20.02.2014. | | |
| 42 | | Mitteilungen an die Aktionäre erfolgen über die Internetseite der Gesellschaft. | | |
| 42 | | Statutenänderung lt. Beschluss der Generalversammlung vom 07.11.2016. | | |
| 66 | | Berichtigung der Eintragung vom 16.06.2021 gemäss Art. 969 PGR. | | |

Vaduz, 12.09.2022 19:16

Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | Vaduz | 2 |
|---|---|---|---|

## Aktuelle Eintragungen

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Sacheinlagen: Anlässlich der Gründung wurden von der ursprünglichen Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz) nachstehende Sacheinlagen gemäss Vertrag vom 22.11.1990 übernommen: Aktiven und Passiven sowie Eventualverbindlichkeiten inkl. offene und stille Reserven gemäss Spaltungsbilanz per 30. Juni 1990 zum Preis von CHF 500'865'376.-- gegen Übergabe von 2'912'008 voll liberierte Inhaberaktien im Nominalwert von je CHF 100.-- der Gesellschaft zum Ausgabekurs von je CHF 172.-- an die ursprüngliche Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz). | 42 | www.lgt.li |
| 22 | | Die gegenständliche Gesellschaft übernimmt per 01.01.2012 auf Grundlage des Verschmelzungsplans (Fusionsplans) vom 30.05.2012 auf dem Wege der Fusion die "LGT Bank (Österreich) AG" mit Sitz in Wien (FN 279769a) als übertragende Gesellschaft. Sämtliche Aktiven und Passiven sind gemäss Schlussbilanz zum 31.12.2011 durch Universalsukzession auf die übernehmende Gesellschaft übergegangen. Die Aktien der übertragenden Gesellschaft sind erloschen, das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. Die übertragende Gesellschaft ist erloschen. | | |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| 27 | | LGT Bank AG | | | |
| | | Suite 4203 | | | |
| | | Two Exchange Square 8 Connaught Place Central G.P.O. Box | | | |
| | | 13398 Hong Kong | | | |
| 41 | | LGT BANK AG | | | |
| | | 3rd Floor | | | |
| | | 30 Herbert Street, | | | |
| | | Dublin 2 | | | |
| | | Irland | | | |
| 47 | | LGT Bank AG | | | |
| | | Bankgasse 9 | | | |
| | | 1010 Wien | | | |

| Ei | Lö | Bilanzstichtag | Ref | Jahresrechnung zum | eingereicht am | Ref | Konzernabschluss zum | eingereicht am |
|---|---|---|---|---|---|---|---|---|
| 53 | | 31. Dezember | 56 | 31.12.2019 | 04.06.2020 | | | |

| Ref | TR-Nr | TR-Datum | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|
| 1 | 0 | 26.06.2004 | 34 | 20613 | 01.12.2014 |
| 2 | 11393 | 29.11.2004 | 35 | 5213 | 24.03.2015 |
| 3 | 4086 | 28.02.2005 | 36 | 18474 | 12.06.2015 |
| 4 | 16563 | 24.08.2006 | 37 | 21595 | 28.08.2015 |
| 5 | 22980 | 06.11.2006 | 38 | 1628 | 04.02.2016 |
| 6 | 7882 | 17.04.2007 | 39 | 5833 | 30.05.2016 |
| 7 | 10485 | 02.06.2008 | 40 | 10346 | 27.09.2016 |
| 8 | 17315 | 17.09.2008 | 41 | 11855 | 28.10.2016 |
| 9 | 21526 | 12.11.2008 | 42 | 12534 | 15.11.2016 |
| 10 | 205 | 07.01.2009 | 43 | 1720 | 20.02.2017 |
| 11 | 12365 | 29.04.2009 | 44 | 4707 | 30.05.2017 |
| 12 | 24522 | 25.08.2009 | 45 | 8587 | 27.09.2017 |
| 13 | 16264 | 02.06.2010 | 46 | 9841 | 03.11.2017 |
| 14 | 29260 | 28.09.2010 | 47 | 894 | 01.02.2018 |
| 15 | 37435 | 09.12.2010 | 48 | 4692 | 07.06.2018 |
| 16 | 10075 | 06.04.2011 | 49 | 8830 | 26.10.2018 |
| 17 | 15626 | 05.07.2011 | 50 | 1405 | 08.02.2019 |

Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | Vaduz | 3 |
|---|---|---|---|---|

Aktuelle Eintragungen

| Ref | TR-Nr | TR-Datum | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|
| 18 | 16313 | 14.07.2011 | 51 | 5601 | 14.06.2019 |
| 19 | 20659 | 16.09.2011 | 52 | 9829 | 23.10.2019 |
| 20 | 1479 | 26.01.2012 | 53 | 0 | 01.01.2020 |
| 21 | 6718 | 24.04.2012 | 54 | 1621 | 17.02.2020 |
| 22 | 13425 | 05.09.2012 | 55 | 2764 | 06.04.2020 |
| 23 | 13894 | 17.09.2012 | 56 | 8311 | 18.09.2020 |
| 24 | 2 | 03.01.2013 | 57 | 10210 | 05.11.2020 |
| 25 | 697 | 15.01.2013 | 58 | 4869 | 23.04.2021 |
| 26 | 4552 | 26.03.2013 | 59 | 5906 | 26.05.2021 |
| 27 | 9768 | 08.07.2013 | 60 | 6727 | 16.06.2021 |
| 28 | 14787 | 02.10.2013 | 61 | 10769 | 13.09.2021 |
| 29 | 16169 | 28.10.2013 | 62 | 488 | 17.01.2022 |
| 30 | 2229 | 05.02.2014 | 63 | 1090 | 03.02.2022 |
| 31 | 4084 | 21.02.2014 | 64 | 6204 | 01.07.2022 |
| 32 | 9836 | 08.05.2014 | 65 | 6728 | 13.07.2022 |
| 33 | 13014 | 10.07.2014 | 66 | 8775 | 12.09.2022 |

Pages 3 in the middle - 24 have intentionally been left out



# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | Vaduz |
|---|---|---|

Top of this page has been intentionally left blank

Vaduz, 12.09.2022 19:16 EP



Ein Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist.

Beglaubigter
Auszug

Patricia ERNE



# CERTIFICATE OF ACCURACY

IT IS HEREBY CERTIFIED, that Translingua Associates Inc, a corporation organized and existing under the laws of the State of New York, is professionally engaged in providing foreign language translation and cultural consulting services; that it has translated the following document:

From the title, to, and including, the "Zweck" data fields, of the first page of the "Handelsregister-Auszug" from the **Commercial Register of the Principality of Liechtenstein, identification number FL-0001.122.356-7**

from the German language into the English language, and that said translation is to the best of our knowledge, ability and belief, true and accurate.

Signed by: Sabrina Eliano, Project Manager
For **TRANSLINGUA ASSOCIATES INC.**
Date: September 27th, 2022

NOTARY: _____

Sworn to and subscribed before me
This 27th day of September, 2022

> BRANKO SEKSAN
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01SE6384310
> Qualified in Kings County
> My Commission Expires: December 10, 2022

**New York**
630 Ninth Avenue
Suite 708
New York, NY 10036
T 212.697.2020
F 212.697.2891
E nyc@translingua.com

**Boulder**
1445 Pearl Street
Suite 215
Boulder, CO 80302
T 303.442.3471
F 303.442.5805
E boulder@translingua.com

www.translingua.com



# Extract from the Commercial Register

| [Truncated} number | Legal nature | Registered on December 7, 1990 | Canceled on | Transfer 0842097 From: FL-0001.122.356-7/a To: | 1 |
|---|---|---|---|---|---|
| _0001.122.356_7 | Joint stock company | | | | |

