**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | **Adv. Pro. No. 08-01789 (CGM)** |
| *Plaintiff-Applicant*, | |
| -v- | **SIPA Liquidation** |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | **(Substantively Consolidated)** |
| *Defendant.* | |
| In re: | |
| BERNARD L. MADOFF, | |
| *Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and the Chapter 7 Estate of Bernard L. Madoff, | **Adv. Pro. No. 11-02929 (CGM)** |
| *Plaintiff*, | |
| -v- | |
| LGT BANK IN LIECHTENSTEIN LTD., | |
| *Defendant*. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2022, the filings associated with the Motion to Dismiss of Defendant LGT Bank in Liechtenstein Ltd., namely, the Notice of Motion, Notice of Hearing, Memorandum of Law, and Declaration of Gregory F. Hauser (and the exhibits attached thereto), were served electronically by filing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: September 29, 2022                  Respectfully submitted,


                                      **WUERSCH & GERING LLP**

                                      */s/ Gregory F. Hauser*
                                      Gregory F. Hauser
                                      Jascha D. Preuss
                                      100 Wall Street, 10th Floor
                                      New York, New York 10005
                                      Telephone: (212) 509-5050
                                      gregory.hauser@wg-law.com
                                      jascha.preuss@wg-law.com
                                      ***Counsel for Defendant LGT Bank in***
                                      ***Liechtenstein Ltd.***