**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>     Plaintiff,<br><br>v.<br><br>BANQUE CANTONALE VAUDOISE,<br><br>     Defendant. | Adv. Pro. No. 12-01694 (CGM) |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 30, 2022, Defendant Banque Cantonale Vaudoise's Answer to the Complaint and Jury Demand was served by filing it with the Court's electronic-filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 30, 2022
      New York, New York

                              ALLEGAERT BERGER & VOGEL LLP

                              By: */s/* David A. Shaiman_____

                              David A. Shaiman
                              111 Broadway, 20th Floor
                              New York, New York 10006
                              Tel. No.: 212-571-0550
                              Email: dshaiman@abv.com

                              *Counsel for Defendant Banque Cantonale Vaudoise*