# EXHIBIT 6

**From:** Carlos García Ordóñez [cgo@invercounsel.com]
**Sent:** 10/27/2005 12:01:56 PM
**To:** 'Stephane Muuls' [stephane@fgguk.com]; Unsain Tere [unsain@telefonica.net]; 'Phillip Toub' [Phillip@fggus.com]
**CC:** Tucker Jeffrey [jeffrey@fggus.com]; Landsberger Richard [richard@fggus.com]; McKeefry Mark [markm@fggus.com]; Ross Lauren [lauren@fggus.com]; Carlos Zunzunegui [carlosz@fggus.com]; 'sandra cuadros' [sandra@fggus.com]; 'antonio alvarez' [antonio.alvarez@invercounsel.com]
**Subject:** Calyon - Credit Agricole, BNP Paribas

Hola Señores ;

I called and left a message on your cel Stephane, as wish to talk with you and Vianney .

As I understand from our brief conversations recently, that evidently we are paralleling each other with respect to our efforts with the above accounts. And could benefit from cooperating particularly at this point, in the development of the Bank wide relationship with the mentioned institutions, which are also very active in Spain. And moreover have potential to be key accounts relationships for FGG.

1)As to Calyon, " CA" we have had various meetings, the most recent being yesterday with their Private Bank side, by way of the Product Group headed by Alvaro Fernandez Arrieta, whom in turn has led us to the centralized group responsible for third party fund selection in Geneva at Credit Agricole (Suisse) S.A ( headed up by Christian Lott and Franck January) , which I consequently have recently met, in the person of Patrick Muller, Member of the Senior Fund Marketing Team.

Patrick confessed to be knowledgeable as to FGG and has an appreciation for our model having had a relationship with us going back to the days when he was at Credit Lyonnais and had responsibility for fund selection while manning that group prior to Credit Lyonnais , "CL" being merged into Calyon.

But nevertheless we spent time reviewing what is FGG today, ( our approach and efforts to continue to be an institutionalized alternative investment firm with a global scope) our fund offerings, and in particular detail Chester/ Irongate , FG Guardian due to its possible marketing in Switzerland ( once Swiss registered ) and Aerium for onshore European distribution.

The results were positive in that he said that he saw alot of positives in our entering into an Bank wide distribution agreement and that he was in favor of having FGG on their platform but that the process entailed an approval from their investment comittee. Which could be possible after a complete due diligence process and evaluation of potential business with that could be generated with us that would justify further efforts in this respect.

Prior to this being accomplished the decision needed to be comunicated to a higher authority in Paris, for final ratification but this seemingly is more a formality, than another appoval , the way Patrick described the organics involved in this process.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE001773318

SECSEV2350268

I copy Phillip as Patrick sent you his regards and said that for a time going back a few years, he had regular contact with you while at CL and enjoyed the relationship, he said that CL had an important Brazilian book, and that the business they sent to FGG was constant until they were forced to market only Swiss Registered funds .

2) As to BNP Paribas, we have the President of their Spanish subsidiary,Ramiro Mato, whom is a close personal friend of mine offering to put in a good word with his colleagues in Geneva at the highest level, as I have explained that their product group have vetoed Chester / Irongate, from what you have told me due to a 3.2% particiaption in Sentry .

So please let us know where we stand as to the approval process as our business here in Spain also is dependent on their Geneva´s approval.

Looking forward to your comments and feedback on both accounts ,

Un Abrazo; CGO

This email is intended only for the person to whom it is addressed. It may contain privileged, confidential or proprietary information which is only authorised for viewing by the intended recipient. It is not intended as a solicitation for business nor an offer to enter into any transaction.

Fairfield Greenwich (UK) Ltd is authorised and regulated by the Financial Services Authority.

Any investment decision should be made solely on the basis of the information and risk warnings contained within the information memorandum and/or prospectus issued by the fund or company concerned. If you are in any doubt, you should seek professional advice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED     FGGE001773319

SECSEV2350269