# EXHIBIT 7

**From:** Alessandro.MEO@ca-indosuez.ch [Alessandro.MEO@ca-indosuez.ch]
**Sent:** 2/11/2005 9:09:32 AM
**To:** Fernandez [Fernandez]; Maria João AMS [MFernandez@Citco.com]
**CC:**
**Subject:** RE: Fairfield Sentry - subscription USD 300,000 i/n/o Credit Agri cole Indosuez (Suisse) SA - URGENT

Hi Maria,

As you can see from the below e-mail, Mr Alexandre de Planta from Crédit Lyonnais Suisse SA made an agreement with Ms Carla Castillo from FAIRFIELD GREENWICH GROUP regarding this subscription.

I suggest that the order we placed as per end of January 2005 is taken into account as per the agreement below and we will send you a short form filled-in.

I do not know if the money has been returned. if yes tell me when we should re-send you the money

Thanks and best regards

Alessandro Meo
Tel.: +41 22 319 91 09
Fax : +41 22 319 96 41
E-mail : alessandro.meo@ca-indosuez.ch

To:
From: "Carla Castillo"
Date: 27.01.2005 04:48PM
cc: "LB Team"
Subject: Fairfield Sentry Limited

Dear Alexandre,
Further to our conversation earlier today,  we are pleased to  provide the short form subscription agreement for the subscription of $300,000 to be placed in the   F airfield Sentry Limited for value date  February 28, 2005 ,  on behalf of   Credit Lyonnais.    Please note that s ubscription documents must be sent via fax and via airmail to Citco Fund Services (Europe) BV to the following coordinates:
Ms. Maria-Joao Fernandez, Investor Relations Group
Ms. Maria Ibarra, Investor Relations Group
Citco Fund Services (Europe) B.V.
Telestone 8 ? Teleport ? Naritaweg 165
1043 BW Amsterdam, The Netherlands

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000163773
SECSEV0741296

Telephone: + (31-20) 572 2100
Fax: + (31-20) 572 2610 ( 24 hour fax line available )
Additionally, t he wiring instructions for this subscription are the following:


Intermediary Bank - Field 56
HSBC Bank, New York
BIC: MRMDUS33
Fed Wire: 021001088
Account with Institution - Field
A ccount Name: Citco Bank Nederland N.V. Dublin Branch
Account Number: 000306487
BIC: CITCIE2D
Beneficiary Customer - Field 59
Beneficiary Account Name: Fairfield Sentry Limited
Beneficiary International Bank Account Number (IBAN): IE23 CITC 0000 0035 810 501
Reference ? SWIFT Field 70: Name and Full Address of Subscriber:
I n order for the above subscription to be placed in the Fund with value date  February 28, 2005,  subscription documents and monies must be received at Citco Fund Services (Europe) BV by no later than  February 24, 2005 .
Thank you very much for your continued interest towards our alternative investment funds.  Please feel free to contact us for any additional information that you may require.   We will be pleased to speak with you.
Kind regards,
Carla Castillo
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
(See attached file: AF Fairfield Sentry Short Form.pdf)

"Fernandez, Maria

João AMS" To:
"'alessandro.meo@ca-indosuez.ch'"

"'jean-yves.casse@ca-indosuez.ch'" ,

.com> "Ibarra, Maria AMS"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000163774
SECSEV0741297

, "Oever, Marianne van den AMS"

08.02.2005 18:06 Subject: RE: Fairfield
Sentry - subscription USD 300,000 i/n/o Credit Agri cole
Indosuez (Suisse) SA -
URGENT

Dear Mr Meo,

Further to our telephone conversation last week, you informed me that your client decided to subscribe for the NAV of Feb 28, 2005 instead of Jan 31, 2005.

Please note that as the Fund remains closed you will need to re-submit your order and wait for the Fund to approve it. If your client has a contact at Fairfield Greenwich, please include this information on your subscription, as the Fund needs to know this before they can approve a trade.

Please confirm that you are aware of all of the above and let us know as soon as possible what you intend to do.

Kind regards
João

-----Original Message-----
From: Fernandez, Maria João AMS
Sent: Tuesday, February 01, 2005 12:38 PM
To: 'alessandro.meo@ca-indosuez.ch'
Cc: 'jean-yves.casse@ca-indosuez.ch'; Ibarra, Maria AMS; Oever, Marianne van den AMS
Subject: RE: Fairfield Sentry - subscription USD 300,000 i/n/o Credit Agricole Indosuez (Suisse) SA - URGENT
Importance: High


Dear Mr Meo,
Can you give us any information on the below query? It is quite urgent, as the Fund needs to decide if they still can accept it or if they have to reject this trade.

Kind regards
João

-----Original Message-----
From: Fernandez, Maria João AMS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000163775

SECSEV0741298

Sent: Monday, January 31, 2005 5:08 PM
To: 'alessandro.meo@ca-indosuez.ch'
Cc: 'jean-yves.casse@ca-indosuez.ch'; Ibarra, Maria AMS; Oever, Marianne van den AMS
Subject: Fairfield Sentry - subscription USD 300,000 i/n/o Credit Agricole Indosuez (Suisse) SA

Dear Mr Meo,

The Fund has requested to know who are your underlying clients for the above
mentioned investments, or in case you cannot reveal this information, the name of your client's contact at FGG (contact or agent related to the Fairfield Group), so that they can identify the investment in relation to the allocations that they have planned for this month end.

Please advise urgently either way.

Should you have any questions, please do not hesitate to contact us.

Best regards
Maria João Fernandez

Investor Relations Group
Tel. 0031-20 5722 116
Fax 0031-20 5722 610

For further information about our products and services please visit our website at: www.citco.com
Citco Group affiliates are established in
London - Channel Islands - Dublin - Copenhagen - Brussels - Luxembourg - Milan - Monaco - Paris - Amsterdam
Zurich - Geneva - Warsaw - Cayman Islands - Curacao - British Virgin Islands
- Bermuda - Bahamas - Toronto
New York - San Francisco - Valley Forge - Miami - Mauritius - Singapore - Hong Kong - New Zealand - Sydney
*************************************************************************

*******************************************
This e-mail message and any enclosures, is intended only for the persons to whom it is addressed and may contain confidential information. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you receive this message in error, please notify

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000163776
SECSEV0741299

the
sender by return e-mail and delete this message from your computer. Citco
disclaims all responsibility from and accepts no liability whatsoever for
the consequences of any unauthorized person acting, or refraining from
acting, on any information contained in this message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DISCLAIMER - E-MAIL
-------------------
The information contained in this E-Mail is intended for the named
recipient(s). It may contain certain privileged and confidential
information, or information which is otherwise protected from
disclosure. If you are not the intended recipient, you must not
copy,distribute or take any action in reliance on this information
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000163777

SECSEV0741300