# EXHIBIT 8

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Oever, Marianne van den  (Citco) |
| **Sent:** | Tuesday, November 15, 2005 11:49 AM |
| **To:** | Nieuw, Gregorie  (Citco) |
| **Cc:** | AMS CFS IRG Peter |
| **Subject:** | FW: Share Transfer Form for 52.600 Shares of Fairfield Sentry from BNP Paribas to Citco Fund Services |

Gregorie, this is yours, can you reply? B1431 Thanks!
M

-----Original Message-----
From: Sam Nakhleh [mailto:sam@fggus.com]
Sent: Tuesday, November 15, 2005 4:44 PM
To: AMS CFS Transfers; AMS CFS IRG Peter
Cc: Carla Castillo; creighton.douglas@americas.bnpparibas.com;
maria.comas@americas.bnpparibas.com; Miami_Clearing@americas.bnpparibas.com;
stacia.cook@americas.bnpparibas.com; tiffany.nealon@americas.bnpparibas.com; Ivan.KOSTIC@ca-suisse.com
Subject: RE: Share Transfer Form for 52.600 Shares of Fairfield Sentry from BNP Paribas to
Citco Fund Services

Hi Joao / Maria / Angie,

Please advise if you have now received everything in order to process this transfer.

If not, please advise the contacts at BNP cc'd on the mail what information you are missing.


Thanks


-----Original Message-----
From: Ivan.KOSTIC@ca-suisse.com [mailto:Ivan.KOSTIC@ca-suisse.com]
Sent: Wednesday, November 09, 2005 11:03 AM
To: Sam Nakhleh
Cc: Carla Castillo; creighton.douglas@americas.bnpparibas.com;
maria.comas@americas.bnpparibas.com;
Miami_Clearing@americas.bnpparibas.com;
stacia.cook@americas.bnpparibas.com;
tiffany.nealon@americas.bnpparibas.com
Subject: RE: Share Transfer Form for 52.600 Shares of Fairfield Sentry from BNP Paribas to
Citco Fund Services


Good Day,

Regarding this operation, the transferee is Credit Agricole (Suisse) SA.

CITCO Amsterdam is our custodian.

Thanks and best regards

Ivan Kostic

1

CONFIDENTIAL                                                                    ANWAR-CFSE-00512481

```
Private Banking Services
Back Office Titres / Apports-Retraits
Tel 058 / 321.55.64  Fax 058 / 321.51.10




                    "Sam Nakhleh"

                         <sam@fggus.com>           To:
<stacia.cook@americas.bnpparibas.com>,


<Miami_Clearing@americas.bnpparibas.com>,
<creighton.douglas@americas.bnpparibas.com>,
                         09.11.2005 16:46
<tiffany.nealon@americas.bnpparibas.com>,
<maria.comas@americas.bnpparibas.com>,

<Ivan.KOSTIC@ca-suisse.com>

                                        cc:        "Carla
Castillo" <carlac@fggus.com>
                                        Subject:   RE: Share
Transfer Form for 52.600 Shares of Fairfield Sentry from BNP
                              Paribas to Citco Fund
Services




Hi Stacia,

Isn't the transferee on this Credit Agricole?   I see that you've listed
Citco Amsterdam as the transferee.

Please clarify.

Thanks



From: stacia.cook@americas.bnpparibas.com
[mailto:stacia.cook@americas.bnpparibas.com]
Sent: Wednesday, November 09, 2005 8:16 AM
To: LAURENCE.LECOMTE@kbl-bank.com
Cc: Carla Castillo; Miami_Clearing@americas.bnpparibas.com;
creighton.douglas@americas.bnpparibas.com;
tiffany.nealon@americas.bnpparibas.com;
maria.comas@americas.bnpparibas.com; Ivan.KOSTIC@ca-suisse.com
Subject: Share Transfer Form for 52.600 Shares of Fairfield Sentry from BNP Paribas to Citco
Fund Services

Good morning Laurence,
```

2

CONFIDENTIAL

ANWAR-CFSE-00512482

Can you please verify if the attached was sent to Citco?  The delivery of the shares is still
pending.

Thank you again for your assistance,
Stacia
----- Forwarded by Stacia COOK/US/AMERICAS/GROUP on 11/09/2005 08:13 AM
-----


| | | |
|---|---|---|
| Stacia COOK | To: | LAURENCE.LECOMTE |
| BNP Paribas | cc: | carlac, Miami_Clearing, Creighton |
| Securities | | DOUGLAS, Tiffany NEALON, Maria Comas |
| Corporation | bcc: | |
| Equity Clearing | Subject: | Share Transfer Form for |
| stacia.cook@ameri | | 52.600 Shares of Fairfield Sentry from BNP Paribas |
| cas.bnpparibas.co | | to Citco Fund Services |
| m | | |

555 Croton Road,

4th Floor

King of Prussia,

PA 19406

tel :

610-491-1490

fax :

610-491-1850




10/25/2005 11:30

AM

3

CONFIDENTIAL                                                                 ANWAR-CFSE-00512483

Hello Laurence,

Attached is another Share Transfer Form to deliver 52.600 shares from our Clearstream account 83453 to Citco Fund Services, Amsterdam.  Please sign as the Transferor and forward the signed form to Citco for processing.
It
is understood that Citco will provide matching instructions to transfer the shares.


Please confirm once the form has been forwarded to Citco.

Thank you again for your assistance.
Stacia

This message and any attachments (the "message") is intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and immediately notify the sender. Any use not in accord with its purpose, any dissemination or disclosure, either whole or partial, is prohibited except formal approval. The internet can not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not therefore be liable for the message if modified.

--------------------------------------------

Ce message et toutes les pieces jointes (ci-apres le
"message") sont etablis a l'intention exclusive de ses destinataires et sont confidentiels.
Si vous recevez ce message par erreur, merci de le detruire et d'en avertir immediatement l'expediteur. Toute utilisation de ce message non conforme a sa destination, toute diffusion ou toute publication, totale ou partielle, est interdite, sauf autorisation expresse.
L'internet ne permettant pas d'assurer l'integrite de ce message, BNP PARIBAS (et ses filiales) decline(nt) toute responsabilite au titre de ce message, dans l'hypothese ou il aurait ete modifie.




****************************************************************
DISCLAIMER - E-MAIL
-------------------
The information contained in this E-Mail is intended for the named recipient(s). It may contain certain  privileged and confidential information, or  information  which  is otherwise  protected from disclosure. If  you  are  not the intended recipient, you must not copy,distribute or take any action in reliance on this information
****************************************************************

CONFIDENTIAL                                                                    ANWAR-CFSE-00512484