# EXHIBIT 9

| | |
|---|---|
| From: | Carla Castillo [carlac@fggus.com] |
| Sent: | Friday, August 10, 2007 8:19 PM |
| To: | Giuseppe.DEVECCHI@ca-suisse.com |
| Cc: | Roberto Cioci; Lourdes Barreneche; LB Team |
| Subject: | Fairfield Sentry Ltd. |

Dear Mr. De Vecchi,

Further to the email sent to your attention this afternoon by our colleague Mr. Roberto Cioci, we are pleased to provide the feedback received from Mr. Amit Vijayvergiya, Chief Risk Officer at Fairfield Greenwich Group, regarding Fairfield Sentry Ltd. and the sub-prime mortgage market:

*"The split-strike conversion strategy only invests in a basket of large cap U.S. equities, long and short S&P 100 Index options and U.S. Treasury Bills. As such, the recent turmoil observed in the U.S. sub-prime mortgage market is not expected to have any direct impact on the Strategy."*

We are available if you have any other questions.

Best regards,
Carla Castillo

Vice President - Client Relations

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

((212) 319 6060

Ê (212) 319 0450

http://www.fggus.com


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW004001012
FG-04492938