# EXHIBIT 10

16.5.2008  17:17   12345678                                                                                  D 2

# REDEMPTION REQUEST FORM
## INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

    FAIRFIELD SENTRY LIMITED
    c/o Citco Fund Services (Europe) B.V.
    Telestone 8 – Teleport
    Naritaweg 165
    1043 BW Amsterdam
    The Netherlands
    Telephone: (31-20) 572-2100
    Fax: (31-20) 572-2610
    Dated (month, day, year): _May 16th 2008_____
Dear Sirs:

    I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _22.5___ shares, (the "Shares") representing [part/~~all~~] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

    I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

---
Bank Name

---
Bank Address

---
ABA /CHIPS/ BIC Codes                    CITIBANK NEW YORK
                                         FAV. ACCOUNT No [Redacted]4634
---                                      BEN : CREDIT AGRICOLE (SUISSE) S.A.
Account Name                             SWIFT CODE : CITIUS33
                                         ABA [Redacted]
---
Account Number

CONFIDENTIAL                                                                           CFSE-TRST-042592

CFSSAJ0008937

16.5.2008  17:17  12345678                                                                                    D 3

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| **CREDIT AGRICOLE (SUISSE) S.A.**  Name of Registered Owner of Shares | Name of Subscriber |
| Administration Center  Chemin de Bérée 46-48  1010 Lausanne 10 La Sallaz  Address  Switzerland | Address |
| *[signature]*  Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| **Officer**  Jean-Yves CASSE  Name and Title | Please Print Name and Title |
| M  **May 16th 2008**  Date | Date |
| *[signature]*  Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| **Officer**  Olivier DELANGE  Name and Title | Please Print Name and Title |
| **May 16th 2008**  Date | Date |
| | Signatures guaranteed by: |

RR-2

CONFIDENTIAL                                                                                    CFSE-TRST-042593

CFSSAJ0008938

16.5.2008  17:17  12345678                                                                    D 4

## REDEMPTION INFORMATION

SHARE REGISTRATION                              MAILING (POST) INFORMATION
                                                (if other than address of registration)

Name  CREDIT AGRICOLE (SUISSE) S.A.             Name
      Administration Center
      Chemin de Bérée 46-48
Address 1010 Lausanne 10 La Sallaz              Address
        Switzerland

Country of Residence                            Country of Residence

+41 58 321 56 50
Telephone                                       Telephone

Telephone (Evenings)                            Telephone (Evenings)

+41 58 320 17 00
Fax                                             Fax

BANK FOR TRANSFER OF REDEMPTION

                                                CITIBANK NEW YORK
Name                                            FAV. ACCOUNT No [Redacted] 4634
                                                BEN : CREDIT AGRICOLE (SUISSE) S.A.
                                                SWIFT CODE : CITIUS33
Address                                         ABA [Redacted]

Country of Residence

Telephone

Telephone (Evenings)

Fax

RR-3

CONFIDENTIAL                                                           CFSE-TRST-042594

CFSSAJ0008939

16.5.2008  17:17  12345678                                                                                    D 5

===============================================================================
[To be completed by the Fund]

THIS SUBSCRIPTION APPLICATION IS HEREBY ACCEPTED BY FAIRFIELD SENTRY LIMITED

Date: _____, 200_

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____
===============================================================================

CONFIDENTIAL                                                                                     CFSE-TRST-042595

CFSSAJ0008940