# EXHIBIT 11

1.7.2008  14:35  12345678                                                                                          D 2

# REDEMPTION REQUEST FORM
## INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
**Dated (month, day, year):** July the 1st 2008

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of **0.06** shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

| | |
|---|---|
| Bank Name | CALYON New York |
| | SWIFT CODE : CRLYUS33 |
| Bank Address | ABA [Redacted] |
| | BEN : CREDIT AGRICOLE LUXEMBOURG |
| ABA /CHIPS/ BIC Codes | SWIFT CODE : AGRILULA |
| | A/C [Redacted] 01-00 |
| Account Name | |
| Account Number | |

RR-1

1.7.2008  14:35   12345678                                                                               3

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| CREDIT AGRICOLE Luxembourg Private Banking <br> Name of Registered Owner of Shares | Name of Subscriber |
| 39 Allée Scheffer <br> L-2520 LUXEMBOURG <br> Address | Address |
| *[signature]* <br> Signature (of individual or assignee) <br> **Joux Jean-David** | Signature (of partner, authorized corporate officer or trustee) |
| Officer <br> Name and Title | Please Print Name and Title |
| The 1st of July 2008 <br> Date | Date |
| *[signature]* <br> Signature (of individual or assignee) <br> **Delange Olivier** | Signature (of partner, authorized corporate officer or trustee) |
| Officer <br> Name and Title | Please Print Name and Title |
| The 1st of July 2008 <br> Date | Date |

Signatures guaranteed by:

RR-2

CONFIDENTIAL                                                                                    CFSE-TRST-046925

CFSSAJ0013270

1.7.2008 14:35 12345678 P.4

## REDEMPTION INFORMATION

| SHARE REGISTRATION | MAILING (POST) INFORMATION |
|---|---|
| | (if other than address of registration) |

CREDIT AGRICOLE Luxembourg Private Banking
Name                                                                                          Name

39 Allée Scheffer
L-2520 LUXEMBOURG
Address                                                                                      Address

Luxembourg
Country of Residence                                                               Country of Residence

+41 58 321 56 50
Telephone                                                                                 Telephone

+41 58 321 56 50
Telephone (Evenings)                                                              Telephone (Evenings)

+352 24 67 88 74
Fax                                                                                              Fax

### BANK FOR TRANSFER OF REDEMPTION

Name

CALYON New York
SWIFT CODE : CRLYUS33
Address    ABA  Redacted
BEN : CREDIT AGRICOLE LUXEMBOURG
Country of Residence    SWIFT CODE : AGRILULA
A/C  Redacted  )01-00
Telephone

Telephone (Evenings)

Fax

RR-3

CONFIDENTIAL                                                         CFSE-TRST-046926

CFSSAJ0013271