# EXHIBIT 12

REDEMPTION REQUEST FORM
INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

    FAIRFIELD SENTRY LIMITED
    c/o Citco Fund Services (Europe) B.V.
    Telestone 8 – Teleport
    Naritaweg 165
    1043 BW Amsterdam
    The Netherlands
    Telephone: (31-20) 572-2100
    Fax: (31-20) 572-2610
    **Dated (month, day, year):** _August 25th 2008_____
Dear Sirs:

    I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _68_shares, (the "Shares") representing [part] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

    I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

| | |
|---|---|
| Bank Name | JP MORGAN CHASE BANK NA, NEW YORK |
| | SWIFT CODE : CHASUS33 |
| Bank Address | ABA  Redacted |
| | BEN : CREDIT AGRICOLE (SUISSE) S.A. |
| | SWIFT CODE : AGRICHGG |
| ABA /CHIPS/ BIC Codes | A/C Redacted 6869 |
| Account Name | |
| Account Number | |

RR-1

CONFIDENTIAL    CFSE-TRST-050978

CFSSAJ0017323

**SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED**

| **ENTITY SHAREHOLDER (OR ASSIGNEE)** | **INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST** |
|---|---|
| CREDIT AGRICOLE (SUISSE) S.A. | |
| Name of Registered Owner of Shares | Name of Subscriber |
| Administration Center<br>Chemin de Bérée 46-48<br>1010 Lausanne 10 La Sallaz | |
| Address Switzerland | Address |
| *[signature]* | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| **Officer**<br>Joux Jean-David | |
| Name and Title | Please Print Name and Title |
| M  August the 25th 2008 | |
| Date | Date |
| *[signature]* | |
| Signature (of individual or assignee) | Signature (of partner, authorized corporate officer or trustee) |
| **Officer**<br>Olivier DELANGE | |
| Name and Title | Please Print Name and Title |
| August the 25th 2008 | |
| Date | Date |

Signatures guaranteed by:

RF-2

CONFIDENTIAL

CFSE-TRST-050979

CFSSAJ0017324

## REDEMPTION INFORMATION

| **SHARE REGISTRATION** | **MAILING (POST) INFORMATION** (if other than address of registration) |
|---|---|
| Name: CREDIT AGRICOLE (SUISSE) S.A. Administration Center Chemin de Bérée 46-48 | Name |
| Address: 1010 Lausanne 10 La Sallaz Switzerland | Address |
| Country of Residence | Country of Residence |
| +41 58 321 56 50 Telephone | Telephone |
| Telephone (Evenings) | Telephone (Evenings) |
| +41 58 320 17 00 Fax | Fax |

**BANK FOR TRANSFER OF REDEMPTION**

Name: JP MORGAN CHASE BANK NA, NEW YORK
SWIFT CODE : CHASUS33
ABA [Redacted]
BEN : CREDIT AGRICOLE (SUISSE) S.A.
SWIFT CODE : AGRICHGG
A/C [Redacted] 6869

Address

Country of Residence

Telephone

Telephone (Evenings)

Fax

RR-3

===================================================================

[To be completed by the Fund]

THIS SUBSCRIPTION APPLICATION IS HEREBY ACCEPTED BY FAIRFIELD SENTRY LIMITED

Date: _____, 200_

Name of authorized signatory: _____

Title of authorized signatory: _____

Signature: _____

Subscriber's name: _____

===================================================================

CONFIDENTIAL

CFSE-TRST-050981

CFSSAJ0017326