# EXHIBIT 13



CRÉDIT AGRICOLE (SUISSE) S.A.

PRIVATE BANKING SERVICES
*Securities Departement*

FAX

# IMPORTANT
# INFORMATION

**NEW USD CORRESPONDENT FOR** :
CREDIT AGRICOLE (SUISSE) SA

Dear all,

Please be advised that Credit Agricole (Suisse) S.A. will change its USD standard settlement instructions as from 9th September 2008.

The new wiring instructions will be:

**JP MORGAN CHASE BANK NA, NEW YORK**
**SWIFT CODE: CHASUS33**
**ABA** Redacted
**BEN: CREDIT AGRICOLE (SUISSE) S.A.**
**SWIFT CODE: AGRICHGG**
**A/C** Redacted **6869**

This change relates to all new and outstanding transactions as from value 9th September 2008, regardless of Trade Date. We will not send amended order for outstanding transactions. Please treat this broadcast as an amended confirmation for each single trade.

Please amend any standard cash settlement instructions that may have been agreed previously, as our CALYON New York and CITI Bank New York accounts will be closed.

We stay at your disposal for any further need of information.

Best Regards,

Olivier DELANGE

Jean-David JOUX

46-48, chemin de Bérée, CH-1010 Lausanne
Tél. (41 58) 321 51 51 – Fax (41 58) 321 51 00

CONFIDENTIAL

CFSE-TRST-050925

CFSSAJ0017270