# EXHIBIT 14

# CRÉDIT AGRICOLE (SUISSE) S.A.

**TELEFAX**

Date  :  06.08.2007

A/To          : INVESTOR RELATIONS GROUP

Société/Company : CITCO FUND SERV.(EUR.)AMSTERDA
Pays/Country  : NL
Fax No        : +31205722610

CITCO FUND SERVICES (EUROPE) B.V.
CITCO BUILDING
TELESTONE 8 – TELEPORT
NARITAWEG 165
P.O. BOX 7241
NL – 1007 JE AMSTERDAM/NETHERLANDS

De/From  : JACOT-DESCOMBES, CLAUDE
         Int.    +41 58 321 96 50       Fax     +41 58 320 17 00
         E-mail    FUNDS@CA-SUISSE.COM

Our deal reference: OB1385394

Nombre de pages/Number of pages :  1          (Y compris cette page/Including this page)

En cas de mauvaise réception, veuillez nous contacter immédiatement/      In case of faulty transmission, please contact us immediately

Dear Sirs,

Please redeem

100 SHARES of FAIRFIELD SENTRY LTD  , currency USD,
I.S.I.N. code : ⌐Redacted¬1004 for the next available NAV.

The units are registered in the name of:
         CREDIT AGRICOLE (SUISSE) SA
         CHEMIN DE BEREE 46–48
         1010 LAUSANNE
         10 LA SALLAZ
         SWITZERLAND
         Acc.Nr.:00019802 HOLDER ID

In order to execute correctly the payment, please find hereafter our payment instructions:

         CITIBANK N.A. NEW YORK
         ACC. ⌐Redacted¬4634
         SWIFT CODE: CITIUS33XXX

If we need to fill in any Redemption form, kindly send it by fax or by e-mail.

Kindly send your contract note to the attention of JACOT-DESCOMBES, CLAUDE by fax or e-mail.
Should you need any further information, please do not hesitate to contact us.

Thanks and best regards.

Authorised signatures:     BAWAB, PAUL          JACOT-DESCOMBES, CLAUDE

*The information contained in this facsimile is intended for the named recipient(s) only. It may contain
privileged and confidential information, and, if you are not an intended recipient, you must not copy,
distribute or take action in reliance on it. If you receive this facsimile in error, please notify
us immediately by telephone on the above number and return the original by mail to the sender who will
reimburse for the cost of the postage and the telephone calls.*

CONFIDENTIAL