# EXHIBIT 15

1.7.2008  14:35  12345678

394817  D 1

## CREDIT AGRICOLE LUXEMBOURG PRIVATE BANK

### TELEFAX

Date : 01.07.2008

A/To : INVESTOR RELATIONS GROUP

Société/Company : CITCO FUND SERVICES (EUROPE) AMSTERDAM
Pays/Country : NL
Fax No : +31205722610

CITCO FUND SERVICES (EUROPE) B.V.
CITCO BUILDING
TELESTONE 8 – TELEPORT
NARITAWEG 165
NL 1043 BW AMSTERDAM

De/From : LAVANCHY, GABRIEL
Int. +41 58 321 5650    Fax +352 2467 8874
E-mail CONFO.FUNDS@CA-SUISSE.COM

Our deal reference: OB1041105

En cas de mauvaise réception, veuillez nous contacter immédiatement/ In case of faulty transmission, please contact us immediately

Dear Sirs,

Please redeem

0.06 SHARES of FAIRFIELD SENTRY LTD , currency USD,
I.S.I.N. code : [Redacted]299L1004 for the next available NAV.

The units are registered in the name of:
CREDIT AGRICOLE LUXEMBOURG
39 ALLEE SCHEFFER
L-2520 LUXEMBOURG

Approved by
FGC
7/8/08.
snt by email

Acc.Nr. [Redacted]1605

In order to execute correctly the payment, please find hereafter our payment instructions:

CALYON NEW YORK
ACC. Redacted
SWIFT CODE: CRLYUS33XXX

If we need to fill in any Redemption form, kindly send it by fax or by e-mail.

Kindly send your contract note to the attention of LAVANCHY, GABRIEL by fax or e-mail.
Should you need any further information, please do not hesitate to contact us.

Thanks and best regards.

Authorised signatures: JOUX, JEAN-DAVID        DELANGE, OLIVIER

The information contained in this facsimile is intended for the named recipient(s) only. It may contain privileged and confidential information, and, if you are not an intended recipient, you must not copy, distribute or take action in reliance on it. If you receive this facsimile in error, please notify us immediately by telephone on the above number and return the original by mail to the sender who will reimburse for the cost of the postage and the telephone calls.