# EXHIBIT 16

# CRÉDIT AGRICOLE (SUISSE) S.A.



## TELEFAX

Date : 08.10.2008

| | |
|---|---|
| A/To | : INVESTOR RELATIONS GROUP |
| Société/Company | : CITCO FUND SERV.(EUR.) AMSTERDAM |
| Pays/Country | : NL |
| Fax No | : +31205722610 |

**1 5 OKT. 2008**

CITCO FUND SERVICES (EUROPE) B.V.
CITCO BUILDING
TELESTONE 8 – TELEPORT
NARITAWEG 165
P.O. BOX 7241
NL – 1007 JE AMSTERDAM/NETHERLANDS

De/From : PAHUD, ADRIEN
Int.    +41 58 321 56 50     Fax    +41 58 320 17 00
E-mail    FUNDS@CA-SUISSE.COM

Our deal reference: **OB1631473**

En cas de mauvaise réception, veuillez nous contacter immédiatement/    In case of faulty transmission, please contact us immediately

Dear Sirs,

Please redeem

114.0642 SHARES of FAIRFIELD SENTRY LTD , currency USD,
I.S.I.N. code : [Redacted] 1004 for the next available NAV.
The units are registered in the name of:
        CREDIT AGRICOLE (SUISSE) SA
        CHEMIN DE BEREE 46-48
        1010 LAUSANNE
        Acc.Nr.:00019802 HOLDER ID

In order to execute correctly the payment, please find hereafter our payment instructions:

        JP MORGAN CHASE BANK NA NEW YORK
        ACC. NR: [Redacted]
        SWIFT CODE: CHASUS33XXX

If we need to fill in any Redemption form, kindly send it by fax or by e-mail.

Kindly send your contract note to the attention of PAHUD, ADRIEN by fax or e-mail.
Should you need any further information, please do not hesitate to contact us.

Thanks and best regards.

Authorised signatures:      JOUX, JEAN-DAVID        DELANGE, OLIVIER

Liste des signatures autorisées/List of authorised signatures: www.signaturenet.org
Please contact Backoffice.arb@ca-suisse.com for free and quick access.

*The information contained in this facsimile is intended for the named recipient(s) only. It may contain privileged and confidential information, and, if you are not an intended recipient, you must not copy, distribute or take action in reliance on it. If you receive this facsimile in error, please notify us immediately by telephone on the above number and return the original by mail to the sender who wi reimburse for the cost of the postage and the telephone calls.*

# REDEMPTION REQUEST FORM
## INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

> FAIRFIELD SENTRY LIMITED
> c/o Citco Fund Services (Europe) B.V.
> Telestone 8 – Teleport
> Naritaweg 165
> 1043 BW Amsterdam
> The Netherlands
> Telephone: (31-20) 572-2100
> Fax: (31-20) 572-2610
> **Dated (month, day, year):** _ October 8th 2008_____

Dear Sirs:

      I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _114.0642_shares, (the "Shares") representing [part] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

      I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

| | |
|---|---|
| Bank Name | JP MORGAN CHASE BANK NA, NEW YORK |
| | SWIFT CODE : CHASUS33 |
| Bank Address | ABA [ Redacted ] |
| | BEN : CREDIT AGRICOLE (SUISSE) S.A. |
| | SWIFT CODE : AGRICHGG |
| ABA /CHIPS/ BIC Codes | A/C [Redacted]6869 |
| Account Name | |
| Account Number | |

RR-1

CONFIDENTIAL

CFSE-TRST-017529

CFSSAF0000547



PRIVATE BANKING SERVICES
*Securities Departement*

**FAX**

# IMPORTANT INFORMATION

**NEW USD CORRESPONDENT FOR :**
CREDIT AGRICOLE (SUISSE) SA

Dear all,

Please be advised that Credit Agricole (Suisse) S.A. will change its USD standard settlement instructions as from 9th September 2008.

The new wiring instructions will be:

**JP MORGAN CHASE BANK NA, NEW YORK**
**SWIFT CODE: CHASUS33**
**ABA** Redacted
**BEN: CREDIT AGRICOLE (SUISSE) S.A.**
**SWIFT CODE: AGRICHGG**
**A/C** Redacted **6869**

This change relates to all new and outstanding transactions as from value 9th September 2008, regardless of Trade Date. We will not send amended order for outstanding transactions. Please treat this broadcast as an amended confirmation for each single trade.

Please amend any standard cash settlement instructions that may have been agreed previously, as our CALYON New York and CITI Bank New York accounts will be closed.

We stay at your disposal for any further need of information.

Best Regards,

Olivier DELANGE            Jean-David JOUX

46-48, chemin de Bérée, CH-1010 Lausanne
Tél. (41 58) 321 51 51 – Fax (41 58) 321 51 00

CONFIDENTIAL                                                CFSE-TRST-017530

CFSSAF0000548