# EXHIBIT 17

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date          : Apr-16-2007

Fund Id       : 03302
Holder Id     : 00019802
Account Id    : 0003905
Contract No.  : 59327402
Order No.     : 22940502
CFI Cash Id   : Redacted 7602

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted 0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:        CALYON
Bank Address 1:   NEW YORK
Bank Address 2:   USA

SWIFT Ref.:       CRLYUS33

Beneficiary Acct No: Redacted 0100
Beneficiary Name:    CREDIT AGRICOLE SUISSE SA GENEVA

Amount:       USD    171,938.25
Value date:   Apr-17-2007
Ref:          FAIRFIELD SENTRY   Shares:140.3400 T/D:04-01-2007 RE
Note:         OB1275140
Details of Charges:

Authorised signatory                    Authorised signatory

*Citco Building*              www.citco.com         Phone: (31-20) 5722100
*Telestone - Teleport*                              Fax:   (31-20) 5722610
*Naritaweg 165*                                     *Chamber of Commerce 33253773*
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL                                        CFSE-TRST-079392

CFSSAL0013131