# EXHIBIT 18

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

| | |
|---|---|
| Date | : Nov-16-2007 |
| Fund Id | : 03302 |
| Holder Id | : 00019802 |
| Account Id | : 0003905 |
| Contract No. | : 63815902 |
| Order No. | : 26881502 |
| CFI Cash Id | : Redacted 4902 |

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number: Redacted 0501
Account Name: FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: CITIBANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

SWIFT Ref.: CITIUS33

Beneficiary Acct No: Redacted 4634
Beneficiary Name: CREDIT AGRICOLE SUISSE SA GENEVA

Amount: USD    393,993.65
Value date: Nov-19-2007
Ref: FAIRFIELD SENTRY Shares 308.9203 T/D:11-01-2007 RE
Note: REF OB1412488
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                                 Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
*Chamber of Commerce 33253773*

CONFIDENTIAL

CFSE-TRST-119644

CFSSAM0025336