# EXHIBIT 3

November 7, 2007

Fairfield Sentry Limited
c/o Citco Fund Services (Europe) B.V
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Tele (31-20) 572-2100
Fax (31-20) 572-2610

Re:   New Account Opening in the Fairfield Sentry Limited (the "Agreement")

Ladies and Gentlemen:

Please be advised that we have executed the attached subscription agreement/application ("Agreement") for the Fund detailed above solely as the directed agent of our client (the "Client"), acting on behalf of their customers. All details provided by us in the Agreement relate to the particulars of the Client or their underlying customer. Any and all representations and warranties and indemnities required of us (except with respect to our own organization, legal capacity and authority) in the Agreement are made by us on behalf of our Client in our capacity as the Client's directed agent and custodian, and based solely upon information that has been provided to us by our Client.

Accordingly, any such indemnity for a breach of the Agreement or any representation and warranty is made by us as agent on behalf of our Client.

**In addition and by opening an account in our name, you hereby:**

(i)   **accept the terms of this letter and the enclosed BBH Contact & Information Guide for Investment Funds (the "Guide");**

(ii)  **agree that you will only act upon instructions from us, including, without limitation to _trade executions and redemptions_; and**

(iii) **agree that _all redemption proceeds will be remitted to us_ as provided in the Guide.**

This letter together with the Agreement and the Guide shall constitute the entire agreement of the parties to the Agreement.

Very truly yours,
BROWN BROTHERS HARRIMAN & CO.

Authorized Signatory, BBH & Co.

/rc

Philip Antonio
Authorized Signatory

CONFIDENTIAL                                                                                                ANWAR-CFSE-00192709