# EXHIBIT 5

# CLIENTS INFORMATION MANUAL

Updated on January 2007
Carla Castillo

FGANWE000691299
FG-08720237

# REDACTED

**CREDIT LYONNAIS SA, MIAMI AGENCY**

# REDACTED

FGANWE000691300
FG-08720238

# REDACTED

FGANWE000691301
FG-08720239

REDACTED

FGANWE000691302
FG-08720240

REDACTED

FGANWE000691303
FG-08720241

REDACTED

FGANWE000691304
FG-08720242

REDACTED

FGANWE000691305
FG-08720243

# REDACTED

FGANWE000691306

FG-08720244

REDACTED

FGANWE000691307
FG-08720245

# REDACTED

FGANWE000691308
FG-08720246

REDACTED

FGANWE000691309
FG-08720247

REDACTED

FGANWE000691310
FG-08720248

# REDACTED

FGANWE000691311
FG-08720249

REDACTED

FGANWE000691312
FG-08720250

# REDACTED

FGANWE000691313
FG-08720251

REDACTED

FGANWE000691314
FG-08720252

REDACTED

FGANWE000691315
FG-08720253

## CREDIT LYONNAIS SA, MIAMI AGENCY

| FGG Coverage | CC/LB – Suggested Supervision: SR |
|---|---|
| Location | Miami, FL |
| Main Contact(s) | Marco Aurelio de Sa Guerra (Vice President – Investment Center) |
| | Mr. Eduardo Beregovich (Client Advisor) |
| | Ms. Fabiola Penaloza (Assistant VP - Investment Center) |
| Investing Entity | Brown Brothers Harriman (BBH) |
| Inception Date | ------- |

**Investment Holdings:**

| Fund | Market Value (As of December 1, 2006) |
|---|---|
| Fairfield Sentry Ltd. | $4,159,288.15 |
| Chester Global Strategy Fund Ltd. | $15,378,303.03 |
| Irongate Global Strategy Fund Ltd. | $250,000 |
| Total | $19,787,591.18 |

**Notes:**

Credit Lyonnais Miami is an existing investor in Chester, Sentry and Irongate. This institution was also invested in Briscoe until the fund was liquidated.

Chester was approved by Credit Agricole (Paris) for distribution limited to the Miami and Luxembourg offices in Oct 2005. Sentry was not approved by Credit Agricole (due to perceived operational risk associated with Madoff) and Credit Lyonnais has been forced to gradually redeem their Sentry holdings (which were originally approx $8.5 million).

There is an active signed DA for Chester (40 bps on NAV agreed for more than $3 million in asset level), and a draft for Irongate was sent to Marco in Dec (client will receive 35 bps on IR for combined assets - CH & IR – of less than $20 million, and 40 bps for combined assets greater than $20 million). We will follow up the week of Jan 8 (Marco out of the office until then).

Credit Lyonnais Miami manages approx. $1.2 B; $120 mm in Hedge Funds (10% of total assets). They currently hold $15 mm in Chester which represents 12.5% of their total assets in Hedge Funds. This is a significant percentage taken into consideration that they have their own proprietary funds.

FRIEF is not of their interest.

**Investment Opportunities:**

-Irongate & Chester

---

FGANWE000691316
FG-08720254

# REDACTED

FGANWE000691317
FG-08720255

REDACTED

FGANWE000691318
FG-08720256

REDACTED

FGANWE000691319
FG-08720257

REDACTED

FGANWE000691320
FG-08720258

# REDACTED

FGANWE000691321
FG-08720259

REDACTED

FGANWE000691322
FG-08720260

REDACTED

FGANWE000691323
FG-08720261

REDACTED

FGANWE000691324
FG-08720262

REDACTED

FGANWE000691325
FG-08720263

# REDACTED

FGANWE000691326
FG-08720264

# REDACTED

FGANWE000691327
FG-08720265

# REDACTED

FGANWE000691328
FG-08720266

# REDACTED

FGANWE000691329
FG-08720267

REDACTED

FGANWE000691330
FG-08720268

REDACTED

FGANWE000691331
FG-08720269