# EXHIBIT 6

**From:** Carla Castillo [carlac@fggus.com]
**Sent:** 2/6/2006 7:03:10 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** FW: Information on Fairfield Sentry

-----Original Message-----
From: Marco.SA@ca-miami.com [mailto:Marco.SA@ca-miami.com]
Sent: Monday, February 06, 2006 10:13 AM
To: Carla Castillo
Cc: Fabiola.PENALOZA-VILLEGAS@ca-miami.com
Subject: Information on Fairfield Sentry


Carla,

We are about to finalize the analysis of Fairfield Sentry, and need this
final information:

1) Asset breakdown by liquidity: x% cash, y% for 1 month, z% for 3
months, etc.
2) Confirmation by the fund manager that no more than 30% of the fund
assets are underlying of structured products.

Counting on your timely reply with this information, we will submit
Fairfield Sentry to the approval of Credit Agricole Product Commitee
next
February 15 in Paris. This approval allows the fund to be distributed
within the entire Credit Agricole International Private Banking network.

Regard,

Marco Aurelio

Please be aware all email addresses are no longer ending with
@creditlyonnais.fr. The new domain is @ca-miami.com. Please adjust your
address books accordingly.


*****************************************************************
DISCLAIMER - E-MAIL
-------------------
The information contained in this E-Mail is intended for the named
recipient(s). It may contain certain privileged and confidential
information, or information which is otherwise protected from

disclosure. If you are not the intended recipient, you must not
copy,distribute or take any action in reliance on this information
*******************************************************************

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001127379

SECSEV1704902