# EXHIBIT 7

| | |
|---|---|
| **From:** | Emily.RODRIGUEZ@ca-miami.com |
| **Sent:** | Monday, December 15, 2008 2:07 PM |
| **To:** | lourdesteam@fggus.com |
| **Cc:** | #INVS/US/CLM/CAIS%CAIS@ch.pbk |
| **Subject:** | Re: Important Communication re. Fairfield Investment Fund, Ltd. |
| **Attachments:** | graycol.gif; pic26428.gif; ecblank.gif |

Hi Lourdes,

What about Fairfield Sentry?

Thanks,


Emily Rodríguez
Crédit Agricole Miami Private Bank
tel: +1 (305) 375 7811 / fax: + 1 (305) 371 3673
email: emily.rodriguez@ca-miami.com

Inactive hide details for Lourdes Barreneche
<lourdesteam@fggus.com>Lourdes Barreneche <lourdesteam@fggus.com>




        Lourdes Barreneche
<lourdesteam@fggus.com>

        12/13/2008 12:44 AM

    Please respond to
<lourdesteam@fggus.com>


To

Rodriguez Emily <Emily.Rodriguez@ca-miami.com>


cc



Subject

Important Communication re. Fairfield Investment Fund, Ltd.

    Fairfield Greenwich Advisors, LLC
55 East 52nd Street, 33rd Floor
New York, New York 10055
Main   (212) 319-6060
Fax    (212) 319-0450
www.fggus.com

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE002426496
SECSEV3003447

December 12, 2008


Fairfield Investment Fund, Ltd. (the "Fund")


Shareholder Communication

In light of the recent SEC charges against Bernard L. Madoff Investment
Securities LLC ("BLM"), we wish to inform you that the Fund's estimated
exposure to pooled investment vehicles managed by BLM was 11.38% as of
October 31, 2008.

Sincerely,



Fairfield Greenwich Advisors, LLC

This e-mail message, including any attachments, is intended only for the
persons to whom it is addressed, and may contain confidential
information. It is not intended as an offer or solicitation for the
purchase or sale of any financial instrument. Any use, distribution,
modification, copying or disclosure by any other person is strictly
prohibited. If you have received this message in error please notify the
sender by return e-mail and delete this message from your computer. Any
data or views contained herein is based upon information available to us
at this date, and is subject to change without notice, and is not
warranted as to completeness or accuracy by Fairfield Greenwich Group
("FGG"). Any comments or statements made herein do not necessarily
reflect those of FGG.

_____

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email
_____

****************************************************************
DISCLAIMER - E-MAIL ------------------ The information contained in
this E-Mail is intended for the named recipient(s). It may contain
certain privileged and confidential information, or information which is
otherwise protected from disclosure. If you are not the intended
recipient, you must not copy,distribute or take any action in reliance
on this information
****************************************************************

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE002426497
SECSEV3003448