# EXHIBIT 8

| | |
|---|---|
| From: | Carla Castillo [carlac@fggus.com] |
| Sent: | Monday, February 06, 2006 8:37 PM |
| To: | LB Team |
| Subject: | FW: Information on Fairfield Sentry |

-----Original Message-----
From: Marco.SA@ca-miami.com [mailto:Marco.SA@ca-miami.com]
Sent: Monday, February 06, 2006 3:36 PM
To: Christophe.LHOTE@ca-suisse.com
Cc: Carla Castillo
Subject: FW: Information on Fairfield Sentry

M. Lhote,

Pls find below Fairfield's answer on the liquidity aspects of Fairfield Sentry.

Marco


----- Forwarded by Marco Aurelio GUERRA DE SA/US/CLM/CAIS on 02/06/2006 03:34 PM -----

            "Carla Castillo"

            <carlac@fggus.com        To:    <Marco.SA@ca-miami.com>

            >                cc:    "LB Team" <lbteam@fggus.com>
                            Subject:  FW: Information on Fairfield Sentry
            02/06/2006 03:30

            PM




Dear Marco,

Thank you for your email.  Further to your request, please find below the response provided by Amit Vijayvergiya, Vice President and Risk Manager of Fairfield Greenwich (Bermuda) Ltd.

1

CONFIDENTIAL

FGANW005427329

FG-05574342

Should you require further information on Fairfield Sentry Limited, please do not hesitate to contact us at any time.

Best regards,
Carla Castillo

Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 319 6060
Fax: (212) 319 0450
Email: carlac@fggus.com
http://www.fggus.com




-----Original Message-----
From: Amit Vijayvergiya
Sent: Monday, February 06, 2006 2:38 PM
To: Carla Castillo
Subject: RE: Information on Fairfield Sentry

Hello Carla,

1). The split strike conversion strategy employed by Fairfield Sentry Limited invests in extremely liquid, very well capitalized large cap US equities, equity index derivatives and short dated U.S. Treasury Bills. As such, these securities are readily marketable and can be completely liquidated with little market impact in an orderly fashion over only a few days.  When the Fund is invested in the split-strike conversion strategy, approximately 25% of the $5 billion stock and options portfolio can be conservatively liquidated within a single trading day. In normal market conditions, the Fund can deploy and unwind the full asset base within four trading days.

1 day: 10%
1 month: 100%
3 months: 100%

2).  We confirm that no more than 30% of the Fund's assets are invested in structured products.

Regards,



Amit Vijayvergiya, CFA
Managing Director, Head of Risk Management
Fairfield Greenwich (Bermuda) Ltd.

2

CONFIDENTIAL

FGANW005427330
FG-05574343

-----Original Message-----
From: Marco.SA@ca-miami.com [mailto:Marco.SA@ca-miami.com]
Sent: Monday, February 06, 2006 10:13 AM
To: Carla Castillo
Cc: Fabiola.PENALOZA-VILLEGAS@ca-miami.com
Subject: Information on Fairfield Sentry


Carla,

We are about to finalize the analysis of Fairfield Sentry, and need this
final information:

1) Asset breakdown by liquidity:    x% cash, y% for 1 month, z% for 3
months, etc.
2) Confirmation by the fund manager that no more than 30% of the fund
assets are underlying of structured products.

Counting on your timely reply with this information, we will submit
Fairfield Sentry to the approval of Credit Agricole Product Commitee
next
February 15 in Paris.  This approval allows the fund to be distributed
within the entire Credit Agricole International Private Banking network.

Regard,

Marco Aurelio



Please be aware all email addresses are no longer ending with
@creditlyonnais.fr. The new domain is @ca-miami.com. Please adjust your
address books accordingly.



*******************************************************************
DISCLAIMER - E-MAIL
-------------------
The information contained in this E-Mail is intended for the named
recipient(s). It may  contain certain  privileged and confidential
information, or  information  which  is  otherwise  protected from
disclosure. If  you  are  not the intended recipient, you must not
copy,distribute or take any action in reliance on this information
*******************************************************************



Please be aware all email addresses are no longer ending with
@creditlyonnais.fr. The new domain is @ca-miami.com. Please adjust your
address books accordingly.

3

CONFIDENTIAL

FGANW005427331
FG-05574344

```
*******************************************************************
DISCLAIMER - E-MAIL
-------------------
The information contained in this E-Mail is intended for the named
recipient(s). It may  contain certain  privileged and confidential
information, or  information  which  is  otherwise  protected from
disclosure. If  you  are  not the intended recipient, you must not
copy,distribute or take any action in reliance on this information
*******************************************************************
```

CONFIDENTIAL

FGANW005427332

FG-05574345