# EXHIBIT 9

**From:** Carla Castillo [carlac@fggus.com]
**Sent:** 1/10/2007 7:42:09 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:** Lourdes Barreneche [lourdes@fggus.com]; LB Team [lbteam@fggus.com]
**Subject:** FW: Fairfield Sentry

Dear Amit,

Our client Credit Lyonnais Miami has indicated that they would like to invest $150,000 in Fairfield Sentry Ltd. for Feb 1, 2007. Please let us know if this subscription is approved for Feb 1, 2007 (this is an existing investor in the fund).

Kind regards,
Carla

-----Original Message-----
From: Fabiola.PENALOZA-VILLEGAS@ca-miami.com [mailto:Fabiola.PENALOZA-VILLEGAS@ca-miami.com]
Sent: Wednesday, January 10, 2007 1:49 PM
To: Carla Castillo
Cc: Antonio.CAIRRAO@ca-miami.com
Subject: Fairfield Sentry

Hi Carla,

We would like you to grant us a capacity of USD 150K for the Fairfield Sentry Fund.

Kindly confirm if feasible.

Thanks,

Fabiola Peñaloza

Crédit Lyonnais Miami
Crédit Agricole Private Banking
601 Brickell Key Drive, Suite 800
Miami, FL 33131

P. 305-375-7874
F. 305-371-3673

****************************************************************
DISCLAIMER - E-MAIL
------------------

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000545673
FG-00660918

The information contained in this E-Mail is intended for the named
recipient(s). It may contain certain privileged and confidential
information, or information which is otherwise protected from
disclosure. If you are not the intended recipient, you must not
copy,distribute or take any action in reliance on this information
*******************************************************************

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000545674
FG-00660919