# EXHIBIT 10

**Microsoft Outlook**

| | |
|---|---|
| **From:** | Sam Nakhleh <sam@fggus.com> |
| **Sent:** | Friday, September 16, 2005 5:32 PM |
| **To:** | AMS CFS IRG Peter; AMS CFS Treasury |
| **Cc:** | LB Team; Finance Group; Office Bermuda |
| **Subject:** | FW: Your request on Fairfield Redstone Fund Ltd |
| **Attachments:** | RE: |

Maria / Joao,

Please see attached approval for a 90% prepayment switch from Sentry to Chester this month for the following:

**Redeem 391shares**
**Fairfield Sentry**
**BBH (custodian of Credit Lyonnais Miami)**

**90 % will be prepaid directly to Chester on the Chester deadline (9/26) for an OCT 1 sub.**

**The remaining 10% will be invested for NOV 1 trade date.**

Please confirm when you have received these documents from the inbvestor and if they have made note that this is a switch and they will not receive the proceeds back to their account.

Thanks,
Sam

---

**From:** Carla Castillo
**Sent:** Friday, September 16, 2005 10:40 AM
**To:** Sam Nakhleh
**Cc:** LB Team; Finance Group; Office Bermuda
**Subject:** RE: Your request on Fairfield Redstone Fund Ltd

Yes, by Dan.  Please see his approval enclosed for your perusal.

---

**From:** Sam Nakhleh
**Sent:** Friday, September 16, 2005 10:26 AM
**To:** Carla Castillo; LB Team
**Subject:** FW: Your request on Fairfield Redstone Fund Ltd

Hi Carla,

Was this prepayment approved by Amit / Gord / Dan?

Thanks

---

**From:** Carla Castillo
**Sent:** Friday, September 16, 2005 10:17 AM
**To:** Sam Nakhleh

1

**Cc:** LB Team
**Subject:** FW: Your request on Fairfield Redstone Fund Ltd

Dear Sam,

Please coordinate with Citco to ensure the transactions are processed as agreed with the client.  You may want to start by checking with Citco if they have received the red form for the redemption in Sentry for 391 shares from BBH - custodian of Credit Lyonnais Miami.  The 90% pre-payment needs to be invested in Chester for value date Sep 30, and the remaining 10% will be subscribed for value date Oct 31.

If you have any questions, please feel free to ask.

Many thanks,
Carla

---

**From:** Carla Castillo
**Sent:** Friday, September 16, 2005 10:13 AM
**To:** 'eduardo.beregovich@creditLyonnais.fr'
**Cc:** LB Team
**Subject:** RE: Your request on Fairfield Redstone Fund Ltd

Dear Eduardo,

Good morning to you.  Just a brief note to confirm our conversation of yesterday.

We are pleased to confirm that your client redeeming an approximate amount of $410,000 in Fairfield Sentry Limited for value date Sep 30, 2005 will receive a 90% pre-payment on the redemption proceeds to be re-invested in Chester Global Strategy Fund Ltd. for value date Sep 30, 2005.  The remaining 10% redemption proceeds will be calculated once the Sep NAV of Fairfield Sentry Limited is released, and will be invested in Chester Global Strategy Fund Ltd. for value date Oct 31, 2005.

Please confirm if the redemption form for 391shares in Fairfield Sentry Limited has been sent to Citco Fund Services (Europe) BV so that is received at their end today to meet the redemption deadline, Sep 16, 2005.  The subscription form for Chester Global Strategy Fund Ltd. will have to received at Citco by Sep 26, 2005.

If you have any questions in the above, please feel free to contact us.  We will be pleased to speak with you.

Have a wonderful weekend.

Best regards,

Carla Castillo
International Client Services

Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
☎ (212) 319 6060
🖷 (212) 319 0450
✉ carlac@fggus.com
http://www.fggus.com

---

**From:** Carla Castillo
**Sent:** Wednesday, September 14, 2005 2:57 PM

2

CONFIDENTIAL                                                    ANWAR-C-ESI-00675946

**To:** 'eduardo.beregovich@creditLyonnais.fr'
**Cc:** LB Team
**Subject:** Your request on Fairfield Redstone Fund Ltd

Dear Eduardo,

Further to our telephone conversation of today, we are pleased to introduce **Fairfield Redstone Fund Ltd.**

This Fund employs a long/short equities investing approach with a focus on small to mid-sized growth companies. Given the mix of a strong investment management team and an annual standard deviation of more than 7%, we believe that this product would appeal to clients who have an appetite to seek returns by undertaking slightly more risk in their portfolios. This Fund is currently closed for new and existing investors.

The following documents are enclosed for your reference:

- Marketing Book
- Latest Tear Sheet
- Offering Memorandum
- Due Diligence Questionnaire

The estimated YTD return for the Fund for August 31, 2005 is + 6.02 % (USD, Non-Hot Issues class).

As promised, as soon as we can confirm whether the fund approves our subscription request of $200,000 in the Fund, we will inform you accordingly.  As we confirmed with you over the phone today, we will be able to provide a pre-payment for 90% of the redemption proceeds of your redemption of $400,000 in Fairfield Sentry Ltd. for value date September 30, 2005 - in order to be re-invested in Chester Global Strategy Fund Ltd. and Fairfield Redstone Fund Ltd.

We hope the above information is useful to you. Please feel free to contact us should you have any additional questions.

Best regards,

Carla Castillo
International Client Services

FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
☎ (212) 319 6060
🖷 (212) 319 0450
http://www.fggus.com

3

ANWAR-C-ESI-00675947