# EXHIBIT 11

# Short Form Subscription Agreement
For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00093820

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: _BROWN BROTHERS HARRIMAN & Co. AS CUSTODIAN FOR CREDIT AGRICOLE MIAMI 113 03 01 FOR THE BENEFIT OF ITS CUSTOMERS_

Contribution Date: _____, 200__

Additional Contribution Amount: U.S. $ _STOCK TRANSFER_

Changes to Subscription Agreement:  [X] None
   [ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this ___ day of _____, 200_.

**Corporate, Partnership, Trust or Account Subscribers**

Name of Entity (Print): _BROWN BROTHERS HARRIMAN & Co. AS CUSTODIAN FOR CREDIT AGRICOLE MIAMI 11303 01 FOR THE BENEFIT OF ITS CUSTOMERS_

By: _[signature]_

Name (Print): _Phil Antonio_

Title: _____

Telephone: _____

Fax: _____

**Individual Subscribers**

Name (Print): _____

Signature: _____

Name of Joint Purchaser, If Any (Print): _____

Signature: _____

Telephone: _____

Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
   Name: _____
   Title: _____

RR-3

CONFIDENTIAL                                             ANWAR-CFSE-00093821