# EXHIBIT 12

# CRÉDIT AGRICOLE
## CORPORATE & INVESTMENT BANK

Paris, April 27th, 2015

Concern: **US Certification**

*To the kind attention of Compliance Officer*

Dear Sir,

As per the US Patriot Act, you are required to obtain a Certification from the foreign institutions having bank relationships or trading activities with your institution.

Following your request, we are pleased to mail you herewith a Certification duly filled and signed, with regards to the USA Patriot Act.

This certification is issued on behalf of CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK and on behalf of our branches which are listed in the appendix.

Should you need any additional information, please do not hesitate to contact Mr Christophe Rousseau (Tel.: +33.1.41.89.32.41/Fax: +33.1.57.87.04.17 or by email at christophe.rousseau@ca-cib.com).

Yours sincerely,

CA CIB Head of Commercial Banking            Global Head of Financial Security
Financial Institutions                                       CACIB Group

Encl: table of branches

www.ca-cib.com - Siège social : 9, quai du Président Paul Doumer - 92920 Paris La Défense Cedex
Téléphone : +33 (0)1 41 89 00 00 - Adresse Swift BSUIFRPP
CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK - SA AU CAPITAL DE EUR 7.254.575.271 - SIREN 304 187 701 RCS NANTERRE - CCP PARIS 669-03 B3
CODE TVA INTRACOMMUNAUTAIRE FR 163041 877 01



## CREDIT AGRICOLE CIB - TABLE OF BRANCHES

| Branches | Area | Address | Local Regulator (Name and Internet link) |
|---|---|---|---|
| Credit Agricole CIB Miami | America | 600 Brickell Ave<br>37th Floor<br>Miami FL 33131<br>UNITED STATES | Federal reserve bank of Atlanta<br>http://www.frbatlanta.org/ |
| Credit Agricole CIB New York | America | 1301 Avenue of the Americas<br>New York NY 10019<br>UNITED STATES | Federal reserve bank of N.Y.<br>http://www.ny.frb.org |
| Credit Agricole CIB Hong Kong | Asia | 27/F Two Pacific Place, 88 Queensway<br>HONG KONG | Hong Kong Monetary Authority<br>http://www.info.gov.hk/hkma/<br>Securities and Futures Commission<br>http://www.sfc.hk |
| Credit Agricole CIB Mumbai | Asia | Hoechst House - 11th, 12th, 14th Floors, Nariman Point<br>Mumbai 400021<br>INDIA | Reserve Bank of India<br>http://www.rbi.org.in |
| Credit Agricole CIB Seoul | Asia | 21F Kyobo B.D 1,<br>1Ka Chongro, Chongro-ku<br>110-714 Seoul<br>KOREA | Financial Supervisory Service<br>http://www.fss.or.kr<br>The Bank of Korea<br>http://www.bok.or.kr/main/korMain.action#none<br>Financial Services Commission<br>http://www.fsc.go.kr/index.jsp |
| Credit Agricole CIB Singapore | Asia | 168 Robinson Road, #22-01, Capital Tower<br>SINGAPORE 068912 | Monetary Authority of Singapore<br>http://www.mas.gov.sg |
| Credit Agricole CIB Taipei | Asia | Hong Kuo Building - 16th Floor,<br>N° 167 Tun Hua North Road<br>10549 Taipei<br>TAIWAN | Financial Supervisory Commission<br>http://www.fsc.gov.tw<br>Central Bank of the Republic of China<br>http://www.cbc.gov.tw/mp1.html |
| Credit Agricole CIB Tokyo | Asia | Shiodome Sumitomo Building, 15th floor, 1-9-2 Higashi-Shimbashi, Minato-ku<br>105-0021 Tokyo<br>JAPAN | Financial Services Agency<br>www.fsa.go.jp |
| Credit Agricole CIB Belgium | Europe | Chaussée de la Hulpe 166<br>B1170 Bruxelles<br>Belgique | Banque Nationale de Belgique<br>http://www.bnb.be<br>Autorité des services et marchés financiers<br>http://www.fsma.be/en.aspx |
| Credit Agricole CIB Frankfurt | Europe | Taunusanlage 14<br>60325 Frankfurt am Main<br>GERMANY | BaFin -<br>Federal Financial Supervisory Authority<br>http://www.bafin.de<br>Deutsche Bundesbank<br>http://www.bundesbank.de/ |
| Credit Agricole CIB Helsinki | Europe | Aleksanterinkatu 15 B, P.O. Box 688<br>00101 Helsinki 10<br>FINLAND | Financial Supervisory Authority (FIN-FSA),<br>http://www.finansinspektionen.fi/en/Pages/Default.aspx |
| Credit Agricole CIB London | Europe | Broadwalk House<br>5 Appold Street<br>EC2A 2DA London<br>UNITED KINGDOM | FCA (Financial Conduct Authority)<br>http://www.fca.org.uk/ |
| Credit Agricole CIB Luxembourg | Europe | 39 allée Scheffer<br>2520 Luxembourg<br>Luxembourg | Commission de Surveillance du Secteur Financier (CSSF)<br>http://www.cssf.lu |
| Credit Agricole CIB Madrid | Europe | Paseo de la Castellana, 1<br>28046 Madrid<br>SPAIN | Regulator for Banking activities Banco de España<br>http://www.bde.es/bde/en/<br>For the activities on securities CNMV<br>http://www.cnmv.es |
| Credit Agricole CIB Milan | Europe | Piazza Cavour, 2<br>20121 Milano<br>ITALY | Bank of Italy<br>http://www.bancaditalia.it<br>Consob<br>http://www.consob.it |
| Credit Agricole CIB Sweden | Europe | Regeringsgatan 38<br>P.O. Box 7734<br>103 95 Stockholm<br>SWEDEN | Finansinpektionen<br>http://www.fi.se/Folder-EN/Startpage/ |
| Credit Agricole CIB DIFC | Middle East Africa | Office Number 2101-2201 Al Fattan Currency House Level 21 and 22 Al Fattan Area- DIFC<br>PO BOX 506 611 Dubai<br>UAE | Dubai Financial Services Authority<br>http://www.dfsa.ae/PublicRegister |
| Credit Agricole CIB UAE | Middle East Africa | DUBAI Branch:<br>The Maze Tower – Level 14<br>P.O. Box 9256<br>Sheikh Zayed Road<br>DUBAI<br>ABU DHABI Branch:<br>Level 5, Al Muhairy Centre<br>Sheikh Zayed the First Street<br>P.O.Box 4725 – Abu Dhabi<br>U.A.E. | Central Bank of United Arab Emirates<br>http://www.centralbank.ae |

