# EXHIBIT 16

# F0700000006Z5



300083755263

01/22/07--01030--013  **78.75

---

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



D. WHITE FEB - 2 2007

_Sunstate Research_
_____
Requester's Name

_____
Address

_656 5454_
_____
City/State/Zip        Phone #

Office Use Only

## CORPORATION NAME(S) & DOCUMENT NUMBER(S), (if known):

1. _Calyon S.A._
_____        _____
(Corporation Name)              (Document #)

2. _____        _____
(Corporation Name)              (Document #)

3. _____        _____
(Corporation Name)              (Document #)

4. _____        _____
(Corporation Name)              (Document #)

[X] Walk in      [ ] Pick up time _____      [X] Certified Copy
[ ] Mail out     [ ] Will wait     [ ] Photocopy     [ ] Certificate of Status

### NEW FILINGS

[ ] Profit
[ ] Not for Profit
[ ] Limited Liability
[ ] Domestication
[ ] Other

### AMENDMENTS

[ ] Amendment
[ ] Resignation of R.A., Officer/Director
[ ] Change of Registered Agent
[ ] Dissolution/Withdrawal
[ ] Merger

### OTHER FILINGS

[ ] Annual Report
[ ] Fictitious Name

### REGISTRATION/QUALIFICATION

[X] Foreign
[ ] Limited Partnership
[ ] Reinstatement
[ ] Trademark
[ ] Other

**Examiner's Initials**

CR2E031(7/97)



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

January 23, 2007

SUNSTATE RESEARCH

,

SUBJECT: CALYON S.A.
Ref. Number: W07000003612

We have received your document for CALYON S.A. and your check(s) totaling $78.75. However, the enclosed document has not been filed and is being returned for the following correction(s):

The corporate name must contain a suffix that will clearly indicate that it is a corporation. Such suffixes include: CORPORATION, CORP., COMPANY, CO., INC., and INCORPORATED.

A certificate of existence or a certificate of good standing, dated no more than 90 days prior to the delivery of the application to the Department of State, duly authenticated by the secretary of state or other official having custody of the records in the jurisdiction under the laws of which it is incorporated/organized, must be submitted to this office. A translation of the certificate under oath of the translator must be attached to a certificate which is in a language other than the English language. A photocopy of this certificate is not acceptable.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6933.

Dale White
Document Specialist                    Letter Number: 007A00005344

*Corrected - Please have dated 01/22/07 Thanks*

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

**APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT
BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO
REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. CALYON "CORPORATION"

(Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION,"
"Inc.," "Co.," "Corp," "Inc," "Co," or "Corp.")

(If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. France                                    3. _____

(State or country under the law of which it is incorporated)        (FEI number, if applicable)

4. November 23, 1973                5. November 25, 2064

(Date of incorporation)        (Duration: Year corp. will cease to exist or "perpetual")

6. March 1, 2007

(Date first transacted business in Florida, if prior to registration)
(SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. 9 Quai du Président Paul Doumer, Paris La Défense Cédex 92920 France

(Principal office address)

601 Brickell Key Drive, Suite 800, Miami, Florida  33131

(Current mailing address)

8. Any and all lawful business activity.

(Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

Name:    Corporation Company of Miami

Office Address:    201 S. Biscayne Blvd., Ste. 1500 (wgm)

Miami                              , Florida 33131

(City)                                    (Zip code)

10. **Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated corporation at the place
designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I
further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties,
and I am familiar with and accept the obligations of my position as registered agent.*

(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to
the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction
under the law of which it is incorporated.

12. Names and business addresses of officers and/or directors:

**A. DIRECTORS**

Chairman: **See attached Exhibit A**

Address: _____

Vice Chairman: _____

Address: _____

_____

Director: _____

Address: _____

_____

Director: _____

Address: _____

_____

**B. OFFICERS**

President: **See attached Exhibit A**

Address: _____

_____

Vice President: _____

Address: _____

_____

Secretary: _____

Address: _____

Treasurer: _____

Address: _____

**NOTE:** If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____
    (Signature of Director or Officer listed in number 12 of the application)

14. **Richard V. Carlson, General Counsel and Managing Director**
    (Typed or printed name and capacity of person signing application)

FILED

07 JAN 22  AM 11: 28

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

### EXHIBIT A to Florida Qualification of Calyon "Corporation"

**Directors:**

Jean Laurent, Chairman
Edmond Alphandery
Pierre Bastide
Pierre Bru
Jean-Paul Chifflet
Jean-Dominique Comolli
Yves Couturier
Frank E. Dangeard
Jean-Frédéric Dreyfus
Philippe Geslin
Roger Gobin
François Imbault
Bernard Lolliot
Didier Martin
Georges Pauget
Jean-Marie Sander
Dominique Tounsi

