# EXHIBIT 17



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000165857 3)))



H2200016585873ABC3

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)617-6380

From:
    Account Name   : SHUTTS & BOWEN, LLP
    Account Number : 076447000315
    Phone         : (305)358-9166
    Fax Number    : (305)347-7766

## DISSOLUTION OR WITHDRAWAL
## CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 02 |
| Estimated Charge | $43.75 |

RECEIVED 2022 MAY -9 PM 4:29 SECRETARY OF STATE TALLAHASSEE, FL

2022 MAY -9 AM 10:08 SECRETARY OF STATE TALLAHASSEE, FL    FILED

J. HORNE
MAY 10 2022

Electronic Filing Menu    Corporate Filing Menu    Help

(((H22000165857 3)))

# APPLICATION BY FOREIGN CORPORATION FOR WITHDRAWAL OF AUTHORITY TO TRANSACT BUSINESS OR CONDUCT AFFAIRS IN FLORIDA

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
_(Name of Corporation)_

F07000000625
_(Document Number of Corporation (if known))_

01/22/2007
_(Incorporated Under Laws of and date authorized to transact business/conduct its affairs)_

FILED 2022 MAY -9 AM 10:08 SECRETARY OF STATE TALLAHASSEE, FL

This corporation is no longer transacting business or conducting affairs within the State of Florida and hereby voluntarily surrenders its authority to transact business or conduct affairs in Florida.

This corporation revokes the authority of its registered agent in Florida to accept service on its behalf and appoints the Department of State as its agent for service of process based on a cause of action arising during the time it was authorized to transact business or conduct affairs in Florida.

The following is a current mailing address for the corporation:

1301 Avenue of the Americas
_(Mailing Address)_

New York, NY 10019-6002
_(City/ State /Zip)_

The corporation agrees to notify the Department of State in the future of any change in its mailing address.

_(Signature of a director, president or other officer, receiver or other court appointed fiduciary)_   Is of a

5/1/2022
_(Date)_

ALEXANDRE PATE
_(Typed or printed name of person signing)_

CEO
_(Title of person signing)_

**FILING FEE $35**

(((H22000165857 3)))