**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01209 (CGM) |
| Plaintiff, | |
| BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO AG, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, I caused the *Reply Memorandum of Law in Support of the Motion to Dismiss Plaintiff's Amended Complaint* to be served on all counsel of

record in the above-captioned adversary proceeding through the Court's electronic case filing system.

Dated: September 30, 2022
       New York, New York

/s/ *Adam M. Lavine*

**KOBRE & KIM LLP**
Zachary D. Rosenbaum
Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for BSI AG*