UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br> v.<br><br>EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in-interest to Banco Atlántico (Bahamas) Bank & Trust Limited,<br><br>     Defendants. | Adv. Pro. No. 12-01690 (CGM) |

**STIPULATION AND ORDER REGARDING FILING OF
AMENDED COMPLAINT AND SUBSEQUENT SCHEDULING**

  Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the Chapter 7 estate of Bernard L. Madoff, and the defendants in this action, EFG Bank S.A., EFG Bank (Monaco) S.A.M., and EFG Bank & Trust (Bahamas) Limited ("Defendants," and together with the Trustee, the "Parties"), by and through

their respective undersigned counsel, state as follows:

**WHEREAS**, the Trustee filed a complaint against Defendants on June 6, 2012; and

**WHEREAS**, on September 30, 2022, Defendants consented to the Trustee's filing of an amended complaint in the form forwarded by the Trustee to Defendants on September 20, 2022, subject to the right of Defendants to file a motion to dismiss and otherwise oppose any and all claims asserted therein.

**IT IS HEREBY STIPULATED AND AGREED**, that

1. The Trustee shall file the amended complaint against Defendants in final form (which shall be filed in the form of the draft amended complaint provided to defense counsel on September 20, 2022 ) (the "Amended Complaint") on or before **October 14, 2022**.

2. Defendants shall file a motion to dismiss the Amended Complaint on or before **December 13, 2022**. The Trustee shall file any opposition to Defendant's motion to dismiss on or before **February 13, 2023**. Defendants shall file any reply brief in support of its motion to dismiss on or before **March 15, 2023**.

3. The Parties shall schedule the motion for hearing at the Court's March 2023 omnibus hearing date, subject to the availability of undersigned counsel for the parties.

4. The Parties reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights, arguments, objections, and defenses, including without limitation, challenges to personal jurisdiction.

5. The above deadlines granted by this Stipulation and Order are without prejudice to any party seeking future extensions of time.

Dated: September 30, 2022
New York, New York

*/s/ Brian W. Song*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Brian W. Song
Email: bsong@bakerlaw.com
Shawn P. Hough
Email: shough@bakerlaw.com

200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Douglas A. Vonderhaar
Email: dvonderhaar@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*/s/ Adam M. Lavine*
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-10022
Facsimile: (212) 488-12020
Zachary D. Rosenbaum
Email: zachary.rosenbaum@kobrekim.com
Adam M. Lavine
Email: adam.lavine@kobrekim.com

*Attorneys for Defendants*

**SO ORDERED.**

**Dated: October 3, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**