**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | ADV. PRO. NO. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FRANK J. AVELLINO, *et al*.,<br><br>Defendants. | ADV. PRO. NO. 10-05421 (CGM) |

**TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, Irving H. Picard, as the Trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff, hereby submits the following designation of additional items to be included in the record on appeal in response to Appellants Mayfair Ventures, G.P., Frank Avellino, Nancy Avellino, Dianne Bienes, Individually and as Personal Representative of the Estate of Michael Bienes, Grosvenor Partners Ltd., Aster Associates, St. James Associates, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust U/A dated June 29, 1990, and Rachel Anne Rosenthal Trust Number 2 U/A dated June 24, 1992's Designation of Items to be Included in the Record on Appeal and Statement of Issues, *Picard v. Avellino, et al.*, Adv. Pro. No. 10-05421 (CGM) (Bankr. S.D.N.Y. Sept. 19, 2022) (ECF No. 285):[1]

## **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL**

The Trustee hereby designates the following additional items to be included in the record on appeal:

| Filing Date | Case/ ECF No. | Docket Text |
|---|---|---|
| 2/3/22 | 10-05421/ ECF No. 240 | Declaration of Lisa M. Collura (related document(s) 236) filed by Regina Griffin on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Attach. A # 2 Ex. 1 # 3 Ex. 2 # 4 Ex. 3 # 5 Ex. 4 # 6 Ex. 5 # 7 Ex. 6 # 8 Ex. 7 # 9 Ex. 8.1 # 10 Ex. 8.2 # 11 Ex. 9 # 12 Ex. 10 # 13 Ex. 11 # 14 Ex. 12 # 15 Ex. 13 # 16 Ex. 14 # 17 Ex. 15.1 # 18 Ex. 15.2 # 19 Ex. 15.3 # 20 Ex. 15.4 # 21 Ex. 15.5 |

---

[1] The Trustee submits these designations to protect his rights in connection with the appeal, even though all deadlines relating to the appeal have been stayed pending resolution of the Trustee's motion to dismiss the appeal. *See Mayfair Ventures G.P., et al. v. Picard*, 22-cv-07711 (GHW) (ECF No. 11); *Id*. Sept. 22, 2022 Hr'g Tr. 18:7-12.  The Trustee reserves his right to supplement these designations should the appeal proceed.

| Filing Date | Case/ ECF No. | Docket Text |
|---|---|---|
| | | # 22 Ex. 15.6 # 23 Ex. 15.7 # 24 Ex. 15.8 # 25 Ex. 16 # 26 Ex. 17 # 27 Ex. 18 # 28 Attach. B # 29 Ex. 1 # 30 Ex. 2 # 31 Ex. 3 # 32 Ex. 4.1 # 33 Ex. 4.2 # 34 Ex. 4.3 # 35 Ex. 4.4 # 36 Ex. 4.5 # 37 Ex. 5 # 38 Ex. 6 # 39 Ex. 7 # 40 Ex. 8 # 41 Ex. 9 # 42 Ex. 10 # 43 Ex. 11 # 44 Ex. 11.1 # 45 Ex. 12 # 46 Ex.13.1 # 47 Ex. 13.2 # 48 Ex. 13.3 # 49 Ex. 13.4 # 50 Ex. 13.5 # 51 Ex. 13.6 # 52 Ex. 13.7 # 53 Ex. 13.8 # 54 Ex. 13.9 # 55 Ex. 14.1 # 56 Ex. 14.2 # 57 Ex. 14.3 # 58 Ex. 14.4 # 59 Ex. 14.5 # 60 Ex. 14.6 # 61 Attach. C) (Griffin, Regina) (Entered: 02/03/2022) |
| 2/3/22 | 10-05421/ ECF No. 242 | Declaration of Matthew B. Greenblatt (related document(s) 236) filed by Regina Griffin on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Attach. A # 2 Ex. 1 # 3 Ex. 2 # 4 Ex. 3 # 5 Ex. 4 # 6 Ex. 5 # 7 Ex. 6 # 8 Ex. 7 # 9 Ex. 8 # 10 Attach. B # 11 Ex. 1 # 12 Ex. 2 # 13 Ex. 3A # 14 Ex. 3B # 15 Ex. 4A # 16 Ex. 4B # 17 Ex. 4C # 18 Ex. 4D # 19 Ex. 4E # 20 Ex. 4F # 21 Ex. 4G # 22 Ex. 4H # 23 Ex. 4I # 24 Ex. 4J # 25 Ex. 4K # 26 Ex. 4L # 27 Ex. 4M # 28 Ex. 4N # 29 Ex. 4O # 30 Ex. 4P # 31 Ex. 4Q # 32 Ex. 5 # 33 Ex. 6 # 34 Ex. 7A # 35 Ex. 7B # 36 Ex. 7C # 37 Ex. 7D # 38 Ex. 7E # 39 Ex. 7F # 40 Ex. 7G # 41 Ex. 7H # 42 Ex. 7I # 43 Ex. 7J # 44 Ex. 7K # 45 Ex. 7L # 46 Ex. 7M # 47 Ex. 8 # 48 Attach. C) (Griffin, Regina) (Entered: 02/03/2022) |
| 2/11/22 | 10-05421/ ECF No. 244 | Transcript regarding Hearing Held on 01/19/2022 At 10:00 AM RE: Case Conference. Remote electronic access to the transcript is restricted until 5/12/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 231 , 229 , 225, 230 , 228 ). Notice of Intent to Request Redaction Deadline Due By 2/18/2022. Statement of Redaction Request Due By 3/4/2022. Redacted Transcript Submission Due By 3/14/2022. Transcript access will be restricted through 5/12/2022. (Ramos, Jonathan) (Entered: 02/11/2022) |
| 7/26/22 | 10-05421/ ECF No. 269 | Notice of Presentment of Order Granting Partial Summary Judgment in Favor of the Trustee (related document(s) 268) filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment |

| Filing Date | Case/ ECF No. | Docket Text |
|---|---|---|
|  |  | Securities LLC, and Bernard L. Madoff. with presentment to be held on 7/29/2022 at 12:00 PM at Videoconference (ZoomGov) (CGM) Objections due by 7/28/2022, (Attachments: #1 Exhibit A) (Sheehan, David) (Entered: 07/26/2022) |
| 8/17/22 | 10-05421/ ECF No. 277 | Notice of Presentment of Order Granting Partial Summary Judgment in Favor of the Trustee and Denying Defendants' Motion to Amend the Court's Memorandum Decision filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with presentment to be held on 8/23/2022 at 12:00 PM at Videoconference (ZoomGov) (CGM) Objections due by 8/19/2022, (Attachments: #1 Exhibit A) (Sheehan, David) (Entered: 08/17/2022) |
| 9/16/22 | 10-05421/ ECF No. 284 | Transcript regarding Hearing Held on 8/10/2022 at 10:01am RE: Notice of Hearing to consider Order Granting Partial Summary Judgement in Favor of the Trustee; et al.. Remote electronic access to the transcript is restricted until 12/15/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 274, 236, 276, 272 , 269, 268, 271). Notice of Intent to Request Redaction Deadline Due By 9/23/2022. Statement of Redaction Request Due By 10/7/2022. Redacted Transcript Submission Due By 10/17/2022. Transcript access will be restricted through 12/15/2022. (Garcia, Pedro) (Entered: 09/16/2022) |

3

Dated: October 3, 2022
     New York, New York

By: */s/ Esterina Giuliani*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com
Kathryn Zunno-Freaney
Email: kzunno@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*