**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FULLERTON CAPITAL PTE LTD.,<br><br>　　　　Defendant. | Adv. Pro. No. 12-01004 (CGM) |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

　　Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant Fullerton Capital PTE LTD. ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on March 18, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 103], with a supporting memorandum of law [ECF No. 104]; on May 18, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF 108] (the "Opposition"); and on July 8, 2022, Defendant filed a reply in further support of its Motion [ECF No. 114] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS,** the Parties have conferred and agree to rest on the Briefing and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Remainder of page intentionally left blank.*]

Dated:  September 28, 2022
New York, New York

| **BAKER & HOSTETLER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Robyn M. Feldstein<br>Email: rfeldstein@bakerlaw.com | By: /s/ *Kent A. Yalowitz*<br>250 West 55th Street<br>New York, NY 10022<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Kent A. Yalowitz<br>Email: kent.yalowitz@arnoldporter.com<br>Daniel R. Bernstein<br>Email: daniel.bernstein@arnoldporter.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Fullerton Capital Pte. Ltd.* |

**Dated: September 29, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**