**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant, | Adv. Pro. No. 08-01789 (CGM)  SIPA Liquidation  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,  Plaintiff,  v.  ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.,  Defendants. | Adv. Pro. No. 12-01699 (CGM) |

## SECOND AMENDED STIPULATION AND ORDER

**WHEREAS**, on March 24, 2022, this Court entered a stipulation and order setting a briefing schedule in this action (the "Briefing Stipulation") [ECF No. 143];

**WHEREAS**, pursuant to the Briefing Stipulation, on May 3, 2022, the Trustee filed his Amended Complaint [ECF No. 145];

{12099105:1}    2

**WHEREAS**, on June 30, 2022, this Court entered a stipulation and order amending the Briefing Stipulation (the "Amended Briefing Stipulation") [ECF No. 152];

**WHEREAS**, pursuant to the Amended Briefing Stipulation, on July 8, 2022, Defendants filed their motion to dismiss the Trustee's Amended Complaint [ECF Nos. 153-155];

**WHEREAS**, pursuant to the Amended Briefing Stipulation, on September 9, 2022, the Trustee filed his opposition to Defendants' motion to dismiss [ECF No. 158];

**WHEREAS**, on September 29, 2022, the Trustee agreed to Defendants' request to extend by seven days the deadline for Defendants to file their reply brief in further support of their motion to dismiss;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties by the endorsement of their counsel below that the Amended Briefing Stipulation shall be amended to reflect that Defendants will file any reply brief in support of their motion on or before **October 17, 2022**.

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: September 29, 2022
      New York, New York

| /s/ Howard L. Simon | /s/ Mark T. Ciani |
|---|---|
| **Windels Marx Lane & Mittendorf, LLP** | **Katten Muchin Rosenman LLP** |
| Howard L. Simon | Anthony L. Paccione |
| Kim M. Longo | Mark T. Ciani |
| Alan D. Lawn | 50 Rockefeller Plaza |
| 156 West 56th Street | New York, New York 10020 |
| New York, New York 10019 | Telephone: (212) 940-8800 |
| Telephone: (212) 237-1000 | anthony.paccione@katten.com |
| hsimon@windelsmarx.com | mark.ciani@katten.com |
| klongo@windelsmarx.com | |
| alawn@windelsmarx.com | *Attorneys for Defendants* |

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**

**Dated: September 29, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

{12099105:1}