**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05346 (CGM) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH INTERNATIONAL, | |
| Defendant. | |

<u>**THIRD AMENDED STIPULATION AND ORDER**</u>

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated

liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the chapter 7 estate of Bernard L.

Madoff, and defendant Merrill Lynch International ("Defendant," and with the Trustee, the

"Parties"), by and through their respective and undersigned counsel, state as follows:

**WHEREAS**, on December 8, 2010, the Trustee commenced adversary proceeding

number 10-05346 (the "Action") against Defendant to, among other things, recover transfers

allegedly received from Fairfield Sentry Limited and Fairfield Sigma Ltd., pursuant to 11 U.S.C.

§ 550;

WHEREAS, on July 6, 2014, the District Court entered an Opinion and Order ruling on

extraterritoriality and international comity issues (the "District Court ET Decision") and returned

certain matters to the Bankruptcy Court for further proceedings consistent with the District Court

ET Decision. *See SIPC v. BLMIS (In re Madoff)*, 513 B.R. 222 (S.D.N.Y. 2014);

WHEREAS, on November 22, 2016, the Bankruptcy Court issued a Memorandum

Decision Regarding Claims to Recover Foreign Subsequent Transfers (the "Bankruptcy Court

ET Decision") dismissing certain claims to recover transfers allegedly received from Fairfield

Sentry Limited (among other transferees) pursuant to 11 U.S.C. § 550 on grounds of

international comity. *See Picard v. Bureau of Labor Ins. (SIPC v. BLMIS)*, Adv. Pro. No. 08-

01789 (SMB), 2016 WL 6900689 (Bankr. S.D.N.Y. Nov. 22, 2016);

WHEREAS, the Bankruptcy Court ET Decision dismissed the claim against Defendant;

WHEREAS, on February 25, 2019, the Court of Appeals for the Second Circuit issued

an order, *In re Picard*, 917 F.3d 85 (2d Cir. 2019) (the "ET and Comity Decision") which, *inter

alia*, vacated the Bankruptcy Court ET Decision;

WHEREAS, on August 29, 2019, Defendant and defendants in other adversary

proceedings whose actions were dismissed by the Bankruptcy Court ET Decision filed a Petition

for a Writ of Certiorari in the Supreme Court, which sought review of the ET and Comity

Decision and which extended the stay of the Second Circuit's mandate until the Supreme Court's

final disposition. *See* Petition for Writ of Certiorari, *HSBC Holdings PLC v. Picard*, No. 19-277

(Aug. 29, 2019), 2019 WL 4190391;

**WHEREAS**, on December 20, 2019, in adversary proceedings that are unrelated to the

Action, the Trustee filed unopposed petitions for permission to appeal pursuant to 28 U.S.C. §

158(d)(2)(A), which respectively sought (i) a direct appeal to the Second Circuit of the

Bankruptcy Court's memorandum decision denying the Trustee's motion for leave to file

amended complaint in one adversary proceeding, *Picard v. Citibank, N.A.*, 608 B.R. 181

(Bankr. S.D.N.Y. 2019), and (ii) a direct appeal to the Second Circuit of the Bankruptcy

Court's memorandum decision granting, in part, the motion to dismiss the Trustee's amended

complaint in another adversary proceeding, *Picard v. Legacy Capital Ltd.*, 548 B.R. 13 (Bankr.

S.D.N.Y. 2016) (together, the "Good Faith Appeals");

**WHEREAS**, on April 23, 2020, the Court of Appeals for the Second Circuit granted

the Trustee's petitions for the Good Faith Appeals. *See In re BLMIS LLC*, Case No. 19-4282

(2d Cir. Apr. 23, 2020), ECF No. 29; *In re BLMIS LLC*, Case No. 19-4283 (2d Cir. Apr. 23,

2020), ECF No. 25;

**WHEREAS**, on June 1, 2020, the Supreme Court denied Defendants' Petition for a

Writ of Certiorari concerning the Second Circuit's ET and Comity Decision. *See* Order, *HSBC

Holdings PLC v. Picard*, 140 S.Ct. 2824 (2020);

**WHEREAS**, also on June 1, 2020, the Court of Appeals for the Second Circuit issued

the mandate in respect of the ET and Comity Decision, *In re Picard*, No. 17-2992 (2d Cir. June

1, 2010), ECF Doc No. 1582, vacating the judgments of the Bankruptcy Court in connection

with the Bankruptcy Court ET Decision and remanding the matters for further proceedings

consistent with the ET and Comity Decision;

**WHEREAS**, on August 30, 2021, the Second Circuit issued a consolidated decision in the Good Faith Appeals. *In re BLMIS LLC*, 12 F.4th 171 (2d Cir. 2021) (the "Good Faith Decision");

**WHEREAS**, on October 13, 2021, the Court of Appeals for the Second Circuit issued the mandate in respect of the Good Faith Decision, vacating the District Court's consolidated good faith decision, *SIPC v. BLMIS*, 516 B.R. 18 (S.D.N.Y. 2014), as well as the Bankruptcy Court's decisions dismissing *Picard v. Citibank, N.A.*, Adv. Pro. No. 10-05345 (CGM) (Bankr. S.D.N.Y.) and *Picard v. Legacy Capital Ltd.*, Adv. Pro. No. 10-05286 (CGM) (Bankr. S.D.N.Y.). *See* Mandate, Case No. 20-1333 (2d Cir. Oct. 13, 2021), ECF No. 197; Mandate, Case No. 20-1334 (2d Cir. Oct 13, 2021), ECF No. 187;

**WHEREAS**, on February 23, 2022 the Court granted a Stipulation and Order setting a May 26, 2022 deadline for the Defendant to respond to the complaint in the Action, a July 25, 2022 deadline for the Trustee to respond to any motion to dismiss, and an August 24, 2022 deadline for the Defendant to file a reply in support of any such motion. *See* ECF No. 122;

**WHEREAS**, on May 27, 2022 the Court granted an Amended Stipulation and Order setting a June 23, 2022 deadline for the Defendant to respond to the complaint in the Action, an August 22, 2022 deadline for the Trustee to respond to any motion to dismiss, and a September 21, 2022 deadline for the Defendant to file a reply in support of any such motion. *See* ECF No. 126; and

**WHEREAS**, on June 23, 2022, Defendant filed a motion to dismiss the complaint. *See* ECF No. 128.

**WHEREAS**, on July 15, 2022 the Court granted a Second Amended Stipulation and Order setting an August 19, 2022 deadline for the Trustee to file an amended complaint, an

October 5, 2022 deadline for the Defendant to respond to the complaint in the Action, a November 21, 2022 deadline for the Trustee to respond to any motion to dismiss, and a December 22, 2022 deadline for the Defendant to file a reply in support of any such motion. *See* ECF No. 134.

**WHEREAS**, on August 19, 2022 the Trustee filed an amended complaint. *See* ECF No. 137.

**IT IS HEREBY STIPULATED AND AGREED**, that, the deadline for the Defendant to respond to the amended complaint in the Action shall be October 19, 2022. If Defendant files a motion to dismiss the complaint, such motion shall set forth any and all grounds for dismissal required to be asserted at the pleading stage. The deadline for the Trustee to respond to the motion shall be December 9, 2022, and the deadline for the Defendant to file a reply shall be January 11, 2023.

**IT IS HEREBY STIPULATED AND AGREED**, that if Defendant files a motion to dismiss the complaint, then the Parties shall request oral argument on the motion at the Court's first available convenience.

Dated: October 3, 2022
New York, New York

By: */s/ Carrie Longstaff*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111 Telephone:
(212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Carrie Longstaff
Email: clongstaff@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of
Bernard L. Madoff*

By: */s/ Pamela A. Miller*
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Pamela A. Miller
Email: pmiller@omm.com

*Attorney for Defendant Merrill Lynch
International*

**Dated: October 4, 2022
Poughkeepsie, New York**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**