**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   *Plaintiff-Applicant*,<br><br>   -v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   *Defendant.* | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF,<br>   *Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and the Chapter 7 Estate of Bernard L. Madoff,<br><br>   *Plaintiff*,<br><br>   -v-<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>   *Defendant*. | **Adv. Pro. No. 11-02929 (CGM)** |

**AMENDED NOTICE OF HEARING ON DEFENDANT LGT BANK IN LIECHTENSTEIN LTD.'S MOTION TO DISMISS THE COMPLAINT**

  **WHEREAS,** on December 15, 2011, Trustee Irving H. Picard filed his complaint (the "Complaint") against LGT Bank in Liechtenstein Ltd. ("LGT Liechtenstein") [Dkt. 1]; and

  **WHEREAS,** on July 20, 2022, following the Second Circuit's decision of certain legal issues affecting this Action, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York so-ordered a Stipulation and Order scheduling the timetable for LGT Liechtenstein's response to the Complaint (including any motion to dismiss) (the "Scheduling Order") [Dkt. 98]; and

**WHEREAS,** on September 29, 2022, LGT Liechtenstein timely filed a motion to dismiss the Complaint (the "Motion to Dismiss"); and

**WHEREAS,** the Scheduling Order permits the Trustee through and including December 5, 2022 to respond to the Motion to Dismiss; and

**WHEREAS,** pursuant to the Scheduling Order, LGT Liechtenstein's reply in further support of the Motion to Dismiss is due on January 9, 2023, and will be filed on or before that date; and

**WHEREAS,** the Scheduling Order permits "any Party [to] request oral argument on [the Motion to Dismiss] . . . at the Court's first available convenience;" and

**WHEREAS,** LGT Liechtenstein respectfully requests oral argument and a hearing on its Motion to Dismiss.

**NOW, THEREFORE,** PLEASE TAKE NOTICE that a hearing will be held on the Motion to Dismiss before the Honorable Cecelia G. Morris, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, on **January 18, 2023 at 10:00 a.m. Eastern**, or at another date and time to be set by the Court.

Dated: October 5, 2022                                      Respectfully submitted,

                                                            **WUERSCH & GERING LLP**

                                                            */s/ Gregory F. Hauser*
                                                            Gregory F. Hauser
                                                            Jascha D. Preuss
                                                            100 Wall Street, 10th Floor
                                                            New York, New York 10005
                                                            Telephone: (212) 509-5050
                                                            gregory.hauser@wg-law.com
                                                            jascha.preuss@wg-law.com
                                                            ***Counsel for Defendant LGT Liechtenstein***