**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    *Plaintiff-Applicant*,<br><br>                    -v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    *Defendant.* | Adv. Pro. No. 08-01789 (CGM)<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    *Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    *Plaintiff*,<br><br>                    -v-<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>                    *Defendant.* | Adv. Pro. No. 11-02929 (CGM) |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of October, 2022, I caused the Amended Notice of Motion and Amended Notice of Hearing associated with the Motion to Dismiss of Defendant LGT Bank in Liechtenstein Ltd. to be served electronically by filing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: October 5, 2022          Respectfully submitted,

**WUERSCH & GERING LLP**

*/s/ Gregory F. Hauser*
Gregory F. Hauser
Jascha D. Preuss
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
gregory.hauser@wg-law.com
jascha.preuss@wg-law.com
*Counsel for Defendant LGT Bank in Liechtenstein Ltd.*