# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE BERNARD L. MADOFF INVESTMENT SECURITIES LLC | On Appeal from the United States District Court for the Southern District of New York |
| Estate of Seymour Epstein, *et al.*, <br><br> Appellants, <br><br> v. <br><br> IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Appellee. | Docket No. 22-551 |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

Dated: May 13, 2022
New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **SECURITIES INVESTOR PROTECTION CORPORATION** |
| /s/ *Nicholas J. Cremona* | |
| 45 Rockefeller Plaza | /s/ *Kevin H. Bell* |
| New York, NY 10111 | 1667 K Street, NW, Suite 1000 |
| Telephone: (212) 589-4200 | Washington, DC 20006 |
| Facsimile: (212) 589-4201 | Telephone: (202) 371-8300 |
| Nicholas J. Cremona, Esq. | Kevin H. Bell, Esq. |
| ncremona@bakerlaw.com | kbell@sipc.org |
| *Attorneys for Appellee* | *Attorneys for Appellee Securities Investor Protection Corporation* |

**CHAITMAN LLP**

/s/ *Helen Davis Chaitman*
465 Park Avenue
New York, New York 10022
Telephone: (908) 303-4568
Facsimile: (888) 759-1114
Helen Davis Chaitman, Esq.
hchaitman@chaitmanllp.com

*Attorneys for Appellants*

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, the foregoing Stipulation of Voluntary Dismissal was filed with the Clerk of the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

/s/ *Helen Davis Chaitman*