KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>                 Plaintiff <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br>                 Defendant. | **Adv. Pro. No. 08-1789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>                 Plaintiff, <br><br> v. <br><br> Barfield Nominees Ltd., <br><br>                 Defendant. | **Adv. Pro. No. 12-01669 (CGM)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Zachary S. Beal, an attorney admitted to practice in this Court, hereby appears as additional counsel for Barfield Nominees Ltd. ("Barfield") in the above-captioned action (12-01669) and requests all notices given or required to be given relating to this litigation should be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not and shall not be construed as a waiver of Barfield's jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated:   October 6, 2022
         New York, New York

                                                    **KATTEN MUCHIN ROSENMAN LLP**

                                                     /s/ *Zachary S. Beal*
                                                    Zachary S. Beal
                                                    50 Rockefeller Plaza
                                                    New York, New York 10020
                                                    (212) 940-8800
                                                    zachary.beal@katten.com

                                                    *Attorney for Barfield Nominees Ltd.*