KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　　　Defendant. | **Adv. Pro. No. 08-1789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Barfield Nominees Ltd.,<br><br>　　　　　　　　　Defendant. | **Adv. Pro. No. 12-01669 (CGM)** |

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 6, 2022, the Notice of Appearance of Zachary S. Beal was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated:   October 6, 2022
           New York, New York

                                       **KATTEN MUCHIN ROSENMAN LLP**

                                       /s/ *Zachary S. Beal*
                                       Zachary S. Beal
                                       50 Rockefeller Plaza
                                       New York, New York 10020
                                       (212) 940-8800
                                       zachary.beal@katten.com

                                       *Attorney for Barfield Nominees Ltd.*