**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>  Plaintiff-Applicant,  <br>  v.  <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br>  Defendant. | Adv. Pro. No. 08-01789 (CGM)  <br><br>SIPA LIQUIDATION  <br><br>(Substantively Consolidated) |
| In re  <br><br>BERNARD L. MADOFF,  <br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,  <br><br>  Plaintiff,  <br>  v.  <br><br>LLOYDS TSB BANK PLC,  <br>  Defendant. | Adv. Pro. No. 12-01207 (CGM) |

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that Zachary S. Beal, an attorney admitted to practice in this Court, hereby appears as additional counsel for Lloyds TSB Bank PLC, now known as Lloyds Bank plc ("Lloyds") in the above-captioned action (12-01207) and requests all notices given or required to be given relating to this litigation should be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not and shall not be construed as a waiver of Lloyds' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated: October 6, 2022
New York, New York

                                      **KATTEN MUCHIN ROSENMAN LLP**

                                      /s/ *Zachary S. Beal*
                                      Zachary S. Beal
                                      50 Rockefeller Plaza
                                      New York, New York 10020
                                      (212) 940-8800
                                      zachary.beal@katten.com

                                      *Attorney for Defendant Lloyds TSB Bank*
                                      *PLC (now known as Lloyds Bank plc)*