**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br>  v.<br><br>LLOYDS TSB BANK PLC,<br><br>    Defendant. | Adv. Pro. No. 12-01207 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, the Notice of Appearance of Zachary S. Beal was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated:   October 6, 2022
         New York, New York

**KATTEN MUCHIN ROSENMAN LLP**

 /s/ *Zachary S. Beal*
Zachary S. Beal
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
zachary.beal@katten.com

*Attorney for Defendant Lloyds TSB Bank PLC (now known as Lloyds Bank plc)*