**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for RBC Investor Services S.A., RBC Investor*
*Services Trust, and Banco Inversis, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><div align="center">Defendant.</div> | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><div align="center">Debtor.</div> | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.),<br><div align="center">Defendants.</div> | **Adv. Pro. No. 12-01698 (CGM)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Zachary S. Beal, an attorney admitted to practice in this Court, hereby appears as additional counsel for Defendants RBC Investor Services Bank S.A.; RBC Investor Services Trust; and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, the "RBC-Dexia Defendants") in the above-captioned action (12-01698) and requests all notices given or required to be given relating to this litigation should be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not and shall not be construed as a waiver of the RBC-Dexia Defendants' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated:    October 6, 2022
　　　　 New York, New York

KATTEN MUCHIN ROSENMAN LLP

 /s/ *Zachary S. Beal*　　　　　　　
Zachary S. Beal
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
zachary.beal@katten.com

*Attorney for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*