KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff,<br>   v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br>    Plaintiff,<br>   v.<br>BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.),<br>    Defendants. | **Adv. Pro. No. 12-01698 (CGM)** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, the Notice of Appearance of Zachary S. Beal was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated:   October 6, 2022
         New York, New York

**KATTEN MUCHIN ROSENMAN LLP**

 /s/ *Zachary S. Beal*
Zachary S. Beal
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
zachary.beal@katten.com

*Attorney for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*