KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for RBC Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>   Plaintiff-Applicant, <br><br>   v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br>   Defendant. | **Adv. Pro. No. 08-1789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff <br><br>   Plaintiff, <br><br>   v. <br><br> ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P., <br><br>   Defendants. | **Adv. Pro. No. 12-01699 (CGM)** |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Zachary S. Beal, an attorney admitted to practice in this Court, hereby appears as additional counsel for Defendants Royal Bank of Canada, individually and as successor in interest to Royal Bank of Canada (Asia) Limited, Guernroy Limited, RBC Trust Company (Jersey) Limited, Banque SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A., RBC Dominion Securities Inc., and RBC Alternative Assets, L.P.'s (collectively, the "RBC Defendants") in the above-captioned action (12-01699) and requests all notices given or required to be given relating to this litigation should be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not and shall not be construed as a waiver of the RBC Defendants' jurisdictional, substantive, or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved.

Dated:   October 6, 2022
         New York, New York

**KATTEN MUCHIN ROSENMAN LLP**

 /s/ *Zachary S. Beal*
Zachary S. Beal
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
zachary.beal@katten.com

*Attorney for RBC Defendants*