**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN | Adv. Pro. No. 21-01190 (CGM) |

| |
|---|
| INSTITUTE OF SCIENCE, and BAR ILAN UNIVERISTY,<br><br>                                Defendants. |

## NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

**WHEREAS**, on September 27, 2021, Trustee Irving H. Picard filed his complaint (the "Complaint") against B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, and Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (the "Defendants") [ECF No. 1]; and

**WHEREAS**, on December 8, 2021, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York entered a so-ordered Stipulation and Order scheduling the timetable for Defendants' response to the Complaint (including any motion to dismiss) [ECF No. 8]; and

**WHEREAS**, on February 10, 2022, Defendants filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 16], with a supporting memorandum of law [ECF No. 17] and the Declarations of Dror Frenkel, Tamar Mund, Professor Bracha Rager, Pepi Yakirevich, Professor Hanoch Gutfreund, Michal Novah, Professor Irun Cohen, Professor Amir N. Licht and Michael H. Cassel [ECF Nos. 18 - 27]; and

**WHEREAS**, on March 4, 2022, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York entered a second so-ordered Stipulation and Order amending the scheduling the briefing of the motion to dismiss the Complaint [ECF No. 31]; and

**WHEREAS**, on June 13, 2022, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York entered a third so-ordered Stipulation

2

and Order further amending the briefing schedule of the motion to dismiss the Complaint [ECF No. 35]; and

**WHEREAS** on June 15, 2022, the Trustee filed an opposition to Defendants' motion [ECF No. 36] and the supporting Declarations of Fernando A. Bohorquez and Retired Judge Varda Alsech [ECF Nos. 37 - 38] (the "Opposition"); and

**WHEREAS** on July 21, 2022, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York entered a fourth so-ordered Stipulation and Order extending the Defendants' deadline to file their reply to September 15, 2022 [ECF No. 42]; and

**WHEREAS** on September 15, 2022, Defendants filed a reply in further support of its Motion [ECF No. 45] and a supplemental Declaration of Amir N. Licht [ECF No. 46]; and

**WHEREAS** the Stipulation and Order entered on July 21, 2022 [ECF No. 42] permits the "Parties to jointly seek oral argument on the motion to dismiss at the Court's convenience after all briefing is complete."

**NOW, THEREFORE**, **PLEASE TAKE NOTICE** that a hearing will be held on the motion to dismiss before the Honorable Cecelia G. Morris, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York on **December 21, 2022 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances

via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Dated: October 7, 2022
       New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ David J. Sheehan*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Tracy L. Cole
Email: tcole@bakerlaw.com
Ganesh Krishna
Email: gkrishna@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Michelle N. Tanney
Email: mtanney@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*