UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Debtor, | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>              Plaintiff,<br><br>v.<br><br>SHARON KNEE,<br><br>              Defendant. | Adv. Pro. No. 10-04986 (CGM) |

**STIPULATION AND ORDER ADJOURNING DEADLINES FOR
TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Sharon Knee ("Defendant") by and

through her counsel, Michael Cassell of Hogan & Cassell LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

**WHEREAS**, on August 24, 2022, the Trustee filed his motion for summary judgment (the "Motion") in the above-referenced adversary proceeding [ECF Nos. 60–66];

**WHEREAS,** on September 7, 2022, this Court entered a Stipulation and Order to Extend Response Deadline and Adjourn Argument Date [ECF No. 75] (the "Order"); and

**WHEREAS,** the Parties have reached a settlement in principle resolving the above-captioned adversary proceeding

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned herein:

1. The deadlines set forth in the Order are hereby adjourned *sine die* to allow the Parties to complete the settlement by October 31, 2022;

2. As soon as practicable after the settlement is finalized, the Parties shall file a Stipulation and Order for Voluntary Dismissal of this Adversary Proceeding.

[*Signatures on following page*]

Dated: October 5, 2022
      New York, New York

| | |
|---|---|
| */s/ Nicholas J. Cremona* | */s/ Michael Cassell* |
| Baker & Hostetler LLP | Hogan & Cassell, LLP |
| 45 Rockefeller Plaza | 500 North Broadway, Suite 153 |
| New York, New York 10111 | Jericho, New York 11753 |
| Telephone: (212) 589-4200 | Telephone: (516) 942-4700 |
| Facsimile: (212) 589-4201 | Facsimile: (516) 942-4705 |
| David J. Sheehan | Michael Cassell |
| Email: dsheehan@bakerlaw.com | Email: mcassell@hogancassell.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | *Attorney for Defendant* |

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter
7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: October 7, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**