**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>     v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>            Plaintiff,<br>     v.<br>UKFP (ASIA) NOMINEES LIMITED,<br><br>            Defendant. | Adv. Pro. No. 12-01566 (CGM) |

**STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE**

**WHEREAS**, on April 15, 2022, the Court entered a stipulation and order setting a briefing schedule for Defendant's motion to dismiss the Trustee's Complaint (the "Motion"), ECF No. 80;

**WHEREAS**, on July 15, 2022, Defendant filed the Motion, ECF Nos. 81-84, and on September 13, 2022, the Trustee opposed the Motion, ECF No. 86;

**WHEREAS**, Defendant is scheduled to file its reply by October 13, 2022;

**WHEREAS**, at the Trustee's request, the parties have agreed to request that the hearing on the Motion be adjourned from October 19, 2022 to November 16, 2022, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties by the endorsement of their counsel below, that the hearing on the Motion be adjourned from October 19, 2022 to November 16, 2022, at 10:00am (prevailing Eastern time).

[*Remainder of Page Intentionally Left Blank*]

Dated:      New York, New York
               October 6, 2022

| **BAKER & HOSTETLER LLP** | **MAYER BROWN LLP** |
|---|---|
| By: */s/ David J. Sheehan* | By: */s/ Joaquin M. C de Baca* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10020-1001 |
| Telephone: 212-589-4200 | Telephone: 212-506-2158 |
| Facsimile: 212-589-4201 | Facsimile: 212-849-5938 |
| David J. Sheehan | Joaquin M. C de Baca |
| Email: dsheehan@bakerlaw.com | Email: jcdebaca@mayerbrown.com |
| Amy E. Vanderwal | |
| Email: avanderwal@bakerlaw.com | |
| Matthew K. Cowherd | |
| Email: mcowherd@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,* | *Attorneys for Defendant UKFP (Asia) Nominees Limited* |



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

**Dated: October 7, 2022
Poughkeepsie, New York**