# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MLBS

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/14/2003 | (2,498,558) |
| 5/14/2003 | (1,500,000) |
| 5/14/2003 | (504,029) |
| 6/16/2003 | (25,000) |
| 7/16/2003 | (1,529,000) |
| 8/15/2003 | (6,386,104) |
| 8/15/2003 | (1,971,100) |
| 8/15/2003 | (300,750) |
| 8/15/2003 | (265,810) |
| 9/17/2003 | (964,543) |
| 9/17/2003 | (320,079) |
| 10/14/2003 | (370,819) |
| 10/14/2003 | (295,235) |
| 11/19/2003 | (366,608) |
| 12/18/2003 | (2,915,888) |
| 2/18/2004 | (60,000) |
| 4/21/2004 | (2,220,553) |
| 4/21/2004 | (1,236,101) |
| 6/17/2004 | (452,140) |
| 6/17/2004 | (304,703) |
| 10/19/2004 | (60,893) |
| 11/16/2004 | (91,365) |
| 12/13/2004 | (2,455,626) |
| 12/13/2004 | (404,155) |
| 12/13/2004 | (347,880) |
| 12/13/2004 | (201,566) |
| 12/13/2004 | (200,543) |
| 12/13/2004 | (178,033) |
| 1/14/2005 | (177,434) |
| 1/14/2005 | (338) |
| 3/15/2005 | (162,293) |
| 4/14/2005 | (1,898,820) |
| 4/14/2005 | (610,416) |
| 5/13/2005 | (313,242) |
| 7/15/2005 | (848,257) |
| 7/15/2005 | (287,140) |
| 7/15/2005 | (128,876) |
| 11/17/2005 | (205,260) |
| 11/17/2005 | (124,894) |
| 11/17/2005 | (52,130) |
| 1/19/2006 | (506,035) |
| 2/15/2006 | (110,776) |
| 3/17/2006 | (1,357,853) |
| 3/17/2006 | (443,975) |
| 3/17/2006 | (255,286) |
| 4/20/2006 | (311,472) |
| 4/20/2006 | (5,454) |
| 6/16/2006 | (858,093) |
| 6/16/2006 | (387,395) |
| 7/20/2006 | (112,587) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO MLBS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/20/2006 | (102,247) |
| 10/12/2006 | (51,830) |
| 4/17/2007 | (340,919) |
| 5/16/2007 | (459,968) |
| 6/15/2007 | (1,017,650) |
| 6/15/2007 | (122,218) |
| 6/15/2007 | (43,649) |
| 7/19/2007 | (202,729) |
| 8/17/2007 | (198,053) |
| 9/19/2007 | (110,777) |
| 2/15/2008 | (353,296) |
| 3/17/2008 | (89,740) |
| 4/14/2008 | (101,632) |
| 6/17/2008 | (530,289) |
| 6/17/2008 | (66,922) |
| 7/15/2008 | (791,341) |
| 8/18/2008 | (62,757) |
| 11/18/2008 | (556,568) |
| 11/18/2008 | (193,018) |
| **Total:** | **$ (42,980,708)** |