**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO MLBS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/20/2007 | (1,913,567) |
| **Total:** | **$ (1,913,567)** |