**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  

Presentment Date: October 12, 2022  
Time: 12:00 p.m.  

Objections Due: October 11, 2022  
Time: 5:00 p.m.  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the Chapter 7 Estate of Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>Citibank N.A., Citicorp North America, Inc., and Citigroup Global Markets Limited,<br><br>Defendants. | Adv. Pro. No. 10-05345 (CGM) |

**NOTICE OF PRESENTMENT OF ORDER DENYING**  
**DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Denying Defendant's Motion to Dismiss in *Picard v. Citibank N.A., et al.*, Adv. Pro. No. 10-05345 (CGM) (Bankr. S.D.N.Y. September 27, 2022) [ECF No. 239], and in accordance with Local Bankruptcy Rule 9074-1(a), Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff, through his undersigned counsel, will present the proposed order denying Defendants' Motion to Dismiss, attached hereto as **Exhibit A** (the "Proposed Order"), to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for settlement and signature on **October 12, 2022 at 12:00 p.m.** At this time, Defendants have not consented to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that to the extent there is a counter-proposed order or objection to the Proposed Order, it must be submitted in writing and filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, by no later than **October 11, 2022** at **5:00 p.m.** (the "Objection Deadline"), with a courtesy copy delivered to the Chambers of the Honorable Cecelia G. Morris and served upon (a) Baker and Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan and Matthew D. Feil, and (b) Securities Investor Protection Corporation, 1667 K St. N.W., Suite 1000, Washington D.C. 20006-1620, Attn: Kevin H. Bell. Any objections to the proposed order must specifically state the interest that the objecting party has in these proceedings and the basis of the objection. Unless a counter-proposed order or written objection to the Proposed Order is received before the Objection Deadline, the Proposed Order may be signed and entered by the Court without further notice.

Dated: October 7, 2022
      New York, New York

By: */s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*