**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>FRANK J. AVELLINO, *et al.*,<br><br>                Defendants. | Adv. Pro. No. 10-05421 (CGM) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2022, a copy of the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

1

Dated:  October 12, 2022
        New York, New York

/s/ David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Kathryn Zunno-Freaney
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Gary A. Woodfield
Nason Yeager Gerson Harris & Fumero, P.A.
Email: gwoodfield@nasonyeager.com
Attorney For: 27 Cliff, LLC, Ascent, Inc., Aster Associates, Avellino & Bienes, Avellino & Bienes Pension Plan and Trust, Avellino Family Trust, Dianne K. Bienes, individually, and as Personal Representative for the Estate of Michael Bienes, Frank J. Avellino, Frank J. Avellino as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement Dated June 24, 1992, Frank J. Avellino as Trustee for Rachel Anne Rosenthal Trust #3, Frank J. Avellino as Trustee for Rachel Anne Rosenthal U/A Dated June 29, 1990, Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992, Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992, Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as Amended, Frank J. Avellino Revocable Trust Number One under the Declaration of Trust Number One dated June 10, 1988, as Amended, Frank J. Avellino, as Trustee for Avellino & Bienes Pension Plan and Trust, Frank J. Avellino, as Trustee for Avellino Family Trust, Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One as amended and restated January 26,1990, as amended, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One under Declaration of Trust Number One dated June 10, 1988, as amended, Frank J. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for S.A. Grantor Retained Annuity Trust, Frank J. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Frank J. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Grosvenor Partners, Ltd., Heather Carroll Lowles Trust U/A dated June 29, 1990, Kenn Jordan Associates, Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Mayfair Bookkeeping Services, Inc., Mayfair Ventures, G.P., Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust #3, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Nancy C. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, individually, and as Trustee for Nancy Carroll Avellino Revocable Trust Under Trust Agreement dated May 18, 1992, Nancy Carroll Avellino Revocable Trust under Trust Agreement dated May 18, 1992, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A dated June 29, 1990, St. James Associates, Strattham Partners, Taylor Ashley McEvoy Trust U/A dated June 24, 1992, The Avellino Family Foundation, Inc., The Estate of Michael S. Bienes, Thomas G. Avellino, Tiffany Joy Lowles Trust U/A dated June 29, 1990