**McKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Hal M. Shimkoski
hshimkoski@mckoolsmith.com

*Attorney for Bank Julius Baer & Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BANK JULIUS BAER & CO. LTD.,<br><br>Defendant. | Adv. Pro. No. 11-02922 (CGM) |
| This Notice of Appearance is submitted in Adversary Proceeding No. 11-02922 | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Bank Julius Baer & Co. Ltd. ("BJB"), in Adv. Pro. No. 11-02922, and requests, pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

> Hal M. Shimkoski, Esq.
> One Manhattan West
> 395 9th Avenue, 50th Floor
> New York, NY 10001
> Tel. No.: (212) 402-9400
> Fax No.: (212) 402-9444
> E-Mail: hshimkoski@mckoolsmith.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise.

This Notice of Appearance is not and shall not be construed as a waiver of any of BJB's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned proceedings, all of which are hereby expressly reserved, including, without limitation, in respect to personal jurisdiction and service of process.

Dated:  New York, New York
        October 12, 2022

**McKOOL SMITH, P.C.**

By: /s/ Hal M. Shimkoski
Hal M. Shimkoski
hshimkoski@mckoolsmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001 Tel:
(212) 402-9400
Fax: (212) 402-9444

*Attorney for Bank Julius Baer & Co. Ltd*