**MCKOOL SMITH, P.C.**

One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
T: (212) 402-9400
ehalper@mckoolsmith.com

*Attorneys for Defendant Bank Julius Baer & Co. Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>           Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br>           Defendant. | Adv. Pro. No. 08-1789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br>           Plaintiff, <br><br> v. <br><br> BANK JULIUS BAER & CO. LTD., <br><br>           Defendant. | Adv. Pro. No. 11-2922 (CGM) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2022, I caused Defendant Bank Julius Baer & Co. Ltd's

Reply Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint, to be

served by filing it with the Court's electronic-filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing System and

via electronic transmission to the email addresses designated for delivery.

Dated: October 12, 2022
New York, New York

MCKOOL SMITH, P.C.
By */s/* Eric B. Halper
Eric B. Halper

MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
T: (212) 402-9400
F: (212) 402-9444
ehalper@mckoolsmith.com

*Attorneys for Defendant*
*Bank Julius Baer & Co. Ltd.*

2

4894-9837-8040