UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, AND BERNARD L. MADOFF,<br><br>                Plaintiff,<br><br>       v.<br><br>DELTA NATIONAL BANK AND TRUST COMPANY,<br><br>                Defendant. | Adv. Pro. No. 11-02551 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, Defendant Delta National Bank and Trust Company's Answer to Complaint and Jury Demand was served by filing it via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: October 13, 2022
New York, New York

Respectfully submitted,

/s/ *James L. Bromley*
James L. Bromley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
bromleyj@sullcrom.com

*Attorney for Delta National Bank and Trust Company*

2