**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK S.A.**

| Column 1 | Column 2 |
|:---:|:---:|
| **Date** | **Amount** |
| 5/14/2003 | (10,440,439) |
| 5/14/2003 | (5,803,800) |
| 5/14/2003 | (3,908,594) |
| 5/14/2003 | (285,234) |
| 5/14/2003 | (279,420) |
| 5/14/2003 | (207,312) |
| 5/14/2003 | (170,077) |
| 5/14/2003 | (72,108) |
| 6/16/2003 | (1,968,406) |
| 6/16/2003 | (655,000) |
| 6/16/2003 | (505,273) |
| 6/16/2003 | (382,274) |
| 6/16/2003 | (133,882) |
| 6/16/2003 | (120,169) |
| 6/16/2003 | (90,996) |
| 6/16/2003 | (82,688) |
| 6/16/2003 | (42,859) |
| 6/16/2003 | (38,983) |
| 7/2/2003 | (1,343,500) |
| 7/16/2003 | (1,594,867) |
| 7/16/2003 | (1,447,307) |
| 7/16/2003 | (476,480) |
| 7/16/2003 | (476,480) |
| 7/16/2003 | (266,886) |
| 7/16/2003 | (238,240) |
| 7/16/2003 | (51,015) |
| 7/16/2003 | (35,024) |
| 7/30/2003 | (1,400,000) |
| 8/15/2003 | (150,000) |
| 10/14/2003 | (210,928) |
| 3/18/2004 | (82,598) |
| 4/21/2004 | (32,969) |
| 6/17/2004 | (1,210,014) |
| 7/16/2004 | (376,457) |
| 12/13/2004 | (216,914) |
| 1/20/2005 | (5,132) |
| 2/16/2005 | (304,631) |
| 4/14/2005 | (1,105,405) |
| 4/14/2005 | (500,000) |
| 4/14/2005 | (95,287) |
| 4/14/2005 | (87,576) |
| 4/27/2005 | (5,721) |
| 5/13/2005 | (48,348) |
| 5/13/2005 | (44,837) |
| 6/15/2005 | (1,071,126) |
| 6/15/2005 | (152,464) |
| 6/15/2005 | (26,928) |
| 6/15/2005 | (21,944) |
| 6/23/2005 | (381,853) |
| 7/15/2005 | (950,724) |
| 7/15/2005 | (714,638) |
| 7/15/2005 | (472,161) |
| 7/15/2005 | (403,656) |
| 7/15/2005 | (255,734) |
| 7/15/2005 | (227,952) |
| 7/15/2005 | (120,636) |
| 7/15/2005 | (111,129) |
| 7/15/2005 | (60,286) |
| 7/15/2005 | (31,691) |
| 7/15/2005 | (26,842) |
| 7/25/2005 | (35,184) |
| 8/15/2005 | (2,163,337) |
| 8/15/2005 | (401,942) |
| 8/15/2005 | (232,957) |
| 8/15/2005 | (201,000) |
| 8/15/2005 | (102,813) |
| 8/15/2005 | (100,000) |
| 8/15/2005 | (64,998) |
| 8/15/2005 | (26,507) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK S.A.**

| Column 1 | Column 2 |
|----------|----------|
| **Date** | **Amount** |
| 8/15/2005 | (22,000) |
| 9/15/2005 | (736,134) |
| 9/15/2005 | (700,134) |
| 9/15/2005 | (426,638) |
| 9/15/2005 | (343,419) |
| 9/15/2005 | (339,711) |
| 9/15/2005 | (300,000) |
| 9/15/2005 | (172,478) |
| 9/15/2005 | (110,881) |
| 9/15/2005 | (105,944) |
| 9/15/2005 | (60,420) |
| 9/15/2005 | (58,058) |
| 9/15/2005 | (20,000) |
| 9/15/2005 | (12,000) |
| 10/14/2005 | (2,137,721) |
| 10/14/2005 | (400,000) |
| 10/14/2005 | (376,731) |
| 10/14/2005 | (350,000) |
| 10/14/2005 | (202,731) |
| 10/14/2005 | (179,173) |
| 10/14/2005 | (170,889) |
| 10/14/2005 | (150,000) |
| 10/14/2005 | (125,922) |
| 10/14/2005 | (60,925) |
| 10/24/2005 | (17,811) |
| 10/28/2005 | (122,406) |
| 10/28/2005 | (90,949) |
| 11/17/2005 | (6,628,849) |
| 11/17/2005 | (1,400,000) |
| 11/17/2005 | (717,248) |
| 11/17/2005 | (640,000) |
| 11/17/2005 | (201,568) |
| 11/17/2005 | (200,000) |
| 11/17/2005 | (199,146) |
| 11/17/2005 | (199,026) |
| 11/17/2005 | (186,027) |
| 11/17/2005 | (173,678) |
| 11/17/2005 | (170,496) |
| 11/17/2005 | (154,933) |
| 11/17/2005 | (112,708) |
| 11/17/2005 | (103,933) |
| 11/17/2005 | (100,000) |
| 11/17/2005 | (80,366) |
| 11/17/2005 | (66,346) |
| 11/17/2005 | (61,383) |
| 11/17/2005 | (39,173) |
| 11/17/2005 | (25,000) |
| 11/17/2005 | (20,000) |
| 12/19/2005 | (1,203,604) |
| 12/19/2005 | (823,944) |
| 12/19/2005 | (465,105) |
| 12/19/2005 | (279,882) |
| 12/19/2005 | (273,546) |
| 12/19/2005 | (250,623) |
| 12/19/2005 | (179,446) |
| 12/19/2005 | (142,157) |
| 12/19/2005 | (142,157) |
| 12/19/2005 | (127,473) |
| 12/19/2005 | (104,867) |
| 12/19/2005 | (67,139) |
| 12/19/2005 | (62,478) |
| 12/19/2005 | (56,920) |
| 12/19/2005 | (56,843) |
| 12/19/2005 | (32,826) |
| 12/19/2005 | (32,826) |
| 12/19/2005 | (25,166) |
| 12/20/2005 | (2,522,098) |
| 12/20/2005 | (725,478) |
| 1/19/2006 | (1,350,112) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK S.A.**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 1/19/2006 | (974,150) |
| 1/19/2006 | (250,000) |
| 1/19/2006 | (168,433) |
| 1/19/2006 | (143,747) |
| 1/19/2006 | (67,578) |
| 1/19/2006 | (57,424) |
| 1/19/2006 | (15,000) |
| 1/30/2006 | (31,360) |
| 1/30/2006 | (3,900) |
| 2/15/2006 | (726,393) |
| 2/15/2006 | (682,936) |
| 2/15/2006 | (305,344) |
| 2/15/2006 | (194,191) |
| 2/15/2006 | (130,000) |
| 2/15/2006 | (125,177) |
| 3/17/2006 | (1,344,623) |
| 3/17/2006 | (1,190,000) |
| 3/17/2006 | (487,806) |
| 3/17/2006 | (268,216) |
| 3/17/2006 | (263,899) |
| 3/17/2006 | (211,221) |
| 3/17/2006 | (105,555) |
| 3/17/2006 | (100,000) |
| 3/17/2006 | (88,795) |
| 3/17/2006 | (67,806) |
| 3/17/2006 | (26,084) |
| 3/17/2006 | (22,199) |
| 4/20/2006 | (1,326,442) |
| 4/20/2006 | (600,000) |
| 4/20/2006 | (292,570) |
| 4/20/2006 | (233,390) |
| 4/20/2006 | (220,000) |
| 4/20/2006 | (150,181) |
| 4/20/2006 | (116,999) |
| 4/20/2006 | (108,678) |
| 4/20/2006 | (108,678) |
| 4/20/2006 | (100,000) |
| 4/20/2006 | (50,960) |
| 4/20/2006 | (31,000) |
| 4/20/2006 | (28,000) |
| 4/20/2006 | (10,000) |
| 5/2/2006 | (111,376) |
| 5/5/2006 | (22,917) |
| 5/5/2006 | (4,871) |
| 5/15/2006 | (500,000) |
| 5/15/2006 | (259,235) |
| 5/15/2006 | (77,842) |
| 5/15/2006 | (75,000) |
| 5/15/2006 | (50,124) |
| 6/16/2006 | (5,530,546) |
| 6/16/2006 | (2,590,716) |
| 6/16/2006 | (300,000) |
| 6/16/2006 | (260,724) |
| 6/16/2006 | (163,453) |
| 6/16/2006 | (129,505) |
| 6/16/2006 | (65,000) |
| 6/16/2006 | (45,721) |
| 7/20/2006 | (370,479) |
| 7/20/2006 | (344,653) |
| 7/20/2006 | (97,652) |
| 7/20/2006 | (86,692) |
| 7/20/2006 | (80,419) |
| 7/20/2006 | (65,047) |
| 7/20/2006 | (62,463) |
| 7/20/2006 | (45,954) |
| 7/20/2006 | (11,488) |
| 8/10/2006 | (23,873) |
| 8/10/2006 | (7,438) |
| 8/14/2006 | (225,000) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK S.A.**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 8/14/2006 | (200,000) |
| 8/14/2006 | (124,234) |
| 8/14/2006 | (97,576) |
| 8/14/2006 | (96,706) |
| 8/14/2006 | (31,349) |
| 8/14/2006 | (18,220) |
| 8/14/2006 | (13,000) |
| 8/21/2006 | (2,432,824) |
| 8/29/2006 | (150,486) |
| 9/14/2006 | (335,919) |
| 9/14/2006 | (200,969) |
| 9/14/2006 | (96,268) |
| 9/14/2006 | (65,602) |
| 9/14/2006 | (10,000) |
| 9/14/2006 | (1,170) |
| 9/14/2006 | (585) |
| 10/12/2006 | (406,356) |
| 10/12/2006 | (319,011) |
| 10/12/2006 | (298,892) |
| 10/12/2006 | (212,666) |
| 10/12/2006 | (91,000) |
| 10/12/2006 | (12,604) |
| 10/12/2006 | (9,424) |
| 10/12/2006 | (5,000) |
| 10/16/2006 | (15,890) |
| 10/27/2006 | (26,681) |
| 11/14/2006 | (2,500,000) |
| 11/14/2006 | (170,045) |
| 11/14/2006 | (113,205) |
| 11/14/2006 | (112,508) |
| 11/14/2006 | (100,000) |
| 11/14/2006 | (39,096) |
| 11/14/2006 | (10,000) |
| 12/15/2006 | (272,277) |
| 12/15/2006 | (192,319) |
| 12/15/2006 | (70,000) |
| 12/15/2006 | (57,648) |
| 12/15/2006 | (20,000) |
| 1/16/2007 | (533,656) |
| 1/16/2007 | (304,424) |
| 1/16/2007 | (277,892) |
| 1/16/2007 | (261,985) |
| 1/16/2007 | (115,320) |
| 1/16/2007 | (114,839) |
| 1/16/2007 | (91,189) |
| 1/16/2007 | (50,000) |
| 1/16/2007 | (13,585) |
| 1/16/2007 | (7,220) |
| 2/6/2007 | (23,341) |
| 2/15/2007 | (666,105) |
| 2/15/2007 | (319,779) |
| 2/15/2007 | (248,221) |
| 2/15/2007 | (8,568) |
| 3/16/2007 | (3,000,000) |
| 3/16/2007 | (2,026,000) |
| 3/16/2007 | (1,500,000) |
| 3/16/2007 | (200,000) |
| 3/16/2007 | (100,000) |
| 3/16/2007 | (93,535) |
| 3/16/2007 | (73,526) |
| 3/16/2007 | (40,000) |
| 3/16/2007 | (39,849) |
| 3/16/2007 | (20,000) |
| 4/17/2007 | (2,500,000) |
| 4/17/2007 | (300,000) |
| 4/17/2007 | (275,660) |
| 4/17/2007 | (178,277) |
| 4/17/2007 | (114,626) |
| 4/17/2007 | (69,356) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK S.A.**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 4/17/2007 | (50,942) |
| 4/17/2007 | (36,559) |
| 4/17/2007 | (20,864) |
| 5/16/2007 | (247,421) |
| 5/16/2007 | (169,768) |
| 5/16/2007 | (117,649) |
| 5/16/2007 | (50,000) |
| 5/16/2007 | (50,000) |
| 5/16/2007 | (50,000) |
| 5/16/2007 | (15,623) |
| 6/15/2007 | (345,622) |
| 6/15/2007 | (303,050) |
| 6/15/2007 | (124,712) |
| 6/15/2007 | (33,672) |
| 6/15/2007 | (12,471) |
| 6/15/2007 | (12,000) |
| 6/15/2007 | (10,000) |
| 7/19/2007 | (602,897) |
| 7/19/2007 | (169,642) |
| 7/19/2007 | (100,000) |
| 7/19/2007 | (93,856) |
| 7/19/2007 | (51,571) |
| 7/30/2007 | (31,285) |
| 7/30/2007 | (21,179) |
| 8/17/2007 | (2,423,071) |
| 8/17/2007 | (841,176) |
| 8/17/2007 | (315,156) |
| 8/17/2007 | (299,077) |
| 8/17/2007 | (231,697) |
| 8/17/2007 | (181,956) |
| 8/17/2007 | (122,752) |
| 8/17/2007 | (119,083) |
| 8/17/2007 | (87,745) |
| 8/17/2007 | (85,000) |
| 8/17/2007 | (50,000) |
| 8/17/2007 | (20,000) |
| 9/19/2007 | (930,000) |
| 9/19/2007 | (375,031) |
| 9/19/2007 | (318,360) |
| 9/19/2007 | (314,349) |
| 9/19/2007 | (276,000) |
| 9/19/2007 | (142,888) |
| 9/19/2007 | (122,596) |
| 9/19/2007 | (105,395) |
| 9/19/2007 | (73,933) |
| 9/19/2007 | (30,000) |
| 10/16/2007 | (8,304,978) |
| 10/16/2007 | (212,952) |
| 10/16/2007 | (38,086) |
| 10/16/2007 | (25,391) |
| 10/16/2007 | (15,000) |
| 10/17/2007 | (111,059) |
| 11/19/2007 | (625,839) |
| 11/19/2007 | (140,795) |
| 11/21/2007 | (17,244) |
| 12/19/2007 | (1,477,000) |
| 12/19/2007 | (390,846) |
| 12/19/2007 | (251,413) |
| 12/19/2007 | (224,791) |
| 12/19/2007 | (95,476) |
| 1/17/2008 | (1,087,204) |
| 1/17/2008 | (579,380) |
| 1/17/2008 | (317,595) |
| 1/17/2008 | (140,000) |
| 1/28/2008 | (19,595) |
| 2/15/2008 | (3,622,664) |
| 2/15/2008 | (596,778) |
| 2/15/2008 | (511,267) |
| 2/15/2008 | (129,974) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK S.A.**

| Column 1 | Column 2 |
|---|---|
| Date | Amount |
| 2/15/2008 | (111,089) |
| 2/15/2008 | (103,979) |
| 2/15/2008 | (90,990) |
| 2/15/2008 | (24,100) |
| 3/18/2008 | (617,235) |
| 3/18/2008 | (108,670) |
| 3/18/2008 | (20,000) |
| 4/14/2008 | (2,508,233) |
| 4/14/2008 | (1,953,676) |
| 4/14/2008 | (598,523) |
| 4/14/2008 | (235,600) |
| 5/15/2008 | (2,523,580) |
| 5/15/2008 | (1,635,201) |
| 5/15/2008 | (1,446,372) |
| 5/15/2008 | (1,100,000) |
| 5/15/2008 | (373,658) |
| 5/15/2008 | (138,863) |
| 5/15/2008 | (131,505) |
| 5/15/2008 | (62,925) |
| 5/15/2008 | (12,027) |
| 6/17/2008 | (265,145) |
| 6/17/2008 | (104,242) |
| 6/17/2008 | (5,000) |
| 7/15/2008 | (4,847,653) |
| 7/15/2008 | (632,124) |
| 7/15/2008 | (433,000) |
| 7/15/2008 | (350,179) |
| 7/15/2008 | (168,000) |
| 7/15/2008 | (20,000) |
| 8/6/2008 | (207,324) |
| 8/6/2008 | (14,849) |
| 8/18/2008 | (864,512) |
| 8/18/2008 | (390,873) |
| 8/18/2008 | (253,091) |
| 8/18/2008 | (40,000) |
| 9/15/2008 | (329,017) |
| 9/15/2008 | (30,000) |
| 9/16/2008 | (18,815) |
| 10/15/2008 | (670,000) |
| 10/15/2008 | (443,183) |
| 10/15/2008 | (24,311) |
| 11/3/2008 | (229,877) |
| 11/3/2008 | (16,504) |
| 11/18/2008 | (7,350,447) |
| 11/18/2008 | (1,655,542) |
| 11/18/2008 | (281,888) |
| 11/18/2008 | (130,000) |
| 11/19/2008 | (3,966,859) |
| 11/19/2008 | (1,352,654) |
| 11/19/2008 | (272,482) |
| 11/19/2008 | (50,000) |
| **Total:** | **$ (187,418,854)** |