**EXHIBIT E**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO EFG BANK S.A.**

| Column 1 Date | Column 2 Amount |
|---|---|
| 5/14/2003 | (707,760) |
| 6/12/2003 | (568,519) |
| 1/26/2004 | (67,913) |
| 6/23/2004 | (212,536) |
| 9/15/2005 | (1,419,871) |
| 10/25/2005 | (153,738) |
| 11/23/2005 | (237,486) |
| 11/23/2005 | (150,410) |
| 12/21/2005 | (36,948) |
| 1/27/2006 | (144,801) |
| 3/23/2006 | (413,672) |
| 3/23/2006 | (78,786) |
| 4/21/2006 | (161,317) |
| 4/21/2006 | (37,093) |
| 6/20/2006 | (220,202) |
| 7/24/2006 | (38,226) |
| 9/18/2006 | (40,304) |
| 1/19/2007 | (142,514) |
| 4/17/2007 | (149,285) |
| 4/17/2007 | (73,132) |
| 4/17/2007 | (50,332) |
| 7/19/2007 | (82,397) |
| 9/20/2007 | (198,773) |
| 9/20/2007 | (55,471) |
| 9/20/2007 | (48,293) |
| 9/20/2007 | (45,468) |
| 9/20/2007 | (43,558) |
| 10/19/2007 | (32,812) |
| 11/20/2007 | (642,349) |
| 11/20/2007 | (24,551) |
| 12/18/2007 | (79,565) |
| 2/15/2008 | (724,734) |
| 4/18/2008 | (20,119) |
| 5/20/2008 | (170,845) |
| 5/23/2008 | (9,817) |
| 8/11/2008 | (13,550) |
| 8/15/2008 | (56,713) |
| 11/4/2008 | (13,169) |
| **Total:** | **$ (7,367,027)** |