**EXHIBIT G**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD LAMBDA TO EFG BANK S.A.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 5/21/2004 | (187,632) |
| 3/14/2005 | (14,471) |
| 9/14/2005 | (83,596) |
| 11/21/2007 | (272,816) |
| 8/14/2008 | (227) |
| 11/5/2008 | (139) |
| 11/24/2008 | (98,497) |
| **Total:** | **$ (657,379)** |