**EXHIBIT H**
**SUBSEQUENT TRANSFER FROM FAIRFIELD SENTRY TO EFG BANK (MONACO) S.A.M.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/14/2005 | (5,045,022) |
| **Total:** | **$ (5,045,022)** |