**EXHIBIT I**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO EFG BANK & TRUST (BAHAMAS) LIMITED**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/17/2003 | (13,766,474) |
| 10/14/2003 | (11,493,909) |
| 11/21/2003 | (8,791,185) |
| 2/18/2004 | (1,199,758) |
| 3/18/2004 | (701,954) |
| 4/21/2004 | (210,659) |
| 5/17/2004 | (1,521,684) |
| 6/17/2004 | (1,027,625) |
| 6/23/2004 | (696,452) |
| 7/16/2004 | (196,819) |
| 7/16/2004 | (8,916) |
| 8/13/2004 | (722,496) |
| 9/15/2004 | (1,245,786) |
| 10/19/2004 | (914,374) |
| 11/16/2004 | (16,867,008) |
| 11/16/2004 | (281,455) |
| 12/13/2004 | (4,422,173) |
| 1/14/2005 | (1,102,829) |
| 1/20/2005 | (52,438) |
| 2/16/2005 | (914,345) |
| 3/15/2005 | (2,094,101) |
| 4/14/2005 | (2,345,436) |
| 4/27/2005 | (44,711) |
| 5/13/2005 | (1,815,151) |
| 6/15/2005 | (2,221,491) |
| 7/15/2005 | (2,768,699) |
| 7/25/2005 | (39,047) |
| 8/15/2005 | (4,132,674) |
| 9/15/2005 | (1,386,368) |
| 10/14/2005 | (3,015,983) |
| 10/24/2005 | (31,972) |
| 10/24/2005 | (819) |
| 11/17/2005 | (1,539,581) |
| 12/19/2005 | (2,040,076) |
| 1/19/2006 | (1,832,066) |
| 1/30/2006 | (25,120) |
| 2/15/2006 | (674,240) |
| 3/17/2006 | (611,798) |
| 4/20/2006 | (1,885,134) |
| 4/20/2006 | (663,423) |
| 5/5/2006 | (19,708) |
| 5/15/2006 | (99,068) |
| 6/16/2006 | (94,677) |
| 6/16/2006 | (87,567) |
| 7/20/2006 | (508,937) |
| 8/10/2006 | (15,632) |
| 9/14/2006 | (10,401) |
| 10/27/2006 | (9,664) |
| 2/6/2007 | (459) |
| **Total:** | **$ (96,152,343)** |