**EXHIBIT J**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO EFG BANK & TRUST (BAHAMAS) LIMITED**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/21/2003 | (1,579) |
| 2/4/2004 | (1,224) |
| 3/29/2004 | (142,423) |
| 5/11/2004 | (1,484) |
| 8/4/2004 | (2,665) |
| 9/27/2004 | (253,750) |
| 10/29/2004 | (2,342) |
| 1/18/2005 | (42,002) |
| 1/21/2005 | (2,471) |
| 2/17/2005 | (218,735) |
| 4/25/2005 | (20,842) |
| 4/28/2005 | (2,192) |
| 5/19/2005 | (439,946) |
| 7/14/2005 | (86,494) |
| 7/25/2005 | (1,647) |
| 8/12/2005 | (1,247) |
| 9/15/2005 | (98,851) |
| 11/23/2005 | (178,821) |
| 1/26/2006 | (1,236) |
| 1/27/2006 | (62,177) |
| 1/27/2006 | (43,013) |
| 2/15/2006 | (18,692) |
| 3/24/2006 | (74,507) |
| 5/5/2006 | (1,166) |
| 6/20/2006 | (101,281) |
| 8/10/2006 | (1,164) |
| 11/1/2006 | (988) |
| **Total:** | **$ (1,802,938)** |