# EXHIBIT 4



# The Capital Tide Ebbs

By Frances Denmark

The flood of money into hedge funds is starting to slow. But our fourth annual ranking of the world's biggest multimanager hedge fund firms shows that it certainly hasn't stopped.

Earlier this year the City of Baltimore Employees' Retirement System made its first foray into absolute-return investing, allocating a small chunk of its assets to three funds of hedge funds. And as has often been the case with U.S. pension funds, the $1.2 billion plan took its sweet time in choosing managers.

"Other plan sponsors I spoke with were all very cautious," says Roselyn Spencer, executive director of the fund. After nearly three years of research, educational efforts and vendor presentations, the retirement system's trustees decided to allocate $50 million among Grosvenor Capital Management in Chicago, Suoritus Partners in New York and Attalus Capital in Bala Cynwyd, Pennsylvania.

By allocating just a tiny slice of their trillions of dollars in assets, pension funds like Baltimore's have been driving huge growth in funds of hedge funds, which are often viewed as the preferred route for gaining their first exposure to absolute-return strategies. The managers constituting *Alpha*'s latest Fund of Funds 50 — our fourth annual ranking of the world's biggest multimanager hedge fund firms, ranked by assets under management for the 12-month period ended June 30 — run a combined $454 billion. That's up 27 percent from the $358 billion the 50 biggest firms managed as of June 2004.

This year's increase, however, is less than half of 2004's stunning 70 percent jump in fund-of-funds assets. Asset growth has slowed in part because the same pension funds — with their requests for proposals, trustee meetings and pension consultants — are also lengthening the sales cycle for funds of hedge funds.

Zürich-based banking giant UBS retains its hold on the top spot in the Fund of Funds 50, with $45.0 billion in assets as of June 30, 2005, up 17 percent from $38.4 billion at the end of June 2004. Man Investments in the U.K. is again No. 2, with $35.6 billion in fund-of-funds assets under management, followed once again by Geneva's Union Bancaire Privée, with $20.8 billion.

The fastest growing firm in the 2005 Fund of Funds 50 is Geneva-based 3A (which stand for Alternative Asset Advisors), ranked No. 33. The assets of the firm, a unit of Swiss banking group SYZ & Co., grew 74 percent, to $4.2 billion. Several other firms saw their assets grow by 50 percent or more, including New York–based firms Arden Asset Management (No. 16, with $9.2 billion) and AIG Global Investment Group (No. 22, $6.7 billion), and K2 Advisors (No. 46, $3.5 billion) in Stamford, Connecticut.

Overall, the hedge fund industry has seen a slowdown in asset flows as this year has progressed. Hedge funds took in $9.4 billion in the third quarter, according to Chicago-based database company Hedge Fund Research. That's down from the $10.9 billion and $27.4 billion that flowed into hedge funds in the second and first quarters, respectively.

Joshua Rosenberg, president of HFR, says certain sectors of the hedge fund industry held up better than others. "Single managers continued to receive assets, as there was an increase of money into relative-value and event-driven multistrategy funds," he explains.

Funds of funds saw the biggest dropoff. They experienced a net outflow of $1.2 billion in assets in third-quarter 2005, after having gained $3.5 billion in new assets in the

All contents of this article are the exclusive property of Institutional Investor, Inc., and *Institutional Investor*'s *Alpha*. Reproduction of this article, whether in whole or in part and by any means whatsoever, is prohibited without the express written permission of Institutional Investor, Inc.

ACCSAC00807113

## ALPHA's 50 BIGGEST FUNDS OF HEDGE FUNDS

| Rank 2005 | Rank 2004 | Firm, location, fund name(s) | Total assets ($ millions) 2005 | Total assets ($ millions) 2004 | Discretionary assets ($ millions) | White-label/ subadvisory assets ($ millions) | Advisory assets ($ millions) | Fund capital ($ millions) | Style |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | **UBS** (Zürich, Switzerland) | $44,974* | $38,388 | | | | | |
| | | UBS Alt. & Quantitative Investments (Stamford, CT) | 24,628 | 18,048 | $15,096 | | $8,721 | | |
| | | Global Asset Mgmt (London, U.K.) | 18,246 | 17,940 | 18,246 | | | | |
| | | *GAM Diversity strategy* | | | | | | $8,542 | Global multistrategy, diversified |
| | | *GAM Trading strategy* | | | | | | 4,978 | Trading diversified |
| | | *GAM Multi-Europe strategy USD* | | | | | | 1,078[1] | European multistrategy with equity hedge bias |
| | | *GAM Multi-arbitrage strategy* | | | | | | 948 | Arbitrage diversified |
| | | *GAM Emerging-markets multi-strategy* | | | | | | 479 | Emerging-markets multistrategy with equity hedge bias |
| | | UBS Fund Advisor (Washington, D.C.) | 2,100* | 2,400 | | | | | |
| 2 | 2 | **Man Investments** (London, U.K.) | 35,600 | 18,586 | 35,260 | | 340 | | |
| | | RMF Inv. Group (Pfäffikon, Switzerland) | 16,200 | 13,653 | | | | | |
| | | RMF Four Seasons Strategies | | | | | | 1,703 | Diversified |
| | | RMF Absolute Return Strategies | | | | | | 1,603 | Diversified |
| | | Man Global Strategies (London, U.K.) | 14,400 | | | | | | |
| | | Man Multi-Strategy | | | | | | 5,809 | |
| | | Man IP220 | | | | | | 4,286 | |
| | | Glenwood Capital Investments (Chicago, IL) | 5,000 | 4,933 | | | | | |
| | | Man-Glenwood Multi-Strategy | | | | | | 2,511 | Multistrategy, multimanager |
| 3 | 3 | **Union Bancaire Privée** (Geneva, Switzerland) | 20,767 | 15,876 | 17,674 | $ 0 | 3,093 | | |
| | | Selectinvest Arbitrage/Relative Value | | | | | | 3,592 | Event-driven, distressed securities, arbitrage |
| | | Dinvest - Total Return | | | | | | 815 | Long-short equities, trading, opportunistic |
| | | Selectinvest Arbitrage/Relative Value - A Shares | | | | | | 738 | Arbitrage, relative-value |
| | | Selectinvest MultiStrategy - A Shares | | | | | | 251 | Multistrategy |
| | | Selectinvest MultiStrategy Ltd. | | | | | | 241 | Diversified |
| 4 | 6 | **HSBC Private Bank (Suisse)/HSBC Republic Investments** (London, U.K.) | 20,200 | 13,800 | 2,800 | | 17,400 | | |
| | | HSBC GH Fund - U.S. Dollar Class | | | | | | 705 | Diversified |
| | | HSBC Leveraged GH Fund | | | | | | 705 | Diversified |
| | | HSBC Multi-Adviser Arbitrage Fund | | | | | | 211 | Arbitrage strategies |
| | | HSBC Hedge Investments Fund | | | | | | 170 | Diversified |
| | | HSBC Global Absolute | | | | | | 78 | Global diversified |
| 5 | 4 | **Permal Asset Mgmt** (New York, NY) | 18,813[2] | 15,099 | 13,733 | 2,168 | 2,912 | | |
| | | Permal FX, Financials & Futures | | | | | | 4,147 | Global macro |
| | | Permal Inv. Holdings | | | | | | 3,461 | Diversified, directional |
| | | Haussmann Holdings | | | | | | 3,000 | Diversified |
| | | Permal Global High Yield Holdings | | | | | | 1,935 | Diversified |
| | | Permal Japan Holdings | | | | | | 815 | Diversified, Japan focus |
| 6 | 11 | **Société Générale** (Paris, France) | 15,868 | | | | | | |
| | | Lyxor Asset Mgmt (Paris, France) | 13,591[3] | 10,313 | 13,591 | | | | |
| | | Lyxor Global Index Tracker - Class D | | | | | | 479 | Diversified |
| | | SGAM Alt. Investments (Paris, France) | 2,277 | | 2,167 | 110 | | | |
| 7 | 7 | **Quellos Capital Mgmt** (Seattle, WA) | 15,000 | 12,600 | 15,000 | | | | |
| 8 | 5 | **Ivy Asset Mgmt Corp.** (Jericho, NY) | 14,919 | 14,130 | 8,862 | 2,860 | 3,197 | | |
| | | Rosewood Offshore Fund | | | | | | 1,626 | Market-neutral |
| | | Maplewood Associates II | | | | | | 1,394 | Diversified |
| | | Defenders Fund | | | | | | 919 | Diversified |
| | | Ivy Rising Stars Fund | | | | | | 636 | Long-short equity |
| | | Ivy Rising Stars Offshore Fund | | | | | | 468 | Long-short equity |
| 9 | 9 | **Grosvenor Capital Mgmt** (Chicago, IL) | 14,703 | 11,388 | 13,465 | 1,238 | | | |
| 10 | 8 | **Goldman Sachs Hedge Fund Strategies** (Princeton, NJ) | 14,222 | 11,759 | 14,222 | | | | |
| 11 | 10 | **Financial Risk Mgmt** (London, U.K.) | 13,288 | 11,203 | 11,643 | 1,645 | | | |
| | | Absolute Alpha Diversified Fund | | | | | | 5,479 | Diversified, market-neutral |
| | | Financial Risk Mgmt Diversified II Fund SPC | | | | | | 2,492 | Diversified, market-neutral |
| | | Absolute Alpha Opportunistic Fund | | | | | | 785 | Directional trading strategies |
| | | Global Equity Long-Short Fund | | | | | | 530 | Global long-short equity |
| | | Financial Risk Mgmt Diversified Fund | | | | | | 389 | Diversified, market-neutral |
| 12 | 14 | **Pictet & Cie.** (Geneva, Switzerland) | 13,000 | 8,752 | 5,000 | | | | |

*Only the five biggest funds managed by each firm are shown in the table.*
*Italics indicate that a composite is shown or multiple funds have been combined.*
*All assets are as of June 30 of the respective year, unless otherwise indicated.*
*\* Alpha estimate.*
[1] Includes multi-Europe dollar and multi-Europe euro strategies.
[2] Alpha estimate; asset total adjusted to reflect Permal's fractional control of Haussmann Holdings.
[3] Lyxor Asset Mgmt ranked No. 11 as a stand-alone entity in 2004.

(continued on page 50)

ACCSAC00807113.002

second quarter and $9.4 billion in the first quarter.

Part of the problem for funds of hedge funds has been performance. In 2004 the HFR fund-of-funds composite index was up 6.9 percent, compared with an 11.6 percent return in 2003. Returns haven't fared much better this year. Through September, the HFR index was up 5.1 percent. Rosenberg says fund-of-fund flows tend to lag after a drop in performance.

Despite the slowdown, fund-of-funds firms are sanguine about the future growth to come from the pension community. "We continue to see interest from public pension plans, Taft-Hartley, corporate pension plans and insurance companies both in the U.S. and abroad," says David Saunders, founding managing director of K2.

This year we asked respondents to our Fund of Funds 50 questionnaire whether they had noticed any change in interest in fund-of-funds investing among pension funds over the past year. Of the 78 firms that answered the question, 7.7 percent saw weakening interest, 11.5 percent saw no change, and a whopping 80.8 percent reported that pension interest in hedge fund investing had increased.

"There are so many pension funds that haven't come into this space yet; there is a pipeline of demand," says Neil Brown, managing director at Citigroup Alternative Investments (No. 48, with $3.2 billion in assets).

The bad news for fund-of-funds managers is that the pension funds yet to make investments in hedge funds will require more time than the first funds did to pull the trigger on hedge investing. "The prospective clients that have yet to invest are less sophisticated, or they are faced with fiduciary processes that prevent them from going into hedge funds," says James McKee, director of hedge fund research for pension consulting firm Callan Associates in San Francisco.

Today, an investment lead-time of two to three years is not uncommon. And some pension officials are moving more to a private equity model of making their hedge fund allocations over time rather than all at once, says Philip Maisano, CEO of fund-of-funds manager EACM Advisors in Norwalk, Connecticut, which was acquired in August 2004 by Pittsburgh-based Mellon Financial Corp. (No. 45, with $3.6 billion in assets).

And increasing sophistication among pension funds that have already committed to hedge funds could put more pressure on fund-of-funds managers. Maisano and others believe that funds of hedge funds will control the vast majority of inflows from pension funds into hedge funds as long as allocations remain small. "When it gets up to 15 to 20 percent, everything changes," Maisano says.

He believes that institutions might insist on separate accounts when alternative allocations exceed $100 million. Ultimately, some investors could leave funds of funds behind and choose their own individual managers. "Investors like us are increasingly interested in cutting out the middle man," says one Northeastern U.S. corporate plan sponsor.

As in-house expertise increases, some pension plans may embrace a core-satellite structure, with funds of funds providing core hedge fund investment and a consultant providing guidance and access to single-manager funds. International Paper Co. in Stamford is already pursuing that strategy, says Robert Hunkeler, vice president of investments for the $6.8 billion pension fund.

International Paper has split $250 million among three firms' portfolios: New York–based Blackstone Alternative Asset Management (No. 15, with $9.3 billion) and UBS funds of funds, and a multistrategy, single-manager portfolio run by Ramius Capital Group in New York.

If demand does shift in favor of single-manager funds, fund-of-funds firms may be pressed by their investors to reduce fees. "New business will be won by managers going off their list price," confides one consultant who believes this would rejuvenate the industry. His prediction: Managers will charge a flat fee of no more than 1 percent of assets, dispensing entirely with incentive fees, which today typically range from 5 to 10 percent of profits.

As every industry matures, prices eventually come under pressure. Even as fund-of-funds firms are forced to lower fees, they'll have a pretty nice business if they can continue to grow assets at 25 percent or more a year.

## How We Compiled the Ranking

The Fund of Funds 50 reveals which managers run the most assets in funds of hedge funds. Each listing shows a firm's total multimanager hedge fund assets, distinguishing between assets over which the manager exercises complete discretion; assets for which it plays a subadvisory role (as with a private-label fund distributed by another institution); advisory mandates, where the client retains some authority; and indexed multimanager portfolios.

For each of the firms' funds of hedge funds, we show capital (before leverage) and investment style. Only multimanager hedge fund portfolios are included in the asset figures; single-manager funds and other assets are not included. Assets are stated in millions of dollars. Those reported in other currencies have been translated to dollars at the appropriate exchange rate. All data are current as of June 30 of the respective year, unless otherwise noted.

The data were gathered from questionnaires completed by the funds of funds themselves, research in the public record and extensive staff reporting. In some cases we have included estimates based on our reporting. When a piece of data was unobtainable for a fund or firm, we left the corresponding field blank.

Inevitably, we will have overlooked some institutions that belong on our list. If we missed yours, please send an e-mail to FoF50@iimagazine.com to request a questionnaire for the 2006 ranking.

This ranking was compiled under the direction of Director of Research Operations Group Sathya Rajavelu, Assistant Managing Editor for Technology and Development Lewis Knox and Senior Editor Jane B. Kenney, with assistance from Associate Editor Michele Bickford.

ACCSAC00807113.003

## ALPHA's 50 BIGGEST FUNDS OF HEDGE FUNDS

| Rank 2005 | Rank 2004 | Firm, location, fund name(s) | Total assets ($ millions) 2005 | Total assets ($ millions) 2004 | Discretionary assets ($ millions) | White-label/ subadvisory assets ($ millions) | Advisory assets ($ millions) | Fund capital ($ millions) | Style |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 17 | **Crédit Agricole Alt. Inv. Products Group** (Paris, France) | $11,805 | $8,024 | $7,182 | $3,267 | $1,356 | | |
| | | Green Way Arbitrage I Class D (USD)[4] | | | | | | $2,554 | Arbitrage |
| | | Green Way Class A (USD)[4] | | | | | | 2,172 | Diversified |
| | | Green Way Equilibre | | | | | | 727 | Diversified |
| | | Green Way Market Neutral Fund Class A (JPY) | | | | | | 621 | Market-neutral |
| | | Green Way Special Opportunities Fund Class A (USD) | | | | | | 612 | Diversified |
| 14 | 12 | **Notz Stucki & Cie.** (Geneva, Switzerland) | 10,700 | 9,050 | | | | | |
| 15 | 13 | **Blackstone Alt. Asset Mgmt** (New York, NY) | 9,300 | 8,800 | 9,300 | | | | |
| | | Blackstone Partners Strategy | | | | | | 2,600[5] | Diversified; market-neutral |
| | | Blackstone Madison Avenue Strategy | | | | | | 1,700[5] | Diversified; market-neutral |
| | | Blackstone Park Avenue Strategy | | | | | | 1,370[5] | Primarily long-short equity |
| | | Blackstone Fifth Avenue Strategy | | | | | | 842[5] | Opportunistic |
| | | Blackstone Hedged Equity Strategy | | | | | | 778[5] | Hedged equity |
| 16 | 22 | **Arden Asset Mgmt** (New York, NY) | 9,212 | 6,010 | 9,212 | | | | |
| | | Arden Endowment Advisers | | | | | | 2,898 | Market-neutral |
| | | Arden Alt. Advisers, Master | | | | | | 1,557 | Market-neutral |
| | | Arden Strategic Advisers[6] | | | | | | 938 | Emerging managers, market-neutral |
| | | Arden ERISA Fund | | | | | | 379 | ERISA-dedicated, market-neutral |
| | | Arden Opportunity Fund | | | | | | 126 | Special situations |
| 17 | 20 | **Pacific Alt. Asset Mgmt Co.** (Irvine, CA) | 8,903 | 6,271 | 7,303 | | 1,600 | | |
| | | Moderate multistrategy | | | | | | 4,929 | Diversified |
| | | Moderate market-neutral | | | | | | 748 | Market-neutral |
| 18 | 15 | **J.P. Morgan Alt. Asset Mgmt** (New York, NY) | 8,825 | 8,039 | 7,116 | | 1,709 | | |
| | | J.P. Morgan Multi-Strategy Fund | | | | | | 2,248 | |
| | | J.P. Morgan Multi-Strategy Fund II Ltd. | | | | | | 1,786 | |
| | | J.P. Morgan Opportunistic Holdings | | | | | | 606 | |
| | | J.P. Morgan Multi-Strategy Fund II LP | | | | | | 603 | |
| | | J.P. Morgan Diversified Holdings | | | | | | 452 | |
| 19 | 21 | **Mesirow Advanced Strategies** (Chicago, IL) | 8,213 | 6,104 | 8,213 | | | | |
| | | Mesirow Equity Opportunity Fund | | | | | | 1,789 | Diversified, global and sector-specific funds |
| | | Mesirow Event Master Fund | | | | | | 1,284 | Merger arbitrage, corporate events, distressed securities |
| | | Mesirow Alt. Strategies Fund | | | | | | 1,122 | Diversified, low volatility, multistrategy fund |
| | | Mesirow Distressed Master Fund | | | | | | 964 | Distressed corporate debt, capital structure arbitrage, specialized credits |
| | | Mesirow Balanced Equity Fund | | | | | | 183 | Market-neutral, hedged equity targeting approximately zero beta |
| 20 | 18 | **Tremont Capital Mgmt** (Rye, NY) | 8,200 | 7,320 | 3,200 | 400 | 4,600 | | |
| | | Tremont core diversified composite | | | | | | 1,970 | Diversified |
| | | Tremont market-neutral composite | | | | | | 850 | Market-neutral |
| | | OFI Tremont Core Strategies Hedge Fund | | | | | | 247 | Diversified |
| | | OFI Tremont Market Neutral Hedge Fund | | | | | | 72 | Market-neutral |
| 21 | 16 | **CSFB Alt. Capital** (New York, NY) | 7,928[7] | 8,036 | 4,790 | | | | |
| 22 | 28 | **AIG Global Inv. Group** (New York, NY) | 6,678 | 4,311 | 6,678 | | | | |
| | | AIG Select Hedge | | | | | | 1,084 | Diversified |
| | | AIG Diversified Strategies Fund | | | | | | 701 | Diversified |
| | | AIG Relative Value | | | | | | 150 | Relative-value |
| | | AIG Strategic Hedge Fund of Funds | | | | | | 53 | Diversified |
| | | AIG Long/Short Equity Portfolio | | | | | | 40 | Long-short equity |
| 23 | 24 | **Harris Alternatives** (Chicago, IL) | 6,665 | 5,326 | 6,665 | | | | |
| | | Aurora Offshore Fund | | | | | | 2,649 | Diversified |
| | | Aurora | | | | | | 1,643 | Diversified |
| | | Aurora Offshore Fund II | | | | | | 1,054 | Diversified |
| | | Aurora Hedged Equity Offshore Fund | | | | | | 196 | Hedged equities |
| | | Aurora Global Opportunities[8] | | | | | | 126 | Diversified |
| 24 | 19 | **DB Absolute Return Strategies** (New York, NY) | 6,587 | 6,877 | 6,587 | | | | |
| 25 | 25 | **RBS Asset Mgmt** (London, U.K.) | 6,501 | 5,244 | 6,501 | | | | |
| | | Orbita Global Opportunities Strategy | | | | | | 2,351 | Diversified, directional |
| | | Orbita Capital Return Strategy | | | | | | 1,722 | Diversified, market-neutral |
| | | Orbita European Growth Strategy | | | | | | 1,059 | Diversified, directional |
| | | Diversified Strategy Fund (Cayman) | | | | | | 690 | Diversified, directional |
| | | Orbita Asian Growth Strategy | | | | | | 679 | Diversified, directional |

[4] All classes.   [5] As of July 1, 2005.   [6] Onshore and offshore.   [7] Does not include Swiss fund-of-funds assets; includes $3.14 billion in indexed multimanager portfolios.   [8] Formerly Stellar Partners.

ACCSAC00807113.004

## ALPHA's 50 BIGGEST FUNDS OF HEDGE FUNDS

| Rank 2005 | Rank 2004 | Firm, location, fund name(s) | Total assets ($ millions) 2005 | Total assets ($ millions) 2004 | Discretionary assets ($ millions) | White-label/ subadvisory assets ($ millions) | Advisory assets ($ millions) | Fund capital ($ millions) | Style |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 27 | **Lehman Brothers Alt. Inv. Mgmt** (New York, NY) | $6,236[9] | $4,705 | $5,705 | $ 531 | | | |
| | | Lehman Brothers Diversified Arbitrage Fund II | | | | | | $1,949 | Market-neutral |
| | | Lehman Brothers Long/Short Fund II | | | | | | 1,526 | Directional |
| | | Lehman Brothers Offshore Diversified Arbitrage Fund II | | | | | | 879 | Market-neutral |
| | | Lehman Brothers Offshore Long/Short Fund II | | | | | | 201 | Directional |
| 27 | 26 | **EIM** (Nyon, Switzerland) | 6,040 | 5,206 | 5,681 | | $ 359 | | |
| | | Albion Alt. Strategies | | | | | | 90 | Diversified |
| 28 | 43 | **Gottex Fund Mgmt** (Lausanne, Switzerland) | 5,185 | 3,012 | 5,142 | 43 | | | |
| | | Gottex Market Neutral Fund | | | | | | 4,447 | Market-neutral |
| | | Gottex Market Neutral Fund II[10] | | | | | | 561 | Diversified, market-neutral |
| | | Gottex Relative Value & Event Driven Fund | | | | | | 441 | Relative-value and event-driven strategies |
| | | Gottex Trading Fund | | | | | | 131 | Macro/CTA |
| | | Gottex Absolute Return Fund[10] | | | | | | 125 | Diversified |
| | | Gottex Hedged Equity Fund | | | | | | 125 | Hedged equities strategies |
| 29 | 23 | **Morgan Stanley Alt. Inv. Partners** (West Conshohocken, PA) | 5,104 | 5,385 | 5,104 | | | | |
| 30 | 35 | **Pioneer Alt. Investments** (Dublin, Ireland) | 4,727 | 3,565 | 4,727 | | | | |
| | | Momentum AllWeather Fund | | | | | | 1,158 | Diversified |
| | | Meteor Opportunities Fund | | | | | | 788 | Diversified |
| | | Momentum AllWeather Institutional Fund | | | | | | 765 | Diversified |
| | | Momentum AllWeather Strategies II Master Fund (USD) | | | | | | 699 | Diversified |
| 31 | 30 | **Atlas Capital Group** (London, U.K.) | 4,611 | 3,877 | 3,487 | 263 | 861 | | |
| | | The Optimum Alt. Fund[11] | | | | | | 352 | Diversified |
| | | General Arbitrage Fund | | | | | | 254 | Arbitrage, market-neutral |
| | | Samurai Fund | | | | | | 208 | Japan long-short equity |
| | | Event-Driven Fund | | | | | | 188 | Event-driven |
| | | Strategic Credit Fund | | | | | | 141 | Credit |
| 32 | 46 | **Russell Inv. Group** (Tacoma, WA) | 4,340 | 2,970 | 4,340 | | | | |
| 33 | — | **3A** (Geneva, Switzerland) | 4,215 | 2,423 | 2,015 | | 2,200 | | |
| | | ACE Sicav | | | | | | 467 | Diversified |
| | | 3A Windrider Fund | | | | | | 289 | Diversified |
| | | ALTIN AG | | | | | | 234 | Diversified |
| | | Albertini Syz Funds | | | | | | 99 | Diversified |
| | | 3A Gennaker Fund | | | | | | 26 | Diversified; new, rising managers |
| 34 | 45 | **HFR Asset Mgmt** (Chicago, IL) | 4,200[12] | 3,000 | 400 | 600 | 400 | | |
| 35 | 47 | **Silver Creek Capital Mgmt** (Seattle, WA) | 4,100 | 2,900 | 4,100 | | | | |
| | | Silver Creek Low Vol. Strategies I | | | | | | 2,200 | Multistrategy |
| | | Silver Creek Low Vol. Strategies II | | | | | | 945 | Multistrategy |
| | | Dillon Flaherty Partners | | | | | | 430 | Diversified, multistrategy |
| 36 | 40 | **Desjardins Global Asset Mgmt** (Montreal, Canada) | 3,931 | 3,183 | 541 | 3,390 | | | |
| | | Oxford Alt. Strategy Fund - Class A | | | | | | 1,903 | Diversified |
| | | Oxford Alt. Strategy Fund - Class E | | | | | | 912 | Diversified |
| | | Oxford Alt. Strategy Fund - Class F | | | | | | 254 | CTA/momentum and other quantitative strategies |
| | | Oxford Alt. Strategy Fund - Class D | | | | | | 227 | Diversified |
| | | Oxford Alt. Strategy Fund - Class C | | | | | | 94 | Diversified |
| 37 | 38 | **Fauchier Partners** (London, U.K.) | 3,900 | 3,308 | 3,900 | | | | |
| | | SelectHedge Diversified Class A USD | | | | | | 477 | Diversified |
| | | Javelin Fund - MultiClass F | | | | | | 437 | Diversified, leveraged product |
| | | Jubilee Absolute Return Fund Class A USD | | | | | | 105 | Diversified |
| | | StructurHedge Class A EUR | | | | | | 72 | Diversified, structured product |
| | | SelectHedge Relative Value Class B USD | | | | | | 40 | Relative-value product |
| 37 | 32 | **Lighthouse Partners** (Palm Beach Gardens, FL) | 3,900 | 3,700 | 3,900 | | | | |
| | | Lighthouse Diversified Fund[6] | | | | | | 2,800 | Multistrategy |
| | | Lighthouse Low Volatility Fund[13] | | | | | | 461 | Market-neutral |
| | | Lighthouse Global Long/Short Fund[6] | | | | | | 120 | Global long-short equity |
| | | Lighthouse Credit Opportunities Fund[14] | | | | | | 80 | Credit |

[9] Total assets include those of Ehrenkranz & Ehrenkranz.
[10] The fund is an allocation portfolio that allocates capital across the company's master portfolios.
[11] This fund is invested in other funds of funds run by the Atlas Capital Group.
[12] Includes $2.8 billion in indexed multimanager portfolios.
[13] Formerly named the Lighthouse SuperCash Fund; includes onshore and offshore funds.
[14] Does not include allocations from other Lighthouse Partners managed funds; includes only third-party investors; includes onshore and offshore funds.

(continued on page 52)

ACCSAC00807113.005

## ALPHA's 50 BIGGEST FUNDS OF HEDGE FUNDS

| Rank 2005 | Rank 2004 | Firm, location, fund name(s) | Total assets ($ millions) 2005 | Total assets ($ millions) 2004 | Discretionary assets ($ millions) | White-label/ subadvisory assets ($ millions) | Advisory assets ($ millions) | Fund capital ($ millions) | Style |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 31 | **Northwater Capital Mgmt** (Toronto, Canada) | $3,835 | $3,773 | $3,835 | | | | |
| | | Northwater U.S. Alpha Composite | | | | | | $3,835 | Market-neutral |
| 40 | 33 | **Mariner Inv. Group** (Harrison, NY) | 3,827 | 3,628 | 3,827 | | | | |
| | | Mariner Partners/Mariner Atlantic | | | | | | 1,793 | Diversified, market-neutral, multistrategy |
| | | Mariner Select | | | | | | 1,089 | Diversified, market-neutral, multistrategy |
| 41 | 41 | **Olympia Capital Mgmt** (Paris, France) | 3,820 | 3,075 | | | | | |
| 42 | — | **Ramius HVB Partners**[15] (New York) | 3,755 | | 3,067 | $688 | | | |
| 43 | 37 | **LCF Edmond de Rothschild Asset Mgmt** (London, U.K.) | 3,740 | 3,352 | 3,740 | | | | |
| | | Leveraged Capital Holdings | | | | | | 1,265 | Macro traders, equity long-short |
| | | Asian Capital Holdings Fund | | | | | | 870 | Directional, global macro, equity long, equity long-short Japan, equity long-short Asia, equity long-short Asia including Japan |
| | | European Capital Holdings | | | | | | 813 | Arbitrage, macro/traders, equity long-short |
| | | Trading Capital Holdings | | | | | | 597 | Relative-value, systematic nontrend, trend, global macro |
| 44 | 39 | **Investcorp Asset Mgmt Program** (Manama, Bahrain) | 3,702 | 3,200 | 3,702 | | | | |
| 45 | — | **Mellon Financial Corp.** (Pittsburgh, PA) | 3,582 | | | | | | |
| | | EACM Advisors (Norwalk, CT) | 2,929[16] | 2,892 | 1,635 | 684 | $320 | | |
| | | EACM low-volatility composite | | | | | | 1,459 | Diversified, multistrategy approach |
| | | EACM medium-volatility composite | | | | | | 1,085 | Diversified, multistrategy approach |
| | | EACM Absolute Return Fund | | | | | | 111 | Diversified, multistrategy approach |
| | | **Mellon Global Alt. Inv.** (London, U.K.) | 653 | | | | | | |
| | | Mellon Sanctuary Fund | | | | | | 403 | |
| | | Mellon Sanctuary Fund II | | | | | | 92 | |
| | | Mellon Symmetry Fund | | | | | | 35 | |
| | | Mellon Nippon Absolute Fund | | | | | | 12 | |
| 46 | — | **K2 Advisors** (Stamford, CT) | 3,453 | 2,300 | 2,964 | 489 | | | |
| | | K2 Master Fund/K2 Inv. Partners | | | | | | 1,514[17] | Sixty to 70 percent long-short equities, 30 to 40 percent low volatility |
| | | K2 Long Short Master Fund/ K2 Long Short Fund | | | | | | 310[18] | Long-short equity |
| 47 | 42 | **Meridian Capital Partners** (Albany, NY) | 3,246 | 3,043 | 3,130 | 116 | | | |
| | | Meridian Horizon Fund | | | | | | 1,037[19] | Diversified |
| | | Meridian Diversified Fund Ltd.[20] | | | | | | 998 | Diversified |
| | | Meridian Performance Partners | | | | | | 402 | Hedged equity |
| | | Meridian Diversified Compass Fund | | | | | | 325 | Diversified |
| | | Meridian Diversified Fund L.P.[20] | | | | | | 185 | Diversified |
| 48 | 36 | **Citigroup Alt. Investments Fund of Hedge Funds Group** (New York, NY) | 3,228 | 3,514 | 1,979 | | 1,249 | | |
| | | Legion Strategies | | | | | | 782 | Diversified |
| 49 | 49 | **Optimal Inv. Services** (Geneva, Switzerland) | 3,209 | 2,850 | | 326 | | | |
| | | Optimal Arbitrage | | | | | | 1,099 | Relative-value arbitrage |
| | | Optimal European Opportunites | | | | | | 438 | Long-short equity |
| | | Optimal Multistrategy Ireland | | | | | | 434 | Multistrategy, including equity hedge, relative-value, tactical trading |
| | | Optimal Global Trading | | | | | | 411 | Global macro/discretionary; systematic/ trend following; global macro/diversified |
| | | Optimal U.S. Opportunities Ireland | | | | | | 253 | Long-short equity |
| 50 | — | **AGF Alt. Asset Mgmt** (Paris, France) | 3,196 | 2,148 | 2,593 | 603 | | | |
| | | Phénix Alt. Holdings | | | | | | 1,523 | Diversified |
| | | KGH USD Licorne | | | | | | 603 | Diversified |
| | | W Finance Arbitrage | | | | | | 453 | Diversified |
| | | AGF Multi Alternatives | | | | | | 195 | Diversified |
| | | Argos | | | | | | 113 | Diversified |

[15] Partnership resulting from the combination of the fund-of-funds businesses of Ramius Capital Group and Bäyerische Hypo-und Vereinsbank.
[16] As of July 1, 2005; EACM Advisors ranked No. 48 as a stand-alone entity in 2004, before its August 2004 acquisition by Mellon Financial Corp.
[17] Assets shown are for K2 Master Fund, L.P.
[18] Assets include those of K2 Long Short Master Fund and K2 Overseas Long Short Fund I, Ltd.
[19] Assets include those of Meridian Horizon Fund II, L.P., which began accepting capital on January 1, 1999.
[20] Managed by Meridian Diversified Fund Management, LLC, an affiliate of Meridian Capital Partners.

Be sure to visit www.institutionalinvestor.com/alpha for additional information on the Fund of Funds 50, including returns for individual funds, fund terms and conditions, head counts and data on firms too small to make our list.

ACCSAC00807113.006