# EXHIBIT 5

on: AIG PRIVATE BANK                     +41 1 267 56 30;    14.03.00 15:43;   JetFax #249;Seite 2/7
08/03 '00 MAA 10:18 FAX 5722476          FAIRFIELD SENTRY LTD.

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED                            INFORMATION MEMORANDUM

**A-1 Share Application Form**

# SHARE APPLICATION FORM

## INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

(i) Completed and signed Share Application Form and corresponding signature page.

(ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

Republic National Bank of New York
452 Fifth Avenue
New York, NY
U.S.A.
ABA# 021-004-823

For Account and Under
Swift Advice to:

Citco Bank Nederland, N.V.
World Trade Center
P.O. Box 7241
Amsterdam, The Netherlands

Account number:
                Redacted4.935

Reference:
                Fairfield Sentry Limited
                Account No. Redacted 3.797

By Order of:   Name of Subscriber

(iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

29 OF 37

14/03 '00 DIN 16:33  [TX/RX NR 6384]  @002

CONFIDENTIAL                                                    ANWAR-CFSE-00824194

/on: AIG PRIVATE BANK          +41 1 267 56 30;    14.03.00 15:44;   JetFax #249;Seite 5/7
06-03 '00, MAA 10:16 FAX 572476

FOR TRANSFER PURPOSES ONL'

\IRFIELD SENTRY LIMITED                              INFORMATION MEMORANDUM

**-2 Share Application Form**

To:  Fairfield Sentry Limited    Telephone: (31) 20-572-2114
     c/o Citco Fund Services
     (Europe) B.V.               Fax: (31) 20-572-2476
     Strawinskylaan 1725
     1077 XX Amsterdam
     P.O. Box 7241
     1007 JE Amsterdam
     The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to purchase

_____ -316.58- _____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

   Name: _____

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

   Name of Advisor: _____

   Name of Advisor's firm or organization: _____

   Not Applicable: _____

29 OF 37

CONFIDENTIAL                                                 ANWAR-CFSE-00824195

on: AIG PRIVATE BANK                    +41 1 267 56 30;    14.03.00 15:44;    JetFax #249;Seite 6/7
06/03 '00 MAA 10:17 FAX 5722476         FAIRFIELD SENTRY LTD.

**FOR TRANSFER PURPOSES ONLY**

AIRFIELD SENTRY LIMITED                                  INFORMATION MEMORANDUM

A-3 Share Application Form

I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator, Citco Fund Services (Europe) B.V.

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐ _____
Name of nominee to appear on Share Certificate

The subscriber hereby designates and appoints Interman Services Limited, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-575-0581.

30 OF 37

14/03 '00 DIN 16:33 [TX/RX NR 6384] @006

CONFIDENTIAL                                                              ANWAR-CFSE-00824196

on: AIG PRIVATE BANK                    +41 1 267 56 30;        14.03.00 15:44;    JetFax #249;Seite 7/7
08/03 '00 MAA 10:17 FAX 5722370         FAIRFIELD SENTRY LTD.

**FOR TRANSFER PURPOSES ONLY**

IRFIELD SENTRY LIMITED                                          INFORMATION MEMORANDUM
4 Share Application Form

Signature Page For Subscription by an:                          **INDIVIDUAL**

SHARES TO BE REGISTERED AS (check one):
*Please print all information exactly as you wish it to appear on the Company's records.)*

☐ Individual Subscriber                          ☐ Co-Subscribers
                                                    (Both signatures are required)

Name of Subscriber                               Name of Subscriber

Address                                          Address

Country of Residence                             Country of Residence

Telephone                                        Telephone

Telephone (Evenings)                             Telephone (Evenings)

Fax                                              Fax

Email                                            Email


Signature                                        Signature (both signatures are required)

Please print Name                                Please print Name

Date                                             Date


31 OF 37

14/03 '00 DIN 16:33  [TX/RX NR 6384]  ☒007

CONFIDENTIAL                                                    ANWAR-CFSE-00824197

on: AIG PRIVATE BANK          +41 1 267 56 30;    14.03.00 15:43;   JetFax #249;Seite 3/7

**FOR TRANSFER PURPOSES ONLY**

IFIELD SENTRY LIMITED

**INFORMATION MEMORANDUM**

5 Share Application Form

## Signature Page For Subscription by an: ENTITY

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ PARTNERSHIP (please include a copy of the partnership agreement (or similar document))

☐ TRUST (please include a copy of the trust agreement)

☐ CORPORATION - Please include certified resolutions (or similar documents) authorizing signature.

AIG Private Bank, Zurich ☐
BANK (please see page A-2)

☐ BROKER DEALER (see page A-2)

AIG Private Bank Ltd.
Name of Subscriber

Pelikanstrasse 37, 8021 Zurich
Address

Switzerland
Country of Formation

0041-1-824 65 55
Telephone

Telephone

Telephone (Evenings)

Fax (transmission number)

Email

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

(Please print all information exactly as you wish it to appear on the Company's records.)

Markus Hans                                    Daniel Huber
AIG Privat Bank AG                             AIG Privat Bank AG
Pelikanstrasse 37                              Pelikanstrasse 37
Postfach 1376                                  Postfach 1376
CH-8021 Zürich                                 CH-8021 Zürich
Name and Title (Please print name)             Name and Title (Please print name)

Signature (Trustee, partner or authorized corporate officer)    Signature (Trustee, partner or authorized corporate officer)

14.3.00                                        14.3.00
Dated                                          Dated

32 OF 37

14/03 '00 DIN 16:33  [TX/RX NR 6384] ☒003

CONFIDENTIAL                                                                 ANWAR-CFSE-00824198

on: AIG PRIVATE BANK
08/03 '00 MAA 10:17 FAX 5722476

+41 1 267 56 30;   14.03.00 15:43;   JetFax #249;Seite 4/7
FAIRFIELD SENTRY LTD.

**FOR TRANSFER PURPOSES ONLY**

RFIELD SENTRY LIMITED
-6 Share Application Form

INFORMATION MEMORANDUM

## UBSCRIPTION INFORMATION

**HARE REGISTRATION INFORMATION**

Name: AIG Private Bank Ltd.

Address: Pelikanstrasse 37, 8021 Zurich
Switzerland

Country of Residence:

Telephone: 41-1-824 65 55

Telephone (Evenings):

Fax:

**MAILING (POST) INFORMATION** (if other than address of registration)

**tEMITING BANK**

Chase Manhattan Bank, New York

me a/c Redacted 1897

Address:
United States of America

Country of Residence:

Telephone:

Telephone (Evenings):

Fax:

**BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank):

33 OF 37

14/03 '00 DIN 16:33   [TX/RX NR 6384]  @004

CONFIDENTIAL                                        ANWAR-CFSE-00824199

on: AIG PRIVATE BANK          +41 1 267 56 30;       14.03.00 15:08;  JetFax #238;Seite 5/5

The Transferee acknowledges having received the Information Memorandum of the Company.

The Transferee agrees to be bound by the terms and conditions of and to enter into the attached Subscription Agreement of the Company in addition to this document.

Dated: November 22, 1999

Signed:

Transferor                                              Transferee

7168    B. Amrein      5051    B. Fiechter
Bank Julius Baer & Co. Ltd.                             AIG Private Bank

                                                        O. Huber x

Please indicate also the names of the authorised signatories signing this document

Paul Wadvogel

14/03 '00 DIN 15:56   [TX/RX NR 6382]   ☑005

CONFIDENTIAL                                                                    ANWAR-CFSE-00824200