# EXHIBIT 6

Von: AIG PRIVATE BANK            +41 1 267 56 30;        02.05.00  9:34;   JetFax #57; Seite 1

# AIG
## Private Bank

**TELEFAX**

| | | | |
|---|---|---|---|
| To | Citco Bank N.V., Amsterdam<br>Maria Joao Fernandez | From | Gertrud Furrer |
| Fax | 003120 57 22 476 | Phone | 41 / 1 / 824 66 15 |
| cc | | Fax | 41 / 1 / 824 66 30 |
| Pages | 7 (including this page) | Email | g.furrer@aigpb.com |

Zurich, May 02, 2000

Dear Maria

Please find attached the completed subscription application for the transfer of -39.61- Fairfield Sentry to our account.

You will receive these forms by separate mail.

Sincerely yours,
AIG Private Bank Ltd.

Markus Frei            Gertrud Furrer

AIG Private Bank Ltd., Limmatquai 2, P.O. Box 1376, CH-8021 Zurich
Phone +41 (1) 267 55 55, Fax +41 (1) 252 20 02, Internet www.aigprivatebank.com
A member company of American International Group, Inc.

02/05 '00 DIN 10:19  [TX/RX NR 6679]  ☒001

CONFIDENTIAL                                                    ANWAR-CFSE-00823643

on: AIG PRIVATE BANK         +41 1 267 56 30;    02.05.00   9:35;   JetFax #57; Seite 2/8
01/05 '00 MAA 15:09 FAX 5722476          FAIRFIELD SENTRY LTD.

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED

**A-5** Share Application Form

INFORMATION MEMORANDUM

## Signature Page For Subscription by an:  ENTITY

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document))

☐ **TRUST** (please include a copy of the trust agreement)

☐ **CORPORATION** — Please include certified resolutions (or similar documents) authorizing signature.

☒ **BANK** (please see page A-2)    AIG Private Bank, Zurich

☐ **BROKER DEALER** (see page A-2)

Name of Subscriber: AIG Private Bank, Ltd.
Address: Pelikanstrasse 37, 8021 Zurich, Switzerland
Country of Formation:
Telephone: 0041-1- 824 65 55

Telephone:
Telephone (Evenings):
Fax (transmission number):
Email:

The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or owners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

(Please print all information exactly as it should appear on the Company's records.)

Markus Frei
AIG Privat Bank AG
Pelikanstrasse 37
Postfach 1376
CH-8021 Zürich

Name and Title (Please print name)
Signature (Trustee, partner or authorized corporate officer)
02.05.00
Dated

Daniel Huber
AIG Privat Bank AG
Pelikanstrasse 37
Postfach 1376
CH-8021 Zürich

Name and Title (Please print name)
Signature (Trustee, partner or authorized corporate officer)
02.05.00
Dated

32 OF 37

02/05 '00 DIN 10:19  [TX/RX NR 6679]  ☐002

CONFIDENTIAL                                                                                              ANWAR-CFSE-00823644

on: AIG PRIVATE BANK          +41 1 267 56 30;    02.05.00  9:35;   JetFax #57; Seite 3/8
01/05 '00 MAA 15:09 FAX 5722476    FAIRFIELD SENTRY LTD.                        ☒007

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED

**A-6** Share Application Form

INFORMATION MEMORANDUM

## SUBSCRIPTION INFORMATION

**SHARE REGISTRATION INFORMATION**

AIG Private Bank, Zurich
Name

Pelikanstrasse 37
Address

Switzerland
Country of Residence

0041-1-824 65 55
Telephone

Telephone (Evenings)

Fax

**MAILING (POST) INFORMATION** (if other than address of registration)

**REMITING BANK**

Chase Manhattan Bank, New York
Name

a/c   Redacted   1897
Address

United States of America
Country of Residence

Telephone

Telephone (Evenings)

Fax

**BANK FOR TRANSFERS** in case of redemptions (if other than Name & Address of Remitting Bank):

33 OF 37

02/05 '00 DIN 10:19  [TX/RX NR 6679] ☒003

CONFIDENTIAL                                                              ANWAR-CFSE-00823645

/on: AIG PRIVATE BANK    +41 1 267 56 30;    02.05.00  9:35;   JetFax #57; Seite 4/8
01/05 '00 MAA 15:08 FAX 5722476    FAIRFIELD SENTRY LTD.                              ⌀002

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED                                    INFORMATION MEMORANDUM

**A-1** Share Application Form

# SHARE APPLICATION FORM

## INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

   (i) Completed and signed Share Application Form and corresponding signature page.

   (ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

   Republic National Bank of New York
   452 Fifth Avenue
   New York, NY
   U.S.A.
   ABA# 021-004-823

   For Account and under
   Swift Advice to:

   Citco Bank Nederland, N.V.
   World Trade Center
   P.O. Box 7241
   Amsterdam, The Netherlands

   Account number:      Redacted 4.935

   Reference:

   Fairfield Sentry Limited
   Account No. Redacted 3.797

   By Order of:         Name of Subscriber

   (iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

28 OF 37

02/05 '00 DIN 10:19  [TX/RX NR 8679] ⌀004

CONFIDENTIAL                                                   ANWAR-CFSE-00823646

/on: AIG PRIVATE BANK         +41 1 267 56 30;    02.05.00  9:36;  JetFax #57; Seite 5/8
01/05 '00 MAA 15:08 FAX 5722476        FAIRFIELD SENTRY LTD.                          ☒003

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED                                    INFORMATION MEMORANDUM
**A-2 Share Application Form**

To:  Fairfield Sentry Limited    Telephone: (31) 20-572-2114
     c/o Citco Fund Services
     (Europe) B.V.                Fax: (31) 20-572-2476
     Strawinskylaan 1725
     1077 XX Amsterdam
     P.O. Box 7241
     1007 JE Amsterdam
     The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to ~~purchase~~ receive

U.S. $_____39.61_____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

   Name: _____

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

   Name of Advisor: _____

   Name of Advisor's firm or organization: _____

   Not Applicable: _____

29 OF 37

02/05 '00 DIN 10:19  [TX/RX NR 6679] ☒005

CONFIDENTIAL                                                          ANWAR-CFSE-00823647

on: AIG PRIVATE BANK              +41 1 267 56 30;    02.05.00  9:36;  JetFax #57; Seite 6/8
01/05 '00 MAA 15:09 FAX 5722476        FAIRFIELD SENTRY LTD.                              ☒004

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED

**A-3** Share Application Form

INFORMATION MEMORANDUM

I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator, Citco Fund Services (Europe) B.V.

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐ _____

Name of nominee to appear on Share Certificate

The Subscriber hereby designates and appoints Interman Services Limited, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-675-0881.

30 OF 37

02/05 '00 DIN 10:19  [TX/RX NR 6679] ☒006

CONFIDENTIAL                                                          ANWAR-CFSE-00823648

on: AIG PRIVATE BANK                          +41 1 267 56 30;    02.05.00  9:37;   JetFax #57; Seite 7/8
01/05 '00 MAA 15:09 FAX 5722476              FAIRFIELD SENTRY LTD.                              ☒005

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED

**A-4** Share Application Form                        INFORMATION MEMORANDUM

**Signature Page For Subscription by an:**                **INDIVIDUAL**

SHARES TO BE REGISTERED AS (check one):
*(Please print all information exactly as you wish it to appear on the Company's records.)*

| Individual Subscriber ☐ | Co-Subscribers ☐ |
|---|---|
| | (Both signatures are required) |
| Name of Subscriber | Name of Subscriber |
| Address | Address |
| Country of Residence | Country of Residence |
| Telephone | Telephone |
| Telephone (Evenings) | Telephone (Evenings) |
| Fax | Fax |
| Email | Email |
| Signature | Signature (both signatures are required) |
| Please print Name | Please print Name |
| Date | Date |

31 OF 37

02/05 '00 DIN 10:19  [TX/RX NR 6679] ☒007

CONFIDENTIAL                                                                      ANWAR-CFSE-00823649