# EXHIBIT 7

08-01789-cgm    Doc 22429-7    Filed 10/14/22    Entered 10/14/22 17:06:58    Ex. 7
Pg 2 of 7

09/05 '00 DIN 11:16 FAX 5722476        FAIRFIELD SENTRY LTD.                    ☒007

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED                              INFORMATION MEMORANDUM
**A-1** Share Application Form

# SHARE APPLICATION FORM

## INSTRUCTIONS

A. All subscribers. Complete pages A-2 and A-3 by (i) filling in the dollar amount of Shares subscribed for, and (ii) indicating whether the Shares are to be issued in registered form or in the name of a nominee, and page A-6 by providing the requested information.

B. Subscriptions by Individuals. If a subscription is by an individual (including more than one), the "Signature Page for Subscription by an Individual" (page A-4) must be completed.

C. Subscriptions by Entities. If a subscription is by an entity (trust, partnership, corporation, bank or broker-dealer), the "Signature Page for Subscription by an Entity" (page A-5 must be completed.

D. Items to be delivered by All Subscribers.

   (i)  Completed and signed Share Application Form and corresponding signature page.

   (ii) U.S. denominated funds in the amount of the full purchase price for Shares. Wire transfer funds for the full amount of the subscription to the Company's escrow account at:

   Republic National Bank of New York
   452 Fifth Avenue
   New York, NY
   U.S.A.
   ABA# 021-004-823

   For Account and under
   Swift Advice to:

   Citco Bank Nederland, N.V.
   World Trade Center
   P.O. Box 7241
   Amsterdam, The Netherlands

   Account number:

   Redacted 4.935

   Reference:

   Fairfield Sentry Limited
   Account No. Redacted 3.797

   By Order of:            Name of Subscriber

   (iii) Subscription documents should be delivered or mailed to Fairfield Sentry Limited, c/o Citco Fund Services (Europe) B.V., Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax no.: (31) 20-675-0881.

28 OF 37

CONFIDENTIAL                                                          ANWAR-CFSE-00821125

09/05 '00 DIN 11:14 FAX 5722476          FAIRFIELD SENTRY LTD.                    ☒002

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED                              INFORMATION MEMORANDUM

**A-2 Share Application Form**

To:     Fairfield Sentry Limited      Telephone: (31) 20-572-2114
        c/o Citco Fund Services
        (Europe) B.V.                 Fax: (31) 20-572-2476
        Strawinskylaan 1725
        1077 XX Amsterdam
        P.O. Box 7241
        1007 JE Amsterdam
        The Netherlands

Please fill in the following information:
The undersigned hereby irrevocably subscribes for and agrees to ~~purchase~~ receive

U.S. $_____292.24_____ of Shares (the "Shares")

in Fairfield Sentry Limited (the "Company") upon the terms of the Information Memorandum dated June 30, 1994, as amended, which I/we have received and read. I/We acknowledge that I am/we are able to afford a shareholding in a speculative venture having the risks and objectives of the Company.

I/We declare that the Shares hereby subscribed for are not being (i) acquired directly or indirectly by, and (ii) will not be transferred directly or indirectly to, (A) a natural person who is a citizen, national or resident of, or an institution or other entity organized, created, formed, chartered or resident in, the United States of America ("U.S. Person"), (B) an entity as to which any person or entity described in (A) above is, directly or indirectly, a beneficiary, fiduciary, grantor or decedent, or (C) institutions or other entities owned, in whole or in part, directly or indirectly, by the persons or entities described in (A) or (B) above.

If the subscriber is a bank or broker-dealer, the subscriber hereby represents and warrants, when it is acquiring Shares on behalf of clients for investment purposes, that such clients are not U.S. Persons, that it will notify the Company if it shall come to its knowledge that any such client is or has become a U.S. Person, that it will not at any time knowingly transfer or deliver the Shares or any part thereof or interest therein to a U.S. Person, and that it will not make any transfer thereof in the United States of America, its territories or possessions.

**RELATED PROFESSIONALS**
(Subscriptions cannot be accepted if this section is not completed)

(i) Please indicate the name of the person at the Fairfield Greenwich Group with whom this subscription is associated.

   Name: _____

(ii) Please indicate the name, if applicable, of the person and/or entity who acts as an advisor with respect to this subscription.

   Name of Advisor: _____

   Name of Advisor's firm or organization: _____

   Not Applicable: _____

CONFIDENTIAL                                              ANWAR-CFSE-00821126

**FOR TRANSFER PURPOSES ONLY**

**FAIRFIELD SENTRY LIMITED**                                              INFORMATION MEMORANDUM

**A-3** Share Application Form

I/We declare that I/we have a net worth of at least U.S. $1 Million and hereby consent to being treated as a "professional investor" pursuant to the British Virgin Islands Mutual Funds Act.

Shares will be held in book entry form on behalf of the subscriber, following acceptance, by the Administrator, Citco Fund Services (Europe) B.V.

Shares Certificates may be issued in the name of the Shareholder or a Nominee. If this facility is required, please check the box below and if nominee registration is required, fill in the name of the nominee:

☐ _____
Name of nominee to appear on Share Certificate

● The Subscriber hereby designates and appoints Interman Services Limited, through its authorized officers and directors, with full power of substitution, as its true and lawful Proxy and Attorney-in-Fact for the purpose of voting the shares herein subscribed for as said Proxy may determine on any and all matters which may arise at any annual or special meeting of shareholders and upon which such shares could be voted by shareholders present in person at such meeting. This Proxy may be revoked by the owner of record of the shares hereby subscribed for, either personally or by presentation of a subsequently executed proxy at any annual meeting or special meeting of shareholders, or by written notice to:
**Citco Fund Services (Europe) B.V., World Trade Center, Tower B, 17th Floor, Strawinskylaan 1725, 1077 XX Amsterdam, P.O. Box 7241, 1007 JE Amsterdam, The Netherlands; fax. no.: (31) 20-675-0881.**

CONFIDENTIAL                                                                       ANWAR-CFSE-00821127

09/05 '00 DIN 11:15 FAX 5722476          FAIRFIELD SENTRY LTD.                    @004

**FOR TRANSFER PURPOSES ONLY**

FAIRFIELD SENTRY LIMITED                                    INFORMATION MEMORANDUM

**A-4 Share Application Form**

## Signature Page For Subscription by an: INDIVIDUAL

SHARES TO BE REGISTERED AS (check one):
*(Please print all information exactly as you wish it to appear on the Company's records.)*

☐ Individual Subscriber                    ☐ Co-Subscribers
                                              (Both signatures are required)

| Individual Subscriber | Co-Subscribers |
|---|---|
| Name of Subscriber | Name of Subscriber |
| Address | Address |
| Country of Residence | Country of Residence |
| Telephone | Telephone |
| Telephone (Evenings) | Telephone (Evenings) |
| Fax | Fax |
| Email | Email |
| Signature | Signature (both signatures are required) |
| Please print Name | Please print Name |
| Date | Date |

CONFIDENTIAL                                                                    ANWAR-CFSE-00821128

09/05 '00 DIN 11:15 FAX 5722476          FAIRFIELD SENTRY LTD.                                    ☒005

**FAIRFIELD SENTRY LIMITED**                                                        INFORMATION MEMORANDUM

**A-5 Share Application Form**

FOR TRANSFER PURPOSES ONLY

## Signature Page For Subscription by an:                                              **ENTITY**

SHARES TO BE REGISTERED AS FOLLOWS (entity of ownership please check one):

☐ **PARTNERSHIP** (please include a copy of the partnership agreement (or similar document)

☐ **TRUST** (please include a copy of the trust agreement)

● ☐ **CORPORATION** - Please include certified resolutions (or similar documents) authorizing signature.

AIG Private Bank, Zurich
☐ **BANK** (please see page A-2)

☐ **BROKER DEALER** (see page A-2)

AIG Private Bank Ltd.
**Name of Subscriber**                                  **Telephone**

Pelikanstrasse 37, 8021 Zurich
**Address**                                             **Telephone (Evenings)**

Switzerland
**Country of Formation**                                **Fax (transmission number)**

0042-1-824 65 55
**Telephone**                                           **Email**

● The undersigned trustee, partner or officer warrants that he has full power and authority from all beneficiaries or partners or from the board of directors of the entity named below to sign this Share Application Form on behalf of the entity and that a purchase of Shares in Fairfield Sentry Limited is not prohibited by the governing documents of the entity.

*(Please print all information exactly as you wish it to appear on the Company's records.)*

Markus Frei                                             Daniel  Huber
**Name and Title (Please print name)**                  **Name and Title (Please print name)**

*[signature]*                                           *[signature]*
**Signature (Trustee, partner or authorized corporate officer)**    **Signature (Trustee, partner or authorized corporate officer)**

09.05.2000                                              09.05.2000
**Dated**                                               **Dated**

AIG Privat Bank AG                                      AIG Privat Bank AG
Pelikanstrasse 37                                       Pelikanstrasse 37
Postfach 1376                                           Postfach 1376
CH-8021 Zürich              32 OF 37                    CH-8021 Zürich

CONFIDENTIAL                                            ANWAR-CFSE-00821129

09/05 '00 DIN 11:15 FAX 5722476          FAIRFIELD SENTRY LTD.                    ☒006

**FAIRFIELD SENTRY LIMITED**

**A-6** Share Application Form

**FOR TRANSFER PURPOSES ONLY**

INFORMATION MEMORANDUM

## SUBSCRIPTION INFORMATION

| SHARE REGISTRATION INFORMATION | MAILING (POST) INFORMATION (if other than address of registration) |
|---|---|
| AIG Private Bank, Zurich  <br>*Name* | |
| Pelikanstrasse 37  <br>*Address* | |
| Switzerland  <br>*Country of Residence* | |
| 0041-1-824 65 55  <br>*Telephone* | |
| *Telephone (Evenings)* | |
| *Fax* | |

| REMITING BANK | BANK FOR TRANSFERS in case of redemptions (if other than Name & Address of Remitting Bank): |
|---|---|
| Chase Manhattan Bank, New York  <br>*Name* | |
| a/c Redacted 1897  <br>*Address* | |
| United Statea of America  <br>*Country of Residence* | |
| *Telephone* | |
| *Telephone (Evenings)* | |
| *Fax* | |

CONFIDENTIAL                                                      ANWAR-CFSE-00821130