# EXHIBIT 9

**CBN client references**

| Red. | Code | Client |
|---|---|---|
| Reda | 2448 | BSI AG |
| Red | 2450 | Banco del Gottardo |
| Reda | 2851 | Ehinger & Armand von Ernst (formerly cantrade) |
| Reda | 2899 | Bank Hofman |
| Reda | 2900 | LGT Bank Liechtenstein |
| Reda | 2903 | LGT Bank Liechtenstein |
| Reda | 3050 | Banca Unione de Credito |
| Reda | 3561 | Bank Leu (Zurich) |
| Reda | 3577 | Dexia BIL |
| Reda | 9248 | Credit Suisse Fides |
| Reda | 6107 | Ferrier Lullien |
| Reda | 6325 | Liechtensteinse Landesbank |
| Reda | 6005 | Lloyds Geneva |
| Reda | 6111 | Intersettle (UBS) |
| Reda | 6112 | Intersettle (UBS) |
| Reda | 0111 | Lombard Odier Darier Hentsch |
| Reda | 6903 | SEB Private Bank |
|  | 185009 | AIG Privatbank |
| Reda | 0023 | Verwaltungs und Privatbank |
| Reda | 0029 | Rothschild Lugano |
| Reda | 0030 | Rothschild Bank Geneva |
| Reda | 0031 | UEB / United European Bank |
| Reda | 0040 | Rothschild Bank Zurich |
| Reda | 0041 | Finter Bank Zurich |
| Reda | 0042 | Banca Arner |
| Reda | 0043 | PKB Privatbank |
| Reda | 0047 | Bank Sarasin |
| Reda | 0049 | Adler Privatbank |
| Reda | 0052 | Dresdner (Zurich) |
| Reda | 0059 | Clariden |
| Reda | 0062 | Schweizer Verband der Raffeissen Banken |
| Reda | 0071 | Credit Suisse |
| Reda | 0073 | Pictet |
| Reda | 0078 | BNP Paribas |
| Reda | 0080 | ABN Amro Schweiz |
| Reda | 0087 | Swissca Securities |
| Reda | 0096 | Unifortune Conservative — Yanko in Redstone 8-1 |
| Reda | 0107 |  |
| Reda | 0156 | CBN Milan / Unifortune |
| Reda | 0500 | Centrum Bank |
| Reda | 0719 | BBVA |
| Reda | 0724 | BBH Luxembourg (FGF Lux) |
| Reda | 0741 | Banque Cantonale Vaudoise?? — PT |
| Reda | 0749 | Banque MeesPierson Zurich |
| Reda | 0750 | Mirabaud |
| Reda | 0003 | Advanced Asset Allocation Master |
| Reda | 0123 | Fairfield Investment Fund Ltd |
| Reda | 0480 | Teorema Alt Strategies |
| Reda | 0487 | Fairfield GCI USD |
| Reda | 0526 | Fairfield GCI JPY |
| Reda | 0569 | Cedars Green Brazil |
| Reda | 0640 | Fedesa?? |
| Reda | 0683 | Soundvest Capital Management |
| Reda | 0767 | BPW |
| Red | 0805 | Fairfield Masters |
| Reda | 0808 | Quasar fund A |
| Reda | 0971 | FCL IFT Global diversified CLS |
| Reda | 0985 | FIF Advanced |
| Reda | 0795 | Fairfield Investors (JPY) Ltd |
| Red | 0871 | Quasar fund B |
| Reda | 1212 | Fairfield Investors (Euro) Ltd |
| Reda | 1214 | Fairfield Investors (CHF) Ltd |
| Reda | 1136 | Fairfield Lambda |
| Reda | 1108 | Fairfield Sigma |
| Red | 6680 | Longboat Limited |
| Reda | 8160 | Ocean Strategies |

Handwritten annotations (right side):
- Redacted  ...633 - F. Ludgate
- Redacted  ...863 - F. Lion
- Redacted  ...114 - F. Rushsh..
- Redacted  4630 - Bank Julius Baer / Swisspartner

Handwritten annotations (bottom):
- Redacted  ...43 - BBH Lux
- Redacted  0011 - Privatbank Ihag Zurich AG
- Redacted  3405 - F. Sentry

CONFIDENTIAL

CFSE-TRST-000715
CFSSAA0000715

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | FGG Fund Codes | | | | | | | Client Number |
| 2 | | Fund Name | ISIN Number | Sedol number | Cusip | Valoren | Bloomberg | Reuters | Client Number |
| 3 | | Arlington International Fund LTD EUR | VGG0479Q1155 | | | | | | |
| 4 | | Arlington International Fund LTD EUR Class D | VGG0479Q1312 | | | | | | |
| 5 | | Arlington International Fund LTD USD | VGG0479Q1072 | | | | | | |
| 6 | | Arlington International Fund LTD USD Class C | VGG0479Q1239 | | | | | | |
| 7 | | Chester Global Emerging Markets Fund Ltd- EUR | KYG2094P1000 | | | | | | Reda 3561 |
| 8 | | Chester Global Emerging Markets Fund Ltd- USD | KYG2094P1182 | | | | | | Reda 3561 |
| 9 | | Chester Global Strategy Fund - EUR A-2 | KYG209451122 | | | | | | Reda 3561 |
| 10 | | | | | | | | | Reda 4650 |
| 11 | | | | | | | | | Reda 8400 |
| 12 | | | | | | | | | Reda 0111 |
| 13 | | | | | | | | | Reda 0040 |
| 14 | | | | | | | | | Reda 0047 |
| 15 | | | | | | | | | Reda 0049 |
| 16 | | | | | | | | | Reda 0059 |
| 17 | | | | | | | | | Reda 0080 |
| 18 | | | | | | | | | Reda 0719 |
| 19 | | Chester Global Strategy Fund - USD A-2 | KYG209451049 | | | | | | Reda 2448 |
| 20 | | | | | | | | | Reda 2450 |
| 21 | | | | | | | | | Reda 2900 |
| 22 | | | | | | | | | Reda 3350 |
| 23 | | | | | | | | | Reda 3561 |
| 24 | | | | | | | | | Reda 4650 |
| 25 | | | | | | | | | Reda 8400 |
| 26 | | | | | | | | | Reda 6005 |
| 27 | | | | | | | | | Reda 0111 |
| 28 | | | | | | | | | 185009 |
| 29 | | | | | | | | | Reda 0021 |
| 30 | | | | | | | | | Reda 0040 |
| 31 | | | | | | | | | Reda 0047 |
| 32 | | | | | | | | | Reda 0049 |
| 33 | | | | | | | | | Reda 0059 |
| 34 | | | | | | | | | Reda 0076 |
| 35 | | | | | | | | | Reda 0080 |
| 36 | | | | | | | | | Reda 0719 |
| 37 | | | | | | | | | Reda 1298 |
| 38 | | Chester Global Strategy Fund - USD A-1 | KYG209451387 | | | | | | Reda 2900 |
| 39 | | | | | | | | | Reda 0047 |
| 40 | | Chester Global Strategy Fund - EUR A-1 | KYG209451205 | | | | | | |
| 41 | | Chester Global Strategy Fund -LP | US1657651089 | | | | | | |
| 42 | | Chester Horizons Fund - EUR | KYG210191071 | | | | | | 190049 |

FGGE001378003  
SECSEV1955526  
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|    | J                    | K                                                  |
|----|----------------------|----------------------------------------------------|
| 1  | Underlying client    | CBND Comments                                      |
| 2  | Client Name          |                                                    |
| 3  |                      |                                                    |
| 4  |                      |                                                    |
| 5  |                      |                                                    |
| 6  |                      |                                                    |
| 7  | Clariden Leu         |                                                    |
| 8  | Clariden Leu         |                                                    |
| 9  | Clariden Leu         |                                                    |
| 10 | Bank Julius Baer     |                                                    |
| 11 | RBS Coutts Bank      |                                                    |
| 12 | Lombard Odier Darief |                                                    |
| 13 | Rothschild Bank AG   |                                                    |
| 14 | Bank Sarasin         |                                                    |
| 15 | Adler and Co         |                                                    |
| 16 | Clariden Bank        |                                                    |
| 17 | ABN Amro             |                                                    |
| 18 | BBVA                 |                                                    |
| 19 | BSI                  |                                                    |
| 20 | BSI Ex Banca         |                                                    |
| 21 | LGT Bank             |                                                    |
| 22 | Bank Leumi           |                                                    |
| 23 | Clariden Leu         |                                                    |
| 24 | Bank Julius Baer     |                                                    |
| 25 | RBS Coutts Bank      |                                                    |
| 26 | Llyods Bank          |                                                    |
| 27 | Lombard Odier Darief |                                                    |
| 28 | AIG Private Bank     |                                                    |
| 29 | Ihag Handelsbank     |                                                    |
| 30 | Rothschild Bank AG   |                                                    |
| 31 | Bank Sarasin         |                                                    |
| 32 | Adler and Co         |                                                    |
| 33 | Clariden Bank        |                                                    |
| 34 | BNP Paribas Suisse   |                                                    |
| 35 | ABN Amro             |                                                    |
| 36 | BBVA                 |                                                    |
| 37 | Bank Julius Baer     |                                                    |
| 38 | LGT Bank             |                                                    |
| 39 | Bank Sarasin         |                                                    |
| 40 |                      | We do not have a record of this fund on our system |
| 41 |                      | We do not have a record of this fund on our system |
| 42 | Adler and Co         |                                                    |

FGGE001378004
SECSEV1955527
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001378011
SECSEV1955534
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 172 | | | | | | | | Reda 0047 |
| 173 | Fairfield Renaissance Inst Equities EUR | KYG330141121 | | | | | | Reda 0040 |
| 174 | | | | | | | | Reda 0043 |
| 175 | | | | | | | | Reda 0059 |
| 176 | | | | | | | | Reda 4214 |
| 177 | Fairfield Renaissance Inst Futures Fund LP | US30472P1003 | 2241335 | | 496079 | FAIINEU VI | CH496079 | |
| 178 | Fairfield Renaissance Inst Futures Fund LTD EURO | KYG333571159 | 2241391 | | 904366 | FAIINSF VI | CH904366 | |
| 179 | Fairfield Renaissance Inst Futures Fund LTD USD | KYG333571076 | | | 246993 | FIFADVA VI | CH246993 | Reda 2448 |
| 180 | | | | | | | | Reda 8400 |
| 181 | | | | | | | | |
| 182 | | | | | | | | Reda 0042 |
| 183 | | | | | | | | Reda 0047 |
| 184 | | | | | | | | Reda 0052 |
| 185 | | | | | | | | Reda 0059 |
| 186 | Fairfield Renaissance Inst Equities LP | US30472M1071 | | G20945104 | 1583763 | CHEGLSU KY | | |
| 187 | Fairfield Renaissance Inst Equities USD | KYG330141048 | | G20945112 | 1583767 | CHEGLSE KY | | Reda 2448 |
| 188 | | | | | | | | Reda 2900 |
| 189 | | | | | | | | Reda 3561 |
| 190 | | | | | | | | Reda 0111 |
| 191 | | | | | | | | |
| 192 | | | | | | | | Reda 0040 |
| 193 | | | | | | | | Reda 0047 |
| 194 | | | | | | | | Reda 0049 |
| 195 | | | | | | | | Reda 0059 |
| 196 | | | | | | | | Reda 0076 |
| 197 | Fairfield Sentry Limited | VGG3299L1004 | | | | | | Reda 2448 |
| 198 | | | | | | | | Reda 2450 |
| 199 | | | | | | | | Reda 2900 |
| 200 | | | | | | | | Reda 3350 |
| 201 | | | | | | | | Reda 3561 |
| 202 | | | | | | | | Reda 2800 |
| 203 | | | | | | | | Reda 8400 |
| 204 | | | | | | | | Reda 6005 |
| 205 | | | | | | | | Reda 6111 |
| 206 | | | | | | | | Reda 0111 |
| 207 | | | | | | | | 185009 |
| 208 | | | | | | | | Reda 0021 |
| 209 | | | | | | | | Reda 0023 |
| 210 | | | | | | | | Reda 0027 |
| 211 | | | | | | | | Reda 0029 |
| 212 | | | | | | | | |
| 213 | | | | | | | | Reda 0040 |
| 214 | | | | | | | | Reda 0042 |

FGGE001378012
SECSEV1955535
FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

|     | J | K |
|-----|---|---|
| 172 | Bank Sarasin | |
| 173 | Rothschild Bank AG | |
| 174 | PKB Privatbank AG | |
| 175 | Clariden Bank | |
| 176 | Callisto | |
| 177 | | |
| 178 | | No CBN clients invested in this fund. |
| 179 | BSI | |
| 180 | RBS Coutts Bank | |
| 181 | | Waiting for underlying client to approve disclosure of identity. |
| 182 | Bank Arner SA | |
| 183 | Bank Sarasin | |
| 184 | Dresdner Bank | |
| 185 | Clariden Bank | |
| 186 | | |
| 187 | BSI | |
| 188 | LGT Bank | |
| 189 | Clariden Leu | |
| 190 | Lombard Odier Darief | |
| 191 | | Waiting for underlying client to approve disclosure of identity. |
| 192 | Rothschild Bank AG | |
| 193 | Bank Sarasin | |
| 194 | Adler and Co | |
| 195 | Clariden Bank | |
| 196 | BNP Paribas Suisse | |
| 197 | BSI | |
| 198 | BSI Ex Banca | |
| 199 | LGT Bank | |
| 200 | Bank Leumi | |
| 201 | Clariden Leu | |
| 202 | Banque Cantonale Vaudoise | |
| 203 | RBS Coutts Bank | |
| 204 | Llyods Bank | |
| 205 | Intersettle | |
| 206 | Lombard Odier Darief | |
| 207 | AIG Private Bank | |
| 208 | Ihag Handelsbank | |
| 209 | Verwaltungs | |
| 210 | Corner Banca SA | |
| 211 | Rothschild Lugano | |
| 212 | | Waiting for underlying client to approve disclosure of identity. |
| 213 | Rothschild Bank AG | |
| 214 | Bank Arner SA | |