# EXHIBIT 11

| | |
|---|---|
| From: | Veronica Barco [IMCEAEX-_O=FAIRFIELD+20GREENWICH+20GROUP_OU=FAIRGREENGROUP_CN=RECIPIENTS_CN=VERONICA@fairdomain01.com] |
| Sent: | Thursday, March 21, 2002 4:24 PM |
| To: | katherine.owens@aig.com |
| Cc: | Cornelis Boele |
| Subject: | FW: off-shore offering documents/subscription agreement needed |
| Attachments: | Sentry Cornelis.doc; Fairfield Sentry.pdf; subscription closing procedures 2402.doc |

Dear Ms. Owens,

As requested, please find enclosed subscription documents and the offering memorandum of the Fairfield Sentry Limited Fund. The third file relates to our policy with regard to subscriptions and redemptions.

Should you have any questions, please do not hesitate to contact us.

Best regards,

Veronica Barco for Cornelis Boele
Fairfield Greenwich Group
Tel (212) 319 6060



-----Original Message-----
From: Owens, Katherine
To: 'cornelis@fggus.com'
Sent: 3/21/02 9:13 AM
Subject: off-shore offering documents/subscription agreement needed

Dear Cornelis,

Please send the above documents to me at the following e-mail address:

katherine.owens@aig.com


Thanks a lot,
Katherine Owens
212-458-2882

1

CONFIDENTIAL

FGANW005688595
FG-05804646