# EXHIBIT 13

| | |
|---|---|
| ACCOUNTNAME: | AIG Private Bank |
| CONTACTNAME: | Guettinger, Freddy |
| CATEGORY: | Dropped Email |
| CREATEDATE: | 2002-09-19 11:00:09 |
| DESCRIPTION: | Fairfield Greenwich Group Investment Funds |
| USERNAME: | Barco, Veronica |
| NOTES: | FROM: Veronica Barco |
| To: | 'fredy.guettinger@aigpb.com' |
| Cc: | Cornelis Boele |
| Subject: | Fairfield Greenwich Group Investment Funds |

Dear Mr. Guettinger:

Good Day!

Thank you for your interest in learning more about our investment produc
LONGNOTES: FROM: Veronica Barco

TO: 'fredy.guettinger@aigpb.com'
CC: Cornelis Boele
BCC:
Subject: Fairfield Greenwich Group Investment Funds

Dear Mr. Guettinger:

Good Day!

Thank you for your interest in learning more about our investment products and visiting our FGG website. We very much appreciate your completing the investor application form.

We would like to take this opportunity to brief you on our group and our alternative investments that are currently open for new investors. The Fairfield Greenwich Group ("FGG") specializes in the origination, management, and marketing of alternative asset management funds. Throughout our history, we have internally managed our own hedge funds and selectively identified external managers for comprehensive marketing affiliations. We have offices in New York and London, with other locations in the U.S., Europe and Latin America. FGG's primary fund administrator, Curacao International Trust Company (CITCO), is the largest hedge fund administrator in the world, and FGG is one of CITCO's largest clients. CITCO Fund Services (Europe) BV., an affiliate of Curacao International Trust Company, N.V., acts as escrow agent, administrator, registrar and transfer agent for our hedge funds.

We are continually evaluating asset managers in pursuit of the few that can consistently deliver good risk adjusted returns regardless of market environment. Our managers are active in one strategy only where our Group has an in depth knowledge and understanding of the strategy. We have enclosed information on the following strategies :

- Fairfield Sentry Limited Fund (split strike conversion)
- Fairfield Greenwich-FFTW Diversified Alpha Fund (fixed income arbitrage)
- Fairfield GMO Market Neutral Fund (market neutral)

We market these hedge funds independently or as a multi-manager offering, "Fairfield Masters Fund, Ltd". This offering will be launched on October 2002 and features equal allocations to these three components. As you can see from the statistical information from each strategy, all the funds have compelling risk adjusted returns in all different market conditions.

For your information, we have met with Mr. Robert Discolo of AIG in New York and have been in conversations to explore new opportunities to develop a relationship with this institution. In addition, my colleague, Mr. Philip Toub will be traveling to Zurich on September 27th and would like to meet with you to discuss further our investment products. Please feel free to contact me at cornelis@fggus.com or at (212) 319 6060 should you

CONFIDENTIAL

FGANWX000011349
FG-05958246

have any questions.

We look forward to working with you and hope for a long, successful and mutually-rewarding relationship.

Yours truly,
CORNELIS BOELE
Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:     (212) 319 6060
Fax:    (212) 319 0450

 <<Sentry tear sheet (Aug-02).pdf>>  <<FG-FFTW tear sheet  (Jul-02).pdf>>  <<GMO Private Client tearsheet (Jul-02).pdf>>  <<Masters tearsheet Private Client Class (Aug-02).pdf>>

CONFIDENTIAL

FGANWX000011350
FG-05958247