# EXHIBIT 14

| | |
|---|---|
| From: | Dan Lipton [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=DLIPTON@fairdomain01.com] |
| Sent: | Wednesday, March 19, 2003 3:30 PM |
| To: | Cornelis Boele [cornelis@fggus.com]; Veronica Barco [veronica@fggus.com] |
| Subject: | RE: Fairfield Sentry performance |

A Spread is synonymous with a Collar. The correct terminology for the split-strike conversion strategy is actually a Bull Spread. This means that the strategy purchases long equities, shorts out of the money calls and uses the premiums received to pay partially for out of the money puts. The puts have a notional value no less than the long equity exposure. The 'spread' is the range between the call strike and the put strike.

Hope this helps,
Dan

Daniel E. Lipton
Fairfield Greenwich Group
919 Third Avenue - 11th Floor
New York, NY 10022
212-991-5265 - Direct
212-319-6060 - General
212-319-0450 - Fax


-----Original Message-----
From: Veronica Barco On Behalf Of Cornelis Boele
Sent: Monday, March 17, 2003 9:43 AM
To: Dan Lipton
Subject: FW: Fairfield Sentry performance

Could you elaborate.
Thanks,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450


-----Original Message-----
From: Owens, Katherine [mailto:Katherine.Owens@AIG.com]
Sent: Monday, March 17, 2003 9:02 AM
To: Cornelis Boele
Subject: RE: Fairfield Sentry performance


Thanks, Cornelis. When you talk about the fund entering into a spread, are
you talking about a call spread? I believe you're only selling calls - not
also buying them. Can you please clarify?

Thanks,

1

CONFIDENTIAL

FGANW005688648
FG-05804699

Katherine

> -----Original Message-----
> From: Cornelis Boele [SMTP:cornelis@fggus.com]
> Sent: Tuesday, March 11, 2003 10:37 AM
> To:   katherine.owens@aig.com
> Subject:    Fairfield Sentry performance
>
> Dear Shareholders and Interested Parties of the Fairfield Sentry Limited
> Fund:
>
> For your information, following please find January and February 2003
> commentaries.
>
> Fairfield Sentry Limited:  January 31, 2003 Official NAV $882.77, (0.27%)
>
>
> The Fairfield Sentry Fund, Ltd. had a rare down month in January. Although
> it was down only 27bps, we have had several inquiries about the Fund. We
> wanted to just reassure our clients that to the best of our knowledge the
> Fund has not had any style drift, no operational issues, and no change in
> management or traders. The Funds simply entered into a spread in the
> middle of January and then the markets went against the trade after it was
> fully invested. The strategy hedged its downside efficiently as the Puts
> covered most of the losses on the basket of equities.  Subsequent to the
> January expiration of the options, the Fund rolled the spread down into
> the trading range at that time and once again the markets moved against
> the Fund.
>
>
>
> Fairfield Sentry Limited:  February 28, 2003 Estimated net return (0.06%)
>
>
>
> The Fairfield Sentry Fund, Ltd. is estimated to be down 6bps in February.
> Although it was down only 6bps, we have had several inquiries about the
> Fund. We wanted to just reassure our clients that to the best of our
> knowledge the Fund has not had any style drift, no operational issues, and
> no change in management or traders.
>
>
>
> The Fund simply entered into a spread in the middle of January for
> expiration in February and then the markets went against the trade after

2

CONFIDENTIAL

FGANW005688649

FG-05804700

> it was fully invested. The strategy hedged its downside efficiently as the
> Puts covered most of the losses on the basket of equities.  Subsequent to
> the February expiration of the options, the Fund liquidated all positions
> and invested into Treasuries through the end of the month.
>
>
>
> Fairfield Sentry Limited:  March 1 - March 7:  0.0%
>
>
>
> Please do not hesitate to contact us should you have any questions.
>
>
>
> Yours truly,
>
>
>
> CORNELIS BOELE
> FAIRFIELD GREENWICH GROUP
> 919 Third Avenue, 11th Floor
> New York, New York 10022
> Tel: (212) 319 6060
> Fax: (212) 319 0450
>
>
> ===============================================================
> DISCLAIMER
> This e-mail message,including any attachments, is intended only for the
> persons to whom it is addressed,and may contain confidential information.
> Any use,distribution,modification,copying or disclosure by any other
> person is strictly prohibited. If you have received this message in error
> please notify the sender by return e-mail and delete this message from
> your computer. Any data or views contained herein is based upon
> information available to us at this date and is subject to change without
> notice.  << File: Sentry tear sheet (Jan-03).pdf >>

3

CONFIDENTIAL

FGANW005688650

FG-05804701