# EXHIBIT 15

**From:** Cornelis Boele [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=CORNELIS@fairdomain01.com]
**Sent:** 6/5/2003 10:25:09 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]
**CC:** Lakshmi Chaudhuri [lakshmi@fggus.com]
**Subject:** FW: site visit - Monday, June 23rd at 2:30 pm

I am on a business trip, but won't have to be in this meeting. Are you available? Although focus on Sentry it is good opportunity to introduce other product and to meet with Eileen.... Please let me know.
-----Original Message-----
From: Owens, Katherine [mailto:Katherine.Owens@AIG.com]
Sent: Thursday, June 05, 2003 5:35 PM
To: Cornelis Boele
Subject: site visit - Monday, June 23rd at 2:30 pm

Dear Cornelis,


As I mentioned on the phone, Eileen Casey (our Director of Hedge Fund Research) and I would like to make a routine site visit on Monday, June 23rd at 2:30 pm to meet with Jeffrey Tucker.


Please let me know if this is convenient on your end.


Thanks,


Katherine Owens, CFA

Research Analyst

AIG Global Investment Corp.

175 Water St., 26th floor

New York, NY 10038

Tel: 212-458-2882

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00009096
SECSEV0668489

Fax: 212-458-2250

katherine.owens@aig.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000090967
SECSEV0668490