# EXHIBIT 16

**From:** Lakshmi Chaudhuri [LAKSHMI@fairdomain01.com]
**Sent:** 9/9/2003 4:15:35 PM
**To:** Jeffrey Tucker [jeffrey@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
**CC:** Cornelis Boele [cornelis@fggus.com]
**Subject:** RE: Meeting with AIG

Thank you all for your prompt responses. I will go ahead and confirm the meeting on Sept 22 at 4:00p.m. If the meeting extends beyond 5:00p.m. then Amit and Cornelis will be available.

Best regards,
LC

-----Original Message-----
From: Jeffrey Tucker
Sent: Tuesday, September 09, 2003 12:11 PM
To: Lakshmi Chaudhuri; Amit Vijayvergiya
Cc: Cornelis Boele
Subject: RE: Meeting with AIG

I have a 5:30 meeting across town so I can make it for one hour.


-----Original Message-----
From: Lakshmi Chaudhuri
Sent: Tuesday, September 09, 2003 9:15 AM
To: Jeffrey Tucker; Amit Vijayvergiya
Cc: Cornelis Boele
Subject: Meeting with AIG


Dear Jeffrey and Amit,


Cornelis' client AIG would like to have an onsite visit at our offices to discuss Fairfield Sentry Ltd. They have requested for a meeting on Monday Sept 22, 2003 at 4:00p.m. Kindly let me know your availability to join in the meeting during that time and we can coordinate it accordingly.


Best regards,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000146537
                                                                              SECSEV0724060

LC

Lakshmi Chaudhuri
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00014653 8

SECSEV0724061