# EXHIBIT 17

ACCOUNTNAME: AIG Global Investment Corp
CONTACTNAME: Owens, Katherine
CATEGORY: FGG NY - Conference Room A (Big)
CREATEDATE: 2003-09-09 13:16:09.770000000
DESCRIPTION: JT, Amit will attend.
USERNAME: Boele, Cornelis
NOTES: On site visit also attended by Eileen Casey, Director of hedgefund research and Matt Walsch, analysist. JT went over the history how we got involved w/ Madoff as well as present the strategy with Amit going more ito detail. I went thru FGG,s capabilities
LONGNOTES: On site visit also attended by Eileen Casey, Director of hedgefund research and Matt Walsch, analysist. JT went over the history how we got involved w/ Madoff as well as present the strategy with Amit going more ito detail. I went thru FGG,s capabilities and single strategies. they were requesting more info on seeling , which Amit will sent. They select part of a FoF portfolio used by AIG private bank Zurich.

CONFIDENTIAL

FGANWX000011758
FG-05958655