# EXHIBIT 18

**From:** Amit Vijayvergiya [AMIT@fairdomain01.com]
**Sent:** 9/23/2003 1:15:44 AM
**To:** katherine.owens@aig.com [katherine.owens@aig.com]
**CC:** Cornelis Boele [cornelis@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; eileen.casey@aig.com [eileen.casey@aig.com]; matthew.walsh@aig.com [matthew.walsh@aig.com]
**Subject:** Meeting September 22, 2003 [AIG and FGG]

Dear Katherine,

It was a pleasure meeting with you and your colleagues this afternoon.

As promised, please find attached due diligence questionnaires for the Fairfield Sentry Fund and the three Seedling Managers.

Currently the Fund allocates capital to three Seedling Managers, summarized below:

1.   Redstone Investment Management, L.P.:   This long/short small and mid-cap US equity fund invests in growth oriented stocks using a fundamentals bottom-up approach.  They were seeded with US$30 million on October 1, 2002.

2.   Schlarbaum Capital Management, L.P.:   This long/short US equity fund invests principally in small to mid-cap US stocks using a top-down approach.  They were seeded with US$30 million on November 1, 2002.

3.   EMF Financial Products, LLC:   This relative value long/short US Corporate Bond Arbitrage fund invests principally in investment grade paired corporate bonds and outright long and short corporate bonds.  They were seeded with US$20 million on December 1, 2002.

◇ ◇ ◇ ◇

I have also attached our most recent weekly estimate of the Fairfield Sentry NAV and have added Katherine to the email distribution list to receive this document weekly.  Please let me know if you would like any others within your organization to receive this file as well.

◇

I would be delighted to assist further with any specific queries you may have regarding the Fairfield Sentry Fund.  Please do not hesitate to contact me at the numbers below.

Kind regards,

Amit

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED                FGGE00009589 8

SECSEV0673421

Amit Vijayvergiya CFA, FRM
VP & Risk Manager
Fairfield Greenwich (Bermuda) Ltd.
Suite 606
12 Church Street
Hamilton, Bermuda HM 11
Tel: 441-292-5362
Fax: 441-292-5413

www.fggus.com


Attachment: Fairfield Sentry RFP.pdf
Attachment: EMF RFP.1.1.03.pdf
Attachment: Fairfield Redstone RFP 101602.pdf
Attachment: Schlarbaum Standard RFP.pdf
Attachment: WeekOS Sep 18.pdf

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00009589

SECSEV0673422