# EXHIBIT 20

| | |
|---|---|
| **From:** | Amit Vijayvergiya [AMIT@fairdomain01.com] |
| **Sent:** | Tuesday, September 23, 2003 1:20 AM |
| **To:** | Amanda Simone [amanda@fggus.com]; Lauren Ross [lauren@fggus.com] |
| **Cc:** | Cornelis Boele [cornelis@fggus.com] |
| **Subject:** | New Email for Distribution List for Sentry Weekly Estimated NAV's |

Amanda (or Lauren),

Could you please add the following name to the email distribution list for Sentry Weekly Estimated NAV's (offshore only):

katherine.owens@aig.com

Thanks,

Amit

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001178069

SECSEV1755592