# EXHIBIT 21

# FGG Client Meeting Report Sheet

**Date:** 10/10/03  **Time:** 9:00 am  **Location/Trip:** Zurich

**Institution:** AIG Private Bank

**Contact(s):** Magda Portugal, Peter Maritz

**Address:** Pelikanstrasse 37

**City:** Zurich  **State:** ___  **Zip Code:** CH 8021

**Phone:** (411) 227 5300  **E-mail:** p.maritz@aigpb.com;

**Agent(s):** Cornelis Boele, Willem Aalders   **Parties Attending:** ___

## Account Information (check where applicable)

**Status:** prospect ☐  client ☑  consultant ☐  external agent ☐
**Meeting Type:** intro ☐  follow-up ☐  other: ___
**Current FGG Holdings:** $ 8 MM
**Funds Sought by Client:** ___
**Funds to Target:** ___

## Action After Meeting (check where applicable)

**Follow-up with** meeting ☐  call ☑  e-mail ☐  **on Date:** ___

**Register** ___ **for Web site User Name/Password.**

**Send Information on:**

| | | weekly | monthly | quarterly | ad hoc | static |
|---|---|---|---|---|---|---|
| Fund 1: | Sentry B | ☐ | ☑ | ☐ | ☐ | ☐ |
| Fund 2: | FIF | ☐ | ☑ | ☐ | ☐ | ☐ |
| Fund 3: | Arlington | ☐ | ☑ | ☐ | ☐ | ☐ |
| Fund 4: | Redstone | ☐ | ☑ | ☐ | ☐ | ☐ |
| | All Individual Funds | ☑ | ☑ | ☐ | ☐ | ☐ |
| | All Multi-Manager Funds | ☑ | ☑ | ☐ | ☐ | ☐ |

## Notes (i.e. source of contact or sub-agent; follow-up strategy with primary and secondary parties, etc.)

They would be interested in more FGG products and likes to receive all tearsheets from our single managers as well. There is now more synergy between NY and Zurich. AIG Select hedge which invest in Sentry B is now being sold thru private bankers in Zurich and Latin America. We have recently introduced NY to other single strategies for their review, Will follow up shortly.
Magda Portugal is their sales rep in Brasil could sell thanks to T/sheets. Will put him in touch with PT.
They advise us to also contact Portfolio manager: Sales Bischofberger - for Richie to follow up in his next visit.
We now have a good comfort level with the private bankers including CFO Peter Wild, who is very much involved in fund selection.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000097741
SECSEV0675264