# EXHIBIT 22

**CITCO**
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID      : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID    : [Redacted]5502 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID   : [Redacted]2156 |
| KINSALE ROAD | Contract No. : [Redacted]6902 |
| CORK | Date         : Jul-29-2009 |
| IRELAND | Order No.    : [Redacted]0802 |
| | Email        : TRADECONFIRM@CITCO.COM |
| | FAX Number   : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - CASH

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2004 |
| Trade Date | | Mar-01-2004 |
| Payment Date | | Mar-18-2004 |
| | | |
| No. of voting shares Redeemed | | 39,198.8700 |
| Redemption Price | USD | 971.7380 |
| Gross Redemption Proceeds | USD | 38,091,031.54 |
| | | |
| Net Redemption Proceeds | USD | 38,091,031.54 |
| Amount to be Paid | USD | 38,091,031.54 |
| Proceeds Paid to Date | USD | 38,091,031.54 |

Your balance following this transaction will be 705,592.8000 voting shares.

Note: Y/REF 185009-1250-R001718
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112