# EXHIBIT 23

```
User ID: MFERNANDEZ
===============================================================================
TO: Name: BACK OFFICE
    Company: CITCO GLOBAL CUSTODY NV - CASH
    Fax Phone Number: 00353 21 491 0331
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Mon May 21 14:46:10 2007
Sent on channel 15
Elapsed Time:  0 minutes, 12 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-------------------------------------------------------------------------------
MFERNANDEZ approved fax at Mon May 21 14:45:56 2007
-------------------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-094808

CFSSAM0000500

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

CITCO GLOBAL CUSTODY NV – CASH
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

BACK OFFICE
Account: CITCO GLOBAL CUSTODY NV – CASH

Date       : May-21-2007
Fund ID    : 03302
Holder ID  : Redacted 5502
Account ID : Redacted 2156
Order No.  : Redacted 002
Email      : TRADECONFIRM@CITCO.COM
FAX Number : 00353 21 491 0331

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date            Jul-01-2007
Settlement Date       Jul-31-2007
Valuation/NAV Date    Jun-30-2007
Type of transaction   Redemption
voting shares         466.7500

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        000306487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    Redacted 1840
Beneficiary Name:       CITCO GLOBAL CUSTODY NV

Note 1: Y/REF 185009-1250-R3044
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                 CFSE-TRST-094809

CFSSAM0000501

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID         : 03302
Holder ID       : Redacted 5502
Account ID      : Redacted 2156
Contract No.    : Redacted 6202
Date            : Jul-29-2009
Order No.       : Redacted 1002
Email           : TRADECONFIRM@CITCO.COM
FAX Number      : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - CASH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2007 |
| Trade Date | | Jul-01-2007 |
| Payment Date | | Jul-19-2007 |
| No. of voting shares Redeemed | | 466.7500 |
| Redemption Price | USD | 1,251.4130 |
| Gross Redemption Proceeds | USD | 584,097.02 |
| Net Redemption Proceeds | USD | 584,097.02 |
| Amount to be Paid | USD | 584,097.02 |
| Proceeds Paid to Date | USD | 584,097.02 |

Your balance following this transaction will be 921,222.2722 voting shares.

Note: Y/REF 185009-1250-R3044

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112