# EXHIBIT 24

**CITCO**

*Citco Fund Services (Europe) B.V.*

AIG GLOBAL INVESTMENT CORP  
599 LEXINGTON AVENUE  
25TH FLOOR  
NEW YORK, NY 10022  
USA

Fund ID        : 03302  
Holder ID      : Redacted 0702  
Account ID     : Redacted 8051  
Contract No.   : Redacted 5002  
Date           : Jul-29-2009  
Order No.      : Redacted 2602  
Email          : mark.cleere@aig.com  
FAX Number     : +16467350796

ESTHER MELENDEZ  
Account name: AIG DIVERSIFIED SELECT HEDGE LTD

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| No. of voting shares Redeemed | | 1,687.5900 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 1,611,271.44 |
| Net Redemption Proceeds | USD | 1,611,271.44 |
| Amount to be Paid | USD | 1,611,271.44 |
| Proceeds Paid to Date | USD | 1,611,271.44 |

Your balance following this transaction will be 0.0000 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
*Chamber of Commerce 33205112*

CONFIDENTIAL

CFSE-TRST-002479

CFSSAD0001564

**CITCO**

*Citco Fund Services (Europe) B.V.*

AIG GLOBAL INVESTMENT CORP  
599 LEXINGTON AVENUE  
25TH FLOOR  
NEW YORK, NY 10022  
USA

Fund ID       : 03302  
Holder ID    : ᴿᵉᵈᵃᶜᵗᵉᵈ 4202  
Account ID  : ᴿᵉᵈᵃᶜᵗᵉᵈ 8013  
Contract No.: ᴿᵉᵈᵃᶜᵗᵉᵈ 4902  
Date             : Jul-29-2009  
Order No.    : ᴿᵉᵈᵃᶜᵗᵉᵈ 2702  

FAX Number : +16467350796

Account name: AIG SELECT HEDGE LTD

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Nov-30-2003 |
| Trade Date | | Nov-30-2003 |
| Payment Date | | Dec-18-2003 |
| No. of voting shares Redeemed | | 5,829.3400 |
| Redemption Price | USD | 954.7766 |
| Gross Redemption Proceeds | USD | 5,565,717.43 |
| Net Redemption Proceeds | USD | 5,565,717.43 |
| Amount to be Paid | USD | 5,565,717.43 |
| Proceeds Paid to Date | USD | 5,565,717.43 |

Your balance following this transaction will be 0.0000 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

*www.citco.com*

Phone: (31-20) 5722100  
Fax:    (31-20) 5722610  
Chamber of Commerce 33205112

CONFIDENTIAL

CFSE-TRST-002480

CFSSAD0001565