**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 19, 2022 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **11-02540; Picard v. Lion Global Investors Limited**

    A.  Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint filed by Ehud Barak (Filed: 4/1/2022) [ECF No. 109]

    B.  Declaration of James Tan Thian Peng in Support of Defendant's Motion to Dismiss the Complaint filed by Ehud Barak (Filed: 4/1/2022) [ECF No. 110]

    C.    Declaration of Ehud Barak in Support of Defendant's Motion to Dismiss the Complaint filed by Ehud Barak (Filed: 4/1/2022) [ECF No. 111]

**Opposition Due**:    June 1, 2022

**Opposition Filed**:

    D.    Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint filed by Robertson D. Beckerlegge on behalf of Irving H. Picard (Filed: 6/1/2022) [ECF No. 119]

    E.    Declaration of Robertson D. Beckerlegge in Support of the Trustee's Opposition to Defendant's Motion to Dismiss filed by Robertson D. Beckerlegge on behalf of Irving H. Picard (Filed: 6/1/2022) [ECF No. 120]

**Replies Due**:  July 1, 2022

**Replies Filed**:

    F.    Defendant Lion Global Investors Limited's Reply in Further Support of its Motion to Dismiss the Complaint filed by Ehud Barak on behalf of Lion Global Investors Limited (Filed: 7/1/2022) [ECF No. 122]

**Related Documents**:

    G.    Motion and Notice of Motion to Dismiss the LGI Complaint filed by Ehud Barak (Filed: 4/1/2022) [ECF No. 108]

    H.    Notice of Hearing on Motion to Dismiss with hearing to be held on 10/19/2022 filed by Ehud Barak (Filed: 5/6/2022) [ECF No. 115]

    I.    Letter to Judge Morris Regarding Oral Argument filed by Ehud Barak (Filed: 10/12/2022) [ECF No. 124]

**Status**:    This matter is going forward.

2. **12-01194; Picard v. Kookmin Bank**

    A.    Kookmin Bank's Memorandum of Law in Support of Its Motion to Dismiss Second Amended Complaint filed by Richard A. Cirillo on behalf of Kookmin Bank (Filed: 3/7/2022) [ECF No. 79]

    B.    Declaration of Hoon-Mi Park, Manager of Kookmin Bank's Custody Business Department in Support of Kookmin Bank's Motion to Dismiss filed by Richard A. Cirillo on behalf of Kookmin Bank (Filed: 3/7/2022) [ECF No. 78]

**Opposition Due**:    May 6, 2022

**Opposition Filed**:

C.  Trustee's Memorandum of Law in Opposition to Defendant Kookmin Bank's Motion to Dismiss filed by Eric R. Fish on behalf of Irving H. Picard, (Filed: 5/6/2022) [ECF No. 87]

D.  Declaration of Eric R. Fish in Support of the Trustee's Opposition to Defendant Kookmin Bank's Motion to Dismiss the Complaint filed by Eric R. Fish on behalf of Irving H. Picard (Filed: 5/6/2022) [ECF No. 88]

**Replies Due**:  June 20, 2022

**Replies Filed**:

E.  Kookmin Bank's Memorandum of Law in Support of Its Motion to Dismiss filed by Richard A. Cirillo on behalf of Kookmin Bank (Filed: 6/20/2022) [ECF No. 93]

**Related Documents**:

F.  Notice of Hearing on Motion of Defendant Kookmin Bank to Dismiss Complaint filed by Richard A. Cirillo on behalf of Kookmin Bank (Filed: 3/7/2022) [ECF Nos. 77 and 80]

G.  Amended Stipulation and Order Regarding Schedule signed on 6/6/2022 (DuBois, Linda) (Entered: 06/06/2022) [ECF No. 90]

**Status**:        This matter is going forward.

Dated:  October 14, 2022              Respectfully submitted,
        New York, New York

                                      */s/ Nicholas J. Cremona*
                                      **Baker & Hostetler LLP**
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email: dsheehan@bakerlaw.com
                                      Nicholas J. Cremona
                                      Email: ncremona@bakerlaw.com

                                      *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*