# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 5/14/2003 | (211,170) |
| 5/14/2003 | (175,647) |
| 5/14/2003 | (30,862) |
| 5/14/2003 | (27,041) |
| 6/16/2003 | (816,652) |
| 6/16/2003 | (112,344) |
| 6/16/2003 | (70,977) |
| 6/16/2003 | (60,603) |
| 6/16/2003 | (45,498) |
| 7/16/2003 | (320,530) |
| 7/16/2003 | (309,465) |
| 7/16/2003 | (98,116) |
| 7/16/2003 | (48,709) |
| 8/15/2003 | (32,628) |
| 9/17/2003 | (158,834) |
| 9/17/2003 | (110,791) |
| 9/17/2003 | (66,850) |
| 10/14/2003 | (245,189) |
| 1/21/2004 | (33,525) |
| 2/18/2004 | (110,213) |
| 2/18/2004 | (33,521) |
| 3/18/2004 | (79,683) |
| 3/18/2004 | (24,750) |
| 3/18/2004 | (10,689) |
| 4/21/2004 | (245,982) |
| 4/21/2004 | (78,967) |
| 4/21/2004 | (20,417) |
| 5/17/2004 | (558,542) |
| 5/17/2004 | (48,824) |
| 5/17/2004 | (29,851) |
| 5/17/2004 | (8,788) |
| 6/17/2004 | (625,132) |
| 6/17/2004 | (282,607) |
| 6/17/2004 | (196,582) |
| 6/17/2004 | (104,680) |
| 6/17/2004 | (73,718) |
| 6/17/2004 | (58,975) |
| 8/13/2004 | (62,380) |
| 1/14/2005 | (13,333) |
| 3/15/2005 | (618,422) |
| 3/15/2005 | (35,178) |
| 4/14/2005 | (147,460) |
| 5/13/2005 | (4,029,592) |
| 5/13/2005 | (978,034) |
| 5/13/2005 | (103,550) |
| 6/15/2005 | (134,641) |
| 6/15/2005 | (53,341) |
| 7/15/2005 | (154,450) |
| 7/15/2005 | (77,241) |
| 7/15/2005 | (77,209) |

# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 7/15/2005 | (52,818) |
| 7/15/2005 | (47,536) |
| 7/15/2005 | (10,564) |
| 8/15/2005 | (52,887) |
| 8/15/2005 | (52,887) |
| 9/15/2005 | (71,905) |
| 9/15/2005 | (10,870) |
| 9/15/2005 | (3,284) |
| 10/14/2005 | (1,068,861) |
| 10/14/2005 | (187,051) |
| 10/14/2005 | (180,969) |
| 10/14/2005 | (23,515) |
| 11/17/2005 | (310,931) |
| 11/17/2005 | (108,603) |
| 11/17/2005 | (104,965) |
| 11/17/2005 | (59,591) |
| 11/17/2005 | (41,106) |
| 11/17/2005 | (38,011) |
| 11/17/2005 | (21,753) |
| 11/17/2005 | (9,992) |
| 12/19/2005 | (584,295) |
| 12/19/2005 | (115,097) |
| 12/19/2005 | (31,786) |
| 12/19/2005 | (6,565) |
| 12/19/2005 | (2,188) |
| 1/19/2006 | (66,005) |
| 1/19/2006 | (31,902) |
| 1/19/2006 | (24,202) |
| 1/19/2006 | (15,401) |
| 2/15/2006 | (70,509) |
| 2/15/2006 | (55,388) |
| 2/15/2006 | (11,078) |
| 3/17/2006 | (276,641) |
| 3/17/2006 | (12,398) |
| 5/15/2006 | (23,586) |
| 6/16/2006 | (114,303) |
| 6/16/2006 | (57,151) |
| 6/16/2006 | (13,488) |
| 6/23/2006 | (11,716) |
| 7/20/2006 | (275,481) |
| 7/20/2006 | (195,648) |
| 7/20/2006 | (178,404) |
| 7/20/2006 | (163,848) |
| 7/20/2006 | (25,275) |
| 7/20/2006 | (22,977) |
| 8/14/2006 | (549,558) |
| 8/14/2006 | (399,396) |
| 8/14/2006 | (120,089) |
| 8/18/2006 | (333,866) |
| 11/14/2006 | (29,573) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/19/2007 | (377,219) |
| 10/16/2007 | (583,783) |
| 10/16/2007 | (45,889) |
| 11/19/2007 | (135,366) |
| 12/19/2007 | (80,334) |
| 2/15/2008 | (185,746) |
| 3/17/2008 | (1,079,005) |
| 3/17/2008 | (376,024) |
| 3/18/2008 | (97,544) |
| 4/14/2008 | (113,359) |
| 4/14/2008 | (84,198) |
| 4/14/2008 | (19,545) |
| 4/14/2008 | (15,636) |
| 4/14/2008 | (14,333) |
| 5/15/2008 | (6,575) |
| 5/15/2008 | (3,945) |
| 7/15/2008 | (270,286) |
| 7/15/2008 | (136,468) |
| 7/15/2008 | (40,715) |
| 7/15/2008 | (22,524) |
| 8/18/2008 | (221,413) |
| 9/15/2008 | (40,425) |
| 9/16/2008 | (750,322) |
| 9/16/2008 | (524,127) |
| 9/16/2008 | (349,628) |
| 9/16/2008 | (187,619) |
| 9/16/2008 | (131,704) |
| 9/16/2008 | (103,142) |
| 9/16/2008 | (22,847) |
| 10/15/2008 | (519,567) |
| 10/15/2008 | (87,789) |
| 10/15/2008 | (43,319) |
| 10/15/2008 | (27,012) |
| 10/15/2008 | (10,805) |
| 10/15/2008 | (4,052) |
| 11/18/2008 | (4,734,973) |
| 11/18/2008 | (3,689,185) |
| 11/18/2008 | (752,326) |
| 11/18/2008 | (320,100) |
| 11/18/2008 | (318,953) |
| 11/18/2008 | (286,450) |
| 11/18/2008 | (272,770) |
| 11/18/2008 | (254,412) |
| 11/18/2008 | (247,725) |
| 11/18/2008 | (207,700) |
| 11/18/2008 | (155,867) |
| 11/18/2008 | (115,459) |
| 11/18/2008 | (93,999) |
| 11/18/2008 | (22,946) |
| 11/19/2008 | (1,082,985) |

# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO SIX SIS

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 11/19/2008 | (678,634) |
| 11/19/2008 | (365,763) |
| 11/19/2008 | (361,675) |
| 11/19/2008 | (233,440) |
| 11/19/2008 | (155,224) |
| 11/19/2008 | (102,813) |
| 11/19/2008 | (61,685) |
| **Total:** | **$ (39,555,439)** |