# EXHIBIT E
## SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO SIX SIS

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 5/24/2004 | (304,508) |
| 4/25/2005 | (32,957) |
| 7/20/2005 | (2,537,829) |
| 8/12/2005 | (12,655) |
| 9/15/2005 | (1,276,972) |
| 9/15/2005 | (153,166) |
| 9/15/2005 | (60,920) |
| 9/15/2005 | (32,529) |
| 11/23/2005 | (1,261,454) |
| 11/23/2005 | (61,445) |
| 11/23/2005 | (18,433) |
| 12/21/2005 | (2,259,537) |
| 12/21/2005 | (17,603) |
| 1/27/2006 | (44,809) |
| 8/14/2006 | (1,652,303) |
| 3/15/2007 | (269,115) |
| 7/19/2007 | (142,280) |
| 12/18/2007 | (85,192) |
| 3/17/2008 | (1,975,054) |
| 3/18/2008 | (32,125) |
| 4/18/2008 | (132,840) |
| 11/21/2008 | (278,386) |
| 11/21/2008 | (94,324) |
| 11/21/2008 | (88,048) |
| 11/21/2008 | (87,272) |
| 11/21/2008 | (67,063) |
| 11/21/2008 | (59,759) |
| 11/21/2008 | (39,697) |
| 11/21/2008 | (20,233) |
| **Total:** | **$ (13,098,508)** |