**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 11-02538 (CGM) |
| v. | |
| QUILVEST FINANCE LTD., | |
| Defendant. | |

**STIPULATION AND ORDER**
**EXTENDING DEFENDANT'S TIME TO APPEAL**

This Stipulation and Order is entered into by and between Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), and Defendant Quilvest Finance Ltd. (now known as QS Finance Ltd.) ("Defendant," and with the Trustee, the "Parties"), through their respective undersigned counsel.

## RECITALS

A.  On April 12, 2022, Defendant filed its Motion to Dismiss the Complaint in this Adversary Proceeding, No. 11-02538 (CGM) [ECF No. 106].

B.  On September 8, 2022, following briefing by the parties, this Court entered a Stipulation and Order to Waive Argument by which the parties agreed to rest on their papers and waive oral argument on the Motion to Dismiss [ECF No. 118].

C.  On September 27, 2022, this Court issued its Memorandum Decision Denying Defendant's Motion to Dismiss [ECF No. 122].

D.  On October 7, 2022, based on that Memorandum Decision, this Court entered its Order Denying Quilvest Finance Ltd.'s Motion to Dismiss the Complaint [ECF No. 123] (the "October 7, 2022 Order").

E.  Under Bankruptcy Rule 8002(a)(1), the last day on which Defendant may file a notice of appeal from the October 7, 2022 Order is 14 days after entry of that order (*i.e.*, on October 21, 2022).

F.  Defendant seeks an extension of time, to November 4, 2022, to file such a notice of appeal in order to consider whether to appeal and on what grounds, and if so, to prepare the required papers for a motion for leave to appeal.

G.  Under Bankruptcy Rule 8002(d)(1), the Bankruptcy Court may extend the time to file a notice of appeal upon a party's motion that is filed within the time prescribed by Rule 8002 (*i.e.*, by October 21, 2022). Bankruptcy Rule 8002(d)(3) permits such an extension for up to 21 days after the time prescribed by Bankruptcy Rule 8002(a)(1) (*i.e.*, up to and including November 11, 2022).

      H.      No previous motion for an extension of time to file such notice of appeal has been made.

      I.      The Trustee consents to Defendant's request to extend their time to appeal to November 4, 2022.

**IT IS THEREFORE STIPULATED THAT:**

      1.      For purposes of Bankruptcy Rule 8002(d), this Stipulation and Order shall be deemed a motion by Defendant for an extension of time for filing (a) a notice of appeal from the October 7, 2022 Order and (b) a motion for leave to appeal in accordance with Bankruptcy Rules 8002(a)(1) and 8004(a) (collectively, the "Required Filings"), through and including November 4, 2022 (the "Extended Filing Deadline").

      2.      The Trustee consents to Defendant's motion for an extension of time, and this Court hereby grants it pursuant to Bankruptcy Rule 8002(d).

      3.      Accordingly, if Defendant wishes to appeal from the October 7, 2022 Order, Defendant shall make the Required Filings by the Extended Filing Deadline.

*[Remainder of page intentionally left blank.]*

Dated:     October 14, 2022
           New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Robertson D. Beckerlegge*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and
Chapter 7 Estate of Bernard L. Madoff*

**JONES DAY**

By: /s/  *Thomas E. Lynch*
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Thomas E. Lynch
telynch@jonesday.com

*Attorneys for Defendant Attorneys for QS
Finance Ltd. (formerly known as Quilvest
Finance Ltd.)*



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

**Dated: October 17, 2022
Poughkeepsie, New York**