# **EXHIBIT H-1**

| Legend | |
|---|---|
| 🟥 | Indicates newly alleged transfers preceding the six-year look-back period beginning on December 11, 2002. |
| 🟨 | Indicates newly alleged transfers after December 11, 2002. |

| *Picard v. Royal Bank of Canada*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.) Amended Complaint's Alleged Transfers to Defendants | | | | |
|---|---|---|---|---|
| Initial Transferee | Subsequent Transferee | Date | Amount | Exhibit[1] |
| Rye Broad Market | RBC Alternative Assets, L.P. | 7/2/2001 | 3,000,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 7/2/2001 | 2,094,145 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 5/5/2003 | 83,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 5/3/2004 | 5,000,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 5/3/2004 | 5,000,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 5/3/2004 | 749,309 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 6/8/2004 | 52,732 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 12/30/2005 | 1,283,783 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 12/5/2006 | 240,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 1/2/2008 | 30,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 4/1/2008 | 325,000 | Ex. F |
| Rye Broad Market | RBC Alternative Assets, L.P. | 11/12/2008 | 219,291 | Ex. F |
| Rye Portfolio Limited | Guernroy Limited | 11/18/2004 | 540,352 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 11/30/2005 | 199,083 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 8/1/2006 | 300,000 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 1/31/2007 | 1,263,405 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 8/15/2007 | 1,579,680 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 11/15/2007 | 202,825 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 1/17/2008 | 359,682 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 2/1/2008 | 46,871 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 5/14/2008 | 40,110 | Ex. L |
| Rye Portfolio Limited | Guernroy Limited | 11/12/2008 | 304,001 | Ex. L |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 7/2/2001 | 2,852,153 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 12/31/2002 | 83,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 4/1/2005 | 4,877,647 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 7/1/2005 | 2,560,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 9/30/2005 | 585,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 12/30/2005 | 125,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 6/1/2007 | 565,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 7/2/2007 | 300,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 8/14/2007 | 460,136 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 11/1/2007 | 30,000 | Ex. I |

---

[1] Exhibits are those attached to *Picard v. Royal Bank of Canada*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y. May 3, 2022) ECF No. 145. These exhibits were compared with those attached to Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y. June 6, 2012) ECF No. 1.

| Rye Prime Fund | RBC Alternative Assets, L.P. | 1/2/2008 | 40,000 | Ex. I |
|---|---|---|---|---|
| Rye Prime Fund | RBC Alternative Assets, L.P. | 9/2/2008 | 35,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 10/23/2008 | 2,128,669 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 11/3/2008 | 405,000 | Ex. I |
| Rye Prime Fund | RBC Alternative Assets, L.P. | 12/1/2008 | 300,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 8/2/2001 | 25,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 9/4/2002 | 170,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 10/1/2002 | 68,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 10/1/2003 | 150,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 2/2/2004 | 125,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 6/1/2004 | 100,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 1/2/2008 | 200,000 | Ex. I |
| Rye Prime Fund | Royal Bank of Canada | 12/1/2008 | 100,000 | Ex. I |
| Fairfield Sentry | Guernroy Limited | 1/21/2004 | 50,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 7/22/2004 | 24,965 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 10/19/2004 | 25,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 4/14/2005 | 6,186,328 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 9/15/2005 | 25,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 2/15/2006 | 121,743 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 4/20/2006 | 500,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 6/16/2006 | 733,823 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 6/16/2006 | 70,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 7/20/2006 | 50,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 7/20/2006 | 25,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 9/14/2006 | 50,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 9/14/2006 | 24,827 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 12/15/2006 | 66,524 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 1/16/2007 | 25,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 3/16/2007 | 313,199 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 6/15/2007 | 249,424 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 6/15/2007 | 135,799 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 7/19/2007 | 710,302 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 9/19/2007 | 184,334 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 11/19/2007 | 756,268 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 12/19/2007 | 585,703 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 5/15/2008 | 30,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 7/15/2008 | 136,296 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 7/15/2008 | 52,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 8/18/2008 | 200,000 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 9/16/2008 | 121,531 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 10/15/2008 | 336,679 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 10/15/2008 | 58,076 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 10/15/2008 | 54,024 | Ex. C |

| Fairfield Sentry | Guernroy Limited | 11/18/2008 | 500,000 | Ex. C |
|---|---|---|---|---|
| Fairfield Sentry | Guernroy Limited | 11/18/2008 | 369,056 | Ex. C |
| Fairfield Sentry | Guernroy Limited | 11/18/2008 | 254,811 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 7/16/2003 | 367,180 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 8/15/2003 | 88,507 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 12/19/2005 | 150,000 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 10/12/2006 | 58,897 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 11/14/2006 | 59,146 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 12/15/2006 | 100,000 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 12/15/2006 | 48,706 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 3/16/2007 | 124,621 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 8/17/2007 | 93,812 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 12/19/2007 | 157,266 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 12/19/2007 | 100,000 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 2/15/2008 | 38,992 | Ex. C |
| Fairfield Sentry | RBC Dominion Securities Inc. | 11/18/2008 | 571,078 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 3/18/2004 | 1,108,287 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 5/13/2005 | 308,000 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 6/15/2005 | 380,634 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 6/15/2005 | 200,000 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 11/17/2005 | 598,404 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 1/19/2006 | 888,861 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 1/16/2007 | 326,756 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 3/16/2007 | 5,324,041 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 9/19/2007 | 106,879 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 9/19/2007 | 103,275 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 9/19/2007 | 101,862 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 12/19/2007 | 111,442 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 3/18/2008 | 922,009 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 4/14/2008 | 673,197 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 6/17/2008 | 3,654,705 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 8/18/2008 | 805,979 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 10/15/2008 | 108,298 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 11/18/2008 | 541,145 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 11/18/2008 | 414,367 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 11/18/2008 | 103,592 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 11/19/2008 | 2,267,627 | Ex. C |
| Fairfield Sentry | Royal Bank of Canada | 11/19/2008 | 81,292 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/16/2004 | 441,537 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 12/13/2004 | 146,765 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 3/15/2005 | 17,082 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 7/15/2005 | 105,044 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 8/15/2005 | 165,325 | Ex. C |

| Fairfield Sentry | Banque SYZ S.A. | 10/16/2006 | 37,694 | Ex. C |
|---|---|---|---|---|
| Fairfield Sentry | Banque SYZ S.A. | 5/16/2007 | 38,350 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 12/19/2007 | 253,863 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 4/14/2008 | 29,969 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 6/17/2008 | 50,377 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/18/2008 | 839,865 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/18/2008 | 822,771 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/18/2008 | 155,388 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/18/2008 | 117,491 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/19/2008 | 237,831 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/19/2008 | 143,103 | Ex. C |
| Fairfield Sentry | Banque SYZ S.A. | 11/19/2008 | 124,288 | Ex. C |
| Fairfield Sentry | RBC Trust Company (Jersey) Limited | 8/15/2003 | 50,000 | Ex. C |
| Fairfield Sentry | RBC Trust Company (Jersey) Limited | 7/16/2004 | 128,459 | Ex. C |