KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | **Adv. Pro. No. 08-1789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br><br>    Plaintiff,<br><br>    v.<br><br>ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.,<br>    Defendants. | **Adv. Pro. No. 12-01699 (CGM)** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2022, Defendants Royal Bank of Canada, individually and as successor in interest to Royal Bank of Canada (Asia) Limited, Guernroy Limited, RBC Trust Company (Jersey) Limited, Banque SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A., RBC Dominion Securities Inc., and RBC Alternative Assets, L.P.'s (collectively, the "Defendants") Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint and the Reply Declaration of Anthony L. Paccione in Further Support of the Defendants' Motion to Dismiss the Amended Complaint dated October 17, 2022 were served by filing them with the Court's Electronic Case Filing System. Notice of these filings have been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: October 17, 2022
New York, New York

                                              Respectfully Submitted,

                                              */s/Anthony Paccione*
                                              **KATTEN MUCHIN ROSENMAN LLP**
                                              50 Rockefeller Plaza
                                              New York, NY  10020
                                              Telephone: (212) 940-8800
                                              Facsimile: (212) 940-8776
                                              Anthony L. Paccione
                                              Email: anthony.paccione@katten.com
                                              Mark T. Ciani
                                              Email: mark.ciani@katten.com
                                              Zachary S. Beal
                                              Email: zachary.beal@katten.com

                                              *Attorneys for Defendants*

TO:    All Counsel of Record