**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>   v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>        Defendant. | Adv. Pro. No. 12-01566 (CGM) |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 13th day of October 2022, the Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss the Complaint was served electronically by filing with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to all counsel of record.

Dated: October 18, 2022
      New York, New York

Respectfully submitted,

MAYER BROWN LLP

By: /s/ *Joaquin M. C de Baca*
    Joaquin M. C de Baca
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 506-2500
    Email: jcdebaca@mayerbrown.com

*Counsel for Defendant UKFP (Asia) Nominees Limited*

2