UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>KOREA EXCHANGE BANK, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III,<br><br>    Defendant. | Adv. Pro. No. 11-02572 (CGM) |

## ORDER DENYING KOREA EXCHANGE BANK'S
## MOTION TO DISMISS THE COMPLAINT

  Defendant Korea Exchange Bank ("Defendant") filed a motion to dismiss the Complaint

under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) (the

"Motion") on May 16, 2022. The Motion came on for a hearing before the Court on September

14, 2022 (the "Hearing"). The Court has considered the Motion, the papers filed in support of

and in opposition to the Motion, the Complaint, and the statements of counsel at the Hearing, and

1

the Court issued a memorandum decision, dated September 21, 2022, regarding the Motion (the "Decision"). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for Defendant to file an answer to the Complaint is November 14, 2022.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: September 29, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**