Hearing Date: March 15, 2023<br>
Opposition Date: December 9, 2022<br>
Reply Date: January 11, 2023

Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
*Attorneys for Merrill Lynch International*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> MERRILL LYNCH INTERNATIONAL, <br><br> Defendant. | Adv. Pro. No. 10-05346 (CGM) |

**NOTICE OF MOTION TO DISMISS**

1

**PLEASE TAKE NOTICE** that Defendant Merrill Lynch International, by and through its undersigned counsel, submits its memorandum of law and accompanying declarations and exhibits in support of its motion to dismiss the amended complaint of Plaintiff Irving H. Picard, trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the substantially consolidated estate of Bernard L. Madoff under the Federal Rules of Civil Procedure.

Dated: October 19, 2022    Respectfully submitted,

New York, New York    O'MELVENY & MYERS LLP

By: /s/ *Pamela A. Miller*
Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com

*Attorneys for Merrill Lynch International*