**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-05346 (CGM) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH INTERNATIONAL, | |
| Defendant. | |

**DECLARATION OF AMBER L. COVUCCI, ESQ. IN SUPPORT OF**
**DEFENDANT MERRILL LYNCH INTERNATIONAL'S MOTION TO DISMISS**

I, Amber L. Covucci, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1.    I am duly licensed and admitted to practice law in the State of New York, and I am a counsel with the law firm O'Melveny & Myers, counsel for Defendant Merrill Lynch International ("MLI"). I respectfully submit this declaration in support of MLI's Motion to Dismiss the Amended Complaint.

2.    Attached hereto as Exhibit A is a true and correct copy of the Fairfield Amended Complaint,[1] *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), ECF No. 23 (without exhibits).

3.    Attached hereto as Exhibit B is a true and correct copy of the Fairfield Settlement Agreement, *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. May 9, 2011), ECF No. 69-2. The Fairfield Settlement Agreement was approved by this Court. Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. June 7, 2011), ECF No. 92.

4.    Attached hereto as Exhibit C is a true and correct copy of the Fairfield Second Amended Complaint, *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF No. 286 (with Exhibits 5, 6, 8, 10, 12, 13, 14, and 21).

5.    Attached hereto as Exhibit D is a true and correct copy of the First Amended Complaint in *Fairfield Sentry Ltd. v. Citco Global Custody NV*, No. 19-1122 (Bankr. S.D.N.Y. Nov. 26, 2019), ECF No. 19.

---

[1] Capitalized terms not defined herein shall have the same meaning as ascribed in the motion to dismiss the Amended Complaint.

Dated:      October 19, 2022
            New York, New York

By: */s/ Amber L. Covucci*
Amber L. Covucci
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Email: acovucci@omm.com

*Attorney for Defendant*
*Merrill Lynch International*