Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone:  (212) 801-6826
Facsimile:  (212) 801-6400
Email:          muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone:  (617) 310-6000
Facsimile:  (617) 310-6001
Email:          davisjo@gtlaw.com
Email:          Alison.Holdway@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>THE PUBLIC INSTITUTION FOR SOCIAL SECURITY,<br><br>Defendant. | Adv. Pro. No. 12-01002 (CGM) |

**DEFENDANT THE PUBLIC INSTITUTION FOR SOCIAL SECURITY'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1) and Local Rule 8009-1, Defendant The Public Institution for Social Security ("PIFSS") submits this designation of items to be included in the record on appeal and statement of issues with respect to the appeal docketed in the United States District Court for the Southern District of New York ("District Court") at Civil Action No. 1:22-cv-08741.

1. **Designation of Record on Appeal**

PIFSS designates the following items to be included in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and/or referenced within such items.

| Date | Docket Entry[1] | Description |
|---|---|---|
| 01/05/2012 | 1 (Entries: 1-1 – 1-3) | Adversary Complaint with Exhibits A–C |
| 02/25/2022 | 116 | PIFSS' Motion to Dismiss the Complaint |
| 02/25/2022 | 117 (Entries: 117-1 – 117-10) | Declaration of Leo Muchnik in Support of PIFSS' Motion to Dismiss with Exhibits 1–10 |
| 02/25/2022 | 118 | PIFSS' Memorandum of Law in Support of its Motion to Dismiss |
| 04/26/2022 | 122 | Trustee Irving H. Picard's Memorandum of Law in Opposition to PIFSS' Motion to Dismiss |
| 04/26/2022 | 123 (Entries: 123-1 – 123-13) | Declaration of Brian W. Song in Opposition to PIFSS' Motion to Dismiss with Exhibits 1–13 |

---

[1] These docket entries refer to filings in Adversary Proceeding No. 12-01002.

| Date | Docket Entry[1] | Description |
|---|---|---|
| 05/26/2022 | 128 | PIFSS' Reply in Support of its Motion to Dismiss |
| 07/20/2022 | 143 | Transcript of Hearing held on July 13, 2022 on PIFSS' Motion to Dismiss |
| 08/17/2022 | 149 | Memorandum Decision Denying PIFSS' Motion to Dismiss |
| 09/01/2022 | 150 | Order Denying PIFSS' Motion to Dismiss |
| 10/06/2022 | 154 (Entries: 154-1 – 154-4) | PIFSS' Notice of Appeal with Exhibits A and B, Civil Cover Sheet, and Related Case Statement |

**2.    Statement of Issues**

1.    Whether the Bankruptcy Court erred in holding that it had subject matter jurisdiction pursuant to the third clause of the commercial activity exception of the Foreign Sovereign Immunities Act.

2.    Whether the Bankruptcy Court erred in holding that PIFSS is subject to personal jurisdiction in the United States.

3.    Whether the Bankruptcy Court erred in interpreting the District Court's decision in *In re Madoff Sec.*, 2013 WL 1609154 (S.D.N.Y. Apr. 15, 2013), referred to in PIFSS' briefing as "*Cohmad*," as barring a subsequent transferee from asserting a Section 546(e) defense if the initial transferee is alleged to have had actual knowledge of Bernard L. Madoff's fraud, even though the subsequent transferee is not alleged to have had such knowledge and/or where the initial transfer was on

account of a separate securities contract between the initial and subsequent transferees.

PIFSS reserves the right to supplement or amend the statement of issues to be presented on appeal and to designate additional items for inclusion in the record on appeal.

| | |
|---|---|
| Dated: October 20, 2022<br>New York, New York | **GREENBERG TRAURIG, LLP**<br><br>By: /s/ *Leo Muchnik*<br>Leo Muchnik<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 801-6826<br>Facsimile: (212) 801-6400<br>Email:     muchnikl@gtlaw.com<br><br>Joseph P. Davis (admitted *pro hac vice*)<br>Alison T. Holdway (admitted *pro hac vice*)<br>One International Place, Suite 2000<br>Boston, Massachusetts 02110<br>Telephone: (617) 310-6000<br>Facsimile: (617) 310-6001<br>Email:     davisjo@gtlaw.com<br>Email:     Alison.Holdway@gtlaw.com<br><br>*Attorneys for Defendant The Public Institution for Social Security* |