Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (admitted *pro hac vice*)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
Email: davisjo@gtlaw.com
Email: Alison.Holdway@gtlaw.com

*Attorneys for Defendant The Public Institution for Social Security*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 12-01002 (CGM) |
| Plaintiff, | |

v.

THE PUBLIC INSTITUTION FOR
SOCIAL SECURITY,

        Defendant.

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 20, 2022, Defendant The Public Institution for Social

Security's Designation of Record on Appeal and Statement of Issues was served by filing it with

the Court's Electronic Case Filing system. Notice of the filing has been sent through the Court's

Electronic Case Filing System via electronic transmission to the email addresses designated for

delivery.

Dated:  October 20, 2022
         New York, New York

**GREENBERG TRAURIG, LLP**

By: /s/ *Leo Muchnik*
Leo Muchnik
One Vanderbilt Avenue
New York, New York 10017
Telephone:   (212) 801-6826
Facsimile:   (212) 801-6400
Email: muchnikl@gtlaw.com

Joseph P. Davis (admitted *pro hac vice*)
Alison T. Holdway (admitted *pro hac vice*)
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone:   (617) 310-6000
Facsimile:   (617) 310-6001
Email: davisjo@gtlaw.com
Email: Alison.Holdway@gtlaw.com

*Attorneys for Defendant The Public
Institution for Social Security*

2