**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02731 (CGM) |
| v. | |
| TRINCASTAR CORPORATION, | |
| Defendant. | |

## AMENDED STIPULATION AND ORDER

**WHEREAS**, on September 22, 2011, Irving H. Picard (the "**Trustee**"), as trustee for

the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively

consolidated Chapter 7 estate of Bernard L. Madoff ("**BLMIS**"), filed a complaint (the

"**Complaint**") in the above-captioned adversary proceeding against Trincastar Corporation

("**Defendant**") to recover subsequent transfers Defendant allegedly received from Fairfield

Sentry Limited;

**WHEREAS**, on May 4, 2022, the Court entered a Stipulation and Order [Dkt. 102] setting October 28, 2022 as the Defendant's deadline to file a reply in support of any motion to dismiss the Complaint;

**WHEREAS**, on July 29, 2022, the Defendant filed its Motion to Dismiss the Complaint [Dkt. 103] ("**Motion to Dismiss**");

**WHEREAS**, on September 28, 2022, the Trustee filed his Memorandum of Law in Opposition to the Motion to Dismiss [Dkt. 107];

**WHEREAS**, the Defendant has requested, and the Trustee has agreed to, an extension of the deadline for it to reply;

**IT IS MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendant, and **SO ORDERED**, by the Court:

1.      The Defendant shall file any reply in support of its Motion to Dismiss by November 11, 2022.

2.      The above deadline granted by this Stipulation is without prejudice to either party seeking future extensions of time.

3.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights, arguments, claims, objections and/or defenses they may have and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, claims, objections and/or defenses.

*(Signature page follows.)*

Dated: New York, New York
      October 19, 2022

**WINDELS MARX LANE &
MITTENDORF, LLP**

By: _/s/Kim M. Longo_____
Robert J. Luddy
Kim M. Longo
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for
the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and for the Chapter 7 Estate of Bernard L.
Madoff*

**JENNER & BLOCK LLP**

By: _/s/Vincent E. Lazar_____
Richard Levin
Vincent E. Lazar
Carl N. Wedoff
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 891-1600
rlevin@jenner.com
vlazar@jenner.com
cwedoff@jenner.com

*Attorneys for Defendant*

**SO ORDERED:**



/s/ Cecelia G. Morris

**Dated: October 20, 2022**               **Hon. Cecelia G. Morris**
**Poughkeepsie, New York**           **U.S. Bankruptcy Judge**