USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

In re:

BERNARD L. MADOFF,

                Debtor.

---

MAYFAIR VENTURES G.P., et al,

                Defendants-Appellants,

       v.

IRVING H. PICARD, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff,

                Plaintiff-Appellee.

1:22-CV-7711-GHW

## STIPULATION DISMISSING APPEAL AND WITHDRAWING MOTION TO DISMISS

        Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Rule 8023 of the Federal

Rules of Bankruptcy Procedure, Appellants, Mayfair Ventures, G.P., Frank Avellino, Nancy

Avellino, Dianne Bienes, Individually and as Personal Representative of the Estate of Michael

Bienes, Grosvenor Partners Ltd., Aster Associates, St. James Associates, Rachel A. Rosenthal,

Rachel Anne Rosenthal Trust U/A dated June 29, 1990, and Rachel Anne Rosenthal Trust Number

2 U/A dated June 24, 1992, and Appellee Irving H. Picard, Trustee ("Trustee") for the

Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC

under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa et seq., and the chapter 7 estate

of Bernard L. Madoff, by and through their undersigned counsel, file this Stipulation Dismissing

Appeal, dismissing Appellants' appeal of the Order Granting Partial Summary Judgment in Favor

of the Trustee and Denying Defendants' Motion to Amend the Decision and Proposed Order entered by the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York in *Picard v. Avellino, et al*, Adv. Pro. No. 10-05421 on August 23, 2022, filed in this Court on September 9, 2022 (ECF No. 1) (the "Appeal").

Since the Appeal is being dismissed, the Trustee's motion to dismiss the Appeal (ECF No. 13) is withdrawn as moot.

The parties each bear their own costs and fees.

Dated: October 19, 2022

**BAKER & HOSTETLER LLP**
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter
7 Estate of Bernard L. Madoff*

**NASON YEAGER GERSON HARRIS
& FUMERO, P.A**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Fax: (561) 686-5442
Gary A. Woodfield
Email: gwoodfield@nasonyeager.com

*Attorneys for Frank Avellino, et al*

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii) and Rule 8023 of the Federal Rules of Bankruptcy Procedure.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13 and to close this case.

SO ORDERED.

Dated:  October 19, 2022
New York, New York

GREGORY H. WOODS
United States District Judge