EXHIBIT B
SUMMARY OF FORTIETH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2022 THROUGH JULY 31, 2022

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,081.00 | 200.20 | 216,416.20 |
| | Sheehan, David J. | 1968 | 1,081.00 | 538.60 | 582,226.60 |
| | Bash, Brian A. | 1975 | 871.00 | 5.70 | 4,964.70 |
| | Greene, Bruce R. | 1976 | 889.00 | 4.00 | 3,556.00 |
| | Montesano, Carmela T. | 1984 | 786.00 | 1.40 | 1,100.40 |
| | Smith, Elizabeth A. | 1985 | 983.00 | 4.50 | 4,423.50 |
| | Hunt, Dean D. | 1991 | 1,015.00 | 314.90 | 319,623.50 |
| | Goldberg, Steven H. | 1991 | 1,081.00 | 10.80 | 11,674.80 |
| | Douthett, Breaden M. | 1991 | 545.00 | 3.20 | 1,744.00 |
| | Griffin, Regina L. | 1993 | 1,081.00 | 588.70 | 636,384.70 |
| | Cohen, Adam I. | 1994 | 720.00 | 113.60 | 81,792.00 |
| | Thomas, Erika K. | 1994 | 828.00 | 594.30 | 492,080.40 |
| | Cole, Tracy L. | 1996 | 981.00 | 378.00 | 370,818.00 |
| | Hoang, Lan | 1997 | 1,062.00 | 609.30 | 647,076.60 |
| | Murphy, Keith R. | 1997 | 1,081.00 | 443.30 | 479,207.30 |
| | Rollinson, James H. | 1998 | 943.00 | 327.00 | 308,361.00 |
| | Warshavsky, Oren J. | 1998 | 1,081.00 | 613.60 | 663,301.60 |
| | Rose, Jorian L. | 1998 | 1,062.00 | 20.70 | 21,983.40 |
| | Fish, Eric R. | 1998 | 938.00 | 472.20 | 442,923.60 |
| | Bohorquez, Fernando A. | 2000 | 1,002.00 | 265.80 | 266,331.60 |
| | Cremona, Nicholas J. | 2000 | 1,081.00 | 686.20 | 741,782.20 |
| | Pergament, Benjamin D. | 2000 | 925.00 | 616.80 | 570,540.00 |
| | Beckerlegge, Robertson D. | 2001 | 862.00 | 497.90 | 429,189.80 |
| | Bell, Stacey A. | 2001 | 941.00 | 651.90 | 613,437.90 |
| | Zeballos, Gonzalo S. | 2001 | 978.00 | 145.20 | 142,005.60 |
| | Song, Brian W. | 2002 | 856.00 | 525.00 | 449,400.00 |
| | North, Geoffrey A. | 2002 | 943.00 | 713.10 | 672,453.30 |
| | Sherer, James A. | 2003 | 770.00 | 9.00 | 6,930.00 |
| | Shields, Nkosi D. | 2003 | 729.00 | 653.70 | 476,547.30 |
| | Oliver, Jason S. | 2003 | 867.00 | 637.80 | 552,972.60 |
| | Hochmuth, Farrell A. | 2003 | 693.00 | 267.90 | 185,654.70 |
| | Hartman, Ruth E. | 2005 | 510.00 | 62.20 | 31,722.00 |
| | Allen, Brian F. | 2005 | 772.00 | 420.20 | 324,394.40 |
| | Carlisle, Marie L. | 2006 | 656.00 | 524.30 | 343,940.80 |
| | Vanderwal, Amy E. | 2006 | 943.00 | 427.60 | 403,226.80 |
| | Longstaff, Carrie | 2006 | 777.00 | 430.60 | 334,576.20 |
| | Feil, Matthew D. | 2006 | 798.00 | 586.10 | 467,707.80 |
| | Kosack, Melissa L. | 2006 | 786.00 | 899.30 | 706,849.80 |
| | Giuliani, Esterina | 2007 | 943.00 | 742.20 | 699,894.60 |
| | Wasick, Joanna F. | 2007 | 936.00 | 500.30 | 468,280.80 |
| | Forman, Jonathan A. | 2007 | 744.00 | 82.70 | 61,528.80 |
| | Calvani, Torello H. | 2007 | 856.00 | 689.70 | 590,383.20 |
| | Brown, Seanna R. | 2007 | 1,062.00 | 87.40 | 92,818.80 |
| | Patel, Tayan B. | 2007 | 645.00 | 5.90 | 3,805.50 |
| | Ramos-Mrosovsky, Carlos | 2008 | 977.00 | 140.10 | 136,877.70 |
| | Attard, Lauren T. | 2008 | 698.00 | 20.10 | 14,029.80 |
| | Choi, David | 2008 | 656.00 | 413.10 | 270,993.60 |
| | Sabella, Michael A. | 2008 | 611.00 | 426.90 | 260,835.90 |
| | Usitalo, Michelle R. | 2008 | 745.00 | 626.70 | 466,891.50 |
| | McCurrach, Elizabeth G. | 2008 | 798.00 | 592.00 | 472,416.00 |
| | Zunno-Freaney, Kathryn M. | 2008 | 943.00 | 334.60 | 315,527.80 |
| | Khan, Ferve E. | 2009 | 772.00 | 568.60 | 438,959.20 |
| | Markel, Tatiana | 2009 | 786.00 | 641.90 | 504,533.40 |
| | Campbell, Patrick T. | 2009 | 753.00 | 90.80 | 68,372.40 |
| | Molina, Marco | 2009 | 786.00 | 254.90 | 200,351.40 |
| | Shapiro, Peter B. | 2009 | 772.00 | 517.60 | 399,587.20 |
| | Iannuzzi, Michael M. | 2010 | 556.00 | 6.20 | 3,447.20 |
| | Bent, Camille C. | 2010 | 724.00 | 542.50 | 392,770.00 |
| | Krishna, Ganesh | 2011 | 724.00 | 553.80 | 400,951.20 |
| | Feldstein, Robyn M. | 2011 | 611.00 | 444.80 | 271,772.80 |
| | Shifrin, Maximillian S. | 2011 | 745.00 | 267.20 | 199,064.00 |
| | Oliva, Frank M. | 2011 | 724.00 | 764.80 | 553,715.20 |
| | Slavin, Jeffrey A. | 2011 | 531.00 | 6.50 | 3,451.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Hough, Shawn P. | 2012 | 724.00 | 720.10 | 521,352.40 |
| | Quimby, P. Alex | 2012 | 495.00 | 17.40 | 8,613.00 |
| Partners and of Counsel Total | | | 856.40 | 24,323.40 | 20,830,546.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 619.00 | 631.60 | 390,960.40 |
| | DeSouza, Karen | 2001 | 309.00 | 257.10 | 79,443.90 |
| | Wlodek, Heather | 2003 | 825.00 | 395.10 | 325,957.50 |
| | Hiatt, Eric B. | 2005 | 656.00 | 440.00 | 288,640.00 |
| | Cowherd, Matthew K. | 2005 | 640.00 | 388.30 | 248,512.00 |
| | Mezibov, Jonathan G. | 2006 | 283.00 | 740.50 | 209,561.50 |
| | Goldmark, Jena B. | 2007 | 592.00 | 583.60 | 345,491.20 |
| | Sloan, Victoria E. | 2009 | 309.00 | 340.30 | 105,152.70 |
| | Nickodem, Robert G. | 2009 | 290.00 | 622.70 | 180,583.00 |
| | Mattera, Marshall J. | 2009 | 656.00 | 114.60 | 75,177.60 |
| | Hansford, Melissa L. | 2010 | 290.00 | 269.30 | 78,097.00 |
| | Biondo, Lindsay J. | 2010 | 290.00 | 630.20 | 182,758.00 |
| | Maytal, Anat | 2010 | 745.00 | 567.60 | 422,862.00 |
| | Ubaid, Maryland H. | 2010 | 290.00 | 670.60 | 194,474.00 |
| | McGourty, Cara | 2010 | 633.00 | 501.60 | 317,512.80 |
| | Mahida, Michelle Marie Hoff | 2010 | 283.00 | 780.60 | 220,909.80 |
| | Rollins, Jennifer B. | 2010 | 283.00 | 569.10 | 161,055.30 |
| | Chandler, Tara R. | 2010 | 290.00 | 811.90 | 235,451.00 |
| | Blanchard, Jason I. | 2011 | 766.00 | 19.00 | 14,554.00 |
| | Cardenas, Samantha A. | 2011 | 283.00 | 593.10 | 167,847.30 |
| | Gottesman, Joel D. | 2011 | 290.00 | 453.30 | 131,457.00 |
| | Patrick, Stacey M. | 2011 | 290.00 | 626.30 | 181,627.00 |
| | Vonderhaar, Douglas A. | 2011 | 351.00 | 119.20 | 41,839.20 |
| | White, Jason T. | 2011 | 290.00 | 732.40 | 212,396.00 |
| | Rose, Nicholas M. | 2011 | 633.00 | 279.80 | 177,113.40 |
| | Ackerman, Stephanie | 2012 | 671.00 | 586.10 | 393,273.10 |
| | Gallagher, Christopher B. | 2012 | 724.00 | 587.90 | 425,639.60 |
| | Mosher, Sarah E. | 2013 | 283.00 | 701.80 | 198,609.40 |
| | Friedman, Matthew B. | 2013 | 583.00 | 618.60 | 360,643.80 |
| | Charlemagne, Chardaie C. | 2013 | 671.00 | 238.90 | 160,301.90 |
| | Tanney, Michelle N. | 2013 | 671.00 | 626.70 | 420,515.70 |
| | Sterling, Nichole L. | 2013 | 522.00 | 1.10 | 574.20 |
| | Brumbach, Maxim G. | 2013 | 283.00 | 648.60 | 183,553.80 |
| | Goertemiller, Noah J. | 2014 | 283.00 | 727.10 | 205,769.30 |
| | Gases, Matthew D. | 2014 | 574.00 | 6.20 | 3,558.80 |
| | Horning, Nathan T. | 2014 | 290.00 | 798.60 | 231,594.00 |
| | Turner, Tara E. | 2015 | 597.00 | 412.30 | 246,143.10 |
| | Serrao, Andrew M. | 2015 | 640.00 | 462.10 | 295,744.00 |
| | Martin, Lauren E. | 2016 | 283.00 | 658.00 | 186,214.00 |
| | Nadworny, Bari R. | 2016 | 522.00 | 80.30 | 41,916.60 |
| | Molony, Matthew E. | 2016 | 283.00 | 741.50 | 209,844.50 |
| | Boyd, J'Naia L. | 2016 | 790.00 | 229.40 | 181,226.00 |
| | Wagner, Mary Katherine | 2016 | 745.00 | 1.90 | 1,415.50 |
| | Cantu, Michael R. | 2016 | 290.00 | 761.10 | 220,719.00 |
| | Stewart, Matthew L. | 2016 | 283.00 | 666.40 | 188,591.20 |
| | Shalodi, Amani | 2016 | 290.00 | 742.50 | 215,325.00 |
| | Berry, Joshua L. | 2016 | 283.00 | 630.20 | 178,346.60 |
| | Stork, Victoria L. | 2017 | 597.00 | 532.30 | 317,783.10 |
| | Dindiyal, Ariana G. | 2017 | 472.00 | 581.90 | 274,656.80 |
| | Cohen, Andrea A. | 2018 | 437.00 | 17.70 | 7,734.90 |
| | Wafelbakker, Tess N. | 2018 | 369.00 | 13.50 | 4,981.50 |
| | Fischetti, Chloe S. | 2018 | 463.00 | 470.40 | 217,795.20 |
| | Fernandez, Jessica H. | 2018 | 550.00 | 602.70 | 331,485.00 |
| | Farrell, Deirdre J. | 2019 | 545.00 | 381.80 | 208,081.00 |
| | Bordner, Alexa T. | 2019 | 467.00 | 283.50 | 132,394.50 |
| | Gotsis, Christina O. | 2019 | 456.00 | 158.30 | 72,184.80 |
| | Kim, Amos C. | 2019 | 645.00 | 5.30 | 3,418.50 |
| | Hopkins, Haleigh | 2019 | 295.00 | 308.80 | 91,096.00 |
| | Jeffrey, Kevin J. | 2019 | 288.00 | 651.70 | 187,689.60 |
| | Bashford, Gregory A. | 2019 | 295.00 | 570.70 | 168,356.50 |
| | Weinstein, Paige E. | 2019 | 288.00 | 683.80 | 196,934.40 |
| | Yantis, Brittany A. | 2019 | 456.00 | 279.00 | 127,224.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Hayes, Sarah M. | 2019 | 422.00 | 540.10 | 227,922.20 |
| | Corrigan, Megan A. | 2019 | 456.00 | 207.30 | 94,528.80 |
| | Molano Jessica M. | 2020 | 485.00 | 711.00 | 344,835.00 |
| | D'Angelo, Alexa | 2020 | 525.00 | 848.30 | 445,357.50 |
| | Mazoch, Jo Ann M. | 2020 | 396.00 | 437.40 | 173,210.40 |
| | Sternbach, Lauren E. | 2020 | 467.00 | 70.60 | 32,970.20 |
| | Sullivan, Kayley B. | 2020 | 525.00 | 280.30 | 147,157.50 |
| | Quailey, Shade I. | 2020 | 525.00 | 567.10 | 297,727.50 |
| | Rosales, Lynsey R. | 2020 | 305.00 | 217.20 | 66,246.00 |
| | Lear, Jordyn | 2021 | 295.00 | 725.10 | 213,904.50 |
| | Gesiotto, Claudia | 2021 | 335.00 | 21.20 | 7,102.00 |
| | Bridges, Bailey A. | 2021 | 396.00 | 469.30 | 185,842.80 |
| | Gokalan, Daphne | 2021 | 620.00 | 538.60 | 333,932.00 |
| | Lorenzo, Sarah-Jane L. | 2021 | 415.00 | 53.20 | 22,078.00 |
| | Luevano, Maria S. | 2021 | 385.00 | 47.20 | 18,172.00 |
| | Thompson, Evette N. | 2021 | 298.00 | 689.80 | 205,560.40 |
| | Gaudreau, Madison J. | 2021 | 499.00 | 164.70 | 82,185.30 |
| | Cruz, Mardeline | 2021 | 499.00 | 693.00 | 345,807.00 |
| | Fredericks, Shelley L. | 2021 | 645.00 | 232.30 | 149,833.50 |
| | Hockenbury, Jesse D. | 2021 | 295.00 | 489.50 | 144,402.50 |
| | Munz, Macy T. | 2021 | 495.00 | 24.80 | 12,276.00 |
| | Record, Luke E. | 2021 | 499.00 | 205.80 | 102,694.20 |
| | Gabaud, Elizabeth L. | 2021 | 535.00 | 189.30 | 101,275.50 |
| | Surapaneni, Priyanka | 2022 | 376.00 | 80.70 | 30,343.20 |
| | Chichi, Delores V. | 2022 | 376.00 | 471.20 | 177,171.20 |
| | Rogo, Francesca A. | #N/A | 376.00 | 164.60 | 61,889.60 |
| | Ellis, Amoy R. | #N/A | 385.00 | 15.50 | 5,967.50 |
| | Karambelas, Alexandra J. | #N/A | 376.00 | 210.50 | 79,148.00 |
| Associates Total | | | 421.11 | 37,972.10 | 15,990,308.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Gibbons, Michael E. | #N/A | 437.00 | 33.80 | 14,770.60 |
| | Fishelman, Benjamin D. | #N/A | 485.00 | 477.50 | 231,587.50 |
| | Nunes, Silas T. | #N/A | 353.00 | 269.30 | 95,062.90 |
| | Chan, Angeline | #N/A | 297.00 | 597.70 | 177,516.90 |
| | Blaber, Theresa A. | #N/A | 389.00 | 38.90 | 15,132.10 |
| | von Collande, Constance M. | #N/A | 394.00 | 576.50 | 227,141.00 |
| | Bryan, Katrina E. | #N/A | 380.00 | 415.30 | 157,814.00 |
| | Stone, Adrian | #N/A | 350.00 | 291.50 | 102,025.00 |
| | Monge, Tirsa | #N/A | 399.00 | 432.30 | 172,487.70 |
| | McKenna, Patrice M. | #N/A | 317.00 | 513.70 | 162,842.90 |
| | Glanzman, Adam J. | #N/A | 400.00 | 160.50 | 64,200.00 |
| | Graham, Sonya M. | #N/A | 306.00 | 30.20 | 9,241.20 |
| | Oliver-Weeks, Marcella J. | #N/A | 494.00 | 662.80 | 327,423.20 |
| | Iskhakova, Yuliya | #N/A | 463.00 | 834.40 | 386,327.20 |
| | Wong, Sun Kei | #N/A | 310.00 | 55.00 | 17,050.00 |
| | Szalay, Sarah M. | #N/A | 223.00 | 215.60 | 48,078.80 |
| | Clark, Raymond W. | #N/A | 191.00 | 6.60 | 1,260.60 |
| | Villamayor, Fidentino L. | #N/A | 418.00 | 324.70 | 135,724.60 |
| | Bekier, James M. | #N/A | 508.00 | 226.10 | 114,858.80 |
| | Montani, Christine A. | #N/A | 399.00 | 437.30 | 174,482.70 |
| | Stephens, Jack L. | #N/A | 257.00 | 5.30 | 1,362.10 |
| | Kinne, Tanya M. | #N/A | 463.00 | 891.30 | 412,671.90 |
| | Safina, Megan R. | #N/A | 319.00 | 463.90 | 147,984.10 |
| | Belanger, Christina I. | #N/A | 370.00 | 2.50 | 925.00 |
| | O'Neil, Alden | #N/A | 396.00 | 390.20 | 154,519.20 |
| | Cabrera, Ramon C. | #N/A | 313.00 | 217.90 | 68,202.70 |
| | Ortiz, Dorian | #N/A | 302.00 | 7.80 | 2,355.60 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | 399.02 | 8,578.60 | 3,423,048.30 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 856.40 | 24,323.40 | 20,830,546.00 |
| Associates Total | 421.11 | 37,972.10 | 15,990,308.80 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 399.02 | 8,578.60 | 3,423,048.30 |
| Blended Attorney Rate | 591.07 | | |
| Total Fees Incurred | | 70,874.10 | 40,243,903.10 |
| **Less 10% Public Interest Discount** | | | (4,024,390.31) |
| **Grand Total** | | | $ 36,219,512.79 |