<u>EXHIBIT C</u>

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FORTIETH INTERIM PERIOD
OF APRIL 1, 2022 THROUGH JULY 31, 2022

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 2,848.20 | $ 1,992,190.70 |
| 02 | Bankruptcy Court Litigation and Related Matters | 161.00 | 117,334.40 |
| 03 | Feeder Funds | 92.40 | 45,083.20 |
| 04 | Asset Search Recovery and Sale | 7.40 | 6,404.20 |
| 05 | Internal Office Meetings with Staff | 355.60 | 212,026.20 |
| 07 | Billing | 910.00 | 409,399.60 |
| 08 | Case Administration | 2,152.70 | 1,165,422.00 |
| 11 | Press Inquires and Responses | 116.50 | 100,066.70 |
| 12 | Document Review | 2,792.00 | 1,136,191.30 |
| 13 | Discovery - Depositions and Document Productions | 933.90 | 394,256.00 |
| 14 | International | 142.60 | 94,983.10 |
| 21 | Allocation | 1.70 | 1,837.70 |
| 000005 | Customer Claims | 208.60 | 78,775.70 |
| 000007 | Madoff Family | 50.90 | 41,804.30 |
| 000009 | Fairfield Greenwich | 11,199.40 | 4,560,097.00 |
| 000029 | Rye/Tremont | 865.20 | 563,270.80 |
| 000030 | HSBC | 2,065.90 | 1,586,928.30 |
| 000032 | LuxAlpha/UBS | 3,239.20 | 2,581,441.90 |
| 000033 | Nomura Bank International PLC | 482.10 | 314,259.80 |
| 000034 | Citibank | 2,584.10 | 1,279,266.40 |
| 000035 | Natixis | 2,099.40 | 813,170.60 |
| 000036 | Merrill Lynch | 651.80 | 374,789.40 |
| 000037 | ABN AMRO | 681.30 | 494,614.20 |
| 000039 | Fortis | 938.50 | 799,356.60 |
| 000053 | Magnify | 3,257.30 | 2,164,673.80 |
| 000060 | Avellino & Bienes | 4,304.00 | 3,516,678.10 |
| 000062 | Subsequent Transfer | 21,769.10 | 12,229,112.50 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 258.70 | 209,655.70 |
| 000065 | Legacy Capital Ltd | 1,177.90 | 881,131.10 |
| 000071 | Square One | 2,173.30 | 1,223,600.50 |
| 000073 | BNP Paribas | 2,353.40 | 856,081.30 |
| | | | |
| **Grand Total** | | **70,874.10** | **40,243,903.10** |

| | |
|---|---:|
| **Less 10% Public Interest Discount** | (4,024,390.31) |
| **Grand Total** | $ 36,219,512.79 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 36,219,512.79 |
| | Interim Compensation Paid | | *(32,597,561.51)* |
| | Interim Compensation Deferred | | $ 3,621,951.28 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 1,415,023,965.39 |
| | Interim Compensation Paid | | *$ (1,404,465,537.36)* |
| | Interim Compensation Deferred | | $ 10,558,428.03 |