EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FORTIETH
INTERIM PERIOD OF APRIL 1, 2022 THROUGH JULY 31, 2022

| | | |
|---|---|---:|
| E101 | Copying (E101) | 2,029.60 |
| E102 | Outside Printing (E102) | 345.10 |
| E106 | Online Research (E106) | 100,841.74 |
| E107 | Delivery Services/ Messengers (E107) | 1,245.08 |
| E108 | Postage (E108) | 435.56 |
| E110 | Out-of-Town Travel (E110) | 69,989.06 |
| E112 | Court Fees (E112) | 5,560.42 |
| E113 | Subpoena Fees (E113) | 438.00 |
| E115 | Deposition Transcripts (E115) | 12,898.25 |
| E116 | Trial Transcripts (E116) | 4,118.75 |
| E119 | Experts (E119) | 34,354.12 |
| E123 | Other Professionals (E123) | 1,137.50 |
| E124 | Other (E124) | 53,063.53 |
| Grand Total | | **286,456.71** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded     $  20,912,275.92