## Exhibit B

SUMMARY OF THIRTY-NINTH INTERIM FEE APPLICATION OF WINDELS MARX
LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2022
THROUGH JULY 31, 2022

| Name | Year Admitted | Apr-Jul 2022 Standard Hourly Rate | Apr-Jul 2022 Total Hours Billed | Apr-Jul 2022 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 715.00 | 534.40 | $ 382,096.00 |
| Robert J. Luddy | 1987 | 690.00 | 144.00 | $ 99,360.00 |
| Kim M. Longo | 2002 | 600.00 | 739.90 | $ 443,940.00 |
| **Total Partners** | | | **1,418.30** | **$925,396.00** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 480.00 | 649.10 | $ 311,568.00 |
| Alan D. Lawn | 2009 | 435.00 | 589.50 | $ 256,432.50 |
| **Total Special Counsel** | | | **1,238.60** | **$568,000.50** |
| **Associates** | | | | |
| Maja Lukic | 2011 | 495.00 | 577.50 | $ 285,862.50 |
| Philip M. Taylor | 2011 | 485.00 | 54.20 | $ 26,287.00 |
| Karen M. Cullen | 1981 | 440.00 | 323.10 | $ 142,164.00 |
| Carol LaFond | 2000 | 410.00 | 661.80 | $ 271,338.00 |
| Alex Jonatowski | 2007 | 410.00 | 672.10 | $ 275,561.00 |
| Edmund B. Troya | 2003 | 390.00 | 15.50 | $ 6,045.00 |
| Lauren M. Sisson | 2022 | 390.00 | 239.20 | $ 93,288.00 |
| Tyschelle R. Doucette | 2006 | 320.00 | 578.40 | $ 185,088.00 |
| Anika Wilson | 2000 | 320.00 | 506.60 | $ 162,112.00 |
| Jose A. Despian Jr. | 2010 | 320.00 | 410.20 | $ 131,264.00 |
| **Total Associates** | | | **4,038.60** | **$1,579,009.50** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 260.00 | 51.50 | $ 13,390.00 |
| Carilyn Priolo | | 170.00 | 148.00 | $ 25,160.00 |
| **Total Paraprofessionals** | | | **199.50** | **$ 38,550.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,418.30 | 925,396.00 |
| **Special Counsel** | 1,238.60 | 568,000.50 |
| **Associates** | 4,038.60 | 1,579,009.50 |
| **Paraprofessionals** | 199.50 | 38,550.00 |
| | | |
| **Blended Attorney Rate** | 458.88 | |
| **Blended Rate All Professionals** | 451.19 | |
| **GRAND TOTAL** | **6,895.00** | **$ 3,110,956.00** |

{12094091:1}