## Exhibit C

SUMMARY OF THIRTY-NINTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2022 THROUGH AND INCLUDING JULY 31, 2022

| Code Description | Amount | |
|---|---|---:|
| Telephone - Reimbursements | $ | 409.36 |
| Air Courier/Messenger | $ | 385.88 |
| Online Research | $ | 24,023.67 |
| **TOTAL** | **$** | **24,818.91** |

{12094091:1}