**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTY-NINTH INTERIM PERIOD OF APRIL 1, 2022 THROUGH AND INCLUDING JULY 31, 2022

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 4.10 | $ 1,220.00 |
| | | 007 | Fee Application | 155.70 | 33,288.50 |
| | | 020 | Internal Office Meetings | 69.70 | 31,024.50 |
| 12 | Credit Suisse | 010 | Litigation | 1,401.10 | 509,969.00 |
| 14 | Zephyros | 010 | Litigation | 55.30 | 24,821.00 |
| 15 | Mistral | 010 | Litigation | 52.80 | 24,892.00 |
| 16 | Societe Generale | 010 | Litigation | 944.40 | 456,854.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 1,128.60 | 439,537.00 |
| 18 | Clariden Leu | 010 | Litigation | 277.10 | 113,347.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 141.60 | 49,909.00 |
| 20 | Coordinated Cases | 010 | Litigation | 843.90 | 451,682.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,760.50 | 943,489.50 |
| 24 | Naidot | 010 | Litigation | 60.20 | 30,921.50 |
| | | | **TOTALS** | **6,895.00** | **$ 3,110,956.00** |

{12094091:1}