# EXHIBIT B

## SIPC v. BLMIS

## 08-01789 (CGM)

### ACTIVE GOOD FAITH CASES[1]

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Judgment entered in S.D.N.Y. on September 23, 2022 in favor of Trustee[2] |
| 10-04362 | Sage Associates, et al. | Appeal and Cross-Appeal pending in Second Circuit[3] |
| 10-04400 | Sage Realty, et al. | Appeal and Cross-Appeal pending in Second Circuit[3] |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. | Appeal pending in S.D.N.Y.[2] |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Amended Opinion and Order affirming U.S.B.C. decision entered October 6, 2022 |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | |
| 10-04667 | David Gross, et al. | |
| 10-04669 | Zieses Investment Partnership, et al. | Summary Judgment Motion pending in S.D.N.Y.[2] |
| 10-04709 | Andrew M. Goodman | Motion to Withdraw the Reference pending in S.D.N.Y.[2] |
| 10-04986 | Sharon Knee | Summary Judgment motion pending before this Court; parties have reached settlement in principle |
| 10-05079 | Estate of James M. Goodman, et al. | Motion to Withdraw the Reference pending in S.D.N.Y.[2] |

---

[1] Four cases were settled and the parties entered into settlement agreements during the Report Period. *See Picard v. Frederic Z. Konigsberg, et al.*, Adv. Pro. No. 10-04394; *Picard v. Judd Robbins,* Adv. Pro. No. 10-04503; *Picard v. James B. Pinto Revocable Trust U/A dtd 12/1/03, et al.* Adv. Pro. No. 10-04538 and *Picard v. Estate of Bernard J. Kessel, et al.* Adv. Pro. No. 10-05144; The Bankruptcy Court has closed all of these matters.

[2] *See Picard v. RAR Entrepreneurial Fund LTD, et al.*, No. 20-cv-01029 (JMF); *Picard v. Kenneth W. Brown,* No. 22-cv-03882 (VEC) (S.D.N.Y.); *Picard v. Zieses Investment Partnership, et al.,* No. 20-cv-02872 (VSB) (S.D.N.Y.); *Picard v. Goodman*, No. 20-cv-04767 (MKV) (S.D.N.Y.); *Picard v. Estate of James M. Goodman*, No. 21-cv-01763 (ER) (S.D.N.Y.); *Picard v. Fairfield Pagma Associates, et al.,* No. 22-cv-03914 (VEC) (S.D.N.Y.).

[3] *See Malcolm H. Sage v. Picard,* 22-1107 and 22-1210 (2d Cir.); *Malcolm H. Sage v. Picard,* 22-1110 and 22-1212 (2d Cir.).

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | |
| 10-05128 | JABA Associates LP, et al. | Opinion affirming judgment of the S.D.N.Y. entered September 20, 2022 Second Circuit |
| 10-05169 | Fairfield Pagma Associates, et al. | Appeal pending in S.D.N.Y.[2] |
| 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | |
| 10-05394 | Glantz | Defendant's Chapter 7 Bankruptcy pending in the U.S. Bankruptcy Court, Northern District of California, Case No. 20-30749 (DM) |
| **TOTAL: 16** | | |