**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
|               Plaintiff-Applicant,<br>v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
|               Defendant. | |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01565 (CGM) |
|               Plaintiff,<br>v. | |
| STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A. (f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A.), as represented by its Liquidator HANSPETER KRÄMER, HANSPETER KRÄMER, in his capacities as liquidator and representative of STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD CHARTERED INTERNATIONAL (USA) LTD., and f/k/a AMERICAN EXPRESS BANK LTD.,<br><br>              Defendants. | |

## STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Standard Chartered Financial Services (Luxembourg) S.A. (formerly known as American Express Financial Services (Luxembourg) S.A. and before that, known as American Express Bank (Luxembourg) S.A.); Standard Chartered Bank International (Americas) Ltd. (formerly known as American Express Bank International); and Standard Chartered Holdings Inc. ("SCHI") (as successor to Standard Chartered International (USA) Ltd. ("SCIUSA"), which was formerly known as American Express Bank Ltd. ("Defendants," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, in accordance with the Stipulation and Order entered on May 16, 2022, Defendants timely filed a Motion to Dismiss on July 15, 2022;

**WHEREAS**, Defendants timely filed a Notice of Hearing on the Motion to Dismiss for November 16, 2022;

**WHEREAS**, the Trustee timely filed Opposition to the Motion to Dismiss on September 15, 2022;

**WHEREAS**, the Defendants timely filed a reply on the Motion to Dismiss on October 17, 2022;

**WHEREAS**, the Parties agree to an adjustment of the schedule for the hearing date on the Motion to Dismiss;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, and **SO ORDERED**, by the Court that Defendants hereby withdraw their Notice of Hearing for November 16, 2022, and the Motion to Dismiss shall be heard on December 14, 2022.

Dated:    October 31, 2022
          New York, New York

By: /s/ *Robertson D. Beckerlegge*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
Robertson D. Beckerlegge
Email:  rbeckerlegge@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Andrew J. Finn*
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Andrew J. Finn
Email:  finna@sullcrom.com

*Attorneys for Defendants*



**Dated: November 1, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**