UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>        Defendant. | Adv. Pro. No. 11-02493 (CGM) |

### ORDER DENYING ABU DHABI INVESTMENT AUTHORITY'S MOTION TO DISMISS THE COMPLAINT

Defendant Abu Dhabi Investment Authority ("Defendant") filed a motion to dismiss the complaint filed in this action ("Complaint") under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6) along with supporting papers (the "Motion") on May 11, 2022. The parties stipulated to rest on their papers and waive oral argument on the Motion on October 11, 2022. The Court has considered the Motion and the supporting papers, the papers

filed in support of and in opposition to the Motion, and the Complaint. The Court issued a memorandum decision, dated October 28, 2022, regarding the Motion (the "Decision"). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for Defendant to file an answer to the Complaint is December 12, 2022.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: November 3, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**