**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

|  Column 1  |  Column 2  |
|---|---|
|  **Date**  |  **Amount**  |
| 9/19/2007 | (10,000,000) |
| 9/19/2007 | (5,000,000) |
| 11/19/2007 | (2,000,000) |
| 12/19/2007 | (10,000,000) |
| 1/17/2008 | (10,000,000) |
| 5/15/2008 | (3,000,000) |
| 6/17/2008 | (36,000,000) |
| 7/15/2008 | (27,541,099) |
| **Total:** $ | **(103,541,099)** |