**EXHIBIT D**
**SUBSEQUENT TRANSFER FROM FAIRFIELD SENTRY TO DEFENDANT FORTIS IOM**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 11/19/2008 | (1,063,953) |
| **Total:** | **$ (1,063,953)** |