**EXHIBIT F**
**SUBSEQUENT TRANSFER FROM FAIRFIELD SIGMA TO DEFENDANT FORTIS IOM**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 2/5/2007 | (214,549) |
| **Total:** | $ (214,549) |