UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br>UKFP (ASIA) NOMINEES LIMITED,<br><br>Defendant. | Adv. Pro. No. 12-01566 (CGM) |

**STIPULATION AND ORDER TO WAIVE ARGUMENT**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant UKFP (Asia) Nominees Limited ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on July 15, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 81], with a supporting memorandum of law [ECF No. 83] and the Declaration of Joaquin M. C de Baca [ECF No. 82]; on September 13, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 86] and the supporting Declaration of Matthew K. Cowherd [ECF No. 87] (the "Opposition"); and on October 13, 2022, Defendant filed a reply in further support of its Motion [ECF No. 92] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, on October 7, 2022, the Court entered a stipulation and order adjourning the hearing on the Motion from October 19, 2022 to November 16, 2022, at 10:00am (prevailing Eastern time).

**WHEREAS**, the Parties have conferred and agree to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on November 16, 2022 to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated:      October 24, 2022
               New York, New York

| **BAKER & HOSTETLER LLP** | **MAYER BROWN LLP** |
|---|---|
| By: */s/ David J. Sheehan* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212-589-4200 <br> Facsimile: 212-589-4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Amy E. Vanderwal <br> Email: avanderwal@bakerlaw.com <br> Matthew K. Cowherd <br> Email: mcowherd@bakerlaw.com | By: */s/ Joaquin M. C de Baca* <br> 1221 Avenue of the Americas <br> New York, New York 10020-1001 <br> Telephone: 212-506-2158 <br> Facsimile: 212-849-5938 <br> Joaquin M. C de Baca <br> Email: jcdebaca@mayerbrown.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant UKFP (Asia) Nominees Limited* |



**Dated: October 25, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**