**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>          Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>v.<br><br>NOMURA INTERNATIONAL PLC,<br><br>          Defendant. | Adv. Pro. No. 11-02759 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, a copy of the Trustee's Memorandum of Law in Opposition to Defendant Nomura International PLC's Motion to Dismiss was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: November 8, 2022
      New York, New York

           By: */s/ David J. Sheehan*
           BAKER & HOSTETLER LLP
           45 Rockefeller Plaza
           New York, New York 10111
           Telephone: 212.589.4200
           Facsimile: 212.589.4201
           David J. Sheehan
           Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Jeffrey Resetarits
Randall Martin
Shearman & Sterling LLP
Email: Jeffrey.Resetarits@shearman.com
Email: Randall.Martin@shearman.com
Attorney For: NOMURA INTERNATIONAL PLC

3