UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>INTELIGO BANK LTD., f/k/a BLUBANK LTD.,<br><br>        Defendant. | Adv. Pro. No. 11-02763 (CGM) |

## STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT

    Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant Inteligo Bank Ltd., f/k/a Blubank Ltd. ("Defendant," and together with the Trustee, the "Parties"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 27, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion"), ECF No. 116, with a supporting memorandum of law, ECF No. 117; on August 25, 2022 the Trustee filed an opposition to the Motion, ECF No. 120, and the supporting declaration of Amy E. Vanderwal, ECF No. 121 (the "Opposition"); and on September 26, 2022 Defendant filed a reply in further support of the Motion, ECF No. 124 (the "Reply", and together with the Motion and Opposition, the "Briefing"); and

**WHEREAS**, the parties have conferred and agree to rest on the Briefing and waive oral argument on the Motion.

**IT IS MUTUALLY AGREED AND STIPULATED**, by the Parties, and **SO ORDERED**, by the Court that:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on November 16, 2022, to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. Except as expressly set forth herein, the parties to this Stipulation reserve all rights, arguments, claims, objections and/or defenses they may have and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, claims, objections and/or defenses.

4. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.

Dated:   New York, New York
           November 8, 2022

| **BAKER & HOSTETLER LLP** | **WINSTON & STRAWN LLP** |
|---|---|
| By: *s/ Stephanie A. Ackerman*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Amy E. Vanderwal<br>Email: avanderwal@bakerlaw.com<br>Stephanie A. Ackerman<br>Email: sackerman@bakerlaw.com | By: *s/ Heather Lamberg*<br>1901 L Street NW<br>Washington, D.C. 20036<br>Telephone: (202) 282-5274<br>Facsimile: (202) 282-5100<br>Heather Lamberg<br>Email: hlamberg@winston.com<br><br>*Attorneys for Defendant Inteligo Bank Ltd.* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**WINDELS MARX LANE & MITTENDORF, LLP**

By: *s/ Howard L. Simon*
156 West 56th Street
New York, New York 10019
Telephone: 212.237.1000
Facsimile: 212.589.4201
Howard L. Simon
Email: hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*



**Dated: November 9, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**