**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>                    Defendant. | Adv. Pro. No. 12-01047 (CGM) |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and Defendant Koch Industries, Inc.

("Defendant," and with the Trustee, the "Parties"), by and through their respective and undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on July 22, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 105], including a supporting memorandum of law [ECF No. 106] and the Declaration of Jonathan P. Guy [ECF No. 107]; on September 30, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 110] (the "Opposition"); and Defendant's deadline to file a reply in further support of its Motion is November 11, 2022 (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Motion on November 16, 2022 at 10:00 am; and

**WHEREAS**, the Parties have conferred and agreed to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on November 16, 2022, to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: November 9, 2022
New York, New York

By: */s/ Eric R. Fish*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com
Michelle N. Tanney
Email: mtanney@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Jonathan Guy*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Jonathan Guy
Email: jguy@orrick.com
James W. Burke
Email: jburke@orrick.com

*Attorneys for Defendant Koch Industries, Inc.*



**Dated: November 9, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**