**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SNS BANK N.V. and SNS GLOBAL CUSTODY B.V.,<br><br>Defendants. | Adv. Pro. No. 12-01046 (CGM) |

**DECLARATION OF GEORGE W. SHUSTER, JR. IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. 1746, George W. Shuster, Jr., under penalty of perjury, declares the

following to be true and correct:

I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys

for Defendants SNS Bank N.V. and SNS Global Custody B.V. ("Defendants") in the above-

referenced action.  I submit this Declaration and the materials annexed hereto in support of the

Defendants' Motion to Dismiss the Complaint (the "Motion") in its entirety and with prejudice.[1]

1.       Attached hereto as **Exhibit A** is a true and correct copy of the Complaint and

accompanying exhibits, filed in the above-referenced action on February 9, 2012.  *See* Dkt. 1.

2.       Attached hereto as **Exhibit B** is a true and correct copy of an Information Detail

page from De Nederlandsche Bank, the Dutch central bank and financial sector supervisor,

reflecting that de SNS Bank N.V. (n/k/a de Volksbank N.V.) was authorized since at least

December 31, 1990 to "[c]arry[] on the business of a bank," and continued to be authorized do so

as of at least October 11, 2022, i.e., at all times relevant to the Motion.[2]


Dated: October 14, 2022                 Respectfully Submitted,
       New York, New York

                                        WILMER CUTLER PICKERING HALE AND
                                        DORR LLP

                                        By: */s/* George W. Shuster, Jr.
                                        George W. Shuster, Jr.
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, New York 10007
                                        Telephone: 212-230-8800
                                        Facsimile: 212 230-8888
                                        Email: george.shuster@wilmerhale.com

                                        *Counsel for Defendants SNS Bank N.V. and SNS*
                                        *Global Custody B.V.*

---

[1] SNS Bank N.V. has been renamed de Volksbank N.V. since January 1, 2017, but all matters relevant to Defendants' Motion to Dismiss relate to the time period before such date.

[2] The Information Detail page for de Volksbank was obtained by me at https://www.dnb.nl/en/public-register/information-detail/?registerCode=WFTKF&relationNumber=B0578.