# EXHIBIT B

    

Public register

# de Volksbank N.V.

Last update: 11 October 2022 02:00

banks

## de Volksbank N.V.

banks

**Statutory name:**
de Volksbank N.V.

**Trade name:**
ASN Bank, de Volksbank, SNS Bank, BLG Hypotheken, DBV Finance, EuropeLife Finance, BLG Wonen, Holland Woningfinanciering, Algemene Spaarbank voor Nederland ASN, FinanCenter, Innovatiebank, SNS Effectenlijn, SNS FinanCenter, RegioBank, SNS Direct, SNS, de Volksbank N.V., SNS Verzekeringen, de Volksbank Financial Markets, SNS Bank Zakelijk

**Statutory seat:**
UTRECHT, NEDERLAND

**Chamber of Commerce:**
16062338

**LEI code:**
724500A1FNICHSDF2I11

**Relation number DNB:**
B0578

**Category:**
Emittent effecten CSDB, Bank - CI

## Contacts

### Business address

**Adress:**            Croeselaan 1

**Postal code:** 3521BJ
**Place of residence:** UTRECHT
**Country:** Netherlands

## Mailing address

**Adress:** Postbus 8444
**Postal code:** 3503RK
**Place of residence:** UTRECHT
**Country:** Netherlands

EU-passport (out)

Application

**Covered Bonds**

## Application

| Article | Activity | Date of entrance | Enddate | Definitive date |
|---|---|---|---|---|
| 2:13(1) Carrying on the business of a bank | 01. Acceptance of deposits and other repayable funds | 31/12/1990 | | |
| | 02. Lending | 31/12/1990 | | |
| | 03. Financial leasing | 31/12/1990 | | |
| | 04. Payment services as referred to in Article 4(3) of Directive 2015/2366 | 31/12/1990 | | |
| | 05. Issuing and administering means of payment (e.g. credit cards, travellers' cheques and | 31/12/1990 | | |

| Article | Activity | Date of entrance | Enddate | Definitive date |
|---|---|---|---|---|
| | cards, travellers' cheques and bankers' drafts) | | | |
| | 06. Guarantees and commitments | 31/12/1990 | | |
| | 07e. Transferable securities | 31/12/1990 | | |
| | 08. Participation in securities issues and the provision of services related to such issues | 31/12/1990 | | |
| | 09. Advice to undertakings on capital structure, corporate strategy and related questions and advice as well as services relating to mergers and the purchase of undertakings | 31/12/1990 | | |
| | 10. Money broking | 31/12/1990 | | |
| | 11. Portfolio management and advice | 31/12/1990 | | |
| | 12. Safekeeping and administration of securities | 31/12/1990 | | |
| | 13. Credit reference services | 31/12/1990 | | |
| | 14. Safe custody services | 31/12/1990 | | |
| | 15. Issuance of electronic money | 31/12/1990 | | |

| Article | Activity | Date of entrance | Enddate | Definitive date |
|---|---|---|---|---|
| | 7a. Money market instruments (cheques, bills, certificates of deposit, etc.); | 31/12/1990 | | |
| | 7b. Foreign exchange | 31/12/1990 | | |
| | 7c. Financial futures and options; | 31/12/1990 | | |
| | 7d. Exchange rate and interest rate instruments | 31/12/1990 | | |

About us

Sitemap

Archive

Privacy and security

Accountability

Contact & FAQ's

   

We are committed to financial stability and contribute to sustainable prosperity in the Netherlands.

