Hearing Date and Time: February 15, 2023 at 10:00 a.m.
Objection Deadline:  December 20, 2022
Reply Deadline:  January 30, 2023

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> SNS BANK N.V. and SNS GLOBAL CUSTODY B.V., <br><br> Defendants. | Adv. Pro. No. 12-01046 (CGM) |

**NOTICE OF HEARING ON THE SNS DEFENDANTS'**
**MOTION TO DISMISS THE COMPLAINT**

WHEREAS, on July 18, 2022, the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York so-ordered a Stipulation and Order (Dkt. 109) setting forth a briefing schedule for Defendants SNS Bank N.V. and SNS Global Custody B.V.'s (collectively, the "SNS Defendants") Motion to Dismiss the Complaint of Plaintiff Irving

H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff ("Plaintiff" or the "Trustee"); and

WHEREAS, on August 2, 2022, Judge Morris so-ordered an Amended Stipulation and Order (Dkt. 110) setting forth a revised briefing schedule (the "Scheduling Order") for the SNS Defendants' Motion to Dismiss; and

WHEREAS, on October 14, 2022, as required by the Scheduling Order, the SNS Defendants filed a Motion to Dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion"); and WHEREAS, under the Scheduling Order, the Trustee will file his opposition to the Motion on or before December 20, 2022; and

WHEREAS, under the Scheduling Order, the SNS Defendants will file their reply in further support of the Motion on or before January 30, 2023;

NOW, THEREFORE, PLEASE TAKE NOTICE that a hearing will be held on the Motion before the Honorable Cecelia G. Morris, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York on February 15, 2023 at 10:00 a.m., or at a date and time to be set by the Court.

Dated: October 14, 2022
New York, New York

Respectfully Submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/* George W. Shuster, Jr.
George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: 212-230-8800
Facsimile: 212 230-8888
Email: george.shuster@wilmerhale.com

*Counsel for Defendants SNS Bank N.V. and SNS Global Custody B.V.*