**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NAIDOT & CO. and BESSEMER TRUST COMPANY,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 11-02733 (CGM) |

**CERTIFICATE OF SERVICE**

I, Heather Lamberg, an attorney admitted pro hac vice in the State of New York, hereby certify that:

1. On the 20th day of October 2022, I have caused service of Naidot & Co. and Bessemer Trust Company's Joint Motion to Dismiss and Memorandum in Support of their Joint Motion to Dismiss to be made by electronic filing with the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to all parties with an e-

mail address of record, who have appeared and consented to electronic service in this action.

Date: October 20, 2022

<u>/s/ Heather Lamberg</u>
Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)