**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>NAIDOT & CO. and BESSEMER TRUST COMPANY,<br><br>        Defendants. | Adv. Pro. No. 11-02733 (CGM) |

**DEFENDANTS' AMENDED NOTICE OF HEARING ON JOINT MOTION TO DISMISS**

Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)

**PLEASE TAKE NOTICE,** that Defendants Naidot & Co. ("Naidot") and Bessemer Trust Company ("BTC") filed their Motion to Dismiss and a related Memorandum in Support of their Motion to Dismiss on October 20, 2022, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). Copies of the Motion and Memorandum are available on the Court's website at www.nysb.uscourts.gov by registered users of the Public Access to Court Electronic Records (PACER) system.

A hearing to consider the issues necessary to rule on Defendants' motion to dismiss will be held before the Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge for the Southern District of New York, on February 15, 2023 at 10:00 A.M. Eastern Time, or as soon thereafter as Defendants may be heard. Unless otherwise stipulated, the hearing shall be held virtually using a virtual conferencing platform such as "Zoom."

Date: October 21, 2022

/s/ Heather Lamberg
Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)