**BakerHostetler**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 11, 2022

Keith R. Murphy
direct dial: 212.589.4686
kmurphy@bakerlaw.com

**VIA ECF**

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, NY 10004-1408

Re:  *Picard v. v. Bank Julius Baer & Co. Ltd.*, Adv. Pro. No. 11-02922 (substantively consolidated with *SIPC v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789)

Dear Judge Morris:

My firm represents the plaintiff, Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act and the chapter 7 estate of Bernard L. Madoff, in the above-captioned adversary proceeding.  I write jointly with counsel for the defendant, Bank Julius Baer & Co. Ltd. ("BJB"), with respect to the hearing on BJB's motion to dismiss (ECF No. 114) scheduled for November 16, 2022 at 10:00 a.m. (ECF No. 117).

The parties write to provide the Court notice that they have conferred and agree to limit their respective arguments at the hearing to only the seventh ground for dismissal that BJB raised in its accompanying memorandum of law, *i.e.*, that the Amended Complaint's newly alleged transfers from Fairfield Sentry Limited and Fairfield Sigma Limited to BJB do not relate back to the Trustee's original Complaint under Federal Rule of Civil Procedure 15(c)(1)(B).  (ECF No. 115 at 35-40; *see also* ECF No. 119 (Trustee's Opposition) at 34-40; ECF No. 122 (BJB's Reply) at 18-20.)  The parties have agreed further to rest on their papers with respect to all other issues.  Nothing herein shall be considered a waiver of any argument made in the parties' filed papers or otherwise affect those arguments in any way.

Hon. Cecelia G. Morris
November 11, 2022
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ *Keith R. Murphy* | /s/ *Eric Halper* |
| **Baker & Hostetler LLP** | **McKool Smith** |
| 45 Rockefeller Plaza | One Manhattan West |
| New York, New York 10111 | 395 9th Avenue |
| Telephone: (212) 589-4200 | New York, NY 10001 |
| Facsimile: (212) 589-4201 | Telephone: (212) 402-9400 |
| David J. Sheehan | Facsimile: (212) 402-9444 |
| Email: dsheehan@bakerlaw.com | Eric Halper |
| Keith R. Murphy | ehalper@mckoolsmith.com |
| Email: kmurphy@bakerlaw.com | |
| | *Attorneys for BJB* |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com
Alan D. Lawn
Email: alawn@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*