**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 16, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05355; Picard v. ABN AMRO Bank (Ireland) Ltd.,** *et al.*

    A. Notice of Adjournment of Hearing RE: Notice of Hearing to consider Order of U.S. District Court Judge Colleen McMahon on 5/2/2022. Re: DECISION AND ORDER: For the foregoing reasons, the Bankruptcy Courts decision denying the Trustees motion to amend is vacated and remanded for further proceedings in

      accordance with the Citibank decision. The clerk is directed to close this appeal. This constitutes the decision and order of the court. This is a written opinion. filed by Clerk of Court, United States Bankruptcy Court, SDNY; hearing held and adjourned to 11/16/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 06/15/2022) [ECF No. 204]

**Status**:      This matter is going forward.

2. **10-05421; Picard v. Frank J. Avellino, *et al.***

   A.    Notice of Adjournment of Pre-Trial Conference filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 11/16/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Filed: 10/12/2022) [ECF No. 287]

   **Status**:      This matter is going forward.

## CONTESTED MATTERS

1. **10-05354; Picard v. ABN AMRO Bank, N.V.**

   A.    Memorandum of Law in Support of Natwest Market N.V.'s Motion to Dismiss filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 5/23/2022) [ECF No. 224]

   **Opposition Due**:    July 22, 2022

   **Opposition Filed**:

   B.    Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 226]

   **Replies Due**:    August 22, 2022

   **Replies Filed**:

   C.    Reply in Further Support of Natwest Markets N.V.'s Motion to Dismiss filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 8/23/2022) [ECF No. 230]

   **Related Documents**:

   D.    Stipulation and Order signed on 1/19/2022. (DuBois, Linda) (Entered: 01/19/2022) [ECF No. 217]

E.    Amended Stipulation and Order signed on 3/2/2022 (DuBois, Linda) (Entered: 03/02/2022) [ECF 219]

F.    Notice of Motion to Dismiss the Consolidated Second Amended Complaint filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 5/23/2022) [ECF No. 223]

G.    Stipulation and Order to Adjourn Hearing signed on 8/4/2022. (DuBois, Linda) (Entered: 08/04/2022) [ECF No. 228]

**Status**:    This matter is going forward.

2. **11-02922; Picard v. Bank Julius Baer & Co. Ltd.**

   A.    Memorandum of Law in Support of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/7/2022) [ECF No. 115]

   B.    Declaration of Eric B. Halper in Support of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/7/2022) [ECF No. 116]

   **Opposition Due**:    September 12, 2022

   **Opposition Filed**:

   C.    Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/12/2022) [ECF No. 119]

   **Replies Due**:    October 12, 2022

   **Replies Filed**:

   D.    Reply Memorandum of Law in Further Support of Motion to Dismiss the Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 10/12/2022) [ECF No. 122]

   **Related Documents**:

   E.    Stipulation and order signed on 4/18/2022. (Kinchen, Gwen) (Entered: 04/18/2022) [ECF No. 112]

   F.    Amended Stipulation and Order signed on 6/10/2022 (DuBois, Linda) (Entered: 06/10/2022) [ECF No. 113]

G. Notice of Hearing on of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/8/2022) [ECF No. 117]

H. Letter to Judge Morris Regarding November 16, 2022 Oral Argument filed by Keith R. Murphy on behalf of Irving H. Picard (Filed: 11/11/2022) [ECF No. 123]

**Status**: This matter is going forward.

3. **11-02925; Picard v. Credit Suisse AG, *et al*.**

   A. Memorandum of Law in Support of Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse International, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited (Filed: 6/15/2022) [ECF No. 106]

   B. Declaration of Kayla N. Haran in Support of the Credit Suisse Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse International, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited (Filed: 6/15/2022) [ECF No. 107]

   **Opposition Due**: August 15, 2022

   **Opposition Filed**:

   C. Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Complaint filed by Howard L. Simon on behalf of Irving H. Picard (Filed: 8/15/2022) [ECF No. 111]

   **Replies Due**: September 20, 2022

   **Replies Filed**:

   D. Reply in Further Support of Credit Suisse's Motion to filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse International, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited (Filed: 9/20/2022) [ECF No. 114]

   **Related Documents**:

   E. Stipulation and Order signed on 4/15/2022. (DuBois, Linda) (Entered: 04/15/2022) [ECF No. 102]

4

    F.    Notice of Hearing on Defendants' Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse International, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited (Filed: 6/15/2022) [ECF No. 108]

    G.    Revised Notice of Hearing on Defendants' Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse International, Credit Suisse London Nominees Limited, Credit Suisse Nominees (Guernsey) Limited (Filed: 6/24/2022) [ECF No. 110]

    H.    Amended Stipulation and Order signed on 9/16/2022 (DuBois, Linda) (Entered: 09/16/2022) [ECF No. 113]

    I.    Stipulation and Order to Adjourn Argument Date signed on 9/26/2022 (Fredericks, Frances) (Entered: 09/26/2022) [ECF No. 115]

**Status**:    This matter is going forward.

4. **12-01021; Picard v. Grosvenor Investment Management Ltd., *et al.***

    A.    Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint filed by Ehud Barak (Filed: 4/15/2022) [ECF No. 109]

    B.    Declaration of Michael Morrison in Support of Defendants' Motion to Dismiss the Complaint filed by Ehud Barak (Filed: 4/15/2022) [ECF No. 110]

    C.    Declaration of Ehud Barak in Support of Defendants' Motion to Dismiss the Complaint filed by Ehud Barak (Filed: 4/15/2022) [ECF No. 111]

**Opposition Due**:    June 15, 2022

**Opposition Filed**:

    D.    Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/15/2022) [ECF No. 115]

    E.    Declaration of Dean D. Hunt in Support of Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/15/2022) [ECF No. 116]

**Replies Due**:    July 15, 2022

**Replies Filed**:

F. Defendants' Reply to the Trustee's Opposition to the Motion to Dismiss the Complaint filed by Ehud Barak on behalf of Grosvenor Aggressive Growth Fund Limited, Grosvenor Balanced Growth Fund Limited, Grosvenor Investment Management Ltd., Grosvenor Private Reserve Fund Limited (Filed: 7/15/2022) [ECF No. 119]

**Related Documents**:

G. Stipulation and Order signed on 2/15/2022. (DuBois, Linda) (Entered: 02/15/2022) [ECF No. 107]

H. Motion and Notice of Motion to Dismiss the Grosvenor Complaint filed by Ehud Barak (Filed: 4/25/2022) [ECF No. 108]

I. Notice of Hearing on Motion to Dismiss filed by Ehud Barak (Filed: 5/6/2022) [ECF No. 113]

**Status**: This matter is going forward.

5. **12-01676; Picard v. Credit Suisse AG,** *et al.*

   A. Memorandum of Law in Support of Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG (Filed: 6/29/2022) [ECF No. 88]

   **Opposition Due**: August 29, 2022

   **Opposition Filed**:

   B. Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed by Howard L. Simon on behalf of Irving H. Picard (Filed: 8/29/2022) [ECF No. 91]

   **Replies Due**: September 29, 2022

   **Replies Filed**:

   C. Reply in Further Support of Credit Suisse's Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG (Filed: 9/29/2022) [ECF No. 96]

   **Related Documents**:

   D. Stipulation and Order signed on 4/14/2022. (DuBois, Linda) (Entered: 04/14/2022) [ECF No. 84]

6

E.  Motion to Dismiss Adversary Proceeding filed by William J. Sushon on behalf of Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG (Filed: 6/29/2022) [ECF No. 87]

F.  Notice of Hearing on Defendant's Motion to Dismiss filed by William J. Sushon on behalf of Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG (Filed: 6/29/2022) [ECF No. 89]

G.  Stipulation and Order to Adjourn Argument Date signed on 9/26/2022 (Fredericks, Frances) (Entered: 09/26/2022) [ECF No. 93]

**Status**:    This matter is going forward.

Dated: November 11, 2022
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*