**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>      Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

  I, David King, request admission, *pro hac vice*, to practice before the Honorable Judge Cecelia G. Morris, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) in the above-referenced adversary proceeding.

  I certify that I am a member in good standing of the bar in the District of Columbia, the State of Ohio, and the State of Maryland.

  My address is:

      David King
      REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
      1909 K Street, NW, Suite 800
      Washington, DC 20006
      (202) 894-7320
      dking@reichmanjorgensen.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 8, 2022        Respectfully submitted,

      */s/ David King*

      David King
      REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
      1909 K Street, NW, Suite 800
      Washington, DC 20006
      (202) 894-7320
      dking@reichmanjorgensen.com
      *Attorney for Defendant NatWest N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05354 (CGM) |
| | Adv. Pro. No. 11-02760 (CGM) |
| v. | |
| ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE,**
**_PRO HAC VICE_ OF NATHANIEL G. WARNER**

Upon the motion of David King, a member in good standing of the bar in the District of Columbia, the State of Ohio, and the State of Maryland, having requested to be admitted, *pro hac vice*, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), in the above-referenced cases and related adversary proceedings, it is hereby:

**ORDERED** that David King, is admitted to practice, *pro hac vice*, in the above-referenced cases, as well as the related adversary proceedings, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated:
      New York, New York

                                            THE HONORABLE CECELIA G. MORRIS
                                            UNITED STATES BANKRUPTCY JUDGE