**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>      Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

  I, Nathaniel G. Warner, request admission, *pro hac vice*, to practice before the Honorable Judge Cecelia G. Morris, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) in the above-referenced cases and related adversary proceedings.

  I certify that I am a member in good standing of the bar in the State of New York.

  My address is:

Nathaniel G. Warner
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, New York 10017
Tel: (650) 623-1433
nwarner@reichmanjorgensen.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 8, 2022

                                                     */s/ Nathaniel G. Warner*

Nathaniel G. Warner
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, New York 10017
Tel: (650) 623-1433
nwarner@reichmanjorgensen.com
*Attorney for Defendant NatWest N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>                  Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
**_PRO HAC VICE_ OF NATHANIEL G. WARNER**

    Upon the motion of Nathaniel G. Warner, a member in good standing of the bar in the State of New York, having requested to be admitted, *pro hac vice*, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), in the above-referenced cases and related adversary proceedings, it is hereby:

**ORDERED** that Nathaniel G. Warner, is admitted to practice, *pro hac vice*, in the above-referenced cases, as well as the related adversary proceedings, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated:
    New York, New York

                                           THE HONORABLE CECELIA G. MORRIS
                                           UNITED STATES BANKRUPTCY JUDGE