**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      *Plaintiff-Applicant*,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      *Defendant*. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>      *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      *Plaintiff*,<br> v.<br><br>TRINCASTAR CORPORATION,<br><br>      *Defendant*. | Adv. Proc. No. 11-2731 (CGM) |

## **CERTIFICATE OF SERVICE**

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused *Trincastar Corporation's Reply in Support of its Motion to Dismiss the Complaint* (Adv. Pro. No. 11-02149, ECF 112) (Adv. Pro. No. 08-01789, ECF 22541) to be served by CM/ECF on all counsel of record in the above-referenced adversary proceedings on November 11, 2022.

(*Signature page follows*.)

Dated: New York, New York
      November 14, 2022        JENNER & BLOCK LLP

                            By:   /s/ *Carl N. Wedoff*
                                   Carl N. Wedoff