# EXHIBIT 1

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:                015023

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008



RECEIVED
JUL 0 2 2009
By_____

(Please print or type)

**Name of Customer: <u>LGT Bank (Switzerland) Ltd.</u>**

**Mailing Address:**

<u>Lange Gasse 15, Postfach</u>
<u>CH-4002 Basel</u>
<u>Switzerland</u>

<u>Please see attached exhibits for information and documentation with respect to</u>
<u>public customers on whose behalf LGT Bank (Switzerland) Ltd. is filing this claim.</u>

**City:** _____ **State:** _____ **Zip:** _____

**Account No.:** _____

**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:**     **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ
CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A
SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT
AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA,
ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON
OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE,
BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS
FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM
BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.     Claim for money balances as of **December 11, 2008**:

a. The Broker owes me a Credit (Cr.) Balance of      $ 2,128,043.68

b. I owe the Broker a Debit (Dr.) Balance of      $ -0-

c. If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**
with this claim form.      $_____

d. If balance is zero, insert "None."      _____

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | X | |
| b. I owe the Broker securities | | X |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) |
|---|---|---|

Please see attached exhibits for information and documentation with respect to transaction dates, names of securities and number of shares.

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities**

MWPTAP00576814

**with the Debtor from as far back as you have documentation. You should also
provide all documentation or information regarding any withdrawals you have
ever made or payments received**
**from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you
are now seeking, please be sure to provide with your claim copies of the complaint
and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED
EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT
DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE
RETURNED FOR YOUR COMPLETION.**

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X | |

MWPTAP00576815

8.      Have you ever given any discretionary
        authority to any person to execute
        securities transactions with or through
        the broker on your behalf? Give names,
        addresses and phone numbers.                              X              _____

        The individual account holders listed on Exhibit 1 gave discretionary authority
        to LGT Bank (Switzerland) Ltd.

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970? If
        so, give name of that broker.                      _____            X

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:

        Dorothy Heyl, Esq.
        Milbank, Tweed, Hadley & McCloy, LLP
        1 Chase Manhattan Plaza
        New York, NY 10005

If you cannot compute the amount of your claim, you may file an estimated claim. In
that case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _July 1, 2009_          Signature _[signature]_

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's
name, address, phone number, and extent of ownership on a signed separate sheet.
If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state
your capacity and authority. Please supply the trust agreement or other proof of
authority.)

MWPTAP00576816

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00576817

**LGT Bank Index**

| Exhibit | Description |
|---------|-------------|
| A | Securities Transactions by LGT Bank Account Holders |
| B | Purchasing Statement for Mrs. Fanny Watel |
| C | Statement of Assets for Mrs. Fanny Watel |
| D | Power of Attorney for Mrs. Fanny Watel |
| E | Purchasing Statements for Fleurine Inv. Inc. |
| F | Statement of Assets for Fleurine Inv. Inc. |
| G | Purchasing Statement for Menara Inv. Inc. |
| H | Statement of Assets for Menara Inv. Inc. |
| I | Purchasing Statement for Mezina Ltd SA |
| J | Statement of Assets for Mezina Ltd SA |
| K | Purchasing Statements for Parfina Inv. Inc. Panama |
| L | Transfer Documentation for Transfer of Securities from Menara Inv. Inc. to Parfina Inv. Inc. Panama |
| M | Statement of Assets for Parfina Inv. Inc. Panama |
| N | Purchasing Statement for Sybeco Inv. Inc. |
| O | Statement of Assets for Sybeco Inv. Inc. |

MWPTAP00576818

**Securities Transactions by LGT Bank Account Holders**

| Name and Address of LGT Bank Account Holder | Date of Transaction | Name of Security | Number of Shares the Broker Owes the Account Holder | USD Value of Shares (as of Date of Transaction) |
|---|---|---|---|---|
| Mrs. Fanny Watel<br>Rue du Grand-Chene 7-9<br>P.O. Box<br>1002 Lausanne<br>Switzerland | 11/02/06 | Rytz International Ltd SA | 22,500 | $300,600.00 |
| Fleurine Inv. Inc., Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 10/27/06 | Nomura International Plc | 2 | $100,526.00 |
| Fleurine Inv. Inc., Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 6/15/07 | Nomura International Plc | 2 | $107,753.12 |
| Menara Inv. Inc., Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 12/03/07 | Rytz International Ltd SA | 53,000 | $761,080.00 |
| Mezina Ltd. S.A. Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 10/27/06 | Nomura International Plc | 2 | $100,526.00 |
| Parfina Inv. Inc., Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 10/27/06 | Nomura International Plc | 10 | $502,630.00 |
| Parfina Inv. Inc., Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 12/07/07* | Nomura International Plc | 4 | $201,052.00** |
| Sybeco Inv. Inc., Panama<br>Lange Gasse 15, Postfach<br>4002 Basel, Switzerland | 06/15/07 | Nomura International Plc | 1 | $53,876.56 |

\* These securities were purchased by Menara Inv. Inc. on 10/27/06 and transferred to Parfina Inv. Inc. Panama on 12/07/07.

\*\* This was the USD value of the 4 shares of Nomura International Plc when they were purchased by Menara Inv. Inc. on 10/27/06.

MWPTAP00576819



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

Prioritaire **A**

LGT Schweizerische Treuhandgesellschaft Basel
Gestion 2
Lange Gasse 15
4002 Basel

1 / 1

Bâle, 7 novembre 2006

## Décompte de fonds

**dépôt de titres**
**Numéro de dépôt de titres: 901170000**

Client:    **Compte No 740**

Réf. BA0145306 / BA0246310

Votre achat

Date d'éxecution          02.11.2006

Fonds                     Rytz International LTD SA
                          Nominatif-part
Numéro ISIN               PAP8226K1096
Numéro de valeur          1473439

Nombre                            22,500.0000000
Cours en CHF                         13.360000
Valeur boursière                                    CHF        300,600.00

Timbre fédéral                                      CHF            450.90+
                                                        ----------------------
Nous débitons votre compte 9011700AA de             CHF        301,050.90
                                                        ======================

                                                    Valeur:     09.11.2006

Nous créditerons votre dépôt susmentionné les titres.

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9011700  00A F 8A N RND830N  f0003003

MWPTAP00576820



client: COMPTE NO 740
numéro de client: 9011700
monnaie de référence: CHF

LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

### hedge funds

| monn. | parts | désignation | ISIN<br>n° de valeur | prix d'achat<br>premier marché | cours<br>actuel | val. bours. en CHF | B/P<br>YTD | part dans<br>le PT |
|---|---|---|---|---|---|---|---|---|
| CHF | 22'500 | Rytz International LTD SA<br>nominatives-part | PAP8226K1096<br>001473439 | 13.3600<br>07.11.2006 | 15.3600<br>(30.11.2008) | 345'600.00 | 14.97%<br>6.96% | 12.36% |

Le relevé de compte-titres adressé par la banque au client fait foi.        19.06.2009 08:27                                    1245392822317

MWPTAP00576821

## POWER OF ATTORNEY

I, Fanny Watel, hereby appoint Dorothy Heyl as my attorney-in-fact, to act for me and in my name, place and stead, and for my use and benefit, to exercise, do, or perform any act, right, power, duty or obligation whatsoever that I now have or may acquire the legal right, power, or capacity to exercise, do, or perform in connection with, arising out of, or relating to my claim arising from my investment in Rytz International ("Rytz"), in furtherance of which powers my attorney-in-fact acting severally, shall have the power:

To ask, demand, sue for, recover, collect, and receive, in connection with the Rytz, all such sums of money, stock certificates, choses in action, and property rights and demands whatsoever, liquidated or unliquidated, as are now, or shall hereafter become owned by, or due, owing, payable, or belonging to me or in which I have or may acquire an interest and to have, use, and take all lawful ways and means and legal and equitable remedies, procedures, and writs in my name for the collection and recovery thereof, including to file a claim in legal proceedings involving the liquidation of Bernard L. Madoff Investment Securities LLC;

To sign applications, and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted; and

MWPTAP00576822

To delegate any or all of the foregoing powers to any person or person whom our attorney-in-fact shall select;

Dated: July 1, 2009

_____
Marcel Gallati (by General Power of Attorney)

WITNESS

_____     _July 1_____, 2009

_____     _July 1_____, 2009

2

MWPTAP00576823

# LEGALIZATION

I, the undersigned Notary Public, _Dr. Conrad Haab,_ with office address Lautengartenstrasse 7, 4052 Basle (Switzerland), certify as true and authentic the signature applied hereto by **Mr. Marcel Gallati**, born on the 28. (twenty-eighth) day of October 1954 (nineteen-forty-five), Swiss citizen, residing in Metzerlen.

I know the named and his signature personally.

Basle, this 1st (first) day of July 2009 (two thousand-nine)



**Dr. Conrad Haab**
Advokat und Notar

**Leg-Reg.Nr.1199/2009**

MWPTAP00576824



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

COPY

**Banque restante**
Fleurine Inv. Inc.

1/1

Bâle, 27 octobre 2006

**Décompte de bourse**                          **dépôt de titres**
Achat                                            **Numéro de dépôt de titres: 900259000**
Client:    **Fleurine Inv. Inc.**

Réf. BA0145315 / 246318
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

        2 Nomura International Plc
        Zert. 2006-31.10.2011 A/Fairfield Sentry
        Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 900259000

        au cours de 50,263.00       USD        100,526.00

Brokerage Fee                                    USD            703.68
                                                           -----------------------
Nous débitons votre compte No. 9002590AB de      USD        101,229.68

                                                 Valeur     02.11.2006

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9002590  50T 9 9A I  BOR830      0

MWPTAP00576825



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Fleurine Inv. Inc.

1/1

Bâle, 15 juin 2007

**Décompte de bourse**
Achat
**Client:**   Fleurine Inv. Inc.

**dépôt de titres**
**Numéro de dépôt de titres: 900259000**

Réf. BA0155665 / 254316
Commerçant de titres Nr. 647613

Le 15.06.2007 nous avons acheté

                  2 Nomura International Plc
                  Zert. 2006-31.10.2011 A/Fairfield Sentry
                  Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 900259000

| | | |
|---|---|---|
| au cours de 53,876.56 | USD | 107,753.12 |
| Brokerage Fee | USD | 754.27 |
| Nous débitons votre compte No. 9002590AG de | USD | 108,507.39 |
| | Valeur | 20.06.2007 |

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9002590  50T 9 8A I  9OR830      0

MWPTAP00576826



client: Fleurine Inv. Inc.
numéro de client: 9002590
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

**autres**

| monn. | nbre d'unités | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en USD | B/P YTD | part dans le PT |
|---|---|---|---|---|---|---|---|---|
| USD | 4 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G6HM5 002719793 | 52'069.7800 27.10.2006 | 56'829.9400 (15.12.2008) | 227'319.76 | 9.14% 6.42% | 7.29% |
| **total** | | | | | | **227'319.76** | | **7.29%** |

MWPTAP00576827



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Menara Inv. Inc.

1 / 1

Bâle, 5 décembre 2007

## Décompte de fonds

**dépôt de titres**
**Numéro de dépôt de titres: 921469000**

Client:    Menara Inv. Inc.

Réf. BA0163489 / BA0260250

Votre souscription sur émission

| | | | |
|---|---|---|---|
| Date d'exécution | 03.12.2007 | | |
| Fonds | Rytz International LTD SA Nominatif-part | | |
| Numéro ISIN | PAP8226K1096 | | |
| Numéro de valeur | 1473439 | | |
| Nombre | 53,000.0000000 | | |
| Cours en CHF | 14.360000 | | |
| Valeur boursière | | CHF | 761,080.00 |
| Transaction Fee/Courtage | | CHF | 1,522.15+ |
| Courtage LGT | | CHF | 7,610.80+ |
| Timbre fédéral | | CHF | 1,141.60+ |
| Nous débitons votre compte 9214690AD de | | CHF | 771,354.55 |

Valeur:    07.12.2007

Nous créditerons votre dépôt susmentionné les titres.

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9214690  SOT 9 8A I  FND330N ·   0

MWPTAP00576828



client: Menara Inv. Inc.
numéro de client: 9214690
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

### hedge funds

| monn. | parts | désignation | ISIN<br>n° de valeur | prix d'achat<br>premier marché | cours<br>actuel | val. bours. en USD | B/P<br>YTD | part dans<br>le PT |
|---|---|---|---|---|---|---|---|---|
| CHF | 53'000 | Rytz International LTD SA<br>nominatives-part | PAP8226K1096<br>001473439 | 14.3600<br>05.12.2007 | 15.3600<br>(30.11.2008) | 759'692.94 | 6.96%<br>6.96% | 5.14% |

MWPTAP00576829



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Mezina Ltd SA

1 / 1

Bâle, 27 octobre 2006

**Décompte de bourse**                    **dépôt de titres**
Achat                                      **Numéro de dépôt de titres: 900260000**
**Client:  Mezina Ltd SA**

Réf. BA0145315 / 246319
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

            2 Nomura International Plc
            Zert. 2006-31.10.2011 A/Fairfield Sentry
            Valor: 002719793/000000 ISIN: DE000A0GGHM5

que nous déposons dans votre dépôt no. 900260000

            au cours de 50,263.00        USD        100,526.00

Brokerage Fee                            USD            703.68
                                         ---------------------
Nous débitons votre compte No. 9002600AB de   USD    101,229.68

                                         Valeur     02.11.2006

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9002600  50T 9 8A I  BOR830      0

MWPTAP00576830



client: Mezina Ltd SA
numéro de client: 9002600
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

autres

| monn. | nbre d'unités | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en USD | B/P YTD | part dans le PT |
|---|---|---|---|---|---|---|---|---|
| USD | 2 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G6HM5 002719793 | 50'263.0000 27.10.2006 | 56'829.9400 (15.12.2008) | 113'659.88 | 13.06% 6.42% | 4.45% |
| total | | | | | | 113'659.88 | | 4.45% |

MWPTAP00576831



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Parfina Inv. Inc. Panama

1 / 1

Bâle, 27 octobre 2006

## Décompte de bourse
Achat
Client:  **Parfina Inv. Inc. Panama**

**dépôt de titres**
**Numéro de dépôt de titres: 904142000**

Réf. BA0145315 / 246324
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

      10 Nomura International Plc
      Zert. 2006-31.10.2011 A/Fairfield Sentry
      Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 904142000

| | | |
|---|---|---|
| au cours de 50,263.00 | USD | 502,630.00 |
| Brokerage Fee | USD | 1,759.21 |
| Nous débitons votre compte No. 9041420AB de | USD | 504,389.21 |
| | Valeur | 02.11.2006 |

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9041420  SOT 9  BA I  BO8830   ₃

MWPTAP00576832



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Menara Inv. Inc.

1 / 1

Bâle, 27 octobre 2006

**Décompte de bourse**
Achat
Client:  Menara Inv. Inc.

**dépôt de titres**
Numéro de dépôt de titres: 921469000

Réf. BA0145315 / 246328
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

        4 Nomura International Plc
        Zert. 2006-31.10.2011 A/Fairfield Sentry
        Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 921469000

| | | |
|---|---|---|
| au cours de 50,263.00 | USD | 201,052.00 |
| Brokerage Fee | USD | 1,206.31 |
| Nous débitons votre compte No. 9214690AA de | USD | 202,258.31 |
| | Valeur | 02.11.2006 |

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9214690  50T 9 8A I  BOR830      Ø

MWPTAP00576833



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808



Banque restante
Parfina Inv. Inc. Panama

1 / 2

Bâle, 7 décembre 2007

**Entrée titre(s)**
REF. TRT/BA0031435
Client:    **Parfina Inv. Inc. Panama**

**dépôt de titres**
**Numéro de dépôt de titres: 904142000**

Notre référence: TVS/RNK/1699

Nous vous confirmons avoir comptabilisé sous votre dépôt chez
nous les titres selon la liste suivante.

Salutations distinguées
LGT Bank (Suisse) SA

Annexe: Liste des titres

Document sans signature

9041420  50T 9 8A I  TRT810      0

MWPTAP00576834



LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

2 / 2

**Entrée titre(s)**
REF.  TRT/BA0031435
Client:   Parfina Inv. Inc. Panama

**dépôt de titres**
Numéro de dépôt de titres: 904142000

## L I S T E   D E S   T I T R E S

```
      4   Nomura International Plc        2719793
          Zert. 2006-31.10.2011          DE000A0G6HM5
          A/Fairfield Sentry

          -- Fin  --
```

9041420  50T 9 8A I  TRT810    0

MWPTAP00576835

**Exhibit M**

MWPTAP00576836



client: Parfina Inv. Inc. Panama
numéro de client: 9041420
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

**autres**

| monn. | nbre d'unités | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en USD | B/P YTD | part dans le PT |
|---|---|---|---|---|---|---|---|---|
| USD | 14 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G6HM5 002719793 | 50'263.0000 27.10.2006 | 56'829.9400 (15.12.2008) | 795'619.16 | 13.06% 6.42% | 3.45% |

Le relevé de compte-titres adressé par la banque au client fait foi.        19.06.2009 08:22

1245392511965

MWPTAP00576837



**LGT Bank (Switzerland) Ltd.**
Lange Gasse 15, CH-4002 Basel
Phone +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
VAT No.117808

**Retained correspondence**
Sybeco Inv. Inc.

1/1

Basel, June 15, 2007

**Securities trade**                          **safe custody account**
Purchase                                       Securities account number: 900509000
**Client:    Sybeco Inv. Inc.**

Ref. BA0155665 / 254317
Securities dealer Nr. 647613

On 15.06.2007 we bought

        1 Nomura International Plc
          Zert. 2006-31.10.2011 A/Fairfield Sentry
          Valor: 002719793/000000 ISIN: DE000A0CG6HM5

which we shall deposit in your custody account no. 900509000

                at 53,876.56          USD        53,876.56
Brokerage Fee                         USD           431.01
                                      --------------------
We shall debit your account No. 9005090AD with   USD   54,307.57

                                      Value     20.06.2007

Yours sincerely
LGT Bank (Switzerland) Ltd.

Valid without signature

9005090  SOT 9 8A I BOR830    0

MWPTAP00576838



client: Sybeco Inv. Inc.
client number: 9005090
reference currency: USD

**LGT Bank (Switzerland) Ltd.**
Lange Gasse 15, CH-4002 Basel
Phone +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
VAT No.117808

## statement of assets per 31.12.2008

Page 1 / 2

**other**

| curr. | units | designation | ISIN security no. | purchase price first market | current price | value in USD | P/L YTD | % of portfolio |
|-------|-------|-------------|-------------------|------------------------------|---------------|--------------|---------|----------------|
| USD | 1 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G6HM5 002719793 | 53'876.5600 15.06.2007 | 56'829.9400 (15.12.2008) | 56'829.94 | 5.48% 6.42% | 9.55% |
| **total** | | | | | | **56'829.94** | | **9.55%** |

The account statements are an unofficial (indicative) version. Only the official bank statements are binding.          19.06.2009 08:18                                                                1245392201030

MWPTAP00576839

Print postage online - Go to usps.com/p

UNITED STATES
POSTAL SERVICE

PL    1007

10005
JUL 01 09
AMOUNT
**$19.80**
00096219-16

PLEASE PRESS FIRMLY



# EXPRESS MAIL
### UNITED STATES POSTAL SERVICE

*173*

## Flat Rate
## Mailing Envelope
### For Domestic and International Use
Visit us at

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

EH 773774235 US

### EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**



SAVE
MORE $
BY SHIPPING
ONLINE
visit usps.com

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| **Delivery Date** | Time | ☑ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo.   Day   Year | Month    Day | $ |
| Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| ☐ AM ☐ PM | ☐ Noon ☐ 3 PM | $ | $ |
| | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| lbs.    ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**CUSTOMER USE ONLY**

☐ WAIVER OF SIGNATURE *(Domestic Mail Only)*
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

| NO DELIVERY | |
|---|---|
| ☐ Weekend ☐ Holiday | Mailer Signature |

**FROM:** (PLEASE PRINT)    PHONE (

**TO:** (PLEASE PRINT)    PHONE (

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

☐ ☐ ☐ ☐ ☐ + ☐ ☐ ☐ ☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

## FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call **1-800-222-1811**

*EMS*

USPS packaging products have b
awarded Cradle to Cradle Certific
for their ecologically-intelligent de
For more information go to
mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark

*Please recycle.*

We Deliver!


Recycled
Paper

EP13F



**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York

Claim Number    **015374**

Date Received

RECEIVED
JUL 0 2 2009
By_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer: LGT Bank (Switzerland) Ltd.**

**Mailing Address:**

**Lange Gasse 15, Postfach**
**CH-4002 Basel**
**Switzerland**

**Please see attached exhibits for information and documentation with respect to public customers on whose behalf LGT Bank (Switzerland) Ltd. is filing this claim.**

**City:** _____ **State:** _____ **Zip:** _____

**Account No.:** _____

**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

**************************************************************************

1.      Claim for money balances as of **December 11, 2008**:

a. The Broker owes me a Credit (Cr.) Balance of          $ 2,128,043.68

b. I owe the Broker a Debit (Dr.) Balance of              $ -0-

c. If you wish to repay the Debit Balance,
   please insert the amount you wish to repay and
   attach a check payable to "Irving H. Picard, Esq.,
   Trustee for Bernard L. Madoff Investment Securities LLC."

   If you wish to make a payment, **it must be enclosed**
   with this claim form.                                  $_____

d. If balance is zero, insert "None."                     _____

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | X____ | _____ |
| b. I owe the Broker securities | _____ | X____ |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds<br>The Broker Owes Me (Long) |
|---|---|---|

Please see attached exhibits for information and documentation with respect to transaction dates, names of securities and number of shares.

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities**

MWPTAP00582462

**with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**   **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X | |

MWPTAP00582463

8.      Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.      X____      _____

The individual account holders listed on Exhibit 1 gave discretionary authority to LGT Bank (Switzerland) Ltd.

9.      Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.      _____      X____

Please list the full name and address of anyone assisting you in the preparation of this claim form:

Dorothy Heyl, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _July 1, 2009_      Signature _____

Date _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

MWPTAP00582464

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00582465

## LGT Bank Index

| Exhibit | Description |
|---|---|
| A | Securities Transactions by LGT Bank Account Holders |
| B | Purchasing Statement for Mrs. Fanny Watel |
| C | Statement of Assets for Mrs. Fanny Watel |
| D | Power of Attorney for Mrs. Fanny Watel |
| E | Purchasing Statements for Fleurine Inv. Inc. |
| F | Statement of Assets for Fleurine Inv. Inc. |
| G | Purchasing Statement for Menara Inv. Inc. |
| H | Statement of Assets for Menara Inv. Inc. |
| I | Purchasing Statement for Mezina Ltd SA |
| J | Statement of Assets for Mezina Ltd SA |
| K | Purchasing Statements for Parfina Inv. Inc. Panama |
| L | Transfer Documentation for Transfer of Securities from Menara Inv. Inc. to Parfina Inv. Inc. Panama |
| M | Statement of Assets for Parfina Inv. Inc. Panama |
| N | Purchasing Statement for Sybeco Inv. Inc. |
| O | Statement of Assets for Sybeco Inv. Inc. |

MWPTAP00582466

**Exhibit A**

MWPTAP00582467

**Securities Transactions by LGT Bank Account Holders**

| Name and Address of LGT Bank Account Holder | Date of Transaction | Name of Security | Number of Shares the Broker Owes the Account Holder | USD Value of Shares (as of Date of Transaction) |
|---|---|---|---|---|
| Mrs. Fanny Watel Rue du Grand-Chene 7-9 P.O. Box 1002 Lausanne Switzerland | 11/02/06 | Rytz International Ltd SA | 22,500 | $300,600.00 |
| Fleurine Inv. Inc., Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 10/27/06 | Nomura International Plc | 2 | $100,526.00 |
| Fleurine Inv. Inc., Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 6/15/07 | Nomura International Plc | 2 | $107,753.12 |
| Menara Inv. Inc., Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 12/03/07 | Rytz International Ltd SA | 53,000 | $761,080.00 |
| Mezina Ltd. S.A. Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 10/27/06 | Nomura International Plc | 2 | $100,526.00 |
| Parfina Inv. Inc., Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 10/27/06 | Nomura International Plc | 10 | $502,630.00 |
| Parfina Inv. Inc., Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 12/07/07* | Nomura International Plc | 4 | $201,052.00** |
| Sybeco Inv. Inc., Panama Lange Gasse 15, Postfach 4002 Basel, Switzerland | 06/15/07 | Nomura International Plc | 1 | $53,876.56 |

* These securities were purchased by Menara Inv. Inc. on 10/27/06 and transferred to Parfina Inv. Inc. Panama on 12/07/07.
** This was the USD value of the 4 shares of Nomura International Plc when they were purchased by Menara Inv. Inc. on 10/27/06.

MWPTAP00582468

**Exhibit B**

MWPTAP00582469



LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

Prioritaire **A**

LGT Schweizerische Treuhandgesellschaft Basel
Gestion 2
Lange Gasse 15
4002 Basel

1 / 1

Bâle, 7 novembre 2006

## Décompte de fonds

**Client:** Compte No 740

Réf. BA0145306 / BA0246310

### dépôt de titres
**Numéro de dépôt de titres: 901170000**

**Votre achat**

| | | | |
|---|---|---|---|
| Date d'éxecution | 02.11.2006 | | |
| Fonds | Rytz International LTD SA Nominatif-part | | |
| Numéro ISIN | PAP8226K1096 | | |
| Numéro de valeur | 1473439 | | |
| Nombre | 22,500.0000000 | | |
| Cours en CHF | 13.360000 | | |
| Valeur boursière | | CHF | 300,600.00 |
| Timbre fédéral | | CHF | 450.90+ |
| | | | ----------------------- |
| Nous débitons votre compte 9011700AA de | | CHF | 301,050.90 |
| | | Valeur: | 09.11.2006 |

Nous créditerons votre dépôt susmentionné les titres.

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9011700 00A I BA N HND830N *0803003

MWPTAP00582470

**Exhibit C**

MWPTAP00582471



client: COMPTE NO 740
numéro de client: 9011700
monnaie de référence: CHF

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bale
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

**hedge funds**

| monn. | parts | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en CHF | B/P YTD | part dans le PT |
|-------|-------|-------------|-------------------|-----------------------------|--------------|--------------------|---------|-----------------|
| CHF | 22'500 | Rytz International LTD SA nominatives-part | PAP8226K1096 001473439 | 13.3600 07.11.2006 | 15.3600 (30.11.2008) | 345'600.00 | 14.97% 6.96% | 12.36% |

MWPTAP00582472

**Exhibit D**

MWPTAP00582473

## POWER OF ATTORNEY

I, Fanny Watel, hereby appoint Dorothy Heyl as my attorney-in-fact, to act for me and in my name, place and stead, and for my use and benefit, to exercise, do, or perform any act, right, power, duty or obligation whatsoever that I now have or may acquire the legal right, power, or capacity to exercise, do, or perform in connection with, arising out of, or relating to my claim arising from my investment in Rytz International ("Rytz"), in furtherance of which powers my attorney-in-fact acting severally, shall have the power:

To ask, demand, sue for, recover, collect, and receive, in connection with the Rytz, all such sums of money, stock certificates, choses in action, and property rights and demands whatsoever, liquidated or unliquidated, as are now, or shall hereafter become owned by, or due, owing, payable, or belonging to me or in which I have or may acquire an interest and to have, use, and take all lawful ways and means and legal and equitable remedies, procedures, and writs in my name for the collection and recovery thereof, including to file a claim in legal proceedings involving the liquidation of Bernard L. Madoff Investment Securities LLC;

To sign applications, and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted; and

MWPTAP00582474

To delegate any or all of the foregoing powers to any person or person whom our

attorney-in-fact shall select;

Dated: July 1, 2009

_____
Marcel Gallati (by General Power of Attorney)

WITNESS

_____          _____July 1_____, 2009

_____          _____July 1_____, 2009

2

MWPTAP00582475

# LEGALIZATION

I, the undersigned Notary Public, *Dr. Conrad Haab*, with office address Lautengartenstrasse 7, 4052 Basle (Switzerland), certify as true and authentic the signature applied hereto by **Mr. Marcel Gallati**, born on the 28. (twenty-eighth) day of October 1954 (nineteen-forty-five), Swiss citizen, residing in Metzerlen.

I know the named and his signature personally.

Basle, this 1st (first) day of July 2009 (two thousand-nine)



Dr. Conrad Haab
Advokat und Notar

**Leg-Reg.Nr.1199/2009**

**Exhibit E**

MWPTAP00582477



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Fleurine Inv. Inc.

1 / 1

Bâle, 27 octobre 2006

**Décompte de bourse**                          **dépôt de titres**
Achat                                          **Numéro de dépôt de titres: 900259000**
Client:   Fleurine Inv. Inc.

Réf. BA0145315 / 246318
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

            2 Nomura International Plc
              Zert. 2006-31.10.2011 A/Fairfield Sentry
              Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 900259000

            au cours de 50,263.00          USD          100,526.00

Brokerage Fee                              USD              703.68
                                           ----------------------
Nous débitons votre compte No. 9002590AB de   USD          101,229.68

                                           Valeur      02.11.2006

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9002590  SOT 9 BA I BOR830      0

MWPTAP00582478



LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
igt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Fleurine Inv. Inc.

1 / 1

Bâle, 15 juin 2007

**Décompte de bourse**                                **dépôt de titres**
Achat                                                **Numéro de dépôt de titres: 900259000**
Client:   Fleurine Inv. Inc.

Réf. BA0155665 / 254316
Commerçant de titres Nr. 647613

Le 15.06.2007 nous avons acheté
              2 Nomura International Plc
              Zert. 2006-31.10.2011 A/Fairfield Sentry
              Valor: 002719793/000000 ISIN: DE000A0G6HMS

que nous déposons dans votre dépôt no. 900259000

                      au cours de 53,876.56        USD        107,753.12
Brokerage Fee                                      USD            754.27
                                                   ----------------------
Nous débitons votre compte No. 9002590AG de        USD        108,507.39

                                                   Valeur      20.06.2007

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9002590  SOT 9 BA I  8OR830      0

MWPTAP00582479

**Exhibit F**

MWPTAP00582480



client: Fleurine Inv. Inc.
numéro de client: 9002590
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A  No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

**autres**

| monn. | nbre d'unités | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en USD | B/P YTD | part dans le PT |
|---|---|---|---|---|---|---|---|---|
| USD | 4 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G6HM5 002719793 | 52'069.7800 27.10.2006 | 56'829.9400 (15.12.2008) | 227'319.76 | 9.14% 6.42% | 7.29% |
| **total** | | | | | | **227'319.76** | | **7.29%** |

MWPTAP00582481

**Exhibit G**

MWPTAP00582482



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

Banque restante
Menara Inv. Inc.

1 / 1

Bâle, 5 décembre 2007

### Décompte de fonds

### dépôt de titres
**Numéro de dépôt de titres: 921469000**

Client:  **Menara Inv. Inc.**

Réf. BA0163489 / BA0260250

Votre souscription sur émission

| | | | |
|---|---|---|---|
| Date d'éxecution | 03.12.2007 | | |
| Fonds | Rytz International LTD SA Nominatif-part | | |
| Numéro ISIN | PAP8226K1096 | | |
| Numéro de valeur | 1473439 | | |
| Nombre | 53,000.0000000 | | |
| Cours en CHF | 14.360000 | | |
| Valeur boursière | | CHF | 761,080.00 |
| Transaction Fee/Courtage | | CHF | 1,522.15+ |
| Courtage LGT | | CHF | 7,610.80+ |
| Timbre fédéral | | CHF | 1,141.60+ |
| Nous débitons votre compte 9214690AD de | | CHF | 771,354.55 |

Valeur:    07.12.2007

Nous créditerons votre dépôt susmentionné les titres.

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9214690  SOT 9 8A I  !ND%30N    0

MWPTAP00582483

**Exhibit H**

MWPTAP00582484



client: Menara Inv. Inc.
numéro de client: 9214690
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com   www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

**hedge funds**

| monn. | parts | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en USD | B/P YTD | part dans le PT |
|---|---|---|---|---|---|---|---|---|
| CHF | 53'000 | Rytz International LTD SA nominatives-part | PAP8226K1096 001473439 | 14.3600 05.12.2007 | 15.3600 (30.11.2008) | 759'692.94 | 6.96% 6.96% | 5.14% |



MWPTAP00582485

Le relevé de compte-titres adressé par la banque au client fait foi.       19 06 2009 08 25                                         1245392712114

**Exhibit I**

MWPTAP00582486



LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
igt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Mezina Ltd SA

1 / 1

Bâle, 27 octobre 2006

**Décompte de bourse**          **dépôt de titres**
Achat                           **Numéro de dépôt de titres: 900260000**
Client:   **Mezina Ltd SA**

Réf. BA014531S / 246319
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté
              2 Nomura International Plc
              Zert. 2006-31.10.2011 A/Fairfield Sentry
              Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 900260000

              au cours de 50,263.00       USD       100,526.00
Brokerage Fee                             USD           703.68
                                          ------------------------
Nous débitons votre compte No. 9002600AB de   USD     101,229.68

                                          Valeur    02.11.2006

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9002600  SGT 9 BA I  BOR830    0

MWPTAP00582487

**Exhibit J**

MWPTAP00582488



client: Mezina Ltd SA
numéro de client: 9002600
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

Page 1 / 2

**autres**

| monn. | nbre d'unités | désignation | ISIN<br>n° de valeur | prix d'achat<br>premier marché | cours<br>actuel | val. bours. en USD | B/P<br>YTD | part dans<br>le PT |
|---|---|---|---|---|---|---|---|---|
| USD | 2 | Nomura International Plc<br>Zert. 2006-31.10.2011<br>A/Fairfield Sentry | DE000A0G6HM5<br>002719793 | 50'263.0000<br>27.10.2006 | 56'829.9400<br>(15.12.2008) | 113'659.88 | 13.06%<br>6.42% | 4.45% |
| **total** | | | | | | **113'659.88** | | **4.45%** |

MWPTAP00582489

**Exhibit K**

MWPTAP00582490



LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

Banque restante
Parfina Inv. Inc. Panama

1 / 1

Bâle, 27 octobre 2006

**Décompte de bourse**
Achat
Client: **Parfina Inv. Inc. Panama**

**dépôt de titres**
Numéro de dépôt de titres: 904142000

Réf. BA0145315 / 246324
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

    10 Nomura International Plc
    Zert. 2006-31.10.2011 A/Fairfield Sentry
    Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 904142000

| | | |
|---|---|---|
| au cours de 50,263.00 | USD | 502,630.00 |
| Brokerage Fee | USD | 1,759.21 |
| Nous débitons votre compte No. 9041420AB de | USD | 504,389.21 |
| | Valeur | 02.11.2006 |

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9041420  50T 9 BA I BOR830      3

MWPTAP00582491



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Menara Inv. Inc.

1 / 1

Bâle, 27 octobre 2006

**Décompte de bourse**                    **dépôt de titres**
Achat                                      **Numéro de dépôt de titres: 921469000**
Client:   Menara Inv. Inc.

Réf. BA0145315 / 246328
Commerçant de titres Nr. 647613

Le 27.10.2006 nous avons acheté

        4 Nomura International Plc
          Zert. 2006-31.10.2011 A/Fairfield Sentry
          Valor: 002719793/000000 ISIN: DE000A0G6HM5

que nous déposons dans votre dépôt no. 921469000

                    au cours de 50,263.00      USD       201,052.00

Brokerage Fee                                  USD         1,206.31
                                               ------------------------
Nous débitons votre compte No. 9214690AA de    USD       202,258.31

                                               Valeur     02.11.2006

Salutations distinguées
LGT Bank (Suisse) SA

Document sans signature

9214690   50T 9 8A |  8OR830       D

MWPTAP00582492

**Exhibit L**

MWPTAP00582493



LGT Bank (Suisse) SA
Lange Gasse 15, CH-4002 Bâle
Tél. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

**Banque restante**
Parfina Inv. Inc. Panama

1 / 2

Bâle, 7 décembre 2007

**Entrée titre(s)**                          **dépôt de titres**
REF. TRT/BA0031435                           Numéro de dépôt de titres: 904142000
Client:   Parfina Inv. Inc. Panama

Notre référence: TVS/RNK/1699

        Nous vous confirmons avoir comptabilisé sous votre dépôt chez
        nous les titres selon la liste suivante.

Salutations distinguées
LGT Bank (Suisse) SA

Annexe: Liste des titres

Document sans signature

9041420  50T 9 8A I TRT810     0

MWPTAP00582494



**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tél +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

2 / 2

**Entrée titre(s)**
REF. TRT/BA0031435
Client:  **Parfina Inv. Inc. Panama**

**dépôt de titres**
**Numéro de dépôt de titres: 904142000**

L I S T E   D E S   T I T R E S

-------------------------------------------------------------------

    4    Nomura International Plc          2719793
         Zert. 2006-31.10.2011            DE000A0G6HMS
         A/Fairfield Sentry

         -- Fin --

9041420  SGT 9 BA I  TRT810      0

MWPTAP00582495

**Exhibit M**

MWPTAP00582496



client: Parfina Inv. Inc. Panama
numéro de client: 9041420
monnaie de référence: USD

**LGT Bank (Suisse) SA**
Lange Gasse 15, CH-4002 Bâle
Tel. +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
T.V.A. No 117808

## relevé de fortune du 31.12.2008

**autres**

| monn. | nbre d'unités | désignation | ISIN n° de valeur | prix d'achat premier marché | cours actuel | val. bours. en USD | B/P YTD | part dans le PT |
|---|---|---|---|---|---|---|---|---|
| USD | 14 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G8HM5 002719793 | 50'263.0000 27.10.2006 | 58'829.9400 (15.12.2008) | 795'619.16 | 13.06% 6.42% | 3.45% |

MWPTAP00582497

**Exhibit N**

MWPTAP00582498



**LGT Bank (Switzerland) Ltd.**
Lange Gasse 15, CH-4002 Basel
Phone +41 61 277 56 00 · Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
VAT No.117808

**Retained correspondence**
Sybeco Inv. Inc.

1 / 1

Basel, June 15, 2007

**Securities trade**
Purchase
**Client:    Sybeco Inv. Inc.**

**safe custody account**
Securities account number: 900509000

Ref. BA0155665 / 254317
Securities dealer Nr. 647613

On 15.06.2007 we bought

    1 Nomura International Plc
      Zert. 2006-31.10.2011 A/Fairfield Sentry
      Valor: 002719793/000000 ISIN: DE000A0G6HM5

which we shall deposit in your custody account no. 900509000

|                                            | at 53,876.56 | USD   | 53,876.56 |
|--------------------------------------------|--------------|-------|-----------|
| Brokerage Fee                              |              | USD   | 431.01    |
| We shall debit your account No. 9005090AD with |          | USD   | 54,307.57 |
|                                            |              | Value | 20.06.2007 |

Yours sincerely
LGT Bank (Switzerland) Ltd.

Valid without signature

9005090  SOF 9 8A I  BORB30     0

MWPTAP00582499

**Exhibit O**

MWPTAP00582500



client: Sybeco Inv Inc
client number: 9005090
reference currency USD

**LGT Bank (Switzerland) Ltd.**
Lange Gasse 15, CH-4002 Basel
Phone +41 61 277 56 00  Fax +41 61 277 55 88
lgt.ch@lgt.com · www.lgt.com
VAT No.117808

## statement of assets per 31.12.2008

Page 1 / 2

**other**

| curr. | units | designation | ISIN security no. | purchase price first market | current price | value in USD | P/L YTD | % of portfolio |
|-------|-------|-------------|-------------------|------------------------------|---------------|--------------|---------|----------------|
| USD | 1 | Nomura International Plc Zert. 2006-31.10.2011 A/Fairfield Sentry | DE000A0G6HM5 002719793 | 53'676.5600 15.06.2007 | 56'829.9400 (15.12.2008) | 56'829.94 | 5.48% 6.42% | 9.55% |
| **total** | | | | | | **56'829.94** | | **9.55%** |

The account statements are an unofficial (indicative) version  Only the official bank statements are binding        19.06 2009 08:18                                    1245392201030



MWPTAP00582501