# EXHIBIT 2



### Dresdner Bank merged into Commerzbank

May 11, 2009

Today, the merger of Dresdner Bank AG into Commerzbank AG was entered into the Commercial Register, as a result all existing rights and obligations of Dresdner Bank are transferred to Commerzbank by way of universal succession (Gesamtrechtsnachfolge). All Dresdner Bank employees are now employees of Commerzbank. Nothing will change for Dresdner Bank clients for now, account numbers and routing numbers will stay the same. As a result of the merger the reference line "A Brand of Commerzbank AG" is added to the Dresdner Bank brand. The branch network of Commerzbank and Dresdner Bank will be merged under the Commerzbank brand following the Integration of the IT-Systems proposed for end of 2010.