# EXHIBIT 3

| | |
|---|---|
| **From:** | Philip Toub [PHILIP@fairdomain01.com] |
| **Sent:** | Wednesday, June 25, 2003 1:32 PM |
| **To:** | Morabito, Dominik |
| **Cc:** | Dan Lipton |
| **Subject:** | RE: Mail von Philip Toub |

thought this refered to Ralph's order.in Sentry Class B.,what is the final amount??

-----Original Message-----
From: Morabito, Dominik [mailto:Dominik.Morabito@dresdner-bank.ch]
Sent: Wed 6/25/2003 2:47 AM
To: Philip Toub
Cc:
Subject: FW: Mail von Philip Toub


yes, pls make value the 27.06.03 for Dresdner Bank (see mail below). We will give the order through Citco Bank.

Many thanks and best regards

Dominik Morabito

Dresdner Bank (Schweiz) AG
Private Banking
Securities Backoffice
Funds
Utoquai 55
CH-8034 Zürich

Tel:   +41  (0) 1 258 53 74
Fax:  +41  (0) 1 251 47 36
mailto:dominik.morabito@dresdner-bank.ch


> -----Original Message-----
> From:      Kiefer-Kaspar, Isabelle
> Sent: Dienstag, 17. Juni 2003 15:20
> To:   Morabito, Dominik
> Subject:     Mail von Philip Toub
>
> Lieber Herr Morabito
>
> Folgend das Mail von Philip Toub und seine Tel.-Nr. ist 001 212 511 57 83.
>
> Gruss
> Isabelle Kiefer-Kaspar
>
> ---- Mensagem original -----
> De:   Philip Toub [SMTP:philip@fggus.com]
> Enviada em:   segunda-feira, 16 de junho de 2003 11:59
> Para: Gleichmann, Ralph
> Cc:   Nufer, Silvina
> Assunto:     RES: Order details

1

CONFIDENTIAL

FGANW005825359
FG-05926981

\>
\> Hi Ralph and Silvina,
\> Here are the security codes for FSL Class B:
\> VGG 3299L1186   Valoren
\> 1550274    Isin
\>
\> I am also including the subscription forms which should be faxed in
\> no later than the 25th of June. Pls have the money wired by the 27th
\> .
\> Hope this covers any questions , u may have. Pls confirm to me the
\> exact amount and whether it will come in the Bank's name or in Citco
\> Global Custody name.
\> Tks,
\>
\> Philip
\>
\>
\> Isabelle Kiefer-Kaspar
\>
\> Dresdner Bank (Schweiz) AG
\> Private Banking International
\> Lateinamerika
\> Utoquai 55
\> CH-8034 Zürich
\>
\> Phone: ++41 1 258 53 02
\> Fax:    ++41 1 258 51 55
\> mailto:isabelle.kiefer-kaspar@dresdner-bank.ch
\>

CONFIDENTIAL

FGANW005825360

FG-05926982