# EXHIBIT 4

| | |
|---|---|
| From: | Laurie Schwarz [LAURIE@fairdomain01.com] on behalf of Philip Toub [PHILIP@fairdomain01.com] |
| Sent: | Tuesday, June 24, 2003 7:41 PM |
| To: | Dan Lipton |
| Subject: | FW: Fairfield Sentry Class B |

Hi Dan,

Could you please authorize?  Sorry for they hassle.  They are existing clients.

Regards,

Philip
-----Original Message-----
From: Moylan, Eoin DUB [mailto:EMoylan@Citco.com]
Sent: Tuesday, June 24, 2003 11:50 AM
To: 'Morabito, Dominik'
Cc: Philip Toub
Subject: RE: Fairfield Sentry Class B


Hi Dominik,

I will amend your orders now, and make payment for value 27/06.

Philip,

The fund administrators advised that they would need an e-mail from yourselves authorising this late payment. Can you please ensure that they receive something?

Thanks & regards

Eoin Moylan

Trading Desk
Citco Bank Nederland N.V. Dublin Branch
Tel:    +353 1 636 7123
Fax:    +353 1 636 7101
E-mail: emoylan@citco.com


-----Original Message-----
From: Morabito, Dominik [mailto:Dominik.Morabito@dresdner-bank.ch]
Sent: 24 June 2003 16:44
To: Moylan, Eoin DUB
Cc: 'philip@fggus.com'
Subject: RE: Fairfield Sentry Class B


Hi,

As per phone agreement with Philip Toup (Fairfield phone 001 212 319 60 60) Value date for dresdner should be 27.06.03 and not 25.06.03.

Could you please double check and ammend Value date?

1

CONFIDENTIAL                                                                                                                     FGANW005825361
                                                                                                                                          FG-05926983

Many thanks and best regards

Dominik Morabito

Dresdner Bank (Schweiz) AG
Private Banking
Securities Backoffice
Funds
Utoquai 55
CH-8034 Zürich

Tel:   +41  (0) 1 258 53 74
Fax:   +41  (0) 1 251 47 36
mailto:dominik.morabito@dresdner-bank.ch

2

CONFIDENTIAL

FGANW005825362
FG-05926984