# EXHIBIT 5

| | |
|---|---|
| From: | Lina Pava [lina@fggus.com] |
| Sent: | Monday, July 31, 2006 9:34 PM |
| To: | Florian.Deisler@dresdner-bank.ch |
| Cc: | Philip Toub |
| Subject: | RE: Request for Fund Information |
| Attachments: | FIF Advanced Jun-06.pdf; FIF PCS Jun-06.pdf; SENTRY (Jun 2006).pdf; Multi-Strategy Brochure.pdf; Guardian II (June 2006).pdf |

Dear Mr. Deisler,

Below please find the information you requested on our funds. For your convenience I have also attached the latest tear sheet for each of the funds.

In addition I have included information on our Swiss registered fund, the *Fairfield Guardian II*.

### FIF ADVANCED (USD Class)

Management Fee: 1%

### FAIRFIELD INVESTMENT FUND

Management Fee: 1%

### FAIRFIELD SENTRY LIMITED

Management Fee: 1%

We offer a percentage of the Management Fee as a trailer fee.

Should you have any questions or require further information, please do not hesitate to contact Philip or me.

Kind regards,

Lina Pava On behalf of PHILIP TOUB

CONFIDENTIAL

FGANW005595382

FG-05725075

Lina Pava

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

+1 212 991 5207 (D)

+1 212 319 6060 (T)

+1 212 319 0450 (F)

lina@fggus.com

www.fggus.com


```
-----Original Message-----

From:      Deisler, Florian [mailto:Florian.Deisler@dresdner-bank.ch]

Sent: Mon Jul 17 09:21:30 2006

To:   Philip Toub

Subject:   Request for Fundinformation



Dear Mr. Toub



I would like to request some information on the following funds:



VGG009941144 FIF ADVANCED -A- FD

VGG3299H1091 FAIRFIELD INVESTMENT FD -A

VGG3299L1004 FAIRFIELD SENTRY FD



Could you let me know how high the management fee is and whether it is

admitted in Switzerland or not. Further I would like to know how high the
```

2

trail fee is, which you pay.


Thank you for your help.


Yours sincerely

Florian Emanuel Deisler




Based on previous e-mail correspondence with you and/or an agreement reached with you, Dresdner Bank (Switzerland) Ltd. considers itself authorized to contact you via unsecured e-mail.

Safety warning: E-mails can involve substantial risks, e.g. lack of confidentiality, potential manipulation of contents and/or sender's address, incorrect recipient (misdirection), viruses etc. Dresdner Bank (Switzerland) Ltd. assumes no responsibility for any loss or damage resulting from the use of e-mails. Although we are continuously increasing our due care of preventing virus attacks as a part of our Quality Management, we are not able to fully prevent virus attacks as a result of the nature of the Internet.

Misdirection: If you are not the intended recipient but have received this message due to an error in transmission, you are hereby notified the following:  This message (including any attachments) contains confidential information intended for a specific individual or entity as the intended recipient. Any unauthorised distribution, any copying of this message in part or in whole, or any taking of action based on it, is strictly prohibited and may cause liability. If you have received this e-mail by mistake, please notify Dresdner Bank (Switzerland) Ltd. Immediately and completely delete the E-Mail (and any attachments).

CONFIDENTIAL

FGANW005595384

FG-05725077