# EXHIBIT 6

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 6/6/2007 4:02:53 PM
**To:** Lauren Ross [lauren@fggus.com]; Disha Attavar [dattavar@fggus.com]
**CC:**
**Subject:** RE: Buys in Fairfield Sentry

hey lauren - yes, this is ok for jul 1. thanks

---

From: Lauren Ross
Sent: Wednesday, June 06, 2007 12:20 PM
To: Amit Vijayvergiya; Disha Attavar
Subject: FW: Buys in Fairfield Sentry


Can we approve this for Jul 1st? Approx 50k.

---

From: Xaver.Kurzen@dresdner-bank.ch [mailto:Xaver.Kurzen@dresdner-bank.ch]
Sent: Wednesday, June 06, 2007 10:39 AM
To: Lauren Ross
Subject: Buys in Fairfield Sentry


Hi Lauren

We placed a buy of 40 units trough Citco (REF 190052-1250-S3760) on 29th of May. Recently Citco got back to us saying the order has been cancelled as the fund is closed. However there is a waiting list and for each month you are going to decide how much buys you can take in.

Is there a way to be put on this wayting list without having to wait? That might sound a bit bold but the reason I ask is that this client is already holding 600K in Fairfield Sentry and is very happy with this fund and we don't want to disappoint him with the uncertainty of not knowing how long he has to wait nor even knowing whether he can get a chance to buy at all.

I am happy to hearing from you.

Best Regards


Xaver Kurzen

OPSF

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000221507
FG-00336752

_____

Dresdner Bank (Schweiz) AG

Private Wealth Management

Utoquai 55

CH-8034 Zürich

Phone   +41 (0)44 258 54 26

Fax     +41 (0)44 251 47 36

Xaver.Kurzen@dresdner-bank.ch

www.dresdner-bank.ch

Based on previous e-mail correspondence with you and/or an agreement reached with you, Dresdner Bank (Switzerland) Ltd. considers itself authorized to contact you via unsecured e-mail. Safety warning: e-mails can involve substantial risks, e.g. lack of confidentiality, potential manipulation of contents and/or sender's address, incorrect recipient (misdirection), viruses etc. Dresdner Bank (Switzerland) Ltd. assumes no responsibility for any loss or damage resulting from the use of e-mails. Although we are continuously increasing our due care of preventing virus attacks as a part of our Quality Management, we are not able to fully prevent virus attacks as a result of the nature of the Internet.
Misdirection: If you are not the intended recipient but have received this message due to an error in transmission, you are hereby notified the following: This message (including any attachments) contains confidential information intended for a specific individual or entity as the intended recipient. Any unauthorised distribution, any copying of this message in part or in whole, or any taking of action based on it, is strictly prohibited and may cause liability. If you have received this e-mail by mistake, please notify Dresdner Bank (Switzerland) Ltd. immediately and completely delete the e-mail (and any attachments).

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000221508
FG-00336753

views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000221509
FG-00336754