# EXHIBIT 8

Citco Bank Nederland 6/16/2008 1:24:41 PM    PAGE    4/004    Fax Server

For Transfer purposes only

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**
The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**
Subscriber:                CITCO GLOBAL CUSTODY N.V. REF 190052 ACC No.
Contribution Date:         12th June                , 2008        0034 2402-0004 5602
Additional Contribution Amount: U.S.$    871.9797

Changes to Subscription Agreement:  [✓] None
                                    [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 12 day of June , 2008.

**Corporate, Partnership, Trust or Account Subscribers**        **Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. REF 190052
Name of Entity (Print)                ACC. 0034 2402        Name (Print)
By: CITCO BANK NEDERLAND N.V.  -0004 5602
Signature/                                              Signature
        Aine Kiernan, Brian Canty
Name (Print) Authorised Signatory                   Name of Joint Purchaser, If Any (Print)
                    Brian Canty
                    Authorised Signatory
Title                                              Signature

Telephone: Tel: +353 21 432 4932                   Telephone: _____
Fax:       Fax: +353 21 491 0335                   Fax: _____

SUBSCRIPTION ACCEPTED AS OF 12th June , 2008

FAIRFIELD SENTRY LIMITED

By:    _____
       Name: _____
       Title: _____

RR-3