# EXHIBIT 9

**CITCO**
*Citco Bank Nederland N.V.*


2 6 JUNI 2008
ingekomen

**FAXED ON 20/06/08**
Original Document
**DO NOT DUPLICATE**

ⅅ1647
PAGES    1

| | |
|---|---|
| DATE | 20-JUN-2008 |
| COMPANY | FAIRFIELD GROUP (2773) |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722610 |
| FROM | FRONT OFFICE TRADING DESK |
| REFERENCE | 19005A-1250-S004289 |

**Remarks: Subscription/Purchase form to follow by Mail.**
Dear Sir / Madam,
We would like to    **buy/subscribe:**
Number of shares:    **190**    (In words see below)
One hundred and ninety SHARES

**in: FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 01-JUL-2008** and will pay US DOLLARS for **value 26-JUN-2008**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
**CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to **tradeconfirm@citco.com**. Queries concerning trade placement or documentation requirements can be addressed to **tradeconfirm@citco.com**. Please quote reference number **19005A-1250-S004289**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

CONFIDENTIAL    ANWAR-CFSE-00116811

Rob 1250
→ 94289

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL                                                                                          ANWAR-CFSE-00116812

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. REF DRESDNER SCHWEIZ TF
Contribution Date: 01 July, 2008
Additional Contribution Amount: U.S. $ 190 Shares

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 20 day of June, 2008.

**Corporate, Partnership, Trust or Account Subscribers**    **Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. REF DRESDNER SCHWEIZ
Name of Entity (Print)                                        Name (Print)

By: CITCO BANK NEDERLAND N.V.
Signature _Nunzio Pollano_                                   Signature _____
Name (Print)                                                  Name of Joint Purchaser, If Any (Print)

Title _____                                          Signature _____
Telephone: _____                                          Telephone: _____
Fax: _____                                           Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL                                                ANWAR-CFSE-00116813



2 4 JUNI 2008

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL                                                                  ANWAR-CFSE-00116814