# EXHIBIT 10

**CITCO**
Citco Bank Nederland N.V.

15 OKT. 2007

FAXED ON 11/10/07
Original Document
DO NOT DUPLICATE

| | | |
|---|---|---|
| DATE | 11-OCT-2007 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 19005A-1250-R003258 | |

Dear Sir / Madam,
We would like to    **sell/redeem:**
Number of shares:   **24.35**    (In words see below)
Twenty four point three five SHARES

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 31-OCT-2007** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
    **CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : 000306487 [USD]
OUR REFERENCE : 19005A-1250-R003258
BIC         : MRMDUS33

**Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003258**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

CONFIDENTIAL                                                    ANWAR-CFSE-00188747