# EXHIBIT 11



CITCO GLOBAL CUSTODY NV  
CITCO DATA PROCESSING SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK IRELAND  

Fund ID     : 03302  
Holder ID   : 00342402  
Account ID  : 05063216  
Contract No.: 63818002  
Date        : Nov-15-2007  
Order No.   : 27079402  
Email       : TRADECONFIRM@CITCO.COM  
FAX Number  : 00 353 21 491 0335  

TRADE CONFIRM  
Account name: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF  

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2007 |
| Trade Date | | Nov-01-2007 |
| Payment Date | | Nov-19-2007 |
| No. of voting shares Redeemed | | 24.3500 |
| Redemption Price | USD | 1,275.3893 |
| Gross Redemption Proceeds | USD | 31,055.73 |
| Net Redemption Proceeds | USD | 31,055.73 |
| Amount to be Paid | USD | 31,055.73 |
| Proceeds Paid to Date | USD | 31,055.73 |

Your balance following this transaction will be 4,815.1200 voting shares.

Note: Y REF 19005A-1250-R3258

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*  

*www.citco.com*  

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                                                                                                                    ANWAR-CFSE-00191794



*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date : Oct-11-2007
Fund ID : 03302
Holder ID : 00342402
Account ID : 05063216
Order No. : 27079402
Email : TRADECONFIRM@CITCO.COM
FAX Number : 00 353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Nov-01-2007 |
| Settlement Date | Dec-01-2007 |
| Valuation/NAV Date | Oct-31-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 24.3500 |

| | |
|---|---|
| Bank Name: | HSBC BANK |
| Bank Address 1: | NEW YORK |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | 000306487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV |
| Beneficiary Acct No: | 0052861204840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NV |

**Note 1:** Y REF 19005A-1250-R3258
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*



CONFIDENTIAL

ANWAR-CFSE-00191795

```
User ID: HKUCEROVA
==========================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1074099                    Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Oct 12 13:08:46 2007
Sent on channel 8
Elapsed Time:  0 minutes, 14 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------
HKUCEROVA approved fax at Fri Oct 12 13:08:22 2007
--------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00191796

# CITCO FUND SERVICES — OFFSHORE REDEMPTION CHECKLIST - For internal Use Only (v2.3)

| Field | Value |
|---|---|
| Fund name | FAIRFIELD SENTRY |
| Fund Class / Series | |
| Fund Group ID | |
| Fund ID | 03302 |
| Holder & Account Name | CGC WV BEF DRESDNER SCHWEIZ TF |
| Holder ID | 00342402 |
| Account ID | 05063216 |
| Notes / Ref | 19005A-1250- R3677 |
| Trade Date | 11/9/07 |
| NAV Date | 10/31/07 |
| Gross Amount | |
| No of shares | 24.35 |
| Fee | Yes ☐ No ☐ |
| Amount | Percentage % |
| Instruction requests redemption from a specific 'lot' | Yes ☐ No ☐ |
| Share Balance Verified/Sufficient shares in account to redeem | Yes ☐ No ☐ (add print screen or statement copy to pack) |

## COMPLIANCE TO OFFERING DOCS/DIRECTORS RESOLUTIONS

- Date instruction received: 10/11/07
- Documents scanned & Stored: Yes ☐ No ☐
- Verify signatures to source doc on file (add copy of relevant pages to pack). If not on file or no match, request and state here that you have: — Signatures match: Yes ☒ No ☐
- Redemption Frequency of Fund: Monthly ☐ Quarterly ☐ Other _____ Verify agrees with trade request
- Min Holding met after redemption? Yes ☐ No ☐ Will be zero balance ☐ Minimum redemption amount met? Yes ☐ No ☐
- Notice Period Met? Yes ☐ No ☐ Notice period for this fund is ____ days
- Lock-up met? Yes ☐ No ☐ N/A ☐ Lock-up for this fund is ____ days
- DR required? Yes ☐ No ☐ If yes, arrange with relevant for DR to be sent for signing
- DR Received? Yes ☐ No ☐ Date: Copy to be filed with legal department ☐ Done by _____
- OR, If DRs requested quarterly and filed separately and directly with legal team tick here ☐ (resolution reasons still need to be ticked above)

## KYC / PAYMENT DETAILS

- KYC complete for this Investor? Yes ☐ No ☐ If no, date requested ____ ensure to hold payment until KYC is in good order
- Full Payment Details received Yes ☐ No ☐ If no, date requested _____
- Payment Details are for account in name of the investor Yes ☐ No ☐ If account detail not in name of investor, follow up internally/with investor
- Payment details updated on NTAS at Account Level Yes ☐ No ☐

## TRADE INPUT

- Check Order Entry for pending trades/duplicates Yes ☐
- Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable Yes ☐ N/A ☐ IM Approval rec'd & attached - if requested Yes ☐ N/A ☐
- Input trade and print Confirmation of Order Rec'd for Review (include in pack) Order ID Number: 27079402
- Date confirmation of Orders Received sent (Investors & related parties) _____
- Update or remove from ERISA spreadsheet Yes ☐ N/A ☐ Update or remove from 3C1 / 3C7 spreadsheet Yes ☐ N/A ☐

## FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL

| First Payment | | Final Payment | | NOTES: Remark | Date | Initials |
|---|---|---|---|---|---|---|
| State % being paid | Payment Date: 11/19/07 | State % being paid | Payment Date | | | |
| Amount Sent | | Amount Sent | | | | |
| Wire Instruction Checked Yes ☒ Initials: WC | | Wire Instruction Checked Yes ☒ Initials | | | | |

## SIGN OFF MATRIX (INITIAL IN ALL PLACES)

| Trade Input/Doc Verification | Initials | date | Treasury Function | initials | date | Trade Completion | initials | date | Final Pack | initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | X | 10/11/07 | Input | WC | 11/15/07 | Approved by | | | Checked by | | |
| Verified by: | | 10-11-07 | Verified | LA | 11/19 | Filled by | | | | | |

- Date Contract Note sent (Investors & related parties): _____ (place copy of confirm in pack)
- For noting any trade Amendments Postponement or Cancellations
- Amendments ☐
- Postponements ☐ Reason:
- Cancellations* ☐    *Where cancellation - start up a cancelled trades checklist & remember to reinstate shares to any Erisa and 3c1/7 tracking sheets

LOCAL OFFICE SECTION & NOTES

CONFIDENTIAL                    ANWAR-CFSE-00191797

Citco Bank Nederland 10/11/2007 9:23:05 AM     PAGE   1/001    Fax Server

# CITCO
*Citco Bank Nederland N.V.*

| | | |
|---|---|---|
| DATE | 11-OCT-2007 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 19005A-1250-R003258 | |

Dear Sir / Madam,
We would like to     **sell/redeem:**
Number of shares:    **24.35**                (In words see below)
Twenty four point three five SHARES

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 31-OCT-2007** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
   **CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : 000306487 [USD]
OUR REFERENCE  : 19005A-1250-R003258
BIC            : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003258

Michael Leers                              C.H.J McGuinness
Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

CONFIDENTIAL                                                                                        ANWAR-CFSE-00191798