# EXHIBIT 12



**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO DATA PROCESSING SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK IRELAND  

Fund ID        : 03302  
Holder ID      : 00342402  
Account ID     : 05063216  
Contract No.   : 64263402  
Date           : Dec-14-2007  
Order No.      : 27841202  
Email          : TRADECONFIRM@CITCO.COM  
FAX Number     : 00 353 21 491 0335  

TRADE CONFIRM  
Account name: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | |
|---|---|
| Valuation/NAV Date | Nov-30-2007 |
| Trade Date | Dec-01-2007 |
| Payment Date | Dec-19-2007 |

| | | |
|---|---|---|
| No. of voting shares Redeemed | | 11.1800 |
| Redemption Price | USD | 1,288.6461 |
| Gross Redemption Proceeds | USD | 14,407.06 |
| Net Redemption Proceeds | USD | 14,407.06 |
| Amount to be Paid | USD | 14,407.06 |
| Proceeds Paid to Date | USD | 14,407.06 |

Your balance following this transaction will be 4,803.9400 voting shares.

Note: Y REF 19005A-1250-R3295

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00195394



**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | |
| CITCO DATA PROCESSING SERVICES LTD | Date : Nov-13-2007 |
| 2600 CORK AIRPORT BUSINESS PARK | Fund ID : 03302 |
| KINSALE ROAD | Holder ID : 00342402 |
| CORK IRELAND | Account ID : 05063216 |
| | Order No. : 27841202 |
| | Email : TRADECONFIRM@CITCO.COM |
| TRADE CONFIRM | FAX Number : 00 353 21 491 0335 |

Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2007 |
| Settlement Date | Dec-31-2007 |
| Valuation/NAV Date | Nov-30-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 11.1800 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | 000304212 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | 0052861204840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NV |

**Note 1: Y REF 19005A-1250-R3295**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com



*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL ANWAR-CFSE-00195395

# CITCO — OFFSHORE REDEMPTION CHECKLIST - For Internal Use Only (v2.5)

| Field | Value |
|---|---|
| Fund name: | Fairfield Sentry |
| Fund Class / Series: | |
| Fund Group ID: | |
| Fund ID: | 02602 |
| Holder & Account Name: | GC Dresdner Schweiz TF |
| Holder ID: | 00242402 |
| Account ID: | 0506 3216 |
| Notes / Ref: | 19007A - 1250 - R3285 |
| Trade Date: | |
| NAV Date: | 11/30/07 |
| Gross Amount: | |
| No of shares: | 11.18 |
| Fee: Yes ☐ No ☐ | Amount ___ Percentage % ___ |
| Instruction requests redemption from a specific 'lot': | Yes ☐ No ☐ |
| Share Balance Verified/Sufficient shares in account to redeem: | Yes ☐ No ☐ add print screen or statement copy to pack |

## COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS

| Field | Value |
|---|---|
| Date instruction received | 11/12/07 |
| Documents scanned & Stored | Yes ☐ No ☐ |
| Verify signatures to source doc on file (add copy of relevant pages to pack). If not on file or no match, request and state here that you have: | Signatures match: Yes ☑ No ☐ |
| Redemption Frequency of Fund | Monthly ☐ Quarterly ☐ Other ___ Verify agrees with trade request |
| Min Holding met after redemption? | Yes ☐ No ☐ Will be zero balance ☐ Minimum redemption amount met? Yes ☐ No ☐ |
| Notice Period Met? Yes ☐ No ☐ | Notice period for this fund is ___ days |
| Lock-up met? Yes ☐ No ☐ N/A ☐ | Lock-up for this fund is ___ days |
| DR Required? Yes ☐ No ☐ | If yes, arrange with relevant for DR to be sent for signing |
| DR Received? Yes ☐ No ☐ Date: | Copy to be filed with legal department ☐ Done, by ___ |
| OR, If DRs requested quarterly and filed separately and directly with legal team tick here ☐ | (resolution reasons still need to be ticked above) |

## KYC / PAYMENT DETAILS

| Field | Value |
|---|---|
| KYC complete for this investor? | Yes ☐ No ☐ If no, date requested ___ ensure to hold payment until KYC is in good order |
| Full Payment Details received | Yes ☐ No ☐ If no, date requested ___ |
| Payment Details are for account in name of the investor | Yes ☐ No ☐ If account detail not in name of investor, follow up internally/with investor |
| Payment details updated on NTAS at Account Level | Yes ☐ No ☐ |

## TRADE INPUT

| Field | Value |
|---|---|
| Check Order Entry for pending trades/duplicates | Yes ☐ |
| Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable | Yes ☐ N/A ☐ IM Approval rec'd & attached - if requested Yes ☐ N/A ☐ |
| Input trade and print Confirmation of Order Rec'd for Review (include in pack) | Order ID Number: 2241202 |
| Date confirmation of Orders Received sent (Investors & related parties) | |
| Update or remove from ERISA spreadsheet | Yes ☐ N/A ☐ Update or remove from 3C1 / 3C7 spreadsheet Yes ☐ N/A ☐ |

## FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL

| First Payment | Proof of payment(s) to be included in pack | Final Payment | | NOTES: Remark Date Initials |
|---|---|---|---|---|
| State % being paid | Payment Date: 12-19-07 | State % being paid | Payment Date: | |
| Amount Sent | | Amount Sent | | |
| Wire Instruction Checked | Yes ☑ Initials WC | Wire Instruction Checked Yes ☐ Initials | | |

## SIGN OFF MATRIX (INITIAL IN ALL PLACES)

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | initials | date | Final Pack | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | | 11/13/07 | Input | WC | 12/19/07 | Approved by | | | Checked by: | | |
| Verified by: | PO | 11-13-7 | Verified | | 12/19/07 | Filled by | | | | | |

Date Contract Note sent (Investors & related parties): ___ (place copy of confirm in pack)

For noting any trade Amendments Postponement or Cancellations

| Amendments | ☐ | Reason: |
|---|---|---|
| Postponements | ☐ | |
| Cancellations* | ☐ | *Where cancellation - start up a cancelled trades checklist & remember to reinstate shares to any Erisa and 3c1/7 tracking sheets |

**LOCAL OFFICE SECTION & NOTES**

CONFIDENTIAL

ANWAR-CFSE-00195396

Citco Bank Nederland 11/8/2007 10:59:38 AM    PAGE    1/001    Fax Server

# CITCO
*Citco Bank Nederland N.V.*

| | | |
|---|---|---|
| DATE | 08-NOV-2007 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 19005A-1250-R003295 | |

Dear Sir / Madam,
We would like to  **sell/redeem:**
Number of shares:  **11.18**  (In words see below)
Eleven point one eight SHARES
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect net asset value date **30-NOV-2007** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
**CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF  CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER  : 000306487 [USD]
OUR REFERENCE  : 19005A-1250-R003295
BIC           : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003295

_____          _____
Michael Leers                      C.H.J McGuinness
Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

CONFIDENTIAL                                                                                         ANWAR-CFSE-00195397

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Nov-13-2007 |
| Fund ID | : 03302 |
| Holder ID | : 00342402 |
| Account ID | : 05063216 |
| Order No. | : 27841202 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00 353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2007 |
| Settlement Date | Dec-31-2007 |
| Valuation/NAV Date | Nov-30-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 11.1800 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | 000304212 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | 0052861204840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NV |

Note 1: Y REF 19005A-1250-R3295
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00195398