# EXHIBIT 13



**CITCO**
*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : 00342402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : 05063216 |
| KINSALE ROAD | Contract No. : 66089402 |
| CORK IRELAND | Date : Apr-11-2008 |
| | Order No. : 29239602 |
| | Email : TRADECONFIRM@CITCO.COM |
| TRADE CONFIRM | FAX Number : 00 353 21 491 0335 |

Account name: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Mar-31-2008 |
| Trade Date | | Apr-01-2008 |
| Expected Payment Date | | May-01-2008 |
| | | |
| No. of voting shares Redeemed | | 38.3736 |
| Redemption Price | USD | 1,302.9783 |
| Gross Redemption Proceeds | USD | 50,000.00 |
| | | |
| Net Redemption Proceeds | USD | 50,000.00 |
| Amount to be Paid | USD | 50,000.00 |
| | | |
| Amount Receivable | USD | 50,000.00 |

Your balance following this transaction will be 4,708.8236 voting shares.

Note: Y REF 19005A-1250-R3407

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                                  ANWAR-CFSE-00103440

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Apr-14-2008
Fund Id      : 03302
Holder Id    : 00342402
Account Id   : 05063216
Contract No. : 66089402
Order No.    : 29239602
CFI Cash Id  : 50172702

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   IE23CITC00000035810501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**

Further Cr. Name:     CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.:  CITCIE2D
Beneficiary Acct No:  0052861204840
Beneficiary Name:     CITCO GLOBAL CUSTODY NV

Amount:      USD   50,000.00
Value date:  Apr-14-2008
Ref:         FAIRFIELD SENTRY   Shares:38.3736 T/D:04-01-2008 RE
Note:        19005A 1250 R003407
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                              Authorised signatory

Citco Building                www.citco.com       Phone: (31-20) 5722100
Telestone - Teleport                              Fax:   (31-20) 5722610
Naritaweg 165                                     Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                                              ANWAR-CFSE-00103441

# CITCO
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date       : Feb-25-2008
Fund ID    : 03302
Holder ID  : 00342402
Account ID : 05063216
Order No.  : 29239602
Email      : TRADECONFIRM@CITCO.COM
FAX Number : 00353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Apr-01-2008 |
| Settlement Date | May-01-2008 |
| Valuation/NAV Date | Mar-31-2008 |
| Type of transaction | Redemption |
| Amount | USD 50,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | 000304212 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | 0052861204840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NV |

Note 1: Y REF 19005A-1250-R3407
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

```
User ID: VPRIEGO
================================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Mon Feb 25 08:53:03 2008
Sent on channel 4
Elapsed Time:  0 minutes, 14 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
VPRIEGO approved fax at Mon Feb 25 08:52:53 2008
--------------------------------------------------------------------------------
```

CONFIDENTIAL                                                              ANWAR-CFSE-00103443



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date           : Feb-22-2008
Fund ID        : 03302
Holder ID      : 00342402
Account ID     : 05063216
Order No.      : 29239602
Email          : TRADECONFIRM@CITCO.COM
FAX Number     : 00353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Apr-01-2008 |
| Settlement Date | May-01-2008 |
| Valuation/NAV Date | Mar-31-2008 |
| Type of transaction | Redemption |

Amount                                      USD      50,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        000304212
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    0052861204840
Beneficiary Name:       CITCO GLOBAL CUSTODY NV

**Note 1:** Y REF 19005A-1250-R3407
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                             ANWAR-CFSE-00103444

| CITCO FUND SERVICES | OFFSHORE REDEMPTION CHECKLIST - For Internal Use Only (I.U.) | | |
|---|---|---|---|
| Fund name: | FF Sthg | | |
| Fund Class / Series | | Fund Group ID | Fund ID |
| Holder & Account Name | COC Nuref. Dresdner Schweiz | | |
| Holder ID | | Account ID | Notes / Ref: |
| Trade Date | | NAV Date | |
| Gross Amount | | No of shares 80 | R 3407 |
| Fee          Yes ☐    No ☐ | | Amount ____ Percentage % ____ | |
| Instruction requests redemption from a specific 'lot' | | Yes ☐    No ☐ | |
| Share Balance Verified/Sufficient shares in account to redeem | | Yes ☐    No ☐    add print screen or statement copy to pack | |

### COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS

| | | | |
|---|---|---|---|
| Date instruction received | | | |
| Documents scanned & Stored | | Yes ☐    No ☐ | |
| Verify signatures to source doc on file (add copy of relevant pages to pack). If not on file or no match, request and state here that you have: | | | Signatures match:    Yes ☐    No ☐ |
| Redemption Frequency of Fund | Monthly ☐    Quarterly ☐    Other ____ | | Verify agrees with trade request |
| Min Holding met after redemption? | | Yes ☐ No ☐ Will be zero balance ☐ | Minimum redemption amount met?  Yes ☐ No ☐ |
| Notice Period Met?    Yes ☐    No ☐ | | Notice period for this fund is ____ days | |
| Lock-up met?    Yes ☐    No ☐    N/A ☐ | | Lock-up for this fund is ____ days | |
| DR Required?    Yes ☐    No ☐ | | If yes, arrange with relevant for DR to be sent for signing | |
| DR Received?    Yes ☐    No ☐    Date: | | Copy to be filed with legal department ☐ | Done, by _____ |
| OR, If DRs requested quarterly and filed separately and directly with legal team tick here ☐ | | (resolution reasons still need to be ticked above) | |

### KYC / PAYMENT DETAILS

| | | | |
|---|---|---|---|
| KYC complete for this Investor? | Yes ☐ | No ☐ | If no, date requested ____ ensure to hold payment until KYC is in good order |
| Full Payment Details received | Yes ☐ | No ☐ | If no, date requested ____ |
| Payment Details are for account in name of the investor | Yes ☐ | No ☐ | If account detail not in name of investor, follow up internally/with investor |
| Payment details updated on NTAS at Account Level | Yes ☐ | No ☐ | |

### TRADE INPUT

| | | | |
|---|---|---|---|
| Check Order Entry for pending trades/duplicates | Yes ☐ | | |
| Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable | Yes ☐    N/A ☐ | | IM Approval rec'd & attached - if requested    Yes ☐  N/A ☐ |
| Input trade and print Confirmation of Order Rec'd for Review (include in pack) | | | Order ID Number: 29239602 |
| Date confirmation of Orders Received sent (Investors & related parties) | | | |
| Update or remove from ERISA spreadsheet | Yes ☐    N/A ☐ | Update or remove from 3C1 / 3C7 spreadsheet | Yes ☐    N/A ☐ |

### FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL

| First Payment | Proof of payment(s) to be included in pack | Final Payment | | NOTES:   Remark   Date   Initials |
|---|---|---|---|---|
| State % being paid | Payment Date 4-14-08 | State % being paid | Payment Date | |
| Amount Sent | | Amount Sent | | |
| Wire Instruction Checked    Yes ☑    WF | | Wire Instruction Checked    Yes ☐ | | |

### SIGN OFF MATRIX (INITIAL IN ALL PLACES)

| Trade Input/Doc Verification | initials | date | Treasury Function | initials | date | Trade Completion | initials | date | Final Pack | initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | BB | 2/22/08 | Input | VC | 04/14/08 | Approved by | MC | 4/18/08 | Checked by | | |
| Verified by: | SP | 2.22.08 | Verified | | 4/14 | Filed by | | | | | |
| Date Contract Note sent (Investors & related parties): 4-14-08 VC | | | | | | (place copy of confirm in pack) | | | | | |

| For noting any trade Amendments Postponement or Cancellations | | | |
|---|---|---|---|
| Amendments | ☐ | Reason: | |
| Postponements | ☐ | | |
| Cancellations* | ☐ | *Where cancellation - start up a cancelled trades checklist & remember to reinstate shares to any Erisa and 3c1/7 tracking sheets | |

### LOCAL OFFICE SECTION & NOTES

CONFIDENTIAL    ANWAR-CFSE-00103445

Citco Bank Nederland 2/22/2008 10:41:11 AM    PAGE    1/001    Fax Server

# CITCO
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 22-FEB-2008 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 19005A-1250-R003407 | |

Dear Sir / Madam,
We would like to          **sell/redeem:**
For the countervalue of:  **USD 50'000.00**          (In words see below)
Fifty thousand US DOLLAR
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect net asset value date **31-MAR-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
    **CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : 000306487 [USD]
OUR REFERENCE : 19005A-1250-R003407
BIC          : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003407

_Michael Leers_          _C.H.J McQuinness_

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

Branch Office
Custom House Plaza Block 3
Int'l Financial Services Centre
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070

CONFIDENTIAL                                ANWAR-CFSE-00103446



**CITCO**
*Citco Bank Nederland N.V.*

FAXED ON 22/02/08
Original Document
**DO NOT DUPLICATE**

| | |
|---|---|
| DATE | 22-FEB-2008 |
| COMPANY | FAIRFIELD GROUP (2773) |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722610 |
| FROM | FRONT OFFICE TRADING DESK |
| REFERENCE | 19005A-1250-R003407 |

ONTVANGEN KOERIER
2 7 FEB. 2008
PAGES 1

Dear Sir / Madam,
We would like to **sell/redeem:**
For the countervalue of: **USD 50'000.00**    (In words see below)
Fifty thousand US DOLLAR
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 31-MAR-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
    **CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : 000306487 [USD]
OUR REFERENCE : 19005A-1250-R003407
BIC         : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003407

Citco Bank Nederland NV Dublin    *Ann O'Hara   Paul Carrigg*

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

Branch Office
Custom House Plaza Block 3
Int'l Financial Services Centre
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070

CONFIDENTIAL                                                                                                  ANWAR-CFSE-00103447