# EXHIBIT 14

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date       : Mar-17-2008
Fund ID    : 03302
Holder ID  : 00342402
Account ID : 05063216
Order No.  : 29565202
Email      : TRADECONFIRM@CITCO.COM
FAX Number : 00 353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Apr-01-2008 |
| Settlement Date | May-01-2008 |
| Valuation/NAV Date | Mar-31-2008 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 33.5160 |

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        000304212
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    0052861204840
Beneficiary Name:       CITCO GLOBAL CUSTODY NV

Note 1: 19005A-1250-R003442
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                       ANWAR-CFSE-00105891

```
User ID: VPRIEGO
================================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Mon Mar 17 17:13:16 2008
Sent on channel 4
Elapsed Time:  0 minutes, 24 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
VPRIEGO approved fax at Mon Mar 17 17:13:14 2008
--------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00105892

# CITCO FUND SERVICES — OFFSHORE REDEMPTION CHECKLIST (For Internal Use Only)

**Fund name:** Fairfield Sentry
**Fund Class / Series:** —
**Fund Group ID:** 03002
**Fund ID:** 03302
**Holder & Account Name:** Citco Global Custody NV Ref. Dresdner Schweiz TF
**Holder ID:** 00342902
**Account ID:** 05063216
**Notes:** Hold ☐ Wait ☐ Release ☐   1900SA-1250-R003442
**Trade Date:** 04.01.08
**NAV Date:** 03.31.08
**Gross Amount:** —
**No of shares:** 33.516
**Fee:** Yes ☐ No ☑   Amount ___ or, Percentage % ___
**Instruction requests redemption from a specific 'lot':** Yes ☐ No ☑
**Share Balance Verified/Sufficient shares in account to redeem:** Yes ☑ No ☐

## COMPLIANCE TO OFFERING DOCS/DIRECTORS RESOLUTIONS

**Date instruction received:** 03/17/08
**Signatures match:** Yes ☑ No ☐
**Redemption Frequency of Fund:** Monthly ☑ Quarterly ☐ Other ___
**Min Holding met after redemption?** Yes ☑ No ☐ Will be zero balance ☐
**Minimum redemption amount met?** Yes ☑ No ☐
**Notice Period Met?** Yes ☑ No ☐   Notice period for this fund is 15 days
**Lock up met?** Yes ☐ No ☐ N/A ☑   Lock-up for this fund is ___ days
**DR Required?** Yes ☐ No ☑
**DR received and copy to be filed with legal department** ☐ done by ___ (initials)

## KYC / PAYMENT DETAILS

**KYC complete for this Investor? (including address verification)** Yes ☑ No ☐
**Full Payment Details received:** Yes ☑ No ☐
**Payment Details are for account in name of the Investor:** Yes ☑ No ☐
**Payment details updated on NTAS at Account Level:** Yes ☐ No ☐

## TRADE INPUT

**Check Order Entry for pending trades/duplicates:** Yes ☑
**Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable:** Yes ☐ N/A ☑
**IM Approval rec'd & attached - if requested:** Yes ☐ N/A ☑
**Input trade and print Confirmation of Order Rec'd for Review (include in pack):** 03/17/08
**Order ID Number:** 29565202
**Remove from ERISA spreadsheet:** Yes ☐ N/A ☑
**Update or remove from 3C1 / 3C7 spreadsheet:** Yes ☐ N/A ☑

## FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL

**Initial/First Payment** — Payment Date: 4-14-08
**Wire Instruction Checked:** Yes ☑ Initials: WJC

## SIGN OFF MATRIX

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date |
|---|---|---|---|---|---|---|---|---|
| Processed by: | VPV | 03/17/08 | Input | WJC | 04/14/08 | Approved by | LF | 4/9/10 |
| Verified by & approved on system: | DP | 3/17/08 | Verified | | 4/14 | Filed by | | |

**Date Contract Note sent (Investors & related parties):** 4-14-08 WJC
**Documents/trade pack scanned & stored:** Yes ☐

**For noting any trade Amendments Postponement or Cancellations:**
- Amendments ☐ ☐
- Postponements ☐ ☐   Reason: ___
- Cancellations* ☐ ☐

CONFIDENTIAL                                                                              ANWAR-CFSE-00105893



# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date            : Mar-17-2008
Fund ID         : 03302
Holder ID       : 00342402
Account ID      : 05063216
Order No.       : 29565202
Email           : TRADECONFIRM@CITCO.COM
FAX Number      : 00 353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Apr-01-2008 |
| Settlement Date | May-01-2008 |
| Valuation/NAV Date | Mar-31-2008 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 33.5160 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | 000304212 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | 0052861204840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NV |

Note 1: 19005A-1250-R003442
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                 ANWAR-CFSE-00105894

Citco Bank Nederland   3/17/2008   11:52:24 AM   PAGE   1/001   Fax Server

# CITCO
### Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 17-MAR-2008 | PAGES   1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 19005A-1250-R003442 | |

Dear Sir / Madam,
We would like to    **sell/redeem**:
Number of shares:    **33.516**    (In words see below)
Thirty three point five one six SHARES

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 31-MAR-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-05063216** in the name of:
        **CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT** AND **RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER  : 000306487 [USD]
OUR REFERENCE   : 19005A-1250-R003442
BIC             : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003442

_____     _____
Michael Leers                C.H.J McQuinness
Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

Branch Office
Custom House Plaza Block 3
Int'l Financial Services Centre
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070

CONFIDENTIAL                                                                                    ANWAR-CFSE-00105895



**CITCO**
*Citco Bank Nederland N.V.*

19 MAART 2008
Ingekomen

FAXED ON 17/03/08
Original Document
**DO NOT DUPLICATE**

29565202

| | | |
|---|---|---|
| DATE | 17-MAR-2008 | PAGES   1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 19005A-1250-R003442 | |

Dear Sir / Madam,
We would like to    **sell/redeem:**
Number of shares:    **33.516**           (In words see below)
Thirty three point five one six SHARES
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 31-MAR-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # 00342402-05063216 in the name of:
    **CITCO GLOBAL CUSTODY NV REF DRESDNER SCHWEIZ TF**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : 000306487 [USD]
OUR REFERENCE : 19005A-1250-R003442
BIC        : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 19005A-1250-R003442

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

CONFIDENTIAL                                                                                                          ANWAR-CFSE-00105896