# EXHIBIT 17



**CITCO**
*Citco Bank Nederland N.V.*

**FAXED ON 11/11/08**
Original Document
**DO NOT DUPLICATE**

13 NOV. 2008

| | |
|---|---|
| DATE | 11-NOV-2008 |
| COMPANY | FAIRFIELD GROUP (2773) |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722610 |
| FROM | FRONT OFFICE TRADING DESK |
| REFERENCE | 1682935 (190052-1250-R003863) |

PAGES 1

*Nbr 30TH*

**Remarks: OTF sent electronically - do no duplicate the order.**
Dear Sir / Madam,
We would like to    **sell/redeem:**
For the countervalue of:   **USD 25'000.00**     (In words see below)
Twenty five thousand US DOLLAR
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 28-NOV-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-00045602** in the name of:
**CITCO GLOBAL CUSTODY NV - REF 190052**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER  : 000306487 [USD]
OUR REFERENCE  : 1682935 (190052-1250-R003863)
BIC          : MRMDUS33

**Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 1682935 (190052-1250-R003863)**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

CONFIDENTIAL                                                                    ANWAR-CFSE-00125771