# EXHIBIT 19

# CITCO

### Citco Fund Services
### (Europe) B.V.

## Confirmation of Order Received

CITCO GLOBAL CUSTODY NV - CASH
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

BACK OFFICE
Account: CITCO GLOBAL CUSTODY NV - CASH

| | |
|---|---|
| Date | : Mar-21-2006 |
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Order No. | : 12543302 |
| Email: | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0331 |

### FAIRFIELD SENTRY LIMITED

| We confirm receipt of your instruction to SUBSCRIBE to |
|---|
| FAIRFIELD SENTRY LIMITED at the next dealing date |

| | | | |
|---|---|---|---|
| Trade Date | Apr-01-2006 | | |
| Settlement Date | Mar-29-2006 | Valuation/NAV Date | Mar-31-2006 |
| Latest price of | Feb-28-2006 | USD | 1,109.9376 |
| Type of transaction | | | Subscription |
| Estimated Cash | 153,171.39 | Estimated voting shares | 138.00 |
| Pay/Receivable | 153,171.39 | Status | Confirmed |
| Amount | | voting shares | 138.00 |

Upon completion of the transaction a confirmation of the trade will be forwarded to you.
In accordance with offering document please ensure settlement is received by the settlement date stated above.
Note: NAV price is subject to final pricing and confirmation.

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| | |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| | |
| Further Cr. Num: | 000306487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| | |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | IE23CITCO0000003581 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

Note 1: Y REF 190052-1250-S003036
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Teletone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL



**Confirmation of Order Received**

CITCO GLOBAL CUSTODY NV - CASH
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

BACK OFFICE
Account: CITCO GLOBAL CUSTODY NV - CASH

| | |
|---|---|
| Date | : Mar-21-2006 |
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Order No. | : 12543302 |
| Email: | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0331 |

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | | | |
|---|---|---|---|
| Trade Date | Apr-01-2006 | | |
| Settlement Date | Mar-29-2006 | Valuation/NAV Date | Mar-31-2006 |
| Latest price of | Feb-28-2006 | USD | 1,109.9376 |
| Type of transaction | | | Subscription |
| Estimated Cash | 153,171.39 | Estimated voting shares | 138.00 |
| Pay/Receivable | 153,171.39 | Status | Confirmed |
| Amount | | voting shares | 138.00 |

Upon completion of the transaction a confirmation of the trade will be forwarded to you.
In accordance with offering document please ensure settlement is received by the settlement date stated above.
Note: NAV price is subject to final pricing and confirmation.

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| | |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| | |
| Further Cr. Num: | 000306487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| | |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | IE23CITC00000003581050 1 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

Note 1: Y REF 190052-1250-S003036
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00218812

# CITCO
## Citco Fund Services (Europe) B.V.

## **Confirmation of Order Received**

CITCO GLOBAL CUSTODY NV - CASH
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

BACK OFFICE
Account: CITCO GLOBAL CUSTODY NV - CASH

| | |
|---|---|
| Date | : Mar-21-2006 |
| Fund ID | : 03302 |
| Holder ID | : 00005502 |
| Account ID | : 0002156 |
| Order No. | : 12543302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0331 |

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Apr-01-2006 |
| Settlement Date | Mar-29-2006 |
| Valuation/NAV Date | Mar-31-2006 |
| Type of transaction | Subscription |
| voting shares | 138.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | 000306487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | IE23CITC00000035810501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: Y REF 190052-1250-S003036**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00218813

5.54

20-MAR-2006  16:10  FROM  CITCO_BANK          TO  90031205722610          P.01/04

# CITCO
*Citco Bank Nederland N.V.*

**FAXED ON 17/03/06**
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 17-MAR-2006 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 190052-1250-S003036 | |

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to      **buy/subscribe:**

Number of shares:      **138**                    (In words see below)

One hundred and thirty eight SHARES

in: **FAIRFIELD SENTRY LTD**
ISIN #: VGG3299L1004

We expect **net asset value date 03-APR-2006** and will pay US DOLLARS for value **29-MAR-2006**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # 00002156 in the name of:
**CITCO GLOBAL CUSTODY NV - CASH**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

**Please confirm subscription details to (353 21) 4910331 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to
tradeconfirm@citco.com. Please quote reference number 190052-1250-S003036**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

CONFIDENTIAL                                                    ANWAR-CFSE-00218814

20-MAR-2006  16:10   FROM  CITCO_BANK                TO  90031205722610          P.02/04

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS

REF : 1250    - S003036    FAIRFIEL

CONFIDENTIAL                                                    ANWAR-CFSE-00218815

20-MAR-2006  16:10   FROM  CITCO_BANK                    TO  90031205722610           P.03/04

1250 - S303

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Fax: +31 20 5722 476

**SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF
FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME.
IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a
fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By
executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form
subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each
and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date
hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the
person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has
been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire
Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional
capital.  New Subscription Information:**

Subscriber:                          CITCO GLOBAL CUSTODY N.V. *CASH*
Contribution Date:                        29|03|06         200_
Additional Contribution Amount:    U.S.  $    138  SHARES

Changes to Subscription Agreement:  [ ] None
                                    [ ] Yes, as follows: (A new complete subscription agreement may be required)
                                    _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 17 day of *MARCH*
2006

**Corporate, Partnership, Trust or Account Subscribers**        **Individual Subscribers**
CITCO GLOBAL CUSTODY N.V. CASH

Name of Entity (Print)                              Name (Print)
CITCO BANK NEDERLAND N.V.                           _____
Signature                                          Signature
                                                   _____
                                                   Name of Joint Purchaser, If Any (Print)
Citco Global Custody N.V. Cash
Telestone 8 -Teleport                              Signature
Naritaweg 165                                      _____
1043BW Amsterdam                                   Telephone: _____
The Netherlands
                                                   Fax: _____

Mailing Address ;
Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland
Main Fax: +353-21- 4910300
Main Number: +353-21-4324700

CONFIDENTIAL                                      ANWAR-CFSE-00218816

20-MAR-2006  16:10   FROM  CITCO_BANK                TO  90031205722610        P.04/04

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LTD.

By:    _____
         Name: _____
         Title: _____

320478.1                                    B-5

TOTAL P.04

Citco Bank Nederland 3/17/2006 4:31:47 PM   PAGE   1/001   Fax Server

## CITCO
### Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 17-MAR-2006 | PAGES   1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 190052-1250-S003036 | |

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

| | | |
|---|---|---|
| We would like to | **buy/subscribe:** | |
| Number of shares: | **138** | (In words see below) |

One hundred and thirty eight SHARES

in: FAIRFIELD SENTRY LTD

ISIN #: VGG3299L1004

We expect net asset value date **03-APR-2006** and will pay US DOLLARS for value **29-MAR-2006**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # **00002156** in the name of:
**CITCO GLOBAL CUSTODY NV - CASH**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

Please confirm subscription details to **(353 21) 4910331** (fax) or to **tradeconfirm@citco.com.** Queries concerning trade placement or documentation requirements can be addressed to **tradeconfirm@citco.com.** Please quote reference number 190052-1250-S003036

Michael Leers

C.H.J McGuinness

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

CONFIDENTIAL

ANWAR-CFSE-00218818

Citco Bank Nederland 3/17/2006 5:09:45 PM    PAGE    1/001    Fax Server

## CITCO
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 17-MAR-2006 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | Darren Cartwright | |
| REFERENCE | 190052-1250-S003036 | |

**Remarks: AMENDMENT - DO NOT DUPLICATE - Ref. Caterina, Fairfield Lugano Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to         **buy/subscribe:**

Number of shares:        **138**                    (In words see below)

One hundred and thirty eight SHARES

**in: FAIRFIELD SENTRY LTD**

ISIN #: VGG3299L1004

We expect net asset value date **03-APR-2006** and will pay US DOLLARS for value **29-MAR-2006**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # 00002156 in the name of:

### CITCO GLOBAL CUSTODY NV - CASH

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

**Please confirm subscription details to (353 21) 4910331 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 190052-1250-S003036**

Michael Leers                    C.H.J McGuinness

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

CONFIDENTIAL                                                    ANWAR-CFSE-00218819

TO  90031205722510          P.01/04

## CITCO

*Citco Bank Nederland N.V.*

FAXED ON 17/03/06
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 17-MAR-2006 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | Darren Cartwright  JBy | |
| REFERENCE | 190052-1250-S003036 | |

**Remarks: AMENDMENT - DO NOT DUPLICATE - Ref. Caterina, Fairfield Lugano Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to    **buy/subscribe:**

Number of shares:    **138**                    (In words see below)

One hundred and thirty eight SHARES

in: **FAIRFIELD SENTRY LTD**

ISIN #: VGG3299L1004

We expect **net asset value date 03-APR-2006** and will pay US DOLLARS for **value 29-MAR-2006**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # 00002156 in the name of:

**CITCO GLOBAL CUSTODY NV - CASH**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

**Please confirm subscription details to (353 21) 4910331 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 190052-1250-S003036**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
*Custom House Plaza Block 6*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

*Phone: +353 (0)1 636 7100*
*Fax: +353 (0)1 636 7102*
*dublin-bank@citco.com*
*BIC: CITCIE2D*

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*

ANWAR-CFSE-00218820

CONFIDENTIAL

20-MAR-2006  15:55    FROM  CITCO_BANK                    TO  90031205722610        P.02/04

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS

REF : 1250    - S003036    FAIRFIEL

CONFIDENTIAL                                    ANWAR-CFSE-00218821

1250 - S3036

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Fax: +31 20 5722 476

**SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber:    **CITCO GLOBAL CUSTODY N.V.** CASH
Contribution Date:    29 MAR 2006 , 200
Additional Contribution Amount:    U.S. $ 138 SHARES

Changes to Subscription Agreement: [✓] None
       [ ] Yes, as follows; (A new complete subscription agreement may be required)

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 17 day of MARCH, 2006.

**Corporate, Partnership, Trust or Account Subscribers**

CITCO GLOBAL CUSTODY N.V. CASH

Name of Entity (Print)

CITCO BANK NEDERLAND N.V.
Signature

**Individual Subscribers**

Name (Print)

_____
Signature

_____
Name of Joint Purchaser, If Any (Print)

**Citco Global Custody N.V. Cash**
Telestone 8 -Teleport
Naritaweg 165
1043BW Amsterdam
The Netherlands

Signature _____
Telephone: _____
Fax: _____

**Mailing Address ;**
Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland
Main Fax: +353-21- 4910300
Main Number: +353-21-4324700

ANWAR-CFSE-0021882

SUBSCRIPTION ACCEPTED AS OF _____, 200_

FAIRFIELD SENTRY LTD.

By:  _____
        Name:  _____
        Title:  _____

TOTAL P.04

ANWAR-CFSE-00218823

CONFIDENTIAL

CONFIDENTIAL

| Fairfield Sigma | Hansard Europe Limited 107534D (Elise) | 3/17/2006 | 3/16/2006 | 28,500.00 | yanko | fgg | 3/17/2006 |
|---|---|---|---|---|---|---|---|
| Fairfield Sigma | Hansard Europe Limited 107531P (Elise) | 3/17/2006 | 3/16/2006 | 20,000.00 | yanko | fgg | 3/17/2006 |
| Fairfield Sentry | Banque de Luxembourg Ref Fuchs Alternative | 3/17/2006 | 3/16/2006 | 1,750,000.00 | stephane/828 | fgg | 3/17/2006 |
| Fairfield Sentry | Banco Itau Europe Luxembourg | 3/17/2006 | 3/16/2006 | 100,000.00 | Philip | fgg | 3/17/2006 |
| Fairfield Sigma | FS/Bewaarbedrijf Binckbank | 3/17/2006 | 3/17/2006 | 9,950.00 | Cornelis | fgg | 3/17/2006 |
| Fairfield Sentry | CGC NV Ref UBS AG Zurich (190990-1250-S003 | 3/17/2006 | 3/17/2006 | 50,000.00 | | fgg | 3/17/2006 |
| Fairfield Sigma | Hansard Europe Limited 107530U (Elise) | 3/17/2006 | 3/17/2006 | 10,000.00 | Yanko | fgg | 3/17/2006 |
| Fairfield Sentry | Banco Itau Europe Luxembourg | 3/17/2006 | 3/17/2006 | 100,000.00 | Philip | fgg | 3/17/2006 |
| Fairfield Sentry | CGC NV Cash (190052-1250-S003036) | 3/20/2006 | 3/17/2006 | 138 shares | Caterina FGG Lugano/ yanko | fgg | 3/20/2006 |
| Fairfield Sigma | Credito Sammarinese SPA | 3/20/2006 | 3/20/2006 | 120,000.00 | yanko | fgg | 3/20/2006 |

ANWAR-CFSE-00218824



**CITCO**
Citco Bank Nederland N.V.

Inne

22

FAXED ON 17/03/06
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 17-MAR-2006 | PAGES    1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | Darren Cartwright  JBy | |
| REFERENCE | 190052-1250-S003036 | |

**Remarks: AMENDMENT - DO NOT DUPLICATE - Ref. Caterina, Fairfield Lugano
Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to        **buy/subscribe:**

Number of shares:        **138**        (In words see below)

One hundred and thirty eight SHARES

in: **FAIRFIELD SENTRY LTD**
ISIN #: VGG3299L1004

We expect **net asset value date 03-APR-2006** and will pay US DOLLARS for **value 29-MAR-2006**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # **00002156** in the name of:
**CITCO GLOBAL CUSTODY NV - CASH**

REGISTERED ADDRESS
TELESTONE 8 - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
NETHERLANDS

MAILING ADDRESS
C/O CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK  IRELAND

**Please confirm subscription details to (353 21) 4910331 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to
tradeconfirm@citco.com. Please quote reference number 190052-1250-S003036**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax
in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office
Custom House Plaza Block 6
Int'l Financial Services Centre
Dublin 1
Ireland*

*Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D*

*Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070*

CONFIDENTIAL                                                        ANWAR-CFSE-00218825

1250 - 53036·

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Fax: +31 20 5722 476

**SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF
FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME.
IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a
fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund.  By
executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form
subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each
and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date
hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the
person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has
been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire
Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional
capital.   New Subscription Information:**

Subscriber:                          **CITCO GLOBAL CUSTODY** N.V. CASH
Contribution Date:                      29  MAR 2006· , 200_
Additional Contribution Amount:    U.S.   $    138  SHARES

Changes to Subscription Agreement: [✓] None
                                   [  ] Yes, as follows: (A new complete subscription agreement may be required)
                                   _____

IN  WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 17 day of MARCH,
2006.

**Corporate, Partnership, Trust or Account** Subscribers          **Individual Subscribers**
CITCO GLOBAL CUSTODY N.V. CASH

Name of Entity (Print)                                  Name (Print)

CITCO BANK NEDERLAND N.V.                                _____
        Signature                                       Signature

                                                        Name of Joint Purchaser, If Any (Print)

**Citco Global Custody N.V. Cash**                        Signature
Telestone 8 -Teleport
Naritaweg 165                                           Telephone: _____
1043BW Amsterdam
The Netherlands                                         Fax: _____

**Mailing Address ;**
Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland
Main Fax: +353-21- 4910300
Main Number: +353-21-4324700

CONFIDENTIAL

ANWAR-CFSE-00218826

SUBSCRIPTION ACCEPTED AS OF _____, 200_

FAIRFIELD SENTRY LTD.

By: _____
  Name: _____
  Title: _____

320478.1

B-5

CONFIDENTIAL

ANWAR-CFSE-00218827



**C I T C O**

*Citco Bank Nederland N.V.*



**FAXED ON 17/03/06**
Original Document
**DO NOT DUPLICATE**

| | |
|---|---|
| DATE | 17-MAR-2006 |
| COMPANY | FAIRFIELD GROUP (2773) |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722610 |
| FROM | FRONT OFFICE TRADING DESK |
| REFERENCE | 190052-1250-S003036 |

PAGES    1

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to          **buy/subscribe:**

Number of shares:          **138**          (In words see below)

One hundred and thirty eight SHARES

in: **FAIRFIELD SENTRY LTD**

ISIN #: VGG3299L1004

We expect **net asset value date 03-APR-2006** and will pay US DOLLARS for **value 29-MAR-2006**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # **00002156** in the name of:

**CITCO GLOBAL CUSTODY NV - CASH**

REGISTERED ADDRESS
TELESTONE 8 - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
NETHERLANDS

MAILING ADDRESS
C/O CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK  IRELAND

**Please confirm subscription details to (353 21) 4910331 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to
tradeconfirm@citco.com. Please quote reference number 190052-1250-S003036**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office
Custom House Plaza Block 6
Int'l Financial Services Centre
Dublin 1
Ireland*

*Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D*

*Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070*

CONFIDENTIAL

ANWAR-CFSE-00218828

**FAIRFIELD SENTRY LTD.**
c/o Citco Fund Services (Europe) B.V
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
**Fax: +31 20 5722 476**

1250 - 53036

**SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF
FAIRFIELD SENTRY LTD. PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME.
IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Ltd. ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:**

Subscriber:                      **CITCO GLOBAL CUSTODY N.V.** *CASH*
Contribution Date:                        29 03 06          , 200_
Additional Contribution Amount:    U.S.  $          138  SHARES .

Changes to Subscription Agreement:  [ ] None
                                    [ ] Yes, as follows: (A new complete subscription agreement may be required)

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 17 day of MARCH 2006.

Corporate, Partnership, Trust or Account Subscribers        **Individual Subscribers**
CITCO GLOBAL CUSTODY N.V. CASH

Name of Entity (Print)                          Name (Print)
CITCO BANK NEDERLAND N.V.
            Signature                           Signature

                                                Name of Joint Purchaser, If Any (Print)

**Citco Global Custody N.V. Cash**                Signature
Telestone 8 -Teleport
Naritaweg 165                                   Telephone:
1043BW Amsterdam
The Netherlands                                 Fax:

**Mailing Address ;**
Citco Data Processing Services Ltd.
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland
Main Fax: +353-21- 4910300
Main Number: +353-21-4324700

CONFIDENTIAL                                ANWAR-CFSE-00218829

SUBSCRIPTION ACCEPTED AS OF _____, 200_

FAIRFIELD SENTRY LTD.

By:     _____
        Name: _____
        Title: _____

320478.1

B-5

ANWAR-CFSE-00218830