PILLSBURY WINTHROP SHAW PITTMAN LLP
Eric Fishman
Andrew Troop
Rahman Connelly
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
eric.fishman@pillsburylaw.com
andrew.troop@pillsburylaw.com
rahman.connelly@pillsburylaw.com

*Counsel to Falcon Private Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG),<br><br>    Defendant. | Adv. Pro. No. 11-02923 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, the Reply Memorandum of Law in Further Support of Falcon Private Bank's Motion to Dismiss the Complaint were served on all counsel of record in the above-referenced adversary proceedings by filing via ECF.

Dated: November 14, 2022
New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Andrew Troop
    Eric Fishman
    Andrew Troop
    Rahman Connelly
    31 West 52nd Street
    New York, NY 10019
    (212) 858-1000 (phone)
    (212) 858-1500 (fax)
    eric.fishman@pillsburylaw.com
    andrew.troop@pillsburylaw.com
    rahman.connelly@pillsburylaw.com

*Counsel to Falcon Private Bank*