UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>v.<br><br>KOREA EXCHANGE BANK, et al.,<br><br>          Defendant. | Adv. Pro. No. 11-02572 (CGM) |

**CERTIFICATE OF SERVICE**

I certify that, on November 14, 2022, I filed the Answer and Defenses of Defendant Korea Exchange Bank to the plaintiff's First Amended Complaint and served it on all counsel of record through the ECF system under Case Numbers 11-02572 and 08-01789.

/s/ Richard A. Cirillo
_____
Richard A. Cirillo