UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON | Adv. Pro. No. 10-04285 (CGM) |

| |
|---|
| DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA SICAV, and GROUPEMENT FINANCIER LTD., |
| Defendants. |

## FOURTH STIPULATION AND ORDER

Irving H. Picard, as trustee (the "**Trustee**") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, and defendant Pierre Delandmeter ("Delandmeter," and together with the Trustee, the "**Parties**"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 20, 2022, this Court entered a scheduling Stipulation and Order (ECF No. 272);

**WHEREAS**, on February 28, 2022, the Trustee filed a Second Amended Complaint (ECF No. 274);

**WHEREAS**, on April 22, 2022, Delandmeter filed a Motion to Dismiss the Second Amended Complaint (ECF No. 281) and noticed a hearing on the Motion for September 14, 2022 (ECF No. 279);

**WHEREAS**, on June 17, 2022 the Trustee filed a consolidated Opposition to Delandmeter's Motion to Dismiss (ECF No. 307);

**WHEREAS**, on July 25, 2022, this Court entered a So Ordered Stipulation adjourning the date by which Delandmeter must file his reply brief to September 30, 2022 and the hearing date for his Motion to Dismiss to October 19, 2022 (ECF No. 310); and

2

**WHEREAS**, on September 13, 2022, this Court entered a So Ordered Stipulation adjourning the date by which Delandmeter must file his reply brief to October 28, 2022 and the hearing date for his Motion to Dismiss to November 16, 2022 (ECF No. 320).

**WHEREAS**, on October 14, 2022, this Court entered a So Ordered Stipulation adjourning the date by which Delandmeter must file his reply brief to November 30, 2022 and the hearing date for his Motion to Dismiss to December 14, 2022 (ECF No. 327).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel that:

1. The date by which Delandmeter's reply brief must be filed is adjourned to January 6, 2023.

2. The hearing on Delandmeter's Motion to Dismiss is adjourned from December 14, 2022 to January 18, 2023.

3. This Stipulation may be signed by respective counsel for the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*Signatures on following page*]

Dated: November 11, 2022
      New York, New York

| | |
|---|---|
| */s/ Oren J. Warshavsky* | */s/ Scott M. Berman* |
| **BAKER & HOSTETLER LLP** | **FRIEDMAN, KAPLAN, SEILER & ADELMAN LLP** |
| 45 Rockefeller Plaza | 7 Times Square |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 833-1120 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 373-7920 |
| Oren J. Warshavsky | Scott M. Berman |
| Email: owarshavsky@bakerlaw.com | Email: sberman@fklaw.com |
| Geoffrey A. North | |
| Email: gnorth@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Pierre Delandmeter* |

**SO ORDERED.**



**Dated: November 14, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**