**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 16, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05421; Picard v. Frank J. Avellino,** *et al.*

    A. Notice of Adjournment of Pre-Trial Conference filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on

    11/16/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Filed: 10/12/2022) [ECF No. 287]

**Status**:     This matter is going forward.

## CONTESTED MATTERS

1. **10-05354; Picard v. ABN AMRO Bank, N.V.**

   A.     Memorandum of Law in Support of Natwest Market N.V.'s Motion to Dismiss filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 5/23/2022) [ECF No. 224]

   **Opposition Due**:     July 22, 2022

   **Opposition Filed**:

   B.     Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 226]

   **Replies Due**:     August 22, 2022

   **Replies Filed**:

   C.     Reply in Further Support of Natwest Markets N.V.'s Motion to Dismiss filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 8/23/2022) [ECF No. 230]

   **Related Documents**:

   D.     Stipulation and Order signed on 1/19/2022. (DuBois, Linda) (Entered: 01/19/2022) [ECF No. 217]
   E.     Amended Stipulation and Order signed on 3/2/2022 (DuBois, Linda) (Entered: 03/02/2022) [ECF 219]

   F.     Notice of Motion to Dismiss the Consolidated Second Amended Complaint filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 5/23/2022) [ECF No. 223]

   G.     Stipulation and Order to Adjourn Hearing signed on 8/4/2022. (DuBois, Linda) (Entered: 08/04/2022) [ECF No. 228]

   **Status**:     This matter is going forward.

2. **11-02922; Picard v. Bank Julius Baer & Co. Ltd.**

   A. Memorandum of Law in Support of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/7/2022) [ECF No. 115]

   B. Declaration of Eric B. Halper in Support of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/7/2022) [ECF No. 116]

   **Opposition Due**:     September 12, 2022

   **Opposition Filed**:

   C. Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/12/2022) [ECF No. 119]

   **Replies Due**:     October 12, 2022

   **Replies Filed**:

   D. Reply Memorandum of Law in Further Support of Motion to Dismiss the Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 10/12/2022) [ECF No. 122]

   **Related Documents**:

   E. Stipulation and order signed on 4/18/2022. (Kinchen, Gwen) (Entered: 04/18/2022) [ECF No. 112]

   F. Amended Stipulation and Order signed on 6/10/2022 (DuBois, Linda) (Entered: 06/10/2022) [ECF No. 113]

   G. Notice of Hearing on of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/8/2022) [ECF No. 117]

   H. Letter to Judge Morris Regarding November 16, 2022 Oral Argument filed by Keith R. Murphy on behalf of Irving H. Picard (Filed: 11/11/2022) [ECF No. 123]

**Status**:   This matter is going forward.

Dated: November 14, 2022
      New York, New York

Respectfully submitted,

/s/ Nicholas J. Cremona
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*