**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 12-01048 (CGM) |
| Plaintiff, | |
| v. | |
| BANCO GENERAL, S.A., and BG VALORES, S.A., f/k/a WALL STREET SECURITIES, S.A., | |
| Defendants. | |

**DECLARATION OF JOSHUA E. ABRAHAM, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Joshua E. Abraham, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am duly licensed and admitted to practice law in the State of New York, and I am a counsel with the law firm Butzel Long P.C., attorneys for Defendants Banco General, S.A. and BG Valores, S.A. f/k/a Wall Street Securities, S.A. I respectfully submit this declaration in support of the Defendants' Motion to Dismiss the Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Fairfield Amended Complaint,[1] *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. July 20, 2010), ECF No. 23 (without exhibits).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Fairfield Settlement Agreement, *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. May 9, 2011), ECF No. 69-2. The Fairfield Settlement Agreement was approved by this Court. *See* Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. June 7, 2011), ECF No. 92.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Fairfield Second Amended Complaint, *Picard v. Fairfield Sentry Ltd., et al.*, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF No. 286 (with Exhibits 5, 6, 8, 10, 12, 13, 14, and 21).

5. Attached hereto as **Exhibit D** is a true and correct copy of the First Amended Complaint in *Fairfield Sentry Ltd. v. Citco Global Custody NV*, No. 19-1122 (Bankr. S.D.N.Y. Nov. 26, 2019), ECF No. 19.

---

[1] Capitalized terms not defined herein shall have the same meaning as ascribed in the motion to dismiss the Complaint.

Dated:  New York, New York
        November 7, 2022

By:  */s/ Joshua E. Abraham*
     BUTZEL LONG, P.C.
     Joshua E. Abraham
     477 Madison Avenue, Suite 1230
     New York, New York 10022
     Telephone: (212) 347-5370
     abraham@butzel.com

*Attorneys for Defendants Banco General, S.A., and BG Valores, S.A., f/k/a Wall Street Securities, S.A.*