Joshua E. Abraham
BUTZEL LONG P.C.
477 Madison Avenue, Suite 1230
New York, NY 10022
(212) 374-5370
abraham@butzel.com

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>BANCO GENERAL, S.A., and BG VALORES, S.A., f/k/a WALL STREET SECURITIES,<br><br>    Defendants. | Adv. Pro. No. 12-01048 (CGM) |

**NOTICE OF HEARING ON MOTION TO DISMISS**

PLEASE TAKE NOTICE that a hearing on the motion to dismiss filed by Defendants Banco General, S.A. and BG Valores, S.A., f/k/a Wall Street Securities, S.A. in connection with the above-captioned adversary proceeding will take place at 10:00 a.m. Eastern Time on March 15, 2023, before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
November 7, 2022

    Respectfully submitted,

    /s/ *Joshua E. Abraham*

    Joshua E. Abraham
    BUTZEL LONG P.C.
    477 Madison Avenue, Suite 1230
    New York, NY 10022
    (212) 374-5370
    abraham@butzel.com

    *Attorneys for Defendants Banco General, S.A. and BG Valores, S.A., f/k/a Wall Street Securities, S.A.*