QUINN EMANUEL URQUHART & SULLIVAN, LLP
Marc L. Greenwald
Eric M. Kay
Daniel M. Kelly
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000

*Attorneys for Defendant Abu Dhabi Investment Authority*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | S.D.N.Y. Case No. _____ <br><br> Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> Abu Dhabi Investment Authority, <br><br> Defendant. | Adv. Pro. No. 11-02493 (CGM) <br><br><br> **NOTICE OF APPEAL** |

## NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   Abu Dhabi Investment Authority

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☒ Defendant | ☐ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
|  | ☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order denying Abu Dhabi Investment Authority's Motion to Dismiss the Complaint on the basis of Abu Dhabi Investment Authority's immunity under the Foreign Sovereign Immunities Act. The Order (Dkt. 130) is attached as **Exhibit A**, and the Memorandum Decision (Dkt. 126) is attached as **Exhibit B.**

2. State the date on which the judgment, order, or decree was entered: 11/3/2022

2

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed form and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Plaintiff-Appellee IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff

   Attorneys: David J. Sheehan
   Keith R. Murphy
   Eric B. Hiatt
   Anat Maytal
   Alexa D'Angelo
   **BAKER HOSTETLER LLP**
   45 Rockefeller Plaza
   New York, New York 10111
   Tel:   (212) 589-4200
   Fax:   (212) 589-4201
   dsheehan@bakerlaw.com
   kmurphy@bakerlaw.com
   ehiatt@bakerlaw.com
   amaytal@bakerlaw.com
   adangelo@bakerlaw.com

2. Party: Defendant-Appellant Abu Dhabi Investment Authority

   Attorneys: Marc L. Greenwald
   Eric M. Kay
   Daniel M. Kelly
   **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   51 Madison Avenue, 22nd Floor
   New York, New York 10010-1601
   (212) 849 7000
   marcgreenwald@quinnemanuel.com
   erickay@quinnemanuel.com
   danielkelly@quinnemanuel.com

Official Form 417A – Notice of Appeal and Statement of Election
03977-62150/13733191.1

**Part 4: Optional election to have appeal heard by district court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[Not applicable—No Bankruptcy Appellate Panel in this District.]

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ Marc L. Greenwald*                     Dated: _11/16/2022_____
Signature of attorney for appellant


Name, address, and telephone number of attorney:

Marc L. Greenwald
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000
danielkelly@quinnemanuel.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers**: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]