# EXHIBIT 15

MADTSS00735077

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

191797 CANADA INC
C/O JUDY PENCER
Redacted

PERIOD ENDING: 11/30/08
PAGE: 1   A

YOUR ACCOUNT NUMBER: 1-FR028-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 481,428.00 |
| 11/12 | | 203 | 42822 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 320,537.00 |
| 11/12 | 203 | | 47148 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 361,543.00 | |
| 11/19 | | 203 | 33252 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 527,597.00 |
| 11/19 | 203 | | 37577 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 609,203.00 | |
| 11/19 | 203 | | 41902 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 61,103.00 | |
| 11/19 | | 203 | 46227 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 750,897.00 |
| 11/28 | 20 | | 78580 | S & P 100 INDEX DECEMBER 430 CALL | 17.100 | 34,220.00 | |
| 11/28 | | 20 | 78585 | S & P 100 INDEX DECEMBER 420 PUT | 29.300 | | 58,530.00 |
| | | | | NEW BALANCE | | | 1,072,970.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 183 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 183 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES  LONG         SHORT  301,950.00   426,390.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00735078

```
                                                                                               Affiliated with
                                                                                    Madoff Securities International Limited
        BERNARD L. MADOFF              885 Third Avenue                                          12 Berkeley Street
 MADF   INVESTMENT SECURITIES LLC      New York, NY 10022                                      Mayfair, London W1J 8DT
                                       (212) 230-2424                                             Tel 020 7493 6222
        New York □ London              800 334-1343
                                       Fax (212) 838-4061
```

MADTSS00735079

```
   151797 CANADA INC
   C/O JUDY PENCER                                          PERIOD ENDING        PAGE
   Redacted                                                  11/30/08              1      A
     Redacted
       Redacted                                      YOUR ACCOUNT NUMBER    YOUR TAX PAYER IDENTIFICATION NUMBER
                                                        1-FR028-4-0
```

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 481,428.00 |
| 11/12 |  | 203 | 42822 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 |  | 320,537.00 |
| 11/12 | 203 |  | 47148 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 361,543.00 |  |
| 11/19 |  | 203 | 33252 | S & P 100 INDEX DECEMBER 430 CALL | 26 |  | 527,597.00 |
| 11/19 | 203 |  | 37577 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 609,203.00 |  |
| 11/19 | 203 |  | 41902 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 61,103.00 |  |
| 11/19 |  | 203 | 46227 | S & P 100 INDEX NOVEMBER 450 PUT | 37 |  | 750,897.00 |
| 11/28 | 20 |  | 78580 | S & P 100 INDEX DECEMBER 430 CALL | 17.100 | 34,220.00 |  |
| 11/28 |  | 20 | 78585 | S & P 100 INDEX DECEMBER 420 PUT | 29.300 |  | 58,580.00 |
|  |  |  |  | NEW BALANCE |  |  | 1,072,970.00 |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |  |
|  |  | 183 |  | S & P 100 INDEX DECEMBER 430 CALL | 23.300 |  |  |
|  | 183 |  |  | S & P 100 INDEX DECEMBER 420 PUT | 16.500 |  |  |

```
                        MARKET VALUE OF SECURITIES
                              LONG              SHORT
                            301,950.00        426,390.00-
```

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.