# EXHIBIT 18



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

## VERIFICATION OF ADDRESS CHANGE

Date: March 7, 2005          Account #:          1FR028

| 151797 CANADA INC<br>C/O JUDY PENCER<br>Redacted<br>Redacted | 151797 CANADA INC<br>C/O JUDY PENCER<br>Redacted<br>Redacted<br>Redacted |
|---|---|

**Old Address**                    **New Address**

We have recently received a request for a change in your mailing address. For your protection we ask that you confirm your new mailing address by signing and returning this form. To insure that future mailings, account statements, checks, etc. are forwarded to the correct address you _must_ return this form immediately. The change requested is noted above.

Client
Signature _____          Joint
Signature _____          Date _____
                                              (All joint tenants must sign)          mm/dd/yyyy

**IMPORTANT:** If the new address is _not_ correct, please contact us immediately at
**(800) 334-1343**

AMF00073841