# EXHIBIT 19

Fax Transmittal Memo  7672

To  *AH.  EAin-*
From  *SAm. Renter*   *Dec 4/98*  *3:30 P.m*

Company  *Beanons  L/  Madff*
Company

Location
Location                          Dept. Charge

Fax #  *212-838-4067*
Fax #                    Telephone #

Comments
Original Disposition:  ☐ Destroy   ☐ Return   ☐ Call for pickup

*Please  Dehinon  to  Eain*
*thank  you*  *(Hope I spelled her name?)*

### SAMUEL PENCER
Redacted

Friday, December 04, 1998

Bernard L. Madoff
Investment Securities
885 Third Avenue NY 10022
New York

Attention Erin  Fax Number (212)838-4061.

Dear, Erin

In regards to our telephone conversation this morning, Please send all statements buy and sell slips to my Florida Home. My account number with Bernard L. Madoff is 1-FRO28-3-0.
my address is.

Samuel Pencer
Redacted

My account number with Madoff is 1-FRO28-3-0.

Mr. Barry Rashkovan may call for information on some past statments this year, please release any information he may require.

Wishing you and yours a very Merry Christmas and a Healthy Happy New Year

Sincerely,

Sam Pencer

*Fra:*

AMF00073884

Post-it brand
Fax Transmittal Memo 7672 | No. of Pages ► 2 | Today's Date April 27/99 | Time 9:45 A.M.
To Erin | From SAM PENCER!
Co./Dept. Bernard L. Madoff | Company 151797 Canada. Inc.
Fax # 212-838-4061 | Fax # | Telephone # Redacted
Comments | Original Disposition: ☐ Destroy ☐ Return ☐ Call for pickup

Sam Pencer. 151797 Canada Inc.
Bernard Madoff April 27/99.

att:      Erin:

Dear Erin,

As I am returning to Toronto
from my Florida Residence Today,
Please forward all my Statements
along with other notices to:

151797 Canada Inc.
c/o Sam Pencer

# Redacted

( Redacted )

Thank You.

Sam Pencer.

AMF00073883

*Address to use:*

151797 CANADA INC.

# Redacted

June 4, 1999

Bernard L. Madoff.
Att: Erin Reardon.

Dear: Erin,

Re: 151797 CANADA Inc.

Please accept this letter as authorization to wire transfer three million U.S. dollars to my account with Royal Trust as per the following instructions:

Chase Manhattan Bank (ABA 021000021)
New York, New York
Cr. A/C Redacted 3277- Royal Trust Corp. of Cda.
Further Credit to RT Acct. # Redacted 50023
For: 151797 Canada Inc.
Attn: Wealth Management

If you require additional information please contact me directly at  Redacted  or contact Perry Mercer of TD Private Asset Management at 416-307-9212. Thank you for your assistance in this matter.

IFR 02830

Yours truly,
151797. Canada Inc.

Sam Pencer

Please have this transfer done
on Monday June 7/99. Thanks,
Tin Penn.



**Date:**      **Monday, November 15, 1999**

**To:**        **Bernard L. Madoff**
               **(Attention Aaron)**
               **Fax: 212-838-4061**

**From:**      **151797 Canada Inc.**
               **Sam Pencer**
               **Phone:**    Redacted
               **Fax:**      **Toronto**    Redacted
                             **Florida**    Redacted

**Pages:**     _____

**Subject: As I am leaving for Florid today please send all
mail statements to**
 **Samuel Pencer**
        Redacted

**Thank you**

**Sam Pencer**

AMF00073876

**Fax Transmittal Memo** 7672

| To | | | |
|---|---|---|---|
| AARON | | Today's Date | |
| Company BERNARD L. MADOF | From | SAM | Apr: 11 / 00  Time |
| Location | Company 151797 | | |
| Fax # 212 - 838 - 4061 Telephone # | Location | | CANADA Inc  Dept. Charge |
| Comments | Fax # | | Redacted |
| | Original Disposition  ☐ Destroy | ☐ Return | ☐ Call for pickup |

**Fax**

**Date:**     Sunday, April 09, 2000

**To:**       Bernard L. Madoff
              **Attention Aaron**
              Phone:
              Fax:

**From:**     151797 Canada Inc   (Sam Pencer)
              **Account # 1-Fr028-3-0**
              **Sam Pencer**
              Phone:   Redacted
              Fax:     Redacted

**Pages:**    _1_____

**Subject:**

As of Friday April 14 2000. Please send all mail and
statements to my Toronto Home.

**Samuel Pencer** Redacted
Redacted
Redacted

Thank You.
Regards to Frank.

Sam P.

AMF00073872

*Samuel S. Pencer*

# Redacted

Fax: 212-838-4061

October 23, 2000

Bernard L. Madoff
<u>Attention: Erin</u>

Dear Erin:

<u>Re:</u>    <u>151797 Canada Inc. Account #1-FR028-3-0</u>

Effective November 1, 2000, please mail all my investment statements as well as
trade slips and correspondence to my home address in Florida at Redacted
                    Redacted                    . I will be in Florida from November
until April 2001.

Yours truly,

Samuel Pencer

AMF00073870

# Facsimile Cover Sheet

**To:** Bernard Madoff
**Company:** Attention: Aaron
**Phone:**
**Fax:** 212-838-4061

**From:** Samuel Pencer
**Phone:** Redacted
**Fax:** Redacted

**Date:** April 15, 2001
**Pages including this cover page:**

As I am returning to Toronto, please send all mail statements to:

Samuel Pencer
Redacted   1FR028-30

Thank you.

Sam Pencer

AMF00073868

*Samuel S. Pencer*
Redacted

Fax: 212-838-4061

October 23, 2001

Bernard L. Madoff
Attention: Erin

Dear Erin:

Re:    151797 Canada Inc. Account #1-FR028-3-0

Effective November 1, 2001, please mail all my investment statements as well as
trade slips and correspondence to my home address in Florida at Redacted
Redacted                                  . I will be in Florida from November

until April 2002.

Yours truly,

Samuel Pencer

AMF00073866

**Fax Transmittal Memo** 7672

| To | Bernard L. Madoff | From | Sam Pencer |
|---|---|---|---|
| Company | attention Aaron | Company | 151797 Canada Inc, |
| Location | | Location | |
| Fax # | 212 838-4061 | Fax # | Redacted |
| Comments | | Original Disposition | ☐ Destroy   ☐ Return   ☐ Call for pickup |

*FAX.*

13/04/02

Bernard L. Madoff
Attention Aaron.

From 151797 Canada Inc
Account # 1-FR028-3-0

Dear Aaron,

As of Monday April 15 2002. Please send all mail and statements to my Toronto home.

Samuel Pencer
Redacted

Thank You
Regards.

Sincerely
Sam Pencer

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

ATTN: FR032
JUDY PENCER -

AMF00073863

## Stein, Jacobs, Krolik

**Comptables Agrees - Chartered Accountants**
Societe en Nom Collectif - General Partnership

100 Alexis Nihon Blvd.,
Suite 290
St. Laurent, Quebec, Canada
H4M 2N7

**FAX TRANSMITTAL**

**# Pages**
Including this one (Including all others)

1

Fax: (514) 744-0737
Tel: (514) 747-7571

| | |
|---|---|
| **TO:**<br>**A:** | Aaron |
| **COMPANY:**<br>**COMPAGNIE** | BERNARD L. MADOFF     (212) 486-8178 |
| **FROM:**<br>**DE:** | JUDY PENCER |

Dear Aaron,

Hope things are well.

Can you please proceed with the following transaction when we are out of the market

Transfer $2,000,000 from 151797 Canada Inc. (Account #1-F R028 3-0)
to the TD Bank as per attached instructions.

PLEASE CONFIRM RECEIPT OF FAX AND THAT ARRANGEMENTS
WILL BE MADE.

Thank you in advance,

Judy Pencer

Confidentiality Note

The information contained in this facsimile message may be legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication may be subject to legal restriction or sanction. If you have received this communication in error, please immediately notify us by telephone, to arrange for the return of this information. Thank you.

9.8 MIL                    S - 10/6

Fax sent by : 5147448737      STEIN JACOBS KROLIK      10-28-08 09:48    Pg : 2/3
fax sent by : 5147448737      STEIN JACOBS KROLIK      10-24-08 10:44    Pg : 2/2
08-01789-cgm   Doc 22593-19   Filed 11/18/22   Entered 11/18/22 17:02:01   Ex. 19
Pg 12 of 14

## Stein, Jacobs, Krolik
Comptables Agrees - Chartered Accountants
Societe en Nom Collectif - General Partnership

100 Alexis Nihon Blvd.,
Suite 290
St. Laurent, Quebec, Canada
H4M 2N7

## FAX TRANSMITTAL

# Pages
Including this one (incluant celle-ci)

| 1 |

Fax: (514) 744-0737
Tel: (514) 747-7571

TO:
A:        **ERIN REARDON**

COMPANY:
COMPAGNIE      **BERNARD L. MADOFF**

FROM:
DE:        **BARRY RASHKOVAN/JUDY PENCER**

Dear ERIN,

HOPE YOU ARE WELL.

CAN YOU PLEASE PROCEDD WITH THE FOLLOWING INSTRUCTIONS:

Please wire $1,000,000 from account #1-FR028-3-0(151797 Canada Inc.)
to the wire account you set up at the TD Canada Trust.

PLEASE CONFIRM RECEIPT OF FAX AND THAT ARRANGEMENTS
WILL BE MADE.

THANK YOU IN ADVANCE,

Judy Pencer

Confidentiality Note

The information contained in this facsimile message may be legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication may be subject to legal restriction or sanction. If you have received this communication in error, please immediately notify us by telephone, to arrange for the return of the information. Thank you.

Fax sent by : 5147448737    STEIN JACOBS KROLIK    10-27-08 15:49    Pg 1/1
Fax sent by : 5147448737    STEIN JACOBS KROLIK    10-24-08 10:44    Pg: 2/2

## Stein, Jacobs, Krolik

Comptables Agrees - Chartered Accountants
Societe en Nom Collectif - General Partnership

100 Alexis Nihon Blvd.,
Suite 290
St. Laurent, Quebec, Canada
H4M 2N7

## FAX TRANSMITTAL

# Pages
Including this one (Incluant celle-ci)

**1**

Fax: (514) 744-0737
Tel: (514) 747-7671

| TO: A: | ERIN REARDON |
|---|---|
| COMPANY: COMPAGNIE | BERNARD L. MADOFF |
| FROM: DE: | 514-867-7571 BARRY RASHKOVAN/JUDY PENCER |

Dear ERIN,

HOPE YOU ARE WELL.

CAN YOU PLEASE PROCEDD WITH THE FOLLOWING INSTRUCTIONS:

Please wire $1,000,000 from account #1-FR028-3-0(151797 Canada Inc.)
to the wire account you set up at the TD Canada Trust.

PLEASE CONFIRM RECEIPT OF FAX AND THAT ARRANGEMENTS
WILL BE MADE.

THANK YOU IN ADVANCE,

Judy Pencer

Confidentiality Note

The information contained in this facsimile message may be legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication may be subject to legal restriction or sanction. If you have received this communication in error, please immediately notify us by telephone, to arrange for the return of the information. Thank you.

AMF00073826

# Stein, Jacobs, Krolik

Comptables Agrees - Chartered Accountants
Societe en Nom Collectif - General Partnership

100 Alexis Nihon Blvd.,
Suite 290
St. Laurent, Quebec, Canada
H4M 2N7

## FAX TRANSMITTAL

\# Pages

Including this one (Incluant celle-ci)

| 1 |

Fax: (514) 744-0737
Tel: (514) 747-7571

| TO:<br>A: | ERIN REARDON |
| COMPANY:<br>COMPAGNIE | BERNARD L. MADOFF |
| FROM:<br>DE: | BARRY RASHKOVAN\JUDY PENCER |

Dear ERIN,

HOPE YOU ARE WELL.

CAN YOU PLEASE PROCEDD WITH THE FOLLOWING INSTRUCTIONS:

Please wire $1,000,000 from account #1-FR028-3-0(151797 Canada Inc.)
to the wire account you set up at the TD Canada Trust.

PLEASE CONFIRM RECEIPT OF FAX AND THAT ARRANGEMENTS
WILL BE MADE.

THANK YOU IN ADVANCE,

Judy Pencer

Confidentiality Note
The information contained in this facsimile message may be legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication may be subject to legal restriction or sanction. If you have received this communication in error, please immediately notify us by telephone, to arrange for the return of the information. Thank you.

11\28

AMF00073824