# EXHIBIT 7

**List of All Cash Transactions in the Canada Inc. Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | Bates Reference to BLMIS Customer File |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | |
| 257848 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 8/7/1997 | 3,600,000 | CA | CHECK WIRE | n/a | Yes[5] | AMF00073900 |
| 28073 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 6/7/1999 | (3,000,000) | CW | CHECK WIRE | **Yes** | **Yes** | AMF00073877 |
| 234081 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 10/6/2003 | (2,000,000) | CW | CHECK WIRE | **Yes** | **Yes** | AMF00073852 - 53 |
| 207270 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 7/18/2006 | (2,000,000) | CW | CHECK WIRE | **Yes** | **Yes** | AMF00073830 - 31 |
| 148164 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 10/29/2008 | (1,000,000) | CW | CHECK WIRE | **Yes** | **Yes** | AMF00073825 AMF00073826 |
| 275111 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 11/28/2008 | (1,000,000) | CW | CHECK WIRE | **Yes** | **Yes** | AMF00073824 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 10**.

[4] The *"n/a"* designation indicates where records could not be located and/or are otherwise unavailable.

[5] The referenced document from the BLMIS customer file related to the Canada Inc. Account is a letter to BLMIS dated 8/5/1997 that states, "We await your approval for the payment of an additional $3,500,000 U.S. by '151797'." I have reconciled this document to the $3,600,000 cash deposit transaction dated 8/7/1997 reflected on the customer statements for the Canada Inc. Account.