# EXHIBIT 8

## Stein, Jacobs, Krolik
Comptables Agrees - Chartered Accountants
Societe en Nom Collectif - General Partnership

100 Alexis Nihon Blvd.,
Suite 290
St. Laurent, Quebec, Canada
H4M 2N7

**FAX TRANSMITTAL**

# Pages
Including this one (Incluant celle-ci)

1

Fax: (514) 744-0737
Tel: (514) 747-7571

TO:
A: **ERIN REARDON**

COMPANY:
COMPAGNIE **BERNARD L. MADOFF**

FROM:
DE: **BARRY RASHKOVAN\JUDY PENCER**

Dear ERIN,

HOPE YOU ARE WELL.
CAN YOU PLEASE PROCEDD WITH THE FOLLOWING INSTRUCTIONS:

Please wire $1,000,000 from account #1-FR028-3-0 (151797 Canada Inc.) to the wire account you set up at the TD Canada Trust.

PLEASE CONFIRM RECEIPT OF FAX AND THAT ARRANGEMENTS WILL BE MADE.

THANK YOU IN ADVANCE,

Judy Pencer

**Confidentiality Note**
The information contained in this facsimile message may be legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication may be subject to legal restriction or sanction. If you have received this communication in error, please immediately notify us by telephone, to arrange for the return of the information. Thank you.

11/28

AMF00073824