# EXHIBIT 9

**EXHIBIT 9**

**Results of Receiving Bank Analysis - Canada Inc. Account** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---|
| TD Canada Trust | xx6852 | 151797 Canada Inc | 2,000,000 |

**Total Cash Withdrawals Traced from BLMIS** $ **2,000,000**

*% of Total Cash Withdrawals from the Canada Inc. Account in the Two Year Period* *100%*

**Total Cash Withdrawals from the Canada Inc. Account in the Two Year Period** $ **2,000,000** [2]

[1]  Further detail regarding my tracing analysis is set forth in **Exhibit 10**.

[2] Excludes tax withholding transactions in the Canada Inc. Account during the Two Year Period.