# EXHIBIT 10

**Reconciliation and Tracing Results - Canada Inc. Account**

| | | | | | | | | | | *BLMIS Bank Account Data* | | *Tracing Results - per BLMIS Bank Records* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | 703 ID[2] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder[3] |
| 257848 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 8/7/1997 | 3,600,000 | CA | CHECK WIRE | Deposit | Wire | *n/a - records unavailable* | *n/a - records unavailable* | | *n/a - deposit* | | |
| 28073 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 6/7/1999 | (3,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | 2232 | *n/a - prior to Two Year Period* | | |
| 234081 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 10/6/2003 | (2,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | 24601 | *n/a - prior to Two Year Period* | | |
| 207270 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 7/18/2006 | (2,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | 38649 | *n/a - prior to Two Year Period* | | |
| 148164 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 10/29/2008 | (1,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | 50361 | TD Canada Trust | xx6852 | 151797 Canada Inc |
| 275111 | 1FR028 | 151797 CANADA INC C/O JUDY PENCER | 11/28/2008 | (1,000,000) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | 50785 | TD Canada Trust | xx6852 | 151797 Canada Inc |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of our analysis of the activity in the 703 Account are set forth in an Excel spreadsheet titled "JPMC 703 Account Activity - December 1998 to December 2008", which is attached as **Exhibit 4**.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements.