# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06        1
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0    [Redacted]


                           BALANCE FORWARD                             507,780.46
12/01                      INTEL CORP                      DIV                          1,789.20
                           DIV 11/07/06 12/01/06
12/01                      WELLS FARGO & CO NEW            DIV                          2,892.96
                           DIV 11/03/06 12/01/06
12/05                      PFIZER INC                      DIV                          5,443.20
                           DIV 11/10/06 12/05/06
12/11                      CHEVRON CORP                    DIV                          3,538.08
                           DIV 11/17/06 12/11/06
12/11                      EXXON MOBIL CORP                DIV                          5,886.72
                           DIV 11/13/06 12/11/06
12/11                      INTERNATIONAL BUSINESS MACHS    DIV                          1,436.40
                           DIV 11/10/06 12/09/06
12/11                      UNITED TECHNOLOGIES CORP        DIV                            801.36
                           DIV 11/17/06 12/10/06
12/12                      JOHNSON & JOHNSON               DIV                          3,402.00
                           DIV 11/28/06 12/12/06
12/14                      HOME DEPOT INC                  DIV                          1,417.50
                           DIV 11/30/06 12/14/06
12/14                      MICROSOFT CORP                  DIV                          2,671.20
                           DIV 11/16/06 12/14/06
12/15                      AMERICAN INTL GROUP INC         DIV                          1,330.56
                           DIV 12/01/06 12/15/06
12/15                      COCA COLA CO                    DIV                          1,953.00
                           DIV 12/01/06 12/15/06

                           CONTINUED ON PAGE    2
```

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0    [Redacted]


12/15                             TIME WARNER INC                 DIV                      693.00
                                  DIV 11/30/06 12/15/06
12/15                             WACHOVIA CORP NEW               DIV                    3,386.88
                                  DIV 11/30/06 12/15/06
12/21          15,372    1842     CITI GROUP INC                54.580                 838,389.76
12/21           3,528    3842     SCHLUMBERGER LTD              67                     236,235.00
12/21           6,300    6092     COMCAST CORP                  43.140                 271,530.00
                                  CL A
12/21          12,096    8092     AT&T INC                      35.810                 432,674.76
12/21          19,152   10342     CISCO SYSTEMS INC             27.730                 530,318.96
12/21          12,600   12342     TIME WARNER INC               21.710                 273,042.00
12/21           6,804   14592     CHEVRON CORP                  75.110                 510,776.44
12/21           3,276   16592     UNITED PARCEL SVC INC         76.630                 250,908.88
                                  CLASS B
12/21          32,004   18842     GENERAL ELECTRIC CO           37.630               1,203,030.52
12/21           3,024   20806     UNITED TECHNOLOGIES CORP      62.410                 188,607.84
12/21           1,260   23092     GOLDMAN SACHS GROUP INC      201.700                 254,092.00
12/21           6,048   25024     WACHOVIA CORP NEW             57.430                 347,095.64
12/21           6,300   27342     HOME DEPOT INC                40.080                 252,252.00
12/21          10,332   29274     WELLS FARGO & CO NEW          35.750                 368,956.00
12/21           8,568   31592     HEWLETT PACKARD CO            40.020                 342,549.36
12/21           7,560   33524     WAL-MART STORES INC           46.640                 352,296.40
12/21           4,788   35842     INTERNATIONAL BUSINESS MACHS  95.800                 458,499.40
12/21          18,396   37774     EXXON MOBIL CORP              76.800               1,412,077.80
12/21          17,892   40092     INTEL CORP                    21.100                 376,806.20

                                  CONTINUED ON PAGE     3
```

```
[Redacted]
[Redacted]
[Redacted]                                                                      12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                                     1-H0024-3-0      [Redacted]



12/21                      9,072 44342   JOHNSON & JOHNSON           66.780                      605,466.16
12/21                     10,584 48591   J.P. MORGAN CHASE & CO      48.410                      511,948.44
12/21                      6,300 52841   COCA COLA CO                48.990                      308,385.00
12/21                      2,772 57091   MERRILL LYNCH & CO INC      91.960                      254,803.12
12/21                      6,552 61341   ALTRIA GROUP INC            85.910                      562,620.32
12/21                      6,804 65591   MERCK & CO                  44                          299,104.00
12/21                      3,276 69841   MORGAN STANLEY              80.620                      263,980.12
12/21                     26,712 74091   MICROSOFT CORP              30.110                      803,230.32
12/21                      4,788 80642   ABBOTT LABORATORIES         48.170                      230,446.96
12/21                      8,064 84881   AMERICAN INTL GROUP INC     72.790                      586,656.56
12/21                     12,600 86841   ORACLE CORPORATION          18.050                      226,926.00
12/21                      3,528 89131   AMGEN INC                   70.630                      249,041.64
12/21                      5,040 91091   PEPSICO INC                 63.210                      318,377.40
12/21                      3,780 93359   AMERICAN EXPRESS COMPANY    62.270                      235,229.60
12/21                     22,680 95341   PFIZER INC                  25.870                      585,824.60
12/21                     14,112 97591   BANK OF AMERICA             53.690                      757,109.28
12/21                      9,828 99591   PROCTER & GAMBLE CO         64.120                      629,778.36
12/21  16,250,000                42168   U S TREASURY BILL           99.063    16,097,737.50
                                         DUE 3/01/2007
                                              3/01/2007
12/21      15,617                46409   FIDELITY SPARTAN            1             15,617.00
                                         U S TREASURY MONEY MARKET
12/22                                    BANK OF AMERICA             DIV                           7,902.72
                                         DIV 12/01/06 12/22/06
12/29                                    FIDELITY SPARTAN            DIV                             110.86
                                         U S TREASURY MONEY MARKET
                                         DIV 12/29/06

                                         CONTINUED ON PAGE     4
```

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06            4
[Redacted]
[Redacted]
[Redacted]                                                    1-H0024-3-0      [Redacted]


12/29                                TRANS FROM 40 ACCT          JRNL              292,069.00

12/29    8,375,000         2281 U S TREASURY BILL                98.682     8,264,617.50
                                DUE 4/5/2007
                                           4/05/2007
12/29       10,001         6854 FIDELITY SPARTAN                  1             10,001.00
                                U S TREASURY MONEY MARKET
12/29                    41,231 83587 FIDELITY SPARTAN            1                          41,231.00
                                U S TREASURY MONEY MARKET
12/29              16,600,000 88904 U S TREASURY BILL            99.166                  16,461,556.00
                                DUE 3/01/2007
                                           3/01/2007
12/29    8,375,000        97809 U S TREASURY BILL                98.780     8,272,825.00
                                DUE 3/29/2007
                                           3/29/2007

                                NEW BALANCE                                                    .02

                                SECURITY POSITIONS           MKT PRICE
         10,001                 FIDELITY SPARTAN                  1
                                U S TREASURY MONEY MARKET
      8,375,000                 U S TREASURY BILL                98.780
                                DUE 3/29/2007
                                           3/29/2007
      8,375,000                 U S TREASURY BILL                98.682
                                DUE 4/5/2007
                                           4/05/2007

                                MARKET VALUE OF SECURITIES
                                      LONG              SHORT
                                16,547,443.50
```

```
[Redacted]
[Redacted]
[Redacted]                                                      12/31/06          5
[Redacted]
[Redacted]
[Redacted]                                         1-H0024-3-0     [Redacted]
```

YEAR-TO-DATE SUMMARY

```
DIVIDENDS                                                               285,425.85
GROSS PROCEEDS FROM SALES                                           141,072,172.20
```

MDPTPP03456821