# EXHIBIT 3

### Convertible Arbitrage IA Business Volume Analysis
### Monthly Time Period[1]

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 8/17/1979 | RESERVE OIL & GAS CO PFD CONV $1.75 | 20,000 | 30,300 | Does Not Exceed |
| 9/17/1979 | MCI COMMUNICATIONS CORP PFD CONV $2.64 | 12,800 | 17,500 | Does Not Exceed |
| 9/24/1979 | AETNA LIFE & CAS CO PFD CONV $2 | 27,564 | No Trades | No Trades |
| 9/24/1979 | COOPER INDS INC PFD SER B CONV $2 50 | 1,412 | No Trades | No Trades |
| 9/24/1979 | MCI COMMUNICATIONS CORP PFD CONV $2.64 | 6,456 | 13,700 | Does Not Exceed |
| 9/25/1979 | BELCO PET CORP SUB DEB CONV 4.750 10/01/1988 | 1,694,000 | 10,000 | 169.4x |
| 9/25/1979 | TENNECO CORP SUB DEB 6 250 10/01/1992 | 1,053,000 | 1,000 | 1,053.0x |
| 9/25/1979 | WHITE CONS INDS INC SUB DEB CONV 5.500 10/01/1992 | 2,083,000 | 114,000 | 18.3x |
| 9/26/1979 | LITTON INDS INC PART PREF CONV | 847 | 1,700 | Does Not Exceed |
| 9/27/1979 | LITTON INDS INC PART PREF CONV | 49,797 | No Trades | No Trades |
| 10/1/1979 | BENDIX CORP PFD SER A CONV $3 | 19,484 | No Trades | No Trades |
| 10/1/1979 | GENERAL HOST CORP SUB DEB CONV 11.000 6/15/1988 | 528,000 | 5,000 | 105.6x |
| 10/1/1979 | WALTER JIM CORP 4TH PFD CONV $1.60 | 23,158 | 200 | 115.8x |
| 10/2/1979 | ETHYL CORP 2ND PFD SER A CONV $2.40 | 11,160 | 200 | 55.8x |
| 10/2/1979 | LUCKY STORES INC SUB DEB CONV 6.750 7/15/2000 | 2,518,000 | 3,000 | 839.3x |
| 10/2/1979 | SANTA FE INDS INC SUB DEB CONV 6.250 8/01/1998 | 257,000 | 11,000 | 23.4x |
| 10/4/1979 | REYNOLDS R J INC PFD CONV $2.25 | 22,897 | 3,000 | 7.6x |
| 10/9/1979 | FOREMOST MCKESSON INC PFD SER A CONV $1.80 | 71,754 | No Trades | No Trades |
| 10/10/1979 | AMERICAN TEL & TELEG CO PFD CONV $4 | 41,815 | 2,800 | 14.9x |
| 10/10/1979 | INTERNATIONAL TEL & TELEG CORP PFD SER N CONV $2.25 | 82,253 | 200 | 411.3x |
| 10/10/1979 | TRAVELER'S CORP PFD CONV $2.00 | 63,154 | 100 | 631.5x |
| 10/10/1979 | WARNER COMMUNICATIONS INC PFD SER D CONV $1.25 | 19,899 | No Trades | No Trades |
| 10/11/1979 | AMERADA HESS CORP PFD CONV $3.50 | 7,807 | 4,400 | 1.8x |
| 10/16/1979 | TENNECO CO INC PREF CONV 5 50 | 10,195 | 300 | 34.0x |
| 10/17/1979 | ATLANTIC RICHFIELD CO PFD CONV $2.80 | 41,915 | 1,200 | 34.9x |
| 10/19/1979 | BUNKER RAMO CORP PFD CONV 1.50 | 25,000 | 500 | 50.0x |
| 10/19/1979 | CHARTER CO WT EXP 09/01/1988 | 16,000 | 52,000 | Does Not Exceed |
| 10/19/1979 | HOUSEHOLD FIN CORP PFD CONV $2.375 | 51,535 | 200 | 257.7x |
| 10/19/1979 | RELIANCE GROUP INC PFD SER B CONV $2.20 | 31,801 | 200 | 159.0x |
| 10/19/1979 | RIO GRANDE INDS INC PFD SER A CONV $0.80 | 37,000 | 2,500 | 14.8x |
| 10/19/1979 | TEXTRON INC PFD CONV $2.08 | 55,960 | 1,800 | 31.1x |
| 10/19/1979 | UAL INC PFD SER A CONV $0.40 | 121,868 | 100 | 1,218.7x |
| 10/22/1979 | AMERICAN BRANDS INC PFD CONV $1.70 | 54,384 | 600 | 90.6x |
| 10/22/1979 | INA CORP PFD SER C CONV $1.90 | 21,500 | 30,000 | Does Not Exceed |
| 10/22/1979 | MCI COMMUNICATIONS CORP PFD CONV $2.64 | 38,247 | 12,500 | 3.1x |
| 10/22/1979 | TIME INC PFD SER B CONV $1.5757 | 40,728 | 2,800 | 14.5x |
| 10/22/1979 | TRW INC PREF SER 1 CONV $4.40 | 5,948 | 300 | 19.8x |
| 10/23/1979 | CHAMPION INTL CORP PREF CONV $1 20 | 78,722 | 600 | 131.2x |
| 10/24/1979 | CITY INVESTING CO PREF SER B CONV $2.00 | 32,788 | 5,100 | 6.4x |
| 10/24/1979 | MCI COMMUNICATIONS CORP PFD CONV $2.64 | 7,475 | 12,800 | Does Not Exceed |
| 10/24/1979 | SUN INC PFD CONV $2.25 | 13,469 | 1,500 | 9.0x |
| 10/24/1979 | UNITED STATES GYPSUM CO PFD CONV $1.80 | 102,151 | 600 | 170.3x |
| 10/25/1979 | TEXAS GAS TRANSMISSION CORP PREF CONV $1.50 | 60,104 | No Trades | No Trades |
| 10/26/1979 | BENEFICIAL CORP PFD CONV $5.50 | 16,103 | No Trades | No Trades |
| 10/26/1979 | GULF & WESTIN INDS INC PFD SER C CONV $3.875 | 5,626 | 800 | 7.0x |
| 10/30/1979 | ATLANTIC RICHFIELD CO PREF CONV $3 | 8,785 | 200 | 43.9x |
| 10/30/1979 | RESERVE OIL & GAS CO PFD CONV $1.75 | 43,347 | 2,300 | 18.8x |
| 10/30/1979 | REYNOLDS METALS CO 2ND PFD CONV 4.50% | 31,317 | 100 | 313.2x |
| 10/30/1979 | WOOLWORTH F W CO PFD SER A CONV $2.20 | 63,202 | 300 | 210.7x |
| 11/1/1979 | JHIRMACK ENTERPRISES INC WT EXP 03/31/1982 | 80,205 | 2,500 | 32.1x |
| 11/6/1979 | COASTAL STS GAS CORP PFD SER B CONV $1.83 | 83,500 | 2,000 | 41.8x |
| 11/7/1979 | AVNET INC PFD SER C CONV 2.50 | 20,670 | No Trades | No Trades |
| 11/7/1979 | ENGELHARD MINERALS & CHEM CORP SUB DEB CONV 5.250 11/15/1997 | 448,000 | 10,000 | 44.8x |
| 11/7/1979 | TRW INC PREF SER 3 CONV $4.50 | 11,343 | No Trades | No Trades |
| 11/8/1979 | FLUOR CORP PFD SER B CONV $3 | 7,604 | No Trades | No Trades |
| 11/9/1979 | AVCO CORP PFD CONV $4.20 | 32,200 | 2,700 | 11.9x |
| 11/9/1979 | COLT INDS INC PFD SER A CONV $1.60 | 31,373 | No Trades | No Trades |
| 11/9/1979 | CONTINENTAL CORP PFD SER A CONV $2.50 | 12,018 | 100 | 120.2x |
| 11/9/1979 | DART IND INC PFD SER A CONV $2 | 41,190 | 500 | 82.4x |
| 11/13/1979 | AMERICAN GEN INS CO PFD CONV $0.90 | 65,326 | 100 | 653.3x |
| 11/14/1979 | BAXTER TRAVENOL LAB INC SUB DEB CONV 4.375 11/01/1991 | 1,635,000 | No Trades | No Trades |
| 11/14/1979 | GOULD INC PFD CONV $1.35 | 70,743 | No Trades | No Trades |
| 11/14/1979 | STORER BROADCASTING CO SUB DEB CONV 4.500 1/01/1986 | 1,930,000 | 2,000 | 965.0x |
| 11/16/1979 | CONOCO INC PFD CONV $2 | 6,307 | No Trades | No Trades |
| 11/19/1979 | DART IND INC PFD SER A CONV $2 | 4,359 | 900 | 4.8x |
| 11/19/1979 | LINCOLN NATL CORP IND PFD SER A CONV $3 | 28,951 | 200 | 144.8x |

Convertible Arbitrage IA Business Volume Analysis
Monthly Time Period[1]

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 11/19/1979 | PETROLEUM & RESOURCES PFD PFD CONV $1.75 | 71,749 | 470,000 | Does Not Exceed |
| 11/21/1979 | BELCO PET CORP SUB DEB CONV 4.750 10/01/1988 | 905,000 | 1,000 | 905.0x |
| 11/21/1979 | CITY INVESTING CO SUB DEB CONV 7.500 12/01/1990 | 425,000 | 10,000 | 42.5x |
| 11/21/1979 | PENZOIL CO SUB DEB CONV 5.250 3/01/1996 | 1,528,000 | 38,000 | 40.2x |
| 11/21/1979 | WILLIAMS COS PFD SER A CONV $0.80 | 30,252 | No Trades | No Trades |
| 11/23/1979 | HILTON HOTELS CORP SUB DEB CONV 5.500 1/01/1995 | 1,645,000 | No Trades | No Trades |
| 11/23/1979 | INTERNATIONAL TEL & TELEG CORP PFD SER H CONV $4 | 46,741 | No Trades | No Trades |
| 11/23/1979 | MONSANTO CO PFD CONV $2.75 | 3,971 | No Trades | No Trades |
| 11/11/1980 | LINCOLN NATL CORP IND PFD SER A CONV $3 | 2,304 | No Trades | No Trades |
| 1/5/1981 | FEDERAL PAPER BRD INC PFD CONV 1.20 | 4,736 | No Trades | No Trades |
| 1/22/1981 | JOHNSON CTLS INC PFD SER B CONV $2 | 7,824 | No Trades | No Trades |
| 2/2/1981 | ALLEGHANY LUDLUM INDS INC PFD CONV $3 | 88 | 600 | Does Not Exceed |
| 2/17/1981 | LEAR SIEGLER INC PFD CONV $2.25 | 286 | No Trades | No Trades |
| 2/18/1981 | DILLINGHAM CORP PFD CONV $2 | 1,660 | 300 | 5.5x |
| 2/20/1981 | AETNA LIFE & CAS CO PFD CONV $2 | 147 | No Trades | No Trades |
| 2/25/1981 | BRISTOL MYERS CO PFD CONV $2 | 14,111 | 2,200 | 6.4x |
| 2/25/1981 | FIRST EXECUTIVE CORP DEL 1ST SER PREF CONV $0.50 | 23,546 | 700 | 33.6x |
| 2/25/1981 | GATX CORP PFD CONV $2.50 | 8,021 | No Trades | No Trades |
| 2/25/1981 | HEINZ H J CO 3RD PFD CONV $1.70 | 16,057 | No Trades | No Trades |
| 2/25/1981 | INSTILCO CORP 2ND PFD SER A $1.25 | 82,577 | No Trades | No Trades |
| 2/26/1981 | ARMCO INC PFD CONV $2.10 | 61,667 | 1,300 | 47.4x |
| 2/26/1981 | LTV CORPORATION PART PREF CONV SER 1 | 101,772 | 2,500 | 40.7x |
| 2/26/1981 | PETROLEUM & RESOURCES PFD PFD CONV $1.75 | 71,412 | No Trades | No Trades |
| 2/26/1981 | TRW INC PREF SER 3 CONV $4.50 | 24,258 | No Trades | No Trades |
| 2/27/1981 | TRW INC PREF SER 1 CONV $4.40 | 18,879 | 1,300 | 14.5x |
| 2/27/1981 | WASHINGTON NATL CORP PFD CONV $2.50 | 59,388 | 300 | 198.0x |
| 3/2/1981 | AMERICAN BRANDS INC PFD CONV $2.67 | 46,852 | 200 | 234.3x |
| 3/2/1981 | GENERAL INSTR CORP PFD SER A CONV $3 | 47,144 | 100 | 471.4x |
| 3/3/1981 | BRUNSWICK CORP PFD SER A CONV $2.40 | 47,846 | 300 | 159.5x |
| 3/3/1981 | HOLIDAY INNS INC SER A CONV $1.70 | 9,999 | 800 | 12.5x |
| 3/3/1981 | LINCOLN NATL CORP IND PFD SER A CONV $3 | 15,573 | No Trades | No Trades |
| 3/3/1981 | TOWNER PETE CO WTS 01/23/1986 | 30,888 | 4,900 | 6.3x |
| 3/5/1981 | CITY INVESTING CO PREF SER B CONV $2.00 | 55,479 | 600 | 92.5x |
| 3/5/1981 | MCI COMMUNICATIONS CORP SR PFD CONV $1.80 | 68,718 | 31,800 | 2.2x |
| 3/5/1981 | TOMLINSON OIL INC WTS EXP 03/06/1982 | 59,608 | No Trades | No Trades |
| 3/9/1981 | GRACE W R & CO SUB DEB CONV 6.500 11/15/1996 | 622,000 | 5,000 | 124.4x |
| 3/9/1981 | INTERNATIONAL TEL & TELEG CORP PFD SER H CONV $4 | 61,799 | 200 | 309.0x |
| 3/9/1981 | JEWEL COS PFD SER A CV $2 31 | 35,675 | 100 | 356.8x |
| 3/10/1981 | COLT INDS INC PFD SER D CONV $4.25 | 19,995 | No Trades | No Trades |
| 3/11/1981 | ASHLAND OIL INC SUB DEB CONV 4.750 8/15/1993 | 199,000 | 15,000 | 13.3x |
| 3/11/1981 | ATLANTIC RICHFIELD CO PFD CONV $3 | 8,803 | 300 | 29.3x |
| 3/11/1981 | CROWN ZELLERBACH CORP PFD SER A CONV $4.625 | 17,087 | 24,200 | Does Not Exceed |
| 3/11/1981 | DILLINGHAM CORP SUB DEB CONV 9.750 4/01/1999 | 261,000 | 63,000 | 4.1x |
| 3/11/1981 | PATRICK PETE CO WTS EXP 04/09/1981 | 129,013 | 30,200 | 4.3x |
| 3/11/1981 | ROCKWELL INTL CORP PFD SER A CONV $4.75 | 6,429 | No Trades | No Trades |
| 3/13/1981 | COOPER INDS INC PFD CON $2.90 | 17,297 | 16,400 | 1.1x |
| 3/16/1981 | INA CORP PFD SER C CONV $1.90 | 103,758 | No Trades | No Trades |
| 3/16/1981 | RELIANCE GROUP INC PFD SER B CONV $2.20 | 19,347 | 100 | 193.5x |
| 3/17/1981 | CHAMPION INTL CORP PREF CONV $4.60 | 39,713 | 5,400 | 7.4x |
| 3/17/1981 | GEORGIA PAC CORPORATION PFD SER A CONV | 13,119 | 1,100 | 11.9x |
| 3/18/1981 | AIR FLA SYS INC PFD SER B CONV 2.40% | 31,490 | 11,100 | 2.8x |
| 3/18/1981 | CHAMPION INTL CORP PREF CONV $1 20 | 45,912 | No Trades | No Trades |
| 3/18/1981 | NEWMONT MNG CORP PFD SER A CONV $4.50 | 16,603 | No Trades | No Trades |
| 3/19/1981 | INTERCO INC PFD SER D CONV $7.75 | 7,174 | 2,000 | 3.6x |
| 3/20/1981 | FEDERAL PAPER BRD INC PFD CONV 1.20 | 69,612 | 9,900 | 7.0x |
| 3/23/1981 | OCCIDENTAL PETE CORP PFD CONV $4 | 15,835 | 100 | 158.4x |
| 3/23/1981 | OFFSHORE LOGISTICS INC CUM CONV PFD $2.4375 | 40,524 | 900 | 45.0x |
| 3/24/1981 | BRUNSWICK CORP PFD SER A CONV $2.40 | 36,190 | 800 | 45.2x |
| 3/24/1981 | MCI COMMUNICATIONS CORP SR PFD CONV $1.80 | 41,717 | 36,600 | 1.1x |
| 3/24/1981 | WESTERN UNION CORP 2ND PFD CONV 4.90% | 29,400 | 100 | 294.0x |
| 3/24/1981 | WHEELABRATOR FRYE INC PFD SER B CONV $2 | 41,086 | 300 | 137.0x |
| 3/25/1981 | MONSANTO CO PFD CONV $2.75 | 22,657 | No Trades | No Trades |
| 11/23/1981 | LTV CORPORATION PART PREF CONV SER 1 | 40,025 | No Trades | No Trades |
| 11/24/1981 | AMERADA HESS CORP PFD CONV $3.50 | 4,388 | No Trades | No Trades |
| 11/24/1981 | HEINZ H J CO 3RD PFD CONV $1.70 | 5,092 | No Trades | No Trades |
| 11/24/1981 | MONSANTO CO PFD CONV $2.75 | 1,301 | No Trades | No Trades |

Exhibit 3

### Convertible Arbitrage IA Business Volume Analysis
### Monthly Time Period[1]

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 11/27/1981 | WALTER JIM CORP 4TH PFD CONV $1.60 | 6,814 | No Trades | No Trades |
| 11/30/1981 | FMC CORP PFD CONV $2 25 | 12,284 | 1,800 | 6.8x |
| 11/30/1981 | TEXTRON INC PFD CONV $2.08 | 22,551 | 6,800 | 3.3x |
| 12/3/1981 | HOLIDAY INNS INC SUB DEB CONV 9.625 04/01/2005 | 161,000 | 6,000 | 26.8x |
| 12/7/1981 | RCA CORP 1ST PFD CONV $4 | 22,602 | 2,700 | 8.4x |
| 12/8/1981 | INTERNATIONAL TEL & TELEG CORP PFD SER H CONV $4 | 7,147 | No Trades | No Trades |
| 12/10/1981 | EATON CORP PFD CONV A $2.30 | 6,287 | No Trades | No Trades |
| 12/11/1981 | ARMCO INC PFD CONV $2.10 | 4,055 | 200 | 20.3x |
| 12/14/1981 | UNITED TECHONLOGIES CORP PFD CONV $3.875 | 6,742 | 1,700 | 4.0x |
| 12/14/1981 | WOOLWORTH F W CO PFD SER A CONV $2.20 | 14,494 | No Trades | No Trades |
| 12/15/1981 | FOREMOST MCKESSON INC PFD SER A CONV $1.80 | 11,825 | 300 | 39.4x |
| 12/15/1981 | MC DERMOTT INC PFD SER A CONV $2.20 | 8,936 | 5,100 | 1.8x |
| 12/16/1981 | WESTERN UNION CORP PFD CONV 4.60% | 12,717 | 400 | 31.8x |
| 12/17/1981 | AUGAT INC SUB DEB CONV 8.250 9/15/2005 | 3,348,000 | 5,000 | 669.6x |
| 12/18/1981 | CELANESE CORP SUB DEB CONV 9.750 6/15/2006 | 4,965,000 | 25,000 | 198.6x |
| 12/21/1981 | AMERICAN BROADCASTING COS INC WT EXP 01/02/0982 | 12,800 | 1,400 | 9.1x |
| 12/22/1981 | BALDWIN UTD CORP PFD CL U CONV $2.06 | 13,266 | 100 | 132.7x |
| 12/23/1981 | BRISTOL MYERS CO PFD CONV $2 | 10,052 | 1,000 | 10.1x |
| 12/29/1981 | ETHYL CORP 2ND PFD SER A CONV $2.40 | 1,876 | No Trades | No Trades |
| 2/22/1982 | TESORO PETE CORP SUB DEB CONV 5.250 2/01/1989 | 378,000 | No Trades | No Trades |
| 2/23/1982 | BENDIX CORP PFD SER B CONV 9 3/4% | 9,220 | 2,000 | 4.6x |
| 2/23/1982 | CHRIS CRAFT IND INC PFD $1.40 | 5,194 | No Trades | No Trades |
| 2/23/1982 | FOREMOST MCKESSON INC PFD SER A CONV $1.80 | 10,758 | No Trades | No Trades |
| 2/23/1982 | TEXTRON INC PFD CONV $2.08 | 12,340 | 3,100 | 4.0x |
| 2/23/1982 | WOOLWORTH F W CO PFD SER A CONV $2.20 | 22,099 | 100 | 221.0x |
| 2/24/1982 | ARCATA CORP PFD SER C CONV $2 | 13,114 | 800 | 16.4x |
| 2/24/1982 | BRISTOL MYERS CO PFD CONV $2 | 7,826 | 900 | 8.7x |
| 2/24/1982 | WESTERN UNION CORP PFD CONV 4.60% | 4,041 | 400 | 10.1x |
| 3/5/1982 | FEDERAL PAPER BRD INC PFD CONV 1.20 | 13,388 | 100 | 133.9x |
| 3/5/1982 | UNITED TECHNOLOGIES CORP PFD CONV $8 | 5,140 | No Trades | No Trades |
| 3/9/1982 | CITY INVESTING CO PREF SER B CONV $2.00 | 11,011 | No Trades | No Trades |
| 3/9/1982 | CONSOLIDATED FOODS CORP PFD SER A CONV $4.50 | 17,915 | 100 | 179.2x |
| 3/11/1982 | ARCATA CORP PFD SER A CONV $2 16 | 1,820 | No Trades | No Trades |
| 3/11/1982 | ETHYL CORP 2ND PFD SER A CONV $2.40 | 5,234 | 100 | 52.3x |
| 3/12/1982 | OCCIDENTAL PETE CORP PFD CONV $3.60 | 3,921 | 200 | 19.6x |
| 3/15/1982 | TIME INC PFD SER B CONV $1.575 | 11,420 | 16,700 | Does Not Exceed |
| 3/18/1982 | BENDIX CORP PFD SER A CONV $3 | 613 | No Trades | No Trades |
| 3/18/1982 | EATON CORP PFD CONV 4.75% | 9,533 | No Trades | No Trades |
| 3/18/1982 | LEAR SIEGLER INC PFD CONV $2.25 | 2,585 | No Trades | No Trades |
| 3/18/1982 | TRW INC PFD PREF SER 3 CONV $4.50 | 11,110 | 100 | 111.1x |
| 3/19/1982 | ROCKWELL INTL CORP PFD SER B CONV $1.35 | 7,572 | 400 | 18.9x |
| 3/19/1982 | TRW INC PREF1 CONV $4.40 | 2,906 | No Trades | No Trades |
| 11/23/1982 | CONCEPT INC WTS EXP 07/29/83 | 7,400 | 4,200 | 1.8x |
| 12/6/1982 | AMERICAN BRANDS INC PFD CONV $1.70 | 7,187 | No Trades | No Trades |
| 12/6/1982 | TIME INC PFD SER B CONV $1.575 | 7,472 | 500 | 14.9x |
| 12/15/1982 | EMHART CORP VA PFD CONV $2.10 | 5,019 | No Trades | No Trades |
| 12/15/1982 | JAMES RIVER CORP OF VA SER G $5.40 CUM CO PFD | 3,014 | 18,400 | Does Not Exceed |
| 12/17/1982 | INTERCO INC PFD SER D CONV $7.75 | 6,349 | 4,100 | 1.5x |
| 12/23/1982 | AMERICAN TEL & TELEG CO PFD CONV $4 | 10,804 | 1,400 | 7.7x |
| 2/8/1983 | NEWMONT MNG CORP PFD SER A CONV $4.50 | 1,313 | No Trades | No Trades |
| 2/22/1983 | DIGITAL SWITCH CORP WT EXP 07/29/1984 | 108,676 | 3,700 | 29.4x |
| 2/23/1983 | TIME INC PFD SER B CONV $1.575 | 67,678 | 300 | 225.6x |
| 2/25/1983 | MERRILL LYNCH & CO INC SUB DEB CONV 9.250 12/15/2005 | 1,386,000 | 9,000 | 154.0x |
| 2/28/1983 | ANACOMP INC SUB DEB CONV 9.500 9/01/2000 | 651,000 | 46,000 | 14.2x |
| 2/28/1983 | ASSOCIATED DRY GOODS CORP PFD SER A CONV $4.75 | 7,506 | No Trades | No Trades |
| 2/28/1983 | ROCKWELL INTL CORP PFD SER B CONV $1.35 | 8,426 | 100 | 84.3x |
| 2/28/1983 | SHELLER GLOBE CORP PFD CONV $1.35 | 41,751 | 5,900 | 7.1x |
| 3/1/1983 | SUN INC PFD CONV $2.25 | 13,091 | 400 | 32.7x |
| 3/1/1983 | UNION PACIFIC CORP PFD SER A CONV $7.25 | 968 | 25,300 | Does Not Exceed |
| 3/2/1983 | AMERICAN BRANDS INC PFD CONV $1.70 | 61,050 | No Trades | No Trades |
| 3/2/1983 | GULF & WESTN INDS INC PFD SER C CONV $3.875 | 8,059 | 200 | 40.3x |
| 3/3/1983 | MONSANTO CO PFD CONV $2.75 | 9,280 | No Trades | No Trades |
| 3/7/1983 | FOREMOST MCKESSON INC PFD SER A CONV $1.80 | 13,085 | No Trades | No Trades |
| 3/8/1983 | FOUR PHASE SYS INC SUB DEB CONV 9.125 6/15/2001 | 1,441,000 | No Trades | No Trades |
| 3/9/1983 | ATLANTIC RICHFIELD CO PFD CONV $3 | 12,631 | No Trades | No Trades |
| 3/9/1983 | HOUSEHOLD INTL INC PFD CONV $2.375 | 31,080 | No Trades | No Trades |

**Convertible Arbitrage IA Business Volume Analysis**
**Monthly Time Period[1]**

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 3/9/1983 OGDEN CORP PFD CONV $1.875 | | 61,513 | No Trades | No Trades |
| 3/11/1983 FMC CORP PFD CONV $2 25 | | 55,488 | No Trades | No Trades |
| 3/11/1983 WASHINGTON NATL CORP PFD CONV $2.50 | | 76,713 | 200 | 383.6x |
| 3/15/1983 GREYHOUND CORP SUB DEB CONV 6.500 1/15/1990 | | 1,715,000 | 4,000 | 428.8x |
| 3/15/1983 HORN & HARDART CO SUB DEB CONV 11 250 10/15/2000 | | 3,630,000 | 35,000 | 103.7x |
| 3/18/1983 JOHNSON CTLS INC PFD SER B CONV $2 | | 55,442 | No Trades | No Trades |
| 3/18/1983 ROHR INDS INC PFD SER B CONV 3.125 | | 52,285 | 102,500 | Does Not Exceed |
| 3/23/1983 GULF & WESTN INDS INC PFD SER D CONV 2.50 | | 38,757 | 520,000 | Does Not Exceed |
| 3/23/1983 TRANS WORLD AIRLS INC SUB DEB CONV 12.000 1/01/2005 | | 4,031,000 | No Trades | No Trades |
| 3/24/1983 UNION PACIFIC CORP PFD SER A CONV $7.25 | | 2,469 | 40,600 | Does Not Exceed |
| 7/29/1983 HOUSEHOLD INTL INC PFD CONV $2.375 | | 1,309 | No Trades | No Trades |
| 8/17/1983 ETHYL CORP 2ND PFD SER A CONV $2.40 | | 537 | No Trades | No Trades |
| 8/26/1983 AMERADA HESS CORP PFD CONV $3.50 | | 26,892 | No Trades | No Trades |
| 8/29/1983 AMERADA HESS CORP PFD CONV $3.50 | | 541 | 100 | 5.4x |
| 8/31/1983 INTERNATIONAL HARVESTER CO PREF SER A CONV $3 | | 70,497 | 5,300 | 13.3x |
| 9/8/1983 INTERCO INC PFD SER D CONV $7.75 | | 43,189 | No Trades | No Trades |
| 9/8/1983 SHELLER GLOBE CORP $ 3 CV PFD | | 32,039 | No Trades | No Trades |
| 9/8/1983 TOTAL PETE NORTH AMER LTD WTS EXP 6/30/86 | | 26,891 | 5,500 | 4.9x |
| 9/9/1983 SOUTHMARK CORP PFD SER A CONV $1 | | 361,137 | 31,000 | 11.6x |
| 9/12/1983 PENNWALT CORP PREF CONV $2.50 | | 100,987 | No Trades | No Trades |
| 9/14/1983 ASSOCIATED DRY GOODS CORP PFD SER A CONV $4.75 | | 25,360 | No Trades | No Trades |
| 9/14/1983 WASHINGTON NATL CORP PFD CONV $2.50 | | 44,410 | 2,700 | 16.4x |
| 9/16/1983 UNITED TECHNOLOGIES CORP PFD CONV $3.875 | | 21,425 | 100 | 214.3x |
| 9/19/1983 BRISTOL MYERS CO PFD CONV $2 | | 77,264 | No Trades | No Trades |
| 9/21/1983 ATLANTIC RICHFIELD CO PFD CONV $ 2.80 | | 50,141 | 700 | 71.6x |
| 9/21/1983 HOUSEHOLD INTL INC PFD CONV $2.50 | | 39,063 | 1,900 | 20.6x |
| 11/29/1983 CHAMPION INTL CORP PREF CONV $1 20 | | 225,400 | 1,100 | 204.9x |
| 11/29/1983 TRW INC PREF SER 1 CONV $4.40 | | 39,157 | 100 | 391.6x |
| 12/2/1983 BRISTOL MYERS CO PFD CONV $2 | | 26,666 | No Trades | No Trades |
| 12/5/1983 HOUSEHOLD INTL INC PFD CONV $2.50 | | 35,982 | 1,100 | 32.7x |
| 12/9/1983 AMERADA HESS CORP PFD CONV $3.50 | | 41,897 | 500 | 83.8x |
| 12/15/1983 AVCO CORP PFD CONV $3.20 | | 26,291 | 9,100 | 2.9x |
| 12/16/1983 MONSANTO CO PFD CONV $2.75 | | 35,762 | No Trades | No Trades |
| 12/19/1983 ASSOCIATED DRY GOODS CORP PFD SER A CONV $4.75 | | 4,312 | 1,300 | 3.3x |
| 12/19/1983 DIGITAL SWITCH CORP WT EXP 07/29/1984 | | 8,556 | 100 | 85.6x |
| 12/22/1983 ETHYL CORP 2ND PFD SER A CONV $2.40 | | 48,472 | No Trades | No Trades |
| 12/22/1983 FMC CORP PFD CONV $2 25 | | 122,107 | No Trades | No Trades |
| 2/23/1984 BRISTOL MYERS CO PFD CONV $2 | | 81,246 | No Trades | No Trades |
| 2/29/1984 ROCKWELL INTL CORP PFD SER A CONV $4.75 | | 9,217 | No Trades | No Trades |
| 3/1/1984 ETHYL CORP 2ND PFD SER A CONV $2.40 | | 24,788 | No Trades | No Trades |
| 3/1/1984 UNITED STATES GYPSUM CO PFD CONV $1.80 | | 54,899 | No Trades | No Trades |
| 3/1/1984 VIACOM INTL INC PFD CONV $2.10 | | 141,223 | 10,000 | 14.1x |
| 3/2/1984 ENSTAR CORP DEL PFD SER A CONV | | 10,696 | 2,100 | 5.1x |
| 3/5/1984 AMERADA HESS CORP PFD CONV $3.50 | | 6,601 | 100 | 66.0x |
| 3/5/1984 OCCIDENTAL PETE CORP PFD CONV $4 | | 55,883 | No Trades | No Trades |
| 3/7/1984 ROCKWELL INTL CORP PFD SER A CONV $4.75 | | 4,786 | No Trades | No Trades |
| 3/7/1984 ROCKWELL INTL CORP PFD SER B CONV $1.35 | | 32,066 | 100 | 320.7x |
| 3/8/1984 ASSOCIATED DRY GOODS CORP PFD SER A CONV $4.75 | | 55,214 | 3,000 | 18.4x |
| 3/8/1984 FMC CORP PFD CONV $2 25 | | 50,826 | 200 | 254.1x |
| 3/12/1984 BELL & HOWELL CO PFD SER A CONV | | 133,238 | 20,200 | 6.6x |
| 3/13/1984 WACHOVIA CORP PFD SER A CONV $2.20 | | 27,697 | No Trades | No Trades |
| 3/15/1984 LEAR SIEGLER INC PFD CONV $2.25 | | 23,112 | No Trades | No Trades |
| 3/19/1984 BEATRICE FOODS CO PREF SER A CONV $3.38 | | 39,966 | 1,000 | 40.0x |
| 3/21/1984 SUN INC PFD CONV $2.25 | | 10,112 | 900 | 11.2x |
| 3/22/1984 INTERCO INC PFD SER D CONV $7.75 | | 31,392 | 100 | 313.9x |
| 3/23/1984 HOUSEHOLD INTL INC PFD CONV $2.375 | | 60,879 | No Trades | No Trades |
| 3/23/1984 WAL-MART STORES INC PFG SER A CONV 8% | | 11,110 | No Trades | No Trades |
| 7/11/1984 INTERNATIONAL HARVESTER CO PREF SER A CONV $3 | | 4,794 | No Trades | No Trades |
| 7/31/1984 PITNEY BOWES INC PREF CONV $2.12 | | 3,500 | 2,300 | 1.5x |
| 8/17/1984 KIDDE INC PREF SER C CONV $4 | | 410 | 100 | 4.1x |
| 8/27/1984 WAL-MART STORES INC PFD SER A CONV 8% | | 23,023 | No Trades | No Trades |
| 8/28/1984 WACHOVIA CORP PFD SER A CONV $2.20 | | 41,435 | No Trades | No Trades |
| 8/28/1984 WASHINGTON NATL CORP PFD CONV $2.50 | | 83,749 | No Trades | No Trades |
| 8/29/1984 ROCKWELL INTL CORP PFD SER B CONV $1.35 | | 33,561 | 600 | 55.9x |
| 8/30/1984 SHELLER GLOBE CORP $ 3 CV PFD | | 68,874 | No Trades | No Trades |
| 9/4/1984 ROCKWELL INTL CORP PFD SER B CONV $1.35 | | 167 | No Trades | No Trades |

Exhibit 3a

**Convertible Arbitrage IA Business Volume Analysis**
**Monthly Time Period[1]**

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 9/5/1984 TRW INC PREF SER 1 CONV $4.40 | | 5,088 | No Trades | No Trades |
| 9/11/1984 HOUSEHOLD INTL INC PFD CONV $2.50 | | 66,259 | No Trades | No Trades |
| 9/11/1984 OWENS ILL INC PFD CONV $4.75 | | 32,472 | No Trades | No Trades |
| 9/12/1984 BRISTOL MYERS CO PFD CONV $2 | | 112,102 | No Trades | No Trades |
| 9/17/1984 HOUSEHOLD INTL INC PFD CONV $2.50 | | 10,774 | 100 | 107.7x |
| 9/20/1984 INTERCO INC PFD SER D CONV $7.75 | | 43,694 | 400 | 109.2x |
| 11/16/1984 SHELLER GLOBE CORP $3 CV PFD | | 1,387 | No Trades | No Trades |
| 11/29/1984 HOUSEHOLD INTL INC PFD CONV $2.375 | | 47,079 | 200 | 235.4x |
| 11/30/1984 AVCO CORP PFD CONV $3.20 | | 45,114 | 5,100 | 8.8x |
| 11/30/1984 BRISTOL MYERS CO PFD CONV $2 | | 25,707 | No Trades | No Trades |
| 12/5/1984 OWENS ILL INC PREF CONV $4.75 | | 32,164 | No Trades | No Trades |
| 12/10/1984 BEATRICE FOODS CO PREF SER A CONV $3.38 | | 60,381 | 800 | 75.5x |
| 12/10/1984 BELL & HOWELL CO PFD SER A CONV | | 148,826 | 19,300 | 7.7x |
| 12/11/1984 INTERCO INC PFD SER D CONV $7.75 | | 16,501 | No Trades | No Trades |
| 12/17/1984 TRW INC PREF SER 3 CONV $4.50 | | 55,396 | No Trades | No Trades |
| 12/17/1984 UNITED STATES GYPSUM CO PFD CONV $1.80 | | 61,335 | 1,000 | 61.3x |
| 12/19/1984 ATLANTIC RICHFIELD CO PFD CONV $2.80 | | 53,764 | 400 | 134.4x |
| 12/20/1984 INTL HARVESTER CO PREF SER A CONV $3 | | 64,258 | 2,900 | 22.2x |
| 2/25/1985 BELL & HOWELL CO PFD SER A CONV | | 48,724 | 6,400 | 7.6x |
| 2/25/1985 1 C INDS INC 2ND PFD SER 1 CONV $3 50 | | 48,867 | 4,000 | 12.2x |
| 3/5/1985 USLIFE CORP PFD SER D CONV $2.25 | | 217,369 | 24,800 | 8.8x |
| 3/7/1985 INTL HARVESTER CO PREF SER A CONV $3 | | 167,088 | 400 | 417.7x |
| 3/7/1985 PIEDMONT AVIATION INC SUB DEB CONV 11.000 7/01/2007 | | 4,426,000 | 465,000 | 9.5x |
| 3/8/1985 MARTIN MARIETTA CORP PFD CONV EXCHANGEABLE $4.875 | | 209,998 | 18,400 | 11.4x |
| 3/18/1985 ASSOCIATED DRY GOODS CORP PFD SER A CONV $4.75 | | 50,364 | 100 | 503.6x |
| 3/19/1985 KATY INDS INC PFD SER B CONV $1.46 | | 32,736 | 700 | 46.8x |
| 3/20/1985 STORER COMMUNICATIONS INC SUB DEB CONV 8.500 12/31/2005 | | 3,958,000 | 268,000 | 14.8x |
| 3/25/1985 LEAR SIEGLER INC PFD CONV $2.25 | | 40,566 | 300 | 135.2x |
| 6/24/1985 BOEING CO SUB DEB CONV 8.875 6/15/2006 | | 6,548,000 | 91,000 | 72.0x |
| 6/25/1985 CLUETT PEABODY & CO INC PFD CONV $1 | | 4,597 | 2,900 | 1.6x |
| 6/26/1985 CLUETT PEABODY & CO INC PFD CONV $1 | | 400,459 | 400 | 1,001.1x |
| 6/27/1985 FMC CORP PFD CONV $2 25 | | 87,202 | 500 | 174.4x |
| 6/28/1985 OWENS ILL INC PFD CONV $4.75 | | 31,549 | 700 | 45.1x |
| 7/1/1985 FMC CORP PFD CONV $2 25 | | 412 | 200 | 2.1x |
| 7/2/1985 BELL & HOWELL CO PFD SER A CONV | | 7,013 | No Trades | No Trades |
| 7/2/1985 INTERCO INC PFD SER D CONV $7.75 | | 27,602 | No Trades | No Trades |
| 7/5/1985 BRISTOL MYERS CO PFD CONV $2 | | 499 | No Trades | No Trades |
| 7/8/1985 BRISTOL MYERS CO PFD CONV $2 | | 51,509 | 100 | 515.1x |
| 7/9/1985 INTERNATIONAL HARVESTER CO JR PREF SER D CONV $0 | | 156,222 | 10,400 | 15.0x |
| 7/9/1985 RESEARCH COTTRELL INC SUB DEB CONV 10.500 10/31/2006 | | 4,414,000 | 1,000 | 4,414.0x |
| 7/10/1985 UNITED STATES GYPSUM CO PFD CONV $1.80 | | 20,224 | No Trades | No Trades |
| 7/11/1985 SOUTHWEST AIRLS CO SUB DEB CONV 10.000 6/15/2007 | | 2,487,000 | 12,000 | 207.3x |
| 7/15/1985 SUN INC PFD CONV $2.25 | | 75,298 | 100 | 753.0x |
| 7/15/1985 TRW INC PREF SER 1 CONV $4.40 | | 43,189 | No Trades | No Trades |
| 7/23/1985 INTERNATIONAL HARVESTER CO PREF SER A CONV $3 | | 167,949 | 3,300 | 50.9x |
| 7/24/1985 LAIDLAW INDS INC PFD SER A CONV $2.03 | | 274,173 | 1,500 | 182.8x |
| 7/24/1985 TEXTRON INC SUB DEB 7.750 6/15/2005 | | 6,809,000 | 7,000 | 972.7x |
| 11/22/1985 BRISTOL MYERS CO PFD CONV $2 | | 53,618 | No Trades | No Trades |
| 11/22/1985 TRW INC PREF SER 3 CONV $4.50 | | 13,730 | No Trades | No Trades |
| 11/27/1985 HARTMARX CORP SUB DEB CONV 8.500 1/15/2008 | | 7,823,000 | 10,000 | 782.3x |
| 12/4/1985 AMERICAN EXPRESS COMPANY WTS EXP 02/28/1987 | | 307,269 | 147,300 | 2.1x |
| 12/11/1985 FORUM GROUP INC WTS EXP 12/31/1985 | | 185,301 | 66,300 | 2.8x |
| 12/12/1985 FMC CORP PFD CONV $2 25 | | 134,113 | 200 | 670.6x |
| 12/13/1985 AMERICAN GEN CORP PFD 2.64 CV | | 109,197 | 76,000 | 1.4x |
| 12/13/1985 ZENITH NATL INS CRP WTS EXP 10/15/1988 | | 104,927 | 8,800 | 11.9x |
| 12/16/1985 ERC INTERNATIONAL INC WTS 12/31/1985 | | 928,403 | 2,000 | 464.2x |
| 12/17/1985 HOUSEHOLD INTL INC PFD CONV $2.50 | | 206,687 | No Trades | No Trades |
| 2/26/1986 CSX CORP PFD A $7.00 | | 8,493 | No Trades | No Trades |
| 3/3/1986 AMERICAN GEN CORP PFD 2.64 CV | | 163,823 | 37,400 | 4.4x |
| 3/5/1986 AMERICAN INTL GROUP INC PRD CL B CONV $5.85 | | 7,223 | 100 | 72.2x |
| 3/5/1986 OWENS ILL INC PREF CONV $4.75 | | 2,665 | No Trades | No Trades |
| 3/11/1986 ATLANTIC RICHFIELD CO PFD CONV $2.80 | | 60,351 | 200 | 301.8x |
| 3/11/1986 CHAMPION INTL CORP PREF CONV $1 20 | | 720,795 | 1,000 | 720.8x |
| 3/11/1986 SUN INC PFD CONV $2.25 | | 31,786 | 500 | 63.6x |
| 3/12/1986 HOUSEHOLD INTL INC PFD CONV $2.375 | | 24,997 | No Trades | No Trades |
| 3/21/1986 DIGITAL EQUIPMENT CORP CONV SUB DEB 8.000 9/01/2009 | | 8,545,000 | 36,000 | 237.4x |

Exhibit 3

**Convertible Arbitrage IA Business Volume Analysis**
**Monthly Time Period[1]**

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 10/8/1986 AMERICAN GEN CORP DEB CONV 11.00 2/8/2007 | | 6,838,000 | 191,000 | 35.8x |
| 10/16/1986 AMERICAN GEN CORP DEB CONV 11.00 2/8/2007 | | 1,253,000 | 35,000 | 35.8x |
| 11/15/1986 WOOLWORTH F W CO PFD SER A CONV $2.20 | | 422 | No Trades | No Trades |
| 11/16/1986 CSX CORP PFD A $7.00 | | 1,498 | No Trades | No Trades |
| 11/16/1986 PAINE WEBBER INC PFD SER A CONV $1.30 | | 3,361 | No Trades | No Trades |
| 11/16/1986 UNITED STATES GYPSUM CO PFD CONV $1.80 | | 1,384 | No Trades | No Trades |
| 11/18/1986 CSX CORP PFD A $7.00 | | 16,549 | No Trades | No Trades |
| 11/18/1986 UNITED STATES GYPSUM CO PFD CONV $1.80 | | 75,607 | No Trades | No Trades |
| 11/18/1986 WOOLWORTH F W CO PFD SER A CONV $2.20 | | 52,942 | 300 | 176.5x |
| 11/19/1986 BRISTOL MYERS CO PFD CONV $2 | | 19,567 | No Trades | No Trades |
| 11/19/1986 CSX CORP PFD A $7.00 | | 4,786 | No Trades | No Trades |
| 11/19/1986 ROCKWELL INTL CORP PFD SER A CONV $4.75 | | 4,540 | No Trades | No Trades |
| 11/19/1986 SUN INC PFD CONV $2.25 | | 11,142 | No Trades | No Trades |
| 11/19/1986 WALTER JIM CORP 4TH PFD CONV $1.60 | | 36,836 | No Trades | No Trades |
| 11/19/1986 WOOLWORTH F W CO PFD SER A CONV $2.20 | | 4,837 | 500 | 9.7x |
| 11/20/1986 EATON CORP PFD SER B CONV $10 | | 9,574 | No Trades | No Trades |
| 11/20/1986 INTERCO INC PFD SER D CONV $7.75 | | 18,220 | No Trades | No Trades |
| 12/15/1986 BELL & HOWELL CO PFD SER A CONV | | 187,279 | 1,200 | 156.1x |
| 12/15/1986 CHEMICAL NEW YORK CORP PFD CONV $1.875 | | 188,617 | 200 | 943.1x |
| 12/15/1986 OWENS ILL INC PREF CONV $4.75 | | 48,452 | 100 | 484.5x |
| 12/18/1986 OLIN CORP SUB DEB CONV 8.750 6/01/2008 | | 14,925,000 | No Trades | No Trades |
| 12/19/1986 AMERICAN GEN CORP DEB CONV 11.00 2/8/2007 | | 7,069,000 | No Trades | No Trades |
| 2/11/1987 FIRST PA CORP DEPOSITARY PFD SER C CONV | | 189 | 42,800 | Does Not Exceed |
| 2/23/1987 KAUFMAN & BROAD CONV PFD B $8.75 | | 13,333 | 30,400 | Does Not Exceed |
| 3/6/1987 U S AIR GROUP INC SR SUB DEB CONV 8.750 9/15/2009 | | 4,489,000 | 213,000 | 21.1x |
| 3/9/1987 PIEDMONT AVIATION INC PFD CONV EXCHANGEABLE $3.25 | | 211,945 | 86,500 | 2.5x |
| 3/12/1987 GENCORP INC WT EXP 3/15/88 | | 404,960 | 39,900 | 10.1x |
| 3/19/1987 ANHEUSER BUSCH COS INC PFD CONV $3.60 SER A | | 53,425 | 2,300 | 23.2x |
| 3/20/1987 STONE CONTAINER CORP PFD SER C CONV EXB $3.50 | | 160,173 | 77,200 | 2.1x |
| 3/24/1987 TRANSCO COMPANIES INC CUM CONV PFD 3.875 SERIES | | 444,328 | 7,100 | 62.6x |
| 4/14/1987 GENCORP INC WT EXP 3/15/88 | | 1,300 | 2,400 | Does Not Exceed |
| 4/29/1987 MONARCH CAP CORP $3 CONV PFD | | 315,409 | 6,300 | 50.1x |
| 5/4/1987 BRISTOL MYERS CO PFD CONV $2 | | 115,676 | 300 | 385.6x |
| 5/5/1987 EATON CORP PFD SER B CONV $10 | | 63,869 | No Trades | No Trades |
| 5/15/1987 MACMILLAN INC SUB DEB CONV 7.500 7/01/2010 | | 7,844,000 | 10,000 | 784.4x |
| 5/19/1987 NORTH AMERN VENTURES INC WT EXP 5/9/1991 | | 153,719 | 6,000 | 25.6x |
| 5/20/1987 ANHEUSER BUSCH COS INC PFD CONV $3.60 SER A | | 0.23 | 40,200 | Does Not Exceed |
| 5/22/1987 UNISYS CORP SUB DEB CONV 7.250 8/01/2010 | | 16,205,000 | 40,000 | 405.1x |
| 11/30/1987 BELL & HOWELL CO PFD SER A CONV | | 24,183 | 300 | 80.6x |
| 11/30/1987 INTERCO INC PFD SER D CONV $7.75 | | 51,184 | No Trades | No Trades |
| 12/4/1987 FIDELCOR INC $3 25 CV SR A PFD | | 60,206 | No Trades | No Trades |
| 12/7/1987 SUN INC PFD CONV $2.25 | | 56,385 | No Trades | No Trades |
| 2/9/1988 WOOLWORTH F W CO PFD SER A CONV $2.20 | | 7,078 | 400 | 17.7x |
| 3/15/1988 INTERCO INC PFD SER D CONV $7.75 | | 119,663 | No Trades | No Trades |
| 3/16/1988 PETRIE STORES CORP SUB DEB EXCHANGABLE 8.000 1/15/2010 | | 6,585,000 | 5,000 | 1,317.0x |
| 3/16/1988 SUN INC PFD CONV $2.25 | | 58,930 | No Trades | No Trades |
| 3/22/1988 KELLWOOD CO DEB CONV 9.000 10/15/1999 | | 910,000 | No Trades | No Trades |
| 8/9/1988 INTEL CORP WTS EXP 8/15/1988 | | 327,642 | No Trades | No Trades |
| 8/10/1988 INTEL CORP WTS EXP 8/15/1988 | | 135,426 | No Trades | No Trades |
| 8/15/1988 CASTLE & COOKE INC PFD CONV $0 90 | | 1,392,657 | 5,600 | 248.7x |
| 8/18/1988 CASTLE & COOKE INC PFD CONV $0 90 | | 50,451 | 13,400 | 3.8x |
| 8/18/1988 PENTAIR INC SUB DEB CONV 9.000 3/15/2010 | | 181,000 | 271,000 | Does Not Exceed |
| 12/5/1988 FLEET/NORSTAR FINL GROUP INC SUB DEB CONV 8.500 4/01/2010 | | 17,831,000 | 40,000 | 445.8x |
| 12/16/1988 MCKESSON CORP SUB DEB CONV 9.750 3/15/2006 | | 1,401,000 | No Trades | No Trades |
| 2/27/1989 TEXAS EASTN CORP SUB DEB CONV 12.000 10/15/2009 | | 27,932,000 | 175,000 | 159.6x |
| 3/7/1989 POTLATCH CORP PFD SER B CONV EX $3.75 | | 119,355 | No Trades | No Trades |
| 3/10/1989 PHELPS DODGE CORP PFD CV EXP DEP $3.00 | | 31,806 | 5,500 | 5.8x |
| 3/17/1989 WARNER COMMUNICATIONS INC PFD SER A CONV EXCH $3.625 | | 104,019 | 87,600 | 1.2x |
| 3/29/1989 WARNER COMMUNICATIONS INC PED SER A CONV EXCH $3.625 | | 11,805 | 109,900 | Does Not Exceed |
| 5/17/1989 HANNA M A CO PFD CONV EXCHANGEABLE $ 2.125 | | 32,244 | 21,600 | 1.5x |
| 6/5/1989 VISTA CHEM CO RT | | 260,428 | 141,600 | 1.8x |
| 6/12/1989 VISTA CHEM CO RT | | 65,479 | 66,000 | Does Not Exceed |
| 6/16/1989 COLUMBIA PICTS ENTMT WTS EXP 06/01/1992 | | 258,848 | No Trades | No Trades |
| 6/19/1989 COLUMBIA PICTS ENTMT WTS EXP 06/01/1992 | | 140,027 | No Trades | No Trades |
| 6/20/1989 COLUMBIA PICTS ENTMT WTS EXP 06/01/1992 | | 271,095 | No Trades | No Trades |
| 11/10/1989 CONSECO INC PFD A 1.875 | | 18,990 | 7,100 | 2.7x |

Exhibit 3

**Convertible Arbitrage IA Business Volume Analysis**
**Monthly Time Period[1]**

| Trade Date | Security Name | Total IA Business Purported Volume[2] | Total Actual Daily Volume[3] | Magnitude Exceeded |
|---|---|---|---|---|
| 11/20/1989 | AMERICAN BRANDS INC PFD CONV $2.67 | 2,350 | No Trades | No Trades |
| 11/28/1989 | WESTINGHOUSE ELECTRIC CORP SUB DEB CONV 9.000 8/15/2009 | 25,256,000 | 5,000 | 5,051.2x |
| 12/4/1989 | FLEET/NORSTAR FINL GROUP INC SUB DEB CONV 8.500 4/01/2010 | 34,415,000 | No Trades | No Trades |
| 12/12/1989 | APACHE CORP SUB DEB CONV 7.500 4/01/2002 | 23,574,000 | 27,000 | 873.1x |
| 12/12/1989 | ATLANTIC RICHFIELD CO PFD CONV $3 | 34,279 | No Trades | No Trades |
| 12/13/1989 | AIRBORNE FGHT CORP SUB DEB CONV 7.500 6/15/2011 | 12,901,000 | No Trades | No Trades |
| 12/13/1989 | CONSOLIDATED EDISON CO N Y INC PREF SER B CONV 6% | 36,755 | No Trades | No Trades |
| 12/14/1989 | ETHYL CORP 2ND PFD SER A CONV $2.40 | 22,249 | No Trades | No Trades |
| 2/5/1990 | MCKESSON CORP SUB DEB CONV 9.750 3/15/2006 | 20,000 | No Trades | No Trades |
| 2/20/1990 | INTERNATIONAL MINERALS & CHEM SERIES B CONV EXCL PFD $3.25 | 21,654 | No Trades | No Trades |
| 3/5/1990 | MCDERMOTT INC DEB 10.000 4/01/2003 | 37,307,000 | No Trades | No Trades |
| 3/5/1990 | MCDERMOTT INTL INC WT EXP 04/01/1990 | 1,492,280 | 403,200 | 3.7x |
| 3/12/1990 | MCDERMOTT INTL INC WT EXP 04/01/1990 | 919,480 | 116,000 | 7.9x |
| 3/13/1990 | MCDERMOTT INC DEB 10.000 4/01/2003 | 22,987,000 | No Trades | No Trades |
| 3/20/1990 | ITT CORP PFD SER N CONV $2.25 | 112,929 | No Trades | No Trades |
| 3/21/1990 | PFIZER INC SUB DEB CONV 8.750 2/15/2006 | 1,584,000 | No Trades | No Trades |
| 10/2/1990 | ATLANTIC RICHFIELD CO PFD CONV $ 2.80 | 46,040 | 600 | 76.7x |
| 10/5/1990 | ATLANTIC RICHFIELD CO PFD CONV $ 2.80 | 63,097 | No Trades | No Trades |
| 10/17/1990 | TEXTRON INC PFD CONV $2.08 | 12,631 | No Trades | No Trades |
| 10/17/1990 | TEXTRON INC PFD CONV DIV STK SER B $1.40 | 43,148 | No Trades | No Trades |
| 10/19/1990 | TEXTRON INC PFD CONV $2.08 | 40,027 | No Trades | No Trades |
| 12/14/1990 | ATLANTIC RICHFIELD CO PFD CONV $2.80 | 79,563 | 100 | 795.6x |
| 12/18/1990 | FEDERAL NATIONAL MTG ASSN WT EXP 2/25/91 | 154,562 | 1,046,900 | Does Not Exceed |
| 4/22/1991 | HOME DEPOT INC SUB DEB CONV 6.750 5/15/2014 | 2,000 | 7,000 | Does Not Exceed |
| 5/20/1991 | BIOGEN INC PFD CONV EXCH $2 125 | 56,114 | 13,100 | 4.3x |
| 5/21/1991 | BIOGEN INC PFD CONV EXCH $2 125 | 549,656 | 17,600 | 31.2x |
| 11/19/1991 | ATLANTIC RICHFIELD CO PFD CONV $2.80 | 79 | No Trades | No Trades |
| 11/19/1991 | WMS INDS INC SUB DEB CONV 12.750 11/01/1996 | 85,000 | 10,000 | 8.5x |
| 2/25/1992 | LEGGETT & PLATT INC SUB DEB CONV 6.500 4/01/2006 | 17,967,000 | No Trades | No Trades |
| 2/26/1992 | LEGGETT & PLATT INC SUB DEB CONV 6.500 4/01/2006 | 4,340,000 | No Trades | No Trades |
| 2/26/1992 | TYCO TOYS INC WTS EXP 6/07/1993 | 772,528 | 50,400 | 15.3x |
| 3/18/1992 | LEGGETT & PLATT INC SUB DEB CONV 6.500 4/01/2006 | 10,651,000 | 8,000 | 1,331.4x |
| 4/13/1992 | PEP BOYS MANNY MOE & JACK SUB DEB CV 6.000 11/01/2011 | 61,451,000 | 22,000 | 2,793.2x |
| 11/24/1992 | XTRA CORP PFD SER B CONV $1.9375 | 1,326,478 | 6,600 | 201.0x |
| 12/14/1992 | AMERICAN BRANDS INC PFD CONV $2.67 | 364,367 | No Trades | No Trades |
| 12/21/1992 | WASHINGTON MUTL SVS BK SEATTLE PFD CONV SER A. $ | 428,694 | 77,300 | 5.5x |

1. The Monthly Time Period consists of the following months: October 1979, November 1979, every March and December from 1981-1992, and randomly selected months, other than March and December, between 1983 and 1992.
2. Total IA Business Purported Volume as shown on the IA Business customer ledgers.
3. Total Actual Daily Volume as reported by the New York Stock Exchange Daily Stock Records, Over the Counter Exchange Daily Stock Records, American Stock Exchange Daily Stock Record, Wall Street Journal New York Exchange Bonds, Moody's Industrial Manuals and Moody's Bank and Financial Manual.