# EXHIBIT 9

```
                0·    *

        63,864·42    +
            13·99    +
        63,878·41    *

        63,878·41    ÷
            83·875   =
           761·59    *

            83·875   x
           761·      =
        63,828·88    +I
        63,828·88    x
             0·025   =
         1,595·72    *

         1,595·72    ÷
             4·      x
             8·      =
         3,191·44    *

         3,191·44    +I
           761·      x
             2·25    =
         1,712·25    *

         1,712·25    x
             0·03125 =
            53·51    +I
        67,073·83    ◊I
        67,073·83    ÷
         1,712·25    =
            39·17    *

            39·25    x
         1,712·25    =
        67,205·81    -I
           131·98-   *I

           131·98-   ÷
             0·125   =
         1,055·84-   *

         1,712·00    +
         1,052·00    -
           660·00    *
```

MADTSS00401002

L & C Lipkin     56,180.81    80

| Date | Item | | | | | |
|---|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6 2½ 3/10 | INA | 8.81 |
| | 2107.13 | | | | | |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8 2½ 5/8 | Heinz | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | 7 2½ 7/1 | | 13.99 |
| | 2676.92 | | | | Aetna | |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | 8 2½ 9/1 | | 49.53 |
| | 3191.88 | | | | Amax | |
| 9/5 | Amax | 67,008— | 70,358.41 | 8 2½ 10/30 | | 62.29 |
| | 3350.40 | | | | Rockwell | |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8 2½ 12/31 | | 15.94 |
| | 3520.66 | | | | Tomson | |
| 12/31 | Check | 10,000— | | | " | |
| | Check ⓐ | | 5000— | | " | |

    68,941.35

ICE - Aetna Life
+ Casualty 2 PFC

761 @ 83 3/8 =
           63 828.88

1052     39 1/8   41159.50
                          32.88
                          41126.62

660      39 1/4 = 25905 -
                             20.63

1 = 9.77
                           25884.37

6/23 B
6/25 S     | 65020.76 |

                          8 - 2 1/2
1712.25   (9/1)   3191.88

MADTSS00401003

```
                0·    *

       61,201·49 ÷
             27·5 =
        2,225·51 *

             27·5 ×
           2,225·  =
       61,187·50 +I
       61,187·50 ×
            0·025 =
        1,529·69 *

        1,529·69 ÷
               4· ×
               7· =
        2,676·96 *

        2,676·96 +I
           2,225· ×
            0·75 =
        1,668·75 *

        1,668·75 ×
         0·03125 =
            52·15 +I
       63,916·61 ◊I
       63,916·61 ÷
        1,668·75 =
            38·30 *

          38·375 ×
        1,668·75 =
       64,038·28 -I
          121·67-*I

          121·67-÷
           0·125 =
          973·36-*

        1,668·00 +
          973·00 -
          695·00 *
```

MADTSS00400994

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | 4/28/80 | 5/5/80 |

IDENTIFICATION NO.

CONTRA PARTY: REDACTED — IRWIN & CAROLE LIPKIN

C.H. NUMBER — SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400986



MADTSS00400988



MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| | |
|---|---|
| FRACTIONAL SHARES HEINZ | 28.67 |

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225  27½        61,187.50

$$
\begin{array}{r}
37217.25 \\
30.41 \\
\hline
37186.84
\end{array}
$$

973  38¼

695 · 38⅜ = 26670.63
                        21.72
                     ―――――
                     26648.91

7 = 28,67

MADTSS00400993

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

YOUR ACCOUNT NUMBER: REDACTED
PERIOD ENDING: 12/31/80
PAGE:

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARDED | | | 56,180.31 |
| 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | | RESERVE OIL & GAS COM | | | 16.26 |
| | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| | 1330 | | INA CORP | 30 | | 39,858.44 |
| | | | INA CORP | | | 14.92 |
| 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 2225 | | | INA CORP $2.90 PFD | 27 1/2 | 61,187.50 | |
| | 973 | | HEINZ $1.70 PFD | 38 1/4 | | 37,186.84 |
| | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | | HEINZ COM | | | 26.67 |
| 761 | | | HEINZ COM | 83 7/8 | 63,828.88 | |
| | 1052 | | AETNA LIFE $2 PFD | 39 1/8 | | 41,126.52 |
| | 660 | | AETNA LIFE COM. | 39 1/2 | | 25,884.37 |
| | | | AETNA LIFE COM. | | | 9.77 |
| | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| | | | AMAX INC. | | | 31.24 |
| | | | AMAX INC $3. PFD | 64 | | 67,008.00 |
| | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| | | | ROCKWELL INTL | | | 10.23 |
| 2647 | | | ROCKWELL INTL $4.50 PFD | 29 1/4 | 76,826.75 | |
| | | | CHECK | | 10,000.00 | |
| | | | CHECK | | 5,000.00 | |
| | | | Balance | | | 68,941.35 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

```
HJ Heinz    1.70    3rd (V)
                    P = .35
4/9/79 - 5/18 D         P = 1.5
8/13/79 - 10/1 D       9/29 - 11/16
12/1/79 - 1/22 D       12/1/81 - 1/25/82
12/19/80 - 4/8 D       2/3/82 - 4/7/82
5/7/80 - 7/2           6/30/82 - 9/7/82
8/7/80 - 10/3          9/20/82 - 11/24/82
11/27/80 - 1/20/81     4/24/84 - 7/3/84
3/4/81 -  5/5          8/8/84 - 10/11/84
7/30/81 - 9/16
```

MADWAA00497515