# EXHIBIT 10

MADTSS00400995



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX   235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 6/23/80 | 6/30/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

IRWIN & CAROLE LIPKIN
335 SPENCER PLACE
PARAMUS NJ

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| CL2 | 761 | | AETNA LIFE & CASUALTY 2.00 CONV PFD | 63828.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 83 7/8 | 63828.88 | | | | | |

MEMBERS

NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE