# EXHIBIT 17

**Excerpt from DTCABAL data file**

```
Browse : JCP/DTCABAL2(DTCABAL)
Record :      1   of      12 by  18              Column :    1    200 by 131
Control :

....+....1....+....2....+....3....+....4....+....5....+....6....+....7....+....8....+....9....+....0....+....1....+
           ************Beginning of data**************
0019571090010             000000006461011109400000000001226AT&T CORP            <0000000AT&T CORP           <
001957109014334042292     000000006461011109400000000185378AT&T CORP            <0000000AT&T CORP           <
00195710901481011168B     000000006461011109400000000077652AT&T CORP            <0000000AT&T CORP           <
001957109014841092887     000000006461011109400000000126149AT&T CORP            <0000000AT&T CORP           <
00195710901484909077B     000000006461011109400000000093745AT&T CORP            <0000000AT&T CORP           <
001957109014830062686     000000006461011109400000000173247AT&T CORP            <0000000AT&T CORP           <
001957109014956102988     000000006461011109400000000144259AT&T CORP            <0000000AT&T CORP           <
001957109022             000000006461010261100000001442510AT&T CORP            <0000000AT&T CORP           <
002824100010             000000006461011109400000000006703ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
002824100022             000000006461010261100000007409000ABBOTT LABORATORIES<0000000ABBOTT LABORATORIES<
003387107010             000000006461011104940000000005000ABEX INC CLASS A    +0000000ABEX INC CLASS A    +
004898102010             000000008461004259400000000020289ACRO ENERGY CORP    +0000110ACRO ENERGY CORP    +
           ************End of Data*****************
```

**Portion of DTC021 RPG II Code**



**DTCS Box Definition Screen**

```
                    F O R M
    Left     Right
    Edge     Edge      Top       E
    4        10        5         1
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -
    _____   _____    _____    -

    F2=Prev Page F3=Next Page
    F6=Vertical Lines F7=Hori
        F13=Multipage Copy/C
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                    DATA MAPPER - Variable Text Locations
                    DTCS
                            __Millimeters__
                            From From Right
    Ref      Definition      Page Top  Left  Edge  Lines    Equation
     1  L1 Dont Print         1_  5_   5_    100_  1_  NP
     2  Header Line 1         1_  14.2 5.4   270   1_  A3502070/1/8/12 TRIM2/135
     3  Header Line 2-3       1_  17.38 5.4  270   2_  A3502070/1/8/12 TRIM2/135
     4  Macro Calls           1_  23.73 4    206   56  TRIM1/5
     5  Data                  1_  23.73 8    206   56  COPYR4 TRIM7/67
     6                                                 A3502070/1/8/12
     7  L61                   1_  5_   5_    100_  1_  PG
     8  _____  __  ___  ___   ___   ___
     9  _____  __  ___  ___   ___   ___
    10  _____  __  ___  ___   ___   ___
    11  _____  __  ___  ___   ___   ___
    12  _____  __  ___  ___   ___   ___
    13  _____  __  ___  ___   ___   ___
    14  _____  __  ___  ___   ___   ___
    15  _____  __  ___  ___   ___   ___

    F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
    F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
    F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```