# EXHIBIT 19



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

Each unit = 10,040

| Acct # | Name | Units | Need | Why |
|---|---|---|---|---|
| ZR211 | Eileen | 1.5 | 15 | SHUPT |
| C1277 | J.L IRA | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy IRA | 1.5 | 15 | S |
| 2B480 | Peg | .8 | 8 | S |
| 2B482 | Pam | .5 | 5 | S |
| R0126 | Rita | 1.5 | 15 | S |
| C1310 | JC PENS | X | (3) | LOSS FOR TAXES |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0205 | Gregory | .5 | 5 | S |
| L0214 | Devon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | AS PER DAVID K |
| D0028 | Carmen | 5.0 | 55 | S |
| W0057 | Weisser | 3.0 | 30 | REQUIRED |
| ZR179 | Mend | 21.5 | 215 | REQ |
| 2B032* | Mathair | 319.0 | 3190 | 2600 EXTRA P+L + to bring to 11% |
| ZA924 | Levy Aaron | 7.8 | 78 | REQ |
| ZR165 | Abe K | 1.4 | 14 | REQ |
| ZR172 | Sey K | 1.4 | 14 | REQ |
| ZR097 | Rhoda Gaba | .4 | 4 | REQ |
| 2B143 | Ed Jelris | 11.6 | 116 | REQ |
| ZR010 | Rich Glantz | 9.8 | 98 | REQ |
| 2B348 | Sperling | 1.0 | 10 | REQ |
| ZA041 | Manu E | .6 | 6 | REQ |
| ZA210 | Manu P | .6 | 6 | REQ |
| L0124 | Noel | 38.5 | 385 | 1/2% CAP  CAP = 77 am from his list |
| E0116* | Mansa | 92.2 | 822 | 300 EXTRA P+L + to bring to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | |
| 133 | NEED 129 | | | |
| 155 | NEED 109 | 522 | | |
| 159 | NEED 61 | | | |

300 + 522 = 822

12B032 NEED 50
12B046 NEED 485
12B249 NEED 55

2600 + 590 = 3190

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115

4031

PB400P13

SCHUPT

EACH UNIT MADE 10,040

| | | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 | | | SCHUPT RETURN |
| 1C1277 | J.C IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PERS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | 45 | PER DLR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | 30 | REQUIRED |
| 12R179 | MEND | 215 | | 215 | REQ |
| 12B032 | MAY | *6728 | | 2600 | + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | 78 | REQ |
| 12R165 | ABE K | 14 | | 14 | REQ |
| 12R172 | SEY K | 14 | | 14 | REQ |
| 12R097 | RHODA G | 4 | | 4 | REQ |
| 12B143 | ED JELRIS G | 116 | | 116 | REQ |
| 12R010 | Rich G | 98 | | 98 | REQ |
| 12B348 | 2 PEARLING | 10 | | 10 | REQ |
| 12A041 | MARV E | 6 | | 6 | REQ |
| 12A210 | MARV PLOT | 6 | | 6 | REQ |
| 1L0124 | NOEL | 385 | | (1/2% of CAP) BEEN DOING 750 THEN 375 LAST YR | |
| 1E0116 * | MARJO | *1264 | | 300 + BRING ACCTS to 1% | |

Move to SPEC

WORK CAP FROM UIOT = 3.77 MM

BLM → 11%

| 1E0156 | NEED | 90 |
| 1E0116 * | NEED | 170 |
| 1E0133 | NEED | 162 |
| 1E0153 | NEED | 140 |
| 1E0159 | DID 200 |

@13%

964 + 300 = 1264

| 12B032 | NEED | 540 |
| 12B046 | NEED | 2684 |
| 12B249 | NEED | 904 |
| EXTRA → 2600 ◊ | | 4128 |

BRING TO 14%

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| ACCT # | NAME | # NEEDED | WHY | (.1446 EACH) UNITS | COMMENTS ETC... |
|---|---|---|---|---|---|
| 1O 0002 · 650 | O'HARA F.P | 21 | SCHOPT | 14.0 | |
| 1O 0013 · 147 | BERN IRA | 4ᵗʰ | sch | 3.0 | |
| 1O 0018 · 143 | J+B JOINT | 3 | sch | 2.0 | 12B5²² |
| 1PO111 · 275 | G+S JOINT | 3 | sch | 2.0 | 12R2⁸⁵ |
| (1C1094) X | EILEEN ○ | 4 | sch | 3.0 | 12R31⁰ |
| (1C1277) 27 | JODI IRA | 10 | sch | 7.0 | |
| (1B0136) 160 | JUDY | 13 | sch | 9.0 | |
| (1B0227) 264 | JUDY IRA | 8 | sch | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch | 10.0 | |
| (12B482) 116 | PAM | 4 | sch | 3.0 | |
| (12R211) 151 | EILEEN IRA ○ | 6 | sch | 4.0 | |
| 1S0008 · | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W | 10.0 | ALL CAUGHT UP TO 12/31/04 |
| 1R0186 · | ASHA | 7 | PAST PEFORMANCE ACCT N/W | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 · | RUSS | 6 | sch | 4.0 | |
| 1L0205 · | GREGORY | 5 | sch | 4.0 | |
| 1L0214 · | DEVON | 5 | sch | 4.0 | |
| 1D0020 · | D.E.F | 5 | sch | 4.0 | |
| 1L0174 · | MERRYL | 7 | sch | 5.0 | |
| 1S0431 · | MYRA | 7 | sch | 5.0 | |
| 1M0200 · 411 | RALPH | 4 | sch | 3.0 | |
| 1I0010 · 891 | JODIE + JOHN | 20 | sch | 14.0 | |
| 1C1328 · 80 | ELLIE | 6 | sch | 4.0 | |
| 1D0018 X 200 231 | MOM | 91 | sch | 63.0 | |
| 12R028 · | SARAH COHEN | * | sch | 1.0 | * ACCT CLOSED ONE TIM DEAL |
| (1R0126) 106 | RITA | 15 | sch | 10.0 | |
| 1D0070 · | CARMEN | 75 | sch | 52.0 | |
| 1D0028 · | CARMEN | 65 | sch | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 · | MENDELOW S | 215 (107.5) | REQ | 75.0 | |
| 12R180 · | MENDELOW N | 107.5 | REQ | 75.0 | |

$938?

KARY, 1K0017 ADDED  64,260 MARCH OT for 03

65,000 OPT TRD 3/05 for '04

| ACCT # | NAME | $ NEEDED | WHY? | | M/46 EACH UNIT | COMMENTS ETC... |
|---|---|---|---|---|---|---|
| 12A924° | JOEL LEVY | 78 | REQ | ✓ | 54.0 | |
| 12R165° | ABE KLEIMAN | 14 | REQ | ✓ | 10.0 | |
| 12R172° | SEYMORE KLEIMAN | 14 | REQ | ✓ | 10.0 | |
| 12R097° | RHODA GAAA | 4 | REQ | ✓ | 3.0 | |
| 12B143° | JECRIS | 116 | REQ | ✓ | 80.0 | |
| 12R010° | R. GLATZ IRA | 98 | REQ | ✓ | 68.0 | |
| 12B348° | JERRY SPERLING | 10 | REQ | ✓ | 7.0 | |
| 12A041° | MARJ ENG | 6 | REQ | ✓ | 4.0 | |
| 12A210° | MARJ PLATEIS | 6 | REQ | ✓ | 4.0 | |
| 1C0124° | NOEL LEVINE | 362 | w/c @ 12% LIST ✓ | | 250.0 | 72.4 CAP @ 1/2% |
| | | | | | | |
| 1ED165° | ENGLER GRAT | 20 | needs to be 11% ✓ | | 14.0 | GOES TO 11% |
| 1E0156° | ENGLER QTIP ✓ | 21 | | ✓ | 14.0 | 300 EXTRA @ 116 |
| 1E0116° | MARJA ✓ | 10 | (300 EXTRA PUT HERE) ✓ | | 7.0 | |
| 1E0133° | MARJA ✓ | 31 | FIXED | ✓ | 21.0 | |
| 1E0155° | ENGLER F.T ✓ | 26 | 305 + 300, 160 p+c | ✓ | 18.0 | |
| 1E0159° | MARJA IRA ✓ | 30 | | ✓ | 21.0 | |
| | | | | | | |
| FRANK ↓ | | S/B 660,000 ✓ PUT SP IN 2005 | | DID | $600,000 JAN '05 DONE | |
| 12B046° | GROSVENOR | 66,000 | | ✓ | 46.0 | |
| 12B032° | MAYFAIR | 108,000 + 1680 ASPEN P.P. F.A = 1,785,000 | | ✓ | 1235.0 | |
| 12B249° | MAYFAIR Bro | 270,000 | | ✓ | 187.0 | |
| 12B509° | ASTER | 42,000 | | ✓ | 29.0 | |
| 12B262° | STRATHAM | 26,000 | | ✓ | 18.0 | |
| 12A879° | KEN JORDAN | 20,000 | | ✓ | 14.0 | |
| 12B510° | ST JAMES | 42000 | | ✓ | 29.0 | |

690 TOT
74/20

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMMENTS |
|---|---|---|---|---|---|
| 1·00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C 1094 X | | 4 | | 3 | |
| 1C 1277 X | | 30 | | 22 | |
| 1B 0136 X | | 15 | | 11 | |
| 1B 0227 X | | 25 | | 19 | |
| 12B 480 X | | 16 | | 12 | |
| 12B 482 X | | 7 | | 5 | |
| 12R 211 X | | 10 | | 8 | |
| 1S 0028 0 low 2005 | | 10 | | 8 | |
| 1R 0186 ✓ | | 5 | | 4 | |
| 1L 0157 ✓ | | 6 | | 5 | |
| 1L 0205 ✓ | | 6 | | 5 | |
| 1L 0214 ✓ | | 4 | | 3 | |
| 1D 0020 ✓ | | 7 | | 5 | |
| 1L 0174 ✓ | | 6 | | 5 | |
| 1S 0431 ✓ | | 8 | | 6 | |
| 1M 0200 ✓ | | 14 | | 11 | |
| 1I 0010 ✓ | | 17 | | 12 | |
| 1C 1328 ✓ | | 3 | | 3 | |
| 1D 0018 ✓ | | — | | — | |
| 12R 028 X | | — | | — | |
| 1R 0126 ✓ | | 8 | | 6 | |
| 1D 0070 X | | — | | — | |
| 1D 0028 X | | — | | — | |
| 1W 0057 X | X | — | | — | |
| 12R 179 | | 108 | 30 | 78 | |
| 12R 180 | | 108 | 30 | 78 | |
| | | | | 346 | |
| | | | | TOTAL 300? | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

08-01789-cgm Doc 22595-24 Filed 11/18/22 Entered 11/18/22 17:36:45 Ex. 19 Pg 8 of 11

| ACCT | NAME | NEED | WHY? | UNITS 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 | | 78 | | 57 | |
| 12R165 | | 14 | | 11 | |
| 12R172 | | 14 | | 11 | |
| 12R097 | | 4 | | 3 | |
| 12B143 | | 116 | | 85 | |
| 12R010 | | 98 | | 72 | |
| 12B348 | | 10 | | 8 | |
| 12A011 | | 6 | | 5 | |
| 12A210 | | 6 | | 5 | |
| 1C012 | | 351 | | 256 | |
| 1E0165 | | 11 | | 8 | |
| 1E0156 | | 11 | | 8 | |
| 1E0116 | | — | | — | 300 GOES IN 2006 for 05 |
| 1E0133 | | 16 | | 12 | |
| 1E0155 | | 13 | | 10 | |
| 1E0159 | | 74 | | 54 | |
| 12B046 | | 1680 | | 1227 | |
| 12B032 | | 109 | | 80 | |
| 12B249 | | 148 | | 108 | |
| 12B509 | | 356 | | 260 | |
| 12B262 | | 180 | | 132 | |
| 12A879 | | 57 | | 42 | |
| 12B510 | | 284 | | 208 | |
| | | | | 2662 | |

MADTSS01124095
MADTSS01124093
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

| ACCT # | NAME | NEED | | V/C @ 2086 | NOTES |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOGINSKI | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPH | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | $15 | | 55 | ✓ |
| 12R180 | NANCY M | $15 | | 55 | ✓ |
| 12A924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | TECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | ~~58~~ 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARJ ENG | 6 | | 3 | ✓ |
| 12A210 | MARJ PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300 + 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

↑ Closed 6/26/07

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (3) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (3) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | FIXED (3) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (3) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (3) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (3) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (3) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (3) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (3) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (3) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (3) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (3) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (3) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (3) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER W/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER W/ Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 1ZR211 | 5.0 |
| J.B IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 1ZR179 | 75.0 |
| NANCY | 1ZR180 | 86.0 |
| MAT PEN | 1ZB249 | ~~15.0~~ 200.0 ✓ |
| MAT | 1ZB032 | 2000.0 |
| GROJ | 1ZB046 | ~~500.0~~ 400.0 |
| LEVY | 1ZA924 | 58.0 |
| ABE KLEIN | 1ZR165 | 11.0 |
| SEY KLEIN | 1ZR172 | 11.0 |
| RHODA 645A | 1ZR097 | 3.0 |
| ED | 1ZB143 | 87.0 |
| Rich | 1ZR010 | 73.0 |
| SPERLING | 1ZB348 | 8.0 |
| M ENG | 1ZA041 | 5.0 |
| M PLAT | 1ZA210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| | 1E0116 | 265.0 |
| | 1E0159 | 42.0 |
| | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131