# Exhibit 6

**Exhibit 6 – Example of a Portfolio Management Transaction – Report (PMT Report) from Microfilm**



Customer Account Name

Customer Account Number

Reported Transactions

Reported Transactions