**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. 151797 CANADA INC.; JUDITH PENCER; and SAMUEL PENCER, Defendants. | Adv. Pro. No. 10-04631 (SMB) |

**EXPERT REPORT OF**
**MATTHEW B. GREENBLATT, CPA/CFF, CFE**
**SENIOR MANAGING DIRECTOR**
**FTI CONSULTING, INC.**

**PRINCIPAL BALANCE CALCULATION**
**AS APPLIED TO**
**THE 151797 CANADA INC. DEFENDANTS**

**December 1, 2015**

**Table of Contents**

Page

I. INTRODUCTION .................................................................................................. 1

II. DESCRIPTION OF ACTIVITY IN THE 151797 CANADA INC. ACCOUNT
AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE
CALCULATION .................................................................................................... 2

    A. BLMIS Payments to the IRS and the Trustee's Settlement with the IRS ............ 3

    B. Summary of Activity in BLMIS Account 1FN068 and the Inter-Account
Transfer Into the 151797 Canada Inc. Account ...................................................... 4

    C. Description of the Inter-Account Transfer and Cash Deposit Into the 151797
Canada Inc. Account ................................................................................................ 6

    D. Description of the Cash Withdrawals and Deductions of Principal Out of the
151797 Canada Inc. Account .................................................................................... 6

III. SIGNATURE AND RIGHT TO MODIFY .................................................................. 8

IV. LIST OF EXHIBITS .................................................................................................. 9

## I. INTRODUCTION

1. As described in my Expert Report regarding the Methodology for the Principal Balance Calculation dated November 15, 2012 (the "Principal Balance Calculation Report"), FTI Consulting, Inc. ("FTI") was retained by Baker & Hostetler LLP, on behalf of the Trustee, to, among other things, reconstruct the books and records of BLMIS. I am a Senior Managing Director at FTI. Additional information regarding my professional experience and recent testimony is included in my Curriculum Vitae annexed hereto as **Exhibit 1**.

2. As part of FTI's reconstruction of the books and records of BLMIS, chronological listings of all cash and principal transactions for every BLMIS customer account were compiled. These chronological listings provided the foundation to calculate every BLMIS account holder's principal balance on a daily basis for all dates from April 1, 1981 through December 11, 2008 (the "Principal Balance Calculation").

3. The Principal Balance Calculation Report explains the methodology of the Principal Balance Calculation and describes the relevant documents and data that were maintained by BLMIS. Accordingly, this report should be read in conjunction with the Principal Balance Calculation Report.[1]

4. This report specifically applies the methodology of the Principal Balance Calculation to the BLMIS account associated with 151797 Canada Inc.; Judith Pencer; and Samuel Pencer (collectively, the "Defendants"), in the above-captioned litigation, and provides a description of the cash and principal activity in the BLMIS account impacting the Principal Balance Calculation for BLMIS Account 1FR028 (the "151797 Canada Inc. Account").

5. This report has been prepared in connection with the above-captioned litigation and is to be used only for the specific purposes of this lawsuit. It is not to be used for any other purpose without the express written consent of FTI. If called upon to testify in this matter, I intend to provide testimony regarding my analyses and conclusions consistent with this report. FTI is being compensated at a rate of $554 per hour for my professional time incurred in performing the work necessary to prepare this report. FTI's fees are not contingent on the conclusions reached in this report or the outcome of the above-captioned litigation.

---

[1] The opinions that I render in the Principal Balance Calculation Report, the documents that I considered in connection with that Report, and the accompanying Exhibits to that Report, are all incorporated by reference. All capitalized terms not defined herein shall have the meaning ascribed to them in the Principal Balance Calculation Report.

1

6.  The documents and data that I considered in connection with this report are listed in **Exhibit 2**. I reserve the right to supplement my report based on any additional documents or information received.

## II. DESCRIPTION OF ACTIVITY IN THE 151797 CANADA INC. ACCOUNT AND THE TRANSACTIONS IMPACTING THE PRINCIPAL BALANCE CALCULATION

7.  The 151797 Canada Inc. Account was maintained with BLMIS beginning in August 1997. Throughout its account history with BLMIS, the 151797 Canada Inc. Account had: (i) one cash deposit; (ii) five cash withdrawals; (iii) deductions of principal for payments made by BLMIS to the IRS on the accountholder's behalf[2]; and (iv) one inter-account transfer from BLMIS Account 1FN068 into the 151797 Canada Inc. Account.

8.  The cash deposit, withdrawals, payments made by BLMIS to the IRS on the accountholder's behalf, and the inter-account transfer into the 151797 Canada Inc. Account all impacted the Principal Balance Calculation for the 151797 Canada Inc. Account. Each of these transactions was reflected on the Customer Statements between August 1997 and November 2008.

9.  As described in the Principal Balance Calculation Report, the amount of the transfer of funds from one BLMIS account to another BLMIS account (an inter-account transfer[3]) is limited to the amount of principal available in the *transferor's* account at the time of the transfer. Only the portion of the inter-account transfers between BLMIS accounts for which the transferor had actual principal could be transferred. As such, all inter-account transfers have been analyzed and the transferee's account has been credited only up to the amount of principal available in the transferor's account on the day of the inter-account transfer.

10. Thus, in order to perform the Principal Balance Calculation for the 151797 Canada Inc. Account, BLMIS Account 1FN068 was analyzed to determine the amount of principal available in that account that could be transferred into the 151797 Canada Inc. Account.

---

[2] There were approximately 700 line items/transactions from Customer Statements representing the amounts withheld by BLMIS and paid to the IRS on behalf of 151797 Canada Inc. Account. These transactions are discussed in greater detail in this report.

[3] An inter-account transfer is defined as a non-cash transaction between BLMIS customer accounts in which no new funds entered or left BLMIS, but rather a book entry occurred at BLMIS to internally adjust the balances of those accounts. These book entries did not reflect any transfers of cash because there was no actual movement of cash. Rather, these inter-account transfers merely changed reported value in the purported "equity" maintained in the BLMIS customers' accounts. (*See* Principal Balance Calculation Report, ¶¶17, 27-28, 32-34.)

2

11.     **Exhibit 3** to this report (Summary Schedule of Cash and Principal Activity in the 151797 Canada Inc. Account) provides a summary of the activity in the BLMIS account that impacted the Principal Balance Calculation for the 151797 Canada Inc. Account.

12.     **Exhibits 4A** and **4B** to this report provide detailed schedules for the Principal Balance Calculation for BLMIS Account 1FN068 and the 151797 Canada Inc. Account, respectively.

### A.     BLMIS Payments to the IRS and the Trustee's Settlement with the IRS

13.     BLMIS made payments to the Internal Revenue Service (the "IRS") on behalf of its foreign accountholders.[4] To make the payments to the IRS, BLMIS withheld funds from foreign accountholders throughout the year. BLMIS showed the amounts withheld as reductions to the purported equity in these customers' accounts as reflected on the monthly BLMIS Customer Statements. BLMIS then subsequently made monthly payments in the aggregate amounts to the IRS for all of the amounts it withheld from these foreign accountholders.[5]

14.     Between January 1, 2003 and December 11, 2008, BLMIS made payments to the IRS on behalf of 145 foreign accountholders, including BLMIS Account 1FN068 and the 151797 Canada Inc. Account, totaling approximately $330 million.[6] The Trustee made a claim against the IRS for the return of those payments. The Trustee and the IRS reached a settlement (the "IRS Settlement") as approved by the Bankruptcy Court, returning approximately $326 million to the BLMIS estate.[7]

---

[4]  *See* Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and United States of America on Behalf of the Internal Revenue Service at Exhibit C. No. 08-1789-smb (Bankr. S.D.N.Y. Nov. 22, 2011), ECF No. 4544.

[5]  *See, e.g.,* Affidavit in Support of Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving An Agreement By and Between the Trustee and United States of America on Behalf of the Internal Revenue Service at Exhibit A. No. 08-1789-smb (Bankr. S.D.N.Y. Nov. 22, 2011), ECF No. 4545; *see also* Principal Balance Calculation Report, ¶¶17, 35-36.

[6]  *See* Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and United States of America on Behalf of the Internal Revenue Service at ¶9, No. 08-1789- smb (Bankr. S.D.N.Y. Nov. 22, 2011), ECF No. 4544.

[7]  *See* Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and The United States of America on Behalf of the Internal Revenue Service at ¶G, No. 08-1789-smb (Bankr. S.D.N.Y. Dec. 21, 2011), ECF No. 4602.

15. Under the Principal Balance Calculation, the withdrawal of cash from a BLMIS customer account is treated as a decrease to the principal balance of that account. Generally, payments made by BLMIS on behalf of customers, such as those to the IRS, are categorized as cash withdrawals, and accordingly, as reductions to the principal balance of that particular BLMIS customer account in the Principal Balance Calculation.

16. Under the terms of the IRS Settlement, and at the direction of Trustee's counsel, the amounts paid by BLMIS to the IRS on behalf of the foreign accountholders between January 1, 2003 and December 11, 2008 are not treated as cash withdrawals for purposes of the Principal Balance Calculation because those amounts have been returned to the BLMIS estate.[8] Instead, these payments are excluded from the Principal Balance Calculation, and therefore no longer impact the determination of the ending principal balance for the affected BLMIS customer accounts. The amounts paid by BLMIS relating to foreign tax withholding prior to January 1, 2003, however, are treated as cash withdrawals for those individual accounts in the Principal Balance Calculation because such amounts were not returned to the BLMIS estate by the IRS.

**B.    Summary of Activity in BLMIS Account 1FN068 and the Inter-Account Transfer Into the 151797 Canada Inc. Account**

17. On December 6, 1994, BLMIS Account 1FN068 was opened with a deposit via wire in the amount of $1,000,000, all representing principal.

18. Subsequent to this initial deposit, there were four additional cash deposits via check and wires into BLMIS Account 1FN068 in the aggregate amount of $2,400,000, all representing principal.

19. These five cash deposits provided BLMIS Account 1FN068 with a total of $3,400,000 of principal.

20. Between December 6, 1994 and December 11, 2008, BLMIS Account 1FN068 reflected a total of 12 cash withdrawals totaling $2,150,000 – an amount which included both principal ***and*** fictitious profits.

21. Additionally, between December 6, 1994 and December 11, 2008, BLMIS withheld over 1,000 individual amounts for purported tax obligations totaling $65,049 and paid

---

[8] *See* Trustee's Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Between the Trustee and United States of America on Behalf of the Internal Revenue Service at ¶21, No. 08-1789- smb (Bankr. S.D.N.Y. Nov. 22, 2011), ECF No. 4544.

4

these amounts to the IRS on behalf of BLMIS Account 1FN068, of which a total of $40,384 was paid by BLMIS to the IRS on behalf of the accountholder during the period between January 1, 2003 and December 11, 2008.

22. As described in greater detail above, I have been instructed by Trustee's counsel that the amounts withheld by BLMIS and paid to the IRS between January 1, 2003 and December 11, 2008 for all 145 foreign accountholders should be excluded from the Principal Balance Calculation (*i.e.*, not reflected as a deduction to each account's principal balance as a cash withdrawal has been treated). Accordingly, for purposes of the Principal Balance Calculation for BLMIS Account 1FN068, the following assumptions have been made with respect to the payments made by BLMIS to the IRS on behalf of the accountholder:

- The amounts paid by BLMIS to the IRS prior to January 1, 2003 totaling $24,665 have been treated in the same manner as cash withdrawals for the purpose of the Principal Balance Calculation because those amounts were paid prior to the time period covered by the IRS Settlement; and

- The amounts paid by BLMIS to the IRS between January 1, 2003 and December 11, 2008 totaling $40,384 have been excluded from the Principal Balance Calculation and are not reflected as a deduction to the account's principal balance because those payments were within the time period of the IRS Settlement, to be consistent with the treatment for all of the other accounts in which the BLMIS estate has recovered the amount from the IRS.

23. Therefore, the total amount of withdrawals from BLMIS Account 1FN068 was $2,174,665. This includes the 12 individual cash withdrawals totaling $2,150,000 and the tax withholding payments made by BLMIS on the accountholder's behalf prior to January 1, 2003 totaling $24,665, which were not refunded to BLMIS pursuant to the IRS Settlement.

24. On August 6, 1997, there was one inter-account transfer from BLMIS Account 1FN068 into the 151797 Canada Inc. Account in the amount of $2,576,679, as reflected on the Customer Statements. As of the date of this inter-account transfer, BLMIS Account 1FN068 had sufficient principal to transfer the full amount into the 151797 Canada Inc. Account. Therefore, $2,576,679 was credited as principal into the 151797 Canada Inc. Account. (*See* **Exhibit 4A** for the Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1FN068; *see*

5

*also* **Exhibit 4B** for the Detailed Schedule for the Principal Balance Calculation for the 151797 Canada Inc. Account.)

**C.    Description of the Inter-Account Transfer and Cash Deposit Into the 151797 Canada Inc. Account**

25.    On August 6, 1997, the 151797 Canada Inc. Account was opened with an inter-account transfer from BLMIS Account 1FN068 in the amount of $2,576,679, as reflected on the Customer Statements. As discussed above, BLMIS Account 1FN068 had sufficient principal to transfer the full amount into the 151797 Canada Inc. Account. Therefore, $2,576,679 was credited as principal into the 151797 Canada Inc. Account. (*See* **Exhibits 4A** and **4B**.)

26.    Subsequent to this initial inter-account transfer, there was one cash deposit via wire in the amount of $3,600,000, all representing principal.

27.    In sum, this one inter-account transfer and one cash deposit provided the 151797 Canada Inc. Account with a total of $6,176,679 of principal. (*See* **Exhibit 3**.)

**D.    Description of the Cash Withdrawals and Deductions of Principal Out of the 151797 Canada Inc. Account**

28.    Between August 6, 1997 and December 11, 2008, the 151797 Canada Inc. Account reflected a total of five cash withdrawals totaling $9,000,000 – an amount which included both principal ***and*** fictitious profits.

29.    Additionally, between August 6, 1997 and December 11, 2008, BLMIS withheld approximately 700 individual amounts for purported tax obligations totaling $103,011 and paid these amounts to the IRS on behalf of the 151797 Canada Inc. Account, of which a total of $73,145 was paid by BLMIS to the IRS on behalf of the accountholder during the period between January 1, 2003 and December 11, 2008.

30.    As described in greater detail above, I have been instructed by Trustee's counsel that the amounts withheld by BLMIS and paid to the IRS between January 1, 2003 and December 11, 2008 for all 145 foreign accountholders should be excluded from the Principal Balance Calculation (*i.e.*, not reflected as a deduction to each account's principal balance as a cash withdrawal has been treated). Accordingly, for purposes of the Principal Balance Calculation for the 151797 Canada Inc. Account, the following assumptions have been made with respect to the payments made by BLMIS to the IRS on behalf of the accountholder:

6

- The amounts paid by BLMIS to the IRS prior to January 1, 2003 totaling $29,866 have been treated in the same manner as cash withdrawals for the purpose of the Principal Balance Calculation because those amounts were paid prior to the time period covered by the IRS Settlement; and

- The amounts paid by BLMIS to the IRS between January 1, 2003 and December 11, 2008 totaling $73,145 have been excluded from the Principal Balance Calculation and are not reflected as a deduction to the account's principal balance because those payments were within the time period of the IRS Settlement, to be consistent with the treatment for all of the other accounts in which the BLMIS estate has recovered the amount from the IRS.

31.  Therefore, the total amount of withdrawals from the 151797 Canada Inc. Account was $9,029,866. This includes the five individual cash withdrawals totaling $9,000,000 and the tax withholding payments made by BLMIS on the accountholder's behalf prior to January 1, 2003 totaling $29,866, which were not refunded to BLMIS pursuant to the IRS Settlement.

32.  The Principal Balance Calculation for the 151797 Canada Inc. Account demonstrates that between August 6, 1997 and December 11, 2008, $9,029,866 was withdrawn from BLMIS ($9,000,000 withdrawn in cash and $29,866 withheld by BLMIS and paid to the IRS prior to January 1, 2003), which consisted of $6,176,679 of principal and an additional $2,853,187 of funds withdrawn in excess of principal, representing fictitious profits. Within the two-year period prior to December 11, 2008, 2,000,000 of fictitious profits was withdrawn from the 151797 Canada Inc. Account. (*See* **Exhibit 4B**.)

### III. SIGNATURE AND RIGHT TO MODIFY

33. This report and the exhibits contained herein present my findings and the bases thereof. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary.

Respectfully submitted,

_____

Matthew B. Greenblatt, CPA/CFF, CFE
Senior Managing Director
FTI Consulting, Inc.

Dated: December 1, 2015

## IV. LIST OF EXHIBITS

**Exhibit 1** – Curriculum Vitae and Testimony of Matthew B. Greenblatt

**Exhibit 2** – Documents Considered

**Exhibit 3** – Summary Schedule of Cash and Principal Activity in the 151797 Canada Inc. Account

**Exhibit 4A** – Detailed Schedule for the Principal Balance Calculation for BLMIS Account 1FN068

**Exhibit 4B** – Detailed Schedule for the Principal Balance Calculation for the 151797 Canada Inc. Account