# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the 151797 Canada Inc. Account

|  | 1FN068 | 151797 Canada Inc. Account<br>1FR028 |
|---|---:|---:|
| **INFLOWS** | | |
| Cash Deposits | $3,400,000 | $3,600,000 |
| Transfers of Principal (In) | 0 | 2,576,679 |
| **Principal Available** | **$3,400,000** | **$6,176,679** |
| **OUTFLOWS** | | |
| Cash Withdrawals | ($2,174,665) | ($9,029,866) |
| Transfers of Principal (Out) | (2,576,679) | 0 |
| **Total Outflows** | **($4,751,344)** | **($9,029,866)** |
| Total | ($1,351,344) | ($2,853,187) |