**Hearing Date: April 19, 2023 at 10:00 a.m. (prevailing Eastern Time)**
**Response Deadline: February 3, 2023 (prevailing Eastern Time)**
**Reply Deadline: March 10, 2023 (prevailing Eastern Time)**

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
John J. Kuster
Martin B. Jackson
Andrew P. Propps
Danica L. Brown

*Counsel for Defendant KBC Investments Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LIMITED,<br><br>　　　　　Defendant. | Adv. Pro. No. 11-02761 (CGM) |

**NOTICE OF KBC INVESTMENTS LIMITED'S**
**MOTION TO DISMISS THE TRUSTEE'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of KBC Investments Limited's ("KBC Investments") Motion to Dismiss the Trustee's Amended Complaint (the "Memorandum of Law")[1] and the accompanying Declaration of Jatin Tosar in Support, KBC Investments, by and through its undersigned counsel, shall move for an Order to Dismiss the Adversary Proceeding, before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in accordance with the Court's schedule, **on April 19, 2023 at 10:00 am (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on April 18, 2023**. After the deadline for parties to make electronic appearances passes, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing. Requests to receive a Zoom link will not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that all responses or objections, if any, to the Motion shall be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the

---

[1] All capitalized terms used herein but not defined shall have the meanings ascribed to them in the Memorandum of Law.

2

specific grounds thereof, shall be (i) filed electronically with the Bankruptcy Court on the Bankruptcy Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov), and a hard copy of such response or objection to be (i) sent to the Chambers of the Honorable Cecelia G. Morris and (ii) served upon counsel to KBC Investments, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, Attn: John J. Kuster (jkuster@sidley.com), Martin B. Jackson (mjackson@sidley.com), Andrew P. Propps (apropps@sidley.com), and Danica Brown (dbrown@sidley.com), so as to be received no later than **February 3, 2023**. The deadline for KBC Investments to reply is **March 10, 2023.**

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 18, 2022<br>New York, New York | SIDLEY AUSTIN LLP<br><br>*/s/ John J. Kuster*<br>John J. Kuster<br>Martin B. Jackson<br>Andrew P. Propps<br>Danica L. Brown<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br>jkuster@sidley.com<br>mjackson@sidley.com<br>apropps@sidley.com<br>dbrown@sidley.com<br><br>*Counsel for Defendant KBC Investments Limited* |