# **EXHIBIT 4**

| | |
|---|---|
| **From:** | Cristina Guerrero <cristina@fixam.ch> |
| **Sent:** | Wednesday, February 13, 2008 5:38 PM |
| **To:** | bernice.vaz@customhousegroup.com; david.hammond@customhousegroup.com; david.kenny@customhousegroup.com; edel.everitt@customhousegroup.com; francisco.torcellan@customhousegroup.com; katarzyna.gnap@customhousegroup.com; KBC orders (E-mail) <fd-orders@kbcfp.com>; Mark Williams (E-mail) <Mark.Williams@kbcfp.com>; Richard Sehayek (E-mail) <Richard.Sehayek@kbcfp.com>; trades@fix-am.com |
| **Subject:** | FAIRFAX KBC HARLEY RED |
| **Attach:** | FAIRFAX KBC HARLEY RED.xls; KBC_Ordersheet_template_FAIRFAX-OXFORD 02.08.xls |

THE SIGNED TICKET WILL FOLLOW.

**TRADE TICKET**

E-mail to: jatin.tosar@kbcfp.com
Fax # 44 207 979 6638
Attn: Jatin Tosar

ORDER CONFIRMATION COPY
*(This is a copy of the order given by electronic form and already executed. This copy serves solely for confirmation and record keeping purposes)*

49174 Feb. 2008
2/12/2008 19:21

NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION
DATE: 12-Feb-2008

**Trades:**

| | | | INSTRUCTIONS | | | | | | INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Redemption Conditions: Notice/ Frequency (*) | | |
| | | | | | | | | Lock-up - Redemption Fees | | |
| Full Legal Name of Fund | Class / Series of Shares | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee | Other Fees | Side Letter | Administrator Manager |
| HARLEY INTERNATIONAL FUND | CLASS C | Redemption | | USD | 110,000,000 | 01-Feb-2008 | No | 30cD, Monthly | No | Contact : Kelly Ashe |

No Lockup, No Red. Fees

Company : Fortis Prime Fund Solutions (IOM) Limited

Phone : 44(0)1624688300

Contact : Anthony LM Inder Rieden

Payment In Kind : NO

Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited

**FAM CODE:18/138**

THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER

Phone : 345 914 7968

**FOR KBC**
PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE :                              DATE :

PRINT NAME :

**FOR KBC**
PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

ACCEPTED ☐
REJECTED ☐
MODIFIED ☐

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER). TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELLOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE:                              DATE:

PRINT NAME:

Approved _____
Authorized signatory

(*) This information is ONLY required for funds which are not currently being held by KBC, or one of its affiliates on your behalf.

**KBC**

## Order Template

| Trade Date | Account | Fund Name | Action | Category | No of Shares | Amount | Total Position-Y/N | Currency | NAV Date | Custodian | Comments | Terms outside of standard Offering Memorandum / Supporting documentation supplied (to be approved by KBC FP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Only Use One Column | | | | | | | | |
| 13-Feb-2008 | Fairfax | HARLEY INTERNATIONAL FUND CLASS C | Redemption | New Trade | | 110,000,000.00 | | USD | 01-Feb-2008 | Citco Dublin | OM TERMS | 30cD, Monthly<br>No Lockup, No Red. Fees<br>PAYMENT IN KIND : NO<br>THE CUSTODIAN MUST CONFIRM THE REDEMPTION PENALTY WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS AND THE VALUE DATE SPECIFIED IN THIS ORDER |

We have arranged with one or more issuers of the shares identified above to receive from them agreements which provide certain preferential liquidity, fee or other terms relating to such shares. We understand and agree that until we are able to obtain similar arrangements for your benefit which, in your sole and absolute discretion, provides such preferential terms to the shares you hold as a hedge for your transaction with us, such shares will not be regarded by you as having such preferential terms when included in the Reference Basket underlying our transaction with you. We understand that KBC cannot guarantee the performance by the relevant party of any side letter or other bilateral arrangement relating to any of the shares identified above and we agree not to hold KBC responsible for any failure by the relevant party to adhere to the terms thereof. We further understand that KBC will use its reasonable efforts to receive the benefits of any such arrangement but will not be responsible for enforcing any of its terms unless indemnified by us for any expenses it may incur in connection with such enforcement.

Date :

Signed : _____   _____