# **EXHIBIT 5**

**From:** cristina@fixam.ch
**Sent:** Tuesday, February 19, 2008 2:07:32 PM
**Subject:** RE: FAIRFAX KBC HARLEY RED SIGNED TICKET

**Attachments:** FAIRFAX KBC HARLEY RED.pdf

AVOID DUPLICATION.

---

**From:** Cristina Guerrero
**Sent:** 13 February 2008 18:38
**To:** bernice.vaz@customhousegroup.com; David Hammond (david.hammond@customhousegroup.com); David Kenny (david.kenny@customhousegroup.com); Edel Everitt (edel.everitt@customhousegroup.com); Francisco Torcellan (francisco.torcellan@customhousegroup.com); Katarzyna Gnap (katarzyna.gnap@customhousegroup.com); KBC orders (E-mail); Mark Williams (E-mail); Richard Sehayek (E-mail); TRADES (trades@fix-am.com)
**Subject:** FAIRFAX KBC HARLEY RED

THE SIGNED TICKET WILL FOLLOW.



TRADE TICKET
48174 Feb. 2008
12/02/2008 19:21

ORDER CONFIRMATION COPY

NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION
DATE: 12-Feb-2008

### INSTRUCTIONS

| Trade: | Full name of Fund | Class / Series of Fund | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee |
|---|---|---|---|---|---|---|---|---|
| | HARLEY INTERNATIONAL FUND | CLASS C | Redemption | | USD | 110,000,000 | 01-Feb-2008 | No |

### INFORMATION

Redemption Conditions, Notice / Frequency [*]
Lock-up / Redemption Type: 30cD, Monthly    Side Letter: No

No Lockup, No Red. Fees    Company : Fortis Prime Fund Solutions (IOM) Limited
                          Phone : 44(0)1624493300

                          Contact : Anthony LM inder Rieden
FAX CODE:16/139           Phone : 345 914 7943
                          Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited

Payment in Kind : NO

THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER

Contact : Kelly Aiello

FOR KBC:
PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

ACCEPTED ☐
REJECTED ☐
MODIFIED ☐

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER), TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE:
PRINT NAME:
DATE:

FOR KBC:
PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE:
PRINT NAME:                    DATE :

Approved
Authorized signatory

ORDER CONFIRMATION COPY
(This is a copy of the order given by electronic form and already executed.
This copy serves solely for confirmation and record keeping purposes)

TRADE TICKET
49174 Feb. 2008
12/02/2008 19:21

E-mail to: john.tsrar@kbcfp.com
Fax # 44 207 972 0534
Attn: John Tesar

NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION
DATE: 12-Feb-2008

## Trades:

### INSTRUCTIONS

| Full Legal Name of Fund | Class / Series of Shares | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee |
|---|---|---|---|---|---|---|---|
| HARLEY INTERNATIONAL FUND | CLASS C | Redemption | | USD | 110,000,000 | 01-Feb-2008 | No |

### INFORMATION

| Redemption Conditions, Notice/ Frequency (*) | Other Fees | Side Letter | Administrator Manager |
|---|---|---|---|
| 30cD, Monthly | No | No | Contact : Kelly Ashe |
| Lock-Up - Redemption Fees | | | Company : Fortis Prime Fund Solutions (IOM) Limited |
| No Lockup, No Red. Fees | | | Phone : 44(0)1624688300 |
| | | | Contact : Anthony LM Inder Rieden |
| | | | Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited |
| | | | Phone : 345 914 7968 |

Payment In Kind : NO

THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER

FOR KBC
PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

☐ ACCEPTED
☐ REJECTED
☐ MODIFIED

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER), TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELLOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE:                                 DATE:

PRINT NAME:

ISIN CODE:18/138

FOR KBC
PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE :                                DATE :

PRINT NAME :

Approved _____

Authorized signatory _____

(*) This information is ONLY required for funds which are not currently being held by KBC, or one of its affiliates on your behalf.