# **EXHIBIT 6**

From: cfnet@citco.com
Sent: Tuesday, February 19, 2008 7:12:00 PM
Subject: Account: ▮▮▮▮ - Trade Notification Ref: 1192586 (Email Ref:708753)

08-01789-cgm    Doc 22600-6    Filed 11/18/22    Entered 11/18/22 21:17:55    Exhibit 6
Pg 2 of 3

## CitcoFundsNet Trade Notification

**Account #:** ▮▮▮▮
**Account Name:** KBC INVESTMENTS LTD A/C FAIRFAX
**Fund Name:** Harley International (Cayman) Ltd. Class C
**Client Identifier:** CITCO BANK: ▮▮▮▮
**ISIN #:** KYG439621106
**Citco Fund:** ▮▮▮▮
**Trade Type:** Redemption
**Currency:** USD - US Dollar
**Amount:** 110,000,000.00 One hundred and ten million
**Order Date & Time:** 19/02/08 19:08:55 GMT
**Input User:** Mehdi Ben-Mustapha
**Client Reference #:**
**CFN Reference #:** 1192586
**Trade No:** 1405568
**Client Notes to Fund:** Please redeem USD 110,000,000 with trade date 01-Feb-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind
**Client Notes to Citco:** Please redeem USD 110,000,000 with trade date 01-Feb-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind

This e-mail message, and any enclosures, is intended only for the persons
to whom it is addressed and may contain confidential information
Any use, distribution, modification, copying or disclosure by any other person
is strictly prohibited.
If you receive this message in error, please notify the sender by return e-mail
and delete this message from your computer.
Citco disclaims all responsibility from, and accepts no liability whatsoever,
for the consequences of any unauthorized person acting, or refraining from
acting, on any information contained in this message.

Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.