# **EXHIBIT 7**

## REDEMPTION NOTE

Citco Global Custody NV KBC 19016E
c/o Citco Data Processing Services Ltd
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland

REGISTERED HOLDER(S)
Citco Global Custody NV KBC 19016E

REGISTERED ADDRESS
Telestone 8
Teleport
Naritaweg 165
1043BW
Amsterdam
Netherlands

Attention: Trade Confirm Desk
Fax: 00 353 21 491 0331
E Mail: e=tradeconfirm@citco.com

Holder Number: ▮
Country of Residence: Netherlands

### Harley International (Cayman) Ltd
### Harley International (Cayman) Limited - Class C

| | | | | |
|---|---|---|---|---|
| Dealing Date: | 01-Feb-2008 | Investor shares redeemed: | | 24,714.380 |
| NAV Date: | 31-Jan-2008 | Bid NAV/Price per Investor sha | USD | 4,450.850 |
| Redemption Number: | 5674410 | Redemption Amount: | USD | 110,000,000.00 |
| Holder Number: | ▮ | | | |
| Account Number: | ▮ | | | |
| Citco Global Custody NV KBC 19016E | | | | |
| Reference: 199993-11460-R000055 | | | | |

In accordance with your instructions the Administrator confirms having REDEEMED these Investor shares in Harley International (Cayman) Limited - Class C. The above price may be subject to change. In the unlikely event of any change in the price a revised Redemption Note will be issued.

NEW BALANCE: Your new balance following this transaction will be 28,990.790 Investor shares.

Issued by Fortis Prime Fund Solutions (Isle of Man) Limited as Administrator
PO BOX 156, 18-20 North Quay
Douglas
Isle of Man
IM99 1NR

Fund Domicile:    BVI

CUSIP num.:    G43962 11 0

FAX:    +44 1624 688334
E-MAIL:    shs@im.fortis.com

