# EXHIBIT 8

| | |
|---|---|
| **From:** | Elina Barbini [fam4@fix-am.com] |
| **Sent:** | Thursday, March 20, 2008 12:24:09 PM |
| **Subject:** | FAIRFAX KBC HARLEY RED |

**Attachments:**    KBC_Ordersheet_template_FAIRFAX-OXFORD 03 08.xls; FAIRFAX KBC HARLEY RED.xls

THE SIGNED TICKET WILL FOLLOW.

Kind Regards,

Elina Barbini

Fix Financial Advisors S.A.

38, P. Ioakeim Str.

10675 Kolonaki

Athens, Greece

Tel: +30 210 7255275

Fax: +30 210 7222670

Email: fam4@fix-am.com
http://www.fixassetmanagement.com

---------------------------------------------------------------------------------------------------------------------------------

DISCLAIMER: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you are not the intended recipient (or have received this message in error), please notify the sender immediately and delete this message, together with any copies, from your system. Any unauthorized copying, disclosure or distribution of the material in this message is strictly forbidden.  E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. Please note we do not accept responsibility for viruses received from this organisation. It is therefore recommended that all mail attachments are scanned for viruses.

ORDER CONFIRMATION COPY

**TRADE TICKET**

52644 Mar. 2008

20/03/2008 13:10:18

E-mail to: jatin.tosar@kbcfp.com

Fax # 44 207 979 6638

Attn: Jatin Tosar

**NAME OF KBC CLIENT:FAIRFAX FUND - KBC OPTION**

**DATE:  20-Mar-2008**

**Trades:**

| | INSTRUCTIONS | | | | | | INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Redemption Conditions: Notice/ Frequency (*) | | | |
| | | | | | | | Lock-up - Redemption Fees | | | |
| Full Legal Name of Fund | Class / Series of Shares | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee | Other Fees | Side Letter | Administrator Manager |
| HARLEY INTRL | CL C CAYMAN | Redemption | | USD | 6,000,000 | 01-Apr-2008 | No | 30cD, Monthly | No | Contact : Kelly Ashe |
| | | | | | | | | No Lockup, No Red. Fees | | Company : Fortis Prime Fund Solutions (IOM) Limited |
| | | | | | | | | | | Phone : 44(0)1624688300 |
| | | | | | | | | | | Contact : Anthony LM Inder Rieden |
| | | | | | | | | Payment In Kind : NO | | Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited |
| FAM CODE:18/138 | | | | | | | | THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER | | Phone : 345 914 7968 |

**FOR KBC**

PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE :                          DATE :

PRINT NAME :

**FOR KBC**

PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT
DATE THAT THIS ORDER HAS BEEN

| | |
|---|---|
| ACCEPTED | |
| REJECTED | |
| MODIFIED | |

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER).
TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET
SIGNED BELLOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE
MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE:                          DATE:

PRINT NAME:

Approved_____
Authorized signatory

(*) This information is ONLY required for funds which are not currently being held by KBC, or one of its affiliates on your behalf.

## Order Template

| Trade Date | Account | Fund Name | Action | Category | No of Shares | Amount | Total Position Y/N | Currency | NAV Date | Custodian | Comments | Terms outside of standard Offering Memorandum Supporting documentation supplied (to be approved by KBC FP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Only Use One Column | | | | | | | |
| 20-Mar-2008 | Fairfax | HARLEY INTRL CL C CAYMAN | Redemption | New Trade | | 6,000,000.00 | | USD | 01-Apr-2008 | Citco Dublin | OM TERMS | 30cD, Monthly No Lockup, No Red. Fees PAYMENT IN KIND : NO THE CUSTODIAN MUST CONFIRM THE REDEMPTION PENALTY WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS AND THE VALUE DATE SPECIFIED IN THIS ORDER |

We have arranged with one or more issuers of the shares identified above to receive from them agreements which provide certain preferential liquidity, fee or other terms relating to such shares. We understand and agree that until we are able to obtain similar arrangements for your benefit which, in your sole and absolute discretion, provides such preferential terms to the shares you hold as a hedge for your transaction with us, such shares will not be regarded by you as having such preferential terms when included in the Reference Basket underlying our transaction with you. We understand that KBC cannot guarantee the performance by the relevant party of any side letter or other bilateral arrangement relating to any of the shares identified above and we agree not to hold KBC responsible for any failure by the relevant party to adhere to the terms thereof. We further understand that KBC will use its reasonable efforts to receive the benefits of any such arrangement but will not be responsible for enforcing any of its terms unless indemnified by us for any expenses it may incur in connection with such enforcement.

Date :

Signed : _____    _____