# **EXHIBIT 9**

| | |
|---|---|
| **From:** | Silver, Richard <Richard.Silver@kbcfp.com> |
| **Sent:** | Thursday, March 20, 2008 3:48 PM |
| **To:** | Elina Barbini <fam4@fix-am.com>; cristina@fixam.ch; bernice.vaz@customhousegroup.com; david.hammond@customhousegroup.com; david.kenny@customhousegroup.com; edel.everitt@customhousegroup.com; francisco.torcellan@customhousegroup.com; katarzyna.gnap@customhousegroup.com; fd-orders (London) <fd-orders@kbcfp.com>; Williams, Mark <Mark.Williams@kbcfp.com>; Sehayek, Richard <Richard.Sehayek@kbcfp.com>; Trades <trades@fix-am.com> |
| **Subject:** | RE: FAIRFAX KBC HARLEY RED |
| **Attach:** | Account_ ▓▓▓▓ - Trade Notification Ref_ 1203760 (Email Ref_736516) .msg |

Order placed as attached

At your instruction, we have begun to process the subscription and redemption orders reflected in the attached document. If you believe any such orders are incorrect, please **contact us immediately** so that we may stop processing any incorrect orders. If we do not hear from you within 24 hours, we will be unable to reverse any of these orders, and as a result (a) we will consider these instructions confirmed, and (b) we will not be responsible for any losses suffered as a result of the execution of such orders.

**Richard Silver**
Fund Derivatives

KBC Financial Products
111 Old Broad Street, London EC2N 1FP, England

Tel    +44 (0) 20 7614 6478
Fax:   +44 (0) 20 7979 6478

---

**From:** Elina Barbini [mailto:fam4@fix-am.com]
**Sent:** 20 March 2008 12:24
**To:** cristina@fixam.ch; bernice.vaz@customhousegroup.com; david.hammond@customhousegroup.com; david.kenny@customhousegroup.com; edel.everitt@customhousegroup.com; francisco.torcellan@customhousegroup.com; katarzyna.gnap@customhousegroup.com; fd-orders (London); Williams, Mark; Sehayek, Richard; Trades
**Subject:** FAIRFAX KBC HARLEY RED

THE SIGNED TICKET WILL FOLLOW.


Kind Regards,

Elina Barbini
Fix Financial Advisors S.A.
38, P. Ioakeim Str.
10675 Kolonaki
Athens, Greece
Tel: +30 210 7255275
Fax: +30 210 7222670
Email: fam4@fix-am.com
http://www.fixassetmanagement.com

--------------------------------------------------------------------------------------------------------------------------------------------------
DISCLAIMER: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you are not the intended recipient (or have received this message in error), please notify the sender immediately and delete this message, together with any copies, from your system. Any unauthorized copying, disclosure or distribution of the material in this message is strictly forbidden. E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. Please note we do not accept responsibility

for viruses received from this organisation. It is therefore recommended that all mail attachments are scanned for viruses.

| | |
|---|---|
| **From:** | cfnet@citco.com |
| **Sent:** | Thursday, March 20, 2008 2:27:55 PM |
| **To:** | Silver, Richard; HF Investments (London) |
| **Subject:** | Account: ▓▓▓▓ - Trade Notification Ref: 1203760 (Email Ref:736516) |

## CitcoFundsNet Trade Notification

**Account #:** ▓▓▓▓
**Account Name:** KBC INVESTMENTS LTD A/C FAIRFAX
**Fund Name:** Harley International (Cayman) Ltd. Class C
**Client Identifier:**    CDS ID: ▓▓▓▓
**ISIN #:**    KYG439621106
**Citco Fund:** ▓▓▓▓
**Trade Type:** Redemption
**Currency:**    USD - US Dollar
**Amount:**  6,000,000.00 Six million
**Order Date & Time:**    20/03/08 14:25:26 GMT
**Input User:**  Richard Silver
**Client Reference #:**
**CFN Reference #:**  1203760
**Trade No:**   1439650
**Client Notes to Fund:** Please redeem USD 6m with trade date 01-Apr-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind.
**Client Notes to Citco:** Please redeem USD 6m with trade date 01-Apr-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind.

---

This e-mail message, and any enclosures, is intended only for the persons
to whom it is addressed and may contain confidential information.
Any use, distribution, modification, copying or disclosure by any other person
is strictly prohibited.
If you receive this message in error, please notify the sender by return e-mail
and delete this message from your computer.
Citco disclaims all responsibility from, and accepts no liability whatsoever,
for the consequences of any unauthorized person acting, or refraining from
acting, on any information contained in this message.

Disclaimer link. To see it, click the link below, or copy and
paste it into your browser's address line.

http://www.citco.com/emaildisclaimer.htm