# **EXHIBIT 10**

# RE: FAIRFAX KBC HARLEY RED SIGNED TICKET

| | |
|---|---|
| **From:** | Cristina Guerrero <cristina@fixam.ch> |
| **To:** | Elina Barbini <fam4@fix-am.com>; bernice.vaz@customhousegroup.com; david.hammond@customhousegroup.com; david.kenny@customhousegroup.com; edel.everitt@customhousegroup.com; francisco.torcellan@customhousegroup.com; katarzyna.gnap@customhousegroup.com; KBC orders (E-mail) <fd-orders@kbcfp.com>; Mark Williams (E-mail) <mark.williams@kbcfp.com>; Richard Sehayek (E-mail) <richard.sehayek@kbcfp.com>; Trades <trades@fix-am.com> |
| **Date:** | Wed, 02 Apr 2008 09:48:34 +0000 |
| **Attachments:** | FAIRFAX KBC HARLEY RED.pdf (414.27 kB) |

AVOID DUPLICATION.

Cristina Guerrero
Fix Asset Management SA
Rue de la Croix-d'Or 7
1204 Geneva
Switzerland
Phone : +41 22 317 8866
Fax : +41 22 810 2234

DISCLAIMER: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you are not the intended recipient (or have received this message in error), please notify the sender immediately and delete this message, together with any copies, from your system. Any unauthorized copying, disclosure or distribution of the material in this message is strictly forbidden.  E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. Please note we do not accept responsibility for viruses received from this organisation. It is therefore recommended that all mail attachments are scanned for viruses.

---

**From:** Elina Barbini
**Sent:** 20 March 2008 13:24
**To:** Cristina Guerrero; 'bernice.vaz@customhousegroup.com'; 'David Hammond (david.hammond@customhousegroup.com)'; 'David Kenny (david.kenny@customhousegroup.com)'; 'Edel Everitt (edel.everitt@customhousegroup.com)'; 'Francisco Torcellan (francisco.torcellan@customhousegroup.com)'; 'Katarzyna Gnap (katarzyna.gnap@customhousegroup.com)'; 'KBC orders (E-mail)'; 'Mark Williams (E-mail)'; 'Richard Sehayek (E-mail)'; Trades
**Subject:** FAIRFAX KBC HARLEY RED

THE SIGNED TICKET WILL FOLLOW.


Kind Regards,

Elina Barbini
Fix Financial Advisors S.A.
38, P. Ioakeim Str.
10675 Kolonaki
Athens, Greece
Tel: +30 210 7255275
Fax: +30 210 7222670
Email: fam4@fix-am.com
http://www.fixassetmanagement.com

---
DISCLAIMER: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may

contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you are not the intended recipient (or have received this message in error), please notify the sender immediately and delete this message, together with any copies, from your system. Any unauthorized copying, disclosure or distribution of the material in this message is strictly forbidden.  E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. Please note we do not accept responsibility for viruses received from this organisation. It is therefore recommended that all mail attachments are scanned for viruses.

08-01789-cgm Doc 22600-10 Filed 11/18/22 Entered 11/18/22 21:17:55 Exhibit 10 Pg 4 of 5

# TRADE TICKET

**ORDER CONFIRMATION COPY**

**NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION**
**DATE: 20-Mar-2008**

## INSTRUCTIONS

| Fund | Sub/Red | Class/Series of Shares | Subscription/Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee |
|---|---|---|---|---|---|---|---|---|
| HARLEY INTRL | | Cl. C CAYMAN | Redemption | | USD | 5,000,000 | 01-Apr-2008 | No |

## INFORMATION

| Redemption Conditions Notice/Frequency Lock-up, Redemption Fee | Other Fees | Side Letter | Administrator |
|---|---|---|---|
| 30cD, Monthly | No Lockup, No Red. Fees | No | |

**Company:** Fortis Prime Fund Solutions (ISDA) Limited
**Phone:** 44(0)1812468336
**Contact:** Anthony LM Inder Rieden

**Company:** Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited
**Phone:** 345 914 7960
**Contact:** Kelly Ashe

Payment In Kind: NO

FAM CODE-18/03

### FOR KBC
PLEASE CONFIRM WITHIN 2 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

ACCEPTED / REJECTED / MODIFIED

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER, TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELOW). IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE:
PRINT NAME:
DATE:

### FOR KBC
THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER.

SIGNATURE:
PRINT NAME:
DATE:

PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER



Approved Authorized signatory

TRADE TICKET
52644 Mar. 2008
20/03/2008 13:10:18

ORDER CONFIRMATION COPY
(This is a copy of the order given by electronic form and already executed.
This copy serves solely for confirmation and record keeping purposes)

E-mail to: jelb.issa@kbcfp.com
Fax # 44 207 979 6658
Attn: Jalin Tsaur

NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION
DATE:  20-Mar-2008

Trades:

## INSTRUCTIONS

| Full Legal Name of Fund | Class / Series of Shares | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee |
|---|---|---|---|---|---|---|---|
| HARLEY INTRL | CL C CAYMAN | Redemption | | USD | 6,000,000 | 01-Apr-2008 | No |

## INFORMATION

| Redemption Conditions, Notice/ Frequency (*) | Lockup, Redemption Fees | Other Fees | Side Letter | Administrator Manager |
|---|---|---|---|---|
| 30cD, Monthly | No Lockup, No Red. Fees | | No | Contact : Kelly Ashe |
| | | | | Company : Fortis Prime Fund Solutions (IOM) Limited |
| | | | | Phone : 44(0)1624688300 |
| | | | | Contact: Anthony LM Inder Rieden |
| | | | | Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited |
| | | | | Phone : 345 914 7968 |

Payment in Kind : NO

THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER

FOR KBC
PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

ACCEPTED
REJECTED
MODIFIED

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER).
TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELLOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE:
PRINT NAME:                                    DATE:

M CODE:18/138

FOR KBC
PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE :
PRINT NAME :                                    DATE :

Approved
_____
Authorized Signatory

(*) This information is ONLY required for funds which are not currently being held by KBC, or one of its affiliates on your behalf.