# **EXHIBIT 12**

| | |
|---|---|
| **From:** | antonis@fix-am.com |
| **Sent:** | Thursday, May 15, 2008 7:19 PM |
| **To:** | |
| **Subject:** | FW: KBC.FAIRFAX,REDEMPTION OF HARLEY C 31 MAY 08.xls |
| **Attach:** | KBC.FAIRFAX,REDEMPTION OF HARLEY C 31 MAY 08.xls |

Find attached ticket for KBC/Fairfax to redeem $30 million of Harley Class C shares, value date 31 May 2008

Signed Ticket will follow.

Regards
Antonis

**KBC**

**Order Template**

Only Use One Column

| Trade Date | Account | Fund Name | Action | Category | No. of Shares | Amount (USD) | Total Position | Currency | NAV Date | Custodian | Comments | Fee | Terms outside of standard Offering Memorandum Supporting documentation supplied (to be approved by KBC FP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-Jun-2008 | Fairfax Liquid | HARLEY INTRL CL C CAYMAN | Redemption | New Trade | | 30,000,000 N | | USD | 31-May-2008 | Citco Global Custody (NA) N.V. | OM Terms | No | 30cD, M, No Red. Fees, No Lockup, 0%, 0%<br><br>Payment In Kind : NO<br>THE CUSTODIAN MUST CONFIRM THE REDEMPTION PENALTY WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED<br>IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS AND VALUE DATE SPECIFIED IN THIS ORDER |

We have arranged with one or more issuers of the shares identified above to receive from them agreements which provide certain preferential liquidity, fee or other terms relating to such shares. We understand and agree that until we are able to obtain similar arrangements for your benefit which, in you sole and absolute discretion, provides such preferential terms to the shares you hold as a hedge for your transaction with us, such shares will not be regarded by you as having such preferential terms when included in the Reference Basket underlying our transaction with you. We understand that KBC cannot guarantee the performance by the relevant party of any side letter or other bilateral arrangement relating to any of the shares identified above and we agree not to hold KBC responsible for any failure by the relevant party to adhere to the terms thereof. We further understand that KBC will use its reasonable efforts to receive the benefits of any such arrangement but will not be responsible for enforcing any of its terms unless indemenified by us for any expenses it may incur in connection with such enforcement.

Date:

Signed: _____    _____