# EXHIBIT 13

**From:** cristina@fixam.ch
**Sent:** Friday, May 16, 2008 3:39:28 PM
**Subject:** RE: KBC.FAIRFAX,REDEMPTION OF HARLEY C 31 MAY 08.xls SIGNED TICKET

**Attachments:** FAIRFAX KBC HARLEY RED.pdf

AVOID DUPLICATION.

Cristina Guerrero
Fix Asset Management SA
Rue de la Croix-d'Or 7
1204 Geneva
Switzerland
Phone : +41 22 317 8866
Fax : +41 22 810 2234

DISCLAIMER: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you are not the intended recipient (or have received this message in error), please notify the sender immediately and delete this message, together with any copies, from your system. Any unauthorized copying, disclosure or distribution of the material in this message is strictly forbidden. E-mail transmission cannot be guaranteed to be secure or error-free. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. Please note we do not accept responsibility for viruses received from this organisation. It is therefore recommended that all mail attachments are scanned for viruses.

---

**From:** Antonis Varagkis
**Sent:** 15 May 2008 21:19
**To:** 'fd-orders@london.kbcfp.com'; Stuart.Robertson@kbcfp.com; Tosar, Jatin; Silver, Richard; Cristina Guerrero; Abel Pacheco; Antonis Varagkis; Nikos Nomikos; William Ferguson
**Subject:** FW: KBC.FAIRFAX,REDEMPTION OF HARLEY C 31 MAY 08.xls

Find attached ticket for KBC/Fairfax to redeem $30 million of Harley Class C shares, value date 31 May 2008

Signed Ticket will follow.

Regards

Antonis

**TRADE TICKET**

54302 Jun. 2008
15/05/2008 19:37:14

ORDER CONFIRMATION COPY
(This is a copy of the order given by electronic form and already executed
This copy serves solely for confirmation and record keeping purposes)

E-mail to: john.toner@kbcfp.com
Fax # 44 207 979 6658
Attn. John Toner

**NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION**
**DATE: 15-May-2008**

Trades:

| INSTRUCTIONS | | | | | | | | | INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Redemption Conditions, Notice/ Frequency (*) Lockup - Redemption Fees | | |
| Full Legal Name of Fund | Class / Series of Shares | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee | Other Fees | | Side Letter | Administrator Manager |
| HARLEY INTERNATIONAL FUND | CLASS C | Redemption | | USD | 30,000,000 | 01-Jun-2008 | No | 30cD, Monthly | | No | Contact : Kelly Ashe |
| | | | | | | | | No Lockup, No Red. Fees | | | Company : Fortis Prime Fund Solutions (IOM) Limited |
| | | | | | | | | | | | Phone : 44(0)1624688300 |
| | | | | | | | | | | | Contact : Anthony LM Inder Rieden |
| | | | | | | | | Payment In Kind : NO | | | Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited |
| | | | | | | | | | | | Phone : 345 914 7968 |

FAM CODE:18/138

THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER

FOR KBC
PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE : DATE :

PRINT NAME :

FOR KBC
PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

ACCEPTED ☐
REJECTED ☐
MODIFIED ☐

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER). TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELLOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE: DATE:

PRINT NAME:

Approved ____________________
Authorized signatory

(*) This information is ONLY required for funds which are not currently being held by KBC, or one of its affiliates on your behalf.

E-mail to: jatin.tosar@kbcfp.com
Fax # 44 207 979 6638
Attn: Jatin Tosar

ORDER CONFIRMATION COPY
(This is a copy of the order given by electronic form and already executed. This copy serves solely for confirmation and record keeping purposes)

TRADE TICKET
54302 Jun. 2008
15/05/2008 19:37:14

NAME OF KBC CLIENT: FAIRFAX FUND - KBC OPTION
DATE: 15-May-2008

Trades:

| INSTRUCTIONS | | | | | | | | INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Full Legal Name of Fund | Class / Series of Shares | Subscription / Redemption | # of Shares | Ccy | Amount | Value Date | Redemption Fee | Redemption Conditions: Notice/ Frequency (*) Lock-up - Redemption Fees Other Fees | Side Letter | Administrator Manager |
| HARLEY INTERNATIONAL FUND | CLASS C | Redemption | | USD | 30,000,000 | 01-Jun-2008 | No | 30cD, Monthly<br>No Lockup, No Red. Fees<br>Payment In Kind : NO | No | Contact : Kelly Ashe<br>Company : Fortis Prime Fund Solutions (IOM) Limited<br>Phone : 44(0)1624688300<br>Contact : Anthony LM Inder Rieden<br>Company : Euro Dutch Management Limited c/o Fortis Prime Fund Solutions (Cayman) Limited<br>Phone : 345 914 7968 |

FAM CODE:18/138

THE CUSTODIAN MUST CONFIRM THE REDEMPTION FEE WITH THE ADMINISTRATOR AND IS RESPONSIBLE NOT TO PROCEED IF THE ADMINISTRATOR DOES NOT AGREE WITH THE REDEMPTION FEE CONDITIONS SPECIFIED IN THIS ORDER

FOR KBC
PLEASE ACKNOWLEDGE IMMEDIATELY BY RETURN FAX RECEIPT OF THIS ORDER

SIGNATURE : DATE :

PRINT NAME :

FOR KBC
PLEASE CONFIRM WITHIN 3 BUSINESS DAYS FROM THE RECEIPT DATE THAT THIS ORDER HAS BEEN

ACCEPTED ☐
REJECTED ☐
MODIFIED ☐

BY THE COUNTERPARTY (ADMINISTRATOR AND/OR MANAGER). TICK THE ABOVE BOX AS APPROPRIATE AND RETURN THIS TICKET SIGNED BELLOW. IF "MODIFIED" IS TICKED PLEASE MENTION THE MODIFICATIONS ON THIS ORDER TICKET.

SIGNATURE: DATE:

PRINT NAME:

Approved ____________________
Authorized signatory

(*) This information is ONLY required for funds which are not currently being held by KBC, or one of its affiliates on your behalf.