# **EXHIBIT 14**

| | |
|---|---|
| **From:** | Silver, Richard <Richard.Silver@kbcfp.com> |
| **Sent:** | Friday, May 16, 2008 12:03 PM |
| **To:** | antonis@fix-am.com; fd-orders (London) <fd-orders@kbcfp.com>; Robertson, Stuart <Stuart.Robertson@kbcfp.com>; Tosar, Jatin <Jatin.Tosar@kbcfp.com>; cristina@fixam.ch; Abel Pacheco <apacheco@famnyc.com>; nikos@fix-am.com; William Ferguson <William.Ferguson@customhousegroup.com> |
| **Subject:** | RE: KBC.FAIRFAX,REDEMPTION OF HARLEY C 31 MAY 08.xls |
| **Attach:** | Account_ ▓▓▓▓ - Trade Notification Ref_ 1222822 (Email Ref_783391) .msg |

Order placed as attached

At your instruction, we have begun to process the subscription and redemption orders reflected in the attached document. If you believe any such orders are incorrect, please **contact us immediately** so that we may stop processing any incorrect orders. If we do not hear from you within 24 hours, we will be unable to reverse any of these orders, and as a result (a) we will consider these instructions confirmed, and (b) we will not be responsible for any losses suffered as a result of the execution of such orders.

**Richard Silver**
Fund Derivatives

KBC Financial Products
111 Old Broad Street, London EC2N 1FP, England

Tel:   +44 (0) 20 7614 6478
Fax:   +44 (0) 20 7979 6478

---

**From:** antonis@fix-am.com
**Sent:** 15 May 2008 20:19
**To:** fd-orders (London); Robertson, Stuart; Tosar, Jatin; Silver, Richard; cristina@fixam.ch; Abel Pacheco; antonis@fix-am.com; nikos@fix-am.com; William Ferguson
**Subject:** FW: KBC.FAIRFAX,REDEMPTION OF HARLEY C 31 MAY 08.xls

Find attached ticket for KBC/Fairfax to redeem $30 million of Harley Class C shares, value date 31 May 2008

Signed Ticket will follow.

Regards
Antonis

| | |
|---|---|
| **From:** | cfnet@citco.com |
| **Sent:** | Friday, May 16, 2008 11:05:10 AM |
| **To:** | Silver, Richard; HF Investments (London) |
| **Subject:** | Account: ▮▮▮▮ - Trade Notification Ref: 1222822 (Email Ref:783391) |

# CitcoFundsNet Trade Notification

**Account #:** ▮▮▮▮
**Account Name:** KBC INVESTMENTS LTD A/C FAIRFAX
**Fund Name:** Harley International (Cayman) Ltd. Class C
**Client Identifier:**    CDS ID: ▮▮▮▮
**ISIN #:**   KYG439621106
**Citco Fund:** ▮▮▮▮
**Trade Type:** Redemption
**Currency:**   USD - US Dollar
**Amount:**  30,000,000.00 Thirty million
**Order Date & Time:**    16/05/08 11:02:59 BST
**Input User:**  Richard Silver
**Client Reference #:**
**CFN Reference #:**  1222822
**Trade No:**   1492403
**Client Notes to Fund:** Please redeem USD 30m with trade date 31-May-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind.
**Client Notes to Citco:** Please redeem USD 30m with trade date 31-May-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind.

This e-mail message, and any enclosures, is intended only for the persons
to whom it is addressed and may contain confidential information.
Any use, distribution, modification, copying or disclosure by any other person
is strictly prohibited.
If you receive this message in error, please notify the sender by return e-mail
and delete this message from your computer.
Citco disclaims all responsibility from, and accepts no liability whatsoever,
for the consequences of any unauthorized person acting, or refraining from
acting, on any information contained in this message.

Disclaimer link. To see it, click the link below, or copy and

paste it into your browser's address line
http://www.citco.com/emaildisclaimer.htm