# EXHIBIT 15



# fax

| | |
|---|---|
| To | Trade Confirm Desk |
| Fax | 00 353 21 491 0331 |
| From | |
| E-Mail | kelly.ashe@im.fortis.com |
| Copy To | |
| Date | 10 June 2008 |
| Page | 02 |
| Subject | |

**Merchant Banking**
*Prime Fund Solutions*
*(Isle of Man) Limited*

PO Box 156
18-20 North Quay
DOUGLAS
Isle of Man
GREAT BRITAIN
IM99 1NR
Telephone
+44 (0)1624 688300
Fax
+44 (0)1624 688334
www.merchantbanking.
fortis.com

Please advise immediately if poor quality or not all copies received.

The information in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If you have received this communication in error please immediately notify us by telephone. Calls may be monitored and recorded for training and security purposes.

Reg name: Fortis Prime Fund Solutions (IOM) Limited.
Reg No: Isle of Man 057344C VAT No: 001 0289 41
Directors: A. W. Elfers (Dutch), K. W. Doyle, M. D. Kelly, S. L. Novo Iglesias
Licensed by the Isle of Man Financial Supervision Commission for Investment Business

# REDEMPTION NOTE

Citco Global Custody NV KBC 19016E
c/o Citco Data Processing Services Ltd
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland

Attention: Trade Confirm Desk
Fax: 00 353 21 491 0331
E Mail: e=tradeconfirm@citco.com

REGISTERED HOLDER(S)
Citco Global Custody NV KBC 19016E

REGISTERED ADDRESS
Telestone 8
Teleport
Naritaweg 165
1043BW
Amsterdam
Netherlands

Holder Number: ▮
Country of Residence: Netherlands

## Harley International (Cayman) Ltd
### Harley International (Cayman) Limited - Class C

| | | | | |
|---|---|---|---|---|
| Dealing Date: | 02-Jun-2008 | Investor shares redeemed: | | 6,543.845 |
| NAV Date: | 31-May-2008 | Bid NAV/Price per Investor shar | USD | 4,584.461 |
| Redemption Number: | 7606310 | Redemption Amount: | USD | 30,000,000.00 |
| Holder Number: | ▮ | | | |
| Account Number: | | | | |
| Citco Global Custody NV KBC 19016E | | | | |
| Reference: 199993-11460-R000058 | | | | |

In accordance with your instructions the Administrator confirms having REDEEMED these Investor shares in Harley International (Cayman) Limited - Class C. The above price may be subject to change. In the unlikely event of any change in the price a revised Redemption Note will be issued.

NEW BALANCE: Your new balance following this transaction will be 21,108.566 Investor shares.

Issued by Fortis Prime Fund Solutions (Isle of Man) Limited as Administrator
PO BOX 156, 18-20 North Quay
Douglas
Isle of Man
IM99 1NR

Fund Domicile:  BVI

CUSIP num.:  G43962 11 0

FAX:  +44 1624 688334
E-MAIL:  shs@im.fortis.com

