**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 09-01364 (CGM) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of the undersigned counsel on behalf of Nigel Fielding, Saverio Fiorino, and Brian Pettitt. The undersigned certifies that she is admitted to practice before this Court, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

This Notice of Appearance shall not be deemed to be a waiver of any and all defenses or objections that Mr. Fielding, Mr. Fiorino or Mr. Pettitt may have in this action, including, without limitation, any based on jurisdiction (including personal jurisdiction) and insufficient service of process.

| | |
|---|---|
| Dated: November 21, 2022<br>New York, New York | BINDER & SCHWARTZ LLP<br><br>/s/ Lauren K. Handelsman<br>Lauren K. Handelsman<br>366 Madison Avenue, 6th Floor<br>New York, NY 10017<br>Tel.: (212) 510-7272<br>Email: lhandelsman@binderschwartz.com<br><br>*Counsel for Nigel Fielding, Saverio Fiorino, and Brian Pettitt* |