HERBERT SMITH FREEHILLS NEW YORK LLP
Scott S. Balber
Jonathan C. Cross
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
scott.balber@hsf.com
jonathan.cross@hsf.com

*Attorneys for Defendants Bank Hapoalim B.M. and Hapoalim (Switzerland) Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>BANK HAPOALIM B.M. AND BANK HAPOALIM (SWITZERLAND) LTD.,<br><br>  Defendants. | Adv. Pro. No. 12-1216 (CGM)<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I hereby certify that on November 21, 2022 the Answer to Complaint and Jury

Demand was served by filing it via the Court's Electronic Case Filing system. Notice of

1

this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

_____
Jared Stein