Hearing Date: April 19, 2023<br>
Objection Date: January 20, 2023<br>
Reply Date: February 20, 2023

Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
*Attorneys for Merrill Lynch Bank (Suisse) SA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 11-02910 (CGM) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH BANK (SUISSE) SA, n/k/a BANK JULIUS BÄR & CO. AG a/k/a BANK JULIUS BAER & CO. LTD., | |
| Defendant. | |

**NOTICE OF MOTION TO DISMISS**

1

**PLEASE TAKE NOTICE** that Defendant Merrill Lynch Bank (Suisse) SA, by and through its undersigned counsel, submits its memorandum of law and accompanying declaration and exhibits in support of its motion to dismiss the amended complaint of Plaintiff Irving H. Picard, trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the substantially consolidated estate of Bernard L. Madoff under the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: November 21, 2022<br>New York, New York | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>By: /s/ *Pamela A. Miller*<br>Pamela A. Miller<br>Amber Covucci<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorneys for Merrill Lynch Bank (Suisse) SA* |