# EXHIBIT F

[logo]   http://rc.ge.ch

INTERNET EXTRACT

| | | |
|---|---|---|
| **Excerpt without deletions** | Report | October 6, 1995 |
| | Ref. no. | 02029/1964 |
| | Fed. no. | CH-660.0.093.964-0 |
| | IDE (*Identification des Entreprises* [Company Identifier]) | **CHE-105.946.451** |

**Merrill Lynch Bank (Suisse) SA**
registered May 25, 1964
Corporation
dissolved May 31, 2013

| Ref. | Company name |
|---|---|
| 1 | Merrill Lynch Bank (Suisse) SA |
| | **Headquarters** |
| 1 | Geneva |
| | **Address** |
| 57 | route de Florissant 13 |
| | **Dates of the Bylaws** |
| 88 | 12/17/2009 (new bylaw) |
| | **Purpose, Observations** |
| 1 | Administration:<br>At least 3 members |
| 24 | Purpose:<br>the operation of a bank mainly active in the field of wealth management. |
| | **Mergers** |
| 107 | Dissolution following a merger: |
| | Assets and liabilities towards third parties are taken over by the company Bank Julius Bar & Co. AG, in Zurich (CH-020-3902727-1). The company is dissolved following a merger. |
| | **Publishing body** |
| 1 | FOSC (*Feuille Officielle Suisse du Commerce* [Swiss Official Gazette of Commerce]) |
| 88 | Communication to shareholders: registered letter, fax, or hand delivery |
| | **Branches** |
| 3 | Zurich |

| Ref. | Capital-shares | | |
|---|---|---|---|
| 24 | **Nominal** | **Paid up** | **Shares** |
| | CHF 15,000,000 | CHF 15,000,000 | 15000 shares of CHF 1,000, nominative, registered under the bylaws |

| Ref. | | | Administration, auditors and persons having signing authority | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dis. | **Names and Surnames, Origin, Address** | **Positions** | **Mode of Signature** |
| 106 | | | **Keller** Bernard, from Winterthur, in Lugano | adm. president | 2-person collective signature |
| 106 | | | **Wey Bignens** Renate, from Villmergen, in Crans-près-Céligny | adm. vice-president | 2-person collective signature |
| 106 | | | **Burger** Régis, from Allaman, in Lausanne | adm. secretary | 2-person collective signature |
| 106 | | | **Bersier** Rémy, from Leysin, in Geneva | adm. | 2-person collective signature |
| 105 | | | **Gatesman** Gregory Frederik, from the USA, in Zurich | adm. | 2-person collective signature |
| 106 | | | **Raitzin** Gustavo, from Chêne-Bougeries, in Feusisberg | adm. | 2-person collective signature |
| 106 | | | **Taillard** Olivier, from Geneva, in Confignon | adm. | 2-person collective signature |
| 86 | | | **PricewaterhouseCoopers SA** (CH-660-1784998-4), branch in Geneva | auditing body | |

| Ref. | | | | Administration, auditors and persons having signing authority | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dis. | **Names and Surnames, Origin, Address** | **Positions** | **Mode of Signature** |
| 93 | | | **Schmid** Peter, from Meggen, in Buonas | chief executive officer | 2-person collective signature |
| | 19 | | **El Rassi** Fouad, from Lebanon, in Geneva | director | 2-person collective signature |
| 104 | | | **French** Christopher, from Great Britain, in Morzine, F | deputy director | 2-person collective signature |
| 1 | | | **Barberot-Munte** Liliane, from Meyrin, in Geneva | | 2-person collective power of attorney |
| | 100 | | **Bourgeois** Albert Joseph, from France, in Troinex | director | 2-person collective signature * |
| | 100 | | **Delachaux** Thierry, from Travers, in Collonge-Bellerive | director | 2-person collective signature * |
| | 100 | | **Panella** Alan, from Italy, in Geneva | director | 2-person collective signature * |
| 100 | | | **Robinson** Christopher Douglas, from Geneva, in Geneva | director | 2-person collective signature * |
| 101 | | | **Bastardoz** Valérie Emmanuelle, from Neuchâtel, in Châbles | director | 2-person collective signature * |
| 101 | | | **Bausano** Raphaël Alexandre Robert, from Lancy, in Geneva | director | 2-person collective signature * |
| | 84 | | **Bigler** Roger, from Geneva, in Geneva | director | 2-person collective signature * |
| 92 | | | **Castagno** Patrizia, from Italy, in Russin | director | 2-person collective signature * |
| 100 | | | **Chapuisat Smith** Sophie, from Aclens, in Luins | director | 2-person collective signature * |
| | 90 | | **Cottet** Thierry, from Bossonnens, in Gland | director | 2-person collective signature * |
| | 100 | | **Dean** Marcia, from Great Britain, in Chêne-Bourg | director | 2-person collective signature * |
| | 84 | | **Donkin** Jeffrey John, from Great Britain, in Onex | director | 2-person collective signature * |
| | 94 | | **Farrag** Hazem, from Egypt, in Chêne-Bougeries | director | 2-person collective signature * |
| | 95 | | **Giannelli** Mark, from Geneva, in Geneva | director | 2-person collective signature * |
| 95 | | | **Glassey** Patricia, from Great Britain, in Geneva | director | 2-person collective signature * |
| | 95 | | **Greenwood** Richard, from Great Britain, in Founex | director | 2-person collective signature * |
| 101 | | | **Guillot** Jean-Marc Philippe, from France, in Thoiry, F | director | 2-person collective signature * |
| 69 | | | **Hayek** Joseph Nizar, from the USA, in Meinier | director | 2-person collective signature * |
| | 99 | | **Iglesias** Jose, from Geneva, in Carouge | director | 2-person collective signature * |
| | 94 | | **Juliano** Frank, from Meyrin, in Vernier | director | 2-person collective signature * |
| | 69 | | **Kelly** Bruno, from Germany, in Collonge-Bellerive | director | 2-person collective signature * |
| 76 | | | **Khieu** San, from Geneva, in Vandoeuvres | director | 2-person collective signature * |
| | 76 | | **Kjellqvist** Hakan, from Sweden in Prangins | director | 2-person collective signature * |
| | 95 | | **Klassen** Jonathon, from the USA, in Gland | director | 2-person collective signature * |
| 104 | | | **Korbutt** Timothy Daniel, from the USA, in Geneva | director | 2-person collective signature * |
| | 101 | | **Mailhos Fernandez** Elisa Pia, from Uruguay, in Nyon | director | 2-person collective signature * |
| | 78 | | **Marine** Luis, from Argentina, in Geneva | director | 2-person collective signature * |
| | 94 | | **Martins de Macedo Soares Quinteiro** Marcos, from Brazil, in Veyrier | director | 2-person collective signature * |
| | 92 | | **Mate de Lara** Enrique, from Spain, in Geneva | director | 2-person collective signature * |
| | 94 | | **Mira Blanco** Alvaro, from Spain in Pully | director | 2-person collective signature * |
| 92 | | | **Neagle** Kevin, from the USA, in Lausanne | director | 2-person collective signature * |
| | 104 | | **Notari** Patrick, from Cadro, in Geneva | director | 2-person collective signature * |
| | 65 | | **Peironcely** Ramon, from Spain, in Geneva | director | 2-person collective signature * |
| | 25 | | **Pelfini** Fabrizio, from Italy, in Lancy | director | 2-person collective signature * |
| | 65 | | **Rasool** Ellam Gulam, from Great Britain, in Geneva | director | 2-person collective signature * |
| | 95 | | **Ringele Gerard** Véronique Marie, from France, in Collonge-Bellerive | director | 2-person collective signature * |

| Ref. | | | Administration, auditors and persons having signing authority | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dis. | **Names and Surnames, Origin, Address** | **Positions** | **Mode of Signature** |
| | 95 | | **Santamaria Alvarez** Javier, from Spain, in Prangins | director | 2-person collective signature * |
| | 69 | | **Satkin Fainstain** Diego, from Uruguay, in Geneva | director | 2-person collective signature * |
| 94 | | | **Varrin** Olivier, from Courgenay, in Geneva | director | 2-person collective signature * |
| | 84 | | **Widmer** Thierry, from Sumiswald, in Vevey | director | 2-person collective signature * |
| | 90 | | **Abetel** Eric, from Belmont-sur-Lausanne, in Lully (VD) | assistant director | 2-person collective signature * |
| | 78 | | **Abramowitz** Carlos, from Zurich, in Geneva | assistant director | 2-person collective signature * |
| | 104 | | **Alexeeva** Alexandra, from Sweden, in Geneva | assistant director | 2-person collective signature * |
| 101 | | | **Arus Castillo** David, from Spain, in Geneva | assistant director | 2-person collective signature * |
| 100 | | | **Berney** Alan Jean-François, from L'Abbaye, in Echallens | assistant director | 2-person collective signature * |
| 94 | | | **Cervantes Rodriguez** Alberto, from Great Britain, in Vinzel | assistant director | 2-person collective signature * |
| | 90 | | **De Oliveira** Pedro Biancard Cruz Alcide, from Portugal, in Geneva | assistant director | 2-person collective signature * |
| | 101 | | **Dingli** Mark, from France, in Cessy, F | assistant director | 2-person collective signature * |
| | 94 | | **El Rassi** Reem Mohamed, from Ireland, in Geneva | assistant director | 2-person collective signature * |
| | 100 | | **Ellam** Muhammad Aly, from Great Britain, in Geneva | assistant director | 2-person collective signature * |
| | 78 | | **Emch** Jean-Jacques, from Gossliwil, in Veyrier | assistant director | 2-person collective signature * |
| 90 | | | **Fertis** Jorge, from Greece, in Pregny-Chambésy | assistant director | 2-person collective signature * |
| | 92 | | **Forward** Deborah, from Great Britain, in Geneva | assistant director | 2-person collective signature * |
| 102 | | | **Gonthier** Nathalie Véronique, from Sainte-Croix, in Geneva | assistant director | 2-person collective signature * |
| 90 | | | **Goodlad** Mark, from Great Britain, in Geneva | assistant director | 2-person collective signature * |
| | 101 | | **Jaquet Beyeler** Mélanie, from Grolley, in Rolle | assistant director | 2-person collective signature * |
| 69 | | | **Jones** Gary, Sainte-Croix, in Douvaine, F | assistant director | 2-person collective signature * |
| 90 | | | **Keyaerts** Patrick, from Geneva, in Tannay | assistant director | 2-person collective signature * |
| 90 | | | **Ladron de Guevara Miguel** Marta, from Spain, in Geneva | assistant director | 2-person collective signature * |
| | 95 | | **Le Gall** Sophie, from France, in Prémanon, F | assistant director | 2-person collective signature * |
| | 95 | | **Leamy** Adrian, from Ireland, in Geneva | assistant director | 2-person collective signature * |
| 84 | | | **Lueder** Jean-Mark, from France, in Chêne-Bougeries | assistant director | 2-person collective signature * |
| 49 | | | **Martin** Graham, from Great Britain, in Thônex | assistant director | 2-person collective signature * |
| | 95 | | **Moreno Calabres** Jaime, from Spain, in Geneva | assistant director | 2-person collective signature * |
| | 76 | | **Nafisspour** Kamran, from Iran, in Geneva | assistant director | 2-person collective signature * |
| | 95 | | **Nielen** Christelle, from Belgium, in Geneva | assistant director | 2-person collective signature * |
| 95 | | | **Owen** Thomas, from Great Britain, in Geneva | assistant director | 2-person collective signature * |
| 92 | | | **Remtolla** Zahir, from France, in Geneva | assistant director | 2-person collective signature * |
| | 100 | | **Riege** Federico, from Glarus, in Cologny | assistant director | 2-person collective signature * |
| 101 | | | **Salazar Castellano** Federico Rodrigo, from Spain in Geneva | assistant director | 2-person collective signature * |
| 94 | | | **Sales** Patricia, from Spain in Geneva | assistant director | 2-person collective signature * |
| 92 | | | **Scalet** Giorgio, from Italy, in Borex | assistant director | 2-person collective signature * |
| | 94 | | **Shenkoru** Genene, from Geneva, in Messery, F | assistant director | 2-person collective signature * |
| | 92 | | **Siegenthaler** Roger, from Trubschachen, in Versoix | assistant director | 2-person collective signature * |
| | 90 | | **Steger** Daniel, from Geneva, in Meyrin | assistant director | 2-person collective signature * |
| | 94 | | **Thabuis** Christophe, from Plan-les-Ouates, in Plan-les-Ouates | assistant director | 2-person collective signature * |
| | 94 | | **Tort** Christian, from Spain, in Chêne-Bougeries | assistant director | 2-person collective signature * |
| 94 | | | **Truquet** Jean-Louis, from France, in Annemasse, | assistant director | 2-person collective signature * |

| Ref. | | | Names and Surnames, Origin, Address | Administration, auditors and persons having signing authority | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dis. | | Positions | Mode of Signature |
| | 101 | | **Ajob** Sofian, from France, in Bonneville, F | deputy director | 2-person collective signature * |
| | 95 | | **Alberola Viso** Vincent, from Spain, in Carouge | deputy director | 2-person collective signature * |
| | 94 | | **Anid** Pierre, from France, in Geneva | deputy director | 2-person collective signature * |
| | 101 | | **Belaïche-Sala** Farah, from Geneva, in Geneva | deputy director | 2-person collective signature * |
| 101 | | | **Bel-Merabet** Abdelnacer, from Geneva, in Saint-Pierre-en-Faucigny, F | deputy director | 2-person collective signature * |
| 95 | | | **Ben Jafaar** Soufiane, from France, in Bonne, F | deputy director | 2-person collective signature * |
| 95 | | | **Bowmaker** Luke, from Great Britain, in Geneva | deputy director | 2-person collective signature * |
| | 104 | | **Brighty** Adelheid, from Bâle, in Chêne-Bougeries | deputy director | 2-person collective signature * |
| 84 | | | **Bruyere** Sarah, from Soral, in Chenex, F | deputy director | 2-person collective signature * |
| 101 | | | **Campanile** Antonio, from Lausanne, in Lausanne | deputy director | 2-person collective signature * |
| 101 | | | **Disson** Julia Katharina, from Germany, in Geneva | deputy director | 2-person collective signature * |
| | 104 | | **Easton** Allan, from Great Britain, in Geneva | deputy director | 2-person collective signature * |
| 94 | | | **Evans** David, from Great Britain, in Cartigny | deputy director | 2-person collective signature * |
| 95 | | | **Evans** David, from Great Britain, in Cartigny | deputy director | 2-person collective signature * |
| | 101 | | **Fernandez** Robert, from Spain, in Geneva | deputy director | 2-person collective signature * |
| 90 | | | **Graf von Harrach** Istvan, from Great Britain, in Ambilly, F | deputy director | 2-person collective signature * |
| 95 | | | **Kalampasut** Priyanit, from Geneva, in Genthod | deputy director | 2-person collective signature * |
| 90 | | | **L'Host** Marc, from France, in Châtillon-sur-Cluses, F | deputy director | 2-person collective signature * |
| 78 | | | **Loo** Emelie Macam, from Singapore, in Geneva | deputy director | 2-person collective signature * |
| 90 | | | **Malyavin** Denis, from Russia, in Geneva | deputy director | 2-person collective signature * |
| | 94 | | **McArdle** Anne-Marie, from Ireland, in Geneva | deputy director | 2-person collective signature * |
| 101 | | | **Mirizzi** Monica, from Italy, in Douvaine, F | deputy director | 2-person collective signature * |
| 100 | | | **Mitchell** Cameron Peter, from Great Britain, in Bossey, F | deputy director | 2-person collective signature * |
| 101 | | | **Nava Depante** Antonio Adrian, from France, in Geneva | deputy director | 2-person collective signature * |
| 101 | | | **Nicod** Joël, from Val-de-Travers, in Prangins | deputy director | 2-person collective signature * |
| | 90 | | **Norer** Katia Elisabeth, from Collex-Bossy, in Geneva | deputy director | 2-person collective signature * |
| | 95 | | **Phang** David, from France, in Geneva | deputy director | 2-person collective signature * |
| | 94 | | **Porcheray** Eric, from Hâtzingen, in Prangins | deputy director | 2-person collective signature * |
| | 94 | | **Posc** Marjorie, from France, in Annemasse, F | deputy director | 2-person collective signature * |
| 101 | | | **Puente Mera** Maria Belen, from Ecuador, in Geneva | deputy director | 2-person collective signature * |
| 94 | | | **Ragot-Bujadoux** Antoine, from France, in Sciez, F | deputy director | 2-person collective signature * |
| | 95 | | **Schubiger** Karim, from Geneva, in Geneva | deputy director | 2-person collective signature * |
| | 94 | | **Senturias** Alvaro, from Versoix, in Geneva | deputy director | 2-person collective signature * |
| | 104 | | **Sojo** Sofia, from Uruguay, in Geneva | deputy director | 2-person collective signature * |
| 100 | | | **Tam Cordova** Martha Susana Georgina, from Peru, in Geneva | deputy director | 2-person collective signature * |
| | 101 | | **Tisseau** Fabien, from France, in Lausanne | deputy director | 2-person collective signature * |
| 94 | | | **Tu Cousinard** Ngoc Thuy, from Chavannes-près-Renens, in Morges | deputy director | 2-person collective signature * |
| | 104 | | **Vicentic** Alexandra, from Geneva, in Geneva | deputy director | 2-person collective signature * |
| | 90 | | **Vinzia** Christophe, from Geneva, in Geneva | deputy director | 2-person collective signature * |
| | 69 | | **Viola** Marc, from Feusisberg, in Lancy | deputy director | 2-person collective signature * |
| 95 | | | **Amin** Huda, from Geneva, in Geneva | | 2-person collective power of attorney * |
| 95 | | | **Benêche** Jean-Pierre, from Carouge, in Geneva | | 2-person collective power of attorney * |
| 94 | | | **Blaser** Joerg, from Langnau im Emmental, in Morges | | 2-person collective power of attorney * |

| Ref. | | | Administration, auditors and persons having signing authority | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dis. | **Names and Surnames, Origin, Address** | **Positions** | **Mode of Signature** |
| 92 | | | **Boudjemaa** Nadia, from France, in Thonon-les-Bains, F | | 2-person collective power of attorney * |
| 101 | | | **Bruno** Daniel Frédéric, from Meyrin, in Meyrin | | 2-person collective power of attorney * |
| 95 | | | **Buffon** Nunzia, from Italy, in Geneva | | 2-person collective power of attorney * |
| 102 | | | **Cabouat** David, from France, in Douvaine, F | | 2-person collective power of attorney * |
| 103 | | | **Charton** Damien, from France, in Saint-Genis-Pouilly, F | | 2-person collective power of attorney * |
| 104 | | | **Chazal** Alexandre Xavier, from France, in Tartegnin | | 2-person collective power of attorney * |
| | 84 | | **Darwiche** Siham, from Staffelbach, in Geneva | | 2-person collective power of attorney * |
| 104 | | | **Djordjevic** Boban, from Meyrin, in Meyrin | | 2-person collective power of attorney * |
| 95 | | | **Duguet** Claire, from France, in Geneva | | 2-person collective power of attorney * |
| 36 | | | **Fischbacher** Roger, from Brunnadern, in Vernier | | 2-person collective power of attorney * |
| 69 | | | **Garcia** Esteban Mario, from Argentina, in Geneva | | 2-person collective power of attorney * |
| 94 | | | **Grazina** Alexandra, from Portugal, in Meyrin | | 2-person collective power of attorney * |
| 101 | | | **Harle** Anne-Laure Suzanne Liliane, from France, in La Roche-sur-Foron, F | | 2-person collective power of attorney * |
| 101 | | | **Herzog** Marc Yves, from Geneva, in Chêne-Bougeries | | 2-person collective power of attorney * |
| 78 | | | **Iraci** Ursula, from Peru, in Anières | | 2-person collective power of attorney * |
| 104 | | | **Jegede** Moji, from Great Britain, in Geneva | | 2-person collective power of attorney * |
| 101 | | | **Juliano** Oana, from Meyrin, in Vandoeuvres | | 2-person collective power of attorney * |
| 101 | | | **Karemera** Muriel France, from Belgium, in Ville-la-Grand, F | | 2-person collective power of attorney * |
| 104 | | | **Limone** Jean Pierre Michel, from Carouge GE, in Carouge GE | | 2-person collective power of attorney * |
| 104 | | | **Maldonado** Pilar Ines, from the USA, in Rolle | | 2-person collective power of attorney * |
| 100 | | | **McAllister** Celeste Linda, from Great Britain, in Pampigny | | 2-person collective power of attorney * |
| 101 | | | **Molabu** Philippe, from Belgium, in Gaillard, F | | 2-person collective power of attorney * |
| 49 | | | **On Van** Trung, from Thônex, in Thônex | | 2-person collective power of attorney * |
| 78 | | | **Outeirino Fernandez** José Antonio, from Spain, in Geneva | | 2-person collective power of attorney * |
| 94 | | | **Perou** Sylvain, from France, in Beaumont, F | | 2-person collective power of attorney * |
| 90 | | | **Pezzoli Morin** Nadia, from Geneva, in Sergy le Haut, F | | 2-person collective power of attorney * |
| 104 | | | **Pollet** Nicolas André René, from France, in Geneva | | 2-person collective power of attorney * |
| 94 | | | **Prouff** Alexandre, from Zuoz, in Geneva | | 2-person collective power of attorney * |
| 69 | | | **Robellaz** Martial, from Bullet, in Geneva | | 2-person collective power of attorney * |
| 95 | | | **Rufener** Cyril, from Sigriswil, in Geneva | | 2-person collective power of attorney * |
| 101 | | | **Russo** Ilaria, from Italy, in Geneva | | 2-person collective power of |

| Ref. | | | Administration, auditors and persons having signing authority | | |
|---|---|---|---|---|---|
| Reg. | Mod. | Dis. | **Names and Surnames, Origin, Address** | **Positions** | **Mode of Signature** |
| 94 | | | **Tripathi** Vikas, from India, in Vernier | | attorney *<br>2-person collective power of attorney * |
| 101 | | | **Tripoli** Falvio Paolo Joseph, from Sion, in Saint-Genis-Pouilly, F | | 2-person collective power of attorney * |
| 101 | | | **Urso** Giovanni, from Italy, in Vetraz-Monthoux, F | | 2-person collective power of attorney * |
| 104 | | | **Wahid** Hichem, from France, in Gaillard, F | | 2-person collective power of attorney * |

| * limited to the principal establishment |
| *     limited to the principal establishment |

| Ref. | GAZETTE | | FOSC PUBLICATION | | Ref. | GAZETTE | | FOSC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page/Id** | | **Number** | **Date** | **Date** | **Page/Id** |
| 0 | | report | | | 1 | 7612 | 08/14/1995 | 08/23/1995 | 4730 |
| 2 | 10396 | 11/09/1995 | 11/17/1995 | 6311 | 3 | 11070 | 11/29/1995 | None | |
| 4 | 1131 | 01/30/1996 | 02/08/1996 | 780 | 5 | 4038 | 04/26/1996 | 05/07/1996 | 2616 |
| 6 | 4086 | 04/29/1996 | 05/09/1996 | 2682 | 7 | 7285 | 07/30/1996 | 08/14/1996 | 4879 |
| 8 | 7993 | 08/27/1996 | 09/09/1996 | 5429 | 9 | 10930 | 11/20/1996 | 12/04/1996 | 7504 |
| 10 | 1289 | 02/04/1997 | 02/18/1997 | 1103 | 11 | 1911 | 02/18/1997 | 03/03/1997 | 1425 |
| 12 | | Correction | 06/03/1997 | 3760 | 13 | 5634 | 06/06/1997 | 06/23/1997 | 4345 |
| 14 | 8391 | 07/31/1997 | 08/21/1997 | 6095 | 15 | 8888 | 08/18/1997 | 08/29/1997 | 6363 |
| 16 | 9830 | 09/16/1997 | 10/01/1997 | 7200 | 17 | 11928 | 11/07/1997 | 11/18/1997 | 8370 |
| 18 | 1731 | 02/11/1998 | 02/18/1998 | 1219 | 19 | 3340 | 03/24/1998 | 03/30/1998 | 2178 |
| 20 | 6127 | 05/27/1998 | 06/03/1998 | 3758 | 21 | 9657 | 08/27/1998 | 09/03/1998 | 6101 |
| 22 | 9687 | 08/29/1998 | 09/03/1998 | 6101 | 23 | 12795 | 11/18/1998 | 11/24/1998 | 8024 |
| 24 | 2111 | 02/22/1999 | 02/26/1999 | 1329 | 25 | 6336 | 06/18/1999 | 06/24/1999 | 4242 |
| 26 | 6740 | 06/29/1999 | 07/05/1999 | 4533 | 27 | 8415 | 08/09/1999 | 08/25/1999 | 5808 |
| 28 | 9665 | 09/16/1999 | 09/22/1999 | 6487 | 29 | 9776 | 09/20/1999 | 09/24/1999 | 6557 |
| 30 | 11143 | 10/19/1999 | 10/26/1999 | 7313 | 31 | 5323 | 05/12/2000 | 05/18/2000 | 3371 |
| 32 | 9758 | 09/18/2000 | 09/22/2000 | 6510 | 33 | 12544 | 11/24/2000 | 11/30/2000 | 8174 |
| 34 | 1113 | 01/26/2001 | 02/01/2001 | 797 | 35 | 4066 | 04/02/2001 | 04/06/2001 | 2603 |
| 36 | 8824 | 08/09/2001 | 08/15/2001 | 6254 | 37 | 11714 | 10/25/2001 | 10/31/2001 | 8519 |
| 38 | 12871 | 11/23/2001 | 11/29/2001 | 9399 | 39 | 204 | 01/04/2002 | 01/11/2002 | 10 |
| 40 | 857 | 01/22/2002 | 01/28/2002 | 7 | 41 | 4252 | 04/22/2002 | 04/26/2002 | 6 |
| 42 | 5757 | 06/04/2002 | 06/10/2002 | 7 | 43 | 6474 | 06/24/2002 | 06/28/2002 | 7 |
| 44 | 7777 | 07/23/2002 | 07/29/2002 | 6/0582036 | 45 | 8142 | 08/05/2002 | 08/09/2002 | 7/0595484 |
| 46 | 11966 | 11/12/2002 | 11/18/2002 | 6/0731456 | 47 | 12297 | 11/20/2002 | 11/26/2002 | 6/0745092 |
| 48 | 4010 | 04/03/2003 | 04/09/2003 | 7/0942956 | 49 | 7764 | 07/08/2003 | 07/14/2003 | 7/1080850 |
| 50 | 8850 | 08/04/2003 | 08/08/2003 | 7/1122684 | 51 | 9136 | 08/12/2003 | 08/18/2003 | 6/1133676 |
| 52 | 11067 | 10/02/2003 | 10/08/2003 | 7/1206186 | 53 | 12117 | 10/27/2003 | 11/04/2003 | 12 |
| 54 | 14922 | 12/23/2003 | 01/05/2004 | 5/2057522 | 55 | 275 | 01/07/2004 | 01/13/2004 | 7/2068000 |
| 56 | 1759 | 02/10/2004 | 02/16/2004 | 7 | 57 | 3074 | 03/09/2004 | 03/15/2004 | 7 |
| 58 | 4953 | 04/23/2004 | 04/30/2004 | 7/2241194 | 59 | 5383 | 05/04/2004 | 05/11/2004 | 6/2255860 |
| 60 | 5920 | 05/17/2004 | 05/24/2004 | 8/2273674 | 61 | 6282 | 05/26/2004 | 06/03/2004 | 8/2290650 |
| 62 | 7291 | 06/18/2004 | 06/24/2004 | 7/2325452 | 63 | 791 | 01/18/2005 | 01/24/2005 | 9/2666492 |
| 64 | 9906 | 08/12/2005 | 08/18/2005 | 7/2979144 | 65 | 11720 | 09/27/2005 | 10/03/2005 | 6/3042808 |
| 66 | 12270 | 10/10/2005 | 10/14/2005 | 6/3060114 | 67 | 13004 | 10/26/2005 | 11/01/2005 | 6/3083948 |
| 68 | 13341 | 11/03/2005 | 11/09/2005 | 7/3095176 | 69 | 13655 | 11/11/2005 | 11/17/2005 | 7/3108154 |
| 70 | 14243 | 11/23/2005 | 11/29/2005 | 7/3125046 | 71 | 14614 | 12/01/2005 | 12/07/2005 | 7/3137108 |
| 72 | 15321 | 12/16/2005 | 12/22/2005 | 9/3160458 | 73 | 81 | 01/03/2006 | 01/09/2006 | 7/3183864 |
| 74 | 3473 | 03/10/2006 | 03/16/2006 | 6/3290578 | 75 | 4813 | 04/06/2006 | 04/12/2006 | 10/3331904 |
| 76 | 12577 | 10/02/2006 | 10/06/2006 | 7/3581164 | 77 | 12917 | 10/10/2006 | 10/16/2006 | 7/3593110 |
| 78 | 5343 | 04/19/2007 | 04/25/2007 | 8/3901884 | 79 | 5400 | 04/20/2007 | 04/26/2007 | 8/3903788 |
| 80 | 16756 | 12/20/2007 | 01/03/2008 | 12/4268338 | 81 | 4328 | 04/01/2008 | 04/07/2008 | 7/4418284 |
| 82 | 7665 | 06/12/2008 | 06/18/2008 | 8/4527846 | 83 | 10359 | 08/11/2008 | 08/15/2008 | 7/4614118 |
| 84 | 12619 | 10/02/2008 | 10/08/2008 | 6/4683202 | 85 | 8144 | 06/05/2009 | 06/11/2009 | 10/5062478 |
| 86 | 14516 | 09/18/2009 | 09/24/2009 | 9/5262668 | 87 | 16032 | 10/15/2009 | 10/21/2009 | 9/5305118 |
| 88 | 880 | 01/15/2010 | 01/21/2010 | 10/5453180 | 89 | 1310 | 01/20/2010 | 01/28/2010 | 10/5465736 |
| 90 | 7874 | 05/06/2010 | 05/12/2010 | 9/5630652 | 91 | 17323 | 10/18/2010 | 10/22/2010 | 8/5864596 |
| 92 | 18254 | 11/02/2010 | 11/08/2010 | 8/5883930 | 93 | 1512 | 01/24/2011 | 01/28/2011 | 8/6008116 |

| Ref. | GAZETTE | | FOSC PUBLICATION | | Ref. | GAZETTE | | FOSC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page/Id** | | **Number** | **Date** | **Date** | **Page/Id** |
| 94 | 6747 | 04/15/2011 | 04/20/2011 | 6129840 | 95 | 15074 | 09/23/2011 | 09/28/2011 | 6353356 |
| 96 | 15653 | 10/04/2011 | 10/07/2011 | 6368036 | 97 | 16599 | 10/19/2011 | 10/24/2011 | 6388470 |
| 98 | 2933 | 02/20/2012 | 02/23/2012 | 6565844 | 99 | 7036 | 05/03/2012 | 05/08/2012 | 6669048 |
| 100 | 7826 | 05/16/2012 | 05/22/2012 | 6687628 | 101 | 9441 | 06/15/2012 | 06/20/2012 | 6727542 |
| 102 | 15225 | 09/12/2012 | 09/17/2012 | 6850210 | 103 | 20530 | 12/05/2012 | 12/10/2012 | 6967600 |
| 104 | 21009 | 12/12/2012 | 12/17/2012 | 6978404 | 105 | 2014 | 01/31/2013 | 02/05/2013 | 7048846 |
| 106 | 2338 | 02/06/2013 | 02/11/2013 | 7058976 | 107 | 9264 | 05/31/2013 | 06/05/2013 | |

Geneva, January 24, 2020
*End of the extract*

**Only a certified extract, signed and bearing the seal of the register, has legal value.**



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Dan McCourt

Sworn to before me this
November 21, 2022

_____
Signature, Notary Public

WENDY POON
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE