Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
*Attorneys for Merrill Lynch Bank (Suisse) SA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (CGM) SIPA Liquidation (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, Plaintiff, v. MERRILL LYNCH BANK (SUISSE) SA, n/k/a BANK JULIUS BÄR & CO. AG a/k/a BANK JULIUS BAER & CO. LTD., Defendant. | Adv. Pro. No. 11-02910 (CGM) |

**NOTICE OF HEARING ON MOTION TO DISMISS**

1

**PLEASE TAKE NOTICE** that a hearing on the motion to dismiss filed by Defendant Merrill Lynch Bank (Suisse) SA in connection with *Irving H. Picard v. Merrill Lynch Bank (Suisse) SA*, Adv. Pro. No. 11-02910 (CGM) (Bankr. S.D.N.Y.) will take place at 10:00 a.m. Eastern Time on April 19, 2023 before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.

Dated: November 21, 2022
New York, New York

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ *Pamela A. Miller*
Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com

*Attorneys for Merrill Lynch Bank (Suisse) SA*