Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
          acovucci@omm.com
*Attorneys for Merrill Lynch Bank (Suisse) SA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>          Plaintiff,<br>     v.<br><br>MERRILL LYNCH BANK (SUISSE) SA, n/k/a BANK JULIUS BÄR & CO. AG a/k/a BANK JULIUS BAER & CO. LTD.,<br><br>          Defendant. | Adv. Pro. No. 11-02910 (CGM) |

**CERTIFICATE OF SERVICE**

1

I hereby certify that on November 21, 2022, Merrill Lynch Bank (Suisse) SA's *Motion to Dismiss* and accompanying Memorandum of Law, Declaration, and exhibits were served by filing with the Court's electronic filing system. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

| | |
|---|---|
| Dated: November 21, 2022 | Respectfully submitted, |
| New York, New York | O'MELVENY & MYERS LLP |
| | By: /s/ *Pamela A. Miller* |
| | Pamela A. Miller |
| | Amber Covucci |
| | O'MELVENY & MYERS LLP |
| | Seven Times Square |
| | New York, New York 10036 |
| | Telephone: (212) 326-2000 |
| | E-mail: pmiller@omm.com |
| | *Attorneys for Merrill Lynch Bank (Suisse) SA* |