**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
John J. Kuster
Martin B. Jackson
Andrew P. Propps
Danica L. Brown

*Counsel for Defendant KBC Investments Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 11-02761 (CGM) |
| Plaintiff, | |
| v. | |
| KBC INVESTMENTS LIMITED, | |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) s.s.: |
| COUNTY OF NEW YORK | ) |

1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On November 18, 2022 I caused to be served a true and correct copy of the (i) **Notice of KBC Investments Limited's Motion to Dismiss the Trustee's Amended Complaint** (dkt 109 – 11-02761 and dkt 22598 – 08-01789); (ii) **KBC Investments Limited's Memorandum of Law in Support of its Motion to Dismiss the Trustee's Amended Complaint** (dkt 110 – 11-02761 and dkt 22599 – 08-01789); and (iii) **Declaration of Jatin Tosar in Support of KBC Investment Limited's Motion to Dismiss** (dkt 111 – 11-02761 and dkt 22600 – 08-01789)); by email and by First Class Mail, postage prepaid upon Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 1011, Attn: David J. Sheehan, Esq. (dsheehan@bakerlaw.com), Eric R. Fish, Esq., (efish@bakerlaw.com), and Patrick T. Campbell (pcampbell@bakerlaw.com).

                                                /s/ Eileen McDonnell
                                                EILEEN A. MCDONNELL

Sworn before me this
22nd day of November 2022

/s/ Owens Ridges Jr.
Notary Public, State of New York
No. 24-4992070
Qualified in Kings County
Commission Expires 2/18/2026