**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                     Plaintiff,<br>v.<br><br>ABN AMRO BANK (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),<br><br>                     Defendants. | Adv. Pro. No. 10-05355 (CGM) |

**STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE**

      Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the Chapter 7 estate of Bernard L. Madoff, individually, and defendants ABN AMRO Bank (Ireland) Ltd (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) (together, "Defendants" and collectively, with

the Trustee, the "Parties"), by and through their respective, undersigned counsel, hereby stipulate and agree in this Stipulation and Order as follows:

**WHEREAS**, on June 17, 2022, on consent by Defendants, the Trustee filed a Second Amended Complaint (the "SAC"). ECF No. 205.

**WHEREAS**, on August 19, 2022, Defendants filed a Motion to Dismiss the SAC (the "Motion"), which lists January 18, 2023 as the hearing date. ECF No. 208.

**WHEREAS**, the Trustee timely filed an opposition to the Motion on August 18, 2022. ECF No. 214.

**WHEREAS**, Defendants' reply in further support of the Motion is due on December 2, 2022.

**WHEREAS**, the Parties have agreed to request that the hearing on the Motion be adjourned from January 18, 2023 to February 15, 2023, at 10:00 a.m.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, and **SO ORDERED**, by the Court that the hearing on Defendant's Motion be adjourned from January 18, 2023 to February 15, 2023 at 10:00 a.m.

[*Signatures on following page*]

Dated: November 22, 2022
New York, New York

**BAKER & HOSTETLER LLP**  **LATHAM & WATKINS LLP**

By: */s/ Regina Griffin*  By: */s/ Thomas Giblin*
45 Rockefeller Plaza  1271 Avenue of the Americas
New York, New York 10111  New York, New York 10020
Telephone: (212) 589-4200  Telephone: (212) 906-1200
Facsimile: (212) 589-4201  Christopher Harris
David J. Sheehan  Email: Christopher.harris@lw.com
Email: dsheehan@bakerlaw.com  Thomas Giblin
Regina Griffin  Email: Thomas.giblin@lw.com
Email: rgriffing@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*  *Attorneys for Defendants ABN AMRO*
*for the Substantively Consolidated SIPA*  *Bank (Ireland) Ltd (f/k/a Fortis Prime*
*Liquidation of Bernard L. Madoff Investment*  *Fund Solutions Bank (Ireland) Limited)*
*Securities LLC and the Chapter 7 Estate of*  *and ABN AMRO Custodial Services*
*Bernard L. Madoff*  *(Ireland) Ltd. (f/k/a Fortis Prime Fund*
  *Solutions Custodial Services (Ireland)*
  *Ltd.)*

**/s/ Cecelia G. Morris**



**Dated: November 22, 2022**  _____
**Poughkeepsie, New York**  **Hon. Cecelia G. Morris**
  **U.S. Bankruptcy Judge**