**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>ABN AMRO BANK (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),<br><br>        Defendants. | Adv. Pro. No.  10-05355 (CGM) |

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the status conference in this matter (ECF No. 201),

previously scheduled for January 18, 2023 has been adjourned to **February 15, 2023 at**

**10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced conference will be

held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge.

Dated: November 23, 2022                      Respectfully submitted,
New York, New York

By:    _/s/ Regina Griffin_
       **Baker & Hostetler LLP**
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: 212.589.4200
       Facsimile: 212.589.4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Regina Griffin
       Email: rgriffin@bakerlaw.com

       _Attorneys for Irving H. Picard, Trustee for the_
       _Substantively Consolidated SIPA Liquidation of_
       _Bernard L. Madoff Investment Securities LLC_
       _and the Estate of Bernard L. Madoff_