**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 30, 2022 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **11-02922; Picard v. Bank Julius Baer & Co. Ltd.**

    A.    Memorandum of Law in Support of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/7/2022) [ECF No. 115]

    B.    Declaration of Eric B. Halper in Support of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/7/2022) [ECF No. 116]

**Opposition Due**:   September 12, 2022

**Opposition Filed**:

    C.    Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/12/2022) [ECF No. 119]

**Replies Due**:   October 12, 2022

**Replies Filed**:

    D.    Reply Memorandum of Law in Further Support of Motion to Dismiss the Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 10/12/2022) [ECF No. 122]

**Related Documents**:

    E.    Stipulation and order signed on 4/18/2022. (Kinchen, Gwen) (Entered: 04/18/2022) [ECF No. 112]

    F.    Amended Stipulation and Order signed on 6/10/2022 (DuBois, Linda) (Entered: 06/10/2022) [ECF No. 113]

    G.    Notice of Hearing on of Defendant Bank Julius Baer & Co., Ltd.'s Motion to Dismiss the Trustee's Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd. (Filed: 7/8/2022) [ECF No. 117]

    H.    Letter to Judge Morris Regarding November 16, 2022 Oral Argument filed by Keith R. Murphy on behalf of Irving H. Picard (Filed: 11/11/2022) [ECF No. 123]

    I.    Notice of Adjournment of Hearing RE: Motion to Dismiss Adversary Proceeding Notice of Defendant Bank Julius Baer & Co., Ltds Motion to Dismiss the Trustees Amended Complaint filed by Eric B. Halper on behalf of Bank Julius Baer & Co. Ltd.; hearing not held and adjourned to 11/30/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 11/15/2022) [ECF No. 127]

**Status**:  This matter is going forward.

Dated: November 23, 2022  
      New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*