UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>BANQUE SYZ & CO., SA,<br><br>    Defendant. | Adv. Pro. No. 11-02149 (CGM) |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2022, a copy of the Notice of Adjournment of the Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages

designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: November 28, 2022
      New York, New York

                                       By: */s/ Nicholas J. Cremona*
                                       BAKER & HOSTETLER LLP
                                       45 Rockefeller Plaza
                                       New York, New York 10111
                                       Telephone: 212.589.4200
                                       Facsimile: 212.589.4201
                                       David J. Sheehan
                                       Email: dsheehan@bakerlaw.com
                                       Nicholas J. Cremona
                                       Email: ncremona@bakerlaw.com

                                       *Attorneys for Irving H. Picard, Trustee*
                                       *for the Substantively Consolidated SIPA*
                                       *Liquidation of Bernard L. Madoff Investment*
                                       *Securities LLC and the Chapter 7 Estate of*
                                       *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: Banque Syz & Co., SA