**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>               Plaintiff,<br>    v.<br><br>CREDIT SUISSE AG; CREDIT SUISSE AG, NASSAU BRANCH; CREDIT SUISSE (LUXEMBOURG) SA; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE NOMINEES (GUERNSEY) LIMITED; CREDIT SUISSE LONDON NOMINEES LIMITED; and CREDIT SUISSE (UK) LIMITED;<br><br>               Defendants. | Adv. Pro. No. 11-02925 (CGM) |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Defendants Credit Suisse AG; Credit Suisse AG, Nassau Branch; Credit Suisse

(Luxembourg) SA; Credit Suisse International; Credit Suisse Nominees (Guernsey) Limited;

Credit Suisse London Nominees Limited; and Credit Suisse (UK) Limited ("Defendants") filed a

motion to dismiss the Complaint under Bankruptcy Rule 7012(b) and Federal Rule of Civil

Procedure 12(b)(6) (the "Motion") on June 15, 2022 (ECF No. 105). The parties stipulated to

rest on their papers and waive oral argument on the Motion on November 14, 2022 (ECF No.

119). The Court has considered the Motion, the papers filed in support of and in opposition to

the Motion, and the Complaint. The Court entered a memorandum decision, dated November

21, 2022, regarding the Motion (the "Decision") (ECF No. 123). Based on the record in this

adversary proceeding, including the Decision, **IT IS ORDERED**:

    1.     The Motion to dismiss the Complaint is denied.

    2.     The deadline for Defendants to file an answer to the Complaint is

            January 20, 2023.

    3.     The Court shall retain jurisdiction to implement or enforce this Order.

**/s/ Cecelia G. Morris**



**Dated: November 29, 2022**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

2