QUINN EMANUEL URQUHART & SULLIVAN, LLP
Marc L. Greenwald
Eric M. Kay
Daniel M. Kelly
51 Madison Avenue, 22nd Floor,
New York, New York 10010-1601
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant Abu Dhabi Investment Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, Plaintiff, | Adv. Pro. No. 11-02493 (CGM) |
| v. | |
| ABU DHABI INVESTMENT AUTHORITY, | |
| Defendant. | |

**ABU DHABI INVESTMENT AUTHORITY'S DESIGNATION**
**OF RECORD ON APPEAL AND STATEMENT OF ISSUES**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1) and Local Rule 8009-1,

Defendant Abu Dhabi Investment Authority submits this designation of items to be included in the

record on appeal and statement of issues with respect to the appeal docketed in the United States

District Court for the Southern District of New York at Civil Action No. 22-cv-09911.

## 1.    Designation of Record on Appeal

ADIA designates the following items to be included in the record on appeal. Each

designated item shall also include any and all exhibits and documents annexed to and/or referenced

within such items.

| Date | Docket Entry[1] | Description |
|---|---|---|
| 08/11/2011 | 1<br><br>(Entries: 1-1 – 1-5) | Adversary Complaint with Exhibits A–E |
| 05/11/2022 | 109 | ADIA's Motion to Dismiss the Complaint |
| 05/11/2022 | 110<br><br>(Entries: 110-1 – 110-10) | Declaration of Marc L. Greenwald in Support of ADIA's Motion to Dismiss with Exhibits 1–10 |
| 05/11/2022 | 111 | Declaration of Mohamed Mubarak Rashed Saeed Al-Hajeri in Support of ADIA's Motion to Dismiss |
| 05/11/2022 | 112 | ADIA's Memorandum of Law in Support of its Motion to Dismiss |
| 07/11/2022 | 114 | Trustee Irving H. Picard's Memorandum of Law in Opposition to ADIA's Motion to Dismiss |
| 07/11/2022 | 115<br><br>(Entries: 115-1 – 115-33) | Declaration of Keith R. Murphy in Opposition to ADIA's Motion to Dismiss with Exhibits 1–33 |
| 08/09/2022 | 117 | ADIA's Reply in Support of its Motion to Dismiss |
| 10/28/2022 | 126 | Memorandum Decision Denying ADIA's Motion to Dismiss |

---

[1] These docket entries refer to filings in Adversary Proceeding No. 11-02493.

| Date | Docket Entry[1] | Description |
|------|-----------------|-------------|
| 11/03/2022 | 130 | Order denying ADIA's Motion to Dismiss |
| 11/16/2022 | 132 <br><br> (Entries: 132-1 – 132-4) | ADIA's Notice of Appeal with Exhibits A and B, Civil Cover Sheet, and Related Case Statement |

**2.      Statement of Issues**

1.      Whether the Bankruptcy Court erred in holding that it had subject matter jurisdiction pursuant to the third clause of the commercial activity exception of the Foreign Sovereign Immunities Act.

ADIA reserves the right to supplement or amend the statement of issues to be presented on appeal and to designate additional items for inclusion in the record on appeal.

DATED:    New York, New York          QUINN EMANUEL URQUHART &
              November 30, 2022                    SULLIVAN, LLP

                                     By:  /s/ *Marc L. Greenwald*
                                         Marc L. Greenwald
                                         Eric M. Kay
                                         Daniel M. Kelly
                                         51 Madison Avenue, 22nd Floor
                                         New York, New York 10010-1601
                                         Telephone: (212) 849-7000
                                         Fax: (212) 849-7100
                                         marcgreenwald@quinnemanuel.com
                                         erickay@quinnemanuel.com
                                         danielkelly@quinnemanuel.com

                                         *Attorneys for Defendant Abu Dhabi Investment Authority*