**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01698 (CGM) |
| Plaintiff, | |
| v. | |
| BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.), | |
| Defendants. | |

## STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

**WHEREAS**, on April 12, 2022, the Court entered a stipulation and order setting a schedule for the Trustee to file his Amended Complaint and for briefing on Defendants' motion to dismiss the Amended Complaint (the "Motion"), ECF No. 129 (the "Briefing Stipulation");

{12120502:1}

**WHEREAS**, pursuant to the Briefing Stipulation, on June 30, 2022, the Trustee filed the Amended Complaint, ECF No. 134, on September 2, 2022, Defendants filed the Motion, ECF Nos. 136-138, and on November 1, 2022, the Trustee opposed the Motion, ECF No. 147;

**WHEREAS**, pursuant to the Briefing Stipulation, Defendants' reply is due by December 1, 2022; and

**WHEREAS**, the parties have agreed to request that the hearing on the Motion be adjourned from December 14, 2022 to January 18, 2023, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties by the endorsement of their counsel below, that the hearing on the Motion be adjourned from December 14, 2022 to January 18, 2023, at 10:00 a.m. (prevailing Eastern time).

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: November 28, 2022
      New York, New York

| /s/ Howard L. Simon | /s/ Mark T. Ciani |
|---|---|
| **Windels Marx Lane & Mittendorf, LLP** | **Katten Muchin Rosenman LLP** |
| Howard L. Simon | Anthony L. Paccione |
| Kim M. Longo | Mark T. Ciani |
| Alan D. Lawn | 575 Madison Avenue |
| 156 West 56th Street | New York, New York 10026 |
| New York, New York 10019 | Telephone: (212) 940-8800 |
| Telephone: (212) 237-1000 | anthony.paccione@katten.com |
| hsimon@windelsmarx.com | mark.ciani@katten.com |
| klongo@windelsmarx.com | |
| alawn@windelsmarx.com | *Attorney for Defendants RBC Investor Services Bank S.A., RBC Investor Services Trust, and Banco Inversis, S.A., as successor in interest to RBC-Dexia España* |

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

/s/ Jeff E. Butler
**Clifford Chance US LLP**

Jeff E. Butler
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
jeff.butler@cliffordchance.com

*Attorney for Defendants Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.) and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.)*

**SO ORDERED.**

**Dated: November 30, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**