**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01699 (CGM) |
| Plaintiff, | |
| v. | |
| ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P., | |
| Defendants. | |

## STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

**WHEREAS**, on March 24, 2022, the Court entered a stipulation and order setting a schedule for the Trustee to file his Amended Complaint and for briefing on Defendants' motion to dismiss the Amended Complaint (the "Motion"), ECF No. 143 (the "Briefing Stipulation");

{12120245:1}

**WHEREAS**, pursuant to the Briefing Stipulation, on May 3, 2022, the Trustee filed the Amended Complaint, ECF No. 145,

**WHEREAS**, on June 30, 2022, the Court entered a stipulation and order amending the Briefing Stipulation, ECF No. 152 (the "Amended Briefing Stipulation");

**WHEREAS**, pursuant to the Amended Briefing Stipulation, on July 8, 2022, Defendants filed the Motion, ECF Nos. 153-155, and on September 9, 2022, the Trustee opposed the Motion, ECF No. 158;

**WHEREAS**, on September 29, 2022, this Court entered a stipulation and order extending Defendants' time to file their reply brief in further support of the Motion, ECF No. 160, and on October 17, 2022, Defendants filed their reply, ECF No. 162-163; and

**WHEREAS**, the parties have agreed to request that the hearing on the Motion be adjourned from December 14, 2022 to January 18, 2023, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties by the endorsement of their counsel below, that the hearing on the Motion be adjourned from December 14, 2022 to January 18, 2023, at 10:00 a.m. (prevailing Eastern time).

**THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: November 28, 2022
New York, New York

| /s/ Howard L. Simon | /s/ Mark T. Ciani |
|---|---|
| **Windels Marx Lane & Mittendorf, LLP** | **Katten Muchin Rosenman LLP** |
| | |
| Howard L. Simon | Anthony L. Paccione |
| Kim M. Longo | Mark T. Ciani |
| Alan D. Lawn | 50 Rockefeller Plaza |
| 156 West 56th Street | New York, New York 10020 |
| New York, New York 10019 | Telephone: (212) 940-8800 |
| Telephone: (212) 237-1000 | anthony.paccione@katten.com |
| hsimon@windelsmarx.com | mark.ciani@katten.com |
| klongo@windelsmarx.com | |
| alawn@windelsmarx.com | *Attorneys for Defendants* |

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**/s/ Cecelia G. Morris**
_____
**Dated: November 30, 2022**      **Hon. Cecelia G. Morris**
**Poughkeepsie, New York**         **U.S. Bankruptcy Judge**

{12120245:1}                                           5