**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>OREADES SICAV represented by its Liquidator INTER INVESTISSEMENTS S.A. and INTER INVESTISSEMENTS S.A. (f/k/a INTER CONSEIL S.A.),<br><br>    Defendants. | Adv. Pro. No. 10-05120 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.

Dated: November 30, 2022
      New York, New York

                                               By: */s/ Nicholas J. Cremona*
                                               BAKER & HOSTETLER LLP
                                               45 Rockefeller Plaza
                                               New York, New York 10111
                                               Telephone: 212.589.4200
                                               Facsimile: 212.589.4201
                                               David J. Sheehan
                                               Email: dsheehan@bakerlaw.com
                                               Nicholas J. Cremona
                                               Email: ncremona@bakerlaw.com

                                               *Attorneys for Plaintiff Irving H. Picard, Trustee*
                                               *for the Substantively Consolidated SIPA*
                                               *Liquidation of Bernard L. Madoff Investment*
                                               *Securities LLC and the Chapter 7 Estate of*
                                               *Bernard L. Madoff*

# **SCHEDULE A**

## Pro Se Defendants

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
Luxembourg

## Defendant Counsel

Andrew J. Ehrlich
Hallie S. Goldblatt
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: hgoldblatt@paulweiss.com
Email: mflumenbaum@paulweiss.com
Attorney For: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)