**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br><br>v.<br><br>CITRUS INVESTMENT HOLDINGS LTD.,<br><br>     Defendant. | Adv. Pro. No. 10-04471 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.

Dated: November 30, 2022
      New York, New York

           By: */s/ Nicholas J. Cremona*
           BAKER & HOSTETLER LLP
           45 Rockefeller Plaza
           New York, New York 10111
           Telephone: 212.589.4200
           Facsimile: 212.589.4201
           David J. Sheehan
           Email: dsheehan@bakerlaw.com
           Nicholas J. Cremona
           Email: ncremona@bakerlaw.com

           *Attorneys for Plaintiff Irving H. Picard, Trustee*
           *for the Substantively Consolidated SIPA*
           *Liquidation of Bernard L. Madoff Investment*
           *Securities LLC and the Chapter 7 Estate of*
           *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Jeffrey Resetarits
Randall Martin
Shearman & Sterling LLP
Email: Jeffrey.Resetarits@shearman.com
Email: Randall.Martin@shearman.com
Attorney For: Citrus Investment Holdings, Ltd.