**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>QUILVEST FINANCE LTD.,<br><br>    Defendant. | Adv. Pro. No. 11-02538 (CGM) |

**CERTIFICATE OF SERVICE**

    I, Thomas E. Lynch, an attorney admitted to practice before this Court, certify that I caused copies of the Answer of Defendant QS Finance Ltd. (formerly known as Quilvest Finance Ltd.), dated November 30, 2022, to be electronically filed with the Clerk of Court and served through the CM/ECF system to all counsel registered to receive notifications.

Dated: November 30, 2022
       New York, New York

                                                      */s/ Thomas E. Lynch*
                                                       Thomas E. Lynch