UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS – DUBLIN BRANCH,<br><br>Defendant. | Adv. Pro. No. 22-01087 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, the Notice of Adjournment of the Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the

attached Schedule A.

Dated: December 1, 2022
       New York, New York

                                 By: */s/ David J. Sheehan*
                                 BAKER & HOSTETLER LLP
                                 45 Rockefeller Plaza
                                 New York, New York 10111
                                 Telephone: 212.589.4200
                                 Facsimile: 212.589.4201
                                 David J. Sheehan
                                 Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

# **SCHEDULE A**

**Defendant Counsel**

Ari MacKinnon
Jack Massey
Lisa M. Schweitzer
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: jmassey@cgsh.com
Email: lschweitzer@cgsh.com
Email: tkessler@cgsh.com
Attorney For: BNP Paribas - Dublin Branch