| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                            Plaintiff,<br><br>      v.<br><br>BANQUE INTERNATIONALE À LUXEMBOURG, S.A. (f/k/a Dexia Banque Internationale a Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A. (f/k/a/ RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (f/k/a RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.),<br><br>                            Defendants. | Adv. Pro. No. 12-01698 (CGM) |

## CERTIFICATE OF SERVICE

        I hereby certify that:

On December 1, 2022, the Reply Memorandum of Law of Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale à Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.), in Further Support of their Motion to Dismiss the Trustee's Amended Complaint, was served by filing it with the Court's Electronic Filing System. Notice of this filing has been sent through the Court's Electronic Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: December 1, 2022
New York, New York

Respectfully submitted,

/s/ Jeff E. Butler

Jeff E. Butler
Meredith George
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019

*Counsel for Defendants Banque Internationale à Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA) and Banque Internationale à Luxembourg (Suisse) SA (f/k/a Dexia Private Bank (Switzerland) Ltd.)*