KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>  Plaintiff-Applicant,<br>    v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>  Defendant. | **Adv. Pro. No. 08-1789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>    v.<br><br><br><br>Barfield Nominees Ltd.,<br><br>  Defendant. | **Adv. Pro. No. 12-01669 (CGM)** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 2, 2022, Defendant Barfield Nominees Ltd.'s Answer with Affirmative Defenses and Jury Demand was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: December 2, 2022
New York, New York

        */s/ Anthony L. Paccione*
Katten Muchin Rosenman LLP
Anthony L. Paccione
Mark T. Ciani
Zachary S. Beal
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
anthony.paccione@katten.com
mark.ciani@katten.com
zachary.beal@katten.com

*Attorneys for Defendant Barfield Nominees Ltd.*

TO:    All Counsel of Record