**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK PLC *et al.*, <br><br> Defendants. | Adv. Pro. No. 09-01364 (CGM) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a conference to address a discovery dispute between Irving H. Picard, as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff (the "Trustee"), and nonparties Nigel Fielding, Saverio Fiorino, and Brian Pettitt (together, the "Individual Nonparties") has been scheduled in the above-referenced adversary proceeding, and a hearing will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge of the United States Bankruptcy

Court for the Southern District of New York, on **December 21, 2022 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted using Zoom for Government. If you wish to appear at the Hearing, you must register your appearance by 4:00 p.m. the day prior to the Hearing utilizing the eCourt Appearances portal (https://www.nysb.uscourts.gov/ecourt-appearancces) located on the Court's website.

|  |  |
|---|---|
| Dated: December 5, 2022<br>New York, New York | Respectfully submitted,<br><br>BINDER & SCHWARTZ LLP<br><br>/s/ Lauren K. Handelsman<br>Lauren K. Handelsman<br>Lindsay A. Bush<br>366 Madison Avenue, 6th Floor<br>New York, NY 10017<br>Tel.: (212) 510-7008<br>Email: lhandelsman@binderschwartz.com<br>Email: lbush@binderschwartz.com<br><br>*Attorneys for the Individual Nonparties* |

2