# EXHIBIT 5

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 4/25/2007 11:18:34 AM
**To:** Annie Hudson [ahudson@fggus.com]; Disha Attavar [dattavar@fggus.com]
**CC:** Richard Landsberger [richard@fgguk.com]
**Subject:** Re: Fairfield Sentry for May 1

Yes, we can accept one day late.


----- Original Message -----
From: Annie Hudson
To: Disha Attavar; Amit Vijayvergiya
Cc: Richard Landsberger
Sent: Wed Apr 25 05:42:03 2007
Subject: RE: Fairfield Sentry for May 1

I think this will be closer to $1m. They an extra day, is this OK?

───────────────────────────────

From: Disha Attavar
Sent: 20 April 2007 14:49
To: Annie Hudson
Cc: Amit Vijayvergiya; Richard Landsberger
Subject: RE: Fairfield Sentry for May 1

Hi Annie,

Yes, this was already approved.

Disha

───────────────────────────────

From: Annie Hudson
Sent: Friday, April 20, 2007 10:40 AM
To: Amit Vijayvergiya; Disha Attavar
Cc: Richard Landsberger
Subject: Fairfield Sentry for May 1

Subscription Amount: $ 2m
Agent Name: Richard
Subagent: Lion Fairfield

Client Name: LGT Bank in Liechtenstein

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000311931
SECSEV0889454

Anticipated Subscription Date: May 1
Fund (either Fairfield Sentry or Greenwich Sentry): Fairfield Sentry

I believe this is already approved as they had originally asked for $5m for April 1 which was approved and then they changed this to $3m in April and $2m for May.

Kind regards

Annie


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.