# EXHIBIT 7

**From:** Philip Toub [philip@fggus.com]
**Sent:** 9/3/2007 12:03:37 PM
**To:** Richard Landsberger [richard@fggus.com]; Executive Committee [ExecutiveCommittee@fggus.com]
**CC:** Amit Vijayvergiya [amit@fggus.com]
**Subject:** RE: Feedback from LGT

Glad to hear it. Harold and I met with Thomas Webber from LGT Liechtenstein some years ago and he was kind of supsicious of madoff. Have continued my relationship with Stefan muehlmann who sent one of his guys to our presentation in zurich. He was the guy who asked what we did with our transparency if we found something we didn't like funnily enough.

---------------------------------------

Philip Toub
Partner
Fairfield Greenwich Group
919 Third Avenue
New York, N.Y. 10022
Tel: +1212 319 6060
Fax: +1212 319 0450
Cel: +1917 669 4014
WWW.FGGUS.COM

-----Original Message-----
From: Richard Landsberger
Sent: Monday, September 03, 2007 06:25 AM Eastern Standard Time
To: Executive Committee
Cc: Amit Vijayvergiya
Subject: FW: Feedback from LGT

Nice note from FC on LGT's complements of our services and the semi-annual Sentry letter.

They have invested $20mm into Sentry past 6 months or so,

I will follow up to see if we can expand into Lictenstein.

_____

From: Tong Foo Cheong [mailto:fctong@lionfairfield.com.sg]
Sent: 03 September 2007 10:59
To: Richard Landsberger; Mark McKeefry; Amit Vijayvergiya
Cc: Jocelyn Ong; Annie Hudson
Subject: Feedback from LGT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000435867
SECSEV1013390

LFC distributed the recent Fairfield Sentry semi-annual update to our distributors. We also circulate the usual updates (weekly and monthly NAVs, tear sheets, monthly strategy reviews, subscription and redemption deadlines etc) for the Fairfield Funds.

LGT Bank in Liechtenstein has commented on the professionalism of the FGG updates and the commitment to client support. They are comforted by the regular dissemination of information on the funds. The semi-annual update and quarterly letters, for instance, are product support that they do not see from other managers like Permal. They are looking to get more of their clients into Fairfield funds, and Fairfield Sentry in particular.

Regards


Lion Fairfield Capital Management Limited (Regn No. 200403237E)
18 Cross Street #09-03A
Marsh & McLennan Centre
Singapore 048423
Tel: (65) 6327 8281
Fax: (65) 6327 8291

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and may contain confidential or legally privileged information. If you, the reader of this message, are not the intended recipient, you should not disseminate, distribute, copy or take any action in reliance on the contents of this communication. If you have received this communication in error, please notify us immediately by return email and delete this email from your system.

Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required, please request a hard-copy version. Lion Fairfield Capital Management Limited is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.