# EXHIBIT 8



# Global leader in alternative investments

LGT is a leading global provider of alternative investment solutions such as private equity, insurance-linked investments and hedge funds.

In contrast to traditional investments, many alternative investments - such as private equity solutions, hedge funds, insurance-linked investments, real estate and commodity funds - are not listed and are partially illiquid.

# Hurdles and chances of alternative investments

Alternative investments are extremely attractive investments for risk-tolerant investors, but are also difficult and challenging:

- many private investors do not have access to alternative investments.
- Alternative investments require very high minimum investment amounts and many demand a higher risk capacity and a long-term investment horizon.
- To invest successfully, investors must have wide-ranging knowledge of the opportunities and risks associated with alternative investments.
- Interested investors also need a global network of relationships and local expertise.

In spite of all these hurdles, alternative investments offer important advantages:

- specifically because they are illiquid and difficult to access, they offer knowledgeable and risk-tolerant investors the opportunity to earn a higher return in the long term than with traditional investments.

- Another important advantage of alternative asset classes: their yields and price movements often do not correlate or develop totally opposite to those of traditional asset classes. They are therefore excellent instruments for adding diversification to a portfolio.

- LGT makes it possible for private investors to also invest in alternative investments - and gives them access to the expertise of its investment specialists.

- At LGT, you can also invest amounts that are comparatively low in the industry.

## Extensive alternative investment expertise

Over the years, LGT has built up extensive expertise in alternative investments. Almost half of the  > Princely strategy used by LGT to invest the wealth of the Princely Family and which is also available to clients consists of alternative investments. This is an unusually high allocation compared to competing strategies.

In this regard, LGT Private Banking relies on the expertise of its sister company  > LGT Capital Partners, a globally leading asset management company that specializes in alternative investments.

## Extensive alternative investment expertise

### Insurance-linked investments

Insurance-linked investments are one of the few asset classes to have a very low correlation to any others.

> Insurance-linked investments

## Hedge funds

Hedge funds give you the chance to invest in a range of portfolios with a very active management approach.

> Hedge funds

## Private equity solutions

Private equity is an opportunity to participate in the performance of an unlisted company.

> Private equity solutions

## Alternative style premia

Alternative style premia deliver transparent, cost-efficient diversification to traditional portfolios.

> Alternative style premia

Real estate funds

Exploit real estate opportunities worldwide.

> Real estate funds

Commodity funds

Commodities are a topic of the future that offers opportunities for investors.

> Commodity funds

Disclaimer: LGT investment solutions and funds open up new opportunities, but also involve risks. Your investment profile is the decisive factor. Discuss your options for investing your money at LGT with a relationship manager.

## Would you like to find out more about alternative investments?

Our local experts are at your disposal for a no-obligation discussion.

As active investor, you make important decisions every day. Discover exciting articles that will make you a better investor.



Are your investment decisions based on mathematics – or social pressures, psychology, world view and pride?

> What makes an investor successful?



Transparency plays a key role in sustainable investing, says Andrea Ferch, Head Sustainable Investments at LGT.

> Sustainable investing: transparency is urgently needed



Investment specialist Yago del Villar explains what private investors should look out for when it comes to private equity and why this asset class is not suitable for every investor.

> "Private equity requires a lot of patience"

**Contact us**

+423 235 1122

© Copyright 2022