# EXHIBIT 13

3295317
NOV

CITCO
Citco Bank Nederland N.V.

ONTVANGEN OP
0 5 NOV. 2008

FAXED ON 03/11/08
Original Document
DO NOT DUPLICATE

| | | |
|---|---|---|
| DATE | 03-NOV-2008 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | Fergal Delaney | |
| REFERENCE | Redacted  )3830) | |

**Remarks: SELL-NAV end of November 2008**

Dear Sir / Madam,
We would like to **sell/redeem**:
Number of shares:   243.5295   (In words see below)
Two hundred and forty three point five two nine five SHARES
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #:  Redacted  1004

We expect **net asset value date 28-NOV-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account #   Redacted   0002 in the name of:
**CITCO GLOBAL CUSTODY NV - REF** Redacted 2900
WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION
OF CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES
ACCOUNT NUMBER : Redacted 4212 [USD]
OUR REFERENCE : Redacted             3830)
BIC         : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number Redacted         3830)

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No 33185291

CONFIDENTIAL                                                                                    ANWAR-CFSE-00126571

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS

REF :   1250     - R003830    FAIRFIEL

CONFIDENTIAL                                                                                        ANWAR-CFSE-00126572

3314517 NOV ✓

| CITCO |
|---|
| Citco Bank Nederland N.V. |

ONTVANGEN OP
0 5 NOV. 2008

FAXED ON 03/11/08
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 03-NOV-2008 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 1675325 (102900-1250-R003841) | |

Dear Sir / Madam,
We would like to **sell/redeem**:
Number of shares: **97.01** (In words see below)
Ninety seven point zero one SHARES
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 28-NOV-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # **00342402-0000002** in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES
ACCOUNT NUMBER : 000304212 [USD]
OUR REFERENCE : 1675325 (102900-1250-R003841)
BIC : MRMDUS33

**Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 1675325 (102900-1250-R003841)**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL              ANWAR-CFSE-00126573