# EXHIBIT 14

**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 04702
Holder ID    : Redacted 2402
Account ID   : Redacted 0424
Contract No. : Redacted 6802
Date         : Jul-29-2009
Order No.    : Redacted 3202
Email        : TRADECONFIRM@CITCO.COM
FAX Number   : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SIGMA LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting-shares from FAIRFIELD SIGMA LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2007 |
| Trade Date | | Sep-01-2007 |
| Payment Date | | Sep-20-2007 |
| No. of voting-shares Redeemed | | 441.2400 |
| Redemption Price | EUR | 181.3216 |
| Gross Redemption Proceeds | EUR | 80,006.34 |
| Net Redemption Proceeds | EUR | 80,006.34 |
| Amount to be Paid | EUR | 80,006.34 |
| Proceeds Paid to Date | EUR | 80,006.34 |

Your balance following this transaction will be 27,668.0773 voting-shares.

Note: 102900-1718-r842
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:    (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                          ANWAR-CFSE-00075145