# EXHIBIT 15



CITCO
Citco Fund Services
(Europe) B.V.

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : Redacted 2402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : Redacted 0002 |
| KINSALE ROAD | Contract No. Redacted 0602 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. Redacted 6302 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| No. of voting shares Redeemed | | 65.0000 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 82,519.83 |
| Net Redemption Proceeds | USD | 82,519.83 |
| Amount to be Paid | USD | 82,519.83 |
| Proceeds Paid to Date | USD | 82,519.83 |

Your balance following this transaction will be 12,012.4196 voting shares.

Note: Y/REF 102900-1250-R3190
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                                                   ANWAR-CFSE-00077568

08-01789-cgm   Doc 22682-15   Filed 12/05/22   Entered 12/05/22 18:25:06   Exhibit 15   Pg 3 of 14

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : [Redacted]2402
Account ID   : [Redacted]0002
Contract No. : [Redacted]0702
Date         : Jul-29-2009
Order No.    : [Redacted]6202
Email        : TRADECONFIRM@CITCO.COM
FAX Number   : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| No. of voting shares Redeemed | | 65.0000 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 82,519.83 |
| Net Redemption Proceeds | USD | 82,519.83 |
| Amount to be Paid | USD | 82,519.83 |
| Proceeds Paid to Date | USD | 82,519.83 |

Your balance following this transaction will be 12,012.4196 voting shares.

Note: Y/REF 102900-1250-S3189
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                                          ANWAR-CFSE-00077569

**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID : 03302  
Holder ID : [Redacted]2402  
Account ID : [Redacted]0002  
Contract No. : [Redacted]2602  
Date : Jul-29-2009  
Order No. : [Redacted]0802  
Email : TRADECONFIRM@CITCO.COM  
FAX Number : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2007 |
| Trade Date | | Jan-01-2008 |
| Payment Date | | Jan-17-2008 |
| No. of voting shares Redeemed | | 518.3500 |
| Redemption Price | USD | 1,291.6127 |
| Gross Redemption Proceeds | USD | 669,507.44 |
| Net Redemption Proceeds | USD | 669,507.44 |
| Amount to be Paid | USD | 669,507.44 |
| Proceeds Paid to Date | USD | 669,507.44 |

Your balance following this transaction will be 11,703.1106 voting shares.

Note: Y REF 102900-1250-R3333  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:    (31-20) 5722610  
Chamber of Commerce 33205112

CONFIDENTIAL                                                                    ANWAR-CFSE-00077570



**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : (Redacted)12402
Account ID    : (Redacted)0002
Contract No.  (Redacted)3802
Date          : Jul-29-2009
Order No.     (Redacted)6502
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2008 |
| Trade Date | | Feb-01-2008 |
| Payment Date | | Feb-15-2008 |
| No. of voting shares Redeemed | | 56.6400 |
| Redemption Price | USD | 1,299.7408 |
| Gross Redemption Proceeds | USD | 73,617.32 |
| Net Redemption Proceeds | USD | 73,617.32 |
| Amount to be Paid | USD | 73,617.32 |
| Proceeds Paid to Date | USD | 73,617.32 |

Your balance following this transaction will be 12,415.8548 voting shares.

Note: 102900-1250-R3357
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                                           ANWAR-CFSE-00077571

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : Redacted 2402
Account ID    : Redacted 0002
Contract No.  : Redacted 1502
Date          : Jul-29-2009
Order No.     : Redacted 0502
Email         : TRADECONFIRM@CITCO.COM
FAX Number:   +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-29-2008 |
| Trade Date | | Mar-01-2008 |
| Payment Date | | Mar-18-2008 |
| No. of voting shares Redeemed | | 160.0000 |
| Redemption Price | USD | 1,300.5811 |
| Gross Redemption Proceeds | USD | 208,092.98 |
| Net Redemption Proceeds | USD | 208,092.98 |
| Amount to be Paid | USD | 208,092.98 |
| Proceeds Paid to Date | USD | 208,092.98 |

Your balance following this transaction will be 13,104.3063 voting shares.

Note: REF 102900-1250-R003385
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112



**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID        : 03302  
Holder ID      : [Redacted]2402  
Account ID     : [Redacted]0002  
Contract No.   : [Redacted]7102  
Date           : Jul-29-2009  
Order No.      : [Redacted]0202  
Email          : TRADECONFIRM@CITCO.COM  
FAX Number     : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2008 |
| Trade Date | | Jun-01-2008 |
| Payment Date | | Jun-17-2008 |
| No. of voting shares Redeemed | | 422.6800 |
| Redemption Price | USD | 1,325.7227 |
| Gross Redemption Proceeds | USD | 560,356.47 |
| Net Redemption Proceeds | USD | 560,356.47 |
| Amount to be Paid | USD | 560,356.47 |
| Proceeds Paid to Date | USD | 560,356.47 |

Your balance following this transaction will be 16,758.0343 voting shares.

Note: 102900-1250-R3504  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33205112  

CONFIDENTIAL                                                                                                ANWAR-CFSE-00077573

# CITCO
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND

Fund ID       : 03302  
Holder ID     : Redacted 2402  
Account ID    : Redacted 0002  
Contract No.  : Redacted 3402  
Date          : Jul-29-2009  
Order No.     : Redacted 1202  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jul-15-2008 |
| No. of voting shares Redeemed | | 100.0000 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 132,492.98 |
| Net Redemption Proceeds | USD | 132,492.98 |
| Amount to be Paid | USD | 132,492.98 |
| Proceeds Paid to Date | USD | 132,492.98 |

Your balance following this transaction will be 15,858.0343 voting shares.

Note: 102900-1250-R3541  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
*Chamber of Commerce 33205112*



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID      : 03302  
Holder ID    : (Redacted)2402  
Account ID   : (Redacted)0002  
Contract No. : (Redacted)3802  
Date         : Jul-29-2009  
Order No.    : (Redacted)9202  
Email        : TRADECONFIRM@CITCO.COM  
FAX Number   : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jul-15-2008 |
| No. of voting shares Redeemed | | 800.0000 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 1,059,943.84 |
| Net Redemption Proceeds | USD | 1,059,943.84 |
| Amount to be Paid | USD | 1,059,943.84 |
| Proceeds Paid to Date | USD | 1,059,943.84 |

Your balance following this transaction will be 15,858.0343 voting shares.

Note: 102900-1250-R3536  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                 ANWAR-CFSE-00077575



**CITCO**
*Citco Fund Services (Europe) B.V.*

```
CITCO GLOBAL CUSTODY NV              Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD Holder ID    : (Redacted)2402
2600 CORK AIRPORT BUSINESS PARK      Account ID   : (Redacted)0002
KINSALE ROAD                         Contract No. : (Redacted)2202
CORK                                 Date         : Jul-29-2009
IRELAND                              Order No.    : (Redac)0017
                                     Email        : TRADECONFIRM@CITCO.COM
                                     FAX Number   : +353214910335
```

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Aug-31-2008 |
| Trade Date | | Sep-01-2008 |
| Payment Date | | Sep-16-2008 |
| No. of voting shares Redeemed | | 610.5400 |
| Redemption Price | USD | 1,343.9164 |
| Gross Redemption Proceeds | USD | 820,514.72 |
| Net Redemption Proceeds | USD | 820,514.72 |
| Amount to be Paid | USD | 820,514.72 |
| Proceeds Paid to Date | USD | 820,514.72 |

Your balance following this transaction will be 15,863.3716 voting shares.

Note: 1558695 102900 1250 R003600
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL                                            ANWAR-CFSE-00077576

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : Redacted 2402
Account ID    : Redacted 0002
Contract No.  : Redacted 31502
Date          : Jul-29-2009
Order No.     : Redacted 8417
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2008 |
| Trade Date | | Oct-01-2008 |
| Payment Date | | Oct-15-2008 |
| No. of voting shares Redeemed | | 17.0000 |
| Redemption Price | USD | 1,350.6040 |
| Gross Redemption Proceeds | USD | 22,960.27 |
| Net Redemption Proceeds | USD | 22,960.27 |
| Amount to be Paid | USD | 22,960.27 |
| Proceeds Paid to Date | USD | 22,960.27 |

Your balance following this transaction will be 20,916.8721 voting shares.

Note: 1601744(102900-1250-R003648)
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                                  ANWAR-CFSE-00077577

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : Redacted 2402
Account ID    : Redacted 0002
Contract No.  : Redacted 1502
Date          : Jul-29-2009
Order No.     : Redacted 6617
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 30.0000 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 40,493.35 |
| Net Redemption Proceeds | USD | 40,493.35 |
| Amount to be Paid | USD | 40,493.35 |
| Proceeds Paid to Date | USD | 40,493.35 |

Your balance following this transaction will be 20,111.7130 voting shares.

Note: 1652943 102900 1250 R3774
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                                        ANWAR-CFSE-00077578

08-01789-cgm   Doc 22682-15   Filed 12/05/22   Entered 12/05/22 18:25:06   Exhibit 15
Pg 13 of 14

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID       : 03302  
Holder ID     : Redacted 2402  
Account ID    : Redacted 0002  
Contract No.  : Redacted 1602  
Date          : Jul-29-2009  
Order No.     : Redacted 2417  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 410.7936 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 554,480.25 |
| Net Redemption Proceeds | USD | 554,480.25 |
| Amount to be Paid | USD | 554,480.25 |
| Proceeds Paid to Date | USD | 554,480.25 |

Your balance following this transaction will be 20,111.7130 voting shares.

Note: 102900 1250 R3714  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*  

*www.citco.com*  

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                                      ANWAR-CFSE-00077579

<mark>08-01789-cgm   Doc 22682-15   Filed 12/05/22   Entered 12/05/22 18:25:06   Exhibit 15   Pg 14 of 14</mark>



**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID         : 03302  
Holder ID       : Redacted 2402  
Account ID      : Redacted 0002  
Contract No.    : Redacted 1702  
Date            : Jul-29-2009  
Order No.       : Redacted 5717  
Email           : TRADECONFIRM@CITCO.COM  
FAX Number      : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 882.8055 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 1,191,591.62 |
| Net Redemption Proceeds | USD | 1,191,591.62 |
| Amount to be Paid | USD | 1,191,591.62 |
| Proceeds Paid to Date | USD | 1,191,591.62 |

Your balance following this transaction will be 20,111.7130 voting shares.

Note: 1635830 (102900-1250-R003709)  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

<mark>
Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33205112
</mark>

<mark>CONFIDENTIAL                                                        ANWAR-CFSE-00077580</mark>