# EXHIBIT 16

**From:** Annie Hudson [ahudson@fggus.com]
**Sent:** 7/25/2007 3:58:32 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:** Richard Landsberger [richard@fggus.com]; Disha Attavar [dattavar@fggus.com]
**Subject:** RE: Sentry/Sigma Approvals

I will check with Foo Cheong re LGT and BNP.
K rgds
Annie

-----Original Message-----
From: Amit Vijayvergiya
Sent: Wednesday, July 25, 2007 4:50 PM
To: Annie Hudson
Cc: Richard Landsberger; Disha Attavar
Subject: RE: Sentry/Sigma Approvals

Richard/Annie,

Have you heard from your clients as to why they have postponed their subs to next month (curious if this is an early sign of softening demand)? Are we reasonably confident that these are still happening for Sep 1?

Regards,
Amit


-----Original Message-----
From: Annie Hudson
Sent: Wednesday, July 25, 2007 12:16 PM
To: Disha Attavar
Cc: Richard Landsberger; Amit Vijayvergiya
Subject: RE: Sentry/Sigma Approvals

Please can we move LGT and BNP to September 1 as I have just been advised that they are not investing for August 1.

Kind regards

Annie

Sent from my GoodLink synchronized handheld (www.good.com)

-----Original Message-----
From: Disha Attavar

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00032320S
SECSEV0900732

Sent: Thursday, July 19, 2007 06:12 PM Eastern Standard Time
To: Annie Hudson
Cc: Richard Landsberger; Amit Vijayvergiya
Subject: Sentry/Sigma Approvals

Hi Annie/Richard,

The following orders have been approved for August 1.

Sub Amount (Local)

Client Name

Fund

$3,000,000

Hontai Life Insurance

Sentry

$5,000,000

BNP Paribas Private Bank - Lion Fairfield

Sentry

$50,000

CGC NV Cash (190047-1250-S3791) Bank Sarasin

Sentry

$2,000,000

Samsung ITMC

Sentry

$3,000,000

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00032321C

SECSEV0900733

LGT

Sentry

100,000

CGC NV Ref 102900 (102900-1718-s1124) LGT Bank Liechtenstein

Sigma

$1,000,000

Bank Hapoalim Suisse

Sentry

Regards,

Disha

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000323211
SECSEV0900734