# EXHIBIT 17



Amsterdam, April 20, 2001

Citco Bank Nederland N.V.
Attn. Payments Department
Strawinskylaan 1625
1007 XX Amsterdam

## FAIRFIELD SIGMA LIMITED
British Virgin Islands

Re:    EUR account number: 63.59.43.883

Dear Sirs,

By the debit of the above account, please arrange for the following wire transfers:

| **Beneficiary** | | | **Amount in EUR** |
|---|---|---|---|
| Correspondent Bank | : | UBS AG Stamford | 1,421.44 |
| Swift code | : | SBCOUS33 | |
| In favour of | : | LGT Bank Liechtenstein | |
| Account number | : | Redacted  6.000 | |
| Reference | : | Switch Fairfield, Attn: Angelika Vogt Load Fee 09/01/00 Fairfield Sigma Limited | |

Yours faithfully,
For and on behalf of
Fairfield Sigma Limited

Citco Fund Services (Europe) B.V.
Administrator

Fransisca Windradini # 129

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 6750881
Chamber of commerce: 33253773

CONFIDENTIAL                                                                                     ANWAR-CFSE-00326590