# EXHIBIT 18



**CITCO**
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date       : Dec-21-2007
Fund ID    : 03302
Holder ID  : Redacted2402
Account ID : Redacted0002
Order No.  : Redacted8302
Email      : TRADECONFIRM@CITCO.COM
FAX Number : 00 353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date                                                    Jan-01-2008
Settlement Date                                               Dec-27-2007
Valuation/NAV Date                                            Dec-31-2007
Type of transaction                                           Subscription

Amount                                              USD        170,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        Redacted6487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:        Redacted      0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

**Note 1: REF 102900-1250-S004052**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building                  www.citco.com            Phone: (31-20) 5722100
Telestone - Teleport                                     Fax:   (31-20) 5722610
Naritaweg 165                                        Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                CFSE-TRST-019124

                                                            CFSSAI0000481

```
User ID: MIBARRA
==================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133            Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Dec 21 16:13:33 2007
Sent on channel 9
Elapsed Time:  0 minutes, 14 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-019125

CFSSAI0000482