# EXHIBIT 19

**CITCO**

*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO DATA PROCESSING SERVICES LTD | Holder ID ;Redacted 2402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID ;Redacted 0002 |
| KINSALE ROAD | Contract No. ;Redacted 5802 |
| CORK IRELAND | Date : Jan-15-2008 |
| | Order No. : Redacted 8302 |
| | FAX Number: 00 353 21 491 0335 |
| TRADE CONFIRM | Email : TRADECONFIRM@CITCO.COM |

Account name: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2007 |
| Trade Date | | Jan-01-2008 |
| Value/Cash Date | | Dec-27-2007 |
| Total Consideration | USD | 170,000.00 |
| Net Proceeds | USD | 170,000.00 |
| Subscription Price | | 1,291.6127 |
| No. of voting shares Issued | | 131.6184 |
| Total Consideration Received to Date | USD | 170,000.00 |

Your balance following this transaction will be 11,703.1106 voting shares.

Note : REF 102900-1250-S004052

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax:  (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33253773* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

CONFIDENTIAL

ANWAR-CFSE-00092091

```
User ID: ASGHAIER
===============================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133                 Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Tue Jan 15 16:09:04 2008
Sent on channel 5
Elapsed Time:  0 minutes, 20 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-------------------------------------------------------------------------------
ASGHAIER approved fax at Tue Jan 15 16:02:46 2008
-------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00092092



# CITCO
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Cash Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Jan-04-2008 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 2402 |
| Account Id | : Redacted 0002 |
| CFI Cash Id | : Redacted 1902 |
| Order Id | : Redacted 8302 |

FAX Number : 00 353 21 491 0335
Email: TRADECONFIRM@CITCO.COM

TRADE CONFIRM
Account name: CITCO GLOBAL CUSTODY NV REF 102900

### FAIRFIELD SENTRY LIMITED

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Date Received | | Dec-27-2007 |
| Amount Received | USD | 170,000.00 |

The above funds were received by the following account:

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted        0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

Note : D1250-S004052E1
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610

| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
|---|---|---|
| *Telestone - Teleport* | | *Fax:    (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33253773* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

CONFIDENTIAL                                                                                    ANWAR-CFSE-00092093

Citco Funds Net

| | | | | | |
|---|---|---|---|---|---|
| | USD NAV1288.6461 AA2677013 VGG3299L1004 | | | | |
| D1250-S004052E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 131.9214 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 170,000.00  46,874,300.88 |
| | USD NAV1288.6461 AA2675663 VGG3299L1004 | | | | |
| D1250-S004051E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 706.1675 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 910,000.00  46,704,300.88 |
| | USD NAV1288.6461 VGG3299L1004 | | | | |
| D1250-S004050E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 485.0052 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 625,000.00  45,794,300.88 |
| | USD NAV1288.6461 8355 VGG3299L1004 | | | | |
| D1250-S004049E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 25.6083 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 33,000.00  45,169,300.88 |
| | USD NAV1288.6461 VGG3299L1004 | | | | |
| D1250-S004048E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 77.6008 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 100,000.00  45,136,300.88 |
| | USD NAV1288.6461 BSI OV VGG3299L1004 | | | | |
| D1250-S004047E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 154 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 198,451.50  45,036,300.88 |
| | USD NAV1288.6461 VGG3299L1004 | | | | |
| D1250-S004046E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 178.4819 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 230,000.00  44,837,849.38 |
| | USD NAV1288.6461 C39G-20071218-3 VGG3299L1004 | | | | |
| D1250-S004045E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 19.4002 SHS TD 02/01/08 | 27-Dec-2007 | 27-Dec-2007 | | 25,000.00  44,607,849.38 |
| | USD NAV1288.6461 C673-20071218-6 VGG3299L1004 | | | | |
| D1250-S004044E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS 178.4819 SHS TD | 27-Dec-2007 | 27-Dec-2007 | | 230,000.00  44,582,849.38 |

*(handwritten annotations near top right: "25438302" and "USD651902")*

https://cfn.citco.com/DirectBanking/cashTransaction.do

12/28/2007

CONFIDENTIAL

ANWAR-CFSE-00092094

# CITCO
### Citco Fund Services
### (Europe) B.V.

## Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Dec-21-2007 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redact 0002 |
| Order No. | : Redacted 8302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00 353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jan-01-2008 |
| Settlement Date | Dec-27-2007 |
| Valuation/NAV Date | Dec-31-2007 |
| Type of transaction | Subscription |

| | | |
|---|---|---|
| Amount | USD | 170,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted      0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: REF 102900-1250-S004052**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

| | | |
|---|---|---|
| *Citco Building* | *www.citco.com* | *Phone: (31-20) 5722100* |
| *Telestone - Teleport* | | *Fax:    (31-20) 5722610* |
| *Naritaweg 165* | | *Chamber of Commerce 33253773* |
| *1043 BW Amsterdam* | | |
| *The Netherlands* | | |

CONFIDENTIAL                                                          ANWAR-CFSE-00092095

```
User ID: MIBARRA
=====================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133                  Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Dec 21 16:13:33 2007
Sent on channel 9
Elapsed Time:  0 minutes, 14 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-----------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00092096

# CITCO
### Citco Fund Services
### (Europe) B.V.

## Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Dec-21-2007 |
| Fund ID | : 03302 |
| Holder ID | Redacted 2402 |
| Account ID | : Redact 0002 |
| Order No. | : Redacte 8302 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00 353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jan-01-2008 |
| Settlement Date | Dec-27-2007 |
| Valuation/NAV Date | Dec-31-2007 |
| Type of transaction | Subscription |

| Amount | USD | 170,000.00 |
|---|---|---|

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted        0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: REF 102900-1250-S004052**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                    ANWAR-CFSE-00092097

**CITCO** FUND SERVICES — OFFSHORE SUBSCRIPTION CHECKLIST - For Internal Use Only (v2.4)

| Fund name: | SENTRY | Investor's New Issue Status | Eligible ☐ | Restricted ☐ | N/A ☑ (fund does not trade in New Issues) |

| Fund Class / Series | | Fund Group ID 03002 | Fund ID 03302 |

Holder & Account Name: C6C Nø Ref 502900

| Holder ID | Redacted 2402 | New? Y/N | Account ID 2 | New? Y/N | Where any new, initials of person who did setup: |

| Trade Date | | NAV Date Dec 2004 | Notes: | Hold    Wait    Release |

| Gross Amount 470,000.- | No of Shares: — | |

Notes: 502900-1250-S 4052

| Load | Yes ☐ No ☑ | Amount ____ or, Percentage % ____ |
| Related Party | Yes ☑ No ☐ | New? Y/N | RPID: | Investor reference to be quoted on trade input: ____ |

**COMPLIANCE TO OFFERING DOCS/DIRECTORS RESOLUTIONS**

Date instruction received ____    Originals required, (Dub/Lux/locally agreed client level exceptions), date received ____

Most recent (& valid) version of subscription agreement verified as received    Yes ☑

Verify source doc on file to check signatures. If not on file, request and state here that you have:    Signatures match:    Yes ☑    No ☐

| Is the fund domiciled in CAYMAN or IRELAND? | Yes ☐ No ☑ | If yes, state the minimum this trade can be ____ and verify the trade is over this amount by ticking here: ☐ |
| Notice Period Met? | Yes ☑ No ☐ | Min Sub Amount Met? | Yes ☑ No ☐ (initial or subsequent amount) |
| Cash Deadline Met? | Yes ☐ No ☐ | Min Account Balance Met? | Yes ☐ No ☐ |
| DR Required? | Yes ☐ No ☐ | If yes, arrange with relevant for DR to be sent for signing |
| DR received and copy to be filed with legal department ☐ done by ____ (initials) | If DRs requested quarterly and filed separately and directly with legal team tick here ☐ (resolution reasons still need to be ticked above) |

**US INVESTOR DETAILS** (If not US Investor still need a go to Benefit Plan section) | **BENEFIT PLAN INVESTOR/ERISA DETERMINATION** (If N/A for this fund, tick here) ☐

| | YES | NO | | | | |
|---|---|---|---|---|---|---|
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying "plan assets" (E-ICGA) | ☐ |
| Accredited Investor? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | Management Affiliate (IM&A) | ☐ |
| Qualified Purchaser? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Is there capacity? Yes ☐ No ☐ |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) | ☐ | |
| Update Fund's 3c1/3c7 report | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code ____ initials |
| | | | Update Fund's ERISA report (if applicable) |

**TRADE INPUT**

Check Order Entry for pending trades/duplicates    Yes ☑

Send docs to Investment Manager or Notify Investment Manager of trade - if applicable    Yes ☐  N/A ☐    IM Approval rec'd & attached - if requested    Yes ☐  N/A ☐

Input trade and print Confirmation of Order Rec'd for Review (include in pack)    Order ID Number: Redacted 8302

Date confirmation of Orders Received sent (investors & related parties) ____    Where Series Subscription and contract note issued same day, tick here:    N/A ☐

| KYC status | OK ☑ Not OK ☐ | New investor ☐ | Good Swift / KYC required / Exempt (circle one) | KYC NOTES: |
| Address Verified | Yes ☐ No ☐ | Existing Investor ☑ | KYC On File / Required / Exempt (circle one) |

**FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL**

| Amount Received ____ | (date) | Country from: | Approved country ☐ Non-Approved country ☐ |
| Additional amount(s) rec'd ____ | (date) | Country from: | Approved country ☐ Non-Approved country ☐ |
| Swift Matches Investor's Name | Yes ☐ No ☐ | Advice/AML Letter Needed Yes ☐ No ☐ | NOTES: | Date | Initials |
| Swift is KYC Compliant | Yes ☐ No ☐ | If yes, date received in good order: |
| Any load fees to pay? | Yes ☐ No ☐ | Amount Paid ____ | Date ____ by ____ |

**Sign off matrix (initial in all places)**

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Pack | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | MI | A2/20 | Input | | | Approved by | | | Checked by | | |
| Verified by & approved on system: | | | Verified | | | Filed by | | | | | |

Date Contract Note sent (investors & related parties) ____    (place copy of confirm in pack)    Full subscription documents/trade pack scanned & stored    Yes ☐

For noting any trade Amendments Postponement or Cancellations

| Amendments | ☐ | |
| Postponements | ☐ | Reason: |
| Cancellations* | ☐ | *Where cancellation - start up a cancelled trades checklist as well |

CONFIDENTIAL

ANWAR-CFSE-00092098

Citco Bank Nederland  12/20/2007 4:34:11 PM    PAGE    1/001    Fax Server

## CITCO
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 20-DEC-2007 | PAGES    1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004052 | |

**Remarks: BUYR-Uli FoppaUli Foppa Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to    **buy/subscribe:**

For the countervalue of:    **USD 170'000.00**    (In words see below)

One hundred and seventy thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect net asset value date **02-JAN-2008** and will pay US DOLLARS for value **27-DEC-2007**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #    Redacted    **0002**  in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

REGISTERED ADDRESS
TELESTONE 8 - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
NETHERLANDS

MAILING ADDRESS
C/O CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK  IRELAND

**Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004052**

**Michael Leers**

**C.H.J McGuinness**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL

ANWAR-CFSE-00092099

20. Dec. 2007 21:22    Citco Bank                                    No. 6225    P. 1/4

---

**CITCO**

*Citco Bank Nederland N.V.*

| FAXED ON 20/12/07 |
| Original Document |
| **DO NOT DUPLICATE** |

| | | |
|---|---|---|
| DATE | 20-DEC-2007 | PAGES   1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004052 | |

**Remarks: BUYR-Uli FoppaUli Foppa Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

| We would like to | **buy/subscribe:** | |
|---|---|---|
| For the countervalue of: | **USD 170'000.00** | (In words see below) |

One hundred and seventy thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect net asset value date **02-JAN-2008** and will pay US DOLLARS for value **27-DEC-2007**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #  Redacted  0002  in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004052

*Nunzio Romano*

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

---

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                    ANWAR-CFSE-00092100

20 Dec. 2007 21:22       Citco Bank                          No. 6225    P. 2/4

```
FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS
```

REF : 1250     - S004052    FAIRFIEL

CONFIDENTIAL                                                          ANWAR-CFSE-00092101

. 20. Dec. 2007 21:22      Citco Bank

R2b 1260
→ SH0902

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

ANWAR-CFSE-00092102

CONFIDENTIAL

20. Dec. 2007 21:23    Citco Bank                    No. 6225   P. 4/4

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**
The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.  New Subscription Information:
Subscriber: CITCO GLOBAL CUSTODY N.V. Rob 102900
Contribution Date: 27-Dec, 2007
Additional Contribution Amount: U.S. $ 142,000

Changes to Subscription Agreement:  [✓] None
                                      [ ] Yes, as follows:
_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 20 day of Dec, 2007.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. Rob 102900 | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature | Signature |
| Nunzio Rovano | |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: | Telephone: |
| Fax: | Fax: |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

ANWAR-CFSE-00092103

CONFIDENTIAL



"|".

| CITCO | 2 4 DEC. 2007 |
| --- | --- |
| Citco Bank Nederland N.V. | |

**FAXED ON 20/12/07**
Original Document
**DO NOT DUPLICATE**

| | | PAGES   1 |
| --- | --- | --- |
| DATE | 20-DEC-2007 | |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004052 | |

**Remarks: BUYR-Uli FoppaUli Foppa Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

| We would like to | **buy/subscribe:** | |
| --- | --- | --- |
| For the countervalue of: | **USD 170'000.00** | (In words see below) |
| One hundred and seventy thousand US DOLLAR | | |

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 02-JAN-2008** and will pay US DOLLARS for **value 27-DEC-2007**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #   Redacted   **0002**  in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
| --- | --- |
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

**Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004052**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                    ANWAR-CFSE-00092104

*Rob 1250*
*-> SH002*

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00092105

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber: CITCO GLOBAL CUSTODY N.V. ROb 102900

Contribution Date: 2-7-Dec , 200 7

Additional Contribution Amount: U.S. $ 170,000

Changes to Subscription Agreement: [x] None
                                      [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 20 day of Dec , 200 7

**Corporate, Partnership, Trust or Account Subscribers**      **Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. ROb 102900
Name of Entity (Print)                                         Name (Print)

By: CITCO BANK NEDERLAND N.V.
     Signature                                            Signature

     Name (Print)                                     Name of Joint Purchaser, If Any (Print)

     Title                                                   Signature

Telephone: _____            Telephone: _____

Fax: _____                  Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
     Name: _____
     Title: _____

RR-3

CONFIDENTIAL

ANWAR-CFSE-00092106