# EXHIBIT 20

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | |
| CITCO DATA PROCESSING SERVICES LTD | Date : Jan-25-2008 |
| 2600 CORK AIRPORT BUSINESS PARK | Fund ID : 03302 |
| KINSALE ROAD | Holder ID : Redacted 2402 |
| CORK IRELAND | Account ID : Redac 0002 |
| | Order No. : Redacted 0902 |
| | Email : TRADECONFIRM@CITCO.COM |
| TRADE CONFIRM | FAX Number : 00353 21 491 0335 |

Account: CITCO GLOBAL CUSTODY NV REF 102900

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Feb-01-2008 |
| Settlement Date | Jan-29-2008 |
| Valuation/NAV Date | Jan-31-2008 |
| Type of transaction | Subscription |
| Amount | USD   1,000,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted   0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: REF 102900-1250-S004085**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                    ANWAR-CFSE-00096424

```
User ID: VPRIEGO
===============================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Jan 25 17:26:12 2008
Sent on channel 12
Elapsed Time:  0 minutes, 28 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-------------------------------------------------------------------------------
VPRIEGO approved fax at Fri Jan 25 17:26:08 2008
-------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00096425

| CITCO FUND SERVICES | OFFSHORE SUBSCRIPTION CHECKLIST (For Internal Use Only) (5.2.98) | | |
|---|---|---|---|
| Fund name: **Fairfield Sentry** | Investor's New Issue Status ☐ Eligible | ☐ Restricted ☑ N/A (fund does not trade in New Issues) | |
| Fund Class / Series _ | Fund Group ID **03002** | Fund ID **03302** | |
| Holder & Account Name **Citco Global Custody NV** | | | |
| Holder ID Redacted **2402** New? Y/N | Account ID Redacted **0002** New? Y/N | Where any new, initials of person who did setup: | |
| Trade Date **02.01.08** | NAV Date **01.31.08** | Notes: Hold    Wait    Release | |
| Gross Amount **1,000,000 USD** | No of Shares: | REF. **102900-1250-5004085** | |
| Load Yes ☐ No ☑ | Amount ___ or, Percentage % ___ | | |
| Related Party Yes ☑ No ☐ | New? Y/N   RPID: | Investor reference to be quoted on trade input: | |

**COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS**

Date instruction received **01.25.08**    Originals required, (Dub/Lux/locally agreed client level exceptions), date received ___

Most recent (& valid) version of subscription agreement verified as received   Yes ☑

Verify source doc on file to check signatures. If not on file, request and state here that you have:    Signatures match:   Yes ☑   No ☐

Is the fund domiciled in CAYMAN or IRELAND?   Yes ☐ No ☑   If yes, state the minimum this trade can be ___ and verify the trade is over this amount by ticking here: ☐

Notice Period Met?   Yes ☑ No ☐    Min Sub Amount Met?   Yes ☑   No ☐ (initial or subsequent amount)

Cash Deadline Met?   Yes ☐ No ☐    Min Account Balance Met?   Yes ☐   No ☐

DR Required?   Yes ☐ No ☐   If yes, arrange with relevant for DR to be sent for signing

DR r___ and copy to be filed with legal department ☐ done by ___ (initials)    If DRs requested quarterly and filed separately and directly with legal team tick here ☐ (resolution reasons still need to be ticked above)

**US INVESTOR DETAILS**   If not US investor tick here & go to Benefit Plan section: ☑    **BENEFIT PLAN INVESTOR/ERISA DETERMINATION**   If N/A for this fund, tick here: ☑

| | YES | NO | | | | |
|---|---|---|---|---|---|---|
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying "plan assets" (E-ICGA) | ☐ |
| Accredited Investor? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | | |
| Qualified Purchaser? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Management Affiliate (IM&A) | ☐ |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) | ☐ | Is there capacity?   Yes ☐ No ☐ | |
| Update Fund's 3c1/3c7 report (if maintained for this fund) | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code ___ initials | | | |
| | | | Update Fund's ERISA report (if applicable) | | | |

**TRADE INPUT**

Check Order Entry for pending trades/duplicates   Yes ☑

Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable   Yes ☐   N/A ☐   IM Approval rec'd & attached - if requested   Yes ☐   N/A ☐

Input trade and print Confirmation of Order Rec'd for Review (include in pack)   Order ID Number: Redacted **0902**

Date confirmation of Orders Received sent (Investors & related parties) ___   Where Series Subscription and contract note issued same day, tick here:   N/A ☐

KYC status   OK ☑   Not OK ☐   New investor ☐   Good Swift / KYC required / Exempt (circle one)   KYC NOTES:

Address Verified   Yes ☐ No ☐   Existing Investor ☑   KYC On File / Required / Exempt (circle one)

**FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL**

Amount Received ___ (date) ___ Country from: ___   Approved country ☐   Non-Approved country ☐

Additional amount(s) rec'd ___ (date) ___ Country from: ___   Approved country ☐   Non-Approved country ☐

Swift Matches investor's Name   Yes ☐ No ☐   Advice/AML Letter Needed   Yes ☐ No ☐   NOTES:   Date ___   Initials ___

Swift is KYC Compliant   Yes ☐ No ☐   If yes, date received in good order: ___

Any load fees to pay?   Yes ☐ No ☐   Amount Paid ___   Date ___ by ___

**Sign off matrix (initial in all places)**

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Pack | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | VN | 01.25.08 | Input | | | Approved by | | | Checked by | | |
| Verified by & approved on system: | HC | A/25/08 | Verified | | | Filed by | | | | | |

Date Contract Note sent (Investors & related parties) ___ (place copy of confirm in pack)   Full subscription documents/trade pack scanned & stored   Yes ☐

For noting any trade Amendments Postponement or Cancellations

Amendments ☐

Postponements ☐   Reason: ___

Cancellations* ☐    *Where cancellation - start up a cancelled trades checklist as well

CONFIDENTIAL

ANWAR-CFSE-00096426



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date          : Jan-25-2008
Fund ID       : 03302
Holder ID     : Redacted 2402
Account ID    : Redacted 0002
Order No.     : Redacted 0902
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : 00353 21 491 0335

**TRADE CONFIRM**
Account: CITCO GLOBAL CUSTODY NV REF 102900

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Dealing Date | Feb-01-2008 |
| Settlement Date | Jan-29-2008 |
| Valuation/NAV Date | Jan-31-2008 |
| Type of transaction | Subscription |
| Amount | USD 1,000,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

Note 1: REF 102900-1250-S004085
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                 ANWAR-CFSE-00096427

# CITCO
*Citco Fund Services (Europe) B.V.*

## Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

BACK OFFICE
Account: CITCO GLOBAL CUSTODY NV REF PICTET   NO 2900

| | |
|---|---|
| Date | : Jan-25-2008 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redacted 0028 |
| Order No. | : Redacted 4702 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0335 |

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Dealing Date | Feb-01-2008 |
| Settlement Date | Jan-29-2008 |
| Valuation/NAV Date | Jan-31-2008 |
| Type of transaction | Subscription |

Amount                                                                USD          1,000,000.00

Bank Name:               HSBC BANK USA
Bank Address 1:          NEW YORK
Bank Address 2:          USA
ABA Ref.:                021001088
SWIFT Ref.:              MRMDUS33
Further Cr. Num:         Redacted 6487
Further Cr. Name:        CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.:  CITCIE2D
Beneficiary Acct No:     Redacted    0501
Beneficiary Name:        FAIRFIELD SENTRY LIMITED

Note 1: REF 102900-1250-S004085
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                    ANWAR-CFSE-00096428

Citco Bank Nederland 1/25/2008 10:41:55 AM       PAGE    1/001      Fax Server

# CITCO
*Citco Bank Nederland N.V.*

| | | |
|---|---|---|
| DATE | 25-JAN-2008 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004085 | |

**Remarks: BUYR-NAV end of January08 Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to **buy/subscribe:**

For the countervalue of:  **USD 1'000'000.00**      (In words see below)

One million US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect **net asset value date 01-FEB-2008** and will pay US DOLLARS for value **29-JAN-2008**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #    Redacted     0002   in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004085

*[Signature]*  Michael Leers

*[Signature]*  C.H.J McGuinness

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: +31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                                                           ANWAR-CFSE-00096429

28. Jan. 2008 14:36   Citco Bank                                              No. 7743   P. 1/4

**CITCO**
*Citco Bank Nederland N.V.*

FAXED ON 25/01/08
Original Document
**DO NOT DUPLICATE**

DATE              25-JAN-2008                                PAGES   1
COMPANY           FAIRFIELD GROUP (2773)
CITY AND COUNTRY  AMSTERDAM, NETHERLANDS
ATTENTION OF      JUDITH TERLIEN
FAX NUMBER        0031205722610
FROM              FRONT OFFICE TRADING DESK
REFERENCE         102900-1250-S004085

*Booked 2801 0902* (handwritten)

Remarks: BUYR-NAV end of January08 Subscription/Purchase form to follow by Mail.
Dear Sir / Madam,
We would like to         **buy/subscribe:**
For the countervalue of: USD 1'000'000.00                (In words see below)
One million US DOLLAR
in: FAIRFIELD SENTRY LTD SHARES
ISIN #: VGG3299L1004

We expect net asset value date 01-FEB-2008 and will pay US DOLLARS for value 29-JAN-2008.
Please notify us immediately if this is not the next available net asset value date, if our order will not
be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #   Redacted  0002   in the name of:
                         CITCO GLOBAL CUSTODY NV - REF 102900
**REGISTERED ADDRESS**                    **MAILING ADDRESS**
TELESTONE 8 - TELEPORT                    C/O CITCO GLOBAL SECURITIES SERVICES
NARITAWEG 165                             2600 CORK AIRPORT BUSINESS PARK
1043 BW AMSTERDAM                         KINSALE ROAD
NETHERLANDS                               CORK IRELAND

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to
tradeconfirm@citco.com. Please quote reference number 102900-1250-S004085

*[signature]*
Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in
error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 3722200.*

Telestone 8, Teleport          Phone: +31 (0)20 572 2200          Chamber of Commerce
Naritaweg 165                  Fax: +31 (0)20 572 2625            Amsterdam
1043 BW Amsterdam              amsterdam-bank@citco.com           No. 33185291
The Netherlands

CONFIDENTIAL                                                ANWAR-CFSE-00096430

28. Jan. 2008 14:37    Citco Bank                              No. 7743   P. 2/4

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS

REF :  1250    - S004085    FAIRFIEL

CONFIDENTIAL                                                                ANWAR-CFSE-00096431

28. Jan. 2008 14:37    Citco Bank    No. 7743    P. 3/4

Rob 1260
→ S 4085

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL    ANWAR-CFSE-00096432

### SHORT FORM SUBSCRIPTION AGREEMENT

THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. **IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. Rob 102900
Contribution Date: 2a Jan, 2008
Additional Contribution Amount: U.S. $ 1,000,000

Changes to Subscription Agreement:  [✓] None
                                    [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Jan, 2008

Corporate, Partnership, Trust or Account Subscribers         Individual Subscribers

CITCO GLOBAL CUSTODY N.V. Rob 102900
Name of Entity (Print)                                        Name (Print)

By: CITCO BANK NEDERLAND N.V.
    Signature                                                 Signature

    Name (Print)                                              Name of Joint Purchaser, If Any (Print)

    Title                                                     Signature

Telephone: _____                      Telephone: _____
Fax:       _____                      Fax:       _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By:  _____
     Name:  _____
     Title: _____

RR-3

CONFIDENTIAL

ANWAR-CFSE-00096433



**CITCO**
*Citco Bank Nederland N.V.*

3 1 JAN. 2008

**FAXED ON 25/01/08**
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 25-JAN-2008 | PAGES   1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004085 | |

**Remarks:** BUYR-NAV end of January08 Subscription/Purchase form to follow by Mail.

Dear Sir / Madam,

We would like to    **buy/subscribe:**
For the countervalue of:    **USD 1'000'000.00**    (In words see below)
One million US DOLLAR

**in: FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 01-FEB-2008** and will pay US DOLLARS for **value 29-JAN-2008**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #    Redacted    0002   in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004085

*[signature]*
Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                                                                ANWAR-CFSE-00096434

Rob 1250
→ 3 4085

# Short Form Subscription Agreement
For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00096435

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.** New Subscription Information:
Subscriber: CITCO GLOBAL CUSTODY N.V. ROb 102900
Contribution Date: 2a Jan , 200 8
Additional Contribution Amount: U.S. $ 1,000,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Jan , 2008.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. ROb 102900 | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature    *Nunzio Rollano* | Signature |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: _____ | Telephone: _____ |
| Fax: _____ | Fax: _____ |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

ANWAR-CFSE-00096436