# EXHIBIT 21



**CITCO**

*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Feb-26-2008 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redacted 0002 |
| Order No. | : Redacted 3602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Mar-01-2008 |
| Settlement Date | Feb-27-2008 |
| Valuation/NAV Date | Feb-29-2008 |
| Type of transaction | Subscription |

| | | |
|---|---|---|
| Amount | USD | 900,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted    0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: Y REF 102900-1250-S4127**

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                ANWAR-CFSE-00100822

User ID: MIBARRA
====================================================================
TO: Name: TRADE CONFIRM
     Company: CITCO GLOBAL CUSTODY NV
     Fax Phone Number: 00353 21 491 0335
     Contact Phone Number:
     Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Tue Feb 26 10:57:28 2008
Sent on channel 10
Elapsed Time:  0 minutes, 22 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Feb-26-2008 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redacted 0002 |
| Order No. | : Redacted 3602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Mar-01-2008 |
| Settlement Date | Feb-27-2008 |
| Valuation/NAV Date | Feb-29-2008 |
| Type of transaction | Subscription |

| | | |
|---|---|---|
| Amount | USD | 900,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted    0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: Y REF 102900-1250-S4127**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00100824

**CITCO** FUND SERVICES    OFFSHORE SUBSCRIPTION CHECKLIST - For Internal Use Only (v 2.9)

| Fund name: | | Investor's New Issue Status | Eligible ☐ | Restricted ☐ | N/A ☐ | (fund does not trade in New Issues) |
|---|---|---|---|---|---|---|
| Fund Class / Series | | Fund Group ID | | Fund ID | | |
| Holder & Account Name | G G C Nu ✓ 180029 | | | | | |
| Holder ID | New? Y/N | Account ID | New? Y/N | Where any new, initials of person who did setup: | | |
| Trade Date | | NAV Date | | Notes: | Hold    Wait    Release | |
| Gross Amount | 900,000 | No of Shares: | | | | |
| Load | Yes ☐  No ☐ | Amount _____ or, Percentage % _____ | | | | |
| Related Party | Yes ☐  No ☐ | New? Y/N | RPID: | Investor reference to be quoted on trade input:_____ | | |

### COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS

| | |
|---|---|
| Date instruction received _____ | Originals required, (Dub/Lux/locally agreed client level exceptions), date received _____ |
| Most recent (& valid) version of subscription agreement verified as received    Yes ☐ | |

| Verify source doc on file to check signatures. If not on file, request and state them that you have: | | Signatures match:    Yes ☐    No ☐ |
|---|---|---|
| Is the fund domiciled in CAYMAN or IRELAND?    Yes ☐  No ☐ | If yes, state the minimum this trade can be _____ and verify the trade is over this amount by ticking here: ☐ | |
| Notice Period Met?    Yes ☐  No ☐ | Min Sub Amount Met?    Yes ☐    No ☐ (initial or subsequent amount) | |
| Cash Deadline Met?    Yes ☐  No ☐ | Min Account Balance Met?    Yes ☐    No ☐ | |
| DR Required?    Yes ☐  No ☐ | If yes, arrange with relevant for DR to be sent for signing | |
| DR received and copy to be filed with legal department  ☐ done by _____ (initials) | If DRs requested quarterly and filed separately and directly with legal team tick here  ☐ (resolution reasons still need to be ticked above) | |

### US INVESTOR DETAILS    If not US Investor tick here & go to Benefit Plan section    ☐    |    BENEFIT PLAN INVESTOR/ERISA DETERMINATION    If N/A for this fund, tick here  ☐

| | YES | NO | | | |
|---|---|---|---|---|---|
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying "plan assets" (E-ICGA)  ☐ |
| Accredited Investor? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | |
| Qualified Purchaser? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Management Affiliate (IM&A)  ☐ |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) | ☐ | Is there capacity?    Yes ☐  No ☐ |
| Update Fund's 3c1/3c7 report | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code _____ initials | | |
| | | | Update Fund's ERISA report (if applicable) | | |

### TRADE INPUT

| | |
|---|---|
| Check Order Entry for pending trades/duplicates    Yes ☐ | |
| Send docs to Investment Manager or Notify Investment Manager of trade - if applicable    Yes ☐    N/A ☐ | IM Approval rec'd & attached - if requested    Yes ☐    N/A ☐ |
| Input trade and print Confirmation of Order Rec'd for Review (include in pack) | Order ID Number:    29263602 |
| Date confirmation of Orders Received sent (investors & related parties) _____    Where Series Subscription and contract note issued same day, tick here: N/A ☐ | |
| KYC status    OK ☐    Not OK ☐    New investor ☐    Good Swift / KYC required / Exempt   (circle one) | KYC NOTES: |
| Address Verified    Yes ☐  No ☐    Existing Investor ☐    KYC On File / Required / Exempt   (circle one) | |

### FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL

| | | | |
|---|---|---|---|
| Amount Received | (date)    Country from: | Approved country ☐    Non-Approved country ☐ | |
| Additional amount(s) rec'd | (date)    Country from: | Approved country ☐    Non-Approved country ☐ | |
| Swift Matches Investor's Name    Yes ☐  No ☐ | Advice/AML Letter Needed    Yes ☐  No ☐ | NOTES: | Date    Initials |
| Swift is KYC Compliant    Yes ☐  No ☐ | If yes, date received in good order: _____ | | |
| Any load fees to pay?    Yes ☐  No ☐    Amount Paid _____ | Date _____  by _____ | | |

### Sign off matrix (initial in all places)

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Paid | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | SR | 21 26/ | Input: | | | Approved by: | | | Checking by: | | |
| Verified by & approved on system: | MC | 21/26/0 | Verified: | | | Filed by: | | | | | |

| | |
|---|---|
| Date Contract Note sent (Investors & related parties) _____ | (place copy of confirm in pack)    Full subscription documents/trade pack scanned & stored    Yes ☐ |

| For noting any trade Amendments Postponement or Cancellations | | |
|---|---|---|
| Amendments | ☐ | |
| Postponements | ☐ | Reason: |
| Cancellations* | ☐ | *Where cancellation - start up a cancelled trades checklist as well |

## CITCO
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 25-FEB-2008 | PAGES    1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004127 | |

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to    buy/subscribe:

For the countervalue of:    **USD 900'000.00**    (In words see below)

Nine hundred thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect net asset value date 03-MAR-2008 and will pay US DOLLARS for value 27-FEB-2008. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #    Redacted    **0002** in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

**Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004127**

**Michael Leers**

C.H.J McGuinness

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No 33185291

CONFIDENTIAL                                ANWAR-CFSE-00100826

26. Feb. 2008 11:31                                                          No. 0409    P. 1/4

---

## CITCO
*Citco Bank Nederland N.V.*

> **FAXED ON 25/02/08**
> Original Document
> **DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 25-FEB-2008 | PAGES    1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004127 | |

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to **buy/subscribe:**

For the countervalue of: **USD 900'000.00**          (In words see below)

Nine hundred thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect net asset value date **03-MAR-2008** and will pay US DOLLARS for **value 27-FEB-2008.**
Please notify us immediately if this is not the next available net asset value date, if our order will not
be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #  Redacted   **0002**  in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to
tradeconfirm@citco.com. Please quote reference number 102900-1250-S004127

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in
error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                          ANWAR-CFSE-00100827

26. Feb. 2008 11:31                                                No. 0409    P. 2/4

```
FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS
```

REF : 1250    - S004127    FAIRFIEL

CONFIDENTIAL                                ANWAR-CFSE-00100828

26. Feb. 2008 11:31

No. 0409    P. 3/4

Rob 1280
-> 3 4127

# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Narhaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00100829

26. Feb. 2008 11:31

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**
The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:
Subscriber:                            CITCO GLOBAL CUSTODY N.V. *Rob102900*
Contribution Date:                   *23-Feb-08* , 200_
Additional Contribution Amount: U.S. $ *900,000*

Changes to Subscription Agreement:   [✔] None
                                     [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this *23* day of *Feb*, 200 *8*

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. *Rob102900* | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature | Signature |
| *Nungio Roman* | |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: _____ | Telephone: _____ |
| Fax: _____ | Fax: _____ |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

ANWAR-CFSE-00100830

CONFIDENTIAL

mfe

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM 1043 BW
NETHERLANDS

ONTVANGEN KOERIER

2 7 FEB. 2008

REF : 1250    - S004127    FAIRFIEL

NFIDENTIAL

ANWAR CE

# CITCO

*Citco Bank Nederland N.V.*

<strong>FAXED ON 25/02/08</strong><br>
Original Document<br>
<strong>DO NOT DUPLICATE</strong>

| | | |
|---|---|---|
| DATE | 25-FEB-2008 | PAGES    1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004127 | |

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to          **buy/subscribe:**

For the countervalue of:      **USD 900'000.00**          (In words see below)

Nine hundred thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect **net asset value date 03-MAR-2008** and will pay US DOLLARS for **value 27-FEB-2008.**
Please notify us immediately if this is not the next available net asset value date, if our order will not
be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #    Redacted    0002  in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

**Please confirm subscription details to (353 21) 4910335 (fax) or to <u>tradeconfirm@citco.com</u>.
Queries concerning trade placement or documentation requirements can be addressed to
<u>tradeconfirm@citco.com</u>. Please quote reference number 102900-1250-S004127**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in
error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

*Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A*

*Chamber of Commerce
Amsterdam
No. 33185291*

CONFIDENTIAL                                                                          ANWAR-CFSE-00100832

Rob 1280
→ 8 4127

# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00100833

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**
The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information.**
Subscriber: CITCO GLOBAL CUSTODY N.V. RObiO2900
Contribution Date: 27-feb-08 , 200_
Additional Contribution Amount: U.S. $ 900,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of
Feb , 200 8

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. ROb 102900 | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature     Nungeo Romans | Signature |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: _____ | Telephone: _____ |
| Fax: _____ | Fax: _____ |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

ANWAR-CFSE-00100834