# EXHIBIT 30

19.Mar. 2008 14:00　　　　　　　　　　　　　　　　　　No.1491　P. 3/4



# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-034105

CFSSAJ0000450

19. Mar. 2008 14:00                                                           No. 1491   P. 4/4

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. 206102900
Contribution Date: 27-March-2008
Additional Contribution Amount: U.S. $500,000

Changes to Subscription Agreement:  [✓] None
                                     [ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 18 day of March 2008

**Corporate, Partnership, Trust or Account Subscribers**           **Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. 206102900
Name of Entity (Print)                                             Name (Print)

By: CITCO BANK NEDERLAND N.V.  _____              _____
                              Signature                             Signature

            Nunzio Romano
Name (Print)                                                       Name of Joint Purchaser, If Any (Print)

_____                                                    _____
Title                                                              Signature

Telephone: _____                                         Telephone: _____

Fax: _____                                               Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

CFSE-TRST-034106

CFSSAJ0000451