# EXHIBIT 34

Citco Bank Nederland 10/20/2008 5:39:24 PM    PAGE    3/004    Fax Server

For Transfer purposes only

Rob 1250
→ S

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

Tel: +353 21 432 4932
Fax: +353 21 491 0335

CONFIDENTIAL

CFSE-TRST-052452

CFSSAJ0018797

Citco Bank Nederland 10/20/2008 5:39:24 PM    PAGE    4/004    Fax Server

For Transfer purposes only

### SHORT FORM SUBSCRIPTION AGREEMENT

THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:
Subscriber: CITCO GLOBAL CUSTODY N.V. Ref 102900, A/C Redacted
Contribution Date: _____, 2008   Redacted xxx2
Additional Contribution Amount: U.S. $ 65.444 Shares

Changes to Subscription Agreement:  [✓] None
                                    [ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 7th day of October, 2008.

Corporate, Partnership, Trust or Account Subscribers        Individual Subscribers
CITCO GLOBAL CUSTODY N.V. Ref 102900, A/C Redacted
Name of Entity (Print)                                      Name (Print)    Redacted xxx2
By: CITCO BANK NEDERLAND N.V.
Signature                                                   Signature
Name (Print)                                                Name of Joint Purchaser, If Any (Print)
        Brian Conley
Title                                                       Signature
Telephone: Tel: +353 21 482 4932                            Telephone:
Fax:       Fax: +353 21 491 0335                            Fax:

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name:
    Title:

RR-3

CONFIDENTIAL

CFSE-TRST-052453
CFSSAJ0018798