# EXHIBIT 35

Citco Bank Nederland 1/30/2008 6:05:44 PM    PAGE    3/005    Fax Server

*For transfer purposes only*

# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-056669

CFSSAK0001990

Citco Bank Nederland 1/30/2008 6:05:44 PM    PAGE    4/005    Fax Server

*... transfer purposes only*

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. Ref 102500 A/C Redacted - Redacted 3424
Contribution Date: _____, 200_
Additional Contribution Amount: 58,00 shares EUR

Changes to Subscription Agreement:  [✓] None
                                    [ ] Yes, as follows:

**Mailing address:**
Citco Global Securities Services Ltd.
2600 Cork Airport Business Park,
Kinsale Road,
Cork,
Ireland

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 20 day of Jan, 2008.

Corporate, Partnership, Trust or Account Subscribers      Individual Subscribers    Redacted 3424
CITCO GLOBAL CUSTODY N.V. Ref 102500                      A/C   Redacted
Name of Entity (Print)                                    Name (Print)

By: Signature CITCO BANK NEDERLAND N.V.                   Signature

Name (Print)                                              Name of Joint Purchaser, If Any (Print)

RR-5

*Irene Dutton - Manager Transfers*

CONFIDENTIAL                                              CFSE-TRST-056670

CFSSAK0001991

Citco Bank Nederland 1/30/2008 6:05:44 PM      PAGE    5/005    Fax Server

...... purposes only

Citco Global Custody N.V.   Ref 102900
Telestone 8 -Teleport          A/c : Redacted - Redacted 0424
Naritaweg 165
1043BW Amsterdam
The Netherlands

                                                        ture
                                                       hone:
                                                Fax:

E-mail: TRADECONFIRM@citco.com

SUBSCRIPTION ACCEPTED AS OF  29th Jan 2008

FAIRFIELD SIGMA LIMITED

By:
   Name:
   Title:

RR-6

CONFIDENTIAL

CFSE-TRST-056671

CFSSAK0001992