# EXHIBIT 36

Citco Bank Nederland 6/18/2008 6:30:11 PM    PAGE    3/005    Fax Server

For transfer purposes only

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-056920

CFSSAK0002241

Citco Bank Nederland 6/18/2008 6:30:11 PM    PAGE    4/005    Fax Server

For transfer purposes only

## SHORT FORM SUBSCRIPTION AGREEMENT

THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. - ref 102900 A/C Redacted - Redacted 0424
Contribution Date: _____, 200_
Additional Contribution Amount: 62.62 shares    EUR

Changes to Subscription Agreement:  [✓] None
                                    [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 18 day of June, 2008

Corporate, Partnership, Trust or Account Subscribers    Individual Subscribers

Name of Entity (Print): CITCO GLOBAL CUSTODY N.V. - ref 102900 A/C Redacted - Redacted 0424    Name (Print): _____

By:
Signature: CITCO BANK NEDERLAND N.V.    Signature: _____
Name (Print): Colin O'Donovan, Manager    RR-5    Name of Joint Purchaser, If Any (Print): Irene Dalton - Manager Transfers

CONFIDENTIAL

CFSE-TRST-056921

CFSSAK0002242

Citco Bank Nederland 6/18/2008 6:30:11 PM    PAGE    5/005    Fax Server

For transfer purposes only

**Mailing address:**

Citco Global Custody N.V.            Citco Global Securities Services Ltd
Telestone 8 -Teleport                2600 Cork Airport Business Park,
Naritaweg 165                        Kinsale Road,
1043BW Amsterdam                     Cork,
The Netherlands                      Ireland.                iture

                                                             hone:

Fax:    Fax:

E-mail: TRADECONFIRM@citco.com

SUBSCRIPTION ACCEPTED AS OF ___ _____, 200_

FAIRFIELD SIGMA LIMITED

By:
    Name:
    Title:

RR-6

CONFIDENTIAL

CFSE-TRST-056922

CFSSAK0002243