# EXHIBIT 38

Ref 1718
– S1199

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-058099

CFSSAK0003420

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain

whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. Reb 102900
Contribution Date: 25-Feb-, 2008
Additional Contribution Amount: €80,000    EUR

Changes to Subscription Agreement:    [✓] None
    [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 14 day of Feb, 2008

**Corporate, Partnership, Trust or Account Subscribers**    **Individual Subscribers**

Name of Entity (Print): CITCO GLOBAL CUSTODY N.V. Reb 102900    Name (Print): _____

By:
    Signature CITCO BANK NEDERLAND N.V.    Signature _____

    Name (Print) _____    Name of Joint Purchaser, If Any (Print) _____

            RR-5

Citco Global Custody N.V. **Rob 102900**
Telestone 8 -Teleport
Naritaweg 165
1043BW Amsterdam
The Netherlands

ature
hone:
Fax:

E-mail: *TRADECONFIRM@citco.com*

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SIGMA LIMITED

By: _____
    Name: _____
    Title: _____

RR-6

CONFIDENTIAL

CFSE-TRST-058101

CFSSAK0003422