# EXHIBIT 39

For ........cos Only

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-059463

CFSSAK0004784

Citco Bank Nederland 5/8/2008 3:37:43 PM    PAGE    4/005    Fax Server

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain

whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. Re 109900 A/C Redacted — Redacted424
Contribution Date: ASAP , 200_
Additional Contribution Amount: 198 - 5165. EUR

Changes to Subscription Agreement:    [✓] None
                                     [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 6 day of May , 2008.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. Re 109900 A/C | Redacted 424 |
| Name of Entity (Print) | Name (Print) |
| By: | |
| Signature CITCO BANK NEDERLAND N.V. Brian Canty | Signature |
| Authorised Signatory / Authorised Signatory | Name of Joint Purchaser, If Any (Print) |
| Name (Print) | |

RR-5

CONFIDENTIAL

CFSE-TRST-059464

CFSSAK0004785

Citco Bank Nederland 5/8/2008 3:37:43 PM    PAGE    5/005    Fax Server

**Citco Global Custody N.V.**
Telestone 8 -Teleport
Naritaweg 165
1043BW Amsterdam
The Netherlands

Tel:  +353 21 432 4552
Fax: +353 21 491-0335

iture

*hone:

E-mail: *TRADECONFIRM@citco.com*

Fax:

**Mailing address:**
Citco Global Securities Services Ltd.
2600 Cork Airport Business Park,
Kinsale Road.
Cork,
Ireland

SUBSCRIPTION ACCEPTED AS OF _        . .. ... ..., 200_

FAIRFIELD SIGMA LIMITED

By:
    Name:
    Title:

RR-6

CONFIDENTIAL

CFSE-TRST-059465

CFSSAK0004786