# EXHIBIT 40

Roa 1718
- S1201

# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-062549
CFSSAK0007870

26. May. 2008 15:52                                                             No. 4701   P. 4/5

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. 2060102900
Contribution Date: 26 May, 2008
Additional Contribution Amount: €10,000    EUR

Changes to Subscription Agreement:    [✓] None
                                      [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 22 day of May, 2008

Corporate, Partnership, Trust or Account Subscribers    Individual Subscribers

CITCO GLOBAL CUSTODY N.V. 2060102900
Name of Entity (Print)                                  Name (Print)
By: Signature CITCO BANK NEDERLAND N.V.                 Signature

Name (Print)                                            Name of Joint Purchaser, If Any (Print)

RR-5

CONFIDENTIAL

CFSE-TRST-062550
CFSSAK0007871

26. May. 2008 15:53                      No. 4701   P. 5/5

Citco Global Custody N.V. R0b102900
Telestone 8 - Teleport
Naritaweg 165
1043BW Amsterdam
The Netherlands

                                                        iture
                                                        hone:

                                                        Fax:
E-mail: TRADECONFIRM@citco.com

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SIGMA LIMITED

By: _____
     Name: _____
     Title: _____

RR-6

CONFIDENTIAL

CFSE-TRST-062551
CFSSAK0007872