# EXHIBIT 41

Ref 1718
— S 1289

# Short Form Subscription Agreement
For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-064594

CFSSAK0009915

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. REF 102900
Contribution Date: 14 Sep, 2008
Additional Contribution Amount: € 10,000 EUR

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 27 day of Aug, 2008.

**Corporate, Partnership, Trust or Account Subscribers**    **Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. REF 102900
Name of Entity (Print)                                    Paul C___ Name (Print)
By: Signature CITCO BANK NEDERLAND N.V.    Signature

Name (Print)                                              Name of Joint Purchaser, If Any (Print)

RR-5

CONFIDENTIAL

CFSE-TRST-064595

CFSSAK0009916

Citco Global Custody N.V. *REF 102900*
Telestone 8 -Teleport
Naritaweg 165
1043BW Amsterdam
The Netherlands

                                                                       ture
                                                                       hone:

E-mail: *TRADECONFIRM@citco.com*      Fax:

SUBSCRIPTION ACCEPTED AS OF _____, 200_

FAIRFIELD SIGMA LIMITED

By:
    Name:
    Title:

RR-6

CONFIDENTIAL

CFSE-TRST-064596

CFSSAK0009917