# EXHIBIT 44

Rob 1250
→93814

# Short Form Subscription Agreement
### For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-101735

CFSSAM0007427

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber: CITCO GLOBAL CUSTODY N.V. *Reb 102900*

Contribution Date: *26 July*, 200 *7*

Additional Contribution Amount: U.S. $ *3,900,000*

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this *27* day of *June*, 200 *7*

**Corporate, Partnership, Trust or Account Subscribers**

CITCO GLOBAL CUSTODY N.V. *Reb 102900*
Name of Entity (Print)

By: CITCO BANK NEDERLAND N.V.
Signature

Name (Print)

Title

Telephone: _____

Fax: _____

**Individual Subscribers**

_____
Name (Print)

_____
Signature

_____
Name of Joint Purchaser, If Any (Print)

_____
Signature

Telephone: _____

Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

CFSE-TRST-101736

CFSSAM0007428