# EXHIBIT 47



Home  >  The Firm  >  Locations  >  USA

# USA



## LGT Capital Partners (USA) Inc.

30th Floor
1133 Avenue of the Americas
New York, NY 10036

Phone +1 212 336 0650

> lgt.cp@lgt.com
> www.lgtcp.com



## LGT Capital Partners (USA) Inc.

11th Floor
305 Church at North Hills Street
Raleigh, NC 27609

Phone +1 919 798 2677

> lgt.cp@lgt.com
> www.lgtcp.com



## LGT Capital Partners (USA) Inc.

Floor 13, Suite 1330
580 California Street
San Francisco, CA 94104

Phone +1 628 201 0050

- lgt.cp@lgt.com
- www.lgtcp.com

## Contact us

© Copyright 2022