**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01698 (CGM) |
| Plaintiff, | |
| v. | |
| BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.), | |
| Defendants. | |

**STIPULATION AND ORDER TO ADJOURN**
**ARGUMENT DATE FOR DEXIA DEFENDANTS' MOTION TO DISMISS**

**WHEREAS**, on April 12, 2022, the Court entered a stipulation and order setting a schedule for the Trustee to file his Amended Complaint and for briefing on Defendants' motions to dismiss the Amended Complaint (the "Motions"), ECF No. 129 (the "Briefing Stipulation");

{12123825:1}

**WHEREAS**, pursuant to the Briefing Stipulation, on June 30, 2022, the Trustee filed the Amended Complaint, ECF No. 134; on September 2, 2022, Defendants RBC Investor Services Bank S.A., RBC Investor Services Trust, and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, the "RBC-Dexia Defendants") filed their motion to dismiss the Amended Complaint (the "RBC-Dexia Motion"), ECF Nos. 136-138, and Defendants Banque Internationale à Luxembourg S.A. and Banque Internationale à Luxembourg (Suisse) S.A. (collectively, the "Dexia Defendants") filed their motion to dismiss the Amended Complaint (the "Dexia Motion"), ECF Nos. 141, 143; and on November 1, 2022, the Trustee opposed the Motions, ECF No. 147;

**WHEREAS**, on November 30, 2022, the Court entered a stipulation and order adjourning the hearing on the RBC-Dexia Motion from December 14, 2022 to January 18, 2023, at 10:00 a.m. (prevailing Eastern time), ECF No. 149;

**WHEREAS**, pursuant to the Briefing Stipulation, on December 1, 2022, the RBC-Dexia Defendants filed their reply, ECF No. 155, and the Dexia Defendants filed their reply, ECF No. 157; and

**WHEREAS**, the Dexia Defendants and the Trustee have agreed to request that the hearing on the Dexia Motion also be adjourned from December 14, 2022 to January 18, 2023, at 10:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Dexia Defendants and the Trustee by the endorsement of their counsel below, that the hearing on the Dexia Motion be adjourned from December 14, 2022 to January 18, 2023, at 10:00 a.m. (prevailing Eastern time).

Dated: December 5, 2022
      New York, New York

| /s/ Howard L. Simon | /s/ Jeff E. Butler |
|---|---|
| **Windels Marx Lane & Mittendorf, LLP** | **Clifford Chance US LLP** |

| | |
|---|---|
| Howard L. Simon<br>Kim M. Longo<br>Alan D. Lawn<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>hsimon@windelsmarx.com<br>klongo@windelsmarx.com<br>alawn@windelsmarx.com<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | Jeff E. Butler<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 878-8000<br>jeff.butler@cliffordchance.com<br><br>*Attorney for Defendants Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.) and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.)* |

**SO ORDERED.**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: December 6, 2022**
**Poughkeepsie, New York**

{12123825:1}    5