# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: April 1, 2022 – July 31, 2022 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 10/31/2022 ECF No. 22477 | 4/1/2022 – 7/31/2022 | $36,219,512.79 | $36,219,512.79 | $32,597,561.51 | $0 | $32,597,561.51 | $286,456.71 | $286,456.71 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 10/31/2022 ECF No. 22478 | 4/1/2022 – 7/31/2022 | $63,482.83 | $63,482.83 | $50,786.26 | $0 | $50,786.26 | $10,059.35 | $10,059.35 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 10/31/2022 ECF No. 22479 | 4/1/2022 – 7/31/2022 | $329,516.76 | $329,516.76 | $263,613.41 | $0 | $263,613.41 | $7,448.92 | $7,448.92 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | 10/31/2022 ECF No. 22484 | 4/1/2022 – 7/31/2022 | $12,049.86 | $12,049.86 | $9,639.89 | $0 | $9,639.89 | $0 | $0 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 10/31/2022 ECF No. 22492 | 4/1/2022 – 7/31/2022 | $830,189.97 | $830,189.97 | $664,151.98 | $0 | $664,151.98 | $6,009.49 | $6,009.49 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 10/31/2022 ECF No. 22489 | 4/1/2022 – 7/31/2022 | $3,110,956.00 | $3,110,956.00 | $2,488,764.80 | $0 | $2,488,764.80 | $24,818.91 | $24,818.91 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 10/31/2022 ECF No. 22483 | 4/1/2022 – 7/31/2022 | $91,555.22 | $91,555.22 | $73,244.17 | $0 | $73,244.17 | $8,572.71 | $8,572.71 |
| Addleshaw Goddard (Ireland) LLP, Special Counsel to the Trustee | 10/31/2022 ECF No. 22480 | 4/1/2022 – 7/31/2022 | $2,578.87 | $2,578.87 | $2,063.10 | $0 | $2,063.10 | $145.44 | $145.44 |
| Kugler Kandestin LLP, Special Counsel to the Trustee | 10/31/2022 ECF No. 22485 | 4/1/2022 – 7/31/2022 | $15,076.71 | $15,076.71 | $12,061.37 | $0 | $12,061.37 | $0 | $0 |
| Velitor Law, Special Counsel to the Trustee | 10/31/2022 ECF No. 22488 | 12/1/2021 – 7/31/2022 | $2,349.00 | $2,349.00 | $1,879.20 | $0 | $1,879.20 | $0 | $0 |
| La Tanzi, Spaulding & Landreth, LLP, Special Counsel to the Trustee | 10/31/2022 ECF No. 22491 | 1/1/2021 – 7/31/2022 | $1,007.50 | $1,007.50 | $806.00 | $0 | $806.00 | $1,727.50 | $1,727.50 |
| The Scaletta Law Firm, PLLC, Special Counsel to the Trustee | 10/31/2022 ECF No. 22481 | 4/1/2022 – 7/31/2022 | $706.86 | $706.86 | $565.49 | $0 | $565.49 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| UGGC & Associés, Special Counsel to the Trustee | 10/31/2022 ECF No. 22482 | 4/1/2022 – 7/31/2022 | $22,293.60 | $22,293.60 | $17,834.88 | $0 | $17,834.88 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 10/31/2022 ECF No. 22486 | 4/1/2022 – 7/31/2022 | $32,590.57 | $32,590.57 | $26,072.45 | $0 | $26,072.45 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | 10/31/2022 ECF No. 22487 | 4/1/2022 – 7/31/2022 | $9.618.50 | $9.618.50 | $7,694.80 | $0 | $7,694.80 | $915.23 | $915.23 |
| Lukins & Annis P.S., Special Counsel to the Trustee | 10/31/2022 ECF No. 22490 | 4/1/2022 – 7/31/2022 | $1,498.50 | $1,498.50 | $1,198.80 | $0 | $1,198.80 | $0 | $0 |

Schedule A(1)          DATE: __/__/__          INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,451,243,478.18 | $1,451,243,478.18 | $1,437,063,098.87 | $21,198,732.63 | $21,198,732.63 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Addleshaw Goddard (Ireland) LLP, Special Counsel to the Trustee | $853,695.98 | $853,695.98 | $845,405.85 | $49,585.08 | $49,585.08 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,806,869.33 | $2,806,869.33 | $2,741,734.18 | $219,435.85 | $219,435.85 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $50,340.02 | $50,340.02 | $46,928.94 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,735,934.79 | $6,735,934.79 | $6,687,430.39 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $3,345,366.68 | $3,345,366.68 | $3,096,998.10 | $74,500.70 | $74,500.70 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $83,726,473.20 | $83,726,473.20 | $82,277,116.17 | $828,578.81 | $828,578.81 |
| UGGC & Associés, Special Counsel to the Trustee | $2,786,346.56 | $2,786,346.56 | $2,747,430.34 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,814.30 | $321,814.30 | $320,543.67 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $15,972,396.82 | $15,972,396.82 | $15,445,168.78 | $611,564.08 | $611,564.08 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,757,097.73 | $20,757,097.73 | $20,578,228.42 | $1,328,621.74 | $1,328,621.74 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $9,458.50 | $9,458.50 | $9,162.16 | $2,184.80 | $2,184.80 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $86,880.33 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $106,499.97 | $106,499.97 | $104,338.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $226,656.49 | $226,656.49 | $219,754.30 | $365.04 | $365.04 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,590,624.24 | $1,590,624.24 | $1,590,624.24 | $23,518.30 | $23,518.30 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $244,252.02 | $244,252.02s | $219,502.89 | $165.24 | $165.24 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $68,953.50 | $68,953.50 | $61,823.25 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | $25,279.04 | $25,279.04 | $21,789.28 | $2,808.23 | $2,808.23 |
| Lukins & Annis P.S., Special Counsel to the Trustee | $13,120.20 | $13,120.20 | $11,658.33 | $1,155.94 | $1,155.94 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | $12,049.86 | $12,049.86 | $9,639.89 | $0 | $0 |

Schedule B(1)            DATE: __/__/__            INITIALS:  : __ USBJ