**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>　　　　　Plaintiff-Applicant,  <br>　　v.  <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)  <br><br>SIPA Liquidation  <br><br>(Substantively Consolidated) |
| In re:  <br><br>BERNARD L. MADOFF,  <br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,  <br><br>　　　　　Plaintiff,  <br>　　v.  <br><br>MISTRAL (SPC),  <br><br>　　　　　Defendant. | Adv. Pro. No. 12-01273 (CGM) |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant Mistral (SPC) ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on August 15, 2022, Defendant filed a motion to dismiss the Trustee's amended complaint (the "Motion") [ECF No. 118], with a supporting memorandum of law [ECF No. 119]; on October 14, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 122] (the "Opposition"); and on November 14, 2022, Defendant filed a reply in further support of its Motion ECF No. 124 (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, pursuant to a notice of hearing [ECF No. 120], a hearing to consider the Motion was scheduled to be held on December 14, 2022, at 10:00 am; and

**WHEREAS**, the Parties have conferred and agree to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on December 14, 2022 to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: December 7, 2022
New York, New York

| | |
|---|---|
| **WINDELS MARX LANE & MITTENDORF, LLP** | **O'MELVENY & MYERS LLP** |
| By: */s/ Kim M. Longo* <br> Robert J. Luddy <br> Kim M. Longo <br> Alex Jonatowski <br> 156 West 56th Street <br> New York, New York 10019 <br> Telephone: (212) 237-1000 <br> rluddy@windelsmarx.com <br> klongo@windelsmarx.com <br> ajonatowski@windelsmarx.com | By: */s/ Daniel S. Shamah* <br> William J. Sushon <br> Daniel S. Shamah <br> Kayla Haran <br> 7 Times Square <br> New York, New York 10036 <br> Telephone: (212) 326-2000 <br> wsushon@omm.com <br> dshamah@omm.com <br> kharan@omm.com |
| *Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Mistral (SPC)* |

**SO ORDERED:**



**Dated: December 8, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**