

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

Kim M. Longo
212.237.1050
klongo@windelsmarx.com

December 8, 2022

**VIA ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, New York 10004-1408

Re:   *Picard v. Zephyros Limited*, Adv. Pro. No. 12-01278 (substantively consolidated with *SIPC v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789)

Dear Judge Morris:

  We are special counsel to Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act and the chapter 7 estate of Bernard L. Madoff, in the above-referenced adversary proceeding. We write jointly with counsel for the defendant, Zephyros Limted ("Zephyros"), with respect to the hearing on Zephyros' motion to dismiss (ECF No. 129) scheduled for December 14, 2022 at 10:00 a.m. (ECF No. 131).

  The parties write to provide the Court notice that they have conferred and agree to limit their respective arguments at the hearing to only the third and fourth grounds for dismissal raised by Zephyros in its accompanying memorandum of law, i.e., that (i) 11 U.S.C. § 546(e) bars recovery of the bulk of the Trustee's claims,[1] and (ii) the statute of limitations bars recovery of the newly alleged transfer in the Amended Complaint from Rye Select Broad Market Portfolio Limited (*f/k/a* American Masters Broad Market Fund II Limited) to Zephyros.[2] The parties have agreed to rest on their papers with respect to all other issues. Nothing herein shall be considered a waiver of any argument made in the parties' filed papers or otherwise affect those arguments in any way.

---

[1] ECF No. 130 at 12-19; *see also* ECF No. 134 (Trustee's Opposition) at 13-25; ECF No. 136 (Zephyros' Reply) at 10-16.

[2] ECF No. 130 at 19-22; *see also* ECF No. 134 (Trustee's Opposition) at 25-30; ECF No. 136 (Zephyros' Reply) at 16-19.

Respectfully submitted,

| | |
|---|---|
| **WINDELS MARX LANE & MITTENDORF, LLP** | **O'MELVENY & MYERS LLP** |
| By: /s/ Kim M. Longo | By: /s/ Daniel S. Shamah |
| Robert J. Luddy | William J. Sushon |
| Kim M. Longo | Daniel S. Shamah |
| Alex Jonatowski | Kayla Haran |
| 156 West 56th Street | 7 Times Square |
| New York, New York 10019 | New York, New York 10036 |
| Telephone: (212) 237-1000 | Telephone: (212) 326-2000 |
| rluddy@windelsmarx.com | wsushon@omm.com |
| klongo@windelsmarx.com | dshamah@omm.com |
| ajonatowski@windelsmarx.com | kharan@omm.com |
| *Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Zephyros Limited* |