**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>               Plaintiff,<br><br>     v.<br><br>ZEPHYROS LIMITED,<br><br>               Defendant. | Adv. Pro. No. 12-01278 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022 a copy of the *Letter to Judge Morris Regarding December 14, 2022 Oral Argument* was filed electronically.  Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery set forth on the attached Schedule A.

*/s/ Alex Jonatowski*
Alex Jonatowski
(ajonatowski@windelsmarx.com)
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## <u>SCHEDULE A</u>

William J. Sushon (wsushon@omm.com)
Daniel S. Shamah (dshamah@omm.com)
Kayla N. Haran (kharan@omm.com)
Caitlyn B. Holuta (choluta@omm.com)
Rebecca Kim (rkim@omm.com)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036

*Attorneys for Defendant Zephyros Limited*