**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ZEPHYROS LIMITED,<br><br>　　　　　　Defendants. | Adv. Pro. No. 12-01278 (CGM) |

{12125959:1}

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that:

1. Under Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and 11 U.S.C. §§ 102(1), 342 and 1109(b), the undersigned attorney appears as special counsel for *Irving H. Picard, Esq., as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff.*, and therefore requests that all notices given or required to be given in this case and all related cases and proceedings, and all papers served or required to be served in this proceeding, be given to and served upon:

>Alan D. Lawn Esq.
>WINDELS MARX LANE & MITTENDORF, LLP
>156 West 56th Street
>New York, New York 10019
>Tel. (212) 237-1000 / Fax. (212) 262-1215
>Email: alawn@windelsmarx.com

2. The foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier, hand delivery, telephone, telegraph, telecopier, electronically, or otherwise, which affect or seek to affect in any way the Debtor, any right or interest of the Debtor, or affects or seeks to affect any rights or interest of any party in interest in this case or any related proceeding.

|  |  |
|---|---|
| Dated: New York, New York<br>December 9, 2022 | **WINDELS MARX LANE & MITTENDORF, LLP**<br><br>By:  */s/ Alan D. Lawn*<br>      Alan D. Lawn (alawn@windelsmarx.com)<br>      156 West 56th Street<br>      New York, New York 10019<br>      Tel. (212) 237-1000 / Fax. (212) 262-1215<br><br>      *Special Counsel for Irving H. Picard, Trustee for*<br>      *the Substantively Consolidated SIPA Liquidation of*<br>      *Bernard L. Madoff Investment Securities LLC and*<br>      *Bernard L. Madoff* |

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of December, 2022, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served electronically by ECF notification from the court to counsel for the Defendant, the U.S. Trustee, and all interested parties.

Dated: New York, New York  
December 9, 2022

**WINDELS MARX LANE & MITTENDORF, LLP**

By: */s/ Alan D. Lawn*  
Alan D. Lawn (alawn@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*