**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 14, 2022 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05354; Picard v. ABN AMRO Bank N.V.**

  A. Notice of Adjournment of Hearing RE: Order Reopening Case and Scheduling a Hearing; hearing not held and adjourned to 12/14/2022 at 10:00 AM at Videoconference (ZoomGov) (CGM) (VanessaAshmeade) (Entered: 11/22/2022) [ECF No. 249]

**Status**: This matter is going forward.

## CONTESTED MATTERS

1. **10-05354; Picard v. ABN AMRO Bank, N.V.**

   A. Memorandum of Law in Support of Natwest Market N.V.'s Motion to Dismiss filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 5/23/2022) [ECF No. 224]

   **Opposition Due**: July 22, 2022

   **Opposition Filed**:

   B. Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/22/2022) [ECF No. 226]

   **Replies Due**: August 22, 2022

   **Replies Filed**:

   C. Reply in Further Support of Natwest Markets N.V.'s Motion to Dismiss filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 8/23/2022) [ECF No. 230]

   **Related Documents**:

   D. Stipulation and Order signed on 1/19/2022. (DuBois, Linda) (Entered: 01/19/2022) [ECF No. 217]

   E. Amended Stipulation and Order signed on 3/2/2022 (DuBois, Linda) (Entered: 03/02/2022) [ECF 219]

   F. Notice of Motion to Dismiss the Consolidated Second Amended Complaint filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) (Filed: 5/23/2022) [ECF No. 223]

   G. Stipulation and Order to Adjourn Hearing signed on 8/4/2022. (DuBois, Linda) (Entered: 08/04/2022) [ECF 228]

   H. Stipulation and Order to Adjourn Argument Date signed on 11/17/2022 (DuBois, Linda) (Entered: 11/17/2022) [ECF No. 241]

   **Status**: This matter is going forward.

2. **12-01278; Picard v. Zephyros Limited**

- A. Memorandum of Law in Support of Zephyros Limited's Motion to Dismiss filed by William J. Sushon on behalf of Zephyros Limited (Filed: 8/15/2022) [ECF No. 130]

**Opposition Due**: October 14, 2022

**Opposition Filed**:

- B. Trustee's Memorandum of Law in Opposition to Defendant's Motions to Dismiss the Complaint filed by Howard L. Simon on behalf of Irving H. Picard (Filed: 10/14/2022) [ECF No. 134]

**Replies Due**: November 14, 2022

**Replies Filed**:

- C. Reply Memorandum of Law in Further Support of Zephyros Limited's Motion to Dismiss filed by William J. Sushon on behalf of Zephyros Limited (Filed: 11/14/2022) [ECF No. 136]

**Related Documents**:

- D. Stipulation and Order signed on 4/14/2022 (DuBois, Linda) (Entered: 04/14/2022) [ECF No. 121]

- E. Amended Stipulation and Order signed on 8/4/2022 (DuBois, Linda) (Entered: 08/04/2022) [ECF No. 128]

- F. Motion to Dismiss Adversary Proceeding (related document(s)124) filed by William J. Sushon on behalf of Zephyros Limited (Filed: 8/15/2022) [ECF No. 129]

- G. Notice of Hearing on Defendant's Motion to Dismiss filed by William J. Sushon on behalf of Zephyros Limited (Filed: 8/15/2022) [ECF No. 131]

- H. Letter to Judge Morris Regarding December 14, 2022 Oral Argument filed by Howard L. Simon on behalf of Irving H. Picard (Filed: 12/8/2022) [ECF No. 139]

**Status**: This matter is going forward.

3. **12-01565; Picard v. Standard Chartered Financial Services (Luxembourg), S.A., *et al.***

   A.   Memorandum of Law in Support of Standard Chartered Defendants' Motion to Dismiss the Complaint filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Holdings Inc., Standard Chartered International (USA) Ltd. (Filed: 7/15/2022) [ECF No. 151]

   B.   Declaration of Andrew J. Finn in Support of Motion to Dismiss filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Holdings Inc., Standard Chartered International (USA) Ltd. (Filed: 4/15/2022) [ECF No. 152]

   **Opposition Due**:     September 15, 2022

   **Opposition Filed**:

   C.   Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by Robertson D. Beckerlegge on behalf of Irving H. Picard (Filed: 9/15/2022) [ECF No. 156]

   **Replies Due**:     October 17, 2022

   **Replies Filed**:

   D.   Reply Memorandum of Law in Support of Motion to Dismiss filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Holdings Inc., Standard Chartered International (USA) Ltd. (Filed: 10/17/2022) [ECF No. 158]

   **Related Documents**:

   E.   Stipulation and Order signed on 5/16/2022 (DuBois, Linda) (Entered: 05/16/2022) [ECF No. 146]

   F.   Motion to Dismiss Adversary Proceeding filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Holdings Inc., Standard Chartered International (USA) Ltd. (Filed: 7/15/2022) [ECF No. 150]

   G.   Notice of Hearing on Motion to Dismiss filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Holdings Inc., Standard Chartered International (USA) Ltd. (Filed: 7/15/2022) [ECF No. 153]

H.  Stipulation and Order to Adjourn Argument Date signed on 11/1/2022. (DuBois, Linda) (Entered: 11/01/2022) [ECF No. 160]

**Status**:  This matter is going forward.

Dated: December 9, 2022
New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*