# EXHIBIT 5

**CITCO**
*Citco Fund Services (Europe) B.V.*

MERRILL LYNCH INTERNATIONAL
C/O MERRILL LYNCH FINANCIAL CENTRE
2 KING EDWARD STREET
LONDON EC1A 1HQ
UNITED KINGDOM

Fund ID       : 03302
Holder ID     : Redacted 5001
Account ID    : Redacted 2835
Contract No.  : Redacted 0602
Date          : Aug-12-2005
Order No.     : Redacted 6702
FAX Number    : 0044 207 106 6240
Email         : +WCPLONDON@EXCHANGE.UK.ML.C

Account name: MERRILL LYNCH INTERNATIONAL

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jul-31-2005 |
| Trade Date | | Aug-01-2005 |
| Value/Cash Date | | Jul-27-2005 |
| Total Consideration | USD | 1,400,000.00 |
| Net Proceeds | USD | 1,400,000.00 |
| Subscription Price | | 1,057.7424 |
| No. of voting shares Issued | | 1,323.57 |
| Total Consideration Received to Date | USD | 1,400,000.00 |

Your balance following this transaction will be 6,814.12 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31) 20 5722 830  Fax: (31) 20 5722 476  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                  ANWAR-CFSE-00410364

```
User ID: MFERNANDEZ
================================================================================
TO: Name:
    Company: MERRILL LYNCH INTERNATIONAL
    Fax Phone Number: 0044 207 106 6240
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:
Sent at:Fri Aug 12 10:13:52 2005
Sent on channel 5
Elapsed Time:  0 minutes, 28 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
MFERNANDEZ approved fax at Fri Aug 12 10:07:44 2005
--------------------------------------------------------------------------------
```

CONFIDENTIAL                                                                        ANWAR-CFSE-00410365



**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Cash Received

| | |
|---|---|
| MERRILL LYNCH INTERNATIONAL | Date       : Aug-01-2005 |
| C/O MERRILL LYNCH FINANCIAL CENTRE | Fund Id    : 03302 |
| 2 KING EDWARD STREET | Holder Id  : Redacted 5001 |
| LONDON EC1A 1HQ | Account Id : Redacted 2835 |
| UNITED KINGDOM | CFI Cash Id: Redacted 6102 |
| | Order Id   : Redacted 6702 |

FAX Number.: 0044 207 106 6240

Account name: MERRILL LYNCH INTERNATIONAL        Email:  +WCPLONDON@EXCHANGE.UK.ML.COM

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Date Received | | Jul-27-2005 |
| Amount Received | USD | 1,400,000.00 |

The above funds were received by the following account:
Bank Name:          HSBC BANK USA
Bank Address 1:     452 FIFTH AVENUE
Bank Address 2:     NEW YORK, NY 10018
Bank Address 3:     USA

SWIFT Ref.:         MRMDUS33

Further Cr. Num:       Redacted 6487
Further Cr. Name:      CITCO BANK NEDERLAND NV - DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:   Redacted 0501
Beneficiary Name:      FAIRFIELD SENTRY LIMITED

Note : 208019783
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31) 20 5722 830  Fax: (31) 20 5722 476

*Citco Building*  www.citco.com  Phone: (31-20) 5722100
*Telestone - Teleport*              Fax:   (31-20) 5722610
*Naritaweg 165*                     Chamber of Commerce 33253773
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL                                                                        ANWAR-CFSE-00410366