# EXHIBIT 6

**CITCO**
*Citco Fund Services (Europe) B.V.*

MERRILL LYNCH INTERNATIONAL  
C/O MERRILL LYNCH FINANCIAL CENTRE  
2 KING EDWARD STREET  
LONDON EC1A 1HQ  
UNITED KINGDOM  

Fund ID      : 03302  
Holder ID    : Redacted 5001  
Account ID   : Redacted 2835  
Contract No.: Redacted 3602  
Date         : Mar-10-2006  
Order No.    : Redacted 8602  
FAX Number: 0044 207 106 6240  
Email        : +WCPLONDON@EXCHANGE.UK.ML.C  

Account name: MERRILL LYNCH INTERNATIONAL

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2006 |
| Trade Date | | Mar-01-2006 |
| Value/Cash Date | | Feb-27-2006 |
| Total Consideration | USD | 2,600,000.00 |
| Net Proceeds | USD | 2,600,000.00 |
| Subscription Price | | 1,109.9376 |
| No. of voting shares Issued | | 2,342.47 |
| Total Consideration Received to Date | USD | 2,600,000.00 |

Your balance following this transaction will be 11,734.78 voting shares.

For more Information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2100  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Telepoort  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                                  ANWAR-CFSE-00411877

```
User ID: MFERNANDEZ
================================================================================
TO: Name:
    Company: MERRILL LYNCH INTERNATIONAL
    Fax Phone Number: 0044 207 106 6240
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:
Sent at:Fri Mar 10 14:48:22 2006
Sent on channel 3
Elapsed Time:  0 minutes, 26 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------------
MFERNANDEZ approved fax at Fri Mar 10 14:48:11 2006
--------------------------------------------------------------------------------
```

CONFIDENTIAL                                                          ANWAR-CFSE-00411878

**CHECKLIST FOR SUBSCRIPTION / REDEMPTION**

Fund ID         : 03302              Fund Name           : Fairfield Sentry
Date of receipt : 02-24-06           NAV Date            : 02-28-06
Holder ID       : Redacted5001       Holder Name         : Merrill Lynch J'national
Account ID      : 2835               Account Name        :
Location        :                    Holder's Reference  :
Order Date      : 02-28-06           Order ID            : Redacted3602
Number of shares: —                  or Amount           : USD 2,600,000

Name signatories: A. Duriez

**Trade Desk**

(Paraph)

|  | Yes | No | Requested + Date | Rec'd + Date |
|---|---|---|---|---|
| Do signatories match with ID card? | ✓ | ☐ |  |  |
| Subscription/~~Redemption~~ agreement completed? | ✓ | ☐ | ☐ | ☐ |
| Is KYC (Holder Identification) on file? | ✓ | ☐ | ☐ | ☐ |
| Are the bank account details known? | ✓ | ☐ | ☐ | ☐ |
| Is investor an US investor? | ☐ | ✓ |  |  |
| If yes, does the fund allow US investors? | ☐ | ☐ |  |  |

**Control Desk (Please initialize and date)**
For reviewing the possibility of cancellation of trade in the Info Mem
If not allowed, for checking with the Directors if they approve the cancellation
For reviewing copy of Swift
For reviewing Sales Fee (if appl.)
For requesting a Board Resolution (if appl.)                    (date)
For reviewing Confirmation of Order Received                    (date) 02-28-2006
For dragging and dropping fax to the Outlook folder of Trade    (date) 02-28-2006

**Trade Desk**
Confirmation of Order Received sent by ✓ Rightfax 2/28/06 or ☐ Manual fax
**When NAV is final**
Is KYC requested received? *                          ☐     ☐
Letter/Fax sent requesting additional payment to be received (if appl.)   (date)
For dragging and dropping fax to Outlook folder of Filled Order           (date)
* If swift is a 'perfect' swift then there's no additional KYC is required.

**Control Desk (Please initialize and date)**
For reviewing Contract Note                                     (date) 03-10-2006
For requesting a Share Certificate (if appl.)                   (date)

**Treasury (Please initialize)**
For checking contents of payment instruction
For payment made to shareholder                                 (date)
For refund payment made to shareholder (if appl.)               (date)

**REMARKS**



## Confirmation of Cash Received

MERRILL LYNCH INTERNATIONAL  
C/O MERRILL LYNCH FINANCIAL CENTRE  
2 KING EDWARD STREET  
LONDON EC1A 1HQ  
UNITED KINGDOM  

Date       : Mar-02-2006  
Fund Id    : 03302  
Holder Id  : Redacted 5001  
Account Id : Redacted 2835  
CFI Cash Id: Redacted 8802  
Order Id   : Redacted 8602  

FAX Number. : 0044 207 106 6240  
Account name: MERRILL LYNCH INTERNATIONAL     Email: +WCPLONDON@EXCHANGE.UK.ML.COM  

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:  
FAIRFIELD SENTRY LIMITED

Date Received                                               Feb-27-2006  
Amount Received                                      USD   2,600,000.00  

The above funds were received by the following account:  
Bank Name:        HSBC BANK USA  
Bank Address 1:   NEW YORK  
Bank Address 2:   USA  

ABA Ref.:         021001088  
SWIFT Ref.:       MRMDUS33  

Further Cr. Num:        Redacted 6487  
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH  
Further Cr. SWIFT Ref.: CITCIE2D  
Beneficiary Acct No:    Redacted   10501  
Beneficiary Name:       FAIRFIELD SENTRY LIMITED  

Note : 058048589  
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2100 Fax: (31-20) 572 2610

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands

www.citco.com

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                    ANWAR-CFSE-00411880