# EXHIBIT 7



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

MERRILL LYNCH INTERNATIONAL
C/O MERRILL LYNCH FINANCIAL CENTRE
2 KING EDWARD STREET
LONDON EC1A 1HQ
UNITED KINGDOM

Fund ID       : 03302
Holder ID     : (Redacted)5001
Account ID    : (Redacted)2835
Contract No.  : (Redacted)3002
Date          : Jul-11-2007
Order No.     (Redacted)4702
FAX Number    : 0044 207 106 6240
Email         : +WCPLONDON@EXCHANGE.UK.ML.C

Account name: MERRILL LYNCH INTERNATIONAL

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2007 |
| Trade Date | | Jun-01-2007 |
| Value/Cash Date | | May-29-2007 |
| Total Consideration | USD | 3,500,000.00 |
| Net Proceeds | USD | 3,500,000.00 |
| Subscription Price | | 1,247.1204 |
| No. of voting shares Issued | | 2,806.4652 |
| Total Consideration Received to Date | USD | 3,500,000.00 |

Your balance following this transaction will be 21,089.6113 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:  (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                      ANWAR-CFSE-00412724





**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Cash Received

MERRILL LYNCH INTERNATIONAL  
C/O MERRILL LYNCH FINANCIAL CENTRE  
2 KING EDWARD STREET  
LONDON EC1A 1HQ  
UNITED KINGDOM  

Date        : Jun-04-2007  
Fund Id     : 03302  
Holder Id   : Redacted 5001  
Account Id  : Redacted 2835  
CFI Cash Id : Redacted 2002  
Order Id    : Redacted 4702  

FAX Number : 0044 207 106 6240  
Email:     +WCPLONDON@EXCHANGE.UK.ML.COM

Account name: MERRILL LYNCH INTERNATIONAL

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:  
FAIRFIELD SENTRY LIMITED

Date Received                                                                      May-29-2007  
Amount Received                                                       USD         3,500,000.00

The above funds were received by the following account:  
Bank Name:              HSBC BANK USA  
Bank Address 1:         NEW YORK  
Bank Address 2:         USA  
ABA Ref.:               021001088  
SWIFT Ref.:             MRMDUS33  
Further Cr. Num:        Redacted 6487  
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH  
Further Cr. SWIFT Ref.: CITCIE2D  
Beneficiary Acct No:         Redacted     0501  
Beneficiary Name:       FAIRFIELD SENTRY LIMITED  

Note : 149166303  
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*  

www.citco.com  

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                      ANWAR-CFSE-00412725