# EXHIBIT 9

**From:** Philip Toub [philip@fggus.com]
**Sent:** 6/20/2005 10:24:00 AM
**To:** Dutruit, Eric (London) [eric_dutruit@ml.com]
**CC:** El Hicheri, Fayez (London) [f_elhicheri@ml.com]; Amit Vijayvergiya [amit@fggus.com]; Amanda Simone [amanda@fggus.com]; Shah, Amit (Equity London) [amit_d_shah@ml.com]; Ornella Dellapina Fenman [ornella@fgguk.com]
**Subject:** RE: ML conf call with Fairfield Sentry Call

Sure, I will ask Ornella to send you the last two semi annual letters and audited financials on the fund . PCW is our auditor.

Speak to you later.

-----Original Message-----
From: Dutruit, Eric (London) [mailto:eric_dutruit@ml.com]
Sent: Mon Jun 20 06:16:01 2005
To: Philip Toub
Cc: El Hicheri, Fayez (London); Amit Vijayvergiya; Amanda Simone; Shah, Amit (Equity London)
Subject: RE: ML conf call with Fairfield Sentry Call

Hi Philip,

Everything is fine.

I would be grateful if you could send me some of those monthly and semi-annual reports. I would also appreciate if you could send me any of the NAV's of the fund that you have had audited and certified by an external firm.


Thanks

Eric

-----Original Message-----
From: Philip Toub [mailto:philip@fggus.com]
Sent: 20 June 2005 11:02
To: Dutruit, Eric (London)
Cc: El Hicheri, Fayez (London); Amit Vijayvergiya; Amanda Simone
Subject: RE: ML conf call with Fairfield Sentry Call


Hi Eric,

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080925
FG-00196170

Hope all is well. That should be fine , Amit who heads our quantitative risk management team out of Bermuda will be joining us. Did Jeffrey pass along any of the reports we produce mmonthly and semi annually on Sentry?

I am going to ask Amanda to set up a dial in number for us.

Speak to you later.

Best

-----Original Message-----
From: Dutruit, Eric (London) [mailto:eric_dutruit@ml.com]
Sent: Mon Jun 20 04:30:56 2005
To: Philip Toub
Cc: El Hicheri, Fayez (London)
Subject: ML conf call with Fairfield Sentry Call

Hi Philip,

Hope you had a great weekend !

I wanted to check with you whether you would be available for a conf. Call today at 3:00 pm London time ?

As mentioned the idea of the conf. call is for us to get a better understanding of the different entities working with Fairfield, such as the prime broker, administrator and custodian.

I would be grateful also if you could send your contact details.

Thanks

eric

Eric Dutruit
Vice President
Structured Solutions Group
Merrill Lynch International
Phone: 00.44.207.996.1755
Mobile: 00.44.(0)7717 850 571
Fax: 00.44.207.996.4891
E-mail: eric_dutruit@ml.com

Please click on http://www.ml.com/ukregulatorynotices/uk_regulatory.htm

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080926

FG-00196171

for important disclosures.


> This information is for your private information and is for discussion
> purposes only. We are acting solely in the capacity of an arm's length
> counterparty and not in the capacity of your financial adviser or
> fiduciary. We or our affiliates may buy or sell instruments identical
> or economically related to any instruments mentioned here. We or our
> affiliates may have an investment banking or other commercial
> relationship with the issuer of any security or financial instrument
> mentioned here or related thereto. Generally, all over-the-counter
> ("OTC") derivative transactions involve the risk of adverse or
> unanticipated market developments, risk of illiquidity and other
> risks. Unless specifically stated otherwise, any transaction terms are
> indicative only and are subject to change and any prices mentioned
> here are not bids or offers by Merrill Lynch to purchase or sell any
> securities or financial instruments. Prior to undertaking any trade,
> you should discuss with your professional tax or other adviser how
> such particular trade(s) affect you. This brief statement does not
> disclose all the risks and other significant aspects of entering into
> any particular transaction
>

----------------------------------------------------------

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail. http://www.ml.com/email_terms/

----------------------------------------------------------

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E000080927

FG-00196172