# EXHIBIT 10

## Microsoft Outlook

| | |
|---|---|
| **From:** | Lauren Ross [lauren@fggus.com] |
| **Sent:** | Thursday, June 30, 2005 7:27 PM |
| **To:** | Brouji, Jalila        AMS |
| **Subject:** | FW: Fairfield Greenwich Limited |

Hi - the guy below might call you to verify this money for F Sentry.  Be nice!!  This trade is my baby (!)

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

**From:** Hearth, Jonathan (London) [mailto:jonathan_hearth@ml.com]
**Sent:** Thursday, June 30, 2005 11:27 AM
**To:** Lauren Ross
**Subject:** RE: Fairfield Greenwich Limited

Hi Lauren,

Apologies for the delay, but here is the appropriate reference:

0630B1QGC01C003786

Regards,

Jon

     -----Original Message-----
     **From:** Lauren Ross [mailto:lauren@fggus.com]
     **Sent:** 30 June 2005 15:40
     **To:** Hearth, Jonathan (London)
     **Subject:** RE: Fairfield Greenwich Limited

     Hi Jon,

     Perfect, that will help Citco to trace the money.

     Thanks again,
     Lauren

     Lauren H. Ross
     FAIRFIELD GREENWICH GROUP
     919 Third Avenue, 11th Floor
     New York, NY 10022
     Main:  (212) 319-6060

1

CONFIDENTIAL

ANWAR-CFSE-00607892

Fax: (212) 319-0450
www.fggus.com

---

**From:** Hearth, Jonathan (London) [mailto:jonathan_hearth@ml.com]
**Sent:** Thursday, June 30, 2005 10:39 AM
**To:** Lauren Ross
**Subject:** RE: Fairfield Greenwich Limited

Hi Lauren,

I have asked our back office guys to obtain the bank payment reference number, and I'll send it through to you as soon as I receive it.

Regards,
Jon

-----Original Message-----
**From:** Lauren Ross [mailto:lauren@fggus.com]
**Sent:** 30 June 2005 14:38
**To:** Hearth, Jonathan (London)
**Subject:** RE: Fairfield Greenwich Limited

Thank you.  We still do not see the funds.  Can you confirm they were sent?


Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

---

**From:** Hearth, Jonathan (London) [mailto:jonathan_hearth@ml.com]
**Sent:** Thursday, June 30, 2005 6:32 AM
**To:** Shah, Amit (Equity London); Lauren Ross
**Cc:** Mark McKeefry; Philip Toub; Dutruit, Eric (London)
**Subject:** RE: Fairfield Greenwich Limited

Hi Lauren,

I have requested that our bank be notified that the funds need to be released to you as a priority payment.

Best regards,
Jon

-----Original Message-----
**From:** Shah, Amit (Equity London)
**Sent:** 29 June 2005 19:09
**To:** 'Lauren Ross'
**Cc:** Mark McKeefry; Philip Toub; Hearth, Jonathan (London); Dutruit, Eric (London)
**Subject:** RE: Fairfield Greenwich Limited

CONFIDENTIAL

ANWAR-CFSE-00607893

Thank you Lauren,

This completes our check-list. We will be able to put the monies in by June 30th

thanks and rgds,
Amit

-----Original Message-----
**From:** Lauren Ross [mailto:lauren@fggus.com]
**Sent:** 29 June 2005 19:03
**To:** Shah, Amit (Equity London)
**Cc:** Mark McKeefry; Philip Toub; Hearth, Jonathan (London); Dutruit, Eric (London)
**Subject:** Fairfield Greenwich Limited

Dear Amit,

Further to our conversation, we confirm Fairfield Greenwich (Bermuda) Ltd. ("FGBL") is a wholly owned subsidiary of Fairfield Greenwich Limited ("FGL"). FGL has thirteen ultimate individual beneficial owners which are employees of FGL. The three principal shareholders, which each hold less than 25% but more than 20% interest, are Jeffrey Tucker, Walter Noel and Andres Piedrahita. The remaining ten shareholders hold a balance which none is greater than 10% ownership.

We have also enclosed the condensed financials for FGL.

Any further questions, please do not hesitate to contact us.

Please confirm that all information is in order to execute the trade. The final day we can accept monies will be June 30th.

Thank you,
Lauren


Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

CONFIDENTIAL                                                                    ANWAR-CFSE-00607894