# EXHIBIT 15

PRIVATE & CONFIDENTIAL

| | A | B | C |
|---|---|---|---|
| 1 | Fairfield Sentry Limited Return Stream | | |
| 2 | | | |
| 3 | Date | | |
| 4 | Dec-90 | | 2.77% |
| 5 | Jan-91 | | 3.01% |
| 6 | Feb-91 | | 1.40% |
| 7 | Mar-91 | | 0.52% |
| 8 | Apr-91 | | 1.32% |
| 9 | May-91 | | 1.82% |
| 10 | Jun-91 | | 0.30% |
| 11 | Jul-91 | | 1.98% |
| 12 | Aug-91 | | 1.00% |
| 13 | Sep-91 | | 0.73% |
| 14 | Oct-91 | | 2.75% |
| 15 | Nov-91 | | 0.01% |
| 16 | Dec-91 | | 1.56% |
| 17 | Jan-92 | | 0.42% |
| 18 | Feb-92 | | 2.72% |
| 19 | Mar-92 | | 0.94% |
| 20 | Apr-92 | | 2.79% |
| 21 | May-92 | | -0.27% |
| 22 | Jun-92 | | 1.22% |
| 23 | Jul-92 | | -0.09% |
| 24 | Aug-92 | | 0.86% |
| 25 | Sep-92 | | 0.33% |
| 26 | Oct-92 | | 1.33% |
| 27 | Nov-92 | | 1.36% |
| 28 | Dec-92 | | 1.36% |
| 29 | Jan-93 | | -0.09% |
| 30 | Feb-93 | | 1.86% |
| 31 | Mar-93 | | 1.79% |
| 32 | Apr-93 | | -0.01% |
| 33 | May-93 | | 1.65% |
| 34 | Jun-93 | | 0.79% |
| 35 | Jul-93 | | 0.02% |
| 36 | Aug-93 | | 1.71% |
| 37 | Sep-93 | | 0.28% |
| 38 | Oct-93 | | 1.71% |
| 39 | Nov-93 | | 0.19% |
| 40 | Dec-93 | | 0.39% |
| 41 | Jan-94 | | 2.11% |
| 42 | Feb-94 | | -0.44% |
| 43 | Mar-94 | | 1.45% |
| 44 | Apr-94 | | 1.75% |

MLIEMAILS-0002436
MLISAB0002436

PRIVATE & CONFIDENTIAL

|    | A      | B | C      |
|----|--------|---|--------|
| 45 | May-94 |   | 0.44%  |
| 46 | Jun-94 |   | 0.23%  |
| 47 | Jul-94 |   | 1.71%  |
| 48 | Aug-94 |   | 0.35%  |
| 49 | Sep-94 |   | 0.75%  |
| 50 | Oct-94 |   | 1.81%  |
| 51 | Nov-94 |   | -0.64% |
| 52 | Dec-94 |   | 0.60%  |
| 53 | Jan-95 |   | 0.85%  |
| 54 | Feb-95 |   | 0.69%  |
| 55 | Mar-95 |   | 0.78%  |
| 56 | Apr-95 |   | 1.62%  |
| 57 | May-95 |   | 1.65%  |
| 58 | Jun-95 |   | 0.43%  |
| 59 | Jul-95 |   | 1.02%  |
| 60 | Aug-95 |   | -0.24% |
| 61 | Sep-95 |   | 1.63%  |
| 62 | Oct-95 |   | 1.53%  |
| 63 | Nov-95 |   | 0.44%  |
| 64 | Dec-95 |   | 1.03%  |
| 65 | Jan-96 |   | 1.42%  |
| 66 | Feb-96 |   | 0.66%  |
| 67 | Mar-96 |   | 1.16%  |
| 68 | Apr-96 |   | 0.57%  |
| 69 | May-96 |   | 1.34%  |
| 70 | Jun-96 |   | 0.15%  |
| 71 | Jul-96 |   | 1.86%  |
| 72 | Aug-96 |   | 0.20%  |
| 73 | Sep-96 |   | 1.16%  |
| 74 | Oct-96 |   | 1.03%  |
| 75 | Nov-96 |   | 1.51%  |
| 76 | Dec-96 |   | 0.41%  |
| 77 | Jan-97 |   | 2.38%  |
| 78 | Feb-97 |   | 0.67%  |
| 79 | Mar-97 |   | 0.80%  |
| 80 | Apr-97 |   | 1.10%  |
| 81 | May-97 |   | 0.57%  |
| 82 | Jun-97 |   | 1.28%  |
| 83 | Jul-97 |   | 0.68%  |
| 84 | Aug-97 |   | 0.28%  |
| 85 | Sep-97 |   | 2.32%  |
| 86 | Oct-97 |   | 0.49%  |
| 87 | Nov-97 |   | 1.49%  |
| 88 | Dec-97 |   | 0.36%  |

MLIEMAILS-0002437
MLISAB0002437

PRIVATE & CONFIDENTIAL

| | A | B | C |
|---|---|---|---|
| 89 | Jan-98 | | 0.85% |
| 90 | Feb-98 | | 1.23% |
| 91 | Mar-98 | | 1.68% |
| 92 | Apr-98 | | 0.36% |
| 93 | May-98 | | 1.69% |
| 94 | Jun-98 | | 1.22% |
| 95 | Jul-98 | | 0.76% |
| 96 | Aug-98 | | 0.21% |
| 97 | Sep-98 | | 0.98% |
| 98 | Oct-98 | | 1.86% |
| 99 | Nov-98 | | 0.78% |
| 100 | Dec-98 | | 0.26% |
| 101 | Jan-99 | | 1.99% |
| 102 | Feb-99 | | 0.11% |
| 103 | Mar-99 | | 2.22% |
| 104 | Apr-99 | | 0.29% |
| 105 | May-99 | | 1.45% |
| 106 | Jun-99 | | 1.70% |
| 107 | Jul-99 | | 0.36% |
| 108 | Aug-99 | | 0.87% |
| 109 | Sep-99 | | 0.66% |
| 110 | Oct-99 | | 1.05% |
| 111 | Nov-99 | | 1.54% |
| 112 | Dec-99 | | 0.32% |
| 113 | Jan-00 | | 2.14% |
| 114 | Feb-00 | | 0.13% |
| 115 | Mar-00 | | 1.77% |
| 116 | Apr-00 | | 0.27% |
| 117 | May-00 | | 1.30% |
| 118 | Jun-00 | | 0.73% |
| 119 | Jul-00 | | 0.58% |
| 120 | Aug-00 | | 1.26% |
| 121 | Sep-00 | | 0.18% |
| 122 | Oct-00 | | 0.86% |
| 123 | Nov-00 | | 0.62% |
| 124 | Dec-00 | | 0.36% |
| 125 | Jan-01 | | 2.14% |
| 126 | Feb-01 | | 0.08% |
| 127 | Mar-01 | | 1.07% |
| 128 | Apr-01 | | 1.26% |
| 129 | May-01 | | 0.26% |
| 130 | Jun-01 | | 0.17% |
| 131 | Jul-01 | | 0.38% |
| 132 | Aug-01 | | 0.94% |

MLIEMAILS-0002438
MLISAB0002438

PRIVATE & CONFIDENTIAL

| | A | B | C |
|---|---|---|---|
| 133 | Sep-01 | | 0.66% |
| 134 | Oct-01 | | 1.22% |
| 135 | Nov-01 | | 1.14% |
| 136 | Dec-01 | | 0.12% |
| 137 | Jan-02 | | -0.04% |
| 138 | Feb-02 | | 0.53% |
| 139 | Mar-02 | | 0.39% |
| 140 | Apr-02 | | 1.09% |
| 141 | May-02 | | 2.05% |
| 142 | Jun-02 | | 0.19% |
| 143 | Jul-02 | | 3.29% |
| 144 | Aug-02 | | -0.14% |
| 145 | Sep-02 | | 0.06% |
| 146 | Oct-02 | | 0.66% |
| 147 | Nov-02 | | 0.10% |
| 148 | Dec-02 | | 0.00% |
| 149 | Jan-03 | | -0.35% |
| 150 | Feb-03 | | -0.05% |
| 151 | Mar-03 | | 1.85% |
| 152 | Apr-03 | | 0.03% |
| 153 | May-03 | | 0.90% |
| 154 | Jun-03 | | 0.93% |
| 155 | Jul-03 | | 1.37% |
| 156 | Aug-03 | | 0.16% |
| 157 | Sep-03 | | 0.86% |
| 158 | Oct-03 | | 1.26% |
| 159 | Nov-03 | | -0.14% |
| 160 | Dec-03 | | 0.25% |
| 161 | Jan-04 | | 0.88% |
| 162 | Feb-04 | | 0.44% |
| 163 | Mar-04 | | -0.01% |
| 164 | Apr-04 | | 0.37% |
| 165 | May-04 | | 0.59% |
| 166 | Jun-04 | | 1.21% |
| 167 | Jul-04 | | 0.02% |
| 168 | Aug-04 | | 1.26% |
| 169 | Sep-04 | | 0.46% |
| 170 | Oct-04 | | 0.03% |
| 171 | Nov-04 | | 0.79% |
| 172 | Dec-04 | | 0.24% |
| 173 | Jan-05 | | 0.51% |
| 174 | Feb-05 | | 0.37% |
| 175 | Mar-05 | | 0.85% |
| 176 | Apr-05 | | 0.14% |

MLIEMAILS-0002439
MLISAB0002439

PRIVATE & CONFIDENTIAL

| | A | B | C |
|---|---|---|---|
| 177 | May-05 | | 0.63% |
| 178 | Jun-05 | | 0.46% |
| 179 | Jul-05 | | 0.13% |
| 180 | Aug-05 | | 0.16% |
| 181 | Sep-05 | | 0.89% |
| 182 | Oct-05 | | 1.61% |
| 183 | Nov-05 | | 0.75% |
| 184 | Dec-05 | | 0.54% |
| 185 | Jan-06 | | 0.70% |
| 186 | Feb-06 | | 0.20% |
| 187 | Mar-06 | | 1.31% |
| 188 | Apr-06 | | 0.94% |
| 189 | May-06 | | 0.70% |
| 190 | Jun-06 | | 0.51% |
| 191 | Jul-06 | | 1.06% |
| 192 | Aug-06 | | 0.77% |
| 193 | Sep-06 | | 0.68% |
| 194 | Oct-06 | | 0.42% |
| 195 | Nov-06 | | 0.86% |
| 196 | Dec-06 | | 0.86% |
| 197 | Jan-07 | | 0.29% |
| 198 | Feb-07 | | -0.11% |
| 199 | Mar-07 | | 1.64% |
| 200 | Apr-07 | | 0.98% |
| 201 | May-07 | | 0.81% |
| 202 | Jun-07 | | 0.34% |
| 203 | Jul-07 | | 0.17% |
| 204 | | | |
| 205 | Fund performance is net of a 1% annual management fee and a 20% performance fee. | | |
| 206 | Past performance is not a guarantee of future results. Effective October 1, 2004, Fairfield Sentry Limited | | |
| 207 | began charging investors a 1% management fee plus a 20% performance allocation. | | |
| 208 | Returns prior to October 2004 have been restated to reflect the current fee structure. | | |
| 209 | This presentation is confidential and may not be reproduced or distributed without the express | | |
| 210 | consent of Fairfield Greenwich Group. It has been created and is being provided at your request | | |
| 211 | for informational purposes only. It does not constitute an offering of any security, product, | | |
| 212 | service or fund for which an offer can be made only by the Funds' confidential Offering | | |
| 213 | Memorandum (the "OM"). | | |

MLIEMAILS-0002440
MLISAB0002440