# EXHIBIT 16

PRIVATE & CONFIDENTIAL

**FAIRFIELD SENTRY LIMITED**

| Class A | NAV |
|---|---|
| Nov-90 | 200.00 |
| Dec-90 | 205.67 |
| Jan-91 | 212.00 |
| Feb-91 | 215.10 |
| Mar-91 | 216.36 |
| Apr-91 | 219.37 |
| May-91 | 223.50 |
| Jun-91 | 224.32 |
| Jul-91 | 228.90 |
| Aug-91 | 231.35 |
| Sep-91 | 233.19 |
| Oct-91 | 239.76 |
| Nov-91 | 239.95 |
| Dec-91 | 243.86 |
| Jan-92 | 245.05 |
| Feb-92 | 251.88 |
| Mar-92 | 254.42 |
| Apr-92 | 261.70 |
| May-92 | 261.20 |
| Jun-92 | 264.56 |
| Jul-92 | 264.55 |
| Aug-92 | 266.99 |
| Sep-92 | 268.06 |
| Oct-92 | 271.81 |
| Nov-92 | 275.68 |
| Dec-92 | 279.61 |
| Jan-93 | 279.60 |
| Feb-93 | 285.00 |
| Mar-93 | 290.29 |
| Apr-93 | 290.45 |
| May-93 | 295.45 |
| Jun-93 | 297.99 |
| Jul-93 | 298.25 |
| Aug-93 | 303.55 |
| Sep-93 | 304.60 |
| Oct-93 | 310.00 |
| Nov-93 | 310.80 |
| Dec-93 | 312.21 |
| Jan-94 | 319.01 |
| Feb-94 | 317.87 |
| Mar-94 | 322.69 |
| Apr-94 | 328.55 |
| May-94 | 330.22 |
| Jun-94 | 331.19 |
| Jul-94 | 337.09 |

MLIEMAILS-0002673
MLISAB002673

PRIVATE & CONFIDENTIAL

|    | A      | B      | C | D | E | F | G | H |
|----|--------|--------|---|---|---|---|---|---|
| 53 | Aug-94 | 338.50 |   |   |   |   |   |   |
| 54 | Sep-94 | 341.28 |   |   |   |   |   |   |
| 55 | Oct-94 | 347.70 |   |   |   |   |   |   |
| 56 | Nov-94 | 345.78 |   |   |   |   |   |   |
| 57 | Dec-94 | 348.07 |   |   |   |   |   |   |
| 58 | Jan-95 | 351.26 |   |   |   |   |   |   |
| 59 | Feb-95 | 353.93 |   |   |   |   |   |   |
| 60 | Mar-95 | 356.91 |   |   |   |   |   |   |
| 61 | Apr-95 | 362.94 |   |   |   |   |   |   |
| 62 | May-95 | 369.18 |   |   |   |   |   |   |
| 63 | Jun-95 | 371.03 |   |   |   |   |   |   |
| 64 | Jul-95 | 375.05 |   |   |   |   |   |   |
| 65 | Aug-95 | 374.46 |   |   |   |   |   |   |
| 66 | Sep-95 | 380.83 |   |   |   |   |   |   |
| 67 | Oct-95 | 386.92 |   |   |   |   |   |   |
| 68 | Nov-95 | 388.88 |   |   |   |   |   |   |
| 69 | Dec-95 | 393.16 |   |   |   |   |   |   |
| 70 | Jan-96 | 399.02 |   |   |   |   |   |   |
| 71 | Feb-96 | 401.93 |   |   |   |   |   |   |
| 72 | Mar-96 | 406.87 |   |   |   |   |   |   |
| 73 | Apr-96 | 409.47 |   |   |   |   |   |   |
| 74 | May-96 | 415.23 |   |   |   |   |   |   |
| 75 | Jun-96 | 416.13 |   |   |   |   |   |   |
| 76 | Jul-96 | 424.13 |   |   |   |   |   |   |
| 77 | Aug-96 | 425.28 |   |   |   |   |   |   |
| 78 | Sep-96 | 430.48 |   |   |   |   |   |   |
| 79 | Oct-96 | 435.21 |   |   |   |   |   |   |
| 80 | Nov-96 | 442.07 |   |   |   |   |   |   |
| 81 | Dec-96 | 444.17 |   |   |   |   |   |   |
| 82 | Jan-97 | 455.04 |   |   |   |   |   |   |
| 83 | Feb-97 | 458.37 |   |   |   |   |   |   |
| 84 | Mar-97 | 462.32 |   |   |   |   |   |   |
| 85 | Apr-97 | 467.71 |   |   |   |   |   |   |
| 86 | May-97 | 470.67 |   |   |   |   |   |   |
| 87 | Jun-97 | 476.99 |   |   |   |   |   |   |
| 88 | Jul-97 | 480.56 |   |   |   |   |   |   |
| 89 | Aug-97 | 482.22 |   |   |   |   |   |   |
| 90 | Sep-97 | 493.75 |   |   |   |   |   |   |
| 91 | Oct-97 | 496.49 |   |   |   |   |   |   |
| 92 | Nov-97 | 504.22 |   |   |   |   |   |   |
| 93 | Dec-97 | 506.35 |   |   |   |   |   |   |
| 94 | Jan-98 | 510.97 |   |   |   |   |   |   |
| 95 | Feb-98 | 517.58 |   |   |   |   |   |   |
| 96 | Mar-98 | 526.64 |   |   |   |   |   |   |
| 97 | Apr-98 | 528.87 |   |   |   |   |   |   |
| 98 | May-98 | 538.16 |   |   |   |   |   |   |
| 99 | Jun-98 | 545.06 |   |   |   |   |   |   |
| 100 | Jul-98 | 549.59 |   |   |   |   |   |   |
| 101 | Aug-98 | 551.13 |   |   |   |   |   |   |
| 102 | Sep-98 | 556.88 |   |   |   |   |   |   |
| 103 | Oct-98 | 567.62 |   |   |   |   |   |   |
| 104 | Nov-98 | 572.41 |   |   |   |   |   |   |

MLIEMAILS-0002674
MLISAB002674

PRIVATE & CONFIDENTIAL

MLIEMAILS-0002675
MLISAB0002675

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 105 | Dec-98 | 574.30 | | | | | | |
| 106 | Jan-99 | 586.11 | | | | | | |
| 107 | Feb-99 | 587.13 | | | | | | |
| 108 | Mar-99 | 600.58 | | | | | | |
| 109 | Apr-99 | 602.73 | | | | | | |
| 110 | May-99 | 611.85 | | | | | | |
| 111 | Jun-99 | 622.64 | | | | | | |
| 112 | Jul-99 | 625.29 | | | | | | |
| 113 | Aug-99 | 631.17 | | | | | | |
| 114 | Sep-99 | 635.78 | | | | | | |
| 115 | Oct-99 | 642.86 | | | | | | |
| 116 | Nov-99 | 653.21 | | | | | | |
| 117 | Dec-99 | 655.76 | | | | | | |
| 118 | Jan-00 | 670.21 | | | | | | |
| 119 | Feb-00 | 671.55 | | | | | | |
| 120 | Mar-00 | 683.91 | | | | | | |
| 121 | Apr-00 | 686.23 | | | | | | |
| 122 | May-00 | 695.60 | | | | | | |
| 123 | Jun-00 | 701.14 | | | | | | |
| 124 | Jul-00 | 705.67 | | | | | | |
| 125 | Aug-00 | 715.01 | | | | | | |
| 126 | Sep-00 | 716.81 | | | | | | |
| 127 | Oct-00 | 723.43 | | | | | | |
| 128 | Nov-00 | 728.38 | | | | | | |
| 129 | Dec-00 | 731.48 | | | | | | |
| 130 | Jan-01 | 747.65 | | | | | | |
| 131 | Feb-01 | 748.72 | | | | | | |
| 132 | Mar-01 | 757.20 | | | | | | |
| 133 | Apr-01 | 767.23 | | | | | | |
| 134 | May-01 | 769.71 | | | | | | |
| 135 | Jun-01 | 771.51 | | | | | | |
| 136 | Jul-01 | 774.93 | | | | | | |
| 137 | Aug-01 | 782.72 | | | | | | |
| 138 | Sep-01 | 788.42 | | | | | | |
| 139 | Oct-01 | 798.53 | | | | | | |
| 140 | Nov-01 | 808.19 | | | | | | |
| 141 | Dec-01 | 809.71 | | | | | | |
| 142 | Jan-02 | 809.96 | | | | | | |
| 143 | Feb-02 | 814.80 | | | | | | |
| 144 | Mar-02 | 818.51 | | | | | | |
| 145 | Apr-02 | 828.00 | | | | | | |
| 146 | May-02 | 845.52 | | | | | | |
| 147 | Jun-02 | 847.72 | | | | | | |
| 148 | Jul-02 | 876.18 | | | | | | |
| 149 | Aug-02 | 875.69 | | | | | | |
| 150 | Sep-02 | 876.79 | | | | | | |
| 151 | Oct-02 | 883.18 | | | | | | |
| 152 | Nov-02 | 884.61 | | | **Class B** | **NAV** | | | |
| 153 | Dec-02 | 885.17 | | | | | | |
| 154 | Jan-03 | 882.77 | | | Jan-03 | 1,000.00 | | | |
| 155 | Feb-03 | 883.09 | | | Feb-03 | 999.54 | | | |
| 156 | Mar-03 | 900.47 | | | Mar-03 | 1,018.06 | | | |

PRIVATE & CONFIDENTIAL

MLIEMAILS-0002676
MLISAB0002676

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 157 | Apr-03 | 901.36 |  | Apr-03 | 1,018.38 |  |  |  |
| 158 | May-03 | 909.96 |  | May-03 | 1,027.55 |  |  |  |
| 159 | Jun-03 | 919.03 |  | Jun-03 | 1,037.06 |  |  |  |
| 160 | Jul-03 | 932.24 |  | Jul-03 | 1,051.28 |  |  |  |
| 161 | Aug-03 | 934.32 |  | Aug-03 | 1,052.92 |  |  |  |
| 162 | Sep-03 | 943.03 |  | Sep-03 | 1,062.02 |  |  |  |
| 163 | Oct-03 | 955.50 |  | Oct-03 | 1,075.36 |  |  |  |
| 164 | Nov-03 | 954.78 |  | Nov-03 | 1,073.82 |  |  |  |
| 165 | Dec-03 | 957.84 |  | Dec-03 | 1,076.55 |  |  |  |
| 166 | Jan-04 | 966.87 |  | Jan-04 | 1,085.97 |  |  |  |
| 167 | Feb-04 | 971.74 |  | Feb-04 | 1,090.72 |  |  |  |
| 168 | Mar-04 | 972.26 |  | Mar-04 | 1,090.58 |  |  |  |
| 169 | Apr-04 | 976.47 |  | Apr-04 | 1,094.58 |  |  |  |
| 170 | May-04 | 982.91 |  | May-04 | 1,101.06 |  |  |  |
| 171 | Jun-04 | 995.50 |  | Jun-04 | 1,114.41 |  |  |  |
| 172 | Jul-04 | 996.33 |  | Jul-04 | 1,114.61 |  |  |  |
| 173 | Aug-04 | 1,009.55 |  | Aug-04 | 1,128.66 |  | **SENTRY** | **NAV** |
| 174 | Sep-04 | 1,014.89 |  | Sep-04 | 1,133.87 |  |  |  |
| 175 |  |  |  |  |  |  | Oct-04 | 1,015.17 |
| 176 |  |  |  |  |  |  | Nov-04 | 1,023.18 |
| 177 |  |  |  |  |  |  | Dec-04 | 1,025.63 |
| 178 |  |  |  |  |  |  | Jan-05 | 1,030.86 |
| 179 |  |  |  |  |  |  | Feb-05 | 1,034.64 |
| 180 |  |  |  |  |  |  | Mar-05 | 1,043.45 |
| 181 |  |  |  |  |  |  | Apr-05 | 1,044.91 |
| 182 |  |  |  |  |  |  | May-05 | 1,051.47 |
| 183 |  |  |  |  |  |  | Jun-05 | 1,056.36 |
| 184 |  |  |  |  |  |  | Jul-05 | 1,057.74 |
| 185 |  |  |  |  |  |  | Aug-05 | 1,059.44 |
| 186 |  |  |  |  |  |  | Sep-05 | 1,068.86 |
| 187 |  |  |  |  |  |  | Oct-05 | 1,086.03 |
| 188 |  |  |  |  |  |  | Nov-05 | 1,094.19 |
| 189 |  |  |  |  |  |  | Dec-05 | 1,100.08 |
| 190 |  |  |  |  |  |  | Jan-06 | 1,107.76 |
| 191 |  |  |  |  |  |  | Feb-06 | 1,109.94 |
| 192 |  |  |  |  |  |  | Mar-06 | 1,124.45 |
| 193 |  |  |  |  |  |  | Apr-06 | 1,135.05 |
| 194 |  |  |  |  |  |  | May-06 | 1,143.03 |
| 195 |  |  |  |  |  |  | Jun-06 | 1,148.84 |
| 196 |  |  |  |  |  |  | Jul-06 | 1,161.07 |
| 197 |  |  |  |  |  |  | Aug-06 | 1,170.00 |
| 198 |  |  |  |  |  |  | Sep-06 | 1,177.94 |
| 199 |  |  |  |  |  |  | Oct-06 | 1,182.92 |
| 200 |  |  |  |  |  |  | Nov-06 | 1,193.05 |
| 201 |  |  |  |  |  |  | Dec-06 | 1,203.26 |
| 202 |  |  |  |  |  |  | Jan-07 | 1,206.71 |
| 203 |  |  |  |  |  |  | Feb-07 | 1,205.35 |
| 204 |  |  |  |  |  |  | Mar-07 | 1,225.16 |
| 205 |  |  |  |  |  |  | Apr-07 | 1,237.11 |
| 206 |  |  |  |  |  |  | May-07 | 1,247.12 |
| 207 |  |  |  |  |  |  | Jun-07 | 1,251.41 |
| 208 |  |  |  |  |  |  | Jul-07 | 1,253.50 |

PRIVATE & CONFIDENTIAL

This document has been created at your request for informational purposes only is confidential and may not be reproduced or distributed without the expressed consent of Fairfield Greenwich Group. This document does not constitute an offering of any security, product, service or fund, including interests in Fairfield Sentry Limited, for which an offer can only be made to qualified investors via delivery of a private placement memorandum (the "ppm"). The ppm contains more complete information regarding risks, fees, expenses, investment objectives, and other matters of interest, and should be read carefully before deciding whether to invest. The Fund is speculative and involves a high degree of risk, including the risk of loss. Securities are distributed by Fairfield Greenwich Limited and its subsidiaries.

For Fairfield Sentry Limited the NAV streams are:

Class A from Dec-90 to Sep-04 (0 and 20 fee structure)
Class B from Jan-03 to Sep-04 (1 and 20 fee structure)
New "collapsed" Class from Oct-04 to present (1 and 20 fee structure)

Past performance is not a guarantee of future results. 8/07.

MLIEMAILS-0002677
MLISAB0002677