# EXHIBIT 17

PRIVATE & CONFIDENTIAL

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |
| 2 | **FAIRFIELD SIGMA LIMITED** |   |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |
| 4 | **Class A** | **NAV** |   |   |   |   |   |   |
| 5 |   |   |   |   |   |   |   |   |
| 6 | Dec-99 | 100 |   |   |   |   |   |   |
| 7 | Jan-00 | 102.51 |   |   |   |   |   |   |
| 8 | Feb-00 | 103.22 |   |   |   |   |   |   |
| 9 | Mar-00 | 104.75 |   |   |   |   |   |   |
| 10 | Apr-00 | 105.64 |   |   |   |   |   |   |
| 11 | May-00 | 106.38 |   |   |   |   |   |   |
| 12 | Jun-00 | 106.93 |   |   |   |   |   |   |
| 13 | Jul-00 | 107.42 |   |   |   |   |   |   |
| 14 | Aug-00 | 108.91 |   |   |   |   |   |   |
| 15 | Sep-00 | 108.99 |   |   |   |   |   |   |
| 16 | Oct-00 | 109.85 |   |   |   |   |   |   |
| 17 | Nov-00 | 110.43 |   |   |   |   |   |   |
| 18 | Dec-00 | 110.67 |   |   |   |   |   |   |
| 19 | Jan-01 | 112.7 |   |   |   |   |   |   |
| 20 | Feb-01 | 112.82 |   |   |   |   |   |   |
| 21 | Mar-01 | 114.03 |   |   |   |   |   |   |
| 22 | Apr-01 | 115.4 |   |   |   |   |   |   |
| 23 | May-01 | 115.76 |   |   |   |   |   |   |
| 24 | Jun-01 | 116 |   |   |   |   |   |   |
| 25 | Jul-01 | 116.51 |   |   |   |   |   |   |
| 26 | Aug-01 | 117.63 |   |   |   |   |   |   |
| 27 | Sep-01 | 118.47 |   |   |   |   |   |   |
| 28 | Oct-01 | 120.02 |   |   |   |   |   |   |
| 29 | Nov-01 | 121.49 |   |   |   |   |   |   |
| 30 | Dec-01 | 121.77 |   |   |   |   |   |   |
| 31 | Jan-02 | 121.81 |   |   |   |   |   |   |
| 32 | Feb-02 | 122.56 |   |   |   |   |   |   |
| 33 | Mar-02 | 123.18 |   |   |   |   |   |   |
| 34 | Apr-02 | 124.59 |   |   |   |   |   |   |
| 35 | May-02 | 127 |   |   |   |   |   |   |
| 36 | Jun-02 | 127.46 |   |   |   |   |   |   |
| 37 | Jul-02 | 131.67 |   |   |   |   |   |   |
| 38 | Aug-02 | 131.68 |   |   |   |   |   |   |
| 39 | Sep-02 | 131.85 |   |   |   |   |   |   |
| 40 | Oct-02 | 132.84 |   |   |   |   |   |   |
| 41 | Nov-02 | 133.14 |   |   |   |   |   |   |
| 42 | Dec-02 | 133.35 |   |   |   |   |   |   |
| 43 | Jan-03 | 133.12 |   |   |   |   |   |   |
| 44 | Feb-03 | 133.25 |   |   |   |   |   |   |
| 45 | Mar-03 | 135.71 |   | **Class B** | **NAV** |   |   |   |
| 46 | Apr-03 | 135.94 |   |   |   |   |   |   |
| 47 | May-03 | 137.47 |   | May-03 | 100 |   |   |   |
| 48 | Jun-03 | 138.94 |   | Jun-03 | 100.61 |   |   |   |
| 49 | Jul-03 | 141.04 |   | Jul-03 | 101.77 |   |   |   |
| 50 | Aug-03 | 141.5 |   | Aug-03 | 101.65 |   |   |   |
| 51 | Sep-03 | 142.82 |   | Sep-03 | 102.37 |   |   |   |
| 52 | Oct-03 | 144.73 |   | Oct-03 | 103.69 |   |   |   |

MLIEMAILS-0002678
MLISAB0002678

PRIVATE & CONFIDENTIAL

|     | A | B | C | D | E | F | G | H |
|-----|---|---|---|---|---|---|---|---|
| 53  |   | Nov-03 | 144.7 |   | Nov-03 | 103.54 |   |   |
| 54  |   | Dec-03 | 145.23 |   | Dec-03 | 103.78 |   |   |
| 55  |   | Jan-04 | 146.63 |   | Jan-04 | 104.5 |   |   |
| 56  |   | Feb-04 | 147.45 |   | Feb-04 | 105 |   |   |
| 57  |   | Mar-04 | 147.63 |   | Mar-04 | 105.06 |   |   |
| 58  |   | Apr-04 | 148.33 |   | Apr-04 | 105.49 |   |   |
| 59  |   | May-04 | 149.34 |   | May-04 | 106.15 |   |   |
| 60  |   | Jun-04 | 151.28 |   | Jun-04 | 107.45 |   |   |
| 61  |   | Jul-04 | 151.48 |   | Jul-04 | 107.52 |   |   |
| 62  |   | Aug-04 | 153.48 |   | Aug-04 | 108.87 |   | SIGMA | NAV |
| 63  |   | Sep-04 | 154.28 |   | Sep-04 | 109.38 |   |   |   |
| 64  |   |   |   |   |   |   | Oct-04 | 154.33 |
| 65  |   |   |   |   |   |   | Nov-04 | 155.42 |
| 66  |   |   |   |   |   |   | Dec-04 | 155.7 |
| 67  |   |   |   |   |   |   | Jan-05 | 156.46 |
| 68  |   |   |   |   |   |   | Feb-05 | 156.93 |
| 69  |   |   |   |   |   |   | Mar-05 | 158.17 |
| 70  |   |   |   |   |   |   | Apr-05 | 158.25 |
| 71  |   |   |   |   |   |   | May-05 | 159.12 |
| 72  |   |   |   |   |   |   | Jun-05 | 159.68 |
| 73  |   |   |   |   |   |   | Jul-05 | 159.69 |
| 74  |   |   |   |   |   |   | Aug-05 | 159.72 |
| 75  |   |   |   |   |   |   | Sep-05 | 160.91 |
| 76  |   |   |   |   |   |   | Oct-05 | 163.2 |
| 77  |   |   |   |   |   |   | Nov-05 | 164.25 |
| 78  |   |   |   |   |   |   | Dec-05 | 164.74 |
| 79  |   |   |   |   |   |   | Jan-06 | 165.49 |
| 80  |   |   |   |   |   |   | Feb-06 | 165.55 |
| 81  |   |   |   |   |   |   | Mar-06 | 167.3 |
| 82  |   |   |   |   |   |   | Apr-06 | 168.47 |
| 83  |   |   |   |   |   |   | May-06 | 169.2 |
| 84  |   |   |   |   |   |   | Jun-06 | 169.73 |
| 85  |   |   |   |   |   |   | Jul-06 | 171.12 |
| 86  |   |   |   |   |   |   | Aug-06 | 172 |
| 87  |   |   |   |   |   |   | Sep-06 | 172.81 |
| 88  |   |   |   |   |   |   | Oct-06 | 173.23 |
| 89  |   |   |   |   |   |   | Nov-06 | 174.32 |
| 90  |   |   |   |   |   |   | Dec-06 | 175.49 |
| 91  |   |   |   |   |   |   | Jan-07 | 175.7 |
| 92  |   |   |   |   |   |   | Feb-07 | 175.26 |
| 93  |   |   |   |   |   |   | Mar-07 | 177.82 |
| 94  |   |   |   |   |   |   | Apr-07 | 179.24 |
| 95  |   |   |   |   |   |   | May-07 | 180.44 |
| 96  |   |   |   |   |   |   | Jun-07 | 180.84 |
| 97  |   |   |   |   |   |   | Jul-07 | 180.95 |

This document has been created at your request for informational purposes only is confidential and may not be reproduced or distributed without the expressed consent of Fairfield Greenwich Group. This document does not constitute an offering of any security, product, service or fund, including interests in Fairfield Sigma Limited, for which an offer can only be made to qualified investors via delivery of a private placement memorandum (the "ppm"). The ppm contains more complete information regarding risks, fees, expenses, investment objectives, and other matters of interest, and should be read carefully before deciding whether to invest. The Fund is speculative and involves a high degree of risk, including the risk of loss. Securities are

MLIEMAILS-0002679
MLISAB0002679

PRIVATE & CONFIDENTIAL

|     | A | B | C | D | E | F | G | H |
|-----|---|---|---|---|---|---|---|---|
| 105 | distributed by Fairfield Greenwich Limited and its subsidiaries. | | | | | | | |
| 106 | | | | | | | | |
| 107 | For Fairfield Sigma Limited the NAV streams are: | | | | | | | |
| 108 | | | | | | | | |
| 109 | Class A from Jan-00 to Sep-04 (0 and 20 fee structure) | | | | | | | |
| 110 | Class B from Jun-03 to Sep-04 (1 and 20 fee structure) | | | | | | | |
| 111 | New "collapsed" Class from Oct-04 to present (1 and 20 fee structure) | | | | | | | |
| 112 | | | | | | | | |
| 113 | Past performance is not a guarantee of future results. 8/07. | | | | | | | |
| 114 | | | | | | | | |

MLIEMAILS-0002680
MLISAB0002680