# EXHIBIT 19

**From:** Lina Pava [lina@fggus.com]
**Sent:** Monday, August 20, 2007 3:40 PM
**To:** Van Wyk, David (London)
**CC:** PT Team
**Subject:** RE: FGG Weekly Fund Reports
**Attachments:** SENTRY (Jul 2007).pdf; SIGMA (Jul 2007).pdf

Dear David,

Further to your request, attached please find the July tear sheets for Fairfield Sentry and Fairfield Sigma.

Please let us know if we can be of further assistance.

Best regards,
Lina

---

**From:** Van Wyk, David (London) [mailto:david_vanwyk@ml.com]
**Sent:** Monday, August 20, 2007 10:27 AM
**To:** PT Team
**Subject:** RE: FGG Weekly Fund Reports

Hi
Can you send out the final NAVs for July please
Thanks

David van Wyk, CFA

Merrill Lynch International
Fund Derivatives Trading
Merrill Lynch Financial Centre
London, UK
EC1A 1HQ

Tel:   (+44) 0207 996 4271
Mob: (+44) 0778 965 7561


-----Original Message-----
**From:** Philip J. Toub [mailto:ptteam@fggus.com]
**Sent:** 14 August 2007 02:14
**To:** Van Wyk, David (London)
**Subject:** FGG Weekly Fund Reports



**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP**
**Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11**
**Tel: (441) 292-5362 Fax: (441) 292-5413**

**PRIVATE & CONFIDENTIAL**

**E-mail: Philip J. Toub**

---

## Weekly Fund Reports

---

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com. Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Monthly Tear Sheet | Webcast with Transcript | Othe |
| Fairfield Sentry, Ltd. | Split Strike Conversion | 08/09/07 | $1,258.18 (E) | 0.37% (E) | 4.56% (E) | ☐ | | Uf |

**Notes:** Please see the "Other Info" link for a semi-annual letter regarding Fairfield Sentry Ltd.

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information | | |
|---|---|---|---|---|---|---|---|---|
| Fairfield Sigma, Ltd. | Split Strike Conversion | 08/09/07 | €181.53 (E) | 0.34% (E) | 3.44% (E) | ☐ | | Uf |

**Notes:** Please see the "Other Info" link for a letter regarding Fairfield Sentry Ltd. which is for your information in connection with your investment in Fairfield Sigma Ltd., which invests in Fairfield Sentry Ltd. and is identical in investement approach except for its currency hedging transactions.

| Index | Date | MTD Performance | YTD Performa |
|---|---|---|---|
| S&P 500 Index | 08/10/07 | -0.11% | 2.49% |
| Vanguard Total Bond Market Index | 08/10/07 | 0.00% | 1.78% |

(E) = Estimate (F) = Final

The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees And expenses. Past performance is not a guarantee of future results.This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM), which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC.

In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Limited, which is regulated by the Monetary Authority of Singapore. Past

performance is not a guarantee of future results.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com
This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

---

This message w/attachments (message) may be privileged, confidential or proprietary, and if you are not an intended recipient, please notify the sender, do not use or share it and delete it. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Merrill Lynch. Subject to applicable law, Merrill Lynch may monitor, review and retain e-communications (EC) traveling through its networks/systems. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or error-free. This message is subject to terms available at the following link: http://www.ml.com/e-communications_terms/. By messaging with Merrill Lynch you consent to the foregoing.

---

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (FGG). Any comments or statements made herein do not necessarily reflect those of FGG.

**PRIVATE & CONFIDENTIAL**                                                                 **MLIEMAILS-0004219**

MLISAB0004219