# EXHIBIT 23

505            **REDEMPTION REQUEST FORM**
                         **INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): _July_, _11th_, _2006_

Dear Sirs:

         I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of __*__ shares, (the "Shares") representing [part/~~all~~] of my Shares in the Fund. I understand that redemption will only be effective provided that the request is received in proper form no later than 5:00 pm Amsterdam time on a date that is at least 15 calendar days prior to the date of redemption. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

                                      * $1,200,000 USD Equivalent

         I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

_JP Morgan Chase_
Bank Name

_CHASUS 33_
Bank Address

_021000021_
ABA /CHIPS/ BIC Codes

_MLI Equity Derivatives_
Account Name

[REDACTED] _3118_
Account Number

RR-1

MLI-00089
CONFIDENTIAL

MLI-00089.1
MLISAA0000089.1

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| *Merill Lynch International* <br> Name of Registered Owner of Shares | _____ <br> Name of Subscriber |
| *MLFC* <br> *2 King Edward St, London* <br> *EC2A 2HQ* <br> Address | _____ <br> Address |
| *[signature]* <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| *Jonathan Heath - AVP* <br> Name and Title | _____ <br> Please Print Name and Title |
| *11 July 06* <br> Date | _____ <br> Date |
| *[signature]* <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| *Alexandra Duriez - VP* <br> Name and Title | _____ <br> Please Print Name and Title |
| *11 July 06* <br> Date | _____ <br> Date |

Signatures guaranteed by:

RR-2

MLI-00090
CONFIDENTIAL

MLI-00090.1
MLISAA0000090.1

## REDEMPTION INFORMATION

**SHARE REGISTRATION**

Merrill Lynch International
Name

MLFC
2 King Edward St. London
Address

England
Country of Residence

0044 207 996 1075
Telephone

0047 7802 437 457
Telephone (Evenings)

0044 207 106 6240
Fax

**MAILING (POST) INFORMATION**
(if other than address of registration)

_____
Name

_____
Address

_____
Country of Residence

_____
Telephone

_____
Telephone (Evenings)

_____
Fax

**BANK FOR TRANSFER OF REDEMPTION**  ✱ See page 1 ✱

_____
Name

_____
Address

_____
Country of Residence

N/A
Telephone

N/A
Telephone (Evenings)

N/A
Fax

RR-3

MLI-00091
CONFIDENTIAL

MLI-00091.1
MLISAA0000091.1

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 11/07/2006 17:18
                                    NAME  : MERRILL LYNCH
                                    FAX   : 020-7996-8599
                                    TEL   :
                                    SER.# : 000005895013


DATE,TIME          11/07 17:18
FAX NO./NAME       900312057722610
DURATION           00:00:26
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

505                    **REDEMPTION REQUEST FORM**
                           **INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): _July_, _11th_, _2006_
Dear Sirs:

     I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _*_ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective provided that the request is received in proper form no later than 5:00 pm Amsterdam time on a date that is at least 15 calendar days prior to the date of redemption. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.
                                                    * $1,200,000 USD Equivalent

     I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

_JP Morgan Chase_
Bank Name

_CHASUS 33_
Bank Address

_021000021_
ABA /CHIPS/ BIC Code

MLI-00092.1
MLISAA0000092.1



## Confirmation of Order Received

MERRILL LYNCH INTERNATIONAL
C/O MERRILL LYNCH FINANCIAL CENTRE
2 KING EDWARD STREET
LONDON EC1A 1HQ
UNITED KINGDOM

Date         : Jul-12-2006
Fund ID      : 03302
Holder ID    : Redacted 5001
Account ID   : Redacted 2835
Order No.    : Redacted 4702
Email        : +WCPLONDON@EXCHANGE.UK.ML.COM
FAX Number   : 0044 207 106 6240

Account: MERRILL LYNCH INTERNATIONAL

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Aug-01-2006 |
| Settlement Date | Aug-31-2006 |
| Valuation/NAV Date | Jul-31-2006 |
| Type of transaction | Redemption |
| Amount | USD 1,200,000.00 |

**Note 1: PLS SEND UPDATED SIGNATURE LIST**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2100  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                              ANWAR-CFSE-00410547



**CITCO**
*Citco Fund Services (Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date          : Aug-11-2006

Fund Id       : 03302
Holder Id     : Redacted 5001
Account Id    : Redacted 2835
Contract No.  : Redacted 2102
Order No.     : Redacted 4702
CFI Cash Id   : Redacted 9802

**FAIRFIELD SENTRY LIMITED**

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number   Redacted    0501
Account Name     FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       JP MORGAN CHASE
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:   021000021
SWIFT Ref.: CHASUS33

Beneficiary Acct No:   Redacted 3118
Beneficiary Name:      MERRIL LYNCH INTERNATIONAL BANK LTD

Ben Swift Ref:   MEIRGB21
Amount:          USD    1,200,000.00
Value date:      Aug-14-2006
Ref:             FAIRFIELD SENTRY   Shares:1,033.53 T/D:08-01-2006 RE
Note:
Details of Charges:

Authorised signatory                         Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                       ANWAR-CFSE-00410552



**CITCO**
Citco Fund Services
(Europe) B.V.

MERRILL LYNCH INTERNATIONAL  
C/O MERRILL LYNCH FINANCIAL CENTRE  
2 KING EDWARD STREET  
LONDON EC1A 1HQ  
UNITED KINGDOM  

Fund ID        : 03302  
Holder ID      : Redacted 5001  
Account ID     : Redacted 2835  
Contract No.   : Redacted 2102  
Date           : Aug-15-2006  
Order No.      : Redacted 4702  
Email          : +WCPLONDON@EXCHANGE.UK.ML.CO  
FAX Number     : 0044 207 106 6240  

Account name: MERRILL LYNCH INTERNATIONAL

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Jul-31-2006 |
| Trade Date | | Aug-01-2006 |
| Payment Date | | Aug-14-2006 |
| No. of voting shares Redeemed | | 1,033.53 |
| Redemption Price | USD | 1,161.0697 |
| Gross Redemption Proceeds | USD | 1,200,000.00 |
| Net Redemption Proceeds | USD | 1,200,000.00 |
| Amount to be Paid | USD | 1,200,000.00 |
| Proceeds Paid to Date | USD | 1,200,000.00 |

Your balance following this transaction will be 14,200.73 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2100  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                                    ANWAR-CFSE-00410542