# EXHIBIT 24

FAISEN. I

505          REDEMPTION REQUEST FORM
                    INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): __16__, __10__, __08__

Dear Sirs:

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of __(A)__ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective provided that the request is received in proper form no later than 5:00 pm Amsterdam time on a date that is at least 15 calendar days prior to the date of redemption. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.         (A) USD 5,000,000

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

* Please see previously supplied documentation *
Bank Name

_____
Bank Address

_____
ABA /CHIPS/ BIC Codes

_____
Account Name

_____
Account Number

RR-1

MLI-00017
CONFIDENTIAL

MLISAA0000017

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| _Merrill Lynch International_ <br> Name of Registered Owner of Shares | _____ <br> Name of Subscriber |
| 2 King _Edward St London, EC1A 1HR_ <br> Address | _____ <br> Address |
| _Justin Stokoe_ <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| _Justin Stokoe  Trader_ <br> Name and Title | _____ <br> Please Print Name and Title |
| _16/10/08_ <br> Date | _____ <br> Date |
| _____ <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| _____ <br> Name and Title | _____ <br> Please Print Name and Title |
| _____ <br> Date | _____ <br> Date |

_____
Signatures guaranteed by:

RR-2

MLI-00018
CONFIDENTIAL

MLISAA0000018



**CITCO**
Citco Fund Services
(Europe) B.V.

MERRILL LYNCH INTERNATIONAL  
C/O MERRILL LYNCH FINANCIAL CENTRE  
2 KING EDWARD STREET  
LONDON EC1A 1HQ  
UNITED KINGDOM  

Fund ID       : 03302  
Holder ID     : Redacted 5001  
Account ID    : Redacted 2835  
Contract No.  : Redacted 4102  
Date          : Nov-14-2008  
Order No.     : Redacted 9617  
Email         : +WCPLONDON@EXCHANGE.UK.ML.C(  
FAX Number    : 0044 207 106 6240  

Account name: MERRILL LYNCH INTERNATIONAL

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 3,704.3123 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 5,000,000.00 |
| Net Redemption Proceeds | USD | 5,000,000.00 |
| Amount to be Paid | USD | 5,000,000.00 |
| Proceeds Paid to Date | USD | 4,999,999.99 |

Your balance following this transaction will be 14,150.2597 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:    (31-20) 5722610  
Chamber of Commerce 33205112  

CONFIDENTIAL                                                                 ANWAR-CFSE-00417157

## REDEMPTION CHECKLIST v1.5

| | |
|---|---|
| Order Id: Redacted 9617 | NAV Date: 10.31.2008    Amount: 5'000 000.0000 USD |
| Fund: 03302 | Investor: MERRILL LYNCH INTERNATIONAL |

### IR SPECIALIST

| # | Item | Response |
|---|------|----------|
| 1 | TP checklist reviewed | ● Yes    ○ N/A (for OTF) |
| 2 | Verify Signatures (do they match)? | ● Yes    ○ No |
| 3 | DR/Waiver Required/Requested? | ○ Yes    ● No |
| 4 | Initial Confirm Sent | 10.20.08 |
| 5 | KYC complete for Investor? | ● Yes    ○ No |
| 6 | Wire details match investor details on record? | ● Yes    ○ No |

Inputter: DBU    Verifier: [signature]

If you answered NO to #2 or #5, do NOT proceed with processing.

**Comments**

AGENT: 505

CONFIDENTIAL    ANWAR-CFSE-00417158



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date         : Nov-17-2008

Fund Id      : 03302
Holder Id    : Redacted 5001
Account Id   : Redacted 2835
Contract No. : Redacted 4102
Order No.    : Redacted 9617
CFI Cash Id  : Redacted 5917

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name   FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:   JP MORGAN CHASE
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:   021000021
SWIFT Ref.: CHASUS33

Beneficiary Acct No:  Redacted 3118
Beneficiary Name:  MLI EQUITY DERIVATIVES

Amount:  USD    5,000,000.00
Value date:  Nov-19-2008
Ref:  FAIRFIELD SENTRY   Shares:3,704.3123 T/D:11-01-2008 RE
Note:  MERRILL LYNCH INTERNATIONAL
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                              Authorised signatory

Citco Building                www.citco.com         Phone: (31-20) 5722100
Telestone - Teleport                                Fax:   (31-20) 5722610
Naritaweg 165                              Chamber of Commerce 33205112
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                            ANWAR-CFSE-00417159

## REDEMPTION CHECKLIST v1.1

Order No  Redacted 9617
Fund Id  03302
Holder Id  Redacted 5001
Investor
Account Id

### TREASURY

| # | | Amount | | Date |
|---|---|---|---|---|
| 1 | Initial amount paid | | % Date | |
| 2 | Final amount paid | USD 5,000,000.00 | % Date | 11/19/2008 |
| 3 | Approval that amount sent and redemption match? | ● Yes | | ○ No |
| 4 | Verify wire details compliance, investor name, address etc. | ● Yes | | ○ No |

Inputter / Verifier  WJK

CONFIDENTIAL                                                                 ANWAR-CFSE-00417160