# EXHIBIT 25

505                    **REDEMPTION REQUEST FORM**
                              **INSTRUCTIONS**

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

> FAIRFIELD SENTRY LIMITED
> c/o Citco Fund Services (Europe) B.V.
> Telestone 8 – Teleport
> Naritaweg 165
> 1043 BW Amsterdam
> The Netherlands
> Telephone: (31-20) 572-2100
> Fax: (31-20) 572-2610
> Dated (month, day, year): __11__, __11__, __08__

Dear Sirs:

    I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _(A)_ shares; (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective provided that the request is received in proper form no later than 5:00 pm Amsterdam time on a date that is at least 15 calendar days prior to the date of redemption. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.     (A) TOTAL HOLDINGS

    I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

**Wire Transfer Instructions (to be completed by redeeming shareholder):**

✱ _Please see previously supplied documentation_ ✱
_____
Bank Name

_____
Bank Address

_____
ABA /CHIPS/ BIC Codes

_____
Account Name

_____
Account Number

RR-1

MLI-00071
CONFIDENTIAL

MLISAA0000071

SIGNATURES MUST BE IDENTICAL TO NAME(S) IN WHICH SHARES ARE REGISTERED

| ENTITY SHAREHOLDER (OR ASSIGNEE) | INDIVIDUAL SHAREHOLDER(S) PARTNERSHIP, CORPORATION (OR ASSIGNEE) OR TRUST |
|---|---|
| Merrill Lynch International <br> Name of Registered Owner of Shares | _____ <br> Name of Subscriber |
| 2 King Edward St London, EC1A 1HQ <br> Address | _____ <br> Address |
| /s/ Justin Stokoe <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| Justin Stokoe  Trader <br> Name and Title | _____ <br> Please Print Name and Title |
| 11/11/08 <br> Date | _____ <br> Date |
| _____ <br> Signature (of individual or assignee) | _____ <br> Signature (of partner, authorized corporate officer or trustee) |
| _____ <br> Name and Title | _____ <br> Please Print Name and Title |
| _____ <br> Date | _____ <br> Date |

Signatures guaranteed by:

RR-2

MLI-00072 CONFIDENTIAL

MLISAA0000072

```
TRANSMISSION VERIFICATION REPORT

                                    TIME   : 11/11/2008 17:39
                                    NAME   : MERRILL LYNCH
                                    FAX    : 020-7996-8599
                                    TEL    :
                                    SER.#  : 000005095013


DATE,TIME              11/11  17:38
FAX NO./NAME           90031205722610
DURATION               00:00:31
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

505                          REDEMPTION REQUEST FORM
                                   INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): __11_,_11_,_08_

Dear Sirs:

    I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _(A)_ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective provided that the request is received in proper form no later than 5:00 pm Amsterdam time on a date that is at least 15 calendar days prior to the date of redemption. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption. (A) TOTAL HOLDINGS

    I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

* Please see previously supplied documentation *

Bank Name

_____
Bank Address

MLI-00073
CONFIDENTIAL

MLISAA0000073



# Confirmation of Order Received

MERRILL LYNCH INTERNATIONAL
C/O MERRILL LYNCH FINANCIAL CENTRE
2 KING EDWARD STREET
LONDON EC1A 1HQ
UNITED KINGDOM

Date       : Nov-12-2008
Fund ID    : 03302
Holder ID  : REDACTED 5001
Account ID : REDACTED 2835
Order No.  : Redacted 1617
Email      : +WCPLONDON@EXCHANGE.UK.ML.COM
FAX Number : 0044 207 106 6240

Account: MERRILL LYNCH INTERNATIONAL

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2008 |
| Settlement Date | Dec-31-2008 |
| Valuation/NAV Date | Nov-30-2008 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 14,142.8303 |

| | |
|---|---|
| Bank Name: | JP MORGAN CHASE |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000021 |
| SWIFT Ref.: | CHASUS33 |
| Beneficiary Acct No: | Redacted 3118 |
| Beneficiary Name: | MLI EQUITY DERIVATIVES |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

MLIEMAILS-0003843.1
MLISAB0003843.1