UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>   v.<br><br>EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in interest to Banco Atlántico (Bahamas) Bank & Trust Limited<br><br>            Defendant. | Adv. Pro. No. 12-01690 (CGM) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I hereby enter an appearance as counsel for EFG

Bank S.A. (a/k/a EFG Bank AG) ("EFG Bank"), EFG Bank (Monaco) S.A.M. ("EFG

Monaco"), and EFG Bank & Trust (Bahamas) Limited ("EFG Bahamas," and collectively,

1

the "EFG Defendants") in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in the above-captioned adversary proceeding, and all papers filed therein, should be served upon me at the below-listed address. I certify that I am admitted to practice in this Court.

**PLEASE TAKE FURTHER NOTICE** that, by filing this Notice of Appearance, or by later filing any pleadings or other papers in this action, the EFG Defendants do not:

(i) Consent to or acknowledge personal jurisdiction, or concede that the EFG Defendants have properly been served with process in this action;

(ii) Waive the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge with subject matter jurisdiction over this action and personal jurisdiction over the EFG Defendants;

(iii) Waive the right to trial by jury in any proceeding so triable in the above-listed adversary proceeding or in any case, controversy, or proceeding related to the above-listed adversary proceeding;

(iv) Waive the right to have the District Court withdraw the reference in any matter that is subject to mandatory or discretionary withdrawal; or

(v) Waive any other rights, claims, actions, defenses, setoffs, or recoupments to which the EFG Defendants are or may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated:  December 13, 2022
       New York, New York

                                        /s/ *Zachary D. Rosenbaum*

                                        Zachary D. Rosenbaum
                                        **KOBRE & KIM LLP**
                                        800 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 488-1200
                                        Zach.Rosenbaum@kobrekim.com

                                        *Attorney for Defendants*