Hearing Date: April 19, 2023 at 10:00am
Objection Deadline: February 13, 2023

**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01690 (CGM) |
| Plaintiff, v. | |
| EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in interest to Banco Atlántico (Bahamas) Bank & Trust Limited, | |
| Defendants. | |

# NOTICE OF HEARING ON
# MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, on December 13, 2022, Defendants EFG Bank S.A. (a/k/a EFG Bank AG) ("EFG Bank"), EFG Bank (Monaco) S.A.M. ("EFG Monaco"), and EFG Bank & Trust (Bahamas) Limited ("EFG Bahamas," and collectively, the "EFG Defendants,") filed their Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") and supporting papers, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.[1]

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on **April 19, 2023 at 10:00 a.m.** (prevailing Eastern time), or as soon thereafter as counsel may be heard, before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to the Court's guidelines for remote appearances and are required to make arrangements to appear via ZoomGov. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on October 3, 2022, oppositions to the Motion, if any, shall be filed by **February 13, 2023**, and any reply in further support of the Motion shall be filed by **March 15, 2023**.

---

[1] As stated in the Motion, the EFG Defendants do not consent to the entry of final orders or judgment by this Court.

Dated: December 13, 2022
      New York, New York

                                        Respectfully Submitted,

                                        */s/ Adam M. Lavine*

                                        **KOBRE & KIM LLP**
                                        Zachary D. Rosenbaum
                                        Adam M. Lavine
                                        Donna (Dong Ni) Xu
                                        800 Third Avenue
                                        New York, New York 10022
                                        Telephone: (212) 488-1200
                                        Zachary.Rosenbaum@kobrekim.com
                                        Adam.Lavine@kobrekim.com
                                        Donna.Xu@kobrekim.com

                                        *Attorneys for Defendants*