**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01195 (CGM) |
| Plaintiff, | |
| v. | |
| SIX SIS AG, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2022, the Motion to Dismiss of Defendant SIX SIS AG, the accompanying Memorandum of Law in Support, the accompanying Notice of Hearing, and the accompanying Declarations of Stephan Hänseler and Erin Valentine and exhibits thereto, were served by filing them with the Court's electronic-filing system.

1

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
December 13, 2022

CHAFFETZ LINDSEY LLP

By:    /s/  Andreas Frischknecht_____
      Andreas A. Frischknecht
      Erin E. Valentine

1700 Broadway, 33rd Floor
New York, New York 10019
Tel. (212) 257-6960
Fax (212) 257-6950
Andreas.Frischknecht@chaffetzlindsey.com
Erin.Valentine@chaffetzlindsey.com

 Attorneys for SIX SIS AG

2