UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                   Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                   Plaintiff,<br><br>v.<br><br>NATIONAL BANK OF KUWAIT AND NBK BANQUE PRIVÉE (SUISSE) SA,<br><br>                   Defendants. | Adv. Pro. No. 11-02554 (CGM) |

## CERTIFICATE OF SERVICE

      I certify that, on December 14, 2022, I filed defendants' Reply Memorandum on Motion to Dismiss on all counsel of record in the above adversary proceeding through the court's electronic filing system in case numbers 11-02554 and 08-01789.

                                                                      /s/ Richard A. Cirillo

                                                                       Richard A. Cirillo

Dated: New York, NY
         December 14, 2022