IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Century Investment Securities, Inc | 012157 | 5167 | Pryor Cashman LLP | Century Investment Securities Inc | 1C1288 |
| Edward H Kohlschreiber | 003263 | 1640 2817 | Pro Se Filing | Millennium Trust Company, LLC FBO Edward H Kohlschreiber | 1K0113 |
| Edward H And Mary A Kohlschreiber | 005454 | 1639 2816 | Pro Se Filing | Edward H Kohlschreiber Sr Rev Mgt Trust 25% And Mary A Kohlschreiber Rev Mg Trust | 1K0102 |
| Elaine R Schaffer Rev Trust FBO Elaine R Schaffer | 009540 | 577 | Phillips Nizer LLP | Elaine R Schaffer Or Carla R Hurshhorn Ttees | 1ZA309 |
| Juliet Nierenberg | 013870 | 3831 | Pryor Cashman LLP | Juliet Nierenberg | 1N0013 |
| June Pollack T/O/D To Keith L. Pollack And Cary G. Pollack | 000530 | 1080 | Milberg LLP | June Pollack T/O/D To Keith L Pollack | 1CM884 |
| Kuntzman Family LLC | 002044 | 702 | Phillips Nizer LLP | Kuntzman Family LLC | 1ZA539 |
| Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 000743 | 4077 | Pro Se Filing | Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 1CM464 |
| Trust Dated 2/4/91 F/B/O Doron A. Tavlin, Harvey Krauss And Doron A. Tavlin Trustees | 000307 | 2912 | Pro Se Filing | Doron Tavlin Trust Doron A Tavlin And Harvey Krauss Esq Trustees | 1T0004 |