IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Century Investment Securities, Inc | 012157 | 5167 | Pryor Cashman LLP | Century Investment Securities Inc | 1C1288 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Edward H Kohlschreiber | 003263 | 1640 2817 | Pro Se Filing | Millennium Trust Company, LLC FBO Edward H Kohlschreiber | 1K0113 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Edward H And Mary A Kohlschreiber | 005454 | 1639 2816 | Pro Se Filing | Edward H Kohlschreiber Sr Rev Mgt Trust 25% And Mary A Kohlschreiber Rev Mg Trust | 1K0102 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Elaine R Schaffer Rev Trust FBO Elaine R Schaffer | 009540 | 577 | Phillips Nizer LLP | Elaine R Schaffer Or Carla R Hurshhorn Ttees | 1ZA309 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Juliet Nierenberg | 013870 | 3831 | Pryor Cashman LLP | Juliet Nierenberg | 1N0013 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| June Pollack T/O/D To Keith L. Pollack And Cary G. Pollack | 000530 | 1080 | Milberg LLP | June Pollack T/O/D To Keith L Pollack | 1CM884 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Kuntzman Family LLC | 002044 | 702 | Phillips Nizer LLP | Kuntzman Family LLC | 1ZA539 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 000743 | 4077 | Pro Se Filing | Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 1CM464 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Trust Dated 2/4/91 F/B/O Doron A. Tavlin, Harvey Krauss And Doron A. Tavlin Trustees | 000307 | 2912 | Pro Se Filing | Doron Tavlin Trust Doron A Tavlin And Harvey Krauss Esq Trustees | 1T0004 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |