**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S FIFTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES AND ARE RELATED TO RESOLVED ADVERSARY PROCEEDINGS**

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections") for claims related to resolved adversary proceedings; and these net winner Claims to be disallowed and Objections to be overruled are identified in Exhibits A and B to the Declaration of Vineet Sehgal in Support of the Motion (the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

"Sehgal Declaration"), [Docket No. __]; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Objections listed on Exhibits A and B are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Century Investment Securities, Inc | 012157 | 5167 | Pryor Cashman LLP | Century Investment Securities Inc | 1C1288 |
| Edward H Kohlschreiber | 003263 | 1640 2817 | Pro Se Filing | Millennium Trust Company, LLC FBO Edward H Kohlschreiber | 1K0113 |
| Edward H And Mary A Kohlschreiber | 005454 | 1639 2816 | Pro Se Filing | Edward H Kohlschreiber Sr Rev Mgt Trust 25% And Mary A Kohlschreiber Rev Mg Trust | 1K0102 |
| Elaine R Schaffer Rev Trust FBO Elaine R Schaffer | 009540 | 577 | Phillips Nizer LLP | Elaine R Schaffer Or Carla R Hurshhorn Ttees | 1ZA309 |
| Juliet Nierenberg | 013870 | 3831 | Pryor Cashman LLP | Juliet Nierenberg | 1N0013 |
| June Pollack T/O/D To Keith L. Pollack And Cary G. Pollack | 000530 | 1080 | Milberg LLP | June Pollack T/O/D To Keith L Pollack | 1CM884 |
| Kuntzman Family LLC | 002044 | 702 | Phillips Nizer LLP | Kuntzman Family LLC | 1ZA539 |
| Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 000743 | 4077 | Pro Se Filing | Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 1CM464 |
| Trust Dated 2/4/91 F/B/O Doron A. Tavlin, Harvey Krauss And Doron A. Tavlin Trustees | 000307 | 2912 | Pro Se Filing | Doron Tavlin Trust Doron A Tavlin And Harvey Krauss Esq Trustees | 1T0004 |

IN RE: BLMIS. CASE NO: 08-01789 (CGM)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Century Investment Securities, Inc | 012157 | 5167 | Pryor Cashman LLP | Century Investment Securities Inc | 1C1288 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Edward H Kohlschreiber | 003263 | 1640 2817 | Pro Se Filing | Millennium Trust Company, LLC FBO Edward H Kohlschreiber | 1K0113 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Edward H And Mary A Kohlschreiber | 005454 | 1639 2816 | Pro Se Filing | Edward H Kohlschreiber Sr Rev Mgt Trust 25% And Mary A Kohlschreiber Rev Mg Trust | 1K0102 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Elaine R Schaffer Rev Trust FBO Elaine R Schaffer | 009540 | 577 | Phillips Nizer LLP | Elaine R Schaffer Or Carla R Hurshhorn Ttees | 1ZA309 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Juliet Nierenberg | 013870 | 3831 | Pryor Cashman LLP | Juliet Nierenberg | 1N0013 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS. |

2

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| June Pollack T/O/D To Keith L. Pollack And Cary G. Pollack | 000530 | 1080 | Milberg LLP | June Pollack T/O/D To Keith L Pollack | 1CM884 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Kuntzman Family LLC | 002044 | 702 | Phillips Nizer LLP | Kuntzman Family LLC | 1ZA539 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection.<br><br>**Time-Based Damages**: BLMIS's books and records do not reflect the length of time in which the claimant invested with BLMIS.<br><br>**Tax-Based Adjustment**: BLMIS's books and records do not reflect the payments made for tax purposes. |
| Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 000743 | 4077 | Pro Se Filing | Susan Schemen Fradin Trustee Rev Agree Of Tst Dtd 5/23/2000 | 1CM464 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |

3

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Trust Dated 2/4/91 F/B/O Doron A. Tavlin, Harvey Krauss And Doron A. Tavlin Trustees | 000307 | 2912 | Pro Se Filing | Doron Tavlin Trust Doron A Tavlin And Harvey Krauss Esq Trustees | 1T0004 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |

4