**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Eric B. Hiatt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>-against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>               Plaintiff,<br><br>v.<br><br>ABU DHABI INVESTMENT AUTHORITY,<br><br>               Defendant. | Adv. Pro. No. 11-02493 (CGM)<br><br>**APPELLEE IRVING H. PICARD, TRUSTEE'S COUNTER-STATEMENT OF ISSUES ON APPEAL AND COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Irving H. Picard, the trustee (the "Trustee" and "Appellee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, respectfully submits the following counter-statement of the issues (the "Counter-Statement") and counter-designation of additional items to be included in the record on appeal (the "Counter-Designation") in connection with the appeal by Abu Dhabi Investment Authority ("ADIA" or the "Appellants") from the Memorandum Decision Denying Motion to Dismiss the Complaint (the "Memorandum Decision"), entered on October 28, 2022 (ECF No. 126), by the United States Bankruptcy Court for the Southern District of New York in the above-referenced adversary proceeding:

### COUNTER-STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

The Appellee hereby submits the following counter-statement of the issues on appeal:

1. Whether the Bankruptcy Court was correct in rejecting ADIA's argument that it is immune from suit under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C.A. § 1605, where the court found that the requirements of the third prong of the FSIA's commercial activity exception were satisfied because ADIA conducted commercial activity outside of the United States that caused a direct effect in the United States. *See Picard v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (CGM), 2022 WL 16558049 at *4 (Bankr. S.D.N.Y. Oct. 28, 2022), ECF No. 126.

### COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Appellee hereby counter-designates the following additional items to be included in the record on appeal:

| Item No. | Proceeding No. | Docket No. | Description |
|---|---|---|---|
| 1 | 11-02493 (Bankr. S.D.N.Y.) | 10 | Memorandum of Law in Support of Abu Dhabi Investment Authority's Motion to Withdraw the Reference (related document(s)9) filed by Eric Mark Kay on behalf of Abu Dhabi Investment Authority. (Kay, Eric) (Entered: 04/02/2012) |
| 2 | 11-02493 (Bankr. S.D.N.Y.) | 122 | Stipulation And Order To Waive Argument signed on 10/11/2022 (Kinchen, Gwen) (Entered: 10/11/2022) |
| 3 | 11-02493 (Bankr. S.D.N.Y.) | 135 | Stipulation and Order Staying Bankruptcy Court Proceedings Pending Appeal signed on 12/1/2022. (related document(s)132) (DuBois, Linda) (Entered: 12/01/2022) |

The Trustee reserves the right to supplement or amend the counter-statement of issues to be presented on appeal and to designate additional items for inclusion in the record on appeal.

[*Remainder of page intentionally left blank*]

Dated: December 14, 2022
      New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *David J. Sheehan*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Eric B. Hiatt
Email: ehiatt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*