**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS             )
                                 ) ss:

COUNTY OF DALLAS     )

        TASSIE POWERS BARR, being duly sworn, deposes and says:

1.      I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On December 15, 2022, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. MOTION FOR AN ORDER APPROVING FOURTEENTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FOURTEENTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 22697)

2. AFFIDAVIT OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR AN ORDER APPROVING THE FOURTEENTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FOURTEENTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 22698)

Executed on December 15, 2022

_____

Tassie Powers Barr

Sworn to and subscribed before me this _____ *15 th* _____ day of *December*, 2022



_____

(SEAL)

Notary Public

Exhibit A

Exhibit A
12/15/2022

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
9 12/15/2022

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons