UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>UKFP (ASIA) NOMINEES LIMITED,<br><br>   Defendant. | Adv. Pro. No. 12-01566 (CGM) |

**ERRATA ORDER REGARDING MEMORANDUM DECISION**

The Memorandum Decision Denying Defendant's Motion to Dismiss, dated December 9, 2022 (ECF No. 98), should be corrected as follows:

On page 25, the sentence entered as

"Judge Rakoff has further clarified the inapplicability of the safe harbor to transfers such as those made to ASB."

should be corrected to read as follows:

> "Judge Rakoff has further clarified the inapplicability of the safe harbor to transfers such as those made to UKFP."



**Dated: December 15, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**