UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

　　　　　　Debtor.

## AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　　　)
　　　　　　　　　　　　　　　　) ss:
COUNTY OF DALLAS　　　　　　)

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 16, 2022, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S FIFTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES AND ARE RELATED TO RESOLVED ADVERSARY PROCEEDINGS (Docket Number 22736)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE FIFTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES AND ARE RELATED TO RESOLVED ADVERSARY PROCEEDINGS (Docket Number 22737)

3. NOTICE OF HEARING ON TRUSTEE'S FIFTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 22738)

Executed on December 16, 2022

_____
Tassie Powers Barr

Sworn to and subscribed before me this ___16th___ day of _December_, 2022



_____
(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A
12/16/2022

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| MILBERG LLP | ATTN: JONATHAN M. LANDERS | ONE PENNSYLVANIA PLAZA, 48th FLOOR | NEW YORK | NY | 10119 | Counsel |
| PRYOR CASHMAN LLP | ATTN: RICHARD LEVY JR. | 7 TIMES SQUARE | NEW YORK | NY | 10036 | Counsel |
| PHILLIPS NIZER LLP | ATTN: HELEN DAVIS CHAITMAN | 666 FIFTH AVENUE | NEW YORK | NY | 10103-0084 | Counsel |