**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 21, 2022 AT 9:00 A.M.**

**CONTESTED MATTERS**

1. **09-01364; Picard v. HSBC BANK PLC,** *et al.*

    A.   Declaration Pursuant to Local Bankruptcy Rule 7007-1 Seeking Conference Regarding Discovery Dispute filed by Lauren K. Handelsman on behalf of Nigel Fielding, Saverio Fiorino, Brian Pettitt (Filed: 11/21/2022) [ECF No. 720]

**Related Documents**:

B. Notice of Hearing (related document(s)720) filed by Lauren K. Handelsman on behalf of Nigel Fielding, Saverio Fiorino, Brian Pettitt (Filed: 12/5/2022) [ECF No. 722]

C. Declaration of Peter B. Shapiro in Opposition to Non-Parties' Request for Conference Regarding Discovery Dispute filed by Peter Shapiro on behalf of Irving H. Picard (Filed: 12/15/2022) [ECF No. 730]

D. Joinder of Alpha Prime Fund Ltd to the Trustee's Opposition to Non-Parties' Request for Conference Regarding Discovery Dispute filed by Todd E Duffy on behalf of Alpha Prime Fund Limited (Filed: 12/15/2022) [ECF No. 732]

**Status**: This matter is going forward.

2. **21-01190; Picard v. The Hebrew University of Jerusalem, *et al*.**

   A. Memorandum of Law in Support of Defendants Motion to Dismiss filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 17]

   B. Declaration of Dror Frenkel in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 18]

   C. Declaration of Tamar Mund, Adv. in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 19]

   D. Declaration of Professor Bracha Rager in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 20]

E.     Declaration of Pepi Yakirevich in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 21]

F.     Declaration of Professor Hanoch Gutfreund in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 22]

G.     Declaration of Michal Naveh in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 23]

H.     Declaration of Professor Irun Cohen in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 24]

I.     Declaration of Professor Shimon Ullman in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 25]

J.     Declaration of Professor Amir N. Licht in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 26]

K.     Declaration of Michael H. Cassel in Support of Motion to Dismiss Complaint filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum

    Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 27]

**Opposition Due**:    June 15, 2022

**Opposition Filed**:

L.    Trustee's Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/15/2022) [ECF No. 36]

M.    Declaration of Fernando A. Bohorquez, Jr. in Support of the Trustee's Opposition to Defendants' Motion to Dismiss filed by Fernando A. Bohorquez on behalf of Irving H. Picard (Filed: 6/15/2022) [ECF No. 37]

N.    Declaration of Retired Judge Varda Alshech filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/15/2022) [ECF No. 38]

O.    Amended Declaration of Fernando A. Bohorquez, Jr. in Support of Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by Fernando A Bohorquez [Filed: 6/27/2022] (ECF No. 40)

**Replies Due**:  September 15, 2022

**Replies Filed**:

P.    Reply Memorandum of Law in Support of Defendants' Motion to Dismiss filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 9/15/2022) [ECF No. 45]

Q.    Supplemental Declaration of Amir N. Licht filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 9/15/2022) [ECF No. 46]

**Related Documents**:

R.    Stipulation and Order signed on 12/8/2021. (DuBois, Linda) (Entered: 12/08/2021) [ECF No. 8]

S.    Notice of Motion to Dismiss filed by Emil A. Kleinhaus on behalf of B.G. Negev Technologies and Applications Ltd., Bar Ilan University, Ben-Gurion University of the Negev, The Hebrew University of Jerusalem, Weizmann Institute of

      Science, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd. (Filed: 2/10/2022) [ECF No. 16]

T.    Stipulation and Order signed on 3/4/2022. (DuBois, Linda) (Entered: 03/04/2022) [ECF No. 31]

U.    Stipulation and Order signed on 6/13/2022. (DuBois, Linda) (Entered: 06/13/2022) [ECF No. 35]

V.    Stipulation and Order signed on 7/21/2022. (DuBois, Linda) (Entered: 07/21/2022) [ECF No. 42]

W.    Notice of Hearing on Defendants' Motion to Dismiss (Filed 10/7/2022) [ECF No. 47]

**Status**:    This matter is going forward.

Dated: December 16, 2022  
       New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*