# EXHIBIT A

| APN | CASE NAME |
|---|---|
| 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. |
| 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. |
| 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. |
| 10-04986 | Sharon Knee |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. |
| 10-05144 | Estate of Bernard J. Kessel, et al. |
| 10-05169 | Fairfield Pagma Associates,,et al. |