**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. Listed on Exhibit A Attached Hereto |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, the *Notice of Withdrawal of Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S.

Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: December 19, 2022
      New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney for: James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust

Laurence May
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
Email: lmay@eisemanlevine.com
Attorney For: 151797 Canada Inc.

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney for: Diana L. Messing, Samdia Family L.P., a Delaware Limited Partnership, Samuel L. Messing

Michael Cassell
Hogan & Cassell, LLP
Email: mcassell@hogancassell.com
Attorney for: Sharon Knee

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney for: Janice G. Coppersmith, individually, S. James Coppersmith, individually, Seymour W. Zises in his capacity as trustee, The S. James Coppersmith Charitable Remainder Unitrust

Richard Feldman
Rosenberg Feldman Smith LLP
Email: rfeldman@rfs-law.com
Attorney for: Bernard Kessel Inc. Pension Plan and Trust, Estate of Bernard J. Kessel, Iris Steel, in her capacity as Trustee of the Bernard Kessel Inc. Pension Plan and Trust and as Executrix of the Bernard J. Kessel Estate

Barry R. Lax
Brian J. Neville
Robert R. Miller
Lax & Neville LLP
Email: blax@laxneville.com

Email: bneville@laxneville.com
Email: rmiller@laxneville.com
Attorneys for: Bonnie Joyce Kansler, as executor, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC, Seyfair LLC, Seymour Kleinman