**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTELIGO BANK LTD., F/K/A BLUBANK LTD,<br><br>　　　　　　Defendant. | Adv. Pro. No. 11-02763 (CGM) |

**CERTIFICATE OF SERVICE**

I, Heather Lamberg, an attorney admitted pro hac vice in the State of New York, hereby certify that:

1. On the 26th day of September 2022, I have caused service of Inteligo Bank's Reply Brief in Support of its Motion to Dismiss to be made by electronic filing with the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to

all parties with an e-mail address of record, who have appeared and consented to electronic service in this action.

New York, New York
Date: September 26, 2022

/s/ Heather Lamberg
Heather Lamberg (HLamberg@winston.com)
Christopher D. Man (CMan@winston.com)
WINSTON & STRAWN
1901 L Street, NW
Washington, DC 200036
(202) 282-5274 (phone)
(202) 282-5100 (fax)