# EXHIBIT 4

| | |
|---|---|
| From: | Lauren Ross [LAUREN@fairdomain01.com] |
| Sent: | Wednesday, January 21, 2004 3:24 PM |
| To: | ben.vanblokland@sns.nl |
| Cc: | bospart@euronet.nl; Cornelis Boele |
| Subject: | Fairfield Sentry Fund Information - IMPORTANT |
| Attachments: | Sentry Class B info mem 7038103.pdf; Sigma B Offering Memo 1003.pdf; Fairfield Sentry Class B - Subscription Documents - Cornelis.pdf; Sigma B Subscription - Cornelis.pdf |
| Importance: | High |

Dear Mr. H.J.G. van Blokland,

We are writing to inform you that the Fairfield Sentry Class A and Fairfield Sigma Class A shares are completely closed to all new and existing investors. Going forward we can only accept subscriptions into the Class B shares of each fund. The Class B shares are part of the exact same fund as the Class A shares, but with a 1% management fee (the Class A has a 0% management fee). All investors are now directed into Class B when there is available capacity in the Fund.

In light of the above, we regret that we cannot accept your subscriptions this month into Fairfield Sentry Class A and Fairfield Sigma Class A. CITCO will not be able to confirm these trades.

However, attached you will find the Offering Memoranda and Subscription Documents for Fairfield Sentry Class B and Fairfield Sigma Class B. The deadline for documents and funds to be received at CITCO for Feb 1 investments will be January 28th for Sentry B and January 26th for Sigma B. You will need to fill out the attached subscription documents in order to subscribe into these funds.

Should you have any questions regarding this email or the subscription process, please do not hesitate to contact me.

With kind regards,
Lauren Ross

*Lauren H. Ross*
*FAIRFIELD GREENWICH GROUP*
*919 Third Avenue, 11th Floor*
*New York, NY 10022*
*Main: (212) 319-6060*
*Fax: (212) 319-0450*
*www.fggus.com*

CONFIDENTIAL                                                                                                                        FGANW005063295
                                                                                                                                              FG-05210824