# EXHIBIT 9

24/01/2008  15:21    0031736833620    ORDERDESK DENBOSCH    PAG. 01/03

| | |
|---|---|
| Aan: | Citco Fund Services (Europe), Amsterdam |
| Faxnr: | 020-5722610 |
| t.a.v. | Maria |
| Van: | Teus Hoogendoorn |
| dd. | 24 januari 2008 |
| Aantal pagina(s) | 3 (incl. deze pagina) |
| Betreft: | Inschrijving Fairfield Sigma A |

Goedemiddag,

*Wij willen beleggen:*

**EUR   168.0000,-**     **aand. Fairfield Sigma   -A-**

*Bovenstaand bedrag hebben wij naar u overgemaakt met valuta 25 Januari 2008.*

Met vriendelijke groeten,

*Teus Hoogendoorn*

*GELIEVE ONS PER TELEFOON: 073-6833721 OF PER TELEFAX: 073-6833620 TE INFORMEREN INDIEN DE OVERDRACHT NIET IS GELUKT.*

B-1

189633.1    11/04/99 10:21am

CONFIDENTIAL    ANWAR-CFSE-00130044

24/01/2008  15:21     0031736833620          ORDERDESK DENBOSCH                    PAG. 02/03

404        SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain

whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: _SNS GLOBAL CUSTODY B.V. REF SNS BANK_
Contribution Date: _25-1-_, 200_8_
Additional Contribution Amount: _168.000,=_ EUR

Changes to Subscription Agreement:    [ ] None
                                      [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this ___ day of _____, 200_.

Corporate, Partnership, Trust or Account Subscribers    Individual Subscribers
_SNS GLOBAL CUSTODY B.V. REF SNS BANK_
Name (Print)                                            Name (Print)

SNS GLOBAL CUSTODY
part of SNS Bank
Signature                                               Signature

Name (Print)                                            Name of Joint Purchaser, If Any (Print)

RR-5

CONFIDENTIAL                                                                          ANWAR-CFSE-00130045

| Title | Signature |
|---|---|
| Telephone: 073-6833319 | Telephone: |
| Fax: 073-6833620 | Fax: |
| E-mail: TEUS.HOOGENDOORN@SNS.NL | |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SIGMA LIMITED

By: _____
Name: _____
Title: _____

RR-6

CONFIDENTIAL    ANWAR-CFSE-00130046