# EXHIBIT 11

22/05/2008  14:35    0031736833620                ORDERDESK DENBOSCH                          PAG. 01/03

| | |
|---|---|
| Aan: | Citco Fund Services (Europe), Amsterdam |
| Faxnr: | 020-5722610 |
| t.a.v. | Maria |
| Van: | Teus Hoogendoorn |
| dd. | 22 mei 2008 |
| Aantal pagina(s) | 3 (incl. deze pagina) |
| Betreft: | Inschrijving Fairfield Sigma A |

Goedemiddag,                                                *Subscription!*

*Wij willen beleggen:*

**EUR        119.000,-**           aand. Fairfield Sigma   -A-

*Bovenstaand bedrag hebben wij naar u overgemaakt met valuta 23 mei 2008.*

Met vriendelijke groeten,

*Teus Hoogendoorn*

*GELIEVE ONS PER TELEFOON: 073-6833721 OF PER TELEFAX: 073-6833620 TE INFORMEREN INDIEN DE OVERDRACHT NIET IS GELUKT.*

B-1

189633.1                                                                    11/04/99 10:21am

CONFIDENTIAL                                                              ANWAR-CFSE-00134931

22/05/2008   14:35   0031736833620           ORDERDESK DENBOSCH                    PAG.  02/03

404         **SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber: _SNS GLOBAL CUSTODY B.V. REF. SNS BANK_
Contribution Date: _23-5-7_, 200_8_
Additional Contribution Amount: _119000_ EUR

Changes to Subscription Agreement:    [ ] None
                                      [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this ___ day of _____, 200_.

Corporate, Partnership, Trust or Account Subscribers    Individual Subscribers

_SNS GLOBAL CUSTODY B.V. REF. SNS BANK_                 _____
SNS Global Custody (Print)                              Name (Print)
part of SNS Bank
_____                                       _____
Signature                                               Signature

_____                                       _____
Name (Print)                                            Name of Joint Purchaser, If Any (Print)

RR-5

CONFIDENTIAL                                                              ANWAR-CFSE-00134932

22/05/2008  14:35    0031736833620           ORDERDESK DENBOSCH                    PAG. 03/03

| Title | | Signature | |
|---|---|---|---|
| Telephone: | 023-6835219 | Telephone: | |
| Fax: | 023-6833620 | Fax: | |
| E-mail: | TEUS.HOOGENDOORN@SNS.NL | | |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SIGMA LIMITED

By: _____
Name: _____
Title: _____

RR-6

CONFIDENTIAL                                                                                    ANWAR-CFSE-00134933