# EXHIBIT 12

24/06/2008  13:27   0031736833620          ORDERDESK DENBOSCH          232717
                                                                        PAG.  01/03

*CL done*
*COR ATT*

| Aan: | Citco Fund Services (Europe), Amsterdam |
|---|---|
| Faxnr: | 020-5722610 |
| t.a.v. | Maria |
| Van: | Peter Roose |
| dd. | 24 juni 2008 |
| Aantal pagina(s) | 3 (incl. deze pagina) |
| Betreft: | Inschrijving Fairfield Sigma A |

Goedemiddag,

*Wij willen beleggen:*

**EUR        637.000,-            aand. Fairfield Sigma   -A-**

*Bovenstaand bedrag hebben wij naar u overgemaakt met valuta 25 juni 2008.*

Met vriendelijke groeten,

*Peter Roose*

*GELIEVE ONS PER TELEFOON: 073-6833721 OF PER TELEFAX: 073-6833620 TE
INFORMEREN INDIEN DE OVERDRACHT NIET IS GELUKT.*

B-1

189633.1                                                         11/04/99 10:21am

CONFIDENTIAL                                          ANWAR-CFSE-00128476

24/06/2008  13:27    0031736833620           ORDERDESK DENBOSCH                   PAG.  02/03

**404      SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED
SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING
ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT
BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited
("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund,
and (3) desires to subscribe for additional shares in the Fund. By executing in the space
below, the undersigned shareholder hereby (1) requests that the Fund accept this short form
subscription in lieu of completing an entirely new Subscription Agreement for the additional
shares, (2) reaffirms each and every representation and covenant made by the undersigned in
the original Subscription Agreement as of the date hereof, subject only to the changed
information set forth below, and (3) represents that if the Subscriber is an entity, the person
executing this Agreement has the full power and authority under the Subscriber's governing
instruments and has been authorized to do so and the Subscriber has the full power and
authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain

whether the Fund is accepting additional capital.   New Subscription Information:

Subscriber:            _SNS GLOBAL CUSTODY B.V. REF SNS BANK_
Contribution Date:        _25 - 06_ , 200_8_
Additional Contribution Amount:   _632.000_    EUR

Changes to Subscription Agreement:     [X] None
                                       [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on
this _24th_ day of _june_ , 200_8_

**Corporate, Partnership, Trust or Account Subscribers**   **Individual Subscribers**

_SNS GLOBAL CUSTODY B.V. REF SNS BANK_           _____
SNS GLOBAL CUSTODY (Print)                        Name (Print)
part of SNS Bank
                    Signature                      Signature

                    Name (Print)                   Name of Joint Purchaser, If Any (Print)

                              RR-5

CONFIDENTIAL                                           ANWAR-CFSE-00128477