# EXHIBIT 16

| | |
|---|---|
| **From:** | Dan Lipton [dlipton@fggus.com] |
| **Sent:** | Monday, July 19, 2004 1:51 PM |
| **To:** | Indra Angela; Maria-Joao Fernandez; AMS CFS Trades; AMS CFS Treasury |
| **Cc:** | Hoogendoorn, T.A.M. (Teus); Bert Lokhorst; Peter Nicholls; Office Bermuda |
| **Subject:** | RE: Fairfield Sigma redemption |

Approved – waive late notice period.

Daniel E. Lipton
Chief Financial Officer
Fairfield Greenwich Group
919 Third Avenue - 11th Floor
New York, NY 10022
212-991-5265 - Direct
212-319-6060 - General
212-319-0450 - Fax

-----Original Message-----
**From:** Hoogendoorn, T.A.M. (Teus) [mailto:Teus.Hoogendoorn@SNS.NL]
**Sent:** Monday, July 19, 2004 9:43 AM
**To:** Dan Lipton
**Subject:** Fairfield Sigma redemption
**Importance:** High


Good morning,

Re our telephone conversation of today:

We have send a redemption request for 294,61 shares Fairfield Sigma A today to Citco Fund Services.
This redemption-request was one day too late for redemption at the end of July. Now our request is to redeem these shares at the end of July instead of the end of August. We hope you can make this change.

Thank you in advance.
Best regards
SNS Bank
Teus Hoogendoorn
Trader
Order Desk

   +31-736833719

   +31-736833620

   Teus.Hoogendoorn@SNS.NL

 www.snsbank.nl




********
This e-mail message is intended to be exclusively for the addressee.
If you are not the intended recipient you are kindly requested not to make any use whatsoever of the contents and to notify the sender immediately by returning this e-mail message. No rights can be derived from this

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED         FGGE002022171

SECSEV2599122

message.
********

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002022172

SECSEV2599123