# EXHIBIT 17

**From:** Disha Attavar [dattavar@fggus.com]
**Sent:** 1/26/2007 1:53:04 PM
**To:** Veronica Barco [veronica@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
**CC:** Lauren Ross [lauren@fggus.com]; CB Team [cbteam@fggus.com]
**Subject:** RE: Fairfield Sigma

Hi Veronica,

We will accept EUR 2,238,000 from SNS Bank.

Regards,

Disha

---

From: Veronica Barco
Sent: Friday, January 26, 2007 6:54 AM
To: Amit Vijayvergiya
Cc: Disha Attavar; Lauren Ross; CB Team
Subject: Fairfield Sigma

Dear Amit,

SNS Bank has wired to the Fund a total amount of EUR 2,238,000.  You have only approved a total EUR 2,172,000.  Please advise if you can accommodate this total amount for this month.

Thank you,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450
Email: veronica@fggus.com
www.fggus.com

---

From: Bosch, C.M.E. (Chantal) [mailto:Chantal.Bosch@SNS.NL]
Sent: Friday, January 26, 2007 2:56 AM
To: Veronica Barco
Subject: RE: Waiting List.xls

Hi Veronica,


Thank you for the good news. I made a small calculation error though on the waiting list. The amount of subscriptions at the moment of sending it to you was EUR 2.238.000,-. This is the amount I wired to you this morning so I hope that's okay. These were all the early subscriptions, so all the subscriptions we received after I sent you that waiting list, we'll keep till next month.

Thanks!


Chantal


---

Van: Veronica Barco [mailto:veronica@fggus.com]
Verzonden: donderdag 25 januari 2007 19:20
Aan: Bosch, C.M.E. (Chantal); Hoogendoorn, T.A.M. (Teus)
CC: Cornelis Boele; CB Team
Onderwerp: FW: Waiting List.xls
Urgentie: Hoog

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000204465
SECSEV0781988

Dear Chantal and Teus,

We are pleased to inform you that the order on behalf of SNS Bank in the amount of EUR 2,170,000 in Fairfield Sigma has been approved for this month - January 31, 2007. Please send the payment immediately for this investment. If you can send the wire tomorrow morning, we will be able to receive the payment during the day.

For your information, this is the only amount approved for SNS Bank in Fairfield Sigma. In the event you may have received additional orders, we may need to place them on waitlist for next month. We will keep you posted on this development by mid February.

Just in case and to avoid any further delays, we have attached the payment instructions for Fairfield Sigma. Please use these instructions given that in the past month or so, you have had a problem in sending the wire to the wrong instructions.

Please let us know should you have any questions.

With kind regards,

Veronica Barco

Fairfield Greenwich Group

919 Third Avenue, 11th Floor

New York, NY 10022

( (212) 319 6060

Ê (212) 319 0450

* veronica@fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00020446

SECSEV0781989

From: Bosch, C.M.E. (Chantal) [mailto:Chantal.Bosch@SNS.NL]
Sent: Wednesday, January 24, 2007 4:49 AM
To: Veronica Barco
Subject: Waiting List.xls

<>

Good morning Veronica,

A little late, I know, but these are the amounts that we'd like to subscribe for for the end of January.
Could you let us know as soon as possible if this is okay?
Thank you!

Chantal Bosch
SNS Bank
Tel +31) 73 6833723

********
This e-mail message is intended to be exclusively for the addressee.
If you are not the intended recipient you are kindly requested not to make any use whatsoever of the contents and to notify the sender immediately by returning this e-mail message. No rights can be derived from this message.
********


********
This e-mail message is intended to be exclusively for the addressee.
If you are not the intended recipient you are kindly requested not to make any use whatsoever of the contents and to notify the sender immediately by returning this e-mail message. No rights can be derived from this message.
********

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000204467
SECSEV0781990