# EXHIBIT 18

| | |
|---|---|
| From: | Disha Attavar [dattavar@fggus.com] |
| Sent: | Wednesday, February 27, 2008 2:56 PM |
| To: | Robert Netzel |
| Subject: | FW: Payment fairfield sigma |
| Attachments: | Document.pdf |

FYI

-----Original Message-----
From: Veronica Barco
Sent: Wednesday, February 27, 2008 10:53 AM
To: Disha Attavar
Cc: Cornelis Boele; Lakshmi Chaudhuri; Gordon McKenzie
Subject: RE: Payment fairfield sigma


Copy of the swift is enclosed.



-----Original Message-----
From: Disha Attavar
Sent: Wednesday, February 27, 2008 8:05 AM
To: Veronica Barco
Cc: Cornelis Boele; Lakshmi Chaudhuri; Gordon McKenzie
Subject: RE: Payment fairfield sigma

We can accept this if Citco receives the funds today.

-----Original Message-----
From: Veronica Barco
Sent: Wednesday, February 27, 2008 9:03 AM
To: Disha Attavar
Cc: Cornelis Boele; Lakshmi Chaudhuri
Subject: Fw: Payment fairfield sigma

Dear Disha,

We have received this email from an existing client of Cornelis - SNS Bank informing us that the payment for their subscription in Sigma was wired today. Please advise if this can be accommodated for this month.

We appreciate your help on this matter.

Thank you,
Veronica

----- Original Message -----
From: Leduc, R.M.C. (Ronald) <Ronald.Leduc@SNS.NL>
To: Maria-Joao Fernandez; Veronica Barco
Cc: Hoogendoorn, T.A.M. (Teus) <Teus.Hoogendoorn@SNS.NL>
Sent: Wed Feb 27 05:42:32 2008
Subject: Payment fairfield sigma

1

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002785330

FG-02900575

Good morning,

We invest for the end of February a amount of euro 210.000 in the Fairfield Sigma, We had to pay you the 25 of february, incase of problems by our payment department we couldn't pay you on time, So we pay today, 27 february 2008,

I hope this gave no problems to you.

Best regards,

SNS bank
Orderdesk
Ronald Leduc
Trader
Tel 0031-6833722
Fax 0031-6833620
Ronald.leduc@sns.nl <mailto:Ronald.leduc@sns.nl>

*****************************************************************
Dit e-mailbericht is alleen bestemd voor de geadresseerden.
Indien dit bericht niet voor u is bedoeld, wordt u verzocht de afzender hiervan op de hoogte te stellen door het bericht te retourneren en de inhoud niet te gebruiken.
Aan dit bericht kunnen geen rechten worden ontleend.
*****************************************************************
This e-mail message is intended to be exclusively for the addressee. If you are not the intended recipient you are kindly requested not to make any use whatsoever of the contents and to notify the sender immediately by returning this e-mail message. No rights can be derived from this message.
*****************************************************************

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (⬛FGG⬛). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002785331

FG-02900576