# EXHIBIT 19

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Wednesday, October 22, 2008 12:52 PM |
| To: | peter.roose@sns.nl |
| Cc: | Cornelis Boele; Lakshmi Chaudhuri |
| Subject: | RE: Waiting list |
| Attachments: | Waiting List.xls |

=
Dear Peter,

Thank you for your message of today.  We are=20pleased to inform you that your subscription in the amount of Eur 287,500 has =een approved for October 31, 2008. The subscription deadline to receive=20the subscription proceeds and documents is on October 27, 2008.=/DIV>

With kind regards,

=


=
Veronica Barco | Senior Vice President | Client Relations
Fai=field Greenwich Group | 55 East 52 St, 33rd floor, New York, NY 10055−/o:p>
☎ Tel= 212-319-6060 | 6 Fax= 212-319-0450 | ✉ =veronica@fggus.com


=FONT face=Arial color=#4181ff>

**From:** Roose, P.R. (Peter) =[mailto:Peter.Roose@SNS.NL]
**Sent:** Wednesday, October 22= 2008 7:28 AM
**To:** Veronica Barco
**Subject:** Waiting list

Hi Veronica,

Hereby you receive our list w=th subscriptions for October.
Can you have a=20look and reply wether it's possible to subscribe?

<<Waiting Lis=.xls>>



Kind regards,

Peter Roose
Trader
SCOE Orderd=sk
SNS Global Custody B.V.
SNS Bank Nederland
tel:  =031 (0)73 6833721
fax: 0031 (0)73 =833620
http://www.snsbank.nl
mailto:SCOE.Orderdesk@sns.nl

\*\*\*\*\*\*\*\*=\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002236848

FG-02352093

```
Dit e-mailbericht is alleen bestemd voor de geadresseerden. =Indien dit bericht niet voor
u is bedoeld, wordt u ver=ocht
de afzender hiervan op de hoogte te stellen door het b=richt
te retourneren en de inhoud niet te gebruiken.
Aan dit bericht kunnen geen rechten worden ontleend.
***************************************************************
This e-mail message is intended to be exclusively for
the addressee. If you are not the intended recipient you=20
are kindly requested not to make any use whatsoever of =he
contents and to notify the sender immediately by returning=20
this e-mail message. No rights can be derived from this =essage.
***************************************************************
```

This e-mail message, including any attachments, is intended =nly for the persons to whom it is addressed, and may =ontain confidential information. It is not intended as an=20offer or solicitation for the purchase or sale of any=20financial instrument. Any use, distribution, modification, =opying or disclosure by any other person is strictly pr=hibited. If you have received this message in error =lease notify the sender by return e-mail and delete thi= message from your computer. Any data or views containe= herein is based upon information available to us at =his date, and is subject to change without notice, and =s not warranted as to completeness or accuracy by Fairf=eld Greenwich Group ("FGG"). Any comments or statements=20made herein do not necessarily reflect those of FGG.

CONFIDENTIAL TREATMENT REQUESTED

NYAG-E002236849

FG-02352094