# EXHIBIT 20

| | |
|---|---|
| **From:** | Hoogendoorn, T.A.M. (Teus) [Teus.Hoogendoorn@SNS.NL] |
| **Sent:** | Friday, January 16, 2009 12:45 PM |
| **To:** | Cornelis Boele |
| **Cc:** | Veronica Barco; Blokland, H.J.G. van (Ben); Jansen, M.P.A. (Martijn); Bosch, C.M.E. (Chantal) |
| **Subject:** | Fairfield Sigma investment per December1, 2008 |

Good afternoon,

As you know, we have invested at the end of November an amount of EUR 285.000,- in Fairfield Sigma. We have paid this amount to you (via Citco Fund Services) on November 21, 2008.

Our Legal Department is asking us now for a statement from you that this amount is received by you and you really transfered this amount to one of the accounts of Madoff. Also they would like to see in this statement, the date this amount was transfered by you.

If however, this amount was not yet invested in one of the Madoff products, please let us know how you will handle this amount that we have paid to you.

Please let us know the above as soon as possible, so we can inform our Legal Department and clients.

Best regards,
SNS Bank
Teus Hoogendoorn
Trader
Order Desk
* +31-73-6833719
* +31-73-6833620
* Teus.Hoogendoorn@sns.nl <mailto:Teus.Hoogendoorn@sns.nl>
* www.snsbank.nl <http://www.snsbank.nl>


*************************************************************
Dit e-mailbericht is alleen bestemd voor de geadresseerden.
Indien dit bericht niet voor u is bedoeld, wordt u verzocht
de afzender hiervan op de hoogte te stellen door het bericht
te retourneren en de inhoud niet te gebruiken.
Aan dit bericht kunnen geen rechten worden ontleend.
*************************************************************
This e-mail message is intended to be exclusively for
the addressee. If you are not the intended recipient you
are kindly requested not to make any use whatsoever of the
contents and to notify the sender immediately by returning
this e-mail message. No rights can be derived from this message.
*************************************************************


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE002623492

SECSEV3200443