# EXHIBIT 21

**From:** Jim Mitchell
**Sent:** Wednesday, June 16, 2004 08:58 AM
**To:** Joseph Soares
**Subject:** Fw:

Joe - I think Bob needs to know. Sandra set up a meeting for these guys in the wintrr - SNS Bank.
Now they want their SNSSecurities guys to go in.  Our own analysts don't get to see Madoff - why should they.
Toni is trying to get Sandra, but can you inform Bob.
------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Ray Soares <rsoares@tremont.com>
To: Jim Mitchell <jmitchell@tremont.com>
Sent: Wed Jun 16 08:34:27 2004
Subject:
hey jim,
Patrick testa is relentless on this meeting Bernie with SNS.
Can you call him and try to divert this before Bob catches wind of this.
Thanks

TRESAF0008794