# EXHIBIT 22

**From:** Veronica Barco [veronica@fggus.com]
**Sent:** 6/23/2004 8:42:28 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** FW: Visit to New York on Thursday June 24 - Confirmed Agenda for SNS Management

Dear Amit,

Further to our telephone conversation yesterday, please find below the agenda for SNS Management, client of Cornelis.  In addition, the client has addressed an specific question which will be discussed during the call. Please let me know should you have any questions.

Thank you,
Veronica Barco

---

From:    Veronica Barco
Sent:    Tuesday, June 22, 2004 12:25 PM
To:      'jacob.dewit@sns.nl'
Cc:      Cornelis Boele; Richard Klomp; CB Team
Subject:    Visit to New York on Thursday June 24 - Confirmed Agenda for SNS Management

Dear Mr. de Wit,

Further to our message sent to you on Thursday June 24, we are pleased to send you the confirmed agenda for your visit to New York on Thursday June 24th.

Attendees:

- Mr. Jacob de Wit, SNS Managmeent
- Mr. Guus van der Kamp, SNS Management

Thursday, June 24th

9:00 a.m.    Meeting with Mr. Dan Lipton, Chief Financial Officer of the Fairfield Greenwich Group
             Mr. Lipton will discuss information related to the finance group and his role at FGG.

9:30 a.m.    Conference Call with Mr. Amit Vijayvergiya (Vice President & Risk Manager) of the Fairfield Greenwich (Bermuda) Ltd.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED        FGGE000015593
                                                                                              SECSEV0593116

    Mr. Vijayvergiya will provide an update on the Fairfield Sentry Fund.
Open discussion with regard to the hedge fudn industry to deliver "alpha" going forward given the environment of massive flows into the sector

    and a fast growth in managers (skilled and without skills) - Request from Mr. Jacob de Wit

10:00 a.m.    Meeting with Mr. John Wartman, quantitative and risk manager of the Fairfield Greenwich Group, and Mr. Arthur Winston, portfolio manager

    of the Fairfield Paradigm Fund (via telephone).
Mr. Wartman and Mr. Winston would like to provide you with general introduction about the Fund

10:45 a.m.    Meeting with Mr. Jeffrey Tucker, co-founder and partner of the Fairfield Greenwich Group
    Mr. Tucker will talk about the Fairfield Greenwich Group (our origins and ongoing developments throughtout the years)

11:30 a.m.    Meeting with Mr. Blair Keller, Manager Alternative Strategies of Fischer Francis Trees & Watts.
    Mr. Keller will discuss the new product to be launched FFTW Global Credit Fund

12:00 p.m.    Working Lunch at FGG
    Meeting with Mr. Harold Greisman, Chief Investment Officer of the Fairfield Greenwich Group
    Mr. Greisman will discuss our due diligence and selection process of the FGG investment funds in addition to a general review of the FGG funds

    that comprises the Fairfield Guardian Fund.

We look forward to seeing you on Thursday.  Please let us know if we can be of any assistance to you prior to your arrival.

Kind regards,

Veronica Barco for
Richard Klomp and Cornelis Boele
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000015594

SECSEV0593117