# EXHIBIT 25

**CITCO**
*Citco Fund Services (Europe) B.V.*

## Confirmation of Order Received

SNS GLOBAL CUSTODY BV
POSTBUS 70053
5201 DZ 'S HERTOGENBOSCH
THE NETHERLANDS

Date       : Feb-15-2008
Fund ID    : 03302
Holder ID  : [Redacted]0402
Account ID : [Redacted]3085
Order No.  : [Redacted]1902
Email      : TEUS.HOOGENDOORN@SNS.NL
FAX Number : 00 31 73 6833620

AFDELING OPER EFF BED
Account: SNS GLOBAL CUSTODY BV REF SNS BANK

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Mar-01-2008 |
| Settlement Date | Mar-31-2008 |
| Valuation/NAV Date | Feb-29-2008 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 144.4015 |

| | |
|---|---|
| Bank Name: | CITIBANK NA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021000089 |
| SWIFT Ref.: | CITIUS33 |
| Beneficiary Acct No: | [Redacted]3854 |
| Beneficiary Name: | SNS BANK NEDERLAND NV SHERTOGENBOSCH |
| Ben Swift Ref: | SNSBNL2A |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                                                                 ANWAR-CFSE-00099207