# EXHIBIT 26

**CITCO**

**Citco Bank Nederland N.V.** Citco Fund Services (Europe) B.V.

Attn: Payment Department
World Trade Center, Tower B
Strawinskylaan 1629
1077 XX Amsterdam
Swift CITCNL2A

Nov-13-2000

**Fairfield Sentry Ltd.**

Fairfield Sentry Ltd.
Redacted 3 797

**Request for wire transfer payment**

In request of the above named account please could you process the following wire transfer payment

Please debit:
Account name: Fairfield Sentry Ltd.
Account number: Redacted 3 797

Please credit:
Bank name: Citibank, New York
Address: New York, USA

ABA number:
SWIFT: CITIUS33
For credit name: Citibank London, London, UK
For credit number: Redacted 0765
For further credit name: SNS Bank Nederland N.V. Swift: SNSBNL2A
For further credit number: Redacted 0010

Amount: USD 425,478.71

Yours sincerely,

Authorised signatory 1   

Authorised signatory 1

---

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices/correspondent locations
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas,
Cayman Islands, Barbados, New York,
Miami, Toronto, Montevideo, London,
Gibraltar, Madeira, Amsterdam, Brussels
Luxembourg, Zürich and Geneva.

Chamber of Commerce: H253773

CONFIDENTIAL    ANWAR-CFSE-00311167



**Citco Bank Nederland N.V.**

Attn: Payment Department
World Trade Center, Tower B
Strawinskylaan 1629
1077 XX Amsterdam
Swift CITCNL2A

Nov-13-2000

**Fairfield Sentry Ltd.**

Fairfield Sentry Ltd.
[Redacted] 3 797

**Request for wire transfer payment**

In request of the above named account please could you process the following wire transfer payment

| | |
|---|---|
| Please debit: | |
| Account name: | Fairfield Sentry Ltd. |
| Account number: | [Redacted] 3 797 |
| Please credit: | |
| Bank name: | Citibank, New York |
| Address: | New York, USA |
| ABA number: | |
| SWIFT: | CITIUS33 |
| For credit name | Citibank London, London, UK |
| For credit number: | [Redacted] 0765 |
| For further credit name | SNS Bank Nederland N.V. Swift: SNSBNL2A |
| For further credit number: | [Redacted] 0010 |
| Amount: | USD 434,962.89 |
| Value date: | ~~As soon as possible~~ November 14, 2000 |
| ~~Charges:~~ | ~~Beneficiary~~ |

Yours sincerely,

Authorised signatory 1   ..........[signature]..........

Authorised signatory 1   ..........[signature]..........

Wo2000702 Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group office wire instructions
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas,
Cayman Islands, Barbados, New York,
Miami, Toronto, Montevideo, London,
Gibraltar, Madeira, Amsterdam, Brussels
Luxembourg, Zürich and Geneva.
Chamber of Commerce: H253773

CONFIDENTIAL                                                                                          ANWAR-CFSE-00311168

> CITCO
> Citco Fund Services
> (Europe) B.V.

# Citco Bank Nederland N.V.

Attn: Payment Department
World Trade Center, Tower B
Strawinskylaan 1629
1077 XX Amsterdam
Swift CITCNL2A

Nov-13-2000

**Fairfield Sentry Ltd.**

**Fairfield Sentry Ltd.**
[Redacted] 3 797

• Request for wire transfer payment

In request of the above named account please could you process the following wire transfer payment

| | |
|---|---|
| Please debit: | |
| Account name: | Fairfield Sentry Ltd. |
| Account number: | [Redacted] 3 797 |
| Please credit: | |
| Bank name: | Citibank, New York |
| Address: | New York, USA |
| ABA number: | |
| SWIFT: | CITIUS33 |
| For credit name | Citibank London, London, UK |
| For credit number: | [Redacted] 0765 |
| For further credit name | SNS Bank Nederland N.V.  Swift: SNSBNL2A |
| For further credit number: | [Redacted] 0010 |
| Amount: | USD 108,558.06 |
| Value date: | ~~As soon as possible~~ November 14 |

Yours sincerely,

Authorised signatory 1  .................[signature]...................

Authorised signatory 1  ..................[signature]..................

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices/reps/instructions
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas,
Cayman Islands, Barbados, New York,
Miami, Toronto, Montevideo, London,
Gibraltar, Madeira, Amsterdam, Brussels
Luxembourg, Zürich and Geneva.

Chamber of Commerce: H253773

CONFIDENTIAL                                    ANWAR-CFSE-00311169



**Citco Bank Nederland N.V.**

Citco Fund Services (Europe) B.V.

Attn: Payment Department
World Trade Center, Tower B
Strawinskylaan 1629
1077 XX Amsterdam
Swift CITCNL2A

Nov-13-2000

**Fairfield Sentry Ltd.**

Fairfield Sentry Ltd.
[Redacted]3 797

**Request for wire transfer payment**

In request of the above named account please could you process the following wire transfer payment

| | |
|---|---|
| Please debit: | |
| Account name: | Fairfield Sentry Ltd. |
| Account number: | [Redacted]3 797 |
| Please credit: | |
| Bank name: | Citibank, New York |
| Address: | New York, USA |
| ABA number: | |
| SWIFT: | CITIUS33 |
| For credit name | Citibank London, London, UK |
| For credit number: | [Redacted]0765 |
| For further credit name | SNS Bank Nederland N.V.  Swift: SNSBNL2A |
| For further credit number: | [Redacted]0010 |
| Amount: | USD 79,620.82 |
| Value date: | ~~As soon as possible~~ november 14 |

Yours sincerely,

Authorised signatory 1

Authorised signatory 1

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group of Companies with offices in
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas,
Cayman Islands, Barbados, New York,
Miami, Toronto, Montevideo, London,
Gibraltar, Madeira, Amsterdam, Brussels
Luxembourg, Zürich and Geneva.

Chamber of Commerce: H253773

CONFIDENTIAL

ANWAR-CFSE-00311170

**CITCO**

*Citco Fund Services (Europe) B.V.*

# Citco Bank Nederland N.V.

Attn: Payment Department
World Trade Center, Tower B
Strawinskylaan 1629
1077 XX Amsterdam
Swift CITCNL2A

Nov-13-2000

**Fairfield Sentry Ltd.**

Fairfield Sentry Ltd.
[Redacted] 3 797

● **Request for wire transfer payment**

In request of the above named account please could you process the following wire transfer payment

| | |
|---|---|
| Please debit: | |
| Account name: | Fairfield Sentry Ltd. |
| Account number: | [Redacted] 3 797 |
| Please credit: | |
| Bank name: | Citibank, New York |
| Address: | New York, USA |
| | |
| ABA number: | |
| SWIFT: | CITIUS33 |
| For credit name: | Citibank London, London, UK |
| For credit number: | [Redacted] 0765 |
| For further credit name: | SNS Bank Nederland N.V.  Swift: SNSBNL2A |
| For further credit number: | [Redacted] 0010 |
| Amount: | USD 144,215.97 |
| Value date: | ~~As soon as possible~~ november 14 |
| ~~Charges:~~ | |

Yours sincerely,

Authorised signatory 1    *[signature]*

Authorised signatory 1    *[signature]*

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group offices
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas,
Cayman Islands, Barbados, New York,
Miami, Toronto, Montevideo, London,
Gibraltar, Madeira, Amsterdam, Brussels
Luxembourg, Zürich and Geneva.

Chamber of Commerce: H253773

CONFIDENTIAL                                                                                                  ANWAR-CFSE-00311171

**CITCO**

Citco Fund Services (Europe) B.V.

**Citco Bank Nederland N.V.**

Attn: Payment Department
World Trade Center, Tower B
Strawinskylaan 1629
1077 XX Amsterdam
Swift CITCNL2A

Nov-13-2000

**Fairfield Sentry Ltd.**

**Fairfield Sentry Ltd.**
[Redacted] 3 797

### Request for wire transfer payment

In request of the above named account please could you process the following wire transfer payment

| | |
|---|---|
| Please debit: | |
| Account name: | Fairfield Sentry Ltd. |
| Account number: | [Redacted] 3 797 |
| Please credit: | |
| Bank name: | Citibank, New York |
| Address: | New York, USA |
| ABA number: | |
| SWIFT: | CITIUS33 |
| For credit name: | Citibank London, London, UK |
| For credit number: | [Redacted] 0765 |
| For further credit name: | SNS Bank Nederland N.V. Swift: SNSBNL2A |
| For further credit number: | [Redacted] 0010 |
| Amount: | USD 59,039.20 |
| Value date: | november 14 |

Yours sincerely,

Authorised signatory 1   _[signature]_

Authorised signatory 1   _[signature]_

World Trade Center Amsterdam
Tower B, 17th floor
Strawinskylaan 1725
1077 XX Amsterdam
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

Phone: (31-20) 5722100
Fax: (31-20) 6750881
www.citco.com

CITCO Group of companies representations
Curaçao, British Virgin Islands, Bermuda,
U.S. Virgin Islands, Bahamas,
Cayman Islands, Barbados, New York,
Miami, Toronto, Montevideo, London,
Gibraltar, Madeira, Amsterdam, Brussels
Luxembourg, Zürich and Geneva.
Chamber of Commerce: H253773

CONFIDENTIAL                                                                                           ANWAR-CFSE-00311172