# EXHIBIT 27



## Request for wire transfer payment

**CITCO BANK NEDERLAND N.V.**
ATTN: PAYMENTS DEPARTMENT
TELESTONE - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
THE NETHERLANDS

Date............: Jul-14-2003
Fund ID........: 03302
Holder ID.....: [Redacted]0402
Account ID...: [Redacted]5085
Contract No.: [Redacted]4602
Order No......: [Redacted]0902
Cash ID........: [Redacted]5102

### FAIRFIELD SENTRY LIMITED CLASS A

In request of the above named account please could you process the following wire transfer payment

**Please debit:**
Account name: FAIRFIELD SENTRY LIMITED
Account number: [Redacted]3 797

**Please credit:**
Bank name: CITIBANK NA
Address: NEW YORK
USA

ABA number: 021 000 089
SWIFT: CITIUS33
For credit name: CITIBANK LONDON
For credit number: [Redacted]0765 / SWIFT CITIGB2L
For further credit name: SNS BANK NEDERLAND NV SHERTOGENBOSCH
For further credit number: [Redacted]0010 / SWIFT SNSBNL2A
Amount: USD   2,215,212.01
Value date: As soon as possible
Ref: FAIRFIELD SENTRY A  USD  2,215,212.01
Note:

Authorised signatory

Authorised signatory

Telestone 8 - Teleport
Naritaweg 165
P.O. Box 7241
1007 JE Amsterdam
The Netherlands

amsterdam-fund@citco.com
www.citco.com

Phone: +31 (0)20 572 2100
Fax: +31 (0)20 572 2600
Chamber of Commerce: 33253773

CONFIDENTIAL
ANWAR-CFSE-00318185