# EXHIBIT 28



## Request for Wire Transfer Payment

CITCO BANK NEDERLAND N.V. DUBLIN BRANCH
ATTN: PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1, IRELAND

Date          : Jun-14-2005

Fund Id       : 03302
Holder Id     : [Redacted]0402
Account Id    : [Redacted]3085
Contract No.  : [Redacted]8402
Order No.     : [Redacted]7102
CFI Cash Id   : [Redacted]6802

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**

Account Number    Redacted   0501
Account Name    FAIRFIELD SENTRY LIMITED

**Please credit:**

Bank Name:    CITIBANK NA
Bank Address 1:    NEW YORK
Bank Address 2:    USA

ABA Ref.:    021000089
SWIFT Ref.:    CITIUS33

Further Cr. Num:    [Redacted]0765
Further Cr. Name:    CITIBANK LONDON

Further Cr. SWIFT Ref.:    CITIGB2L
Beneficiary Acct No:    [Redacted]0010
Beneficiary Name:    SNS BANK NEDERLAND NV SHERTOGENBOSCH

Ben Swift Ref:    SNSBNL2A
Amount:    USD    1,943,239.43
Value date:    Jun-15-2005
Ref:    FAIRFIELD SENTRY    Shares:1,848.11 T/D:06-01-2005-RE
Note:

Authorised signatory    Authorised signatory
.....................................................    .....................................................

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com
amsterdam-fund@citco.com
www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce: 33253773

CONFIDENTIAL

ANWAR-CFSE-00324593