# EXHIBIT 29

**CITCO**
*Citco Fund Services
(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date           : Jul-19-2006

Fund Id        : 03302
Holder Id      : [Redacted]0402
Account Id     : [Redacted]3085
Contract No.   : 3402
Order No.      : [Redacted]4002
CFI Cash Id    : 0702

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number: [Redacted]0501
Account Name: FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: CITIBANK NA
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.: 021000089
SWIFT Ref.: CITIUS33

Further Cr. Num: [Redacted]0765
Further Cr. Name: CITIBANK LONDON

Further Cr. SWIFT Ref.: CITIGB2L
Beneficiary Acct No: [Redacted]0010
Beneficiary Name: SNS BANK NEDERLAND NV SHERTOGENBOSCH

Ben Swift Ref: SNSBNL2A
Amount: USD     44,804.87
Value date: Jul-20-2006
Ref: FAIRFIELD SENTRY   Shares:39.00 T/D:07-01-2006 RE
Note:
Details of Charges:

Authorised signatory                         Authorised signatory

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773*