# EXHIBIT 30

**CITCO**
Citco Fund Services
(Europe) B.V.

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date              : Jul-14-2008
Fund Id           : 03302
Holder Id         : [Redacted]0402
Account Id        : [Redacted]3085
Contract No.      : [Redacted]7702
Order No.         : 8817
CFI Cash Id       : [Redacted]8302

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number: [Redacted]0501
Account Name: FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name: DEUTSCHE BANK TRUST COMPANY AMERICAS
Bank Address 1: NEW YORK
Bank Address 2: USA

ABA Ref.: 021001033
SWIFT Ref.: BKTRUS33

Beneficiary Acct No: [Redacted]1698
Beneficiary Name: SNS BANK NEDERLAND NV SHERTOGENBOSCH

Ben Swift Ref: SNSBNL2A
Amount: USD  97,514.83
Value date: Jul-15-2008
Ref: FAIRFIELD SENTRY   Shares:73.6000 T/D:07-01-2008 RE
Note: SNS GLOBAL CUSTODY BV REF SNS BANK
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                         Authorised signatory

Citco Building                www.citco.com        Phone: (31-20) 5722100
Telestone - Teleport                               Fax:   (31-20) 5722610
Naritaweg 165                                      Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                       CFSE-TRST-041176

CFSSAJ0007521