# EXHIBIT 31

16/06/2008  16:08    0031736833620    ORDERDESK DENBOSCH    PAG. 04/06

**SNS Bank**　　　　　　　　　　　　　　　7881+

| Aan: | Citco Fund Services (Europe), Amsterdam |
|---|---|
| Faxnr: | 020-5722610 |
| t.a.v. | **Judith Terlien** |
| Van: | Ronald Leduc |
| dd. | 16 June 2008 |
| Aantal pagina(s) | 3 (incl. deze pagina) |
| Betreft: | Verkoop Fairfield Sentry "A" |

Goedemiddag,

<u>Wij willen z.s.m. verkopen:</u>

St   73,60     **aand. Fairfield Sentry "A"**
              (73 full shares and 60 fractional shares

Met vriendelijke groeten,

*Ronald Leduc*

*GELIEVE ONS PER TELEFOON: 073-6833721 OF PER TELEFAX: 073-6833620 TE INFORMEREN INDIEN DE OVERDRACHT NIET IS GELUKT.*

2

CONFIDENTIAL                                                CFSE-TRST-041177

CFSSAJ0007522

16/06/2008   16:08    0031736833620          ORDERDESK DENBOSCH                        PAG.   05/06

# REDEMPTION REQUEST FORM
## INSTRUCTIONS

This form should be saved and may be used by a shareholder wishing to redeem shares in the Fund. Redeeming shareholders should complete and return this form, including the information on page RR-3.

FAIRFIELD SENTRY LIMITED
c/o Citco Fund Services (Europe) B.V.
Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Fax: (31-20) 572-2610
Dated (month, day, year): 06, 6, 2008
Dear Sirs:

73,60

I hereby request redemption, as defined in and subject to all of the terms and conditions of the Confidential Private Placement Memorandum, as it may be amended from time to time (the "Memorandum"), of Fairfield Sentry Limited (the "Fund"), of _____ shares, (the "Shares") representing [part/all] of my Shares in the Fund. I understand that redemption will only be effective as of the close of business on the last day of any calendar month, upon at least fifteen (15) calendar days' prior written notice. Except as otherwise provided in the Memorandum, payment of the redemption proceeds will be made within thirty (30) days after the effective date of redemption.

I hereby represent and warrant that (i) I am the true, lawful and beneficial owner of the Shares of the Fund to which this Request relates, with full power and authority to request redemption of such Shares; and (ii) I am not a "U.S. Person" (as that term is defined in the Memorandum). These Shares are not subject to any pledge or otherwise encumbered in any fashion. My signature has been guaranteed by a commercial bank acceptable to the Fund.

Wire Transfer Instructions (to be completed by redeeming shareholder):

Bank Name

BKTRUS33
Bank Address

ABA- 021001033
ABA /CHIPS/ BIC Codes

SNS BANK    (SNSBNL2A)
Account Name

[Redacted] 1698
Account Number

RR-1

CONFIDENTIAL                                                                                    CFSE-TRST-041178

CFSSAJ0007523

16/06/2008   16:08   0031736833620                    ORDERDESK DENBOSCH                              PAG. 06/06

## REDEMPTION INFORMATION

**SHARE REGISTRATION**

Name: SNS GLOBAL CUSTODY B.V.

Address: PETTELAARPARK 120,

Country of Residence: 5216 AT 's-HERTOGENBOSCH

Telephone: 00-31-73-6833719

Telephone (Evenings):

Fax: 00-31-73-6833620

**MAILING (POST) INFORMATION**
(if other than address of registration)

Name: REF. SNS BANK

Address:

Country of Residence: THE NETHERLANDS

Telephone:

Telephone (Evenings):

Fax:

**BANK FOR TRANSFER OF REDEMPTION**

Name:

Address:

Country of Residence:

Telephone:

Telephone (Evenings):

Fax:

SNS GLOBAL CUSTODY
[signature]

RR-3

CONFIDENTIAL                                                                                        CFSE-TRST-041179

CFSSAJ0007524