# EXHIBIT 32

# SUBSCRIPTION FORM OF FAIRFIELD SENTRY LIMITED
For dealing date Thursday, July 1, 1999
For USD 112,847.00
(executed by the registrar and transfer agent)

This document is filled in by      Judith

## PART I
1. Share registration name      SNS Bank Nederland N.V. 's Hertogenbosch, The Netherlands
2.      [Redacted] / 3085
c/o the same
3. Request sent by      Mr Teus Hoogendoorn
4. Telephone and Fax Numbers in GSS      ☒ yes
5. Names of the authorised signatories      Ben Blokland ; and do(es) appear in signature card ? yes

6. Subscription agreement received      ☒ fax dd June 17, 1999
☐ original

   Subscription amount received on      June 30, 1999 (please read and attach swift message)

7. Name of the remitting bank      Citibank NA New York, USA

8. Where do we pay future redemption ?      Citibank NA New York / a/c# [Redacted] 8546 / SNS Bank Nederland N.V.

9. Information on the agreement compared with GSS and      ☒ no differences found
   (NAW, T+F)      ☐ changes discussed with
        ☐ NEW and kyc identity completed

## PART 2
Is the subscriber a QFI ?      ☒ yes

Is the subscriber a subsidiary / affiliate of a QFI
established outside EU / FATF ?      ☐ yes, we received confirmation that it is itself subject to the same regulations as if it were a QFI

Is the subscriber an individual ?      ☐ yes, we have a copy of passport on file
☐ and we have received confirmation from its QFI remitting bank that the person had been identified

Is the subsciber a closely held company ?      ☐ yes, we do have copy of passports and residential address of the ultimate beneficial oweners

Is the subscriber a listed or widely held company ?      ☐ yes, we do have evidence on file

Date 28-Sep-11
Signature gss'er for acknowledgement of the above

S:/Ephshare/Winword/Investment Fund/GSS/SUB/20112828-012838.doc

CONFIDENTIAL      ANWAR-CFSE-00362445