**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02763 (CGM) |
| Plaintiff, | |
| v. | |
| INTELIGO BANK LTD., F/K/A BLUBANK LTD, | |
| Defendant. | |

**ORDER DENYING DEFENDANT INTELIGO'S**
**MOTION TO DISMISS THE COMPLAINT**

Defendant, Inteligo Bank Ltd., f/k/a Blubank Ltd., ("Inteligo") filed a motion to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion") on June 27, 2022.  The parties stipulated to rest on their papers and waive oral argument on the Motion.  The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the Complaint.  The Court issued an amended memorandum decision, dated December 15, 2022, regarding the Motion (the "Decision").

Based on the record in this adversary proceeding, including the Decision, **IT IS**

**ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for the Defendant Inteligo to file an answer to the Complaint is February 10, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: December 20, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**