UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>v.<br><br>KOOKMIN BANK,<br><br>              Defendant. | Adv. Pro. No. 12-01194 (CGM) |

**ORDER DENYING KOOKMIN BANK'S
MOTION TO DISMISS THE COMPLAINT**

      Defendant Kookmin Bank ("Defendant") filed a motion to dismiss the Complaint under

Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) (the

"Motion") on March 7, 2022. The Motion came on for a hearing before the Court on October

19, 2022 (the "Hearing"). The Court has considered the Motion, the papers filed in support of

and in opposition to the Motion, the Complaint, and the statements of counsel at the Hearing, and

the Court issued a memorandum decision, dated December 9, 2022, regarding the Motion (the

1

"Decision"). Based on the record in this adversary proceeding, including the Decision, **IT IS**

**ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for Defendant to file an answer to the Complaint is March 14, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: December 20, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

2