UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> UKFP (Asia) Nominees Limited, <br><br> Defendant. | Adv. Pro. No. 12-01566 (CGM) |

### ORDER DENYING UKFP (ASIA) NOMINEES LIMITED'S MOTION TO DISMISS THE COMPLAINT

Defendant UKFP (Asia) Nominees Limited (**"UKFP"**) filed a motion to dismiss the Complaint under Bankruptcy Rule 7012(b) and Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the **"Motion"**) on July 15, 2022. The parties stipulated to rest on their papers and waive oral argument on the Motion on October 25, 2022. The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the Complaint. The Court issued a memorandum decision, dated December 9, 2022, regarding the Motion (the **"Decision"**). Based

on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for UKFP to file an answer to the Complaint is February 15, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: December 22, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**