Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Lindsay Funk (lfunk@fklaw.com)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MULTI-STRATEGY FUND LIMITED and CDP CAPITAL TACTICAL ALTERNATIVE INVESTMENTS,<br><br>    Defendants. | Adv. Pro. No. 12-01205 (CGM) |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Lindsay Funk of Friedman Kaplan Seiler & Adelman

LLP, an attorney admitted to practice in this Court, hereby appears as counsel for defendant

3703310.1

Multi-Strategy Fund Limited in the above-captioned adversary proceeding.  All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.  Multi-Strategy Fund Limited reserves all defenses and/or objections available to it.

Dated: New York, New York
       December 22, 2022

                                                FRIEDMAN KAPLAN SEILER &
                                                  ADELMAN LLP

                                                s/ _____
                                                Robert J. Lack (rlack@fklaw.com)
                                                Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
                                                Lindsay Funk (lfunk@fklaw.com)
                                                FRIEDMAN KAPLAN SEILER
                                                & ADELMAN LLP
                                                7 Times Square
                                                New York, NY 10036-6516
                                                Telephone: (212) 833-1100
                                                Facsimile: (212) 833-1250

                                                *Attorneys for Defendant Multi-Strategy Fund Limited*

3703310.1