**DUFFYAMEDEO LLP**
132 West 31st Street, 9th Floor
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>- against –<br><br>**HSBC BANK PLC, et. al.**<br><br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

### JOINDER OF ALPHA PRIME FUND LTD TO THE TRUSTEE'S OPPOSITION TO NON-PARTIES' REQUEST FOR CONFERENCE REGARDING DISCOVERY DISPUTE

Alpha Prime Fund Ltd, ("Alpha Prime"), a defendant in the above-captioned adversary proceeding, by and through its undersigned counsel, hereby represents as follows:

Alpha Prime concurs with the interpretation of the settlement agreement set forth in the Declaration of Peter B. Shapiro and hereby joins in its entirety the Trustee's Opposition to Non-Parties' Request for Conference Regarding Discovery Dispute filed on December 15, 2022, and

all arguments asserted therein. Accordingly, for the reasons set forth in the Declaration of Peter B. Shapiro, Esq. dated December 15, 2022, in Opposition to the Request for Conference Regarding Discovery Dispute, Alpha Prime requests that the Court deny the request of Nigel Fielding, Saverio Fiorino, and Brian Pettitt for a Rule 7007-1 Discovery Conference thereby allowing Alpha Prime to obtain the information necessary to defend itself with respect to the sole remaining issue in this adversary proceeding.

Dated:  New York, New York  
         December 15, 2022

Respectfully submitted,  
**DUFFYAMEDEO LLP**

By: _____/s/ Todd E. Duffy_____  
Todd E. Duffy  
Douglas A. Amedeo

132 West 31st Street, 9th Floor  
New York, NY 10001  
Tel:  (212) 729-5932  
Fax:  (212) 208-2437

2