**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>    Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
**_PRO HAC VICE_ OF NATHANIEL G. WARNER**

  Upon the motion of Nathaniel G. Warner, a member in good standing of the bar in the State of New York, having requested to be admitted, *pro hac vice*, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), in the above-referenced cases and related adversary proceedings, it is hereby:

**ORDERED** that Nathaniel G. Warner, is admitted to practice, *pro hac vice*, in the above-referenced cases, as well as the related adversary proceedings, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.



**Dated: December 28, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**