**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>               Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE* OF DAVID KING**

Upon the motion of David King, a member in good standing of the bar in the District of Columbia, the State of Ohio, and the State of Maryland, having requested to be admitted, *pro hac vice*, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), in the above-referenced cases and related adversary proceedings, it is hereby:

**ORDERED** that David King, is admitted to practice, *pro hac vice*, in the above-referenced cases, as well as the related adversary proceedings, to represent ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.



**Dated: December 28, 2022**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**