**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>SQUARE ONE FUND LTD.,<br><br>       Defendant. | Adv. Pro. No. 10-04330 (CGM) |

**STIPULATION AND ORDER**
**FOR FOURTH AMENDED CASE MANAGEMENT PLAN**

  **WHEREAS** pursuant to Federal Rules of Civil Procedure 16 and 26, as incorporated by Bankruptcy Rules 7016 and 7026, Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701, *et seq.*, and Defendant Square One Fund Ltd. ("Square One," and with the Trustee, the

"Parties"), stipulated to the Case Management Plan, which was entered by this Court on July 16, 2019 (ECF No. 178);

**WHEREAS**, on August 26, 2021, this Court entered the Order Amending Case Management Plan (ECF No. 230);

**WHEREAS**, the Amended Case Management Plan ordered that all fact discovery shall be completed on or before July 29, 2022;

**WHEREAS**, on May 16, 2022, this Court signed the Stipulation and Order for Second Amended Case Management Plan (ECF No. 245);

**WHEREAS**, on November 10, 2022, this Court signed the Stipulation and Order for Third Amended Case Management Plan (ECF No. 259) (the "Third Amended Case Management Plan");

**WHEREAS**, the Third Amended Case Management Plan ordered that all fact discovery shall be completed on or before December 30, 2022;

**WHEREAS**, the Third Amended Case Management Plan ordered that the Parties may serve document requests under Section 2(d) of the Case Management Plan no later than November 25, 2022;

**WHEREAS**, the Third Amended Case Management Plan ordered that the Parties may serve interrogatories under Section 2(e) of the Case Management Plan no later than November 25, 2022;

**WHEREAS**, the Third Amended Case Management Plan ordered that the Parties may serve requests for admission under Section 2(f) of the Case Management Plan no later than November 25, 2022;

**WHEREAS**, the Parties seek additional time to serve document requests, interrogatories, and requests for admission;

**WHEREAS**, the Parties seek additional time to respond to document requests, interrogatories, and requests for admission;

**NOW THEREFORE**, it is ORDERED that the deadline for the Parties to:

(i) Complete all fact discovery under Section 2(a) of the Case Management Plan shall be extended to March 31, 2023.

(ii) Serve document requests under Section 2(d) of the Case Management Plan shall be extended to February 17, 2023;

(iii) Serve interrogatories under Section 2(e) of the Case Management shall be extended to February 17, 2023;

(iv) Serve requests for admission under Section 2(f) of the Case Management Plan shall be extended to February 17, 2023;

(v) Respond to document requests, interrogatories, and requests for admission shall be extended to March 20, 2023.

(vi) conduct all depositions of fact witnesses shall be extended to March 31, 2023.

(vii) complete all expert discovery under Section 3(a) of the Case Management Plan shall be extended to November 30, 2023;

(viii) make all disclosures of expert testimony under Section 3(b) of the Case Management Plan shall be extended to June 30, 2023;

(ix) make all applications for permission of the Court for expert testimony beyond the scope of the opinion covered by the disclosures under Section 3(b) of the Case Management Plan shall be extended to July 28, 2023;

(x) make all disclosures of opposition expert testimony under Section 3(b) of the Case Management Plan shall be extended to September 5, 2023; and

(xi) conduct all depositions of expert witnesses under Section 3(c) of the Case Management Plan shall be extended to October 30, 2023.

The Parties reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect the Parties' right to request from the Court a further extension of time.

Dated: December 28, 2022
      New York, New York

| **BAKER & HOSTETLER LLP** | **JENNER & BLOCK LLP** |
|---|---|
| By: /s/ Marco Molina | By: /s/ Richard Levin |
| 45 Rockefeller Plaza | 1155 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: 212.589.4200 | Telephone: 212.891.1600 |
| Facsimile: 212.589.4201 | Facsimile: 212.891.1699 |
| David J. Sheehan | Richard Levin |
| Email: dsheehan@bakerlaw.com | Email: rlevin@jenner.com |
| Marco Molina | |
| Email: mmolina@bakerlaw.com | *Attorneys for Defendant Square One Fund Ltd.* |
| Ganesh Krishna | |
| Email: gkrishna@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**Dated: December 29, 2022**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**