**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| v. | Adv. Pro. No. 10-05380 (CGM) |
| SriOne, LLC, an Idaho limited liability company; and Dancing $ LLC, a Montana limited liability company, | |
| Defendants. | |

## STIPULATION FOR ENTRY OF JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff (the "Trustee") and SriOne, LLC ("SriOne") and Dancing $ LLC ("Dancing $", together "Defendants", the Trustee and Defendants are collectively referred to as the "Parties", and individually as a "Party"), as follows:

1. The Trustee shall be entitled to immediate entry of the Consent Judgments, copies of which are attached hereto as Exhibit 1, entered against Defendant SriOne in the amount of $10,253,677.60, and Exhibit 2, entered against Defendant Dancing $ in the amount of $225,373.91.

2. Defendants confirm the amounts set forth in paragraph 1 above.

3. The Consent Judgments shall be final for all purposes upon entry of the Consent Judgments and each Party waives any right to appeal therefrom.

4. That Defendants, represented in this action by counsel, have read and understand the contents of this Stipulation for Entry of Judgment (this "Stipulation").

5. That this Stipulation shall be filed immediately upon its execution.

6. This Stipulation may be signed in counterparts, all of which when taken together shall constitute the agreement of the Parties hereto. A photocopy, facsimile or email signature to this Stipulation shall be deemed as an original signature for any and all purposes.

<table>
<tr><td>

Dated: January 3, 2023

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Attention: Dean D. Hunt
Facsimile: (713) 751-1717

</td><td>

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*/s/ Eric Waldman*
Defendant SriOne, LLC by Eric Waldman

*/s/ Eric Waldman*
Defendant Dancing $, LLC by Eric Waldman

**STILLMAN & ASSOCIATES**
By: */s/ Philip H. Stillman*
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Telephone: 888.235.4279
Facsimile: 888.235.4279
Philip H. Stillman
Email: pstillman@stillmanassociates.com

**LAW OFFICES OF STEPHEN GOLDSTEIN**
By: */s/ Stephen A. Goldstein*
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Telephone: 888.235.4279
Facsimile: 888.235.4279
Philip H. Stillman
Email: pstillman@stillmanassociates.com

*Attorneys for Defendants SriOne LLC and Dancing $ LLC*

</td></tr>
</table>

3