# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>v.<br><br>SriOne, LLC, an Idaho limited liability company; and Dancing $ LLC, a Montana limited liability company,<br><br>Defendants. | Adv. Pro. No. 10-05380 (CGM) |

## CONSENT JUDGMENT OF DANCING $ LLC

WHEREAS, Irving H. Picard (the "Trustee") is the trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa-lll, substantively consolidated with the liquidation under chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101-1532, of the estate of Bernard L. Madoff ("Madoff"), currently pending in United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") as Case No. 08-01789 (CGM);

WHEREAS, the Trustee is duly qualified to serve and act on behalf of the consolidated estate of BLMIS and Madoff;

WHEREAS, on or about December 9, 2010, the Trustee commenced the above-captioned adversary proceeding in the Bankruptcy Court, alleging, inter alia, that Defendant Dancing $ LLC ("Defendant") received avoidable transfers in an amount aggregating $153,391 (the "Avoidable Transfers") in connection with BLMIS Account No. 1ZB580 (the "Trustee's Claims");

WHEREAS, on or about January 3, 2023, the Trustee and Defendant entered into a Stipulation for Entry of Judgment ("Stipulation"); and

WHEREAS, pursuant to the terms of the Stipulation, Defendant has consented to the entry of judgment against it (the "Consent Judgment") with respect to the Trustee's Claims and the Avoidable Transfers.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Avoidable Transfers are avoided under section 548 of the Bankruptcy Code and recoverable under section 550 of the Bankruptcy Code.

2. Subject to the terms of the Stipulation, and as set forth in the recitals above, the Consent Judgment is hereby entered in favor of the Trustee and against Defendant Dancing $ LLC in the total amount of $225,373.91 ("Judgment Amount"), representing the sum of the Avoidable Transfers in the amount of $153,391, plus $71,982.91 in pre-judgment interest on the Avoidable Transfers at the rate of 4% per annum, or $16.80 daily, pursuant to N.Y. C.P.L.R. § 5004, from December 9, 2010 through September 1, 2022.

3. The undersigned represent that Defendant has obtained the advice of counsel and is consenting and agreeing to all terms of this Consent Judgment freely and voluntarily.

4. The Clerk of Court shall enter this Consent Judgment on the Docket in favor of the

Trustee for the Judgment Amount.

**AGREED AND CONSENTED TO AS TO
FORM AND SUBSTANCE**

Dated: January 3, 2023

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **STILLMAN & ASSOCIATES** |

By: */s/ Nicholas J. Cremona*          By: */s/  Philip H. Stillman*
45 Rockefeller Plaza                        3015 North Bay Road, Suite B
New York, New York 10111                 Miami Beach, Florida 33140
Telephone:  212.589.4200                  Telephone: 888.235.4279
Facsimile:  212.589.4201                  Facsimile: 888.235.4279
David J. Sheehan                          Philip H. Stillman
Email:  dsheehan@bakerlaw.com             Email: pstillman@stillmanassociates.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com             **LAW OFFICES OF STEPHEN
                                          GOLDSTEIN**

Of Counsel:
                                          By: */s/  Stephen Goldstein*
**BAKER & HOSTETLER LLP**                 3015 North Bay Road, Suite B
811 Main Street, Suite 1100               Miami Beach, Florida  33140
Houston, Texas 77002                      Telephone: 888.235.4279
Attention: Dean D. Hunt                   Facsimile: 888.235.4279
Facsimile: (713) 751-1717                 Philip H. Stillman
                                          Email: pstillman@stillmanassociates.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*    *Attorneys for Defendant Dancing $ LLC*
*of Bernard L. Madoff Investment Securities*
*LLC and the Chapter 7 Estate of Bernard L.*
*Madoff*