**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789  (CGM) |
| Plaintiff-Appellant | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 11-02732 (CGM) |
| Plaintiff, | |
| v. | |
| BUREAU OF LABOR INSURANCE, | |
| Defendant. | |

## ORDER GRANTING MOTION TO WITHDRAW
## MAYA GINSBURG AS ATTORNEY OF RECORD
## <u>PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)</u>

Upon the Motion to Withdraw Maya Ginsburg as Attorney of Record Pursuant to Local

Bankruptcy Rule 2090-1(e), and for good cause shown therein,

IT IS HEREBY ORDERED that Maya Ginsburg is withdrawn as a Lowenstein Sandler LLP attorney of record on behalf of Defendant Bureau of Labor Insurance.

IT IS FURTHER ORDERED that Maya Ginsburg shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**IT IS SO ORDERED.**



**Dated: January 3, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**