**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
|           Plaintiff-Applicant, | SIPA Liquidation |
|    v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|           Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02922 (CGM) |
|           Plaintiff, | |
|    v. | |
| BANK JULIUS BAER & CO. LTD., | |
|           Defendant. | |

## STIPULATION AND ORDER
## EXTENDING DEFENDANT'S TIME TO APPEAL

This Stipulation and Order is entered into by and between Plaintiff Irving H. Picard, as Trustee

for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of

Bernard L. Madoff (the "**Trustee**"), and Defendant Bank Julius Baer & Co. Ltd., ("**BJB**") through its

respective undersigned counsel.

## RECITALS

A.       On July 7, 2022, BJB filed its *Motion to Dismiss the Amended Complaint* in this

Adversary Proceeding, No. 11-02922 (CGM) [ECF No. 114].

B.        On December 15, 2022, following briefing by the parties and oral argument, this Court issued its *Memorandum Decision Denying Defendant's Motion to Dismiss* [ECF No. 134].

C.        On December 28, 2022, based on the Memorandum Decision, this Court entered its *Order Denying Bank Julius Baer & Co. Ltd.'s Motion to Dismiss the Amended Complaint* [ECF No. 135] (the "**December 28, 2022 Order**").

D.        Under Bankruptcy Rule 8002(a)(1), the last day on which BJB may file a notice of appeal from the December 28, 2022 Order is 14 days after entry of that order, *i.e.*, on January 11, 2023.

E.        BJB seeks an extension of time to file such a notice of appeal in order to consider whether to appeal and on what grounds, and if so, to prepare the required papers for a motion for leave to appeal.

F.        Under Bankruptcy Rule 8002(d)(1), the Bankruptcy Court may extend the time to file a notice of appeal upon a party's motion that is filed within the time prescribed by Rule 8002, *i.e.*, by January 11, 2023. Bankruptcy Rule 8002(d)(3) permits such an extension to 21 days after the time prescribed by Bankruptcy Rule 8002(a)(1), *i.e.*, to February 1, 2023.

G.        No previous motion for an extension of time to file such notice of appeal has been made.

H.        The Trustee consents to BJB's request to extend its time to appeal to February 1, 2023.

**IT IS THEREFORE STIPULATED THAT:**

1.        For purposes of Bankruptcy Rule 8002(d), this Stipulation and Order shall be deemed a motion by BJB for an extension of time for filing (a) a notice of appeal from the December 28, 2022 Order and (b) a motion for leave to appeal in accordance with Bankruptcy Rules 8002(a)(1) and 8004(a) (collectively, the "**Required Filings**"), through and including February 1, 2023 (the "**Extended Filing Deadline**").

2

2.      The Trustee consents to BJB's motion, and this Court hereby grants it pursuant to

Bankruptcy Rule 8004(d).

3.      Accordingly, if BJB wishes to appeal from the December 28, 2022 Order, BJB shall

make the Required Filings by the Extended Filing Deadline.

Dated: December 29, 2022
       New York, New York

*/s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Ferve E. Khan
Email: fkhan@bakerlaw.com
Eric B. Hiatt
Email: ehiatt@bakerlaw.com
Anat Maytal
Email: amaytal@bakerlaw.com

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*

*/s/ Eric B. Halper*
**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Eric B. Halper
Email: ehalper@mckoolsmith.com

*Attorney for Defendant Bank Julius Baer*
*& Co. Ltd.*

**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com
Alan D. Lawn
Email: alawn@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**

/s/ Cecelia G. Morris

_____

**Dated: January 3, 2023**
**Poughkeepsie, New York**



**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**