UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### ORDER GRANTING TRUSTEE'S FIFTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES AND ARE RELATED TO RESOLVED ADVERSARY PROCEEDINGS

Upon consideration of the Motion (ECF No. 22736), by Irving H. Picard, trustee for the substantively consolidated liquidation of BLMIS and the chapter 7 estate of Bernard L. Madoff (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections") for claims related to resolved adversary proceedings; and these net winner Claims to be disallowed and Objections to be overruled are identified in Exhibits A and B to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration") (ECF No. 22737); and due and proper notice of the Motion having been

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Objections listed on Exhibits A and B are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



**Dated: January 4, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**