Richard E. Signorelli, Esq.
LAW OFFICE OF RICHARD E. SIGNORELLI
52 Duane Street, 7th Floor
New York, NY 10007
Telephone:     917-750-8842
Facsimile:     212-254-1396
Email:         richardsignorelli@gmail.com

Bryan Ha, Esq.
455 Tarrytown Road, #1244
White Plains, NY 10607
Telephone:     914-512-5930
Facsimile:     212-981-6800
Email:         bhanyc@gmail.com
Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding No. 08-01789-CGM |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC, | Adversary Proceeding No. 10-05394-CGM |
| Plaintiff, | |
| RICHARD M. GLANTZ, et al. | |
| Defendants. | |

------------------------------------------------------------x

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS

Pursuant to Local Rule 2090-1 of the Local Rules of Bankruptcy Procedure, Richard E. Signorelli of the Law Office of Richard E. Signorelli ("Signorelli") hereby respectfully moves for an Order withdrawing as attorney of record for all defendants in the above-captioned adversary proceeding (Adv. Pro. No. 10-05394), including the remaining defendants named in the Second Amended Complaint (ECF Dkt. No. 93) as follows: Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz; EJS Associates, L.P.; Jelris & Associates, L.P.; Grace & Company; the Estate of Edward R. Glantz; Lakeview Investment, LP; Vista Management Co.; Law & Mediation Offices of Richard M. Glantz, a Professional Corporation; Elaine Ostrin (deceased); the Estate of Thelma Glantz; and the Glantz-Ostrin Trust II (collectively, "Remaining Named Defendants").[1]

Signorelli further requests that his name be removed from all electronic

---

[1] Pursuant to a so ordered stipulation entered on January 22, 2018, the following six defendants were dismissed prior to and in connection with the filing of the Second Amended Complaint: The Richard M. Glantz 1991 Living Trust; The Edward R. Glantz Living Trust; The Thelma Glantz Living Trust; The Glantz-Ostrin Trust I; Enhancement Group; and Merlin & Associates, Ltd. (ECF Dkt. No. 92). After the filing of the Second Amended Complaint, two additional defendants in the case – Glantz Family Foundation, Inc. and Austin Bosarge – were also dismissed from the case. Glantz Family Foundation, Inc. was dismissed pursuant to a so-ordered stipulaton entered on April 12, 2019 (ECF Dkt. No. 140). Austin Bosarge was dismissed pursuant to a so-ordered stipulaton entered on May 29, 2019 (ECF Dkt. No. 142).

notice and service lists in this case so that Signorelli will no longer receive any electronic notices from the Court's CM/ECF system.

In support of this motion, Signorelli respectfully states:

1. Signorelli and Bryan Ha, Esq. have been and are presently the co-attorneys of record for the Remaining Named Defendants.

2. The Remaining Named Defendants would like to be represented solely by Bryan Ha, Esq. going forward and consent to Signorelli's withdrawal as attorney of record in this case.

3. Bryan Ha, Esq. and Signorelli each consent to having Bryan Ha, Esq. serve as sole counsel for all Remaining Named Defendants.

4. As Remaining Named Defendants will continue to be represented by Bryan Ha, Esq., they will not suffer any prejudice or delay as a result of Signorelli's withdrawal as attorney.

5. Signorelli's withdrawal as attorney will not disrupt or delay this litigation, and no other party will suffer any prejudice as a result of the withdrawal.

WHEREFORE, Signorelli respectfully requests that the Court grant this motion, and order that Signorelli be withdrawn as counsel of record for all defendants in the case including the Remaining Named Defendants and that Signorelli be removed from all electronic notice and service lists in this case including under both Adv. Pro. No.

08-01789 (CGM) and Adv. Pro. No. 10-05394 (CGM) so that Signorelli will no longer receive any electronic notices from the Court's CM/ECF system.

Dated: New York, New York
January 4, 2023

          Respectfully submitted,

          LAW OFFICE OF
          RICHARD E. SIGNORELLI

          /s/ Richard E. Signorelli
By:         _____
          Richard E. Signorelli
          52 Duane Street, 7th Floor
          New York, NY 10007
          Telephone: 917-750-8842
          Facsimile: 212-254-1396
          richardsignorelli@gmail.com

          Bryan Ha, Esq.

          /s/ Bryan Ha
By:         _____
          Bryan Ha
          405 Tarrytown Road, #1244
          White Plains, NY 10607
          Telephone: 914-512-5930
          Facsimile: 212-981-6800
          bhanyc@gmail.com

          Attorneys for Defendants