UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                    Adversary Proceeding
                                                                                             No. 08-01789-CGM
              Plaintiff-Applicant,

     v.                                                                                  SIPA Liquidation
                                                                                             (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.
-----------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

              Debtor.
-----------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities, LLC,     Adversary Proceeding
                                                                                             No. 10-05394-CGM
             Plaintiff,

RICHARD M. GLANTZ, et al.

             Defendants.
-----------------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW AS
## ATTORNEY OF RECORD AND REQUEST TO BE REMOVED
## FROM ELECTRONIC NOTICE AND SERVICE LISTS

      Upon the Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists by Richard E. Signorelli of the Law Office of Richard E. Signorelli, and for good cause shown therein, it is hereby

      ORDERED, that Richard E. Signorelli is hereby withdrawn as attorney of record for all defendants in the above-captioned adversary proceeding (Adv. Pro. No. 10-05394) including the remaining named defendants of the Second Amended Complaint:

Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz; EJS Associates, L.P.; Jelris & Associates, L.P.; Grace & Company; the Estate of Edward R. Glantz; Lakeview Investment, LP; Vista Management Co.; Law & Mediation Offices of Richard M. Glantz, a Professional Corporation; Elaine Ostrin (deceased); the Estate of Thelma Glantz; and the Glantz-Ostrin Trust II[1]; and it is further

ORDERED, that Richard E. Signorelli of the Law Office of Richard E. Signorelli be removed from the Court's CM/ECF electronic notice and service lists under both Adv. Pro. No. 08-01789 (CGM) and Adv. Pro. No. 1–05394 (CGM); and it is further

---

[1] Pursuant to a so ordered stipulation entered on January 22, 2018, the following six defendants were dismissed prior to and in connection with the filing of the Second Amended Complaint: The Richard M. Glantz 1991 Living Trust; The Edward R. Glantz Living Trust; The Thelma Glantz Living Trust; The Glantz-Ostrin Trust I; Enhancement Group; and Merlin & Associates, Ltd. (ECF Dkt. No. 92). After the filing of the Second Amended Complaint, two additional defendants in the case – Glantz Family Foundation, Inc. and Austin Bosarge – were also dismissed from the case. Glantz Family Foundation, Inc. was dismissed pursuant to a so-ordered stipulaton entered on April 12, 2019 (ECF Dkt. No. 140). Austin Bosarge was dismissed pursuant to a so-ordered stipulaton entered on May 29, 2019 (ECF Dkt. No. 142).

ORDERED, that Bryan Ha, Esq. will now serve as sole counsel of record for all remaining defendants in this case.