UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>v.<br><br>SriOne, LLC, an Idaho limited liability company; and Dancing $ LLC, a Montana limited liability company,<br><br>Defendants. | Adv. Pro. No. 10-05380 (CGM) |

## CONSENT JUDGMENT OF SRIONE LLC

WHEREAS, Irving H. Picard (the "Trustee") is the trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa-lll, substantively consolidated with the liquidation under chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101-1532, of the estate of Bernard L. Madoff ("Madoff"), currently pending in United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") as Case No. 08-01789 (CGM);

WHEREAS, the Trustee is duly qualified to serve and act on behalf of the consolidated estate of BLMIS and Madoff;

WHEREAS, on or about December 9, 2010, the Trustee commenced the above-captioned adversary proceeding in the Bankruptcy Court, alleging, inter alia, that Defendant SriOne LLC ("Defendant") received avoidable transfers in the amount of $6,978,722 (the "Avoidable Transfers") in connection with BLMIS Account No. 1CM730 (the "Trustee's Claims");

WHEREAS, on or about January 2, 2023, the Trustee and Defendant entered into a Stipulation for Entry of Judgment ("Stipulation"); and

WHEREAS, pursuant to the terms of the Stipulation, Defendant has consented to the entry of judgment against it (the "Consent Judgment") with respect to the Trustee's Claims and the Avoidable Transfers.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Avoidable Transfers are avoided under section 548 of the Bankruptcy Code and recoverable under section 550 of the Bankruptcy Code.

2. Subject to the terms of the Stipulation, and as set forth in the recitals above, the Consent Judgment is hereby entered in favor of the Trustee and against Defendant in the total amount of $10,253,677.60 ("Judgment Amount"), representing the sum of the Avoidable Transfers in the amount of $6,978,722, plus $3,274,955.55 in pre-judgment interest on the Avoidable Transfers at the rate of 4% per annum, or $764.28 daily, pursuant to N.Y. C.P.L.R. § 5004, from December 9, 2010 through September 1, 2022.

3. The undersigned represent that Defendant has obtained the advice of counsel and is consenting and agreeing to all terms of this Consent Judgment freely and voluntarily.

4. The Clerk of Court shall enter this Consent Judgment on the Docket in favor of the Trustee for the Judgment Amount.

**AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE**

Dated: January 3, 2023

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **STILLMAN & ASSOCIATES** |
| By: */s/ Nicholas J. Cremona* | By: */s/ Philip H. Stillman* |
| 45 Rockefeller Plaza | 3015 North Bay Road, Suite B |
| New York, New York 10111 | Miami Beach, Florida 33140 |
| Telephone: 212.589.4200 | Telephone: 888.235.4279 |
| Facsimile: 212.589.4201 | Facsimile: 888.235.4279 |
| David J. Sheehan | Philip H. Stillman |
| Email: dsheehan@bakerlaw.com | Email: pstillman@stillmanassociates.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | **LAW OFFICES OF STEPHEN GOLDSTEIN** |
| Of Counsel: | |
| | By: */s/ Stephen Goldstein* |
| **BAKER & HOSTETLER LLP** | 3015 North Bay Road, Suite B |
| 811 Main Street, Suite 1100 | Miami Beach, Florida 33140 |
| Houston, Texas 77002 | Telephone: 888.235.4279 |
| Attention: Dean D. Hunt | Facsimile: 888.235.4279 |
| Facsimile: (713) 751-1717 | Philip H. Stillman |
| | Email: pstillman@stillmanassociates.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant SriOne LLC* |

**Dated: January 4, 2023**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**