**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> 151797 CANADA INC., <br><br> Defendant. | Adv. Pro. No. 10-04631 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, the *Certificate of No Objection to Trustee's Motion for Summary Judgment* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those

parties as set forth on the attached Schedule A.

Dated:  January 5, 2023
        New York, New York

        By:  */s/ Nicholas J. Cremona*
        **BAKER & HOSTETLER LLP**
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone:  212.589.4200
        Facsimile:  212.589.4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Laurence May
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
Email: lmay@eisemanlevine.com
Attorney For: 151797 Canada Inc.