**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET) (a/k/a RENE THIERRY DE | Adv. Pro. No. 10-04285 (CGM) |

LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, and GROUPEMENT FINANCIER LTD.,

Defendants.

## ORDER DENYING THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Defendants UBS AG, UBS Europe SE (f/k/a UBS (Luxembourg) S.A.), UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company S.A. (collectively, the "UBS Defendants"), filed a motion to dismiss the Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) as made applicable by Bankruptcy Rule 7012 (ECF No. 285) (the "Motion") on April 22, 2022. The Court heard oral argument on the Motion on September 14, 2022. The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the Second Amended Complaint. The Court issued a memorandum decision, dated December 27, 2022, which is incorporated herein and made a part hereof, denying the Motion (the "Decision"). Based on the record in this adversary proceeding, **IT IS HEREBY ORDERED** that:

1. The Motion is denied.

2. The deadline for the UBS Defendants to file an answer to the Second Amended Complaint (ECF No. 274) is February 28, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: January 5, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**