UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, et al.,<br><br>Defendants. | Adv. Pro. No. 09-01364 (CGM) |

**ORDER DENYING NON-PARTIES' REQUEST TO VACATE ORDERS
AUTHORIZING THEIR TESTIMONY PURSUANT TO THE HAGUE CONVENTION**

**THIS MATTER** having come before the Court on the Declaration of Lauren K. Handelsman (ECF No. 720) and opposed by the Trustee through the Declaration of Peter B. Shapiro (ECF No. 730); and the Court having held a conference on December 21, 2022 and considered the request of non-parties Nigel Fielding, Brian Pettitt, and Saverio Fiorino (collectively, the "Non-Party Witnesses") to vacate the orders and stipulation authorizing their

testimony (ECF Nos. 544, 645, and 681) (the "Orders"); for the reasons stated in the record, it is hereby

**ORDERED** that the Non-Party Witnesses' request to vacate the Court's previously entered Orders authorizing their testimony pursuant to the Hague Convention is **DENIED**; and it is further

**ORDERED** that the Orders remain enforceable and binding, and Non-Party Witnesses are to proceed with discovery as previously ordered by this Court.



**Dated: January 5, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**