**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br>    v.<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>                  Defendant. | Adv. Pro. No. 11-02929 (CGM) |

**ORDER GRANTING MOTION FOR ADMISSION TO**
**PRACTICE *PRO HAC VICE* OF BAILEY ALEXANDRA BRIDGES**

Upon the motion of Bailey Alexandra Bridges to be admitted *pro hac vice* to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff") in the above-referenced matter and in any related

adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED**, that Bailey Alexandra Bridges is admitted to practice *pro hac vice* in the above-referenced matter and in any related adversary proceedings to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.



**Dated: January 6, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**