**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br> v.<br><br>UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>     Defendants. | Adv. Pro. No. 12-01577 (CGM) |

**ORDER GRANTING MOTION FOR ADMISSION TO**
**PRACTICE *PRO HAC VICE* OF BAILEY ALEXANDRA BRIDGES**

  Upon the motion of Bailey Alexandra Bridges to be admitted *pro hac vice* to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff") in the above-referenced matter and in any related

adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby

**ORDERED**, that Bailey Alexandra Bridges is admitted to practice *pro hac vice* in the above-referenced matter and in any related adversary proceedings to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided that the $200.00 filing fee has been paid.



**Dated: January 9, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**