# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Marie L. Carlisle
direct dial: 713.646.1388
mcarlisle@bakerlaw.com

January 9, 2023

**VIA ECF**

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, NY 1004-1408

*Re: Picard v. LGT Bank in Liechtenstein LTD.*, Adv. Pro. No. 11-02929 (substantively consolidated with *SIPC v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789)

Dear Judge Morris,

My firm represents the plaintiff, Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act and the chapter 7 estate of Bernard L. Madoff, in the above-captioned adversary proceeding. I write to provide the court notice that we are herby withdrawing the Declaration of Dean D. Hunt in Support of Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss [ECF No. 109] (the "Declaration") filed on December 5, 2022 in the above captioned action and will be re-filing the Declaration without the extraneous exhibit, Exhibit 10.

Respectfully submitted,

*/s/ Marie L. Carlisle*

Marie L. Carlisle
Partner