# EXHIBIT 6

| | |
|---|---|
| From: | Robert Netzel [rnetzel@fggus.com] |
| Sent: | Tuesday, January 15, 2008 2:12 PM |
| To: | Dan Lipton [dlipton@fggus.com] |
| Cc: | Lauren Ross [lauren@fggus.com] |
| Subject: | RE: Redemption deadline |

Will do.

-----Original Message-----
From: Dan Lipton
Sent: Tuesday, January 15, 2008 9:10 AM
To: Robert Netzel
Cc: Lauren Ross
Subject: Fw: Redemption deadline

This is approved. Please let Citco know.

Daniel E. Lipton
Chief Financial Officer
Fairfield Greenwich Group
(212) 319-6060

----- Original Message -----
From: Richard Landsberger
To: Amit Vijayvergiya; Dan Lipton
Cc: Annie Hudson
Sent: Tue Jan 15 08:56:16 2008
Subject: FW: Redemption deadline

can we approve this one day late??

my guess is it is no more than 1mm, and may not happen anyway.

LGT put $5.5mm into 10 fgg funds last month (isnt that unbelievable??) would love to help him here if possible..

---

From: Tong Foo Cheong [mailto:fctong@lionfairfield.com.sg]
Sent: 15 January 2008 12:11
To: Annie Hudson
Cc: Richard Landsberger
Subject: RE: Redemption deadline

Eugene's email is all the information I have.  I do not know the amount, and I guess it would be inappropriate to ask him/his client.

LGT has invested a total $12.35m in Fairfield Sentry FYI.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001717600
SECSEV2294550

---

From: Annie Hudson [mailto:ahudson@fgguk.com]
Sent: Tuesday, 15 January, 2008 8:02 PM
To: Tong Foo Cheong
Cc: Richard Landsberger
Subject: RE: Redemption deadline

I will defer to Richard, do you know the potential amount?

---

From: Tong Foo Cheong [mailto:fctong@lionfairfield.com.sg]
Sent: 15 January 2008 11:58
To: Annie Hudson
Cc: Richard Landsberger
Subject: FW: Redemption deadline

Dear Annie,

Is this fine with FGG?

Regards

---

From: Sam Eugene [mailto:Eugene.Sam@lgt.com]
Sent: Tuesday, 15 January, 2008 7:09 PM
To: Tong Foo Cheong
Cc: Lion Fairfield Client Services
Subject: Redemption deadline

Hi Foo Cheong

I know Sentry's redemption deadline for this month is 17th Jan. Could we have an exception for 18th instead? Reason being I have a client meeting on the 18th and there is a possibility that she might want to redeem and if wse missed the Jan's deadline, it would have to be the Feb's one. Please let me know. Thanks a lot.

Thanks & regards

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001717601
SECSEV2294551

Eugene Sam


LGT Bank in Liechtenstein (Singapore) Ltd

*******************************************************************

Taiwan toll free no. 0080-165-1903 ext 3760

Taiwan toll free fax 0080-165-1913


Telephone        (65) 6415-3760

Mobile phone (65) 9828-2385

Fascimile        (65) 6415-3850

Email            eugene.sam@lgt.com <mailto:eugene.sam@lgt.com>

*****************************************************


LGT Bank in Liechtenstein (Singapore) Ltd.
3 Temasek Avenue
#30-01 Centennial Tower
Singapore 039190, Republic of Singapore
Phone +65 64 15 38 00, Fax +65 64 15 38 50
Mail: lgt.sg@lgt.com
Web: http://www.lgt.com

This message may contain confidential information and is intended only
for the named addressee. Any dissemination, disclosure, copying or use
by persons or entities other than the intended recipient is prohibited.
If you have received this in error, please notify the sender and delete
the material from your system.


Lion Fairfield Capital Management Limited (Regn No. 200403237E)
18 Cross Street #09-03A
Marsh & McLennan Centre
Singapore 048423
Tel: (65) 6327 8281
Fax: (65) 6327 8291

The information contained in this communication is intended solely for
the use of the individual or entity to whom it is addressed and may
contain confidential or legally privileged information. If you, the
reader of this message, are not the intended recipient, you should not
disseminate, distribute, copy or take any action in reliance on the
contents of this communication. If you have received this communication
in error, please notify us immediately by return email and delete this

3

email from your system.

Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required, please request a hard-copy version. Lion Fairfield Capital Management Limited is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.


No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.19.2/1224 - Release Date: 14/1/2008 5:39 PM


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.19.2/1224 - Release Date: 14/1/2008 5:39 PM


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited.  If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group (‼FGG¶). Any comments or statements made herein do not necessarily reflect those of FGG.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE001717603
SECSEV2294553