# EXHIBIT 9

**From:** Walter Noel [IMCEAEX-_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=WALTER@fairdomain01.com]
**Sent:** 1/25/2003 8:55:01 PM
**To:** Ron Thomann [rthomann@fggus.com]; Greg Bowes [greg@fggus.com]; Richard Landsberger [richard@fgguk.com]
**CC:** Jeffrey Tucker [jeffrey@fggus.com]; Yanko Schiava [yanko@fggus.com]; Andres Piedrahita [andres@fgguk.com]; Cornelis Boele [cornelis@fggus.com]; Philip Toub [philip@fggus.com]
**Subject:** RE: RT's Upcoming Meetings in Zurich-Geneva-London

Ron,
I would recommend against mentioning Atilio. You are there through the right channels, which is enough. Proceed on Notz Stucki. We will go there sometime together.
I hope Don Stelling brings his wife in March. We can all get together. Thanks otherwise for all the updates.   Walter

-----Original Message-----
From: Ron Thomann
Sent: Friday, January 24, 2003 6:08 PM
To: Walter Noel; Greg Bowes; Richard Landsberger
Cc: Jeffrey Tucker; Yanko Schiava; Andres Piedrahita; Cornelis Boele; Philip Toub
Subject: RE: RT's Upcoming Meetings in Zurich-Geneva-London


Walter:

Good to hear from you.

Before I forget: Don Stelling is spending the winter in Kitbuhl. So, I wont be able to see him next week. He told me he plans to be in NY in March and will meet us then.

I replied in CAPS below.

RT

-----Original Message-----
From: Walter Noel
Sent: Fri 1/24/2003 5:52 PM
To: Ron Thomann; Greg Bowes; Richard Landsberger
Cc: Jeffrey Tucker; Yanko Schiava; Andres Piedrahita; Cornelis Boele; Philip Toub
Subject: RE: RT's Upcoming Meetings in Zurich-Geneva-London

Ron,   Great program.   Happy hunting.   A few observations/suggestgion:  Is LGT Capital Advisors related to LGT Bank in Liechtenstein? (where i have called in the past)  YES, BUT THEY ACT INDEPENDENTLY.  THE LGT CAP ADVISORS TEAM RECOMMENDS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000086883

SECSEV0664406

HEDGE FUNDS FOR THE BANK TO SELL TO THEIR CLIENTS AND THEY SOMETIMES HELP THE PRIVATE BANKERS SELL THEIR PRIVATE LABEL PRODUCTS, . Has Gillieron moved again--CBI, Bear Bull, Delman--or is Atlas Delman? YES GILLIERON LANDED A VERY GOOD POSITION AT ATLAS.  DELMAN WILL BE RUN BY MARC ETIENNE ROUGE.  DELMAN LOST CONSIDERABLE CAPITAL WHEN TONY WONG'S FUND IN ASIA CRASHED RECENTLY PROVOKING A CRISIS AT DELMAN AND GILLIERON'S DEPARTURE.  GILLIERON INVITED ME TO ATTEND A PRIVATE SESSION WITH THE HEAD OF ATLAS WHO WILL PRESENT THEIR FUNDS TO INVESTORS AT SODIPRIVES.  Is this new Atlas related to Atlas London?  CORNELIS AND I ARE UNLCEAR ABOUT THIS BUT I WILL FIND OUT.  I note that Fred Zellweger, Zellinvest, was formerly at Bordier where I knew him.  It looks like he has his own firm now.  FRED HAS BEEN PART OF THE SODIPRIVES PLATFORM FOR SEVERAL YEARS.  HE MANAGES ABOUT $500MM NOW.  HIS WIFE IS DYING.   Give him my congratulations.  My regards as always to Elizabeth Brugger who along with Pierre Alain Wavre were our principal contacts at Pictet--not much success although we have a good bit of custody business with Pictget, mainly happy Brazilian clients with Sentry.  BRUGGER HAS NOT CONFIRMED YET BUT IF I GET TO SEE HER I WILL FOCUS ON THE ONLY FGG FUNDS SHE HAS ANY INTEREST IN AT THIS TIME, NAMELY REDSTONE AND SCHLARBAUM.  Unigestion--do not meet wiithout talking to Andres.  We have a lot of business there with a high level contact, Patrick Fenal, and an introducer,  Atilio Brillembourg, who is close to Andres.  ANRES AND I MET WITH BERNARD SABRIER LAST NOVEMBER IN LONDON AND PRSENTED GMO, REDSTONE AND SCHLARBAUM THEN.  SABRIER ASKED US TO SEND INFO AND UPDATES TO UNIGESTION'S RESEARCH GROUP (PATRICK FENAL, JEROME BERSET, VIKRAM AGARWAL AND SOMEONE ELSE.  I BELIEVE WE AGREED THAT I WOULD FOLLOW UP IF THERE WAS INTEREST IN FGG SEEDLINGS.  I WILL MAKE SURE TO REFER TO ATILO B. AS THE MAIN FGG REP THERE.  Re Privee, I telephone regularly Hubert Tonson la Tour and if unsuccessful, Col for meetings--not much luck lately.  I hope you succeed.  I AM FOCUSED ON GETING COL TO VISIT FGG AND SOME OF OUR FUNDS IN MARCH WHEN HE COMES NEXT.  I WAS ALSO TOLD PATRICK SEGAL THERE IS A KEY BUT INDEPENDENT PLAYER AT THE BANQUE.  I WILL ALSO TRY TO SEE HIM.   Finally, Notz Stucki, Christian Stucki, close old friend, pretty well retired.  Beat Noltz, good friend of Philip's parents, Said and Pat Toub.  Known to me a bit  socially.  I have last called on--a few times--Constantin Melas-Kyriazi, then point man for alternatives.  I have met Edoard d'Assche.   PERHAPS I OUGHT TO LET THIS ONE GO?

 -----Original Message-----
From:	Ron Thomann
Sent:	Friday, January 24, 2003 1:51 PM
To:	Greg Bowes; Richard Landsberger
Cc:	Jeffrey Tucker; Yanko Schiava; Walter Noel; Andres Piedrahita; Cornelis Boele; Philip Toub
Subject:	RT's Upcoming Meetings in Zurich-Geneva-London

Folks:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000086884

SECSEV0664407

I thought I would list the meetings I have scheduled.


1/27:   Zurich Area:

ANOVA (Stefan Schmidheiny Family Office): Daniel Vock, Managing Director
        Objective: Close $10mm-$20mm investment in FMF

Spectrum Value Management (Thomas Schmidheiny Family Office) Dieter Spailti, CIO
        Objective: Present FGG and Funds.  First Meeting

Partners Group (Michel Jacquai, CIO; Michael Barben, Partner)
        Objective: Determine level of interest in Redstone; focus on GMO

LGT Capital Advisors (Stefan Muehlemann and Hedge Fund Research Team)
        Objective: Focus on FFTW, GMO, Redstone and Schlarbaum

SADCO (Agnelli Family Office): Siegfried Maron, CEO.
        Objective: Update about FGG Funds; Determine SADCO's needs


1/28:   Geneva

Atlas (Francois Gillieron, Partner)
    Objective: Update about FGG funds and find out what they are looking for

Sodiprives/Sodinor (Pierre Biraben)
    Objective: Update about FGG funds and get leads

Liberty Alternative Assets (Pierre Jolliet, Managing Partner)
    Objective: Close $1.0mm-$2.0mm investment in FMF)

Zellinvest (Fred Zellweger and Catherine de Steiger, Partners)
    Objective: Update about FGG funds and find out what they would be interested in

Athenea Global Management (Patrick Schwartz, Manging Partner)
    Objective: Focus on FMF

Pictet (Laurent Roux (confirmed) and Elisabeth Brugger (not yet confirmed)
    Objective: Focus on Redstone and Schlarbaum)


1/28:   Lausanne

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE000086885
                                                                                 SECSEV0664408

Fusion Finance (Baer Family Office):  Rene Baer, CEO
    Objective: Present FGG funds that Michael Baer, Head of Bank Julius Baer, is considering for the Baer Family investments.

    Geneva

Unigestion (Jerome Berset and Vikram Agarwal-Research Anaysts)
    Objective: Focus on Schlarbaum and Redstone

Banque Privee Edmond Rothschild  (Alexander Col?, Alexandre Pini & Alexandre Rampa)
    Objective: Focus on FFTW, GMO, Schlarbaum and Redstone

Notz Stuki (Edouard d'Assche, CIO)  To be confirmed
    Objective: Present FGG Funds.  First Meeting


1/30   London

Aspen Investment Group (Al-Turki Family Office)  Aitua Ekhaese, Managing Director
    Objective: Focus on FFTW, GMO and Seedlings

Bina Sella di Monteluce
    Objective: Update her about FGG Funds.  Find out what she is looking for.

Hunter Douglas  Jim Sherwin, CIO.
    Objective: Find out what he is most interested in

Largo Ventures Walid Fakhry, Partner
    Objective: Update about FGG funds

Caparo (Paul Family Office)  Akash Paul
    Objective: Focus on FFTW

Damirji Family Hadi and Ali Damirji
    Objective: Try to close $1.0mm investment in FIF

Carthesio PierGirogio Bianchetti, CEO
    Objective: Discuss distribution in Italy/Ticino and review list of his names


Fairfield Greenwich Group
919 Third Avenue, 11th Floor
New York, NY 10022
General: 212 319-6060
Direct:  212 991-5289

Mobile: 781 492-0888
Email: rthomann@fggus.com
URL: www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED FGGE000086887
SECSEV0664410