# EXHIBIT 12

**CITCO**
Citco Bank Nederland N.V.

ᴵ ᵘ ᵁEC. 2007

FAXED ON 06/12/07
Original Document
**DO NOT DUPLICATE**

| | |
|---|---|
| DATE | 06-DEC-2007 |
| COMPANY | FAIRFIELD GROUP (2773) |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722610 |
| FROM | FRONT OFFICE TRADING DESK |
| REFERENCE | Redacted    3333 |

PAGES   1

Dec 07

Client Remarks: SELL-Capitalia SA exGestinter SAGeneva.
Dear Sir / Madam,
We would like to    sell/redeem:
Number of shares:    518.35        (In words see below)
Five hundred and eighteen point three five SHARES
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 31-DEC-2007** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account #   Redacted   0002 in the name of:
        **CITCO GLOBAL CUSTODY NV - REF**ᴿᵉᵈᵃᶜᵗᵉᵈ**2900**
WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED
ACCOUNT ᴬɴᴰ RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES
ACCOUNT NUMBER   : ᴿᵉᵈᵃᶜᵗᵉᵈ 4212 [USD]
OUR REFERENCE  :    Redacted    3333
BIC       : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number    Redacted    3333

Citco Bank Nederland NV Amsterdam          [signatures]   Ann O'Hara

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                    ANWAR-CFSE-00199084