# EXHIBIT 15



**CITCO**
Citco Fund Services
(Europe) B.V.

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND

Fund ID         : 03302  
Holder ID       (Redacted)2402  
Account ID      : (Redacted)0002  
Contract No.    (Redacted)0602  
Date            : Jul-29-2009  
Order No.       (Redacted)6302  
Email           : TRADECONFIRM@CITCO.COM  
FAX Number      : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| No. of voting shares Redeemed | | 65.0000 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 82,519.83 |
| Net Redemption Proceeds | USD | 82,519.83 |
| Amount to be Paid | USD | 82,519.83 |
| Proceeds Paid to Date | USD | 82,519.83 |

Your balance following this transaction will be 12,012.4196 voting shares .

Note: Y/REF 102900-1250-R3190  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

---

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33205112*

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID       : 03302  
Holder ID     : (Redacted)2402  
Account ID    : (Redacted)0002  
Contract No.  : (Redacted)0702  
Date          : Jul-29-2009  
Order No.     : (Redacted)6202  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2007 |
| Trade Date | | Oct-01-2007 |
| Payment Date | | Oct-16-2007 |
| No. of voting shares Redeemed | | 65.0000 |
| Redemption Price | USD | 1,269.5359 |
| Gross Redemption Proceeds | USD | 82,519.83 |
| Net Redemption Proceeds | USD | 82,519.83 |
| Amount to be Paid | USD | 82,519.83 |
| Proceeds Paid to Date | USD | 82,519.83 |

Your balance following this transaction will be 12,012.4196 voting shares.

Note: Y/REF 102900-1250-S3189  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33205112

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID       : 03302  
Holder ID     : [Redacted]2402  
Account ID    : [Redacted]0002  
Contract No.  : [Redacted]2602  
Date          : Jul-29-2009  
Order No.     : [Redacted]0802  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2007 |
| Trade Date | | Jan-01-2008 |
| Payment Date | | Jan-17-2008 |
| No. of voting shares Redeemed | | 518.3500 |
| Redemption Price | USD | 1,291.6127 |
| Gross Redemption Proceeds | USD | 669,507.44 |
| Net Redemption Proceeds | USD | 669,507.44 |
| Amount to be Paid | USD | 669,507.44 |
| Proceeds Paid to Date | USD | 669,507.44 |

Your balance following this transaction will be 11,703.1106 voting shares.

Note: Y REF 102900-1250-R3333  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

www.citco.com

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                                    ANWAR-CFSE-00077570



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID       : 03302  
Holder ID     : (Redacted)12402  
Account ID    : (Redacted)0002  
Contract No.  (Redacted)3802  
Date          : Jul-29-2009  
Order No.     (Redacted)6502  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jan-31-2008 |
| Trade Date | | Feb-01-2008 |
| Payment Date | | Feb-15-2008 |
| No. of voting shares Redeemed | | 56.6400 |
| Redemption Price | USD | 1,299.7408 |
| Gross Redemption Proceeds | USD | 73,617.32 |
| Net Redemption Proceeds | USD | 73,617.32 |
| Amount to be Paid | USD | 73,617.32 |
| Proceeds Paid to Date | USD | 73,617.32 |

Your balance following this transaction will be 12,415.8548 voting shares.

Note: 102900-1250-R3357  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*  

*www.citco.com*  

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33205112*  

CONFIDENTIAL                                                                                                      ANWAR-CFSE-00077571

**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID       : 03302
Holder ID     : Redacted 2402
Account ID    : Redacted 0002
Contract No.  : Redacted 1502
Date          : Jul-29-2009
Order No.     : Redacted 0502
Email         : TRADECONFIRM@CITCO.COM
FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Feb-29-2008 |
| Trade Date | | Mar-01-2008 |
| Payment Date | | Mar-18-2008 |
| No. of voting shares Redeemed | | 160.0000 |
| Redemption Price | USD | 1,300.5811 |
| Gross Redemption Proceeds | USD | 208,092.98 |
| Net Redemption Proceeds | USD | 208,092.98 |
| Amount to be Paid | USD | 208,092.98 |
| Proceeds Paid to Date | USD | 208,092.98 |

Your balance following this transaction will be 13,104.3063 voting shares.

Note: REF 102900-1250-R003385
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                          ANWAR-CFSE-00077572



**CITCO**
*Citco Fund Services (Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID         : 03302  
Holder ID       : Redacted 2402  
Account ID      : Redacted 0002  
Contract No.    : Redacted 7102  
Date            : Jul-29-2009  
Order No.       : Redacted 0202  
Email           : TRADECONFIRM@CITCO.COM  
FAX Number      : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2008 |
| Trade Date | | Jun-01-2008 |
| Payment Date | | Jun-17-2008 |
| No. of voting shares Redeemed | | 422.6800 |
| Redemption Price | USD | 1,325.7227 |
| Gross Redemption Proceeds | USD | 560,356.47 |
| Net Redemption Proceeds | USD | 560,356.47 |
| Amount to be Paid | USD | 560,356.47 |
| Proceeds Paid to Date | USD | 560,356.47 |

Your balance following this transaction will be 16,758.0343 voting shares.

Note: 102900-1250-R3504  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com  

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33205112  

CONFIDENTIAL                                                                                               ANWAR-CFSE-00077573

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV　　　　　　　　　　　Fund ID       : 03302
CITCO GLOBAL SECURITIES SERVICES LTD　　　　Holder ID     : Redacted 2402
2600 CORK AIRPORT BUSINESS PARK　　　　　　　Account ID    : Redacted 0002
KINSALE ROAD　　　　　　　　　　　　　　　　　Contract No.  : Redacted 3402
CORK　　　　　　　　　　　　　　　　　　　　　Date          : Jul-29-2009
IRELAND　　　　　　　　　　　　　　　　　　　 Order No.     : Redacted 1202
　　　　　　　　　　　　　　　　　　　　　　　 Email         : TRADECONFIRM@CITCO.COM
　　　　　　　　　　　　　　　　　　　　　　　 FAX Number    : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jul-15-2008 |
| No. of voting shares Redeemed | | 100.0000 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 132,492.98 |
| Net Redemption Proceeds | USD | 132,492.98 |
| Amount to be Paid | USD | 132,492.98 |
| Proceeds Paid to Date | USD | 132,492.98 |

Your balance following this transaction will be 15,858.0343 voting shares.

Note: 102900-1250-R3541
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building　　　　　　www.citco.com　　　　　Phone: (31-20) 5722100
Telestone - Teleport　　　　　　　　　　　　　　　Fax:   (31-20) 5722610
Naritaweg 165　　　　　　　　　　　　　　Chamber of Commerce 33205112
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                                                          ANWAR-CFSE-00077574



**CITCO**
*Citco Fund Services
(Europe) B.V.*

```
CITCO GLOBAL CUSTODY NV                      Fund ID      : 03302
CITCO GLOBAL SECURITIES SERVICES LTD         Holder ID    : (Redacted)2402
2600 CORK AIRPORT BUSINESS PARK              Account ID   : (Redacted)0002
KINSALE ROAD                                 Contract No. : (Redacted)3802
CORK                                         Date         : Jul-29-2009
IRELAND                                      Order No.    : (Redacted)9202
                                             Email        : TRADECONFIRM@CITCO.COM
                                             FAX Number   : +353214910335
```

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---:|
| Valuation/NAV Date | | Jun-30-2008 |
| Trade Date | | Jul-01-2008 |
| Payment Date | | Jul-15-2008 |
| No. of voting shares Redeemed | | 800.0000 |
| Redemption Price | USD | 1,324.9298 |
| Gross Redemption Proceeds | USD | 1,059,943.84 |
| Net Redemption Proceeds | USD | 1,059,943.84 |
| Amount to be Paid | USD | 1,059,943.84 |
| Proceeds Paid to Date | USD | 1,059,943.84 |

Your balance following this transaction will be 15,858.0343 voting shares.

Note: 102900-1250-R3536
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

CONFIDENTIAL                                                                 ANWAR-CFSE-00077575

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV
CITCO GLOBAL SECURITIES SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Fund ID      : 03302
Holder ID    : (Redacted)2402
Account ID   : (Redacted)10002
Contract No. : (Redacted)2202
Date         : Jul-29-2009
Order No.    : (Redac)0017
Email        : TRADECONFIRM@CITCO.COM
FAX Number   : +353214910335

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Aug-31-2008 |
| Trade Date | | Sep-01-2008 |
| Payment Date | | Sep-16-2008 |
| No. of voting shares Redeemed | | 610.5400 |
| Redemption Price | USD | 1,343.9164 |
| Gross Redemption Proceeds | USD | 820,514.72 |
| Net Redemption Proceeds | USD | 820,514.72 |
| Amount to be Paid | USD | 820,514.72 |
| Proceeds Paid to Date | USD | 820,514.72 |

Your balance following this transaction will be 15,863.3716 voting shares.

Note: 1558695 102900 1250 R003600
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                    ANWAR-CFSE-00077576

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID       : 03302  
Holder ID     : Redacted 2402  
Account ID    : Redacted 0002  
Contract No.  : Redacted 31502  
Date          : Jul-29-2009  
Order No.     : Redacted 8417  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Sep-30-2008 |
| Trade Date | | Oct-01-2008 |
| Payment Date | | Oct-15-2008 |
| No. of voting shares Redeemed | | 17.0000 |
| Redemption Price | USD | 1,350.6040 |
| Gross Redemption Proceeds | USD | 22,960.27 |
| Net Redemption Proceeds | USD | 22,960.27 |
| Amount to be Paid | USD | 22,960.27 |
| Proceeds Paid to Date | USD | 22,960.27 |

Your balance following this transaction will be 20,916.8721 voting shares.

Note: 1601744(102900-1250-R003648)  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amscfsclientdesk@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33205112  

CONFIDENTIAL                                                                                   ANWAR-CFSE-00077577

**CITCO**
*Citco Fund Services (Europe) B.V.*

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | Fund ID : 03302 |
| CITCO GLOBAL SECURITIES SERVICES LTD | Holder ID : Redacted 2402 |
| 2600 CORK AIRPORT BUSINESS PARK | Account ID : Redacted 0002 |
| KINSALE ROAD | Contract No. : Redacted 1502 |
| CORK | Date : Jul-29-2009 |
| IRELAND | Order No. : Redacted 6617 |
| | Email : TRADECONFIRM@CITCO.COM |
| | FAX Number : +353214910335 |

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| | | |
| No. of voting shares Redeemed | | 30.0000 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 40,493.35 |
| | | |
| Net Redemption Proceeds | USD | 40,493.35 |
| Amount to be Paid | USD | 40,493.35 |
| Proceeds Paid to Date | USD | 40,493.35 |

Your balance following this transaction will be 20,111.7130 voting shares.

Note: 1652943 102900 1250 R3774
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                                                              ANWAR-CFSE-00077578

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO GLOBAL SECURITIES SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK  
IRELAND  

Fund ID       : 03302  
Holder ID     : Redacted 2402  
Account ID    : Redacte 0002  
Contract No.  : Redacted 1602  
Date          : Jul-29-2009  
Order No.     : Redacte 2417  
Email         : TRADECONFIRM@CITCO.COM  
FAX Number    : +353214910335  

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 410.7936 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 554,480.25 |
| Net Redemption Proceeds | USD | 554,480.25 |
| Amount to be Paid | USD | 554,480.25 |
| Proceeds Paid to Date | USD | 554,480.25 |

Your balance following this transaction will be 20,111.7130 voting shares.

Note: 102900 1250 R3714  
For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

*Citco Building*  
*Telestone - Teleport*  
*Naritaweg 165*  
*1043 BW Amsterdam*  
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*  
*Fax:   (31-20) 5722610*  
*Chamber of Commerce 33205112*

CONFIDENTIAL                                                                      ANWAR-CFSE-00077579



**CITCO**
*Citco Fund Services
(Europe) B.V.*

```
CITCO GLOBAL CUSTODY NV                    Fund ID       : 03302
CITCO GLOBAL SECURITIES SERVICES LTD       Holder ID     : Redacted 2402
2600 CORK AIRPORT BUSINESS PARK            Account ID    : Redacted 0002
KINSALE ROAD                               Contract No.  : Redacted 1702
CORK                                       Date          : Jul-29-2009
IRELAND                                    Order No.     : Redacted 5717
                                           Email         : TRADECONFIRM@CITCO.COM
                                           FAX Number    : +353214910335
```

Account name: CITCO GLOBAL CUSTODY NV - REF 102900

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Oct-31-2008 |
| Trade Date | | Nov-01-2008 |
| Payment Date | | Nov-19-2008 |
| No. of voting shares Redeemed | | 882.8055 |
| Redemption Price | USD | 1,349.7782 |
| Gross Redemption Proceeds | USD | 1,191,591.62 |
| Net Redemption Proceeds | USD | 1,191,591.62 |
| Amount to be Paid | USD | 1,191,591.62 |
| Proceeds Paid to Date | USD | 1,191,591.62 |

Your balance following this transaction will be 20,111.7130 voting shares.

Note: 1635830 (102900-1250-R003709)
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amscfsclientdesk@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112

CONFIDENTIAL                                                                  ANWAR-CFSE-00077580