# EXHIBIT 18



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date       : Dec-21-2007
Fund ID    : 03302
Holder ID  : Redacted 2402
Account ID : Redacted 0002
Order No.  : Redacted 8302
Email      : TRADECONFIRM@CITCO.COM
FAX Number : 00 353 21 491 0335

**TRADE CONFIRM**
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jan-01-2008 |
| Settlement Date | Dec-27-2007 |
| Valuation/NAV Date | Dec-31-2007 |
| Type of transaction | Subscription |
| Amount | USD 170,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1:** REF 102900-1250-S004052
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:    (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

CFSE-TRST-019124

CFSSAI0000481

```
User ID: MIBARRA
==================================================================:
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133            Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Dec 21 16:13:33 2007
Sent on channel 9
Elapsed Time:  0 minutes, 14 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
---------------------------------------------------------------------
```

CONFIDENTIAL

CFSE-TRST-019125

CFSSAI0000482