# EXHIBIT 19

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

CITCO GLOBAL CUSTODY NV  
CITCO DATA PROCESSING SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK IRELAND  

Fund ID       : 03302  
Holder ID     : Redacted 2402  
Account ID    : Redacted 0002  
Contract No.  : Redacted 5802  
Date          : Jan-15-2008  
Order No.     : Redacted 8302  
FAX Number    : 00 353 21 491 0335  
Email         : TRADECONFIRM@CITCO.COM  

TRADE CONFIRM  
Account name: CITCO GLOBAL CUSTODY NV REF 102900  

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Dec-31-2007 |
| Trade Date | | Jan-01-2008 |
| Value/Cash Date | | Dec-27-2007 |
| Total Consideration | USD | 170,000.00 |
| Net Proceeds | USD | 170,000.00 |
| Subscription Price | | 1,291.6127 |
| No. of voting shares Issued | | 131.6184 |
| Total Consideration Received to Date | USD | 170,000.00 |

Your balance following this transaction will be 11,703.1106 voting shares.

Note : REF 102900-1250-S004052

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773

```
User ID: ASGHAIER
========================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Tue Jan 15 16:09:04 2008
Sent on channel 5
Elapsed Time:  0 minutes, 20 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------
ASGHAIER approved fax at Tue Jan 15 16:02:46 2008
------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00092092



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Cash Received

CITCO GLOBAL CUSTODY NV  
CITCO DATA PROCESSING SERVICES LTD  
2600 CORK AIRPORT BUSINESS PARK  
KINSALE ROAD  
CORK IRELAND  

Date       : Jan-04-2008  
Fund Id    : 03302  
Holder Id  : Redacted 2402  
Account Id : Redacted 0002  
CFI Cash Id: Redacted 1902  
Order Id   : Redacted 8302  

FAX Number : 00 353 21 491 0335  
Email: TRADECONFIRM@CITCO.COM  

TRADE CONFIRM  
Account name: CITCO GLOBAL CUSTODY NV REF 102900  

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:  
FAIRFIELD SENTRY LIMITED  

Date Received                                                                           Dec-27-2007  
Amount Received                                                          USD             170,000.00  

The above funds were received by the following account:  
Bank Name:             HSBC BANK USA  
Bank Address 1:        NEW YORK  
Bank Address 2:        USA  
ABA Ref.:              021001088  
SWIFT Ref.:            MRMDUS33  
Further Cr. Num:       Redacted 6487  
Further Cr. Name:      CITCO BANK NEDERLAND NV DUBLIN BRANCH  
Further Cr. SWIFT Ref.: CITCIE2D  
Beneficiary Acct No:        Redacted       0501  
Beneficiary Name:      FAIRFIELD SENTRY LIMITED  

Note : D1250-S004052E1  
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  

*Citco Building*                  *www.citco.com*                  Phone: (31-20) 5722100  
*Telestone - Teleport*                                              Fax:   (31-20) 5722610  
*Naritaweg 165*                                                     *Chamber of Commerce 33253773*  
*1043 BW Amsterdam*  
*The Netherlands*  

CONFIDENTIAL                                                        ANWAR-CFSE-00092093

Citco Funds Net

Page 2 of 6

| | | | | |
|---|---|---|---|---|
| | USD NAV1288.6461<br>AA2677013<br>VGG3299L1004 | | | |
| D1250-S004052E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>131.9214 SHS TD 02/01/08<br>USD NAV1288.6461<br>AA2675663<br>VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 170,000.00  46,874,300.88 |
| D1250-S004051E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>706.1675 SHS TD 02/01/08<br>USD NAV1288.6461<br>VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 910,000.00  46,704,300.88 |
| D1250-S004050E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>485.0052 SHS TD 02/01/08<br>USD NAV1288.6461<br>8355 VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 625,000.00  45,794,300.88 |
| D1250-S004049E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>25.6083 SHS TD 02/01/08<br>USD NAV1288.6461<br>VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 33,000.00  45,169,300.88 |
| D1250-S004048E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>77.6008 SHS TD 02/01/08<br>USD NAV1288.6461<br>BSI OV VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 100,000.00  45,136,300.88 |
| D1250-S004047E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>154 SHS TD 02/01/08<br>USD NAV1288.6461<br>VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 198,451.50  45,036,300.88 |
| D1250-S004046E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>178.4819 SHS TD 02/01/08<br>USD NAV1288.6461<br>C39G-20071218-3<br>VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 230,000.00  44,837,849.38 |
| D1250-S004045E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>19.4002 SHS TD 02/01/08<br>USD NAV1288.6461<br>C673-20071218-6<br>VGG3299L1004 | 27-Dec-2007 | 27-Dec-2007 | 25,000.00  44,607,849.38 |
| D1250-S004044E1 | PRELIM. SUBSCRIPTION FAIRFIELD SENTRY LTD SHS<br>178.4819 SHS TD | 27-Dec-2007 | 27-Dec-2007 | 230,000.00  44,582,849.38 |

Handwritten annotations: 2543830² / US657902

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

| | |
|---|---|
| CITCO GLOBAL CUSTODY NV | |
| CITCO DATA PROCESSING SERVICES LTD | Date : Dec-21-2007 |
| 2600 CORK AIRPORT BUSINESS PARK | Fund ID : 03302 |
| KINSALE ROAD | Holder ID : Redacted 2402 |
| CORK IRELAND | Account ID : Redact 0002 |
| | Order No. : Redacted 8302 |
| | Email : TRADECONFIRM@CITCO.COM |
| TRADE CONFIRM | FAX Number : 00 353 21 491 0335 |
| Account: CITCO GLOBAL CUSTODY NV REF 102900 | |

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jan-01-2008 |
| Settlement Date | Dec-27-2007 |
| Valuation/NAV Date | Dec-31-2007 |
| Type of transaction | Subscription |
| Amount | USD    170,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted    0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1:** REF 102900-1250-S004052
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

www.citco.com

Phone: (31-20) 5722100
Fax: (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                    ANWAR-CFSE-00092095

```
User ID: MIBARRA
================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00 353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Dec 21 16:13:33 2007
Sent on channel 9
Elapsed Time:  0 minutes, 14 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
----------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00092096

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date        : Dec-21-2007
Fund ID     : 03302
Holder ID   : Redacted 2402
Account ID  : Redact 0002
Order No.   : Redacte 8302
Email       : TRADECONFIRM@CITCO.COM
FAX Number  : 00 353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date                                              Jan-01-2008
Settlement Date                                         Dec-27-2007
Valuation/NAV Date                                      Dec-31-2007
Type of transaction                                     Subscription

Amount                                       USD         170,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        Redacted 6487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    Redacted   0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

Note 1: REF 102900-1250-S004052
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                    ANWAR-CFSE-00092097

| CITCO FUND SERVICES | OFFSHORE SUBSCRIPTION CHECKLIST - For Internal Use Only | | |
|---|---|---|---|
| Fund name: SENTRY | Investor's New Issue Status: Eligible ☐  Restricted ☐  N/A ☑ (fund does not trade in New Issues) | | |
| Fund Class / Series: | Fund Group ID: 03002 | Fund ID: 03302 | |
| Holder & Account Name: C6C N&Ref 102900 | | | |
| Holder ID: Redacted 2402  New? Y/N | Account ID: ?  New? Y/N | Where any new, initials of person who did setup: | |
| Trade Date: | NAV Date: Dec 2007 | Notes: Hold   Wait   Release | |
| Gross Amount: 170,000.- | No of Shares: — | 102900-1250-5 4052 | |
| Load: Yes ☐ No ☑ | Amount ___ or, Percentage % | | |
| Related Party: Yes ☑ No ☐ | New? Y/N  RPID: | Investor reference to be quoted on trade input: | |

**COMPLIANCE TO OFFERING DOCS/DIRECTORS RESOLUTIONS**

Date instruction received _____   Originals required, (Dub/Lux/locally agreed client level exceptions), date received _____
Most recent (& valid) version of subscription agreement verified as received   Yes ☑
Verify source doc on file to check signatures. If not on file, request and state here that you have:   Signatures match:   Yes ☑   No ☐
Is the fund domiciled in CAYMAN or IRELAND?   Yes ☐   No ☑   If yes, state the minimum this trade can be ___ and verify the trade is over this amount by ticking here: ☐
Notice Period Met?   Yes ☑   No ☐         Min Sub Amount Met?   Yes ☑   No ☐ (Initial or subsequent amount)
Cash Deadline Met?   Yes ☐   No ☐         Min Account Balance Met?   Yes ☐   No ☐
DR Required?   Yes ☐   No ☐   If yes, arrange with relevant for DR to be sent for signing
DR received and copy to be filed with legal department   ☐ done by ___ (initials)   If DRs requested quarterly and filed separately and directly with legal team tick here ☐ (resolution reasons still need to be ticked above)

**US INVESTOR DETAILS** / **BENEFIT PLAN INVESTOR/ERISA DETERMINATION**

| | YES | NO | | | | |
|---|---|---|---|---|---|---|
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying "plan assets" (E-ICGA) | ☐ |
| Accredited Investor? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | | |
| Qualified Purchaser? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Management Affiliate (IM&A) | ☐ |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) | ☐ | Is there capacity? Yes ☐ No ☐ | |
| Update Fund's 3c1/3c7 report | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code ___ initials | | | |
| | | | Update Fund's ERISA report (if applicable) | | | |

**TRADE INPUT**

Check Order Entry for pending trades/duplicates   Yes ☑
Send docs to Investment Manager or Notify Investment Manager of trade - if applicable   Yes ☐   N/A ☐   IM Approval rec'd & attached - if requested   Yes ☐   N/A ☐
Input trade and print Confirmation of Order Rec'd for Review (include in pack)   Order ID Number: Redacted 8302
Date confirmation of Orders Received sent (investors & related parties) ___   Where Series Subscription and contract note issued same day, tick here:   N/A ☐
KYC status   OK ☑   Not OK ☐   New investor ☐   Good Swift / KYC required / Exempt (circle one)   KYC NOTES:
Address Verified   Yes ☐   No ☐   Existing Investor ☑   KYC On File / Required / Exempt (circle one)

**FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL**

Amount Received ___ (date) ___   Country from: ___   Approved country ☐   Non-Approved country ☐
Additional amount(s) rec'd ___ (date) ___   Country from: ___   Approved country ☐   Non-Approved country ☐
Swift Matches Investor's Name   Yes ☐   No ☐   Advice/AML Letter Needed   Yes ☐ No ☐   NOTES:   Date   Initials
Swift is KYC Compliant   Yes ☐   No ☐   If yes, date received in good order: ___
Any load fees to pay?   Yes ☐   No ☐   Amount Paid ___   Date ___   by ___

**Sign off matrix (initial in all places)**

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Pack | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | MI | 12/20 | Input: | | | Approved by | | | Checked by | | |
| Verified by & approved on system: | | | Verified | | | Filed by | | | | | |

Date Contract Note sent (investors & related parties) ___   (place copy of confirm in pack)   Full subscription documents/trade pack scanned & stored   Yes ☐

For noting any trade Amendments Postponement or Cancellations
Amendments       ☐
Postponements    ☐   Reason:
Cancellations*   ☐   *Where cancellation - start up a cancelled trades checklist as well

CONFIDENTIAL

ANWAR-CFSE-00092098

Citco Bank Nederland 12/20/2007 4:34:11 PM     PAGE   1/001    Fax Server

**CITCO**
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 20-DEC-2007 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004052 | |

Remarks: BUYR-Uli FoppaUli Foppa Subscription/Purchase form to follow by Mail.

Dear Sir / Madam,

We would like to  **buy/subscribe**:
For the countervalue of:   **USD 170'000.00**           (In words see below)
One hundred and seventy thousand US DOLLAR
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect net asset value date 02-JAN-2008 and will pay US DOLLARS for value 27-DEC-2007. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #   Redacted   0002  in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004052

_Michael Leers_                _C.H.J McGuinness_
Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport          Phone: + 31 (0)20 572 2200        Chamber of Commerce
Naritaweg 165                  Fax: +31 (0)20 572 2625           Amsterdam
1043 BW Amsterdam              amsterdam-bank@citco.com          No. 33185291
The Netherlands                BIC: CITCNL2A

CONFIDENTIAL                                                            ANWAR-CFSE-00092099

20. Dec. 2007 21:22   Citco Bank                                   No. 6225   P. 1/4

| | |
|---|---|
| **CITCO**<br>Citco Bank Nederland N.V. | **FAXED ON 20/12/07**<br>Original Document<br>**DO NOT DUPLICATE** |

| | | |
|---|---|---|
| DATE | 20-DEC-2007 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004052 | |

**Remarks:** BUYR-Uli FoppaUli Foppa Subscription/Purchase form to follow by Mail.

Dear Sir / Madam,

We would like to    **buy/subscribe:**

For the countervalue of:   USD 170'000.00              (In words see below)

One hundred and seventy thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect net asset value date 02-JAN-2008 and will pay US DOLLARS for value 27-DEC-2007. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #   Redacted  0002   in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004052

*Nunzio Romani*

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport          Phone: + 31 (0)20 572 2200       Chamber of Commerce
Naritaweg 165                   Fax: +31 (0)20 572 2625          Amsterdam
1043 BW Amsterdam             amsterdam-bank@citco.com          No. 33185291

CONFIDENTIAL                                                     ANWAR-CFSE-00092100

20 Dec. 2007 21:22          Citco Bank                                      No. 6225    P. 2/4

```
FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS
```

REF : 1250    - S004052    FAIRFIEL

CONFIDENTIAL                                                                  ANWAR-CFSE-00092101

20. Dec. 2007 21:22   Citco Bank                                    No. 6225   P. 3/4

Rob 1260
→ S4082

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

ANWAR-CFSE-00092102

CONFIDENTIAL

20. Dec. 2007 21:23   Citco Bank                              No. 6225   P. 4/4

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. Rob 102900
Contribution Date: 27-Dec, 2007
Additional Contribution Amount: U.S. $ 1,342,050

Changes to Subscription Agreement:  [✓] None
                                    [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 20 day of Dec, 2007.

Corporate, Partnership, Trust or Account Subscribers      Individual Subscribers

CITCO GLOBAL CUSTODY N.V. Rob 102900
Name of Entity (Print)                                    Name (Print)

By: CITCO BANK NEDERLAND N.V.
    Signature                                             Signature
            Nunzio Rowan

Name (Print)                                              Name of Joint Purchaser, If Any (Print)

Title                                                     Signature

Telephone:                                                Telephone:

Fax:                                                      Fax:

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By:
    Name:
    Title:

RR-3

ANWAR-CFSE-00092103

CONFIDENTIAL



"1".

FAXED ON 20/12/07
Original Document
**DO NOT DUPLICATE**

| | |
|---|---|
| DATE | 20-DEC-2007 |
| COMPANY | FAIRFIELD GROUP (2773) |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS |
| ATTENTION OF | JUDITH TERLIEN |
| FAX NUMBER | 0031205722610 |
| FROM | FRONT OFFICE TRADING DESK |
| REFERENCE | 102900-1250-S004052 |

PAGES  1

Remarks: BUYR-Uli FoppaUli Foppa Subscription/Purchase form to follow by Mail.
Dear Sir / Madam,
We would like to    **buy/subscribe:**
For the countervalue of:    USD 170'000.00    (In words see below)
One hundred and seventy thousand US DOLLAR
in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 02-JAN-2008** and will pay US DOLLARS for **value 27-DEC-2007**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #   Redacted   0002  in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO DATA PROCESSING SERVICES LTD |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004052

Nunzio Romani
Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL                                                                                                           ANWAR-CFSE-00092104

*Rob 1250*
*→ SH002*

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00092105

SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber: CITCO GLOBAL CUSTODY N.V. ROb 102900
Contribution Date: 27-Dec, 200_7_
Additional Contribution Amount: U.S. $ 1,360,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this _20_ day of _Dec_, 200_7_.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. ROb 102900 | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature | Signature |
| Nunzio Romano | |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: | Telephone: |
| Fax: | Fax: |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
  Name: _____
  Title: _____

RR-3

ANWAR-CFSE-00092106

CONFIDENTIAL