# EXHIBIT 20

**CITCO**
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date        : Jan-25-2008
Fund ID     : 03302
Holder ID   : Redacted 2402
Account ID  : Redac 0002
Order No.   : Redacted 0902
Email       : TRADECONFIRM@CITCO.COM
FAX Number  : 00353 21 491 0335

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date                                              Feb-01-2008
Settlement Date                                         Jan-29-2008
Valuation/NAV Date                                      Jan-31-2008
Type of transaction                                     Subscription

Amount                                      USD         1,000,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        Redacted 6487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    Redacted    0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

**Note 1: REF 102900-1250-S004085**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                              ANWAR-CFSE-00096424

```
User ID: VPRIEGO
========================================================================
TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133               Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Fri Jan 25 17:26:12 2008
Sent on channel 12
Elapsed Time:  0 minutes, 28 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------
VPRIEGO approved fax at Fri Jan 25 17:26:08 2008
------------------------------------------------------------------------
```

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　ANWAR-CFSE-00096425

| CITCO FUND SERVICES | OFFSHORE SUBSCRIPTION CHECKLIST (For Internal Use Only) (5.2.05) | | |
|---|---|---|---|
| Fund name: Fairfield Sentry | Investor's New Issue Status: Eligible ☐ | Restricted ☐  N/A ☑ | (fund does not trade in New Issues) |
| Fund Class / Series: _ | Fund Group ID: 03002 | Fund ID: 03302 | |
| Holder & Account Name: Citco Global Custody NV | | | |
| Holder ID: Redacted 2402  New? Y/N | Account ID: Redacted 0002  New? Y/N | Where any new, initials of person who did setup: | |
| Trade Date: 02.01.08 | NAV Date: 01.31.08 | Notes: Hold  Wait  Release | |
| Gross Amount: 1,000,000 USD | No of Shares: | REF. 102900-1250-5009085 | |
| Load: Yes ☐ No ☑ | Amount ___ or, Percentage % ___ | | |
| Related Party: Yes ☑ No ☐ | New? Y/N  RPID: | Investor reference to be quoted on trade input: | |

**COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS**

Date instruction received: 01.25.08    Originals required, (Dub/Lux/locally agreed client level exceptions), date received ___

Most recent (& valid) version of subscription agreement verified as received    Yes ☑

Verify source doc on file to check signatures. If not on file, request and state here that you have:    Signatures match:  Yes ☑  No ☐

Is the fund domiciled in CAYMAN or IRELAND?  Yes ☐ No ☑    If yes, state the minimum this trade can be ___ and verify the trade is over this amount by ticking here: ☐

Notice Period Met?  Yes ☑ No ☐    Min Sub Amount Met?  Yes ☑  No ☐ (initial or subsequent amount)

Cash Deadline Met?  Yes ☐ No ☐    Min Account Balance Met?  Yes ☐  No ☐

DR Required?  Yes ☐  No ☐    If yes, arrange with relevant for DR to be sent for signing

DR ●●● and copy to be filed with legal department ☐ done by ___ (initials)    If DRs requested quarterly and filed separately and directly with legal team tick here ☐ (resolution reasons still need to be ticked above)

**US INVESTOR DETAILS** If not US investor tick here & go to Benefit Plan section ☑   **BENEFIT PLAN INVESTOR/ERISA DETERMINATION**  If N/A for this fund, tick here ☑

| | YES | NO | | | | |
|---|---|---|---|---|---|---|
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Not a Benefit Plan Investor (NBPI) | ☐ | Insurance Co with underlying "plan assets" (E-ICGA) | ☐ |
| Accredited Investor? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) | ☐ | | |
| Qualified Purchaser? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) | ☐ | Management Affiliate (IM&A) | ☐ |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) | ☐ | Is there capacity?  Yes ☐ No ☐ | |
| Update Fund's 3c1/3c7 report (if maintained for this fund) | ☐ | ☐ | Initial to confirm NTAS account mapping updated with appropriate code ___ Initials | | | |
| | | | Update Fund's ERISA report (if applicable) | | | |

**TRADE INPUT**

Check Order Entry for pending trades/duplicates    Yes ☑

Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable  Yes ☐  N/A ☐    IM Approval rec'd & attached - if requested  Yes ☐  N/A ☐

Input trade and print Confirmation of Order Rec'd for Review (include in pack)    Order ID Number: Redacted 0902

Date confirmation of Orders Received sent (Investors & related parties) ___    Where Series Subscription and contract note issued same day, tick here:  N/A ☐

KYC status:  OK ☑  Not OK ☐   New investor ☐   Good Swift / KYC required / Exempt  (circle one)    KYC NOTES:

Address Verified  Yes ☐  No ☐  Existing Investor ☑    KYC On File / Required / Exempt  (circle one)

**FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL**

Amount Received ___ (date) ___ Country from: ___    Approved country ☐  Non-Approved country ☐

Additional amount(s) rec'd ___ (date) ___ Country from: ___    Approved country ☐  Non-Approved country ☐

Swift Matches Investor's Name  Yes ☐ No ☐    Advice/AML Letter Needed  Yes ☐ No ☐    NOTES:  Date ___ Initials ___

Swift is KYC Compliant  Yes ☐ No ☐    If yes, date received in good order: ___

Any load fees to pay?  Yes ☐ No ☐  Amount Paid ___ Date ___ by ___

**Sign off matrix (initial in all places)**

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Pack | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | VN | 01.25.08 | Input | | | Approved by | | | Checked by | | |
| Verified by & approved on system: | HL | A125/0? | Verified | | | Filed by | | | | | |

Date Contract Note sent (Investors & related parties) ___    (place copy of confirm in pack)    Full subscription documents/trade pack scanned & stored  Yes ☐

For noting any trade Amendments Postponement or Cancellations

Amendments ☐
Postponements ☐    Reason:
Cancellations* ☐    *Where cancellation - start up a cancelled trades checklist as well

CONFIDENTIAL

ANWAR-CFSE-00096426



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

Date       : Jan-25-2008
Fund ID    : 03302
Holder ID  : Redacted 2402
Account ID : Redacted 0002
Order No.  : Redacted 0902
Email      : TRADECONFIRM@CITCO.COM
FAX Number : 00353 21 491 0335

**TRADE CONFIRM**
Account: CITCO GLOBAL CUSTODY NV REF 102900

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Dealing Date                                   Feb-01-2008
Settlement Date                                Jan-29-2008
Valuation/NAV Date                             Jan-31-2008
Type of transaction                            Subscription

Amount                             USD         1,000,000.00

Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        Redacted 6487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    Redacted    0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

Note 1: REF 102900-1250-S004085
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building                www.citco.com          Phone: (31-20) 5722100
Telestone - Teleport                                 Fax:   (31-20) 5722610
Naritaweg 165                                        Chamber of Commerce 33253773
1043 BW Amsterdam
The Netherlands

CONFIDENTIAL                                                                    ANWAR-CFSE-00096427

**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK
IRELAND

Date : Jan-25-2008
Fund ID : 03302
Holder ID : Redacted 2402
Account ID : Redacted 0028
Order No. : Redacted 4702
Email : TRADECONFIRM@CITCO.COM
FAX Number : 00353 21 491 0335

BACK OFFICE
Account: CITCO GLOBAL CUSTODY NV REF PICTET   NO 2900

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

Dealing Date                                                                 Feb-01-2008
Settlement Date                                                              Jan-29-2008
Valuation/NAV Date                                                           Jan-31-2008
Type of transaction                                                          Subscription

Amount                                                          USD      1,000,000.00

Bank Name:            HSBC BANK USA
Bank Address 1:       NEW YORK
Bank Address 2:       USA
ABA Ref.:             021001088
SWIFT Ref.:           MRMDUS33
Further Cr. Num:      Redacted 6487
Further Cr. Name:     CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:     Redacted    0501
Beneficiary Name:     FAIRFIELD SENTRY LIMITED

Note 1: REF 102900-1250-S004085
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                            ANWAR-CFSE-00096428

Citco Bank Nederland 1/25/2008 10:41:55 AM    PAGE    1/001    Fax Server

# CITCO
*Citco Bank Nederland N.V.*

| | | |
|---|---|---|
| DATE | 25-JAN-2008 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004085 | |

**Remarks: BUYR-NAV end of January08 Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to **buy/subscribe**:

For the countervalue of:  **USD 1'000'000.00**    (In words see below)

One million US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect **net asset value date 01-FEB-2008** and will pay US DOLLARS for **value 29-JAN-2008**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #    Redacted    0002  in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK  IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004085

Michael Leers         C.H.J McGuinness

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

*Telestone 8, Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*Phone: +31 (0)20 572 2200*
*Fax: +31 (0)20 572 2625*
*amsterdambank@citco.com*
*BIC: CITCNL2A*

*Chamber of Commerce*
*Amsterdam*
*No. 33185291*

CONFIDENTIAL                                    ANWAR-CFSE-00096429

28. Jan. 2008 14:36    Citco Bank                                    No. 7743    P. 1/4

**CITCO**
*Citco Bank Nederland N.V.*

FAXED ON 25/01/08
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 25-JAN-2008 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004085 | |

*Booked 28&0902* (handwritten)

**Remarks:** BUYR-NAV end of January08 Subscription/Purchase form to follow by Mail.

Dear Sir / Madam,

We would like to    **buy/subscribe:**
For the countervalue of:    USD 1'000'000.00    (In words see below)
One million US DOLLAR

in: FAIRFIELD SENTRY LTD SHARES
ISIN #: VGG3299L1004

We expect net asset value date 01-FEB-2008 and will pay US DOLLARS for value 29-JAN-2008. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #  Redacted  0002  in the name of:
CITCO GLOBAL CUSTODY NV - REF 102900

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004085

*[signature]*
Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 3722200.*

Telestone 8, Teleport    Phone: +31 (0)20 572 2200    Chamber of Commerce
Naritaweg 165            Fax: +31 (0)20 572 2625       Amsterdam
1043 BW Amsterdam        amsterdam-bank@citco.com       No. 33185291
The Netherlands

CONFIDENTIAL                                           ANWAR-CFSE-00096430

28. Jan. 2008 14:37    Citco Bank    No. 7743   P. 2/4

```
FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM  1043 BW
NETHERLANDS
```

REF :  1250    - S004085    FAIRFIEL

CONFIDENTIAL                                                                     ANWAR-CFSE-00096431

Rob 1260
→ S 4085

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00096432

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. ROb 102900
Contribution Date: 2a Jan, 2008
Additional Contribution Amount: U.S. $ 1,000,000

Changes to Subscription Agreement:   [✓] None
                                     [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Jan, 2008

**Corporate, Partnership, Trust or Account Subscribers**     **Individual Subscribers**

CITCO GLOBAL CUSTODY N.V. ROb 102900
Name of Entity (Print)                                       Name (Print)

By: CITCO BANK NEDERLAND N.V.
Signature                                                    Signature

Nurzio Rollano
Name (Print)                                                 Name of Joint Purchaser, If Any (Print)

Title                                                        Signature

Telephone: _____                                    Telephone: _____
Fax:       _____                                    Fax:       _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By:
   Name: _____
   Title: _____

RR-3

ANWAR-CFSE-00096433

CONFIDENTIAL


**CITCO**
*Citco Bank Nederland N.V.*


3 1 JAN. 2008

**FAXED ON 25/01/08**
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 25-JAN-2008 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004085 | |

**Remarks:** BUYR-NAV end of January08 Subscription/Purchase form to follow by Mail.

Dear Sir / Madam,
We would like to      **buy/subscribe:**
For the countervalue of:  **USD 1'000'000.00**       (In words see below)
One million US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 01-FEB-2008** and will pay US DOLLARS for **value 29-JAN-2008**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account #   Redacted   0002  in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004085

*[signature]*
Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport       Phone: + 31 (0)20 572 2200       Chamber of Commerce
Naritaweg 165                Fax: +31 (0)20 572 2625                Amsterdam
1043 BW Amsterdam     amsterdam-bank@citco.com            No. 33185291
The Netherlands                     BIC: CITCNL2A

CONFIDENTIAL                                                                                  ANWAR-CFSE-00096434

Rob 1250
→ 3 4085

# Short Form Subscription Agreement
For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

ANWAR-CFSE-00096435

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.** New Subscription Information:
Subscriber: CITCO GLOBAL CUSTODY N.V. ROb1O29OO
Contribution Date: 2a Jan, 200 8
Additional Contribution Amount: U.S. $ 1,000,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Jan, 2008.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. ROb1O29OO | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature  *Nunzio Rollano* | Signature |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: _____ | Telephone: _____ |
| Fax: _____ | Fax: _____ |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

ANWAR-CFSE-00096436