# EXHIBIT 21



CITCO
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Feb-26-2008 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redact 0002 |
| Order No. | : Redacted 3602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Mar-01-2008 |
| Settlement Date | | Feb-27-2008 |
| Valuation/NAV Date | | Feb-29-2008 |
| Type of transaction | | Subscription |
| Amount | USD | 900,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: Y REF 102900-1250-S4127**

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

MS

User ID: MIBARRA

===========================================================================

TO: Name: TRADE CONFIRM
    Company: CITCO GLOBAL CUSTODY NV
    Fax Phone Number: 00353 21 491 0335
    Contact Phone Number:
    Info Code 1: 1009133 Info Code 2:

Sent to remote ID:Citco Bank Nederland
Sent at:Tue Feb 26 10:57:28 2008
Sent on channel 10
Elapsed Time: 0 minutes, 22 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.

---------------------------------------------------------------------------



Pg 4 of 14

CITCO
Citco Fund Services
(Europe) B.V.

# Confirmation of Order Received

CITCO GLOBAL CUSTODY NV
CITCO DATA PROCESSING SERVICES LTD
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

| | |
|---|---|
| Date | : Feb-26-2008 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 2402 |
| Account ID | : Redac 0002 |
| Order No. | : Redacted 3602 |
| Email | : TRADECONFIRM@CITCO.COM |
| FAX Number | : 00353 21 491 0335 |

TRADE CONFIRM
Account: CITCO GLOBAL CUSTODY NV REF 102900

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to SUBSCRIBE to
FAIRFIELD SENTRY LIMITED at the next dealing date

| | | |
|---|---|---|
| Trade Date | | Mar-01-2008 |
| Settlement Date | | Feb-27-2008 |
| Valuation/NAV Date | | Feb-29-2008 |
| Type of transaction | | Subscription |
| Amount | USD | 900,000.00 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 021001088 |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 6487 |
| Further Cr. Name: | CITCO BANK NEDERLAND NV DUBLIN BRANCH |
| Further Cr. SWIFT Ref.: | CITCIE2D |
| Beneficiary Acct No: | Redacted 0501 |
| Beneficiary Name: | FAIRFIELD SENTRY LIMITED |

**Note 1: Y REF 102900-1250-S4127**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax: (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL ANWAR-CFSE-00100824

CITCO FUND SERVICES

**OFFSHORE SUBSCRIPTION CHECKLIST - For Internal Use Only (v.2.6)**

| Fund name: Sentry | Investor's New Issue Status | Eligible ☐ | Restricted ☐ | N/A ☐ (fund does not trade in New Issues) |
|---|---|---|---|---|
| Fund Class / Series | Fund Group ID | | Fund ID | |
| Holder & Account Name: CGC NV 1800 29 | | | | |
| Holder ID New? Y/N | Account ID New? Y/N | | Where any new, initials of person who did setup: | |
| Trade Date | NAV Date | | Notes: Hold Wait Release | |
| Gross Amount: 900,000 | No of Shares: | | | |
| Load Yes ☐ No ☐ | Amount ____ or, | Percentage % ____ | | |
| Related Party Yes ☐ No ☐ | New? Y/N | RPID: | *Investor reference to be quoted on trade input:* ____ | |

**COMPLIANCE TO OFFERING DOCS/DIRECTORS RESOLUTIONS**

Date instruction received ____ Originals required, (Dub/Lux/locally agreed client level exceptions), date received ____

Most recent (& valid) version of subscription agreement verified as received Yes ☐

*Verify source doc on file to check signatures. If not on file, request and state here that you have:* **Signatures match:** Yes ☐ No ☐

Is the fund domiciled in CAYMAN or IRELAND? Yes ☐ No ☐ If yes, state the minimum this trade can be ____ and verify the trade is over this amount by ticking here: ☐

Notice Period Met? Yes ☐ No ☐ Min Sub Amount Met? Yes ☐ No ☐ *(initial or subsequent amount)*

Cash Deadline Met? Yes ☐ No ☐ Min Account Balance Met? Yes ☐ No ☐

DR Required? Yes ☐ No ☐ If yes, arrange with relevant for DR to be sent for signing

DR received and copy to be filed with legal department ☐ done by ____ (initials) If DRs requested quarterly and filed separately and directly with legal team tick here ☐ (resolution reasons still need to be ticked above)

**US INVESTOR DETAILS** If not US Investor tick here & go to Benefit Plan section ☐

| | YES | NO |
|---|---|---|
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ |
| Accredited Investor? | ☐ | ☐ |
| Qualified Purchaser? | ☐ | ☐ |
| Update Tax ID/SSN on NTAS | ☐ | ☐ |
| Update Fund's 3c1/3c7 report | ☐ | ☐ |

**BENEFIT PLAN INVESTOR/ERISA DETERMINATION** If N/A for this fund, tick here ☐

- Not a Benefit Plan Investor (NBPI) ☐
- Ben Plan subject to ERISA (ERISA) ☐
- Section 4975(e)(1) e.g. IRA, Keogh (E-IRC) ☐
- Entity with underlying "plan assets" (E-25%+) ☐
- Insurance Co with underlying "plan assets" (E-ICGA) ☐
- Management Affiliate (IM&A) ☐
- Is there capacity? Yes ☐ No ☐
- Initial to confirm NTAS account mapping updated with appropriate code ____ initials
- *Update Fund's ERISA report (if applicable)*

**TRADE INPUT**

Check Order Entry for pending trades/duplicates Yes ☐

Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable Yes ☐ N/A ☐ IM Approval rec'd & attached - if requested Yes ☐ N/A ☐

*Input trade and print Confirmation of Order Rec'd for Review (include in pack)* **Order ID Number:** 29263602

Date confirmation of Orders Received sent (investors & related parties) ____ Where Series Subscription and contract note issued same day, tick here: N/A ☐

| KYC status OK ☐ Not OK ☐ | New investor ☐ Good Swift / KYC required / Exempt *(circle one)* | KYC NOTES: |
|---|---|---|
| Address Verified Yes ☐ No ☐ | Existing Investor ☐ KYC On File / Required / Exempt *(circle one)* | |

******FOR USE BY TREASURY/COMPLIANCE TRAINED PERSONNEL******

Amount Received ____ (date) Country from: Approved country ☐ Non-Approved country ☐

Additional amount(s) rec'd ____ (date) Country from: Approved country ☐ Non-Approved country ☐

| Swift Matches Investor's Name Yes ☐ No ☐ | Advice/AML Letter Needed Yes ☐ No ☐ | NOTES: Date Initials |
|---|---|---|
| Swift is KYC Compliant Yes ☐ No ☐ | If yes, date received in good order: | |
| Any load fees to pay? Yes ☐ No ☐ Amount Paid | Date by | |

**Sign off matrix (initial in all places)**

| Trade Input/Doc Verification | Initials | date | Treasury Function | Initials | date | Trade Completion | Initials | date | Final Pack | Initials | date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Processed by: | Sa | 2/26/08 | Input | | | Approved by | | | Checked by | | |
| Verified by & approved on system: | MC | 2/26/08 | Verified | | | Filed by | | | | | |

Date Contract Note sent (investors & related parties) ____ *(place copy of confirm in pack)* Full subscription documents/trade pack scanned & stored Yes ☐

**For noting any trade Amendments Postponement or Cancellations**

Amendments ☐
Postponements ☐ Reason:
Cancellations* ☐ **Where cancellation - start up a cancelled trades checklist as well*

Pg 6 of 14

Citco Bank Nederland 2/25/2008 2:21:17 PM PAGE 1/001 Fax Server

CITCO
Citco Bank Nederland N.V.

| | | |
|---|---|---|
| DATE | 25-FEB-2008 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004127 | |

**Remarks: Subscription/Purchase form to follow by Mail.**
Dear Sir / Madam,
We would like to **buy/subscribe:**
For the countervalue of: **USD 900'000.00** (In words see below)
Nine hundred thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 03-MAR-2008** and will pay US DOLLARS for **value 27-FEB-2008**. Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # Redacted **0002** in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

**Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004127**

Michael Leers C.H.J McGuinness

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com
BIC: CITCNL2A

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL ANWAR-CFSE-00100826

Pg 7 of 14

26. Feb. 2008 11:31 No. 0409 P. 1/4

CITCO
Citco Bank Nederland N.V.

**FAXED ON 25/02/08**
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 25-FEB-2008 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004127 | |

**Remarks: Subscription/Purchase form to follow by Mail.**
Dear Sir / Madam,
We would like to **buy/subscribe:**
For the countervalue of: **USD 900'000.00** (In words see below)
Nine hundred thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**
ISIN #: VGG3299L1004

We expect **net asset value date 03-MAR-2008** and will pay US DOLLARS for **value 27-FEB-2008.** Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # Redacted **0002** in the name of:
**CITCO GLOBAL CUSTODY NV - REF 102900**

REGISTERED ADDRESS
TELESTONE 8 - TELEPORT
NARITAWEG 165
1043 BW AMSTERDAM
NETHERLANDS

MAILING ADDRESS
C/O CITCO GLOBAL SECURITIES SERVICES
2600 CORK AIRPORT BUSINESS PARK
KINSALE ROAD
CORK IRELAND

**Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004127**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

Telestone 8, Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

Phone: + 31 (0)20 572 2200
Fax: +31 (0)20 572 2625
amsterdam-bank@citco.com

Chamber of Commerce
Amsterdam
No. 33185291

CONFIDENTIAL ANWAR-CFSE-00100827

Pg 8 of 14

26. Feb. 2008 11:31 No. 0409 P. 2/4

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM 1043 BW
NETHERLANDS

REF : 1250 - $004127 FAIRFIEL

CONFIDENTIAL ANWAR-CFSE-00100828

Reb 1280
→ S 4127

# Short Form Subscription Agreement

## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

26. Feb. 2008 11:31 No. 0409 P. 4/4

**SHORT FORM SUBSCRIPTION AGREEMENT**

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.** New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. 206102900

Contribution Date: 27-feb-08, 200_

Additional Contribution Amount: U.S. $ 900,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: ____________________

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of feb, 2008

**Corporate, Partnership, Trust or Account Subscribers**

CITCO GLOBAL CUSTODY N.V. 206102900
Name of Entity (Print)

By: CITCO BANK NEDERLAND N.V.
Signature

Name (Print)

Title

Telephone: ____________________

Fax: ____________________

**Individual Subscribers**

Name (Print)

Signature

Name of Joint Purchaser, If Any (Print)

Signature

Telephone: ____________________

Fax: ____________________

SUBSCRIPTION ACCEPTED AS OF ____________, 200_.

FAIRFIELD SENTRY LIMITED

By: ____________________
Name: ____________________
Title: ____________________

CONFIDENTIAL

mfe

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM 1043 BW
NETHERLANDS

ONTVANGEN KOERIER
D[illegible] [illegible]ST
2 7 FEB. 2008

REF : 1250 - S004127 FAIRFIEL

NFIDENTIAL

ANWAR GI

Pg 12 of 14

CITCO
Citco Bank Nederland N.V.

**FAXED ON 25/02/08**
Original Document
**DO NOT DUPLICATE**

| | | |
|---|---|---|
| DATE | 25-FEB-2008 | PAGES 1 |
| COMPANY | FAIRFIELD GROUP (2773) | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | FRONT OFFICE TRADING DESK | |
| REFERENCE | 102900-1250-S004127 | |

**Remarks: Subscription/Purchase form to follow by Mail.**

Dear Sir / Madam,

We would like to **buy/subscribe:**

For the countervalue of: **USD 900'000.00** (In words see below)

Nine hundred thousand US DOLLAR

in: **FAIRFIELD SENTRY LTD SHARES**

ISIN #: VGG3299L1004

We expect **net asset value date 03-MAR-2008** and will pay US DOLLARS for **value 27-FEB-2008.** Please notify us immediately if this is not the next available net asset value date, if our order will not be accepted for this net asset value date, or if you require payment for a different value date.

The shares should be registered in our account # Redacted **0002** in the name of:

**CITCO GLOBAL CUSTODY NV - REF 102900**

| REGISTERED ADDRESS | MAILING ADDRESS |
|---|---|
| TELESTONE 8 - TELEPORT | C/O CITCO GLOBAL SECURITIES SERVICES |
| NARITAWEG 165 | 2600 CORK AIRPORT BUSINESS PARK |
| 1043 BW AMSTERDAM | KINSALE ROAD |
| NETHERLANDS | CORK IRELAND |

**Please confirm subscription details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 102900-1250-S004127**

Citco Bank Nederland NV Amsterdam

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (31-20) 5722200.*

*Telestone 8, Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*Phone: + 31 (0)20 572 2200*
*Fax: +31 (0)20 572 2625*
*amsterdam-bank@citco.com*
*BIC: CITCNL2A*

*Chamber of Commerce*
*Amsterdam*
*No. 33185291*

CONFIDENTIAL ANWAR-CFSE-00100832

Rob 1280
→ 34127

# Short Form Subscription Agreement

For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:**

Subscriber: CITCO GLOBAL CUSTODY N.V. Reb102900

Contribution Date: 27-Feb-08, 200_

Additional Contribution Amount: U.S. $ 900,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: ______

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Feb, 2008

| **Corporate, Partnership, Trust or Account Subscribers** | **Individual Subscribers** |
|---|---|
| CITCO GLOBAL CUSTODY N.V. Reb 102900<br>Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V.<br>Signature [signature] | Signature |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: | Telephone: |
| Fax: | Fax: |

SUBSCRIPTION ACCEPTED AS OF ____________, 200_.

FAIRFIELD SENTRY LIMITED

By: ______
Name: ______
Title: ______

CONFIDENTIAL