# EXHIBIT 23

| FGG Fund Codes | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fund Name | ISIN Number | Sedol number | Cusip | Valoren | Bloomberg | Reuters | CCS | Client Number | Client Name |
| Arlington International Fund LTD EUR | VGG0479Q1155 | | | | | | | | |
| Arlington International Fund LTD EUR Class D | VGG0479Q1312 | | | | | | | | |
| Arlington International Fund LTD USD | VGG0479Q1072 | | | | | | | | |
| Arlington International Fund LTD USD Class C | VGG0479Q1239 | | | | | | | | |
| Chester Global Emerging Markets Fund Ltd- EUR | KYG2094P1000 | | | | | | 83983 | 103561 | Clariden Leu |
| Chester Global Emerging Markets Fund Ltd- USD | KYG2094P1182 | | | | | | 82761 | 103561 | Clariden Leu |
| Chester Global Strategy Fund - EUR A-2 | KYG209451122 | | | | | | 20615 | 103561 | Clariden Leu |
| | | | | | | | | 104650 | Bank Julius Baer |
| | | | | | | | | 118400 | RBS Coutts Bank |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 190040 | Rothschild Bank AG |
| | | | | | | | | 190047 | Bank Sarasin |
| | | | | | | | | 190049 | Adler and Co |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190080 | ABN Amro |
| | | | | | | | | 190719 | BBVA |
| Chester Global Strategy Fund - USD A-2 | KYG209451049 | | | | | | 20262 | 102448 | BSI |
| | | | | | | | | 102450 | BSI Ex Banca |
| | | | | | | | | 102900 | LGT Bank |
| | | | | | | | | 103350 | Bank Leumi |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 104650 | Bank Julius Baer |
| | | | | | | | | 118400 | RBS Coutts Bank |
| | | | | | | | | 146005 | Llyods Bank |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 185009 | AIG Private Bank |
| | | | | | | | | 190021 | Ihag Handelsbank |
| | | | | | | | | 190040 | Rothschild Bank AG |
| | | | | | | | | 190047 | Bank Sarasin |
| | | | | | | | | 190049 | Adler and Co |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190076 | BNP Paribas Suisse |
| | | | | | | | | 190080 | ABN Amro |
| | | | | | | | | 190719 | BBVA |
| | | | | | | | | 191298 | Bank Julius Baer |
| Chester Global Strategy Fund - USD A-1 | KYG209451387 | | | | | | 94006 | 102900 | LGT Bank |
| | | | | | | | | 190047 | Bank Sarasin |
| Chester Horizons Fund - EUR | KYG210191071 | | | | | | 49193 | 190049 | Adler and Co |
| Chester Horizons Fund - USD | KYG210191154 | | | | | | 49194 | 102900 | LGT Bank |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 190049 | Adler and Co |
| | | | | | | | | 190059 | Clariden Bank |
| Fairfield Aerium International SCA. | LU0211962823 | | | | | | 38297 | 102900 | LGT Bank |
| FAIRFIELD ASIAN ERA FUND LTD EUR Class | KYG330181135 | | | | | | | | |
| FAIRFIELD ASIAN ERA FUND LTD USD Class | KYG330181051 | | G3299E106 | 2269161 | FAIRCHI KY | | | | |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 146005 | Llyods Bank |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 176903 | SE Banken Lux |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190040 | Rothschild Bank AG |
| | | | | | | | | 190047 | Bank Sarasin |
| | | | | | | | | 190049 | Adler and Co |
| | | | | | | | | 190076 | BNP Paribas Suisse |
| Fairfield Baron Absolute Return Fund Ltd | KYG3301K1085 | | G3299X104 | 2371375 | FAIRAAE KY | | 61144 | 102900 | LGT Bank |
| | | | | | | | | 118400 | RBS Coutts Bank |
| | | | | | | | | 190040 | Rothschild Bank AG |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190059 | Clariden Bank |
| Fairfield Baron Absolute Return Fund Ltd EUR Class | KYG3301K1168 | | | | | | 74193 | 102448 | BSI |
| | | | | | | | | 146005 | Llyods Bank |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190087 | Swissca |
| Fairfield Icahn Fund LTD Class B | KYG329911120 | | G3300B117 | 1604325 | FAIGCIY KY | 1604325X.CHE | 71674 | 190030 | Banque Privee Edmond |
| | | | | | | | | 190059 | Clariden Bank |
| Fairfield ICAP Absolute Return Fund Ltd Class A - New Issues | KYG329921020 | | G3300B109 | 1582812 | FAITGCI KY | 1582812X.CHE | 50823 | 104650 | Bank Julius Baer |
| | | | | | | | | 190059 | Clariden Bank |
| Fairfield ICAP Absolute Return Fund Ltd Class B - Non New Issues | KYG329921103 | | | | FAGGUAU LX | | 39708 | 102900 | LGT Bank |
| | | | | | | | | 190059 | Clariden Bank |
| Fairfield Investment Fund, Ltd. A-1 | VGG3299H1091 | | G32991104 | 3097026 | | | 9402 | 102448 | BSI |
| | | | | | | | | 102900 | LGT Bank |

ANWAR-C-ESI-00636703

| Fund Name | ISIN | Col3 | Col4 | Col5 | Ticker | Col7 | Amount | Code | Bank |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 146005 | Llyods Bank |
| | | | | | | | | 156111 | Intersettle |
| | | | | | | | | 190030 | Banque Privee Edmond |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190071 | Credit Suisse Zurich |
| | | | | | | | | 190080 | ABN Amro |
| | | | G32991112 | 3097033 | | | | 190087 | Swissca |
| | | | | | | | | 190719 | BBVA |
| | | | | | | | | 264214 | Callisto |
| | | | | | | | | 318212 | Dynamic Alternative |
| Fairfield Investors (Euro) Limited | VGG2889F1018 | | G32992110 | 2183136 | FARIARB KY | | 1214 | 102448 | BSI |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 104650 | Bank Julius Baer |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | G3336C105 | 2396523 | FAIRKEQ KY | | | 190030 | Banque Privee Edmond |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190749 | Fortis Banque |
| | | | | | | | | 190750 | Mirabaud & Cie |
| Fairfield Korean Equity Fund Ltd | KYG3336C1050 | | G33030100 | 2393397 | FAIRLIF KY | | 65204 | 102900 | LGT Bank |
| | | | | | | | | 190921 | Finter Bank and Trust |
| Fairfield Lambda Limited | VGG3299W1068 | | | | FAIRLEP KY | | 1536 | 102900 | LGT Bank |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 156111 | Intersettle |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190029 | Rothschild Lugano |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190071 | Credit Suisse Zurich |
| | | | | | | | | 190087 | Swissca |
| Fairfield Lion Investment Fund (Asia) Ltd Private Client Series (EUR) | KYG330301261 | | G33004105 | 2181679 | FAIRMOA KY | | 61448 | 190059 | Clariden Bank |
| Fairfield Lion Investment Fund (Asia) Ltd Private Client Series (USD) | KYG330301006 | | G33004113 | 2181680 | FAIRMOB KY | | 48443 | 102448 | BSI |
| | | | | | | | | 102900 | LGT Bank |
| Fairfield Ludgate Hill Asian Arbitrage Fund Ltd | KYG330571038 | | | | | | 42780 | 102450 | BSI Ex Banca |
| | | | | | | | | 102900 | LGT Bank |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 190921 | Finter Bank and Trust |
| Fairfield MT Japan Long-Short Ltd, Euro | KYG330101109 | | G3301C114 | 1847645 | FAIRDI1 KY | | | | |
| Fairfield MT Japan Long-Short Ltd, USD | KYG330101026 | | G3301C130 | 1847651 | FAIREI1 KY | | 76038 | Fairfield only | |
| Fairfield Paradigm Fund, Ltd. Private Class EUR P1 | KYG3301C1713 | | G3301T109 | 2223399 | FAIRCOD KY | | 29693 | 190749 | Fortis Banque |
| Fairfield Raven Credit Opportunities Fund Ltd | KYG3301T1094 | | G3300W137 | 1623495 | FAIREB1 KY | | 42319 | 102900 | LGT Bank |
| | | | | | | | | 190023 | Verwaltungs |
| | | | | | | | | 190030 | Banque Privee Edmond |
| | | | | | | | | 190047 | Bank Sarasin |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 264214 | Callisto |
| Fairfield Redstone Fund, Ltd. Class A | KYG3300W1033 | | | | | | 20234 | 102900 | LGT Bank |
| | | | | | | | | 190023 | Verwaltungs |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190080 | ABN Amro |
| Fairfield Redstone Fund, Ltd. Class A-1 | KYG3300W1116 | 0330934 | | 994280 | FAISENI VI. | CH994280 | 19852 | 102448 | BSI |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 156111 | Intersettle |
| | | | | | | | | 190042 | Bank Arner SA |
| | | 2860688 | | 635912 | FAISIGM VI | CH635912 | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190060 | Incore Bank AG |
| | | | | | | | | 190071 | Credit Suisse Zurich |
| | | | | | | | | 190087 | Swissca |
| | | | | | | | | 190500 | Centrum Bank AG |
| | | | | | | | | 208988 | Arsenal Seg |
| | | | | | | | | 209948 | BPW Balanced Investments |
| | | | | | | | | 209971 | Fortune Cap |
| Fairfield Redstone Fund, Ltd. Class B Euro | KYG3300W1298 | | | 635914 | FAILAMB VI | CH635914 | 23266 | 102448 | BSI |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190043 | PKB Privatbank AG |
| Fairfield Redstone Fund, Ltd. Class B-1 Euro | KYG3300W1371 | | | 1149279 | FAIRINV VI | CH1149279 | 25930 | 102448 | BSI |
| | | | | | | | | 102450 | BSI Ex Banca |
| | | | | | | | | 102900 | LGT Bank |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190047 | Bank Sarasin |
| Fairfield Renaissance Inst Equities EUR | KYG330141121 | | | | | | 54611 | 190040 | Rothschild Bank AG |
| | | | | | | | | 190043 | PKB Privatbank AG |

ANWAR-C-ESI-00636703.0002

| Fund | ISIN | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 190059 Clariden Bank |
| | | | | | | | 264214 Callisto |
| Fairfield Renaissance Inst Futures Fund LTD USD | KYG333571076 | | 246993 | | FIFADVA VI | CH246993 | 80374 | 102448 BSI |
| | | | | | | | 118400 RBS Coutts Bank |
| | | | | | | | 190030 Banque Privee Edmond |
| | | | | | | | 190042 Bank Arner SA |
| | | | | | | | 190047 Bank Sarasin |
| | | | | | | | 190052 Dresdner Bank |
| | | | | | | | 190059 Clariden Bank |
| Fairfield Renaissance Inst Equities USD | KYG330141048 | | G20945112 | 1583767 | CHEGLSE KY | | 50678 | 102448 BSI |
| | | | | | | | 102900 LGT Bank |
| | | | | | | | 103561 Clariden Leu |
| | | | | | | | 160111 Lombard Odier Darief |
| | | | | | | | 190030 Banque Privee Edmond |
| | | | | | | | 190040 Rothschild Bank AG |
| | | | | | | | 190047 Bank Sarasin |
| | | | | | | | 190049 Adler and Co |
| | | | | | | | 190059 Clariden Bank |
| | | | | | | | 190076 BNP Paribas Suisse |
| Fairfield Sentry Limited | VGG3299L1004 | | | | | | 1250 | 102448 BSI |
| | | | | | | | 102450 BSI Ex Banca |
| | | | | | | | 102900 LGT Bank |
| | | | | | | | 103350 Bank Leumi |
| | | | | | | | 103561 Clariden Leu |
| | | | | | | | 112800 Banque Cantonale Vaudoise |
| | | | | | | | 118400 RBS Coutts Bank |
| | | | | | | | 146005 Llyods Bank |
| | | | | | | | 156111 Intersettle |
| | | | | | | | 160111 Lombard Odier Darief |
| | | | | | | | 185009 AIG Private Bank |
| | | | | | | | 190021 Ihag Handelsbank |
| | | | | | | | 190023 Verwaltungs |
| | | | | | | | 190027 Corner Banca SA |
| | | | | | | | 190029 Rothschild Lugano |
| | | | | | | | 190030 Banque Privee Edmond |
| | | | | | | | 190040 Rothschild Bank AG |
| | | | | | | | 190042 Bank Arner SA |
| | | | | | | | 190043 PKB Privatbank AG |
| | | | | | | | 190047 Bank Sarasin |
| | | | | | | | 190049 Adler and Co |
| | | | | | | | 190052 Dresdner Bank |
| | | | | | | | 190059 Clariden Bank |
| | | | | | | | 190060 Incore Bank AG |
| | | | | | | | 190071 Credit Suisse Zurich |
| | | | | | | | 190076 BNP Paribas Suisse |
| | | | | | | | 190080 ABN Amro |
| | | | | | | | 190087 Swissca |
| | | | | | | | 190091 Banque SCS Alliance |
| | | | | | | | 190500 Centrum Bank AG |
| | | | | | | | 190719 BBVA |
| | | | | | | | 190749 Fortis Banque |
| | | | | | | | 190990 UBS AG Zurich |
| | | | | | | | 209971 Fortune Cap |
| | | | | | | | 264214 Callisto |
| | | | | | | | 280028 Citco Global Custody NA NV |
| Fairfield Sigma Limited | VGG3299V1085 | | | | | | 1718 | 102448 BSI |
| | | | | | | | 102450 BSI Ex Banca |
| | | | | | | | 102900 LGT Bank |
| | | | | | | | 103561 Clariden Leu |
| | | | | | | | 104650 Bank Julius Baer |
| | | | | | | | 118400 RBS Coutts Bank |
| | | | | | | | 190027 Corner Banca SA |
| | | | | | | | 190030 Banque Privee Edmond |
| | | | | | | | 190040 Rothschild Bank AG |
| | | | | | | | 190043 PKB Privatbank AG |
| | | | | | | | 190046 Fortis Banque Lux |
| | | | | | | | 190047 Bank Sarasin |
| | | | | | | | 190049 Adler and Co |
| | | | | | | | 190059 Clariden Bank |
| | | | | | | | 190060 Incore Bank AG |
| | | | | | | | 190071 Credit Suisse Zurich |
| | | | | | | | 190076 BNP Paribas Suisse |
| | | | | | | | 190080 ABN Amro |
| | | | | | | | 190087 Swissca |
| | | | | | | | 190749 Fortis Banque |
| Fairfield Zweig Dimenna Natural Resources Ltd, Euro | KYG3301B1169 | | | | | | 83635 | 190921 Finter Bank and Trust |
| Fairfield Zweig Dimenna Natural Resources Ltd, USD | KYG3301B1086 | | G21019115 | 2475158 | CHEHORU KY | | 76111 | 102900 LGT Bank |

| Fund | ISIN | | Code | Ref | Location | | Amount | Acct | Bank |
|---|---|---|---|---|---|---|---|---|---|
| Farirfield Apex Greater China Equity Fund Ltd | KYG3299E1061 | | G21019107 | 2475161 | CHEHORE KY | | | | |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190042 | Bank Arner SA |
| Farirfield Areca Asian Equity Fund Ltd EUR Class | KYG3299X1126 | | G4948V119 | 1912072 | IRONGSU KY | | 66914 | 102448 | BSI |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190059 | Clariden Bank |
| Farirfield Areca Asian Equity Fund Ltd USD Class | KYG3299X1043 | | G4948V101 | 1912071 | IRONGSE KY | | 45820 | 102900 | LGT Bank |
| | | | | | | | | 146005 | Llyods Bank |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190921 | Finter Bank and Trust |
| Irongate Global Strategy Fund - EUR A-2 | KYG4948V1014 | | | | | | 30364 | 102448 | BSI |
| | | | | | | | | 102900 | LGT Bank |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 185009 | AIG Private Bank |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190029 | Rothschild Lugano |
| | | | | | | | | 190030 | Banque Privee Edmond |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190046 | Fortis Banque Lux |
| | | | | | | | | 190049 | Adler and Co |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190076 | BNP Paribas Suisse |
| | | | | | | | | 190080 | ABN Amro |
| | | | | | | | | 190132 | Deutsche Bank Suisse |
| | | | | | | | | 190749 | Fortis Banque |
| | | | | | | | | 209896 | T1 Global Fund Ltd |
| Irongate Global Strategy Fund - GBP A-2 | KYG4948V1501 | | | | | | 54720 | 160111 | Lombard Odier Darief |
| | | | | | | | | 190059 | Clariden Bank |
| Irongate Global Strategy Fund - USD A-2 | KYG4948V1196 | | | | | | 30365 | 102448 | BSI |
| | | | | | | | | 102450 | BSI Ex Banca |
| | | | | | | | | 102900 | LGT Bank |
| | | | | | | | | 103561 | Clariden Leu |
| | | | | | | | | 112800 | Banque Cantonale Vaudoise |
| | | | | | | | | 118400 | RBS Coutts Bank |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 190021 | Ihag Handelsbank |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190030 | Banque Privee Edmond |
| | | | | | | | | 190043 | PKB Privatbank AG |
| | | | | | | | | 190049 | Adler and Co |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190071 | Credit Suisse Zurich |
| | | | | | | | | 190076 | BNP Paribas Suisse |
| | | | | | | | | 190719 | BBVA |
| | | | | | | | | 190749 | Fortis Banque |
| Irongate Global Strategy Fund - EUR A-1 | KYG4948V1436 | | | | | | 92423 | 216451 | Banknord SIM Conto |
| NGA Fairfield Limited - NGA SERIES 040101 (Initial Series) | VGG650301846 | | | CH2893295 | | | 26221 | 102448 | BSI |
| | | | | | | | | 102450 | BSI Ex Banca |
| | | | | | | | | 102900 | LGT Bank |
| | | | | | | | | 156111 | Intersettle |
| | | | | | | | | 160111 | Lombard Odier Darief |
| | | | | | | | | 190027 | Corner Banca SA |
| | | | | | | | | 190042 | Bank Arner SA |
| | | | | | | | | 190059 | Clariden Bank |
| | | | | | | | | 190071 | Credit Suisse Zurich |
| | | | | | | | | 190091 | Banque SCS Alliance |

| FGG Fund Codes | | | | | | |
|---|---|---|---|---|---|---|
| Fund Name | ISIN Number | Sedol number | Cusip | Valoren | Bloomberg | Reuters |
| Arlington International Fund LTD USD | VGG0479Q1072 | | | 737551 | ARLINTL VI | CH737551 |
| Arlington International Fund LTD EUR | VGG0479Q1155 | | | 1733815 | ARLINTE VI | |
| Arlington International Fund LTD USD Class C | VGG0479Q1239 | | | | | |
| Arlington International Fund LTD EUR Class D | VGG0479Q1312 | | | | | |
| Fairfield Aerium International SCA. | LU0211962823 | | | | | |
| Fairfield Apex Greater China Equity Fund Ltd | KYG3299E1061 | | G3299E106 | 2269161 | FAIRCHI KY | |
| Fairfield Areca Asian Equity Fund Ltd USD Class | KYG3299X1043 | | G3299X104 | 2371375 | FAIRAAE KY | |
| Fairfield Areca Asian Equity Fund Ltd EUR Class | KYG3299X1126 | | | | | |
| Fairfield Argenis Healthcare Fund Ltd | KYG3300R1048 | | G3300R104 | 2622044 | FAIARGU KY | |
| FAIRFIELD ASIAN ERA FUND LTD USD Class | KYG330181051 | | G3301 8 105 | | | |
| FAIRFIELD ASIAN ERA FUND LTD EUR Class | KYG330181135 | | G33018 113 | | | |
| Fairfield Baron Absolute Return Fund Ltd | KYG3301K1085 | | G3301K108 | 2767097 | FAIBARO KY | |
| Fairfield Baron Absolute Return Fund Ltd EUR Class | KYG3301K1168 | | | | | |
| Fairfield Del Mar Fund Ltd Class A | KYG3335X1007 | | G3335X100 | 2183159 | FAIRDMA KY | |
| Fairfield Fortitude Australian Absolute Return Fund Ltd. | KYG330451082 | | G33045108 | 2299031 | FFFAARF KY | |
| Fairfield GCI (JPY) | KYG3300B1178 | | G3300B117 | 1604325 | FAIGCIY KY | 1604325X.CHE |
| Fairfield GCI (USD) | KYG3300B1095 | | G3300B109 | 1582812 | FAITGCI KY | 1582812X.CHE |
| Fairfield Guardian II Fund Class A (USD) | LU0245378624 | | | | FAGGUAU LX | |
| Fairfield Icahn Fund LTD Class A | KYG329911047 | | G32991104 | 3097026 | | |
| Fairfield Icahn Fund LTD Class B | KYG329911120 | | G32991112 | 3097033 | | |
| Fairfield ICAP Absolute Return Fund Ltd Class A - New Issues | KYG329921020 | | G32992102 | 2183132 | FARIARA KY | |
| Fairfield ICAP Absolute Return Fund Ltd Class B - Non New Issues | KYG329921103 | | G32992110 | 2183136 | FARIARB KY | |
| Fairfield Korean Equity Fund Ltd | KYG3336C1050 | | G3336C105 | 2396523 | FAIRKEQ KY | |
| Fairfield Lion Investment Fund (Asia) Ltd (Institutional Series USD) | KYG330301188 | | G33030118 | 2393479 | FAIRLII | |
| Fairfield Lion Investment Fund (Asia) Ltd Private Client Series (USD) | KYG330301006 | | G33030100 | 2393397 | FAIRLIF KY | |
| Fairfield Lion Investment Fund (Asia) Ltd Private Client Series (EUR) | KYG330301261 | | | | FAIRLEP KY | |
| FAIRFIELD LION INVESTMENT FUND ASIA LTD  INSTL CL (EUR) | KYG330301345 | | G33030 13 4 | | | |
| FAIRFIELD LION INVESTMENT FUND ASIA LTD  PRIVATE CLIENT (SGD) | KYG330301592 | | G33030 159 | | | |
| FAIRFIELD LION INVESTMENT FUND ASIA LTD SGD INSTL (SGD) | KYG330301428 | | G33030 142 | | | |
| Fairfield Lion Japan Equity Fund Ltd USD | KYG330431035 | | | | | |
| Fairfield Ludgate Hill Asian Arbitrage Fund Ltd | KYG330571038 | | G33057103 | 1666107 | FAILHAA KY | |
| Fairfield Manhasset Offshore Fund Ltd - Class A New Issues | KYG330041057 | | G33004105 | 2181679 | FAIRMOA KY | |
| Fairfield Manhasset Offshore Fund Ltd - Class B Non New Issues | KYG330041131 | | G33004113 | 2181680 | FAIRMOB KY | |
| Fairfield MT Japan Long-Short Ltd, USD | KYG330101026 | | | | | |
| Fairfield MT Japan Long-Short Ltd, Euro | KYG330101109 | | | | | |
| Fairfield Parabolic Partners Fund Ltd | KYG330111009 | | G33011100 | 2269144 | FAPAPAR KY | |
| Fairfield Paradigm Fund, Ltd. USD Institutional Class I | KYG3301C1069 | | G3301C106 | 1847639 | FAIRDII KY | |
| Fairfield Paradigm Fund, Ltd. USD Institutional Class I-1 | KYG3301C1143 | | G3301C114 | 1847645 | FAIRDI1 KY | |
| Fairfield Paradigm Fund, Ltd. EUR Institutional Class I-1 | KYG3301C1309 | | G3301C130 | 1847651 | FAIREI1 KY | |
| Fairfield Paradigm Fund, Ltd. Private Class USD P1 | KYG3301C1556 | | G3301C155 | 1858774 | FAIRP1D KY | |
| Fairfield Paradigm Fund, Ltd. Private Class EUR P | KYG3301C1630 | | G3301C163 | 1859057 | FAIRPPE KY | |
| Fairfield Paradigm Fund, Ltd. Private Class EUR P1 | KYG3301C1713 | | G3301C171 | 1858751 | FAIRP1E KY | |
| Fairfield Raven Credit Opportunities Fund Ltd | KYG3301T1094 | | G3301T109 | 2223399 | FAIRCOD KY | |
| Fairfield Redstone Fund, Ltd. Class A | KYG3300W1033 | | G3300W103 | 1623486 | FAIREDA KY | |
| Fairfield Redstone Fund, Ltd. Class A-1 | KYG3300W1116 | | G3300W111 | 1620042 | FAIREA1 KY | |
| Fairfield Redstone Fund, Ltd. Class B Euro | KYG3300W1298 | | G3300W129 | 1623491 | FAIREDB KY | |
| Fairfield Redstone Fund, Ltd. Class B-1 Euro | KYG3300W1371 | | G3300W137 | 1623495 | FAIREB1 KY | |
| Fairfield Renaissance USD | KYG330141048 | | | | | |
| Fairfield Renaissance EUR | KYG330141121 | | | | | |
| Fairfield Renaissance Equities LP | US30472M1071 | | 30472M 107 | | | |
| Fairfield Renaissance Inst Futures Fund LP | US30472P1003 | | 30472P 100 | | | |
| Fairfield Renaissance Inst Futures Fund LTD EURO | KYG333571159 | | G33357 115 | | | |
| Fairfield Renaissance Inst Futures Fund LTD USD | KYG333571076 | | G33357 107 | | | |
| Fairfield Sentry Limited | VGG3299L1004 | 0330934 | | 994280 | FAISENI VI. | CH994280 |
| Fairfield Sigma Limited | VGG3299V1085 | 2860688 | | 635912 | FAISIGM VI | CH635912 |
| Fairfield Lambda Limited | VGG3299W1068 | | | 635914 | FAILAMB VI | CH635914 |
| Fairfield Investment Fund, Ltd. A-1 | VGG3299H1091 | | | 1149279 | FAIRINV VI | CH1149279 |
| Fairfield Investment Fund, Ltd. A-2 | VGG3299H1174 | | | | | |
| Fairfield Investors (Euro) Limited | VGG2889F1018 | 2241335 | | 496079 | FAIINEU VI | CH496079 |
| Fairfield Investors (Swiss Franc) Limited | VGG2890F1163 | 2241391 | | 904366 | FAIINSF VI | CH904366 |
| FIF 4X LTD CL A-1 SHS Private Client Shares USD | KYG341371022 | | G34137 102 | | | |
| FIF 4X LTD CL B-1 SHS Private Client Shares Euro | KYG341371105 | | G34137 110 | | | |
| FIF 4X LTD CL A-2 SHS Intstitutional Class Shares USD | KYG341371287 | | G34137 128 | | | |
| FIF 4X LTD CL B-2 SHS Institutional Class Shares Euro | KYG341371360 | | G34137 136 | | | |
| Fairfield Zweig Dimenna Natural Resources Ltd, USD | KYG3301B1086 | | | | | |
| Fairfield Zweig Dimenna Natural Resources Ltd, Euro | KYG3301B1169 | | | | | |
| FIF Advanced, Ltd. Class A (USD) | VGG009941144 | | | 246993 | FIFADVA VI | CH246993 |
| Chester Global Strategy Fund - USD A-2 | KYG209451049 | | G20945104 | 1583763 | CHEGLSU KY | |
| Chester Global Strategy Fund - EUR A-2 | KYG209451122 | | G20945112 | 1583767 | CHEGLSE KY | |
| Chester Global Strategy Fund - USD A-1 | KYG209451387 | | | | | |
| Chester Global Strategy Fund - EUR A-1 | KYG209451205 | | | | | |
| Chester Global Strategy Fund -LP | US1657651089 | | 165765 108 | | | |
| Chester Global Emerging Markets Fund Ltd- USD | KYG2094P1182 | | G2094P118 | | | |
| Chester Global Emerging Markets Fund Ltd- EUR | KYG2094P1000 | | G2094P100 | | | |
| Chester Horizons Fund - USD | KYG210191154 | | G21019115 | 2475158 | CHEHORU KY | |

| Fund Name | ISIN Number | Sedol number | Cusip | Valoren | Bloomberg | Reuters |
|---|---|---|---|---|---|---|
| Chester Horizons Fund - EUR | KYG210191071 | | G21019107 | 2475161 | CHEHORE KY | |
| Irongate Global Strategy Fund - USD A-2 | KYG4948V1196 | | G4948V119 | 1912072 | IRONGSU KY | |
| Irongate Global Strategy Fund - EUR A-2 | KYG4948V1014 | | G4948V101 | 1912071 | IRONGSE KY | |
| Irongate Global Strategy Fund - GBP A-2 | KYG4948V1501 | | G4948V150 | 2530111 | IRONGSG KY | |
| Irongate Global Strategy Fund - EUR A-1 | KYG4948V1436 | | | | | |
| Irongate Global Strategy Fund - GBP A-1 | KYG4948V1683 | | | | | |
| Irongate Global Strategy Fund - USD A-1 | KYG4948V1766 | | | | | |
| Irongate Absolute Limited USD A-2 | KYG4948W1096 | | | | | |
| Irongate Absolute Limited GBP A-2 | KYG4948W1179 | | | | | |
| Irongate Absolute Limited EUR A-2 | KYG4948W1252 | | | | | |
| NGA Fairfield Limited - NGA SERIES 040101 (Initial Series) | VGG650301846 | | | 001062041 | NGAFAIR VI | CH1062041 |
| NGA Fairfield Limited - NGA Euro Class | VGG650305490 | | | | | |
| Enhanced Fairfield Investment Fund Ltd | KYG307181035 | | G30718103 | 2805656 | | |
| ==Enhanced Fairfield Guardian II Fund== | KYG3158C1006 | | | CH2893295 | | |
| BBVA Levered Note closed July 31, 2006 | XS0262311912 | | | | | |
| BBVA Levered Note closed May 31, 2007 USD | XS0300462420 | | | | | |
| BBVA Levered Note closed May 31, 2007 EUR | XS0300554119 | | | | | |
| Fairfield 1.8x Capital Guaranteed Note USD | XS0354001173 | | | | | |
| Fairfield 1.8x Capital Guaranteed Note EUR | XS0354001090 | | | | | |

**ONSHORE FUNDS**

| Fund Name | ISIN Number | Sedol number | Cusip | Valoren | Bloomberg | Reuters |
|---|---|---|---|---|---|---|
| Greenwich Sentry L.P. | | | | | | |
| Greenwich Sentry Partners L.P. | | | | | | |
| Chester Global Strategy Fund, LP | | | | | | |
| Stable Fund, LP | | | | | | FSTABLE US |

*Last updated 7/31/07*

This information is intended for existing investors only, is confidential, and may not be reproduced or distributed without the prior written consent of Fairfield Greenwich Group. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. We believe the information contained herein to be reliable but do not warrant its accuracy or completeness. Fairfield Greenwich Group ("FGG") is the marketing name for the brokerage and investment advisory businesses of Fairfield Greenwich Limited and its subsidiaries worldwide. In the United States securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC. In the EU, securities are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Fairfield Straits Lion Asset Management Ltd., which is regulated by the Monetary Authority of Singapore.

**Definitions:**

**International Securities Identifying Number (ISIN)**
The ISIN code is a 12-character alpha-numerical code that does not contain information characterizing financial instruments but serves for uniform identification of a security at trading and settlement.
ISINs consist of three parts: a two letter country code, a nine character alpha-numeric national security identifier, and a single check digit.

**SEDOL Stock Exchange Daily Official List**
A list of security identifiers used in the United Kingdom and Ireland for clearing purposes. The numbers are assigned by the London Stock Exchange.
SEDOLs consist of two parts, a six-place alphanumeric code and a trailing check digit.

**CUSIP Committee on Uniform Security Identification Procedures**
9-character alphanumeric security identifiers distributed for all North American securities for the purposes of facilitating clearing and settlement of trades
The first six characters are known as the "base" (or "CUSIP-6"), and uniquely identify the issuer, The 7th and 8th digit identify the exact issue, The 9th digit is an automatically generated check digit.

ANWAR-C-ESI-00636703.0007

**Set-up procedures for new funds / Database listings**

Fund Name: ..........................................................................................
Classes: ..............................................................................................
Done by: .............................................................................................

Date or N.A.

| | |
|---|---|
| | Notification about new fund received from legal (please attach email) |
| | IM details requested/received from legal/JAM/Saved in IM contacts |
| | Email received from JAM regarding set up in NTAS (please attach email with Fund ID's) |
| | Email received from Chiara regarding billing code (please attach email) |
| | **Fund is taken over from another administrator** |
| | Get confirmation from IM, legal or JAM of where the Fund is listed |
| | Inform these Databases that we are the new administrator |
| | Ask database manager to update NTAS and copy JAM in your request |
| | **New funds - Database listing - by whom was database listing requested?** |
| | Legal has requested database code listing with client desk (based on discussions with IM) |
| | **OR** IM has contacted client desk with a request |
| | **OR** Client desk has contacted IM with database listing sheet |
| | (in Client desk/Daily operations/Checklists/Database sheet for listing) |
| | To list funds follow Database listing checklist (see next page) |
| | Update IM address details and IM contact details in Outlook/ IM contact details |
| | Prepare Instruction sheet with the Database info and info from NTAS |
| | Add to list of Memoranda |
| | File the hard copies of the documentation in New funds/Database listing |

| | ISIN for Cayman and BVI Funds | (Regular or Express Service) | ISIN for Bermuda Funds | ISIN for Dutch Funds | ISIN for NON Cayman, BVI, Dutch or Bermuda Funds | Irish Stock Exchange | Telekurs | Bloomberg | | Financial Times (Website only) | Financial Times (Newspaper) | International Herald Tribune | Il Sole 24 Ore | Reuters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | NAV | AUM | | | | | |
| Requested | | | | | | | | | | | | | | |
| Received | | | | | | | | | | | | | | |
| Forwarded to requestor | | | | | | | | | | | | | | |
| Forwarded to Database Manager | | | | | | | | | | | | | | |
| Updated Instruction Sheet | | | | | | | | | | | | | | |
| Updated DocTrack | | | | | | | | | | | | | | |
| Forwarded ISIN to other Databases | | | | | | | | | | | | | | |
| Forwarded Valoren to other Databases | | | | | | | | | | | | | | |

**Costs and Fees**

**Telekurs** - only NAV is listed
This service is free of charge
Please send an email to: Outlook/IRG Publication contacts/Telekurs - contact for Valoren req.
Ask for Valoren number and attach Prospectus
Most of the times you will receive an answer within 24 hours

**Bloomberg** - NAV and Net Assets can be listed
This service is free of charge
Please send an email to: Outlook/IRG NAV reporting/Bloomberg helpdesk - ticker request
Ask for Bloomberg ticker, attach Prospectus and inform Bloomberg about the starting
NAV figure and NAV date
Most of the times you will receive an answer within 24 hours
Depending on the IM decision we will list either only NAV or NAV+Net Assets

**ISIN - For Cayman and BVI registered funds**
regular service - USD 175 - ISIN received after payment
Express service - USD 200 - ISIN received within 5 hours
Please send an email to: Outlook/IRG Publication contacts/ISIN codes - Cayman **or** ISIN codes - BVI
Ask for ISIN and attach Prospectus
Ask for standard service unless the IM wants to receive the ISIN asap (inform IM of extra charge)

ANWAR-C-ESI-00636703.0008

| | |
|---|---|
| You should receive an invoice within 24 hours | |
| Ask accounting to make a payment and inform you once payment was done | |
| CISE will provide you with the ISIN and Cusip once they receive a payment | |
| | |
| **ISIN  - For funds that are not registered in Cayman Islands, BVI, Bermuda or Netherlands** | |
| Charge - USD 127 | |
| Please send an email to: Outlook/IRG Publication contacts/ISIN codes - Non Cayman, non BVI and non Dutch | |
| Ask for ISIN and attach Prospectus | |
| Standard & Poors will first provide you with an ISIN and they they will send you the invoice | |
| They do not always answer, you need to send them reminders regularly | |
| It helps to put "Urgent" in the subject | |
| Ask accounting to make a payment once invoice is received | |
| | |
| **ISIN  - For funds that are registered in The Netherlands** | |
| Free of Charge | |
| Please send an email to: Outlook/IRG Publication contacts/ISIN codes - Dutch | |
| Ask for ISIN and attach Prospectus | |
| | |
| **ISIN  - For funds that are registered in Bermuda** | |
| USD 300 - ISIN received after payment | |
| Please send an email to: Outlook/IRG Publication contacts/ISIN codes - Bermuda | |
| Ask for ISIN and attach Prospectus | |
| Ask accounting to make a payment and inform you once payment was done | |
| BSX will provide you with the ISIN and Cusip once they receive a payment | |
| | |
| **Irish Stock Exchange** | |
| Inform legal that they need to arrange the listing | |
| | |
| **Financial times - website only** | |
| Listing on FT website only is free of charge | |
| Please send an email to: Outlook/IRG NAV Reporting/Financial times [special database] | |
| Make sure that DocTrack in NTAS is updated (done by Supervisor) | |
| | |
| **Financial times - newspaper** | |
| Details of charges are in Database sheet for listing | |
| Please send an email to: Outlook/IRG Publication contacts/Financial times | |
| And ask them to provide you with the latest registration form | |
| Make sure that DocTrack in NTAS is updated (done by Supervisor) | |
| | |
| **International Herald Tribune** | |
| Details of charges are in Database sheet for listing | |
| Please send an email to: Outlook/IRG Publication contacts/IHT Listing | |
| And ask them to provide you with the latest registration form | |
| Make sure that DocTrack in NTAS is updated (done by Supervisor) | |
| | |
| **Il Sole 24 Ore** | |
| Details of charges are in Database sheet for listing | |
| Please send an email to: Outlook/IRG Publication contacts/Il Sole 24 | |
| And ask them to provide you with the latest registration form | |
| Make sure that DocTrack in NTAS is updated (done by Supervisor) | |
| | |
| **Reuters - NAV and Net Assets can be listed** | |
| Please send an email to: Outlook/IRG Publication contacts/Reuters | |
| Ask for Reuters number and attach Prospectus | |

ANWAR-C-ESI-00636703.0009