# EXHIBIT 25

26. Feb. 2008 11:31                                                                 No. 0409   P. 3/4

Rob 1280
→ S 4127

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-027858
CFSSAI0009215

26. Feb. 2008 11:31                                                                No. 0409   P. 4/4

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. 2O6102900
Contribution Date: 27-Feb-08, 200_
Additional Contribution Amount: U.S. $ 900,000

Changes to Subscription Agreement: [✓] None
[ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 25 day of Feb, 200 8.

| Corporate, Partnership, Trust or Account Subscribers | Individual Subscribers |
|---|---|
| CITCO GLOBAL CUSTODY N.V. 2O6 102900 | |
| Name of Entity (Print) | Name (Print) |
| By: CITCO BANK NEDERLAND N.V. | |
| Signature _Nunzio Roman_ | Signature |
| Name (Print) | Name of Joint Purchaser, If Any (Print) |
| Title | Signature |
| Telephone: | Telephone: |
| Fax: | Fax: |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
Name: _____
Title: _____

RR-3

CFSE-TRST-027859
CONFIDENTIAL
CFSSAI0009216

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM 1043 BW
NETHERLANDS

mPe

ONTVANGEN KOERIER
2 7 FEB. 2008

REF : 1250    - S004127    FAIRFIEL

CONFIDENTIAL

CFSE-TRST-027860