# EXHIBIT 33

Rob 1250
→ S 4233

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-045484

CFSSAJ0011829

# SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

**Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital.** New Subscription Information:

Subscriber: __CITCO GLOBAL CUSTODY N.V. Ref 102900__
Contribution Date: __02-06__, 200__8__
Additional Contribution Amount: U.S. $ __50,000 Shares__

Changes to Subscription Agreement:   [✓] None
                                      [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this __14TH__ day of __May__, 200__8__.

**Corporate, Partnership, Trust or Account Subscribers**     **Individual Subscribers**

__CITCO GLOBAL CUSTODY N.V. Ref 102900__                    _____
Name of Entity (Print)                                       Name (Print)

By: __CITCO BANK NEDERLAND N.V.__                            _____
Signature                                                    Signature

_____                              _____
Name (Print)                                                 Name of Joint Purchaser, If Any (Print)

_____                              _____
Title                                                        Signature

Telephone: _____                                   Telephone: _____
Fax: _____                                         Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200__.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

CFSE-TRST-045485
CFSSAJ0011830