# EXHIBIT 37

Citco Bank Nederland  1/21/2008 5:16:09 PM    PAGE    3/005    Fax Server

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SIGMA LIMITED**
c/o Citco Fund Services (Europe) B.V.
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-056957

CFSSAK0002278

Citco Bank Nederland 1/21/2008 5:16:09 PM      PAGE    4/005    Fax Server

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SIGMA LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sigma Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: Citco Global Custody NV Ref 102900 Ac: Redacted _ Redacted 0420
Contribution Date: _____, 2008
Additional Contribution Amount: 290 Shares EUR

Changes to Subscription Agreement:    [✓] None
                                       [ ] Yes, as follows:

_____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 16th day of January 2008.

**Corporate, Partnership, Trust or Account Subscribers**     **Individual Subscribers**

Citco Global Custody NV Ref 102900 Ac: Redacted _ Redacted 0424
Name of Entity (Print)                                         Name (Print)

By: _____                                 _____
    Signature Andrew Hynes                                      Signature
    Authorised Signatory                                        Irene Dalton - Manager Transfers

_____                                       _____
Name (Print)                                                    Name of Joint Purchaser, If Any (Print)

RR-5

CONFIDENTIAL                                                                    CFSE-TRST-056958

CFSSAK0002279

Citco Bank Nederland 1/21/2008 5:16:09 PM PAGE 5/005 Fax Server

|  |  |
|---|---|
| Title _____ | Signature _____ |
| Telephone: Tel: +353 21 432 4932 | Telephone: _____ |
| ~~Fax: +353 21 491 0335~~ | |
| Fax: _____ | Fax: _____ |
| E-mail: tradeconfirm@citco.com | |

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SIGMA LIMITED

By: _____
 Name: _____
 Title: _____

RR-6

CONFIDENTIAL                                                                                         CFSE-TRST-056959

CFSSAK0002280