# EXHIBIT 46

24. Dec. 2007 12:54     Citco Bank                                              No. 6409    P. 3/4

Rob 1250
→ S4053

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL

CFSE-TRST-127604
CFSSAM0033296

24. Dec. 2007 12:54    Citco Bank                                No. 6409    P. 4/4

### SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: CITCO GLOBAL CUSTODY N.V. R06102900
Contribution Date: 27 Dec, 2007
Additional Contribution Amount: U.S. $ 100,000

Changes to Subscription Agreement:   [✓] None
                                     [ ] Yes, as follows: _____

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 21 day of Dec, 2007

Corporate, Partnership, Trust or Account Subscribers        Individual Subscribers

CITCO GLOBAL CUSTODY N.V. R06102900                         _____
Name of Entity (Print)                                      Name (Print)

By: CITCO BANK NEDERLAND N.V.
    Signature                                               Signature
    Nurgis Roman
    Name (Print)                                            Name of Joint Purchaser, If Any (Print)
    C.T.
    Title                                                   Signature

Telephone: _____                                  Telephone: _____

Fax: _____                                        Fax: _____

SUBSCRIPTION ACCEPTED AS OF _____, 200_.

FAIRFIELD SENTRY LIMITED

By: _____
    Name: _____
    Title: _____

RR-3

CONFIDENTIAL

CFSE-TRST-127605
CFSSAM0033297

mé

FAIRFIELD GROUP
ATTN: JUDITH TERLIEN
TELESTONE 8 - TELEPORT
NARITAWEG 165
AMSTERDAM 1043 BW
NETHERLANDS

Dec 07

REF : 1250    - S004053    FAIRFIEL

CONFIDENTIAL

CFSE-TRST-127606

CFSSAM0033298