**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>    Defendant. | Adv. Pro. No. 11-02929 (CGM) |

## CERTIFICATE OF SERVICE

  I hereby certify that on January 9, 2023, the following documents were filed electronically:

- *Letter to the Honorable Cecelia G. Morris regarding exhibit to Declaration of Dean D. Hunt in Support of Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss; and*

- *Declaration of Dean D. Hunt in Support of Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: January 10, 2023
      New York, New York

      By: */s/ David J. Sheehan*
      BAKER & HOSTETLER LLP
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: 212.589.4200
      Facsimile: 212.589.4201
      David J. Sheehan
      Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Gregory F. Hauser
Jascha D. Preuss
Wuersch & Gering LLP
Email: gregory.hauser@wg-law.com
Email: jascha.preuss@wg-law.com
Attorney For: LGT BANK IN LIECHTENSTEIN