**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    *Plaintiff-Applicant*,<br><br>    -v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    *Defendant.* | Adv. Pro. No. 08-01789 (CGM)<br><br>**SIPA Liquidation**<br><br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    *Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    *Plaintiff*,<br><br>    -v-<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>    *Defendant*. | Adv. Pro. No. 11-02929 (CGM) |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 9th day of January, 2023, I caused Defendant LGT Bank in Liechtenstein LTD.'s Reply Memorandum of Law to be served electronically by filing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

[*Signature on the following page*]

1

Dated: January 10, 2023 **WUERSCH & GERING LLP**

*/s/ Gregory F. Hauser*
Gregory F. Hauser
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Gregory.Hauser@WG-Law.com
*Counsel for Defendant LGT Bank in Liechtenstein, LTD.*