**LATHAM & WATKINS LLP**
Christopher R. Harris
Thomas J. Giblin
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Hearing Date: May 17, 2023
Opposition Date: March 13, 2023
Reply Date: April 27, 2023

*Attorneys for* ABN AMRO RETAINED NOMINEES (IOM) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ABN AMRO RETAINED NOMINEES (IOM) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited, and PLATINUM ALL WEATHER FUND LIMITED,<br><br>Defendants. | Adv. Pro. No. 12-01697 (CGM) |

**NOTICE OF HEARING ON MOTION TO DISMISS AMENDED COMPLAINT**

PLEASE TAKE NOTICE, that on January 12, 2023, Defendant ABN AMRO Retained Nominees (IOM) Limited, f/k/a ABN AMRO fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited ("IOM Nominees") filed a Motion to Dismiss (the "Motion") the Amended Complaint of Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, and the substantively consolidated estate of Bernard L. Madoff, individually, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, Dkt. No. 141, with prejudice, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on Thursday, May 17, 2023 at 10:00 A.M., before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 621, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE, that the hearing on May 17, 2023 at 10:00 am will be conducted remotely via Zoom. Any party wishing to appear must register their appearance with the eCourt Appearances tool by 4:00 pm at least two business days before the scheduled hearing. The eCourt Appearances tool can be accessed at https://www.nysb.uscourts.gov/ecourt-appearances.

| | |
|---|---|
| Dated:  January 12, 2023<br>New York, New York | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>By:   /s/ Christopher R. Harris<br><br>Christopher R. Harris<br>Thomas J. Giblin<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: christopher.harris@lw.com<br>Email: thomas.giblin@lw.com<br><br>*Attorneys for IOM Nominees* |