# EXHIBIT 4



# fax

| | |
|---|---|
| To | Citco Fund Services (Europe) BV - ATTN Fund Administrator |
| Fax | 00  31 20 572 2610 |
| From | Graham Smith   Tel: 00 44 1624 688367 |
| E-Mail | graham.smith@fortis.co.im |
| Copy to | **pricing@im.fortis.com** |
| Subject | Redemption  Instruction – Fairfield Sigma |
| Date | 29th November 2006 |
| Ref | Re: ABZ (ABZA0051) |
| Pages | 1       (INCL of cover sheet) |

**Merchant Banking**

*Fortis (Isle of Man) Nominees Limited*

PO Box 156

18-20 North Quay

DOUGLAS

Isle of Man

GREAT BRITAIN

IM99 1NR

**T**elephone

+44 (0)1624 688300

**F**ax

+44 (0)1624 688334

www.merchantbanking.fortis.com

Dear Sirs

Please process the following trade request:-

**Shareholder:**   Fortis (IOM) Nominees Ltd Re ABZ.
**Security:**        **Fairfield Sigma Limited**
**Trade Type:**   Redemption
**Value:**             Total Holding (Approx 944.75 shs)
**Trade Date:**   **31st December 2006**

**EUR Wire Details:**

Fortis N.V. Amsterdam
SWIFT: FTSBNL2R
A/C  024.00.13.301
Fortis Prime Fund Solutions Bank (Ireland) Ltd
FFC: Fortis (Isle of Man) Nominees Ltd re ABZ
A/C no 80 000 012 978 001
Re: Fairfield Sigma ABZA0051

Please send an MT103 when sending the payment to FTSBNL2R

**Kindly confirm by return to: Graham.Smith@im.fortis.com and to Pricing@im.fortis.com:**
1/ Receipt of this fax.
2/ Notification of any further documentation required from us in order to complete this redemption.

Best regards

Graham Smith
**Banking & Custody Manager**

_____          _____
**Authorised Signatory**          **Authorised Signatory**

Please advise immediately if poor quality or not all copies received.
The information in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If you have received this communication in error please immediately notify us by telephone.

Reg name: Fortis Prime Fund Solutions (IOM) Limited. Reg No: Isle of Man 057344C VAT No: 001 0289 41
Directors: A. W. Elfers (Dutch), K. W. Doyle, M. D. Kelly, S. L. Novo Iglesias
Licensed by the Isle of Man Financial Supervision Commission for Investment Business