**Hearing Date: May 17, 2023**
**Objections Date: March 13, 2023**
**Reply Date: April 27, 2023**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> *Plaintiff-Applicant*, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> *Defendant*. | Adv. Proc. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> *Plaintiff*, <br> v. <br><br> ABN AMRO RETAINED NOMINEES (IOM) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited, and PLATINUM ALL WEATHER FUND LIMITED, <br><br> *Defendants*. | Adv. Proc. No. 12-01697 (CGM) |

**NOTICE OF HEARING ON PAWFL'S**
**MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that on January 12, 2023, Platinum All Weather Fund

Limited ("**PAWFL**"), filed its Motion to Dismiss the Complaint in the above-captioned action

pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on Wednesday, May 17, 2023 at 10:00 a.m. (prevailing Eastern time) before the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time on the day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on September 2, 2022 (ECF No. 140), all papers responsive to PAWFL's Motion to Dismiss the Complaint shall be served and filed no later than March 13, 2023, and all reply papers in further support of PAWFL's Motion to Dismiss the Complaint shall be served and filed no later than April 27, 2023.

Dated: New York, New York
January 12, 2023

                                        */s/Scott B. Schreiber*

Scott B. Schreiber
Rosa J. Evergreen (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

- and -

Kent A. Yalowitz
Daniel R. Bernstein
Lucas B. Barrett
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Defendant Platinum All Weather Fund Limited*

3