UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          *Plaintiff-Applicant*,<br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                               *Defendant*. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                               *Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                               *Plaintiff*,<br>            v.<br><br>ABN AMRO RETAINED NOMINEES (IOM) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited, and PLATINUM ALL WEATHER FUND LIMITED,<br><br>                               *Defendants*. | Adv. Proc. No. 12-01697 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, the Notice of Motion to Dismiss the Complaint of Platinum All Weather Fund Limited, ("**PAWFL**"), the accompanying Memorandum of Law in Support of PAWFL's Motion to Dismiss the Complaint, the accompanying Declaration

of Lucas B. Barrett in Support of PAWFL's Motion to Dismiss the Complaint and all exhibits thereto, and the accompanying Notice of Hearing were served by filing them via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
       January 12, 2023

                              /s/Scott B. Schreiber

Scott B. Schreiber
Rosa J. Evergreen (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

      - and -

Kent A. Yalowitz
Daniel R. Bernstein
Lucas B. Barrett
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Defendant Platinum All Weather Fund Limited*