# Exhibit A[1]

| 12/22/2022 | 146 | Transcript regarding Hearing Held on 12/14/2022 At 11:20 AM RE: Motion To Dismiss Adversary Proceeding.; etc. Remote electronic access to the transcript is restricted until 3/22/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/29/2022. Statement of Redaction Request Due By 1/12/2023. Redacted Transcript Submission Due By 1/23/2023. Transcript access will be restricted through 3/22/2023. (Ramos, Jonathan) (Entered: 12/22/2022) |

---

[1] 12/14/2022 Hearing Transcript was served on all parties counsel via e-mail. Transcript access will be available on 3/22/2023.