**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Torello H. Calvani
Dean D. Hunt
Marie Carlisle
Farrell Hochmuth

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01577 (CGM) |
| Plaintiff, | |
| v. | |
| UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG, | |
| Defendants. | |

## STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT ON NON-JURISDICTIONAL ARGUMENTS

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the estate of Bernard L. Madoff, and Defendant UBS Europe SE ("Defendant," together with the Trustee, the "Parties") by and through their respective undersigned counsel stipulate and agree as follows:

**WHEREAS**, on September 15, 2022, Defendant filed a motion to dismiss the Trustee's Amended Complaint (the "Motion") [ECF No. 114], with a memorandum of law [ECF No. 115], and the Declaration of Marshall R. King [ECF No. 116]; on November 14, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 121] and the Declaration of Dean D. Hunt [ECF No. 122] (the "Opposition"); and on December 21, 2022, Defendant filed a reply in further support of its Motion [ECF No. 125] (together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Motion on January 18, 2023, at 10:00 am; and

**WHEREAS**, the Parties have conferred and agree to rest on their papers for all issues in the Motion except for personal jurisdiction ("Non-Jurisdictional Issues") and waive oral argument on the Motion with respect to the Non-Jurisdictional Issues.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Non-Jurisdictional Issues at the January 18, 2023 hearing.

2. The Parties request the Court issue its ruling based on the Briefing for the Non-

Jurisdictional Issues.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: January 13, 2023
      New York, New York

| **BAKER & HOSTETLER LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By: /s/ *Dean D. Hunt* <br> Baker & Hostetler LLP <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Dean D. Hunt <br> Email: dhunt@bakerlaw.com <br> Marie L. Carlisle <br> Email: mcarlisle@bakerlaw.com | By: /s/ *Marshall R. King* <br> Marshall R. King <br> Gabriel Herrmann <br> Keith R. Martorana <br><br> 200 Park Avenue <br> New York, New York 10166 <br> Tel.: (212) 351-4000 <br> mking@gibsondunn.com <br> gherrmann@gibsondunn.com <br> kmartorana@gibsondunn.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant UBS Europe SE* |



**Dated: January 17, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**