**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                  Plaintiff,<br>v.<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>                  Defendant. | Adv. Pro. No. 11-02929 (CGM) |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and Defendant LGT Bank in Liechtenstein Ltd. ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on September 29, 2022, Defendant filed a Motion to Dismiss the Trustee's Complaint (the "Motion") [ECF No. 99], with a Memorandum of Law [ECF No. 100], the Declaration of Gregory F. Hauser [ECF No. 101], and a Notice of Hearing [ECF No. 102]; on October 5, 2022, Defendant filed an Amended Notice of Motion to Dismiss [ECF No. 104], with an Amended Notice of Hearing [ECF No. 105]; on December 5, 2022, the Trustee filed an Opposition to Defendant's Motion [ECF No. 108], and the Declaration of Dean D. Hunt [ECF No. 109]; on January 9, 2023, Defendant filed a Reply in further support of its Motion [ECF No. 113]; and on January 9, 2023, the Trustee filed a letter concerning the corrected Declaration of Dean D. Hunt [ECF No. 114], and the corrected Declaration of Dean D. Hunt [ECF No. 115] (collectively, the "Briefing");

**WHEREAS**, the Defendant noticed a hearing to consider the Motion, to be held on January 18, 2023, at 10:00 am; and

**WHEREAS**, the Parties have conferred and agree to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 a.m. on January 18, 2023 to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: January 13, 2023
New York, New York

| **BAKER & HOSTETLER LLP** | **WUERSCH & GERING LLP** |
|---|---|

By: */s/ Dean D. Hunt*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com
Marie L. Carlisle
Email: mcarlisle@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Gregory F. Hauser*
Gregory F. Hauser
Jascha D. Preuss
100 Wall Street, 10th Floor
New York, New York 10005
Telephone: (212) 509-5050
Gregory.Hauser@WG-Law.com
Jascha.Preuss@WG-Law.com

*Attorneys for Defendant LGT Bank in Lichtenstein Ltd.*



**Dated: January 17, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**