**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 18, 2023 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **12-01577; Picard v. UBS Europe SE, et al.**

    A. Memorandum of Law in Support of Defendant UBS Europe SE's Motion to Dismiss the Amended Complaint filed by Marshall R. King on behalf of UBS Europe SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG (Filed: 9/15/2022) [ECF No. 115]

B.     Declaration of Marshall R. King in Support of UBS Europe SE's Motion to Dismiss the Amended Complaint filed by Marshall R. King on behalf of UBS Europe SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG (Filed: 9/15/2022) [ECF No. 116]

**Opposition Due**:     November 14, 2022

**Opposition Filed**:

C.     Trustee's Memorandum of Law in Opposition to Defendant UBS Europe SE's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/14/2022) [ECF No. 121]

D.     Declaration of Dean Hunt in Support of Trustee's Memorandum in Opposition to Defendant UBS Europe SE's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/14/2022) [ECF No. 122]

**Replies Due**:     December 21, 2022

**Replies Filed**:

E.     Defendant UBS Europe SE's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Amended Complaint filed by Marshall R. King on behalf of UBS Europe SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG (Filed: 12/21/2022) [ECF No. 125]

**Related Documents**:

F.     Stipulation and Order signed on 9/2/2022. (DuBois, Linda) (Entered: 09/02/2022) [ECF No. 108]

G.     Notice of Defendant UBS Europe SE's Motion to Dismiss the Amended Complaint filed by Marshall R. King on behalf of UBS Europe SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG (Filed: 9/15/2022) [ECF No. 114]

H.     Notice of Hearing on UBS Europe SE's Motion to Dismiss the Amended Complaint filed by Marshall R. King on behalf of UBS Europe SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG (Filed: 9/15/2022) [ECF No. 117]

  I. Stipulation and Order to Waive Oral Argument on Non-Jurisdictional Arguments signed on 1/17/2023 (DuBois, Linda) (Entered: 01/17/2023) [ECF No. 129]

  **Status**: This matter is going forward.

Dated: January 17, 2023
   New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*