James V. Masella, III
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
jmasella@pbwt.com

*Counsel for Naidot & Co. and Bessemer Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | No. 08-01789 (CGM)<br><br>SIPA Litigation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>NAIDOT & CO. and BESSEMER TRUST COMPANY,<br><br>       Defendants. | Adv. Pro. No. 11-02733 (CGM) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that counsel listed below hereby appear in the above captioned case on behalf of Naidot & Co. and Bessemer Trust Company and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following addresses, telephone, and facsimile numbers:

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
James V. Masella, III
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: jmasella@pbwt.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, and answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

| | |
|---|---|
| Dated: January 18, 2023<br>New York, New York | Respectfully submitted,<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br>By: */s/ James V. Masella, III*<br><br>James V. Masella, III<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone:  (212) 336-2000<br>Facsimile:  (212) 336-2222<br>Email: jmasella@pbwt.com<br><br>*Attorneys for Naidot & Co. and Bessemer Trust Company* |