# Exhibit 3

# Short Form Subscription Agreement
## For Existing Shareholders

**FAIRFIELD SENTRY LIMITED**
c/o Citco Fund Services (Europe) B.V
Telestone 8 - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Telephone: (31-20) 572-2100
Facsimile: (31-20) 572-2610

CONFIDENTIAL                                                                ANWAR-CFSE-00887499

## SHORT FORM SUBSCRIPTION AGREEMENT

**THIS APPLICATION IS TO BE USED ONLY BY EXISTING REGISTERED SHAREHOLDERS OF FAIRFIELD SENTRY LIMITED PURCHASING ADDITIONAL SHARES IN THE SAME REGISTERED NAME. IT MAY NOT BE USED BY NEW SUBSCRIBERS.**

The undersigned Subscriber (1) is an existing shareholder in Fairfield Sentry Limited ("Fund"), (2) has previously delivered a fully executed Subscription Agreement to the Fund, and (3) desires to subscribe for additional shares in the Fund. By executing in the space below, the undersigned shareholder hereby (1) requests that the Fund accept this short form subscription in lieu of completing an entirely new Subscription Agreement for the additional Shares, (2) reaffirms each and every representation and covenant made by the undersigned in the original Subscription Agreement as of the date hereof, subject only to the changed information set forth below, and (3) represents that if the Subscriber is an entity, the person executing this Agreement has the full power and authority under the Subscriber's governing instruments and has been authorized to do so and the Subscriber has the full power and authority under its governing instruments to acquire Shares of the Fund.

Please contact the Administrator prior to sending documents or funds to ascertain whether the Fund is accepting additional capital. New Subscription Information:

Subscriber: Merrill Lynch Bank (Suisse) SA
Contribution Date: —
Additional Contribution Amount: U.S. $ 500'000.— *

MERRILL LYNCH BANK
(SUISSE) S.A.
As Agent for its Customers
13, route de Florissant
Case postale 3070
1211 GENEVE 3

Changes to Subscription Agreement:   [X] None
                                     [ ] Yes, as follows:

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement on this 30th day of January, 2007.

**Corporate, Partnership, Trust or Account Subscribers**

Name of Entity (Print): Merrill Lynch Bank (Suisse) SA
By:
Signature: _____
Name (Print): Samuel Alvarez / Fernand Coudou
Title: CK / AVP
Telephone: +41 22 703 1563
Fax: +41 22 703 1572

**Individual Subscribers**

Name (Print):
Signature:
Name of Joint Purchaser, If Any (Print):
Signature:
Telephone:
Fax:

SUBSCRIPTION ACCEPTED AS OF _____ 200_

FAIRFIELD SENTRY LIMITED

By:
  Name:
  Title:

RR-3

\* Last subscription we placed : order was sent on 22-02-06

CONFIDENTIAL                                                                                       ANWAR-CFSE-00887500