# Exhibit 4

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

MERRILL LYNCH BANK (SUISSE) SA
18 RUE DES CONTAMINES
CH-1211 GENEVA 3
SWITZERLAND

Fund ID      : 03302
Holder ID    : Redacted 3002
Account ID   : Redacted 1980
Contract No. : Redacted 3902
Date         : Mar-16-2007
Order No.    : Redacted 4202
FAX Number: 0041 22 703 1572
Email        : GABRIELE_ROSSICARRI@ML.COM

GABRIELE ROSSICARRI
Account name: MERRILL LYNCH BANK (SUISSE) SA

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having ISSUED the following voting shares in FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Feb-28-2007 |
| Trade Date | | Mar-01-2007 |
| Value/Cash Date | | Jan-31-2007 |
| Total Consideration | USD | 500,000.00 |
| Net Proceeds | USD | 500,000.00 |
| Subscription Price | | 1,205.3522 |
| No. of voting shares Issued | | 414.8165 |
| Total Consideration Received to Date | USD | 500,000.00 |

Your balance following this transaction will be 12,335.1765 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Telepoort
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                            ANWAR-CFSE-00887490

```
User ID: MFERNANDEZ
==========================================================================
TO: Name: GABRIELE ROSSICARRI
    Company: MERRILL LYNCH BANK (SUISSE) SA
    Fax Phone Number: 0041 22 703 1572
    Contact Phone Number:
    Info Code 1: 1009133              Info Code 2:

Sent to remote ID:
Sent at:Fri Mar 16 18:04:29 2007
Sent on channel 9
Elapsed Time:  0 minutes, 10 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
--------------------------------------------------------------------------
MFERNANDEZ approved fax at Fri Mar 16 17:26:33 2007
--------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00887491

| CITCO FUND SERVICES | OFFSHORE SUBSCRIPTION CHECKLIST - For Internal Use Only | | | |
|---|---|---|---|---|
| Fund name: Fairfield Sentry | Investor's New Issue Status | Eligible ☐ | Restricted ☐ | N/A ☐ (fund does not trade in New Issues) |
| Fund Class / Series: USD | Fund Group ID: 05002 | | Fund ID: 05302 | |
| Holder Name: Merrill Lynch Bank (Suisse) SA | Account Name: | | | |
| Holder ID: Redacted 3802   New? Y/N | Account ID: Redacted 1980   New? Y/N | | Where any new, initials of person who did setup: | |
| Trade Date: March 1, 2007 | NAV Date: Feb. 28, 2007 | | Notes: Hold   Wait   Release | |
| Gross Amount: 500,000.— USD | No of Shares: | | | |
| Load: Yes ☐ No ☐ | Amount: Percentage % | | | |
| Related Party: Yes ☐ No ☐ | New? Y/N   RPID: | | | |

**DOCUMENTATION RECEIVED**

- Instruction received ☑   Request sub doc if required   Received by (circle at least one): Email (Fax) Post
- Sub Doc Required? Yes ☐ No* ☑   date requested   date received   *If not required, state why:
- Full Subscription Documents Scanned   Yes ☐ No ☑
- Verify source doc on file to check signatures. If not on file, request and state here that you have:
- Name Signatories: 1) Alvarez   2) Sendan   (Others if applicable):   Signatures match  Yes ☑  No ☐
- Completed By: SP   Date: 2/22/07   Checked By: MC   Date: 2/22

**COMPLIANCE TO OFFERING DOCS/DIRECTOR'S RESOLUTIONS**

- Notice Period Met? Yes ☐ No ☐   Min Sub Amount Met? Yes ☑ No ☐ (initial or subsequent amount)
- Cash Deadline Met? Yes ☐ No ☐   Min Holding Met? Yes ☐ No ☐
- DR Required? Yes ☐ No ☐   If yes, arrange with relevant for DR to be sent for signing
- DR received? Yes ☐ No ☐   Copy to be filed with legal department ☐   Done, by_____
- OR, If DRs requested quarterly and filed separately and directly with legal team tick here ☐   (resolution reasons still need to be ticked above)

**INVESTOR DETAILS** | YES | NO | **BENEFIT PLAN INVESTOR/ERISA DETERMINATION (Must be completed)**

| | YES | NO | | | |
|---|---|---|---|---|---|
| US Investor (if NO, skip the rest of this section and move to Benefit Plan section) | ☐ | ☑ | Not a Benefit Plan Investor (NBPI) ☐ | Insurance Co with underlying "plan assets" (E-ICGA) | ☐ |
| If YES, US Non Taxable Sub Doc Completed? | ☐ | ☐ | Ben Plan subject to ERISA (ERISA) ☐ | | |
| Accredited Investor? | ☐ | ☐ | Section 4975(e)(1) e.g. IRA, Keogh (E-RC) ☐ | Management Affiliate (IM&A) | ☐ |
| Qualified Purchaser? | ☐ | ☐ | Entity with underlying "plan assets" (E-25%+) ☐ | Is there capacity? Yes ☐ No ☐ | |
| Update Tax ID/SSN on NTAS | ☐ | ☐ | Update account mapping in NTAS with appropriate code | initials | |
| Update Fund's 3c1/3c7 report | ☐ | ☐ | Update Fund's ERISA report (if applicable) | initials | |

**TRADE INPUT**

- Check Order Entry for pending trades/duplicates   Yes ☑
- Send docs to Investment Manager/ or Notify Investment Manager of trade - if applicable   Yes ☑   N/A ☐   IM Approval rec'd & attached - if requested   Yes ☑   N/A ☐
- Trade input into NTAS   Yes ☑   Print Confirmation of Order Rec'd for Review (include in pack)   Order ID Number: Redacted 4208
- Completed By: SP   Date: 2/22/07   Checked By: ___ Date: ___
- Confirmation of Orders Received sent   Investor ☐   Related Party ☐   Date Sent ___
  N/A ☐   N/A is only for where Series Subscription and contract note issued immediately.

**CASH INPUT - FOR USE BY TREASURY TRAINED PERSONNEL**

- Amount Received _____ (date)   Cash Confirm Sent _____ (date)   NOTES:   Remark  Date  Initials
  _____ (date)   Cash Confirm Sent _____ (date)
  (place copy of confirm(s) in trade pack)
- Entered in NTAS by:
- Swift Matches Investor's Name   Yes ☐  No ☐   Advice Letter Needed   Yes ☐ No ☐
- Money from FATF/Prescribed Country   Name   country   Advice Letter Received   date
- Swift is KYC Compliant   Yes ☐ No ☐   Advice Letter is OK   Yes ☐ No ☐
- Address Verified   Yes ☐ No ☐
- Any load fees to pay?   Yes ☐ No ☐   Amount___ Paid___ by___
- *Please complete the above as a check on monies received; all other KYC should be completed with KYC checklist when investor/account created
- Completed By: ___ Date: ___   Checked By: ___ Date: ___

**FINALIZATION**

- Fill orders as at NAV date on NTAS
- Filed By: ___ Date: ___   Checked By: ___ Date: ___
- Contract Note Sent   Yes ☐ No ☐   (place copy of confirm in pack)

**For noting any trade Amendments, Postponements or Cancellations**

- Amendments ☐   Reason:
- Postponements ☐   Reason:
- Cancellations ☐   Reason:   Where cancellation - start up a cancelled trades checklist

**LOCAL OFFICE SECTION & NOTES**

CONFIDENTIAL

ANWAR-CFSE-00887492

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Cash Received

| | |
|---|---|
| Date | : Feb-26-2007 |
| Fund Id | : 03302 |
| Holder Id | : Redacted 3002 |
| Account Id | : Redacted 1980 |
| CFI Cash Id | : Redacted 3302 |
| Order Id | : 4202 |

MERRILL LYNCH BANK (SUISSE) SA
18 RUE DES CONTAMINES
CH-1211 GENEVA 3
SWITZERLAND

FAX Number : 0041 22 703 1572
Email: GABRIELE_ROSSICARRI@ML.COM

GABRIELE ROSSICARRI
Account name: MERRILL LYNCH BANK (SUISSE) SA

**FAIRFIELD SENTRY LIMITED**

We confirm the following receipt in respect of:
FAIRFIELD SENTRY LIMITED

Date Received                                           Jan-31-2007
Amount Received                              USD        500,000.00

The above funds were received by the following account:
Bank Name:              HSBC BANK USA
Bank Address 1:         NEW YORK
Bank Address 2:         USA
ABA Ref.:               021001088
SWIFT Ref.:             MRMDUS33
Further Cr. Num:        Redacted 487
Further Cr. Name:       CITCO BANK NEDERLAND NV DUBLIN BRANCH
Further Cr. SWIFT Ref.: CITCIE2D
Beneficiary Acct No:    Redacted 0501
Beneficiary Name:       FAIRFIELD SENTRY LIMITED

Note : 031084642
Upon finalization of the NAV the trade confirmation will be forwarded to you.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610

*Citco Building*          www.citco.com          Phone: (31-20) 5722100
*Telestone - Teleport*                            Fax:   (31-20) 5722610
*Naritaweg 165*                                   Chamber of Commerce 33253773
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL                                                          ANWAR-CFSE-00887493