# Exhibit 13

| | |
|---|---|
| From: | Lakshmi Chaudhuri [LAKSHMI@fairdomain01.com] |
| Sent: | Monday, October 13, 2003 1:29 PM |
| To: | pierre_giovannini@ml.com |
| Cc: | Lourdes Barreneche; Veronica Barco |
| Subject: | Fairfield Sentry Ltd. (Class B) |
| Attachments: | Sentry Class B info mem 7-03 _8-1-03_.pdf; Sentry B Short Form - Lourdes.pdf; Sentry Class B tear sheet (ug-03) Final.pdf |

Dear Mr. Giovannini,

Thank you very much for your interest in making an investment in Fairfield Sentry Ltd. (Class B). Further to our telephone conversation, we are pleased to confirm the approval for **$150,000** in Fairfield Sentry Ltd. (Class B) for value date October 31, 2003. We have attached the offering memorandum, short-form subscription document (since Merrill Lynch Suisse are existing investors in Class B shares) and tear sheet as of August 2003.


The following are the subscription guidelines related to the investment in Fairfield Sentry Ltd. (Class B):

 - The next available subscription date is October 31, 2003.

- All documents and monies should reach Citco Fund Services (Europe) BV by the third last business date of each month **(October 29, 2003)**


 - The subscription documents should be sent, **VIA FAX**, to the attention of Ms. Indra Angela at Citco Fund Services (Europe) BV. Ms. Angela's coordinates are as follows:

Citco Fund Services (Europe) BV
Telestone 8 - Teleport Naritaweg 165
1043 BW Amsterdam
The Netherlands
Fax: +(31-20) 572-2610
Tel: +(31-20) 572-2110
Email: iangela@citco.com

Please do not hesitate to contact us for any additional information.

Best regards,
Lakshmi Chaudhuri on behalf of LOURDES BARRENECHE

FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450

CONFIDENTIAL                                                                           FGANW005043650

                                                                                       FG-05191179