# Exhibit 16

# FAIRFIELD SENTRY LIMITED

## Class B — August 2003



>> **Investment Approach**

The Fund's investment objective is to achieve capital appreciation through consistent monthly returns. The investment strategy has defined risk and reward parameters. Typically a position will consist of the ownership of 40-45 S&P100 stocks most correlated to that index, the sale of out-of-the-money calls on the index and the purchase of out-of-the-money puts on the index. The sale of the calls is designed to increase the standstill rate of return, while allowing upward movement of the stock portfolio to the strike price of the calls. The puts, funded in large part by the sale of the calls, limit the portfolio's downside. A bullish or bearish bias can be achieved by adjusting the strike prices of the options, overweighting the puts, or underweighting the calls. However, the underlying value of the S&P100 puts is always approximately equal to that of the portfolio of stocks.

>> **Strategy Highlights**

- Thirteen year track record
- Provides long term capital appreciation by delivering short-term gains
- Excellent risk adjusted return
- Single investment strategy
- Highly hedged portfolio

>> **Strategy Performance**

|      | Jan    | Feb    | Mar   | Apr    | May    | Jun   | Jul    | Aug    | Sep   | Oct   | Nov    | Dec    | YTD    |
|------|--------|--------|-------|--------|--------|-------|--------|--------|-------|-------|--------|--------|--------|
| 1990 |        |        |       |        |        |       |        |        |       |       |        | 2.77%  | 2.77%  |
| 1991 | 3.01%  | 1.40%  | 0.52% | 1.32%  | 1.82%  | 0.30% | 1.98%  | 1.00%  | 0.73% | 2.75% | 0.01%  | 1.56%  | 17.64% |
| 1992 | 0.42%  | 2.72%  | 0.94% | 2.79%  | -0.27% | 1.22% | -0.09% | 0.86%  | 0.33% | 1.33% | 1.36%  | 1.36%  | 13.72% |
| 1993 | -0.09% | 1.86%  | 1.79% | -0.01% | 1.65%  | 0.79% | 0.02%  | 1.71%  | 0.28% | 1.71% | 0.19%  | 0.39%  | 10.75% |
| 1994 | 2.11%  | -0.44% | 1.45% | 1.75%  | 0.44%  | 0.23% | 1.71%  | 0.35%  | 0.75% | 1.81% | -0.64% | 0.60%  | 10.57% |
| 1995 | 0.85%  | 0.69%  | 0.78% | 1.62%  | 1.65%  | 0.43% | 1.02%  | -0.24% | 1.63% | 1.53% | 0.44%  | 1.03%  | 12.04% |
| 1996 | 1.42%  | 0.66%  | 1.16% | 0.57%  | 1.34%  | 0.15% | 1.86%  | 0.20%  | 1.16% | 1.03% | 1.51%  | 0.41%  | 12.08% |
| 1997 | 2.38%  | 0.67%  | 0.80% | 1.10%  | 0.57%  | 1.28% | 0.68%  | 0.28%  | 2.32% | 0.49% | 1.49%  | 0.36%  | 13.10% |
| 1998 | 0.85%  | 1.23%  | 1.68% | 0.36%  | 1.69%  | 1.22% | 0.76%  | 0.21%  | 0.98% | 1.86% | 0.78%  | 0.26%  | 12.52% |
| 1999 | 1.99%  | 0.11%  | 2.22% | 0.29%  | 1.45%  | 1.70% | 0.36%  | 0.87%  | 0.66% | 1.05% | 1.54%  | 0.32%  | 13.29% |
| 2000 | 2.14%  | 0.13%  | 1.77% | 0.27%  | 1.30%  | 0.73% | 0.58%  | 1.26%  | 0.18% | 0.86% | 0.62%  | 0.36%  | 10.67% |
| 2001 | 2.14%  | 0.08%  | 1.07% | 1.26%  | 0.26%  | 0.17% | 0.38%  | 0.94%  | 0.66% | 1.22% | 1.14%  | 0.12%  | 9.82%  |
| 2002 | -0.04% | 0.53%  | 0.39% | 1.09%  | 2.05%  | 0.19% | 3.29%  | -0.14% | 0.06% | 0.66% | 0.10%  | 0.00%  | 8.43%  |
| 2003 | -0.35% | -0.05% | 1.85% | 0.03%  | 0.90%  | 0.93% | 1.37%  | 0.16%  |       |       |        |        | 4.92%  |

>> **B Class Performance**

|      | Jan | Feb    | Mar   | Apr   | May   | Jun   | Jul   | Aug   | Sep | Oct | Nov | Dec | YTD   |
|------|-----|--------|-------|-------|-------|-------|-------|-------|-----|-----|-----|-----|-------|
| 2003 |     | -0.05% | 1.85% | 0.03% | 0.90% | 0.93% | 1.37% | 0.16% |     |     |     |     | 5.29% |

>> **Comparative Analysis**

|                                  | Strategy | S&P 500 | Lehman  |
|----------------------------------|----------|---------|---------|
| Compound Annual Returns          | 11.94%   | 11.65%  | 7.91%   |
| YTD Compound Returns             | 4.92%    | 15.85%  | 1.06%   |
| Annual Standard Deviation        | 2.67%    | 14.78%  | 3.85%   |
| Correlation (Strategy vs. Index) |          | 0.31    | 0.08    |
| Sharpe Ratio                     | 2.85     | 0.50    | 0.93    |
| Worst Drawdown                   | -0.64%   | -44.73% | -5.15%  |
| Months to Recover                | 2        | unrecovered | 8   |
| Percentage of Up Months          | 92.81%   | 64.71%  | 71.90%  |

>> **Terms and Conditions**

Investment Manager: Fairfield Greenwich (Bermuda) Ltd.

Fees:  Management 1%
       Performance 20%

Current NAV: $1,052.9186

Minimum Investment: $100,000

Subscriptions & Redemptions: Monthly

Net Assets:  Class B: $115.7 Million
             Class A: $ 4.1 Billion

Administrator: Citco Fund Services (Europe) B.V.

ISIN Number: VGG3299L1186

B Class inception: February 1, 2003

www.fggus.com

CONFIDENTIAL

FGANW005043723

FG-05191252

# FAIRFIELD SENTRY LIMITED

## Class B

**FGG**

>> **Compound Return**



New York Office
919 Third Avenue
11th Floor
New York, NY 10022
Tel: (212) 319-6060
Fax: (212) 319-0450
E-mail: main@fggus.com

London Office
32 Dover Street
5th Floor
London W1S 4NE
Tel: 44 207 409 0090
Fax: 44 207 409 3090
Email: main@fgguk.com

Bermuda Office
2 Church Street
Suite 606
Hamilton, Bermuda HM11
Tel: (441) 292-5401
Fax: (441) 292-5413
Email: main@fggbm.com

Greenwich Office
2 Soundview Drive
Greenwich, CT 06830
Tel: (203) 629-8494
Fax: (203) 629-1395
Email: main@fggus.com

Miami Office
80 S.W. 8th Street
Suite 2018
Miami, FL 33130
Tel: (305) 373-8123
Fax: (305) 373-8113
E-mail: main@fggus.com

Rio Office
Ataulfo de Paiva 482
Suite 603
Leblon 22440-030
Rio de Janeiro, RJ Brazil
Tel: 55 21 2511 5783/5909
Fax: 55 21 2249 9505

Lugano Office
Via Maderno 6
6900 Lugano
Switzerland
Tel: 41 91 912 1069
Fax: 41 91 912 1066

Madrid Representative Office
Invercounsel, S.L.
Salustiano Olozaga #4
Bajo Derecha
28001 Madrid, Spain
Tel: (3491) 578-1804
Fax: (3491) 577-3043
Email: ordonez.counsel@terra.es

Rotterdam Representative Office
Stockpart B.V.
Veerhaven 16
3016 CJ Rotterdam
The Netherlands
Tel: (3110) 436-3634
Fax: (3110) 436-0095
Email: fgg@planet.nl

www.fggus.com

The Fairfield Greenwich Group ("FGG") was established in 1983 and has over $5.5BN employed in alternative asset management funds. Throughout its history, the firm has internally managed its own alternative asset funds and selectively identified external managers for exclusive affiliations where it serves as a comprehensive marketing and distribution partner. FGG funds seek to deliver moderate returns with low volatility uncorrelated to broad market indices. Capital preservation and portfolio liquidity are primary objectives. The firm provides investment services to more than 700 shareholders of record who represent thousands of investors worldwide. FGG is headquartered in New York, with a significant presence in London and Bermuda. Marketing and client support offices exist in other locations in the US, Europe, and Latin America.

>> **IMPORTANT NOTICE**

Performance from December 1, 1990 to January 31, 2003 represents the performance of Class A shares of the Fund, which have the same investment objective and strategy as the Class B shares, but a have a different fee structure, and the performance returns for this period have been adjusted to reflect the current fee structure of the Class B shares.

The Fund's performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of the Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in the Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. An investor could lose all or substantially all of his or her investment. The Fund's fees and expenses may offset the Fund's trading profits. Prospective investors should carefully review the risks described in the Confidential Offering Memorandum.

The S&P 500 Index consists of 500 stocks chosen for market size, liquidity and industry group representation. The Lehman Brothers Aggregate Bond Index is a benchmark index made up of the Lehman Brothers Government/Corporate Bond Index, Mortgage-Backed Securities Index, and Asset-Backed Securities Index, including securities that are of investment-grade quality or better, have at least one year to maturity, and have an outstanding par value of at least $100 million.

Fairfield Greenwich (UK) Limited is regulated by the FSA.

CONFIDENTIAL

FGANW005043724
FG-05191253