# Exhibit 17

| | |
|---|---|
| From: | Brocard, Antonin (MLBS.Geneva) [BrocaAn@exchange.mlbs.ch.ml.com] |
| Sent: | Tuesday, July 20, 2004 6:34 AM |
| To: | 'lourdes@fggus.com' |
| Subject: | RE: FGG Monthly Fund Reports |

Dear Lourdes,

Good Morning, I hope you are well. Would you please be able to provide me with a login name and a password for your web site to access the hedge funds factsheets.

Many thanks

**Antonin Brocard**
Vice President
Merrill Lynch Bank (Suisse)

13, route de Florissant
1211 Geneva 3
Switzerland
(+41) 22 703 1964

-----Original Message-----
**From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
**Sent:** mardi, 20. juillet 2004 08:29
**To:** Antonin Brocard
**Subject:** FGG Monthly Fund Reports


 Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: Lourdes Barreneche**

---

**Monthly Fund Reports**

---

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

1

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information | Monthly Tear Sheet | Webcast with Transcript | Other Info |
|---|---|---|---|---|---|---|---|---|---|
| Arlington International Fund, Ltd. | Event Driven | 06/30/04 | $152.97 (F) | 0.73% (F) | 2.94% (F) | PDF Format | URL | URL | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Arlington International Fund, Ltd. (Euro) | Event Driven | 06/30/04 | €104.74 (F) | 0.81% (F) | 3.35% (F) | | URL | URL | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Greenwich - FFTW DAF Dollar Class E | Fixed Income Arbitrage | 06/30/04 | $1,079.25 (F) | 0.68% (F) | 1.60% (F) | PDF Format | | | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Greenwich - FFTW DAF Euro Class F | Fixed Income Arbitrage | 06/30/04 | €1,094.01 (F) | 0.77% (F) | 2.07% (F) | PDF Format | | | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Dover Fund Ltd Class P1 | Thematic Long/Short Equity | 06/30/04 | $909.65 (F) | 0.18% (F) | -9.04% (F) | PDF Format | | | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield GMO PCS Class B Restricted (USD) | Market Neutral Long/Short Equity | 06/30/04 | $953.96 (F) | 1.07% (F) | -0.37% (F) | PDF Format | | | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Paradigm Fund Ltd Dollar Class P-1 Shares | Thematic Long/Short Equity | 06/30/04 | $1,019.90 (F) | 1.19% (F) | 1.99% (F) | PDF Format | | | |

**Notes:** Commenced Operations May 1, 2004

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Redstone Fund, Ltd. Class A-1 Restricted | Thematic Long/Short Equity | 06/30/04 | $1,341.32 (F) | 2.61% (F) | 8.03% (F) | PDF Format | | | |

**Notes:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Sentry, Ltd. (Class A) | Split Strike Conversion | 06/30/04 | $995.50 (F) | 1.28% (F) | 3.93% (F) | PDF Format | URL | | |

**Notes:**

CONFIDENTIAL

FGANW005414399
FG-05561412

Fairfield Sentry, Ltd. (Class B)    Split Strike Conversion    06/30/04    $1,114.41 (F)    1.21% (F)    3.52% (F)    PDF Format    URL

**Notes:**

Fairfield Sigma, Ltd. (Class A)    Split Strike Conversion    06/30/04    €151.28 (F)    1.30% (F)    4.16% (F)    PDF Format    URL

**Notes:**

Fairfield Sigma, Ltd. (Class B)    Split Strike Conversion    06/30/04    €107.45 (F)    1.23% (F)    3.54% (F)    PDF Format    URL

**Notes:**

NGA Fairfield Limited (Initial Series)    Distressed    06/30/04    $163.75 (F)    2.75% (F)    3.64% (F)    PDF Format

**Notes:**

Whiteford International, Ltd. (Class B)    Thematic Long/Short Equity    06/30/04    $107.63 (F)    0.40% (F)    -0.37% (F)    PDF Format

**Notes:**

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| Dow Jones Industrial Average | 06/30/04 | 2.42% | -0.18% |
| Lehman Aggregate Bond Index | 06/30/04 | 0.56% | 0.14% |
| S&P 500 Index (DRI) | 06/30/04 | 1.94% | 3.44% |

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

=================================================================================

If you are not an intended recipient of this e-mail, please notify

CONFIDENTIAL

FGANW005414400

FG-05561413

the sender, delete it and do not read, act upon, print, disclose,
copy, retain or redistribute it.

Click here for important additional terms relating to this e-mail.
<http://www.ml.com/email_terms/>

==========================================================================
=

CONFIDENTIAL

FGANW005414401

FG-05561414