# Exhibit 18

| | |
|---|---|
| From: | Gonzalez, Mathias (MLBS.Geneva) [mathias_gonzalez@ml.com] |
| Sent: | Thursday, August 26, 2004 11:44 AM |
| To: | lourdes@fggus.com |
| Subject: | FW: FGG Weekly Fund Reports |

Hola Lourdes,

This email serves both as a thank you for all the information you gave me yesterday over the phone and as a request for you to add me to your mailing list so that I too, may receive FGG's Weekly Fund Reports.

It was a pleasure speaking with you yesterday. I look foward to mainting contact with you in the near future.

Best Regards,

Mathias


-----Original Message-----
**From:** Salcedo, Freddy (MLBS.Geneva) [mailto:freddy_salcedo@ml.com]
**Sent:** mardi, 17. août 2004 13:35
**To:** Gonzalez, Mathias (MLBS.Geneva)
**Subject:** FW: FGG Weekly Fund Reports

FAIRFIELD SENTRY LINK



-----Original Message-----
**From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
**Sent:** Tuesday, August 17, 2004 3:01 AM
**To:** Salcedo, Freddy (MLBS.Geneva)
**Subject:** FGG Weekly Fund Reports


<u>Fairfield Greenwich Group</u>
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

E-mail: <u>Lourdes Barreneche</u>

_____

**Weekly Fund Reports**

1

---

**Attention all shareholders and potential shareholders:**

Due to the U.S. Republican National Convention being held in Manhattan from August 30 - September 2,
and the expected resulting mass transit shutdowns and delays for security purposes, Fairfield Greenwich
Group's New York Office will be closed for that time period. A number of other businesses in the city have decided to place their
New York employees on their contingency "work from alternate locations/disaster recovery" plan, and New York-based FGG employees
will be working from offsite locations or from home as well.

**As a result of this closure, FGG will be moving all subscription deadlines to one business day earlier to try to prevent
operational difficulties with respect to your subscriptions for September 1st.**

---

For a more complete list of FGG Fund prices and other information, please visit our Web site at <u>www.fggus.com</u>.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

---

**Fund**

**Fund Type**

**Date**

**NAV**

**MTD Performance**

**YTD Performance**

**Available Information**

**Monthly Tear Sheet**

**Webcast with Transcript**

**Other Info**

Arlington International Fund, Ltd.

Event Driven

08/12/04

$152.89 (E)

-0.33% (E)

2.89% (E)

<u>PDF Format</u>

2

CONFIDENTIAL

FGANW005413880

FG-05560893

URL

URL

**Notes:**


Fairfield Greenwich - FFTW DAF Dollar Class E

Fixed Income Arbitrage

08/13/04

$1,069.56 (E)

-0.90% (E)

0.69% (E)

PDF Format

URL

URL

**Notes:**


Fairfield Greenwich - FFTW DAF Euro Class F

Fixed Income Arbitrage

08/13/04

€1,085.48 (E)

-0.77% (E)

1.28% (E)

PDF Format

URL

URL

**Notes:**


Fairfield Investment Fund, Ltd. (PCS)

Multi-Manager

3

08/12/04

$121.57 (E)

-0.86% (E)

0.26% (E)

PDF Format

URL

**Notes:**


Fairfield Redstone Fund, Ltd. Class A-1 Restricted

Thematic Long/Short Equity

08/13/04

$1,297.51 (E)

-2.42% (E)

4.50% (E)

PDF Format

URL

URL

**Notes:**


Fairfield Sentry, Ltd. (Class A)

Split Strike Conversion

08/12/04

$996.77 (E)

0.04% (E)

4.06% (E)

PDF Format

4

CONFIDENTIAL

FGANW005413882

FG-05560895

URL

**Notes:**


Fairfield Sentry, Ltd. (Class B)

Split Strike Conversion

08/12/04

$1,114.81 (E)

0.02% (E)

3.55% (E)

PDF Format


URL

**Notes:**


Fairfield Sigma, Ltd. (Class A)

Split Strike Conversion

08/12/04

€151.56 (E)

0.06% (E)

4.36% (E)

PDF Format


URL

**Notes:**


Fairfield Sigma, Ltd. (Class B)

Split Strike Conversion

5

CONFIDENTIAL

FGANW005413883

FG-05560896

08/12/04

€107.56 (E)

0.04% (E)

3.65% (E)

PDF Format

URL

**Notes:**

FIF Advanced, Ltd.

Multi-Manager

08/12/04

$325.17 (E)

-1.72% (E)

-1.00% (E)

PDF Format

**Notes:**

NGA Fairfield Limited (Initial Series)

Distressed

08/13/04

$158.40 (E)

-1.93% (E)

0.25% (E)

PDF Format

CONFIDENTIAL

FGANW005413884

FG-05560897

URL

URL

**Notes:**


Whiteford International, Ltd. (Class B)

Thematic Long/Short Equity

08/13/04

$104.33 (E)

-1.03% (E)

-3.43% (E)

PDF Format

URL

URL

**Notes:**


**Index**

**Date**

**MTD Performance**

**YTD Performance**

S&P 500 Index (DRI)

08/13/04

-3.35%

-4.24%

Vanguard Total Bond Market Index

08/13/04


2.46%

CONFIDENTIAL

FGANW005413885

FG-05560898

(E) = Estimate (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

**If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com**

_____

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. <u>Click here</u> for important additional terms relating to this e-mail.   http://www.ml.com/email_terms/

_____

CONFIDENTIAL

FGANW005413886

FG-05560899