# Exhibit 19

| | |
|---|---|
| **From:** | Lakshmi Chaudhuri [lakshmi@fggus.com] |
| **Sent:** | Tuesday, September 21, 2004 2:57 PM |
| **To:** | l_barberot-munte@ml.com |
| **Cc:** | LB Team |
| **Subject:** | Fairfield Sigma Ltd |
| **Attachments:** | Sigma A Tearsheet (July-04) Final.pdf; Sigma B Tearsheet (July-04) Final.pdf |
| **Importance:** | High |

Dear Ms. Barberot,

Thank you very much for your email sent to Ms. Lourdes Barreneche earlier today. Per your request, we are pleased to provide you with the latest performance update on **Fairfield Sigma Ltd (Class A & Class B)** as of August 31, 2004:

**Class A:**

NAV per share = **EUR 153.48**
MTD Return = **1.32%**

**Class B:**

NAV per share = **EUR 108.87**
MTD Return = **1.26%**

We have attached the tear sheet as of July 2004 for your reference. The tear sheet for August 2004 has not yet been released, but we shall send it to your attention once it is made available.

Please do not hesitate to contact us for any additional information.

Kind regards,
Lakshmi Chaudhuri

International Client Services
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
http://www.fggus.com

---------------------------------------------
**From:** Barberot-Munte, Liliane (MLBS.Geneva)[SMTP:L_BARBEROT-MUNTE@ML.COM]
**Sent:** Tuesday, September 21, 2004 7:49:56 AM
**To:** Lourdes Barreneche

1

CONFIDENTIAL

FGANW005426775
FG-05573788

08-01789-cgm    Doc 22865-19    Filed 01/20/23    Entered 01/20/23 18:25:56    Exhibit 19
Pg 3 of 6


**Cc:** Getaz, Camille (MLBS.Geneva)
**Subject:** RE: FGG Monthly Fund Reports


Dear Lourdes
could you plse send me the last Report for the Fairfield Sigma ltd. (A + B)


**Many thanks and best regards**
Liliane Barberot   ☺

>   -----Original Message-----
>   **From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
>   **Sent:** Wednesday, August 25, 2004 3:42 AM
>   **To:** Barberot-Munte, Liliane (MLBS.Geneva)
>   **Subject:** FGG Monthly Fund Reports
>
>
>   Fairfield Greenwich Group
>   **919 Third Avenue, 11th Floor, New York, NY 10022**
>   **Tel: (212) 319-6060 Fax: (212) 319-0450**
>
>   **Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**
>
>   **12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**
>
>   **E-mail: Lourdes Barreneche**
>
>   _____
>
>   **Monthly Fund Reports**
>
>   _____
>
>   **Attention all shareholders and potential shareholders:**
>
>   Due to the U.S. Republican National Convention being held in Manhattan from August 30 - September 2,
>   and the expected resulting mass transit shutdowns and delays for security purposes, Fairfield Greenwich
>   Group's New York Office will be closed for that time period. A number of other businesses in the city have decided to place their
>   New York employees on their contingency "work from alternate locations/disaster recovery" plan, and New York-based FGG employees
>   will be working from offsite locations or from home as well.

CONFIDENTIAL

FGANW005426776
FG-05573789

**As a result of this closure, FGG will be moving all subscription deadlines to one business day earlier to try to prevent operational difficulties with respect to your subscriptions for September 1st.**

---

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.

Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

---

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Monthly Tear Sheet / Webcast with Transcript / Other Info |
| Arlington International Fund, Ltd. | Event Driven | 07/31/04 | $153.39 (F) | 0.28% (F) | 3.22% (F) | PDF Format / URL / URL |

Notes:

| Fairfield Greenwich - FFTW DAF Dollar Class E | Fixed Income Arbitrage | 07/31/04 | $1,079.25 (F) | 0.00% (F) | 1.60% (F) | PDF Format / URL |

Notes:

| Fairfield Greenwich - FFTW DAF Euro Class F | Fixed Income Arbitrage | 07/31/04 | €1,093.88 (F) | -0.01% (F) | 2.06% (F) | PDF Format / URL |

Notes:

| Fairfield Guardian Fund Class A PCS (USD) | Multi-Manager | 07/31/04 | $1,044.02 (F) | -0.65% (F) | 0.25% (F) | PDF Format |

Notes:

| Fairfield Guardian Fund Class A PCS (Euro) | Multi-Manager | 07/31/04 | €1,054.63 (F) | -0.56% (F) | 0.71% (F) | PDF Format |

Notes:

| Fairfield Investment Fund, Ltd. (PCS) | Multi-Manager | 07/31/04 | $122.62 (F) | -0.56% (F) | 1.12% (F) | PDF Format |

Notes:

| Fairfield Investors (Euro) | Multi-Manager | 07/31/04 | €121.81 (F) | -0.50% (F) | 1.44% (F) | PDF Format |

Notes:

CONFIDENTIAL

FGANW005426777

FG-05573790

Fairfield Redstone Fund, Ltd. Class A-1 Restricted    Thematic Long/Short Equity    07/31/04    $1,329.74 (F)    -0.86% (F)    7.09% (F)    PDF Format    URL    URL

Notes:

Fairfield Sentry, Ltd. (Class A)    Split Strike Conversion    07/31/04    $996.33 (F)    0.08% (F)    4.02% (F)    PDF Format

Notes:

Fairfield Sentry, Ltd. (Class B)    Split Strike Conversion    07/31/04    $1,114.61 (F)    0.02% (F)    3.54% (F)    PDF Format

Notes:

Fairfield Sigma, Ltd. (Class A)    Split Strike Conversion    07/31/04    €151.48 (F)    0.13% (F)    4.30% (F)    PDF Format

Notes:

Fairfield Sigma, Ltd. (Class B)    Split Strike Conversion    07/31/04    €107.52 (F)    0.06% (F)    3.60% (F)    PDF Format

Notes:

FIF Advanced, Ltd.    Multi-Manager    07/31/04    $330.91 (F)    -1.28% (F)    0.73% (F)    PDF Format

Notes:

NGA Fairfield Limited (Initial Series)    Distressed    07/31/04    $161.52 (F)    -1.36% (F)    2.23% (F)    PDF Format    URL

Notes:

Whiteford International, Ltd. (Class B)    Thematic Long/Short Equity    07/31/04    $105.47 (F)    -2.01% (F)    -2.37% (F)    PDF Format    URL    URL

Notes:


| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| Dow Jones Industrial Average | 07/31/04 | -2.83% | -3.01% |
| Lehman Aggregate Bond Index | 07/31/04 | 0.99% | 1.13% |
| S&P 500 Index (DRI) | 07/31/04 | -3.31% | 0.02% |

(E) = Estimate  (F) = Final

The performance results presented in this document are net of all fees and expenses. Past performance is not necessarily indicative of future results. No representation is made that an investor will obtain similar results to those shown above.

4

CONFIDENTIAL

FGANW005426778
FG-05573791

This document does not constitute an offer to sell or the solicitation of an offer to buy shares of any Fund. Such offer or solicitation may only be made by means of delivery of a Confidential Offering Memorandum that contains a description of the material terms (including risk factors, conflicts of interest, fees and charges, and regulatory and tax considerations) relating to an investment in the Fund.

An investment in a Fund is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, and some of the Managers in which some of the Funds invest, may utilize leverage and such Funds' performances may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of a Fund may offset its trading profits.

Fairfield Greenwich (UK) Limited is regulated by the Financial Services Authority.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

———

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

———

CONFIDENTIAL

FGANW005426779
FG-05573792