# Exhibit 22

| | |
|---|---|
| From: | Carla Castillo [carlac@fggus.com] |
| Sent: | Monday, June 06, 2005 4:49 PM |
| To: | annie_cheung@ml.com |
| Cc: | Jacqueline Harary; Lourdes Barreneche |
| Subject: | Your request on Fairfield Sentry Ltd |
| Attachments: | Sentry B Libor.pdf; Sentry Apr05.pdf; Monthly Update Sentry Apr 2005.pdf; Fairfield Sentry Fund RFP.pdf |

Dear Ms. Cheung,

On behalf of Ms. Jacqueline Harary, Ms. Lourdes Barreneche and all of us at the Fairfield Greenwich Group, thank you very much for your continued interest towards our investment funds.

Further to your email sent to Ms. Barreneche last week, we are pleased to provide the LIBOR Analysis of Fairfield Sentry Ltd (Class B).  Additionally, enclosed is the following update on Fairfield Sentry Limited for your perusal:

(1) Tear sheet as of April 30, 2005
(2) Monthly commentary as of April 2005
(3) Updated due diligence questionnaire

We hope the enclosed documents is as per your requirement. Please do not hesitate to contact us, should you require any additional information.

Kind regards,

Carla Castillo
International Client Services

FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com


<<Sentry B Libor.pdf>> <<Sentry Apr05.pdf>> <<Monthly Update Sentry Apr 2005.pdf>> <<Fairfield Sentry Fund RFP.pdf>>

CONFIDENTIAL

FGANW005087353

FG-05234882