# Exhibit 27

| | |
|---|---|
| **From:** | Jacqueline Harary [jacqueline@fggus.com] |
| **Sent:** | Thursday, July 14, 2005 3:12 PM |
| **To:** | Cheung, Annie (Hong Kong) |
| **Subject:** | RE: Fairfield Sentry |
| **Attachments:** | anabnr2.gif; Nature Bkgrd.jpg |

It is unlikely that the split-strike conversion strategy ("SSC") executed by Bernard L. Madoff Securities, LLC ("BLM") would be impacted by the planned merger of NYSE and Archipelago. Note that the regulators, NYSE members and Archipelago shareholders have yet to approve this merger. BLM is compensated for executing the trades of the SSC by earning a commission on the stock and options transactions and not from the bid-ask spread. As such, any impact of the merger on already tight bid-ask spreads is expected to have little to no impact on the ability of BLM to execute the strategy.

The Investment Guidelines and trading parameters of the SSC strategy have remained unchanged for many years and there is no plan to alter them at this time. One component of the SSC strategy involves the purchase of a basket of well capitalized, highly liquid stocks all drawn from the S&P 100 Index. These stocks typically have a very tight bid/ask spread, often of only one cent. In practice, transactions are effected through BLM's automated systems which are designed and are continually enhanced to automatically provide the highest levels of regulatory compliance and execution quality available.

As you may know, BLM is currently one of the largest wholesale market makers operating in the "third market" in the U.S. (ie. market trading of listed stocks by institutional investors and non-exchange-member broker/dealers away from the NYSE floor).

---

**From:** Cheung, Annie (Hong Kong) [mailto:annie_cheung@ml.com]
**Sent:** Thursday, July 07, 2005 12:29 AM
**To:** Jacqueline Harary
**Cc:** Liu, Francis (Hong Kong)
**Subject:** Fairfield Sentry

Dear Jacqueline,

The NYSE is going to merge with Archipelago exchange. It will be a fully electronic exchange.
Do you know the impact of this change on the trading policy/investment strategy of Bernie Madoff as he makes money out of the bid-offer spread of the stocks & options he hold.

Regards,

Annie Cheung
Tel: 852-2844-5539

1

CONFIDENTIAL

FGANW005661634
FG-05780619

Fax: 852-2810-4160
Mobile: 852-9107-2820

The material in this communication is for informational purposes only. While the information contained herein has been obtained from sources believed to be reliable, we makes no representation or warranty as to its accuracy or completeness and does not undertake any duty to update the material in light of future events. Neither the information nor any opinion expressed constitutes an offer to buy or sell securities

This communication does not constitute a recommendation to invest or take other action in any country or in any securities traded or listed on any named exchange or otherwise, nor shall it be construed as investment, legal or tax advice.  Merrill Lynch and its affiliates accept no liability whatsoever for any consequence based on or arising from the use of this communication or its contents.

All persons are informed that this is a strictly confidential response to a request and is not to be relied upon as official statement.  It is not guaranteed and may be incomplete.  Any statement on the part of Merrill Lynch Inc or its subsidiaries or any of its officers as to the responsibility or standing of any person, firm of corporation or as to the value of any securities is given as a mere matter of opinion for which no responsibility in any way is to attached to Merrill Lynch Inc or its subsidiaries or any of its officers whether in tort contact or otherwise howsoever.

CAUTION: Electronic mail sent through the Internet is not secure and could be intercepted by a third party. For your protection, avoid sending identifying information, such as account, Social Security or card numbers to us or others. Further, do not send time-sensitive, action-orientated messages such as transaction orders, fund transfer instructions or check stop payments, as it is our policy not to accept such items electronically.

Merrill Lynch (Asia Pacific) Limited is regulated by the Securities and Futures Commission.

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

CONFIDENTIAL

FGANW005661635
FG-05780620