# Exhibit 28

| | |
|---|---|
| From: | Mimi Pagsibigan [MPagsibigan@fggus.com] |
| Sent: | Thursday, September 20, 2007 10:01 PM |
| To: | Cheung, Annie (Hong Kong) |
| Cc: | Jacqueline Harary |
| Subject: | RE: Fairfield Sentry |
| Attachments: | image001.jpg; image002.gif; SENTRY (Aug 2007).pdf |

| | |
|---|---|
| Importance: | High |

Dear Annie,

We are pleased to provide the August 2007 tear sheet for Fairfield Sentry Ltd.

For your further reference, the following is the estimated performance on this fund as of September 13, 2007:

Estimated NAV per share: $1,258.32

Estimated MTD return: +0.08%

Estimated YTD return: +4.58%

We are available should you require additional information or assistance.

Kind regards,

Mimi Pagsibigan
International Client Relations
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd Floor

New York, New York 10055
Phone: (212) 319 6060
Fax: (212) 319 0450
Website: http://www.fggus.com

_____

**From:** Cheung, Annie (Hong Kong) [mailto:annie_cheung@ml.com]
**Sent:** Thursday, September 20, 2007 6:46 AM
**To:** Mimi Pagsibigan
**Subject:** RE: Fairfield Sentry


Mimi,

CONFIDENTIAL

FGANW005660062

FG-05779076

Could you pls. send me the latest factsheet.


Regards,


Annie Cheung

Tel: 852-2844-5539

Fax: 852-2810-4160

Mobile: 852-9107-2820


The material in this communication is for informational purposes only. While the information contained herein has been obtained from sources believed to be reliable, we makes no representation or warranty as to its accuracy or completeness and does not undertake any duty to update the material in light of future events. Neither the information nor any opinion expressed constitutes an offer to buy or sell securities

This communication does not constitute a recommendation to invest or take other action in any country or in any securities traded or listed on any named exchange or otherwise, nor shall it be construed as investment, legal or tax advice. Merrill Lynch and its affiliates accept no liability whatsoever for any consequence based on or arising from the use of this communication or its contents.


CAUTION: Electronic mail sent through the Internet is not secure and could be intercepted by a third party. For your protection, avoid sending identifying information, such as account, Social Security or card numbers to us or others. Further, do not send time-sensitive, action-orientated messages such as transaction orders, fund transfer instructions or check stop payments, as it is our policy not to accept such items electronically.

Merrill Lynch (Asia Pacific) Limited is regulated by the Securities and Futures Commission.


-----Original Message-----
**From:** Mimi Pagsibigan [mailto:MPagsibigan@fggus.com]
**Sent:** Thursday, September 28, 2006 12:57 AM
**To:** Cheung, Annie (Hong Kong)
**Cc:** Jacqueline Harary
**Subject:** RE: Fairfield Sentry


Dear Ms. Cheung,

Per your request, we are pleased to enclose the August 2006 tear sheet for Fairfield Sentry Ltd.

2

CONFIDENTIAL

FGANW005660063

FG-05779077

Kindly let us know should you need further information or assistance.

Best regards,

Mimi Pagsibigan
International Client Relations
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Phone: (212) 319 6060
Fax: (212) 319 0450
Website: http://www.fggus.com

---

**From:** Cheung, Annie (Hong Kong) [mailto:annie_cheung@ml.com]
**Sent:** Tuesday, September 26, 2006 11:50 PM
**To:** Mimi Pagsibigan
**Cc:** Jacqueline Harary
**Subject:** Fairfield Sentry

Mimi & Jacqueline,

Could u pls. send me the latest factsheet for this fund.

Regards,

Annie Cheung

Tel: 852-2844-5539

Fax: 852-2810-4160

Mobile: 852-9107-2820

3

CONFIDENTIAL

FGANW005660064
FG-05779078

CAUTION: Electronic mail sent through the Internet is not secure and could be intercepted by a third party. For your protection, avoid sending identifying information, such as account, Social Security or card numbers to us or others. Further, do not send time-sensitive, action-orientated messages such as transaction orders, fund transfer instructions or check stop payments, as it is our policy not to accept such items electronically.

Merrill Lynch (Asia Pacific) Limited is regulated by the Securities and Futures Commission.

_____

This message w/attachments (message) may be privileged, confidential or proprietary, and if you are not an intended recipient, please notify the sender, do not use or share it and delete it. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Merrill Lynch. Subject to applicable law, Merrill Lynch may monitor, review and retain e-communications (EC) traveling through its networks/systems. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or error-free. This message is subject to terms available at the following link: http://www.ml.com/e-communications_terms/. By messaging with Merrill Lynch you consent to the foregoing.

_____

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005660065

FG-05779079