# Exhibit 29

# Fairfield Greenwich Group

# Fairfield Sentry, Ltd.

August 2007

## STRATEGY DESCRIPTION

The Fund seeks to obtain capital appreciation of its assets principally through the utilization of a nontraditional options trading strategy described as "split strike conversion", to which the Fund allocates the predominant portion of its assets. The investment strategy has defined risk and reward parameters. The establishment of a typical position entails (i) the purchase of a group or basket of equity securities that are intended to highly correlate to the S&P 100 Index, (ii) the purchase of out-of-the-money S&P 100 Index put options with a notional value that approximately equals the market value of the basket of equity securities and (iii) the sale of out-of-the-money S&P 100 Index call options with a notional value that approximately equals the market value of the basket of equity securities. The basket typically consists of between 40 to 50 stocks in the S&P 100 Index. The primary purpose of the long put options is to limit the market risk of the stock basket at the strike price of the long puts. The primary purpose of the short call options is to largely finance the cost of the put hedge and to increase the stand-still rate of return. The "split strike conversion" strategy is implemented by Bernard L. Madoff Investment Securities LLC ("BLM"), a broker-dealer registered with the Securities and Exchange Commission, through accounts maintained by the Fund at that firm. The services of BLM and its personnel are essential to the continued operation of the Fund, and its profitability, if any. The Investment Manager, in its sole and exclusive discretion, may allocate a portion of the Fund's assets (never to exceed, in the aggregate, 5% of the Fund's Net Asset Value, measured at the time of investment) to alternative investment opportunities other than its "split strike conversion" investments.

## HIGHLIGHTS

- Sixteen year track record
- Only 14 down months since inception
- Provides long term capital appreciation by delivering short-term gains
- Excellent risk adjusted return
- Market timing strategy
- Highly hedged portfolio

## FUND PERFORMANCE

|      | Jan    | Feb    | Mar    | Apr    | May    | Jun    | Jul    | Aug    | Sep    | Oct    | Nov    | Dec   | YTD    |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|-------|--------|
| 2007 | 0.29%  | -0.11% | 1.64%  | 0.98%  | 0.81%  | 0.34%  | 0.17%  | 0.31%  |        |        |        |       | 4.50%  |
| 2006 | 0.70%  | 0.20%  | 1.31%  | 0.94%  | 0.70%  | 0.51%  | 1.06%  | 0.77%  | 0.68%  | 0.42%  | 0.86%  | 0.86% | 9.38%  |
| 2005 | 0.51%  | 0.37%  | 0.85%  | 0.14%  | 0.63%  | 0.46%  | 0.13%  | 0.16%  | 0.89%  | 1.61%  | 0.75%  | 0.54% | 7.26%  |
| 2004 | 0.88%  | 0.44%  | -0.01% | 0.37%  | 0.59%  | 1.21%  | 0.02%  | 1.26%  | 0.46%  | 0.03%  | 0.79%  | 0.24% | 6.44%  |
| 2003 | -0.35% | -0.05% | 1.85%  | 0.03%  | 0.90%  | 0.93%  | 1.37%  | 0.16%  | 0.86%  | 1.26%  | -0.14% | 0.25% | 7.27%  |
| 2002 | -0.04% | 0.53%  | 0.39%  | 1.09%  | 2.05%  | 0.19%  | 3.29%  | -0.14% | 0.06%  | 0.66%  | 0.10%  | 0.00% | 8.43%  |
| 2001 | 2.14%  | 0.08%  | 1.07%  | 1.26%  | 0.26%  | 0.17%  | 0.38%  | 0.94%  | 0.66%  | 1.22%  | 1.14%  | 0.12% | 9.82%  |
| 2000 | 2.14%  | 0.13%  | 1.77%  | 0.27%  | 1.30%  | 0.73%  | 0.58%  | 1.26%  | 0.18%  | 0.86%  | 0.62%  | 0.36% | 10.67% |
| 1999 | 1.99%  | 0.11%  | 2.22%  | 0.29%  | 1.45%  | 1.70%  | 0.36%  | 0.87%  | 0.66%  | 1.05%  | 1.54%  | 0.32% | 13.29% |
| 1998 | 0.85%  | 1.23%  | 1.68%  | 0.36%  | 1.69%  | 1.22%  | 0.76%  | 0.21%  | 0.98%  | 1.86%  | 0.78%  | 0.26% | 12.52% |
| 1997 | 2.38%  | 0.67%  | 0.80%  | 1.10%  | 0.57%  | 1.28%  | 0.68%  | 0.28%  | 2.32%  | 0.49%  | 1.49%  | 0.36% | 13.10% |
| 1996 | 1.42%  | 0.66%  | 1.16%  | 0.57%  | 1.34%  | 0.15%  | 1.86%  | 0.20%  | 1.16%  | 1.03%  | 1.51%  | 0.41% | 12.08% |
| 1995 | 0.85%  | 0.69%  | 0.78%  | 1.62%  | 1.65%  | 0.43%  | 1.02%  | -0.24% | 1.63%  | 1.53%  | 0.44%  | 1.03% | 12.04% |
| 1994 | 2.11%  | -0.44% | 1.45%  | 1.75%  | 0.44%  | 0.23%  | 1.71%  | 0.35%  | 0.75%  | 1.81%  | -0.64% | 0.60% | 10.57% |
| 1993 | -0.09% | 1.86%  | 1.79%  | -0.01% | 1.65%  | 0.79%  | 0.02%  | 1.71%  | 0.28%  | 1.71%  | 0.19%  | 0.39% | 10.75% |
| 1992 | 0.42%  | 2.72%  | 0.94%  | 2.79%  | -0.27% | 1.22%  | -0.09% | 0.86%  | 0.33%  | 1.33%  | 1.36%  | 1.36% | 13.72% |
| 1991 | 3.01%  | 1.40%  | 0.52%  | 1.32%  | 1.82%  | 0.30%  | 1.98%  | 1.00%  | 0.73%  | 2.75%  | 0.01%  | 1.56% | 17.64% |
| 1990 |        |        |        |        |        |        |        |        |        |        |        | 2.77% | 2.77%  |

## ANALYTICS

|                           | Fund         | S&P 100 | Lehman Agg. |
|---------------------------|--------------|---------|-------------|
| Compound Annual Returns   | 10.85%       | 11.21%  | 6.96%       |
| YTD Compound Returns      | 4.50%        | 5.61%   | 1.91%       |
| Annual Standard Deviation | 2.50%        | 14.11%  | 3.73%       |
| Correlation               | N/A          | 0.32    | 0.07        |
| Sharpe Ratio              | 2.75         | 0.51    | 0.80        |
| Worst Drawdown            | -0.64%       | -49.37% | -5.15%      |
| Months To Recover         | 2            | N/A     | 8           |
| Percentage Up Months      | 92.54%       | 63.18%  | 70.15%      |
| NAV                       | $ 1,257.40   |         |             |
| Fund Assets               | $ 7.0 Billion |        |             |

## MONTHLY RETURN DISTRIBUTION



# Fairfield Greenwich Group

# Fairfield Sentry, Ltd.

## TERMS AND CONDITIONS

| | | | |
|---|---|---|---|
| Investment Manager: | Fairfield Greenwich (Bermuda) Ltd. | Published: | Irish Stock Exchange/International Herald Tribune |
| Fees: | Management: 1 %   Performance: 20 % | ISIN: | VGG3299L1004 |
| Minimum Investment: | $ 100,000 | Administrator: | Citco Fund Services (Europe) B.V. |
| Subscriptions: | Monthly | Custodian: | Citco Global Custody NV |
| Redemptions: | Monthly, with 15 calendar days notice | | |

## FAIRFIELD GREENWICH GROUP

Founded in 1983, Fairfield Greenwich Group's ("FGG"), mission is to offer its clients superior alternative asset management funds and related products. Throughout its history, FGG has internally managed its own hedge funds and selectively identified external managers for strategic affiliations. For risk monitoring purposes, FGG obtains portfolio transparency from all managers which are included in its multi-strategy funds. We seek to align our interests more fully with those of our clients by investing a significant portion of our own shareholders' capital with our managers. FGG has approximately USD $15 billion in client and firm assets under management. It is an employee owned firm with over 100 employees, 16 of whom are shareholders, and has offices in New York, London, and Bermuda, and representative offices in the U.S., Europe, Latin America, and Asia. FGG-related funds have over 900 registered shareholders, including private banks, financial advisors, family offices, pension funds, government authorities, and institutional investors. FGG entities are registered with the U.S. SEC as an investment advisor and broker dealer, and with the U.K. Financial Services Authority as an Investment Manager.

## IMPORTANT NOTICE

Fund performance is net of a 1% annual management fee and a 20% performance fee. Past performance is not a guarantee of future results. Effective October 1, 2004, Fairfield Sentry Limited began charging investors a 1% management fee plus a 20% performance fee. Returns prior to October 2004 have been restated to reflect the current fee structure. All performance results portrayed reflect the reinvestment of dividends, gains and other earnings. The index information is included merely to show the general trend in applicable markets in the periods indicated and is not intended to imply that the Fund was similar to the index either in composition or element of risk. It is not possible to invest directly in an index. The S&P 100 Index is a capitalization-weighted index based on 100 highly capitalized stocks for which options are listed and dividends are reinvested. The Lehman Brothers Aggregate Bond Index is a benchmark index made up of the Lehman Brothers Government/Corporate Bond Index, Mortgage-Backed Securities Index, and Asset-Backed Securities Index, including securities that are of investment-grade quality or better, have at least one year to maturity, and have an outstanding par value of at least $100 million. This document does not constitute an offering of any security, product, service or fund, including interests in the Fund, for which an offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the "PPM"). It is for informational purposes only and may not be relied upon by you in evaluating the merits of investing in the Fund. It is qualified in its entirety by the PPM and no offering of interests in the Fund may be made by any literature, advertising, or document in whatever form other than the PPM, which may qualify, and differ from, the information and opinions contained herein. The PPM contains important information regarding the Fund's investment objectives, risks, fees, and other matters of interest and should be carefully read prior to any investment in the Fund. There are no assurances that the stated investment objectives of the Fund will be met. The purchase of interests of the Fund is suitable only for sophisticated investors for whom an investment in the Fund does not constitute a complete investment program and who fully understand and are willing to assume the risks involved in the Fund's investment program. The interests described herein will not be registered under the laws of any jurisdiction including the United States Securities Act of 1933 or the United States Investment Company Act of 1940, the laws of any state of the United States or the laws of any foreign jurisdiction and may not be offered or sold without compliance to applicable securities laws. Hedge funds (or funds of hedge funds): Often engage in leveraging and other speculative investment practices that may increase the risk of investment loss; Can be highly illiquid; Are not required to provide periodic pricing or valuation information to investors; May involve complex tax structures and delays in distributing important tax information; Are not subject to the same regulatory requirements as registered investment companies; and Often charge high fees. An investor could lose all or substantially all of his or her investment. Where securities are issued in a currency other than the investors' currency of reference, changes in exchange rates may have an adverse effect on the value of the investment. Further, any number of conflicts of interest may exist in the context of the management and/or operation of any hedge fund. Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member FINRA and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC and Fairfield Greenwich (Bermuda) Ltd. In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Ltd., which has notified the Monetary Authority of Singapore of its commencement of Business. The Fund is not recognised as a collective investment scheme for the purposes of the Financial Services and Markets Act 2000 of the United Kingdom (the "Act"). This information is directed only at persons to whom such investment funds may lawfully be promoted by a person authorised under the Act (an "authorised person") by virtue of Section 238(5) of the Act and Annex 5 to Chapter 3 of the FSA Conduct of Business Sourcebook. Shares in the Fund are only available to such persons. This information must not be relied or acted upon by any other persons. Investors in the Fund will not benefit from the rules and regulations made under the Act for the protection of investors, nor from the Financial Services Compensation Scheme. Shares in the Fund are not dealt in or on a recognised or designated investment exchange for the purposes of the Act, nor is there a market maker in such shares, and it may therefore be difficult for an investor to dispose of his shares otherwise than by way of redemption. This information is provided to persons who: a) have declared to be qualified investors pursuant to art. 10 par. 3 of the Collective Investment Schemes Act ("CISA"); or b) have declared to accept it exclusively on behalf of one or more qualified investors whom this information is exclusively meant for. In particular, the person being represented is a wealthy private person pursuant to art. 10 par. 3 letter (e) of the CISA, or is a qualified investor according to art. 10 par. 3 letter (f) CISA or to art. 6 par. 2 of the Collective Investment Scheme Ordinance. For no reason whatsoever, therefore, is this information (cont.)

CONFIDENTIAL

FGANW005660067

FG-05779081

**Fairfield Greenwich Group**  |  **Fairfield Sentry, Ltd.**

IMPORTANT NOTICE (cont.)

intended for unqualified investors according to the CISA. The summary/prices/quotes/statistics in this document have been obtained from sources deemed to be reliable, but we do not guarantee their accuracy or completeness. This document is confidential and may not be reproduced or distributed without the prior written consent of Fairfield Greenwich Group. Fairfield Greenwich Group is the marketing name for the brokerage and investment advisory businesses of Fairfield Greenwich Limited and its subsidiaries worldwide. Additional information is available upon request.

| PRINCIPAL OFFICES: www.fggus.com | NEW YORK Office<br>919 Third Avenue, 39th Floor<br>New York, NY 10022<br>Tel: (212) 319-6060<br>Fax: (212) 319-0450<br>E-mail: main@fggus.com | LONDON Office<br>Pollen House, 10-12 Cork Street<br>London W1S 3NP<br>Tel: +44 207 534 9244<br>Fax: +44 207 534 9245<br>E-mail: main@fgguk.com | BERMUDA Office<br>12 Church Street, Suite 606<br>Hamilton, Bermuda HM11<br>Tel: (441) 292-5401<br>Fax: (441) 292-5413<br>E-mail: main@fggbm.com | ADDITIONAL LOCATIONS AND REPRESENTATIVE OFFICES:<br>Greenwich, CT, and Miami, FL, USA<br>Madrid, Spain  Rotterdam, The Netherlands<br>Lugano, Switzerland<br>Joint Venture: Singapore |
|---|---|---|---|---|

CONFIDENTIAL

FGANW005660068

FG-05779082