# Exhibit 30

| | |
|---|---|
| **From:** | Mimi Pagsibigan [MPagsibigan@fggus.com] |
| **Sent:** | Tuesday, July 29, 2008 10:06 PM |
| **To:** | annie_cheung@ml.com |
| **Cc:** | Jacqueline Harary |
| **Subject:** | RE: Fairfield Sentry |

Dear Annie,

We are pleased to provide the responses to the questions you sent on Fairfield Sentry Ltd.:

1) Do this fund have multiple prime brokers?

More than 95% of the the assets of Fairfield Sentry Limited ("Sentry" or the "Fund") are deployed in the split-strike conversion strategy ("SSC") which is executed at a single broker/dealer Bernard L Madoff Investment Securities Limited ("BLM").

2) Is the fund facing difficulty getting credit lines? 3)How are the tighter margin requirements affecting the strategy? 4) How is the higher borrowing cost affecting performance?

The Fund does not employ any balance sheet leverage. The stock and T-Bill positions of the SSC (which comprise the great majority of assets invested in this strategy) are held in cash accounts at BLM. These cash accounts do not permit the use of borrowing, margin or lending.

We will be happy to provide further information if you have additional questions. Should you be interested in having a conference call with Amit Vijayvergiya, Partner and Chief Risk Officer for FGG, please let us know and we will be glad to coordinate the call on your behalf.

Kind regards,

Jacqueline Harary          Mimi Pagsibigan
Partner                            VP, Client Relations

FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd Floor
New York, New York 10055
Phone: (212) 319 6060
Fax: (212) 319 0450
Website: http://www.fggus.com

_____

**From**: Cheung, Annie (Hong Kong)
**To**: Jacqueline Harary
**Sent**: Tue Jul 29 04:22:40 2008
**Subject**: Fairfield Sentry

Dear Jacqueline,

1

CONFIDENTIAL

FGANW005659479

FG-05778544

Recently, there have been a lot of news on the credit squeeze and the effects on the brokerage business, including prime brokers.

· Do this fund have multiple prime brokers?
· Is the fund facing difficulty getting credit lines?
· How are the tighter margin requirements affecting the strategy?
· How is the higher borrowing cost affecting performance?

Regards,

Annie Cheung
Tel: 852-2844-5539
Fax: 852-2810-4160
Mobile: 852-9107-2820

The material in this communication is for informational purposes only. While the information contained herein has been obtained from sources believed to be reliable, we makes no representation or warranty as to its accuracy or completeness and does not undertake any duty to update the material in light of future events. Neither the information nor any opinion expressed constitutes an offer to buy or sell securities

This communication does not constitute a recommendation to invest or take other action in any country or in any securities traded or listed on any named exchange or otherwise, nor shall it be construed as investment, legal or tax advice. Merrill Lynch and its affiliates accept no liability whatsoever for any consequence based on or arising from the use of this communication or its contents.

CAUTION: Electronic mail sent through the Internet is not secure and could be intercepted by a third party. For your protection, avoid sending identifying information, such as account, Social Security or card numbers to us or others. Further, do not send time-sensitive, action-orientated messages such as transaction orders, fund transfer instructions or check stop payments, as it is our policy not to accept such items electronically.

Merrill Lynch (Asia Pacific) Limited is regulated by the Securities and Futures Commission.

_____

This message w/attachments (message) may be privileged, confidential or proprietary, and if you are not an intended recipient, please notify the sender, do not use or share it and delete it. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Merrill Lynch. Subject to applicable law, Merrill Lynch may monitor, review and retain e-communications (EC) traveling through its networks/systems. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or error-free. This message is subject to terms available at the following link: http://www.ml.com/e-communications_terms/. By messaging with Merrill Lynch you consent to the foregoing.

_____

CONFIDENTIAL

FGANW005659480

FG-05778545

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005659481

FG-05778546