# Exhibit 31

| | |
|---|---|
| **From:** | Lourdes Barreneche [lourdes@fggus.com] |
| **Sent:** | Friday, September 19, 2008 2:59 PM |
| **To:** | juliana_kiang@ml.com |
| **Cc:** | LourdesTeam |
| **Subject:** | Fairfield Sentry Ltd |
| **Attachments:** | SENTRY (Aug 2008).pdf; Monthly Update Sentry Aug 2008.pdf; Sentry Risk Report Aug 08.pdf; Sentry Presentation.pdf |

Dear Juliana,

It was nice chatting with you yesterday. Hope you have a successful and fun trip to Rome.

By way of a follow-up to our conversation, we have enclosed some updated information as of August'08 on **Fairfield Sentry Ltd** ("Sentry") for your review at your convenienice:

-- Tear Sheet
-- Strategy Review
-- Risk Review Report
-- Marketing Presentation

Sentry has maintained its appeal to conservative investors with a 17 year old track record (only 15 down months since inception), low volatility with healthy Sharpe ratio, monthly liquidity with no penalties on exit and low minimums of 100k

We will send a hard copy of these materials to you in the mail. Thank you very much for your interest in our firm and funds over the years.

All the best,
Lourdes


Lourdes Barreneche
Partner
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.