# Exhibit 34

| MONTHLY RISK REVIEW | August 2008 | FUND SUMMARY |
|---|---|---|



Fairfield Greenwich Group — Fairfield Sentry, Ltd.

### RECENT RETURNS



### PERFORMANCE

| | Fairfield Sentry Ltd. | HFR Equity Market Neutral | S&P 100 DRI |
|---|---|---|---|
| Annualized return | 10.63% | 8.17% | 9.76% |
| Cumulative return | 501.13% | 303.05% | 422.49% |
| Year-to-date return | 4.05% | -0.47% | -12.36% |
| Last month return | 0.71% | -1.51% | 1.45% |
| Last 3 month return | 1.38% | -1.55% | -6.94% |
| Last 6 month return | 3.33% | -0.86% | -2.51% |
| Last 12 month return | 6.89% | 1.30% | -11.94% |
| | | | |
| Annualized volatility | 2.46% | 3.14% | 14.17% |
| Sharpe ratio | 2.57 | 1.23 | 0.38 |
| Sortino ratio (risk free) | 5.46 | 1.39 | 0.37 |
| Sortino ratio (0%) | 12.32 | 3.19 | 0.66 |
| Upside potential ratio (risk free) | 8.08 | 3.39 | 2.55 |
| Upside potential ratio (0%) | 13.36 | 4.53 | 2.71 |
| Calmar ratio (Max DD) | 9.88 | 1.40 | 0.11 |
| Calmar ratio (Ave DD) | 33.03 | 4.87 | 0.95 |

### CUMULATIVE PERFORMANCE



### MONTHLY RETURNS AGAINST VAR AT 95% LEVEL



### ROLLING 12 MONTH RETURNS AGAINST BENCHMARKS





Page 1



MONTHLY RISK REVIEW August 2008 ROLLING STATISTICS

# Fairfield Greenwich Group

Fairfield Sentry, Ltd.

## VOLATILITY - 24 MONTH ROLLING

## CORRELATION - 24 MONTH ROLLING

## BETA - 24 MONTH ROLLING

## ALPHA - 24 MONTH ROLLING

## ANNUAL SHARPE RATIOS - ROLLING 24 MONTHS

| First 24 months | Fairfield Sentry Ltd. | HFR Equity Market Neutral | S&P 100 DRI |
|---|---|---|---|
| Excess Return (over risk free) | 12.21% | 8.14% | 9.79% |
| Volatility | 3.42% | 3.12% | 11.96% |
| Sharpe Ratio | 3.6 | 2.6 | 0.8 |

| Last 24 Months | Fairfield Sentry Ltd. | HFR Equity Market Neutral | S&P 100 DRI |
|---|---|---|---|
| Excess Return (over risk free) | 2.89% | -0.77% | -2.23% |
| Volatility | 1.43% | 2.98% | 12.11% |
| Sharpe Ratio | 2.0 | -0.3 | -0.2 |

| | |
|---|---|
| Risk free rate | 4.31% |

## RETURN/VOLATILITY - ROLLING 24 MONTHS

CONFIDENTIAL

# MONTHLY RISK REVIEW — August 2008 — RISK MEASURES



Fairfield Greenwich Group — Fairfield Sentry, Ltd.

## DRAWDOWNS



## DRAWDOWN STATISTICS

|  | Fairfield Sentry Ltd. | HFR Equity Market Neutral | S&P 100 DRI |
|---|---|---|---|
| Date of maximum drawdown | Nov-94 | Aug-08 | Sep-02 |
| Time under the water (months) | 2 | 9 | 96 |
| Maximum drawdown | -0.64% | -2.75% | -49.37% |
| 2nd-largest drawdown | -0.44% | -2.72% | -14.83% |
| Average drawdown | -0.19% | -0.79% | -5.73% |
| Max uninterrupted loss | -0.64% | -2.75% | -20.19% |
| Monthly maximum loss | -0.64% | -1.67% | -14.35% |

## SUMMARY STATISTICS OF RETURN DISTRIBUTION

|  | Fairfield Sentry Ltd. | HFR Equity Market Neutral | S&P 100 DRI |
|---|---|---|---|
| Best Month | 3.29% | 3.59% | 10.95% |
| 75th Percentile | 1.28% | 1.16% | 3.42% |
| Median | 0.75% | 0.60% | 1.11% |
| 25th Percentile | 0.30% | 0.12% | -1.64% |
| Worst Month | -0.64% | -1.67% | -14.35% |

## HISTOGRAM OF RETURN DISTRIBUTION



## BOX-PLOT OF RETURN DISTRIBUTION

## RISK

|  | Fairfield Sentry Ltd. | HFR Equity Market Neutral | S&P 100 DRI |
|---|---|---|---|
| Annualized volatility | 2.46% | 3.14% | 14.17% |
| Annualized downside deviation | 0.86% | 2.56% | 14.80% |
| Percent of down months | 7.04% | 20.19% | 37.56% |
| Skewness | 0.78 | 0.16 | -0.45 |
| Excess kurtosis | 0.50 | 0.50 | 0.86 |
| Normal monthly VaR 95% | -0.32% | -0.83% | -5.95% |
| Modified monthly VaR 95% | -0.15% | -0.78% | -6.38% |
| Conditional monthly VaR 95% | -0.23% | -1.31% | -8.85% |
| Normal monthly VaR 99% | -0.80% | -1.45% | -8.73% |
| Modified monthly VaR 99% | -0.32% | -1.44% | -10.59% |
| Conditional monthly VaR 99% | -0.48% | -1.58% | -12.03% |

## MONTHLY VALUE AT RISK (95%)



Page 3

| MONTHLY RISK REVIEW | August 2008 | COMPARISON TO BENCHMARKS |
|---|---|---|



Fairfield Greenwich Group — Fairfield Sentry, Ltd.

### RETURNS VS HFR EQUITY MARKET NEUTRAL



| Alpha (monthly) | 0.80% | Correlation | 0.10 |
|---|---|---|---|
| Beta | 0.07 | r-squared | 0.01 |
| Up-market alpha | 0.70% | Down-market alpha | 1.01% |
| Up-market beta | 0.15 | Down-market beta | 0.24 |

### RETURNS VS S&P 100 DRI



| Alpha (monthly) | 0.80% | Correlation | 0.33 |
|---|---|---|---|
| Beta | 0.06 | r-squared | 0.11 |
| Up-market alpha | 0.80% | Down-market alpha | 0.56% |
| Up-market beta | 0.07 | Down-market beta | 0.00 |

### FUND PERFORMANCE DURING WORST MONTHS FOR HFR EQUITY MARKET NEUTRAL



|  | Aug-98 | Jan-01 | Aug-08 | Nov-93 | Feb-99 | Aug-07 |
|---|---|---|---|---|---|---|
| HFR Equity Market Neutral | -1.67% | -1.57% | -1.51% | -1.45% | -1.33% | -1.26% |
| Fairfield Sentry Ltd. | 0.21% | 2.14% | 0.71% | 0.19% | 0.11% | 0.31% |



### FUND PERFORMANCE DURING WORST MONTHS FOR S&P 100 DRI

|  | Aug-98 | Sep-02 | Feb-01 | Jun-08 | Sep-00 | Apr-02 |
|---|---|---|---|---|---|---|
| S&P 100 DRI | -14.35% | -11.45% | -10.30% | -8.89% | -8.11% | -7.79% |
| Fairfield Sentry Ltd. | 0.21% | 0.06% | 0.08% | -0.06% | 0.18% | 1.09% |



Page 4

CONFIDENTIAL

FGANW005452664

FG-05599677

## DEFINITIONS

**Upside Potential Ratio** is a risk-adjusted performance measure. The performance is measured as the average return above a threshold, while the risk is the downside deviation of returns below the threshold.

**Calmar Ratio** is a risk-adjusted return measure similar to the Sharpe and Sortino ratios, but it uses the drawdown statistics as a measure of risk rather than the volatility or downside deviation. There are two versions presented in this report, one uses the maximum drawdown and the other uses the average drawdown.

**Skewness and Excess Kurtosis.** Skewness measures how symmetrical the returns distribution is and which side the tail falls on. A distribution with negative Skewness contains more large negative returns than large positive returns. Conversely, a distribution with positive Skewness has more returns that are larger than its mean return. Excess Kurtosis measures how large the tail of the distribution is. A distribution with low Excess Kurtosis tends to consist of lots of medium sized returns. A distribution with high Excess Kurtosis tend to have many very small returns and a few very large returns or outliers. A distribution with high Excess Kurtosis and positive Skewness may not be risky as the fat tails all occur on th up-side. In contrast, a distribution with high Excess Kurtosis and negative Skewness includes some large negative returns and this implies the fund is more risky. These two different distributions may have the same Volatility and so Volatility is not a comprehensive measure of risk. A comprehensive risk measure should also include the effects of Skewness and Excess Kurtosis.

**Modified VaR** is a Value at Risk measure that includes the effect of the tails of the distribution in its calculation. It uses the Cornish-Fisher expansion to adjust Volatility by the Skewness and Excess Kurtosis of a fund's returns. A returns distribution with negative Skewness and high Excess Kurtosis will have a higher Modified VaR than a return distribution with positive Skewness and/or low Excess Kurtosis, even if they have the same Volatility.

**Conditional VaR** is also known as the Expected Tail Loss, Expected Shortfall or Worst Conditional Expectation. The CVaR is the weighted average between the VaR and the losses exceeding the VaR. It gives the Loss that is expected provided it is larger than the Value at Risk threshold. Two funds may have the same VaR but different CVaR depending on the shape of the distribution in the negative tail.

## IMPORTANT INFORMATION

Fund performance is net of a 1% annual management fee and a 20% performance fee. Past performance is not a guarantee of future results. Effective October 1, 2004, Fairfield Sentry Limited began charging investors a 1% management fee plus a 20% performance fee. Returns prior to October 2004 have been restated to reflect the current fee structure. All performance results portrayed reflect the reinvestment of dividends, gains and other earnings. The index information is included merely to show the general trend in applicable markets in the periods indicated and is not intended to imply that the Fund was similar to the index either in composition or element of risk. It is not possible to invest directly in an index. The S&P 100 Index is a capitalization-weighted index based on 100 highly capitalized stocks for which options are listed and dividends are reinvested. The Lehman Brothers Aggregate Bond Index is a benchmark index made up of the Lehman Brothers Government/Corporate Bond Index, Mortgage-Backed Securities Index, and Asset-Backed Securities Index, including securities that are of investment-grade quality or better, have at least one year to maturity, and have an outstanding par value of at least $100 million. This document does not constitute an offering of any security, product, service or fund, including interests in the Fund, for which an offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the "PPM"). It is for informational purposes only and may not be relied upon by you in evaluating the merits of investing in the Fund. It is qualified in its entirety by the PPM and no offering of interests in the Fund may be made by any literature, advertising, or document in whatever form other than the PPM, which may qualify, and differ from, the information and opinions contained herein. The PPM contains important information regarding the Fund's investment objectives, risks, fees, and other matters of interest and should be carefully read prior to any investment in the Fund. There are no assurances that the stated investment objectives of the Fund will be met. The purchase of interests of the Fund is suitable only for sophisticated investors for whom an investment in the Fund does not constitute a complete investment program and who fully understand and are willing to assume the risks involved in the Fund's investment program. The interests described herein will not be registered under the laws of any jurisdiction including the United States Securities Act of 1933 or the United States Investment Company Act of 1940, the laws of any state of the United States or the laws of any foreign jurisdiction and may not be offered or sold without compliance to applicable securities laws. Hedge funds (or funds of hedge funds): Often engage in leveraging and other speculative investment practices that may increase the risk of investment loss; Can be highly illiquid; Are not required to provide periodic pricing or valuation information to investors; May involve complex tax structures and delays in distributing important tax information; Are not subject to the same regulatory requirements as registered investment companies; and Often charge high fees. An investor could lose all or substantially all of his or her investment. Where securities are issued in a currency other than the investors' currency of reference, changes in exchange rates may have an adverse effect on the value of the investment. Further, any number of conflicts of interest may exist in the context of the management and/or operation of any hedge fund. Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member FINRA and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC and Fairfield Greenwich (Bermuda) Ltd. In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Ltd., which has notified the Monetary Authority of Singapore of its commencement of Business. The Fund is not recognised as a collective investment scheme for the purposes of the Financial Services and Markets Act 2000 of the United Kingdom (the "Act"). This information is directed only at persons to whom such investment funds may lawfully be promoted by a person authorised under the Act (an "authorised person") by virtue of Section 238(5) of the Act and Annex 5 to Chapter 3 of the FSA Conduct of Business Sourcebook. Shares in the Fund are only available to such persons. This information must not be relied or acted upon by any other persons. Investors in the Fund will not benefit from the rules and regulations made under the Act for the protection of investors, nor from the Financial Services Compensation Scheme. Shares in the Fund are not dealt in or on a recognised or designated investment exchange for the purposes of the Act, nor is there a market maker in such shares, and it may therefore be difficult for an investor to dispose of his shares otherwise than by way of redemption. This information is provided to persons who: a) have declared to be qualified investors pursuant to art. 10 par. 3 of the Collective Investment Schemes Act ("CISA"); or b) have declared to accept it exclusively on behalf of one or more qualified investors whom this information is exclusively meant for. In particular, the person being represented is a wealthy private person pursuant to art. 10 par. 3 letter (e) of the CISA, or is a qualified investor according to art. 10 par. 3 letter (f) CISA or to art. 6 par. 2 of the Collective Investment Scheme Ordinance. For no reason whatsoever, therefore, is this information intended for unqualified investors according to the CISA. The summary/prices/quotes/statistics in this document have been obtained from sources deemed to be reliable, but we do not guarantee their accuracy or completeness. This document is confidential and may not be reproduced or distributed without the prior written consent of Fairfield Greenwich Group. Fairfield Greenwich Group is the marketing name for the brokerage and investment advisory businesses of Fairfield Greenwich Limited and its affiliates worldwide. Additional information is available upon request.

CONFIDENTIAL

FGANW005452665

FG-05599678