# Exhibit 36

| | |
|---|---|
| From: | Lakshmi Chaudhuri [lakshmi@fggus.com] |
| Sent: | Wednesday, October 01, 2008 1:36 PM |
| To: | D'Oliveira, Pedro (MLBS) |
| Cc: | Lourdes Barreneche; LB Team |
| Subject: | RE: Fairfield Sentry Ltd |
| Attachments: | SENTRY (Aug 2008).pdf |

Dear Mr. D'Oliveira,

Thank you for your email. Per your request, we have attached the tear sheet of Fairfield Sentry Ltd ("Sentry"/"Fund")as on August 2008. For your information, for the week ending 9/26/08 -- Sentry has an estimated MTD return of +0.64% and estimated YTD return of +4.71%.

This Fund accepts subscriptions on a monthly basis -- the next dealing date for subscriptions is November 1, 2008 provided the documentation and monies are received at the Fund Administrator by October 29, 2008.

Sentry also has a monthly liquidity schedule with a redemption notice period of 15 calendar days. Kindly note that there are no entry/exit fees associated with the purchase/sale of investments in the Fund.

Please do not hesitate to contact us for any additional information.

Kind regards,
Lourdes Barreneche & Lakshmi Chaudhuri


Fairfield Greenwich Group | 55 East 52 St,  33rd floor, New York, NY 10055
☎ Tel: 212-319-6060 | 📠 Fax: 212-319-0450 | ✉ lakshmi@fggus.com



*********************************************************************

P  Help conserve the environment. Please think before printing this email. Thank you.



---

**From:** D'Oliveira, Pedro (MLBS) [mailto:Pedro_D'Oliveira@ml.com]
**Sent:** Wednesday, October 01, 2008 4:12 AM
**To:** Lakshmi Chaudhuri
**Cc:** Lourdes Barreneche; LB Team
**Subject:** Fairfield Sentry Ltd

Dear Sirs,

Can you please send me the latest complete fact sheet on your Fairfield Sentry Ltd fund as well as the trading calendar?

I appreciate your help.

1

CONFIDENTIAL

FGANW005452379

FG-05599392

With my best regards,

Pedro

———————

This message w/attachments (message) may be privileged, confidential or proprietary, and if you are not an intended recipient, please notify the sender, do not use or share it and delete it. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Merrill Lynch. Subject to applicable law, Merrill Lynch may monitor, review and retain e-communications (EC) traveling through its networks/systems. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or error-free. This message is subject to terms available at the following link: http://www.ml.com/e-communications_terms/. By messaging with Merrill Lynch you consent to the foregoing.

———————

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005452380

FG-05599393