# Exhibit 38

11/04/2007 16:56:33    PAGE    1/001

11-04-07                                                                16:43

# MERRILL LYNCH BANK (SUISSE) S.A.

| | |
|---|---|
| TO | CITCO FUND SERVICES BV |
| | TELESTONE 8 – TELEPORT NARITAWEG 165 |
| | 1043 BW AMSTERDAM |
| | THE NETHERLANDS |
| ATTN: | MRS. MARIA JOAO FERNANDEZ |
| FAX | 0031 20 572 2610 |
| TEL | 0031 20 572 2116 |
| FROM: | Franck Schaller (fundservices_mlbs@ml.com) |
| | MERRILL LYNCH BANK (SUISSE) S.A. |
| FAX | 0041 22 703 15 72 |
| TEL | 0041 22 703 17 72 |
| RE | REDEMPTION REQUEST |

Number of pages included cover sheet:

Kindly redeem the following(s) position(s) at your earliest convenience:

- **371,81 units (three hundred seventy one virgule eighty-one) of FAIRFIELD SENTRY LTD**

ISIN : VGG3299L1004

Please confirm by return

<u>Please pay the proceed as follows</u> :

NORTHERN TRUST INT. BANKING NEW YORK

A/C : Redacted0230

SWIFT CODE : CNORUS33

FED ABA : 026 001 122

CHIPS UID : 044 382

REF : MERRILL LYNCH BANK (SUISSE) S.A./ Franck Schaller /Redacted6700

Thank you in advance.

Best regards

Marc Viola AVP                        Heinz Ryser AVP

CONFIDENTIAL                                                                ANWAR-CFSE-00143863



# Confirmation of Order Received

MERRILL LYNCH BANK (SUISSE) SA  
18 RUE DES CONTAMINES  
CH-1211 GENEVA 3  
SWITZERLAND  

| | |
|---|---|
| Date | : Apr-12-2007 |
| Fund ID | : 03302 |
| Holder ID | : Redacted 3002 |
| Account ID | : Redacted 1980 |
| Order No. | : Redacted 7802 |
| Email | : GABRIELE_ROSSICARRI@ML.COM |
| FAX Number | : 0041 22 703 1572 |

GABRIELE ROSSICARRI  
Account: MERRILL LYNCH BANK (SUISSE) SA

## FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from  
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date — May-01-2007  
Settlement Date — May-31-2007  
Valuation/NAV Date — Apr-30-2007  
Type of transaction — Redemption  
voting shares — 371.8100

| | |
|---|---|
| Bank Name: | NORTHERN TRUST INTERNATIONAL BANKING CORP |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 026001122 |
| SWIFT Ref.: | CNORUS33 |
| Beneficiary Acct No: | Redacted 0230 |
| Beneficiary Name: | MERRILL LYNCH BANK SUISSE SA GENEVA |
| Ben Swift Ref: | MLBSCHGG |

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands

www.citco.com

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773



# Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH  
ATTN PAYMENTS DEPARTMENT  
CUSTOM HOUSE PLAZA BLOCK 6  
INTERNATIONAL FINANCIAL SERVICES CENTRE  
DUBLIN 1 IRELAND  

Date : May-15-2007  
Fund Id : 03302  
Holder Id : Redacted 3002  
Account Id : Redacted 1980  
Contract No. : Redacted 2402  
Order No. : Redacted 7802  
CFI Cash Id : Redacted 9202  

## FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**  
Account Number  IE23CITC00000035810501  
Account Name    FAIRFIELD SENTRY LIMITED  

**Please credit:**  
Bank Name:      NORTHERN TRUST INTERNATIONAL BANKING CORP  
Bank Address 1: NEW YORK  
Bank Address 2: USA  

ABA Ref.:   026001122  
SWIFT Ref.: CNORUS33  

Beneficiary Acct No: Redacted 0230  
Beneficiary Name:   MERRILL LYNCH BANK SUISSE SA GENEVA  

Amount:     USD    459,968.08  
Value date: May-16-2007  
Ref:        FAIRFIELD SENTRY  Shares 371.8100 T/D:05-01-2007 RE  
Note:       FRANCK SCHALLER Redacted 6700  
Details of Charges:  

Authorised signatory                    Authorised signatory  

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773  

CONFIDENTIAL                                                                 ANWAR-CFSE-00143859



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

MERRILL LYNCH BANK (SUISSE) SA          Fund ID       : 03302
18 RUE DES CONTAMINES                   Holder ID     : Redacted 3002
CH-1211 GENEVA 3                        Account ID    : Redacted 1980
SWITZERLAND                             Contract No.  : Redacted 2402
                                        Date          : May-18-2007
                                        Order No.     : Redacted 7802
                                        Email         : GABRIELE_ROSSICARRI@ML.COM
GABRIELE ROSSICARRI                     FAX Number    : 0041 22 703 1572
Account name: MERRILL LYNCH BANK (SUISSE) SA

### FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Apr-30-2007 |
| Trade Date | | May-01-2007 |
| Payment Date | | May-16-2007 |
| | | |
| No. of voting shares Redeemed | | 371.8100 |
| Redemption Price | USD | 1,237.1052 |
| Gross Redemption Proceeds | USD | 459,968.08 |
| | | |
| Net Redemption Proceeds | USD | 459,968.08 |
| | | |
| Amount to be Paid | USD | 459,968.08 |
| Proceeds Paid to Date | USD | 459,968.08 |

Your balance following this transaction will be 11,685.1004 voting shares.

For more information or any Inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*                www.citco.com          Phone: (31-20) 5722100
*Telestone - Teleport*                                 Fax:   (31-20) 5722610
*Naritaweg 165*                                        Chamber of Commerce 33253773
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL                                                    ANWAR-CFSE-00143856