# Exhibit 39

25/04/2007 16:51:20   PAGE   1/001

25-04-07                                                    16:36

## MERRILL LYNCH BANK (SUISSE) S.A.

**TO**   **CITCO FUND SERVICES BV**
**TELESTONE 8 – TELEPORT NARITAWEG 165**
**1043 BW AMSTERDAM**
**THE NETHERLANDS**

**ATTN:**   **MRS. MARIA JOAO FERNANDEZ**

**FAX**    **0031 20 572 2610**
**TEL**    **0031 20 572 2116**

**FROM:**   Yannick Belotti (fundservices_mlbs@ml.com)

**MERRILL LYNCH BANK (SUISSE) S.A.**

**FAX**    0041 22 703 15 72

**TEL**    0041 22 703 15 63

**RE**     **REDEMPTION REQUEST**

Number of pages included cover sheet:

Kindly redeem the following(s) position(s) at your earliest convenience:

- **816 units (eight hundred sixteen) of FAIRFIELD SENTRY LTD**

**ISIN : VGG3299L1004**

Please confirm by return

Please pay the proceed as follows :

NORTHERN TRUST INT. BANKING NEW YORK

A/C           : Redacted0230

SWIFT CODE    : CNORUS33

FED ABA       : 026 001 122

CHIPS UID     : 044 382

REF           : MERRILL LYNCH BANK (SUISSE) S.A./ Yannick Belotti/Redac6700

Thank you in advance .

Best regards

Samuel Alvarez CM

Fernand Cendan AVP

CONFIDENTIAL                                   ANWAR-CFSE-00162115

# CITCO
Citco Fund Services
(Europe) B.V.

## Confirmation of Order Received

MERRILL LYNCH BANK (SUISSE) SA
18 RUE DES CONTAMINES
CH-1211 GENEVA 3
SWITZERLAND

| | |
|---|---|
| Date | : Apr-26-2007 |
| Fund ID | : 03302 |
| Holder ID | : Redacted3002 |
| Account ID | : Redact1980 |
| Order No. | : Redacted8202 |
| Email | : GABRIELE_ROSSICARRI@ML.COM |
| FAX Number | : 0041 22 703 1572 |

GABRIELE ROSSICARRI
Account: MERRILL LYNCH BANK (SUISSE) SA

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Jun-01-2007 |
| Settlement Date | Jul-01-2007 |
| Valuation/NAV Date | May-31-2007 |
| Type of transaction | Redemption |
| voting shares | 816.0000 |

| | |
|---|---|
| Bank Name: | NORTHERN TRUST INTERNATIONAL BANKING CORP |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| ABA Ref.: | 026001122 |
| SWIFT Ref.: | CNORUS33 |
| Beneficiary Acct No: | Redacted 0230 |
| Beneficiary Name: | MERRILL LYNCH BANK SUISSE SA GENEVA |
| Ben Swift Ref: | MLBSCHGG |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date            : Jun-14-2007

Fund Id         : 03302
Holder Id       Redacted 3002
Account Id      Redacted 1980
Contract No.    Redacted 1002
Order No.       Redacted 8202
CFI Cash Id     Redacted 3402

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name  FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:  NORTHERN TRUST INTERNATIONAL BANKING CORP
Bank Address 1:  NEW YORK
Bank Address 2:  USA

ABA Ref.:  026001122
SWIFT Ref.:  CNORUS33

Beneficiary Acct No: Redacted 0230
Beneficiary Name:  MERRILL LYNCH BANK SUISSE SA GENEVA

Ben Swift Ref: MLBSCHGG
Amount:  USD    1,017,650.25
Value date:  Jun-15-2007
Ref:  FAIRFIELD SENTRY   Shares:816.0000 T/D:06-01-2007 RE
Note:  REF MERRILL LYNCH BANK SA YANNICK BELOTTI Redacted 6700
Details of Charges:
Authorised signatory                            Authorised signatory

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                   ANWAR-CFSE-00162111

# CITCO
*Citco Fund Services*
*(Europe) B.V.*

MERRILL LYNCH BANK (SUISSE) SA
18 RUE DES CONTAMINES
CH-1211 GENEVA 3
SWITZERLAND

Fund ID      : 03302
Holder ID    : Redacted 3002
Account ID   : Redacted 1980
Contract No. : Redacted 1002
Date         : Jun-20-2007
Order No.    : Redacted 8202
Email        : GABRIELE_ROSSICARRI@ML.COM
FAX Number : 0041 22 703 1572

GABRIELE ROSSICARRI
Account name: MERRILL LYNCH BANK (SUISSE) SA

## FAIRFIELD SENTRY LIMITED

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD
SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | May-31-2007 |
| Trade Date | | Jun-01-2007 |
| Payment Date | | Jun-15-2007 |
| | | |
| No. of voting shares Redeemed | | 816.0000 |
| Redemption Price | USD | 1,247.1204 |
| Gross Redemption Proceeds | USD | 1,017,650.25 |
| | | |
| Net Redemption Proceeds | USD | 1,017,650.25 |
| | | |
| Amount to be Paid | USD | 1,017,650.25 |
| Proceeds Paid to Date | USD | 1,017,650.25 |

Your balance following this transaction will be 10,736.1004 voting shares.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                           ANWAR-CFSE-00162108