# Exhibit 40

13.3.2008  19:11       FundSettle Line 6  Euroclear F3RENQD4                                                    1/1

Euroclear Bank S.A./N.V.
RCB HRB 486.370                           Facsimile Redemption Order                           
Boulevard du Roi Albert II, 1
B-1210 Brussels, Belgium                                                                        euroclear

Type: **Urgent**
Date : 2008-03-13 19:10        To Fax # : 31205722610                             Number of page(s): 1

To : Company : 19300 CITCO FUND SERVICES EUROPE   From :  **FundSettle - Euroclear**
      BV                                                  On behalf of : **Participant account number 97280**
      Attention : ROBIELA LAU / INDRA ANGELA              Participant name : **MERRILL LYNCH BK**
      Department : 31205722143                            **SUISSE,GVA**
                                                          Department : CUSTODY INVESTMENT FUNDS
                                                          Intl Tel : +32 2 326 4670   Intl Fax : +32 2 326 4401

Your participation is requested to CONFIRM - ACKNOWLEDGE - REJECT the following order :

Pending REDEMPTION - FAIRFIELD SENTRY LTD - Currency: USD - ISIN: VGG3299L1004

| Participant order reference |  | Reda 4989 |  |  |
|---|---|---|---|---|
| FundSettle order number | F3RENQD4 | Order date |  | 06/03/2008 |
| Number of shares to redeem | 78 | Participant number |  | Re 7280 |
| Cash amount to receive |  | Payment Currency |  | USD |
| Registered in name of | FS/MLBS GENEVA |  |  |  |
| Dividend option | Shares | Certification |  | Yes |
| Commission recipient 1 | 00589202 (Redacted) | Commission 1 requested | Net amount | USD |
| Commission recipient 2 |  | Commission 2 requested |  |  |
| Commission recipient 3 |  | Commission 3 requested |  |  |
| Tax information |  | Country of beneficial owner | NOT DEFINED |  |

Additional information to transfer agent:

Please note: For the avoidance of doubt, addressees of this fax are reminded that FundSettle acts as agent ("mandataire") under Belgian law) for FundSettle Participants holding Direct or Nominee Registered Positions. As such, FundSettle cannot guarantee the payment of any order placed by FundSettle Participants to Transfer Agents. In the event of a non-payment by the FundSettle Participant, the Transfer Agent has the right, as against the FundSettle Participant, to redeem the order that remains unpaid and set-off the amount due for the subscriptions and/or redemptions. The Transfer Agent waives statutory or contractual liens on the FundSettle Direct or Nominee Registered Positions, except for the specific order that remains unpaid. The content of this notice is governed by the Belgian Law.

Authorized Signatory #1:          Authorized Signatory #2:
Olivier Piras, Director           Christian Delcorps, Associate Manager

Please, fax your confirmation back to
**FundSettle (+32 2 326 4401)**

FundSettle acting as agent pursuant to a Power of Attorney

The information contained in this telecopy is confidential and is intended for the exclusive use of its addressee(s). Any person who receives this telecopy and who is not the addressee, or one of its employees or agents, is informed that it is prohibited to use, divulge or reproduce the contents thereof. If you have received this communication by mistake, we would be grateful if you would let us know by telephone as soon as possible and to send this telecopy back to us by mail.

CONFIDENTIAL                                                                      ANWAR-CFSE-00105641



**CITCO**
*Citco Fund Services (Europe) B.V.*

# Confirmation of Order Received

EUROCLEAR BANK SA NV
FUNDSETTLE TEAM
2ND FLOOR
1 BOULEVARD DU ROI ALBERT II B
1210 BRUSSELS
BELGIUM

FUNDSETTLE RECONCILIATION TEAM
Account: FS/MLBS GENEVA

Date            : Mar-14-2008
Fund ID         : 03302
Holder ID       : Redacted 9202
Account ID      : Redacted 2939
Order No.       : Redacted 1002
Email           : FUNDSETTLE_RECONCILIATION@EUROCLE
FAX Number      : 00 32 2 224 4401

**FAIRFIELD SENTRY LIMITED**

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

Trade Date              Apr-01-2008
Settlement Date         May-01-2008
Valuation/NAV Date      Mar-31-2008
Type of transaction     Redemption
Fund Currency           USD
voting shares           78.0000



Note 1: F3RENQD4
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850  Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands

www.citco.com

Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                              ANWAR-CFSE-00105640

**CITCO**
Citco Fund Services
(Europe) B.V.

## Request for Wire Transfer Payment

CITCO BANK NEDERLAND NV DUBLIN BRANCH
ATTN PAYMENTS DEPARTMENT
CUSTOM HOUSE PLAZA BLOCK 6
INTERNATIONAL FINANCIAL SERVICES CENTRE
DUBLIN 1 IRELAND

Date            : Apr-14-2008

Fund Id         : 03302
Holder Id       : Redacted 9202
Account Id      : Redacted 2939
Contract No.    : Redacted 0502
Order No.       : Redacted 1002
CFI Cash Id     : Redacted 0502

### FAIRFIELD SENTRY LIMITED

In request of the above named account please process the following wire transfer payment

**Please debit:**
Account Number    Redacted    0501
Account Name      FAIRFIELD SENTRY LIMITED

**Please credit:**
Bank Name:       THE BANK OF NEW YORK
Bank Address 1:  NEW YORK
Bank Address 2:  USA
Bank Address 3:

ABA Ref.:        021000018
SWIFT Ref.:      IRVTUS3N

Further Cr. Num:   Redacted 5139
Further Cr. Name:  EUROCLEAR

Further Cr. SWIFT Ref.: MGTCBEBEECL
Beneficiary Acct No:    Re 1467
Beneficiary Name:       FS MLBS GENEVA

Amount:      USD    101,632.31
Value date:  Apr-14-2008
Ref:         FAIRFIELD SENTRY   Shares:78.0000 T/D:04-01-2008 RE
Note:        254989 F3RENQD4 97280
Details of Charges:
Wire Ref/ Check Num:

Authorised signatory                    Authorised signatory

Citco Building
Telestone - Teleport           www.citco.com         Phone: (31-20) 5722100
Naritaweg 165                                        Fax:   (31-20) 5722610
1043 BW Amsterdam                                    Chamber of Commerce 33253773
The Netherlands

CONFIDENTIAL                                                                ANWAR-CFSE-00105630

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

EUROCLEAR BANK SA NV　　　　　　　　　　　　　Fund ID　　　　: 03302
FUNDSETTLE TEAM　　　　　　　　　　　　　　　Holder ID　　　: Redacted 9202
2ND FLOOR　　　　　　　　　　　　　　　　　　Account ID　　: Redacted 2939
1 BOULEVARD DU ROI ALBERT II B　　　　　　　Contract No. : Redacted 0502
1210 BRUSSELS　　　　　　　　　　　　　　　　Date　　　　　: Apr-11-2008
BELGIUM　　　　　　　　　　　　　　　　　　　Order No.　　 Redacted 1002
　　　　　　　　　　　　　　　　　　　　　　　Email　　　　: FUNDSETTLE_RECONCILIATION@EUF
FUNDSETTLE RECONCILIATION TEAM　　　　　　　FAX Number : 00 32 2 224 4401
Account name: FS/MLBS GENEVA

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Mar-31-2008 |
| Trade Date | | Apr-01-2008 |
| Expected Payment Date | | May-01-2008 |
| No. of voting shares Redeemed | | 78.0000 |
| Redemption Price | USD | 1,302.9783 |
| Gross Redemption Proceeds | USD | 101,632.31 |
| Net Redemption Proceeds | USD | 101,632.31 |
| Amount to be Paid | USD | 101,632.31 |
| Amount Receivable | USD | 101,632.31 |

Your balance following this transaction will be 1,657.5354 voting shares.

Note: F3RENQD4

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*　　　　　　　www.citco.com　　　　　　*Phone:* (31-20) 5722100
*Telestone - Teleport*　　　　　　　　　　　　　　　　*Fax:* (31-20) 5722610
*Naritaweg 165*　　　　　　　　　　　　　　　　　　*Chamber of Commerce 33253773*
*1043 BW Amsterdam*
*The Netherlands*

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANWAR-CFSE-00105629