**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | **Adv. Pro. No. 08-1789 (CGM)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON | **Adv. Pro. No. 10-04285 (CGM)** |

| | |
|---|---|
| DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, GROUPEMENT FINANCIER LTD., <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT

**WHEREAS**, on December 1, 2022, the Court entered an order (ECF No. 337) denying Defendants Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA, Access Partners SA, Patrick Littaye, Claudine Magon de la Villehuchet, and Groupement Financier Ltd.'s (collectively the "Access Defendants") Motion to Dismiss the Second Amended Complaint (the "Order");

**WHEREAS,** the Order set a deadline of January 31, 2023 by which the Access Defendants were to answer the Second Amended Complaint; and

**WHEREAS**, the Access Defendants have requested, and the Trustee's counsel have agreed to, an extension of the deadline to file an answer to the Second Amended Complaint until February 28, 2023;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that:

1. The Access Defendants will submit an answer to the Second Amended Complaint on or before February 28, 2023.

Dated: January 25, 2023
New York, New York

*s/Robertson D. Beckerlegge*
**Baker & Hostetler LLP**

Robertson D. Beckerlegge
Oren J. Warshavsky
Geoffrey A. North
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
rbeckerlegge@bakerlaw.com
owarshavsky@bakerlaw.com
gnorth@bakerlaw.com

*Attorneys for Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*

*s/Anthony L. Paccione*
**Katten Muchin Rosenman LLP**

Anthony L. Paccione
Brian L. Muldrew
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
anthony.paccione@katten.com
brian.muldrew@katten.com

*Attorneys for Defendants
Access International Advisors LLC,
Access International Advisors Ltd.,
Access Management Luxembourg SA,
Access Partners SA, Patrick Littaye,
Claudine Magon de la Villehuchet, and
Groupement Financier Ltd.*

**SO ORDERED:**



**Dated: January 26, 2023
Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**