# Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>KOCH INDUSTRIES, INC., as successor in interest of Koch Investment (UK) Company,<br><br>        Defendant. | Adv. Pro. No. 12-01047 (CGM) |

**[PROPOSED] ORDER**
**CERTIFYING DIRECT APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**PURSUANT TO 28 U.S.C. § 158(d)(2) AND FED. R. BANKR. P. 8006(f)**

On November 30, 2022, this Court entered an Order (the "Order") following its November 21, 2022 Memorandum Decision Denying Defendant's Motion to Dismiss (the "Decision"). *See* ECF Nos. 122, 118. On January 4, 2023, Defendant

filed a Notice of Appeal and Motion for Leave to Appeal. *See* ECF Nos. 125, 126. Defendant subsequently filed the Request for Certification of Direct Appeal (the "Request"), pursuant to 28 U.S.C. § 158(d)(2) and Federal Rule of Bankruptcy Procedure 8006(f).

**ORDERED**, the Request is GRANTED pursuant to 28 U.S.C. § 158(d)(2); and it is further

**ORDERED**, that the Court hereby certifies that the Order involves a question of law as to which there is no controlling decision of the United States Court of Appeals for the Second Circuit or the Supreme Court of the United States, the Order involves a matter of public importance, and an immediate appeal from the Order will materially advance the progress of the case; and it is further

**ORDERED**, that the Court hereby certifies the Order for direct appeal to the United States Court of Appeals for the Second Circuit.

2