**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SNS BANK N.V. and SNS GLOBAL CUSTODY B.V.,<br><br>Defendants. | Adv. Pro. No. 12-01046 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of January, 2023, a true and correct copy of the *Reply Memorandum of Law in Support of Defendants SNS Bank N.V. and SNS Global Custody B.V.'s Motion to Dismiss the Complaint* was served upon all counsel of record using the Court's CM/ECF system.

*/s/ George W. Shuster, Jr.*
George W. Shuster, Jr.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: george.shuster@wilmerhale.com

*Counsel for Defendants SNS Bank N.V. and SNS Global Custody B.V.*