**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO NATIXIS S.A.**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 1/31/2008 | (14,080,000) |
| 1/31/2008 | (3,520,000) |
| 2/15/2008 | (14,537,693) |
| 2/15/2008 | (3,629,874) |
| 3/18/2008 | (11,923,728) |
| 5/15/2008 | (52,043,076) |
| 5/15/2008 | (2,077,778) |
| 9/16/2008 | (74,503,218) |
| 10/15/2008 | (2,096,137) |
| 11/18/2008 | (597,952) |
| **Total:** | **$ (179,009,456)** |