**EXHIBIT D**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO TENSYR LIMITED**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 5/24/2007 | (250,384) |
| 7/19/2007 | (15,600,000) |
| 7/30/2007 | (277,083) |
| 11/21/2007 | (271,266) |
| 1/18/2008 | (10,500,000) |
| 1/28/2008 | (276,404) |
| 2/6/2008 | (259,662) |
| 3/4/2008 | (1,529,363) |
| 5/16/2008 | (274,021) |
| 6/5/2008 | (9,254) |
| 7/15/2008 | (4,700,000) |
| 7/24/2008 | (565,579) |
| 7/24/2008 | (120,530) |
| 8/6/2008 | (277,669) |
| 11/3/2008 | (278,899) |
| **Total:** | **$ (35,190,115)** |