**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (CGM) SIPA Liquidation (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, Plaintiff, v. KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company, Defendant. | Adv. Pro. No. 12-01047 (CGM) |

**STIPULATION AND ORDER REGARDING DEADLINES FOR
DEFENDANT'S REQUEST FOR CERTIFICATION OF DIRECT APPEAL**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and Defendant Koch Industries, Inc.

("Defendant," and with the Trustee, the "Parties"), by and through their respective and undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on July 22, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion"), including supporting memorandum of law and declaration [ECF Nos. 105-07];

**WHEREAS**, on November 21, 2022, following full briefing by the Parties, this Court issued its *Memorandum Decision Denying Defendant's Motion to Dismiss* [ECF No. 118];

**WHEREAS**, on November 30, 2022, this Court entered its *Order Denying Koch Industries, Inc.'s Motion to Dismiss the Complaint* [ECF No. 122] (the "**November 30, 2022 Order**");

**WHEREAS**, on January 29, 2023, Defendant filed a Request for Certification of Direct Appeal, pursuant to 28 U.S.C. § 158(d)(2) and Federal Rule of Bankruptcy Procedure 8006(f), seeking an order certifying the November 30, 2022 Order for direct review in the United States Court of Appeals for the Second Circuit [ECF No. 129] (the "Certification Request");

**WHEREAS**, the Trustee and Defendant have agreed to a reasonable extension of time for the Trustee to respond to the Certification Request;

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The deadline for the Trustee to respond to the Certification Request shall be March 3, 2023.

2. The hearing date on the Certification Request shall be the Court's omnibus date of March 15, 2023.

2

Dated:     January 30, 2023
           New York, New York

By: */s/ Eric R. Fish*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:  (212) 589-4200  
Facsimile:  (212) 589-4201  
David J. Sheehan  
Email:  dsheehan@bakerlaw.com  
Eric R. Fish  
Email:  efish@bakerlaw.com  
Michelle N. Tanney  
Email: mtanney@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Jonathan Guy*  
**ORRICK, HERRINGTON & SUTCLIFFE LLP**  
Columbia Center  
1152 15th Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 339-8400  
Facsimile: (202) 339-8500  
Jonathan Guy  
Email: jguy@orrick.com  
James W. Burke (pro hac vice)  
Email: jburke@orrick.com  

*Attorneys for Defendant Koch Industries, Inc.*



**Dated: January 31, 2023**  
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**  
_____  
**Hon. Cecelia G. Morris**  
**U.S. Bankruptcy Judge**