**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>v.<br><br>NATIXIS S.A. and TENSYR LTD., Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2023, a copy of the Amended Complaint was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

| | |
|---|---|
| Dated: January 31, 2023<br>New York, New York | /s/   Joanna Wasick<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Joanna F. Wasick<br>Carlos Ramos-Mrosovsky<br>Michelle N. Tanney<br>Matthew B. Friedman<br>Tara E. Turner<br>Madison Gaudreau<br><br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>Telephone: (614) 228-1541<br>Facsimile: (614) 462-2616<br>Douglas A. Vonderhaar<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |

# SCHEDULE A

**Defendant Counsel**

Bruce Ginsberg
H. Seiji Newman
Joseph Cioffi
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: hnewman@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Natixis

Christian Vandergeest
David Y. Livshiz
Laurie A. Morgan
Freshfields Bruckhaus Deringer US LLP
Email: christian.vandergeest@freshfields.com
Email: david.livshiz@freshfields.com
Email: laurie.morgan@freshfields.com
Attorney For: Tensyr Limited