UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Bankruptcy Court Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br>v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A. (f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A.), as represented by its Liquidator HANSPETER KRÄMER, HANSPETER KRÄMER, in his capacities as liquidator and representative of STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., STANDARD CHARTERED BANK INTERNATIONAL | Bankruptcy Court<br>Adv. Pro. No. 12-01565 (CGM) |

(AMERICAS) LTD., f/k/a AMERICAN
EXPRESS BANK INTERNATIONAL, and
STANDARD CHARTERED HOLDINGS INC.
(as successor in interest to STANDARD
CHARTERED INTERNATIONAL (USA)
LTD., f/k/a AMERICAN EXPRESS BANK
LTD.),

              Defendants.

# NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. **Name(s) of appellants**: Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.).

2. **Position of appellant(s) in the adversary proceeding that is the subject of this appeal**: Defendants.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order, or decree appealed from**:

   a. *Order Denying the SCB Defendants' Motion to Dismiss the Complaint* (ECF No. 173) (the "Order") (attached as Exhibit A). The Order was based on the *Memorandum Decision Denying Defendants' Motion to Dismiss* (ECF No. 168) (the "Decision") (attached as Exhibit B).

2. **State the date on which the judgment, order, or decree was entered**:

   a. The Order was entered on January 18, 2023, and the Decision was entered on January 6, 2023.

**Part 3: Identify the other parties to the appeal**

1. **List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys**:

| Defendants-Appellants | Attorneys |
|---|---|
| Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.) | **SULLIVAN & CROMWELL LLP**<br>Andrew J. Finn<br>Mark A. Makar<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>Diane L. McGimsey (*pro hac vice*)<br>1888 Century Park East<br>Los Angeles, California 90067<br>(310) 712-6600 |
| **Plaintiff-Appellee** | **Attorneys** |
| Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | **BAKER & HOSTETLER LLP**<br>David J. Sheehan<br>Robertson D. Beckerlegge<br>Eric R. Fish<br>Michelle R. Usitalo<br>Robyn M. Feldstein<br>45 Rockefeller Plaza<br>New York, New York 10111<br>(212) 589-4200 |

**Part 4: Optional election to have appeal heard by District Court**

Not applicable in this District.

**Part 5:  Signature**

Dated: February 1, 2023
      New York, New York

Respectfully Submitted,

/s/  *Andrew J. Finn*
Andrew J. Finn
Mark A. Makar
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  finna@sullcrom.com
Email:  makarm@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
1888 Century Park East
Los Angeles, California  90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800
Email:  mcgimseyd@sullcrom.com

*Attorneys for Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.)*