**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Bankruptcy Court Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Bankruptcy Court Adv. Pro. No. 12-01565 (CGM) |
| Plaintiff, v. | |
| STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A. (f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A.), as represented by its Liquidator HANSPETER KRÄMER, HANSPETER KRÄMER, in his capacities as liquidator and representative of STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., STANDARD CHARTERED BANK INTERNATIONAL | |

| |
|---|
| (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD CHARTERED HOLDINGS INC. (as successor in interest to STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.), |
|                      Defendants. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 8012, the undersigned counsel of record for Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.), each of which are a non-governmental corporate party, makes the following disclosures:

Standard Chartered Financial Services (Luxembourg) S.A. is a company in liquidation under the laws of the Grand Duchy of Luxembourg and is an indirect wholly-owned subsidiary of Standard Chartered PLC, a publicly held company based in the United Kingdom. No publicly held corporation has notified Standard Chartered PLC of an interest of more than 10% in Standard Chartered PLC's issued ordinary share capital in accordance with the United Kingdom's Financial Conduct Authority's Disclosure and Transparency Rules.

Standard Chartered Bank International (Americas) Ltd. is a wholly-owned subsidiary of Standard Chartered Bank.  Standard Chartered Bank is a subsidiary of Standard Chartered Holdings Limited, which, in turn, operates as a subsidiary of Standard Chartered PLC.  No publicly held corporation has notified Standard Chartered PLC of an interest of more than 10% in Standard Chartered PLC's issued ordinary share capital in accordance with the United Kingdom's Financial Conduct Authority's Disclosure and Transparency Rules.

Standard Chartered Holdings Inc. is a subsidiary of Standard Chartered Bank.  Standard Chartered Bank is a subsidiary of Standard Chartered Holdings Limited, which, in turn, operates as a subsidiary of Standard Chartered PLC.  No publicly held corporation has notified Standard Chartered PLC of an interest of more than 10% in Standard Chartered PLC's issued ordinary share capital in accordance with the United Kingdom's Financial Conduct Authority's Disclosure and Transparency Rules.

Dated: February 3, 2023  
      New York, New York

Respectfully Submitted,

/s/ *Andrew J. Finn*
Andrew J. Finn
Mark A. Makar
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: finna@sullcrom.com
Email: makarm@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: mcgimseyd@sullcrom.com

*Attorneys for Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.)*