# EXHIBIT C

**Harley International (Cayman) Limited**

**Report and Financial Statements**

**31 December 2005 and 2004**

NAT001712
**NATSAA00001712.1**

## Harley International (Cayman) Limited

| Contents | Page |
|---|---|

| General information | 1 |
| Statement of directors' responsibilities in respect of the financial statements | 2 |
| Report of the independent auditors | 3 |
| Balance sheet | 4 |
| Income statement | 5 |
| Statements of changes in net assets attributable to holders of redeemable preferred shares | 6 |
| Cash flow statement | 7 |
| Notes to the financial statements | 8 - 19 |

NAT001713

NATSAA00001713.1

# Harley International (Cayman) Limited

## General information

**Registered office**

Grand Pavilion Commercial Centre
802 West Bay Road
PO Box 2003 GT
Cayman Islands

**Independent auditors**

Ernst & Young
Leeward 4
Regatta Office Park
West Bay Road
PO Box 510GT
Cayman Islands

**Directors**

Mr Anthony L M Inder Rieden
Mrs Dawn E Davies

**Administrator**

Fortis Prime Fund Solutions (IOM) Limited
PO Box 156
18-20 North Quay
DOUGLAS
Isle of Man

**Investment manager**

Euro-Dutch Management Limited
Grand Pavilion Commercial Centre
802 West Bay Road
PO Box 2003 GT
Cayman Islands

**Registrar and transfer agent**

Fortis Prime Fund Solutions (IOM) Limited
PO Box 156
18-20 North Quay
DOUGLAS
Isle of Man

**Custodian**

Bernard L Madoff Investment Securities LLC
885 Third Avenue
New Yrok
NY 10022

**Sub-advisor**

Aspen International Investment Limited
2 Church Street
Hamilton
Bermuda

**Legal advisor**

Ogier
Queensgate House
113 South Church Street
GEORGE TOWN
Cayman Islands

NAT001714
NATSAA00001714.1

**Harley International (Cayman) Limited**

## Statement of directors' responsibilities in respect of the financial statements

The directors are responsible for the preparation of financial statements for each financial year which give a true and fair view of the company's state of affairs as at the end of the year and the results of operations for the year then ended.

In preparing those financial statements, the directors are required to:

P    ensure that the financial statements comply with the Memorandum and Articles of Association and International Financial Reporting Standards, as published by the International Accounting Standards Board;

P    select suitable accounting policies and then apply them on a consistent basis;

P    make judgments and estimates that are reasonable and prudent; and

P    prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for keeping proper accounting records, for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

NAT001715
NATSAA00001715.1

**ᴣ‖ ERNST & YOUNG**

- P.O. Box 510 GT
  Regatta Office Park
  2nd Floor, Leeward 4
  West Bay Road
  Grand Cayman, Cayman Islands

- Phone: +1 345 949 8444
  Fax: +1 345 949 4429
  Fax: +1 345 949 5394

### INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF
### HARLEY INTERNATIONAL (CAYMAN) LIMITED

We have audited the Company's financial statements for the year ended 31 December 2005, which comprise the balance sheet, income statement, statement of changes in net assets attributable to holders of redeemable preferred shares, cash flow statement and the related notes 1 to 13. These financial statements have been prepared on the basis of the accounting policies set out therein.

This report is made solely to the Company's members, in accordance with the terms of our engagement. Our audit work has been undertaken so that we might state to the Company's members those matters we are required to state to them in an auditors' report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the Company's members, for our audit work, for this report, or for the opinions we have formed.

#### Respective responsibilities of directors and auditors

The directors are responsible for the preparation of the annual report and the financial statements in accordance with International Financial Reporting Standards.

Our responsibility is to audit the financial statements in accordance with International Standards on Auditing (UK and Ireland) issued by the Auditing Practices Board.

We report to you our opinion as to whether the financial statements give a true and fair view and are properly prepared in accordance with International Financial Reporting Standards. In addition, we state whether we have obtained all the information and explanations necessary for the purpose of the audit.

We read the statement of directors' responsibilities in respect of the financial statements and consider whether it is consistent with the audited financial statements. We consider the implications for our report if we become aware of any apparent misstatements or material inconsistencies with the financial statements. Our responsibilities do not extend to any other information.

#### Basis of audit opinion

We conducted our audit in accordance with International Standards on Auditing (UK and Ireland) issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgements made by the directors in the preparation of the financial statements, and of whether the accounting policies are appropriate to the Company's circumstances, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

#### Opinion

In our opinion, the financial statements give a true and fair view, in accordance with International Financial Reporting Standards, of the state of affairs of the Company as at 31 December 2005 and of its results and cash flows for the year then ended.

*Ernst & Young*

28 June 2006

Page   3

NAT001716
NATSAA00001716.1

## Harley International (Cayman) Limited

### Balance sheet
As at 31 December 2005

| | Note | 2005 US$ | 2004 US$ |
|---|---|---|---|
| **Assets** | | | |
| Financial assets at fair value through profit or loss | 3 | 1,606,382,786 | 1,197,648,954 |
| (cost $1,606,678,729; 2004: US$1,197,728,871) | | | |
| Cash and cash equivalents | 4 | 169,474 | 11,328,135 |
| Subscription receivable | | - | 4,167,750 |
| Accrued dividend receivable | | 783,080 | - |
| Other receivable | 10 | - | 2,000,000 |
| | | | |
| **Total assets** | | 1,607,335,340 | 1,215,144,839 |
| | | | |
| **Liabilities** | | | |
| Management and incentive fee payable | 5 | 14,156 | 7,756 |
| Deferred incentive and management fees | 5 | 2,570,050 | 2,199,131 |
| Administration fee payable | 6 | 75,000 | 425,000 |
| Accrued expenses | | 148,327 | 74,003 |
| Withholding tax payable | | 222,978 | - |
| Due to participating interests | 12 | 189,868,711 | - |
| | | | |
| **Total liabilities** | | (192,899,222) | (2,705,890) |
| | | | |
| **Net assets attributable to holders of redeemable preferred shares** | | 1,414,636,118 | 1,212,438,949 |
| | | | |
| **Net asset value per share** | | | |
| Class A redeemable preferred shares (3,094.34 shares outstanding; 2004: 3,094.34 shares) | | 3,299.20 | 3,025.31 |
| Class C redeemable preferred shares (395,795.71 shares outstanding; 2004: 373,193.41 shares) | | 3,539.90 | 3,215.09 |
| Class J redeemable preferred shares (1,109.95 shares outstanding; 2004: 1,109.95 shares) | | 3,142.03 | 2,907.55 |

Approved by the Directors on .....25 June..................... 2006

_____ Director

_____ Director

NAT001717

NATSAA00001717.1

## Harley International (Cayman) Limited

## Balance sheet
### As at 31 December 2005

| | Note | 2005 US$ | 2004 US$ |
|---|---|---|---|
| **Assets** | | | |
| Financial assets at fair value through profit or loss | | | |
| (cost $1,606,676,729, 2004: US$1,197,729,671) | 3 | 1,606,382,786 | 1,197,648,954 |
| Cash and cash equivalents | 4 | 169,474 | 11,328,135 |
| Subscription receivable | | - | 4,167,750 |
| Accrued dividend receivable | | 783,080 | - |
| Other receivable | 10 | - | 2,000,000 |
| **Total assets** | | 1,607,335,340 | 1,215,144,839 |
| **Liabilities** | | | |
| Management and incentive fee payable | 5 | 14,156 | 7,756 |
| Deferred incentive and management fees | 5 | 2,570,050 | 2,199,131 |
| Administration fee payable | 6 | 75,000 | 425,000 |
| Accrued expenses | | 148,327 | 74,003 |
| Withholding tax payable | | 222,978 | - |
| Due to participating interests | 12 | 189,668,711 | - |
| **Total liabilities** | | (192,699,222) | (2,705,890) |
| **Net assets attributable to holders of redeemable preferred shares** | | 1,414,636,118 | 1,212,438,949 |
| **Net asset value per share** | | | |
| Class A redeemable preferred shares (3,094.34 shares outstanding; 2004: 3,094.34 shares) | | 3,299.20 | 3,025.31 |
| Class C redeemable preferred shares (395,795.71 shares outstanding; 2004: 373,193.41 shares) | | 3,539.90 | 3,215.09 |
| Class J redeemable preferred shares (1,109.95 shares outstanding; 2004: 1,109.95 shares) | | 3,142.03 | 2,907.55 |

Approved by the Directors on ...... 26 June ............2006

...................................Director

...................................Director

Page 4

NAT001718

NATSAA00001718.1

## Harley International (Cayman) Limited

## Income statement
**For the year ended 31 December 2005**

| | Note | 2005 US$ | 2004 US$ |
|---|---|---|---|
| **Investment income** | | | |
| Interest | 2 (h) | 24,490,636 | 9,915,380 |
| Dividends (net of withholding taxes of $3,338,599, 2004: $2,172,335) | 2 (j) | 9,257,052 | 5,008,840 |
| **Total investment income** | | 33,747,688 | 14,924,220 |
| **Expenses** | | | |
| Management fee | 5 | 33,538 | 133,628 |
| Incentive fee | 5 | 141,167 | 226,662 |
| Administration fee | 6 | 300,000 | 300,000 |
| Directors fee | | 10,000 | 10,000 |
| Professional fees and other | | 268,931 | 66,386 |
| **Total operating expenses** | | (753,636) | (736,676) |
| **Net investment income** | | 32,994,052 | 14,187,544 |
| **Net gain on investments** | | | |
| Net realised gain on investments | 2 (c), 9 | 104,370,709 | 81,683,168 |
| Net unrealised loss on investments | 2 (c),9 | (213,226) | (80,717) |
| **Net gain on investments** | | 104,157,483 | 81,602,451 |
| Appreciation of deferred compensation | 5 | (214,610) | (175,425) |
| Profit attributable to participating interests | 12 | (8,289,476) | - |
| | | (8,504,086) | (175,425) |
| **Profit attributable to holders of redeemable preferred shares** | | 128,647,449 | 95,614,570 |

NAT001719
NATSAA00001719.1

**Harley International (Cayman) Limited**

## Statements of changes in net assets attributable to holders of redeemable preferred shares

For the year ended 31 December 2005

| | Capital transactions US$ | Retained earnings US$ | Total US$ |
|---|---|---|---|
| Balance at 1 January 2004 | 643,313,047 | 196,481,332 | 839,794,379 |
| Profit attributable to holders of redeemable preferred shares | - | 95,614,570 | 95,614,570 |
| Issue of shares | 380,136,135 | - | 380,136,135 |
| Redemption of shares | (103,106,135) | - | (103,106,135) |
| **Balance at 31 December 2004** | **920,343,047** | **292,095,902** | **1,212,438,949** |
| Profit attributable to holders of redeemable preferred shares | - | 128,647,449 | 128,647,449 |
| Issue of shares | 159,708,269 | - | 159,708,269 |
| Redemption of shares | (86,158,549) | - | (86,158,549) |
| **Balance at 31 December 2005** | **993,892,767** | **420,743,351** | **1,414,636,118** |

NAT001720
NATSAA00001720.1

## Harley International (Cayman) Limited

# Cash flow statement
**For the year ended 31 December 2005**

|  | 2005 US$ | 2004 US$ |
|---|---:|---:|
| **Cash flows from operating activities** | | |
| Profit for the financial year | **128,647,449** | 95,614,570 |
| **Adjustments to reconcile profit for the financial year** | | |
| **to net cash from operating activities** | | |
| Financial assets at fair value through profit or loss | **(408,733,832)** | (351,734,937) |
| Interest and dividends receivable | **(783,080)** | 168,397 |
| Subscriptions receivable | **4,167,750** | - |
| Other receivables | **2,000,000** | (2,000,000) |
| Management and incentive fees payable | **6,400** | (6,880) |
| Deferred incentive and management fees | **370,919** | 540,928 |
| Administration fees payable | **(350,000)** | 300,000 |
| Accrued expenses | **74,324** | 40,433 |
| Withholding tax expense | **222,978** | - |
| Due to participating interest | **189,668,711** | - |
| Net cash (used in) operating activities | **(84,708,381)** | (257,077,489) |
| **Cash flows from financing activities** | | |
| Proceeds from issue of redeemable preferred shares | **159,708,269** | 375,968,385 |
| Redemptions of redeemable preferred shares | **(86,158,549)** | (109,606,135) |
| Net cash provided by financing activities | **73,549,720** | 266,362,250 |
| Net (decrease)increase in cash and cash equivalents | **(11,158,661)** | 9,284,761 |
| Opening cash and cash equivalents | **11,328,135** | 2,043,374 |
| Ending cash and cash equivalents | **169,474** | 11,328,135 |

**Supplemental information cash flow statement**

|  | 2005 US$ | 2004 US$ |
|---|---:|---:|
| Interest received | **24,490,636** | 9,915,380 |
| Dividends received | **8,696,950** | 5,008,840 |

Page 7

NAT001721

NATSAA00001721.1

## Harley International (Cayman) Limited

# Notes to the financial statements
**For the year ended 31 December 2005**

1. **Organization**

   Harley International (Cayman) Limited (formerly Harley International Limited) (the "company") was formed as an open-ended investment company under the laws of the Bahamas with limited liability on 1 September 1992. On 7 August 2003 the company transferred its domicile, administrator and investment manager to the Cayman Islands and incorporated as an exempted company in the Cayman Islands. At the same time the company changed its name to Harley International (Cayman) Limited. Effective 29 April 2004 the company became registered under the Cayman Islands Mutual Funds Law. From the 1 January 2005, the company transferred its administrator to the Isle of Man.

   The investment objective of the company is to achieve capital appreciation by investing the assets of the company with one or more money managers, either directly by way of a managed account or by investing in an investment vehicle managed by such money manager. Company assets will typically be invested either directly or indirectly in U.S. equity securities, equity index related options and US Treasury Bills on a completely non-leverage basis.

   The company's financial statements were authorized for issue on 28 June 2006 by the Directors.

   The company had no employees at 31 December 2005.

2. **Significant accounting policies**

   (a) **Statement of compliance**
   The financial statements are prepared in accordance with International Financial Reporting Standards issued by the International Accounting Standards Board (IASB), and interpretations issued by the International Financial Reporting Interpretations Committee of the IASB.

   (b) **Basis of preparation**
   The financial statements have been prepared on a historical cost basis, except for financial instruments classified at fair value through profit or loss that have been measured at fair value. The preparation of financial statements in conformity with International Financial Reporting Standards requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. Management believes that the estimates utilised in preparing its financial statements are reasonable and prudent. Actual results could differ from these estimates.

   (c) **Financial instruments**

   (i) **Classification**
   At 1 January 2005, the company adopted IAS 39, including the amendments issued by the IASB in the period to August 2005. The company designated its assets and liabilities into the categories below in accordance with IAS 39.

   **Financial assets and liabilities at fair value through profit or loss**
   The category of financial assets and liabilities at fair value through the profit or loss is sub-divided into:

NAT001722
NATSAA00001722.1

**Harley International (Cayman) Limited**

## Notes to the financial statements
For the year ended 31 December 2005 (continued)

2.    **Significant accounting policies (continued)**

    (c)    **Financial instruments (continued)**

        **Financial assets and liabilities held for trading:**
These include equities, US treasury bills and investment funds. These instruments are acquired or incurred principally for the purpose of generating a profit from short-term fluctuation in price.

        (ii)    **Initial measurement**
Purchases and sales of financial instruments are accounted for at trade date. Realised gains and losses on disposals of financial instruments are calculated using the first-in-first-out (FIFO) method.

Financial instruments categorised at fair value through profit or loss are measured initially at fair value, with transaction costs for such instruments being recognised directly in the income statement.

        (iii)    **Subsequent measurement**
After initial measurement, the company measures financial instruments which are classified as at fair value through profit or loss at their fair values. Fair value is the amount for which an asset could be exchanged, or a liability settled, between knowledgeable, willing parties in an arm's length transaction. The fair value of financial instruments is based on their quoted market prices on a recognised exchange or sourced from a reputable broker/counterparty, in the case of non-exchange traded instruments, at the balance sheet date without any deduction for estimated future selling costs. Financial assets are priced at their current bid prices, while financial liabilities are priced at their current offer prices.

Subsequent changes in the fair value of financial instruments at fair value through profit or loss are recognised in the income statement.

    (d)    **Cash and cash equivalents**
Cash comprises cash on hand and demand deposits. Cash equivalents are short term, highly liquid investments that are readily convertible to known amounts of cash and which are subject to insignificant changes in value, and are held for the purpose of the meeting short-term cash commitments rather than for investments or other purposes.

    (e)    **Foreign currency translation**

        (i)    **Functional and presentation currency**
Items included in the company's financial statements are measured using the currency of the primary economic environment in which it operates ('the functional currency'). This is the US dollar, which reflects the company's primary activity of investing in US dollar denominated securities and derivatives.

NAT001723

NATSAA00001723.1

## Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

2.    **Significant accounting policies (continued)**

(e)    **Foreign currency translation (continued)**

(ii)    **Foreign currency transactions**
Monetary assets and liabilities denominated in currencies other than United States dollars are translated into United States dollars at the closing rates of exchange at each period end. Transactions during the period, including purchases and sales of securities, income and expenses, are translated at the rate of exchange prevailing on the date of the transaction. Foreign currency transaction gains and losses are included in realised and unrealised gain and loss on investments.

(f)    **Redeemable preferred shares**
Redeemable preferred shares are redeemable at the shareholder's option and are classified as financial liabilities.

The preferred shares can be put back to the company on any dealing day for cash equal to a proportionate share of the company's net asset value.

(g)    **Share capital**
The company's ordinary shares are classified as equity in accordance with the company's articles of association. These shares do not participate in the profits of the company.

(h)    **Interest income and expense**
Interest income and interest expense are recognised on an accruals basis in line with the contractual terms. Interest is accrued on a daily basis.

(i)    **Expenses**
All expenses, including management fees and performance fees, are recognised in the income statement on an accruals basis.

(j)    **Dividend income**
Dividends are credited to the profit and loss account on the dates on which the relevant securities are listed as "ex-dividend". Dividend income is shown net of any withholding tax in the income statement.

(k)    **Income taxes**
The company is exempt from all forms of taxation in the Cayman Islands, including income, capital gains and withholding taxes. In jurisdictions other than the Cayman Islands, in some cases foreign taxes will be withheld at source on dividends and certain interest received by the company. Capital gains derived by the company in such jurisdictions generally will be exempt from foreign income or withholding taxes at source.

(l)    **Changes in accounting policies**
Since March 2004, the IASB has significantly amended IAS 32 Financial Instruments: Disclosure and Presentation and IAS 39 Financial Instruments: Measurement. As a result, the company changed some of its accounting policies as described below. The amendments became effective on 1 January 2005. Comparative information was adjusted in accordance with IAS 8 Accounting Policies, Changes in Accounting Estimates and Errors, to ensure the appropriate accounting policies are applied within each period.

Page 10

## Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

2.    **Significant accounting policies (continued)**

    (l)    **Changes in accounting policies (continued)**

        (i)    **Reclassification of financial assets**
The amended IAS 39 introduced a new category of financial instruments, financial assets and financial liabilities at fair value through profit or loss, which is divided into two sub-categories, "held-for-trading" and "financial instruments designated at fair value through profit or loss on initial recognition". Under the amended IAS 39, designation of any financial assets or financial liability at fair value through profit or loss can be made upon initial recognition at the company's discretion. The company cannot reclassify a financial instrument into or out of the fair value through profit or loss category while it is held or issued. Transitional provisions to IAS 39 exist, however, to allow the company to re-designate a previously recognised financial asset or financial liability as a financial asset or financial liability at fair value through profit or loss despite the requirement to make such designation upon initial recognition.

At 31 December 2004 investments which were classified as trading securities were carried at fair value with fair value changes recognised directly in the income statement. Designation of these investments as at fair value through profit or loss on 1 January 2005 did not result in any adjustment to their carrying value.

        (ii)    **Classification of redeemable participating shares**
The company provides its shareholders with the right to redeem their interest in the company at any dealing date for cash equal to their proportionate share of the net asset value of the company. Under the amendments to IAS 32, this right represents in substance a liability of the company to shareholders. In the prior period, the participating shares of the company were treated as equity.

    (m)    **Net asset value per share**
The net asset value per share is calculated by dividing the net assets per class of shares by the number of the outstanding shares per class of shares at the end of the year.

    (n)    **Cross liability**
The assets of each sub-fund may be exposed to the liabilities of other sub funds within the company. At 31 December 2005, the directors are not aware of any such existing or contingent liability.

NAT001725
NATSAA00001725.1

## Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

2. **Significant accounting policies (continued)**

   (o) **Changes in accounting standards**
   IFRS 7 Financial Instruments: Disclosures was issued by the IASB in August 2005 and is effective for accounting periods beginning on or after 1 January 2007. The standard requires further disclosure in relation to financial instruments in addition to that currently required under IAS 32. These include enhanced disclosure about exposure to risks arising from financial instruments including sensitivity analysis for each type of market risk. The company has elected to apply IFRS 7 from 1 January 2007.

3. **Financial assets at fair value through profit or loss**

   As at 31 December 2005 the Company held the following securities as assets held for trading:

| Security name | Unit holdings | Trade currency | Cost in USD | Fair value in USD |
|---|---|---|---|---|
| US Treasury Bill due 02/02/06 | 161,850,000 | USD | 161,289,428 | 161,253,853 |
| US Treasury Bill due 02/09/06 | 161,850,000 | USD | 161,171,059 | 161,134,803 |
| US Treasury Bill due 02/16/06 | 161,850,000 | USD | 161,051,203 | 161,075,277 |
| US Treasury Bill due 02/23/06 | 161,850,000 | USD | 160,928,250 | 160,898,008 |
| US Treasury Bill due 03/02/06 | 161,850,000 | USD | 160,795,887 | 160,760,120 |
| US Treasury Bill due 03/09/06 | 161,850,000 | USD | 160,657,164 | 160,621,558 |
| US Treasury Bill due 03/16/06 | 161,850,000 | USD | 160,535,693 | 160,500,351 |
| US Treasury Bill due 03/23/06 | 161,850,000 | USD | 160,393,701 | 160,357,384 |
| US Treasury Bill due 03/30/06 | 161,850,000 | USD | 160,272,214 | 160,235,546 |
| US Treasury Bill due 05/04/06 | 161,850,000 | USD | 159,582,130 | 159,545,886 |
| | | | **1,606,676,729** | **1,606,382,786** |

4. **Cash and cash equivalents**

| | 2005 US$ | 2004 US$ |
|---|---|---|
| Cash | **140,136** | 11,285,036 |
| Money market fund | **29,338** | 43,099 |
| | **169,474** | 11,328,135 |

The company holds cash with Fortis Prime Fund Solutions Bank (Ireland) Limited and with Bernard L. Madoff Investment Securities LLC.

NAT001726

NATSAA00001726.1

**Harley International (Cayman) Limited**

## Notes to the financial statements
For the year ended 31 December 2005 (continued)

4.    **Cash and cash equivalents (continued)**

The company holds units in Spartan US Treasury Money Market Fund, a diversified open-ended management investment company organised as a Delaware Statutory trust. The company seeks as high a level of current income as is consistent with the security of principal and liquidity. The company aims to invest at least 80% of assets in US Treasury securities and potentially enters into reverse repurchase agreements, with the objective of investing in compliance with industry-standard requirements for money-market funds for the quality, maturity and diversification of investments. Due to these investment objectives the holding is considered to represent equivalent characteristics as cash.

5.    **Management and incentive fees**

Pursuant to the investment management agreement, the investment manager will receive from the company an annual management fee on the Class J Redeemable Preferred Shares equal to one percent (1.0%) of the net assets of such class. This fee will be calculated monthly on the last day of each month, prior to deduction of the incentive fee, if any. The management fee will be deducted in computing the net profit or net loss of the company. No management fees will be charged in respect of the Class A or Class C Shares. Management fees incurred during the year totalled $33,538 (2004: $133,628). A balance of $2,910 was payable in respect of management fees as at 31 December 2005 (2004: $2,692).

The incentive fee is payable to the investment manager. The incentive fee on the Class A and Class J Redeemable Preferred Shares for any month is an amount equal to ten percent (10%) of the net profits (including net unrealised gains), if any, allocable to the Class A Redeemable Preferred Shares and the Class J Redeemable Preferred Shares during such month. The incentive fee is subject to a loss carry-forward provision. No incentive fees will be charged in respect of Class C Shares. Incentive fees incurred during the year totalled $141,167 (2004: $226,662). A balance of $11,246 was payable in respect of incentive fees as at 31 December 2005 (2004: $5,064).

The investment management agreement provides, unless the investment manager elects to defer receipt of the management fee and/or incentive fee as further described below, that the investment manager will be paid the management fee and incentive fee monthly.

**Deferral of fees**
The investment manager and/or their sub-advisor may elect to defer payment of all or any portion of any management fee or incentive fee payable to them. Upon such election by the investment manager or sub-advisor, the payment of any deferral amount to each of them will be automatically deferred until the earlier of such future dates as the recipient of each deferred amount may specify in its notice to the company or the dissolution of the company. As long as the payment of fees is deferred, they constitute a "phantom share class", which appreciates or depreciates in parallel with the net asset value of Class C shares.

As at 31 December 2005 the investment manager had elected to defer fees totalling $2,570,050 (2004: $2,199,131). During the year the deferred fees appreciated by $214,610 (2004: $175,425).

Page 13

NAT001727
NATSAA00001727.1

**Harley International (Cayman) Limited**

## Notes to the financial statements
For the year ended 31 December 2005 (continued)

6. **Administration fee**

The company has entered into an administration services agreement with Fortis Prime Fund Solutions (Isle of Man) Limited. The administration agreement provides that the company will pay the administrator an administration fee equal to 0.05% of the company's net asset value subject to a maximum fee of US$300,000 per annum. In addition, all reasonable out-of-pocket expenses incurred by the Administrator on behalf of the company will be reimbursed to the Administrator on a quarterly basis.

7. **Share capital and redeemable preferred shares**

The company's authorized capital consists of 100,000 ordinary shares and 400,000 redeemable preferred shares, each having a par value of $0.01. Redeemable preferred shares may be designated as either Class A redeemable preferred shares (the "Class A shares"), Class C redeemable preferred shares (the "Class C shares") or Class J redeemable preferred shares (the "Class J shares"). The Class A, Class C and Class J shares are collectively referred to as "Redeemable Preferred Shares". Class A shares and Class J shares may only be purchased by direct investors, Class C shares may only be purchased by fund of funds or by managed accounts advised or managed by managers with which the sub-advisor of the company is affiliated.

The net assets attributable to holders of redeemable shares are at all times equal to the net asset value of the company. The preferred shares which comprise the equity capital of the company are in substance a liability of the company to shareholders under IAS 32 as they can be redeemed at the option of the shareholder. The movement in the number of preferred shares is shown at the end of this note.

The company's redeemable preferred shares have no voting rights. All voting rights are vested in the holders of the 100,000 authorized ordinary shares owned by the Investment Manager.

The initial offering price of the Class A and C shares was $1,000. The Class J shares were initially offered at a price equal to the 31 July 2000 net asset value per share for the Class A shares. Valuations are determined on the last business day of each month.

The minimum investment in the company is $1,000,000, subject to change at the discretion of the company, provided that no investment shall be for an amount less than $50,000. Redeemable preferred shares may be purchased monthly on the first business day of each calendar month and at such other times as are permitted by the company's directors. The proper documentation necessary to subscribe must be received by the company at least two business days prior to the purchase date unless waived by the company. Redeemable preferred shares are offered at the net asset value as of the close of business on the last day of the immediately preceding month (the "Valuation Date").

Any holder of redeemable preferred shares has the right to have all or a portion of his shares redeemed as of the last business day of any calendar month. The company must receive the redemption request at least 30 days prior to such redemption date or such shorter notice period at the discretion of the Directors. Redeemable preferred shares will be redeemed at the net asset value as at close of business on such redemption date.

NAT001728
NATSAA00001728.1

### Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

7.  **Share capital and redeemable preferred shares (continued)**

Preferred shares carry no right to receive notice of any general meeting of the company. The holders are entitled to receive all dividends declared and paid by the company. Upon, winding up, the holders are entitled to a return of capital based on the net asset value per share of the company.

Preferred share transactions for the year ended 31 December 2005 were as follows:

|  | Class A US$ | Class C US$ | Class J US$ |
|---|---|---|---|
| Shares outstanding at 31 December 2003 | 5,759.14 | 273,612.51 | 7,556.38 |
| Shares issued | - | 124,571.31 | 109.91 |
| Shares redeemed | (2,664.80) | (24,990.41) | (6,556.34) |
| **Shares outstanding at 31 December 2004** | 3,094.34 | 373,193.41 | 1,109.95 |
| **Shares issued** | - | 48,476.22 | - |
| **Shares redeemed** | - | (25,873.92) | - |
| **Shares outstanding at 31 December 2005** | **3,094.34** | **395,795.71** | **1,109.95** |

8.  **Risks associated with financial instruments**

The company is exposed to market risk, credit risk, liquidity risk and cash flow interest rate risk arising from the financial instruments it holds. The company uses instruments for trading purposes and in connection with its risk management activities.

The company has investment guidelines that set out its overall business strategies, its tolerance for risk and its general risk management philosophy and has established processes to monitor and control economic hedging transactions in a timely and accurate manner.

The company's assets and liabilities comprise financial instruments which include:

ᴾ   Investments including equity and non-equity shares and fixed income securities. These are held in accordance with the company's investment objectives and policies;

ᴾ   Cash, liquid resources and short-term debtors and creditors that arise directly from its investment activities.

NAT001729
NATSAA00001729.1

## Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

8. **Risks associated with financial instruments (continued)**

As an investment company, the company buys, sells or holds financial assts and liabilities in order to take advantage of changes in market prices or rates. The company invests its assets with one or more money managers, either directly by way of a managed account or by investing in an investment vehicle managed by such money managers. Company assets will typically be invested either directly or indirectly in U.S. equity securities, equity index related options and U.S. Treasury Bills on a completely non-leverage basis.

**Market risk**
The company trades in financial instruments to take advantage of short term market movements in the equity and bond markets. Market risk represents the potential loss that can be caused by a change in the market value of the financial instrument. The company's exposure to market risk is determined by a number of factors, including interest rates, foreign currency exchange rates and market volatility. The investment manager continuously monitors the company's exposure to market risk. At 31 December 2005 the exposure to market risk is low as the investments in securities consist solely of U.S. Treasury bills which cost approximates their market values.

The positions held by the company at the year end are disclosed in Note 3.

**Interest rate risk**
The company is exposed to risks associated with the effects of fluctuations in the prevailing levels of market interest rates on its financial position and cash flows. The company's exposure to market risk for changes in interest rates relates solely to the company's debt securities in the investment portfolio. The company does not use derivative financial instruments to hedge its investment portfolio. The Investment Manager continuously monitors the company's exposure to interest rate risk.

The company's financial assets as set out in the following table are exposed to cash flow interest rate risk, such as cash held with a floating interest rate that resets as market rates change:

|  | 2005 US$ | 2004 US$ |
|---|---|---|
| **Assets** | | |
| Cash | 169,474 | 11,328,135 |

**Liquidity risk**
The company's offering document provides for the monthly creation and cancellation of shares and is therefore exposed to the liquidity risk of meeting shareholder redemptions at any time. The company has the ability to borrow in the short term to meet these obligations, although no such borrowings have arisen during the year.

Management believes that the company has sufficient resources to meet the present and foreseeable needs of its business operations. Management's guiding policies are to maintain conservative levels of liquidity to ensure that the company has the ability to meet its obligations under all conceivable circumstances. Further, the company's securities are considered to be readily realizable.

Page 16

NAT001730
NATSAA00001730.1

## Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

### 8. Risks associated with financial instruments (continued)

**Credit risk**

Credit risk is the risk that an issuer or counterparty will be unable to meet a commitment that it has entered into with the company. It is the company's policy to enter into financial instruments with a range of reputable counterparties. Therefore, the company does not expect to incur material credit losses on its financial instruments.

The company's maximum exposure to credit risk (not taking into account the value of any collateral or other security held) in the event that counterparties fail to perform their obligations as of 31 December 2005 in relation to each class of recognised financial assets is the carrying amount of those assets as indicated in the balance sheet.

**Concentrations of credit risk**

Concentrations of credit risk exist when changes in economic, industry or geographic factors similarly affect groups of counter parties whose aggregate credit exposure is significant in relation to the company's total credit exposure. The company's portfolio is not diversified along industry, product and transactions but is entered into with diverse creditworthy counter parties, thereby mitigating any significant concentration of credit risk.

**Exchange rate risk**

Exchange rate risk represents the risk that the exchange rate of the United States Dollar relative to other currencies may change in a manner, which has an adverse effect on the reported value of assets, which are denominated in currencies other than the United States Dollar. Exchange rate exposure is low, because the company solely invests in USD-denominated securities. As at 31 December 2005 the company had no outstanding forward currency contracts.

### 9. Net gain on investments

|  | 2005 US$ | 2004 US$ |
|---|---|---|
| Net realised gains on investments | 104,370,712 | 81,683,168 |
| Net unrealised loss on investments | (213,227) | (80,717) |
|  | 104,157,485 | 81,602,451 |

### 10. Other receivable

Other receivable for the amount of $2,000,000 as of 31 December 2004 represented a balance due from Santa Clara Holdings Limited in connection with a cancellation of a redemption in the company. No such balance exists as at 31 December 2005, the prior year balance having been settled during 2005. Santa Clara Holdings Limited is a related party due to common directorship.

NAT001731
NATSAA00001731.1

**Harley International (Cayman) Limited**

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

11. **Related party transactions**

Parties are considered to be related if one party has the ability to control the other party or exercise significant influence over the other party in making financial or operational decisions.

Mr. Anthony L.M. Inder Rieden and Mrs. Dawn Davies, Directors of the company, are also members of the Board of Directors of the investment manager. Effective 1 January 2002 the Directors are each paid an annual director's fee of $5,000. Total fees charged during the 2005 amounts to $10,000 (2004: $10,000) for which $10,000 has been paid during the year.

12. **Shares issued in excess of authorised capital**

During the period from 1 March 2005 to 7 February 2006, the company received subscription applications from certain investors who remitted amounts to the company on the basis that such amounts would be used to subscribe for shares in the company on such dates as specified on the application form at the prevailing offering price of that share.

The company was not able to allot and issue all the shares that were subscribed for on the subscription dates as this would have resulted in the company's issued share capital exceeding its authorised share capital.

On 7 February 2006, the company increased the authorised share capital to US$7,000 being 100,000 Ordinary Shares of US$0.01 each and 600,000 Redeemable Participating Shares of US$0.01 each. This enabled the company to issue the aforementioned shares. The shares have now been issued.

During the period stated above, the company and each investor proceeded on the basis that all shares subscribed for were allotted and issued on the applicable subscription date, and therefore the company and each investor have been, economically, in the same position as if the shares had been issued and allotted at the time.

On 7 February 2006, the directors resolved to issue such shares at the prevailing offering price thereof to investors, to put the investors in the same economic position as they would have been in had the shares for which they subscribed been issued on the applicable subscription date.

As at 31 December 2005, the impact of the above on the financial statements is that 52,686.52 Class C shares with proceeds of US$178,379,235 and 958.93 Class A shares with proceeds of US$3,000,000 had been subscribed for, but could not be issued and therefore are unable to be treated as capital as at 31 December 2005.

These subscriptions therefore represent a participating interest in the company as at 31 December 2005. As a participating interest, the subscriptions are eligible to partake in the profit of the company from the point at which the subscription application was submitted. Therefore, of the total profit earned by the fund in the period, a proportion is attributable to participating interests and a proportion attributable to participating redeemable shareholders. As at 31 December 2005, the profit attributable was as follows:-

NAT001732
NATSAA00001732.1

## Harley International (Cayman) Limited

## Notes to the financial statements
**For the year ended 31 December 2005 (continued)**

12.   **Shares issued in excess of authorised capital (continued)**

|  |  |  | US$ |
|---|---|---|---|
| Participating shares | - | Class A | 163,704 |
|  | - | Class C | 8,125,772 |
| Redeemable participating shares |  |  | 8,289,476 |

For the purposes of these financial statements, the funds received for the subscription of this participating interest, together with the profit that has been earned in the period since subscription, have been treated as a liability of the company and are recorded as a creditor of US$ 189,668,711 within the balance sheet.

The impact on the number of shares in issue per the share register at the year end is as follows:-

|  | Class A | Class C |
|---|---|---|
| No. of shares in issue per register | 4,053.27 | 448,482.23 |
| Adjustment re shares not legally issued | (958.93) | (52,686.52) |
| No. of shares in issue per the financial statements | 3,094.34 | 395,795.71 |

13.   **Subsequent events**

During the period 1 January 2006 to 31 May 2006 US$284,014,074 shares were subscribed for and US$136,881,742 shares were redeemed.

NAT001733
NATSAA00001733.1