# EXHIBIT F

Pg 2 of 8

Email Review - Email Details Page 1 of 1

**Email Details for EmailID 783392**

| To Address: | dubtrading@citco.com | | | | |
|---|---|---|---|---|---|
| Created: | 16/05/2008 11:02:59 | Due: | 16/05/2008 11:05:13 | Status: | Sent |

## CitcoFundsNet Trade Notification

| | |
|---|---|
| **Account #:** | Reda9993 |
| **Account Name:** | KBC INVESTMENTS LTD A/C FAIRFAX |
| **Fund Name:** | Harley International (Cayman) Ltd. Class C |
| **Client Identifier:** | CDS ID: Redacted3888 |
| **ISIN #:** | KYG439621106 |
| **Citco Fund:** | 11460 |
| **Trade Type:** | Redemption |
| **Currency:** | USD - US Dollar |
| **Amount:** | 30,000,000.00 Thirty million |
| **Order Date & Time:** | 16/05/08 11:02:59 BST |
| **Input User:** | Richard Silver |
| **Client Reference #:** | |
| **CFN Reference #:** | Redacte2822 |
| **Trade No:** | 2403 |
| **Client Notes to Fund:** | Please redeem USD 30m with trade date 31-May-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind. |
| **Client Notes to Citco:** | Please redeem USD 30m with trade date 31-May-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind. |

https://custody-cfn.citco.com/scripts/cgiip.exe/WService=cfnmonitor/interface/emailv... 09/08/2011

CONFIDENTIAL CGC-TRST-003268

CGCSAF0000021



Pg 3 of 8

| | | |
|---|---|---|
| DATE | 16-MAY-2008 | PAGES 1 |
| COMPANY | FORTIS PRIME SOLUTIONS (IOM) (61) | |
| CITY AND COUNTRY | DOUGLAS, ISLE OF MAN | |
| ATTENTION OF | SHAREHOLDER SERVICES | |
| FAX NUMBER | 00441624688334 | |
| FROM | Robert Browne | |
| REFERENCE | 199993-11460-R000058 | |

**Client Remarks: Please redeem USD 30m with trade date 30-May-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind. Contact ROBROWNE@Citco.com with queries**

Dear Sir / Madam,

We would like to **sell/redeem:**

For the countervalue of: **USD 30'000'000.00** (In words see below)

Thirty million US DOLLAR

in: **HARLEY INTERNATIONAL CAYMAN LTD CLASS C**

ISIN #: KYG439621106

We expect **net asset value date 30-MAY-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account # Redacted **4602** in the name of:

**CITCO GLOBAL CUSTODY NV - REF KBC Redac 016E**

**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**

OF CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : Redacted 6487 [USD]
OUR REFERENCE : 199993-11460-R000058
BIC : MRMDUS33

**Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 199993-11460-R000058**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office
Custom House Plaza Block 3
Int'l Financial Services Centre
Dublin 1
Ireland*

*Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D*

*Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070*

CONFIDENTIAL CGC-TRST-003269

CGCSAF0000022

Message Details - OMRMDUS33XXX202157381801

Header | Sender/Receiver | Text | History | Instances | Other

Status: Read-Only

Format: Swift
Sub-format: Output

Identifier: fin.202
Nature: Financial

Sender: MRMDUS33XXX
LT: D

Receiver: CITCIE2DXXX
LT: A

Transaction Reference: Redacted 1801

Related Reference: 800FT0815700065

Amount: 30000000,
Currency: USD
Value Date: 080605

Message Details - UMRMDUS33XXX202157381801

Header | Sender/Receiver | Text | History | Instances | Other

```
: Redacted 1801
:21:800FT0815700065
:32A:080605USD30000000,00
:52A:NEESIE2D
:57D:/000306487
CITCO BANK NEDERLAND N.V. DUBLIN BR
ATTN MARTINA FITZGERALD
BLOCK 6 CUSTOM PLAZA IFSC
:58D:CITCO BANK NEDERLAND NV
:72:/INS/C0112 THE NORTHERN TRUST COMPA
//NY
/ACC/100PC EARLY REDEMPTION PROCEED
//S3105 08 HARLEY CLASS C 199993 11
//460R58
Block 5:
{CHK:7F87AB9EF5C6}
```

Display expanded text

FORTIS

# fax

| | |
|---|---|
| To | Trade Confirm Desk |
| Fax | 00 353 21 491 0331 |
| From | Vicky Harding |
| E-Mail | Vicky.Harding@im.fortis.com |
| Copy To | |
| Date | 22 May 2008 |
| Page | 02 |
| Subject | |

**Merchant Banking**
*Prime Fund Solutions*
*(Isle of Man) Limited*

PO Box 156
18-20 North Quay
DOUGLAS
Isle of Man
GREAT BRITAIN
IM99 1NR
Telephone
+44 (0)1624 688300
Fax
+44 (0)1624 688334
www.merchantbanking.
fortis.com

**Please advise immediately if poor quality or not all copies received.**

The information in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If you have received this communication in error please immediately notify us by telephone. Calls may be monitored and recorded for training and security purposes.

Reg name: Fortis Prime Fund Solutions (IOM) Limited.
Reg No: Isle of Man 057344C VAT No: 001 0289 41
Directors: A. W. Elfers (Dutch), K. W. Doyle, M. D. Kelly, S. L. Novo Iglesias
Licensed by the Isle of Man Financial Supervision Commission for Investment Business

**REDEMPTION ORDER**

Citco Global Custody NV KBC 19016E
c/o Citco Data Processing Services Ltd
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland

Attention: Trade Confirm Desk
Fax: 00 353 21 491 0331
E Mail: e=tradeconfirm@citco.com

REGISTERED HOLDER(S)
Citco Global Custody NV KBC Reda 016E

REGISTERED ADDRESS
Telestone 8
Teleport
Naritaweg 165
1043BW
Amsterdam
Netherlands

Holder Number: Redacted 4602

Country of Residence: Netherlands

## Harley International (Cayman) Ltd

## Harley International (Cayman) Limited - Class C

| | | | | |
|---|---|---|---|---|
| Dealing Date: | 02-Jun-2008 | Redemption Amount: | USD | 30,000,000.00 |
| NAV Date: | 31-May-2008 | | | |
| Holder Number: | Redacted 4602 | Order Number: | | Redacted 310 |
| Account Number: | 4602 | Reference: | | 199993-11460-R000058 |

Citco Global Custody NV KBC 19016E

We acknowledge receipt of your redemption request for the details as above. We would be grateful if you could ensure that all of the above details are correct and please contact us immediately if there are any corrections to be made. As soon as the Fund NAV is finalised we will make payment in accordance with the Fund's Offering Documents, provided that we have received all original documentation (with authorised signatories) by mail.

Please ensure that you have provided us with full bank details in order that we can make the appropriate payment. Please note that it is our policy that no third party payment can be made. Accordingly we are only permitted to make payment to an account in the name of the Registered Holder(s) as above.

Issued by Fortis Prime Fund Solutions (Isle of Man) Limited as Administrator
PO BOX 156, 18-20 North Quay
Douglas
Isle of Man
IM99 1NR

FAX: +44 1624 688334
E-MAIL: sbs@im.fortis.com

Fund Domicile: BVI

CUSIP num.: G43962 11 0

FORTIS



# fax

**To** Trade Confirm Desk
Fax 00 353 21 491 0331
**From**
E-Mail kelly.ashe@im.fortis.com
Copy To
Date 10 June 2008
Page 02

Subject

**Merchant Banking**
*Prime Fund Solutions*
*(Isle of Man) Limited*

PO Box 156
18-20 North Quay
DOUGLAS
Isle of Man
GREAT BRITAIN
IM99 1NR
**Telephone**
+44 (0)1624 688300
**Fax**
+44 (0)1624 688334
www.merchantbanking.
fortis.com

**Please advise immediately if poor quality or not all copies received.**

The information in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If you have received this communication in error please immediately notify us by telephone. Calls may be monitored and recorded for training and security purposes.

Reg name: Fortis Prime Fund Solutions (IOM) Limited.
Reg No: Isle of Man 057344C VAT No: 001 0289 41
Directors: A. W. Elfers (Dutch), K. W. Doyle, M. D. Kelly, S. L. Novo Iglesias
Licensed by the Isle of Man Financial Supervision Commission for Investment Business

# REDEMPTION NOTE

Citco Global Custody NV KBC 19016E
c/o Citco Data Processing Services Ltd
2600 Cork Airport Business Park
Kinsale Road
Cork
Ireland

Attention: Trade Confirm Desk
Fax: 00 353 21 491 0331
E Mail: c=tradeconfirm@citco.com

REGISTERED HOLDER(S)
Citco Global Custody NV KBC Reda 016E

REGISTERED ADDRESS
Telestone 8
Teleport
Naritaweg 165
1043BW
Amsterdam
Netherlands

Holder Number: Redacted 4602
Country of Residence: Netherlands

## Harley International (Cayman) Ltd

### Harley International (Cayman) Limited - Class C

| | | | | |
|---|---|---|---|---|
| Dealing Date: | 02-Jun-2008 | Investor shares redeemed: | | 6,543.845 |
| NAV Date: | 31-May-2008 | Bid NAV/Price per Investor sha | USD | 4,584.461 |
| Redemption Number: | Redacte 6310 | Redemption Amount: | USD | 30,000,000.00 |
| Holder Number: | Redacted 4602 | | | |
| Account Number: | Redacted 4602 | | | |
| Citco Global Custody NV KBC 19016E | | | | |
| Reference: 199993-11460-R000058 | | | | |

In accordance with your instructions the Administrator confirms having REDEEMED these Investor shares in Harley International (Cayman) Limited - Class C. The above price may be subject to change. In the unlikely event of any change in the price a revised Redemption Note will be issued.

NEW BALANCE: Your new balance following this transaction will be 21,108.566 Investor shares.

Issued by Fortis Prime Fund Solutions (Isle of Man) Limited as Administrator
PO BOX 156, 18-20 North Quay
Douglas
Isle of Man
IM99 1NR

FAX: +44 1624 688334
E-MAIL: shs@im.fortis.com

Fund Domicile: BVI

CUSIP num.: G43962 11 0

FORTIS