# EXHIBIT G

Email Review - Email Details                                               Page 1 of 1

**Email Details for EmailID 708754**

To Address: dubtrading@citco.com
Created: 19/02/2008 19:08:55    Due: 19/02/2008 19:12:02    Status: Sent

### CitcoFundsNet Trade Notification

| | |
|---|---|
| Account #: | Reda9993 |
| Account Name: | KBC INVESTMENTS LTD A/C FAIRFAX |
| Fund Name: | Harley International (Cayman) Ltd. Class C |
| Client Identifier: | CITCO BANK: Re1460 |
| ISIN #: | KYG439621106 |
| Citco Fund: | 11460 |
| Trade Type: | Redemption |
| Currency: | USD - US Dollar |
| Amount: | 110,000,000.00 One hundred and ten million |
| Order Date & Time: | 19/02/08 19:08:55 GMT |
| Input User: | Mehdi Ben-Mustapha |
| Client Reference #: | |
| CFN Reference #: | Redacta2586 |
| Trade No: | 5568 |
| Client Notes to Fund: | Please redeem USD 110,000,000 with trade date 01-Feb-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind |
| Client Notes to Citco: | Please redeem USD 110,000,000 with trade date 01-Feb-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind |

https://custody-cfn.citco.com/scripts/cgiip.exe/WService=cfnmonitor/interface/emailv...    09/08/2011

CONFIDENTIAL

CGC-TRST-003248

CGCSAF0000001



**CITCO**
*Citco Bank Nederland N.V.*

| | | | |
|---|---|---|---|
| DATE | 20-FEB-2008 | PAGES | 1 |
| COMPANY | FORTIS PRIME SOLUTIONS (IOM) (61) | | |
| CITY AND COUNTRY | DOUGLAS, ISLE OF MAN | | |
| ATTENTION OF | SHAREHOLDER SERVICES | | |
| FAX NUMBER | 00441624688334 | | |
| FROM | Gary Kilduff | | |
| REFERENCE | 199993-11460-R000055 | | |

Client Remarks: Please redeem USD 110,000,000 with trade date 01-Feb-08. No redemption fee applies. No payment in kind. Please contact gkilduff@citco.com if any redemptions fees are to be charged for this deal

Dear Sir / Madam,
We would like to   **sell/redeem**:
For the countervalue of:   **USD 110'000'000.00**   (In words see below)
One hundred and ten million US DOLLAR

in: **HARLEY INTERNATIONAL CAYMAN LTD CLASS C**
ISIN #: KYG439621106

We expect **net asset value date 31-JAN-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account #   Redacted   **4602** in the name of:
**CITCO GLOBAL CUSTODY NV - REF KBC** Redacted **016E**
WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED
ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : Redacted 6487 [USD]
OUR REFERENCE : 199993-11460-R000055
BIC            : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com.
Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 199993-11460-R000055

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

---

*Branch Office*
*Custom House Plaza Block 3*
*Int'l Financial Services Centre*
*Dublin 1*
*Ireland*

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

*Chamber of Commerce Amsterdam*
*No. 33185291*
*Chamber of Commerce Dublin*
*No. 904070*


CONFIDENTIAL

CGC-TRST-003249

CGCSAF0000002

**CITCO**
*Citco Bank Nederland N.V.*

FAXED ON 20/02/08
Original Document
Do Not Duplicate
PAGES 1

| | |
|---|---|
| DATE | 20-FEB-2008 |
| COMPANY | FORTIS PRIME SOLUTIONS (IOM) (6f) |
| CITY AND COUNTRY | DOUGLAS, ISLE OF MAN |
| ATTENTION OF | SHAREHOLDER SERVICES |
| FAX NUMBER | 00441624688334 |
| FROM | Gary Kilduff |
| REFERENCE | 199993-11460-R000055  Remo |

Client Remarks: Please redeem USD 110,000,000 with trade date 01-Feb-08. No redemption fee applies. No payment in kind. Please contact gkilduff@citco.com if any redemptions fees are to be charged for this deal

Dear Sir / Madam,
We would like to       **sell/redeem:**
For the counter value of:   USD 110'000'000.00        (In words see below)
One hundred and ten million US DOLLAR
in: **HARLEY INTERNATIONAL CAYMAN LTD CLASS C**
ISIN #: KYG439621106

We expect **net asset value date 31-JAN-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account #   Redacted   4602 in the name of:
**CITCO GLOBAL CUSTODY NV - REF KBC** Reda016E
WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION
OF CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER : Redacted 6487 [USD]
OUR REFERENCE : 199993-11460-R000055
BIC         : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 199993-11460-R000055

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

Branch Office
Customs House Plaza Block 3
Int'l Financial Services Centre
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 906079

CONFIDENTIAL

CGC-TRST-003250

CGCSAF0000003

REF : HARLEY INTERNATIONAL CAYMAN LTD CLASS C

FORTIS PRIME SOLUTIONS (IOM)
ATTN: SHAREHOLDER SERVICES
PIERSON HOUSE
18-20 NORTH QUAY
PO BOX 156
DOUGLAS  1M99 1NR
ISLE OF MAN

CONFIDENTIAL

CGC-TRST-003251

CGCSAF0000004

## HARLEY INTERNATIONAL FUND LTD.
Request for Redemption
Of shares subscribed to under Subscription Agreement of ……. for Subscription Value Date
(To be completed by the Registered Investor)

The undersigned CITCO GLOBAL CUSTODY N.V. Ref KBC [Redacted] 016E hereby requests redemption of USD $ 110,000,000 —— (insert the number of Shares or the amount in US Dollars to be redeemed) of HARLEY INTERNATIONAL FUND LTD. (the "Fund") - Class C Sub-Class ____ US Dollar Shares at the 31 day of January……., 2008. The undersigned hereby represents and warrants:

a) That he or she is the true and lawful owner of the Fund's Shares with full power and authority to request redemption of such Shares. ☐

b) That he or she is the registered owner holding the Shares, who has full power and authority to request redemption of such Shares for the beneficial owner of the Fund's Shares. ☒

c) That such Shares are not subject to any pledge or otherwise encumbered in any fashion. ☐

Citco Global Custody N.V. Ref KBC [Redacted] 016E
Telestone 8 -Teleport
Naritaweg 165
1043BW Amsterdam
The Netherlands
Email: tradeconfirm@citco.com

request is submitted on behalf of a beneficial owner ☐
(one of the following options must be completed)
Name of Beneficial Owner…………………………………
Code Name of Beneficial Owner………………………….
Number of Beneficial Owner's a/c with
the Subscriber (Registered Owner)………………………..

**Please remit redemption proceeds by**
Bank Name: HSBC Bank, 452 Fifth Avenue New York NY 10018
ABA Number/Bank Sort Code: SWIFT: MRMDUS33
For the Account of: Account name : CITCO Bank Nederland N.V. Dublin Branch
Account Number: Account number : [Redacted]6487
Chips ABA : 0108
ABA routing no. : 021001088

Individual / Joint Subscribers
Signature of Subscriber (Joint if applicable) [signature] *To follow*
CITCO BANK NEDERLAND N.V.
Date 20/02/08
No Agent Involved ☑
FAM Agent involved …………
Code of Agent

New Issue Restricted person ☐
New Issue not Restricted person ☐   For Approval
US Investor ☐
Non US Investor ☑
(Tick as appropriate)

*Shareholders are requested to complete the New Issues Questionnaire (Exhibit C) as well as ERISA Questionnaire (Exhibit D) and return it duly completed by fax & mail along with the Redemption Form.*

*Regarding the Shareholders New Issue status it is a requirement that such status is re-verified annually. To this end, the Administrator requires the Shareholders to notify it immediately should its status change. If the Administrator becomes aware that any changes of status has occurred and it was not declared, the Board of Directors may be required to take such action as is necessary to ensure the Fund's ongoing compliance*

**\*Note\***
All completed documents must be forwarded to Fortis Prime Fund Solutions (IOM) Limited, P.O. Box 156 18-20 North Quay, Douglas, Isle of Man, IM99 1NR firstly by fax to +44 1624 688534 with the original to follow by mail

TOTAL P.03

CONFIDENTIAL                                                                 CGC-TRST-003252

CGCSAF0000005



# fax

| | |
|---|---|
| To | Trade Confirm Desk |
| Fax | 00 353 21 491 0331 |
| From | |
| E-Mail | kelly.ashe@im.fortis.com |
| Copy To | |
| Date | 28 February 2008 |
| Page | 02 |
| Subject | |

**Merchant Banking**
*Prime Fund Solutions*
*(Isle of Man) Limited*

PO Box 156
18-20 North Quay
DOUGLAS
Isle of Man
GREAT BRITAIN
IM99 1NR
Telephone
+44 (0)1624 688300
Fax
+44 (0)1624 688334
www.merchantbanking.
fortis.com

Please advise immediately if poor quality or not all copies received.

The information in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If you have received this communication in error please immediately notify us by telephone. Calls may be monitored and recorded for training and security purposes.

Reg name: Fortis Prime Fund Solutions (IOM) Limited.
Reg No: Isle of Man 057344C VAT No: 001 0289 41
Directors: A. W. Elfers (Dutch), K. W. Doyle, M. D. Kelly, S. L. Novo Iglesias
Licensed by the Isle of Man Financial Supervision Commission for Investment Business

CONFIDENTIAL                                                                                                    CGC-TRST-003253

CGCSAF0000006

## REDEMPTION ORDER

Citco Global Custody NV KBC Redacted 016E  
c/o Citco Data Processing Services Ltd  
2600 Cork Airport Business Park  
Kinsale Road  
Cork  
Ireland  

Attention: Trade Confirm Desk  
Fax: 00 353 21 491 0331  
E Mail: e=tradeconfirm@citco.com  

**REGISTERED HOLDER(S)**  
Citco Global Custody NV KBC Redacted 016E  

**REGISTERED ADDRESS**  
Telestone 8  
Teleport  
Naritaweg 165  
1043BW  
Amsterdam  
Netherlands  

Holder Number: Redacted 4602  
Country of Residence: Netherlands  

### Harley International (Cayman) Ltd
#### Harley International (Cayman) Limited - Class C

| | | | | |
|---|---|---|---|---|
| Dealing Date: | 01-Feb-2008 | Redemption Amount: | USD | 110,000,000.00 |
| NAV Date: | 31-Jan-2008 | | | |
| Holder Number: | Redacted 4602 | Order Number: | | Redacted 5910 |
| Account Number: | Redacted 4602 | Reference: | | 199993-11460-R000055 |

Citco Global Custody NV KBC 19016E

We acknowledge receipt of your redemption request for the details as above. We would be grateful if you could ensure that all of the above details are correct and please contact us immediately if there are any corrections to be made. As soon as the Fund NAV is finalised we will make payment in accordance with the Fund's Offering Documents, provided that we have received all original documentation (with authorised signatories) by mail.

Please ensure that you have provided us with full bank details in order that we can make the appropriate payment. Please note that it is our policy that no third party payment can be made. Accordingly we are only permitted to make payment to an account in the name of the Registered Holder(s) as above.

Issued by Fortis Prime Fund Solutions (Isle of Man) Limited as Administrator  
PO BOX 156, 18-20 North Quay  
Douglas  
Isle of Man  
IM99 1NR  

FAX:   +44 1624 688334  
E-MAIL:   shs@im.fortis.com  

Fund Domicile:   BVI  
CUSIP num.:   G43962 11 0  

FORTIS

CONFIDENTIAL

CGC-TRST-003254

CGCSAF0000007

## Update cash item [DUB - Nostros]

**Item information**

**Item**
- Account: [Redacted] 4-100 HSBC BANK USA
- Physical acct.: [Redacted] 5467
- Currency: USD
- Bank code: MRMDUS33
- Origin: Their
- Amount: 110,000,000.00
- Sign: C
- Status: Open
- Value date: 2/28/2008
- Funds code: D
- Type: Other
- Original date: 2/28/2008
- Booking date: 2/28/2008

**References**
- Our 1: [Redacted] 0516
- Our 2: [Redacted] 0516
- Their 1: [Redacted] 4232
- Their 2: [Redacted] 4232
- Booking 1: ORG:1/HARLEY INTL (CAYMAN) LTD.3/K
- Booking 2:
```
33RECD CHIP THE NORTHERN TRUST COMPANY ORG:1/HARLEY INTL (CAYMA
LTD.3/KY/802 WST BAY RD, POBOX200 OGB FORTIS PRIME FUND SOLUTION
S BANK (I,DUBLIN BNF:CITCO BANK NEDERLAND NV OBI:100PC RED PROCEE
DS HARLEY INTLCLASS C NAV 310108 REF 199953 11460R55 APCHIPSEQ:03
78878 TIME:1728
```

**Transaction types**
- User:
- Originat: NTRF
- Inhibit matching
- Charges
- Cheques

**Department**
- Code: ST
- Original code:

**Operating status**
- Set: Not checked
- Operating user:

Comment:

CONFIDENTIAL

CGC-TRST-003255

CGCSAF0000008



CONFIDENTIAL

CGC-TRST-003256

CGCSAF0000009

REF : HARLEY INTERNATIONAL CAYMAN LTD CLASS C

FORTIS PRIME SOLUTIONS (IOM)
ATTN: SHAREHOLDER SERVICES
PIERSON HOUSE
18-20 NORTH QUAY
PO BOX 156
DOUGLAS  IM99 1NR
ISLE OF MAN

CONFIDENTIAL

CGC-TRST-003257

CGCSAF0000010

NOT ELIGIBLE FOR NEW ISSUE

11460 255

Exhibit C – New Issue

## "New Issue" Questionnaire

### All Applicants MUST complete this form and return it with their Application Form

The National Association of Securities Dealers, Inc. (the "NASD") has adopted and the U.S. Securities and Exchange Commission has approved NASD Rule 2790 (the "New Issue Rule") governing the purchase and sale of certain equity securities in initial public offerings. Consequently, all Applicants into the Fund MUST complete this Questionnaire in full and return it with their application form. Failure to do so may result in either the application monies being returned or the Applicant being deemed a "Restricted Person" (as defined below) if the subscription is accepted. It is therefore an absolute necessity that this form is completed, both for your and the Fund's benefit.

For ALL questions, this Questionnaire must be completed by the Applicant by initialling those statements below which apply to it and, if the Applicant is a corporation, partnership, trust or other entity acting as nominee for another person, which apply to the beneficial owner(s) for which the Applicant is acting as nominee:

A.   **Exempt Persons:**                    NOT ELIGIBLE FOR NEW ISSUE

*(Initial as Appropriate)*

_____  1. The Applicant is an investment company registered under the United States Investment Company Act of 1940.

_____  2. The Applicant is a common trust fund or similar fund as described in Section 3(a)(12)(A)(iii) of the Securities Exchange Act of 1934 and it (a) has investments from 1,000 or more accounts, and (b) does not limit beneficial interests in the fund principally to trust accounts of persons listed in section B, below ("Restricted Persons").

_____  3. The Applicant is an insurance company general, separate or investment account, and (a) the account is funded by premiums from 1,000 or more policyholders, or, if a general account, the insurance company has 1,000 or more policyholders; and (b) the insurance company does not limit the policyholders whose premiums are used to fund the account principally to Restricted Persons, or, if a general account, the insurance company does not limit its policyholders principally to Restricted Persons.

_____  4. The Applicant is a corporation, partnership, trust or other entity and the beneficial interests[1] of Restricted Persons do not exceed in the aggregate 10% of such entity (the "De Minimis Exemption"). An Applicant who limits the participation by Restricted Persons in the aggregate to no more than 10% of the profits and losses of new issues may initial this statement.

_____  5. **The Applicant is a publicly traded entity (other than a broker-dealer or an affiliate of a broker-dealer where such broker-dealer is authorized to engage in the public offering of new issues either as a selling group member or underwriter) that: (a) is listed on a national securities exchange, (b) is traded on the Nasdaq National Market, or (c) is a foreign issuer whose securities meet the quantitative designation criteria for listing on a national securities exchange or trading on the Nasdaq National Market.**

_____  6. The Applicant is an investment company organized under the laws of a foreign jurisdiction and (a) the investment company is listed on a foreign exchange or authorized for sale to the public by a foreign regulatory authority, and (b) no person owning more than 5% of the Shares of the investment company is a Restricted Person.

_____  7. The Applicant is an Employee Retirement Income Security Act benefits plan that is qualified under Section 401(a) of the Internal Revenue Code and such plan is not sponsored solely by a broker-dealer.

_____  8. The Applicant is a state or municipal government benefits plan that is subject to state and/or municipal regulation.

---

[1] The term "beneficial interest" as used herein means any economic interest, such as the right to share in gains or losses. The receipt of a management or performance based fee for operating a collective investment account, or other fee for acting in a fiduciary capacity, is not considered a beneficial interest in the account.

NOT ELIGIBLE FOR NEW ISSUE

CONFIDENTIAL                                                                                 CGC-TRST-003258

CGCSAF0000011

NOT ELIGIBLE FOR NEW ISSUE

Exhibit C – New Issue

\_\_\_\_  9. The Applicant is a tax exempt charitable organization under Section 501(c)(3) of the Internal Revenue Code.

\_\_\_\_  10. The Applicant is a church plan under Section 414(e) of the Internal Revenue Code.

\_\_\_\_  11. The Applicant is a broker-dealer, or owner of a broker-dealer, organized as an investment vehicle, that restricts participation of Restricted Persons in profits and losses of new issues in accordance with the De Minimis Exemption set forth above.

**OR**

\_\_\_\_  12. None of the above statements are applicable.

*If you initialled item 12 above, please complete Section B. If you initialled any of items 1-11 above, you are deemed an EXEMPT (or NON-RESTRICTED) Person. In this case please skip Section B, although you still need to sign the Certification at the end of this Questionnaire. If you are a fund, you must also complete Section C.*

B.  **Restricted Persons:**

*(Initial as Appropriate)*              NOT ELIGIBLE FOR NEW ISSUE

\_\_\_\_  1. The Applicant, or a person having a beneficial interest in the Applicant, is a member of the NASD, or a domestic or foreign broker-dealer.

\_\_\_\_  2. The Applicant, or a person having a beneficial interest in the Applicant, is an officer, director, general partner, associated person[2] or employee of any NASD member or of any domestic or foreign broker-dealer. (other than a limited business broker-dealer[3]).

\_\_\_\_  3. The Applicant, or a person having a beneficial interest in the Applicant, is an agent of any NASD member or of any domestic or foreign broker-dealer (other than a limited business broker-dealer) that is engaged in the investment banking or securities business.

\_\_\_\_  4. The Applicant, or a person having a beneficial interest in the Applicant, is an immediate family member[4] of a person described in item 2 or 3 above and such person (a) materially supports[5], or receives material support from the immediate family member; or (b) is employed by or associated with the broker-dealer, or an affiliate of the broker-dealer selling the new issue to the family member or c) has an ability to control the allocation of the new issue.

\_\_\_\_  5. The Applicant, or a person having a beneficial interest in the Applicant, acts as a finder or acts in a fiduciary capacity (including, among others, attorneys, accountants and financial consultants) to managing underwriters in new issue offerings.

---

[2] The NASD By-Laws define a person "associated with a member" as every sole proprietor, partner, officer, director or branch manager of any member, or any natural person occupying a similar status or performing similar functions, or any natural person engaged in the investment banking or securities business who is directly or indirectly controlling or controlled by such member, whether or not any person is registered or exempt from registration with the NASD.

[3] A "limited business broker-dealer" is a broker-dealer engaged solely in the purchase or sale of investment company/variable contracts securities or direct participation program securities.

[4] For purposes of the New Issue Rule, the term "immediate family" includes parents, mother-in-law or father-in-law, husband or wife, brother or sister, brother-in-law or sister-in-law, son-in-law or daughter-in-law, children and any other person to whom the person provides "material support" as defined in footnote 5, below.

[5] For purposes of the New Issue Rule, the term "material support" means the direct or indirect provision of more than 25% of a person's income in the prior calendar year. Members of the immediate family living in the same household are deemed to be providing each other with material support.

NOT ELIGIBLE FOR NEW ISSUE

CONFIDENTIAL                                                                                           CGC-TRST-003259

CGCSAF0000012

NOT ELIGIBLE FOR NEW ISSUE



Exhibit C – New Issue

____ 6. The Applicant, or a person having a beneficial interest in the Applicant, has the authority to buy or sell securities for a bank, savings and loan institution, insurance company, investment company, investment advisor, or collective investment account[6], domestic or foreign.

____ 7. The Applicant, or a person having a beneficial interest in the Applicant, is an immediate family member of a person described in item 5 or 6 above and such person materially supports, or receives material support from such person.

____ 8. The Applicant, or a person having a beneficial interest in the Applicant[7], is a person listed, or required to be listed, in Schedule A of a Form BD (other than with respect to a limited business broker-dealer), except persons identified by an ownership code of less than 10%.

____ 9. The Applicant, or a person having a beneficial interest in the Applicant, is a person listed, or required to be listed, in Schedule B of a Form BD (other than with respect to a limited business broker-dealer), except persons whose listing on Schedule B relates to an ownership interest in a person listed on Schedule A identified by an ownership code of less than 10%.

____ 10. The Applicant, or a person having a beneficial interest in the Applicant, is a person listed, or required to be listed, in Schedule C of a Form BD that meets the criteria of items 8 and 9 above.

____ 11. The Applicant, or a person having a beneficial interest in the Applicant, is a person that (a) directly or indirectly owns 10% or more of a public reporting company listed, or required to be listed, in Schedule A of a Form BD, or (b) directly or indirectly owns 25% or more of a public reporting company listed, or required to be listed, in Schedule B of a Form BD, (other than a reporting company that is listed on a national securities exchange or is traded on the Nasdaq National Market, and other than with respect to a limited business broker-dealer).

____ 12. The Applicant, or a person having a beneficial interest in the Applicant, is an immediate family member of a person specified in items 8-11 above, provided that the Applicant should not initial this item 12 if the person owning the broker-dealer (specified in items 8-11):

(a) does not materially support, or receive material support from such person;

(b) is not an owner of the NASD member or an affiliate of the NASD member selling the new issue to the immediate family member; and

(c) has no ability to control the allocation of the new issue.

____ 13. The Applicant, or a person having a beneficial interest in the Applicant, is a domestic or foreign bank or trust company acting for the account of any person described in items 1-12 above.

X 14. Persons described in any of the items 1-13 above own in the aggregate more than 10% of the Applicant's beneficial interests.

NOT ELIGIBLE FOR NEW ISSUE

**OR**

____ 15. None of the above statements are applicable.

***If you initialled any of items 1-14 above, you are deemed a RESTRICTED Person. The Fund may still benefit from investments in New Issues pursuant to the New Issue Rule. If you initialled item 15 above, you are deemed a NON-RESTRICTED Person even if you did not fall within one of the general exemptions set out in Part A. Please note that you still need to sign the Certification at the end of this Questionnaire.***

**Investment Funds Must Complete Section C, Below**

[6] For purposes of the New Issue Rule, the term "collective investment account" means any hedge fund, investment partnership, investment corporation, or any other collective investment vehicle that is engaged primarily in the purchase and/or sale of securities. The term does not include an investment club where a group of individuals pool their money and are collectively responsible for investment decisions, or a family investment vehicle owned solely by immediate family members.

[7] Items 8-11 pertain to "owners" of broker-dealers. The NASD has stated that an owner of a broker-dealer will be viewed as having a "beneficial interest" in an account held by a subsidiary (e.g., a sister company of the broker-dealer). Accordingly, an affiliate of a broker-dealer may be a Restricted Person.

NOT ELIGIBLE FOR NEW ISSUE

NOT ELIGIBLE FOR NEW ISSUE

Exhibit C – New Issue

C.  **Investment Fund Applicants:**

If the Applicant is a "fund of funds," a feeder fund or a similar type of investment fund, please complete the following:

Restricted Persons own, in the aggregate, ____% of the beneficial interest of the Applicant.

### CERTIFICATION

To the best of my knowledge and belief, the above information is true and complete in all respects. I understand that if the foregoing representations are or ever become untrue in any respect that the Fund may be affected materially and adversely, and the Applicant will be fully responsible for the consequences. I agree to notify the Administrator promptly in writing if any of these representations is or ever becomes untrue in any respect. I understand that the information being furnished in this Questionnaire is required to enable the Fund to purchase securities subject to the New Issue Rule and to comply with certain provisions of U.S. federal and state laws applicable to investment advisers and private investment companies. To the extent the Fund requires additional information or further documentation to verify the Applicant's status under the New Issue Rule, the Applicant will provide such information or documentation to the Fund.

I acknowledge that it is a regulatory requirement that the above information will also have to be verified on an annual basis and agree to complete such Questionnaires and provide such information as the Fund may request.

Date: 20/02/08, 20__

Signature

Name: CITCO BANK NEDERLAND N.V.

Address

Class of Shares: class C.

CITCO GLOBAL CUSTODY N.V.

Ref KBC  016E

NOT ELIGIBLE FOR NEW ISSUE

CONFIDENTIAL

CGC-TRST-003261

CGCSAF0000014

Exhibit D – ERISA Questionnaire

**THE FOLLOWING SHOULD BE COMPLETED BY AN AUTHORISED SIGNATORY**

1. Are the shares held by one of the following persons or entities (PLEASE ANSWER EACH QUESTION)?

    (a) A natural person resident in the US*    Yes ____  No ✓

    (b) A partnership or corporation or other entity (other than a trust or estate) organised or incorporated in the US    Yes ____  No ✓

    (c) A partnership or corporation or other entity (other than a trust or estate) having its principal office and place of business in the US*    Yes ____  No ✓

    (d) An estate of which an executor or administrator is a US Person*    Yes ____  No ✓

    (e) An estate the income of which is subject to US federal income tax, regardless of its source    Yes ____  No ✓

    (f) A trust of which any trustee is a US Person*    Yes ____  No ✓

    (g) An agency or branch of a non-US entity located in the US    Yes ____  No ✓

    (h) A non-discretionary account or similar account (other than a trust or estate) held by a dealer or other fiduciary for the benefit or account of a US Person*    Yes ____  No ✓

    (i) A discretionary account or similar account (other than a trust or estate) held by a dealer or other fiduciary organised, incorporated, or (if an individual) resident in the US    Yes ____  No ✓

    (j) A partnership or corporation organised or incorporated under the laws of a non-US jurisdiction if formed by a US person principally for the purpose of investing in securities that are not registered under the US Securities Act of 1933, as amended, unless it is organised or incorporated by, and owned by "accredited investors" (as defined in Rule 501(a) under that Act) who are not natural persons, estates or trusts    Yes ____  No ✓

    (k) An entity organised outside the US principally for passive investment, such as a commodity pool, investment company or other similar entity (other than an employee benefit plan or a pension plan for the employees, officers or principals of an entity organised and with its principal place of business outside the US):    Yes ____  No ✓

        i. in which any US persons hold units of participation representing in aggregate 10% or more of the beneficial interest in the entity; or

        ii. which has as a principal purpose the facilitating of investment by a US person in a commodity pool with respect to which the operator is exempt from certain requirements of Part 4 of the regulations of the US Commodity Futures Trading Commission by virtue of its participants being non-US persons

    (l) A pension plan for the employees, officers or principals of an entity organized or with its principal place of business in the US    Yes ____  No ✓

2. Are the shares held by a "private fund" as defined by Rule 203(b)(3)-1(d) of the US Investment Advisers Act of 1940, as amended?    Yes ____  No ✓

3. Are the shares held by an "employee benefit plan" as defined in Section 3(3) of the US Employee Retirement Income Security Act of 1974, as amended ("ERISA"), any "plan" as defined Section 4975 of the US Internal Revenue Code of 1986, as amended or an entity whose underlying assets include "plan assets"    Yes ____  No ✓

---

* Noted for internal purposes.

CONFIDENTIAL

CGC-TRST-003262

CGCSAF0000015

Exhibit D – ERISA Questionnaire

within the meaning of the US Department of Labor Regulation 2510.3-101(f), regardless of whether or not subject to ERISA?

4.  If you answered "yes" to question 3., check any of the following statements that apply.

(a) The shareholder is an employee benefit plan subject to ERISA.

(b) The shareholder is an entity the assets of which are considered to be "plan assets" within the meaning of the US Department of Labor Regulation 2510.3-101(f).

(c) The shareholder is an Individual Retirement Account (IRA).

(d) The shareholder is a Keogh Plan, the only participants of which are self-employed persons or their spouses.

(e) The shareholder is a "governmental plan" within the meaning of section 3(32) of ERISA, or another US employee benefit plan not subject to ERISA.

(f) The shareholder is a non-US employee benefit plan.

(g) The shareholder is none of the above.

*Please note that investors may be required to provide additional information relevant to their status under certain US regulations depending on responses provided to the above questions.*

Signed

Name and Title of Signatory    CITCO BANK NEDERLAND N.V.

Date    20/02/08

CONFIDENTIAL                                                                  CGC-TRST-003263

CGCSAF0000016