# EXHIBIT H

Email Review - Email Details                                                                            Page 1 of 1

**Email Details for EmailID 736517**

| | | | | | |
|---|---|---|---|---|---|
| To Address: | dubtrading@citco.com | | | | |
| Created: | 20/03/2008 14:25:26 | Due: | 20/03/2008 14:27:54 | Status: | Sent |

## CitcoFundsNet Trade Notification

| | |
|---|---|
| **Account #:** | Reda9993 |
| **Account Name:** | KBC INVESTMENTS LTD A/C FAIRFAX |
| **Fund Name:** | Harley International (Cayman) Ltd. Class C |
| **Client Identifier:** | CDS ID: Redacted3888 |
| **ISIN #:** | KYG439621106 |
| **Citco Fund:** | 11460 |
| **Trade Type:** | Redemption |
| **Currency:** | USD - US Dollar |
| **Amount:** | 6,000,000.00 Six million |
| **Order Date & Time:** | 20/03/08 14:25:26 GMT |
| **Input User:** | Richard Silver |
| **Client Reference #:** | |
| **CFN Reference #:** | Redacted3760 |
| **Trade No:** | 9650 |
| **Client Notes to Fund:** | Please redeem USD 6m with trade date 01-Apr-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind. |
| **Client Notes to Citco:** | Please redeem USD 6m with trade date 01-Apr-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind. |

https://custody-cfn.citco.com/scripts/cgiip.exe/WService=cfnmonitor/interface/emailv...  09/08/2011

CONFIDENTIAL                                                                        CGC-TRST-003264

CGCSAF0000017


Citco Bank Nederland N.V.

| | |
|---|---|
| DATE | 25-MAR-2008 |
| COMPANY | FORTIS PRIME SOLUTIONS (IOM) (61) |
| CITY AND COUNTRY | DOUGLAS, ISLE OF MAN |
| ATTENTION OF | SHAREHOLDER SERVICES |
| FAX NUMBER | 00441624688334 |
| FROM | James Bengtsson |
| REFERENCE | 199993-11460-R000057 |

PAGES  1

**Client Remarks:** Please redeem USD 6m with trade date 01-Apr-08. No redemption fee applies. Please do not proceed before coming back to us if any further redemption fee is to be charged. No payment in kind.

Dear Sir / Madam,

We would like to  **sell/redeem:**
For the countervalue of:  **USD 6'000'000.00**   (In words see below)
Six million US DOLLAR

in: **HARLEY INTERNATIONAL CAYMAN LTD CLASS C**
ISIN #: KYG439621106

We expect **net asset value date 01-APR-2008** for this transaction. Please notify us immediately if this is not the next available net asset value date or if our order will not be accepted for this net asset value date.

The shares should be registered in our account #   Redacted  4602 in the name of:
**CITCO GLOBAL CUSTODY NV - REF KBC** Redacted **016E**
WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES OF AMERICA
ACCOUNT NUMBER  : Redacted 6487 [USD]
OUR REFERENCE : 199993-11460-R000057
BIC          : MRMDUS33

Please confirm redemption details to (353 21) 4910335 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 199993-11460-R000057

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

Branch Office
Custom House Plaza Block 3
Int'l Financial Services Centre
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070

CONFIDENTIAL

CGC-TRST-003265

CGCSAF0000018

**Message Details - OMRMDUS33XXX103088408363**

Header | Sender/Receiver | Text | History | Instances | Other

- Status: Read Only
- Format: Swift
- Sub-format: Output
- Identifier: fin.103
- Nature: Financial
- Sender: MRMDUS33XXX   LT: B
- Receiver: CITCIE2DXXX   LT: A
- Transaction Reference: Redacted 8363
- Amount: 6000000,
- Currency: USD
- Value Date: 080328

**Message Details - OMRMDUS33XXX103088408363**

Header | Sender/Receiver | Text | History | Instances | Other

```
Redacted 8363
:23B:CRED
:32A:080328USD6000000,00
:50F:/80000092840001
1/HARLEY INTL (CAYMAN) LTD
2/GRAND PAVILLION COMMERCIAL CENTER
2/,
3/KY/802 WST BAY RD, POBOX2003GT, K
:52A:MERSIE2D
:57D:/000306487
CITCO BANK NEDERLAND N.V. DUBLIN BR
ATTN MARTINA FITZGERALD
BLOCK 6 CUSTOM PLAZA IFSC
:59A:/000306487
CITCIE2DXXX
:70:100PC EARLY REDEMPTION PROCEEDS3103
08 HARLEY CLASS C 199993 11460R57
:71A:SHA
:72:/INS/C0112 THE NORTHERN TRUST COMPA
//NY
Block 5:
{CHK:41015F9DAA80}
```

☐ Display expanded text

CONFIDENTIAL

CGC-TRST-003266

CGCSAF0000019

# REDEMPTION ORDER

Citco Global Custody NV KBC Redacted 016E  
c/o Citco Data Processing Services Ltd  
2600 Cork Airport Business Park  
Kinsale Road  
Cork  
Ireland  

Attention: Trade Confirm Desk  
Fax: 00 353 21 491 0331  
E Mail: e=tradeconfirm@citco.com  

REGISTERED HOLDER(S)  
Citco Global Custody NV KBC Redacted 016E  

REGISTERED ADDRESS  
Telestone 8  
Teleport  
Naritaweg 165  
1043BW  
Amsterdam  
Netherlands  

Holder Number: Redacted 4602  
Country of Residence: Netherlands  

## Harley International (Cayman) Ltd
### Harley International (Cayman) Limited - Class C

| | | | | |
|---|---|---|---|---|
| Dealing Date: | 01-Apr-2008 | Redemption Amount: | USD | 6,000,000.00 |
| NAV Date: | 31-Mar-2008 | | | |
| Holder Number: | Redacted 4602 | Order Number: | | Redacted 1610 |
| Account Number: | 1602 | Reference: | | 199993-11460-R000057 |

Citco Global Custody NV KBC 19016E

We acknowledge receipt of your redemption request for the details as above. We would be grateful if you could ensure that all of the above details are correct and please contact us immediately if there are any corrections to be made. As soon as the Fund NAV is finalised we will make payment in accordance with the Fund's Offering Documents, provided that we have received all original documentation (with authorised signatories) by mail.

Please ensure that you have provided us with full bank details in order that we can make the appropriate payment. Please note that it is our policy that no third party payment can be made. Accordingly we are only permitted to make payment to an account in the name of the Registered Holder(s) as above.

Issued by Fortis Prime Fund Solutions (Isle of Man) Limited as Administrator  
PO BOX 156, 18-20 North Quay  
Douglas  
Isle of Man  
IM99 1NR  

Fund Domicile:   BVI  
CUSIP num.:     G43962 11 0  

FAX:    +44 1624 688334  
E-MAIL: shs@im.fortis.com  

FORTIS

CONFIDENTIAL                                                                                                    CGC-TRST-003267

CGCSAF0000020