# EXHIBIT J



**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

KBC FUND DERIVATIVES MIDDLE OFFICE
140 EAST 45TH STREET
NEW YORK, NY 10017
USA

| | | |
|---|---|---|
| Date | : | Sep-25-2007 |
| Fund ID | : | 03302 |
| Holder ID | : | Redacted 9502 |
| Account ID | : | 3180 |
| Order No. | : | 0502 |
| Email | : | HFINVESTMENTSONSHORE@WORLD.KBCFI |
| FAX Number | : | 001 212 895 9119 |

Account: CITCO GLOBAL CUSTODY (NA) NV AS CUSTODIAN FOR KBC INV REF KARASEL ENH

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2007 |
| Settlement Date | Dec-31-2007 |
| Valuation/NAV Date | Nov-30-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 568.4400 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 795 |
| Further Cr. Name: | CITCO BANKING CORPORATION NV |
| Further Cr. SWIFT Ref.: | CITCANCU |
| Beneficiary Acct No: | Redacted 4840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NA NV |

**Note 1: REF 180003-1133-R000265**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL

ANWAR-CFSE-00196122

```
User ID: MIBARRA
=========================================================================
TO: Name: ALEX BEZJIAN
    Company: KBC FINANCIAL HOLDINGS INC
    Fax Phone Number: 001 212 895 9644
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:+1.212.895.9100
Sent at:Tue Sep 25 14:03:33 2007
Sent on channel 11
Elapsed Time:  0 minutes, 22 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
-------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00196123

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

## Confirmation of Order Received

KBC FINANCIAL HOLDINGS INC
140 EAST 45TH STREET
NEW YORK
NY 10017
USA

| | | |
|---|---|---|
| Date | : | Sep-25-2007 |
| Fund ID | : | 03302 |
| Holder ID | : | Redacted 9502 |
| Account ID | : | 3180 |
| Order No. | : | 0502 |
| Email | : | ALEX.BEZJIAN@KBCFP.COM |

ALEX BEZJIAN

FAX Number   : 001 212 895 9644

Account: CITCO GLOBAL CUSTODY (NA) NV AS CUSTODIAN FOR KBC INV REF KARASEL ENH

### FAIRFIELD SENTRY LIMITED

We confirm receipt of your instruction to REDEEM from
FAIRFIELD SENTRY LIMITED at the next dealing date

| | |
|---|---|
| Trade Date | Dec-01-2007 |
| Settlement Date | Dec-31-2007 |
| Valuation/NAV Date | Nov-30-2007 |
| Type of transaction | Redemption |
| Fund Currency | USD |
| voting shares | 568.4400 |

| | |
|---|---|
| Bank Name: | HSBC BANK USA |
| Bank Address 1: | NEW YORK |
| Bank Address 2: | USA |
| SWIFT Ref.: | MRMDUS33 |
| Further Cr. Num: | Redacted 795 |
| Further Cr. Name: | CITCO BANKING CORPORATION NV |
| Further Cr. SWIFT Ref.: | CITCANCU |
| Beneficiary Acct No: | Redacted 840 |
| Beneficiary Name: | CITCO GLOBAL CUSTODY NA NV |

**Note 1: REF 180003-1133-R000265**
For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

*Citco Building*
*Telestone - Teleport*
*Naritaweg 165*
*1043 BW Amsterdam*
*The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100*
*Fax:   (31-20) 5722610*
*Chamber of Commerce 33253773*

CONFIDENTIAL                                                        ANWAR-CFSE-00196124