# EXHIBIT K

**CITCO**
*Citco Fund Services*
*(Europe) B.V.*

KBC FINANCIAL HOLDINGS INC  
140 EAST 45TH STREET  
NEW YORK  
NY 10017  
USA  

ALEX BEZJIAN  

Fund ID       : 03302  
Holder ID     : Redacted 9502  
Account ID    :        3180  
Contract No.  :        7402  
Date          : Dec-19-2007  
Order No.     : Redacted 0502  
Email         : ALEX.BEZJIAN@KBCFP.COM  
FAX Number    : 001 212 895 9644  

Account name: CITCO GLOBAL CUSTODY (NA) NV AS CUSTODIAN FOR KBC INV REF KARASEL ENH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2007 |
| Trade Date | | Dec-01-2007 |
| Payment Date | | Dec-19-2007 |
| No. of voting shares Redeemed | | 568.4400 |
| Redemption Price | USD | 1,288.6461 |
| Gross Redemption Proceeds | USD | 732,517.99 |
| Net Redemption Proceeds | USD | 732,517.99 |
| Amount to be Paid | USD | 732,517.99 |
| Proceeds Paid to Date | USD | 732,517.99 |

Your balance following this transaction will be 0.0000 voting shares.

Note: REF 180003-1133-R000265

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands  

www.citco.com  

Phone: (31-20) 5722100  
Fax:   (31-20) 5722610  
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                                                         ANWAR-CFSE-00193938

```
User ID: MIBARRA
==============================================================================
TO: Name:
    Company: KBC FUND DERIVATIVES MIDDLE OFFICE
    Fax Phone Number: 001 212 895 9119
    Contact Phone Number:
    Info Code 1: 1009133                    Info Code 2:

Sent to remote ID:+1.212.895.9100
Sent at:Wed Dec 19 09:54:40 2007
Sent on channel 10
Elapsed Time:  0 minutes, 22 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------------
```

CONFIDENTIAL
ANWAR-CFSE-00193939



**CITCO**
Citco Fund Services
(Europe) B.V.

KBC FUND DERIVATIVES MIDDLE OFFICE  
140 EAST 45TH STREET  
NEW YORK, NY 10017  
USA

Fund ID        : 03302  
Holder ID      : Redacted 9502  
Account ID    :     3180  
Contract No. :     7402  
Date           : Dec-19-2007  
Order No.     : Redacted 0502  
Email          : HFINVESTMENTSONSHORE@WORLD.  
FAX Number : 001 212 895 9119

Account name: CITCO GLOBAL CUSTODY (NA) NV AS CUSTODIAN FOR KBC INV REF KARASEL ENH

**FAIRFIELD SENTRY LIMITED**

In accordance with your instructions we confirm having REDEEMED the following voting shares from FAIRFIELD SENTRY LIMITED

| | | |
|---|---|---|
| Valuation/NAV Date | | Nov-30-2007 |
| Trade Date | | Dec-01-2007 |
| Payment Date | | Dec-19-2007 |
| No. of voting shares Redeemed | | 568.4400 |
| Redemption Price | USD | 1,288.6461 |
| Gross Redemption Proceeds | USD | 732,517.99 |
| Net Redemption Proceeds | USD | 732,517.99 |
| Amount to be Paid | USD | 732,517.99 |
| Proceeds Paid to Date | USD | 732,517.99 |

Your balance following this transaction will be 0.0000 voting shares.

Note: REF 180003-1133-R000265

For more information or any inquiries, please contact Citco Investor Relations Group  
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610 E-mail: amsterdamweb@citco.com

Citco Building  
Telestone - Teleport  
Naritaweg 165  
1043 BW Amsterdam  
The Netherlands

www.citco.com

Phone: (31-20) 5722100  
Fax:    (31-20) 5722610  
Chamber of Commerce 33253773

CONFIDENTIAL                                                                                                    ANWAR-CFSE-00193940

```
User ID: MIBARRA
==============================================================================
TO: Name: FUND OF FUNDS/TRADE CONTROL DEPARTMENT
    Company: FUND OF FUNDS/TRADE CONTROL DEPARTMENT
    Fax Phone Number: 001 212 644 6669
    Contact Phone Number:
    Info Code 1: 1009133            Info Code 2:

Sent to remote ID:EsyncMailfax
Sent at:Wed Dec 19 09:54:27 2007
Sent on channel 11
Elapsed Time:  0 minutes, 40 seconds
Transmission Status (0/339;0/0): Successful Send
Page Record: 1 - 1.
------------------------------------------------------------------------------
```

CONFIDENTIAL

ANWAR-CFSE-00193941