# EXHIBIT L



Date            February 2, 2007

From            Citco Banking Corporation N.V.

Priority        High

Dear Sir/Madam,

Citco Banking Corporation N.V. authorizes you to include the following details as a contact on your distribution list for the fund listed below:

Nominee name: Citco Global Custody (NA) NV as custodian for KBC Investments Ref Karasel Enhanced Portfolio Ltd.

| | |
|---|---|
| E-mail address | hfinvestmentsonshore@world.kbcfp.com |
| Phone: | (212) 845 2780 |
| Fax: | (212) 895 9119 |
| Mail | KBC Fund Derivatives Middle Office |
| | 140 East 45th Street, 33rd Floor |
| | New York NY 10017, USA |

Please note that this request is in addition to and does not replace Citco Banking Corporation's current contact details and only relates to the nominee name above.

Kind Regards,

Citco Banking Corporation N.V.

Citco Banking Corporation N.V.
Schottegatweg Oost 44
P.O. Box 797
Curaçao
Netherlands Antilles

curacao-bank@citco.com
www.citco.com

Phone: +599 9 732 2322
Fax: +599 9 732 2330
Swift address: CITCANCU

CONFIDENTIAL                                                                                      TGH-EMAIL-00151319