# EXHIBIT M

**From:** Monika Pascu
**Sent:** Thursday, July 17, 2008 6:29:34 PM
**To:** Kristen.Kocis@kbcfp.com
**CC:** Brian Marsh
**Subject:** RE: AUM Request

**Attachments:** RSBMPL June Account Statement.pdf

Please see attached.

Thanks,
Monika

Monika Pascu
Manager - Investor Services
Rye Investment Management®
Corporate Center at Rye
555 Theodore Fremd Avenue, Suite C-300
Rye, NY 10580
Phone: 914.925.2947
Fax: 914.925.4103
Website: www.ryeselectfunds.com

A division of Tremont Group Holdings, Inc.

---

**From:** Brian Marsh
**Sent:** Thursday, July 17, 2008 12:28 PM
**To:** Monika Pascu
**Subject:** FW: AUM Request

Can you help?

---

**From:** Kocis, Kristen [mailto:Kristen.Kocis@kbcfp.com]
**Sent:** Thursday, July 17, 2008 12:24 PM
**To:** Brian Marsh
**Cc:** Catlin, Christopher; Capalbo, Sandra
**Subject:** AUM Request


 Hello Brian

As per our telephone conversation,
Can you kindly provide the most recent AUM information for Rye Select Broad Market Portfolio Limited for the account Somers Dublin Ltd A/C KBC A/C pledged to Lehman Brothers.

Many thanks for all your help

Kristen Kocis
Fund Derivatives
KBC Financial Products
140 East 45th Street, 33 Floor
New York, NY 10017
(212)845-2172

CONFIDENTIAL
TGH-EMAIL-00231995

Kristen.Kocis@kbcfp.com

This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. If you are not an intended recipient, please notify the sender and delete this message immediately. Any views expressed in this message are those of the sender, not those of any entity within the KBC Financial Products group of companies (together referred to as "KBC FP").

This message does not create any obligation, contractual or otherwise, on the part of KBC FP. It is not an offer (or solicitation of an offer) of, or a recommendation to buy or sell, any financial product. Any prices or other values included in this message are indicative only, and do not necessarily represent current market prices, prices at which KBC FP would enter into a transaction, or prices at which similar transactions may be carried on KBC FP's own books. The information contained in this message is provided "as is", without representations or warranties, express or implied, of any kind. Past performance is not indicative of future returns.