# EXHIBIT N

| | |
|---|---|
| **From:** | Rinaldo, Mark <Mark.Rinaldo@kbcfp.com> |
| **To:** | Miles Clark |
| **CC:** | Robertson, Stuart |
| **Sent:** | 10/25/2007 9:07:35 PM |
| **Subject:** | Follow Up |
| **Attachments:** | disclaimer.txt; KBC Presentation SM 07.pdf |

Dear Miles,

As promised, below I have written a brief introduction to KBC FP.

KBC Financial Products is a wholly-owned broker/dealer subsidiary of AA- rated KBC Bank NV (Belgium) - one of Europe's top 20 largest banks. The core business within my product group at KBC FP is establishing credit lines and providing leverage for portfolios of Hedge Funds and Fund of Funds.

Leverage amounts can get as high as 4:1 (i.e. $75 dollars for every $25 dollars worth of underlying HF exposure), but usually run between 2x and 3x. Liquidity Facilities are also very popular in our space. 10-50% loan-to-value ratios (LTVs) are the norm here.

By all measures, KBC is one of the largest players in this space globally. We have over $25 billion worth of FoF derivatives on our books and I have a large mandate to grow that significantly. Over the last 3 years we have grown dramatically while many competitors have had to either pull back their efforts or reached loan risk limits (by which we are not handicapped).

Because of our unique ability to handle deals of great complexity as well as those of an extremely large nature (including deals of $500mm to over $1 billion), we have found a comfortable niche with some of the street's largest FoFs, Family Offices and HFs. We are very selective in choosing our counterparties. We have fewer than 45 distinct clients who make up our business and this is the way we like it. It allows us to provide unparalleled attention and speed to our client's transactions. We are known in the market for our willingness to be flexible for our clients and our overall after-market service.

For more details and a brief history of KBC FP and our parent KBC Bank NV, please see the attached presentation (we created "FP" in '93 while at DE Shaw with a staff of 26 and now employ over 700).

If you have any questions please let me know.

Best regards,
Mark

<<KBC Presentation SM 07.pdf>>

---

Mark Rinaldo
Fund Derivatives
KBC Financial Products
140 East 45th St. 42nd Floor
New York, NY 10017
(212)-845-2939-Direct
(212)-895-9939-Fax
(917)-861-7039-Mobile

---

ACCSAC00779576

# KBC Financial Products

# Introduction to the Fund Derivatives Group

**KBC Financial Products**

ACCSAC00779577

# Disclaimer

The information in this presentation is provided for your use only, and may not be disclosed to any outside party (other than your legal, tax and accounting advisors who agree to abide by this limitation) without the prior written approval of KBC Financial Products ("KBCFP"). This presentation is not intended for distribution to, or use by, any person or entity in any jurisdiction where such distribution or use would be contrary to law or regulation. This presentation is provided for your information only, and KBCFP is not soliciting any action based upon it. Any prices or other terms included herein are for illustrative purposes only, and do not constitute an offer to buy or sell any instrument. Among other things, such terms are subject to change based on market conditions and other relevant factors. Any transaction between you and KBCFP is subject to, among other things, satisfactory due diligence by KBCFP, mutually acceptable documentation, and internal approvals by KBCFP and its relevant affiliates. This presentation is provided to you because KBCFP reasonably believes you to be a sophisticated market participant who is familiar with the risks and benefits of derivatives and structured financial products. KBCFP is not acting as a fiduciary or adviser to you in connection with the transaction described in this presentation. This presentation should not be relied upon as investment advice or a recommendation to enter into any transaction or an assurance or guarantee as to the expected results of the transaction described herein. Your acceptance of this presentation will be deemed to be your acknowledgment of, and agreement with, the foregoing terms and conditions.

**KBC Financial Products**

ACCSAC00779577.0002

# Table of Contents

## Sections

| | | |
|---|---|---|
| 1. | KBC Group | 4 |
| 2. | KBC Financial Products & KBC Peel Hunt | 9 |
| 3. | Structured Fund Products | 13 |
| 4. | Structured Leverage – In the Money Call Option | 17 |
| 5. | Sample Uses of Leverage | 23 |
| 6. | Glossary | 26 |
| 7. | Contact | 28 |

**KBC Financial Products**



ACCSAC00779577.0004

# Group Structure



**KBC Group NV**
Assets of €344 billion*
50,000 staff worldwide
12 million clients

**KBC Financial Products**

Specialist in Global Equity-Linked, Credit-Linked & Fund Derivatives

Over 650 staff*

**KBC Asset Management NV**
Assets under management €155 billion (Dec '06)
300 staff*

**KBC Peel Hunt**

Provides corporate advisory and stock broking services to over 120 mid and small-cap companies

**KBC Alternative Investments Management**
$2.4 billion under management (Aug '07)

**Single-Manager Hedge Funds**
Relative-Value Arbitrage

**Strategic Investments**
Seed Capital Business

**KBC alpha Asset Management**
Specialist Fund of Funds Division

*Information accurate as of Sep '07

**KBC Financial Products**

ACCSAC00779577.0005

# KBC Bank – Key Facts

## Corporate Profile

KBC is a financial services group active in the fields of banking, insurance and asset management.  One of the top bancassurers in Belgium, the KBC group also has a key position in Central Europe, its second home market.

KBC was created in 1998 through the merger of 2 banking groups and 1 insurance company and is now serving c. 12 million customers and employing c. 50,000 people.

## Internal Expansion

Expansion is focused on growth markets in Central Europe (Czech Republic, Hungary, Poland, Slovakia and Slovenia).  KBC is committed to developing a second home market in these countries.  Investment is made in banks that have significant retail operations and lend themselves to the application of the KBC bancassurance concept.

## Market Activities

KBC operates actively in the fixed income financial markets, and is a prominent niche player in the derivative markets.

## Strategy

Focusing on the development of its retail and SME customer base, KBC's strategic objective is to be an independent, middle-sized and highly profitable bancassurer in Europe.  Its strategy revolves around 4 main activities.

## Asset Management

Assets under management come to some €95 billion (including insurance-related assets), of which €45 billion are accounted for by mutual funds.

## Corporate Services

KBC is active in the field of corporate banking, leasing, factoring, re-insurance, insurance brokerage, project and trade finance, both domestically and internationally.  The strategic emphasis is on serving small- and mid- scale corporates.

## Retail bancassurance

KBC engages in multi-channel distribution via bank branches, insurance agents, brokers and the internet.  Cross-selling between banking and insurance clients is a core profit driver.  The bulk of its business is generated in Belgium and Central Europe.

KBC Financial Products

ACCSAC00779577.0006



ACCSAC00779577.0007

## KBC Bank – Business Highlights



**Business Highlights**
- Strong market shares in the different home markets
- Successful bancassurance model
- Expected market growth in Central Europe
- Efficiency gain potential
- Very strong solvency ratios
- Stable shareholder structure (long term strategic perspective)

| | |
|---|---|
| **Exchange:** | Euronext (Brussels) |
| **Tickers:** | |
| • Bloomberg | KBC BB |
| • Reuters | KBKBT BR |
| **Market Cap:** | €32 billion* |
| **Shares Outstanding:** | 355 million* |
| **Financial Year End:** | December 31 |

*Information accurate as of Sep '07

**KBC Financial Products**

ACCSAC00779577.0008



Section 2

# KBC Financial Products & KBC Peel Hunt

KBC Financial Products

**ACCSAC00779577.0009**

# Company Timeline



ACCSAC00779577.0010

# The Hedge Funds Specialist

KBC Financial Products is a recognized player in the Hedge Fund industry:

## KBC Alternative Investment Management (AIM)

3 Funds
> USD 1.3 billion under management*

Eurohedge Award 2001, 2002, 2003 & 2004 for Best
Convertible & Equity Arbitrage Fund

## KBC αlpha Asset Management

4 Fund of Funds
> USD 900 million under management*

Specialist Asian Focused Fund of Funds

## KBC Strategic Investments

KBC has seeded 3 Single Manager Hedge Fund since
2006

> USD 135 million notional committed capital*

## Fund Derivatives Group

More than **$23bn** of structured leverage & capital
guarantee products on Funds of Hedge Funds in the last
**four and a half years** with over **70** transactions
completed

*Information accurate as of Sep '07

**KBC Financial Products**

ACCSAC00779577.0011

# KBC Peel Hunt

Leading provider of investment banking services to mid and small-cap companies and investors

Provides corporate advisory and stock broking services to over 120 mid and small-cap companies

Makes markets in over 1200 stocks, making it the second largest market maker in London

Acts for over 120 quoted companies and also works with a number of unquoted companies. Nominated AIM Advisor of the Year 2000, 2005 & 2006

*Information accurate as of May '07

**KBC Financial Products**

**ACCSAC00779577.0012**



ACCSAC00779577.0013

# Ownership Structure

**KBC Bank N.V.**
1. Founded in 1998 through the merger of three Belgian financial institutions namely Krediet Bank, ABB Insurance and Cera Bank
2. Headquartered in Brussels
3. Over €340 bn in assets
4. Employs circa 50,000 people
5. Serves approximately 12 million customers
6. Publicly traded in Euronext (Brussels)
7. Aa2 by Moody's, AA- by S&P and Fitch

**KBC Financial Products** ("KBC FP")
1. 100% owned by KBC Bank
2. Offices in London, New York, Tokyo, Hong Kong and Singapore
3. Over 650 employees
4. Businesses include traditional capital markets activities as well as alternative investment structuring and issuance (ABS/MBS, structured credit & credit derivatives, corporate credit)

The **Fund Derivatives Group** ("FDG") is integral to **KBC Financial Products Group's** multiple product strategy, and combines the group's expertise in structuring and deal execution.



**Group Relationships**

KBC Bank and Insurance Group

KBC Bank N.V.

KBC Financial Products

Fund Derivatives Group

**KBC Financial Products**

ACCSAC00779577.0014



ACCSAC00779577.0015

# Deal Execution Expertise

Dedicated team to ensure practical, tried & tested, efficient execution.
Over 70 transactions executed with over 45 different counterparties*

**Efficient turnaround from in house, integrated legal counsel**

**Quick turnaround for haircut simulation during portfolio construction**

**Prompt turnaround for deal assessment from Risk Committee**

**Closely aligned with middle office to work on the operational requirements day-to-day**

Over **US$23 billion** of structured leverage and capital guarantee products on
Funds of Hedge Funds in the last four and a half years*

*Information accurate as of May '07

**KBC Financial Products**

ACCSAC00779577.0016



Section 3

# Structured Leverage:
# In the Money Call

**KBC Financial Products**

ACCSAC00779577.0017



ACCSAC00779577.0018



ACCSAC00779577.0019



ACCSAC00779577.0020



ACCSAC00779577.0021



ACCSAC00779577.0022

Section 4
# Sample Uses of Leverage

*In addition to traditional return enhancement & monetisation*

There can be no assurance that any structure or strategy will yield particular returns, and past performance is no indication of future returns.  Use of leverage increases volatility of returns and the potential for investment losses. Leverage may also affect the legal, tax and/or accounting treatment of an investment in a fund which engages in a leverage transaction.  Consult with your own professional advisors before employing any of the structures or strategies described in this presentation.

**KBC Financial Products**

**ACCSAC00779577.0023**

# Leverage to Increase Selection of Hedge Funds



**10%-15%**

**5%-15%**

Expanded core universe of funds achieving the same specified target returns using leverage.

Core universe of funds achieving specified target returns
Funds in this subset may be closed or offer poor liquidity etc.

Leverage enables the client to access a far greater universe of funds and strategies while still achieving a targeted return.

There can be no assurance that any structure or strategy will yield particular returns, and past performance is no indication of future returns. Use of leverage increases volatility of returns and the potential for investment losses. Leverage may also affect the legal, tax and/or accounting treatment of an investment in a fund which engages in a leverage transaction. Consult with your own professional advisors before employing any of the structures or strategies described in this presentation.

**KBC Financial Products**

**ACCSAC00779577.0024**

Page > **25**

# Low Level Fixed Leverage



Many large nominally *unlevered* Fund of Funds are now using a fixed low level leverage (15-20%)

In addition, a liquidity facility (to manage subscriptions and redemptions in to and out of the fund) may also be utilised

This could result in enhanced returns – enabling the Fund to outperform its peer group

There can be no assurance that any structure or strategy will yield particular returns, and past performance is no indication of future returns.  Use of leverage increases volatility of returns and the potential for investment losses. Leverage may also affect the legal, tax and/or accounting treatment of an investment in a fund which engages in a leverage transaction.  Consult with your own professional advisors before employing any of the structures or strategies described in this presentation.

**KBC Financial Products**



Section 5
# Glossary

**KBC Financial Products**

**ACCSAC00779577.0026**

# Glossary



| | |
|---|---|
| **Leverage** | Enhancing return or value without increasing investment (also known as gearing) |
| **Premium** | The price a put or call buyer must pay to a put or call seller for an option contract |
| **Notional** | The quantity of an underlier to which a derivative instrument applies |
| **Strike Price** | The price specified by an option at which an asset is to be purchased or sold |
| **Maturity** | The last trading day of an options contract |
| **NAV** | The Net Asset Value of the positions held |

**KBC Financial Products**

ACCSAC00779577.0027



ACCSAC00779577.0028

# Contacts



**KBC Financial Products**

**Stuart Robertson**

**Director**

Structured Hedge Fund Products

Direct Tel: 212 845 2894  Direct Fax:  212 895 9894
Stuart.Robertson@kbcfp.com

140 East 45th Street, New York, New York 10017

**KBC Financial Products**

**Mark Rinaldo**

Structured Hedge Fund Products

Direct Tel: 212 845 2939  Direct Fax:  212 895 9939
Mark.Rinaldo@kbcfp.com

140 East 45th Street, New York, New York 10017

**ACCSAC00779577.0029**

This message may contain confidential, proprietary, or legally privileged information. No confidentiality or privilege is waived by any transmission to an unintended recipient. If you are not an intended recipient, please notify the sender and delete this message immediately. Any views expressed in this message are those of the sender, not those of any entity within the KBC Financial Products group of companies (together referred to as "KBC FP").

This message does not create any obligation, contractual or otherwise, on the part of KBC FP. It is not an offer (or solicitation of an offer) of, or a recommendation to buy or sell, any financial product. Any prices or other values included in this message are indicative only, and do not necessarily represent current market prices, prices at which KBC FP would enter into a transaction, or prices at which similar transactions may be carried on KBC FP's own books. The information contained in this message is provided "as is", without representations or warranties, express or implied, of any kind. Past performance is not indicative of future returns.

ACCSAC00779578