# EXHIBIT O

**From:** Rob Blum [IMCEAEX-
_O=FAIRGREENGROUP_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENT
S_CN=ROB36784853@fairdomain01.com]
**Sent:** 2/6/2004 8:17:11 PM
**To:** Lauren Ross [lauren@fggus.com]; Jeffrey Tucker [jeffrey@fggus.com]; Richard Landsberger [richard@fggus.com]
**CC:**
**Subject:** RE: KBC NY - $20mm investment in Sentry/Arlington? - please advise coverage

great job Lauren. For NY guy, I vote for you and cornelis at meeting --
he obviously likes you and no reason to mess that up. cornelis knows how
to bring in help if he needs to.

-----Original Message-----
From: Lauren Ross
Sent: Friday, February 06, 2004 3:07 PM
To: Jeffrey Tucker; Richard Landsberger; Rob Blum
Subject: KBC NY - $20mm investment in Sentry/Arlington? - please advise coverage


Dear all,

Received a call from KBC Structured Products in NY today, Joe MacLean
Senior VP. He was interested in Sentry Select - I informed him it was
closed (share distribution, etc.) but that it would be possible to
create the same fund by investing the same percentages in the underlying
funds (80/20). He was very eager to explore that option and wanted to
set up a meeting with Kim and Eric and conference call with Amit as soon
as possible next week.

Here's the kicker ... he said he would have upwards of $20mm to invest!
Cornelis is the RM for KBC but there is no agent in contact with the NY
office. Philip, Santiago and Richard all have contacts in Europe.

I assume we want Cornelis to take the meeting and to coordinate the
relationship in NY, but please let me know if this should be otherwise,
ie: a Jeffrey, Rob meeting or all of you (JT, RB, CB).

Per below, he would like any investment credited to me(!)

Thx,

Lauren

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00010895&#9;
SECSEV0686482

-----Original Message-----
From: MacLean, Joseph [mailto:Joseph.MacLean@kbcfp.com]
Sent: Friday, February 06, 2004 2:16 PM
To: Lauren Ross
Subject: RE: contact info


They should have you running sales as well!

_____

Joe MacLean
Senior Vice President
KBC Financial Products
Structured Fund Products

140East 45th Street, 2 Grand Central Tower
42nd Floor
New York, NY 10017-3144

Tel: 212-845-2186
Fax: 212-895-9186
Cell: 917-318-6197

http://structured-products.kbcfp.com

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Friday, February 06, 2004 2:14 PM
To: MacLean, Joseph
Subject: RE: contact info


I am in investor relations, not sales, but will keep that in mind(!)

Thank you,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00010896C
SECSEV0686483

-----Original Message-----
From: MacLean, Joseph [mailto:Joseph.MacLean@kbcfp.com]
Sent: Friday, February 06, 2004 2:11 PM
To: Lauren Ross
Subject: RE: contact info

Hi Lauren:

Through my own research. So you should get the credit if we invest.

Joe

---

Joe MacLean
Senior Vice President
KBC Financial Products
Structured Fund Products

140East 45th Street, 2 Grand Central Tower
42nd Floor
New York, NY 10017-3144

Tel: 212-845-2186
Fax: 212-895-9186
Cell: 917-318-6197

http://structured-products.kbcfp.com

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Friday, February 06, 2004 2:08 PM
To: MacLean, Joseph
Subject: RE: contact info

Hi Joseph,

I forgot to ask how you heard about the Sentry Select Fund or the Fairfield Greenwich Group?

Will send information shortly.

Kind rgds,
Lauren

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000108961

SECSEV0686484

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

-----Original Message-----
From: MacLean, Joseph [mailto:Joseph.MacLean@kbcfp.com]
Sent: Friday, February 06, 2004 2:04 PM
To: Lauren Ross
Subject: contact info

---

Joe MacLean
Senior Vice President
KBC Financial Products
Structured Fund Products

140East 45th Street, 2 Grand Central Tower
42nd Floor
New York, NY 10017-3144

Tel: 212-845-2186
Fax: 212-895-9186
Cell: 917-318-6197

http://structured-products.kbcfp.com

================================================================
DISCLAIMER
This e-mail message,including any attachments, is intended only for the
persons to whom it is addressed,and may contain confidential
information. Any use,distribution,modification,copying or disclosure by
any other person is strictly prohibited. If you have received this
message in error please notify the sender by return e-mail and delete
this message from your computer. Any data or views contained herein is
based upon information available to us at this date and is subject to
change without notice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE000108962
SECSEV0686485