# EXHIBIT P

**From:** Lauren Ross [LAUREN@fairdomain01.com]
**Sent:** 2/11/2004 7:21:09 PM
**To:** Amit Vijayvergiya [amit@fggus.com]
**CC:**
**Subject:** FW: Thank you - Fairfield Greenwich Group

FYI

-----Original Message-----
From: Lauren Ross
Sent: Wednesday, February 11, 2004 12:30 PM
To: 'sajeev.sirpal@kbcfp.com'; 'joseph.maclean@kbcfp.com'
Cc: Cornelis Boele
Subject: Thank you - Fairfield Greenwich Group


Dear Mr. Sirpal and Mr. MacLean,

On behalf of all of us at the Fairfield Greenwich Group, we would like to thank you for your visit to our offices yesterday. We hope the meetings with Ms. Kim Morris and Mr. Eric Sacks, the co-portfolio managers of the Arlington International Fund, and the conference call with Mr. Amit Vijayvergiya regarding the Fairfield Sentry Fund were informative and helpful for your investment decision making process.

Further to our conversations yesterday, we are attaching several slides which list Fairfield alternative investment products as well as our fund and manager relationships timeline. We hope these slides provide you with additional insight into the organization and history of our firm.

Regarding the Fairfield Sentry Fund, we can confirm that there are no agreements with Madoff or anyone else preventing FGG from liquidating all the assets in the Sentry accounts at Madoff at once. Furthermore, we would be amenable to you viewing the operating guidelines document for Fairfield Sentry in our offices or reviewing them verbally over the phone. We prefer not to distribute the document itself. Please let us know if you would like to set up another meeting or phone call for this purpose. We have also provided Mr. Amit Vijayvergiya's contact information below.

Thank you again for your interest in our alternative investment products. Should you have any questions or require additional information, please do not hesitate to contact us.

Best regards,

Lauren Ross          Cornelis Boele
Investor Relations   Partner

FAIRFIELD GREENWICH GROUP

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED          FGGE00040276⁹

SECSEV0980292

919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

Amit Vijayvergiya, CFA, FRM
VP & Risk Manager
Fairfield Greenwich (Bermuda) Ltd.
Suite 606
12 Church Street
Hamilton, Bermuda HM 11
441-292-5362 - Direct
441-292-5401 - General
441-292-5413 - Fax


Attachment: KBC slides.pdf

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED         FGGE00040277C
                                                                              SECSEV0980293