UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br><br><br>SIPA LIQUIDATION<br><br><br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>v.<br><br>MULTI-STRATEGY FUND LIMITED,<br><br>     Defendant. | Adv. Pro. No. 12-01205 (CGM) |

## NOTICE OF CHANGE OF FIRM NAME

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as of January 3, 2023, the law firm of Friedman Kaplan Seiler & Adelman LLP has changed its name to:

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

The firm's address and telephone number remain the same. The telephone numbers and email addresses for the attorneys in this matter also remain the same.

3708387.1

Dated: New York, New York
February 3, 2023

Respectfully submitted,

FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP


*/s/ Robert J. Lack*
Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Lindsay Funk (lfunk@fklaw.com)
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Attorneys for Defendant Multi-Strategy Fund Limited*