**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO UNIFORTUNE CONSERVATIVE**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/17/2005 | (6,096,986) |
| 2/15/2006 | (22,111) |
| 12/15/2006 | (20,151) |
| 2/15/2007 | (11,729) |
| 8/17/2007 | (6,850) |
| 10/16/2007 | (3,491) |
| **Total:** $ | **(6,161,319)** |