**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO UNIFORTUNE CONSERVATIVE**

| Column 1 Date | Column 2 Amount |
|---|---|
| 3/24/2006 | (10,355,609) |
| 10/17/2006 | (5,635) |
| **Total:** | **$ (10,361,245)** |