**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02553 (CGM) |
| Plaintiff, | |
| v. | |
| UNIFORTUNE ASSET MANAGEMENT SGR SPA, on behalf of itself, Unifortune Conservative Fund, and Unifortune Conservative Fund–Side Pocket, and UNIFORTUNE CONSERVATIVE FUND, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, the Amended Complaint was filed

electronically.  Notice of this filing has been sent through the Court's Electronic Case Filing

System and via electronic transmission to the email addresses designated for delivery and/or by

placing true and correct copies thereof in sealed packages designated for regular U.S. Mail,

postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.


Dated: February 6, 2023
     New York, New York

                By: */s/ David J. Sheehan*
                BAKER & HOSTETLER LLP
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone: 212.589.4200
                Facsimile: 212.589.4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com

                *Attorneys for Irving H. Picard, Trustee*
                *for the Substantively Consolidated SIPA*
                *Liquidation of Bernard L. Madoff Investment*
                *Securities LLC and the Chapter 7 Estate of*
                *Bernard L. Madoff*

# SCHEDULE A

---

**Defendant Counsel**

---

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: UNIFORTUNE ASSET MANAGEMENT SGR SPA, UNIFORTUNE
CONSERVATIVE FUND