**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 15, 2023 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-05355; Picard v. ABN AMRO Bank (Ireland) Ltd.,** *et al.*

    A.    Notice of Adjournment of Hearing RE: Notice of Hearing to consider Order of U.S. District Court Judge Colleen McMahon on 5/2/2022. Re: DECISION AND ORDER: For the foregoing reasons, the Bankruptcy Courts decision denying the Trustees motion to amend is vacated and remanded for further proceedings in

accordance with the Citibank decision. The clerk is directed to close this appeal. This constitutes the decision and order of the court. This is a written opinion filed by Clerk of Court, United States Bankruptcy Court, SDNY; hearing no held and adjourned to 2/15/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 11/23/2022) [ECF No. 229]

**Status**:     This matter is going forward.

## CONTESTED MATTERS

1. **10-05355; Picard v. ABN AMRO Bank (Ireland) Ltd.,** *et al.*

   A.  Memorandum of Law in Support of ABN Ireland's Motion to Dismiss the Second Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/a/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) (Filed: 8/19/2022) [ECF No. 209]

   B.  Declaration of Thomas J. Giblin in Support of ABN Ireland's Motion to Dismiss the Second Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/a/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) (Filed: 8/19/2022) [ECF No. 210]

   **Opposition Due**:     October 18, 2022

   **Opposition Filed**:

   C.  Trustee's Opposition to Defendants' Motion to Dismiss filed by Regina Griffin on behalf of Irving H. Picard (Filed: 10/18/2022) [ECF No. 214]

   D.  Declaration of Regina Griffin in Support of the Trustee's Opposition to Defendants' Motion to Dismiss filed by Regina Griffin on behalf of Irving H. Picard (Filed: 10/18/2022) [ECF No. 215]

   **Replies Due**:     December 5, 2022

   **Replies Filed**:

   E.  Reply Memorandum of Law in Support of ABN Ireland's Motion to Dismiss the Second Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/a/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) (Filed: 12/5/2022) [ECF No. 230]

**Related Documents**:

F.  Stipulation and Order signed on 6/13/2022. (DuBois, Linda) (Entered: 06/13/2022) [ECF No. 203]

G.  Notice of Motion to Dismiss filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/a/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)  (Filed: 8/19/2022) [ECF No. 208]

H.  Notice of Hearing on Motion to Dismiss filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/a/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)  (Filed: 8/19/2022) [ECF No. 213]

I.  Stipulation and Order to Adjourn Argument Date signed on 11/22/2022 (DuBois, Linda) (Entered: 11/22/2022) [ECF No. 222]

**Status**:   This matter is going forward.

Dated: February 10, 2023
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*