# EXHIBIT A

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Wednesday, May 24, 2006 2:20 AM |
| To: | karen.pinder@efgbank.com |
| Cc: | Lourdes Barreneche; LB Team |
| Subject: | Your message of today |

Dear Karen,

Thank you for your message sent to Lourdes Barreneche earlier today. As per our telephone conversation, we are pleased to inform you that we have made note of your new email address and have included the email addresses of your colleagues in our distribution list to receive regular information of our investment funds.

In addition, we are pleased to send you the following passwords to access our website www.fggus.com. Please let us know should you encounter any problems.

| | Username | Password |
|---|---|---|
| -Shavon Taylor | shavontaylor | efgbankbaham |
| -Karen Pinder | karenpinder | efgbankbaham |
| -Yoandra Adderley | yoandraadderley | efgbankbaham |

Thank you for your continued interest and support in our investment funds. Please let us know if we can be of further assistance to you.

Kind regards,

Lourdes Barreneche and Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450
Email: veronica@fggus.com
www.fggus.com

_____

**From:** KPinder@batlantico.com.bs [mailto:KPinder@batlantico.com.bs]
**Sent:** Tuesday, May 23, 2006 9:47 AM
**To:** Lourdes Barreneche
**Cc:** karen.pinder@efgbank.com; Veronica Barco; carlos.romera@efgbank.com; yoandra.adderley@efgbank.com; shavon.taylor@efgbank.com
**Subject:** RE: FGG Weekly Fund Reports

Dear Lourdes: as Veronica may have already informed you, Banco Atlantico has sold its "book of business" to EFG Bank & Trust Bahamas Ltd. Correspondingly, please update your address book for my new email address: karen.pinder@efgbank.com

CONFIDENTIAL

FGANW005429029
FG-05576042

Additionally, could you please add the following recipients and also coordinate for each to have **access to the website for performance results** (tear sheets etc.)

Yoandra Adderley yoandra.adderley@efgbank.com
Shavon Taylor shavon.taylor@efgbank.com

thanks in advance for your help with this.

all the best
Karen


-----Original Message-----
From: Lourdes Barreneche [mailto:lourdes@fggus.com]
Sent: Monday, May 22, 2006 10:15 PM
To: Karen Pinder
Subject: FGG Weekly Fund Reports


 Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022
Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: Lourdes Barreneche**

---

**Weekly Fund Reports**

---

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

---

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information | Monthly Tear Sheet | Webcast with Transcript | Other Info |
|---|---|---|---|---|---|---|---|---|---|
| Arlington International Fund, Ltd. | Event Driven | 05/19/06 | $169.97 (E) | 0.26% (E) | 4.45% (E) | | PDF Format | URL | URL |

2

**Notes:**

Fairfield Investment Fund, Ltd. Series A-1    Multi-Manager   05/18/06    $134.19 (E)    -0.53% (E)    4.00% (E)    PDF Format    URL

**Notes:**

Fairfield Redstone Fund, Ltd. Class A-1 Restricted    Fundamental Long/Short Equity   05/19/06    $1,585.65 (E)   -2.23% (E)    5.03% (E)    PDF Format    URL    URL

**Notes:**

Fairfield Sentry, Ltd.   Split Strike Conversion    05/18/06    $1,143.80 (E)   0.77% (E)    3.97% (E)    PDF Format    URL

**Notes:**

FIF Advanced, Ltd.    Multi-Manager   05/18/06    $362.43 (E)    -1.06% (E)    4.95% (E)    PDF Format

**Notes:**

NGA Fairfield Limited (Initial Series)   Distressed    05/19/06    $203.94 (E)    -0.34% (E)    10.69% (E)    PDF Format    URL    URL

**Notes:**

Index   Date   MTD Performance    YTD Performance
S&P 500 Index   05/19/06    -3.33%   1.50%
Vanguard Total Bond Market Index    05/19/06    -0.78%

(E) = Estimate  (F) = Final

The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees And expenses. Past performance is not a guarantee of future results. This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM), which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its

3

subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC.

In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Fairfield Straits Lion Asset Management Ltd., which is regulated by the Monetary Authority of Singapore.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

*******************************************************************

This message and any attachments is intended exclusively for the ordinary user of the e-mail address to which it was addressed and may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of the message or its attachments and if you have received this message in error, please notify the sender immediately by return e-mail and delete it and all copies from your system. No confidentiality or privilege is waived or lost by any mistransmission.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses. The sender does not accept liability for any errors or omissions which arise as a result of Internet transmission.

Any opinions contained in this message are those of the individual sender and are not given or endorsed by Banco Atlántico (Bahamas), unless otherwise clearly indicated in this message and the authority of the individual sender to so bind Banco Atlántico (Bahamas), is duly verified.

------------------------------------------------------------------

Este mensaje y sus anexos son exclusivamente para la persona a la que va dirigido y puede contener información legalmente privilegiada y protegida. Si usted no es el destinatario de este mensaje, no está autorizado para copiar, distribuir, revelar o utilizar ninguna de las partes de este mensaje o sus documentos adjuntos, y si ha recibido este mensaje por error, notifíquelo inmediatamente al remitente reenviándoselo y borre este mensaje y todas sus copias de su sistema. No hay renuncia a la confidencialidad o privilegio por cualquier transmisión mala o errónea.

Las comunicaciones a través de Internet no garantizan la seguridad ni exactitud de la misma, toda vez que la información puede ser interceptada, modificada, perdida, tardía o contener virus. El remitente no acepta responsabilidad alguna por cualquier error u omisión que surja como resultado de la transmisión por Internet.

Cualquier opinión contenida en este mensaje proviene del remitente y no debe entenderse como la posición de Banco Atlántico (Bahamas), salvo que expresamente así se establezca en el mensaje y la autorización del remitente para comprometer a Banco Atlántico (Bahamas), sea constatada.

*******************************************************************

CONFIDENTIAL

FGANW005429032

FG-05576045

CONFIDENTIAL

FGANW005429033
FG-05576046