# EXHIBIT B

| | |
|---|---|
| **From:** | Veronica Barco [veronica@fggus.com] |
| **Sent:** | Thursday, January 18, 2007 3:02 AM |
| **To:** | Pinder, Karen |
| **Cc:** | Lourdes Barreneche; LB Team |
| **Subject:** | Fairfield Sentry Limited |
| **Attachments:** | SENTRY (Dec 2006).pdf |

Dear Karen,

Thank you for your message of today.  For your information, the Fairfield Sentry tearsheet as of December 2006 has just been released this afternoon.  We have attached the document for your reference.


With kind regards,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 319 6060
Fax: (212) 319 0450
Email: veronica@fggus.com
www.fggus.com

---

**From:** Pinder, Karen [mailto:karen.pinder@efgbank.com]
**Sent:** Wednesday, January 17, 2007 5:40 PM
**To:** CarlaVeronicaLakshmi
**Subject:** RE: FGG Weekly Fund Reports

Do you have the December tear sheet available for Fairfield Sentry? the link below brings up the November tear sheet.

thanks
Karen

        -----Original Message-----
        **From:** Lourdes Barreneche [mailto:CarlaVeronicaLakshmi@fggus.com]
        **Sent:** Tuesday, January 16, 2007 9:05 PM
        **To:** Pinder, Karen
        **Subject:** FGG Weekly Fund Reports


 Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022
Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

1

CONFIDENTIAL

**E-mail: <u>Lourdes Barreneche</u>**

———————

**Weekly Fund Reports**

———————

For a more complete list of FGG Fund prices and other information, please visit our Web site at <u>www.fggus.com</u>.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

———————

Fund    Fund Type    Date    NAV    MTD Performance    YTD Performance    Available Information
Monthly Tear Sheet    Webcast with Transcript    Other Info
Arlington International Fund, Ltd. Class A    Event Driven    01/12/07    $178.76 (E)    0.30% (E)    0.30% (E)    <u>PDF Format</u>    <u>URL</u>    <u>URL</u>

**Notes:**

Fairfield Investment Fund, Ltd. Series A-1    Multi-Manager    01/11/07    $140.22 (E)    0.51% (E)    0.51% (E)    <u>PDF Format</u>

**Notes:**

Fairfield Redstone Fund, Ltd. Class A-1 Restricted    Fundamental Long/Short Equity    01/12/07    $1,619.95 (E)    -0.84% (E)    -0.84% (E)    <u>PDF Format</u>    <u>URL</u>

**Notes:**

Fairfield Sentry, Ltd.    Split Strike Conversion    01/11/07    $1,204.25 (E)    0.10% (E)    0.10% (E)    <u>PDF Format</u>    <u>URL</u>

**Notes:**

FIF Advanced, Ltd.    Multi-Manager    01/11/07    $378.23 (E)    0.79% (E)    0.79% (E)    <u>PDF Format</u>

**Notes:**

NGA Fairfield Limited (Initial Series)    Distressed    01/05/07    $216.92 (E)    0.86% (E)    0.86% (E)    <u>PDF Format</u>    <u>URL</u>    <u>URL</u>

**Notes:**

2

FGANW005442789
FG-05589802

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| S&P 500 Index | 01/12/07 | 0.88% | 0.88% |
| Vanguard Total Bond Market Index | 01/12/07 | 0.00% | -0.05% |

(E) = Estimate (F) = Final

The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees And expenses. Past performance is not a guarantee of future results. This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM), which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC.

In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Limited, which is regulated by the Monetary Authority of Singapore. Past performance is not a guarantee of future results.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

====== The EFG Bank Mail Gateway made the following annotation(s). ======
-------- Disclaimer --------------------------
This e-mail is confidential. If you are not the intended recipient, you should not copy it, re-transmit it, use it or disclose its contents, but should return it to the sender immediately and delete the copy from your system.
EFG is not responsible for, nor endorses, any opinion, recommendation, conclusion, solicitation, offer or agreement or any information contained in this communication.
EFG cannot accept any responsibility for the accuracy or completeness of this message as it has been transmitted over a public network. If you suspect that the message may have been intercepted or amended, please call the sender.
Should you require any further information, please contact the Compliance Manager on Office@efggroup.com.
=====================================================

CONFIDENTIAL

FGANW005442790
FG-05589803