# EXHIBIT C

| | |
|---|---|
| From: | Mimi Pagsibigan [MPagsibigan@fggus.com] |
| Sent: | Friday, May 25, 2007 4:35 PM |
| To: | karen.pinder@efgbank.com |
| Cc: | Lourdes Barreneche; Veronica Barco; LB Team |
| Subject: | Fairfield Sentry Ltd. |
| Attachments: | SENTRY (Apr 2007).pdf |
| | |
| Importance: | High |

Dear Ms. Pinder,

Further to your request, we are pleased to send the April 2007 tear sheet in Fairfield Sentry Ltd.

We are available to further assist you should you require additional information.

Kind regards,

Mimi Pagsibigan
International Client Relations
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Phone: (212) 319 6060
Fax: (212) 319 0450
Website: http://www.fggus.com


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005420504
FG-05567517