# EXHIBIT D

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Tuesday, September 18, 2007 6:43 PM |
| To: | karen.pinder@efgbank.com |
| Cc: | LB Team |
| Subject: | Fairfield Sentry Limited |
| Attachments: | SENTRY (Aug 2007).pdf |

Dear Karen,

As requested, please find enclosed the tearsheet as of August 2007.

Kind regards,

Veronica Barco

Fairfield Greenwich Group

55 East 52nd Street

33rd Floor

New York, NY 10055

( (212) 319 6060

Ê (212) 319 0450

* veronica@fggus.com


This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.