# EXHIBIT E

| | |
|---|---|
| **From:** | Lourdes Barreneche [lourdes@fggus.com] |
| **Sent:** | Wednesday, April 23, 2008 9:56 PM |
| **To:** | karen.pinder@efgbank.com; vivienne.watts@efgbank.com |
| **Cc:** | LourdesTeam |
| **Subject:** | Capacity in Fairfield Sentry Ltd |
| **Attachments:** | SENTRY (Mar 2008).pdf |
| **Importance:** | High |

Dear Karen and Vivienne,

In reference to Fairfield Sentry Ltd, we would like to keep you informed about capacity available in Sentry based on redemptions placed by EFG Bank for May 1, 2008. Given that the Fund's capacity is limited, please advise should you wish to use a portion of this capacity.

Kind regards,
Lourdes Barreneche

Partner
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

<<SENTRY (Mar 2008).pdf>>

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005438935
FG-05585948