# EXHIBIT F

| | |
|---|---|
| From: | Lourdes Barreneche [lourdes@fggus.com] |
| Sent: | Thursday, June 19, 2008 8:27 PM |
| To: | vivienne.watts@efgbank.com; Pinder, Karen |
| Cc: | Veronica Barco; LourdesTeam |
| Subject: | Capacity in Fairfield Sentry Ltd |
| Attachments: | SENTRY (May 2008).pdf |
| | |
| Importance: | High |

Dear Vivienne and Karen,

In reference to Fairfield Sentry Ltd, we would like to keep you informed about capacity available in Sentry for July 1, 2008. In the event you have an interest to make an allocation to the Fund for this month, please let us know and we can reserve the capacity accordingly. For your ready reference, we have attached the latest tear sheet on the Fund as of May 2008.


Thank you for your interest and support.

All the best,
Lourdes


Lourdes Barreneche
Partner
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005437519
FG-05584532