# EXHIBIT G

| | |
|---|---|
| From: | Lourdes Barreneche [lourdes@fggus.com] |
| Sent: | Tuesday, July 22, 2008 6:35 PM |
| To: | vivienne.watts@efgbank.com; karen.pinder@efgbank.com |
| Cc: | LourdesTeam |
| Subject: | Capacity in Fairfield Sentry Ltd. |
| Attachments: | SENTRY (June 2008).pdf |

Dear Vivienne and Karen,

In reference to Fairfield Sentry Ltd, we would like to keep you informed about additional capacity available to the extent of $15 million in Sentry for August 1, 2008. As you may know, the Fund has an estimated MTD return of +0.80% as of 7/18/08 and an estimated YTD return of +3.40%.

We have attached the latest tear sheet on Sentry for your reference. For your information, the subscription deadline is July 29, 2008. Thank you for your ongoing interest.

Kind regards,

Lourdes


Lourdes Barreneche
Partner
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change

CONFIDENTIAL

FGANW005436603

FG-05583616

without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005436604

FG-05583617