# EXHIBIT H

| | |
|---|---|
| From: | Veronica Barco [veronica@fggus.com] |
| Sent: | Tuesday, September 12, 2006 1:16 PM |
| To: | karen.pinder@efgbank.com |
| Cc: | Lourdes Barreneche; LB Team |
| Subject: | RE: FGG Monthly Fund Reports |

Dear Karen,

We hope you are well. Thank you for your message sent to Lourdes Barreneche. For your information, the Fairfield Sentry Limited tearsheet for August 2006 is yet to be released. We are hoping it is finalized with the August figures by today. As soon as it becomes available, we shall forward it to you.


Have a nice day,

Veronica Barco
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, New York 10022
Tel:  (212) 319 6060
Fax: (212) 319 0450
Email:  veronica@fggus.com
www.fggus.com



**From:** Lourdes Barreneche
**Sent:** Tuesday, September 12, 2006 8:14 AM
**To:** Lakshmi Chaudhuri; Veronica Barco; Carla Castillo; Mimi Pagsibigan
**Subject:** FW: FGG Monthly Fund Reports


-------------------------------------------
**From:** Pinder, Karen[SMTP:KAREN.PINDER@EFGBANK.COM]
**Sent:** Tuesday, September 12, 2006 8:13:01 AM
**To:** Lourdes Barreneche
**Subject:** RE: FGG Monthly Fund Reports
**Auto forwarded by a Rule**



Dear Lourdes: The website link below for Fairfield Sentry has July 2006, could you please send August.

thanks
Karen
Karen Pinder
**EFG Bank & Trust (Bahamas) Limited**
**East Bay Street**
**P.O. Box SS-6289**
**Nassau, Bahamas**
☎Tel.:  1+ (242) 502 5405
📠 Fax:  1+ (242) 502 5428
✉E-mail: karen.pinder@efgbank.com

1

CONFIDENTIAL

FGANW005432553
FG-05579566

-----Original Message-----
**From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
**Sent:** Tuesday, September 12, 2006 1:11 AM
**To:** Karen Pinder
**Subject:** FGG Monthly Fund Reports

Fairfield Greenwich Group
**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail:** Lourdes Barreneche

_____

**Monthly Fund Reports**

_____

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

_____

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information | Monthly Tear Sheet | Webcast with Transcript | Other Info |
|---|---|---|---|---|---|---|---|---|---|
| Fairfield Sentry, Ltd. (F) | Split Strike Conversion | 08/31/06 | $1,170.00 (F) | 0.77% (F) | 6.36% | | PDF Format | URL | |

**Notes:**

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| Dow Jones Industrial Average | 08/31/06 | 1.75% | 6.19% |
| Lehman Aggregate Bond Index | 08/31/06 | 1.53% | 2.16% |
| S&P 500 Index (DRI) | 08/31/06 | 2.38% | 5.81% |

(E) = Estimate (F) = Final

The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees And

2

expenses. Past performance is not a guarantee of future results. This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM), which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC.

In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Ltd., which has notified the Monetary Authority of Singapore of its commencement of Business. Past performance is not a guarantee of future results.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com

```
====== The EFG Bank Mail Gateway made the following annotation(s). ======
-------- Disclaimer ---------------------------
This e-mail is confidential. If you are not the intended recipient, you should not copy
it, re-transmit it, use it or disclose its contents, but should return it to the sender
immediately and delete the copy from your system.
EFG is not responsible for, nor endorses, any opinion, recommendation, conclusion,
solicitation, offer or agreement or any information contained in this communication.
EFG cannot accept any responsibility for the accuracy or completeness of this message as
it has been transmitted over a public network. If you suspect that the message may have
been intercepted or amended, please call the sender.
Should you require any further information, please contact the Compliance Manager on
Office@efggroup.com.
========================================================
```

CONFIDENTIAL

FGANW005432555

FG-05579568