# EXHIBIT J

| | |
|---|---|
| From: | Lourdes Barreneche [lourdes@fggus.com] |
| Sent: | Wednesday, February 06, 2008 2:12 PM |
| To: | karen.pinder@efgbank.com |
| Cc: | LourdesTeam |
| Subject: | Information Update on Fairfield Greenwich Group Investment Funds |
| Attachments: | SENTRY (Dec 2007).pdf; Chester USD Dec-07.pdf; Irongate USD Dec-07.pdf; Chester Horizons USD Dec-07.pdf; REDSTONE A-1 USD Dec 07.pdf; RIEF (Dec 2007).pdf |

Dear Karen,

We are pleased to send you updated information on Fairfield Greenwich Group alternative investment funds currently offered on EFG's product platform:

FAIRFIELD SENTRY LIMITED

Our flagship single manager fund ended the year with a positive net return of +7.34%. Fairfield Sentry continues to seek to obtain capital appreciation of its assets principally through the utilization of a non-traditional options trading strategy described as "split strike conversion." Assets under management through December 2007 were at approximately $7.1 Billion. Fairfield Sentry has a total of 17 years of track record with only 14 down months since inception.

- Document attached: Tearsheet December 2007 - USD Class

IRONGATE GLOBAL STRATEGY & CHESTER GLOBAL STRATEGY & CHESTER HORIZONS FUND

Our FGG's Fund of Funds total assets under management is estimated at USD 4.9 Billion (gross basis) as of December 2007. The assets under management through December for Irongate was approximately $2.19 billion; for Chester was approximately $2.54 billion; and for Horizons was approximately $117.2 million, respectively. The Funds yielded the following positive performances: Irongate Global Strategy: +17.02% (USD Class); Chester Global Strategy: +14.49% (USD Class); and Chester Horizons Fund: +29.05% (USD Class), respectively. Our FGG's Fund of Funds continue to be managed by the same investment team led by Mr. Andres Piedrahita and Mr. Andrew Smith. These funds are structured for investors who seek a diversified allocation to some of the industry's most successful and exclusive hedge fund managers. FGG provides superior access to these proven world-class managers, seeking best-of-breed funds in each category, as well as identifying emerging managers who we believe will add value across the spectrum of strategies which compose FGG's Fund of Funds. We are pleased to inform you that we have added to our FGG's Fund of Funds offerings CHESTER EMERGING MARKETS FUND, launched on our platform on December 1, 2007.

On a related note, we are pleased to inform you that we have partnered with *Wilshire Funds Management* to create a turnkey portable alpha product for which FGG's Fund of Funds (IRONGATE GLOBAL STRATEGY) is the alpha source. Wilshire Funds Management is a unit within Wilshire Associates, which is based in Santa Monica, CA, and is responsible for monitoring the adherence to portfolio guidelines and policies for more than $750 billion in U.S. institutional assets, and has advised on over $7 billion of various portable alpha solutions. Wilshire approached us about doing this in the summer of 2006, and our first portable alpha fund was launched in February 2007 as an S&P 500 solution.

- Documents attached: Tearsheets of Irongate Global Strategy Limited, Chester Global Strategy Limited and Chester Horizons Fund Limited as of December 2007 - USD Class

FAIRFIELD REDSTONE LIMITED FUND

CONFIDENTIAL

FGANW005461357

FG-05608370

Fairfield Redstone yielded a positive performance through 2007 of +23.28% (Class A-1).  The fund seeks to obtain absolute returns through investing long and short in small and mid-cap U.S. equities.  The fund focuses on a universe of under-followed small and mid-sized growth companies with superior return potential.  The portfolio manager applies rigorous fundamental bottom-up research in a disciplined growth investing strategy to seek to capture excess returns.  Fairfield Redstone's assets under management through December 2007 were $608.9 million.


- Document attached:  Tearsheet December 2007 - USD Class

FAIRFIELD RENAISSANCE INSTITUTIONAL EQUITIES FUND ("RIEF")

RIEF is a quantitative computer model-driven fund portfolio managed by James Simons based on the technology developed by Renaissance Technologies Corp. for their Medallion Fund. RIEF's assets under management through December 2007 were $368.1 million.  For the year 2007, the fund has obtained a net performance of -2.25%.


- Document attached:  Tearsheet December 2007 - USD Class


We hope the enclosed information is useful to you.  Please let us know should you have any questions or require additional information.


As always, thank you for your continued support in our investment funds.   We look forward to speaking with you soon.



Kind regards,



**Lourdes Barreneche**
*Partner*

**Veronica Barco**
*Senior Vice President - Client Relations*

<u>Note</u>: For more complete information, including a description of investment objectives, risks, fees, liquidity, and other matters of interest, please request a private placement memorandum. And please note that the information provided herein is not intended as an offer or solicitation for the purchase or sale of any financial instrument.



**FAIRFIELD GREENWICH GROUP**
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
<u>**www.fggus.com**</u>

<<SENTRY (Dec 2007).pdf>> <<Chester USD Dec-07.pdf>> <<Irongate USD Dec-07.pdf>> <<Chester Horizons USD Dec-07.pdf>> <<REDSTONE A-1 USD Dec 07.pdf>> <<RIEF (Dec 2007).pdf>>

CONFIDENTIAL

FGANW005461358

FG-05608371

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005461359

FG-05608372