# EXHIBIT K

| | |
|---|---|
| From: | Lourdes Barreneche [lourdes@fggus.com] |
| Sent: | Tuesday, March 18, 2008 8:03 PM |
| To: | karen.pinder@efgbank.com |
| Cc: | LourdesTeam |
| Subject: | Fairfield Sentry Ltd |
| Importance: | High |

Dear Karen,

Given EFG Bank's existing holdings in Fairfield Sentry Ltd and its feeder fund Fairfield Sigma Ltd, we would like to share with you the following information provided by Mr. Amit Vijayvergiya, Partner and Chief Risk Officer of Fairfield Greenwich Group with regard to Fairfield Sentry Ltd's exposure to Bear Stearns:

1. The Split Strike Conversion ("SSC") does not hold Bear Stearns equity. Bear Stearns is not a member of the S&P 100 Index and as such, the operating guidelines governing the SSC do not permit investment in Bear Stearns equity.

2. The SSC does not use Bear Stearns as a derivatives counterparty for the OTC options.

We are available to assist you with any additional clarifications on this matter.

Kind regards,
Lourdes Barreneche

Partner
FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for

1

CONFIDENTIAL                                                                                                   FGANW005457556
                                                                                                                FG-05604569

the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005457557

FG-05604570