# EXHIBIT M

# Visitor List

| | |
|---|---|
| **Period:** | Expected from October 1, 2006 to October 5, 2009 |
| **Property:** | 885 Third Avenue |
| **Building:** | 885 Third Avenue |
| **Tenant:** | BERNARD MADOFF |

| Expected | In | Out | Host / Phone | Visitor | Visitor Company | Notes | Pre-Authorized |
|---|---|---|---|---|---|---|---|
| **885 Third Avenue** | | | | | | | |
| **BERNARD MADOFF** | | | | | | | |
| **Saturday, August 4, 2007** | | | | | | | |
| 7:00 AM | - | - | Rich Collins / 212-230-2424 | Joe Sibrizzi | Zwicker Electric | 18th floor cell # Redacted | Yes |
| 7:00 AM | - | - | Rich Collins / 212-230-2424 | Terrence Patterson | BDG | cell Redacted | Yes |
| **Saturday, August 25, 2007** | | | | | | | |
| 6:00 AM | - | - | Rich Collins Redacted | Vern Moline | MGE UPS Systems | test battery systems | Yes |
| 6:00 AM | - | - | Rich Collins | Trevor Samuels | MGE UPS Systems | test battery systems | Yes |
| **Saturday, September 22, 2007** | | | | | | | |
| 7:00 AM | - | - | Rich Collins Redacted | Ken Murphy | Zwicker Electric | Tom Morawski | Yes |
| **Wednesday, October 17, 2007** | | | | | | | |
| 9:00 AM | - | - | Bernard Madoff / - | Chris Horne | Playback | - | Yes |
| **Saturday, October 27, 2007** | | | | | | | |
| 7:00 AM | - | - | Rich Collins Redacted | Tom Morawski | Zwicker Electric | - | Yes |
| 7:00 AM | - | - | Rich Collins | Terrence Patterson | BDG | - | Yes |
| **Monday, November 19, 2007** | | | | | | | |
| 5:15 PM | - | - | Seon King Redacted | Pearlman Painting | Bernard I Madoff Inv | - | Yes |
| **Friday, November 30, 2007** | | | | | | | |
| 8:00 PM | - | - | Rich Collins Redacted | Ken Murphy | Zwicker Electric | - | Yes |
| **Tuesday, December 4, 2007** | | | | | | | |
| 12:56 PM | 12:56 PM | - | APP / 555.555.5555 | YEH, RICHARD | MADOFF | - | No |

## Visitor List

| Expected | In | Out | Host / Phone | Visitor | Visitor Company | Notes | Pre-Authorized |
|---|---|---|---|---|---|---|---|
| **885 Third Avenue** | | | | | | | |
| **Tuesday, May 20, 2008** | | | | | | | |
| 10:15 AM | 10:15 AM | - | . / - | SMITH RONALD ERIC | - | - | No |
| 10:31 AM | 10:31 AM | - | . / - | MONTE AHUJA | - | - | No |
| 10:39 AM | 10:39 AM | - | . / - | MURPHY, JAMES | - | - | No |
| 10:41 AM | 10:41 AM | - | . / - | FISCHMAN, ROBERT | - | - | No |
| 10:41 AM | 10:41 AM | - | . / - | LANE DENTON J. | - | - | No |
| 10:43 AM | 10:43 AM | - | . / - | WANG CHUNHAI | - | - | No |
| 10:44 AM | 10:44 AM | - | . / - | BENBASSAT, ALBERTO | - | - | No |
| 10:44 AM | 10:44 AM | - | . / - | SCHMID PETER PAUL | - | - | No |
| 10:44 AM | 10:44 AM | - | . / - | MATHYSEN-GERST, LAURENT | - | - | No |
| 10:45 AM | 10:45 AM | - | . / - | MARC SULMAN | - | - | No |
| 10:45 AM | 10:45 AM | - | . / - | PIERRE MATTHIAS | - | - | No |
| 11:01 AM | 11:01 AM | - | . / - | FLANAGAN, FRANCIS | - | - | No |
| 11:42 AM | 11:42 AM | - | . / - | ERIC J. DISTENFELD | - | - | No |
| 12:21 PM | 12:21 PM | - | . / - | ROUNDTREE, ANDREW | - | - | No |
| 1:44 PM | 1:44 PM | - | . / - | CELEBRE GARY | - | - | No |
| 1:56 PM | 1:56 PM | - | , / - | URSULA RADEL | - | - | No |
| 1:59 PM | 1:59 PM | - | . / - | HICHMAN SETH H. | - | - | No |
| 2:24 PM | 2:24 PM | - | . / - | JENNINGS, EDWARD | - | - | No |
| 4:29 PM | 4:29 PM | - | . / - | DAMON ARMSTRONG | - | - | No |
| 5:23 PM | 5:23 PM | - | . / - | TBILISI BEZHANISHVILI | - | - | No |
| 5:35 PM | 5:35 PM | - | . / - | THOMAS S. MORAWSKI | - | - | No |
| 5:35 PM | 5:35 PM | - | . / - | THOMAS S. MORAWSKI | - | - | No |
| **Wednesday, May 21, 2008** | | | | | | | |
| 8:45 AM | 8:45 AM | - | . / - | SHANNA MADOFF | - | - | No |
| 11:04 AM | 11:04 AM | - | . / - | GEORGES STEFANOS, CATSIAPIS | - | - | No |
| 11:04 AM | 11:04 AM | - | . / - | MATHYSEN-GERST, LAURENT | - | - | No |
| 2:31 PM | 2:31 PM | - | . / - | MOORE, JAMES | - | - | No |
| 2:47 PM | 2:47 PM | - | . / - | BENDER | - | - | No |

CBRSAA000064