# EXHIBIT N



*Proudly Presents Two Outstanding Back-To-Back*
*European Hedge Fund Events This September!*

# THE SIXTH ANNUAL
# ITALIAN HEDGE FUND INVESTORS' SUMMIT

**18 SEPTEMBER 2008**
**HOTEL PRINCIPE DI SAVOIA**
**MILAN, ITALY**

For The Most Current Information, Please Visit:
www.imn.org/milan/m










# THE TWELFTH ANNUAL
# MONACO
## HIGH-NET-WORTH & INSTITUTIONAL INVESTOR SYMPOSIUM ON HIGH-PERFORMANCE INVESTING



**22-23 SEPTEMBER 2008**
SPORTING d'HIVER · MONTE-CARLO, MONACO

Networking Receptions In
Monaco & Milan Courtesy Of:


EFG Eurofinancière d'Investissements
*Eurofinancial Investment Company*

For The Most Current Information, Please Visit: **www.imn.org/monaco/m**

MAXAM-SIPC0152389

# IMN'S EUROPEAN FALL HEDGE FUND INVESTOR PROGRAMMES-AT-A-GLANCE

## MILAN, ITALY
Thursday, 18 September 2008
Hotel Principe di Savoia

### Morning Programme
Welcoming Breakfast followed by Opening Educational Session
**CAPITAL INTRODUCTION HEDGE FUND ROUNDTABLES**

### Afternoon Programme
Luncheon followed by an Afternoon of Educational Sessions

Programme Concludes with a Networking Reception & Fashion Show at Rubinacci Showroom
Courtesy Of:


EFG Eurofinancière d'Investissements
Eurofinancial Investment Company

## MONTE-CARLO, MONACO
Monday-Tuesday, 22-23 September, 2008
Sporting d'Hiver, Hotel de Paris, Hotel Hermitage

### Day 1 – 22 September 2008
Welcoming Luncheon
**CAPITAL INTRODUCTION HEDGE FUND ROUNDTABLES**
Evening Networking Cocktail Reception Courtesy Of:


EFG Eurofinancière d'Investissements
Eurofinancial Investment Company



### Day 2 – 23 September 2008
A Day Of Educational Sessions, Including Networking Food & Beverage Events (Breakfast, Luncheon And Concluding Reception)



# PARTICIPATING SPEAKERS CURRENTLY INCLUDE:
(Speaker Faculty Updated Daily at www.imn.org)

Luca Anzola, Senior Hedge Fund Analyst,
**ALETTI GESTIELLE**

François Blanc, Managing Director,
**AMAS BANK**

Biagio Giacalone, Head of Client Solutions, Capital Markets - Structuring, **BANCA IMI**

Raffaele Jerusalmi, Executive Director,
**BORSA ITALIANA**

Piero Gavazzi, Chief Financial Officer,
**CATTOLICA ASSICURAZIONI**

Stan Kowalewski, Managing Director Fund of Funds Group, **COLUMBIA PARTNERS LLC INVESTMENT MANAGEMENT**

Marisa N. DeMato, Esq., Attorney,
**COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**

Angelo Lercara, LL.M. EuR. Rechtsanwalt,
**DECHERT LLP**

Andrea Picchio, Vice President,
**DEUTSCHE BANK**

Dan Rizzuto, President,
**DKR FUSION MANAGEMENT LP**

Paolo Bordi, Head of Institutional Investors,
**EDMOND DE ROTHSCHILD SGR**

Robert Mirsky, Partner EMEIA Financial Services,
**ERNST & YOUNG LLP**

Aymeric Poizot, CFA, CAIA, Senior Director - Head of EMEA Fund and Asset Manager Rating Group,
**FITCHRATINGS**

Franco Lapi, Chief Financial Officer, **FONDIARIA SAI**

Simon Hopkins, Chief Executive, **FORTUNE GROUP**

Don Morken, President, **GENESSEE INVESTMENTS**

John Godden, CEO, **IGS GROUP**

Antonio Falcone, Chief Financial Officer,
**INARCASSA**

John Prout, Board Member,
**LEEDS MASTER FUND**

Aureliano Gentilini, Global Head of Hedge Fund Research, **LIPPER, A REUTERS COMPANY**

Dario Loiacono, Managing Partner,
**LOIACONO E ASSOCIATI**

Alex Merla, Head of Marketing and Distribution,
**LYXOR ITALIA**

Stefano Gaspari, Direttore Generale,
**MONDOHEDGE**

Marc Landeau, CIO,
**OLYMPIA CAPITAL MANAGEMENT**

Luca Peviani, Managing Director & Partner,
**P&G SGR SPA**

Paolo Barbieri, Deputy CEO - Head of Investments, FoHFs, **PIONEER ALTERNATIVE INVESTMENTS**

Carlo Daroda, Senior Manager,
**PROMETEIA SPA**

Claudio Giraldi, Senior Manager,
**PROMETEIA SPA**

Romeo Battigaglia, Partner,
**SIMMONS & SIMMONS**

Francesco Di Carlo, Partner,
**STUDIO ANNUNZIATA ASSOCIATI**

Clemente Cappello, CIO & CEO,
**THE STURGEON INVESTMENTS LTD.**

Massimo Maurelli, CIO, **UBS ALTERNATIVE INVESTMENTS (ITALIA) SGR, SpA and Director & AIMA Council Member (ITALY)**

MAXAM-SIPC0152390

# MILAN AGENDA – THURSDAY, 18 SEPTEMBER 2008

| | |
|---|---|
| 08.00 | Continental Breakfast |
| 08.30 | **INVESTORS' WORKSHOP: EFFECTIVE HEDGE FUND MANAGER SELECTION AND RISK MANAGEMENT TECHNIQUES**<br>• Reviewing Hedge Fund Trends: AUM, Sector Breakdown, Expected Outlook<br>• Can Hedge Funds still provide real absolute returns?<br>• Hedge Fund Strategies: risk return profiles and different classifications<br>• Manager Selection: Due Diligence Process under fundamental review in light of the credit crunch<br>• Hedge Fund risks: Improving risk management tools<br>• Newer Products: Index Replication, Portable Alpha, etc.<br>Carlo Daroda, *Senior Manager,* **PROMETEIA SPA** |
| 09.15 | Workshop Concludes |
| | **PRIVATE HEDGE FUND INVESTORS' EVENT (BY INVITATION ONLY)** |
| 09.20 | Private Investors' Event Registration |
| 09.30 | CLOSED-DOOR HEDGE FUND MANAGER ROUNDTABLE I |
| 11.00 | Refreshments |
| 11.15 | CLOSED-DOOR HEDGE FUND MANAGER ROUNDTABLE II |
| 12.45 | Private Investors' Event Concludes |
| 12.45 | Luncheon (open to all participants) |
| | **ITALIAN HEDGE FUND INVESTING: THE-STATE-OF-THE-INDUSTRY** |
| 14.00 | **INVESTORS' ROUNDTABLE: UNDERSTANDING UCITS III FUNDS AND HOW THEY CAN REPLICATE HEDGE FUND STRATEGIES**<br>• Overview Of UCITS III Funds In The European Market<br>• UCITS III Funds vs Hedge Funds: Substitute or Complement?<br>• UCITS III Funds or Indices as an efficient way of increasing exposure / allocation to Hedge Funds<br>*Session Leader:*<br>Claudio Giraldi, *Senior Manager,* **PROMETEIA SPA**<br>*Panellists:*<br>Piero Gavazzi, *Chief Financial Officer,* **CATTOLICA ASSICURAZIONI**<br>Andrea Picchio, *Vice President,* **DEUTSCHE BANK**<br>Franco Lapi, *Chief Financial Officer,* **FONDIARIA SAI**<br>Antonio Falcone, *Chief Financial Officer,* **INARCASSA**<br>Alex Merla, *Head of Marketing and Distribution,* **LYXOR ITALIA**<br>Francesco Di Carlo, *Partner,* **STUDIO ANNUNZIATA ASSOCIATI** |
| 14.50 | **INTERNATIONAL HEDGE FUND INVESTING: MARKET HISTORY AND CURRENT UPDATE**<br>• History Of the Italian Market v Global Markets<br>• Flat To Slight Losses In The First Quarter: Italy Holding Steady Vs. Other Hedge Fund Markets<br>• $30 Billion Under Management: Where Do We Go From Here?<br>• SGR Trends<br>• Regulatory Developments<br>• Hedge Fund Industry M&A Update<br>• SME Lending: Financing Trends And Hedge Fund Implications<br>*Panellists:*<br>Raffaele Jerusalmi, *Executive Director,* **BORSA ITALIANA**<br>Stefano Gaspari, *Direttore Generale,* **MONDOHEDGE**<br>Luca Peviani, *Managing Director & Partner,* **P&G SGR SPA** |
| | Paolo Barbieri, *Deputy CEO - Head of Investments, FoHFs,* **PIONEER ALTERNATIVE INVESTMENTS**<br>Massimo Maurelli, *CIO,* **UBS ALTERNATIVE INVESTMENTS** (Italia), *SGR SpA and Director & AIMA Council Member* (Italy) |
| 15.40 | Refreshments |
| 16.00 | **MACRO AND QUANTITATIVE INVESTING ANALYSIS: EXPLORING OPPORTUNITIES IN A CHALLENGING INVESTMENT ENVIRONMENT**<br>• 2008 Has Been the Worst Year for Hedge Fund Returns since 1998: Will 2009 Show a Recovery like 1999 and Why (or Why Not)?<br>• The Global Credit Crunch - Year Two: Increased Transparency (FAS 157), Decreased Leverage & The Overall Effect On Hedge Fund Returns<br>• A Review Of Hedge Fund Classification Schemes: Going Beyond the Traditional Hedge Fund Indices<br>• Outperforming And Underperforming Hedge Fund Strategies<br>• Performance Measurement: Understanding The Role Of Non-Normality Risks<br>• Evaluating FoFs In The Current Era<br>*Session Leader:*<br>John Prout, *Board Member,* **LEEDS MASTER FUND**<br>*Panellists:*<br>Luca Anzola, *Senior Hedge Fund Analyst,* **ALETTI GESTIELLE**<br>Biagio Giacalone, *Head of Client Solutions,* **CAPITAL MARKETS - STRUCTURING BANCA IMI**<br>Aureliano Gentilini, *Global Head of Hedge Fund Research,* **LIPPER, A REUTERS COMPANY** |
| 16.50 | **STRUCTURED PRODUCTS: THE LATEST DEVELOPMENTS**<br>• Hedge Fund Certificates With Internal Leverage<br>• CPPI: Still a valid investment tool after the recent problems?<br>• Rainbow Structures: Higher Weightings For Best Performing Assets At Maturity<br>• Interest Rate Structures With Inflation +4%<br>• "Snowballs" For Financing Leverage On Hedge Funds<br>• Compatibility with Italian Regulations<br>• Disclosure of risk and pricing after the recent Consob Level 3 regulation<br>*Panellists:*<br>Francois Blanc, *Managing Director,* **AMAS BANK**<br>Dario Loiacono, *Managing Partner,* **LOIACONO E ASSOCIATI** |
| 17.30 | **CLOSING WORKSHOP: THE GLOBAL IMPACT OF THE SUBPRIME MORTGAGE CRISIS ON WALL STREET**<br>• How the Subprime Mortgage collapse affected the Market<br>• Securities Litigation Update<br>• The Portfolio Monitoring Program:<br>  • What is Portfolio Monitoring?<br>  • Why is Portfolio Monitoring Important?<br>• The Subprime Mortgage crisis is a prime example of why Portfolio Monitoring is an essential service available to hedge funds to ensure asset recovery from successful securities litigation<br>• Corporate Governance Reforms as a Result of Successful Securities Litigation<br>Marisa N. DeMato, *Esq., Attorney,* **COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP** |
| 17.50 | Networking Cocktail Reception At Rubinacci Courtesy Of:<br>  EFG Eurofinancière d'Investissements<br>*Eurofinancial Investment Company* |
| 19.00 | IMN's Sixth Annual Italian Hedge Fund Summit Concludes |

# MONACO AGENDA
## TUESDAY, 23 SEPTEMBER 2008

**09.00** Registration...Continental Breakfast

**09.30** **WORLDS IN COLLISION: THE CONTINUING CREDIT CRUNCH AND LIQUIDITY FREEZE, US PRESIDENTIAL ELECTION, $150 OIL, RETURN OF MACRO AND COMMODITIES...WHERE DO WE GO FROM HERE?**
- Consumer Shares, Coal, Financials, Wind Power, Distressed Opportunities: What's Next On The Investing Horizon?
- Hedge Trimming in 2Q08: Who's Still Standing? Which Strategies Will Fare Best In This Uncertain Environment?
- Quantitative Strategies Revisited: Was 2007 A Fluke Or Are They Poised For A Return To Form?

*Session Leader:*
Marc Landeau, *CIO,* **OLYMPIA CAPITAL MANAGEMENT**

**10.30** **MANAGING RETURN EXPECTATIONS IN A COMPLEX INVESTING ENVIRONMENT: RETHINKING BASIC ASSET MANAGEMENT ASSUMPTIONS IN LIGHT OF THE PAST YEAR'S UNPRECEDENTED EVENTS**
Is It Back To Basics? This Roundtable Will Focus On A Fundamental Reassessment Of Volatility, Leverage, Shareholder Activism, Financing, Lockups, Fees, Redemptions And Side Letters In A Changed Investing Environment

*Session Leader:*
Simon Hopkins, *Chief Executive,* **FORTUNE GROUP**

**11.30** Refreshments

**12.00** **OPPORTUNITIES & RISKS FOR SAVVY INVESTORS**
- Investors' Roundtable: Assessing The Latest Opportunities & Risks
- What Should Investors Really Be Expecting In 2009?
- Mounting Losses at Hedge Funds: Getting To The Source Of The Problem
- Fund Closings And Openings: What To Expect
- New Investment Opportunities: Which "Alternatives To Alternatives" Will Work Best In 2009?
- Hedge Fund Incubators: Where Is the Seed Money Coming From Now?
- Is This A Good Time To Actually Increase Allocations to Hedge Funds?

*Session Leader:*
John Godden, *CEO,* **IGS GROUP**

**13.00** **FUTURE SHOCK: WHAT WILL THE INDUSTRY LOOK LIKE TEN YEARS FROM NOW? HOW CAN YOU BEST POSITION YOURSELF TODAY?**
- Is The Trend Toward Large Fund Concentration Going To Continue Indefinitely?
- Shorting Constraints And The Rush To Regulate: Are EU/ECB Initiatives A Fix Or An Overreaction? How Much Is Too Much?
- Consolidation Of Banks And Prime Brokers: Playing The Trend
- Loss Of Major Lending Sources, New Sources of Capital: How Long Can Hedge Hedge Funds Continue To Act As Lenders?
- Will Institutionalisation Ever Really Happen?

*Session Leader:*
Robert Mirsky, *Partner EMEIA Financial Services,*
**ERNST & YOUNG LLP**

**14.00** Luncheon

**15.45** **CLOSING RECEPTION**

**17.00** *IMN's 12th Monaco Symposium Concludes*

---

## – CORPORATE SPONSORS –

IMN WOULD LIKE TO THANK THE FOLLOWING CORPORATE SPONSORS FOR THEIR GENEROUS SUPPORT OF THE SIXTH ANNUAL ITALIAN HEDGE FUND INVESTORS' SUMMIT AND THE TWELFTH ANNUAL MONACO HIGH-PERFORMANCE INVESTING SUMMIT

### DIAMOND SPONSOR


**EFG** *Eurofinancière d'Investissements*
*Eurofinancial Investment Company*

A Global Approach To Investment Management. EFG Eurofinancière d'Investissements is the wholly owned asset management Bank of the EFG Group in Switzerland. EFG Group shareholders funds amount to CHF 11 billion. Clients assets under administrations and management amount to CHF 130 billion. EFG Eurofinancière d'Investissements invests on behalf of a wide range of institutional and private clients worldwide. The Bank also has a Family Office Department that caters to the complex requirements of wealthy families, which include advising private clients and their trustees on risk profiling, asset allocation and fund manager selection and monitoring.
Through its dedicated Fundex Dept, Eurofinancière offers order execution, monthly performance review and inquiry assistance in the specialized domain of hedge fund investing. This provides invaluable synergy to all the other services provided to institutional and private clients alike.

### SILVER SPONSORS



Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") is a 200-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta (www.csgrr.com). Coughlin Stoia is actively engaged in complex litigation, emphasizing securities, consumer, insurance, healthcare, human rights, employment discrimination and antitrust class actions. Coughlin Stoia's unparalleled experience and capabilities in these fields are based upon the talents of its attorneys who have successfully prosecuted thousands of class-action lawsuits.
Coughlin Stoia currently represents more institutional investors, including public and multi-employer pension funds - domestic and international financial institutions - in securities and corporate litigation than any other firm in the United States. www.csgrr.com


**LYXOR** A Global Approach To Investment Management. EFG Eurofinancière d'Investissements is the wholly owned asset management Bank of the EFG Group in Switzerland. EFG Group shareholders funds amount to CHF 11 billion. Clients assets under administrations and management amount to CHF 130 billion.
EFG Eurofinancière d'Investissements invests on behalf of a wide range of institutional and private clients worldwide. The Bank also has a Family Office Department that caters to the complex requirements of wealthy families, which include advising private clients and their trustees on risk profiling, asset allocation and fund manager selection and monitoring.
Through its dedicated Fundex Dept, Eurofinancière offers order execution, monthly performance review and inquiry assistance in the specialized domain of hedge fund investing. This provides invaluable synergy to all the other services provided to institutional and private clients alike.

## SILVER SPONSORS (CONTINUED)

**MONDO HEDGE**

MondoHedge, the first and only provider of financial information dedicated to the hedge fund industry, was created in 2000 as a web site that offers a Database listing nearly 2000 managers, with different tools of quantitative and qualitative analysis.

Since July 2002 MondoHedge publishes a monthly review focused on the Italian market of HFs. In 2003 the company launched, in collaboration with Mps Alternative Investments, a series of indexes tracking Italy's FoHFs published monthly on the www.MondoHedgeindex.com web site. In 2004 MondoHedge created MondoHedge Journal, an English quarterly review on the Italian HF market and MH Risk Management, the first software made to fulfill the FoHF risk management's demands. In 2006 launches Job Opportunities, the first job site on the HFs, and in April 2007 launches MondoHedge Swiss focused on the evolution of Swiss HF market that represents one of the most important markets worldwide.

In March 2008, in cooperation with SDA Bocconi, MondoHedge did the first training course focused on hedge fund investment and risk management.

For further information: MondoHedge S.p.A., Via Vittor Pisani, 22, 20124 Milano, ITALY, phone: +39 02 67339151, fax: +39 02 6709763, e-mail: info@mondohedge.com, Internet: www.mondohedge.com


**PERTRAC** | Financial Solutions

Founded in 1996, PerTrac Financial Solutions offers a comprehensive, integrated suite of software solutions for investment professionals. The PerTrac Analytical Platform is the world's leading investment analysis and asset allocation software. It works with leading hedge fund databases and offers over 900 risk and return statistics, portfolio construction and optimization, peer group and style analysis, and efficient frontier capabilities. PerTrac CMS is the premiere workflow solution for investment management, capital raising, and investor relations, helping firms manage all their contacts, information, and documents. And the new PerTrac Portfolio Manager helps funds of funds and others institutional investors create, monitor, and maintain winning multi-manager portfolios by handling trade entry, cash management, due diligence, risk assessment, and more.

For more information, call (901) 888-7500, email sales@pertrac.com, or visit www.pertrac.com



# PRIVATE (INVESTOR-ONLY) EVENTS

## CLOSED-DOOR CAPITAL INTRODUCTION ROUNDTABLES (MILAN)
Date: 18 September 2008
Location: Hotel Principe di Savoia, Milan, Italy

## CLOSED-DOOR CAPITAL INTRODUCTION ROUNDTABLES (MONACO)
Date: 22 September 2008
Location: Hotel Hermitage, Monte-Carlo, Monaco

Invitation-Only Private Events For Qualified Investors And Select Managers
To inquire, please email hedgefunds@imn.org or call +1-212-901-0550.

In order to present you with an eclectic mix of Managers, Information Management Network (IMN) is pleased to be returning to Milan and Monaco to bring leading Managers to meet with Qualified Investors in a private setting.

The Capital Introduction Roundtables provide an intimate and focused environment for Qualified Investors to conduct group due diligence on a number of diverse Funds at one convenient time in a beautiful and elegant setting. The interactive environment enables both experienced and novice Investors to learn about the strategies of the presenting Managers and the specific opportunities the Managers are seeing; it also enables Investors to determine their interest in scheduling further meetings with the presenting Managers. Presentations are highly interactive, do not include Audio/Visual accompaniment, and feature intensive Investor-Driven dialogue and discussion.

The methodology is as follows: each Manager session runs for 30 minutes, as Investors individually select a particular Manager to visit with. After 30 minutes have elapsed, Investors leave the Manager they have initially chosen to visit with and select a second Manager to visit with, with this process being replicated a third and final time, for a total of 90 minutes of face time with three distinct Managers.

The Hedge Fund Capital Introduction Roundtables provide an intimate and focused environment for Investors to conduct group due diligence on a number of diverse Hedge Funds at one time. The interactive environment enables both experienced and novice Hedge Fund Investors to learn about the strategies of the presenting Managers and the specific opportunities the Managers are seeing; it also enables Investors to determine their interest in scheduling further meetings with the presenting Managers.



# MEDIA PARTNERS

IMN WOULD LIKE TO THANK THE FOLLOWING MEDIA PARTNERS FOR THEIR SUPPORT OF THE SIXTH ANNUAL ITALIAN HEDGE FUND INVESTORS' SUMMIT AND THE TWELFTH ANNUAL MONACO HIGH-PERFORMANCE INVESTING SUMMIT

    
    
   
   
  
     
   




IMN — MARK YOUR DIARY!

The 13th Annual European BENEFICIAL OWNERS' SECURITIES LENDING & GLOBAL CUSTODY SUMMIT

24-25 SEPTEMBER 2008
CALEDONIAN HILTON EDINBURGH HOTEL
EDINBURGH, SCOTLAND

FOR MORE INFORMATION, PLEASE VISIT: www.imn.org/edinburgh/m
IMN ~ Call: +1 212/768-2800 ~ Fax: +1 212/768-2484 ~ Email: isl@imn.org

# IMN'S SIXTH ANNUAL ITALIAN HEDGE FUND INVESTORS' SUMMIT AND THE TWELFTH ANNUAL MONACO HIGH-PERFORMANCE INVESTING SUMMIT REGISTRATION FORM

## TUITION TABLE: (PLEASE TICK ALL THAT APPLY)

| REGISTRATION TYPE | EARLY BIRD* | AFTER 26 AUGUST 2008 |
|---|---|---|
| MILAN | ❏ €499 | ❏ €599 |
| MONACO | ❏ €750 | ❏ €850 |

*Early Bird registrations must be completed by 26 August 2008.
Investors May Qualify For Complimentary Registration. Please email hedgefunds@imn.org or call +1 (212) 901-0503 for more information.
For groups of five or more, please email ejacobowitz@imn.org for special rate consideration.

Prices quoted are exclusive of any local sales or withholding taxes.

Please photocopy this form for additional delegates.

Name:

Nickname For Badge:

Department:

Company:

Address:                                    City:

State:              Zip:              Country:

Telephone:              Fax:

Email:              Website:

Marketing Keycode (Code above your name on mailing label):

### CONFIDENTIALITY:
The information you provide will be safeguarded by the Euromoney Institutional Investor PLC group (the parent company of Information Management Network), whose subsidiaries may use it to keep you informed of relevant products and services. As an international group, we may transfer your data on a global basis for the purposes indicated above. If you object to contact by any of the following, please tick the appropriate box: ❏ Telephone   ❏ Fax   ❏ Email   ❏ Post
We occasionally allow reputable companies outside the Euromoney Institutional Investor PLC group to contact you with details of products that may be of interest to you. If you do not want us to share your information with other reputable companies, please tick this box ❏.

### COMPLAINTS:
Customer satisfaction is important to us. If you have a complaint, please contact our complaint hotline at +1 (212) 768-2800. Your complaint will be addressed within 1 business day.

### CANCELLATION POLICY:
For cancellations received in writing:

Four weeks or more prior to the event:
Full Refund or Full Credit Voucher

Between two and four weeks prior to the event:
$200 Cancellation Fee or Full Credit Voucher

Two weeks or less prior to the event:
No Refund; a Full Credit Voucher will be issued

Credit vouchers may be applied toward any future IMN event within one calendar year of the date of the cancellation. If IMN decides to cancel any part of this event, the Company is not responsible for covering airfare, hotel or any other costs. Speakers, agenda, networking and recreational events are subject to change without notice.
For more information regarding refunds, please contact the customer service department at (212) 768-2800, ext. 1.

### SUBSTITUTION POLICY:
Substitutions may be made up to the day of the event.

### PAYMENT POLICY:
Payments can be made by American Express, Visa, MasterCard, Diners Club, Discover Card, Company Cheque (USD cheques must be drawn on a U.S. bank), or by wire transfer.

If registering 2 weeks or less prior to the start of the Summit, you must submit your credit card information as a form of payment. If registering more than 2 weeks prior to the start of the Summit and payment is not received at the time of registration, a credit card hold will be required to maintain your registration status. If payment is not received 2 business days prior to the event date, the respective credit card will be utilized as the form of payment. Please make all cheques payable to Information Management Network, LLC. In the memo area of the cheque please write the name(s) of registrant(s) and the Code **eej1088 (Monaco)** or Code **eej1121 (Milan)**.

I Have Read And Accept The Cancellation, Substitution And Payment Policies Noted Above:
(Signature required to process registration) _____

### METHOD OF PAYMENT (Please tick one)
❏ American Express  ❏ Visa  ❏ MasterCard  ❏ Discover Card  ❏ Diners Club  ❏ Company Cheque  ❏ Wire Transfer

Credit Card#:

Exp. Date:

Name Appearing On Credit Card:

Mailing Address For Credit Card:

Signature:

---

### IMN OFFERS SIX CONVENIENT WAYS TO REGISTER:

**TELEPHONE:**  +1 (212) 768-2800
8:00 a.m. - 6:00 p.m. US Eastern Time
Monday-Friday

**After Hours:**  +1 (212) 560-5132
6:00 p.m. - 8:00 a.m. US Eastern Time
Monday-Friday / All Day On Weekends

**FAX:**  +1 (212) 768-2484
24 Hours A Day

**POST:**
Information Management Network, LLC
230 Park Avenue South, 12th Floor
New York, NY 10003 USA

**EMAIL:**  mail@imn.org
(Please include your name, telephone number and the code **milan/m** or **monaco/m**)

**WORLD WIDE WEB:**
www.imn.org/milan/m  |  www.imn.org/monaco/m



Information Management Network is registered with the National Association of State Boards of Accountancy (NASBA) as a sponsor of continuing professional education on the National Registry of CPE Sponsors. State boards of accountancy have final authority on the acceptance of individual courses for CPE credit. Complaints regarding registered sponsors may be addressed to the National Registry of CPE Sponsors, 150 Fourth Avenue North, Nashville, TN, 37219-2417. Web site: www.nasba.org

### EARN CPE CREDITS
Credits are measured by program length, with one 50-minute period equal to one CPE credit. One-half CPE credit increments (equal to 25 minutes) are permitted after the first credit has been earned. Please be advised that state boards of accountancy have final authority on the acceptance of individual courses for CPE credit and acceptance of one-half credits. For more information on CPE credits, please visit:
www.imn.org/milan/m • www.imn.org/monaco/m

### TRAVEL ARRANGEMENTS:
Abington Travel is the official travel agent for IMN. Please contact Ken Glickman (ken@abingtontravel.com) to obtain the lowest rates available, please call +1 (570)963-8747 or fax +1 (570)207-2333.

### VENUE/HOTEL INFORMATION:
**MILAN:**
Hotel Principe di Savoia
www.hotelprincipedisavoia.com
(no special rate available)

**MONACO:**
Please Download the Hotel Reservation Form from IMN's Website www.imn.org to reserve your optional bedroom.

Hotel de Paris            Hotel Hermitage
Place Du Casino       Square Beaumarchais
Monte Carlo, 98000 MC   Monte Carlo, 98000 MC

The IMN group rate is based on a first come, first served basis.

### SPONSORSHIPS AND EXHIBITS:
A limited amount of speaking and exhibiting opportunities and food & beverage event sponsorships are still available. For more information, please call +1 (212) 901-0550 or email ejacobowitz@imn.org

www.imn.org/milan/m | www.imn.org/monaco/m
(Agenda Is Updated Daily Online)



INFORMATION MANAGEMENT NETWORK
IMN
230 Park Avenue South, 12th Floor
New York, NY 10003 USA

PRSRT STD
U.S. POSTAGE
**PAID**
INFORMATION
MANAGEMENT
NETWORK



MAXAM-SIPC0152396