# EXHIBIT Q

# RE: Kingate Global Fund Limited[Scanned]

**From:**
Patra Lea Robinson <"/o=kingate management/ou=first administrative group/cn=recipients/cn=patra">
**To:**
Sallie Graham <sallie@efgfundex.com>
**Date:**
Mon, 31 Jan 2005 18:29:48 +0000

Dear Sallie

Our administrator has advised that the funds have arrived but she does not see the subscription documents. Can you please see that have been faxed to Ms. Kimeka Wilson at Bisys Hedge Funds Services at fax no. 1 441 296 8227.

Best Regards

Patra Lea Robinson
Kingate Management Limited
99 Front Street
Hamilton
Bermuda
Tel: 441 296 2888
Fax: 441 296 6775

-----Original Message-----
From: Sallie Graham [mailto:Sallie@EFGFundex.com]
Sent: Monday, January 31, 2005 10:16 AM
To: Patra Lea Robinson
Subject: RE: Kingate Global Fund Limited[Scanned]
Importance: High


Dear Patra,

I wanted to confirm with you that you have received $2,000,000.00 and the subscription documents from Citco Global Custody NV Ref EFG MC for investment end of January 2005 into Kingate Global Fund Ltd USD Shares.

Thank you in advance.

Sincerely,
Sallie Graham
Head of FUNDEX Dept.
EFG Eurofinanciere d'Investissements
Villa les Aigles
15 Avenue d'Ostende
MC 98000 Monaco
Tel direct: (377) 93.15.11.43
Tel main:   (377) 93.15.11.11
Fax:        (377) 93.15.11.12

-----Original Message-----
From: Patra Lea Robinson [mailto:patra@kingate.bm]
Sent: 28 January 2005 17:29

KING_000299145

To: elin@efgfundex.com
Subject: Kingate Global Fund Limited

As you requested, please find attached, a copy of the NAV performance from inception to date for Kingate Global Fund Limited.

Best Regards

Patra Lea Robinson
Kingate Management Limited
99 Front Street
Hamilton
Bermuda
Tel: 441 296 2888
Fax: 441 296 6775

**KING_000299145.0002**