# EXHIBIT R

**From:** Amit Vijayvergiya [amit@fggus.com]
**Sent:** 1/31/2005 4:24:39 PM
**To:** Lauren Ross [lauren@fggus.com]; Gordon McKenzie [gordon@fggus.com]
**CC:**
**Subject:** RE: Fairfield investment

approved

---

From: Lauren Ross
Sent: Monday, January 31, 2005 11:24 AM
To: Amit Vijayvergiya; Gordon McKenzie
Subject: FW: Fairfield investment


Can you approve?  This is Jeffrey/Philip account.

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com


---

From: "Fernandez, Maria João AMS" [mailto:MFernandez@Citco.com]
Sent: Monday, January 31, 2005 10:50 AM
To: Lauren Ross
Cc: Maria Ibarra; Marianne van den Oever
Subject: RE: Fairfield investment


Yes, this was received in the name of Oxford Alternative Strategy Fund Class A and money is in with value date 01-31-2005.

Kind regards
Joao

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000162567

SECSEV0740090

Sent: Monday, January 31, 2005 4:38 PM
To: Maria-Joao Fernandez
Subject: RE: Fairfield investment


Did you receive a subdoc for $20mm Sentry today - Desjardins??


Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com


———

From: "Fernandez, Maria João AMS" [mailto:MFernandez@Citco.com]
Sent: Monday, January 31, 2005 10:18 AM
To: Lauren Ross
Cc: Maria Ibarra; Marianne van den Oever
Subject: RE: Fairfield investment


Yes, it came in and you sent the approval already.

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: Monday, January 31, 2005 3:49 PM
To: Maria Ibarra; Maria-Joao Fernandez
Subject: FW: Fairfield investment
Importance: High


Did we see this come in?

$10mm from Citco Global Custody NV Ref EFG MC


———

From: Sallie Graham [mailto:Sallie@EFGFundex.com]
Sent: Monday, January 31, 2005 9:28 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000162568

SECSEV0740091

To: Lauren Ross
Cc: Sam Nakhleh
Subject: RE: Fairfield investment
Importance: High


Dear Lauren,

I wanted to confirm if you had received the subscription documents from Citco Global Custody NV Ref EFG MC if not yet the cash which should have been sent to you already.

Thank you in advance.

Sincerely,
Sallie

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: 28 January 2005 18:31
To: Sallie Graham
Cc: Sam Nakhleh
Subject: RE: Fairfield investment


Yes, confirmed.  The investment will be for Feb 1.

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com



_____

From: Sallie Graham [mailto:Sallie@EFGFundex.com]
Sent: Friday, January 28, 2005 12:35 PM
To: Lauren Ross
Cc: Sam Nakhleh
Subject: RE: Fairfield investment

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00016256§
SECSEV0740092

Dear Lauren,

I believe my colleague Elin Toerre had already mentioned that we would be investing for this month end. Can you please confirm. I just did not want there to be any confusion.

Thank you.

Sincerely,
Sallie

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: 28 January 2005 17:37
To: Sallie Graham
Cc: Sam Nakhleh
Subject: RE: Fairfield investment


No, it's fine, I just wanted to confirm so that I can let Citco know to accept the subscription.

Many thanks,
Lauren


Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com



_____

From: Sallie Graham [mailto:Sallie@EFGfundex.com]
Sent: Friday, January 28, 2005 11:42 AM
To: Lauren Ross
Cc: Sam Nakhleh
Subject: RE: Fairfield investment


Dear Lauren,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE00016257C
SECSEV0740093

The amount will be $10,000,000.00 I am sorry but I thought that someone maybe at JP Morgan had already spoken with you.

Thank you again.

Sincerely,
Sallie

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: 28 January 2005 17:21
To: Sallie Graham
Cc: Sam Nakhleh
Subject: RE: Fairfield investment


Hi Sallie,

We will accept if the money comes in on Monday.  Can you confirm the amount?

Kind regards,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com


_____

From: Sallie Graham [mailto:Sallie@EFGFundex.com]
Sent: Friday, January 28, 2005 11:24 AM
To: Lauren Ross
Cc: Sam Nakhleh
Subject: RE: Fairfield investment


Dear Lauren,

I am desperately working with Citco to ensure that payment will go out for value today. If they

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED         FGGE000162571
                                                                                    SECSEV0740094

are unable to get it out does this pose a huge problem for you?

Thank you again.

Sincerely,
Sallie

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: 28 January 2005 17:10
To: Sallie Graham
Cc: Sam Nakhleh
Subject: RE: Fairfield investment


Dear Sallie,

Great, we will look out for it.

Kind regards,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

_____

From: Sallie Graham [mailto:Sallie@EFGFundex.com]
Sent: Friday, January 28, 2005 10:29 AM
To: Lauren Ross
Subject: RE: Fairfield investment
Importance: High


Dear Lauren,

Thank you. Monies should be coming in today for our subscription. We are investing through Citco Global Custody NV Ref EFG MC.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000162572

SECSEV0740095

Sincerely,
Sallie Graham
Head of FUNDEX Dept.
EFG Eurofinanciere d'Investissements
Villa les Aigles
15 Avenue d'Ostende
MC 98000 Monaco
Tel direct: (377) 93.15.11.43
Tel main:   (377) 93.15.11.11
Fax:        (377) 93.15.11.12

-----Original Message-----
From: Lauren Ross [mailto:lauren@fggus.com]
Sent: 26 January 2005 19:26
To: Elin@efgfundex.com
Subject:
Importance: High


Dear Elin,

Please see attached the requested documents.  Please note the deadline is tomorrow, January 27.  We will accept the monies on Friday as you have a holiday.

Please let me know if you have any questions.

Thank you and kindest regards,
Lauren

Lauren H. Ross
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main:  (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000162573

SECSEV0740096