# EXHIBIT S

| | |
|---|---|
| From: | Lakshmi Chaudhuri [lakshmi@fggus.com] |
| Sent: | Tuesday, September 05, 2006 1:59 PM |
| To: | Sallie Graham |
| Cc: | LB Team |
| Subject: | RE: Our Conversation Today |
| Attachments: | Sentry Offering Memo.pdf; Sentry Book.pdf; Fairfield Sentry DDQ.pdf; Sentry 1 20 Libor Analysis.pdf; SENTRY (Jul 2006).pdf |
| Importance: | High |

Dear Sallie,

Per your request, please find enclosed the offering memorandum on Fairfield Sentry Ltd ("Sentry" or the "Fund"), for your perusal. In addition, we have also enclosed the following supporting documentation on the Fund which may be helpful to you:


- Marketing Presentation
- Due Diligence Questionnaire
- Return Profile Analysis dated March 2006
- Tear Sheet as of July 2006

Please let us know should you require any additional information and we will be pleased to be of assistance.

Kind regards,
Lakshmi Chaudhuri

Vice President - Client Relations
FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

_____

**From:** Sallie Graham [mailto:Sallie@EFGFundex.com]
**Sent:** Tuesday, September 05, 2006 8:07 AM
**To:** Lakshmi Chaudhuri
**Subject:** RE: Our Conversation Today

Dear Lakshmi,

Thank you for your email. I wondered if it would be possible to have the latest OM for Fairfield Sentry Limited by email.

Thank you again.

Sincerely,
Sallie

1

CONFIDENTIAL

FGANW005173178
FG-05320707

-----Original Message-----
**From:** Lakshmi Chaudhuri [mailto:lakshmi@fggus.com]
**Sent:** 23 August 2006 04:04
**To:** funds@efgfundex.com
**Cc:** Lourdes Barreneche; LB Team
**Subject:** Our Conversation Today
**Importance:** High


Dear Ms. Graham,

Thank you very much for taking my call today, it was very nice talking to you.

As promised, given below are the coordinates of contacts at Fairfield Greenwich Group ("FGG"), New York, to address any information related to FGG investment funds:

**Ms. Lourdes Barreneche**
Partner
Email: lourdes@fggus.com
Tel: (212) 319-6060

**Ms. Lakshmi Chaudhuri**
Vice President - Client Relations
Email: lakshmi@fggus.com
Tel: (212) 319-6060

We will keep you informed with the performance updates on FGG investment funds, on a monthly basis. In the meanwhile, please feel free to contact us should you have any additional questions.

Kind regards,
Lakshmi Chaudhuri

FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

2

CONFIDENTIAL

FGANW005173179
FG-05320708