# EXHIBIT T

| | |
|---|---|
| From: | Lourdes Barreneche [lourdes@fggus.com] |
| Sent: | Friday, November 03, 2006 2:31 PM |
| To: | LB Team |
| Subject: | FW: From Fairfield Greenwich Group in New York |

Laksh,

Great response from EFG Monaco. Let's follow up with a call

---

**From:** Sallie Graham [mailto:Sallie@EFGFundex.com]
**Sent:** Friday, November 03, 2006 6:07 AM
**To:** Lourdes Barreneche
**Cc:** Lakshmi Chaudhuri; LB Team
**Subject:** RE: From Fairfield Greenwich Group in New York

Dear Lourdes,

Thank you for the information. Yes, I will be in the office November 29th and would like to set up a meeting.

What time is possible?

Thank you.

Sincerely,

Sallie

> -----Original Message-----
> **From:** Lourdes Barreneche [mailto:lourdes@fggus.com]
> **Sent:** 02 November 2006 16:24
> **To:** Sallie@EFGFundex.com
> **Cc:** Lakshmi Chaudhuri; LB Team
> **Subject:** From Fairfield Greenwich Group in New York
> **Importance:** High

1

CONFIDENTIAL

FGANW005410896
FG-05557909

Dear Sallie,

We are writing to your from the Fairfield Greenwich Group ("FGG") office in New York. We work closely with the EFG Bank offices in Geneva, Miami and Zurich and have been referred to you as the main contact at the EFG office of Monaco. Among the FGG products that are presently approved for EFG Bank's product platform include the following:

*Fairfield Sentry Ltd* (Single Manager -- split strike conversion)
*Fairfield Redstone Fund Ltd* (Single Manager -- US long/short equities)
*Arlington International Fund Ltd* (Single Manager -- Event Driven)
*Irongate Global Strategy Fund Ltd* (Fund of Funds)

The additional FGG investment fund that is in the pipeline for EFG Bank is *Fairfield Renaissance Institutional Equities Fund Ltd* ("Fairfield RIEF") which is a US net long biased fund managed by Jim Simmons. The bullet point highlights on Fairfield RIEF are stated below for your reference:

- Fairfield RIEF is managed by Jim Simons who started Renaissance Institutional Mgt 25 years ago. RIEF's strategy was started in August 2005
- US long/short equity fund with a net long bias
- Investment methodology is based on quantitative computer modeling based on the technology of Renaissance Medallion Fund that was launched in 1989 and is now closed to outside investors. Although the track records are not correlated, just by way of reference, Medallion was up 55% on a gross basis in 2005
- Team consists of over 70 PhDs that contribute to the quantitative screening for investment decisions
- Since inception of RIEF (Master Fund) in August 2005, the assets in the strategy are at over $15 billion

We have attached the respective tear sheets on the above funds for your perusal.

Given the above, we would like to inform you that our colleagues - Mr. Yanko della Schiava, Managing Director and Mr. Marco Musciacco, Managing Director will be in Monaco on **November 29, 2006** and we would like to check your availability to meet with them during their visit. The purpose of the meeting would be to provide with an overview of FGG and the above mentioned investment funds.

We look forward to speaking to you during next week to follow-up on our email. Thank you in advance for your attention to our request.

Warm regards,

Lourdes Barreneche        Lakshmi Chaudhuri
*Partner*                 *Vice President - Client Relations*

<<SENTRY (Sep 2006).pdf>> <<REDSTONE A-1 US Sep 06.pdf>> <<Arlington USD (Sep 2006).pdf>> <<Irongate Tear Sheet (Sept-06)(USD).pdf>> <<Renaissance USD (Sep 2006).pdf>>

FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

2

CONFIDENTIAL

FGANW005410897
FG-05557910