# EXHIBIT U

| | |
|---|---|
| From: | Lourdes Barreneche [lourdes@fggus.com] |
| Sent: | Monday, November 06, 2006 6:03 PM |
| To: | George@EFGFundex.com |
| Cc: | romy.cabrera@efgbank.com; Lakshmi Chaudhuri; LB Team |
| Subject: | From Fairfield Greenwich Group in New York |
| Attachments: | SENTRY (Sep 2006).pdf; Irongate Tear Sheet (Sept-06)(USD).pdf; Renaissance USD (Sep 2006).pdf |
| Importance: | High |

Dear George,

I am writing to you from the Fairfield Greenwich Group ("FGG") office in New York. We have recently initiated contact with Sallie Graham at your office. Over the past years, we have been working closely with the various private banking offices of EFG Bank such as Geneva, Miami, Zurich, Hong Kong and Singapore. Romy Cabrera, Jerome Schonbachler along with the EFG Miami office have been conducting due diligence on various FGG products before incorporating on the bank's platform and have endorsed our funds through the years.

Following my conversation with Sallie today, I was happy to note that the office of EFG Monaco has an interest in our products and has been monitoring it on a regular basis, in particular Fairfield Sentry Ltd. Our colleagues - Yanko della Schiava and Marco Musciacco based in FGG Lugano office, travel often to Monaco and we are in fact coordinating a meeting with Sallie for Nov 29, 2006. In anticipation of the meeting with my colleagues, I wanted to check with you if you would like to be familiarized with Fairfield Sentry Ltd, Irongate Global Strategy Fund Ltd (fund of funds) and Fairfield Renaissance Institutional Equities Fund Ltd ("FRIEF") - a product that has been well received by the bankers at EFG Bank. We have attached the tear sheets on the above mentioned funds, for your perusal.

We look forward to having the opportunity to expand our relationship with your office and to offer updates on our managers via the investment specialists of FGG for any questions you may have on our products. My colleague, Lakshmi Chaudhuri and I would very much like to give you a call to make a personal introduction, please let us know if that is suitable to you.

Warm regards,

Lourdes Barreneche
Partner

<<SENTRY (Sep 2006).pdf>> <<Irongate Tear Sheet (Sept-06)(USD).pdf>> <<Renaissance USD (Sep 2006).pdf>>

FAIRFIELD GREENWICH GROUP
919 Third Avenue, 11th Floor
New York, NY 10022
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

CONFIDENTIAL

FGANW005410874
FG-05557887