# EXHIBIT W

| | |
|---|---|
| **From:** | Lourdes Barreneche [lourdes@fggus.com] |
| **Sent:** | Tuesday, April 08, 2008 1:14 PM |
| **To:** | Sallie@EFGFundex.com; fundex@efgbank.com |
| **Cc:** | Lakshmi Chaudhuri; LourdesTeam |
| **Subject:** | Your Availability on Friday, April 18 |
| **Attachments:** | SENTRY (Feb 2008).pdf |
| | |
| **Importance:** | High |

Dear Sallie,

Hope all is well with you.

We would like to touch base with you to keep you informed that our colleague, Amit Vijayvergiya, **Partner & Chief Risk Officer** based in Fairfield Greenwich (Bermuda) will be in Monaco on Friday, April 18. Amit primarily focuses on the Fairfield Sentry Fund (our flag-ship fund) and risk management for Fairfield Greenwich Group. Given that Fairfield Sentry Ltd is one of the approved products for EFG Bank's advisory platform, we thought it may be useful for you and your colleagues to meet with him and understand specifics about the Fund as well as FGG's risk monitoring platform. We have attached the latest tear sheet on Fairfield Sentry Ltd, for your ready reference.

Amit is available to have the meeting at <u>8:30am OR 10:30am on Friday April 18</u>. Please let us know of your availability for these time slots and we will coordinate accordingly.

Thank you in advance.

Kind regards,

Lourdes Barreneche    Lakshmi Chaudhuri
Partner                Senior VP - Client Relations

FAIRFIELD GREENWICH GROUP
55 East 52nd Street, 33rd floor
New York, NY 10055
Main: (212) 319-6060
Fax: (212) 319-0450
www.fggus.com

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change

1

FGANW005456863
FG-05603876

without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.

CONFIDENTIAL

FGANW005456864

FG-05603877