# EXHIBIT X



| | | |
|---|---|---|
| DATE | 15-SEP-2005 | PAGES  1 |
| COMPANY | FAIRFIELD GROUP | |
| CITY AND COUNTRY | AMSTERDAM, NETHERLANDS | |
| ATTENTION OF | JUDITH TERLIEN | |
| FAX NUMBER | 0031205722610 | |
| FROM | Brian Hoey | |
| REFERENCE | [Redacted]2216 | |

**Remarks: Full redemption to be booked today for value date September 30 2005.**
Dear Sir / Madam,
We would like to         **sell/redeem**:
Number of shares:       **4'720**                                      (In words see below)
Four thousand seven hundred and twenty SHARES

in: **FAIRFIELD SENTRY LTD**
ISIN #: VGG3299L1004

We expect **net asset value date 30-SEP-2005** for this transaction. Please notify us immediately if our order will not be accepted for this net asset value date.

The shares should be registered in the name of:
**CITCO GLOBAL CUSTODY NV REF EFG MC**
**WE REQUEST YOU TO WIRE THE REDEMPTION PROCEEDS IN USD TO THE BELOW MENTIONED ACCOUNT AND RELEASE PROCEEDS BASED ON THIS FAX INSTRUCTION**
OF   CITCO BANK NEDERLAND N.V. WITH
HSBC BANK USA
452 FIFTH AVENUE
NEW YORK, NY 10018
UNITED STATES
ACCOUNT NUMBER   [Redacted]6487 [USD]
OUR REFERENCE   : [Redacted]2216
BIC           : MRMDUS33

**Please confirm redemption details to (353 21) 4910331 (fax) or to tradeconfirm@citco.com. Queries concerning trade placement or documentation requirements can be addressed to tradeconfirm@citco.com. Please quote reference number 190869-1250-R002216**

Citco Bank Nederland NV Dublin

*The information contained in this fax is private and confidential and intended only for the addressee. If you have received this fax in error, or the information contained within is in any way unclear, please immediately notify us by telephone at (353 1) 636 7100.*

*Branch Office*
Custom House Plaza Block 6
Int'l Financial Services Centre
Dublin 1
Ireland

Phone: +353 (0)1 636 7100
Fax: +353 (0)1 636 7102
dublin-bank@citco.com
BIC: CITCIE2D

Chamber of Commerce Amsterdam
No. 33185291
Chamber of Commerce Dublin
No. 904070

CONFIDENTIAL                                                                                                ANWAR-C-ESI-00572515