**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02733 (CGM) |
| v. | |
| NAIDOT & CO. and BESSEMER TRUST COMPANY, | |
| Defendant. | |

### ORDER GRANTING MOTION OF
### HEATHER LAMBERG TO WITHDRAW AS COUNSEL

The motion of Heather Lamberg and Winston & Strawn LLP to withdraw as counsel of record in the above captioned action for Defendants Bessemer Trust Company and Naidot & Co., and for removal of Heather Lamberg from all notice and service lists for this matter, is hereby **GRANTED**.



**Dated: February 14, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**