**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in-interest to Banco Atlántico (Bahamas) Bank & Trust Limited,<br><br>     Defendants. | Adv. Pro. No. 12-01690 (CGM) |

## CERTIFICATE OF SERVICE

   I hereby certify that on February 13, 2023, the following documents were filed electronically:

- *Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Trustee's Amended Complaint*

- *Declaration of Shawn P. Hough in Opposition to Defendants' Motion to Dismiss Trustee's Amended Complaint*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: February 14, 2023
      New York, New York

                      By: */s/ Brian W. Song*
                      BAKER & HOSTETLER LLP
                      45 Rockefeller Plaza
                      New York, New York 10111
                      Telephone: 212.589.4200
                      Facsimile: 212.589.4201
                      David J. Sheehan
                      Email: dsheehan@bakerlaw.com
                      Brian W. Song
                      Email: bsong@bakerlaw.com

                      *Attorneys for Irving H. Picard, Trustee*
                      *for the Substantively Consolidated SIPA*
                      *Liquidation of Bernard L. Madoff Investment*
                      *Securities LLC and Chapter 7 Estate of*
                      *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Adam M. Lavine
Donna (Dong Ni) Xu
Zachary D. Rosenbaum
Kobre and Kim
Email: Adam.Lavine@kobrekim.com
Email: Donna.Xu@kobrekim.com
Email: Zach.Rosenbaum@kobrekim.com
Attorney For: EFG Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico(Bahamas) Bank & Trust Limited, EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere d'Investissements S.A.M., EFG BANK S.A., f/k/a EFG Private Bank S.A.