**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>BANK JULIUS BAER & CO. LTD.,<br><br>    Defendant. | Adv. Pro. No. 11-02922 (CGM) |

**STIPULATION AND ORDER EXTENDING TIME FOR**
**DEFENDANT TO FILE AN ANSWER TO THE AMENDED COMPLAINT**

Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "Trustee"), and Defendant Bank Julius Baer & Co. Ltd. ("BJB"), by and through their respective, undersigned counsel, stipulate as follows:

**WHEREAS**, on December 28, 2022, this Court entered its *Order Denying Bank Julius Baer & Co. Ltd.'s Motion to Dismiss the Amended Complaint* [ECF No. 135] which, *inter alia*, set a deadline of February 17, 2023 for BJB to file an answer to the Trustee's Amended Complaint;

**WHEREAS**, counsel for BJB has requested an extension of the deadline to file an answer to the Amended Complaint until March 3, 2023; and

**WHEREAS**, no previous motion or application for an extension of time to file an answer to the Amended Complaint has been made.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and **SO ORDERED**, by the Court:

1. BJB shall file an answer to the Amended Complaint by March 3, 2023.

2. This stipulation and order is without prejudice to, or waiver of, any claims, rights, arguments, or defenses that are otherwise available to the parties.

3. The deadline established by this stipulation and order is without prejudice to either party seeking future extensions of time.

[*Signatures appear on the following page.*]

Dated: February 15, 2023
      New York, New York

*/s/ David J. Sheehan*                          */s/ Eric Halper*

**Baker & Hostetler LLP**               **McKool Smith**
45 Rockefeller Plaza                 One Manhattan West
New York, New York 10111       395 9th Avenue
Telephone: (212) 589-4200        New York, NY 10001
Facsimile: (212) 589-4201         Telephone: (212) 402-9400
David J. Sheehan                    Facsimile: (212) 402-9444
Email: dsheehan@bakerlaw.com   Eric Halper
Keith R. Murphy                  ehalper@mckoolsmith.com
Email: kmurphy@bakerlaw.com

*Attorneys for BJB*

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Chapter 7*
*Estate of Bernard L. Madoff*

**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com
Alan D. Lawn
Email: alawn@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: February 16, 2023**
**Poughkeepsie, New York**