**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01670 (CGM) |
| CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK d/b/a CRÉDIT AGRICOLE PRIVATE BANKING MIAMI, f/k/a CALYONS S.A. d/b/a CRÉDIT AGRICOLE MIAMI PRIVATE BANK SUCCESSOR IN INTEREST TO CREDIT LYONNAIS S.A., | |
| Defendants. | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

30129948.1

Defendant Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami ("<u>Defendant</u>") filed a motion to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(2), and 12(b)(6), made applicable to these proceedings by Federal Bankruptcy Rules of Procedure 7012 [Docket No. 62] (the "<u>Motion</u>").  The parties stipulated to rest on their papers and waive oral argument on the Motion [Docket No. 77].  The Court has considered the Motion, the papers submitted in support of and in opposition to the Motion, and the Complaint.  The Court issued a memorandum decision regarding the Motion (the "<u>Decision</u>") [Docket No. 82].  Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED:**

1. The Motion to dismiss the Complaint is **DENIED**.

2. The deadline for Defendant to file an answer to the Complaint is April 19, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: February 21, 2023**
**Poughkeepsie, New York**

30129948.1

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

2