**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>v.<br><br>UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,<br><br>         Defendants. | Adv. Pro. No. 10-05311 (CGM) |

## STIPULATION AND ORDER

  Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, and defendants in this action Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, as represented by their Liquidators, Maître Alain Rukavina and Paul Laplume, Maître Rukavina and Mr. Laplume, in their capacities as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, UBS Europe SE, Luxembourg Branch (f/k/a UBS (Luxembourg) S.A.), UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., Reliance International Research LLC, and M&B Capital Advisers Sociedad de Valores (together, the "Defendants" and with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Defendants consent to the Trustee filing the proposed Second Amended Complaint in the form that the Trustee provided the Defendants. The Trustee will file the Second Amended Complaint on or before February 24, 2023.

2. The Defendants will answer, move, or otherwise respond to the Second Amended Complaint on or before May 5, 2023.

3. If any Defendant files a motion in response to the Second Amended Complaint, the Trustee will file his opposition thereto on or before July 14, 2023.

4. Any Defendant that has filed a motion in response to the Second Amended Complaint will file its reply brief on or before August 18, 2023.

5. This Stipulation and Order may be signed by respective counsel for the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation and Order shall be deemed an original.

6. Except as provided herein, nothing in this Stipulation and Order shall affect the rights, claims, or defenses of any party in this action, including without limitation any rights,

2

claims, and defenses available to the Defendants including those provided for by Rule 12 of the Federal Rules of Civil Procedure, and the right to seek dismissal based on *forum non conveniens*. Execution of this stipulation does not confer jurisdiction over any Defendant, and Defendants explicitly reserve their right to challenge the Court's personal jurisdiction over them.

Dated: February 22, 2023
      New York, New York

*/s/ Oren J. Warshavsky*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*/s/ Brett S. Moore*
**PORZIO BROMBERG & NEWMAN P.C.**
1675 Broadway, Suite 1810
New York, New York 10019
Telephone: (212) 265-6888
Facsimile: (212) 957-3983
Brett S. Moore
Email: bsmoore@pbnlaw.com

*Attorneys for Luxembourg Investment Fund SICAV and Luxembourg Investment Fund U.S. Equity Plus, as represented by their Liquidators, Maître Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxembourg Investment Fund SICAV and Luxembourg Investment Fund U.S. Equity Plus*

*/s/ Marshall R. King*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Marshall R. King
Email: mking@gibsondunn.com
Gabriel Herrmann
Email: gherrmann@gibsondunn.com

*Attorneys for Defendants UBS Europe SE, Luxembourg Branch (f/k/a UBS (Luxembourg) S.A.), UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company SA*

*/s/ Mark J. Hyland*
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1541
Facsimile: (212) 480-8421
Mark J. Hyland
Email: hyland@sewkis.com

*Attorneys for Reliance International Research LLC*

3

<u>*/s/ Richard J. Levin*</u>
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, New York 10036-2711
Telephone: (212) 891-1601
Richard J. Levin
Email: rlevin@jenner.com

*Attorneys for Defendant M&B Capital*
*Advisers Sociedad de Valores*

**SO ORDERED:**



**Dated: February 23, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**