UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-1022 (CGM) |
| CRÉDIT AGRICOLE (SUISSE) S.A., and CRÉDIT AGRICOLE S.A., a/k/a BANQUE DU CRÉDIT AGRICOLE, | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANT TO ANSWER THE COMPLAINT**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, individually, and

defendant Crédit Agricole (Suisse) S.A. ("CA Suisse"), and collectively with the Trustee, the "Parties," each a "Party"), by and through their respective, undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on February 14, 2023, this Court entered its *Order Denying Defendant's Motion to Dismiss* [Docket No. 139], which, *inter alia*, set a deadline of February 27, 2023 for CA Suisse to file an Answer to the Trustee's Complaint;

**WHEREAS**, on February 21, 2023, this Court entered an Order denying the Motion to Dismiss of Defendant Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami ("Crédit Agricole Miami") in *Picard v. Crédit Agricole Corporate and Investment Bank d/b/a Crédit Agricole Private Banking Miami*, Adv. Pro. No. 12-01670 (CGM) (Bankr. S.D.N.Y. 2012) [Docket No. 87], which, *inter alia*, set a deadline of April 19, 2023 for Crédit Agricole Miami to file an Answer to the Trustee's Complaint in that proceeding;

**WHEREAS**, the Parties desire to align the timing of the two aforementioned Answers in the interests of efficiency and expediency;

**WHEREAS**, CA Suisse has therefore requested an extension to file an Answer to the Trustee's Complaint; and

**WHEREAS**, the Trustee does not object to the requested extension.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. CA Suisse shall file its Answer to the Complaint by April 19, 2023.

2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: February 22, 2023
      New York, New York

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| By: /s/ *Matthew B. Lunn* | By: /s/ *Elizabeth Vicens* |
| 1270 Avenue of the Americas | One Liberty Plaza |
| Suite 2210 | New York, New York 10006 |
| New York, NY 10020 | Telephone: 212.225.2000 |
| Telephone: 212.332.8840 | Facsimile: 212.225.3999 |
| Facsimile: (212) 332-8855 | Elizabeth Vicens |
| Matthew B. Lunn | Email: evicens@cgsh.com |
| Email: mlunn@ycst.com | |
| Michael S. Neiburg | *Attorneys for Defendant Crédit Agricole (Suisse) S.A.* |
| (admitted *pro hac vice*) | |
| Justin P. Duda | |
| Email: jduda@ycst.com | |
| Christopher M. Lambe | |
| (admitted *pro hac vice*) | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*



**Dated: February 23, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**