| BLMIS Account Name | BLMIS Account Number |
|---|---|
| UBS (LUXEMBOURG) SA FBO LUXEMBOURG INVESTMENT FUND US EQUITY PLUS | 1FR123 |

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| UBS (LUXEMBOURG) SA FBO LUXEMBOURG INVESTMENT FUND US EQUITY PLUS | 1FR123 |