Ernest Edward Badway, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7986
(212) 692-0940 (fax)
ebadway@foxrothschild.com

*Attorneys for Schaum & Wiener Profit Sharing Plan & Trust FBO Martin Schaum, Wiener Family Holding Corporation, Wiener Family Limited Partnership, Carolyn B. Wiener, Charles E. Wiener, Iris Schaum, Marvin M. Wiener, Martin Schaum, Sondra M. Wiener, Irrevocable Trust FBO Ethan Siegel, in its Capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Kuntzman Family LLC, WDG Associates Inc. Retirement Trust, Jacqueline Green, and Wayne D. Green*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ERNEST EDWARD BADWAY** |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |

TO:   CLERK,
       UNITED STATES BANKRUPTCY COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

   ***PLEASE TAKE NOTICE*** that Ernest Edward Badway of Fox Rothschild LLP hereby

withdraws his appearance as counsel for Schaum & Wiener Profit Sharing Plan & Trust FBO

Martin Schaum, Wiener Family Holding Corporation, Wiener Family Limited Partnership,

143143274.1

Carolyn B. Wiener, Charles E. Wiener, Iris Schaum, Marvin M. Wiener, Martin Schaum, Sondra M. Wiener, Irrevocable Trust FBO Ethan Siegel, in its Capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Kuntzman Family LLC, WDG Associates Inc. Retirement Trust, Jacqueline Green, and Wayne D. Green in the above-captioned case and requests to be removed from the Service List, Matrix and ECF-Notice in this bankruptcy case.

Dated: New York, New York
February 27, 2023

FOX ROTHSCHILD LLP

By: */s/ Ernest Edward Badway*
Ernest Edward Badway, Esq.
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7986
(212) 692-0940 (fax)
ebadway@foxrothschild.com

*Counsel to Schaum & Wiener Profit Sharing Plan & Trust FBO Martin Schaum, Wiener Family Holding Corporation, Wiener Family Limited Partnership, Carolyn B. Wiener, Charles E. Wiener, Iris Schaum, Marvin M. Wiener, Martin Schaum, Sondra M. Wiener, Irrevocable Trust FBO Ethan Siegel, in its Capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Kuntzman Family LLC, WDG Associates Inc. Retirement Trust, Jacqueline Green, and Wayne D. Green*

143143274.1