UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02554 (CGM) |
| v. | |
| NATIONAL BANK OF KUWAIT S.A.K. and NBK BANQUE PRIVÉE (SUISSE) S.A., | |
| Defendants. | |

**ERRATA ORDER REGARDING MEMORANDUM DECISION**

The Memorandum Decision Denying Defendants' Motion to Dismiss, dated February 27,

2023 (ECF No. 119), should be corrected as follows:

On page 1, the caption entered as

"AMENDED MEMORANDUM DECISION DENYING DEFENDANTS' MOTION TO

DISMISS"

should be correct to read as follows:

"MEMORANDUM DECISION DENYING DEFENDANTS' MOTION TO DISMISS"

On page 2, the sentence

"Personal jurisdiction has been contested by the Defendant and will be discussed *infra*."

should be deleted in its entirety.

On page 3, the sentence and citation entered as

"The Trustee seeks $17,585,510 in subsequent transfers made to NB Kuwait and

$1,590,013 in subsequent transfers made to NBK Suisse.  (*Id.* ¶¶ 166, 121)."

should be corrected as follows:

"The Trustee seeks $17,585,510 in subsequent transfers made to NB Kuwait and

$1,590,013 in subsequent transfers made to NBK Suisse.  (*Id.* ¶¶ 116, 121)."

On page 7, the sentence entered as

"If the Court were to dismiss this Complaint and permit the Trustee to amend his

Complaint to include all of the allegations that are already contained in the Fairfield Complaint,

all parties would be prejudiced by delay in these already, overly-prolonged proceedings."

should be corrected as follows:

"If the Court were to dismiss this Amended Complaint and permit the Trustee to amend

his Complaint to include all of the allegations that are already contained in the Fairfield

Complaint, all parties would be prejudiced by delay in these already, overly-prolonged

proceedings."



/s/ Cecelia G. Morris

**Dated: February 28, 2023**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**