EXHIBIT B
SUMMARY OF FORTY-FIRST INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2022 THROUGH NOVEMBER 30, 2022

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,081.00 | 188.20 | 203,444.20 |
| | Sheehan, David J. | 1968 | 1,081.00 | 558.50 | 603,738.50 |
| | Bash, Brian A. | 1975 | 871.00 | 13.60 | 11,845.60 |
| | Greene, Bruce R. | 1976 | 889.00 | 2.10 | 1,866.90 |
| | Smith, Elizabeth A. | 1985 | 983.00 | 4.20 | 4,128.60 |
| | Hunt, Dean D. | 1991 | 1,015.00 | 271.00 | 275,065.00 |
| | Douthett, Breaden M. | 1991 | 545.00 | 3.00 | 1,635.00 |
| | Goldberg, Steven H. | 1991 | 1,081.00 | 6.50 | 7,026.50 |
| | Griffin, Regina L. | 1993 | 1,081.00 | 538.60 | 582,226.60 |
| | Thomas, Erika K. | 1994 | 849.47 | 625.60 | 531,425.60 |
| | Cohen, Adam I. | 1994 | 720.00 | 43.30 | 31,176.00 |
| | Cole, Tracy L. | 1996 | 981.00 | 229.90 | 225,531.90 |
| | Hoang, Lan | 1997 | 1,062.00 | 676.40 | 718,336.80 |
| | Murphy, Keith R. | 1997 | 1,081.00 | 411.80 | 445,155.80 |
| | Rollinson, James H. | 1998 | 943.00 | 256.80 | 242,162.40 |
| | Fish, Eric R. | 1998 | 938.00 | 421.60 | 395,460.80 |
| | Warshavsky, Oren J. | 1998 | 1,081.00 | 553.60 | 598,441.60 |
| | Rose, Jorian L. | 1998 | 1,062.00 | 47.20 | 50,126.40 |
| | Bohorquez, Fernando A. | 2000 | 1,002.00 | 111.60 | 111,823.20 |
| | Pergament, Benjamin D. | 2000 | 925.00 | 627.60 | 580,530.00 |
| | Cremona, Nicholas J. | 2000 | 1,081.00 | 714.90 | 772,806.90 |
| | Beckerlegge, Robertson D. | 2001 | 862.00 | 473.30 | 407,984.60 |
| | Bell, Stacey A. | 2001 | 941.00 | 626.50 | 589,536.50 |
| | Zeballos, Gonzalo S. | 2001 | 978.00 | 177.90 | 173,986.20 |
| | Song, Brian W. | 2002 | 921.36 | 575.70 | 530,426.70 |
| | North, Geoffrey A. | 2002 | 943.00 | 593.70 | 559,859.10 |
| | Jacobs, Edward J. | 2003 | 1,050.00 | 4.20 | 4,410.00 |
| | Hochmuth, Farrell A. | 2003 | 796.07 | 269.80 | 214,779.20 |
| | Oliver, Jason S. | 2003 | 867.00 | 581.00 | 503,727.00 |
| | Sherer, James A. | 2003 | 770.00 | 10.90 | 8,393.00 |
| | Shields, Nkosi D. | 2003 | 818.18 | 604.40 | 494,506.40 |
| | Carvalho, Melissa M. | 2005 | 1,050.00 | 2.50 | 2,625.00 |
| | Allen, Brian F. | 2005 | 772.00 | 460.90 | 355,814.80 |
| | Hartman, Ruth E. | 2005 | 510.00 | 59.20 | 30,192.00 |
| | Carlisle, Marie L. | 2006 | 804.74 | 641.80 | 516,480.80 |
| | Kosack, Melissa L. | 2006 | 836.88 | 734.60 | 614,768.60 |
| | Vanderwal, Amy E. | 2006 | 971.85 | 537.20 | 522,076.00 |
| | Longstaff, Carrie | 2006 | 834.13 | 607.30 | 506,568.90 |
| | Feil, Matthew D. | 2006 | 900.72 | 667.70 | 601,409.60 |
| | Calvani, Torello H. | 2007 | 914.47 | 773.10 | 706,978.80 |
| | Brown, Seanna R. | 2007 | 1,062.00 | 473.10 | 502,432.20 |
| | Patel, Tayan B. | 2007 | 645.00 | 5.20 | 3,354.00 |
| | Forman, Jonathan A. | 2007 | 744.00 | 99.30 | 73,879.20 |
| | Wasick, Joanna F. | 2007 | 936.00 | 513.80 | 480,916.80 |
| | Giuliani, Esterina | 2007 | 971.36 | 680.90 | 661,400.30 |
| | Sabella, Michael A. | 2008 | 611.00 | 328.20 | 200,530.20 |
| | Usitalo, Michelle R. | 2008 | 829.21 | 479.00 | 397,192.40 |
| | McCurrach, Elizabeth G. | 2008 | 798.00 | 610.60 | 487,258.80 |
| | Ramos-Mrosovsky, Carlos | 2008 | 977.00 | 254.20 | 248,353.40 |
| | Attard, Lauren T. | 2008 | 718.61 | 5.70 | 4,096.10 |
| | Choi, David | 2008 | 656.00 | 424.70 | 278,603.20 |
| | Zunno-Freaney, Kathryn M. | 2008 | 968.79 | 341.60 | 330,937.20 |
| | Khan, Ferve E. | 2009 | 828.42 | 741.50 | 614,270.00 |
| | Molina, Marco | 2009 | 847.68 | 249.10 | 211,157.60 |
| | Campbell, Patrick T. | 2009 | 843.55 | 91.80 | 77,437.50 |
| | Markel, Tatiana | 2009 | 837.57 | 616.50 | 516,363.00 |
| | Shapiro, Peter B. | 2009 | 772.00 | 556.10 | 429,309.20 |
| | Bent, Camille C. | 2010 | 724.00 | 626.80 | 453,803.20 |
| | Iannuzzi, Michael M. | 2010 | 556.00 | 6.80 | 3,780.80 |
| | Wangsgard, Kendall E. | 2011 | 633.00 | 7.90 | 5,000.70 |
| | Vonderhaar, Douglas A. | 2011 | 385.65 | 171.30 | 66,061.90 |
| | Slavin, Jeffrey A. | 2011 | 531.00 | 22.80 | 12,106.80 |
| | Shifrin, Maximillian S. | 2011 | 745.00 | 335.90 | 250,245.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Feldstein, Robyn M. | 2011 | 678.15 | 262.70 | 178,149.00 |
| | Oliva, Frank M. | 2011 | 724.00 | 787.40 | 570,077.60 |
| | Krishna, Ganesh | 2011 | 820.40 | 631.00 | 517,669.60 |
| | Hough, Shawn P. | 2012 | 724.00 | 679.60 | 492,030.40 |
| | Ackerman, Stephanie | 2012 | 671.00 | 479.20 | 321,543.20 |
| | Quimby, P. Alex | 2012 | 495.00 | 6.80 | 3,366.00 |
| | Charlemagne, Chardaie C. | 2013 | 723.84 | 297.90 | 215,630.70 |
| | Tanney, Michelle N. | 2013 | 724.94 | 607.10 | 440,109.10 |
| | Friedman, Matthew B. | 2013 | 642.94 | 597.70 | 384,283.90 |
| Partners and of Counsel Total | | | 867.79 | 26,699.90 | 23,169,827.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 619.00 | 707.60 | 438,004.40 |
| | DeSouza, Karen | 2001 | 309.00 | 33.80 | 10,444.20 |
| | Wlodek, Heather | 2003 | 825.00 | 318.30 | 262,597.50 |
| | Idzior, Ryan C. | 2004 | 330.00 | 21.50 | 7,095.00 |
| | Cowherd, Matthew K. | 2005 | 716.28 | 537.50 | 385,002.50 |
| | Hiatt, Eric B. | 2005 | 665.12 | 314.50 | 209,181.50 |
| | Mezibov, Jonathan G. | 2006 | 283.00 | 654.10 | 185,110.30 |
| | Goldmark, Jena B. | 2007 | 592.00 | 652.40 | 386,220.80 |
| | Nickodem, Robert G. | 2009 | 290.00 | 902.40 | 261,696.00 |
| | Sloan, Victoria E. | 2009 | 309.00 | 378.10 | 116,832.90 |
| | Rollins, Jennifer B. | 2010 | 283.00 | 633.80 | 179,365.40 |
| | Mahida, Michelle Marie Hoff | 2010 | 283.00 | 730.20 | 206,646.60 |
| | Biondo, Lindsay J. | 2010 | 333.49 | 708.60 | 236,311.20 |
| | McGourty, Cara | 2010 | 633.00 | 152.80 | 96,722.40 |
| | Ubaid, Maryland H. | 2010 | 331.39 | 655.40 | 217,192.70 |
| | Hansford, Melissa L. | 2010 | 330.80 | 91.20 | 30,169.00 |
| | Chandler, Tara R. | 2010 | 290.00 | 739.70 | 214,513.00 |
| | Maytal, Anat | 2010 | 745.00 | 503.90 | 375,405.50 |
| | Boga-Lofaro, Csilla | 2010 | 533.00 | 84.70 | 45,145.10 |
| | White, Jason T. | 2011 | 339.26 | 725.30 | 246,064.70 |
| | Cardenas, Samantha A. | 2011 | 283.00 | 675.50 | 191,166.50 |
| | Gottesman, Joel D. | 2011 | 290.00 | 481.60 | 139,664.00 |
| | Patrick, Stacey M. | 2011 | 290.00 | 622.10 | 180,409.00 |
| | Rose, Nicholas M. | 2011 | 633.00 | 290.40 | 183,823.20 |
| | Gallagher, Christopher B. | 2012 | 773.69 | 733.40 | 567,426.80 |
| | Mosher, Sarah E. | 2013 | 283.00 | 771.20 | 218,249.60 |
| | Brumbach, Maxim G. | 2013 | 283.00 | 652.70 | 184,714.10 |
| | Horning, Nathan T. | 2014 | 290.00 | 698.50 | 202,565.00 |
| | Goertemiller, Noah J. | 2014 | 283.00 | 551.30 | 156,017.90 |
| | Serrao, Andrew M. | 2015 | 662.75 | 533.20 | 353,378.30 |
| | Turner, Tara E. | 2015 | 647.93 | 478.20 | 309,838.80 |
| | Shalodi, Amani | 2016 | 290.00 | 776.80 | 225,272.00 |
| | Berry, Joshua L. | 2016 | 283.00 | 683.60 | 193,458.80 |
| | Wagner, Mary Katherine | 2016 | 745.00 | 218.10 | 162,484.50 |
| | Stewart, Matthew L. | 2016 | 283.00 | 785.70 | 222,353.10 |
| | Cantu, Michael R. | 2016 | 290.00 | 795.10 | 230,579.00 |
| | Martin, Lauren E. | 2016 | 283.00 | 436.70 | 123,586.10 |
| | Molony, Matthew E. | 2016 | 283.00 | 813.50 | 230,220.50 |
| | Boyd, J'Naia L. | 2016 | 790.00 | 716.30 | 565,877.00 |
| | Dindiyal, Ariana G. | 2017 | 520.54 | 439.00 | 228,516.70 |
| | Stork, Victoria L. | 2017 | 649.93 | 494.90 | 321,651.30 |
| | Haim, Andrea C. | 2018 | 437.00 | 27.40 | 11,973.80 |
| | Fernandez, Jessica H. | 2018 | 647.69 | 336.90 | 218,207.00 |
| | Fischetti, Chloe S. | 2018 | 463.00 | 369.20 | 170,939.60 |
| | Yantis, Brittany A. | 2019 | 456.00 | 202.40 | 92,294.40 |
| | Bordner, Alexa T. | 2019 | 467.00 | 225.30 | 105,215.10 |
| | Corrigan, Megan A. | 2019 | 456.00 | 8.30 | 3,784.80 |
| | Jeffrey, Kevin J. | 2019 | 288.00 | 802.20 | 231,033.60 |
| | Gotsis, Christina O. | 2019 | 456.00 | 83.20 | 37,939.20 |
| | Bashford, Gregory A. | 2019 | 295.00 | 672.60 | 198,417.00 |
| | Kim, Amos C. | 2019 | 645.00 | 585.00 | 377,325.00 |
| | Hayes, Sarah M. | 2019 | 422.00 | 252.80 | 106,681.60 |
| | Araghi, Shaia | 2019 | 530.00 | 19.30 | 10,229.00 |
| | Weinstein, Paige E. | 2019 | 288.00 | 796.20 | 229,305.60 |
| | Farrell, Deirdre J. | 2019 | 545.00 | 490.80 | 267,486.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Sullivan, Kayley B. | 2020 | 525.00 | 184.40 | 96,810.00 |
| | Mazoch, Jo Ann M. | 2020 | 396.00 | 262.60 | 103,989.60 |
| | Molano Jessica M. | 2020 | 485.00 | 733.80 | 355,893.00 |
| | Quailey, Shade I. | 2020 | 610.93 | 685.60 | 418,854.50 |
| | Sternbach, Lauren E. | 2020 | 467.00 | 79.90 | 37,313.30 |
| | D'Angelo, Alexa | 2020 | 607.73 | 825.10 | 501,441.50 |
| | Rosales, Lynsey R. | 2020 | 305.00 | 632.00 | 192,760.00 |
| | Thompson, Evette N. | 2021 | 298.00 | 806.50 | 240,337.00 |
| | Gabaud, Elizabeth L. | 2021 | 592.25 | 507.20 | 300,391.60 |
| | Luevano, Maria S. | 2021 | 385.00 | 35.70 | 13,744.50 |
| | Cruz, Mardeline | 2021 | 499.00 | 650.60 | 324,649.40 |
| | Hockenbury, Jesse D. | 2021 | 295.00 | 829.70 | 244,761.50 |
| | Bridges, Bailey A. | 2021 | 396.00 | 414.20 | 164,023.20 |
| | Gesiotto, Claudia | 2021 | 335.00 | 33.40 | 11,189.00 |
| | Fredericks, Shelley L. | 2021 | 645.00 | 379.10 | 244,519.50 |
| | Gokalan, Daphne | 2021 | 620.00 | 634.60 | 393,452.00 |
| | Lear, Jordyn | 2021 | 295.00 | 851.20 | 251,104.00 |
| | Gaudreau, Madison J. | 2021 | 499.00 | 64.50 | 32,185.50 |
| | Record, Luke E. | 2021 | 499.00 | 414.60 | 206,885.40 |
| | Surapaneni, Priyanka | 2022 | 376.00 | 142.00 | 53,392.00 |
| | Karambelas, Alexandra J. | 2022 | 376.00 | 150.40 | 56,550.40 |
| | Rogo, Francesca A. | 2022 | 376.00 | 68.20 | 25,643.20 |
| | Chichi, Delores V. | 2022 | 376.00 | 372.10 | 139,909.60 |
| | Park, Sydney W. | 2023 | 455.00 | 0.70 | 318.50 |
| | Carreon, Maria L. | #N/A | 485.00 | 272.60 | 132,211.00 |
| | Mingrino, Jessica T. | #N/A | 455.00 | 34.10 | 15,515.50 |
| | Wald, Diane F. | #N/A | 455.00 | 14.10 | 6,415.50 |
| Associates Total | | | 428.76 | 37,144.10 | 15,926,064.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Gibbons, Michael E. | #N/A | 437.00 | 79.90 | 34,916.30 |
| | Fishelman, Benjamin D. | #N/A | 485.00 | 349.10 | 169,313.50 |
| | Nunes, Silas T. | #N/A | 353.00 | 258.50 | 91,250.50 |
| | Chan, Angeline | #N/A | 373.79 | 584.60 | 218,517.80 |
| | Blaber, Theresa A. | #N/A | 389.00 | 13.00 | 5,057.00 |
| | von Collande, Constance M. | #N/A | 394.00 | 493.40 | 194,399.60 |
| | Bryan, Katrina E. | #N/A | 380.00 | 443.40 | 168,492.00 |
| | Stone, Adrian | #N/A | 350.00 | 287.30 | 100,555.00 |
| | Monge, Tirsa | #N/A | 399.00 | 264.60 | 105,575.40 |
| | McKenna, Patrice M. | #N/A | 317.00 | 540.20 | 171,243.40 |
| | Godsen, Brian J. | #N/A | 197.00 | 21.00 | 4,137.00 |
| | Graham, Sonya M. | #N/A | 306.00 | 15.70 | 4,804.20 |
| | Glanzman, Adam J. | #N/A | 400.00 | 147.60 | 59,040.00 |
| | Iskhakova, Yuliya | #N/A | 487.01 | 861.20 | 419,412.60 |
| | Oliver-Weeks, Marcella J. | #N/A | 498.30 | 567.60 | 282,835.80 |
| | Szalay, Sarah M. | #N/A | 223.00 | 189.40 | 42,236.20 |
| | Wong, Sun Kei | #N/A | 310.00 | 36.30 | 11,253.00 |
| | Villamayor, Fidentino L. | #N/A | 418.00 | 287.80 | 120,300.40 |
| | Clark, Raymond W. | #N/A | 191.00 | 32.40 | 6,188.40 |
| | Montani, Christine A. | #N/A | 399.00 | 362.70 | 144,717.30 |
| | Bekier, James M. | #N/A | 508.00 | 292.60 | 148,640.80 |
| | Kinne, Tanya M. | #N/A | 485.43 | 812.70 | 394,505.00 |
| | Safina, Megan R. | #N/A | 319.00 | 417.30 | 133,118.70 |
| | Belanger, Christina I. | #N/A | 370.00 | 2.60 | 962.00 |
| | O'Neil, Alden | #N/A | 396.00 | 323.60 | 128,145.60 |
| | Cabrera, Ramon C. | #N/A | 313.00 | 170.80 | 53,460.40 |
| | Nobime, Joaneda K. | #N/A | 325.00 | 68.90 | 22,392.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 408.30 | 7,924.20 | 3,235,470.40 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 867.79 | 26,699.90 | 23,169,827.00 |
| Associates Total | 428.76 | 37,144.10 | 15,926,064.80 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 408.30 | 7,924.20 | 3,235,470.40 |
| Blended Attorney Rate | 612.37 | | |
| Total Fees Incurred | | 71,768.20 | 42,331,362.20 |
| **Less 10% Public Interest Discount** | | | (4,233,136.22) |
| **Grand Total** | | | $ 38,098,225.98 |