EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FORTY-FIRST INTERIM PERIOD
OF AUGUST 1, 2022 THROUGH NOVEMBER 30, 2022

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 2,765.70 | $ 1,973,363.80 |
| 02 | Bankruptcy Court Litigation and Related Matters | 260.30 | 222,482.70 |
| 03 | Feeder Funds | 454.30 | 358,651.90 |
| 04 | Asset Search Recovery and Sale | 0.90 | 972.90 |
| 05 | Internal Office Meetings with Staff | 333.90 | 213,207.40 |
| 07 | Billing | 906.00 | 425,321.60 |
| 08 | Case Administration | 2,031.40 | 1,127,362.50 |
| 11 | Press Inquires and Responses | 106.90 | 91,750.90 |
| 12 | Document Review | 1,983.70 | 914,217.20 |
| 13 | Discovery - Depositions and Document Productions | 1,352.30 | 633,881.80 |
| 14 | International | 52.90 | 37,761.40 |
| 20 | Governmental Agencies | 4.90 | 4,885.30 |
| 21 | Allocation | 15.00 | 15,685.90 |
| 000005 | Customer Claims | 192.30 | 99,944.50 |
| 000007 | Madoff Family | 64.90 | 49,880.00 |
| 000009 | Fairfield Greenwich | 16,902.00 | 6,788,484.40 |
| 000029 | Rye/Tremont | 824.60 | 530,254.50 |
| 000030 | HSBC | 2,081.20 | 1,702,446.50 |
| 000032 | LuxAlpha/UBS | 1,786.50 | 1,522,522.90 |
| 000033 | Nomura Bank International PLC | 1,094.60 | 740,873.50 |
| 000034 | Citibank | 2,460.50 | 1,337,766.90 |
| 000035 | Natixis | 1,006.60 | 593,015.60 |
| 000036 | Merrill Lynch | 561.80 | 359,950.10 |
| 000037 | ABN AMRO | 332.50 | 234,430.00 |
| 000039 | Fortis | 2,472.00 | 2,190,852.00 |
| 000042 | Equity Trading | 172.90 | 117,693.30 |
| 000053 | Magnify | 2,101.40 | 1,419,960.60 |
| 000060 | Avellino & Bienes | 2,570.20 | 2,067,981.40 |
| 000062 | Subsequent Transfer | 22,719.60 | 13,656,053.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 213.50 | 190,530.20 |
| 000065 | Legacy Capital Ltd | 1,011.30 | 774,566.40 |
| 000071 | Square One | 2,557.50 | 1,658,592.30 |
| 000073 | BNP Paribas | 374.10 | 276,018.80 |
| Grand Total | | **71,768.20** | **42,331,362.20** |

**Less 10% Public Interest Discount** (4,233,136.22)

**Grand Total** $ 38,098,225.98

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 38,098,225.98 |
| | Interim Compensation Paid | | *(34,288,403.38)* |
| | Interim Compensation Deferred | | $ 3,809,822.60 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 1,451,243,478.18 |
| | Interim Compensation Paid | | *$ (1,437,063,098.87)* |
| | Interim Compensation Deferred | | $ 14,180,379.31 |