EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FORTY-FIRST
INTERIM PERIOD OF AUGUST 1, 2022 THROUGH NOVEMBER 30, 2022

| | | |
|---|---|---|
| E101 | Copying (E101) | 83.10 |
| E102 | Outside Printing (E102) | 33.00 |
| E106 | Online Research (E106) | 141,900.30 |
| E107 | Delivery Services/ Messengers (E107) | 1,174.39 |
| E108 | Postage (E108) | 334.46 |
| E110 | Out-of-Town Travel (E110) | 75,919.65 |
| E111 | Business Meals, etc. (E111) | 485.00 |
| E112 | Court Fees (E112) | 1,282.17 |
| E113 | Subpoena Fees (E113) | 1,654.00 |
| E115 | Deposition Transcripts (E115) | 18,157.91 |
| E116 | Trial Transcripts (E116) | 836.48 |
| E119 | Experts (E119) | 37,601.18 |
| E123 | Other Professionals (E123) | 8,600.00 |
| E124 | Other (E124) | 24,630.91 |
| Grand Total | | **312,692.55** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded          $  21,198,732.63