**Exhibit B**

SUMMARY OF FORTIETH INTERIM FEE APPLICATION OF WINDELS MARX LANE
& MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2022
THROUGH NOVEMBER 30, 2022

| Name | Year Admitted | Aug-Nov 2022 Standard Hourly Rate | Aug-Nov 2022 Total Hours Billed | Aug-Nov 2022 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 715.00 | 653.80 | $ 467,467.00 |
| Robert J. Luddy | 1987 | 690.00 | 308.60 | $ 212,934.00 |
| Kim M. Longo | 2002 | 600.00 | 734.90 | $ 440,940.00 |
| **Total Partners** | | | **1,697.30** | **$1,121,341.00** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 480.00 | 657.10 | $ 315,408.00 |
| Alan D. Lawn | 2009 | 435.00 | 642.60 | $ 279,531.00 |
| **Total Special Counsel** | | | **1,299.70** | **$594,939.00** |
| **Associates** | | | | |
| Maja Lukic | 2011 | 495.00 | 624.50 | $ 309,127.50 |
| Philip M. Taylor | 2011 | 485.00 | 117.00 | $ 56,745.00 |
| Carol LaFond | 2000 | 410.00 | 644.70 | $ 264,327.00 |
| Alex Jonatowski | 2007 | 410.00 | 649.80 | $ 266,418.00 |
| Lauren M. Sisson | 2022 | 390.00 | 543.00 | $ 211,770.00 |
| Tyschelle R. Doucette | 2006 | 320.00 | 607.20 | $ 194,304.00 |
| Anika Wilson | 2000 | 320.00 | 536.60 | $ 171,712.00 |
| Jose A. Despian Jr. | 2010 | 320.00 | 625.60 | $ 200,192.00 |
| **Total Associates** | | | **4,348.40** | **$1,674,595.50** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 260.00 | 45.90 | $ 11,934.00 |
| Carilyn Priolo | | 170.00 | 149.30 | $ 25,381.00 |
| **Total Paraprofessionals** | | | **195.20** | **$ 37,315.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,697.30 | 1,121,341.00 |
| **Special Counsel** | 1,299.70 | 594,939.00 |
| **Associates** | 4,348.40 | 1,674,595.50 |
| **Paraprofessionals** | 195.20 | 37,315.00 |
| | | |
| **Blended Attorney Rate** | 461.63 | |
| **Blended Rate All Professionals** | 454.63 | |
| **GRAND TOTAL** | 7,540.60 | $ 3,428,190.50 |

{12132768:1}