## Exhibit C

SUMMARY OF FORTIETH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES INCURRED FROM AUGUST 1, 2022 THROUGH AND INCLUDING NOVEMBER 30, 2022

| Code Description | Amount | |
|---|---|---|
| Telephone - Reimbursements | $ | 47.45 |
| Air Courier/Messenger | $ | 288.72 |
| Online Research | $ | 29,860.72 |
| **TOTAL** | **$** | **30,196.89** |

{12132768:1}