**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE FORTIETH INTERIM PERIOD OF AUGUST 1, 2022 THROUGH AND INCLUDING NOVEMBER 30, 2022

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 3.00 | $ 780.00 |
|  |  | 007 | Fee Application | 149.10 | 31,109.00 |
|  |  | 020 | Internal Office Meetings | 54.50 | 22,805.00 |
| 12 | Credit Suisse | 010 | Litigation | 1,409.10 | 496,344.50 |
| 14 | Zephyros | 010 | Litigation | 467.00 | 179,800.50 |
| 15 | Mistral | 010 | Litigation | 62.80 | 25,124.00 |
| 16 | Societe Generale | 010 | Litigation | 484.60 | 239,993.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 999.90 | 434,821.50 |
| 18 | Clariden Leu | 010 | Litigation | 238.10 | 85,535.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 330.00 | 140,305.00 |
| 20 | Coordinated Cases | 010 | Litigation | 1,092.30 | 597,944.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 2,167.80 | 1,131,105.00 |
| 24 | Naidot | 010 | Litigation | 82.40 | 42,524.00 |
|  |  |  | **TOTALS** | **7,540.60** | **$ 3,428,190.50** |

{12132768:1}