Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| GROUPEMENT FINANCIER LTD | 1FR096 |