**EXHIBIT C**

**SUBSEQUENT TRANSFERS FROM GROUPEMENT TO BLOOM ASSET HOLDINGS FUND**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/13/2006 | (16,000,000) |
| 10/17/2006 | (6,500,000) |
| 11/16/2006 | (38,500,000) |
| 8/2/2007 | (11,900,000) |
| 8/20/2007 | (8,000,000) |
| **Total:** | **$ (80,900,000)** |