**EXHIBIT D**

**SUBSEQUENT TRANSFERS FROM GROUPEMENT TO NATIXIS FINANCIAL PRODUCTS LLC**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/1/2008 | (153,518,747) |
| **Total:** | **$ (153,518,747)** |