**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | **Adv. Pro. No. 08-1789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) SA), UBS FUND SERVICES (LUXEMBOURG) SA, UBS THIRD PARTY MANAGEMENT COMPANY SA, ACCESS INTERNATIONAL ADVISORS LLC, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAÎTRE FERNAND ENTRINGER, PATRICK LITTAYE, CLAUDINE MAGON DE LA | **Adv. Pro. No. 10-04285 (CGM)** |

|     |
| --- |
| VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), PIERRE DELANDMETER, THEODORE DUMBAULD, LUXALPHA SICAV as represented by its Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA AND PAUL LAPLUME, in their capacities as liquidators and representatives of LUXALPHA, GROUPEMENT FINANCIER LTD., Defendants. |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT**

**WHEREAS**, on December 6, 2022, the Court entered an order (ECF No. 340) denying Defendant Theodore Dumbauld's ("Dumbauld") Motion to Dismiss the Second Amended Complaint (the "Order");

**WHEREAS**, the Order set a deadline of January 31, 2023 by which Dumbauld was to answer the Second Amended Complaint;

**WHEREAS**, Dumbauld's counsel and the Trustee's counsel previously agreed, at Dumbauld's request, to extend the time to file an Answer to the Second Amended Complaint to February 28, 2023 and a proposed stipulation was submitted to the Court; and

**WHEREAS**, Dumbauld has requested, and the Trustee's counsel have agreed to, an extension of the deadline to file an answer to the Second Amended Complaint from February 28, 2023 until March 3, 2023;

2

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that:

1. Dumbauld will submit an answer to the Second Amended Complaint on or before March 3, 2023.

2. Nothing in this stipulation shall change any discovery deadlines in this proceeding.

Dated: February 28, 2023
New York, New York

| | |
|---|---|
| BAKER & HOSTETLER, LLP | SHER TREMONTE LLP |
| By: /s/ Robertson D. Beckerlegge Robertson D. Beckerlegge Oren J. Warshavsky Geoffrey A. North 45 Rockefeller Plaza New York, New York 10111 Telephone: (212) 589-4200 rbeckerlegge@bakerlaw.com owarshavsky@bakerlaw.com gnorth@bakerlaw.com | By: /s/ Robert Knuts Robert Knuts Cathy Liu 90 Broad Street, 23rd Floor New York, New York 10004 Tel: 212.202.2638 rknuts@shertremonte.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Theodore Dumbauld* |

**SO ORDERED:**



**Dated: March 2, 2023
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**