Pamela A. Miller
Amber L. Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail:  pmiller@omm.com
　　　　 acovucci@omm.com
*Attorneys for Merrill Lynch International*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 10-05346 (CGM) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH INTERNATIONAL, | |
| Defendant. | |

**NOTICE OF FILING CORRECTED REPLY IN SUPPORT OF MERRILL LYNCH INTERNATIONAL'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that a corrected Reply in support of Merrill Lynch International's Motion to Dismiss (the "Corrected Reply") is attached hereto as **Exhibit A**. The Corrected Reply corrects a factual error in the *Reply in Support of Merrill Lynch International's Motion to Dismiss*, ECF No. 149 (the "Original Reply"). A redline of the Corrected Reply marked against the Original Reply is attached hereto as **Exhibit B**.

Dated: March 3, 2023

New York, New York

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ *Pamela A. Miller*
Pamela A. Miller
Amber Covucci
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com
         acovucci@omm.com

*Attorneys for Merrill Lynch International*