SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
*Attorneys for Defendant Theodore Dumbauld*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>   v.<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>               Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>UBS AG, et al.,<br><br>               Defendants. | Adv. Pro. No. 10-04285 (CMG) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, Defendant Theodore Dumbauld's Answer to the

Second Amended Complaint with Affirmative Defenses and Jury Demand was served by filing it

with the Court's Electronic Case Filing System.  Notice of this filing has been sent through the

Court's Electronic Case Filing System and via electronic transmission to the email addresses

designated for delivery.

Dated:  March 3, 2023
New York, New York

SHER TREMONTE LLP

By: /s/ Robert Knuts
Robert Knuts
Cathy Liu
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2638
Email: rknuts@shertremonte.com

*Attorneys for Defendant Theodore Dumbauld*