**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BANK JULIUS BAER & CO. LTD.,<br><br>Defendant. | Adv. Pro. No. 11-2922 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, Defendant Bank Julius Baer & Co., Ltd's Answer to Amended Complaint with Affirmative Defenses and Jury Trial Demand were served by filing them with the Court's electronic-filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

DATED: New York, New York
March 3, 2023

                                       MCKOOL SMITH, P.C.

                                       By:   /s/ Eric B. Halper
                                                 Eric B. Halper
                                                 Hal M. Shimkoski

                                       One Manhattan West
                                       395 9th Avenue, 50th floor
                                       New York, NY 10036
                                       T: (212) 402-9400
                                       F: (212) 402-9444
                                       ehalper@mckoolsmith.com
                                       hshimkoski@mckoolsmith.com

                                       *Attorneys for Defendant*
                                       *Bank Julius Baer & Co. Ltd.*

TO: All Counsel of Record