**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>                v.<br><br>SIX SIS AG,<br><br>                Defendant. | Adv. Pro. No. 12-01195 (CGM) |

**STIPULATION AND ORDER REGARDING FILING OF**
**REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff, and defendant SIX SIS AG ("Defendant" and, with the Trustee, the "Parties"), by and through their respective and undersigned counsel, state as follows:

**WHEREAS**, on October 24, 2022, the parties filed and the Court so-ordered a Second Amended Stipulation and Order setting December 13, 2022 as the deadline for Defendant to respond to the Second Amended Complaint in the above-captioned action; February 7, 2023 as the deadline for the Trustee to respond to any filed motion to dismiss; and March 7, 2023 as the deadline for Defendant to file a reply. ECF No. 128;

**WHEREAS**, on December 13, 2022, Defendant timely filed a Motion and Memorandum of Law to Dismiss the Trustee's Second Amended Complaint (the "Motion"). ECF Nos. 130–136. Defendant noticed the Motion for hearing on April 19, 2023, at 10:00 a.m.;

**WHEREAS**, on February 7, 2023, the Trustee timely filed his Opposition to Defendant's Motion. ECF Nos. 137–138;

**WHEREAS**, Defendant has requested additional time to file its reply and the Trustee has consented to the extension.

[*Remainder of page intentionally left blank*]

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for Defendant to file a reply in further support of its Motion shall be extended to and including March 14, 2023.

Dated: March 6, 2023
New York, New York

| | |
|---|---|
| */s/ David J. Sheehan* | */s/ Erin Valentine* |
| **Baker & Hostetler LLP** | **Chaffetz Lindsey LLP** |
| | |
| 45 Rockefeller Plaza | 1700 Broadway |
| New York, New York 10111 | 33rd Floor |
| Telephone: 212.589.4200 | New York, New York 10019 |
| Facsimile: 212.589.4201 | Telephone: (212) 257-6960 |
| David J. Sheehan | Facsimile: (212) 257-6950 |
| Email: dsheehan@bakerlaw.com | Erin Valentine |
| Keith R. Murphy | Email: Erin.Valentine@chaffetzlindsey.com |
| Email: kmurphy@bakerlaw.com | Andreas Frischknecht |
| Ferve Khan | Email: Andreas.Frischknecht@chaffetzlindsey.com |
| Email: fkhan@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for SIX SIS AG* |

3

**WINDELS MARX LANE &**
**MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**Dated: March 7, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**