**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Bankruptcy Court Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A. (f/k/a AMERICAN EXPRESS FINANCIAL SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK (LUXEMBOURG) S.A.), as represented by its Liquidator HANSPETER KRÄMER, HANSPETER KRÄMER, in his capacities as liquidator and representative of STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD., f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, and STANDARD CHARTERED HOLDINGS INC. (as successor in interest to STANDARD CHARTERED INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.),<br><br>　　　　　　　Defendants. | Bankruptcy Court<br>Adv. Pro. No. 12-01565 (CGM) |

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, the Answer to Complaint and Jury Demand of Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.) was served by filing via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: March 7, 2023
      New York, New York

Respectfully Submitted,

/s/ *Andrew J. Finn*
Andrew J. Finn
Mark A. Makar
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: finna@sullcrom.com
Email: makarm@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: mcgimseyd@sullcrom.com

*Attorneys for Standard Chartered Financial Services (Luxembourg) S.A.; Standard Chartered Bank International (Americas) Ltd.; and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd.)*