**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 11-02923 (CGM) |
| Plaintiff, | |
| v. | |
| FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG), | |
| Defendant. | |

**STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant Falcon Private Bank LTD. (f/k/a AIG Privat Bank AG) ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on August 15, 2022, Defendant filed a motion to dismiss the Trustee's complaint (the "Motion") which lists December 14, 2022 as the hearing date, ECF No. 118.

**WHEREAS**, the Trustee timely filed an Opposition to Defendant's Motion on October 14, 2022, ECF No. 122.

**WHEREAS**, the Parties have agreed to request that the hearing on the Motion be adjourned from March 15, 2023 to April 19, 2023, at 10:00 a.m.

**WHEREAS**, except as expressly set forth herein, the Parties reserve all rights, arguments, claims, objections and/or defenses that they may have and entry into this stipulation shall not impair or otherwise affect any such rights, arguments, claims, objections and/or defenses, including, without limitation, challenges to personal jurisdiction or the jurisdiction of this Court.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court that the hearing on Defendant's Motion be adjourned from March 15, 2023 to April 19, 2023 at 10:00 a.m.

[*Signatures on following page*]

Dated:    New York, New York
          March 7, 2023

| **BAKER & HOSTETLER LLP** | **PILLSBURY WINTHROP SHAW PITMAN LLP** |
|---|---|
| By: */s/ David J. Sheehan* | By: */s/ Rahman Connelly* |
| 45 Rockefeller Plaza | Eric Fishman |
| New York, New York 10111 | Andrew Troop |
| Telephone: 212-589-4200 | Rahman Connelly |
| Facsimile: 212-589-4201 | 31 West 52nd Street |
| David J. Sheehan | New York, New York 10019 |
| Email: dsheehan@bakerlaw.com | Telephone: 212-858-1000 |
| Amy E. Vanderwal | eric.fishman@pillsburylaw.com |
| Email: avanderwal@bakerlaw.com | andrew.troop@pillsburylaw.com |
| Matthew K. Cowherd | rahman.connelly@pillsburylaw.com |
| Email: mcowherd@bakerlaw.com | |
| | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Falcon Private Bank Ltd.* |



**Dated: March 8, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**