# EXHIBIT 6

February 12, 2014
Page 8

### Exhibit 3: Requests for Admissions

**Please respond with "admit" or "deny" to the following statements where applicable:**

1. Admit the BLMIS account that is the subject of your objections was not titled in your name. *admit*

2. Admit you did not have an account in your name at BLMIS. *admit*

3. Admit you never received correspondence directly from BLMIS. *admit*

4. Admit you never deposited securities directly with BLMIS. *admit*

5. Admit you never made a payment of cash directly to BLMIS for credit to an account in your name. *admit*

6. Admit you never withdrew funds directly from BLMIS. *admit*

7. Admit that any funds you received were transmitted to you from the accountholder. *never received or requested funds!*

8. Admit you did not receive investment statements from BLMIS in your name. *admit*

9. Admit you did not receive tax statements from BLMIS in your name. *admit*

10. Admit you never entered into any contracts in your name with BLMIS.
    admit

11. Admit your only relationship to BLMIS existed by way of your relationship to the accountholder.
    admit

12. Admit you did not have any control, investment discretion or decision-making power over any investment assets at BLMIS.
    admit

13. Admit that accountholder had its own bank account and kept its funds separate from your personal funds.
    admit

14. Admit that there was an agreement between the partners of the accountholder that restricted management rights of limited partners.
    admit

MCMDR_00000173