# EXHIBIT 7

February 12, 2014
Page 5

**Exhibit 2: Interrogatories**

**Please answer the following questions:**

1. Identify each person who first introduced you to BLMIS by name, telephone number, address and affiliation to you.

   Robert N Getz    561-622-7919    516-238-9616
   Don't Know Current Address
   Steven Getz    917-941-0550    212-706-0337
   Don't Know Current Address

2. Identify all documents concerning how you came to invest in the accountholder through which you invested in BLMIS, including how you learned of or became aware of the accountholder and how you came to invest.

   Copies enclosed
   Personal Check   HSBC # 3323   $50,000.00   3/26/06
   Bank Check   HSBC # 425324049   $20,000.00   10/26/06
   I knew Robert Getz years before when he worked for the Equitable. Came to invest through a phone conversation I had with Mr. Getz in early 2006

3. Identify all documents that describe how you made investments or deposits in connection with the account, including, but not limited to, the process for making such investments or deposits, the person and/or entity to whom such investments or deposits were sent, and the method for making such investments or deposits.

   Items listed in #2 above. Checks were sent to Peerstate Equity Fund L.P. @ 6 Arista Court Dix Hill NY 11746

4. Identify all documents that describe how payments were made to you in connection with the account, including, but not limited to, the process for requesting or receiving such payments and the person and/or entity to whom such requests were made or from whom such payments were received, and the method of receipt.

   N/A  * Never received or requested payments.

MCMDR_00000174

February 12, 2014
Page 6

5. Identify all documents concerning any other BLMIS account in which you allege to have a claim. For each BLMIS account in which you allege to have a claim, identify all person(s) who performed any due diligence or provided any advice, opinion, commentary, or analysis of BLMIS to you or on your behalf, and identify all documents that you reviewed before opening and investing in the account.

*n/a*

6. Identify all persons at BLMIS with whom you had any communications, and identify all documents concerning the substance of those communications, including which (if any) BLMIS account such communications related to.

*none*

7. Identify each person who had control over the accountholder and/or authority to exercise discretion with respect to the assets or investments of accountholder.

*Robert W Getzy — General Partners*
*Steven Getz — Peerstate Equity Fund*

8. Identify each person who received direct payments from BLMIS in connection with the account, and identify all documents concerning the method(s) by which such payments were made, including from whom such payments were sent.

*n/a never received payments*

9. Identify each person associated with the accountholder who had a direct understanding or agreement with BLMIS with respect to the assets or investments of the accountholder.

*Robert W Getz — General Partner*
*Steven Getz*

10. Identify all documents concerning meetings you attended where an employee or representative of BLMIS was present, and identify all documents that describe the substance of the communications that occurred during each meeting.

*n/a never happened*

MCMDR_00000175

February 12, 2014
Page 7

*N/A Never happened*

11. Identify any and all banks where you hold or have held accounts from the date the BLMIS account you invested in was opened, through the present, and for each bank account, identify all documents evidencing the account number, the date the account was opened, and the date the account was closed.

*?*

12. Identify any and all banks where the accountholder holds or has held accounts from the date the BLMIS account you invested in was opened, through the present, and for each bank account, identify all documents evidencing the account number, the date the account was opened, and the date the account was closed.

*Bank of America Checking 9550*
*Bank of America Savings 3436*
*PennState Tax Return Balance Sheet 11/30/08*

MCMDR_00000176