# EXHIBIT 1

# EXHIBIT 1 – ACCOUNT-HOLDER
Account At Bernard L. Madoff Investment Securities LLC ("BLMIS") Invested In By Objecting Claimants

| BLMIS Account Name | Account Name | BLMIS Account Number | Claim Filed By BLMIS Account | Outstanding Docketed Objections From Investors In the BLMIS Account | Outstanding Claims of Investors in the BLMIS Account |
|---|---|---|---|---|---|
| Peerstate Equity Fund LP c/o Robert N Getz | Peerstate Equity Fund LP c/o Robert N Getz | 1ZB295 | Yes (006311) | 1 | 1 |
| Gettinger Management LLC Profit Sharing Plan | Gettinger Management LLC Profit Sharing Plan | 1G0386 | Yes (005403) | 1 | 1 |
| SMT Investors LLC Bernard H Mendik Co LLC | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Yes (003139) | 1 | 1 |
|  |  |  |  | 3 | 3 |