# EXHIBIT 3

## EXHIBIT 3 – OBJECTION DETAILS
### Further Details of Outstanding Objections From Claimants Invested In The BLMIS Accounts Identified In Exhibit 1

| Claim Number | Objection Party | BLMIS Account | BLMIS Account Number | Determination Status | Objection To Determination Docket Number | Date of Objection |
|---|---|---|---|---|---|---|
| 004559 | James & Barbara Prochilo | Peerstate Equity Fund LP c/o Robert N Getz | 1ZB295 | Claim for securities and/or credit balance denied (4/27/2015). | 5848 | 11/16/2010 |
| 009483 | Richard Laratro | Gettinger Management LLC Profit Sharing Plan | 1G0386 | Claim for securities and/or credit balance denied (11/19/2010). | 3536 | 12/17/2010 |
| 015843 | SMT Investors LLC | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 | Claim for securities and/or credit balance denied (12/10/2010). | 3651 | 1/7/2011 |