# EXHIBIT 1

| Actvitiy Notes : | |
|---|---|
| Entity Name : | Platinum All-Weather Fund |
| Nature Of Contact: | Call - Initial |
| Activity Date: | 06/25/2003 |
| LastModified Date: | 06/25/2003 |
| LastModified User: | IVY\ECooper |
| Conclusion: | (EC) This is a feeder fund into Madoff. No further steps need to be taken. |
| IVY Personnel: | Cooper, Edward |
| Personnel: | |
| Associated Doc: | |
| Platinum All-Weather Fund - Initial Call 06/25/03 EC Speaking to Craig Reeves, the CEO of the marketers of the fund who said that this is actually a feeder fund into Madoff. They recently acquired $150m of capacity and are marketing it to European clients. | |

CONFIDENTIAL

IVYSIPC00667327

**IVYSAM0000513**