# EXHIBIT 3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117003S
SECSEV1747558



FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117003G
SECSEV1747559



We're pleased to announce
## The newly-enhanced Platinum All Weather Fund

- **Same** "Split/Strike Conversion" strategy

- **Same** underlying manager

- **Improved** Returns

- **Improved** Risk/Return Profile

- **Improved** Implementation

- **Improved** Risk Management and Transparency



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117003Z
SECSEV1747560



## Improved Returns

- **Improved** Returns

  – Higher expected returns of 12% p.a.
  – 17.3% average annual return
  – No negative years or six month periods

- **Improved** Risk/Return Profile

  - 50% leverage
  - Managed account access = lower implementation costs
  - Less volatility — expected 5% p.a.
  - Minimal drawdowns — worst drawdown less than -2.89%
  - Little or no correlation with traditional or alternative markets/strategies
  - Outstanding track record since 1991
  - True absolute return strategy



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117003&
SECSEV1747561



## Improved Implementation, Risk Management & Transparency

- **Improved** Implementation
  - Direct access to underlying manager despite scarce capacity
  - Effective July 2008 the Fund invests via direct managed account Platinum All Weather SP

- **Improved** Risk Management and Transparency
  - - Managed account gives complete transparency on a position level = Improved monitoring



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117003θ
SECSEV1747562



## Successful Investment = Platinum All Weather Fund

Absolute Return fund with two objectives:

- **consistent absolute returns**
- **very low volatility**

        …in **ALL** market conditions

*Proven record of success from investing in broad-based US equity
index baskets with option overlay to hedge and enhance returns*



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117004C
SECSEV1747563



## Introduction

Platinum All Weather features **low volatility** with **low risk**. The strategy includes investing in a split/strike conversion investment strategy that has produced steady, moderate returns.

It is an absolute return strategy **designed to outperform traditional investments** and benchmarks over time.



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117004
SECSEV1747564



## Highlights

- Profits by taking advantage of mispriced options and mispriced underlying stocks

- **Low correlation** to equity markets

- **Low volatility** with low risk

- Ability to produce **consistent returns in all market conditions**

- Not dependent upon markets or shares rising or falling

- **10+ year track record**



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117 00042
SECSEV1747565



## Investment Overview

Invests via a non-recourse levered instrument in one or more funds or managed accounts, restricted to a single strategy

Strategy: **"split-strike conversion"**:

(i)   Purchasing a basket of thirty to forty large-capitalization S&P 100 stocks, which together account for the greatest weight of the index and therefore, when combined, present a high degree of correlation with the general market

(ii)  Selling out-of-the-money S&P 100 Index call options representing a dollar amount of the underlying Index equivalent to the dollar amount of the basket of shares purchased

(iii) Purchasing out-of-the-money or at-the-money S&P Index put options in the same dollar amount

This portfolio uses leverage up to 60%, which is provided at the fund level and is non-recourse to the investor



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117O043
SECSEV1747566



## Investment Process II

**Platinum All Weather**

- Sell Call Option — $ Credit
- **S&P 100** — Buy Stocks in 30-40 Companies in Index
- Buy Put Option — $ Debit

**Step One**  Quantitative Model looks at money flows, call/put spreads and premiums.

**Step Two**  Simultaneously writes out-of-the-money call on S&P Index, buys put option to generate "credit spread", then buys select shares in the index.

**Step Three**  Either rolls position over from current expiration to next month or sells stocks/puts/calls and goes to cash/Treasuries.

**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117 0044
SECSEV1747567



## Low Risk, Steady Profits

Mispriced values are identified, then differentials are exploited through mean reversion arbitrage, while a non-directional market bias is maintained. The low risk is a function of the short-term nature of the trading and the moderate return expectations of the strategy. The strategy is known as "split strike conversion".



**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117004S
SECSEV1747568



## Benefits From Market Volatility and Activity

As market volatility and trading volume rises …

- trading range spreads tend to expand, providing **bigger margins and opportunities** in proprietary trading

- higher level of trading volume **increases the opportunities for temporary mispricing**

- …so **performance tends to improve**



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117004€
SECSEV1747569



## Proactive Risk Management

- Defined risk and profit parameters … determined when each position is established

- Option positions are adjusted as prices and maturities change in response to relative valuations and general market movements

- Constant and real-time risk management



**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117 0047
SECSEV1747570



## Favorable Risk Profile

January 1991 to October 2008

### Volatility

| | |
|---|---|
| Platinum All Weather | 6.12% |
| S&P 100 | 14.74% |

### Downside Volatility

| | |
|---|---|
| Platinum All Weather | 1.28% |
| S&P 100 | 10.08% |

***Platinum All Weather has had less than -2.89% drawdown during the same time period***



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117004E
SECSEV1747571



# Performance

## Platinum All Weather Monthly Performance
Platinum All Weather vs S&P 100: January 1991 – October 2008 (e)

| Platinum All Weather Net of Fees | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YEAR | S&P 100 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 1.12 | -0.67 | -0.15 | 1.58 | 1.22 | -0.45 | 1.00 | 0.97 | 0.68 | -0.60 e | | | 4.8% | -32.3% |
| 2007 | -0.29 | -1.37 | 3.44 | 1.30 | 0.94 | 0.21 | -0.31 | -0.03 | 1.73 | -0.33 | 2.19 | -0.35 | 7.3 | 3.8 |
| 2006 | 0.98 | -0.40 | 2.97 | 1.93 | 1.01 | 0.41 | 2.04 | 1.07 | 0.72 | 0.08 | 1.13 | 1.01 | 13.7 | 15.9 |
| 2005 | 0.56 | 0.00 | 1.57 | -0.30 | 0.87 | 0.33 | -0.38 | -0.32 | 1.42 | 3.58 | 0.76 | 0.73 | 9.1 | -0.9 |
| 2004 | 1.69 | 0.63 | -0.33 | 0.36 | 0.99 | 2.90 | -0.42 | 2.72 | 0.58 | -0.46 | 1.31 | 0.05 | 10.4 | 4.5 |
| 2003 | -1.46 | -0.66 | 4.49 | -0.51 | 1.41 | 1.93 | 2.96 | -0.13 | 1.81 | 2.64 | -0.95 | 0.31 | 12.3 | 23.8 |
| 2002 | -0.79 | 0.68 | 0.93 | 1.48 | 5.15 | -0.02 | 6.50 | 0.28 | -0.27 | 1.07 | -0.39 | -0.41 | 14.9 | -23.9 |
| 2001 | 4.35 | -0.78 | 1.88 | 2.37 | -0.10 | -0.33 | 0.12 | 1.70 | 1.00 | 2.55 | 2.21 | -0.17 | 15.7 | -14.9 |
| 2000 | 4.52 | -0.82 | 3.67 | -0.39 | 2.24 | 0.91 | 0.47 | 2.14 | -0.64 | 1.17 | 0.54 | -0.16 | 14.4 | -13.4 |
| 1999 | 4.32 | -0.63 | 5.06 | -0.19 | 2.93 | 3.56 | -0.01 | 1.32 | 0.74 | 1.65 | 3.00 | -0.18 | 23.6 | 31.3 |
| 1998 | 1.20 | 2.08 | 3.45 | -0.04 | 3.54 | 2.23 | 0.99 | -0.26 | 1.38 | 3.95 | 1.03 | -0.19 | 21.0 | 31.3 |
| 1997 | 5.83 | 0.81 | 1.18 | 2.89 | 0.76 | 2.41 | 0.70 | 0.08 | 3.44 | 2.93 | -0.02 | 0.05 | 23.2 | 27.8 |
| 1996 | 2.68 | 0.40 | 2.33 | 0.64 | 2.71 | -0.37 | 3.82 | -0.46 | 2.17 | 1.87 | 3.22 | 0.07 | 20.7 | 22.9 |
| 1995 | 1.21 | 0.79 | 1.05 | 2.23 | 3.38 | 0.15 | 1.19 | -0.66 | 3.60 | 2.90 | 0.23 | 1.29 | 18.7 | 36.7 |
| 1994 | 4.83 | -1.91 | 3.03 | 3.78 | 0.29 | -0.32 | 3.61 | 0.02 | 1.03 | 3.80 | -2.66 | 0.50 | 16.9 | -0.2 |
| 1993 | -0.92 | 4.19 | 3.99 | -0.75 | 3.61 | 1.35 | -0.68 | 3.78 | 0.00 | 3.74 | -0.25 | 0.27 | 19.7 | 8.3 |
| 1992 | 0.29 | 6.34 | 1.63 | 6.56 | -1.49 | 2.43 | -0.93 | 1.48 | 0.14 | 2.75 | 2.76 | 2.84 | 27.4 | 2.9 |
| 1991 | 6.83 | 2.57 | 0.33 | 2.46 | 3.76 | -0.23 | 4.18 | 1.67 | 0.96 | 6.32 | -0.88 | 3.28 | 35.7 | 24.2 |

Results prior to July 2008 are pro-forma, based on actual net returns of ungeared accounts managed by the investing subadvisor of Platinum All Weather Fund (the "Fund"), adjusted to 50% leverage. Effective July 2008 the Fund's investments have been reconstituted as Platinum All Weather, a managed account, which approximately 50% leverage.

| Compound Annualized Return | 17.1% e | 6.3% |
|---|---|---|

e = estimate



## PLATINUM
### CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117004Ç
SECSEV1747572



## Investment Results



Platinum All Weather Cumulative Growth
Platinum All Weather vs S&P 100: January 1991 – October 2008

■ Platinum All Weather    S&P 100 Index

**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117005C
SECSEV1747573



## Fund Summary

- Absolute Return fund with two objectives:
    - **Very low volatility**
    - **Consistent absolute returns**

- Index option/arbitrage investment strategy
    …with return generated from mispriced options and volatility

- No individual stock risk

- Proactive risk management, consistent monthly performance and superior liquidity

- Targeted to provide consistent returns of 8%-15% per year with low correlation to the equity markets



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117005I
SECSEV1747574



## Summary of Terms

| | |
|---|---|
| **FUND** | Platinum All Weather Fund Ltd |
| **DOMICILE** | Cayman Islands |
| **CURRENCIES** | $ US or € Euro |
| **MINIMUM SUBSCRIPTION** | $50,000 or €50,000 |
| **SPONSOR** | Platinum Capital Management Ltd |
| **INVESTMENT MANAGER** | Platinum Trading Management Ltd |
| **AUDITOR** | KPMG |
| **ADMINISTRATOR** | Citco Fund Services (Europe) B.V. |
| **CUSTODIAN** | Fortis (Isle of Man) Nominees Ltd |
| **INITIAL SALES CHARGE** | None |
| **FEES** | 1.2% pa management fee; 10% performance fee |
| **LIQUIDITY** | Monthly, upon not less than 30 days' written notice prior to the relevant Valuation Date |
| **REDEMPTION FEES** | 6%, reducing by 1.2% per year; none after 5 years |



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117O052
SECSEV1747575



## About Platinum

### PLATINUM CAPITAL MANAGEMENT

**Contact Details:**

Kingsbury House
15-17 King Street
St. James's
London  SW1Y 6QU
United Kingdom
Tel: +44 (0) 20 7024 9840
Fax: +44 (0) 20 7403 5605
info@platinumfunds.net
www.platinumfunds.net

Platinum Capital Management is headquartered in London, with affiliate offices in Zurich, Lugano, Stockholm, Madrid, Dubai, Hong Kong, Singapore, Bejing, and Los Angeles.

Platinum Capital Management Ltd, Authorized and Regulated in the UK by the Financial Services Authority (FSA), markets and distributes structured products, funds of hedge funds, and single strategy hedge funds globally. Platinum Trading Management has global responsibility for fund selection, asset allocation and ongoing investment management decisions for Platinum funds, except in the United States where investment decisions are made and implemented by Platinum Capital Management (USA) LLC, which is registered with the U.S. Securities and Exchange Commission (the SEC) as an investment adviser under the U.S. Investment Advisers Act of 1940.

Platinum's expertise in the research, development and implementation of unique alternative investment products and services derives from the aggregate investment experience of Platinum professionals. Platinum is a member of many prominent industry associations, including AIMA, GARP and HFA. A number of Platinum funds are registered with the Luxembourg Stock Exchange and are components of the Morgan Stanley Capital International (MSCI) Hedge Fund Index.



**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117O053
SECSEV1747576



## Fund Auditor

### KPMG

Contact Details:

PO Box 493 GT
Century Yard Building 2nd
Floor
Grand Cayman
Cayman Islands
Tel: +1 345 949-4800
Fax: +1 345 949-7164
kpmg@kpmg.ky
www.kpmg.ky

Global network of professional services firms with nearly 100,000 people worldwide, KPMG member firms provide audit and risk advisory, tax and legal and financial advisory services from more than 750 cities in 150 countries.

KPMG Cayman Islands provides audit and risk advisory, accounting, actuarial, tax, regulatory, corporate recovery and company management services to an extensive range of Cayman Islands and International clients.



**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001170054
SECSEV1747577



## Fund Administrator

**CITCO FUND SERVICES EUROPE B.V**

**Contact Details:**

Telestone 8 – Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands
Tel: +31 205 722 100
Fax: +31 205 722 610

amscfsorders@citco.com
www.citco.com

Citco Fund Services is the world's leading hedge fund administrator with more than $400 billion net assets under administration. For more than 35 years Citco has provided fund administration to the alternative investment industry, safeguarding the interests of investors, while providing specialist accounting and valuation services as well as investor relations, corporate services and day-to-day operational support to banks and investment managers.  Citco has offices across North America, Europe and Asia, providing services to more than 2,000 hedge funds and Funds of Hedge Funds.



**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117 0055
SECSEV1747578



## Fund Custodian

**FORTIS PRIME FUND SOLUTIONS (IOM)**

**FORTIS (ISLE OF MAN) NOMINEES**

Contact Details

PO Box 156
18-20 North Quay
Douglas
Isle of Man  IM99 1NR
United Kingdom
Tel: +44 (0)1624 688324
Fax: +44 (0)1624 688334
FPFS@im.fortisbank.com
www.fortisbank.com

A global player of consisting of more than 100 companies operating in the insurance, banking and investment fields.  Fortis stands for and represents a leading group of international financial services companies. Fortis is currently ranked in the Top 10 European financial institutions based on revenues.

Fortis offers traditional and alternative investment funds an integrated package of:

- Fund Administration
- Global Custody



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117005€
SECSEV1747579



## Fund Legal Advisors

### OGIER

**Contact Details:**

Queensgate House
PO Box 1234 GT
Grand Cayman
Cayman Islands

Tel: +1 345 949 9876
Fax: +1 345 949 9877

www.ogier.com

A leading Cayman Islands law firm known for its legal expertise and commercial approach delivering quality Cayman legal advice to international banks and financial institutions, law firms, investment advisers, pension funds, insurance companies, airlines and multinational corporations.

In order to provide clients with a totally integrated service, the firm offers a full range of specialised fiduciary services (including providing directors of investment funds, debt vehicles and registered office and RTA services) through its affiliate, Ogier Fiduciary Services (Cayman) Limited.



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE001170057
SECSEV1747580



Appendix
# Institutional Quality I

| | Platinum All Weather | S&P 100 Index |
|---|---|---|
| **TOTAL RISK ANALYSIS** | | |
| TOTAL WINNING MONTHS | 157 | 128 |
| TOTAL LOSING MONTHS | 57 | 86 |
| WIN / LOSE RATIO | 2.75 | 1.49 |
| **RETURN SINCE INCEPTION** | | |
| TOTAL RETURN | 1577.67% | 199.04% |
| **ANNUAL ANALYSIS** | | |
| BEST YEAR | 35.72% | 36.70% |
| WORST YEAR | 7.26% | -23.88% |
| ANNUALIZED COMPOUND RETURN | 17.13% | 6.34% |
| **ANNUAL RETURNS** | | |
| 1991 | 35.72% | 24.19% |
| 1992 | 27.40% | 2.87% |
| 1993 | 19.66% | 8.27% |
| 1994 | 16.85% | -0.19% |
| 1995 | 18.70% | 36.70% |
| 1996 | 20.70% | 22.88% |
| 1997 | 23.25% | 27.76% |
| 1998 | 21.04% | 31.33% |
| 1999 | 23.59% | 31.26% |
| 2000 | 14.36% | -13.42% |
| 2001 | 15.70% | -14.88% |
| 2002 | 14.86% | -23.88% |
| 2003 | 12.30% | 23.84% |
| 2004 | 10.42% | 4.45% |
| 2005 | 9.11% | -0.92% |
| 2006 | 13.70% | 15.86% |
| 2007 | 7.26% | 3.82% |
| Oct-08 | 4.77% | -32.30% |

**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117005ε
SECSEV1747581



Appendix
# Institutional Quality II

| | Platinum All Weather USD | S&P 100 Index |
|---|---|---|
| **ROLLING ANALYSIS** | | |
| BEST ROLLING 3 MONTHS RETURN | 15.16% | 22.57% |
| WORST ROLLING 3 MONTH RETURN | -2.51% | -20.50% |
| AVERAGE ROLLING 3 MONTH RETURN | 4.03% | 1.93% |
| MAX DRAWDOWN | -2.89% | -50.78% |
| **MONTHLY ANALYSIS** | | |
| BEST MONTH | 6.83% | 10.79% |
| WORST MONTH | -2.66% | -14.79% |
| AVERAGE MONTH | 1.34% | 0.60% |
| AVE WINNING MONTH | 2.02% | 3.27% |
| AVE LOSING MONTH | -0.53% | -3.36% |
| % WINNING MONTHS | 73% | 60% |
| % LOSING MONTHS | 27% | 40% |
| **AVERAGE MONTHLY RETURNS (ANNUALLY)** | | |
| 1991 | 2.60% | 1.91% |
| 1992 | 2.07% | 0.26% |
| 1993 | 1.53% | 0.68% |
| 1994 | 1.33% | 0.03% |
| 1995 | 1.45% | 2.65% |
| 1996 | 1.59% | 1.78% |
| 1997 | 1.77% | 2.18% |
| 1998 | 1.61% | 2.48% |
| 1999 | 1.80% | 2.38% |
| 2000 | 1.14% | -1.06% |
| 2001 | 1.23% | -1.15% |
| 2002 | 1.18% | -2.06% |
| 2003 | 0.99% | 1.84% |
| 2004 | 0.84% | 0.38% |
| 2005 | 0.74% | -0.06% |
| 2006 | 1.08% | 1.24% |
| 2007 | 0.59% | 0.35% |
| Oct-08 | 0.47% | -3.69% |

**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117005ç
SECSEV1747582



Appendix
# Institutional Quality III

| | Platinum All Weather USD | S&P 100 Index |
|---|---|---|
| **RISK ANALYSIS** | | |
| VOLATILITY | 6.12% | 14.74% |
| DOWNSIDE VOLATILITY | 1.28% | 10.08% |
| DOWNSIDE RATIO (Max DD / Vol) | (0.47) | (3.45) |
| SEMI-DEVIATION | 4.91% | 16.56% |
| SHARPE RATIO (4% risk free rate) | 1.99 | 0.23 |
| SORTINO RATIO (0%) | 12.46 | 0.61 |
| MAXIMUM SINGLE "UP DRAW" | 6.83% | 10.79% |
| MAXIMUM CUMULATIVE "DRAW DOWN" | -2.89% | -50.78% |
| MAR RATIO | 5.92 | 0.12 |
| **OTHER STATISTICS** | | |
| ALPHA MONTHLY | 1.26% | |
| BETA ESTIMATE | 0.14 | |
| R-SQUARED | 0.12 | |
| CORRELATION | 0.35 | |



PLATINUM
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117006C
SECSEV1747583



Appendix
## Correlation

Platinum All Weather - Correlation
Platinum All Weather vs S&P 100: January 1991 – October 2008

Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117006 1
SECSEV1747584



## Appendix
# Distribution of Returns



Past performance is no guide to future results. Please see Important Information at the end of this document.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00117006Z
SECSEV1747585



# Important Information

*Results prior to July 2008 are pro forma, based on actual net returns of ungeared accounts managed by the investing subadvisor of Platinum All Weather Fund (the "Fund"), adjusted to 50% leverage. Effective July, 2008 the Fund's investments have been reconstituted as Platinum All Weather, a managed account, with approximately 50% leverage. Past performance is no guide to future results.

NOTE: This document is issued by Platinum Capital Management Ltd, for information purposes only. No representation is being made that any investment Fund/s described within this document will or is likely to achieve profits or losses similar to those shown. Past performance is no guide to future results. This document does not constitute an offer to sell or a solicitation of an offer to buy shares in Platinum Funds. Subscription for shares in any Platinum Fund/s can only be made by completing the application form that accompanies the Offering Memorandum. Neither Platinum nor the administrator accept any liability from investors who rely upon any other information with regard to any Platinum Fund/s. Investment allocation scenarios shown are for example only and are subject to change and may also vary from time to time. Changes in foreign exchange rates may have an adverse effect on the value or price of the investment. All trading fund programs are denominated in US$ and all management and performance fees as described in the Offering Memorandum have been deducted from their historic track records. The track records and performance data shown is based on the actual audited results published by the underlying investment advisors within the fund, which were in existence at the time of creation. Trading of Platinum All Weather Fund Ltd., began in January 2003. (underlying investment advisor/funds - January 1991). Any comparisons between different funds have been made on a Net Asset Value basis, whereas any comparisons with an index have been made on an offer to offer basis. The directors of the Platinum Fund/s believe that this approach is fair and not misleading. The directors believe that such comparative data has been obtained from reliable sources. NOTE: All trademarks are recognized. The S&P100 is a registered trademark of Standard & Poor's Group. The investment Fund/s described within the document are not subject to FSA Regulation. Platinum All Weather Fund Ltd., is registered with the Cayman Islands Monetary Authority (CIMA). The investment Fund/s and services offered or described within this document are marketed worldwide exclusively through Platinum Capital Management Ltd, a company incorporated in England and Wales registered No. 3829996 and is authorized and regulated in the United Kingdom by the Financial Services Authority (FSA). © 2008
PAW1008TERM



**PLATINUM**
CAPITAL MANAGEMENT

Past performance is no guide to future results. Please see Important Information at the end of this document.