# EXHIBIT 4

From: Scott Nevin [scott@fggus.com]
Sent: 11/21/2006 2:07:12 PM
To: Jeffrey Tucker [jeffrey@fggus.com]; Amit Vijayvergiya [amit@fggus.com]
CC:
Subject: FW: Platinum's Fairfield Sentry Subscription

Hello Jeffrey and Amit,

Below is the e-mail from Chris Streit regarding the large Sentry investment that we have discussed. It was originally supposed to be $75mm for December, and about $50mm for January. Now it looks like about $153mm, all for February 1st.

Jeffrey, based upon our conversation on Friday, I have confirmed that we may accept this.

I am also working on another fairly large ticket. The UBS structured products desk is looking at a $30 to $40 million investment (Amit, you will recall our conference call with them last week). I understand that due to another extremely large deal the capacity is basically gone. Please let me know if I need to set expectations with UBS...

Thanks so much,
Scott

_____

From: Chris Streit [mailto:C.Streit@PlatinumFunds.net]
Sent: Monday, November 20, 2006 5:55 PM
To: Scott Nevin
Cc: p.sprecher@platinumfunds.net; f.culley@platinumfunds.net; Bina Sanghvi
Subject: Platinum's Fairfield Sentry Subscription

Scott,

1. Platinum All Weather Fund will be the investor in Fairfield Sentry

2. Subscriptions will be approximately $70 million from one source and $83 million from a second source, for value date February 1, 2007. It is understood that the funds must be in the account 3 business days prior to the value date.

3. It's a direct investment so our current administrator, Fortis, will deal with the sub docs. We have forwarded these documents directly to Fortis.

 I hope this gives you all the information you need to assure us protection of this capacity.

Best regards,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000174843
SECSEV0752366

Chris

Christopher V. Streit
Executive Director
Platinum Capital Management Limited
Kingsbury House
15-17 King Street
St. James's London
SW1Y 6QU United Kingdom
c.streit@platinumfunds.net
Tel:  +44 207 024 9840
Fax: +44 207 321 2494
US Cell: 203 952 5173

US Office: 203-559-9162
www.platinumfunds.net
-------------------------------------------------------------------------------------------------
Authorised and regulated by the Financial Services Authority (FSA)

The information contained in this communication is proprietary and
confidential information of Platinum Capital Management Ltd., and
its affiliated companies and is intended only for the personal and
confidential use of the designated recipients addressed. If the
reader of this message is not the intended recipient, you are
hereby notified that you have received this communication in
error, and that any review, dissemination, distribution or copying
of this message is strictly prohibited.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000174844

SECSEV0752367