# EXHIBIT 5

| | |
|---|---|
| From: | Christopher Streit    Redacted |
| Sent: | Tuesday, April 10, 2007 1:27 PM |
| To: | scott@fggus.com [scott@fggus.com] |
| Cc: | Andrew Smith [andrews@fggus.com]; Charles Frumberg [cf@emancipationcapital.com] |
| Subject: | Meeting Today - Emancipation |

Scott and and Andrew,
I look forward to meeting with you and Andrew Smith at 2:30 today at Charlie Frumberg's office: Emancipation Capital, 1120 Ave of Americas at 44th St.

All the best,
Chris

On 4/10/07, **H. Scott Nevin** <scott@fggus.com> wrote:

**919 Third Avenue, 11th Floor, New York, NY 10022**
**Tel: (212) 319-6060 Fax: (212) 319-0450**

**Pollen House, 10-12 Cork Street, London W1S 3NP Tel: +44 (207) 534-9244 Fax: +44 (207) 534-9245**

**12 Church Street, Suite 606, Hamilton, Bermuda HM 11 Tel: (441) 292-5362 Fax: (441) 292-5413**

**E-mail: H. Scott Nevin**

**Weekly Fund Reports**

For a more complete list of FGG Fund prices and other information, please visit our Web site at www.fggus.com.
Please feel free to contact your FGG representative for additional information regarding our hedge fund products.

| Fund | Fund Type | Date | NAV | MTD Performance | YTD Performance | Available Information | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Monthly Tear Sheet | Webcast with Transcript | Other Info |
| Fairfield Sentry, Ltd. | Split Strike Conversion | 04/04/07 | $1,225.95 (E) | 0.04% (E) | 1.89% (E) | | | URL |

**Notes:**

| Index | Date | MTD Performance | YTD Performance |
|---|---|---|---|
| Dow Jones Industrial Average | 03/31/07 | 0.70% | -0.87% |
| S&P 500 Index (DRI) | 03/31/07 | 1.12% | 0.65% |

(E) = Estimate (F) = Final

The information contained in this document is preliminary and subject to revision, and is being provided on a confidential basis to the recipient. All returns presented are net of fees And expenses. Past performance is not a

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000905427
SECSEV1482950

guarantee of future results. This document does not constitute an offering of any security, product, service or fund. Such offer can only be made to qualified investors by the Fund's confidential Private Placement Memorandum (the PPM), which provides complete information regarding the Fund's investment objectives, risks, fees, and other matters of interest. Investors should read the PPM carefully before deciding whether to invest. Investment in any of the Funds is speculative and involves a high degree of risk. There can be no assurance that the Fund's investment objective will be achieved, and investment results may vary substantially from year to year. Some of the Funds, or the sub-funds in which a Fund invests, may utilize leverage and the Fund's performance may be volatile. An investor could lose all or substantially all of his or her investment. The fees and expenses of the Fund may offset the Fund's trading profits.

Securities are distributed by Fairfield Greenwich Limited, the Fund's placement agent, and its subsidiaries: In the United States, securities are offered through Fairfield Heathcliff Capital LLC, a broker-dealer and member NASD and SIPC. Investment advisory services are offered by Fairfield Greenwich Advisors LLC.

In the EU, securities and investment advisory services are offered through Fairfield Greenwich (UK) Limited, which is authorized and regulated by the Financial Services Authority (FSA). In Singapore, securities and investment advisory services are offered through Lion Fairfield Capital Management Limited, which is regulated by the Monetary Authority of Singapore. Past performance is not a guarantee of future results.

If you do not wish to receive future investor update e-mails of this type from FGG, please send an e-mail advising us of your choice to unsubscribe@fggus.com
This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.


--
Christopher V. Streit
Executive Director
Platinum Capital Management Limited
Kingsbury House
15-17 King Street
St. James's London
SW1 6QU United Kingdom
Tel:  +44 207 024 9840
Fax: +44 207 321 2494
US Office 203 327 3331
US Mob: 203 952 5173
c.streit@platinumfunds.net
www.platinumfunds.net


-----------------------------------------------------------------------------------------------------
Authorised and regulated by the Financial Services Authority (FSA)

The information contained in this communication is proprietary and

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED    FGGE000905428

SECSEV1482951

confidential information of Platinum Capital Management Ltd., and its affiliated companies and is intended only for the personal and confidential use of the designated recipients addressed. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY FAIRFIELD GREENWICH LIMITED

FGGE00090542⁹

SECSEV1482952