# EXHIBIT 6

**From:** Lynn Keeshan
**Sent:** Friday, September 26, 2008 10:01:07 PM
**To:** Bill Damm; James Fielder
**Subject:** FW: Madoff finance

**Attachments:** Santa Clara II Fund Class D.pdf

Bill and J.D.-Let's model this one too and one more: assume our trading fee arrangement (1.00/10 over LIBOR). Thx

---

**From:** Rupert Allan
**Sent:** Friday, September 26, 2008 4:31 PM
**To:** Lynn Keeshan
**Subject:** FW: Madoff finance

This is another madoff feeder out of Switzerland – note the fees 0.75% and 33 % incentive. Another one for the modeling???

---

**From:** Christopher Streit [mailto: Redacted ]
**Sent:** Friday, September 26, 2008 4:08 PM
**To:** Rupert Allan
**Subject:** Re: Madoff finance

Rupert,
Sorry no word today. I hope to hear on Monday morning. That said, the release is in the hands of a Swiss banker and often they don't respond to any one's timetable except their own.

That said, I do have $10- 20 million in Santa Clara Fund available if you, per chance, are looking for some exposure to Madoff leveraged. Through Sept 19th it was up 1.79%. Please see the attached if interested.

On Fri, Sep 26, 2008 at 9:58 AM, Rupert Allan <RAllan@tremont.com> wrote:

Hi Chris


Sorry to bother you but did you get the chance to get the confidentiality release on the two Swiss lenders that you mentioned may have an interest in Madoff financing?


Thanks

Rupert

---

**From:** Chris Streit [mailto:c.streit@platinumfunds.net]
**Sent:** Monday, June 30, 2008 10:29 AM
**To:** Rupert Allan
**Subject:** Lunch on the July 21st or 23rd

CONFIDENTIAL

TGH-EMAIL-00523980

TGH-EMAIL-00523981

Rupert,

Revived your VM.

Either if the above dates work.

Let me know which is best for you.

Regards,

Chris


Christopher V. Streit
Director

Platinum Capital Management USA

51 Dolphin Cove Quay

Stamford, CT  06902

P 203-327-3331

M 203 952 5173
**Platinum Capital Management Limited**
Kingsbury House
15-17 King Street
St. James's London
SW1 6QU United Kingdom
P  +44 207 024 9840
M  +44 7771 882 308
c.streit@platinumfunds.net
www.platinumfunds.net

---

Platinum Capital Management USA is authorized and regulated by

the Securities and Exchange Commission (SEC)

Platinum Capital Management Limited is authorised and regulated by

the Financial Services Authority (FSA)

The information contained in this communication is proprietary and
confidential information of Platinum Capital Management Ltd., and
its affiliated companies and is intended only for the personal and
confidential use of the designated recipients addressed. If the
reader of this message is not the intended recipient, you are
hereby notified that you have received this communication in

CONFIDENTIAL

error, and that any review, dissemination, distribution or copying
of this message is strictly prohibited.

*************************************************************************
Confidential: This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden. Any comments or statements made herein do not necessarily reflect those of Tremont Group Holdings, Inc., its subsidiaries or affiliates. Please note that this e-mail has been created with the knowledge that Internet e-mail is not a 100% secure communications medium. We advise that you understand and observe this lack of security when sending and/or receiving email communications between Tremont Group Holdings, Inc., and any of its subsidiaries/affiliates and yourself. Privacy: Tremont Group Holdings, Inc. may, at its discretion, monitor and review the content of all e-mail communications. This e-mail may be deemed to be an advertisement or solicitation. If so, or if you have received this e-mail on an unsolicited basis, and you believe you have received this message in error and/or do not wish to receive further e-mails, please select this link and reference the sender's name and subject of the e-mail you are responding to. Thank you.
*************************************************************************

--
Christopher V. Streit
Director
Platinum Capital Management USA
51 Dolphin Cove Quay
Stamford, CT  06902
P   203-327-3331
M  203 952 5173
Platinum Capital Management Limited
Kingsbury House
15-17 King Street
St. James's London
SW1 6QU United Kingdom
P   +44 207 024 9840
M   +44 7771 882 308
c.streit@platinumfunds.net
www.platinumfunds.net


Authorised and regulated by the Financial Services Authority (FSA)

The information contained in this communication is proprietary and
confidential information of Platinum Capital Management Ltd., and
its affiliated companies and is intended only for the personal and
confidential use of the designated recipients addressed. If the
reader of this message is not the intended recipient, you are
hereby notified that you have received this communication in
error, and that any review, dissemination, distribution or copying
of this message is strictly prohibited.

CONFIDENTIAL                                                                                          TGH-EMAIL-00523982