UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>              Plaintiff,<br><br>v.<br><br>NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND,<br><br>              Defendants. | Adv. Pro. No. 23-01017 (CGM) |

## STIPULATION AND ORDER

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis F.P.") and Bloom Asset Holdings Fund ("Bloom") (collectively, the "Defendants" and, together with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1

**WHEREAS**, on March 1, 2023, the Trustee commenced the above-captioned adversary proceeding against Defendants (the "Action") to recover subsequent transfers allegedly received from Groupement Financier Limited, *see* Complaint, *Picard v. Natixis Financial Products LLC*, Adv. Pro. No. 23-01017 (Bankr. S.D.N.Y. Mar. 1, 2023), ECF No. 1 (the "Complaint");

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. Defendants accepted service of the Trustee's Complaint and amended summons, which were transmitted electronically to undersigned counsel.

2. Defendants will answer, move, or otherwise respond to the Trustee's Complaint on or before May 22, 2023.

3. The Trustee will file any opposition(s) to Defendants' motion(s), if any, on or before August 7, 2023.

4. Defendants will file their reply brief(s), if any, on or before September 21, 2023.

5. If Defendants move to dismiss the Trustee's Complaint, the Parties will, upon completion of briefing on that motion, meet and confer as to an efficient and mutually agreeable date for any oral argument.

6. The Parties in this Action reserve all rights, claims, arguments, objections, and defenses they may have and, except as specifically provided herein, nothing referenced in this Stipulation and Order shall impair, constitute a waiver of, or otherwise affect any such rights, claims, arguments, objections, and defenses, including, without limitation, challenges to personal jurisdiction or any other defense under Federal Rule of Civil Procedure 12(b).

7. The above deadlines granted by this Stipulation and Order are without prejudice to any Party seeking future extensions of time.

Dated: March 13, 2023
    New York, New York

By: */s/ David J. Sheehan*      By: */s/ H. Seiji Newman*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com
Carlos Ramos-Mrosovsky
Email: cramosmrosovsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**DAVIS+GILBERT LLP**
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Joseph Cioffi
Email: jcioffi@dglaw.com
Bruce M. Ginsberg
Email: bginsberg@dglaw.com
H. Seiji Newman
Email: hsnewman@dglaw.com

*Attorneys for Defendants Natixis Financial Products LLC (as successor-in-interest to Natixis Financial Products, Inc.) and Bloom Asset Holdings Fund*



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: March 13, 2023**
**Poughkeepsie, New York**