UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>            v.<br><br>KOOKMIN BANK,<br><br>                    Defendant. | Adv. Pro. No. 12-01194 (CGM) |

**CERTIFICATE OF SERVICE**

I certify that, on March 14, 2023, I filed Defendant Kookmin Bank's Answer and Defenses and served it on all counsel of record through the ECF system under Case Numbers 12-ap-01194 and 08-ap-01789.

/s/ Richard A. Cirillo
_____
Richard A. Cirillo