**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 23-01017 (CGM) |
| Plaintiff, | |
| v. | |
| NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq., and the Chapter 7 estate of Bernard L. Madoff. All notices given or required to be given in this case and

all papers filed in this case should be served upon undersigned counsel.

Dated: March 14, 2023　　　　　　　　　　　　　**BAKER & HOSTETLER LLP**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　By:    */s/ Tara E. Turner*
　　　　　　　　　　　　　　　　　　　　　　　　　　Tara E. Turner
　　　　　　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-589-4200
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 212 589-4201
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: tturner@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Irving H. Picard, Trustee for*
　　　　　　　　　　　　　　　　　　　　　　　　　　*the Substantively Consolidated SIPA*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Liquidation of Bernard L. Madoff*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Investment Securities LLC and the Chapter*
　　　　　　　　　　　　　　　　　　　　　　　　　　*7 Estate of Bernard L. Madoff*