UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 12-01577 (CGM) |

**ORDER DENYING LGT BANK (SWITZERLAND) LTD.'S MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**

Defendant LGT Bank (Switzerland) Ltd. ("Defendant") filed a Motion to Dismiss the Trustee's Amended Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (the "Motion") and supporting Memorandum of Law on September 15, 2022 (ECF Nos. 109–10). The

1

parties stipulated to rest on their papers and waive oral argument on the Motion on January 17, 2023 (ECF No. 130).

The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the Amended Complaint. The Court issued a memorandum decision, dated February 28, 2023, regarding the Motion (the "Decision") (ECF No. 139). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to Dismiss the Trustee's Amended Complaint is denied.
2. The deadline for the Defendant to file an answer to the Complaint is April 28, 2023.
3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: March 14, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

2