**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
John J. Kuster
Martin B. Jackson
Andrew P. Propps
Danica L. Brown

*Counsel for Defendant KBC Investments Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> KBC INVESTMENTS LIMITED, <br><br> Defendant. | Adv. Pro. No. 11-02761 (CGM) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK                ) | |
|                                                          )   s.s.: | |
| COUNTY OF NEW YORK          ) | |

1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On March 10, 2023 I caused to be served a true and correct copy of the **KBC Investments Limited's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Trustee's Amended Complaint** (Adv. Pro. No. 11-02761 Dkt No. 116 and Pro. No. 08-01789 Dkt No. 23009); by email and by First Class Mail, postage prepaid upon Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 1011, Attn: David J. Sheehan, Esq. (dsheehan@bakerlaw.com), Eric R. Fish, Esq., (efish@bakerlaw.com), and Patrick T. Campbell (pcampbell@bakerlaw.com).

                                                /s/ Eileen McDonnell
                                                EILEEN A. MCDONNELL

Sworn before me this
14th day of March 2023

/s/ Owens Ridges Jr.
Notary Public, State of New York
No. 24-4992070
Qualified in Kings County
Commission Expires 2/18/2026