**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>    v.<br><br>SIX SIS AG,<br><br>    Defendant. | Adv. Pro. No. 12-01195 (CGM) |

## CERTIFICATE OF SERVICE

   I hereby certify that on March 14, 2023, SIX SIS AG's Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss the Second Amended Complaint was served by filing it with the Court's electronic-filing system.

1

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: New York, New York
March 14, 2023

CHAFFETZ LINDSEY LLP

By:     /s/ Andreas Frischknecht
      Andreas A. Frischknecht
      Erin E. Valentine

1700 Broadway, 33rd Floor
New York, New York 10019
Tel. (212) 257-6960
Fax (212) 257-6950
Andreas.Frischknecht@chaffetzlindsey.com
Erin.Valentine@chaffetzlindsey.com

Attorneys for SIX SIS AG