**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                  Plaintiff,<br><br>     v.<br><br>NATIXIS S.A. and TENSYR LIMITED,<br><br>                  Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned adversary proceeding on behalf of Defendant Natixis S.A. and requests that all notices, pleadings, motions, applications, and other documents filed or served in this case, be given to and served upon the undersigned.

      PLEASE TAKE FURTHER NOTICE that this appearance is not, and shall not be deemed to be, a waiver of the above-named parties' rights (1) to have final orders in noncore matters

1

entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the above-named parties expressly reserve, or (5) to any and all defenses or objections the above-named parties may have to the claims asserted against them in this action, including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued, except to the extent expressly waived in writing in this proceeding.

Dated: March 15, 2023
　　　　New York, New York　　　　　　　　　**DAVIS+GILBERT LLP**

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Adam M. Levy*
　　　　　　　　　　　　　　　　　　　　　　　Adam M. Levy
　　　　　　　　　　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 673-8305
　　　　　　　　　　　　　　　　　　　　　　　Email: alevy@dglaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Natixis S.A.*