**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), <br><br> Defendant. | Lead Adv. Pro. No. 10-05354 (CGM) |

## ORDER DENYING NATWEST MARKETS N.V.'S
## MOTION TO DISMISS COMPLAINT

Defendant ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) filed a

motion to dismiss the Consolidated Second Amended Complaint (the "Complaint") under

Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6) (the "Motion") on May

23, 2022.  The Motion came on for hearing before the Court on December 14, 2022 (the

"Hearing").  The Court has considered the Motion, the papers filed in support of and in

opposition to the Motion, the Complaint, and the statements of counsel at the Hearing, and the

Court has issued a memorandum decision, dated March 3, 2023, regarding the Motion (the

"Decision").  Based on the record in this adversary proceeding, including the Decision, **IT IS**

**ORDERED**:

1. The Motion to dismiss the Complaint is denied.

2. The deadline for Defendant to file an answer to the Complaint is May 15, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.  Nothing

   herein shall modify the substantive or procedural rights of Defendant should it

   seek to appeal any part of this Order.



**/s/ Cecelia G. Morris**

**Dated: March 15, 2023**
**Poughkeepsie, New York**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**