**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M. f/k/a EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in-interest to Banco Atlántico (Bahamas) Bank & Trust Limited, <br><br> Defendants. | Adv. Pro. No. 12-01690 (CGM) |

1

## **CERTIFICATE OF SERVICE**

I, Adam M. Lavine, hereby certify that on March 15, 2023, I caused to be served true and correct copies of Defendants' Reply Memorandum of Law in Support of the Motion to Dismiss Plaintiff's Amended Complaint on all counsel of record in the above-captioned adversary proceeding through the Court's electronic case filing system.

Dated: March 15, 2023
       New York, New York

Respectfully Submitted,

*/s/ Adam M. Lavine*

**KOBRE & KIM LLP**
Zachary D. Rosenbaum
Adam M. Lavine
Donna (Dong Ni) Xu
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Adam.Lavine@kobrekim.com
Donna.Xu@kobrekim.com

*Attorneys for Defendants*