**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01698 (CGM) |
| Plaintiff, | |
| v. | |
| BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.), | |
| Defendants. | |

## ORDER DENYING RBC DEFENDANTS' MOTION TO DISMISS

Defendants RBC Investor Services Bank S.A. (f/k/a RBC Dexia Investor Services Bank S.A.), RBC Investor Services Trust (f/k/a RBC Dexia Investor Services Trust), and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, the "RBC Defendants") filed a motion to dismiss the Amended Complaint under

{12159288:1}

Federal Rules of Civil Procedure 8(a), 10(c), 12(b)(2), and 12(b)(6) (the "Motion") on September 2, 2022 (ECF No. 136). The parties stipulated to rest on their papers and waive oral argument on the Motion on January 9, 2023 (ECF No. 163). The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the Amended Complaint. The Court entered a memorandum decision, dated March 14, 2023, regarding the Motion (the "Decision") (ECF No. 173). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1. The Motion to dismiss the Amended Complaint is denied.
2. The deadline for the RBC Defendants to file an answer to the Complaint is May 15, 2023.
3. The Court shall retain jurisdiction to implement or enforce this Order.

**Dated: March 20, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge

{12159288:1}         2