**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**Presentment Date:  April 7, 2023**
**Time:  12:00 p.m.**

**Objections Due:     April 4, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                      Plaintiff, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                      Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                      Debtor. | |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING SUPPLEMENTAL AUTHORITY TO STIPULATE TO EXTENSIONS OF TIME TO RESPOND AND ADJOURN PRE-TRIAL CONFERENCES

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et*

*seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through

his counsel, will present the Order Granting Supplemental Authority to Stipulate to Extensions of

Time to Respond and Adjourn Pre-Trial Conferences, a copy of which is annexed hereto as

Exhibit A (the "Order"), to the Honorable Cecelia G. Morris, United States Bankruptcy Judge,

for signature on **April 7, 2023 at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the Order

("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy

Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting

party and state with specificity the basis of the objection(s) and the specific grounds therefore;

(iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy

Court for the Southern District of New York, with a proof of service, and (iv) be served upon (a)

Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York

10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation,

1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to

be received no later than **April 4, 2023.**

PLEASE TAKE FURTHER NOTICE, that in the event any Objections are timely

served and filed, a hearing may be held before the Honorable Cecelia G. Morris, United States

Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the

Court may direct.  The moving and objecting parties are required to attend the hearing, and

failure to attend in person or by counsel may result in relief being granted or denied upon default.

2

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed

the proposed Order may be signed without a hearing.

Dated: March 24, 2023
   New York, New York     By: */s/ Nicholas J. Cremona*
                **BAKER & HOSTETLER LLP**
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone: (212) 589-4200
                Facsimile: (212) 589-4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com
                Nicholas J. Cremona
                Email: ncremona@bakerlaw.com

                *Attorneys for Irving H. Picard, Trustee for the*
                *Substantively Consolidated SIPA Liquidation of*
                *Bernard L. Madoff Investment Securities LLC*
                *and the Chapter 7 Estate of Bernard L. Madoff*