**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br> v.<br><br>ZEPHYROS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 12-01278 (CGM) |

**STIPULATION AND ORDER EXTENDING TIME FOR**
**DEFENDANT TO FILE AN ANSWER TO THE AMENDED COMPLAINT**

  Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "Trustee"), and Defendant Zephyros Limited ("Defendant"), by and through their respective, undersigned counsel, stipulate as follows:

**WHEREAS,** on February 17, 2023, this Court entered its *Order Denying Defendant's Motion to Dismiss* [ECF No. 158] which, *inter alia*, set a deadline of April 14, 2023 for Defendant to file an answer to the Trustee's Amended Complaint; and

**WHEREAS,** counsel for Defendant has requested an extension of the deadline to file an answer to the Amended Complaint until April 28, 2023.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, and **SO ORDERED**, by the Court:

1. Defendant shall file an answer to the Amended Complaint by April 28, 2023.

2. This stipulation and order is without prejudice to, or waiver of, any claims, rights, arguments, or defenses that are otherwise available to the parties.

[*Signatures appear on the following page*]

Dated: March 24, 2023
      New York, New York

| | |
|---|---|
| **WINDELS MARX LANE & MITTENDORF, LLP** | **O'MELVENY & MYERS LLP** |
| By: */s/ Kim M. Longo* | By: */s/ Daniel S. Shamah* |
| Kim M. Longo | William J. Sushon |
| Robert J. Luddy | Daniel S. Shamah |
| Alex Jonatowski | Kayla Haran |
| 156 West 56th Street | 7 Times Square |
| New York, New York 10019 | New York, New York 10036 |
| Telephone: (212) 237-1000 | Telephone: (212) 326-2000 |
| rluddy@windelsmarx.com | wsushon@omm.com |
| klongo@windelsmarx.com | dshamah@omm.com |
| ajonatowski@windelsmarx.com | kharan@omm.com |
| *Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Zephyros Limited* |

**SO ORDERED:**



**Dated: March 27, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**