**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>        v.<br><br>MISTRAL (SPC),<br><br>                    Defendant. | Adv. Pro. No. 12-01273 (CGM) |

## STIPULATION AND ORDER EXTENDING TIME FOR
## DEFENDANT TO FILE AN ANSWER TO THE AMENDED COMPLAINT

Plaintiff Irving H. Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment

Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "Trustee"), and Defendant

Mistral (SPC) ("Defendant"), by and through their respective, undersigned counsel, stipulate as

follows:

**WHEREAS,** on January 27, 2023, this Court entered its *Order Denying Defendant's Motion to Dismiss* [ECF No. 139] which, *inter alia*, set a deadline of March 24, 2023 for Defendant to file an answer to the Trustee's Amended Complaint; and

**WHEREAS,** counsel for Defendant has requested an extension of the deadline to file an answer to the Amended Complaint until April 28, 2023.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, and **SO ORDERED**, by the Court:

1.      Defendant shall file an answer to the Amended Complaint by April 28, 2023.

2.      This stipulation and order is without prejudice to, or waiver of, any claims, rights, arguments, or defenses that are otherwise available to the parties.

*[Signatures appear on the following page]*

Dated: March 24, 2023
       New York, New York

**WINDELS MARX LANE &**
**MITTENDORF, LLP**

By: */s/ Kim M. Longo*
Kim M. Longo
Robert J. Luddy
Alex Jonatowski
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
rluddy@windelsmarx.com
klongo@windelsmarx.com
ajonatowski@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*

**O'MELVENY & MYERS LLP**

By: */s/ Daniel S. Shamah*
William J. Sushon
Daniel S. Shamah
Kayla Haran
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
wsushon@omm.com
dshamah@omm.com
kharan@omm.com

*Attorneys for Defendant Mistral (SPC)*

**SO ORDERED:**

**Dated: March 27, 2023**
**Poughkeepsie, New York**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

3