**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK HAPOALIM B.M. and BANK HAPOALIM (SWITZERLAND) LTD.,<br><br>Defendants. | Adv. Pro. No. 12-01216 (CGM) |

**STIPULATION AND AGREED ORDER EXTENDING
TIME FOR INITIAL DISCLOSURES**

**WHEREAS**, Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee") has brought Adversary Proceeding No. 12-01216 (CGM) (the "Action") against defendants Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) Ltd. ("Defendants") (collectively with the Trustee, the "Parties").

1

**WHEREAS**, on February 10, 2023, the Court entered a Case Management Plan in the Action (Dkt. No. 134) (the "CMP").

**WHEREAS**, pursuant to the CMP, initial disclosures required under Federal Rule of Civil Procedure 26(a)(1)(A) must be served on or before 60 days after the date of entry of the CMP, which falls on April 11, 2023 (the "Initial Disclosure Deadline").

**WHEREAS**, the Defendants requested, and the Trustee agreed to, a one-month extension of the Initial Disclosure Deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, that:

1. The Initial Disclosure Deadline is extended up to and including May 11, 2023.
2. All other provisions of the CMP are unaffected by this order.

CONSENTED AND AGREED TO:

By: /s/ *David J. Sheehan*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
David J. Sheehan  
dsheehan@bakerlaw.com  
Keith R. Murphy  
kmurphy@bakerlaw.com  
Ferve E. Khan  
fkhan@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**Windels Marx Lane & Mittendorf, LLP**  
156 West 56th Street  
New York, New York 10019  
Telephone: (212) 237-1000  
Facsimile: (212) 262-1215  
Kim M. Longo  
Email: klongo@windelsmarx.com  

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: /s/ *Scott S. Balber*  
**Herbert Smith Freehills LLP**  
450 Lexington Avenue  
New York, New York 10017  
Telephone: (917) 542-7600  
Scott S. Balber  
Jonathan C. Cross  
scott.balber@hsf.com  
jonathan.cross@hsf.com  

*Attorneys for Defendants Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) Ltd.*

**Dated: March 31, 2023**  
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**  
_____  
**Hon. Cecelia G. Morris**  
**U.S. Bankruptcy Judge**

3