**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE SUMITOMO TRUST AND BANKING CO., LTD,<br><br>                    Defendant. | Adv. Pro. No. 11-02573 (CGM)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of Tara Q. Higgins, associated with the firm of Becker, Glynn, Muffly, Chassin & Hosinski LLP, as counsel for defendant The Sumitomo Trust and Banking Co., Ltd.

      I hereby certify that I am an attorney admitted to practice in this Court.

Dated:   New York, New York
        April 5, 2023

                                  BECKER, GLYNN, MUFFLY, CHASSIN
                                      & HOSINSKI LLP

                              By:   */s/ Tara Q. Higgins*
                                    Tara Q. Higgins
                              299 Park Avenue, 16th Floor
                              New York, New York 10171
                              (212) 888-3033
                              thiggins@beckerglynn.com