UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br><br>v.<br><br>SIX SIS AG,<br><br>                        Defendant. | Adv. Pro. No. 12-01195 (CGM) |

**STIPULATION AND ORDER TO WAIVE ARGUMENT**

      Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant SIX SIS AG ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on December 13, 2022, Defendant filed a motion to dismiss the Trustee's Second Amended Complaint (the "Motion") [ECF No. 130], with a supporting memorandum of law [ECF No. 134] and the Declarations of Erin Valentine [ECF No. 131] and Stephan Hänseler [ECF No. 133]; on February 7, 2023, the Trustee filed an Opposition to Defendant's Motion [ECF No. 137] (the "Opposition"); and on March 14, 2023, Defendant filed a reply in further support of its Motion [ECF No. 140] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, pursuant to Defendant's notice of hearing [ECF No. 135], a hearing to consider the Motion was scheduled on April 19, 2023 at 10:00 a.m. (prevailing Eastern time); and

**WHEREAS**, the Parties have conferred and agreed to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 a.m. on April 19, 2023, to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

*[Remainder of page intentionally left blank.]*

Dated:          March 31, 2023
                  New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ *David J. Sheehan*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Ferve Khan
Email: fkhan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Chapter 7 Estate of Bernard L. Madoff*

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Kim M. Longo
Email: klongo@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**CHAFFETZ LINDSEY LLP**

By: /s/ *Erin Valentine*
1700 Broadway
33rd Floor
New York, New York 10019
Telephone: (212) 257-6960
Facsimile: (212) 257-6950
Erin Valentine
Email: Erin.Valentine@chaffetzlindsey.com
Andreas Frischknecht
Email: Andreas.Frischknecht@chaffetzlindsey.com

*Attorneys for SIX SIS AG*



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**

**Dated: April 5, 2023
Poughkeepsie, New York**