**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01699 (CGM) |
| Plaintiff, | |
| v. | |
| ROYAL BANK OF CANADA, individually and as successor in interest to Royal Bank of Canada (Asia) Limited; GUERNROY LIMITED; RBC TRUST COMPANY (JERSEY) LIMITED; BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P., | |
| Defendants. | |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Defendants (i) Royal Bank of Canada, individually and as successor in interest to Royal

Bank of Canada (Asia) Limited; (ii) Guernroy Limited; (iii) RBC Trust Company (Jersey)

Limited; (iv) Banque SYZ S.A., as successor in interest to Royal Bank of Canada (Suisse) S.A.;

(v) RBC Dominion Securities Inc.; and (vi) RBC Alternative Assets, L.P. (collectively,

{12164938:2}

"Defendants") filed a motion to dismiss the Amended Complaint under Federal Rules of Civil

Procedure 8(a), 10(c), 12(b)(2), and 12(b)(6) (the "Motion") on July 8, 2022 (ECF No. 153).

The parties stipulated to rest on their papers and waive oral argument on the Motion on January

9, 2023 (ECF No. 172).  The Court has considered the Motion, the papers filed in support of and

in opposition to the Motion, and the Amended Complaint.  The Court entered a memorandum

decision, dated March 31, 2023, regarding the Motion (the "Decision") (ECF No. 181).  Based

on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

1.      The Motion to dismiss the Amended Complaint is denied.

2.      The deadline for Defendants to file an answer to the Amended Complaint is June

      2, 2023.

3.      The Court shall retain jurisdiction to implement or enforce this Order.



/s/ Cecelia G. Morris

**Dated: April 5, 2023**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

{12164938:2}                                        2