| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE HEBREW UNIVERSITY OF JERUSALEM, YISSUM RESEARCH DEVELOPMENT COMPANY OF THE HEBREW UNIVERSITY OF JERUSALEM LTD., BEN-GURION UNIVERSITY OF THE NEGEV, B.G. NEGEV TECHNOLOGIES AND APPLICATIONS LTD., THE WEIZMANN INSTITUTE OF SCIENCE, and BAR ILAN UNIVERSITY,<br><br>　　　　Defendants. | Adv. Pro. No. 21-01190 (CGM) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER BANKRUPTCY
<u>RULE 7012(b) AND FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)</u>**

　　　　WHEREAS, on September 27, 2021, Irving H. Picard, as Trustee for the Liquidation of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, filed

a complaint commencing the above-captioned adversary proceeding (the "Complaint") against

The Hebrew University of Jerusalem, Yissum Research Development Company of the Hebrew University of Jerusalem Ltd., Ben-Gurion University of the Negev, B.G. Negev Technologies and Applications Ltd., The Weizmann Institute of Science, and Bar Ilan University (together, "Defendants").

WHEREAS, on February 10, 2022, Defendants filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), respectively, as made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7012(b) [Docket No. 16 in Adv. Proc. 21-1190] (the "Motion").

WHEREAS, the parties' briefs, declarations and other papers in support and opposition to the Motion were fully submitted as of September 15, 2022, and the Court held oral argument on December 21, 2022.

*[Remainder of this page left intentionally blank]*

WHEREAS, on March 28, 2023, the Court issued a written decision (the "Decision") granting the Defendants' Motion.[1]  Accordingly, **IT IS HEREBY ORDERED**:

1. The Motion as to Federal Rule of Civil Procedure 12(b)(2) is GRANTED and the Complaint is DISMISSED.

2. The Clerk of the Court is hereby directed to enter judgment in favor of Defendants in this adversary proceeding No. 21-ap-1190 consistent with this order.

/s/ Cecelia G. Morris

**Dated: April 5, 2023**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

---

[1] As stated in the Decision, the Court's dismissal of the Complaint is based on Federal Rule of Civil Procedure 12(b)(2) and not on Federal Rule of Civil Procedure 12(b)(6).