# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: August 1, 2022 – November 30, 2022 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 2/28/2023 ECF No. 22957 | 8/1/2022 – 11/30/2022 | $38,098,225.98 | $38,098,225.98 | $34,288,403.38 | $0 | $34,288,403.38 | $312,692.55 | $312,692.55 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 2/28/2023 ECF No. 22958 | 8/1/2022 – 11/30/2022 | $34,178.46 | $34,178.46 | $27,342.76 | $0 | $27,342.76 | $4,143.85 | $4,143.85 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 2/28/2023 ECF No. 22959 | 8/1/2022 – 11/30/2022 | $329,858.36 | $329,858.36 | $263,886.69 | $0 | $263,886.69 | $0 | $0 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | 2/28/2023 ECF No. 22962 | 8/1/2022 – 11/30/2022 | $2,011.15 | $2,011.15 | $1,608.92 | $0 | $1,608.92 | $111.29 | $111.29 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 2/28/2023 ECF No. 22970 | 8/1/2022 – 11/30/2022 | $447,666.75 | $447,666.75 | $358,133.40 | $0 | $358,133.40 | $4,010.95 | $4,010.95 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 2/28/2023 ECF No. 22963 | 8/1/2022 – 11/30/2022 | $3,428,190.50 | $3,428,190.50 | $2,742,552.40 | $0 | $2,742,552.40 | $30,196.89 | $30,196.89 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 2/28/2023 ECF No. 22961 | 8/1/2022 – 11/30/2022 | $13,102.45 | $13,102.45 | $10,481.96 | $0 | $10,481.96 | $16,824.93 | $16,824.93 |
| Kugler Kandestin LLP, Special Counsel to the Trustee | 2/28/2023 ECF No. 22964 | 8/1/2022 – 11/30/2022 | $71,132.04 | $71,132.04 | $56,905.63 | $0 | $56,905.63 | $1,238.56 | $1,238.56 |
| Velitor Law, Special Counsel to the Trustee | 2/28/2023 ECF No. 22967 | 8/1/2022 – 11/30/2022 | $912.60 | $912.60 | $730.08 | $0 | $730.08 | $0 | $0 |
| Werder Vigano, Special Counsel to the Trustee | 2/28/2023 ECF No. 22969 | 8/1/2022 – 11/30/2022 | $3,680.33 | $3,680.33 | $2,944.27 | $0 | $2,944.27 | $99.63 | $99.63 |
| UGGC & Associés, Special Counsel to the Trustee | 2/28/2023 ECF No. 22960 | 8/1/2022 – 11/30/2022 | $14,472.42 | $14,472.42 | $11,577.94 | $0 | $11,577.94 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 2/28/2023 ECF No. 22965 | 8/1/2022 – 11/30/2022 | $126,683.95 | $126,683.95 | $101,347.16 | $0 | $101,347.16 | $2,424.80 | $2,424.80 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Bowman and Brooke, Special Counsel to the Trustee | 2/28/2023 ECF No. 22966 | 8/1/2022 – 11/30/2022 | $13,319.50 | $13,319.50 | $10,655.60 | $0 | $10,655.60 | $3,587.80 | $3,587.80 |
| Holland & Hart, Special Counsel to the Trustee | 2/28/2023 ECF No. 22968 | 9/7/2022 – 11/30/2022 | $19,418.40 | $19,418.40 | $15,534.72 | $0 | $15,534.72 | $1,522.00 | $1,522.00 |

Schedule A(1)         DATE: __/__/__              INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP, Counsel | $1,489,341,704.16 | $1,489,341,704.16 | $1,471,351,502.25 | $21,511,425.18 | $21,511,425.18 |
| AlixPartners, LLP,<br>Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP,<br>Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP,<br>Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti,<br>Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya,<br>Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP,<br>Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing,<br>Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP,<br>Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C.<br>Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C.<br>Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A.,<br>Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys,<br>Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson,<br>Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier,<br>Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |
| Addleshaw Goddard (Ireland) LLP,<br>Special Counsel to the Trustee | $853,695.98 | $853,695.98 | $845,405.85 | $49,585.08 | $49,585.08 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,841,047.79 | $2,841,047.79 | $2,769,076.94 | $223,579.70 | $223,579.70 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $121,472.06 | $121,472.06 | $103,834.57 | $2,458.43 | $2,458.43 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,735,934.79 | $6,735,934.79 | $6,687,430.39 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $3,793,033.43 | $3,793,033.43 | $3,455,131.50 | $78,511.65 | $78,511.65 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $87,154,663.70 | $87,154,663.70 | $85,019,668.57 | $858,775.70 | $858,775.70 |
| UGGC & Associés, Special Counsel to the Trustee | $2,800,818.98 | $2,800,818.98 | $2,759,008.28 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $325,494.63 | $325,494.63 | $323,487.94 | $1,646.54 | $1,646.54 |
| Soroker - Agmon, Special Counsel to the Trustee | $16,302,255.18 | $16,302,255.18 | $15,709,055.47 | $611,564.08 | $611,564.08 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,770,200.18 | $20,770,200.18 | $20,588,710.38 | $1,345,446.67 | $1,345,446.67 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $9,458.50 | $9,458.50 | $9,162.16 | $2,184.80 | $2,184.80 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $86,880.33 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $106,499.97 | $106,499.97 | $104,338.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $226,656.49 | $226,656.49 | $219,754.30 | $365.04 | $365.04 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,590,624.24 | $1,590,624.24 | $1,590,624.24 | $23,518.30 | $23,518.30 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $370,935.97 | $370,935.97 | $320,850.05 | $2,590.04 | $2,590.04 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $69,866.10 | $69,866.10 | $62,553.33 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | $38,598.54 | $38,598.54 | $32,444.88 | $6,396.03 | $6,396.03 |
| Lukins & Annis P.S., Special Counsel to the Trustee | $13,120.20 | $13,120.20 | $11,658.33 | $1,155.94 | $1,155.94 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | $14,061.01 | $14,061.01 | $11,248.81 | $111.29 | $111.29 |
| Holland & Hart, Special Counsel to the Trustee | $19,418.40 | $19,418.40 | $15,534.72 | $1,522.00 | $1,522.00 |

Schedule B(1)  DATE: __/__/__   INITIALS: :__ USBJ