**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br><br>v.<br><br>NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND,<br><br>     Defendants. | Adv. Pro. No. 23-01017 (CGM) |

## CORPORATE DISCLOSURE STATEMENT

   Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis FP") and Bloom Asset Holdings Fund ("Bloom"), by and through their undersigned counsel, respectively certify as follows:

   1.  Natixis FP is a wholly-owned subsidiary of Natixis North America LLC, which is a wholly-owned subsidiary of Natixis S.A. No publicly held corporation directly or indirectly owns 10% or more of Natixis FP's stock.

1

2. Ten percent or more of the equity interest in Bloom is indirectly held by Natixis S.A. No publicly held corporation directly or indirectly owns 10% or more of Bloom's stock.

Dated: April 11, 2023
New York, New York

**DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
H. Seiji Newman
Bruce M. Ginsberg
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
Email: jcioffi@dglaw.com
Email: hsnewman@dglaw.com
Email: bginsberg@dglaw.com

*Attorneys for Defendants Natixis Financial Products LLC (as successor-in-interest to Natixis Financial Products Inc.) and Bloom Asset Holdings Fund*