**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>   v.<br><br>KBC INVESTMENTS LIMITED,<br><br>          Defendant. | Adv. Pro. No. 11-02761 (CGM) |

## STIPULATION AND ORDER TO WAIVE ARGUMENT

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and Defendant KBC Investments Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective and undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on November 18, 2022, Defendant filed a motion to dismiss the Trustee's Amended Complaint (the "Motion") [ECF No. 109], including a supporting memorandum of law [ECF No. 110] and the Declaration of Jatin Tosar [ECF No. 111]; on February 3, 2023, the Trustee filed an Opposition to Defendant's Motion [ECF No. 113] and the Declaration of Eric R. Fish [ECF No. 114] (collectively, the "Opposition"); and on March 10, 2023, Defendant filed a reply in further support of its Motion [ECF No. 116] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Motion on April 19, 2023 at 10:00 am; and

**WHEREAS**, the Parties have conferred and agreed to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on April 19, 2023, to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

*[Remainder of Page Intentionally Left Blank]*

Dated:      April 7, 2023
            New York, New York


By: */s/ Eric R. Fish*                        By: */s/ John J. Kuster*
**BAKER & HOSTETLER LLP**                     **SIDLEY AUSTIN LLP**
45 Rockefeller Plaza                          787 Seventh Avenue
New York, New York 10111                      New York, New York 10019
Telephone: (212) 589-4200                     Telephone: (212) 839-5300
David J. Sheehan                              John J. Kuster
Email:  dsheehan@bakerlaw.com                 Email: jkuster@sidley.com
Eric R. Fish                                  Martin B. Jackson
Email:  efish@bakerlaw.com                    Email: mjackson@sidley.com
Patrick T. Campbell                           Andrew Propps
Email: pcampbell@bakerlaw.com                 Email: apropps@sidley.com


*Attorneys for Irving H. Picard, Trustee for*   *Attorneys for Defendant, KBC*
*the Substantively Consolidated SIPA*           *Investments Limited*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Chapter 7*
*Estate of Bernard L. Madoff*


**Dated: April 12, 2023**                    /s/ Cecelia G. Morris
**Poughkeepsie, New York**                              _____
                                                        **Hon. Cecelia G. Morris**
                                                        **U.S. Bankruptcy Judge**