**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>         Plaintiff,<br><br>    v.<br><br>EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in interest to Banco Atlántico (Bahamas) Bank & Trust Limited,<br><br>         Defendants. | Adv. Pro. No. 12-01690 (CGM) |

**STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, and defendants EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M., f/k/a EFG Eurofinancière d'Investissements S.A.M., EFG BANK & TRUST (BAHAMAS) LIMITED, as alleged successor-in interest to Banco Atlántico (Bahamas) Bank & Trust Limited (collectively, the "Defendants"), (Defendants and the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on December 13, 2022, Defendants filed a motion to dismiss the Trustee's complaint (the "Motion") [ECF No. 103], including a supporting memorandum of law [ECF No. 104] and the Declaration of Paul A. Kanellopoulos [ECF No. 105]; on February 13, 2023, the Trustee filed an Opposition to Defendant's Motion [ECF No. 108] and the supporting Declaration of Shawn P. Hough [ECF No. 109] (the "Opposition"); and on March 15, 2023, Defendants filed a reply in further support of its Motion [ECF No. 111] (the "Reply", and together with the Motion and Opposition, the "Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Motion on April 19, 2023 at 10:00 am; and

**WHEREAS**, the Parties have conferred and agreed to rest on their papers and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on April 19, 2023, to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties request that the Court issue its ruling based on the Briefing.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated:     April 7, 2023
           New York, New York

| **BAKER & HOSTETLER LLP** | **KOBRE & KIM LLP** |
|---|---|
| By: *Brian W. Song* | By: *Adam M. Lavine* |
| 45 Rockefeller Plaza | 800 Third Avenue |
| New York, New York 10111 | New York, New York 10022 |
| Telephone: (212) 589-4200 | Telephone: (212) 488-1200 |
| Facsimile: (212) 589-4201 | Zachary D. Rosenbaum |
| David J. Sheehan | Zachary.Rosenbaum@kobrekim.com |
| Email: dsheehan@bakerlaw.com | Adam M. Lavine |
| Brian W. Song | Adam.Lavine@kobrekim.com |
| Email: bsong@bakerlaw.com | Donna (Dong Ni) Xu |
| Shawn P. Hough | Donna.Xu@kobrekim.com |
| Email: shough@bakerlaw.com | |
| | *Attorneys for Defendants* |
| 200 Civic Center Drive, Suite 1200 | |
| Columbus, Ohio 43215 | |
| Telephone: (614) 462-4732 | |
| Facsimile: (614) 462-2616 | |
| Douglas A. Vonderhaar | |
| Email: dvonderhaar@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the
Chapter 7 Estate of Bernard L. Madoff*



**Dated: April 12, 2023
Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**