**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05311 (CGM) |
| Plaintiff, | |
| v. | |
| UBS AG, et al., | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2023, the Notice of Adjournment of Status Conference was filed electronically.  Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: April 13, 2023
      New York, New York

          By: */s/ Oren J. Warshavsky*
          BAKER & HOSTETLER LLP
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone:  212.589.4200
          Facsimile:  212.589.4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Oren J. Warshavsky
          Email: owarshavsky@bakerlaw.com

          *Attorneys for Irving H. Picard, Trustee
          for the Substantively Consolidated SIPA
          Liquidation of Bernard L. Madoff Investment
          Securities LLC and the Chapter 7 Estate of
          Bernard L. Madoff*

## SCHEDULE A

---

**Defendant Counsel**

---

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Luxembourg Investment Fund, Luxembourg Investment Fund US Equity Plus,
Maitre Alain Rukavina, Paul Laplume

Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS EUROPE SE (f/k/a UBS
(LUXEMBOURG) S.A.), UBS Third Party Management Company SA

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney For: Reliance International Research, LLC

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: M&B Capital Advisers Sociedad de Valores, S.A.