UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL BANK OF KUWAIT S.A.K. and NBK BANQUE PRIVÉE (SUISSE) S.A.,<br><br>   Defendants. | Adv. Pro. No. 11-02554 (CGM) |

**CERTIFICATE OF SERVICE**

I certify that, on April 14, 2023, I filed the Answer and Defenses of Defendants National Bank of Kuwait S.A.K. and NBK Banque Privée (Suisse) S.A. to the Amended Complaint and served it on all counsel of record through the ECF system under Case Numbers 11-ap-02554 and 08-ap-01789.

                   /s/ Richard A. Cirillo
                   Richard A. Cirillo