| | |
|---|---|
| **Baker & Hostetler LLP** | Hearing Date: April 19, 2023 |
| 45 Rockefeller Plaza | Hearing Time: 10:00 a.m. (EST) |
| New York, New York 10111 | Objections Due: April 12, 2023 |
| Telephone: (212) 589-4200 | Objection Time: 4:00 p.m. (EST) |
| Facsimile: (212) 589-4201 | |
| David J. Sheehan | |
| Nicholas J. Cremona | |
| Jorian L. Rose | |
| Amy E. Vanderwal | |
| Stephanie A. Ackerman | |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S**
**MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS**
**DETERMINATIONS DENYING CLAIMS OF CLAIMANTS**
**HOLDING INTERESTS IN PEERSTATE EQUITY FUND LP, GETTINGER**
**MANAGEMENT LLC PROFIT SHARING PLAN, AND SMT INVESTORS LLC**

Irving H. Picard, trustee for the substantively consolidated liquidation of the business of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15

U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1. On March 10, 2023, the Trustee filed the Trustee's Motion to Affirm his Determinations Denying Claims of Claimants Holding Interests in Peerstate Equity Fund LP, Gettinger Management LLC Profit Sharing Plan, and SMT Investors LLC (the "Motion) (ECF No. 23003), the Declaration of Stephanie Ackerman in Support of the Motion (ECF No. 23004), and the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration") (ECF No. 23005).

2. The deadline for serving the Trustee with objections to the Motion expired on April 12, 2023, at 4:00 p.m.

3. Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) all claimants (and their counsel) listed on Exhibits A and B annexed to the Sehgal Declaration; (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) the Securities Investor Protection Corporation. (*See* Affidavit of Service at ECF No. 23038).

4. To date, counsel for the Trustee has not received an objection, responsive pleading, or request for a hearing with respect to the Motion. Counsel for the Trustee also reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to serve an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it

intends to oppose the relief requested in the Motion.

5. An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion, and Exhibits A and B thereto, will be submitted to the Court along with this certificate.

6. Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

Dated: April 14, 2023  
      New York, New York

Respectfully submitted,

    /s/ David J. Sheehan  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Tel: (212) 589-4200  
Fax: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Nicholas J. Cremona  
Email: ncremona@bakerlaw.com  
Jorian L. Rose  
Email: jrose@bakerlaw.com  
Amy E. Vanderwal  
Email: avanderwal@bakerlaw.com  
Stephanie A. Ackerman  
Email: sackerman@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*