| | |
|---|---|
| DAVIS+GILBERT LLP<br>1675 Broadway<br>New York, NY 10019<br>T: (212) 468-4800 | Hearing Date: **October 18, 2023**<br>Objection Date: **June 16, 2023**<br>Reply Date: **July 31, 2023** |

*Attorneys for Defendant Natixis S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br> v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>     Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF DEFENDANT NATIXIS S.A.'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Natixis S.A.'s Motion to Dismiss in the above-captioned action, the Declaration of Joseph Cioffi and exhibits thereto, and all prior pleadings and proceedings herein, Defendant Natixis S.A. ("Natixis" or "Defendant") will move this Court on October 18, 2023, at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, for an order dismissing the Amended Complaint (ECF No. 193) filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on January 10, 2023 (ECF No. 192), any oppositions to Natixis's Motion to Dismiss shall be filed by June 16, 2023, and any reply in further support of Natixis's Motion to Dismiss shall be filed by July 31, 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendant does not consent to the entry of final orders or judgment by this Court.

2

Dated:  April 17, 2023
  New York, New York  **DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
Bruce M. Ginsberg
H. Seiji Newman
Adam M. Levy
Christine DeVito
1675 Broadway
New York, NY 10019
T: (212) 468-4800
jcioffi@dglaw.com
bginsberg@dglaw.com
hsnewman@dglaw.com
alevy@dglaw.com
cdevito@dglaw.com

*Attorneys for Defendant Natixis S.A.*