DAVIS+GILBERT LLP  
1675 Broadway  
New York, NY 10019  
T: (212) 468-4800  

*Attorneys for Defendant Natixis S.A.*

**Hearing Date: October 18, 2023**  
**Objection Date: June 16, 2023**  
**Reply Date: July 31, 2023**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> NATIXIS S.A. and TENSYR LTD., <br><br> Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**DECLARATION OF JOSEPH CIOFFI IN SUPPORT OF**  
**DEFENDANT NATIXIS SA'S MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Joseph Cioffi, hereby declare under penalty of perjury as follows:

1. I am a member of the bar of this Court and an attorney admitted to practice in the State of New York. I am a partner of the law firm Davis+Gilbert LLP, counsel for Natixis S.A. ("Natixis"). I submit this declaration in support of Natixis's motion to dismiss the Amended Complaint ("Amended Complaint" or "Compl.") of Irving Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("Trustee"), in this adversary proceeding.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Amended Complaint filed in this adversary proceeding, ECF No. 193, with all exhibits thereto.[1]

3. Attached hereto as **Exhibit 2** is a true and correct copy of the settlement agreement between the Trustee and Fairfield Sentry in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. No. 09-01239 (CGM) (Bankr. S.D.N.Y. May 9, 2011), ECF No. 69-2.

4. Attached as **Exhibit 3** is a true and correct copy of the Complaint filed in this adversary proceeding, ECF No. 1-1, without exhibits.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Settlement Agreement between the Trustee and Alpha Prime Fund Limited ("Alpha Prime") in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-01364 (CGM) (Bankr. S.D.N.Y. June 23, 2022), ECF No. 710-2 ("Alpha Prime Settlement Agreement").

6. Attached hereto as **Exhibit 5** is a true and correct copy of the order approving the Alpha Prime Settlement Agreement in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-01364 (CGM) (Bankr. S.D.N.Y. July 20, 2022), ECF No. 715.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Proposed Amended Complaint filed by the Trustee in this adversary proceeding, ECF No. 170-1.

---

[1] Unless otherwise noted, references to "ECF No. __" refer to Adv. Pro. No. 10-05353 (CGM) (Bankr. S.D.N.Y.).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Trustee's motion to approve the Alpha Prime Settlement Agreement in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-1364 (CGM) (Bankr. S.D.N.Y. June 23, 2022), ECF No. 710 ("Alpha Prime Rule 9019 Motion").

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Partial Settlement Agreement between the Trustee and Alpha Prime in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-01364 (CGM) (Bankr. S.D.N.Y. Feb. 12, 2018), ECF No. 491-1.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Trustee's Agreement with Primeo Fund and Herald Fund SPC, each by its liquidators in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-01364 (CGM) (Bankr. S.D.N.Y. Nov. 17, 2014), ECF No. 338-2.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Trustee's Settlement Agreement with Herald (Lux) SICAV, by its liquidators in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-01364 (CGM) (Bankr. S.D.N.Y. Dec. 23, 2014), ECF No. 352-1.

12. Attached hereto as **Exhibit 11**, is a true and correct copy of the Trustee's Settlement Agreement with Magnify, Inc., Yeshaya Horowitz Association, Premero Investments Ltd., Strand International Investments Ltd., Express Enterprises Inc., and Yair Green in *Picard v. Magnify, Inc.*, Adv. Pro. No. 10-05279 (SMB) (Bankr. S.D.N.Y. Sept. 4, 2020), ECF No. 193-2, without exhibits.

13. Attached hereto as **Exhibit 12**, the Trustee's Settlement Agreement with Kingate Euro Fund, Ltd. and Kingate Global Fund, Ltd., by their liquidators in *Picard v. Ceretti*, Adv. Pro. No. 09-01161 (SMB) (Bankr. S.D.N.Y. July 17, 2019), ECF No. 413-2.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration Of Irving H. Picard in support of the Alpha Prime Rule 9019 Motion in *Picard v. HSBC Bank PLC*, Adv. Pro. No. 09-01364 (CGM) (Bankr. S.D.N.Y. June 23, 2022), ECF No. 710-4.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Trustee's Agreement with Mount Capital Fund, Ltd. and Mount Capital Asset Subsidiary Limited, by their liquidators in *Picard v. Mount Capital Fund Ltd.*, Adv. Pro. No. 10-05123 (BRL) (Bankr. S.D.N.Y. Aug. 31, 2011), ECF No. 14-2.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Trustee's Proffered Allegations Pertaining to the Extraterritoriality Issue as to Natixis S.A., Bloom Asset Holdings Fund, and Tensyr Limited filed in this adversary proceeding (June 27, 2015), ECF Doc. No. 102.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Second Amended Complaint, filed in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. No. 09-01239 (CGM) (Bankr. S.D.N.Y. Aug. 28, 2020), ECF No. 286 ("Fairfield Second Amended Complaint"), without exhibits.

18. Collectively attached hereto as **Exhibit 17** are true and correct copies of Exhibits 5 and 6 to the Fairfield Second Amended Complaint in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF Nos. 286-5 and 286-6.

19. Set forth below is a chart calculating the sum total of alleged subsequent transfers made by Fairfield Sentry to its own related entities, after May 9, 2003 (*i.e.*, the date of the first potentially avoidable initial transfer from BLMIS to Fairfield Sentry), as reflected in Exhibits 5 and 6 to the Fairfield Second Amended Complaint, collectively attached as **Exhibit 17** hereto:

| Exhibit No. | Defendant(s) | Amount |
|---|---|---|
| 286-5 | Fairfield Sigma Limited | $772,690,257 |
| 286-6 | Fairfield Lambda Limited | $51,991,017 |
| | **Total Fairfield Sentry Six-Year Subsequent Transfers** | $824,681,274 |

3

20. Collectively attached hereto as **Exhibit 18** are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Fairfield Second Amended Complaint in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF Nos. 286-8, 286-10, 286-12, 286-13, 286-14 and 286-21.

21. Set forth below is a chart calculating the sum total of alleged subsequent transfers made by Fairfield Sentry to the defendants listed below, after May 9, 2003, as reflected in Exhibits 8, 10, 12, 13, 14 and 21 to the Fairfield Second Amended Complaint, collectively attached as **Exhibit 18** hereto:

| Exhibit No. | Defendant(s) | Amount |
|---|---|---|
| 286-8 | Fif Advanced Limited | $45,206,428 |
| 286-10 | Fairfield Investment Fund Limited | $337,718,887 |
| 286-12 | Fairfield Greenwich Limited | $87,440,586 |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | $611,613,040 |
| 286-14 | Fairfield Greenwich Advisors | $56,013,598 |
| 286-21 | Amit Vijayvergiya | $955,465 |
| | **Total Fairfield Sentry Six-Year Subsequent Transfers**[2] | $1,035,259,311 |

22. Attached hereto as **Exhibit 19** is a true and correct copy of the First Amended Complaint in *Fairfield Sentry Ltd. v. Citco Global Custody NV*, Adv. Pro. No. 19-1122 (CGM) (Bankr. S.D.N.Y. Nov. 26, 2019), ECF No. 19.

23. Collectively attached hereto as **Exhibit 20** are true and correct copies of the following documents:

| 20(a) | Exhibit C to the Amended Complaint filed in *Picard v. Citibank N.A. et al.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.), ECF No. 214-3 |
|---|---|
| 20(b) | Exhibit C to the Amended Complaint filed in *Picard v. Merrill Lynch International*, Adv. Pro. No. 10-05346 (Bankr. S.D.N.Y.), ECF No. 137-3 |
| 20(c) | Exhibit C to the Second Amended Complaint filed in *Picard v. Nomura International PLC*, Adv. Pro. No. 10-05348 (Bankr. S.D.N.Y.), ECF No. 121-3 |

---

[2] This Total has been reduced by the amount of subsequent transfers that Fairfield Sentry made to these defendants *prior* to May 9, 2003 ($103,688,693).

4

| 20(d) | Excerpts from the Complaint filed in *Picard v. Banco Bilbao Vizcaya Argentaria, S.A.*, Adv. Pro. No. 10-05351 (Bankr. S.D.N.Y.), ECF No. 1-1, page 44 |
|---|---|
| 20(e) | Exhibit C to the Amended Complaint filed in *Picard v. Natixis S.A. and Tensyr Ltd.*, Adv. Pro. No. 10-05353 (Bankr. S.D.N.Y.), ECF No. 193-3 |
| 20(f) | Exhibit D to the Amended Complaint filed in *Picard v. Natixis S.A. and Tensyr Ltd.*, Adv. Pro. No. 10-05353 (Bankr. S.D.N.Y.), ECF No. 193-4 |
| 20(g) | Excerpts from the Complaint filed in *Picard v. Pictet at Cie*, Adv. Pro. No. 11-01724 (Bankr. S.D.N.Y.), ECF No. 1, page 24 |
| 20(h) | Exhibit C to the Complaint filed in *Picard v. Safra National Bank of New York*, Adv. Pro. No. 11-01885 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(i) | Exhibit K to the Complaint filed in *Picard v. Banque SYZ & Co., S.A.*, Adv. Pro. No. 11-02149 (Bankr. S.D.N.Y.), ECF No. 1-11 |
| 20(j) | Exhibit E to the Complaint filed in *Picard v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(k) | Exhibit C to the Complaint filed in *Picard v. Orbita Capital Return Strategy Limited*, Adv. Pro. No. 11-02537 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(l) | Exhibit D to the Complaint filed in *Picard v. Quilvest Finance Ltd.*, Adv. Pro. No. 11-02538 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(m) | Exhibit C to the Complaint filed in *Picard v. Meritz Fire & Marine Insurance Co. Ltd.*, Adv. Pro. No. 11-02539 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(n) | Exhibit D to the Complaint filed in *Picard v. Lion Global Investors Limited*, Adv. Pro. No. 11-02540 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(o) | Exhibit D to the Complaint filed in *Picard v. First Gulf Bank*, Adv. Pro. No. 11-02541 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(p) | Exhibit C to the Complaint filed in *Picard v. Parson Finance Panama S.A.*, Adv. Pro. No. 11-02542 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(q) | Exhibit D to the Complaint filed in *Picard v. Delta National Bank and Trust Company*, Adv. Pro. No. 11-02551 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(r) | Exhibit C to the Amended Complaint filed in *Picard v. Unifortune Asset Management SGR SPA et ano.*, Adv. Pro. No. 11-02553 (Bankr. S.D.N.Y.), ECF No. 114-3 |
| 20 (s) | Exhibit C to the Amended Complaint filed in *Picard v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), ECF No. 105-3 |
| 20(t) | Exhibit D to the Amended Complaint filed in *Picard v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), ECF No. 105-4 |
| 20(u) | Exhibit D to the Complaint filed in *Picard v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(v) | Exhibit E to the Complaint filed in *Picard v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(w) | Exhibit D to the Complaint filed in *Picard v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(x) | Exhibit G to the Complaint filed in *Picard v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| 20(y) | Exhibit I to the Complaint filed in *Picard v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-9 |

| | |
|---|---|
| 20(z) | Exhibit C to the Complaint filed in *Picard v. Banca Carige S.P.A.*, Adv. Pro. No. 11-02570 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(aa) | Exhibit D to the Complaint filed in *Picard v. Banque Privee Espirito Santo S.A. formerly known as Compagnie Bancaire Espirito Santo S.A.*, Adv. Pro. No. 11-02571 (Bankr. S.D.N.Y.), ECF No. 1- 4 |
| 20(bb) | Exhibit C to the Amended Complaint filed in *Picard v. Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III*, Adv. Pro. No. 11-02572 (Bankr. S.D.N.Y.), ECF No. 30-3 |
| 20(cc) | Exhibit D to the Amended Complaint filed in *Picard v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573 (Bankr. S.D.N.Y.), ECF No. 8-4 |
| 20(dd) | Exhibit D to the Complaint filed in *Picard v. ASB Bank Corp.*, Adv. Pro. No. 11-02730 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(ee) | Exhibit C to the Complaint filed in *Picard v. Trincaster Corporation*, Adv. Pro. No. 11-02731 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(ff) | Exhibit C to the Complaint filed in *Picard v. Bureau of Labor Insurance*, Adv. Pro. No. 11-02732 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(gg) | Exhibit C to the Amended Complaint filed in *Picard v. Naidot & Co.*, Adv. Pro. No. 11-02733 (Bankr. S.D.N.Y.), ECF No. 100-3 |
| 20(hh) | Exhibit D to the Complaint filed in *Picard v. Caceis Bank, Caceis Bank Luxembourg*, Adv. Pro. No. 11-02758 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(ii) | Exhibit D to the Complaint filed in *Picard v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(jj) | Exhibit E to the Complaint filed in *Picard v. Lighthouse Investment Partners LLC, doing business as Lighthouse Partners*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(kk) | Exhibit D to the Complaint filed in *Picard v. Inteligo Bank LTD. formerly known as Blubank LTD. Panama Branch*, Adv. Pro. No. 11-02763 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(ll) | Exhibit C to the Complaint filed in *Picard v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(mm) | Exhibit D to the Complaint filed in *Picard v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(nn) | Exhibit C to the Amended Complaint filed in *Picard v. Merrill Lynch Bank (Suisse) SA*, Adv. Pro. No. 11-02910 (Bankr. S.D.N.Y.), ECF No. 115-3 |
| 20(oo) | Exhibit C to the Amended Complaint filed in *Picard v. Bank Julius Baer & Co. Ltd.*, Adv. Pro. No. 11-02922 (Bankr. S.D.N.Y.), ECF No. 110-3 |
| 20(pp) | Exhibit C to the Complaint filed in *Picard v. Falcon Private Bank Ltd. (formerly known as AIG Privat Bank AG)*, Adv. Pro. No. 11-02923 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(qq) | Exhibit E to the Complaint filed in *Picard v. Credit Suisse AG et al.*, Adv. Pro. No. 11-02925 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(rr) | Exhibit C to the Complaint filed in *Picard v. LGT Bank in Liechtenstein Ltd.*, Adv. Pro. No. 11-02929 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(ss) | Exhibit C to the Complaint filed in *Picard v. The Public Institution for Social Security*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), ECF No. 1-3 |

| 20(tt) | Exhibit C to the Complaint filed in *Picard v. Fullerton Capital PTE Ltd.*, Adv. Pro. No. 12-01004 (Bankr. S.D.N.Y.), ECF No. 1-3 |
|---|---|
| 20(uu) | Exhibit F to the Amended Complaint filed in *Picard v. SICO Limited*, Adv. Pro. No. 12-01005 (Bankr. S.D.N.Y.), ECF No. 14-6 |
| 20(vv) | Exhibit F to the Complaint filed in *Picard v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| 20(ww) | Exhibit G to the Complaint filed in *Picard v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| 20(xx) | Exhibit C to the Complaint filed in *Picard v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(yy) | Exhibit D to the Complaint filed in *Picard v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(zz) | Exhibit E to the Complaint filed in *Picard v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(aaa) | Exhibit J to the Complaint filed in *Picard v. Credit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (Bankr. S.D.N.Y.), ECF No. 1-10 |
| 20(bbb) | Exhibit C to the Complaint filed in *Picard v. Arden Asset Management Inc. et al.*, Adv. Pro. No. 12-01023 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(ccc) | Exhibit C to the Complaint filed in *Picard v. SNS Bank N.V. et ano.*, Adv. Pro. No. 12-01046 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(ddd) | Exhibit C to the Complaint filed in *Picard v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company*, Adv. Pro. No. 12-01047 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(eee) | Exhibit C to the Complaint filed in *Picard v. Banco General S.A. et ano.*, Adv. Pro. No. 12-01048 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(fff) | Exhibit C to the Complaint filed in *Picard v. Kookmin Bank*, Adv. Pro. No. 12-01194 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(ggg) | Exhibit C to the Second Amended Complaint filed in *Picard v. Six Sis AG*, Adv. Pro. No. 12-01195 (Bankr. S.D.N.Y.), ECF No. 126-3 |
| 20(hhh) | Exhibit I to the Complaint filed in *Picard v. Bank Vontobel AG formerly known as Bank J. Vontobel & Co. AG*, Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 20(iii) | Exhibit J to the Complaint filed in *Picard v. Bank Vontobel AG formerly known as Bank J. Vontobel & Co. AG*, Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), ECF No. 1-10 |
| 20(jjj) | Exhibit C to the Amended Complaint filed in *Picard v. Multi-Strategy Fund Limited et ano.*, Adv. Pro. No. 12- 01205 (Bankr. S.D.N.Y.), ECF No. 97-3 |
| 20(kkk) | Exhibit C to the Complaint filed in *Picard v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(lll) | Exhibit C to the Amended Complaint filed in *Picard v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), ECF No. 116-3 |
| 20(mmm) | Exhibit D to the Amended Complaint filed in *Picard v. BSI AG, individually and as successor in interest to Banco Del Gottardo*, Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), ECF No. 116-4 |

| | |
|---|---|
| 20(nnn) | Exhibit C to the Complaint filed in *Picard v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), ECF No. 1-14 |
| 20(ooo) | Exhibit C to the Complaint filed in *Picard v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(ppp) | Exhibit D to the Complaint filed in *Picard v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(qqq) | Exhibit E to the Complaint filed in *Picard v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(rrr) | Exhibit F to the Complaint filed in *Picard v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| 20(sss) | Exhibit G to the Complaint filed in *Picard v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| 20(ttt) | Exhibit F to the Complaint filed in *Picard v. ZCM Asset Holding Company (Bermuda) LLC*, Adv. Pro. No. 12-01512 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| 20(uuu) | Exhibit C to the Complaint filed in *Picard v. Citivic Nominees Ltd.*, Adv. Pro. No. 12-01513 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(vvv) | Exhibit C to the Amended Complaint filed in *Picard v. Standard Chartered Defendants*, Adv. Pro. No. 12-01565 (Bankr. S.D.N.Y.), ECF No. 147-3 |
| 20(www) | Exhibit C to the Complaint filed in *Picard v. UKFP (Asia) Nominees Limited*, Adv. Pro. No. 12-01566 (Bankr. S.D.N.Y.), ECF No. 1-2 |
| 20(rrrr) | Exhibit C to the Complaint filed in the matter captioned *Picard v. BNP Paribas S.A.*, Adv. Pro. No. 12-01576 (Bankr. S.D.N.Y.), ECF No. 1- 3 |
| 20(xxx) | Exhibit C to the Amended Complaint filed in *Picard v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), ECF No. 105-3 |
| 20(yyy) | Exhibit D to the Amended Complaint filed in *Picard v. UBS Deutschland AG as successor in interest to Dresdner Bank LateinAmerika AG et ano.*, Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), ECF No. 105-4 |
| 20(zzz) | Exhibit C to the Complaint filed in *Picard v. Barfield Nominees Limited*, Adv. Pro. No. 12-01669 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 20(aaaa) | Exhibit C to the Complaint filed in *Picard v. Credit Agricole Corporate and Investment Bank doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*, Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 20(bbbb) | Exhibit E to the Amended Complaint filed in *Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG*, Adv. Pro. No. 12-01676 (Bankr. S.D.N.Y.), ECF No. 12-5 |
| 20(cccc) | Exhibit E to the Complaint filed in *Picard v. Societe Generale Private Banking (Suisse) S.A. formerly known as SG Private Banking Suisse S.A. et al.*, Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 20(dddd) | Exhibit C to the Complaint filed in *Picard v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), ECF No. 1-3 |

8

| | |
|---|---|
| 20(eeee) | Exhibit D to the Complaint filed in *Picard v. Intesa Sanpaolo SpA (as Successor in Interest to Banca Intesa SpA) et al.*, Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(ffff) | Exhibit C to the Amended Complaint filed in *Picard v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 100-3 |
| 20(gggg) | Exhibit H to the Amended Complaint filed in *Picard v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 100-8 |
| 20(hhhh) | Exhibit I to the Amended Complaint filed in *Picard v. EFG Bank S.A., formerly known as EFG Private Bank S.A. et al.*, Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 100-9 |
| 20(iiii) | Exhibit C to the Complaint filed in *Picard v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(jjjj) | Exhibit D to the Complaint filed in *Picard v. Banque Degroof SA/NV also known as Banque Degroof Bruxelles et al.*, Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 20(kkkk) | Exhibit C to the Complaint filed in *Picard v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(llll) | Exhibit C to the Complaint filed in *Picard v. Banque Cantonale Vaudoise*, Adv. Pro. No. 12-01694 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(mmmm) | Exhibit C to the Complaint filed in *Picard v. Bordier & Cie*, Adv. Pro. No. 12-01695 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 20(nnnn) | Exhibit C to the Amended Complaint filed in *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, formerly known as Fortis (Isle Of Man) Nominees Limited et al.*, Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), ECF No. 141-3 |
| 20(oooo) | Exhibit D to the Amended Complaint filed in *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, formerly known as Fortis (Isle Of Man) Nominees Limited et al.*, Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), ECF No. 141-4 |
| 20(pppp) | Exhibit C to the Amended Complaint filed in *Picard v. Banque Internationale a Luxembourg S.A. (formerly known as Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A. et al.*, Adv. Pro. No. 12-01698 (Bankr. S.D.N.Y.), ECF No. 134-3 |
| 20(qqqq) | Exhibit C to the Amended Complaint filed in *Picard v. Royal Bank of Canada et al.*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.), ECF No. 145-3 |

24.     Set forth below is a chart calculating the sum total of alleged subsequent transfers made by Fairfield Sentry to the defendants listed below, after May 9, 2003, as reflected in the Trustee's complaints and certain exhibits thereto, collectively attached as **Exhibit 20** hereto:

9

| Adv. Proc. | Defendant(s) | Amount |
|---|---|---|
| 10-05345 | Citibank, N.A. et al | $100,000,000 |
| 10-05346 | Merrill Lynch International | $14,200,000 |
| 10-05348 | Nomura International PLC | $20,013,187 |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | $45,000,000 |
| 10-05353 | Natixis S.A. | $179,009,456 |
| 10-05353 | Tensyr Limited | $35,190,114 |
| 11-01724 | Pictet et Cie. | $50,386,685 |
| 11-01885 | Safra New York | $95,853,574 |
| 11-02149 | Banque Syz & Co., SA | $15,449,241 |
| 11-02493 | Abu Dhabi Investment Authority | $300,000,000 |
| 11-02537 | Orbita | $30,662,226 |
| 11-02538 | Quilvest Finance Ltd. | $37,800,113 |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | $21,855,898 |
| 11-02540 | Lion Global Investors Limited | $50,583,442 |
| 11-02541 | First Gulf Bank | $11,532,393 |
| 11-02542 | Parson Finance Panama S.A. | $11,089,081 |
| 11-02551 | Delta National Bank and Trust Company | $20,634,958 |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | $6,161,318 |
| 11-02554 | National Bank of Kuwait S.A.K. | $19,175,523 |
| 11-02568 | Cathay Life Insurance Co. LTD. | $24,496,798 |
| 11-02568 | Cathay Bank | $17,206,127 |
| 11-02569 | Barclays Private Bank | $893,988 |
| 11-02569 | Barclays Spain | $4,719,253 |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | $37,973,172 |
| 11-02570 | Banca Carige S.P.A. | $10,532,489 |
| 11-02571 | BPES | $11,426,745 |
| 11-02572 | Korea Exchange Bank | $33,593,106 |
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | $54,253,642 |
| 11-02730 | Atlantic Security Bank | $119,655,424 |
| 11-02731 | Trincaster Corporation | $13,311,800 |
| 11-02732 | Bureau of Labor Insurance | $42,123,406 |
| 11-02733 | Naidot & Co. | $12,654,907 |
| 11-02758 | Caceis Bank Luxembourg, et al. | $24,052,228 |
| 11-02762 | Lighthouse Diversified | $7,913,873 |
| 11-02762 | Lighthouse Supercash | $3,251,378 |
| 11-02763 | Inteligo Bank LTD. | $10,745,160 |
| 11-02784 | Somers Dublin Limited et al. | $6,439,891 |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | $42,980,710 |
| 11-02922 | Bank Julius Baer & Co. Ltd. | $52,949,945 |
| 11-02923 | Falcon Private Bank Ltd. | $38,675,129 |
| 11-02925 | Credit Suisse AG et al. | $256,629,647 |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | $10,350,118 |

10

| Adv. Proc. | Defendant(s) | Amount |
|---|---|---|
| 12-01002 | The Public Institution For Social Security | $30,000,000 |
| 12-01004 | Fullerton Capital PTE Ltd. | $10,290,445 |
| 12-01005 | SICO LIMITED | $14,544,620 |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | $60,595,070 |
| 12-01019 | Banco Itau International | $9,969,944 |
| 12-01021 | Grosvenor Balanced | $13,000,000 |
| 12-01021 | Grosvenor Private | $11,815,102 |
| 12-01022 | Credit Agricole (Suisse) SA | $15,654,128 |
| 12-01023 | Arden Asset Management, et al. | $12,586,659 |
| 12-01046 | SNS Bank N.V. et al. | $21,060,553 |
| 12-01047 | KOCH INDUSTRIES, INC. | $21,533,871 |
| 12-01048 | Banco General S.A. et al. | $8,240,498 |
| 12-01194 | Kookmin Bank | $42,010,302 |
| 12-01195 | Six Sis AG | $39,555,445 |
| 12-01202 | Bank Vontobel AG et. al. | $25,737,377 |
| 12-01205 | Multi Strategy Fund Ltd., et al. | $25,763,374 |
| 12-01207 | Lloyds TSB Bank PLC | $11,134,572 |
| 12-01209 | BSI AG | $27,315,640 |
| 12-01209 | Banca del Gottardo | $20,270,862 |
| 12-01210 | Schroder & Co. | $25,143,814 |
| 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | $6,477,447 |
| 12-01211 | Union Global Fund | $9,283,664 |
| 12-01211 | Union Strategy Fund | $1,445,016 |
| 12-01216 | Bank Hapoalim B.M. | $1,712,100 |
| 12-01216 | Bank Hapoalim Switzerland | $20,047,109 |
| 12-01512 | ZCM Asset Holding Co (Bermuda) LLC | $24,491,791 |
| 12-01513 | CITIVIC | $59,479,230 |
| 12-01565 | Standard Chartered Fin. Services (Luxembourg) SA, et al. | $274,029,164 |
| 12-01566 | UKFP (Asia) Nominees | $8,012,178 |
| 12-01576 | BNP Paribas S.A. et al | $3,423,190 |
| 12-01577 | UBS Deutschland AG, et al. | $7,418,484 |
| 12-01577 | LGT Switzerland | $1,095,981 |
| 12-01669 | Barfield Nominees Limited et al. | $16,178,329 |
| 12-01670 | Credit Agricole Corporate and Investment Bank/BBH | $26,121,588 |
| 12-01676 | Clariden Leu AG | $35,838,406 |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | $128,678,137 |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility | $7,913,079 |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | $3,740,436 |
| 12-01690 | EFG Bank S.A., et al. | $288,616,219 |
| 12-01691 | Banque Degroof Luxembourg | $1,303,204 |
| 12-01691 | Banque Degroof | $58,473 |
| 12-01693 | Banque Lombard Odier & Cie | $93,565,383 |

| Adv. Proc. | Defendant(s) | Amount |
|---|---|---:|
| 12-01694 | Banque Cantonale Vaudoise | $9,769,927 |
| 12-01695 | Bordier & Cie | $7,928,453 |
| 12-01697 | ABN AMRO Fund Servs. (Isle of Man) Nominees Ltd., et al. | $104,605,052 |
| 12-01698 | Banque International a Luxembourg SA/Dexia | $61,515,524 |
| 12-01699 | Royal Bank of Canada, et al. | $38,019,771 |
|  | **Total Fairfield Sentry Six-Year Subsequent Transfers**[3] | $3,541,437,752[4] |

25. Set forth below is a chart of the five alleged subsequent transfers made by Fairfield Sentry to Natixis, between January 31, 2008, to March 18, 2008, as set forth in Exhibit C of the Amended Complaint, and the amount of BLMIS funds available to Fairfield Sentry on the date of each of these five alleged subsequent transfers:

| Date | Subsequent Transfer Amount | BLMIS Funds Available to Fairfield Sentry[5] |
|---|---:|---:|
| 1/31/2008 | $14,080,000 | ($75,660,486) |
| 1/31/2008 | $3,520,000 | ($79,180,486) |
| 2/15/2008 | $14,537,693 | ($95,977,841) |
| 2/15/2008 | $3,629,874 | ($99,607,715) |
| 3/18/2008 | $11,923,728 | ($139,705,684) |

26. Set forth below is a chart of alleged subsequent transfers made by Fairfield Sentry to other subsequent transferee defendants, on May 15, 2008, based on subsequent transfers listed in the complaints and exhibits set forth at **Exhibit 17** and **Exhibit 20** hereto:

| Defendant | Adv. Pro. No. | Date | Amount |
|---|---|---|---:|
| NBK | 11-02554 | 5/15/2008 | $15,000 |
| NBK | 11-02554 | 5/15/2008 | $106,301 |
| NBK | 11-02554 | 5/15/2008 | $203,629 |
| Cathay Bank | 11-02568 | 5/15/2008 | $1,115,162 |
| Barclays Suisse | 11-02569 | 5/15/2008 | $266,021 |

---

[3] This Total has been reduced by the amount of subsequent transfers that Fairfield Sentry made to these defendants *prior* to May 9, 2003 ($46,978,004).

[4] The Trustee alleges that $2,774,320,402 of this total amount relates to subsequent transfers between May 9, 2003 to January 28, 2008.

[5] The "**BLMIS Funds Available to Fairfield Sentry**" amounts are based on the BLMIS to Fairfield Sentry initial transfers listed in Exhibit B to the Amended Complaint, and on the subsequent transfers listed in the complaints and exhibits set forth in **Exhibits 17** and **20** hereto. These amounts assume initial transfer funds received by Fairfield Sentry from BLMIS are distributed first, before use of any non-BLMIS funds to fund redemptions.

12

| Defendant | Adv. Pro. No. | Date | Amount |
|---|---|---|---|
| Barclays Suisse | 11-02569 | 5/15/2008 | $280,434 |
| Barclays Suisse | 11-02569 | 5/15/2008 | $6,837,053 |
| Inteligo | 11-02763 | 5/15/2008 | $10,000 |
| Inteligo | 11-02763 | 5/15/2008 | $104,109 |
| Inteligo | 11-02763 | 5/15/2008 | $269,438 |
| BJB | 11-02922 | 5/15/2008 | $810,454 |
| BJB | 11-02922 | 5/15/2008 | $1,771,165 |
| CreditSuisseLondonNomineesLimited | 11-02925 | 5/15/2008 | $1,769,199 |
| CreditSuisseLondonNomineesLimited | 11-02925 | 5/15/2008 | $1,306,500 |
| CreditSuisseAG, NassauBranchWealthManagement | 11-02925 | 5/15/2008 | $126,034 |
| CreditSuisseAG | 11-02925 | 5/15/2008 | $47,342 |
| Banco Itau | 12-01019 | 5/15/2008 | $93,973 |
| Banco Itau | 12-01019 | 5/15/2008 | $100,000 |
| Banco Itau | 12-01019 | 5/15/2008 | $100,000 |
| Banco Itau | 12-01019 | 5/15/2008 | $107,832 |
| Banco Itau | 12-01019 | 5/15/2008 | $109,294 |
| Banco Itau | 12-01019 | 5/15/2008 | $150,000 |
| Banco Itau | 12-01019 | 5/15/2008 | $226,096 |
| Banco Itau | 12-01019 | 5/15/2008 | $250,000 |
| Banco Itau | 12-01019 | 5/15/2008 | $273,228 |
| Banco Itau | 12-01019 | 5/15/2008 | $279,658 |
| Banco Itau | 12-01019 | 5/15/2008 | $288,653 |
| Banco Itau | 12-01019 | 5/15/2008 | $328,026 |
| Banco Itau | 12-01019 | 5/15/2008 | $382,706 |
| Banco Itau | 12-01019 | 5/15/2008 | $500,000 |
| Banco Itau | 12-01019 | 5/15/2008 | $1,577,204 |
| Banco Itau | 12-01019 | 5/15/2008 | $2,176,354 |
| Banco Itau | 12-01019 | 5/15/2008 | $3,102,096 |
| Itau International | 12-01019 | 5/15/2008 | $149,843 |
| Itau International | 12-01019 | 5/15/2008 | $75,000 |
| Itau International | 12-01019 | 5/15/2008 | $102,049 |
| Itau International | 12-01019 | 5/15/2008 | $108,265 |
| Six Sis | 12-01195 | 5/15/2008 | $6,575 |
| Six Sis | 12-01195 | 5/15/2008 | $3,945 |
| Lloyds | 12-01207 | 5/15/2008 | $260,380 |
| BSI | 12-01209 | 5/15/2008 | $21,467 |
| BSI | 12-01209 | 5/15/2008 | $131,505 |
| Banco Del Gottardo | 12-01209 | 5/15/2008 | $231,449 |
| Schroder & Co. Bank AG | 12-01210 | 5/15/2008 | $35,914 |

| Defendant | Adv. Pro. No. | Date | Amount |
|---|---|---|---|
| Union Global A Fund | 12-01211 | 5/15/2008 | $1,115,162 |
| Hapoalim Switzerland | 12-01216 | 5/15/2008 | $274,891 |
| The Standard Chartered Defendants | 12-01565 | 5/15/2008 | $130,000 |
| The Standard Chartered Defendants | 12-01565 | 5/15/2008 | $383,983 |
| The Standard Chartered Defendants | 12-01565 | 5/15/2008 | $1,350,000 |
| The Standard Chartered Defendants | 12-01565 | 5/15/2008 | $1,659,977 |
| The Standard Chartered Defendants | 12-01565 | 5/15/2008 | $1,724,411 |
| The Standard Chartered Defendants | 12-01565 | 5/15/2008 | $3,570,761 |
| BBH | 12-01670 | 5/15/2008 | $6,575 |
| BBH | 12-01670 | 5/15/2008 | $3,945 |
| Clariden/Bank Leu | 12-01676 | 5/15/2008 | $394,515 |
| Clariden/Bank Leu | 12-01676 | 5/15/2008 | $79,324 |
| Clariden/Bank Leu | 12-01676 | 5/15/2008 | $70,921 |
| Clariden/Bank Leu | 12-01676 | 5/15/2008 | $64,021 |
| EFG Bank | 12-01690 | 5/15/2008 | $2,523,580 |
| EFG Bank | 12-01690 | 5/15/2008 | $1,635,201 |
| EFG Bank | 12-01690 | 5/15/2008 | $1,446,372 |
| EFG Bank | 12-01690 | 5/15/2008 | $1,100,000 |
| EFG Bank | 12-01690 | 5/15/2008 | $373,658 |
| EFG Bank | 12-01690 | 5/15/2008 | $138,863 |
| EFG Bank | 12-01690 | 5/15/2008 | $131,505 |
| EFG Bank | 12-01690 | 5/15/2008 | $62,925 |
| EFG Bank | 12-01690 | 5/15/2008 | $12,027 |
| Lombard Odier | 12-01693 | 5/15/2008 | $163,614 |
| Lombard Odier | 12-01693 | 5/15/2008 | $84,767 |
| Bordier | 12-01695 | 5/15/2008 | $60,545 |
| ABN AMRO Defendants | 12-01697 | 5/15/2008 | $3,000,000 |
| Guernroy or RBC-CI | 12-01699 | 5/15/2008 | $30,000 |
| Fairfield Lambda | 09-01239 | 5/15/2008 | $59,517 |
| Fairfield Lambda | 09-01239 | 5/15/2008 | $1,600,000 |
| Fairfield Sigma | 09-01239 | 5/15/2008 | $1,813,003 |
| Fairfield Sigma | 09-01239 | 5/15/2008 | $28,000,000 |
| **Total Alleged Subsequent Transferee Redemptions to Other Defendants** | | | $79,273,416 |

27.     Set forth below is a chart of the two alleged subsequent transfers made by

Fairfield Sentry to Natixis, on May 15, 2008, as set forth in Exhibit C of the Amended

Complaint, and the portion of those alleged subsequent that are traceable to BLMIS funds:

14

| | **Subsequent Transfers Alleged by Trustee on May 15, 2008** | |
|---|---|---|
| [A] | Alleged Subsequent Transfers to Natixis | $54,120,854 |
| [B] | Alleged Subsequent Transferees to Other Defendants (Cioffi Decl. ¶ 26) | $79,273,416 |
| [C] | Total Alleged Subsequent Transfers [A] + [B] | $133,394,270 |
| [D] | BLMIS Funds Available to Fairfield Sentry on May 15, 2008 | $80,000,000 |
| [E] | Untraceable Subsequent Transfer Amount [C] - [D][6] | ($53,394,270) |
| [F] | Untraceable Subsequent Transfers as Percentage of Total Alleged Subsequent Transfers [E] / [C] | 40.03% |
| [G] | **Untraceable Portion of Natixis's Alleged Subsequent Transfers on May 15, 2008 [F] * [A]** | ($21,663,176) |

28. Set forth below is a chart of alleged subsequent transfers made by Fairfield Sentry to other subsequent transferee defendants, on September 15-16, 2008, based on the subsequent transfers listed in the complaints and exhibits set forth at **Exhibit 20** hereto:

| Defendant | Adv. Pro. No. | Date | Amount |
|---|---|---|---|
| Fairfield Sigma | 09-01239 | 9/15/2008 | $62,100,000 |
| Fairfield Lambda | 09-01239 | 9/15/2008 | $2,100,000 |
| Six Sis | 12-01195 | 9/15/2008 | $40,425 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $150,000 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $200,000 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $242,160 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $400,000 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $500,000 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $536,854 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $840,372 |
| The Standard Chartered Defendants | 12-01565 | 9/15/2008 | $883,275 |
| EFG Bank | 12-01690 | 9/15/2008 | $329,017 |
| EFG Bank | 12-01690 | 9/15/2008 | $30,000 |
| **Subtotal of Alleged Subsequent Transfers to Other Defendants Occurring on September 15, 2008** | | | **$68,352,103** |
| NBK | 11-02554 | 9/16/2008 | $548,468 |

---

[6] The Untraceable Subsequent Transfer Amount is based on the BLMIS to Fairfield Sentry initial transfers listed in Exhibit B to the Amended Complaint set forth in **Exhibit 1** hereto, and on the subsequent transfers listed in the complaints and exhibits set forth in **Exhibit 17** and **Exhibit 20** hereto, as calculated in paragraph 26 of the Cioffi Declaration.

15

| Defendant | Adv. Pro. No. | Date | Amount |
|---|---|---|---|
| Cathay Bank | 11-02568 | 9/16/2008 | $172,021 |
| Inteligo | 11-02763 | 9/16/2008 | $3,383 |
| Inteligo | 11-02763 | 9/16/2008 | $47,353 |
| Inteligo | 11-02763 | 9/16/2008 | $70,111 |
| Inteligo | 11-02763 | 9/16/2008 | $103,209 |
| BJB | 11-02922 | 9/16/2008 | $27,510 |
| CreditSuisseLondonNomineesLimited | 11-02925 | 9/16/2008 | $1,619,945 |
| CreditSuisseAG,NassauBranchWealthManagement | 11-02925 | 9/16/2008 | $1,188,062 |
| CreditSuisseLondonNomineesLimited | 11-02925 | 9/16/2008 | $283,000 |
| CreditSuisseLondonNomineesLimited | 11-02925 | 9/16/2008 | $67,196 |
| CreditSuisseLondonNomineesLimited | 11-02925 | 9/16/2008 | $31,770 |
| LGT Liechtenstein | 11-02929 | 9/16/2008 | $820,515 |
| Banco Itau | 12-01019 | 9/16/2008 | $111,491 |
| Banco Itau | 12-01019 | 9/16/2008 | $117,579 |
| Banco Itau | 12-01019 | 9/16/2008 | $171,443 |
| Banco Itau | 12-01019 | 9/16/2008 | $221,477 |
| Banco Itau | 12-01019 | 9/16/2008 | $263,004 |
| Banco Itau | 12-01019 | 9/16/2008 | $367,561 |
| Banco Itau | 12-01019 | 9/16/2008 | $819,063 |
| Banco Itau | 12-01019 | 9/16/2008 | $1,444,764 |
| Itau International | 12-01019 | 9/16/2008 | $207,102 |
| Itau International | 12-01019 | 9/16/2008 | $47,418 |
| Itau International | 12-01019 | 9/16/2008 | $263,433 |

| Defendant | Adv. Pro. No. | Date | Amount |
|---|---|---|---|
| BG Valores | 12-01048 | 9/16/2008 | $1,113,058 |
| Six Sis | 12-01195 | 9/16/2008 | $22,847 |
| Six Sis | 12-01195 | 9/16/2008 | $750,322 |
| Six Sis | 12-01195 | 9/16/2008 | $524,127 |
| Six Sis | 12-01195 | 9/16/2008 | $349,628 |
| Six Sis | 12-01195 | 9/16/2008 | $187,619 |
| Six Sis | 12-01195 | 9/16/2008 | $131,704 |
| Six Sis | 12-01195 | 9/16/2008 | $103,142 |
| Union Global Fund | 12-01211 | 9/16/2008 | $172,021 |
| Hapoalim Switzerland | 12-01216 | 9/16/2008 | $3,162 |
| Hapoalim BM | 12-01216 | 9/16/2008 | $167,613 |
| BNP Paribas | 12-01576 | 9/16/2008 | $104,290 |
| BBH | 12-01670 | 9/16/2008 | $750,322 |
| BBH | 12-01670 | 9/16/2008 | $524,127 |
| BBH | 12-01670 | 9/16/2008 | $349,628 |
| BBH | 12-01670 | 9/16/2008 | $187,619 |
| BBH | 12-01670 | 9/16/2008 | $131,704 |
| BBH | 12-01670 | 9/16/2008 | $103,142 |
| BBH | 12-01670 | 9/16/2008 | $40,425 |
| Clariden/Bank Leu | 12-01676 | 9/16/2008 | $161,270 |
| Clariden/Bank Leu | 12-01676 | 9/16/2008 | $149,242 |
| Clariden/Bank Leu | 12-01676 | 9/16/2008 | $23,209 |
| EFG Bank | 12-01690 | 9/16/2008 | $18,815 |

| **Defendant** | Adv. Pro. No. | Date | Amount |
|---|---|---|---|
| Lombard Odier | 12-01693 | 9/16/2008 | $13,439 |
| Guernroy or RBC-CI | 12-01699 | 9/16/2008 | $121,531 |
| **Subtotal of Alleged Subsequent Transfers to Other Defendants Occurring on September 16, 2008** | | | **$15,220,884** |
| **Total Alleged Subsequent Transfers to Other Defendants** | | | **$83,572,987** |

29. Set forth below is a chart of the alleged subsequent transfer made by Fairfield Sentry to Natixis, on September 16, 2008, as set forth in Exhibit C of the Amended Complaint, and – based on the BLMIS to Sentry initial transfers listed in Exhibit B to the Amended Complaint set forth in **Exhibit 1** hereto, and the subsequent transfers listed in the complaints and exhibits set forth in **Exhibit 17** and **Exhibit 20** hereto, as calculated in paragraph 28 of the Cioffi Declaration – the portion of these alleged subsequent transfers that are traceable to BLMIS funds:

| | **Subsequent Transfers Alleged by Trustee on September 16, 2008** | |
|---|---|---|
| [A] | Alleged Subsequent Transfers to Natixis | $74,503,218 |
| [B] | Alleged Subsequent Transfers to Other Defendants (Cioffi Decl. ¶ 28) | $15,220,884 |
| [C] | Total Alleged Subsequent Transfers [A] + [B] | $89,724,102 |
| [D] | BLMIS Funds Available to Fairfield Sentry on September 16, 2008 | $51,647,897 |
| [E] | Untraceable Subsequent Transfer Amount [C] - [D][7] | ($38,076,205) |
| [F] | Untraceable Subsequent Transfers as a Percentage of Total Alleged Subsequent Transfers [E] / [C] | 42.44% |
| [G] | **Untraceable Portion of Natixis's Alleged Subsequent Transfers on September 16, 2008** [F] * [A] | ($31,616,921) |

---

[7] The Untraceable Subsequent Transfer Amount is based on the BLMIS to Fairfield Sentry initial transfers listed in Exhibit B to the Amended Complaint set forth in **Exhibit 1** hereto, and on the subsequent transfers listed in the complaints and exhibits set forth in **Exhibit 17** and **Exhibit 20** hereto, as calculated in paragraph 28 of the Cioffi Declaration.

18

30. Attached as **Exhibit 21** is a true and correct copy of email correspondence received from counsel to the Trustee with respect to the Alpha Prime Settlement Agreement (Apr. 7, 2023).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 17, 2023
       New York, New York

                               */s/ Joseph Cioffi*
                               Joseph Cioffi