# EXHIBIT 21

## DeVito, Christine

| | |
|---|---|
| **From:** | Wasick, Joanna F. <jwasick@bakerlaw.com> |
| **Sent:** | Friday, April 7, 2023 12:43 PM |
| **To:** | Newman, Seiji |
| **Cc:** | Ramos-Mrosovsky, Carlos; Cioffi, Joseph; North, Geoffrey A; Friedman, Matthew B.; Levy, Adam; DeVito, Christine; Warshavsky, Oren J.; tduffy@duffyamedeo.com |
| **Subject:** | Picard v. Natixis SA and Tensyr (AP No. 10-05353); Picard v. Natixis FP and Bloom (AP No. 23-01017) |

Seiji and team,

I write to follow up on our conversation earlier this week.

We conferred with our Alpha Prime team, who in turn conferred with counsel for Alpha Prime (copied here). Both the Trustee and Alpha Prime agree that the 2022 agreement was <u>not</u> intended to and did <u>not</u> release existing defendants or anyone else from claims other than those concerning direct or indirect transfers of <u>money from Alpha Prime</u>. Put another way, the 2022 agreement discharged certain entities from claims only concerning direct or indirect transfers from Alpha Prime and not for any claims that the Trustee otherwise has or may have. Further, while the Trustee and Alpha Prime believe that this narrow meaning and intent of paragraph 7 is evident from reading the 2022 agreement in its entirety, and from the circumstances surrounding the agreement, the Trustee and Alpha Prime are prepared to modify the agreement to clarify the original meaning of their agreement.

Please let me know if you would like to discuss further.

Sincerely,
Joanna


**Joanna F. Wasick**
She | Her | Hers
Partner


BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4635
M +1.917.494.5239

jwasick@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

1

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

Think before you click! This email originated outside of Davis+Gilbert.

2