| | |
|---|---|
| DAVIS+GILBERT LLP<br>1675 Broadway<br>New York, NY 10019<br>T: (212) 468-4800 | Hearing Date: **October 18, 2023**<br>Objection Date: **June 16, 2023**<br>Reply Date: **July 31, 2023** |

*Attorneys for Defendant Natixis S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br>     v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>                Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF HEARING ON DEFENDANT NATIXIS S.A.'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, on April 17, 2023, Defendant Natixis S.A. ("Natixis" or "Defendant") filed its Motion to Dismiss ("Motion") and supporting papers, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.[1]

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **October 18, 2023, at 10:00 a.m.** (EST), or as soon thereafter as counsel may be heard, before the Honorable Judge Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. All parties who wish to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must refer to the Court's guidelines for remote appearances and are required to make arrangements to appear via Zoom for Government. Further instructions regarding remote appearances via Zoom for Government can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on January 10, 2023 (ECF No. 192), oppositions to the Motion, if any, shall be filed by **June 16, 2023**, and any reply in further support of the Motion shall be filed by **July 31, 2023**.

---

[1] As stated in the Motion, Natixis does not consent to the entry of final orders or judgment by this Court.

1

2

Dated:  April 17, 2023
     New York, New York           **DAVIS+GILBERT LLP**

          By: */s/ Joseph Cioffi*
              Joseph Cioffi
              Bruce M. Ginsberg
              H. Seiji Newman
              Adam M. Levy
              Christine DeVito
              1675 Broadway
              New York, NY 10019
              T: (212) 468-4800
              jcioffi@dglaw.com
              bginsberg@dglaw.com
              hsnewman@dglaw.com
              alevy@dglaw.com
              cdevito@dglaw.com

              *Attorneys for Defendant Natixis S.A.*