DAVIS+GILBERT LLP  
1675 Broadway  
New York, NY 10019  
T: (212) 468-4800  

*Attorneys for Defendant Natixis S.A.*

Hearing Date: **October 18, 2023**  
Objection Date: **June 16, 2023**  
Reply Date: **July 31, 2023**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                 Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                 Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br>                 Plaintiff, <br> v. <br><br> NATIXIS S.A. and TENSYR LTD., <br><br>                 Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I caused the Notice of Defendant Natixis S.A.'s Motion to Dismiss, the Memorandum of Law in Support of Defendant Natixis S.A.'s Motion to Dismiss, the Declaration of Joseph Cioffi in Support of Natixis S.A.'s Motion to Dismiss the Amended Complaint, the Notice of Hearing on Defendant Natixis S.A.'s Motion to Dismiss, and all exhibits thereto, to be served on all counsel of record in the above-captioned adversary proceeding by filing them via the Court's Electronic Case Filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

2

Dated: April 17, 2023
      New York, New York                 **DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
Bruce M. Ginsberg
H. Seiji Newman
Adam M. Levy
Christine DeVito
1675 Broadway
New York, NY 10019
T: (212) 468-4800
jcioffi@dglaw.com
bginsberg@dglaw.com
hsnewman@dglaw.com
alevy@dglaw.com
cdevito@dglaw.com

*Attorneys for Defendant Natixis S.A.*

2