| | |
|---|---|
| **FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>timothy.harkness@freshfields.com<br>david.livshiz@freshfields.com<br>christian.vandergeest@freshfields.com | Hearing Date: October 18, 2023<br>Opposition Date: June 16, 2023<br>Reply Date: July 31, 2023 |

*Attorneys for Tensyr Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Tensyr Limited's Motion to Dismiss the Amended Complaint and the accompanying Declarations of Christian J. Vandergeest and Ellen Chislett, dated as of the date hereof and exhibits thereto, and all prior pleadings and proceedings herein, Defendant Tensyr Limited ("Tensyr") will move this Court on October 18, 2023, at 10am (prevailing Eastern time), or as soon thereafter as counsel may be heard, for an order dismissing the Amended Complaint (ECF No. 193) filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, with prejudice, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on January 10, 2023, any opposition to the Motion shall be filed by June 16, 2023, and any reply in further support of the Motion shall be filed by July 31, 2023.

Dated: New York, New York
April 17, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: *s/ David Y. Livshiz*
Timothy P. Harkness
David Y. Livshiz
Christian Vandergeest

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com

*Attorneys for Defendant Tensyr Limited*