# Exhibit A



# JERSEY FINANCIAL SERVICES COMMISSION

## COMPANIES (JERSEY) LAW 1991

### *CERTIFICATE OF INCORPORATION OF A LIMITED COMPANY*

**Registered Number 95248**

## I HEREBY CERTIFY THAT

### TENSYR LIMITED

**is this day incorporated as a private company
under the Companies (Jersey) Law 1991**

Dated this 27th day of November 2006



*For and on behalf of the Registrar*

Under Article 13 of the Companies (Jersey) Law 1991, as amended, Jersey companies shall end (a) with the word "Limited" or the abbreviation "Ltd" or (b) with the words "avec responsabilité limitée" or the abbreviation "a.r.l". A company which uses (a) or (b) may, in setting out or using its name for any purpose under this law, do so in full or in the abbreviated form, as it prefers.

*Registrar: John Harris BA (Hons), FCIB*        *Deputy Registrar: Julian S Lamb FCCA FSI*

DTRYPFD