# Exhibit F



| | DDA CASH ACCOUNT STATEMENT | CURR BUS DAY: 19-FEB-07 |
|---|---|---|

The BANK of NEW YORK.

| ID NO: | 5616890036 | | | | FROM: | 18-DEC-06 |
|---|---|---|---|---|---|---|
| ACCOUNT: | I-103562058400 | | | | TO: | 16-FEB-07 |
| | TENSYR CASH ACCOUNT SEC | | | | | |
| CURRENCY: | USD - US DOLLAR | | | | | |

| BOOK DATE | BANK REF | CLIENT REF | VAL DATE | AMOUNT | D/C |
|---|---|---|---|---|---|
| DETAILS | | | | | |
| 29-DEC-06 | J0612286004481001 | TENSRY FAIRFIELD | 29-DEC-06 | 400,000,000.00 | D |
| STATEMENT: DR-MONEY TRANSFER DEBIT | | | | | |
| BNF:FAIRFIELD SENTRY LTD | | | | | |
| REL REF:WHITELEY CHAMBER | | | | | |
| A/C WITH:CITCO BANK NEDERLAND N.V., DUBLIN B | | | | | |
| | | TOTAL DEBIT AMOUNT: | | 400,103,748.20 D | D |

ID: RWCR0124    CREATED: 2/19/2007, 7:15:27 AM    PAGE    8