**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> NATIXIS S.A. and TENSYR LTD., <br><br> Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**DECLARATION OF CHRISTIAN J. VANDERGEEST IN SUPPORT**
**OF TENSYR LIMITED'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, Christian J. Vandergeest deposes and says:

1. I am an attorney at Freshfields Bruckhaus Deringer US LLP and represent Defendant Tensyr Limited ("Tensyr"). I am licensed by the State of New York and admitted to practice before this Court. I respectfully submit this declaration in support of Tensyr's Motion to Dismiss the Amended Complaint filed by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, in the above-captioned adversary proceeding.

2. This declaration is based on my review of documents in the record in this consolidated Securities Investor Protection Act proceeding, docket no. 08-01789-CGM (the "SIPA Proceeding"); documents filed in other BLMIS-related proceedings; and publicly available documents.

3. Attached hereto as Exhibit A is a true and correct copy of the Fairfield Settlement Agreement, Picard v. Fairfield Sentry Ltd., et al., Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. May 9, 2011), ECF No. 69-2. The Fairfield Settlement Agreement was approved by this Court. See Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. June 7, 2011), ECF No. 92.

4. Attached hereto as Exhibit B is a true and correct copy of the Fairfield Second Amended Complaint, Picard v. Fairfield Sentry Ltd., et al., Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF. No. 286 (with Exhibits 5, 6, 8, 10, 12, 13, 14, and 21).

5. Attached hereto as Exhibit C is a true and correct copy of the United Kingdom Privy Council's judgment in Fairfield Sentry Ltd. v. Migani, [2014] UKPC 9, available at https://www.jcpc.uk/cases/docs/jcpc-2012-0061-judgment.pdf.

6. As shown in paragraphs 7 to 9 below, the Trustee claims that between May 9, 2003 and April 7, 2023, Fairfield Sentry transferred more than $5 billion of Bernard L. Madoff Investment Securities LLC customer property to alleged subsequent transferees.

7. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers of Bernard L. Madoff Investment Securities LLC customer property from Fairfield Sentry between May 9, 2003 and April 7, 2023, in the complaints and/or exhibits thereto filed by the Trustee:

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 10-05345 | Citibank, N.A., et al. | $ (100,000,000) |
| 10-05346 | Merrill Lynch International | $ (14,200,000) |
| 10-05348 | Nomura International PLC | $ (20,013,186) |
| 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | $ (45,000,000) |
| 11-01724 | Pictet et Cie. | $ (50,386,685) |
| 10-05353 | Tensyr Limited | $ (35,190,115) |
| 10-05353 | Natixis S.A. | $ (179,009,456) |
| 11-01885 | Safra New York | $ (95,853,575) |
| 11-02149 | Banque Syz & Co., SA | $ (15,449,241) |
| 11-02493 | Abu Dhabi Investment Authority | $ (300,000,000) |
| 11-02537 | Orbita | $ (30,662,226) |
| 11-02538 | Quilvest Finance Ltd. | $ (37,800,115) |
| 11-02539 | Meritz Fire & Insurance Co. Ltd. | $ (21,855,898) |
| 11-02540 | Lion Global Investors Limited | $ (50,583,443) |
| 11-02541 | First Gulf Bank | $ (11,532,393) |
| 11-02542 | Parson Finance Panama S.A. | $ (11,089,081) |
| 11-02551 | Delta National Bank and Trust Company | $ (20,634,958) |
| 11-02553 | Unifortune Asset Management SGR SpA, et al. | $ (6,161,319) |
| 11-02554 | National Bank of Kuwait S.A.K. | $ (19,175,523) |
| 11-02568 | Cathay Life Insurance Co. Ltd. | $ (24,496,799) |
| 11-02568 | Cathay Bank | $ (17,206,126) |
| 11-02569 | Barclays Private Bank | $ (893,988) |
| 11-02569 | Barclays Spain | $ (4,719,252) |
| 11-02569 | Barclays Bank (Suisse) S.A. et al. | $ (37,973,175) |
| 11-02570 | Banca Carige S.P.A. | $ (10,532,489) |
| 11-02571 | BPES | $ (11,426,745) |
| 11-02572 | Korea Exchange Bank | $ (33,593,108) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---:|
| 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | $ (54,253,642) |
| 11-02730 | Atlantic Security Bank | $ (119,655,424) |
| 11-02731 | Trincaster Corporation | $ (13,311,800) |
| 11-02732 | Bureau of Labor Insurance | $ (42,123,406) |
| 11-02733 | Naidot & Co. | $ (12,654,907) |
| 11-02758 | Caceis Bank Luxembourg, et al. | $ (24,052,229) |
| 11-02762 | Lighthouse Diversified | $ (7,913,873) |
| 11-02762 | Lighthouse Supercash | $ (3,251,378) |
| 11-02763 | Inteligo Bank Ltd. | $ (10,745,161) |
| 11-02784 | Somers Dublin Limited et al. | $ (6,439,891) |
| 11-02910 | Merrill Lynch Bank (Suisse) SA | $ (42,980,708) |
| 11-02922 | Bank Julius Baer & Co. Ltd. | $ (52,949,944) |
| 11-02923 | Falcon Private Bank Ltd. | $ (38,675,129) |
| 11-02925 | Credit Suisse AG et al. | $ (256,629,645) |
| 11-02929 | LGT Bank in Liechtenstein Ltd. | $ (10,350,118) |
| 12-01002 | The Public Institution For Social Security | $ (30,000,000) |
| 12-01004 | Fullerton Capital PTE Ltd. | $ (10,290,445) |
| 12-01005 | SICO LIMITED | $ (14,544,621) |
| 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | $ (60,595,069) |
| 12-01019 | Banco Itau International | $ (9,969,942) |
| 12-01021 | Grosvenor Balanced | $ (13,000,000) |
| 12-01021 | Grosvenor Private | $ (11,815,102) |
| 12-01022 | Credit Agricole (Suisse) SA | $ (15,654,127) |
| 12-01023 | Arden Asset Management, et al. | $ (12,586,659) |
| 12-01046 | SNS Bank N.V. et al. | $ (21,060,551) |
| 12-01047 | Koch Industries, Inc. | $ (21,533,871) |
| 12-01048 | Banco General S.A. et al. | $ (8,240,499) |
| 12-01194 | Kookmin Bank | $ (42,010,303) |
| 12-01195 | Six Sis AG | $ (39,555,439) |
| 12-01202 | Bank Vontobel AG et al. | $ (25,737,379) |
| 12-01205 | Multi Strategy Fund Ltd., et al. | $ (25,763,374) |
| 12-01207 | Lloyds TSB Bank PLC | $ (11,134,574) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01209 | BSI AG | $ (27,315,638) |
| 12-01209 | Banca del Gottardo | $ (20,270,860) |
| 12-01210 | Schroder & Co. | $ (25,143,816) |
| 12-01211 | Union Global A Fund | $ (6,477,447) |
| 12-01211 | Union Global Fund | $ (9,283,664) |
| 12-01211 | Union Strategy Fund | $ (1,445,016) |
| 12-01216 | Bank Hapoalim Switzerland | $ (20,047,109) |
| 12-01216 | Bank Hapoalim B.M. | $ (1,712,100) |
| 12-01512 | ZCM Asset Holding Co. (Bermuda) LLC | $ (24,491,791) |
| 12-01513 | CITIVIC | $ (59,479,232) |
| 12-01565 | Standard Chartered Financial Services (Luxembourg) SA, et al. | $ (274,029,164) |
| 12-01566 | UKFP (Asia) Nominees | $ (8,012,183) |
| 12-01576 | BNP Paribas S.A., et al. | $ (3,423,188) |
| 12-01577 | UBS Deutschland AG, et al. | $ (7,418,486) |
| 12-01577 | LGT Switzerland | $ (1,095,980) |
| 12-01669 | Barfield Nominees Ltd., et al. | $ (16,178,329) |
| 12-01670 | Credit Agricole Corporate and Investment Bank/ BBH | $ (26,121,583) |
| 12-01676 | Clariden Leu AG | $ (35,838,401) |
| 12-01677 | Societe General Private Banking (Suisse) SA, et al. | $ (128,678,138) |
| 12-01680 | Intesa Sanpaolo SpA-Low Volatility | $ (7,913,079) |
| 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | $ (3,740,436) |
| 12-01690 | EFG Bank S.A. | $ (187,418,854) |
| 12-01690 | EFG Bank (Monaco) S.A.M. | $ (5,045,022) |
| 12-01690 | EFG Bank & Trust (Bahamas) Limited | $ (96,152,343) |
| 12-01691 | Banque Degroof Luxembourg | $ (1,303,203) |
| 12-01691 | Banque Degroof | $ (58,473) |
| 12-01693 | Banque Lombard Odier & Cie | $ (93,493,502) |
| 12-01694 | Banque Cantonale Vaudoise | $ (9,769,927) |
| 12-01695 | Bordier & Cie | $ (7,928,454) |
| 12-01697 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al. | $ (104,605,052) |
| 12-01698 | Banque International à Luxembourg SA/Dexia | $ (61,515,524) |

| ADV. PROC. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 12-01699 | Royal Bank of Canada, et al. | $ (38,019,770) |
| | **Total Sentry Six-Year Transfers to Investors** | **$ (3,588,343,870)** |
| | Less Pre-May 9, 2003 transfers | $ 46,978,004 |
| | **Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003)** | **$ (3,541,365,866)** |

8. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Fairfield Sentry between May 9, 2003 and April 7, 2023, in Exhibits 5 and 6 to the Second Amended Complaint in the Fairfield Action, <u>Picard v. Fairfield Sentry Ltd., et al.</u>, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF. No. 286, attached as Exhibit B hereto:

| EXHIBIT NO. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 286-5 | Fairfield Sigma Limited | $ (772,690,257) |
| 286-6 | Fairfield Lambda Limited | $ (51,991,017) |
| | **Total Sentry Six-Year Transfers to Investors** | **$ (824,681,274)** |

9. Set forth below is a chart calculating the sum total of amounts claimed by the Trustee as subsequent transfers from Fairfield Sentry between May 9, 2003 and April 7, 2023, in Exhibits 8, 10, 12, 13, 14, and 21 to the Second Amended Complaint in the Fairfield Action, <u>Picard v. Fairfield Sentry Ltd., et al.</u>, Adv. Proc. No. 09-1239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF. No. 286, attached as Exhibit B hereto:

| EXHIBIT NO. | DEFENDANT(S) | AMOUNT |
|---|---|---|
| 286-8 | FIF Advanced Limited | $ (45,206,428) |
| 286-10 | Fairfield Investment Fund Limited | $ (337,718,887) |
| 286-12 | Fairfield Greenwich Limited | $ (87,440,586) |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | $ (611,613,040) |
| 286-14 | Fairfield Greenwich Advisors | $ (56,013,598) |
| 286-21 | Amit Vijayvergiya | $ (955,465) |

| EXHIBIT NO. | DEFENDANT(S) | | AMOUNT |
|---|---|---|---|
| | Total Sentry Six-Year Transfers to Investors | $ | (1,138,948,004) |
| | Less Pre-May 9, 2003 transfers | $ | 103,688,693 |
| | Total Sentry Six-Year Transfers to Investors After First Potentially Avoidable Sentry Initial Transfer (May 9, 2003) | $ | (1,035,259,311) |

10. Based on my review of the complaints listed in paragraph 7 above, the Trustee alleges that between April 13, 2006 and July 19, 2007, Fairfield Sentry made more than 750 subsequent transfers to defendants in the SIPA Proceeding. In total, these alleged transfers sum to more than $470,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 17, 2023

By: _____
Christian J. Vandergeest