| | |
|---|---|
| **FRESHFIELDS BRUCKHAUS DERINGER US LLP** | Hearing Date: October 18, 2023 |
| 601 Lexington Avenue, 31st Floor | Opposition Date: June 16, 2023 |
| New York, New York 10022 | Reply Date: July 31, 2023 |
| Telephone: (212) 277-4000 | |
| Facsimile: (212) 277-4001 | |
| timothy.harkness@freshfields.com | |
| david.livshiz@freshfields.com | |
| christian.vandergeest@freshfields.com | |

*Attorneys for Tensyr Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                       Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>                       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                       Plaintiff,<br><br>      v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>                       Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF HEARING**
**ON MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, on April 17, 2023, Defendant Tensyr Limited ("Tensyr") filed its Motion to Dismiss (the "Motion") the Amended Complaint in the above-captioned action, ECF No. 193, with prejudice, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on October 18, 2023, at 10am (prevailing Eastern time), or as soon thereafter as counsel may be heard, before the Honorable Cecilia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive, the Hearing will be conducted remotely via Zoom pending further order of the Court. Any party wishing to appear must register their appearance with the eCourt Appearances tool by 4pm at least two business days before the scheduled hearing. The eCourt Appearances tool can be accessed at https://www.nysb.uscourts.gov/ecourt-appearances.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on January 10, 2023, any opposition to the Motion shall be filed by **June 16, 2023**, and any reply in further support of the Motion shall be filed by **July 31, 2023**.

Dated: New York, New York  
April 17, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: *s/ David Y. Livshiz*  
Timothy P. Harkness  
David Y. Livshiz  
Christian Vandergeest

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com

*Attorneys for Defendant Tensyr Limited*

2