**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>LLOYDS TSB BANK PLC,<br><br>Defendant. | Adv. Pro. No. 12-01207 (CGM) |

**STIPULATION AND AGREED ORDER EXTENDING**
**TIME FOR INITIAL DISCLOSURES**

**WHEREAS**, Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee") has brought Adversary Proceeding No. 12-01207 (CGM) (the "Action") against defendant Lloyds TSB Bank PLC ("Defendant") (collectively with the Trustee, the "Parties").

**WHEREAS**, on December 15, 2022, the Court entered a Case Management Plan in the Action (Dkt. No. 121) (the "CMP").

**WHEREAS**, pursuant to the CMP, initial disclosures required under Federal Rule of Civil Procedure 26(a)(1)(A) were to be served on or before 45 days after the date of entry of the CMP, which fell on January 30, 2023 (the "Initial Disclosure Deadline").

**WHEREAS**, prior to January 30, 2023, the Parties informally agreed to an extension of the Initial Disclosure Deadline.

**WHEREAS**, the Parties have conferred and mutually agreed to a further extension of the Initial Disclosure Deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, that:

1. The Initial Disclosure Deadline is extended up to and including May 19, 2023.
2. All other provisions of the CMP are unaffected by this order.

[*Signatures on following page*]

<860105>
</860105>
<860105>
</860105>
<860105></860105>

<860105>08-01789-cgm    Doc 23125    Filed 04/18/23    Entered 04/18/23 13:11:18    Main Document
Pg 3 of 3</860105>

CONSENTED AND AGREED TO:

| | |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Anthony L. Paccione* |
| **Baker & Hostetler LLP** | **Katten Muchin Rosenman LLP** |
| 45 Rockefeller Plaza | 50 Rockefeller Plaza |
| New York, New York 10111 | New York, New York 10020 |
| Telephone: (212) 589-4200 | Telephone: (212) 940-8800 |
| Facsimile: (212) 589-4201 | Anthony L. Paccione |
| Nicholas J. Cremona | Email: anthony.paccione@katten.com |
| Email: ncremona@bakerlaw.com | Mark T. Ciani |
| Robyn M. Feldstein | Email: mark.ciani@katten.com |
| Email: rfeldstein@bakerlaw.com | |
| Jessica H. Fernandez | *Attorneys for Defendant Lloyds TSB Bank PLC* |
| Email: jfernandez@bakerlaw.com | *(now known as Lloyds Bank plc)* |
| Shelley Fredericks | |
| Email: sfredericks@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**SO ORDERED.**



**/s/ Cecelia G. Morris**
_____

**Dated: April 18, 2023**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**