**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> NATIXIS S.A. and TENSYR LTD., <br><br> Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM CM/ECF**

**PLEASE TAKE NOTICE**, that Laurie A. Morgan, of Freshfields Bruckhaus Deringer US LLP, hereby withdraws her appearance as counsel for Defendant Tensyr Limited. Laurie A. Morgan requests removal from any applicable service lists, including the Court's CM/ECF system in reference to this case. All other currently appearing counsel for Tensyr Limited continue to serve as counsel in this case.

- 2 -

Dated:  April 18, 2022    FRESHFIELDS BRUCKHAUS DERINGER US LLP
       New York, New York

                                  By:  */s/ Laurie A. Morgan*
                                       Laurie A. Morgan
                                       Freshfields Bruckhaus Deringer US LLP
                                       601 Lexington Avenue, 31st Floor
                                       New York, NY 10022
                                       (212) 230-4607
                                       laurie.morgan@freshfields.com