**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>          v.<br><br>SIX SIS AG,<br><br>                    Defendant. | Adv. Pro. No. 12-01195 (CGM) |

**MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 2090-1(e), Yasmine Lahlou respectfully moves to withdraw her appearance as attorney for Defendant SIX SIS AG and for the Court to direct the Clerk to remove her name from the electronic docket in this case. The undersigned makes this motion because I am no longer personally involved in this case on Defendant's behalf. Chaffetz Lindsey LLP will continue to serve as Defendant's counsel.

Dated:          New York, New York        Respectfully Submitted,
                April 18, 2023

                                          /s/ Yasmine Lahlou
                                          Yasmine Lahlou

                                          CHAFFETZ LINDSEY LLP
                                          1700 Broadway, 33rd Floor
                                          New York, NY 10019
                                          Tel. (212) 257-6960
                                          Fax (212) 257-6950
                                          www.chaffetzlindsey.com

                                          *Attorneys for SIX SIS AG*


                                   SO ORDERED


Dated: _____, 2023        _____
       New York, New York          HON. CECILIA G. MORRIS
                                   UNITED STATES BANKRUPTCY JUDGE