## EXHIBIT A

### EXHIBIT 2 – OBJECTING CLAIMANTS
List Of Claimants Invested In The BLMIS Accounts Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Invested In | BLMIS Account Number |
|---|---|---|---|---|---|
| James & Barbara Prochilo | 004559 | 5848 | Becker & Poliakoff LLP | Peerstate Equity Fund LP c/o Robert N Getz | 1ZB295 |
| Richard Laratro | 009483 | 3536 | Milberg LLP | Gettinger Management LLC Profit Sharing Plan | 1G0386 |
| SMT Investors LLC | 015843 | 3651 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |