Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| SAGE ASSOCIATES C/O LILLIAN SAGE | 1S0004 |
| SAGE REALTY C/O LILLIAN SAGE | 1S0316 |
| SAGE ASSOCIATES C/O LILLIAN SAGE | 1S0547 |