**BLMIS ACCOUNT NO. 1S0004 (FORMERLY 101902) - SAGE ASSOCIATES C/O LILLIAN SAGE**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 3/31/1981 | PRINCIPAL CREDIT MARCH 1981 | 182,295 [1] | 182,295 | - | - | - | 182,295 | - | - | - |
| 4/20/1981 | CHECK | (3,044) | - | (3,044) | - | - | 179,251 | - | - | - |
| 4/22/1981 | CHECK | (3,996) | - | (3,996) | - | - | 175,255 | - | - | - |
| 5/11/1981 | CHECK | (1,120) | - | (1,120) | - | - | 174,136 | - | - | - |
| 6/5/1981 | CHECK | (2,998) | - | (2,998) | - | - | 171,138 | - | - | - |
| 6/23/1981 | CHECK | (3,477) | - | (3,477) | - | - | 167,661 | - | - | - |
| 7/16/1981 | CHECK | (1,121) | - | (1,121) | - | - | 166,540 | - | - | - |
| 8/4/1981 | CHECK | (3,997) | - | (3,997) | - | - | 162,543 | - | - | - |
| 8/20/1981 | CHECK | (3,479) | - | (3,479) | - | - | 159,064 | - | - | - |
| 9/9/1981 | CHECK | (981) | - | (981) | - | - | 158,083 | - | - | - |
| 9/24/1981 | CHECK | (3,999) | - | (3,999) | - | - | 154,084 | - | - | - |
| 10/27/1981 | CHECK | (3,287) | - | (3,287) | - | - | 150,796 | - | - | - |
| 11/9/1981 | CHECK | (1,190) | - | (1,190) | - | - | 149,606 | - | - | - |
| 11/23/1981 | CHECK | (3,788) | - | (3,788) | - | - | 145,818 | - | - | - |
| 12/7/1981 | CHECK | (2,603) | - | (2,603) | - | - | 143,216 | - | - | - |
| 12/24/1981 | CHECK | (844) | - | (844) | - | - | 142,372 | - | - | - |
| 1/25/1982 | CHECK | (3,999) | - | (3,999) | - | - | 138,372 | - | - | - |
| 1/26/1982 | CHECK | (2,601) | - | (2,601) | - | - | 135,771 | - | - | - |
| 2/24/1982 | CHECK | (1,129) | - | (1,129) | - | - | 134,643 | - | - | - |
| 3/18/1982 | CHECK | (3,499) | - | (3,499) | - | - | 131,144 | - | - | - |
| 4/5/1982 | CHECK | (3,286) | - | (3,286) | - | - | 127,858 | - | - | - |
| 4/28/1982 | CHECK | (1,199) | - | (1,199) | - | - | 126,658 | - | - | - |
| 5/18/1982 | CHECK | (3,788) | - | (3,788) | - | - | 122,870 | - | - | - |
| 5/24/1982 | CHECK | (3,473) | - | (3,473) | - | - | 119,397 | - | - | - |
| 6/10/1982 | CHECK | (851) | - | (851) | - | - | 118,545 | - | - | - |
| 7/13/1982 | CHECK | (2,469) | - | (2,469) | - | - | 116,076 | - | - | - |
| 7/22/1982 | CHECK | (3,997) | - | (3,997) | - | - | 112,079 | - | - | - |
| 4/16/1984 | CHECK | (143,188) | - | (143,188) | - | - | (31,109) | - | - | - |
| 5/28/1985 | TRANS FROM M SAGE TRUST (101904) | 180,000 [2] | - | - | 123,254 | - | 92,145 | - | - | - |
| 4/13/1987 | CHECK | (40,000) | - | (40,000) | - | - | 52,145 | - | - | - |
| 4/13/1987 | TRANS TO SAGE REALTY (1S0006) | (20,000) | - | - | - | (20,000) | 32,145 | - | - | - |
| 7/29/1988 | SPIRAL NOTEBOOK CHECK | (190,000) | - | (190,000) | - | - | (157,855) | - | - | - |
| 2/15/1990 | CHECK | (200,000) | - | (200,000) | - | - | (357,855) | - | - | - |
| 4/8/1991 | CHECK | (363,333) | - | (363,333) | - | - | (721,188) | - | - | - |
| 4/8/1991 | TRANS TO SAGE REALTY (1S0006) | (136,667) [3] | - | - | - | - | (721,188) | - | - | - |
| 1/15/1993 | CHECK | (100,000) | - | (100,000) | - | - | (821,188) | - | - | - |
| 2/2/1998 | CHECK | (180,000) | - | (180,000) | - | - | (1,001,188) | - | - | - |
| 2/12/1999 | CHECK | (150,000) | - | (150,000) | - | - | (1,151,188) | - | - | - |
| 9/30/1999 | TRANS TO 1S000730 (1S0007) | (182,290) [3] | - | - | - | - | (1,151,188) | - | - | - |
| 12/1/1999 | CHECK | (200,000) | - | (200,000) | - | - | (1,351,188) | - | - | - |
| 12/1/1999 | TRANS TO L SAGE (1S0007) | (44,788) [3] | - | - | - | - | (1,351,188) | - | - | - |

08-01789-cgm    Doc 23132-2    Filed 04/19/23    Entered 04/19/23 19:04:12    Exhibit B
Pg 2 of 4

BLMIS ACCOUNT NO. 1S0004 (FORMERLY 101902) - SAGE ASSOCIATES C/O LILLIAN SAGE

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 4/10/2000 | CHECK | (500,000) | - | (500,000) | - | - | (1,851,188) | - | - | - |
| 4/10/2000 | TRANS TO 1S031630 (1S0316) | (100,000) [3] | - | - | - | - | (1,851,188) | - | - | - |
| 9/1/2000 | CHECK | (300,000) | - | (300,000) | - | - | (2,151,188) | - | - | - |
| 1/16/2001 | CHECK | (450,000) | - | (450,000) | - | - | (2,601,188) | - | - | - |
| 6/4/2001 | CHECK | (450,000) | - | (450,000) | - | - | (3,051,188) | - | - | - |
| 11/26/2001 | CHECK | (6,000,000) | - | (6,000,000) | - | - | (9,051,188) | - | - | - |
| 4/10/2007 | CHECK | (1,800,000) | - | (1,800,000) | - | - | (10,851,188) | - | (1,800,000) | (1,800,000) |
| 6/4/2007 | CHECK | (900,000) | - | (900,000) | - | - | (11,751,188) | - | (900,000) | (900,000) |
| 9/12/2007 | CHECK | (450,000) | - | (450,000) | - | - | (12,201,188) | - | (450,000) | (450,000) |
| 12/14/2007 | CHECK | (360,000) | - | (360,000) | - | - | (12,561,188) | - | (360,000) | (360,000) |
| 4/1/2008 | TRANS TO 1S054730 (1S0547) | (23,814,204) [3] | - | - | - | - | (12,561,188) | - | - | - |
| | Total: | | $182,295 | $(12,846,737) | $ 123,254 | $ (20,000) | $ (12,561,188) | $ - | $(3,510,000) | $(3,510,000) |

[1] Exhibit B sets forth a cash flow forensic analysis of the specified account(s) from March 1981 up to December 11, 2008, as applicable. Although records of BLMIS Customer Statements exist back to November 1978 in some circumstances, there is less financial information on those BLMIS Customer Statements. Accordingly, the attached cash flow analysis provides the accountholder(s) with a beneficial presumption that the cash and securities on a historical cost basis in the account(s) as of March 1981 were principal and did not include any fictitious profits.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

**BLMIS ACCOUNT NO. 1S0316 - SAGE REALTY C/O LILLIAN SAGE**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 8/19/1997 | TRANS FROM 1S000610 *(1S0006)* | 2,124,390 [1] | - | - | - | - | - | - | - | - |
| 2/2/1998 | TRANS FROM 1S000730 *(1S0007)* | 50,000 [1] | - | - | - | - | - | - | - | - |
| 2/17/1998 | CHECK | 300,000 | 300,000 | - | - | - | 300,000 | - | - | - |
| 12/1/1998 | TRANS TO MMRN *(1M0124)* | (20,000) | - | - | - | (20,000) | 280,000 | - | - | - |
| 1/4/1999 | TRANS TO MMRN *(1M0124)* | (60,000) | - | - | - | (60,000) | 220,000 | - | - | - |
| 1/4/1999 | TRANS FROM L SAGE *(1S0007)* | 50,000 [1] | - | - | - | - | 220,000 | - | - | - |
| 2/12/1999 | CHECK | (100,000) | - | (100,000) | - | - | 120,000 | - | - | - |
| 7/21/1999 | CHECK | (200,000) | - | (200,000) | - | - | (80,000) | - | - | - |
| 4/10/2000 | TRANS FROM 1S000430 *(1S0004)* | 100,000 [1] | - | - | - | - | (80,000) | - | - | - |
| 12/20/2000 | TRANS TO MMRN 1M012430 *(1M0124)* | (20,000) [2] | - | - | - | - | (80,000) | - | - | - |
| 12/28/2001 | CHECK | 100,000 | 100,000 | - | - | - | 20,000 | - | - | - |
| 12/28/2001 | CHECK | 100,000 | 100,000 | - | - | - | 120,000 | - | - | - |
| 12/28/2001 | CHECK | 200,000 | 200,000 | - | - | - | 320,000 | - | - | - |
| 12/31/2003 | TRANS TO 1M012430 *(1M0124)* | (88,000) | - | - | - | (88,000) | 232,000 | - | - | - |
| 12/22/2004 | CHECK | (225,000) | - | (225,000) | - | - | 7,000 | - | - | (225,000) |
| 12/22/2004 | TRANS TO 1M012430 *(1M0124)* | (96,000) [3] | - | - | - | (7,000) | - | - | - | - |
| 12/28/2005 | CHECK | (400,000) | - | (400,000) | - | - | (400,000) | - | - | (400,000) |
| 12/28/2005 | TRANS TO 1M012430 *(1M0124)* | (96,000) [2] | - | - | - | - | (400,000) | - | - | - |
| 3/20/2006 | CHECK | (1,300,000) | - | (1,300,000) | - | - | (1,700,000) | - | - | (1,300,000) |
| 3/20/2006 | TRANS TO 1M012430 *(1M0124)* | (70,000) [2] | - | - | - | - | (1,700,000) | - | - | - |
| 9/28/2006 | CHECK | (175,000) | - | (175,000) | - | - | (1,875,000) | - | - | (175,000) |
| 12/13/2006 | CHECK | (150,000) | - | (150,000) | - | - | (2,025,000) | - | (150,000) | (150,000) |
| 2/9/2007 | CHECK | (150,000) | - | (150,000) | - | - | (2,175,000) | - | (150,000) | (150,000) |
| 4/10/2007 | CHECK | (75,000) | - | (75,000) | - | - | (2,250,000) | - | (75,000) | (75,000) |
| 9/12/2007 | CHECK | (50,000) | - | (50,000) | - | - | (2,300,000) | - | (50,000) | (50,000) |
| 12/26/2007 | TRANS TO 1M012430 *(1M0124)* | (55,000) [2] | - | - | - | - | (2,300,000) | - | - | - |
| 1/23/2008 | CHECK | (275,000) | - | (275,000) | - | - | (2,575,000) | - | (275,000) | (275,000) |
| 4/4/2008 | CHECK | (2,670,000) | - | (2,670,000) | - | - | (5,245,000) | - | (2,670,000) | (2,670,000) |
| | Total: | | $ 700,000 | $ (5,770,000) | $ - | $ (175,000) | $ (5,245,000) | $ - | $ (3,370,000) | $ (5,470,000) |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.

**BLMIS ACCOUNT NO. 1S0547 - SAGE ASSOCIATES C/O LILLIAN SAGE**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Amount as Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 4/1/2008 | TRANS FROM 1S000430 *(1S0004)* | 23,814,204 [1] | - | - | - | - | - | - | - | - |
| 4/4/2008 | CHECK | (10,000,000) | - | (10,000,000) | - | - | (10,000,000) | - | (10,000,000) | (10,000,000) |
| | Total: | | $ - | $ (10,000,000) | $ - | $ - | $ (10,000,000) | $ - | $ (10,000,000) | $ (10,000,000) |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.