## SUBSEQUENT TRANSFERS FROM SAGE REALTY
## TO ANN PASSER

| Date | Transferor | Transferee | Transfer Amount |
|---|---|---|---|
| 12/19/2006 | Sage Realty | Ann Passer | 100,000 |
| 1/25/2008 | Sage Realty | Ann Passer | 100,000 |
| | | Total: $ | 200,000 |