**SUBSEQUENT TRANSFERS FROM SAGE ASSOCIATES**
**TO MARTIN SAGE AND SYBIL SAGE**

| Date | Transferor | Transferee | Transfer Amount |
|---|---|---|---|
| 4/16/2007 | Sage Associates | Martin Sage and/or Sybil Sage | 600,000 |
| 6/8/2007 | Sage Associates | Martin Sage and/or Sybil Sage | 300,000 |
| 9/17/2007 | Sage Associates | Martin Sage and/or Sybil Sage | 150,000 |
| 12/26/2007 | Sage Associates | Martin Sage and/or Sybil Sage | 120,000 |
| 4/8/2008 | Sage Associates | Martin Sage and/or Sybil Sage | 3,333,333 |
| | | Total: $ | 4,503,333 |