## SUBSEQUENT TRANSFER FROM SAGE REALTY
## TO MARTIN SAGE AND SYBIL SAGE

| Date | Transferor | Transferee | Transfer Amount |
|---|---|---|---|
| 12/19/2006 | Sage Realty | Martin Sage and/or Sybil Sage | 30,000 |
| | | Total: $ | 30,000 |