**SUBSEQUENT TRANSFERS FROM SAGE ASSOCIATES
TO MALCOLM H SAGE AND LYNNE M FLORIO**

| Date | Transferor | Transferee | Transfer Amount |
|---|---|---|---|
| 4/16/2007 | Sage Associates | Malcolm H Sage | 600,000 |
| 6/8/2007 | Sage Associates | Malcolm H Sage | 300,000 |
| 9/17/2007 | Sage Associates | Malcolm H Sage | 150,000 |
| 12/20/2007 | Sage Associates | Malcolm H Sage | 120,000 |
| 4/8/2008 | Sage Associates | Malcolm H Sage | 3,333,333 |
| 5/7/2009 | Sage Associates | Malcolm H Sage | 33 |
| | | Total: $ | 4,503,367 [1] |

[1] The allegations regarding the joint tax returns and related tax refunds received by Malcolm H. Sage and Lynne M. Florio are set forth in paragraphs 58-71 of the Complaint.