**SUBSEQUENT TRANSFERS FROM SAGE REALTY**
**TO MALCOLM H SAGE AND LYNNE M FLORIO**

| Date | Transferor | Transferee | Transfer Amount |
|---|---|---|---|
| 12/19/2006 | Sage Realty | Lynne M Florio | 20,000 |
| 2/13/2007 | Sage Realty | Malcolm H Sage | 150,000 |
| 1/25/2008 | Sage Realty | Lynne M Florio | 50,000 |
| 1/25/2008 | Sage Realty | Malcolm H Sage | 35,000 |
| | | Total: $ | 255,000 |