**Hearing Date: September 20, 2023, at 10:00 a.m. (ET)**
**Objection Deadline: July 14, 2023**
**Reply Deadline: August 18, 2023**

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Marshall R. King
Gabriel Herrmann
Keith R. Martorana

*Attorneys for the UBS Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br>v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and | Adv. Proc. No. 10-05311 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,

Defendants.

## NOTICE OF HEARING ON THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, on May 5, 2023, Defendants UBS Europe SE, Luxembourg Branch (f/k/a UBS (Luxembourg) S.A.) ("*UBS Lux*" or "*UBS SA*"), UBS Fund Services (Luxembourg) S.A. ("*UBSFSL*"), and UBS Third Party Management Company S.A. ("*UBSTPM*") (collectively, "*UBS*" or the "*UBS Defendants*"), by and through their undersigned counsel, filed a motion (the "*Motion*") to Dismiss the Second Amended Complaint filed in the above-captioned adversary proceeding on February 24, 2023 at ECF No. 284 (the "*Second Amended Complaint*"), by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("*BLMIS*") and the chapter 7 Estate of Bernard L. Madoff (the "*Trustee*"), pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure. The Motion will be heard before the Honorable Cecelia G. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York, on **September 20, 2023 at 10:00 a.m. (Eastern Time)** (the "*Hearing*"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive, all hearings will be conducted remotely pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make arrangements in advance to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances

1

via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

PLEASE TAKE FURTHER NOTICE that, if you oppose the relief requested in the Motion you are required to file a written response ("*Response*"), and to serve the Response on the UBS Defendants' undersigned counsel so that it is received by **July 14, 2023** (the "*Response Deadline*"). The UBS Defendants will file any reply papers in further support of the Motion on or before **August 18, 2023**.

PLEASE TAKE FURTHER NOTICE that, if no Response is timely served with respect to the Motion, the UBS Defendants may, on or after the Response Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, the UBS Defendants do not consent to the entry of final orders or judgment by this Court.

| | |
|---|---|
| Dated: May 5, 2023<br>New York, New York | Respectfully Submitted,<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/ Marshall R. King*<br>Marshall R. King<br>Gabriel Herrmann<br>Keith R. Martorana<br><br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 351-4000<br>mking@gibsondunn.com<br>gherrmann@gibsondunn.com<br>kmartorana@gibsondunn.com<br><br>*Attorneys for the UBS Defendants* |