**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Marshall R. King
Gabriel Herrmann
Keith R. Martorana

*Attorneys for the UBS Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br>  v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and | Adv. Proc. No. 10-05311 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

| |
|---|
| PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, |

Defendants.

## CERTIFICATE OF SERVICE

I, Michael Jackson, hereby certify as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP.

2. On May 5, 2023, I electronically filed the following documents in the above-captioned adversary proceeding:

- NOTICE OF THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- MEMORANDUM OF LAW IN SUPPORT OF THE UBS DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- NOTICE OF HEARING ON UBS DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

3. The foregoing documents were served upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated: May 5, 2023        /s/ Michael Jackson
New York, New York

1