**Hearing Date and Time:** September 20, 2023 at 10:00 a.m. EDT
**Response Deadline:** July 14, 2023
**Reply Deadline:** August 18, 2023

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>*Plaintiff-Applicant*,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>*Defendant*. | Adv. Proc. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>*Debtor*. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>*Plaintiff*,<br>v.<br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,<br>*Defendants*. | Adv. Proc. No. 10-5311 (CGM) |

## CERTIFICATE OF SERVICE

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that I caused *M&B Capital Advisers Sociedad De Valores,*

*S.A.'s Motion to Dismiss the Second Amended Complaint* (Adv. Pro. No. 10-5311, Dkt. 292; Adv. Proc. No. 08-1789, Dkt. 23172) and *Declaration of Juan Carlos Rodriguez Hergueta in Support* (Adv. Pro. No. 10-5311, Dkt. 293) (Adv. Pro. No. 08-01789, Dkt. 23173) to be served by CM/ECF on all counsel of record in the above-referenced adversary proceedings.

Dated: New York, New York
     May 5, 2023                           JENNER & BLOCK LLP

                                       By:    /s/ *Carl Wedoff*
                                                 Carl Wedoff