# EXHIBIT D

| | |
|---|---|
| **From:** | King, Marshall R. |
| **To:** | North, Geoffrey A; Herrmann, Gabriel |
| **Cc:** | Warshavsky, Oren J.; Zeballos, Gonzalo S.; Pergament, Benjamin D.; Beckerlegge, Robertson D. |
| **Subject:** | RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM) |
| **Date:** | Thursday, May 4, 2023 9:45:51 AM |
| **Attachments:** | image005.png |

[External Email: Use caution when clicking on links or opening attachments.]

Geoff:
Given that the UBS entities located in Luxembourg stand ready—and have been for some time—to make a final production of documents pursuant to the letters of request, we believe we should see that process through.


**Marshall R. King**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3905 • Fax +1 212.351.5243
MKing@gibsondunn.com • www.gibsondunn.com

---

**From:** North, Geoffrey A <gnorth@bakerlaw.com>
**Sent:** Wednesday, May 3, 2023 5:38 PM
**To:** King, Marshall R. <MKing@gibsondunn.com>; Herrmann, Gabriel <GHerrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)

**[WARNING: External Email]**
Marshall and Gabe,

I'm following up on the email below. Would you let us know where you stand on the letters of request?

Best regards,
Geoff

---

**From:** North, Geoffrey A
**Sent:** Friday, April 28, 2023 10:18 AM
**To:** King, Marshall R. (mking@gibsondunn.com) <mking@gibsondunn.com>; Herrmann, Gabriel (gherrmann@gibsondunn.com) <gherrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Zeballos, Gonzalo S.

<gzeballos@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)

Dear Marshall and Gabe,

Please let us know whether your clients UBS Europe SE, Luxembourg Branch, UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company S.A. have any objection to the withdrawal of the letters of request issued to them in Luxembourg under the Bankruptcy Court's March 8, 2018 order (ECF No. 242). Your clients filed answers in the Bankruptcy Court and are therefore subject to party discovery under the Federal Rules of Civil Procedure. We believe that proceeding further with respect to the Luxembourg letters of request is therefore not necessary.

If your clients have no objection, we will be in touch with you about the procedural steps that we'll need to take to have the letters of request withdrawn.

If it would be helpful to discuss this by phone, let us know, and we can set up a call.

Best regards,
Geoff


**Geoffrey A. North**
Partner



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4642

gnorth@bakerlaw.com
bakerlaw.com

 

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.