**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER AMENDING PRIOR RETENTION ORDER OF**
**BOWMAN AND BROOKE LLP AS SPECIAL COUNSEL**

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, to amend the prior order of this Court that approved the retention of Bowman and Brooke LLP ("Bowman") as special counsel, and upon the declaration of Ms. Vanessa Merassaint submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1.  The Application is **GRANTED**.

2.  The Court finds that Bowman is deemed disinterested under 15 U.S.C. § 78eee(b)(6).

3. The Trustee is authorized to retain Bowman as special counsel to the Trustee as provided in the Application.



**Dated: May 10, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge