**Hearing Date: September 20, 2023, at 10:00 a.m. (ET)**
**Objection Deadline: July 14, 2023**
**Reply Deadline: August 18, 2023**

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
Mark J. Hyland
Carmella R. O'Hanlon

*Attorneys for Defendant Reliance International Research LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br>v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. | Adv. Proc. No. 10-05311 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

| |
|---|
| EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, |
|                                Defendants. |

**NOTICE OF RELIANCE INTERNATIONAL RESEARCH LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Reliance International Research LLC's ("RIR") Motion to Dismiss the Second Amended Complaint and the accompanying Declaration of Mark J. Hyland, dated as of the date hereof and exhibits thereto, and all prior pleadings and proceedings herein, Defendant RIR will move this Court on September 20, 2023 at 10 a.m. (Eastern Time), or as soon thereafter as counsel may be heard, for an order dismissing the Second Amended Complaint (ECF No. 284) filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order entered on February 23, 2023, any opposition to the Motion shall be filed by July 14, 2023 and any reply in further support of the Motion shall be filed by August 18, 2023.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, RIR does not consent to the entry of final orders or judgment by this Court.

<table>
<tr><td>New York, New York<br>May 5, 2023</td><td>Respectfully submitted,<br><br>SEWARD & KISSEL LLP<br><br>By:    /s/ Mark J. Hyland<br>    Mark J. Hyland<br>    Carmella R. O'Hanlon<br>    One Battery Park Plaza<br>    New York, NY 10004<br>    Tel: (212) 574-1200<br>    Fax: (212) 480-8421<br>    hyland@sewkis.com<br>    ohanlon@sewkis.com<br><br>*Attorneys for Defendant Reliance International Research LLC*</td></tr>
</table>