**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br> v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,<br><br>       Defendants. | Adv. Proc. No. 10-05311 (CGM) |

**DECLARATION OF MARK J. HYLAND IN SUPPORT OF
RELIANCE INTERNATIONAL RESEARCH LLC'S MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT**

I, Mark J. Hyland, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am senior counsel with the law firm of Seward & Kissel LLP, counsel for Defendant Reliance International Research LLC ("RIR") in the above-captioned action and submit this declaration in support of RIR's Motion to Dismiss the Second Amended Complaint filed on February 24, 2023, by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 Estate of Bernard L. Madoff (the "Trustee").

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Research Services Agreement by and between RIR and Reliance Management (Gibraltar) Limited ("RMGL"), dated May 24, 2005.

3.     Attached hereto as **Exhibit 2**  is a true and correct copy of the Research and Administrative Services Agreement by and between RIR, RMGL, and Reliance Management (BVI) Limited, dated September 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 5, 2023.

/s/ Mark J. Hyland
Mark J. Hyland