Hearing Date: September 20, 2023, at 10:00 a.m. (ET)
Objection Deadline: July 14, 2023
Reply Deadline: August 18, 2023

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
Mark J. Hyland
Carmella R. O'Hanlon

*Attorneys for Defendant Reliance International*
*Research LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Proc. No. 10-05311 (CGM) |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their | |

Liquidators MAÎTRE ALAIN RUKAVINA and
PAUL LAPLUME, MAÎTRE ALAIN
RUKAVINA and PAUL LAPLUME, in their
capacities as liquidators and representatives of
LUXEMBOURG INVESTMENT FUND AND
LUXEMBOURG INVESTMENT FUND U.S.
EQUITY PLUS,

Defendants.

**NOTICE OF HEARING ON RELIANCE INTERNATIONAL RESEARCH LLC'S
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, on May 5, 2023, Defendants Reliance International

Research LLC ("RIR"), by and through its undersigned counsel, filed a motion (the "Motion") to

Dismiss the Second Amended Complaint filed in the above-captioned adversary proceeding on

February 24, 2023 at ECF No. 284 (the "Second Amended Complaint"), by Plaintiff Irving H.

Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS")

and the chapter 7 Estate of Bernard L. Madoff (the "Trustee"), pursuant to Federal Rules of Civil

Procedure 12(b)(6), made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

The Motion will be heard before the Honorable Cecelia G. Morris, United States Bankruptcy Judge

for the United States Bankruptcy Court for the Southern District of New York, on **September 20,**

**2023 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's directive, all hearings

will be conducted remotely pending further Order of the Court. All parties who wish to participate

in the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to

make arrangements in advance to appear via ZoomGov. For further details on ZoomGov, please

call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances

via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-

videohearing-guide.

PLEASE TAKE FURTHER NOTICE that, if you oppose the relief requested in the Motion you are required to file a written response ("Response"), and to serve the Response on RIR's undersigned counsel so that it is received by **July 14, 2023** (the "Response Deadline"). RIR will file any reply papers in further support of the Motion on or before **August 18, 2023**.

PLEASE TAKE FURTHER NOTICE that, if no Response is timely served with respect to the Motion, RIR may, on or after the Response Deadline, submit to the Bankruptcy Court a proposed order granting the relief sought in the Motion.

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, RIR does not consent to the entry of final orders or judgment by this Court.

Dated: New York, New York
       May 5, 2023

Respectfully submitted,

SEWARD & KISSEL LLP

By:      */s/  Mark J. Hyland*
         Mark J. Hyland
         Carmella R. O'Hanlon
         One Battery Park Plaza
         New York, NY 10004
         Tel: (212) 574-1200
         Fax: (212) 480-8421
         hyland@sewkis.com
         ohanlon@sewkis.com

         *Attorneys for Defendant Reliance International*
         *Research LLC*