**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
Mark J. Hyland
Carmella R. O'Hanlon

*Attorneys for Defendant Reliance International Research LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                                Plaintiff,<br><br>        v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their | Adv. Proc. No. 10-05311 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,

                                    Defendants.

## CERTIFICATE OF SERVICE

I, Michael Ohanesian, hereby certify as follows:

1.      I am not a party to this action, am over 18 years of age, and am employed by Seward & Kissel LLP.

2.      On May 5, 2023, I electronically filed the following documents in the above-captioned adversary proceeding:

- NOTICE OF RELIANCE INTERNATIONAL RESEARCH LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- MEMORANDUM OF LAW IN SUPPORT OF RELIANCE INTERNATIONAL RESEARCH LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

- DECLARATION OF MARK J. HYLAND IN SUPPORT OF RELIANCE INTERNATIONAL RESEARCH LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND ACCOMPANYING EXHIBITS

- NOTICE OF HEARING ON RELIANCE INTERNATIONAL RESEARCH LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

3.      The foregoing documents were served upon the Counsel of Record using the Court's CM/ECF system, which sent Notices of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

New York, New York
May 5, 2023

                                    By:      _/s/ Michael Ohanesian_