UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**STIPULATION AMENDING THE SCHEDULING
ORDER ON JURISDICTIONAL DISCOVERY**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff,

and defendant Lion Global Investors Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on December 9, 2022, the Court entered a Scheduling Order for jurisdictional discovery (the "Scheduling Order");

**WHEREAS**, pursuant to the Scheduling Order the deadline for the Parties to request a conference with the Court to raise any unresolved discovery disputes is May 17, 2023;

**WHEREAS**, on December 12, 2022, the Court scheduled a Status Conference for May 17, 2023;

**WHEREAS**, the Parties have served initial discovery demands and responses and objections;

**WHEREAS**, the Parties have met and conferred on April 17, 2023 and have had several communications since that time;

**WHEREAS**, the Parties are diligently working together to resolve the current discovery disputes;

**WHEREAS**, the Parties agree to extend the deadline to request a conference with the Court to raise unresolved discovery disputes by sixty (60) days to July 17, 2023; and

**WHEREAS**, the Parties have agreed to adjourn the May 17, 2023 Status Conference to September 20, 2023.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. In the event the Parties are unable to resolve their discovery disputes, the Parties shall comply with Judge Morris's chamber rules regarding discovery disputes and request a conference with the Court by **July 17, 2023**; and

2. The Status Conference scheduled for May 17, 2023 shall be adjourned to **September 20, 2023**.

Date:  May 10, 2023
       New York, New York

By: */s/ Robertson D. Beckerlegge*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Eric R. Fish
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Ehud Barak*
**Proskauer Rose LLP**
11 Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Ehud Barak
ebarak@proskauer.com
Russell T. Gorkin
rgorkin@proskauer.com
Elliot R. Stevens
estevens@proskauer.com

*Attorneys for Defendant*



**Dated: May 12, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**