**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 17, 2023 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04285; Picard v. UBS AG,** *et al.*

    A. Declaration of Gonzalo S. Zeballos Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/9/2023) [ECF No. 371]

**Related Documents**:

B.  Notice of Hearing to consider the Declaration of Gonzalo S. Zeballos Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff filed by Clerk of Court, United States Bankruptcy Court (Filed: 5/10/2023) [ECF No. 372]

**Status**:   This matter is going forward.

2.  **10-04330; Picard v. Square One Fund Ltd.**

    A.  Declaration of Marco Molina Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving Picard (Filed: 3/31/2023) [ECF No. 265]

    **Related Documents**:

    B.  Response to Declaration of Marco Molina Requesting Conference Pursuant to Local Rule 7007-1 filed by Brian J. Fischer on behalf of Square One Fund Ltd. (Filed: 4/2/2023) [ECF No. 267]

    C.  Notice of Hearing to consider the Declaration of Marco Molina Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities and Response to Declaration of Marco Molina Requesting Conference Pursuant to Local Rule 7007-1 filed by Brian J. Fischer on behalf of Square One Fund Ltd. filed by Clerk of Court, United States Bankruptcy Court (Filed: 4/5/2023) [ECF No. 268]

    **Status**:   This matter is going forward.

3.  **12-01697; Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, *et al*.**

    A.  Memorandum of Law in Support of ABN AMRO Retained Nominees (IOM) Limited's Motion to Dismiss the Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited (Filed: 1/12/2023) [ECF No. 145]

    B.  Declaration of Bryan Michael Darroch in Support of ABN AMRO Retained Nominees (IOM) Limited's Motion to Dismiss the Amended Complaint (related document(s)143) filed by Christopher Harris on behalf of ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund Services (Isle of Man)

2

        Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited (Filed: 1/12/2023) [ECF No. 146]

C.    Declaration of Thomas Giblin in Support of ABN AMRO Retained Nominees (IOM) Limited's Motion to Dismiss the Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited. (Filed: 1/12/2023) [ECF No. 147]

**Opposition Due**:    March 13, 2023

**Opposition Filed**:

D.    Trustee's Memorandum of Law in Opposition to Defendant ABN AMRO Retained Nominees (IOM) Limited's Motion to Dismiss the Amended Complaint filed by Regina Griffin on behalf of Irving H. Picard (Filed: 3/13/2023) [ECF No. 156]

E.    Declaration of Regina Griffin in Support of Trustee's Memorandum of Law in Opposition to ABN AMRO Retained Nominees (IOM) Limited's Motion to Dismiss filed by Regina Griffin on behalf of Irving H. Picard (Filed: 3/13/2023) [ECF No. 157]

**Replies Due**:  April 27, 2023

**Replies Filed**:

F.    Reply Memorandum of Law in Further Support of ABN AMRO Retained Nominees (IOM) Limited's Motion to Dismiss the Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited (Filed: 4/27/2023) [ECF No. 162]

**Related Documents**:

G.    Stipulation and Order signed on 9/2/2022 (DuBois, Linda) (Entered: 09/02/2022) [ECF No. 140]

H.    Motion to Dismiss Adversary Proceeding filed by Christopher Harris on behalf of ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited (Filed: 1/12/2023) [ECF No. 143]

I.    Notice of Hearing filed by Christopher Harris on behalf of ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited (Filed: 1/12/2023) [ECF No. 144]

J.     Stipulation and Order to Limit Issues Argued During the May 17 Hearing on the Defendants' Motions to Dismiss the Amended Complaint signed on 5/9/2023 (DuBois, Linda) (Entered: 05/09/2023) [ECF No. 163]

**Status**:     This matter is going forward.

4. **12-01697; Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited,** *et al.*

   A.     Memorandum of Law in Support of Motion to Dismiss filed by Scott Schreiber on behalf of Platinum All Weather Fund Limited (Filed: 1/12/2023) [ECF No. 150]

   B.     Declaration of Lucas B. Barrett in Support of Defendant Platinum All Weather Fund Limited's Motion to Dismiss filed by Scott Schreiber on behalf of Platinum All Weather Fund Limited (Filed: 1/12/2023) [ECF No. 151]

   **Opposition Due**:     March 13, 2023

   **Opposition Filed**:

   C.     Trustee's Memorandum of Law in Opposition to Platinum All Weather Fund Limited's Motion to Dismiss the Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/13/2023) [ECF No. 154]

   D.     Declaration of Elizabeth G. McCurrach in Support of Trustee's Memorandum of Law in Opposition to Defendant Platinum All Weather Fund Limited's Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/13/2023) [ECF No. 155]

   **Replies Due**: April 27, 2023

   **Replies Filed**:

   E.     Reply Memorandum of Law in Further Support of Defendant Platinum All Weather Fund Limited's Motion To Dismiss The Trustee's Amended Complaint filed by Scott Schreiber on behalf of Platinum All Weather Fund Limited (Filed: 4/27/2023) [ECF No. 160]

   **Related Documents**:

   F.     Stipulation and Order signed on 9/2/2022 (DuBois, Linda) (Entered: 09/02/2022) [ECF No. 140]

   G.     Motion to Dismiss Adversary Proceeding filed by Scott Schreiber on behalf of Platinum All Weather Fund Limited (Filed: 1/12/2023) [ECF No. 149]

H.     Notice of Hearing on Platinum All Weather Fund Limited's Motion to Dismiss filed by Scott Schreiber on behalf of Platinum All Weather Fund Limited (Filed: 1/12/2023) [ECF No. 152]

I.     Stipulation and Order to Limit Issues Argued During the May 17 Hearing on the Defendants' Motions to Dismiss the Amended Complaint signed on 5/9/2023 (DuBois, Linda) (Entered: 05/09/2023) [ECF No. 163]

**Status**:     This matter is going forward.

Dated: May 12, 2023
       New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*