# EXHIBIT A

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Marshall R. King
Direct: +1 212.351.3905
Fax: +1 212.351.5243
MKing@gibsondunn.com

Client: 93292-00083

October 23, 2017

VIA ELECTRONIC MAIL

Benjamin D. Pergament, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Re:   Picard v. UBS AG, et al., Adv. Pro. No. 10-04285 (SMB); Picard v. UBS AG, et al., Adv. Pro. No. 10-05311 (SMB)

Dear Ben:

It has recently come to our attention that, last December, in response to submissions by the Trustee, Judge Bernstein signed letters of request seeking documents from UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company S.A.  We also understand that the Trustee sought and obtained letters of request seeking documents from other defendants in these actions.

This came as quite a surprise to us, since we received no notice of your applications for issuance of the letters of request, and no opportunity to be heard thereon.

I would appreciate receiving, by no later than close of business on Wednesday, October 25:

   a) a complete list of all applications made by the Trustee in these cases for issuance of letters of request and the dates of such applications;

   b) copies of all such applications;

   c) copies of all letters of request issued by the Court; and

   d) an explanation of why we did not receive contemporaneous notice of your applications.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Benjamin D. Pergament, Esq.
October 23, 2017
Page 2

We reserve all of our rights.

Sincerely,

Marshall R. King

cc:     All counsel