# EXHIBIT C

**King, Marshall R.**

| | |
|---|---|
| **From:** | King, Marshall R. |
| **Sent:** | Tuesday, May 9, 2023 9:09 PM |
| **To:** | 'Zeballos, Gonzalo S.'; North, Geoffrey A; Herrmann, Gabriel |
| **Cc:** | Warshavsky, Oren J.; Pergament, Benjamin D.; Beckerlegge, Robertson D. |
| **Subject:** | RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM) |

Gonzalo:
Perhaps we would have been unsuccessful in trying to reach a resolution, but my complaint is about the process, or lack thereof.  At no point did you or Geoff say that "there is no circumstance where we do not want the requests withdrawn."  At no point did you or Geoff raise concerns about the allegedly "unnecessary expense of participating" in the June 5 hearing.  At no point did you or Geoff say "the only possible resolution from our perspective is an agreement to withdraw the requests and adjourn the June 5th hearing in Luxembourg."  And at no point did you say, "if you don't capitulate, we intend to raise this with the Court."  The first we are hearing about any of those things is today's filing and your email below.

But as long as you are attempting to belatedly explain your position and provide after-the-fact justifications for your conduct, perhaps you can explain to us what possible harm you face from receiving the documents that the UBS entities are ready to produce in Luxembourg.


**Marshall R. King**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3905 • Fax +1 212.351.5243
MKing@gibsondunn.com • www.gibsondunn.com

---

**From:** Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>
**Sent:** Tuesday, May 9, 2023 7:10 PM
**To:** King, Marshall R. <MKing@gibsondunn.com>; North, Geoffrey A <gnorth@bakerlaw.com>; Herrmann, Gabriel <GHerrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)

**[WARNING: External Email]**

Marshall,

We were surprised by your email.  From our perspective, this is a simple issue.  In February, the Trustee's Luxembourg counsel wrote to Judge Wadlé asking to put the Hague Process on hold.  As you are aware, UBS opposed that request and urged that the process continue.  The Judge found that as long as the Hague Requests remained pending, they should move forward.  Geoff wrote to you on April 28th, asking if your client would consent to the withdrawal of the letters of request.  You responded six days later on May 4th—more than enough time for you to consult with your clients, which we assume you did—and said that your clients would not consent.  These are diametrically opposed positions on a simple issue for which time is of the essence.  Given that there is no circumstance where we do not want

1

the requests withdrawn and the hearing adjourned, and that the opposite appears to be true from your side, this is the definition of an impasse.  If we are wrong about that, and your clients are in fact willing to consent to the withdrawal of the requests, we are of course willing to listen, and if we can resolve this amicably, so much the better.  But to be clear, the only possible resolution from our perspective is an agreement to withdraw the requests and adjourn the June 5th hearing in Luxembourg.

Regards,

Gonzalo


**Gonzalo Zeballos**
Partner



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4656

gzeballos@bakerlaw.com
bakerlaw.com

---

**From:** King, Marshall R. <MKing@gibsondunn.com>
**Sent:** Tuesday, May 9, 2023 5:36 PM
**To:** North, Geoffrey A <gnorth@bakerlaw.com>; Herrmann, Gabriel <GHerrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)


[External Email: Use caution when clicking on links or opening attachments.]

Geoff, Gonzalo:
The declaration you filed today was completely inappropriate.  You have not met and conferred:  You told us you thought that the letters of request were "not necessary"; we told you we thought we should see the process through.  That is not meeting and conferring and is not an "impasse."

We reserve all rights.


**Marshall R. King**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3905 • Fax +1 212.351.5243
MKing@gibsondunn.com • www.gibsondunn.com

2

**From:** King, Marshall R.
**Sent:** Thursday, May 4, 2023 9:45 AM
**To:** 'North, Geoffrey A' <gnorth@bakerlaw.com>; Herrmann, Gabriel <GHerrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)

Geoff:
Given that the UBS entities located in Luxembourg stand ready—and have been for some time—to make a final production of documents pursuant to the letters of request, we believe we should see that process through.


**Marshall R. King**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3905 • Fax +1 212.351.5243
MKing@gibsondunn.com • www.gibsondunn.com


**From:** North, Geoffrey A <gnorth@bakerlaw.com>
**Sent:** Wednesday, May 3, 2023 5:38 PM
**To:** King, Marshall R. <MKing@gibsondunn.com>; Herrmann, Gabriel <GHerrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** RE: Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)

**[WARNING: External Email]**

Marshall and Gabe,

I'm following up on the email below. Would you let us know where you stand on the letters of request?

Best regards,
Geoff

**From:** North, Geoffrey A
**Sent:** Friday, April 28, 2023 10:18 AM
**To:** King, Marshall R. (mking@gibsondunn.com) <mking@gibsondunn.com>; Herrmann, Gabriel (gherrmann@gibsondunn.com) <gherrmann@gibsondunn.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Zeballos, Gonzalo S. <gzeballos@bakerlaw.com>; Pergament, Benjamin D. <bpergament@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** Picard v. UBS AG, Adv. Pro. No. 10-4285 (CGM)

Dear Marshall and Gabe,

Please let us know whether your clients UBS Europe SE, Luxembourg Branch, UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company S.A. have any objection to the withdrawal of the letters of request issued to them in Luxembourg under the Bankruptcy Court's March 8, 2018 order (ECF

3

No. 242). Your clients filed answers in the Bankruptcy Court and are therefore subject to party discovery under the Federal Rules of Civil Procedure. We believe that proceeding further with respect to the Luxembourg letters of request is therefore not necessary.

If your clients have no objection, we will be in touch with you about the procedural steps that we'll need to take to have the letters of request withdrawn.

If it would be helpful to discuss this by phone, let us know, and we can set up a call.

Best regards,
Geoff


**Geoffrey A. North**
Partner



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4642

gnorth@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.