KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 940-8800

*Attorneys for RBC Investor Services S.A., RBC Investor Services Trust, and Banco Inversis, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff,<br>   v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Defendant. | **Adv. Pro. No. 08-01789 (CGM)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br>    Plaintiff,<br>   v.<br>BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.),<br>    Defendants. | **Adv. Pro. No. 12-01698 (CGM)** |

**CERTIFICATE OF SERVICE**

I hereby certify on May 15, 2023, Defendants RBC Investor Services Bank S.A. (f/k/a RBC-Dexia Investor Services Bank S.A.), RBC Investor Services Trust (f/k/a RBC-Dexia Investor Services Trust), and Banco Inversis, S.A. (as successor in interest to RBC-Dexia Investor Services España S.A. Answer with Affirmative Defenses and Jury Demand was served by filing it with the Court's Electronic Case Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: May 15, 2023
New York, New York

                                          Respectfully Submitted,

                                          **KATTEN MUCHIN ROSENMAN LLP**

                                          */s/ Anthony L. Paccione*
                                          Anthony L. Paccione
                                          Mark T. Ciani
                                          Zachary S. Beal
                                          50 Rockefeller Plaza
                                          New York, New York 10020
                                          Telephone: (212) 940-8800
                                          anthony.paccione@katten.com
                                          mark.ciani@katten.com
                                          zachary.beal@katten.com

                                          *Attorneys for RBC Investor Services S.A.,*
                                          *RBC Investor Services Trust, and Banco*
                                          *Inversis, S.A.*

TO:    All Counsel of Record