**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 24, 2023 AT 9:00 A.M.**

**CONTESTED MATTERS**

1. **10-04285; Picard v. UBS AG,** *et al.*

   A. Declaration of Gonzalo S. Zeballos Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/9/2023) [ECF No. 371]

**Related Documents**:

B.   Notice of Hearing to consider the Declaration of Gonzalo S. Zeballos Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff filed by Clerk of Court, United States Bankruptcy Court (Filed: 5/10/2023) [ECF No. 372]

C.   Letter Regarding Discovery Conference Scheduled for May 17, 2023 filed by Marshall R. King on behalf of UBS AG, UBS EUROPE SE (f/k/a UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA (Filed: 5/15/2023) [ECF No. 374]

D.   Notice of Adjournment of Hearing RE: Hearing to consider the Declaration of Gonzalo S. Zeballos Requesting Conference Pursuant to Local Bankruptcy Rule 7007-1 filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff filed by Clerk of Court, United States Bankruptcy Court, SDNY; hearing held and adjourned to 5/24/2023 at 09:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 05/17/2023) [ECF No. 375]

**Status**:   This matter is going forward.

Dated: May 22, 2023
       New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*