**DAVIS+GILBERT LLP**
1675 Broadway
New York, NY 10019
T: (212) 468-4800

*Attorneys for Defendants*

**Hearing Date: October 18, 2023**
**Objection Date: August 7, 2023**
**Reply Date: September 21, 2023**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br>    v.<br><br>NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND,<br><br>                Defendants. | Adv. Pro. No. 23-01017 (CGM) |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss in the above-captioned action, the Declaration of Joseph Cioffi and exhibits thereto, and all prior pleadings and proceedings herein, Defendants Natixis Financial Products LLC and Bloom Asset Holdings Fund (collectively, "Defendants") will move this Court on October 18, 2023, at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, for an order dismissing the Complaint (ECF No. 1) filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on March 13, 2023 (ECF No. 5), any oppositions to Defendants' Motion to Dismiss shall be filed by August 7, 2023, and any reply in further support of Defendants' Motion to Dismiss shall be filed by September 21, 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendants do not consent to the entry of final orders or judgment by this Court.

2

Dated:  May 22, 2023
    New York, New York

**DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
    Joseph Cioffi
    Bruce M. Ginsberg
    H. Seiji Newman
    Adam M. Levy
    Christine DeVito
    1675 Broadway
    New York, NY 10019
    T: (212) 468-4800
    jcioffi@dglaw.com
    bginsberg@dglaw.com
    hsnewman@dglaw.com
    alevy@dglaw.com
    cdevito@dglaw.com

    *Attorneys for Defendants*