# EXHIBIT 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK PLC, et al., <br><br> Defendants. | Adv. Pro. No. 09-01364 (CGM) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND
RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
APPROVING THE SECOND SETTLEMENT BY AND BETWEEN
THE TRUSTEE AND ALPHA PRIME FUND LTD.**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll,* and the substantively consolidated chapter 7 estate of

Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States

Bankruptcy Code, 11 U.S.C. § 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure, approving the settlement by and between the Trustee and Alpha Prime

Fund Ltd. ("Alpha Prime"), and as more particularly set forth in the Final Settlement Agreement

annexed as Exhibit A to the Motion (the "Final Settlement Agreement"); and it appearing that

due and sufficient notice has been given to all parties in interest as required by Rule 2002 and

9019 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the

Declaration of Irving H. Picard in support of the Motion; and it further appearing the relief

sought in the Motion is appropriate; and it further appearing that this Court has jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; after

due deliberation; and sufficient cause appearing therefore; it is

ORDERED, that the Final Settlement Agreement between the Trustee and Alpha Prime is

hereby approved and authorized; and it is further

ORDERED, that each of the Trustee and Alpha Prime shall comply with and carry out

the terms of the Final Settlement Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

/s/ Cecelia G. Morris

Dated: July 20, 2022

Poughkeepsie, New York



Hon. Cecelia G. Morris
U.S. Bankruptcy Judge