**DAVIS+GILBERT LLP**  
1675 Broadway  
New York, NY 10019  
T: (212) 468-4800

*Attorneys for Defendants*

Hearing Date: October 18, 2023  
Objection Date: August 7, 2023  
Reply Date: September 21, 2023

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-01017 (CGM) |
| NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND, | |
| Defendants. | |

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, on May 22, 2023, Defendants Natixis Financial Products LLC and Bloom Asset Holdings Fund (collectively, "Defendants") filed their Motion to Dismiss ("Motion") and supporting papers, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012 of the Federal Rules of Bankruptcy Procedure, in the above-captioned action.[1]

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **October 18, 2023, at 10:00 a.m.** (EST), or as soon thereafter as counsel may be heard, before the Honorable Judge Cecelia G. Morris, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. All parties who wish to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must refer to the Court's guidelines for remote appearances and are required to make arrangements to appear via Zoom for Government. Further instructions regarding remote appearances via Zoom for Government can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on March 13, 2023 (ECF No. 5), oppositions to the Motion, if any, shall be filed by **August 7, 2023**, and any reply in further support of the Motion shall be filed by **September 21, 2023**.

---

[1] Defendants do not consent to the entry of final orders or judgment by this Court.

2

3

Dated: May 22, 2023
      New York, New York

**DAVIS+GILBERT LLP**

By:  */s/ Joseph Cioffi*
    Joseph Cioffi
    Bruce M. Ginsberg
    H. Seiji Newman
    Adam M. Levy
    Christine DeVito
    1675 Broadway
    New York, NY 10019
    T: (212) 468-4800
    jcioffi@dglaw.com
    bginsberg@dglaw.com
    hsnewman@dglaw.com
    alevy@dglaw.com
    cdevito@dglaw.com

*Attorneys for Defendants*