**DAVIS+GILBERT LLP**  
1675 Broadway  
New York, NY 10019  
T: (212) 468-4800  

*Attorneys for Defendants*

Hearing Date: October 18, 2023  
Objection Date: August 7, 2023  
Reply Date: September 21, 2023

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br> v.<br><br>NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND,<br><br>    Defendants. | Adv. Pro. No. 23-01017 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2023, I caused the Notice of Defendants' Motion to Dismiss, the Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of Joseph Cioffi in Support of Defendants' Motion to Dismiss the Complaint, the Notice of Hearing on Defendants' Motion to Dismiss, and all exhibits thereto, to be served on all counsel of record in the above-captioned adversary proceeding by filing them via the Court's Electronic Case Filing system.

Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: May 22, 2023
New York, New York

**DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
Bruce M. Ginsberg
H. Seiji Newman
Adam M. Levy
Christine DeVito
1675 Broadway
New York, NY 10019
T: (212) 468-4800
jcioffi@dglaw.com
bginsberg@dglaw.com
hsnewman@dglaw.com
alevy@dglaw.com
cdevito@dglaw.com

*Attorneys for Defendants*