**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Litigation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 11-02733 (CGM) |
| v. | |
| NAIDOT & CO. and BESSEMER TRUST COMPANY, | |
| Defendants. | |

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that counsel listed below hereby appears in the above captioned case on behalf of Naidot & Co. and Bessemer Trust Company and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following addresses, telephone, and facsimile numbers:

Ballard Spahr LLP<br>
1675 Broadway, Floor 19<br>
New York, NY 10019<br>
Kelly Lin<br>
Telephone: (646) 346-8031<br>
Facsimile: (212) 223-1942<br>
Email: link@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, and answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier services, telegraph, telex, telefax, or otherwise.

|  |  |
|---|---|
| Dated: New York, New York<br>May 24, 2023 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br>By: */s/ Kelly Lin*<br><br>Kelly Lin<br>1675 Broadway, Floor 19<br>New York, NY 10019<br>Telephone: (646) 346-8031<br>Fax: (212) 223-1942<br>link@ballardspahr.com<br><br>*Attorney for Naidot & Co. and Bessemer Trust Company* |