**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF MICHAEL L. POST**

    I, Michael L. Post, Esquire, request admission, ***pro hac vice***, before the Honorable Cecelia G. Morris, to represent the Securities Investor Protection Corporation, plaintiff in the above-referenced case, and any related adversary proceedings, with the exceptions of: (1) Picard v. Merrill Lynch International (10-05346) and (2) Picard v. Merrill Lynch Bank (Suisse) SA n/k/a Bank Julius Baer & Co. AG a/k/a Bank Julius Baer & Co. Ltd. (11-02910).

    ***I certify that I am a member in good standing*** of the bar in the District of Columbia and the bar of the U.S. District Court for the District of Columbia.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 25, 2023
       Washington, D.C.

Respectfully submitted,

*/s/ Michael L. Post*
MICHAEL L. POST
General Counsel
SECURITIES INVESTOR PROTECTION CORPORATION

1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Email: mpost@sipc.org