**EXHIBIT A**
**SUMMARY OF SUBSEQUENT TRANSFERS TO BNP DEFENDANTS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| **BNP Defendant** | **Tremont - Rye Select Broad Market Portfolio Limited** | **Tremont - Rye Select Broad Market XLF LP** | **Tremont - Rye Select Broad Market XLP Ltd** | **Fairfield Sentry** | **Fairfield Sigma** | **Total** |
| BGL BNP Paribas | - | - | - | 428,837 | 1,270,141 | $ **1,698,978** |
| BNP Paribas Arbitrage | - | - | 6,452,906 | 20,187,336 | - | $ **26,640,242** |
| BNP Paribas Cayman | 8,370,304 | 2,987,824 | 2,500,000 | 13,474,091 | - | $ **27,332,219** |
| BNP Paribas Securities Services | 3,097,994 | - | - | 29,999,237 | 5,652,076 | $ **38,749,306** |
| BNP Paribas Securities Services Luxembourg | - | - | - | 8,251,780 | 1,677,928 | $ **9,929,708** |
| BNP Paribas Suisse | - | - | - | 5,936,718 | 1,231,839 | $ **7,168,557** |
| | $ **11,468,298** | $ **2,987,824** | $ **8,952,906** | $ **78,277,998** | $ **9,831,984** | $ **111,519,010** |