**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BGL BNP PARIBAS**

| Date | Transferee | Amount |
|---|---|---|
| 6/17/2004 | BGL BNP Paribas | (102,388) |
| 9/14/2006 | BGL BNP Paribas | (200,164) |
| 11/19/2008 | BGL BNP Paribas | (126,285) |
| | Total | $ (428,837) |