**EXHIBIT D**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BNP PARIBAS ARBITRAGE**

| Date | Transferee | Amount |
|---|---|---:|
| 11/19/2007 | BNP Paribas Arbitrage | (3,500,000) |
| 2/15/2008 | BNP Paribas Arbitrage | (559,720) |
| 3/17/2008 | BNP Paribas Arbitrage | (4,150,000) |
| 4/14/2008 | BNP Paribas Arbitrage | (6,400,000) |
| 5/15/2008 | BNP Paribas Arbitrage | (4,500,000) |
| 9/16/2008 | BNP Paribas Arbitrage | (1,077,616) |
| | Total: | $ (20,187,336) |