**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BNP PARIBAS CAYMAN**

| Date | Transferee | Amount |
|---|---|---|
| 2/15/2006 | BNP Paribas Cayman | (9,000,000) |
| 9/27/2006 | BNP Paribas Cayman | (806,797) |
| 12/19/2007 | BNP Paribas Cayman | (3,667,294) |
| | Total: | $ (13,474,091) |