**EXHIBIT F**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BNP PARIBAS SECURITIES SERVICES**

| Date | Transferee | Amount |
|---|---|---|
| 6/17/2004 | BNP Paribas Securities Services | (2,024,702) |
| 5/31/2005 | BNP Paribas Securities Services | (13,827) |
| 7/25/2005 | BNP Paribas Securities Services | (42,788) |
| 8/15/2005 | BNP Paribas Securities Services | (2,640,432) |
| 10/24/2005 | BNP Paribas Securities Services | (33,134) |
| 11/17/2005 | BNP Paribas Securities Services | (4,126,239) |
| 1/30/2006 | BNP Paribas Securities Services | (33,259) |
| 5/5/2006 | BNP Paribas Securities Services | (33,683) |
| 8/10/2006 | BNP Paribas Securities Services | (34,543) |
| 10/27/2006 | BNP Paribas Securities Services | (35,329) |
| 1/16/2007 | BNP Paribas Securities Services | (1,443,908) |
| 2/6/2007 | BNP Paribas Securities Services | (35,828) |
| 5/16/2007 | BNP Paribas Securities Services | (36,650) |
| 7/30/2007 | BNP Paribas Securities Services | (37,180) |
| 10/16/2007 | BNP Paribas Securities Services | (1,269,536) |
| 11/19/2007 | BNP Paribas Securities Services | (851,475) |
| 11/20/2007 | BNP Paribas Securities Services | (36,196) |
| 1/28/2008 | BNP Paribas Securities Services | (33,651) |
| 4/14/2008 | BNP Paribas Securities Services | (15,290,994) |
| 4/14/2008 | BNP Paribas Securities Services | (297,587) |
| 5/15/2008 | BNP Paribas Securities Services | (32,176) |
| 5/27/2008 | BNP Paribas Securities Services | (32,176) |
| 7/15/2008 | BNP Paribas Securities Services | (523,347) |
| 8/6/2008 | BNP Paribas Securities Services | (30,284) |
| 11/7/2008 | BNP Paribas Securities Services | (30,311) |
| 11/18/2008 | BNP Paribas Securities Services | (1,000,000) |
| | Total: | $ (29,999,237) |