**EXHIBIT G**

**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BNP PARIBAS SECURITIES SERVICES LUXEMBOURG**

| Date | Transferee | Amount |
|---|---|---|
| 9/15/2005 | BNP Paribas Securities Services Luxembourg | (8,251,780) |
| | Total: | $ (8,251,780) |