**EXHIBIT H**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO BNP PARIBAS SUISSE**

| Date | Transferee | Amount |
|---|---|---:|
| 3/14/2003 | BNP Paribas Suisse | (172,141) |
| 3/14/2003 | BNP Paribas Suisse | (22,077) |
| 4/14/2003 | BNP Paribas Suisse | (382,699) |
| 4/14/2003 | BNP Paribas Suisse | (360,188) |
| 6/16/2003 | BNP Paribas Suisse | (104,645) |
| 7/16/2003 | BNP Paribas Suisse | (169,386) |
| 2/18/2004 | BNP Paribas Suisse | (328,774) |
| 3/18/2004 | BNP Paribas Suisse | (103,004) |
| 4/14/2005 | BNP Paribas Suisse | (26,086) |
| 6/15/2005 | BNP Paribas Suisse | (12,618) |
| 7/15/2005 | BNP Paribas Suisse | (130,989) |
| 7/15/2005 | BNP Paribas Suisse | (10,564) |
| 11/17/2005 | BNP Paribas Suisse | (457,122) |
| 11/17/2005 | BNP Paribas Suisse | (41,269) |
| 1/19/2006 | BNP Paribas Suisse | (106,322) |
| 1/19/2006 | BNP Paribas Suisse | (45,719) |
| 5/15/2006 | BNP Paribas Suisse | (160,962) |
| 5/18/2006 | BNP Paribas Suisse | (124,992) |
| 8/14/2006 | BNP Paribas Suisse | (67,865) |
| 11/14/2006 | BNP Paribas Suisse | (147,475) |
| 12/15/2006 | BNP Paribas Suisse | (212,363) |
| 6/15/2007 | BNP Paribas Suisse | (4,976) |
| 7/19/2007 | BNP Paribas Suisse | (554,213) |
| 10/16/2007 | BNP Paribas Suisse | (1,211,236) |
| 1/17/2008 | BNP Paribas Suisse | (311,976) |
| 9/15/2008 | BNP Paribas Suisse | (104,290) |
| 11/18/2008 | BNP Paribas Suisse | (562,766) |
| | **Total:** | **$ (5,936,718)** |