**EXHIBIT J**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BGL BNP PARIBAS**

| Date | Transferee | Amount |
|---|---|---:|
| 8/17/2007 | BGL BNP Paribas | (37,714) |
| 8/17/2007 | BGL BNP Paribas | (10,949) |
| 8/17/2007 | BGL BNP Paribas | (4,866) |
| 11/23/2007 | BGL BNP Paribas | (6,812) |
| 3/18/2008 | BGL BNP Paribas | (104,406) |
| 4/18/2008 | BGL BNP Paribas | (908,452) |
| 5/20/2008 | BGL BNP Paribas | (20,524) |
| 7/21/2008 | BGL BNP Paribas | (7,565) |
| 11/21/2008 | BGL BNP Paribas | (103,524) |
| 11/21/2008 | BGL BNP Paribas | (65,330) |
| | Total: | $ (1,270,141) |