**EXHIBIT K**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BNP PARIBAS SECURITIES SERVICES**

| Date | Transferee | Amount |
|---|---|---|
| 11/16/2007 | BNP Paribas Securities Services | (762) |
| 11/21/2008 | BNP Paribas Securities Services | (5,651,314) |
| | Total: | $ (5,652,076) |