**EXHIBIT L**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA**
**TO BNP PARIBAS SECURITIES SERVICES LUXEMBOURG**

| Date | Transferee | Amount |
|---|---|---|
| 4/17/2007 | BNP Paribas Securities Services Luxembourg | (1,530,923) |
| 5/31/2008 | BNP Paribas Securities Services Luxembourg | (147,005) |
| | Total: | $ (1,677,928) |