**EXHIBIT M**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO BNP PARIBAS SUISSE**

| Date | Transferee | Amount |
|---|---|---:|
| 3/29/2004 | BNP Paribas Suisse | (197,560) |
| 4/27/2004 | BNP Paribas Suisse | (88,420) |
| 5/20/2008 | BNP Paribas Suisse | (294,560) |
| 5/24/2004 | BNP Paribas Suisse | (58,140) |
| 5/24/2004 | BNP Paribas Suisse | (84,633) |
| 11/21/2008 | BNP Paribas Suisse | (508,527) |
| | Total: | $ (1,231,839) |