**EXHIBIT P**
**SUBSEQUENT TRANSFERS TO RYE SELECT BROAD MARKET XL FUND LP**

| Date | Transferor | Amount |
|---|---|---:|
| 8/31/2006 | Rye Select Broad Market Fund LP | (1,000,000) |
| 7/3/2007 | Rye Select Broad Market Fund LP | (1,000,000) |
| 7/3/2007 | Rye Select Broad Market Fund LP | (1,000,000) |
| 8/2/2007 | Rye Select Broad Market Fund LP | (5,000,000) |
| 9/4/2007 | Rye Select Broad Market Fund LP | (25,000,000) |
| 1/2/2008 | Rye Select Broad Market Fund LP | (2,065,535) |
| 4/10/2008 | Rye Select Broad Market Fund LP | (47,318) |
| 6/17/2008 | Rye Select Broad Market Fund LP | (2,585,965) |
| 7/2/2008 | Rye Select Broad Market Fund LP | (6,500,000) |
| 7/11/2008 | Rye Select Broad Market Fund LP | (1,310,004) |
| 7/11/2008 | Rye Select Broad Market Fund LP | (478,793) |
| 9/2/2008 | Rye Select Broad Market Fund LP | (700,000) |
| 11/12/2008 | Rye Select Broad Market Fund LP | (500,000) |
| 11/21/2008 | Rye Select Broad Market Fund LP | (1,200,000) |
| | **Subtotal:** | **$ (48,387,616)** |

| Date | Transferor | Amount |
|---|---|---:|
| 7/3/2007 | Rye Select Broad Market Prime Fund LP | (1,000,000) |
| 7/3/2007 | Rye Select Broad Market Prime Fund LP | (350,000) |
| 7/3/2007 | Rye Select Broad Market Prime Fund LP | (320,000) |
| 7/3/2007 | Rye Select Broad Market Prime Fund LP | (140,000) |
| 8/1/2007 | Rye Select Broad Market Prime Fund LP | (9,800,000) |
| 8/1/2007 | Rye Select Broad Market Prime Fund LP | (6,200,000) |
| 8/1/2007 | Rye Select Broad Market Prime Fund LP | (2,850,000) |
| 8/1/2007 | Rye Select Broad Market Prime Fund LP | (300,000) |
| 8/1/2007 | Rye Select Broad Market Prime Fund LP | (250,000) |
| 8/7/2007 | Rye Select Broad Market Prime Fund LP | (652,691) |
| 8/7/2007 | Rye Select Broad Market Prime Fund LP | (130,538) |
| 8/7/2007 | Rye Select Broad Market Prime Fund LP | (130,538) |
| 1/2/2008 | Rye Select Broad Market Prime Fund LP | (1,500,000) |
| 1/3/2008 | Rye Select Broad Market Prime Fund LP | (1,500,000) |
| 2/1/2008 | Rye Select Broad Market Prime Fund LP | (190,000) |
| 3/3/2008 | Rye Select Broad Market Prime Fund LP | (200,000) |
| 3/26/2008 | Rye Select Broad Market Prime Fund LP | (100,000,000) |
| 3/26/2008 | Rye Select Broad Market Prime Fund LP | (100,000,000) |
| 4/4/2008 | Rye Select Broad Market Prime Fund LP | (2,363) |
| 4/7/2008 | Rye Select Broad Market Prime Fund LP | (55,962) |
| 4/7/2008 | Rye Select Broad Market Prime Fund LP | (4,319) |
| 5/20/2008 | Rye Select Broad Market Prime Fund LP | (450,329) |
| 6/2/2008 | Rye Select Broad Market Prime Fund LP | (40,000,000) |
| 6/2/2008 | Rye Select Broad Market Prime Fund LP | (370,000) |
| 6/17/2008 | Rye Select Broad Market Prime Fund LP | (490,672) |
| 7/1/2008 | Rye Select Broad Market Prime Fund LP | (74,000) |
| 7/22/2008 | Rye Select Broad Market Prime Fund LP | (1,351,888) |
| 7/22/2008 | Rye Select Broad Market Prime Fund LP | (1,017,835) |
| 7/22/2008 | Rye Select Broad Market Prime Fund LP | (367,066) |
| 8/1/2008 | Rye Select Broad Market Prime Fund LP | (10,000,000) |
| 9/2/2008 | Rye Select Broad Market Prime Fund LP | (150,000) |
| 9/18/2008 | Rye Select Broad Market Prime Fund LP | (697,456) |
| 10/2/2008 | Rye Select Broad Market Prime Fund LP | (1,000,000) |
| 10/2/2008 | Rye Select Broad Market Prime Fund LP | (430,000) |
| 10/23/2008 | Rye Select Broad Market Prime Fund LP | (3,341,980) |
| 11/3/2008 | Rye Select Broad Market Prime Fund LP | (2,000,000) |

**EXHIBIT P**
**SUBSEQUENT TRANSFERS TO RYE SELECT BROAD MARKET XL FUND LP**

| Date | Transferee | Amount |
|---|---|---:|
| 11/4/2008 | Rye Select Broad Market Prime Fund LP | (2,000,000) |
| 11/24/2008 | Rye Select Broad Market Prime Fund LP | (2,100,737) |
| 11/24/2008 | Rye Select Broad Market Prime Fund LP | (1,054,392) |
| | **Subtotal:** | **$ (292,472,765)** |
| | **Grand Total:** | **$ (340,860,381)** |