**EXHIBIT S**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED TO BNP PARIBAS CAYMAN**

| Date | Transferee | Amount |
|---|---|---:|
| 6/13/2007 | BNP Paribas Cayman | (108,420) |
| 1/17/2008 | BNP Paribas Cayman | (1,367,366) |
| 1/18/2008 | BNP Paribas Cayman | (5,887,674) |
| 4/16/2008 | BNP Paribas Cayman | (309,878) |
| 4/16/2008 | BNP Paribas Cayman | (71,967) |
| 11/3/2008 | BNP Paribas Cayman | (500,000) |
| 11/3/2008 | BNP Paribas Cayman | (125,000) |
| | Total: | $ (8,370,304) |