**EXHIBIT T**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED**
**TO BNP PARIBAS SECURITIES SERVICES**

| Date | Transferee | Amount |
|---|---|---|
| 6/5/2007 | BNP Paribas Securities Services | (2,000,000) |
| 1/17/2008 | BNP Paribas Securities Services | (1,043,094) |
| 4/15/2008 | BNP Paribas Securities Services | (54,900) |
| | Total: | $ (3,097,994) |