**EXHIBIT U**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED**
**TO RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/1/2006 | (22,000,000) |
| 1/2/2007 | (10,000,000) |
| 1/2/2007 | (10,000,000) |
| 8/1/2007 | (6,550,000) |
| 8/28/2007 | (6,550,000) |
| 9/4/2007 | (8,000,000) |
| 1/2/2008 | (7,297,644) |
| 1/2/2008 | (3,016,051) |
| 1/3/2008 | (2,356) |
| 1/30/2008 | (500,000) |
| 4/15/2008 | (156,516) |
| 4/16/2008 | (160,346) |
| 4/16/2008 | (65,660) |
| Total: | $ (74,298,573) |