**EXHIBIT V**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL PORTFOLIO LTD**
**TO BNP PARIBAS ARBITRAGE**

| Date | Transferee | Amount |
|---|---|---|
| 1/2/2008 | BNP Paribas Arbitrage | (3,600,000) |
| 4/21/2008 | BNP Paribas Arbitrage | (2,852,906) |
| | Total: $ | **(6,452,906)** |