**EXHIBIT W**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XL PORTFOLIO LTD**
**TO BNP PARIBAS CAYMAN**

| Date | Transferee | Amount |
|---|---|---|
| 7/3/2007 | BNP Paribas Cayman | (600,000) |
| 1/2/2008 | BNP Paribas Cayman | (600,000) |
| 4/1/2008 | BNP Paribas Cayman | (600,000) |
| 7/1/2008 | BNP Paribas Cayman | (700,000) |
| | Total: | $ (2,500,000) |