# EXHIBIT C
## SUBSEQUENT TRANSFERS FROM HARLEY TO BNP ARBITRAGE

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 3/4/2008 | (69,850,000) |
| 3/4/2008 | (13,300,000) |
| 3/7/2008 | (72,450,000) |
| 3/11/2008 | (90,720,000) |
| 3/19/2008 | (480,000) |
| 3/28/2008 | (34,000,000) |
| 5/7/2008 | (1,500,000) |
| 5/21/2008 | (39,000,000) |
| 6/3/2008 | (17,000,000) |
| 6/10/2008 | (14,000,000) |
| 6/27/2008 | (120,000,000) |
| 7/10/2008 | (196,999,960) |
| 9/4/2008 | (147,000,000) |
| 9/25/2008 | (99,499,960) |
| 10/15/2008 | (2,160,292) |
| 10/22/2008 | (79,999,960) |
| 10/22/2008 | (49,999,960) |
| 11/6/2008 | (3,999,960) |
| 11/6/2008 | (2,999,960) |
| **Total:** | **$ (1,054,960,052)** |