UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br>    v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>                Defendant. | Lead Adv. Pro. No. 10-05354 (CGM) |

**STIPULATION AND ORDER**

      Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff individually, and defendant ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) ("Defendant," together with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby agree as follows:

1

**WHEREAS**, on May 15, 2023, Defendant answered the Consolidated Second Amended Complaint and asserted Counterclaims against the Trustee. ECF No. 268.

**WHEREAS**, the Parties have agreed to a schedule for litigation of Defendant's Counterclaims.

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Trustee shall file his motion to dismiss Defendant's Counterclaims on or before July 17, 2023.

2. Defendant shall file its opposition to the Trustee's motion to dismiss or amend its Counterclaims by or on August 24, 2023.

3. The Trustee shall file his reply in further support of his motion to dismiss by or on September 25, 2023.

4. This Stipulation is so ordered without prejudice to any future stipulations for extensions of time.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of page intentionally left blank]*

Date:   May 30, 2023
        New York, New York

By: */s/ Patrick T. Campbell*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com
Camille C. Bent
Email: cbent@bakerlaw.com
Elizabeth McCurrach
Email: emccurach@bakerlaw.com
Matthew K. Cowherd
Email: mcowherd@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: /s/ *Michael S. Feldberg*
**Reichman Jorgensen Lehman & Feldberg LLP**
750 Third Avenue, Suite 2400
New York, New York 10017
T: 212.381.4970
Michael Feldberg
Email: mfeldberg@reichmanjorgensen.com

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.)*



**Dated: May 31, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**