**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Case No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**SO ORDERED STIPULATION GRANTING DEFENDANTS' MOTION TO EXTEND TIME** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>MALCOLM SAGE and LYNNE FLORIO,<br><br>        Defendants. | Adv. Pro No. 23-01099 (CGM) |

WHEREAS, on April 19, 2023 Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff ("Plaintiff") filed a complaint (the "Complaint") commencing the above captioned adversary proceeding (Adv. Pro No. 23-01099 (CGM)) (the "Action") against Malcolm Sage and Lynne Florio (each a "Defendant," and together with the Plaintiff, the "Parties").

12100009-1

WHEREAS, May 24, 2023 was the original deadline for the Defendants to respond to the Complaint.

WHEREAS, on May 23, 2023, the Defendants filed their *Motion to Answer or Otherwise Respond to the Complaint* [Dkt. No. 5] (the "Motion"). Through the Motion, the Defendants seek to extend their time to answer or otherwise respond to the Complaint to through and including June 30, 2023.

WHEREAS, June 21, 2023 is the return date of the Motion and Defendants assert that by virtue of Local Bankruptcy Rule 9006-2, such date is their current deadline to answer or otherwise respond to the Motion.

WHEREAS, on June 2, 2023, Plaintiff filed his response to the Motion. [Dkt. No. 11] (the "Response").

WHEREAS, Plaintiff indicated in the Response that he does not object to the Motion.

NOW THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between the parties that it is hereby:

1. **ORDERED** that Defendants' motion is GRANTED and their time to answer or otherwise respond to the Complaint is hereby extended through and including June 23, 2023 (the "Answer Deadline"); and it is further

2. **ORDERED** that this stipulation is without prejudice to the right of any Party to seek a further extension of the Answer Deadline; and it is further

3. **ORDERED** that nothing in this stipulation constitutes any Party's consent to the final orders or judgment by the Bankruptcy Court.

12100009-1

Dated: June 7, 2023
      New York, New York

| | |
|---|---|
| Of Counsel: | By: /s/ James Rollinson |
| **BAKER & HOSTETLER LLP**<br>127 Public Square<br>Cleveland, Ohio 44114<br>Telephone: (216) 621-0200<br>Facsimile (216) 696-0740<br>James H. Rollinson<br>Email: jrollinson@bakerlaw.com | **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Lan Hoang<br>Email: lhoang@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of BLMIS and the Chapter 7 Estate of Bernard L. Madoff* |

**OLSHAN FROME WOLOSKY LLP**

By: /s/ Jonathan Koevary
    Thomas J. Fleming
    Jonathan T. Koevary
    1325 Avenue of the Americas
    New York, New York 10019
    (212) 451-2300
    afriedman@olshanlaw.com
    jkoevary@olshanlaw.com

*Attorneys for Defendants*

**SO ORDERED:**

Dated: New York, New York
      _____, 2023

                                                  THE HONORABLE CECELIA G. MORRIS
                                                  UNITED STATES BANKRUPTCY JUDGE

12100009-1