**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST (CAYMAN) LIMITED, BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>    Defendants. | Adv. Pro. No. 12-01576 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S.

Mail, postage prepaid and properly addressed to those parties as set forth on the attached

Schedule A.

Dated: June 8, 2023
      New York, New York

                                By: */s/ David J. Sheehan*
                                BAKER & HOSTETLER LLP
                                45 Rockefeller Plaza
                                New York, New York 10111
                                Telephone: 212.589.4200
                                Facsimile: 212.589.4201
                                David J. Sheehan
                                Email: dsheehan@bakerlaw.com

                                *Attorneys for Irving H. Picard, Trustee*
                                *for the Substantively Consolidated SIPA*
                                *Liquidation of Bernard L. Madoff Investment*
                                *Securities LLC and the Chapter 7 Estate of*
                                *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas S.A., as successor in interest to BNP Paribas Securities Services S.C.A., BNP Paribas Securities Services - Succursale de Luxembourg

Donna Xu
Cleary Gottlieb Steen & Hamilton LLP
Email: dnxu@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas Securities Services - Succursale de Luxembourg

Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: tkessler@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas S.A., as successor in interest to BNP Paribas Securities Services S.C.A.