**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
Marshall R. King
Gabriel Herrmann
Keith R. Martorana

*Attorneys for Defendant UBS Europe SE*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>UBS EUROPE SE, formerly known as UBS Deutschland AG, as successor in interest to Dresdner Bank Lateinamerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>        Defendants. | Adv. Proc. No. 12-01577 (CGM) |

**CERTIFICATE OF SERVICE**

I, Michael Jackson, hereby certify as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Gibson, Dunn & Crutcher LLP.

2. On June 9, 2023, I electronically filed the following document in the above-captioned adversary proceeding:

- ANSWER OF DEFENDANT UBS EUROPE SE TO PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

3. The foregoing document was served upon the Counsel of Record using the Court's CM/ECF system, which sent a Notice of Electronic Filing of each document to counsel registered to receive CM/ECF notifications in the respective proceedings.

Dated: June 9, 2023　　　　　　　　　*/s/ Michael Jackson*
　　　　　New York, New York

1