**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 22-01087 (CGM) |
| Plaintiff, | |
| v. | |
| BNP PARIBAS – DUBLIN BRANCH, | |
| Defendant. | |

## STIPULATION AND ORDER

**WHEREAS**, on April 27, 2022 the plaintiff, Irving H. Picard (the "Trustee"), as trustee

for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), substantively consolidated

with the chapter 7 estate of Bernard L. Madoff ("Madoff"), filed a complaint (the "Complaint")

against BNP Paribas - Dublin Branch (the "Defendant") in this adversary proceeding; and

**WHEREAS**, on June 8, 2022, Defendant BNP Paribas - Dublin Branch was served with

process of the summons and Complaint in this adversary proceeding;

**WHEREAS**, on July 7, 2022 the United States Bankruptcy Court for the Southern District of New York entered the Stipulation and Order Extending Time to Respond to Complaint (ECF No. 8) extending the time for Defendant to respond to the Complaint to October 31, 2022;

**WHEREAS**, on October 14, 2022 the United States Bankruptcy Court for the Southern District of New York entered the Stipulation and Order Further Extending Time to Respond to Complaint (ECF No. 12) extending the time for Defendant to respond to the Complaint *sine die*;

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant shall respond to the complaint in the Action, Adv. Pro. No. 22-01017 (Bankr. S.D.N.Y. Apr. 27, 2022), ECF No. 1, by August 4, 2023. If Defendant files a motion to dismiss the complaint, such motion shall set forth any and all grounds for dismissal at the pleading stage. The Trustee shall file its opposition to the motion within sixty (60) days of its filing, and Defendant shall file its reply within thirty (30) days of the filing of the Trustee's opposition.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that if Defendant files such a motion to dismiss the complaint, then the parties shall seek oral argument on the motion at the Court's first available convenience. The Trustee and Defendant reserve all rights and defenses they may have with respect to the Complaint, including but not limited to defenses based on personal jurisdiction, venue and forum non conveniens, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, except for any defenses based upon sufficiency of service of the Complaint.

*[Signatures on following page]*

Dated:    June 9, 2023
          New York, New York

*/s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
Carrie A. Longstaff
Email: clongstaff@bakerlaw.com
Peter B. Shapiro
Email: pshapiro@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 estate of*
*Bernard L. Madoff*

*/s/ Thomas S. Kessler*
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Lisa M. Schweitzer
Email: lschweitzer@cgsh.com
Ari D. MacKinnon
Email: amackinnon@cgsh.com
Thomas S. Kessler
Email: tkessler@cgsh.com
Jack Massey
Email: jamassey@cgsh.com

*Attorneys for Defendant BNP Paribas - Dublin*
*Branch*

**SO ORDERED.**



**Dated: June 12, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**