**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br> v.<br><br>FULLERTON CAPITAL PTE LTD.,<br><br>      Defendant. | Adv. Pro. No. 12-01004 (CGM) |

**STIPULATION AND AGREED ORDER EXTENDING**
**<u>TIME FOR INITIAL DISCLOSURES</u>**

**WHEREAS**, Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee") has brought Adversary Proceeding No. 12-01004 (CGM) (the "Action") against defendant Fullerton Capital Pte. Ltd. (the "Defendant") (collectively with the Trustee, the "Parties").

**WHEREAS**, on April 17, 2023, the Court entered a Case Management Plan in the Action (Dkt. No. 126) (the "CMP").

**WHEREAS**, pursuant to the CMP, initial disclosures required under Federal Rule of Civil Procedure 26(a)(1)(A) were to be served on or before 60 days after the date of entry of the CMP, which fell on June 16, 2023 (the "Initial Disclosure Deadline").

**WHEREAS**, the Parties and their counsel have been working diligently but have determined that circumstances beyond their control require an extension of the Initial Disclosure Deadline.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, that:

1. The Initial Disclosure Deadline is extended up to and including July 7, 2023.
2. All other provisions of the CMP are unaffected by this order.

[*Signatures on following page*]

Pg 3 of 3

Dated: June 12, 2022
       New York, New York

| **BAKER & HOSTETLER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| By: */s/ Nicholas J. Cremona* | By: */s/ Kent A. Yalowitz* |
| 45 Rockefeller Plaza | 250 West 55th Street |
| New York, New York 10111 | New York, New York 10019 |
| Telephone: 212.589.4200 | Telephone: 212.836.8000 |
| Facsimile: 212.589.4201 | Facsimile: 212.836.8689 |
| David J. Sheehan | Kent A. Yalowitz |
| Email: dsheehan@bakerlaw.com | Email: kent.yalowitz@arnoldporter.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | - and - |
| Robyn M. Feldstein | |
| Email: rfeldstein@bakerlaw.com | Daniel R. Bernstein |
| | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | 601 Massachusetts Avenue, NW |
| | Washington, D.C. 20001 |
| | Telephone: (202) 942-6678 |
| | Facsimile: (202) 942-5999 |
| | Email: daniel.bernstein@arnoldporter.com |
| | |
| | *Attorneys for Defendant Fullerton Capital PTE Ltd.* |

**SO ORDERED.**



**Dated: June 13, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**