08-01789-cgm    Doc 23287    Filed 06/16/23    Entered 06/16/23 09:20:01    Main Document
Pg 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　Plaintiff,<br>v.<br><br>ANN PASSER,<br><br>　　　　Defendant. | Adv. Pro. No. 23-01097 (CGM) |

## STIPULATION AND ORDER

　　　　Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and

defendant Ann Passer (the "Defendant," and, together with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 19, 2023, the Trustee commenced the above-captioned adversary proceeding against Defendant (the "Action") to recover subsequent transfers allegedly received from Sage Associates and Sage Realty, *see* Complaint, *Picard v. Passer*, Adv. Pro. No. 23-01097 (Bankr. S.D.N.Y. Apr. 19, 2023), ECF No. 1 (the "Complaint");

**WHEREAS**, on May 15, 2023, the Parties agreed to extend Defendant's time to answer, move, or otherwise respond to the Trustee's Complaint to June 15, 2023; and

**WHEREAS**, the Parties agree to further extend Defendant's time to answer, move, or otherwise respond to the Trustee's Complaint in order to facilitate ongoing settlement discussions.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. Defendant will answer, move, or otherwise respond to the Trustee's Complaint on or before July 31, 2023.

2. The Parties in this Action reserve all rights, claims, arguments, objections, and defenses they may have and, except as specifically provided herein, nothing referenced in this Stipulation and Order shall impair, constitute a waiver of, or otherwise affect any such rights, claims, arguments, objections, and defenses.

Dated: June 13, 2023
    New York, New York

By: */s/ Lan Hoang*                     By: */s/ Barry R. Lax*

**BAKER & HOSTETLER LLP**            **LAX & NEVILLE LLP**
45 Rockefeller Plaza                   350 Fifth Avenue
New York, New York 10111           Suite 4640
Telephone: (212) 589-4200           New York, New York 10118
Facsimile: (212) 589-4201            Telephone: (212) 696-1999
David J. Sheehan                         Facsimile: (212) 566-4531
Email: dsheehan@bakerlaw.com      Barry R. Lax
Nicholas J. Cremona                  Email: blax@laxneville.com
Email: ncremona@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*



**Dated: June 16, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**