# Exhibit A

# EXHIBIT A – OBJECTIONS AND CLAIMS
## List Of Objections and Claims Containing Clerical Errors and/or Omissions

| Objection Party | Objection Docket | Claim Number | Resolution Document | Resolution Document Docket No. | Account Number |
|---|---|---|---|---|---|
| Article Fourth Trust U/W Martin J. Joel, Jr., Deceased | 2335 | 000386, 008922 | Notice of Withdrawal | 16613 | 1J0057 |
| Bradermak Equities, Ltd. | 2856 | 013292 | Notice of Withdrawal | 22162 | 1B0150 |
| Carol Nelson | 648 | 000495, 001870 | Notice of Withdrawal | 19209 | 1ZA283 |
| Carol Nelson and Stanley Nelson J/T WROS | 647 | 000480, 001868 | Notice of Withdrawal | 19208 | 1ZA284 |
| Cindy Giammarrusco, Trustee of Trust FBO Heather Tsumpes | 2145 | 010278 | Motion Order | 18131 | 1EM463 |
| David T. Washburn | 2281 | 013526, 013766, 015291, 015346 | Notice of Withdrawal via Executed Settlement agreement on 8/28/15 | 39[1] | 1W0087 |
| Donald A Benjamin | 399, 400 | 000141, 100119, 100134 | Notice of Withdrawal | 19850 | 1CM006 |
| Frank H. Wolf & Roberta Wolf | 2758 | 001475, 001635 | Notice of Withdrawal | 5123 | 1W0132 |
| Gettinger Management LLC Profit Sharing Plan | 2900 | 005403 | Notice of Withdrawal | 16754 | 1G0386 |
| Jeffrey Schaffer | 3189 | 010700, 011601, 011602 | Notice of Withdrawal | 20062 | 1ZA339 |
| Jeffrey Schaffer and Donna Schaffer | 1027, 2138, 3188 | 011600, 011773 | Notice of Withdrawal | 20063 | 1ZA401 |
| Jeffrey Shankman | 650 | 010631, 100158, 100411 | Notice of Withdrawal | 20761 | 1S0060 |
| Martin R Harnick & Steven P Norton Partners | 649, 3123 | 001925, 100132 | Notice of Withdrawal | 20132 | 1H0123 |
| Martin R. Harnick and Steven P. Norton Partners | 2290 | 001924 | Notice of Withdrawal | 20132 | 1H0062 |
| NTC & CO. FBO Carol Nelson (47003) | 646 | 000531, 001098, 001869 | Notice of Withdrawal | 19207 | 1ZR265 |
| NTC & CO. FBO Donald A Benjamin | 291, 295 | 000980, 100120, 100135 | Notice of Withdrawal | 19850 | 1CM402 |
| NTC & CO. FBO Gunther K Unflat (40366) | 704 | 000732, 000733 | Notice of Withdrawal | 20889 | 1U0018 |
| Realty Negotiators Inc | 692 | 009614, 100139, 100154 | Notice of Withdrawal | 12819 | 1R0096 |
| The Guritzky Family Partnership LP | 2800 | 001050 | Notice of Withdrawal | 12384 | 1G0228 |
| Trust F/B/O Melissa Perlen U/A DTD 9/12/79 | 828 | 009385, 011761 | Notice of Withdrawal | 12386 | 1P0043 |

[1] *See Picard v. Washburn*, Adv. No. 10-04294(CGM), ECF No. 39 (Sept. 4, 2015)