# Exhibit B

## EXHIBIT B – OBJECTING CLAIMANTS
List Of Claimants Identified In Exhibit A For Which
The Notice of Withdrawal of Objection Omits Relevant Claims or Objections

| Objection Party | Objection To Determination Docket Number | Claim Number | Resolution Document | Resolution Document Docket No. | Description of Issues Identified | Account Number |
|---|---|---|---|---|---|---|
| Article Fourth Trust U/W Martin J. Joel, Jr., Deceased | 2335 | 000386, 008922 | Notice of Withdrawal | 16613 | Notice of Withdrawal excludes reference to Direct Claim Number 008922. | 1J0057 |
| Carol Nelson | 648 | 000495, 001870 | Notice of Withdrawal | 19209 | Notice of Withdrawal excludes reference to Direct Claim Number 001870. | 1ZA283 |
| Carol Nelson and Stanley Nelson J/T WROS | 647 | 000480, 001868 | Notice of Withdrawal | 19208 | Notice of Withdrawal excludes reference to Direct Claim Number 001868. | 1ZA284 |
| Cindy Giammarrusco, Trustee of Trust FBO Heather Tsumpes | 2145 | 010278 | Trustee's Twenty-Second Omnibus Motion | 18131 | An Order granting The Trustee's Twenty-Second Omnibus Motion was entered on 10/29/18, overruling the Objections listed on Exhibit A. Objection Docket Number 2145 is listed within the Exhibit, but excludes a reference to Claim Number 010278. | 1EM463 |
| David T. Washburn | 2281 | 013526, 013766, 015291, 015346 | Notice of Withdrawal via Executed Settlement agreement on 8/28/15 | 39[1] | Notice of Withdrawal excludes reference to Direct Claim Numbers 013766, 015291 and 015346. | 1W0087 |
| Donald A Benjamin | 399, 400 | 000141, 100119, 100134 | Notice of Withdrawal | 19850 | Notice of Withdrawal excludes reference to Direct Claim Numbers 100119 and 100134. | 1CM006 |
| Frank H. Wolf & Roberta Wolf | 2758 | 001475, 001635 | Notice of Withdrawal | 5123 | Notice of Withdrawal excludes reference to Direct Claim Numbers 001475 and 001635. | 1W0132 |
| Jeffrey Shankman | 650 | 010631, 100158, 100411 | Notice of Withdrawal | 20761 | Notice of Withdrawal excludes reference to Direct Claim Numbers 100158 and 100411. | 1S0060 |
| Martin R Harnick & Steven P Norton Partners | 649, 3123 | 001925, 100132 | Notice of Withdrawal | 20132 | Notice of Withdrawal excludes reference to Objection Docket Numbers 649 and 3123. | 1H0123 |

## EXHIBIT B – OBJECTING CLAIMANTS
List Of Claimants Identified In Exhibit A For Which
The Notice of Withdrawal of Objection Omits Relevant Claims or Objections

| Objection Party | Objection To Determination Docket Number | Claim Number | Resolution Document | Resolution Document Docket No. | Description of Issues Identified | Account Number |
|---|---|---|---|---|---|---|
| Martin R. Harnick and Steven P. Norton Partners | 2290 | 001924 | Notice of Withdrawal | 20132 | Notice of Withdrawal excludes reference to Direct Claim Number 001924. | 1H0062 |
| NTC & CO. FBO Carol Nelson (47003) | 646 | 000531, 001098, 001869 | Notice of Withdrawal | 19207 | Notice of Withdrawal excludes reference to Direct Claim Numbers 001098 and 001869. | 1ZR265 |
| NTC & CO. FBO Donald A Benjamin | 291, 295 | 000980, 100120, 100135 | Notice of Withdrawal | 19850 | Notice of Withdrawal excludes reference to Direct Claim Number 100135. | 1CM402 |
| Trust F/B/O Melissa Perlen U/A DTD 9/12/79 | 828 | 009385, 011761 | Notice of Withdrawal | 12386 | Notice of Withdrawal excludes reference to Direct Claim Number 011761. | 1P0043 |

[1] *See Picard v. Washburn*, Adv. No. 10-04294(CGM), ECF No. 39 (Sept. 4, 2015)