# Exhibit C

# EXHIBIT C – OBJECTING CLAIMANTS
List Of Claimants Identified In Exhibit A For Which The
Notice of Withdrawal of Objection(s) Contains Typographical Errors

| Objection Party | Objection To Determination Docket Number | Claim Number | Resolution Document | Resolution Document Docket No. | Description of Issues Identified | Account Number |
|---|---|---|---|---|---|---|
| Bradermak Equities, Ltd. | 2856 | 013292 | Notice of Withdrawal | 22162 | Notice of Withdrawal includes typographical error in reference to Claim Number 013292 Claim Number is displayed in document as '01392'. | 1B0150 |
| Gettinger Management LLC Profit Sharing Plan | 2900 | 005403 | Notice of Withdrawal | 16754 | Notice of Withdrawal includes typographical error in reference to Claim Number 005403. Claim Number is displayed in document as '005043'. | 1G0386 |
| NTC & CO. FBO Gunther K Unflat (40366) | 704 | 000732, 000733 | Notice of Withdrawal | 20889 | Notice of Withdrawal includes typographical error in reference to Objection Docket number 704. Objection Docket number is displayed in document as '703'. | 1U0018 |
| Realty Negotiators Inc | 692 | 009614, 100139, 100154 | Notice of Withdrawal | 12819 | Notice of Withdrawal includes typographical error in reference to Claim Number 100154. Claim Number is displayed in document as '10054'. | 1R0096 |
| The Guritzky Family Partnership LP | 2800 | 001050 | Notice of Withdrawal | 12384 | Notice of Withdrawal includes typographical error in reference to Claim Number 001050. Claim Number is displayed in document as '001150'. | 1G0228 |