# Exhibit D

**EXHIBIT D – OBJECTING CLAIMANTS**
List Of Claimants Identified In Exhibit A For Which the
Notice of Withdrawal of Objection(s) Contains Typographical Errors and Omits Relevant Objection

| Objection Party | Objection To Determination Docket Number | Claim Number | Resolution Document | Resolution Document Docket No. | Description of Issues Identified | Account Number |
|---|---|---|---|---|---|---|
| Jeffrey Schaffer and Donna Schaffer | 1027, 2138, 3188 | 011600, 011773 | Notice of Withdrawal | 20063 | Notice of Withdrawal excludes reference to Objection Docket Number 3188 and contains a typographical error in reference to Direct Claim Number 011773. | 1ZA401 |
| Jeffrey Schaffer | 3189 | 010700, 011601, 011602 | Notice of Withdrawal | 20062 | Notice of Withdrawal excludes reference to Objection Docket Number 3189. | 1ZA339 |