**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, the below documents were filed electronically:

- *Trustee's Memorandum of Law in Opposition to Natixis S.A.'s Motion to Dismiss;*

- *Declaration of Peter Fischer in Support of the Trustee's Opposition to Natixis S.A.'s Motion to Dismiss the Amended Complaint; and*

- *Trustee's Memorandum of Law in Opposition to Tensyr Ltd.'s Motion to Dismiss*

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated:  June 16, 2023
         New York, New York

By: */s/ Joanna F. Wasick*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## **SCHEDULE A**

**Defendant Counsel**

Adam Levy
Bruce Ginsberg
Christine DeVito
H. Seiji Newman
Joseph Cioffi
Davis & Gilbert LLP
Email: alevy@dglaw.com
Email: bginsberg@dglaw.com
Email: cdevito@dglaw.com
Email: hnewman@dglaw.com
Email: jcioffi@dglaw.com
Attorneys for: Natixis S.A.

Christian Vandergeest
David Y. Livshiz
Laurie A. Morgan
Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: christian.vandergeest@freshfields.com
Email: david.livshiz@freshfields.com
Email: laurie.morgan@freshfields.com
Email: timothy.harkness@freshfields.com
Attorneys for: Tensyr Limited