**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | No. 08-0789 (CGM)<br><br>SIPA Litigation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 8 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br><br> v.<br><br>NAIDOT & CO. and BESSEMER TRUST COMPANY,<br><br>     Defendants. | Adv. Pro. No. 11-02733 (CGM) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

  PLEASE TAKE NOTICE that counsel listed below hereby appears in the above

captioned case on behalf of Naidot & Co. and Bessemer Trust Company and, pursuant to Federal

DMFIRM #407747491 v1

Rules of Bankruptcy Procedure 2002 and 9010(b), hereby request that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following addresses, telephone, and facsimile numbers:

Ballard Spahr LLP
1675 Broadway, Floor 19
New York, NY 10019
Gerard Belfort
Telephone: (646) 346-8044
Facsimile: (212) 223-1942
Email: belfortg@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, and answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier services, telegraph, telex, telefax, or otherwise.

| | |
|---|---|
| Dated: New York, New York<br>May 8, 2023 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br>By: */s/ Gerard Belfort*<br><br>Gerard Belfort<br>1675 Broadway, Floor 19<br>New York, NY 10019<br>Telephone: (646) 346-8044<br>Fax: (212) 223-1942<br>belfortg@ballardspahr.com<br><br>*Attorneys for Naidot & Co. and Bessemer Trust Company* |

## **CERTIFICATE OF SERVICE**

I, Gerard Belfort, hereby certify that on May 8, 2023, I filed the foregoing Notice of Appearance and Request for Service of Papers on the parties of record via the Court's ECF filing system.

>
> */s/ Gerard Belfort*
> Gerard Belfort