**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (CGM) |
| | : | |
| Plaintiff-Applicant, | : | SIPA Liquidation |
| | : | |
| v. | : | (Substantively Consolidated) |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| In re: | : | |
| | : | |
| BERNARD L. MADOFF, | : | |
| | : | |
| Debtor. | : | |
| | : | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | Adv. Pro. No. 11-02733 (CGM) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NAIDOT & CO. and BESSEMER TRUST COMPANY, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------X

**DEFENDANT BESSEMER TRUST COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Federal Rule of Bankruptcy

Procedure 7007.1, Defendant Bessemer Trust Company ("BTC"), by and through its counsel,

hereby states that its corporate parent is The Bessemer Group, Incorporated and that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>June 16, 2023 | Ballard Spahr LLP |

By:   */s/ James V. Masella, III*
James V. Masella, III
Gerard Belfort
Kelly Lin
BALLARD SPAHR LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
E-mail: masellaj@ballardspahr.com
E-mail: belfortg@ballardspahr.com
E-mail: link@ballardspahr.com

*Attorneys for NAIDOT & CO. and BESSEMER TRUST COMPANY*

2

## CERTIFICATE OF SERVICE

I, Gerard Belfort, hereby certify that on this 16th day of June, 2023, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                        */s/ Gerard Belfort*
                                        Gerard Belfort