**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                         )
                                                       )        ss:
COUNTY OF DALLAS                   )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1.    I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On June 20, 2023, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S FIFTY-THIRD OMNIBUS MOTION FOR AN ORDER RESOLVING CLERICAL ERRORS AND OMISSIONS RELATED TO PREVIOUSLY RESOLVED OBJECTIONS (Docket Number 23289)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S FIFTY-THIRD OMNIBUS MOTION FOR AN ORDER RESOLVING CLERICAL ERRORS AND OMISSIONS RELATED TO PREVIOUSLY RESOLVED OBJECTIONS (Docket Number 23290)

3. NOTICE OF HEARING ON TRUSTEE'S FIFTY-THIRD OMNIBUS MOTION FOR AN ORDER RESOLVING CLERICAL ERRORS AND OMISSIONS RELATED TO PREVIOUSLY RESOLVED OBJECTIONS (Docket Number 23292)

Executed on June 20, 2023



_____

Tassie Powers Barr

Sworn to and subscribed before me this _____20th_____ day of _Jun_, 2023

MARY S BETIK
Notary ID #4866693
My Commission Expires
March 12, 2026

_____

(SEAL)                                          Notary Public

2

# Exhibit A

Exhibit A
6/20/2023

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---------|----------|----------|------|-------|-----|----------------|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Snow Becker Krauss P.C. | Attn: Michael Wexelbaum | 605 Third Ave., 25th Floor | New York | NY | 10158-0125 | Counsel |

| Arent Fox LLP | Attn: Hunter T. Carter on behalf of Ronald Guritzky | 1675 Broadway | New York | NY | 10019 | Counsel |
|---|---|---|---|---|---|---|
| Fulbright & Jaworski LLP | Attn: David L. Barrack | 666 Fifth Avenue | New York | NY | 10103 | Counsel |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer and Michael S. Weinstein | 437 Madison Avenue | New York | NY | 10222 | Counsel |
| Hamburger, Maxson, Yaffe & McNally, LLP | Attn: David N. Yaffe, Esq. | 225 Broadhollow Road | Melville | NY | 11747 | Counsel |
| Caldwell, Leslie & Proctor, PC | Attn: Christopher G. Caldwell | 1000 Wilshire Boulevard, Suite 600 | Los Angeles | CA | 90017-2463 | Counsel |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Norman A. Kaplan, Esq. | Attn: Norman A. Kaplan, Esq. | 111 Great Neck Road | Great Neck | NY | 11021 | Counsel |
| Lax & Neville, LLP | Attn: Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Karen Zeituni | 1285 Avenue of the Americas | New York | NY | 10019 | Counsel |
| Arent Fox LLP | Attn: Heike M. Vogel | 1675 Broadway | New York | NY | 10019 | Counsel |