**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Case No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**SO ORDERED AMENDED AND CORRECTED STIPULATION GRANTING DEFENDANTS' MOTION TO EXTEND TIME** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>v.<br><br>MALCOLM SAGE and LYNNE FLORIO,<br><br>       Defendants. | Adv. Pro No. 23-01099 (CGM) |

      WHEREAS, on April 19, 2023 Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff ("Plaintiff") filed a complaint (the "Complaint") commencing the above captioned adversary proceeding (Adv. Pro No. 23-01099 (CGM)) (the

12121283-1

"Action") against Malcolm Sage and Lynne Florio (each a "Defendant," and together with the Plaintiff, the "Parties").

WHEREAS, May 24, 2023 was the original deadline for the Defendants to respond to the Complaint.

WHEREAS, on May 23, 2023, the Defendants filed their *Motion to Answer or Otherwise Respond to the Complaint* [Dkt. No. 5] (the "Motion"). Through the Motion, the Defendants sought to extend their time to answer or otherwise respond to the Complaint to through and including June 30, 2023.

WHEREAS, on June 2, 2023, Plaintiff filed his response to the Motion. [Dkt. No. 11] (the "Response").

WHEREAS, Plaintiff indicated in the Response that he does not object to the Motion.

WHEREAS, on June 20, 2023, this Court entered a So-Ordered Stipulation [Dkt. No. 19] (the "Original Stipulation") dated June 7, 2023 extending the deadline to answer or otherwise respond to the Complaint until June 23, 2023 (the "Answer Deadline").

WHEREAS, immediately following the entry of the Original Stipulation, the Parties became aware of an error in the Original Stipulation as submitted, as the Parties' intended that the Answer Deadline be June 30, 2023 as requested in the Motion and not June 23, 2023.

NOW THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that it is hereby:

1. **ORDERED** that the Motion is granted and Defendants' time to answer or otherwise respond to the Complaint is hereby extended through and including June 30, 2023; and it is further

2. **ORDERED** that this stipulation is without prejudice to the right of any Party to seek a further extension of the Answer Deadline; and it is further

3. **ORDERED** that this stipulation supersedes and corrects the Original Stipulation; and it is further

4. **ORDERED** that nothing in this stipulation constitutes any Party's consent to the final orders or judgment by the Bankruptcy Court.

Dated: June 22, 2023
      New York, New York

| | |
|---|---|
| Of Counsel: | By: /s/ Lan Hoang |
| **BAKER & HOSTETLER LLP** <br> 127 Public Square <br> Cleveland, Ohio 44114 <br> Telephone: (216) 621-0200 <br> Facsimile (216) 696-0740 <br> James H. Rollinson <br> Email: jrollinson@bakerlaw.com | **BAKER & HOSTETLER LLP** <br> 45 Rockefeller Plaza <br> New York, New York <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Nicholas J. Cremona <br> Email: ncremona@bakerlaw.com <br> Lan Hoang <br> Email: lhoang@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of BLMIS and the Chapter 7 Estate of Bernard L. Madoff* |

**OLSHAN FROME WOLOSKY LLP**

By: /s/ Jonathan Koevary
    Thomas J. Fleming
    Jonathan T. Koevary
    1325 Avenue of the Americas
    New York, New York 10019
    (212) 451-2300
    afriedman@olshanlaw.com
    jkoevary@olshanlaw.com

*Attorneys for Defendants*

**SO ORDERED:**



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: June 23, 2023**
**Poughkeepsie, New York**