Return date: July 19, 2023

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORP., | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively consolidated) |
| BERNARD L. MADOFF INV. SEC. LLC, | |
| Defendant | |
| Irving Picard, Trustee, | |
| Plaintiff | |
| v. | Adv. P. No. 23-01098 (CJM) |
| Martin Sage and Sybil Sage, | |
| Defendants | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendants Martin and Sybil Sage, on the accompanying Memorandum of Law, move to dismiss this adversary proceeding pursuant to Fed. R. Civ. P. 12(b)(6), made applicable by Fed. Bank. R. 7012, on the grounds that it was untimely filed beyond the one-year period specified in the applicable statute of limitations, Bankruptcy Code Section 550(f)(1).

PLEASE TAKE FURTHER NOTICE that the return date for this motion is the omnibus hearing date fixed by the Court for these type of cases on July 19, 2023.

PLEASE TAKE FURTHER NOTICE that any response to this motion shall, unless otherwise ordered by the Court, be filed in accordance with the time period fixed by Local Rule 9006-1(b).

Washington, DC
May 24, 2023

Respectfully submitted,

By: /s/ Richard A. Kirby

R|K INVEST LAW, PBC
Richard A. Kirby
Beth-ann Roth
1725 I Street, N.W., Suite 300
Washington, D.C. 20006
kirby@investlaw.net
202-236-2854

Attorneys for Defendants