**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>              Plaintiff,<br>       v.<br><br>ANN PASSER,<br><br>              Defendant. | Adv. Pro. No. 23-01097 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, the Notice of Appearance of Seanna Brown, Notice of Appearance of Lan Hoang, and Notice of Appearance of Tara Turner were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

1

Dated: June 23, 2023
      New York, New York

By: /s/ *Seanna R. Brown*
**Baker & Hostetler LLP**
Seanna R. Brown
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Barry R. Lax
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney For: Ann Passer