**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 29, 2023 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04330; Picard v. Square One Fund Ltd.**

    A. Notice of Presentment of Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M- 390 filed by David J. Sheehan on behalf of Irving Picard (Filed: 5/25/2023) [ECF No. 270]

**Related Documents**:

B. Objection to Form of Proposed Order Appointing a Discovery Arbitrator filed by Richard B. Levin on behalf of Square One Fund Ltd. (Filed: 5/26/2023) [ECF No. 272]

C. Notice of Hearing to consider the Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M- 390 filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Objection to Form of Proposed Order Appointing a Discovery Arbitrator filed by Richard B. Levin on behalf of Square One Fund Ltd. filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 6/21/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 05/26/2023) [ECF No. 273]

D. Reply in Support of Proposed Order Appointing Discovery Arbitrator filed by David J. Sheehan on behalf of Irving Picard (Filed: 6/2/2023) [ECF No. 274]

E. Notice of Adjournment of Hearing RE: Hearing to consider the Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M- 390 filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Objection to Form of Proposed Order Appointing a Discovery Arbitrator filed by Richard B. Levin on behalf of Square One Fund Ltd. filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 6/29/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa). (Entered: 06/09/2023) [ECF 278]

**Status**: This matter is going forward.

Dated: June 23, 2023
New York, New York

Respectfully submitted,

/s/ David J. Sheehan
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*