**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2023, the following documents were filed electronically:

- *Notice of Motion for Order Issuing Letter of Request for the Examination of Daniel Chan Choong Seng;*

- *Motion for the Issuance of Letter of Request; and*

- *[Proposed] Order Issuing a Letter of Request for Service Abroad of Judicial or Extrajudicial Documents in a Civil or Commercial Matter*

      Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for overnight delivery, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: June 26, 2023
       New York, New York

                                              By: */s/ Robertson D. Beckerlegge*
                                              **BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## **SCHEDULE A**

**Defendant Counsel**

Ehud Barak
Russell T. Gorkin
Bradley M. Presant
Maximilian A. Greenberg
Elliot Stevens
Proskauer Rose LLP
Email: ebarak@proskauer.com
Email: rgorkin@proskauer.com
Email: bpresant@proskauer.com
Email: mgreenberg@proskauer.com
Email: estevens@proskauer.com
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attorney For: LION GLOBAL INVESTORS LIMITED