**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,<br><br>                              Defendants. | Adv. Pro. No. 10-05311 (CGM) |

## STIPULATION AND ORDER

Irving H. Picard, as trustee (the "**Trustee**") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, and defendants UBS Europe SE (f/k/a UBS (Luxembourg) S.A.), UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., Reliance International Research LLC, and M&B Capital Advisers Sociedad de Valores (collectively, the "**Moving Defendants**" and together with the Trustee, the "**Parties**"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on February 23, 2023, a scheduling Stipulation and Order was entered by this Court (ECF No. 283);

**WHEREAS**, on February 24, 2023, the Trustee filed a Second Amended Complaint (ECF No. 284);

**WHEREAS**, on May 5, 2023, the Moving Defendants filed three separate Motions to Dismiss the Second Amended Complaint (ECF Nos. 290, 292, 295);

**WHEREAS**, the Trustee is to file any oppositions to the Moving Defendants' motions to dismiss on or before July 14, 2023, and seeks to combine those oppositions;

**WHEREAS**, the Moving Defendants are to file any reply briefs on or before August 18, 2023.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that:

1. On or before July 14, 2023, the Trustee will file one collective brief in opposition to all three pending motions to dismiss not to exceed 90 pages.

2

2. This Stipulation may be signed by respective counsel for the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 26, 2023
New York, New York

| | |
|---|---|
| */s/ Oren J. Warshavsky* <br> **BAKER & HOSTETLER LLP** <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Oren J. Warshavsky <br> Email: owarshavsky@bakerlaw.com <br> Geoffrey A. North <br> Email: gnorth@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | */s/ Marshall R. King* <br> **GIBSON, DUNN & CRUTCHER LLP** <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: (212) 351-4000 <br> Marshall R. King <br> Email: mking@gibsondunn.com <br> Gabriel Herrmann <br> Email: gherrmann@gibsondunn.com <br><br> *Attorneys for Defendants UBS Europe SE (f/k/a UBS (Luxembourg) S.A.), UBS Fund Services (Luxembourg) S.A., and UBS Third Party Management Company SA* |

| | |
|---|---|
| /s/ *Richard J. Levin* | /s/ *Mark J. Hyland* |
| **JENNER & BLOCK LLP** | **SEWARD & KISSEL LLP** |
| 1155 Avenue of the Americas | One Battery Park Plaza |
| New York, New York 10036-2711 | New York, New York 10004 |
| Telephone: (212) 891-1601 | Telephone: (212) 574-1541 |
| Richard J. Levin | Facsimile: (212) 480-8421 |
| Email: rlevin@jenner.com | Mark J. Hyland |
| | Email: hyland@sewkis.com |
| *Attorneys for Defendant M&B Capital Advisers Sociedad de Valores* | *Attorneys for Reliance International Research LLC* |

**SO ORDERED:**



**Dated: June 27, 2023**
**Poughkeepsie, New York**

/s/ *Cecelia G. Morris*
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**