EXHIBIT B
SUMMARY OF FORTY-SECOND INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2022 THROUGH MARCH 31, 2023

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,103.99 | 199.50 | 220,245.10 |
| | Sheehan, David J. | 1968 | 1,104.88 | 459.60 | 507,803.60 |
| | Matthias, Michael R. | 1973 | 809.00 | 1.40 | 1,132.60 |
| | Montesano, Carmela T. | 1984 | 810.00 | 2.50 | 2,025.00 |
| | Hunt, Dean D. | 1991 | 1,038.76 | 154.40 | 160,385.00 |
| | Goldberg, Steven H. | 1991 | 1,113.00 | 7.50 | 8,347.50 |
| | Griffin, Regina L. | 1993 | 1,107.31 | 517.60 | 573,141.60 |
| | Thomas, Erika K. | 1994 | 875.53 | 617.30 | 540,465.00 |
| | Cohen, Adam I. | 1994 | 731.80 | 40.10 | 29,345.00 |
| | Best, Jacqueline S. | 1995 | 555.00 | 9.80 | 5,439.00 |
| | Cole, Tracy L. | 1996 | 981.00 | 12.20 | 11,968.20 |
| | Turner, Christa C. | 1996 | 579.00 | 22.10 | 12,795.90 |
| | Murphy, Keith R. | 1997 | 1,104.08 | 289.30 | 319,411.70 |
| | Hoang, Lan | 1997 | 1,088.17 | 605.90 | 659,325.00 |
| | Rollinson, James H. | 1998 | 966.97 | 330.40 | 319,485.60 |
| | Warshavsky, Oren J. | 1998 | 1,104.79 | 388.70 | 429,432.70 |
| | Rose, Jorian L. | 1998 | 1,082.40 | 56.00 | 60,614.40 |
| | Fish, Eric R. | 1998 | 958.72 | 369.50 | 354,246.20 |
| | Cremona, Nicholas J. | 2000 | 1,105.96 | 659.00 | 728,830.20 |
| | Bohorquez, Fernando A. | 2000 | 1,024.52 | 141.10 | 144,559.20 |
| | Pergament, Benjamin D. | 2000 | 946.74 | 602.70 | 570,598.70 |
| | Bell, Stacey A. | 2001 | 964.52 | 648.40 | 625,393.20 |
| | Beckerlegge, Robertson D. | 2001 | 882.50 | 516.60 | 455,901.60 |
| | Zeballos, Gonzalo S. | 2001 | 998.55 | 142.10 | 141,894.10 |
| | Song, Brian W. | 2002 | 965.15 | 466.50 | 450,244.30 |
| | North, Geoffrey A. | 2002 | 965.04 | 621.30 | 599,577.90 |
| | Oliver, Jason S. | 2003 | 885.94 | 397.00 | 351,718.20 |
| | Shields, Nkosi D. | 2003 | 874.65 | 536.40 | 469,163.20 |
| | Sherer, James A. | 2003 | 786.83 | 4.10 | 3,226.00 |
| | Gongolevsky, May Tal | 2003 | 1,145.00 | 4.70 | 5,381.50 |
| | Jacobs, Edward J. | 2003 | 1,082.00 | 10.00 | 10,820.00 |
| | Hochmuth, Farrell A. | 2003 | 877.25 | 111.20 | 97,550.60 |
| | Allen, Brian F. | 2005 | 789.53 | 339.10 | 267,730.70 |
| | Hartman, Ruth E. | 2005 | 521.91 | 81.50 | 42,535.50 |
| | Carlisle, Marie L. | 2006 | 876.08 | 464.00 | 406,499.80 |
| | Vanderwal, Amy E. | 2006 | 1,004.82 | 479.10 | 481,408.60 |
| | Kosack, Melissa L. | 2006 | 876.26 | 837.00 | 733,426.60 |
| | Feil, Matthew D. | 2006 | 964.87 | 563.40 | 543,606.20 |
| | Longstaff, Carrie | 2006 | 875.68 | 553.30 | 484,511.00 |
| | Calvani, Torello H. | 2007 | 965.42 | 552.40 | 533,300.40 |
| | Brown, Seanna R. | 2007 | 1,086.11 | 278.80 | 302,808.80 |
| | Wasick, Joanna F. | 2007 | 957.37 | 416.10 | 398,362.40 |
| | Forman, Jonathan A. | 2007 | 761.77 | 121.10 | 92,250.00 |
| | Giuliani, Esterina | 2007 | 1,003.42 | 650.50 | 652,724.60 |
| | Usitalo, Michelle R. | 2008 | 875.77 | 404.20 | 353,987.60 |
| | Attard, Lauren T. | 2008 | 767.00 | 1.60 | 1,227.20 |
| | Zunno-Freaney, Kathryn M. | 2008 | 1,006.14 | 329.70 | 331,723.90 |
| | McCurrach, Elizabeth G. | 2008 | 818.52 | 521.70 | 427,020.60 |
| | Choi, David | 2008 | 670.06 | 535.50 | 358,816.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 1,001.63 | 23.90 | 23,939.00 |
| | Sabella, Michael A. | 2008 | 626.55 | 401.50 | 251,558.90 |
| | Khan, Ferve E. | 2009 | 876.13 | 694.10 | 608,122.00 |
| | Shapiro, Peter B. | 2009 | 788.22 | 437.00 | 344,450.30 |
| | Molina, Marco | 2009 | 872.17 | 167.20 | 145,827.20 |
| | Markel, Tatiana | 2009 | 875.76 | 503.40 | 440,858.00 |
| | Campbell, Patrick T. | 2009 | 872.03 | 88.90 | 77,523.20 |
| | Layden, Andrew V. | 2010 | 472.00 | 2.30 | 1,085.60 |
| | Iannuzzi, Michael M. | 2010 | 570.29 | 24.50 | 13,972.20 |
| | Bent, Camille C. | 2010 | 741.56 | 602.20 | 446,568.20 |
| | Vonderhaar, Douglas A. | 2011 | 431.73 | 182.80 | 78,920.00 |
| | Shifrin, Maximillian S. | 2011 | 760.13 | 129.10 | 98,133.10 |
| | Feldstein, Robyn M. | 2011 | 741.10 | 429.00 | 317,930.80 |
| | Krishna, Ganesh | 2011 | 874.42 | 545.40 | 476,906.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Slavin, Jeffrey A. | 2011 | 531.00 | 5.70 | 3,026.70 |
| | Oliva, Frank M. | 2011 | 741.05 | 675.60 | 500,655.80 |
| | Ackerman, Stephanie | 2012 | 686.68 | 294.10 | 201,953.10 |
| | Hough, Shawn P. | 2012 | 740.38 | 584.20 | 432,530.80 |
| | Charlemagne, Chardaie C. | 2013 | 763.80 | 57.70 | 44,071.10 |
| | Friedman, Matthew B. | 2013 | 685.25 | 393.90 | 269,920.90 |
| | Tanney, Michelle N. | 2013 | 761.08 | 467.30 | 355,651.50 |
| Partners and of Counsel Total | | | 896.08 | 22,783.70 | 20,416,012.30 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Bieler, Philip | 1994 | 634.67 | 586.70 | 372,361.40 |
| | Rowe, Lenford A. | 1996 | 505.00 | 130.70 | 66,003.50 |
| | DeSouza, Karen | 2001 | 317.22 | 426.20 | 135,198.60 |
| | Lorkowski, Michael J. | 2001 | 345.00 | 313.50 | 108,157.50 |
| | Wlodek, Heather | 2003 | 844.45 | 321.20 | 271,237.50 |
| | O'Mara, LaineAlee | 2004 | 445.00 | 321.20 | 142,934.00 |
| | Negron, Jennifer C. | 2004 | 505.00 | 158.10 | 79,840.50 |
| | Auzoux, Lydia | 2004 | 445.00 | 141.70 | 63,056.50 |
| | Idzior, Ryan C. | 2004 | 337.68 | 510.20 | 172,284.00 |
| | McCallen, David L. | 2005 | 470.00 | 185.30 | 87,091.00 |
| | Cowherd, Matthew K. | 2005 | 763.85 | 428.00 | 326,927.40 |
| | Hiatt, Eric B. | 2005 | 679.89 | 85.70 | 58,266.70 |
| | Mezibov, Jonathan G. | 2006 | 289.23 | 641.50 | 185,540.50 |
| | Reddy, Dharani P. | 2007 | 470.00 | 152.30 | 71,581.00 |
| | Nieman, Andrew D. | 2007 | 425.00 | 248.80 | 105,740.00 |
| | Goldmark, Jena B. | 2007 | 605.94 | 656.00 | 397,497.80 |
| | Sloan, Victoria E. | 2009 | 316.13 | 532.20 | 168,243.30 |
| | Nickodem, Robert G. | 2009 | 297.03 | 668.00 | 198,417.10 |
| | Garcia, Manuel | 2009 | 505.00 | 81.10 | 40,955.50 |
| | Biondo, Lindsay J. | 2010 | 359.82 | 691.80 | 248,923.50 |
| | Maytal, Anat | 2010 | 761.78 | 505.20 | 384,850.60 |
| | Mahida, Michelle Marie Hoff | 2010 | 289.30 | 716.70 | 207,341.30 |
| | Chandler, Tara R. | 2010 | 296.64 | 677.60 | 201,002.20 |
| | Ubaid, Maryland H. | 2010 | 359.79 | 560.80 | 201,772.10 |
| | Rollins, Jennifer B. | 2010 | 289.14 | 587.70 | 169,927.90 |
| | Hansford, Melissa L. | 2010 | 361.18 | 128.50 | 46,411.40 |
| | Boga-Lofaro, Csilla | 2010 | 546.33 | 115.60 | 63,155.60 |
| | Gottesman, Joel D. | 2011 | 296.79 | 479.10 | 142,192.50 |
| | Rose, Nicholas M. | 2011 | 646.40 | 202.80 | 131,089.40 |
| | Patrick, Stacey M. | 2011 | 297.06 | 463.40 | 137,655.70 |
| | White, Jason T. | 2011 | 359.52 | 653.60 | 234,980.70 |
| | Cardenas, Samantha A. | 2011 | 289.58 | 540.80 | 156,604.00 |
| | Gallagher, Christopher B. | 2012 | 809.32 | 574.50 | 464,952.60 |
| | Mills, Rachel | 2012 | 345.00 | 435.40 | 150,213.00 |
| | Brumbach, Maxim G. | 2013 | 288.99 | 678.00 | 195,937.20 |
| | Mosher, Sarah E. | 2013 | 289.59 | 576.40 | 166,922.00 |
| | Horning, Nathan T. | 2014 | 297.09 | 748.10 | 222,252.70 |
| | Grimes, Saidah A. | 2014 | 815.00 | 16.20 | 13,203.00 |
| | Goertemiller, Noah J. | 2014 | 289.56 | 380.30 | 110,119.30 |
| | Serrao, Andrew M. | 2015 | 688.89 | 390.40 | 268,944.40 |
| | Turner, Tara E. | 2015 | 688.98 | 234.60 | 161,634.60 |
| | Shalodi, Amani | 2016 | 297.40 | 620.50 | 184,537.70 |
| | Berry, Joshua L. | 2016 | 289.22 | 602.70 | 174,314.50 |
| | Stewart, Matthew L. | 2016 | 289.47 | 636.90 | 184,365.90 |
| | Boyd, J'Naia L. | 2016 | 808.93 | 701.00 | 567,057.20 |
| | Cantu, Michael R. | 2016 | 296.42 | 521.30 | 154,521.40 |
| | Molony, Matthew E. | 2016 | 289.30 | 660.20 | 190,996.60 |
| | Martin, Lauren E. | 2016 | 291.00 | 114.10 | 33,203.10 |
| | Wagner, Mary Katherine | 2016 | 762.72 | 201.60 | 153,764.80 |
| | Stork, Victoria L. | 2017 | 688.20 | 353.30 | 243,142.30 |
| | Dindiyal, Ariana G. | 2017 | 558.54 | 143.90 | 80,374.30 |
| | Fernandez, Jessica H. | 2018 | 679.52 | 85.70 | 58,234.70 |
| | Wafelbakker, Tess N. | 2018 | 369.00 | 1.30 | 479.70 |
| | Haim, Andrea C. | 2018 | 449.51 | 106.00 | 47,648.00 |
| | Fischetti, Chloe S. | 2018 | 472.56 | 360.10 | 170,170.30 |
| | Farrell, Deirdre J. | 2019 | 556.07 | 307.50 | 170,990.70 |
| | Araghi, Shaia | 2019 | 542.88 | 256.30 | 139,139.80 |
| | Bordner, Alexa T. | 2019 | 476.73 | 68.20 | 32,513.00 |
| | Jeffrey, Kevin J. | 2019 | 294.51 | 689.50 | 203,064.30 |
| | Kim, Amos C. | 2019 | 658.89 | 605.40 | 398,894.30 |
| | Hayes, Sarah M. | 2019 | 432.74 | 361.90 | 156,608.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Yantis, Brittany A. | 2019 | 467.21 | 336.20 | 157,076.00 |
| | Corrigan, Megan A. | 2019 | 467.41 | 88.00 | 41,131.80 |
| | Gotsis, Christina O. | 2019 | 466.27 | 48.10 | 22,427.80 |
| | Weinstein, Paige E. | 2019 | 295.61 | 624.90 | 184,728.60 |
| | Mistry-Sehgal, Nikita | 2019 | 725.00 | 381.70 | 276,732.50 |
| | Quailey, Shade I. | 2020 | 655.29 | 561.90 | 368,209.70 |
| | D'Angelo, Alexa | 2020 | 654.90 | 886.50 | 580,570.70 |
| | Molano Jessica M. | 2020 | 496.79 | 589.80 | 293,004.00 |
| | Sternbach, Lauren E. | 2020 | 475.57 | 176.20 | 83,794.60 |
| | Rosales, Lynsey R. | 2020 | 311.60 | 612.60 | 190,884.90 |
| | Sullivan, Kayley B. | 2020 | 535.40 | 161.80 | 86,628.20 |
| | Mazoch, Jo Ann M. | 2020 | 404.67 | 202.60 | 81,985.20 |
| | Gabaud, Elizabeth L. | 2021 | 624.37 | 544.80 | 340,155.60 |
| | Fredericks, Shelley L. | 2021 | 659.99 | 333.90 | 220,372.00 |
| | Cruz, Mardeline | 2021 | 510.48 | 748.60 | 382,144.90 |
| | Gaudreau, Madison J. | 2021 | 512.96 | 93.70 | 48,064.30 |
| | Hockenbury, Jesse D. | 2021 | 303.52 | 509.30 | 154,584.20 |
| | Luevano, Maria S. | 2021 | 392.33 | 97.90 | 38,409.10 |
| | Gesiotto, Claudia | 2021 | 345.00 | 167.30 | 57,718.50 |
| | Lamb, Christopher W. | 2021 | 345.00 | 8.10 | 2,794.50 |
| | Thompson, Evette N. | 2021 | 304.75 | 685.50 | 208,906.80 |
| | Lear, Jordyn | 2021 | 302.24 | 622.60 | 188,176.00 |
| | Gokalan, Daphne | 2021 | 635.39 | 627.30 | 398,578.00 |
| | Record, Luke E. | 2021 | 508.31 | 303.40 | 154,221.10 |
| | Bridges, Bailey A. | 2021 | 402.64 | 262.80 | 105,813.60 |
| | Karambelas, Alexandra J. | 2022 | 384.88 | 68.00 | 26,171.90 |
| | Surapaneni, Priyanka | 2022 | 384.78 | 127.20 | 48,943.70 |
| | Chichi, Delores V. | 2022 | 384.90 | 264.30 | 101,728.60 |
| | Rogo, Francesca A. | 2022 | 380.39 | 59.10 | 22,481.20 |
| | Park, Sydney W. | 2023 | 466.63 | 93.50 | 43,630.30 |
| | Wald, Diane F. | 2023 | 469.00 | 107.50 | 50,417.50 |
| | Mingrino, Jessica T. | #N/A | 466.01 | 67.40 | 31,409.00 |
| | Carreon, Maria L. | #N/A | 495.22 | 491.60 | 243,452.50 |
| Associates Total | | | 445.10 | 35,297.40 | 15,710,788.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Gibbons, Michael E. | #N/A | 448.48 | 66.70 | 29,913.60 |
| | Nunes, Silas T. | #N/A | 360.91 | 158.10 | 57,060.00 |
| | Chan, Angeline | #N/A | 403.07 | 646.70 | 260,667.80 |
| | Blaber, Theresa A. | #N/A | 393.48 | 36.20 | 14,243.80 |
| | von Collande, Constance M. | #N/A | 403.56 | 553.10 | 223,211.00 |
| | Bryan, Katrina E. | #N/A | 388.43 | 208.30 | 80,910.70 |
| | Stone, Adrian | #N/A | 358.48 | 335.10 | 120,127.40 |
| | Monge, Tirsa | #N/A | 408.83 | 182.20 | 74,488.20 |
| | McKenna, Patrice M. | #N/A | 325.27 | 481.70 | 156,682.90 |
| | Godsen, Brian J. | #N/A | 197.00 | 12.00 | 2,364.00 |
| | Graham, Sonya M. | #N/A | 314.01 | 61.70 | 19,374.30 |
| | Glanzman, Adam J. | #N/A | 408.50 | 151.70 | 61,968.80 |
| | Iskhakova, Yuliya | #N/A | 505.92 | 853.40 | 431,754.10 |
| | Oliver-Weeks, Marcella J. | #N/A | 510.96 | 613.00 | 313,218.50 |
| | Szalay, Sarah M. | #N/A | 228.33 | 162.80 | 37,172.40 |
| | Wong, Sun Kei | #N/A | 317.18 | 67.10 | 21,282.50 |
| | Villamayor, Fidentino L. | #N/A | 427.41 | 263.40 | 112,579.00 |
| | Clark, Raymond W. | #N/A | 193.73 | 16.70 | 3,235.30 |
| | Montani, Christine A. | #N/A | 408.07 | 375.90 | 153,394.50 |
| | Bekier, James M. | #N/A | 520.97 | 302.00 | 157,332.50 |
| | Kinne, Tanya M. | #N/A | 506.33 | 764.70 | 387,193.80 |
| | Safina, Megan R. | #N/A | 327.13 | 347.30 | 113,613.70 |
| | Fishelman, Benjamin D. | #N/A | 498.28 | 375.40 | 187,053.50 |
| | O'Neil, Alden | #N/A | 405.41 | 360.30 | 146,068.80 |
| | Cabrera, Ramon C. | #N/A | 319.85 | 138.90 | 44,427.20 |
| | Ortiz, Dorian | #N/A | 311.00 | 31.70 | 9,858.70 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | 425.48 | 7,566.10 | 3,219,196.80 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 896.08 | 22,783.70 | 20,416,012.30 |
| Associates Total | 445.10 | 35,297.40 | 15,710,788.20 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 425.48 | 7,566.10 | 3,219,196.80 |
| Blended Attorney Rate | 622.01 | | |
| Total Fees Incurred | | 65,647.20 | 39,345,997.30 |
| **Less 10% Public Interest Discount** | | | (3,934,599.73) |
| **Grand Total** | | | $ 35,411,397.57 |