EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FORTY-SECOND INTERIM PERIOD
OF DECEMBER 1, 2022 THROUGH MARCH 31, 2023

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 1,922.90 | $ 1,373,685.90 |
| 02 | Bankruptcy Court Litigation and Related Matters | 358.30 | 302,619.70 |
| 03 | Feeder Funds | 191.10 | 137,792.10 |
| 04 | Asset Search Recovery and Sale | 7.90 | 7,634.30 |
| 05 | Internal Office Meetings with Staff | 447.70 | 292,141.80 |
| 07 | Billing | 951.10 | 437,619.70 |
| 08 | Case Administration | 2,139.40 | 1,226,659.20 |
| 11 | Press Inquires and Responses | 113.30 | 103,639.00 |
| 12 | Document Review | 12,909.40 | 4,685,952.70 |
| 13 | Discovery - Depositions and Document Productions | 1,388.40 | 679,745.90 |
| 14 | International | 41.90 | 30,455.10 |
| 21 | Allocation | 34.30 | 30,604.40 |
| 000005 | Customer Claims | 284.40 | 161,293.90 |
| 000007 | Madoff Family | 13.20 | 12,623.50 |
| 000009 | Fairfield Greenwich | 6,550.30 | 4,010,489.70 |
| 000029 | Rye/Tremont | 948.60 | 655,269.70 |
| 000030 | HSBC | 1,711.80 | 1,299,460.70 |
| 000032 | LuxAlpha/UBS | 1,205.90 | 1,050,786.50 |
| 000033 | Nomura Bank International PLC | 449.60 | 310,152.00 |
| 000034 | Citibank | 1,894.80 | 1,061,831.10 |
| 000035 | Natixis | 528.40 | 369,412.10 |
| 000036 | Merrill Lynch | 332.80 | 223,987.20 |
| 000037 | ABN AMRO | 433.50 | 287,245.40 |
| 000039 | Fortis | 2,724.50 | 2,462,050.00 |
| 000042 | Equity Trading | 222.50 | 136,906.30 |
| 000053 | Magnify | 1,441.60 | 1,027,183.50 |
| 000060 | Avellino & Bienes | 2,146.00 | 1,841,341.80 |
| 000062 | Subsequent Transfer | 20,516.60 | 12,390,852.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 236.50 | 213,980.00 |
| 000065 | Legacy Capital Ltd | 1,122.70 | 874,672.00 |
| 000071 | Square One | 2,049.70 | 1,401,226.60 |
| 000073 | BNP Paribas | 328.10 | 246,683.50 |
| | | | |
| Grand Total | | **65,647.20** | **39,345,997.30** |

| | | |
|---|---|---:|
| **Less 10% Public Interest Discount** | | (3,934,599.73) |
| **Grand Total** | | $ 35,411,397.57 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|

**Current Application**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 35,411,397.57 |
| | Interim Compensation Paid | | *(31,870,257.82)* |
| | Interim Compensation Deferred | | $ 3,541,139.75 |

**Prior Applications**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 1,489,341,704.16 |
| | Interim Compensation Paid | | *$ (1,471,351,502.25)* |
| | Interim Compensation Deferred | | $ 17,990,201.91 |