EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FORTY-SECOND INTERIM PERIOD OF DECEMBER 1, 2022 THROUGH MARCH 31, 2023

| | | |
|---|---|---:|
| E101 | E101 - Copying (E101) | 877.20 |
| E102 | E102 - Outside Printing (E102) | 824.65 |
| E106 | E106 - Online Research (E106) | 44,198.31 |
| E107 | E107 - Delivery Services/ Messengers (E107) | 1,360.51 |
| E108 | E108 - Postage (E108) | 820.07 |
| E110 | E110 - Out-of-Town Travel (E110) | 11,534.14 |
| E112 | E112 - Court Fees (E112) | 3,719.48 |
| E113 | E113 - Subpoena Fees (E113) | 1,357.24 |
| E115 | E115 - Deposition Transcripts (E115) | 39,503.02 |
| E116 | E116 - Trial Transcripts (E116) | 854.40 |
| E119 | E119 - Experts (E119) | 31.50 |
| E123 | E123 - Other Professionals (E123) | 42,404.47 |
| E124 | E124 - Other (E124) | 27,250.47 |
| Grand Total | | **174,735.46** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 21,511,425.18