EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FORTY-SECOND INTERIM
PERIOD OF DECEMBER 1, 2022 THROUGH MARCH 31, 2023

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 1,519,887,715.23 |
| Interim Compensation Deferred | $ 21,044,803.01 |
| Holdback Amount to be Released | 10,522,401.50 |
| Holdback After Release | $ 10,522,401.51 |