**Exhibit B**

SUMMARY OF FORTY-FIRST INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2022 THROUGH MARCH 31, 2023

| Name | Year Admitted | Dec 2022 Standard Hourly Rate | Dec 2022 Total Hours Billed | Dec 2022 Total Compensation | Jan-Mar 2023 Standard Hourly Rate | Jan-Mar 2023 Total Hours Billed | Jan-Mar 2023 Total Compensation | Total Hours Billed Dec-March | Total Compensation Dec-March |
|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | |
| Howard L. Simon | 1977 | 715.00 | 130.30 | $ 93,164.50 | 735.00 | 357.20 | $ 262,542.00 | 487.50 | $ 355,706.50 |
| Robert J. Luddy | 1987 | 690.00 | 10.10 | $ 6,969.00 | 710.00 | 83.40 | $ 59,214.00 | 93.50 | $ 66,183.00 |
| Kim M. Longo | 2002 | 645.00 | 146.20 | $ 94,299.00 | 665.00 | 462.60 | $ 307,629.00 | 608.80 | $ 401,928.00 |
| **Total Partners** | | | **286.60** | **$ 194,432.50** | | **903.20** | **$ 629,385.00** | **1,189.80** | **$ 823,817.50** |
| **Special Counsel** | | | | | | | | | |
| Margarita Y. Ginzburg | 1999 | | | | 595.00 | 184.20 | $ 109,599.00 | 184.20 | $ 109,599.00 |
| John J. Tepedino | 2005 | 525.00 | 140.80 | $ 73,920.00 | 540.00 | 431.80 | $ 233,172.00 | 572.60 | $ 307,092.00 |
| Alan D. Lawn | 2009 | 480.00 | 120.30 | $ 57,744.00 | 495.00 | 398.90 | $ 197,455.50 | 519.20 | $ 255,199.50 |
| Brian W. Kreutter | 2003 | | | | 460.00 | 29.10 | $ 13,386.00 | 29.10 | $ 13,386.00 |
| **Total Special Counsel** | | | **261.10** | **$ 131,664.00** | | **1,044.00** | **$ 553,612.50** | **1,305.10** | **$ 685,276.50** |
| **Associates** | | | | | | | | | |
| Maja Lukic | 2011 | 495.00 | 130.60 | $ 64,647.00 | 505.00 | 310.00 | $ 156,550.00 | 440.60 | $ 221,197.00 |
| Alex Jonatowski | 2007 | 435.00 | 139.10 | $ 60,508.50 | 450.00 | 497.50 | $ 223,875.00 | 636.60 | $ 284,383.50 |
| Carol LaFond | 2000 | 410.00 | 147.60 | $ 60,516.00 | 410.00 | 453.60 | $ 185,976.00 | 601.20 | $ 246,492.00 |
| Lauren M. Sisson | 2022 | 390.00 | 94.40 | $ 36,816.00 | 400.00 | 96.60 | $ 38,640.00 | 191.00 | $ 75,456.00 |
| Tyschelle R. Doucette | 2006 | 320.00 | 153.90 | $ 49,248.00 | 320.00 | 483.60 | $ 154,752.00 | 637.50 | $ 204,000.00 |
| Anika Wilson | 2000 | 320.00 | 102.80 | $ 32,896.00 | 320.00 | 371.90 | $ 119,008.00 | 474.70 | $ 151,904.00 |
| Jose A. Despian Jr. | 2010 | 320.00 | 157.50 | $ 50,400.00 | 320.00 | 440.80 | $ 141,056.00 | 598.30 | $ 191,456.00 |
| **Total Associates** | | | **925.90** | **$ 355,031.50** | | **2,654.00** | **$ 1,019,857.00** | **3,579.90** | **$ 1,374,888.50** |
| **Paraprofessionals** | | | | | | | | | |
| Matthew Corwin | | 260.00 | 9.60 | $ 2,496.00 | 265.00 | 22.90 | $ 6,068.50 | 32.50 | $ 8,564.50 |
| Carilyn Priolo | | 220.00 | 32.80 | $ 7,216.00 | 225.00 | 126.10 | $ 28,372.50 | 158.90 | $ 35,588.50 |
| **Total Paraprofessionals** | | | **42.40** | **$ 9,712.00** | | **149.00** | **$ 34,441.00** | **191.40** | **$ 44,153.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,189.80 | $ 823,817.50 |
| **Special Counsel** | 1,305.10 | $ 685,276.50 |
| **Associates** | 3,579.90 | $ 1,374,888.50 |
| **Paraprofessionals** | 191.40 | $ 44,153.00 |
| | | |
| **Blended Attorney Rate** | 474.75 | |
| **Blended Rate All Professionals** | 467.29 | |
| **GRAND TOTAL** | 6,266.20 | $ 2,928,135.50 |

{12180472:1}