**<u>Exhibit C</u>**

SUMMARY OF FORTY-FIRST INTERIM FEE APPLICATION OF WINDELS
MARX LANE & MITTENDORF, LLP FOR EXPENSES INCURRED FROM
DECEMBER 1, 2022 THROUGH AND INCLUDING MARCH 31, 2023

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 27.40 |
| Telephone - Reimbursements | $ | (83.62) |
| Postage | $ | 1.62 |
| Air Courier/Messenger | $ | 108.08 |
| Online Research | $ | 8,266.09 |
| Search Fees | $ | 1,306.00 |
| **TOTAL** | **$** | **9,625.57** |