**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE FORTY-FIRST INTERIM PERIOD OF DECEMBER 1, 2022 THROUGH AND INCLUDING MARCH 31, 2023

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 3.40 | $ 976.00 |
| | | 007 | Fee Application | 160.60 | 43,859.50 |
| | | 020 | Internal Office Meetings | 61.60 | 28,256.00 |
| | | 041 | Discovery, Document Review, Document Production | 4.80 | 3,165.50 |
| 12 | Credit Suisse | 010 | Litigation | 1,828.50 | 681,617.00 |
| 14 | Zephyros | 010 | Litigation | 341.10 | 185,112.50 |
| 15 | Mistral | 010 | Litigation | 75.20 | 37,218.50 |
| 16 | Societe Generale | 010 | Litigation | 1,017.00 | 443,578.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 479.80 | 237,439.00 |
| 18 | Clariden Leu | 010 | Litigation | 266.00 | 100,703.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 70.20 | 28,613.00 |
| 20 | Coordinated Cases | 010 | Litigation | 725.80 | 442,152.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,004.20 | 566,548.00 |
| 24 | Naidot | 010 | Litigation | 228.00 | 128,897.50 |
| | | | **TOTALS** | **6,266.20** | **$ 2,928,135.50** |

{12180472:1}