**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 12-01047 (BRL) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

　　I, Matthew D. Moderson, request admission, *pro hac vice*, before the Honorable Cecelia G. Morris, to represent Koch Industries, Inc. in the above-referenced adversary proceeding. I certify that I am a member in good standing of the bar in the State of Kansas, State of Missouri and the United States District Court for the Western District of Missouri.

　　I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

CORE/0763236.0121/182572180.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 26, 2023<br>Kansas City, Missouri | */s/ Matthew D. Moderson*<br>Matthew D. Moderson<br>**STINSON LLP**<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO 64106-2150<br>Email: matt.moderson@stinson.com<br>Telephone number: (816) 691-2736 |

CORE/0763236.0121/182572180.1