**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>    Defendant. | Adv. Pro. No. 12-01047 (BRL) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew D. Moderson to be admitted, *pro hac vice*, to represent Koch Industries, Inc., the defendant in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Kansas, State of Missouri, and the United States District Court for the Western District of Missouri, it is hereby

**ORDERED,** that Matthew D. Moderson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Koch Industries, Inc. in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

    SO ORDERED.

Dated: _____
_____, New York          _____
                                                     Cecelia G. Morris
                                                     UNITED STATES BANKRUPTCY JUDGE