**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01047 (BRL) |
| KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company, | |
| Defendant. | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Keith S. Moheban, request admission, *pro hac vice*, before the Honorable Cecelia G. Morris, to represent Koch Industries, Inc. in the above-referenced adversary proceeding. I certify that I am a member in good standing of the bar in the State of Minnesota and the United States District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

CORE/0763236.0121/182572180.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 26, 2023<br>Minneapolis, Minnesota | */s/ Keith S. Moheban*<br>Keith S. Moheban<br>**STINSON LLP**<br>50 South Sixth Street<br>Minneapolis, MN 55402<br>Email: keith.moheban@stinson.com<br>Telephone number: (612) 335-1544 |