BOIES SCHILLER FLEXNER LLP  
55 Hudson Yards  
New York, NY 10001  
Tel: (212) 446-2300  

Hearing Date: November 15, 2023  
Objections Date: August 31, 2023  
Reply Date: October 2, 2023  

*Attorneys for Defendant ZCM Asset Holding Company (Bermuda) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED,<br><br>　　　　Defendant. | Adv. Pro. No. 12-01512 (CGM)<br><br>**Oral Argument Requested** |

**NOTICE OF MOTION TO DISMISS**
**THE COMPLAINT AS AMENDED BY STIPULATION**

**PLEASE TAKE NOTICE** that, upon ZCM Asset Holding Company (Bermuda) Limited's Memorandum of Law in Support of its Motion to Dismiss the Complaint as Amended by Stipulation dated June 30, 2023, the accompanying Declaration of Steven I Froot dated June

30, 2023 and the exhibits thereto, and all prior pleadings and proceedings herein, defendant ZCM Asset Holding Company (Bermuda) Limited ("ZCM") will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, on November 15, 2023 at 10:00 a.m. (prevailing Eastern Time), before the Honorable Cecelia G. Morris, for an order dismissing in its entirety the Complaint (ECF No. 1), as amended by the Stipulation and Order entered on April 21, 2023 (ECF No. 101), filed in this action by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on April 21, 2023 (ECF No. 101), all papers responsive to ZCM's Motion shall be served and filed no later than August 31, 2023, and all reply papers in further support of ZCM's Motion shall be served and filed no later than October 2, 2023.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, ZCM does not consent to the entry of final orders or judgment by this Court.

Dated: June 30, 2023
New York, New York

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven I. Froot*
Alan B. Vickery
Steven I. Froot
Andrew Villacastin
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: avickery@bsfllp.com
Email: sfroot@bsfllp.com
Email: avillacastin@bsfllp.com

Jenna C. Smith
30 South Pearl Street
11th floor
Albany, NY 12207
Telephone: (518) 694-4257
Email: jsmith@bsfllp.com

*Attorneys for ZCM Asset Holding Company (Bermuda) Limited*