BOIES SCHILLER FLEXNER LLP  
55 Hudson Yards  
New York, NY 10001  
Tel: (212) 446-2300

Hearing Date: November 15, 2023  
Objections Date: August 31, 2023  
Reply Date: October 2, 2023

*Attorneys for Defendant ZCM Asset Holding Company (Bermuda) Limited*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>*Plaintiff-Applicant,*<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>*Defendant.* | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>*Debtor.* | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>*Plaintiff,*<br><br>v.<br><br>ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED,<br><br>*Defendant.* | Adv. Pro. No. 12-01512 (CGM) |

**DECLARATION OF STEVEN I. FROOT IN SUPPORT OF DEFENDANT ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED'S MOTION TO DISMISS THE COMPLAINT AS AMENDED BY STIPULATION**

I, STEVEN I. FROOT, an attorney admitted to practice before the Courts of the State of New York, the U.S. District Court for the Southern District of New York, and the U.S. Bankruptcy Court for the Southern District of New York, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP, counsel for ZCM Asset Holding Company (Bermuda) Limited ("ZCM"). I submit this declaration in support of ZCM's motion to dismiss the Complaint, as Amended by Stipulation, of Irving Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("Trustee" or "BLMIS"), in this adversary proceeding.

2. Attached hereto as **Exhibit A** is a true and correct copy of the April 12, 2012 Complaint ("Complaint") filed in this adversary proceeding, ECF No. 1, with all exhibits thereto.

3. Attached hereto as **Exhibit B** is a true and correct copy of the April 21, 2023 Stipulation and Order Amending the Complaint and Setting Briefing Schedule, filed in this adversary proceeding, ECF No. 101, with the exhibit thereto.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Settlement Agreement between the Trustee and Fairfield Sentry in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. No. 09-01239 (CGM) (Bankr. S.D.N.Y. May 9, 2011), ECF No. 69-2.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Second Amended Complaint filed in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. No. 09-01239 (CGM) (Bankr. S.D.N.Y. Aug. 28, 2020), ECF No. 286 ("Fairfield Second Amended Complaint"), without exhibits.

6. Collectively attached hereto as **Exhibit E** are true and correct copies of Exhibits 5 and 6 to the Fairfield Second Amended Complaint in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF Nos. 286-5 and 286-6.

2

7. Set forth below is a chart calculating the total amounts of alleged subsequent transfers made by Fairfield Sentry to its own related entities, after May 9, 2003 (*i.e.*, the date of the first potentially avoidable initial transfer from BLMIS to Fairfield Sentry), as reflected in Exhibits 5 and 6 to the Fairfield Second Amended Complaint, collectively attached as **Exhibit E** hereto:

**TABLE 1**

| ECF No. | Defendant(s) | Amount |
|---|---|---|
| 286-5 | Fairfield Sigma Limited | $772,690,257 |
| 286-6 | Fairfield Lambda Limited | $51,991,017 |
| **Total Fairfield Sentry Six-Year Subsequent Transfers** | | **$824,681,274** |

8. Collectively attached hereto as **Exhibit F** are true and correct copies of Exhibits 8, 10, 12, 13, 14 and 21 to the Fairfield Second Amended Complaint in *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. 09-01239 (Bankr. S.D.N.Y. Aug. 28, 2020), ECF Nos. 286-8, 286-10, 286-12, 286-13, 286-14 and 286-21.

9. Set forth below is a chart calculating the total amounts of alleged subsequent transfers made by Fairfield Sentry to the defendants listed below, after May 9, 2003, as reflected in Exhibits 8, 10, 12, 13, 14, and 21 to the Fairfield Second Amended Complaint, collectively attached hereto as **Exhibit F** (noting that this total has been reduced by the amount of subsequent transfers that Fairfield Sentry made to these defendants *prior* to May 9, 2003 ($103,688,693)):

## TABLE 2

| ECF No. | Defendant(s) | Amount |
|---|---|---|
| 286-8 | FIF Advanced Limited | $45,206,428 |
| 286-10 | Fairfield Investment Fund Limited | $337,718,887 |
| 286-12 | Fairfield Greenwich Limited | $87,440,586 |
| 286-13 | Fairfield Greenwich (Bermuda) Limited | $611,613,040 |
| 286-14 | Fairfield Greenwich Advisors | $56,013,598 |
| 286-21 | Amit Vijayvergiya | $955,465 |
| Total Fairfield Sentry Six-Year Subsequent Transfers | | $1,138,948,004 |
| Less Pre-May 9, 2003 Transfers | | $103,688,693 |
| **Total Fairfield Sentry Six-Year Subsequent Transfers Excluding Transfers Preceding May 9, 2003** | | **$1,035,259,311** |

10. Attached hereto as **Exhibit G** is a true and correct copy of the First Amended Complaint filed in *Fairfield Sentry Ltd. v. Citco Global Custody NV*, Adv. Pro. No. 19-01122 (CGM) (Bankr. S.D.N.Y. Nov. 26, 2019), ECF No. 19.

11. Collectively attached hereto as **Exhibit H** are true and correct copies of the documents listed in TABLE 3, below, consisting of exhibits to complaints (and in two instances, the complaints themselves) listing the transfers from Fairfield Sentry that the Trustee is seeking to claw back from defendants in this and related adversary proceedings:

## TABLE 3

| Line Item | Exhibit Number | Description |
|---|---|---|
| 1 | H(1) | Exhibit C to the Amended Complaint filed in *Picard v. Citibank N.A. et al.*, Adv. Pro. No. 10-05345 (Bankr. S.D.N.Y.), ECF No. 214-3 |
| 2 | H(2) | Exhibit C to the Amended Complaint filed in *Picard v. Merrill Lynch International*, Adv. Pro. No. 10-05346 (Bankr. S.D.N.Y.), ECF No. 137-3 |
| 3 | H(3) | Exhibit C to the Second Amended Complaint filed in *Picard v. Nomura International PLC*, Adv. Pro. No. 10-05348 (Bankr. S.D.N.Y.), ECF No. 121-3 |
| 4 | H(4) | Complaint filed in *Picard v. Banco Bilbao Vizcaya Argentaria, S.A.*, Adv. Pro. No. 10-05351 (Bankr. S.D.N.Y.), ECF No. 1-1, page 44 |
| 5 | H(5) | Exhibit C to the Amended Complaint filed in *Picard v. Natixis S.A. and Tensyr Ltd.*, Adv. Pro. No. 10-05353 (Bankr. S.D.N.Y.), ECF No. 193-3 |
| 6 | H(6) | Exhibit D to the Amended Complaint filed in *Picard v. Natixis S.A. and Tensyr Ltd.*, Adv. Pro. No. 10-05353 (Bankr. S.D.N.Y.), ECF No. 193-4 |
| 7 | H(7) | Complaint filed in *Picard v. Pictet at Cie*, Adv. Pro. No. 11- 01724 (Bankr. S.D.N.Y.), ECF No. 1, page 24 |
| 8 | H(8) | Exhibit C to the Complaint filed in *Picard v. Safra National Bank of New York*, Adv. Pro. No. 11-01885 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 9 | H(9) | Exhibit K to the Complaint filed in *Picard v. Banque SYZ & Co., S.A.*, Adv. Pro. No. 11-02149 (Bankr. S.D.N.Y.), ECF No. 1-11 |
| 10 | H(10) | Exhibit E to the Complaint filed in *Picard v. Abu Dhabi Investment Authority*, Adv. Pro. No. 11-02493 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 11 | H(11) | Exhibit C to the Complaint filed in *Picard v. Orbita Capital Return Strategy Limited*, Adv. Pro. No. 11-02537 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 12 | H(12) | Exhibit D to the Complaint filed in *Picard v. Quilvest Finance Ltd.*, Adv. Pro. No. 11-02538 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 13 | H(13) | Exhibit C to the Complaint filed in *Picard v. Meritz Fire & Marine Insurance Co. Ltd.*, Adv. Pro. No. 11-02539 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 14 | H(14) | Exhibit D to the Complaint filed in *Picard v. Lion Global Investors Limited*, Adv. Pro. No. 11-02540 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 15 | H(15) | Exhibit D to the Complaint filed in *Picard v. First Gulf Bank*, Adv. Pro. No. 11- 02541 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 16 | H(16) | Exhibit C to the Complaint filed in *Picard v. Parson Finance Panama S.A.*, Adv. Pro. No. 11-02542 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 17 | H(17) | Exhibit D to the Complaint filed in *Picard v. Delta National Bank and Trust Company*, Adv. Pro. No. 11-02551 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 18 | H(18) | Exhibit C to the Amended Complaint filed in *Picard v. Unifortune Asset Management SGR SPA et ano.*, Adv. Pro. No. 11-02553 (Bankr. S.D.N.Y.), ECF No. 114-3 |
| 19 | H(19) | Exhibit C to the Amended Complaint filed in *Picard v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), ECF No. 105-3 |
| 20 | H(20) | Exhibit D to the Amended Complaint filed in *Picard v. National Bank of Kuwait S.A.K.*, Adv. Pro. No. 11-02554 (Bankr. S.D.N.Y.), ECF No. 105-4 |

| 21 | H(21) | Exhibit D to the Complaint filed in *Picard v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), ECF No. 1-4 |
|---|---|---|
| 22 | H(22) | Exhibit E to the Complaint filed in *Picard v. Cathay Life Insurance Co. LTD*, Adv. Pro. No. 11-02568 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 23 | H(23) | Exhibit D to the Complaint filed in *Picard v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 24 | H(24) | Exhibit G to the Complaint filed in *Picard v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| 25 | H(25) | Exhibit I to the Complaint filed in *Picard v. Barclays Bank (Suisse) S.A. et al.*, Adv. Pro. No. 11-02569 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 26 | H(26) | Exhibit C to the Complaint filed in *Picard v. Banca Carige S.P.A.*, Adv. Pro. No. 11-02570 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 27 | H(27) | Exhibit D to the Complaint filed in *Picard v. Banque Privee Espirito Santo S.A. (formerly known as Compagnie Bancaire Espirito Santo S.A.)*, Adv. Pro. No. 11- 02571 (Bankr. S.D.N.Y.), ECF No. 1- 4 |
| 28 | H(28) | Exhibit C to the Amended Complaint filed in *Picard v. Korea Exchange Bank, Individually and as Trustee for Korea Global All Asset Trust I-1, and for Tams Rainbow Trust III*, Adv. Pro. No. 11-02572 (Bankr. S.D.N.Y.), ECF No. 30-3 |
| 29 | H(29) | Exhibit D to the Amended Complaint filed in *Picard v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573 (Bankr. S.D.N.Y.), ECF No. 8-4 |
| 30 | H(30) | Exhibit D to the Complaint filed in *Picard v. ASB Bank Corp.*, Adv. Pro. No. 11- 02730 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 31 | H(31) | Exhibit C to the Complaint filed in *Picard v. Trincaster Corporation*, Adv. Pro. No. 11-02731 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 32 | H(32) | Exhibit C to the Complaint filed in *Picard v. Bureau of Labor Insurance*, Adv. Pro. No. 11-02732 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 33 | H(33) | Exhibit C to the Amended Complaint filed in *Picard v. Naidot & Co.*, Adv. Pro. No. 11-02733 (Bankr. S.D.N.Y.), ECF No. 100-3 |
| 34 | H(34) | Exhibit D to the Complaint filed in *Picard v. Caceis Bank, Caceis Bank Luxembourg*, Adv. Pro. No. 11-02758 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 35 | H(35) | Exhibit D to the Complaint filed in *Picard v. Lighthouse Investment Partners LLC (doing business as Lighthouse Partners)*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 36 | H(36) | Exhibit E to the Complaint filed in *Picard v. Lighthouse Investment Partners LLC (doing business as Lighthouse Partners)*, Adv. Pro. No. 11-02762 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 37 | H(37) | Exhibit D to the Complaint filed in *Picard v. Inteligo Bank LTD. formerly known as Blubank LTD. Panama Branch*, Adv. Pro. No. 11-02763 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 38 | H(38) | Exhibit C to the Complaint filed in *Picard v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 39 | H(39) | Exhibit D to the Complaint filed in *Picard v. Somers Dublin Limited et al.*, Adv. Pro. No. 11-02784 (Bankr. S.D.N.Y.), ECF No. 1-4 |

| | | |
|---|---|---|
| 40 | H(40) | Exhibit C to the Amended Complaint filed in *Picard v. Merrill Lynch Bank (Suisse) SA*, Adv. Pro. No. 11-02910 (Bankr. S.D.N.Y.), ECF No. 115-3 |
| 41 | H(41) | Exhibit C to the Amended Complaint filed in *Picard v. Bank Julius Baer & Co. Ltd.*, Adv. Pro. No. 11-02922 (Bankr. S.D.N.Y.), ECF No. 110-3 |
| 42 | H(42) | Exhibit C to the Complaint filed in *Picard v. Falcon Private Bank Ltd.* (formerly known as AIG Privat Bank AG), Adv. Pro. No. 11-02923 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 43 | H(43) | Exhibit E to the Complaint filed in *Picard v. Credit Suisse AG et al.*, Adv. Pro. No. 11-02925 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 44 | H(44) | Exhibit C to the Complaint filed in *Picard v. LGT Bank in Liechtenstein Ltd.*, Adv. Pro. No. 11-02929 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 45 | H(45) | Exhibit C to the Complaint filed in *Picard v. The Public Institution for Social Security*, Adv. Pro. No. 12-01002 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 46 | H(46) | Exhibit C to the Complaint filed in *Picard v. Fullerton Capital PTE Ltd.*, Adv. Pro. No. 12-01004 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 47 | H(47) | Exhibit F to the Amended Complaint filed in *Picard v. SICO Limited*, Adv. Pro. No. 12-01005 (Bankr. S.D.N.Y.), ECF No. 14-6 |
| 48 | H(48) | Exhibit F to the Complaint filed in *Picard v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| 49 | H(49) | Exhibit G to the Complaint filed in *Picard v. Banco Itau Europa Luxembourg S.A. et ano.*, Adv. Pro. No. 12-01019 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| 50 | H(50) | Exhibit C to the Complaint filed in *Picard v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 51 | H(51) | Exhibit D to the Complaint filed in *Picard v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 52 | H(52) | Exhibit E to the Complaint filed in *Picard v. Grosvenor Investment Management Ltd. et al.*, Adv. Pro. No. 12-01021 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 53 | H(53) | Exhibit J to the Complaint filed in *Picard v. Credit Agricole (Suisse) S.A. et al.*, Adv. Pro. No. 12-01022 (Bankr. S.D.N.Y.), ECF No. 1-10 |
| 54 | H(54) | Exhibit C to the Complaint filed in *Picard v. Arden Asset Management Inc. et al.*, Adv. Pro. No. 12-01023 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 55 | H(55) | Exhibit C to the Complaint filed in *Picard v. SNS Bank N.V. et ano.*, Adv. Pro. No. 12-01046 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 56 | H(56) | Exhibit C to the Complaint filed in *Picard v. Koch Industries, Inc.*, as successor in interest to Koch Investment (UK) Company, Adv. Pro. No. 12-01047 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 57 | H(57) | Exhibit C to the Complaint filed in *Picard v. Banco General S.A. et ano.*, Adv. Pro. No. 12-01048 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 58 | H(58) | Exhibit C to the Complaint filed in *Picard v. Kookmin Bank*, Adv. Pro. No. 12- 01194 (Bankr. S.D.N.Y.), ECF No. 1-3 |

| | | |
|---|---|---|
| 59 | H(59) | Exhibit C to the Second Amended Complaint filed in *Picard v. Six Sis AG*, Adv. Pro. No. 12-01195 (Bankr. S.D.N.Y.), ECF No. 126-3 |
| 60 | H(60) | Exhibit I to the Complaint filed in *Picard v. Bank Vontobel AG* (formerly known as Bank J. Vontobel & Co. AG), Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 61 | H(61) | Exhibit J to the Complaint filed in *Picard v. Bank Vontobel AG* (formerly known as Bank J. Vontobel & Co. AG), Adv. Pro. No. 12-01202 (Bankr. S.D.N.Y.), ECF No. 1-10 |
| 62 | H(62) | Exhibit C to the Amended Complaint filed in *Picard v. Multi-Strategy Fund Limited et ano.*, Adv. Pro. No. 12- 01205 (Bankr. S.D.N.Y.), ECF No. 97-3 |
| 63 | H(63) | Exhibit C to the Complaint filed in *Picard v. Lloyds TSB Bank PLC*, Adv. Pro. No. 12-01207 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 64 | H(64) | Exhibit C to the Amended Complaint filed in *Picard v. BSI AG* (individually and as successor in interest to Banco Del Gottardo), Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), ECF No. 116-3 |
| 65 | H(65) | Exhibit D to the Amended Complaint filed in *Picard v. BSI AG* (individually and as successor in interest to Banco Del Gottardo), Adv. Pro. No. 12-01209 (Bankr. S.D.N.Y.), ECF No. 116-4 |
| 66 | H(66) | Exhibit C to the Complaint filed in *Picard v. Schroder & Co. Bank AG*, Adv. Pro. No. 12-01210 (Bankr. S.D.N.Y.), ECF No. 1-14 |
| 67 | H(67) | Exhibit C to the Complaint filed in *Picard v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 68 | H(68) | Exhibit D to the Complaint filed in *Picard v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 69 | H(69) | Exhibit E to the Complaint filed in *Picard v. Union Securities Investment Trust Co., Ltd. et al.*, Adv. Pro. No. 12-01211 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 70 | H(70) | Exhibit F to the Complaint filed in *Picard v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| 71 | H(71) | Exhibit G to the Complaint filed in *Picard v. Bank Hapoalim (Switzerland) Ltd. et al.*, Adv. Pro. No. 12-01216 (Bankr. S.D.N.Y.), ECF No. 1-7 |
| 72 | H(72) | Exhibit F to the Complaint filed in *Picard v. ZCM Asset Holding Company (Bermuda) Limited* (formerly ZCM Asset Holding Company (Bermuda) LLC), Adv. Pro. No. 12-01512 (Bankr. S.D.N.Y.), ECF No. 1-6 |
| 73 | H(73) | Exhibit C to the Complaint filed in *Picard v. Citivic Nominees Ltd.*, Adv. Pro. No. 12-01513 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 74 | H(74) | Exhibit C to the Amended Complaint filed in *Picard v. Standard Chartered Defendants*, Adv. Pro. No. 12-01565 (Bankr. S.D.N.Y.), ECF No. 147-3 |
| 75 | H(75) | Exhibit C to the Complaint filed in *Picard v. UKFP (Asia) Nominees Limited*, Adv. Pro. No. 12-01566 (Bankr. S.D.N.Y.), ECF No. 1-2 |
| 76 | H(76) | Exhibit C to the Complaint filed in *Picard v. BNP Paribas S.A.*, Adv. Pro. No. 12-01576 (Bankr. S.D.N.Y.), ECF No. 1- 3 |

| 77 | H(77) | Exhibit C to the Amended Complaint filed in *Picard v. UBS Deutschland AG* (as successor in interest to Dresdner Bank LateinAmerika AG et ano.), Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), ECF No. 105-3 |
|---|---|---|
| 78 | H(78) | Exhibit D to the Amended Complaint filed in *Picard v. UBS Deutschland AG* (as successor in interest to Dresdner Bank LateinAmerika AG et ano.), Adv. Pro. No. 12-01577 (Bankr. S.D.N.Y.), ECF No. 105-4 |
| 79 | H(79) | Exhibit C to the Complaint filed in *Picard v. Barfield Nominees Limited*, Adv. Pro. No. 12-01669 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 80 | H(80) | Exhibit C to the Complaint filed in *Picard v. Credit Agricole Corporate and Investment Bank* (doing business as Credit Agricole Private Banking Miami, formerly known as Calyon S.A. doing business as Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.), Adv. Pro. No. 12-01670 (Bankr. S.D.N.Y.), ECF No. 1-9 |
| 81 | H(81) | Exhibit E to the Amended Complaint filed in *Picard v. Credit Suisse AG* (as successor in interest to Clariden Leu AG and Bank Leu AG), Adv. Pro. No. 12- 01676 (Bankr. S.D.N.Y.), ECF No. 12-5 |
| 82 | H(82) | Exhibit E to the Complaint filed in *Picard v. Societe Generale Private Banking (Suisse) S.A.* (formerly known as SG Private Banking Suisse S.A. et al.), Adv. Pro. No. 12-01677 (Bankr. S.D.N.Y.), ECF No. 1-5 |
| 83 | H(83) | Exhibit C to the Complaint filed in *Picard v. Intesa Sanpaolo SpA* (as Successor in Interest to Banca Intesa SpA) et al., Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 84 | H(84) | Exhibit D to the Complaint filed in *Picard v. Intesa Sanpaolo SpA* (as Successor in Interest to Banca Intesa SpA) et al., Adv. Pro. No. 12-01680 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 85 | H(85) | Exhibit C to the Amended Complaint filed in *Picard v. EFG Bank S.A.* (formerly known as EFG Private Bank S.A. et al.), Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 100-3 |
| 86 | H(86) | Exhibit H to the Amended Complaint filed in *Picard v. EFG Bank S.A.* (formerly known as EFG Private Bank S.A. et al.), Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 100-8 |
| 87 | H(87) | Exhibit I to the Amended Complaint filed in *Picard v. EFG Bank S.A.* (formerly known as EFG Private Bank S.A. et al.), Adv. Pro. No. 12-01690 (Bankr. S.D.N.Y.), ECF No. 100-9 |
| 88 | H(88) | Exhibit C to the Complaint filed in *Picard v. Banque Degroof SA/NV* (also known as Banque Degroof Bruxelles et al.), Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 89 | H(89) | Exhibit D to the Complaint filed in *Picard v. Banque Degroof SA/NV* (also known as Banque Degroof Bruxelles et al.), Adv. Pro. No. 12-01691 (Bankr. S.D.N.Y.), ECF No. 1-4 |
| 90 | H(90) | Exhibit C to the Complaint filed in *Picard v. Banque Lombard Odier & Cie SA*, Adv. Pro. No. 12-01693 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 91 | H(91) | Exhibit C to the Complaint filed in *Picard v. Banque Cantonale Vaudoise*, Adv. Pro. No. 12-01694 (Bankr. S.D.N.Y.), ECF No. 1-3 |
| 92 | H(92) | Exhibit C to the Complaint filed in *Picard v. Bordier & Cie*, Adv. Pro. No. 12- 01695 (Bankr. S.D.N.Y.), ECF No. 1-3 |

| | | |
|---|---|---|
| 93 | H(93) | Exhibit C to the Amended Complaint filed in *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited* (formerly known as Fortis (Isle Of Man) Nominees Limited et al.), Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), ECF No. 141-3 |
| 94 | H(94) | Exhibit D to the Amended Complaint filed in *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited* (formerly known as Fortis (Isle Of Man) Nominees Limited et al.), Adv. Pro. No. 12-01697 (Bankr. S.D.N.Y.), ECF No. 141-4 |
| 95 | H(95) | Exhibit C to the Amended Complaint filed in *Picard v. Banque Internationale a Luxembourg S.A.* (formerly known as Dexia Banque Internationale a Luxembourg S.A., individually and as successor in interest to Dexia Nordic Private Bank S.A. et al.), Adv. Pro. No. 12-01698 (Bankr. S.D.N.Y.), ECF No. 134-3 |
| 96 | H(96) | Exhibit C to the Amended Complaint filed in *Picard v. Royal Bank of Canada et al.*, Adv. Pro. No. 12-01699 (Bankr. S.D.N.Y.), ECF No. 145-3 |

12. Set forth below is a chart calculating the total amounts of alleged subsequent transfers made by Fairfield Sentry to the defendants listed below, after May 9, 2003, as reflected in the Trustee's complaints and certain exhibits thereto, collectively attached as **Exhibit H** hereto (noting that this total has been reduced by the amount of subsequent transfers that Fairfield Sentry made to these defendants *prior* to May 9, 2003 ($54,837,559)):

## TABLE 4

| Line Item [1] | Adv. Proc. | Defendant(s) | Amount |
|---|---|---|---|
| 1 | 10-05345 | Citibank, N.A. et al | $100,000,000 |
| 2 | 10-05346 | Merrill Lynch International | $14,200,000 |
| 3 | 10-05348 | Nomura International PLC | $20,013,187 |
| 4 | 10-05351 | Banco Bilbao Vizcaya Argentaria, S.A. | $45,000,000 |
| 5 | 10-05353 | Natixis S.A. | $179,009,456 |
| 6 | 10-05353 | Tensyr Limited | $35,190,114 |
| 7 | 11-01724 | Pictet et Cie. | $50,386,685 |
| 8 | 11-01885 | Safra National Bank of New York | $95,853,575 |
| 9 | 11-02149 | Banque Syz & Co., SA | $15,449,241 |
| 10 | 11-02493 | Abu Dhabi Investment Authority | $300,000,000 |
| 11 | 11-02537 | Orbita Capital Return Strategy Limited | $30,662,226 |
| 12 | 11-02538 | Quilvest Finance Ltd. | $37,800,115 |

---

[1] The line item numbers in TABLE 4, column 1 correspond to the associated line items in TABLE 3, column 1.

| 13 | 11-02539 | Meritz Fire & Insurance Co. Ltd. | $21,855,898 |
|---|---|---|---|
| 14 | 11-02540 | Lion Global Investors Limited | $50,583,443 |
| 15 | 11-02541 | First Gulf Bank | $11,532,393 |
| 16 | 11-02542 | Parson Finance Panama S.A. | $11,089,081 |
| 17 | 11-02551 | Delta National Bank and Trust Company | $20,634,958 |
| 18 | 11-02553 | Unifortune Asset Management SGR SpA, et al. | $6,161,319 |
| 19-20 | 11-02554 | National Bank of Kuwait S.A.K. | $19,175,523 |
| 21 | 11-02568 | Cathay Life Insurance Co. LTD. | $24,496,799 |
| 22 | 11-02568 | Cathay Bank | $17,206,126 |
| 23 | 11-02569 | Barclays Spain | $4,719,252 |
| 24 | 11-02569 | Barclays Bank (Suisse) S.A. et al. | $37,973,175 |
| 25 | 11-02569 | Barclays Private Bank | $893,988 |
| 26 | 11-02570 | Banca Carige S.P.A. | $10,532,489 |
| 27 | 11-02571 | Banque Privee Espirito Santo S.A. | $11,426,745 |
| 28 | 11-02572 | Korea Exchange Bank | $33,593,108 |
| 29 | 11-02573 | The Sumitomo Trust and Banking Co., Ltd. | $54,253,642 |
| 30 | 11-02730 | Atlantic Security Bank | $120,168,691 |
| 31 | 11-02731 | Trincaster Corporation | $13,311,800 |
| 32 | 11-02732 | Bureau of Labor Insurance | $42,123,406 |
| 33 | 11-02733 | Naidot & Co. and Bessemer Trust Company | $12,654,907 |
| 34 | 11-02758 | Caceis Bank Luxembourg, et al. | $24,052,229 |
| 35 | 11-02762 | Lighthouse Diversified | $7,913,873 |
| 36 | 11-02762 | Lighthouse Supercash | $3,251,378 |
| 37 | 11-02763 | Inteligo Bank LTD. | $10,745,161 |
| 38-39 | 11-02784 | Somers Dublin Limited et al. | $6,439,890 |
| 40 | 11-02910 | Merrill Lynch Bank (Suisse) SA | $42,980,708 |
| 41 | 11-02922 | Bank Julius Baer & Co. Ltd. | $52,949,944 |
| 42 | 11-02923 | Falcon Private Bank Ltd. | $38,675,129 |
| 43 | 11-02925 | Credit Suisse AG et al. | $256,629,645 |
| 44 | 11-02929 | LGT Bank in Liechtenstein Ltd. | $10,350,118 |
| 45 | 12-01002 | The Public Institution for Social Security | $30,000,000 |
| 46 | 12-01004 | Fullerton Capital PTE Ltd. | $10,290,445 |
| 47 | 12-01005 | SICO Limited | $14,544,621 |
| 48 | 12-01019 | Banco Itau Europa Luxembourg S.A., et al. | $60,595,069 |
| 49 | 12-01019 | Banco Itau International | $9,969,942 |
| 50 | 12-01021 | Grosvenor Aggressive | $4,191,288 |
| 51 | 12-01021 | Grosvenor Balanced | $13,000,000 |
| 52 | 12-01021 | Grosvenor Private | $14,315,101 |
| 53 | 12-01022 | Credit Agricole (Suisse) SA | $15,654,127 |
| 54 | 12-01023 | Arden Asset Management, et al. | $12,586,659 |
| 55 | 12-01046 | SNS Bank N.V. et al. | $21,060,551 |
| 56 | 12-01047 | Koch Industries, Inc. | $21,533,871 |
| 57 | 12-01048 | Banco General S.A. et al. | $8,240,499 |
| 58 | 12-01194 | Kookmin Bank | $42,010,303 |
| 59 | 12-01195 | Six Sis AG | $39,555,439 |

| | | | |
|---|---|---|---|
| 60-61 | 12-01202 | Bank Vontobel AG et. al. | $25,737,379 |
| 62 | 12-01205 | Multi Strategy Fund Ltd., et al. | $25,763,374 |
| 63 | 12-01207 | Lloyds TSB Bank PLC | $11,134,574 |
| 64 | 12-01209 | BSI AG | $27,315,638 |
| 65 | 12-01209 | Banca del Gottardo | $20,270,860 |
| 66 | 12-01210 | Schroder & Co. Bank AG | $25,143,816 |
| 67 | 12-01211 | Union Global Fund | $9,283,664 |
| 68 | 12-01211 | Union Securities Investment Trust Co., Ltd., et al. | $6,477,447 |
| 69 | 12-01211 | Union Strategy Fund | $1,445,016 |
| 70 | 12-01216 | Bank Hapoalim Switzerland | $20,047,109 |
| 71 | 12-01216 | Bank Hapoalim B.M. | $1,712,100 |
| 72 | 12-01512 | ZCM Asset Holding Co (Bermuda) Limited | $24,491,791 |
| 73 | 12-01513 | Citivic Nominees Ltd. | $59,479,232 |
| 74 | 12-01565 | Standard Chartered Fin. Services (Luxembourg) SA, et al. | $274,029,164 |
| 75 | 12-01566 | UKFP (Asia) Nominees | $8,012,183 |
| 76 | 12-01576 | BNP Paribas S.A. et al | $3,423,188 |
| 77 | 12-01577 | UBS Deutschland AG, et al. | $7,418,486 |
| 78 | 12-01577 | LGT Switzerland | $1,095,980 |
| 79 | 12-01669 | Barfield Nominees Limited et al. | $16,178,329 |
| 80 | 12-01670 | Credit Agricole Corporate and Investment Bank/BBH | $26,121,583 |
| 81 | 12-01676 | Clariden Leu AG | $35,838,401 |
| 82 | 12-01677 | Societe General Private Banking (Suisse) SA, et al. | $128,678,138 |
| 83 | 12-01680 | Intesa Sanpaolo SpA-Low Volatility | $7,913,079 |
| 84 | 12-01680 | Intesa Sanpaolo SpA-Medium Volatility | $3,740,436 |
| 85-87 | 12-01690 | EFG Bank S.A., et al. | $288,616,219 |
| 88 | 12-01691 | Banque Degroof | $58,473 |
| 89 | 12-01691 | Banque Degroof Luxembourg | $1,303,203 |
| 90 | 12-01693 | Banque Lombard Odier & Cie | $95,595,385 |
| 91 | 12-01694 | Banque Cantonale Vaudoise | $9,769,927 |
| 92 | 12-01695 | Bordier & Cie | $7,928,454 |
| 93-94 | 12-01697 | ABN AMRO Fund Servs. (Isle of Man) Nominees Ltd., et al. | $104,605,052 |
| 95 | 12-01698 | Banque International a Luxembourg SA/Dexia | $61,515,524 |
| 96 | 12-01699 | Royal Bank of Canada, et al. | $38,019,770 |
| | Total Fairfield Sentry Six-Year Subsequent Transfers | | $3,597,650,306 |
| | Less Pre-May 9, 2003 Transfers | | $54,837,559 |
| | **Total Fairfield Sentry Six-Year Subsequent Transfers Excluding Transfers Preceding May 9, 2003** | | **$ 3,542,812,747** |

12

13. Set forth below is a chart showing the three alleged subsequent transfers made by Fairfield Sentry to ZCM, between May 19, 2003 and June 18, 2003, as set forth in Exhibit F to the Complaint in this adversary proceeding (ECF No. 1-6) (included in **Exhibit A** attached hereto), and the amount of BLMIS funds available to Fairfield Sentry after the last transfer from Fairfield Sentry immediately prior to the date of each of the alleged subsequent transfers to ZCM:

**TABLE 5**

| Date of ZCM Transfer | BLMIS Funds Available to Fairfield Sentry As of the Last Transfer Immediately Prior to the Date Indicated [2] | Subsequent Transfer Amount |
|---|---|---|
| 5/19/2003 | ($3,135,063) | $1,300,000 |
| 6/16/2003 | ($4,528,092) | $170,000 |
| 6/18/2003 | ($20,070,088) | $750,000 |
| **Total Alleged Subsequent Transfers from Fairfield Sentry to ZCM between May 19, 2003 and June 18, 2003** | | **$2,220,000** |

14. Set forth below is a chart showing the seventeen alleged subsequent transfers made by Fairfield Sentry to ZCM, between September 17, 2003 and March 15, 2005, as set forth in Exhibit F to the Complaint in this adversary proceeding (ECF No. 1-6) (included in **Exhibit A** attached hereto), and the amount of BLMIS funds available to Fairfield Sentry after the last transfer from Fairfield Sentry immediately prior to the date of each of the alleged subsequent transfers to ZCM:

---

[2] The "**BLMIS Funds Available to Fairfield Sentry**" amounts are based on the initial transfers from BLMIS to Fairfield Sentry as set forth in Exhibit E to the Complaint in this adversary proceeding (ECF No. 1-5) (included in **Exhibit A** attached hereto), as well as the subsequent transfers from Fairfield Sentry to the entities set forth in the complaints and exhibits to complaints attached as **Exhibit E** (displayed in TABLE 1) and **Exhibit H** (displayed in TABLE 4) hereto.

These amounts assume initial transfer funds received by Fairfield Sentry from BLMIS are distributed first, before any non-BLMIS funds are utilized to fund subsequent transfers.

13

## TABLE 6

| Date of ZCM Transfer | BLMIS Funds Available to Fairfield Sentry As of the Last Transfer Immediately Prior to the Date Indicated [2] | Subsequent Transfer Amount |
|---|---|---|
| 9/17/2003 | ($4,215,564) | $380,000 |
| 10/14/2003 | ($37,246,032) | $1,060,000 |
| 10/14/2003 | ($37,246,032) | $150,000 |
| 10/14/2003 | ($37,246,032) | $20,000 |
| 11/19/2003 | ($65,275,219) | $135,000 |
| 1/21/2004 | ($95,378,799) | $1,400,000 |
| 2/20/2004 | ($150,443,902) | $100,000 |
| 2/20/2004 | ($150,443,902) | $75,000 |
| 2/20/2004 | ($150,443,902) | $75,000 |
| 4/21/2004 | ($207,451,095) | $50,000 |
| 6/17/2004 | ($265,248,230) | $110,000 |
| 7/16/2004 | ($279,978,477) | $200,000 |
| 8/13/2004 | ($296,132,936) | $120,000 |
| 12/13/2004 | ($365,197,927) | $90,000 |
| 1/14/2005 | ($375,506,692) | $50,000 |
| 2/16/2005 | ($391,079,917) | $110,000 |
| 3/15/2005 | ($488,280,248) | $70,000 |
| **Total Alleged Subsequent Transfers from Fairfield Sentry to ZCM between September 17, 2003 and March 15, 2005** | | **$4,195,000** |

15. Set forth below is a chart showing the three alleged subsequent transfers made by Fairfield Sentry to ZCM, between April 14, 2005 and June 15, 2005, as set forth in Exhibit F to the Complaint in this adversary proceeding (ECF No. 1-6) (included in **Exhibit A** attached hereto), and the amount of BLMIS funds available to Fairfield Sentry after the last transfer from Fairfield Sentry immediately prior to the date of each of the alleged subsequent transfers to ZCM:

### TABLE 7

| Date of ZCM Transfer | BLMIS Funds Available to Fairfield Sentry as of the Last Transfer Immediately Prior to the Date Indicated [2] | Subsequent Transfer Amount |
|---|---|---|
| 4/14/2005 | ($25,000,000) | $780,000 |
| 5/13/2005 | ($106,775,665) | $50,000 |
| 6/15/2005 | ($167,727,248) | $700,000 |
| **Total Alleged Subsequent Transfers from Fairfield Sentry to ZCM between April 14, 2005 and June 15, 2005** | | **$1,530,000** |

16. Set forth below is a chart showing the alleged subsequent transfer made by Fairfield Sentry to ZCM on August 15, 2005, as set forth in Exhibit F to the Complaint in this adversary proceeding (ECF No. 1-6) (included in **Exhibit A** attached hereto), and the amount of BLMIS funds available to Fairfield Sentry after the last transfer from Fairfield Sentry immediately prior to the date of the alleged subsequent transfer to ZCM:

### TABLE 8

| Date of ZCM Transfer | BLMIS Funds Available to Fairfield Sentry As of the Last Transfer Immediately Prior to the Date Indicated [2] | Subsequent Transfer Amount |
|---|---|---|
| 8/15/2005 | ($14,244,975) | **$250,000** |

15

I declare under penalty and perjury that the foregoing is true and correct.

Dated: June 30, 2023
      New York, New York

                                                                */s/ Steven I. Froot*
                                                                Steven I. Froot