


MADC1382_00000001

# A Solid Business Partner

**Depositary Custody**

**#9** Worldwide

**#1** in France

**#4** in Germany

**Fund Administration**

**#1** in Europe

**#1** in France

**#4** in Luxembourg

CACEIS is one of the world's leading asset servicing providers for institutional and corporate clients. A member of the Crédit Agricole Group, CACEIS is rated AA- by S&P, which reflects the financial support of its principal shareholder*.

Through offices across Europe, North America and Asia, CACEIS delivers a comprehensive set of high quality services covering depositary/trustee & custody, clearing, fund administration, transfer agency and corporate trust.

In recent years, CACEIS has posted impressive growth figures driven by strong sales and targeted acquisitions. As at December 31st, 2009 we hold € 2.3 trillion under custody and € 1.1 trillion under administration.

Considerable expertise in alternative investment servicing gives CACEIS a ranking among the premier global service providers for these complex funds. We service a broad range of vehicles, including hedge funds, funds of hedge funds, private equity and real estate funds. CACEIS offers a range of additional services such as full middle-office outsourcing and cross-border fund distribution support, designed to assist clients in achieving their international business development goals.

Our services combine powerful IT systems and expert staff to help clients improve service quality, focus on their core business and significantly reduce their costs.

Having worked with many different clients in many different countries, we know that no two clients are the same. That is why we don't have a rigid one-size-fits-all approach. We tailor our services to our clients' needs, facilitating both the initial business transition and the day-to-day relationship.

### Solid AA- S&P Rating

STANDARD & POOR'S

**Key Figures as at 31 December, 2009**

Depositary/Trustee-Custody
€ **2.3** trillion in assets

Fund Administration
€ **1.1** trillion in assets

3,500 employees

11 countries worldwide


Canada
United States
Bermuda


Ireland
Belgium
France
Switzerland
The Netherlands
Germany
Luxembourg


Hong Kong

*As at June 30th, 2009, Crédit Agricole S.A. owns 85% of CACEIS's share capital, Natixis holds the remaining 15%.

# Asset Servicing

**Depositary/Trustee - Custody**
**Fund Administration**
**Issuer Services**

Transfer Agency

Cross-Border Distribution Support

Alternative Investment Servicing

Private Equity & Real Estate Funds

Clearing

Capital Markets Services

Asset Pooling

Risk & Performance Analysis

Middle Office Services

Fund Structuring Services



Our Clients: Broker Dealer, Asset Manager, Large Corporation, Mutual Fund, Pension Fund, Local Bank, Fund Distributor, Insurance Company, Custodian Bank

## Service Quality

**ISO 9001 certification and SAS 70 auditing**
Ensuring standardised methods of operation and effective process controls

**Global Custodian Magazine**
Quality confirmed by "Top Ratings" in 2009 surveys
- Mutual Fund Administration
- Private Equity Fund Administration
- Hedge Fund Administration
- Agent Banks in Major Markets


TOP RATED

## CACEIS's Strengths

**Stability**
Powerful shareholders
Solid AA- S&P Rating

**Expertise**
Experienced operational teams
Global player, Local knowledge

**Client focus**
Precisely tailored services
Excellent customer support

**Innovation**
Constant product development
Advanced IT systems

**BELGIUM**

**Fastnet Belgium**
Avenue du Port/Havenlaan
Site de Tour & Taxis
86C Bte 320
B-1000 Brussels
+32 2 209 26 00

**BERMUDA**

**CACEIS (Bermuda) Limited**
Williams House, 4th floor
20 Reid Street
Hamilton HM 11
+1 441 292 1018

**Winchester Global Trust Company Ltd**
Williams House, 2nd floor
20 Reid Street
Hamilton HM PX
+1 441 296 2000

**CANADA**

**CACEIS (Canada) Limited**
1 Robert Speck Parkway
Suite 1510
Mississauga, Ontario L4Z 3M3
+1 905 281 0001

**FRANCE**

**CACEIS Bank**
1-3, place Valhubert
75206 Paris Cedex 13
+33 1 57 78 00 00

**CACEIS Fastnet**
1-3, place Valhubert
75206 Paris Cedex 13
+33 1 57 78 00 00

**CACEIS Corporate Trust**
14, rue Rouget de Lisle
92862 Issy-les-Moulineaux Cedex 09
+33 1 57 78 00 00

**GERMANY**

**CACEIS Bank Deutschland GmbH**
*Munich*
Lilienthalallee 34-36
D-80939 München
+49 89 5400 00

*Hamburg*
Alter Wall 2
D-20457 Hamburg
+49 89 5400 00

**HONG KONG**

**CACEIS Hong Kong Limited**
Suite 2819, 28th Floor, Two Pacific Place
88 Queensway, Hong Kong
+852 2826 9844

**IRELAND**

**CACEIS Bank Luxembourg**
**Dublin Branch**
One Custom House Plaza
International Financial Services Centre Dublin 1
+353 1 672 16 00

**Fastnet Ireland Limited**
One Custom House Plaza
International Financial Services Centre Dublin 1
+353 1 672 16 20

**LUXEMBOURG**

**CACEIS Bank Luxembourg**
5, allée Scheffer
L-2520 Luxembourg
+352 47 67 9

**Fastnet Luxembourg**
31, allée Scheffer
L-2520 Luxembourg
+352 47 67 29 00

**NETHERLANDS**

**Fastnet Netherlands**
De Ruyterkade 6
1013 AA Amsterdam
P.O. Box 192
1000 AD Amsterdam
+31 20 530 83 00
Dutch Trade Register N0 33193354

**SWITZERLAND**

**CACEIS Fastnet (Suisse) S.A.**
Chemin de Précossy 7/9
Case Postale 2259
CH-1260 Nyon 2
+41 22 360 94 00

**USA**

**CACEIS (USA) Inc.**
295 Madison Avenue
5th Floor
New York, NY 10017
+1 212 403 9500

For more information
on CACEIS and our products please visit



**www.caceis.com**

August 2010

| DEPOSITARY/TRUSTEE | CUSTODY | FUND ADMINISTRATION |
|---|---|---|
| No.1 in Europe | No.9 Worldwide | No.1 in Europe |
| €705bn | €2,379bn | €1,150bn |

STANDARD & POOR'S

AA-

Figures as at 31 December 2010

# CACEIS

CACEIS is a global player committed to designing reliable, cutting-edge services and building long-lasting relationships with clients. A member of the Crédit Agricole Group, CACEIS is rated AA-/A-1+ by S&P, which reflects the financial support of its principal shareholder.

Through offices across Europe, North America and Asia, CACEIS delivers a comprehensive set of high quality services covering depositary/trustee and custody, fund administration, cross-border fund distribution support, middle-office solutions and issuer services. CACEIS also provides Management Companies with legal and structuring assistance enabling them to register and maintain the registration of their products abroad. This is combined with efficient operational workflow support and commission management, offering various trailer fee models and comprehensive web-based reporting.

As at 31 December 2010, CACEIS ranked 1st among fund administrators in Europe with €1,150bn in assets under administration and 9th among custodians worldwide with €2,379bn in assets under custody.

CACEIS's 3,500 highly experienced employees are committed to upholding quality of service in terms of responsiveness, accuracy and expertise.

CACEIS: Depositary/Trustee-Custody, Fund Administration, Issuer Services



English Français Deutsch

Home > About Us > Overview

**> About Us**
Overview
Board of Directors
Executive Committee
Corporate Responsibility
Key figures
Industry Awards

**Asset Servicing**

**Locations**

**Media Room**

**Publications**

**Videos**

**Economic Research**

**Careers**

**Contacts**

About Us > Overview — Solid & Innovative

CACEIS is a banking group dedicated to institutional and corporate clients.

Through offices across Europe, North America and Asia, CACEIS delivers a comprehensive set of high quality services covering:

➔ Depositary/Trustee-Custody
➔ Fund Administration and ➔ Transfer Agency
➔ Issuer Services

CACEIS is one of the world's leading asset servicing providers and is the premier player in the sizeable French market.

In recent years, CACEIS has posted impressive growth figures driven by strong sales and targeted acquisitions in the North American, German and Swiss markets.

Our services combine powerful IT systems and expert staff to help clients significantly reduce their costs, improve service quality and focus on their core business.

CACEIS is a member of the Crédit Agricole Group.

**$3.2tr – €2,379bn**
Assets under Custody

**$942bn – €705bn**
Assets on Depositary

**$1.5tr – €1,150bn**
Assets under Administration

*(As at December 31, 2010)*

**Standard & Poor's A+/A-1**

**3,500** employees

**11** countries

Client Access

**Guide UCITS IV**

**CACEIS news**

PDF    HTML

Contacts - Site Map - Disclaimer - ©2011 CACEIS Investor Services - All Rights Reserved

http://www.caceis.com/about-us/overview.html[6/2/2011 11:50:30 AM]

MADC1382_00000006

English  Français  Deutsch

Home > Asset Servicing > Fund Administration



**About Us**

**> Asset Servicing**

Depositary/Trustee - Custody
Fund Administration
Issuer Services
Transfer Agency
Cross-Border Distribution Support
Alternative Investment Servicing
Clearing
Capital Markets Services
Asset Pooling
Middle Office Services
Risk & Performance Analysis
Compliance
Fund Structuring Services
Reporting

**Locations**

**Media Room**

**Publications**

**Videos**

**Economic Research**

**Careers**

**Contacts**



CACEIS combines cutting-edge technology and highly skilled staff to offer clients a reliable and proactive fund administration service for collective investment vehicles and institutional mandates.

With € 1,150 billion under administration, we are France's premier investor services provider and a leading global player.

- Expert legal advisory services
- Full company secretarial services
- Comprehensive legal and financial reporting
- Timely portfolio and cash transactions processing
- Independent and accurate portfolio valuation
- Accounting and valuation of all types of vehicles
- Expertise in complex structures administration
- Monitoring of legal and statutory investment guidelines
- Flexible web-based reporting

**TOP RATED**

- Mutual Fund Administration
- Hedge Fund Administration
- Private Equity Administration


"The responsi-veness and willingness to help resolve issuues are the key importance to our firm, and our administrator is very good in responding to these needs." *


"Excellent knowledge of updates on regulation." *


"One of the big strengths of this bank is its openess in supporting new and innovative products, and the flexibility and adaptability of the existing structure to service them." *

*quotes from our clients, 2010 Global Custodian surveys

**Guide UCITS IV**



**CACEIS news**



▽ PDF    ▽ HTML

Contacts - Site Map - Disclaimer - ©2011 CACEIS Investor Services - All Rights Reserved

English  Français  Deutsch          Home  >  Asset Servicing  >  Risk & Performance Analysis




Client Access

### About Us

> Asset Servicing

Depositary/Trustee - Custody
Fund Administration
Issuer Services
Transfer Agency
Cross-Border Distribution Support
Alternative Investment Servicing
Clearing
Capital Markets Services
Asset Pooling
Middle Office Services
Risk & Performance Analysis
Compliance
Fund Structuring Services
Reporting

Locations
Media Room
Publications
Videos
Economic Research
Careers
Contacts



The diversification of investment strategies and the increasing complexity of financial instruments introduce new challenges to calculationof the risk/return equation.

CACEIS's qualitative analysis offering is geared to satisfaying the growing information needs. In addition to multi-focus analysis, movements and best execution reports, we provide:

**Risk analysis: Value-at-Risk**

- All risk factors: interest-rate, equity, currency, volatility, credit and commodity
- All types of financial instruments, conventional or sophisticated
- A full set of VaR calculation methodologies: Parametric, Historic, Monte-Carlo, Marginal VaR, Incremental VaR and CVaR or expected shortfall
- Stress-testing calculation: all typical crisis scenarios simulation and bespoke scenarios simulation

**Performance Attribution and Measurement**

- Analysing the fund's performance relative to its benchmark index
- Production of ex-post risk indicators : volatility, Sharpe and Treynor ratios, tracking error, beta, correlation, R²,...
- Analysing the contribution to performance line-by-line
- Calculating performance attribution according to standard methods (Brinson, Manchero, etc.): equity, fixed income and diversified portfolio, mutual funds by carve out

**Guide UCITS IV**



**CACEIS news**



PDF    HTML

Contacts - Site Map - Disclaimer - ©2011 CACEIS Investor Services - All Rights Reserved

http://www.caceis.com/asset-servicing/risk-performance-analysis.html[6/2/2011 11:51:46 AM]

MADC1382_00000008