



# No one is Solid and Innovative by chance

Assets Managers & Funds, Institutionals, Banks & Brokers, Corporates, Private Equity, Real Estate & Securitization... CACEIS developed a wide range of services allowing you to Grow, Strengthen and Innovate with confidence!

WATCH THE VIDEO

## Please select your client profile to refine our products:



| ASSET MANAGERS & FUNDS | INSURERS | BANKS | BROKERS DEALERS | CORPORATES | PENSION FUNDS | PRIVATE EQUITY FUNDS | ETF |

## CORE SERVICES —



## Global and Cross-Asset Market Solutions

**EXECUTION**

**CLEARING**

**FOREX**

**SECURITIES FINANCE**

## Middle-Office

**TRADE MANAGEMENT**

**POSITION KEEPING**

**MIDDLE OFFICE ON OTC, SECURITIES LENDING AND REPO**

**ALTO* X CACEIS FRONT TO BACK SOLUTIONS**

**SHARE CLASS HEDGING**

## Custody & cash services

**CUSTODY & CASH SERVICES**

## Asset Administration & Accounting

**FUND ADMINISTRATION**

**PORTFOLIO ADMINISTRATION**

## Reporting

| FINANCIAL REPORTING |
| --- |

| REGULATORY REPORTING |
| --- |

| TAX REPORTING |
| --- |

## TAILORED SERVICES +

## DIGITAL SERVICES +

HAVE ANY QUESTIONS?

🎧 CONTACT US