**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CACEIS BANK**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 8/13/2004 | (2,500,000) |
| 11/16/2004 | (1,174,742) |
| 11/16/2004 | (721,784) |
| 2/16/2005 | (1,988,268) |
| 3/24/2006 | (683,500) |
| 3/21/2007 | (2,092,491) |
| 10/16/2007 | (7,313,796) |
| 11/19/2007 | (3,543,031) |
| 12/19/2007 | (13,195,401) |
| Total: | $ (33,213,014) |