**EXHIBIT F**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO CACEIS BANK LUXEMBOURG**

| Column 1 Date | Column 2 Amount |
|---:|---:|
| 8/15/2003 | (26,103) |
| 9/19/2003 | (259,404) |
| 5/17/2004 | (439,412) |
| 10/14/2005 | (1,500,000) |
| 5/15/2006 | (627,991) |
| 7/12/2006 | (481,196) |
| 7/20/2006 | (56,187) |
| 8/14/2006 | (290,267) |
| 8/14/2006 | (117,013) |
| 1/16/2007 | (102,277) |
| 8/17/2007 | (31,109,270) |
| 12/19/2007 | (750,031) |
| **Total:** | **$ (35,759,150)** |