**EXHIBIT H**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO CACEIS BANK LUXEMBOURG**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/22/2005 | (9,379,035) |
| 12/18/2007 | (527,764) |
| 2/15/2008 | (212,987) |
| 4/18/2008 | (951,102) |
| 7/21/2008 | (19,377,513) |
| 8/15/2008 | (1,620,833) |
| 11/21/2008 | (1,877,730) |
| 11/21/2008 | (1,251,820) |
| 11/21/2008 | (625,910) |
| **Total:** $ | **(35,824,693)** |