**EXHIBIT K**
**SUBSEQUENT TRANSFER FROM HARLEY TO CACEIS BANK LUXEMBOURG**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 11/25/2008 | (6,049,960) |
| **Total:** | **$ (6,049,960)** |