| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 446-2300 | Hearing Date: November 15, 2023<br>Objections Date: August 31, 2023<br>Reply Date: October 2, 2023 |

*Attorneys for Defendant ZCM Asset Holding Company (Bermuda) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED,<br><br>　　　　　Defendant. | Adv. Pro. No. 12-01512 (CGM)<br><br><br><br>**Oral Argument Requested** |

**NOTICE OF HEARING ON ZCM ASSET HOLDING COMPANY**
**(BERMUDA) LIMITED'S MOTION TO DISMISS**
**THE COMPLAINT AS AMENDED BY STIPULATION**

**PLEASE TAKE NOTICE** that, on June 30, 2023, ZCM Asset Holding Company (Bermuda) Limited ("ZCM"), filed its Motion to Dismiss the Complaint as Amended by

Stipulation in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on November 15, 2023 at 10:00 a.m. (prevailing Eastern time) before the Honorable Cecelia G. Morris, Judge of the United States Bankruptcy Court for the Southern District of New York, either in person at a location to be designated by the Court or via Zoom. If the hearing is held via Zoom, persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. prevailing Eastern time two business days before the hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on April 21, 2023 (ECF No. 101), all papers responsive to the Motion shall be served and filed no later than August 31, 2023, and all reply papers in further support of the Motion shall be served and filed no later than October 2, 2023.

| | |
|---|---|
| Dated: June 30, 2023<br>New York, New York | **BOIES SCHILLER FLEXNER LLP**<br><br>By: */s/ Steven I. Froot*<br>Alan B. Vickery<br>Steven I. Froot<br>Andrew Villacastin<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 446-2300<br>Email: avickery@bsfllp.com<br>Email: sfroot@bsfllp.com<br>Email: avillacastin@bsfllp.com |

Jenna C. Smith
30 South Pearl Street
11th floor
Albany, NY 12207
Telephone: (518) 694-4257
Email: jsmith@bsfllp.com

*Attorneys for ZCM Asset Holding Company (Bermuda) Limited*