| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 446-2300 | Hearing Date: November 15, 2023<br>Objections Date: August 31, 2023<br>Reply Date: October 2, 2023 |

*Attorneys for Defendant ZCM Asset Holding Company (Bermuda) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br> v.<br><br>ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED,<br><br>    Defendant. | Adv. Pro. No. 12-01512 (CGM) |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2023, I caused the Notice of Motion to Dismiss the

Complaint as Amended by Stipulation filed by ZCM Asset Holding Company (Bermuda) Limited

("ZCM"), the accompanying Memorandum of Law in Support of ZCM's Motion to Dismiss the

Complaint as Amended by Stipulation, the Declaration of Steven I. Froot in Support of ZCM's Motion to Dismiss the Complaint as Amended by Stipulation, and all exhibits thereto, along with the Notice of Hearing and notice of this filing, to be served on all counsel of record in the above-captioned adversary proceeding by filing them via the Court's Electronic Case Filing system.

|  |  |
|---|---|
| Dated: June 30, 2023<br>New York, New York | **BOIES SCHILLER FLEXNER LLP**<br><br>By: */s/ Steven I. Froot*<br>Alan B. Vickery<br>Steven I. Froot<br>Andrew Villacastin<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 446-2300<br>Email: avickery@bsfllp.com<br>Email: sfroot@bsfllp.com<br>Email: avillacastin@bsfllp.com<br><br>Jenna C. Smith<br>30 South Pearl Street<br>11th floor<br>Albany, NY 12207<br>Telephone: (518) 694-4257<br>Email: jsmith@bsfllp.com<br><br>*Attorneys for ZCM Asset Holding Company (Bermuda) Limited* |