**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
John J. Kuster
Martin B. Jackson
Andrew P. Propps
Danica L. Brown

*Counsel for Defendant KBC Investments Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>   Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LIMITED,<br><br>   Defendant. | Adv. Pro. No. 11-02761 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, a copy of **KBC Investments Limited's Answer with Affirmative and Other Defenses and Jury Demand** (Dkt 129 – 11-02761 and Dkt 23353 – 08-01789) was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System as well as, via electronic transmission and First-Class Mail, postage prepaid to the addresses designated for delivery as set forth on the attached Schedule A.

Dated: July 5, 2023
New York, New York                    Respectfully submitted,

/s/ *John J. Kuster*
John J. Kuster
Martin B. Jackson
Andrew P. Propps
Danica L. Brown
SIDLEY AUSTIN LLP
787 Seventh Avenue New York, NY 10019 Tel: +1 212 839 5300
Fax: +1 212 839 5599
jkuster@sidley.com
mjackson@sidley.com
apropps@sidley.com
dbrown@sidley.com

Counsel for Defendant
*KBC Investments Limited*

## SCHEDULE A

<u>Attorneys for</u>:
Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff

David J. Sheehan
Eric R. Fish, Esq.
Patrick T. Campbell
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Email: dsheehan@bakerlaw.com
      efish@bakerlaw.com
      pcampbell@bakerlaw.com