Current registrations

| Re | Ca | Company | | | Ref | Headquarters |
|---|---|---|---|---|---|---|
| 24 | | **LGT Bank AG** | | | 1 | Vaduz |
| 24 | | LGT Bank Ltd. / LGT Bank SA | | | | |

| Re | Ca | Share Capital | Payment under subscription | Division into shares | Re | Ca | Representative office/delivery address |
|---|---|---|---|---|---|---|---|
| 31 | | CHF 291,200,800.00 | CHF 291,200,800.00 | 2,912,008 registered shares at CHF 100.00 | 10 | | Herrengasse 12 9490 Vaduz |

| Re | Ca | Purpose | Re | Ca | Additional addresses |
|---|---|---|---|---|---|
| 42 | | The purpose of the Company is conducting all types of bank operations for its own account and for the account of third parties, both domestically and abroad. The Company's activities include, but are not limited to, the following areas:<br><br>a) Acceptance of funds on current accounts, fixed term or against the issuance of bonds, cash bills, savings, and deposit accounts;<br>b) Investment and lending of funds, in particular granting of credits, fixed advances, and loans of all kinds with and without collateral;<br>c) Execution of discount and currency exchange transactions;<br>d) Assumption of sureties and guarantees;<br>e) Processing of payment transactions and letters of credit, collection of bills of exchange, checks and documentation;<br>f) Investment advice and asset management, execution of wills and liquidation of estate assets;<br>g) Purchase and sale of book-entry securities, foreign currencies, foreign banknotes and precious metals and the various respective financing instruments traded on the market;<br>h) Safekeeping and management of securities and valuables, as well as rental of safe deposit boxes;<br>i) Performing the function as subscription agent and as custodian bank of investment funds;<br>k) Underwriting and brokering of book-entry securities issuances;<br>l) Acquisition and management of participations;<br>m) Corporate consulting, representation and management of financial and holding companies as well as other undertakings.<br>The Company is entitled to acquire, encumber, and sell real estate both domestically and abroad. | | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Allgemeine Vertretungsregelung: Die Gesellschaft wird durch die Kollektivunterschrift von zwei zeichnungsberechtigten Personen verpflichtet. Handlungsbevollmächtigte können untereinander nicht zeichnen. | 1 | 04.07.2002 |
| | | | 24 | 03.01.2013 |
| 3 | | Neuregelung der Funktionsbezeichnungen lt. Beschluss der Generaldirektion vom 13.01.2005, wonach die bisherigen Funktionen Direktor, stellvertretender Direktor, Vizedirektor, Chefprokurist, Prokurist und Handlungsbevollmächtigte nicht mehr ins Öffentlichkeitsregister eingetragen werden, sondern nur noch das Zeichnungsrecht - mit Ausnahme der Handlungsbevollmächtigten, welche gänzlich im Öffentlichkeitsregister gelöscht werden. Neu werden somit nur noch der Präsident, die Mitglieder des Verwaltungsrates und die Generaldirektoren mit ihren Funktionsbezeichnungen eingetragen. | 31 | 20.02.2014 |
| | | | 42 | 07.11.2016 |
| 24 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 03.01.2013. | | |
| 31 | | Statutenänderung lt. Beschluss der Generalversammlung vom 20.02.2014. | | |
| 42 | | Mitteilungen an die Aktionäre erfolgen über die Internetseite der Gesellschaft. | | |
| 42 | | Statutenänderung lt. Beschluss der Generalversammlung vom 07.11.2016. | | |
| 66 | | Berichtigung der Eintragung vom 16.06.2021 gemäss Art. 969 PGR. | | |

Vaduz, 12.09.2022 19:16

Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | Vaduz | 2 |
|---|---|---|---|---|

Aktuelle Eintragungen

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Sacheinlagen: Anlässlich der Gründung wurden von der ursprünglichen Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz) nachstehende Sacheinlagen gemäss Vertrag vom 22.11.1990 übernommen: Aktiven und Passiven sowie Eventualverbindlichkeiten inkl. offene und stille Reserven gemäss Spaltungsbilanz per 30. Juni 1990 zum Preis von CHF 500'865'376.-- gegen Übergabe von 2'912'008 voll liberierte Inhaberaktien im Nominalwert von je CHF 100.-- der Gesellschaft zum Ausgabekurs von je CHF 172.-- an die ursprüngliche Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz). | 42 | www.lgt.li |
| 22 | | Die gegenständliche Gesellschaft übernimmt per 01.01.2012 auf Grundlage des Verschmelzungsplans (Fusionsplans) vom 30.05.2012 auf dem Wege der Fusion die "LGT Bank (Österreich) AG" mit Sitz in Wien (FN 279769a) als übertragende Gesellschaft. Sämtliche Aktiven und Passiven sind gemäss Schlussbilanz zum 31.12.2011 durch Universalsukzession auf die übernehmende Gesellschaft übergegangen. Die Aktien der übertragenden Gesellschaft sind erloschen, das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. Die übertragende Gesellschaft ist erloschen. | | |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| 27 | | LGT Bank AG | | | |
| | | Suite 4203 | | | |
| | | Two Exchange Square 8 Connaught Place Central G.P.O. Box | | | |
| | | 13398 Hong Kong | | | |
| 41 | | LGT BANK AG | | | |
| | | 3rd Floor | | | |
| | | 30 Herbert Street, | | | |
| | | Dublin 2 | | | |
| | | Irland | | | |
| 47 | | LGT Bank AG | | | |
| | | Bankgasse 9 | | | |
| | | 1010 Wien | | | |

| Ei | Lö | Bilanzstichtag | Ref | Jahresrechnung zum | eingereicht am | Ref | Konzernabschluss zum | eingereicht am |
|---|---|---|---|---|---|---|---|---|
| 53 | | 31. Dezember | 56 | 31.12.2019 | 04.06.2020 | | | |

| Ref | TR-Nr | TR-Datum | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|
| 1 | 0 | 26.06.2004 | 34 | 20613 | 01.12.2014 |
| 2 | 11393 | 29.11.2004 | 35 | 5213 | 24.03.2015 |
| 3 | 4086 | 28.02.2005 | 36 | 18474 | 12.06.2015 |
| 4 | 16563 | 24.08.2006 | 37 | 21595 | 28.08.2015 |
| 5 | 22980 | 06.11.2006 | 38 | 1628 | 04.02.2016 |
| 6 | 7882 | 17.04.2007 | 39 | 5833 | 30.05.2016 |
| 7 | 10485 | 02.06.2008 | 40 | 10346 | 27.09.2016 |
| 8 | 17315 | 17.09.2008 | 41 | 11855 | 28.10.2016 |
| 9 | 21526 | 12.11.2008 | 42 | 12534 | 15.11.2016 |
| 10 | 205 | 07.01.2009 | 43 | 1720 | 20.02.2017 |
| 11 | 12365 | 29.04.2009 | 44 | 4707 | 30.05.2017 |
| 12 | 24522 | 25.08.2009 | 45 | 8587 | 27.09.2017 |
| 13 | 16264 | 02.06.2010 | 46 | 9841 | 03.11.2017 |
| 14 | 29209 | 28.09.2010 | 47 | 894 | 01.02.2018 |
| 15 | 37435 | 09.12.2010 | 48 | 4692 | 07.06.2018 |
| 16 | 10075 | 06.04.2011 | 49 | 8830 | 26.10.2018 |
| 17 | 15626 | 05.07.2011 | 50 | 1405 | 08.02.2019 |

Fortsetzung auf der folgenden Seite



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | | Vaduz | 3 |

Aktuelle Eintragungen

| Ref | TR-Nr | TR-Datum | Ref | TR-Nr | TR-Datum |
|-----|-------|----------|-----|-------|----------|
| 18 | 16313 | 14.07.2011 | 51 | 5601 | 14.06.2019 |
| 19 | 20659 | 16.09.2011 | 52 | 9829 | 23.10.2019 |
| 20 | 1479 | 26.01.2012 | 53 | 0 | 01.01.2020 |
| 21 | 6718 | 24.04.2012 | 54 | 1621 | 17.02.2020 |
| 22 | 13425 | 05.09.2012 | 55 | 2764 | 06.04.2020 |
| 23 | 13894 | 17.09.2012 | 56 | 8311 | 18.09.2020 |
| 24 | 2 | 03.01.2013 | 57 | 10210 | 05.11.2020 |
| 25 | 697 | 15.01.2013 | 58 | 4869 | 23.04.2021 |
| 26 | 4552 | 26.03.2013 | 59 | 5906 | 26.05.2021 |
| 27 | 9768 | 08.07.2013 | 60 | 6727 | 16.06.2021 |
| 28 | 14787 | 02.10.2013 | 61 | 10769 | 13.09.2021 |
| 29 | 16169 | 28.10.2013 | 62 | 488 | 17.01.2022 |
| 30 | 2229 | 05.02.2014 | 63 | 1090 | 03.02.2022 |
| 31 | 4084 | 21.02.2014 | 64 | 6204 | 01.07.2022 |
| 32 | 9836 | 08.05.2014 | 65 | 6728 | 13.07.2022 |
| 33 | 13014 | 10.07.2014 | 66 | 8775 | 12.09.2022 |

Pages 3 in the middle - 24 have intentionally been left out



# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | Vaduz | |
|---|---|---|---|---|

Top of this page has been intentionally left blank

Vaduz, 12.09.2022 19:16 EP

Ein Auszug aus dem Handelsregister des Fürstentums Liechtenstein hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit einer elektronischen Amtssignatur des Amtes für Justiz versehen ist.



Beglaubigter Auszug

Patricia ERNE

# Handelsregister-Auszug

| .ernummer | Rechtsnatur | Eintragung | Löschung | Übertrag 0842097 von: FL-0001.122.356-7/a auf: | 1 |
|---|---|---|---|---|---|
| _-0001.122.356-7 | **Aktiengesellschaft** | 07.12.1990 | | | |

## Aktuelle Eintragungen

| Ei | Lö | Firma | | Ref | Sitz |
|---|---|---|---|---|---|
| 24 | | **LGT Bank AG** | | 1 | Vaduz |
| 24 | | LGT Bank Ltd. / LGT Bank SA | | | |

| Ei | Lö | Aktienkapital | Liberierung | Aktien-Stückelung | Ei | Lö | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|---|---|
| 31 | | CHF 291'200'800.00 | CHF 291'200'800.00 | 2'912'008 Namenaktien zu CHF 100.00 | 10 | | Herrengasse 12 9490 Vaduz |

| Ei | Lö | Zweck | Ei | Lö | weitere Adressen |
|---|---|---|---|---|---|
| 42 | | Zweck der Gesellschaft ist der Betrieb aller Arten von Bankgeschäften für eigene und fremde Rechnung im In- und Ausland. | | | |
| | | Die Tätigkeit der Gesellschaft erstreckt sich unter anderem auf folgende Geschäftszweige: | | | |
| | | a) Annahme von Geldern in Kontokorrent, auf festen Termin oder gegen die Ausgabe von Obligationen, Kassenscheinen, Spar- und Depositenheften; | | | |
| | | b) Anlage und Ausleihung von Geldern, insbesondere Gewährung von Krediten, festen Vorschüssen und Darlehen aller Art mit und ohne Deckung; | | | |
| | | c) Durchführung von Diskont- und Wechselgeschäften; | | | |
| | | d) Übernahme von Bürgschaften und Garantien; | | | |
| | | e) Abwicklung des Zahlungsverkehrs und von Akkreditiven, Wechsel-, Scheck- und Dokumentarinkassi; | | | |
| | | f) Anlageberatung und Vermögensverwaltung, Testamentsvollstreckung und Erbschaftsliquidation; | | | |
| | | g) An- und Verkauf von Wertrechten, Devisen, ausländischen Banknoten und Edelmetallen und der jeweils am Markt gehandelten Finanzierungsinstrumente jeglicher Art; | | | |
| | | h) Aufbewahrung und Verwaltung von Wertschriften und Wertgegenständen sowie Vermietung von Schrankfächern; | | | |
| | | i) Ausübung der Funktion als Zeichnungsstelle und als Depotbank von Anlagefonds; | | | |
| | | k) Übernahme und Vermittlung von Emissionen von Wertrechten; | | | |
| | | l) Übernahme und Verwaltung von Beteiligungen; | | | |
| | | m) Unternehmensberatung, Vertretung und Geschäfsführung von Finanz- und Holdinggesellschaften sowie anderen Unternehmungen. | | | |
| | | Die Gesellschaft ist berechtigt, Liegenschaften im In- und Ausland zu erwerben, zu belasten und zu verkaufen. | | | |

| Ei | Lö | Bemerkungen | | Ref | Statutendatum |
|---|---|---|---|---|---|
| 1 | | Allgemeine Vertretungsregelung: Die Gesellschaft wird durch die Kollektivunterschrift von zwei zeichnungsberechtigten Personen verpflichtet. Handlungsbevollmächtigte können untereinander nicht zeichnen. | | 1 | 04.07.2002 |
| | | | | 24 | 03.01.2013 |
| 3 | | Neuregelung der Funktionsbezeichnungen lt. Beschluss der Generaldirektion vom 13.01.2005, wonach die bisherigen Funktionen Direktor, stellvertretender Direktor, Vizedirektor, Chefprokurist, Prokurist und Handlungsbevollmächtigte nicht mehr ins Öffentlichkeitsregister eingetragen werden, sondern nur noch das Zeichnungsrecht - mit Ausnahme der Handlungsbevollmächtigten, welche gänzlich im Öffentlichkeitsregister gelöscht werden. Neu werden somit nur noch der Präsident, die Mitglieder des Verwaltungsrates und die Generaldirektoren mit ihren Funktionsbezeichnungen eingetragen. | | 31 | 20.02.2014 |
| | | | | 42 | 07.11.2016 |
| 24 | | Neufassung der Statuten lt. Beschluss der Generalversammlung vom 03.01.2013. | | | |
| 31 | | Statutenänderung lt. Beschluss der Generalversammlung vom 20.02.2014. | | | |
| 42 | | Mitteilungen an die Aktionäre erfolgen über die Internetseite der Gesellschaft. | | | |
| 42 | | Statutenänderung lt. Beschluss der Generalversammlung vom 07.11.2016. | | | |
| 66 | | Berichtigung der Eintragung vom 16.06.2021 gemäss Art. 969 PGR. | | | |



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREGISTER

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | Vaduz | 2 |
|---|---|---|---|

Aktuelle Eintragungen

| Ei | Lö | Besondere Tatbestände | Ref | Publikationsorgan |
|---|---|---|---|---|
| 1 | | Sacheinlagen: Anlässlich der Gründung wurden von der ursprünglichen Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz) nachstehende Sacheinlagen gemäss Vertrag vom 22.11.1990 übernommen: Aktiven und Passiven sowie Eventualverbindlichkeiten inkl. offene und stille Reserven gemäss Spaltungsbilanz per 30. Juni 1990 zum Preis von CHF 500'865'376.-- gegen Übergabe von 2'912'008 voll liberierte Inhaberaktien im Nominalwert von je CHF 100.-- der Gesellschaft zum Ausgabekurs von je CHF 172.-- an die ursprüngliche Bank in Liechtenstein Aktiengesellschaft, Vaduz (später BIL GT Gruppe Aktiengesellschaft, Vaduz). | 42 | www.lgt.li |
| 22 | | Die gegenständliche Gesellschaft übernimmt per 01.01.2012 auf Grundlage des Verschmelzungsplans (Fusionsplans) vom 30.05.2012 auf dem Wege der Fusion die "LGT Bank (Österreich) AG" mit Sitz in Wien (FN 279769a) als übertragende Gesellschaft. Sämtliche Aktiven und Passiven sind gemäss Schlussbilanz zum 31.12.2011 durch Universalsukzession auf die übernehmende Gesellschaft übergegangen. Die Aktien der übertragenden Gesellschaft sind erloschen, das Aktienkapital der übernehmenden Gesellschaft bleibt unverändert. Die übertragende Gesellschaft ist erloschen. | | |

| Ei | Lö | Zweigniederlassung (en) | Ei | Lö | Zweigniederlassung (en) |
|---|---|---|---|---|---|
| 27 | | LGT Bank AG Suite 4203 Two Exchange Square 8 Connaught Place Central G.P.O. Box 13398 Hong Kong | | | |
| 41 | | LGT BANK AG 3rd Floor 30 Herbert Street, Dublin 2 Irland | | | |
| 47 | | LGT Bank AG Bankgasse 9 1010 Wien | | | |

| Ei | Lö | Bilanzstichtag | Ref | Jahresrechnung zum | eingereicht am | Ref | Konzernabschluss zum | eingereicht am |
|---|---|---|---|---|---|---|---|---|
| 53 | | 31. Dezember | 56 | 31.12.2019 | 04.06.2020 | | | |

| Ref | TR-Nr | TR-Datum | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|
| 1 | 0 | 26.06.2004 | 34 | 20613 | 01.12.2014 |
| 2 | 11393 | 29.11.2004 | 35 | 5213 | 24.03.2015 |
| 3 | 4086 | 28.02.2005 | 36 | 18474 | 12.06.2015 |
| 4 | 16563 | 24.08.2006 | 37 | 21595 | 28.08.2015 |
| 5 | 22980 | 06.11.2006 | 38 | 1628 | 04.02.2016 |
| 6 | 7882 | 17.04.2007 | 39 | 5833 | 30.05.2016 |
| 7 | 10485 | 02.06.2008 | 40 | 10346 | 27.09.2016 |
| 8 | 17315 | 17.09.2008 | 41 | 11855 | 28.10.2016 |
| 9 | 21526 | 12.11.2008 | 42 | 12534 | 15.11.2016 |
| 10 | 205 | 07.01.2009 | 43 | 1720 | 20.02.2017 |
| 11 | 12365 | 29.04.2009 | 44 | 4707 | 30.05.2017 |
| 12 | 24522 | 25.08.2009 | 45 | 8587 | 27.09.2017 |
| 13 | 16264 | 02.06.2010 | 46 | 9841 | 03.11.2017 |
| 14 | 29209 | 28.09.2010 | 47 | 894 | 01.02.2018 |
| 15 | 37435 | 09.12.2010 | 48 | 4692 | 07.06.2018 |
| 16 | 10075 | 06.04.2011 | 49 | 8830 | 26.10.2018 |
| 17 | 15626 | 05.07.2011 | 50 | 1405 | 08.02.2019 |

Vaduz, 12.09.2022 19:16

Fortsetzung auf der folgenden Seite

08-01789-cgm    Doc 22351-3    Filed 09/29/22    Entered 09/29/22 19:47:23    Exhibit C
Pg 16 of 19



# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | Vaduz | 3 |

Aktuelle Eintragungen

| Ref | TR-Nr | TR-Datum | Ref | TR-Nr | TR-Datum |
|---|---|---|---|---|---|
| 18 | 16313 | 14.07.2011 | 51 | 5601 | 14.06.2019 |
| 19 | 20659 | 16.09.2011 | 52 | 9829 | 23.10.2019 |
| 20 | 1479 | 26.01.2012 | 53 | 0 | 01.01.2020 |
| 21 | 6718 | 24.04.2012 | 54 | 1621 | 17.02.2020 |
| 22 | 13425 | 05.09.2012 | 55 | 2764 | 06.04.2020 |
| 23 | 13894 | 17.09.2012 | 56 | 8311 | 18.09.2020 |
| 24 | 2 | 03.01.2013 | 57 | 10210 | 05.11.2020 |
| 25 | 697 | 15.01.2013 | 58 | 4869 | 23.04.2021 |
| 26 | 4552 | 26.03.2013 | 59 | 5906 | 26.05.2021 |
| 27 | 9768 | 08.07.2013 | 60 | 6727 | 16.06.2021 |
| 28 | 14787 | 02.10.2013 | 61 | 10769 | 13.09.2021 |
| 29 | 16169 | 28.10.2013 | 62 | 488 | 17.01.2022 |
| 30 | 2229 | 05.02.2014 | 63 | 1090 | 03.02.2022 |
| 31 | 4084 | 21.02.2014 | 64 | 6204 | 01.07.2022 |
| 32 | 9836 | 08.05.2014 | 65 | 6728 | 13.07.2022 |
| 33 | 13014 | 10.07.2014 | 66 | 8775 | 12.09.2022 |

Pages 3 in the middle - 24 have intentionally been left out



AMT FÜR JUSTIZ
FÜRSTENTUM LIECHTENSTEIN
HANDELSREG.STFA

# Handelsregister-Auszug

| FL-0001.122.356-7 | LGT Bank AG | | Vaduz | |

Top of this page has been intentionally left blank

Vaduz, 12.09.2022 19:16 EP



Beglaubigter
Auszug

Patricia ERNE

Ein Auszug aus dem Handelsregister des Fürstentums Liechtenstein
hat nur Gültigkeit, sofern er mit einer Originalbeglaubigung oder mit
einer elektronischen Amtssignatur des Amtes für Justiz versehen ist.