CERTIFICATION REGARDING CORRESPONDENT ACCOUNTS FOR FOREIGN BANKS

[OMB CONTROL NUMBER 1506-0043]

*The information contained in this Certification is sought pursuant to Sections 5318(j) and 5318(k) of Title 31 of the United State Code, as added by sections 313 and 319(b) of the USA PATRIOT Act of 2001 (Public Law 107-56).*

This Certification should be completed by any **foreign bank** that maintains a **correspondent account** with any U.S. bank or broker-dealer in securities (a **covered financial institution** as defined in 31 CFR 1010.605(e)). An entity that is not a foreign bank is not required to complete this Certification.

A **foreign bank** is a bank organized under foreign law and located outside of the United States (see definition at 31 CFR 1010.100(u)). A **bank** includes offices, branches, and agencies of commercial banks or trust companies, private banks, national banks, thrift institutions, credit unions, and other organizations chartered under banking laws and supervised by banking supervisors of any state (see definition at 31 CFR 1010.100(d)). [1]

A **correspondent account** for a foreign bank is any account to receive deposits from, make payments or other disbursements on behalf of a foreign bank, or handle other financial transactions related to the foreign bank.

*Special instructions for foreign branches of U.S. banks:* A branch or office of a U.S. bank outside the United State is a foreign bank. Such a branch or office is not required to complete this Certification with respect to Correspondent Accounts with U.S. branches and offices of the same U.S. bank.

*Special instructions for covering multiple branches on a single Certification:* A foreign bank may complete one Certification for its branches and offices outside the United States. The Certification must list all of the branches and offices that are covered and must include the information required in Part C for **each** branch or office that maintains a Correspondent Account with a Covered Financial Institution. Use attachment sheets as necessary.

**A.** The undersigned financial institution, **CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK ("Foreign Bank")** hereby certifies as follows:

---

[1] A "foreign bank" does not include any foreign central bank or monetary authority that functions as a central bank, or any international financial institution or regional development bank formed by treaty or international agreement

1

**B. Correspondent Accounts Covered by this Certification:** Check **one** box.

☒ This Certification applies to **all** accounts established for Foreign Bank by Covered Financial Institutions.

☐ This Certification applies to Correspondent Accounts established by _____ (name of Covered Financial Institution(s)) for Foreign Bank.

**C. Physical Presence/Regulated Affiliate Status:** Check **one** box and complete the blanks.

☒ Foreign Banks maintains a **physical presence** in any country. That means:
- Foreign Bank has a place of business at the following street address: **9 quai Paul Doumer 92920 PARIS LA DEFENSE CEDEX**, where Foreign Bank employs one or more individuals on a full-time basis and maintains operating records related to its banking activities.
- The above address is in **FRANCE**, where Foreign Bank is authorized to conduct banking activities.
- Foreign Bank is subject to inspection by **Autorité de contrôle prudentiel et de résolution**, the banking authority that licensed Foreign Bank to conduct banking activities.

☐ Foreign Bank does not have a physical presence in any country, but Foreign Bank is a **regulated affiliate**. That means:
- Foreign Bank is an affiliate of a depository institution, credit union, or a foreign bank that maintains a physical presence at the following street address: _____, where it employs one or more persons on a full-time basis and maintains operating records related to its banking activities.
- The above address is in _____ (insert country), where the depository institution, credit union, or foreign bank is authorized to conduct banking activities.
- Foreign Bank is subject to supervision by _____, (insert Banking Authority), the same banking authority that regulates the depository institution, credit union, or foreign bank.

☐ Foreign Bank does **not** have a physical presence in a country and is **not** a regulated affiliate.

**D. Indirect Use of Correspondent Accounts:** Check box to certify.

☒ No Correspondent Account maintained by a Covered Financial Institution may be used to indirectly provide banking services to certain foreign banks. Foreign Bank hereby certifies that it does **not** use any Correspondent Account with a Covered Financial Institution to indirectly provide banking services to any foreign bank that does not maintain a physical presence in any country and that is not a regulated affiliate.

2

E. **Ownership Information:** Check box 1 or 2 below, **if applicable.**

☒ 1. **Form FR Y-7 is on file.** Foreign Bank has filed with the Federal Reserve Board a current Form FR Y-7 and has disclosed its ownership information on Item 4 of Form FR Y-7.

☐ 2. **Foreign Bank's shares are publicly traded.** Publicly traded means that the shares are traded on an exchange or an organized over-the-counter market that is regulated by a foreign securities authority as defined in section 3(a)(50) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(50)).

If **neither** box 1 or 2 of Part E is checked, complete Item 3 below, **if applicable.**

☐ 3. Foreign Bank has no **owner(s)** except as set forth below. For purposes of this Certification, **owner** means any person who, directly or indirectly, (a) owns, controls, or has power to vote 25 percent or more of any class of voting securities or other voting interests of Foreign Bank; or (b) controls in any manner the election of a majority of the directors (or individuals exercising similar functions) of Foreign Bank. For purposes of this Certification, (i) **person** means any individual, bank, corporation, partnership, limited liability company or any other legal entity; (ii) **voting securities or other voting interests** means securities or other interests that entitle the holder to vote for or select directors (or individuals exercising similar functions); and (iii) members of the same family[2] shall be considered one **person**.

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |

F. **Process Agent:** complete the following

The following individual or entity: **CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK NEW YORK BRANCH** is a resident of the United States at the following street address: **1301 Avenue of the Americas, New York, NY 1001**, and is authorized to accept service of legal process on behalf of Foreign Bank from the Secretary of the Treasury or the Attorney General of the United States pursuant to Section 5318(k) of title 31, United States Code.

---

[2] The same family means parents, spouses, children, siblings, uncles, aunts, grandparents, grandchildren, first cousins, stepchildren, stepsiblings, parents-in-law and spouses of any of the foregoing. In determining the ownership interests of the same family, any voting interest of any family member shall be taken into account.

3

## G. General

Foreign Bank hereby agrees to notify in writing each Covered Financial Institution at which it maintains any Correspondent Account of any change in facts or circumstances reported in this Certification. Notification shall be given within 30 calendar days of such change.

Foreign Bank understands that each Covered Financial Institution at which it maintains a Correspondent Account may provide a copy of this Certification to the Secretary of the Treasury and the Attorney General of the United States. Foreign Bank further understands that the statements contained in this Certification may be transmitted to one or more departments or agencies of the United States of America for the purpose of fulfilling such departments' and agencies' governmental functions.

We, **Bruno BOURBONNAUD** and **Thierry BRAULT**, certify that we have read and understand this Certification, that the statements made in this Certification are complete and correct, and that we are authorized to execute this Certification on behalf of Foreign Bank.

**CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK**
[Name of Foreign Bank]


[Signature]
**Head of Commercial Banking
Financial Institutions**

**Global Head of Financial Security
CACIB Group**


Executed on this **27th day of April, 2015**


Received and reviewed by:
Name: _____
Title: _____
For: _____
[Name of Covered Financial Institution]
Date: _____


[67 FR 60573, Sept. 26, 2002]

4