**Business Address for all Directors:**

9 Quai du Président Paul Doumer
Paris La Défense Cédex 92920 France

**Officers (France):**

Edouard Esparbes, Chief Executive Officer
9 Quai du Président Paul Doumer
Paris La Défense Cédex 92920 France

Yves Perrier, Deputy Chief Executive Officer
9 Quai du Président Paul Doumer
Paris La Défense Cédex 92920 France

Marc Litzler, Deputy Chief Executive Officer
9 Quai du Président Paul Doumer
Paris La Défense Cédex 92920 France

**Officers (USA):**

Jean-Marc Moriani, Chief Executive Officer
1301 Avenue of the Americas
New York, NY 10019

Richard V. Carlson, General Counsel and Managing Director
1301 Avenue of the Americas
New York, NY 10019

FILED
07 JAN 22 AM 11:28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Clerk's Office of the Commercial Court of Nanterre
4 Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 NANTERRE R.C.S.
Your reference number: IL/6021185
Our reference number: CLE
(1997 B 05108)
[seal:] COMMERCIAL COURT, CLERK'S OFFICE

FILED
07 JAN 22 AM 11: 28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

[across the page in large letters:] [illegible] VALUE [illegible]
[inside the large letters, repeatedly:] CLERK'S OFFICE OF THE COMMERCIAL COURT

*Kbis Extract*
REGISTRATION IN THE REGISTRY OF TRADE AND COMPANIES [R.C.S.]
Extract dated December 7, 2006

IDENTIFICATION

| | |
|---|---|
| *Trade name:* | CALYON |
| *Identification number:* | 304 187 701 NANTERRE R.C.S. |
| *Management number:* | 1997 B 05108 |
| *Date of registration:* | October 21, 1997 |

INFORMATION REGARDING THE ENTITY

| | |
|---|---|
| *Legal form:* | joint-stock company |
| *with capital stock of:* | 3,435,953,121.00 Euros |
| *Address of the headquarters:* | 9 Quai Du President Paul Doumer 92920 Paris La Defense Cedex |
| *Term of the company:* | Until NOVEMBER 25, 2064 |
| *Date of preparation of the financial statements:* | December 31 |
| *Incorporation – Filing of the incorporation papers:* | At the Commercial Court of Paris on November 23, 1973 |
| *Publication:* | Small announcements of November 19, 1973 |
| *Transfer from:* | PARIS |
| *Filing of the instrument:* | At the Clerk's Office of the Commercial Court of NANTERRE |
| *Publication by the Clerk's Office of the new headquarters:* | Newspaper *Gazette du palais* dated October 11, 1997 |

ADMINISTRATION

| | |
|---|---|
| *Chairman of the Board of Directors* | Mr. JEAN LAURENT<br>born on 7/31/1944 in MAZAMET 81200<br>of French nationality<br>residing: 18 Rue Weber 75016 Paris |
| *Assistant General Manager (non-director)* | Mr. YVES PERRIER<br>born on 10/26/1954 in SCIONZIER 74960<br>of French nationality<br>residing: 412 Rue De St Petersbourg 75008 Paris |
| *Assistant General Manager (non-director)* | Mr. MARC LITZLER<br>born on 8/6/1959 in MULHOUSE 68100<br>of French nationality<br>residing: 3 Rue Copernic 75116 Paris |
| *Assistant General Manager (non-director)* | Mr. EDOUARD ESPARBES<br>born on 2/11/1944 in RAMONVILLE ST AGNE 31520<br>of French nationality<br>residing: Les Ezeaux 91780 Chalo St Mars |
| *Director* | JEAN LOUIS PHILIPPE GESTLIN<br>born on 7/9/1940 in SAINTE HERMINE 85<br>of French nationality |

Page 1

THE ORIGINAL ISSUED BY THE CLERK'S OFFICE OF THE COMMERCIAL COURT IS DRAWN UP ON
WOVEN PAPER



Clerk's Office of the Commercial Court of Nanterre .`
4 Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 NANTERRE R.C.S.
Your reference number: IL/6021185
Our reference number: CLE
(1997 B 05108)
[seal:] COMMERCIAL COURT, CLERK'S OFFICE

[across the page in large letters:] [illegible] VALUE [illegible]
[inside the large letters, repeatedly:] CLERK'S OFFICE OF THE COMMERCIAL COURT

*Kbis Extract*
REGISTRATION IN THE REGISTRY OF TRADE AND COMPANIES [R.C.S.]
Extract dated December 7, 2006

*residing:* 19 Rue Decamps 75116 Paris

| | |
|---|---|
| *Director* | Mr. PIERRE ANDRE BASTIDE<br>born on 8/29/1941 in RODEZ 12000<br>of French nationality<br>residing: 95 bis Av De Royat 63400 Chamalieres |
| *Director* | Mr. YVES COUTURIER<br>born on 7/24/1946 in CHALONS EN CHAMPAGNE 51000<br>of French nationality<br>residing l'Allée De La Queyrassire 38240 Meylan |
| *Director* | Mr. PIERRE BRU<br>born on 3/10/1950 in ARQUES 12290<br>of French nationality<br>residing Arques 12290 Pont De Salars |
| *Director* | Mr. ROGER GOBIN<br>born on 4/7/1945 in STE MARIE 44210<br>of French nationality<br>residing 19 Chemin Des Mousseaux 44210 Pornic |
| *Director* | Mr. EDMOND ALPHANDERY<br>born on 9/2/1943 in AVIGNON 84000<br>of French nationality<br>residing 36 Boulevard Flandrin 75016 Paris |
| *Director* | Mr. DIDIER MARTIN<br>born on 8/30/1952 in PARIS 75014<br>of French nationality<br>residing 36 Rue Du Colisee 75008 Paris |
| *Director* | Mr. JEAN MARIE SANDER<br>born on 12/23/1949 in OHLUNGEN 67590<br>of French nationality<br>residing 53 Rue De L'Eglise 67590 Ohlungen |
| *Director* | Mr. FRANCOIS IMBAULT<br>born on 10/22/1948 in ORMOY LA RIVIERE 91150<br>of French nationality<br>residing 1 Rue Des Saunelles Dhuilet 91150 Ormoy La Riviere |
| *Director* | Mr. JEAN-PAUL CHIFLET<br>born on 9/3/1949 in TOURNON SUR RHONE 07300<br>of French nationality<br>residing 46 Rue De La Charite 69002 Lyon |
| *Director* | Mr. GEORGES PAUGET |

Page 2

THE ORIGINAL ISSUED BY THE CLERK'S OFFICE OF THE COMMERCIAL COURT IS DRAWN UP ON
WOVEN PAPER



Clerk's Office of the Commercial Court of Nanterre    304 187 701 NANTERRE R.C.S.
4 Rue Pablo Neruda                                   Your reference number:  IL/6021185
92020 NANTERRE CEDEX                                 Our reference number:  CLE
                                                     (1997 B 05108)
                                                     [seal:] COMMERCIAL COURT, CLERK'S OFFICE

[across the page in large letters:] [illegible] VALUE [illegible]
[inside the large letters, repeatedly:] CLERK'S OFFICE OF THE COMMERCIAL COURT

*Kbis Extract*
REGISTRATION IN THE REGISTRY OF TRADE AND COMPANIES [R.C.S.]
Extract dated December 7, 2006

|  |  |
|---|---|
|  | born on 6/7/1947 in RUMILLY 74150<br>of French nationality<br>residing 89 Avenue de Wagram 75017 Paris |
| *Director* | Mr. FRANCK DANGEARD<br>born on 2/25/1958 in OTTAWA (CANADA)<br>of French nationality<br>residing 30 Avenue Junot 75018 Paris |
| *Director* | Mr. JEAN-DOMINIQUE COMOLLI<br>born on 4/25/1948 in BOUGIE (ALGERIA)<br>of French nationality<br>residing 23 Avenue De L'Observatoire 75006 Paris |
| *Director* | Mr. BERNARD LOLLIOT<br>born on 11/2/1947 in CRETEIL 94000<br>of French nationality<br>residing 31 Rue De La Pachat 63118 Cebazat |
| *Director representing the employees* | Mr. JEAN FREDERIC MARCEL IVAN DREYFUS<br>born on 4/5/1957 in BOULOGNE BILLANCOURT 92100<br>of French nationality<br>residing 13 Avenue Faidherbe 93310 Le Pre Saint-Gervais |
| *Director representing the employees* | Mrs. DOMINIQUE ANDRE<br>name used TOUNSI<br>born on 8/31/1952 in PARIS 75015<br>of French nationality<br>residing 44 Chemin De la Cote Du Change 93370 Montfermeil |
| *Principal auditor* | SOCIETE BARBIER FRINAULT ET AUTRES<br>41 Rue Ibry 92576 Neuilly Sur Seine |
| *Principal auditor* | PRICEWATERHOUSECOOPERS AUDIT<br>(672 006 483 NANTERRE R.C.S.)<br>63 Rue De Villiers 92200 Neuilly Sur Seine<br>Legal form:  joint-stock company |
| *Alternate auditor* | Mr. PIERRE COLL<br>born on 12/15/1954 in OUAGADOUGOU (BURKINA FASO)<br>of French nationality<br>residing 63 Rue De Villiers 92200 Neuilly Sur Seine |
| *Alternate auditor* | PICARLE ET ASSOCIES<br>(410 105 894 NANTERRE R.C.S.)<br>Faubourg De L'Arche 1 l'Allée De L'Arche 92400 Courbevoie<br>Legal form:  limited-liability company |

Page 3

THE ORIGINAL ISSUED BY THE CLERK'S OFFICE OF THE COMMERCIAL COURT IS DRAWN UP ON
WOVEN PAPER



Clerk's Office of the Commercial Court of Nanterre
4 Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 NANTERRE R.C.S.
Your reference number: IL/6021185
Our reference number: CLE
(1997 B 05108)
[seal:] COMMERCIAL COURT, CLERK'S OFFICE

[across the page in large letters:] [illegible]
[inside the large letters, repeatedly:] CLERK'S OFFICE OF THE COMMERCIAL COURT

*Kbis Extract*
REGISTRATION IN THE REGISTRY OF TRADE AND COMPANIES [R.C.S.]
Extract dated December 7, 2006

## INFORMATION REGARDING THE COMMERCIAL ACTIVITY

| | |
|---|---|
| *Origin of the company:* | Transfer of the headquarters and the primary establishment PARIS as of October 20, 1997 (former R.C.S. number 073B07449) |
| *Origin of the business:* | Creation of a business |
| *Business:* | Investment bank |
| *Trade name:* | CAYLON CORPORATE AND INVESTMENT BANK |
| *Address of the primary establishment* | 9 Quai Du President Paul Doumer 92920 Paris La Defense Cedex |
| *Commencement of activity on:* | November 26, 1973 |
| *Method of operation:* | Direct operation |

## REMARKS

| | | |
|---|---|---|
| *July 4, 2002* | *number 86365* | The bylaws were made consistent with Law 2001-420 of May 15, 2001 (Law No.) |
| *June 28, 2004* | *number 10532* | Partial contribution of assets: contribution by CREDIT LYONNAIS SA 18 Rue de la République 69002 LYON RCS LYON 954 509 741 of the financing and investment banking business on 4/30/2004 |
| | *number 1* | Company governed by the law of July 24, 1966 and the decree of March 23, 1967 on commercial companies. On November 20, 1987. |

## ESTABLISHMENTS WITHIN THE CLERK'S OFFICE'S JURISDICTION

| | |
|---|---|
| *Address:* | 25 Quai Du President Paul Doumer 92400 Courbevoie |
| *Trade name:* | CAYLON CORPORATE AND INVESTMENT BANK |
| *Business:* | Investment bank |
| *Commencement of activity on:* | August 23, 2004 |
| *Origin of business:* | Creation of a business |
| *Method of operation:* | Direct operation |
| *Address:* | 14 Rue Du General Audran 92400 Courbevoie |
| *Trade name:* | CAYLON CORPORATE AND INVESTMENT BANK |
| *Business:* | INVESTMENT BANK |
| *Commencement of activity on:* | March 21, 2005 |
| *Origin of business:* | Creation of a business |
| *Method of operation:* | Direct operation |

## ESTABLISHMENTS OUTSIDE THE CLERK'S OFFICE'S JURISDICTION

| | |
|---|---|
| *Clerk's Office of MARSEILLE (1303)* | Management number 1975 B 00670 |
| *Secondary establishment* | |
| *Clerk's Office of TOULOUSE (3102)* | |
| *Secondary establishment* | |
| *Clerk's Office of BORDEAUX (3302)* | Management number 1979 B 00140 |

Page 4

THE ORIGINAL ISSUED BY THE CLERK'S OFFICE OF THE COMMERCIAL COURT IS DRAWN UP ON
WOVEN PAPER

[seal:] PROFESSIONAL TRANSLATING SERVICES INC. CERTIFIED TRANSLATION

Clerk's Office of the Commercial Court of Nanterre
4 Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 NANTERRE R.C.S.
Your reference number:  IL/6021185
Our reference number:  CLE
(1997 B 05108)
[seal:] COMMERCIAL COURT, CLERK'S OFFICE

[across the page in large letters:] [illegible] VALUE [illegible]
[inside the large letters, repeatedly:] CLERK'S OFFICE OF THE COMMERCIAL COURT

*Kbis Extract*
REGISTRATION IN THE REGISTRY OF TRADE AND COMPANIES [R.C.S.]
Extract dated December 7, 2006

| | |
|---|---|
| *Secondary Establishment* | |
| *Clerk's Office of MONTEPLLIER (3405)* | Management number 2004 B 01895 |
| *Secondary Establishment* | |
| *Clerk's Office of RENNES (3501)* | Management number 2000 B 00028 |
| *Secondary Establishment* | |
| *Clerk's Office of TOURS (3701)* | Management number 2001 B 00736 |
| *Secondary Establishment* | |
| *Clerk's Office of GRENOBLE (3801)* | |
| *Secondary Establishment* | |
| *Clerk's Office of NANTES (4401)* | Management number 1976 B 00396 |
| *Secondary Establishment* | |
| *Clerk's Office of REIMS (5103)* | Management number 2001 B 00494 |
| *Secondary Establishment* | |
| *Clerk's Office of NANCY (5402)* | |
| *Secondary Establishment* | |
| *Clerk's Office of LILLE (5903)* | Management number 1975 B 00286 |
| *Secondary Establishment* | |
| *Clerk's Office of STRASBOURG (TGI) (6752)* | Management number 2000 B 00008 |
| *Secondary Establishment* | |
| *Clerk's Office of LYON (6901)* | Management number 1975 B 0-0862 |
| *Secondary Establishment* | |
| *Clerk's Office of ANNECY (TGI) (7451)* | Management number 1980 B 00266 |
| *Secondary Establishment* | |
| *Clerk's Office of PARIS (7501)* | Management number 2005 B 11718 |
| *Secondary Establishment* | |
| *Clerk's Office of ROUEN (7608)* | Management number 1980 B 00292 |
| *Secondary Establishment* | |
| *Clerk's Office of VERSAILLES (7803)* | Management number 2000 B 02766 |
| *Secondary Establishment* | |
| *Clerk's Office of SAINT DENIS DE LA REUNION (TGI) (9741)* | Management number 2004 B 00918 |
| *Secondary Establishment* | |

Page 5

THE ORIGINAL ISSUED BY THE CLERK'S OFFICE OF THE COMMERCIAL COURT IS DRAWN UP ON WOVEN PAPER



Clerk's Office of the Commercial Court of Nanterre
4 Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 NANTERRE R.C.S.
Your reference number: IL/6021185
Our reference number: CLE
(1997 B 05108)
[seal:] COMMERCIAL COURT, CLERK'S OFFICE

[across the page in large letters:] [illegible] WITHOUT LEGAL VALUE [illegible]
[inside the large letters, repeatedly:] CLERK'S OFFICE OF THE COMMERCIAL COURT

*Kbis Extract*
REGISTRATION IN THE REGISTRY OF TRADE AND COMPANIES [R.C.S.]
Extract dated December 7, 2006

Extract issued in NANTERRE on December 8, 2006 on 6 page(s)

The Clerk
[illegible signature]

Page 6

THE ORIGINAL ISSUED BY THE CLERK'S OFFICE OF THE COMMERCIAL COURT IS DRAWN UP ON
WOVEN PAPER



Greffe du Tribunal de Commerce de NANTERRE
4, Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 R.C.S. NANTERRE
Vos références : IL/602) 185
Nos références : CLE
(1997 B 05108)

*Extrait Kbis*

## IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 07 Décembre 2006

### IDENTIFICATION

| | |
|---|---|
| Dénomination sociale : | CALYON |
| Numéro d'identification : | 304 187 701 R.C.S. NANTERRE |
| Numéro de gestion : | 1997 B 05108 |
| Date d'immatriculation : | 21 Octobre 1997 |

### RENSEIGNEMENTS RELATIFS A LA PERSONNE

| | |
|---|---|
| Forme juridique : | société anonyme |
| Au capital de : | 3 435 953 121,00 Euros |
| Adresse du siège : | 9 Quai Du Président Paul Doumer, 92920 Paris La Defense Cedex |
| Durée de la société : | Jusqu'au 25 NOVEMBRE 2064 |
| Date d'arrêté des comptes : | 31 Décembre |
| Constitution - Dépôt de l'acte constitutif : | Au Greffe du Tribunal de Commerce de PARIS le 23 Novembre 1973 |
| Publication : | Petites affiches du 19 Novembre 1973 |
| Transfert de : | PARIS |
| Dépôt de l'acte : | Au Greffe du Tribunal de Commerce de NANTERRE |
| Publication au Greffe du nouveau siège : | Journal Gazette du Palais du 10 Octobre 1997 |

### ADMINISTRATION

| | |
|---|---|
| Président du conseil d'administration | Monsieur LAURENT JEAN<br>né(e) le 31/07/1944 à MAZAMET 81200<br>de nationalité Française<br>demeurant 18 Rue Weber 75016 Paris |
| Directeur général délégué (non administrateur) | Monsieur PERRIER YVES<br>né(e) le 26/10/1954 à SCIONZIER 74950<br>de nationalité Française<br>demeurant 43 Rue De St.Petersbourg 75008 Paris |
| Directeur général délégué (non administrateur) | Monsieur LITZLER MARC<br>né(e) le 06/08/1959 à MULHOUSE 68100<br>de nationalité Française<br>demeurant 3 Rue Copernic 75116 Paris |
| Directeur général (non administrateur) | Monsieur ESPARBES EDOUARD<br>né(e) le 11/02/1944 à RAMONVILLE ST AGNE 31520<br>de nationalité Française<br>demeurant Les Ezeaux 91780 Chalo St Mars |
| Administrateur | GESLIN PHILIPPE JEAN LOUIS<br>né(e) le 09/07/1940 à SAINTE HERMINE 85<br>de nationalité Française |

L'ORIGINAL DÉLIVRÉ PAR LE GREFFE DU TRIBUNAL DE COMMERCE EST ÉTABLI SUR PAPIER TRAMÉ

Greffe du Tribunal de Commerce de NANTERRE
4, Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 R.C.S. NANTERRE
Vos références : II./6021185
Nos références : CLE
(1997 B 03108)

*Extrait Kbis*

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 07 Décembre 2006

|  |  |
|---|---|
| | *demeurant* 19 Rue Decamps 751 16 Paris |
| *Administrateur* | Monsieur BASTIDE PIERRE ANDRE |
| | *né(e) le* 29/08/1941 à RODEZ 12000 |
| | *de nationalité* Française |
| | *demeurant* 95bis Av De Royat 63400 Chamalieres |
| *Administrateur* | Monsieur COUTURIER YVES |
| | *né(e) le* 24/07/1946 à CHALONS EN CHAMPAGNE 51000 |
| | *de nationalité* Française |
| | *demeurant* 1 Allée De La Queyrassire 38240 Meylan |
| *Administrateur* | Monsieur BRU PIERRE |
| | *né(e) le* 10/03/1950 à ARQUES 12290 |
| | *de nationalité* Française |
| | *demeurant* Arques 12290 Pont De Salars |
| *Administrateur* | Monsieur GOBIN ROGER |
| | *né(e) le* 07/04/1945 à STE MARIE 44210 |
| | *de nationalité* Française |
| | *demeurant* 19 Chemin Des Mousseaux 44210 Pornic |
| *Administrateur* | Monsieur ALPHANDERY EDMOND |
| | *né(e) le* 02/09/1943 à AVIGNON 84000 |
| | *de nationalité* Française |
| | *demeurant* 36 Boulevard Flandrin 75016 Paris |
| *Administrateur* | Monsieur MARTIN DIDIER |
| | *né(e) le* 30/08/1952 à PARIS 75014 |
| | *de nationalité* Française |
| | *demeurant* 36 Rue Du Colisee 75008 Paris |
| *Administrateur* | Monsieur SANDER JEAN-MARIE |
| | *né(e) le* 23/12/1949 à OHLUNGEN 67590 |
| | *de nationalité* Française |
| | *demeurant* 53 Rue De L'Eglise 67590 Ohlungen |
| *Administrateur* | Monsieur IMBAULT FRANCOIS |
| | *né(e) le* 22/10/1948 à ORMOY LA RIVIERE 91150 |
| | *de nationalité* Française |
| | *demeurant* 1 Rue Des Saunelles Dhuilet 91150 Ormoy La Riviere |
| *Administrateur* | Monsieur CHIFFLET JEAN-PAUL |
| | *né(e) le* 03/09/1949 à TOURNON SUR RHONE 07300 |
| | *de nationalité* Française |
| | *demeurant* 46 Rue De La Charite 69002 Lyon |
| *Administrateur* | Monsieur PAUGET GEORGES |

Page 2

L'ORIGINAL DÉLIVRÉ PAR LE GREFFE DU TRIBUNAL DE COMMERCE EST ÉTABLI SUR PAPIER TRAMÉ

Greffe du Tribunal de Commerce de NANTERRE
4, Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 R.C.S. NANTERRE
Vos références : IL/6021185
Nos références : CLE
(1997 B 05108)

## Extrait Kbis

### IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 07 Décembre 2006

né(e) le 07/06/1947 à RUMILLY 74150
de nationalité Française
demeurant 89 Avenue De Wagram 75017 Paris

**Administrateur**
Monsieur DANGEARD FRANCK
né(e) le 25/02/1958 à OTTAWA (CANADA)
de nationalité Française
demeurant 30 Avenue Junot 75018 Paris

**Administrateur**
Monsieur COMOLLI JEAN-DOMINIQUE
né(e) le 25/04/1948 à BOUGIE (ALGERIE)
de nationalité Française
demeurant 23 Avenue De L Observatoire 75006 Paris

**Administrateur**
Monsieur LOLLIOT BERNARD
né(e) le 02/11/1947 à CRETEIL 94000
de nationalité Française
demeurant 31 Rue De La Pacua 16532 Cebazat

**Administrateur représentant les salariés**
Monsieur DREYFUS JEAN-FREDERIC MARCEL IVAN
né(e) le 05/04/1957 à BOULOGNE BILLANCOURT 92100
de nationalité Française
demeurant 139 Avenue Faidherbe 93260 LES LILAS Saint-Gervais

**Administrateur représentant les salariés**
Madame ANDRE DOMINIQUE
nom d'usage TOUNSI
né(e) le 31/08/1952 à PARIS 75015
de nationalité Française
demeurant 44 Chemin De La Cote Du Change 93370 Montfermeil

**Commissaire aux comptes titulaire**
SOCIETE BARBIER FRINAULT ET AUTRES
41 Rue Ibry 92576 Neuilly Sur Seine

**Commissaire aux comptes titulaire**
PRICEWATERHOUSECOOPERS AUDIT
(672 006 483 R.C.S. NANTERRE)
63 Rue De Villiers 92200 Neuilly Sur Seine
Forme juridique société anonyme

**Commissaire aux comptes suppléant**
Monsieur COLL PIERRE
né(e) le 15/12/1954 à OUAGADOUGOU (BURKINA FASO)
de nationalité Française
demeurant 63 Rue De Villiers 92200 Neuilly Sur Seine

**Commissaire aux comptes suppléant**
PICARLE ET ASSOCIES
(410 105 894 R.C.S. NANTERRE)
Faubourg De L'Arche 11 Allee De L'Arche 92400 Courbevoie
Forme juridique société à responsabilité limitée

Page 3

L'ORIGINAL DÉLIVRÉ PAR LE GREFFE DU TRIBUNAL DE COMMERCE EST ÉTABLI SUR PAPIER TRAMÉ

Greffe du Tribunal de Commerce de NANTERRE
4, Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 R.C.S. NANTERRE
Vos références : IL/6021185
Nos références : CLE
(1997 B 05108)

*Extrait Kbis*

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 07 Décembre 2006

## RENSEIGNEMENTS RELATIFS A L'ACTIVITE COMMERCIALE

| | |
|---|---|
| *Origine de la société :* | Transfert du siège et de l'établissement principal PARIS à compter du 20 Octobre 1997 ancien numéro R.C.S. 073B05744 B |
| *Origine du fonds :* | Création d'un fonds de commerce |
| *Activité :* | Banque d'affaires |
| *Nom commercial :* | CALYON CORPORATE AND INVESTMENT BANK |
| *Adresse de l'établissement principal :* | 9 Quai Du President Paul Doumer 92920 Paris La Defense Cedex |
| *Commencement d'activité le :* | 26 Novembre 1973 |
| *Mode d'exploitation :* | Exploitation directe |

## OBSERVATIONS

| | | |
|---|---|---|
| 04 Juillet 2002 | numéro 86365 | Mise en harmonie des statuts avec la loi 2001-420 du 15 mai 2001 (30 Nre) |
| 28 Juin 2004 | numéro 10533 | Apport partiel d'actif : apport par le CREDIT LYONNAIS SA 18 rue de la République 69002 LYON RCS LYON 954 509 741 de l'activité de banque de financement et d'investissement le 30/04/2004 |
| | numéro | Société régie par la loi du 24 juillet 1966 et le décret du 23 mars 1967 sur les sociétés commerciales. Le 20 novembre 1987. |

## ETABLISSEMENTS DANS LE RESSORT DU GREFFE

| | |
|---|---|
| *Adresse :* | 25 Quai Du President Paul Doumer 92400 Courbevoie |
| *Nom commercial :* | CALYON CORPORATE AND INVESTMENT BANK |
| *Activité :* | Banque d'affaires |
| *Commencement d'activité le :* | 23 Août 2004 |
| *Origine du fonds de commerce :* | Création d'un fonds de commerce |
| *Mode d'exploitation :* | Exploitation directe |
| *Adresse :* | 14 Rue Du General Audran 92400 Courbevoie |
| *Nom commercial :* | CALYON CORPORATE AND INVESTMENT BANK |
| *Activité :* | BANQUE D'AFFAIRES |
| *Commencement d'activité le :* | 21 Mars 2005 |
| *Origine du fonds de commerce :* | Création d'un fonds de commerce |
| *Mode d'exploitation :* | Exploitation directe |

## ETABLISSEMENTS HORS DU RESSORT DU GREFFE

| | |
|---|---|
| *Greffe de MARSEILLE (1303)* | Numéro de gestion 1975 B 00670 |
| *Etablissement Secondaire* | |
| *Greffe de TOULOUSE (3102)* | |
| *Etablissement Secondaire* | |
| *Greffe de BORDEAUX (3302)* | Numéro de gestion 1979 B 00140 |

Page 4

L'ORIGINAL DÉLIVRÉ PAR LE GREFFE DU TRIBUNAL DE COMMERCE EST ÉTABLI SUR PAPIER TRAMÉ

Greffe du Tribunal de Commerce de NANTERRE
4, Rue Pablo Neruda
92020 NANTERRE CEDEX

304 187 701 R.C.S. NANTERRE
Vos références : IL/60231/83
Nos références : CLE
(1997 B 05108)

## Extrait Kbis :

### IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 07 Décembre 2006

Etablissement Secondaire
Greffe de MONTPELLIER (3405)          Numéro de gestion 2004 B 01895
Etablissement Secondaire
Greffe de RENNES (3501)               Numéro de gestion 2000 B 00028
Etablissement Secondaire
Greffe de TOURS (3701)                Numéro de gestion 2001 B 00736
Etablissement Secondaire
Greffe de GRENOBLE (3801)
Etablissement Secondaire
Greffe de NANTES (4401)               Numéro de gestion 1976 B 00396
Etablissement Secondaire
Greffe de REIMS (5103)                Numéro de gestion 2001 B 00494
Etablissement Secondaire
Greffe de NANCY (5402)
Etablissement Secondaire
Greffe de LILLE (5905)                Numéro de gestion 1925 B 00268
Etablissement Secondaire
Greffe de STRASBOURG (TGI) (6752)     Numéro de gestion 2000 B 00007
Etablissement Secondaire
Greffe de LYON (6901)                 Numéro de gestion 1975 B 00852
Etablissement Secondaire
Greffe de ANNECY (TGI) (7451)         Numéro de gestion 1980 B 00266
Etablissement Secondaire
Greffe de PARIS (7501)                Numéro de gestion 2005 B 11718
Etablissement Secondaire
Greffe de ROUEN (7608)                Numéro de gestion 1980 B 00292
Etablissement Secondaire
Greffe de VERSAILLES (7803)           Numéro de gestion 2000 B 02766
Etablissement Secondaire
Greffe de SAINT DENIS DE LA REUNION   Numéro de gestion 2004 B 00918
(TGI) (9741)
Etablissement Secondaire

L'ORIGINAL DÉLIVRÉ PAR LE GREFFE DU TRIBUNAL DE COMMERCE EST ÉTABLI SUR PAPIER TRAMÉ

Greffe du Tribunal de Commerce de NANTERRE
4, Rue Public Nevele
92020 NANTERRE CEDEX

JM 187 701 R.C.S. NANTERRE
Vos références : IL/0621185
Nos références : CLE
(1997 B 03103)

*Extrait Kbis*

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 07 Décembre 2006

Extrait délivré à NANTERRE, le 08 décembre 2006 sur    6    page(s)

Le Greffier,

Page 6

L'ORIGINAL DÉLIVRÉ PAR LE GREFFE DU TRIBUNAL DE COMMERCE EST ÉTABLI SUR PAPIER TRAMÉ

# CERTIFICATE OF ACCURACY

The undersigned, Dr. Luis A. de la Vega, Chairman of Professional Translating Services, Inc.,
appearing on behalf of Professional Translating Services, Inc., hereby states, to the best of his
knowledge and belief, that the foregoing is an accurate translation of the attached original
document in the _____French_____ language, consisting of ___6___ pages, and that
this is the last of the attached.

_____, Chairman
for Professional Translating Services, Inc.

State of Florida
County of Dade

The foregoing certificate was acknowledged before me on this 25th day of _January_
2007, by Dr. Luis A. de la Vega, the Chairman of Professional Translating Services, Inc., a
Florida corporation, on behalf of the corporation  He is personally known to me.

_____
Notary Public

KARLA COVARRUBIAS
Notary Public - State of Florida
My Commission Expires Jun 11, 2008
Commission # DD 325212
Bonded By National Notary Assn.



FILED
07 JAN 22 AM11:28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA