UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**STIPULATION AMENDING THE SCHEDULING
ORDER ON JURISDICTIONAL DISCOVERY**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff,

and defendant Lion Global Investors Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS,** on December 9, 2022, the Court entered a Scheduling Order for jurisdictional discovery (the "Scheduling Order");

**WHEREAS,** the Parties have served initial discovery demands and responses and objections;

**WHEREAS,** the Parties have met and conferred on April 17, 2023, and have had several communications since that time;

**WHEREAS,** on May 12, 2023, the Court So Ordered a Stipulation amending the deadline for the Parties to request a conference with the Court to raise any unresolved discovery disputes to July 17, 2023, as well as adjourned the Status Conference scheduled for May 17, 2023 to September 20, 2023;

**WHEREAS**, the Trustee served a 30(b)(6) Deposition Notice on Defendant on May 30, 2023, noticing a deposition for June 29, 2023 on various subject matters and offered to meet and confer;

**WHEREAS**, Defendant has advised that the noticed date of the Rule 30(b)(6) deposition is not convenient and that the Parties will meet and confer in the near future after defense counsel has had an opportunity to confer with Defendant and investigate;

**WHEREAS**, in an effort to begin the process of obtaining non-party witness testimony in Singapore, the Trustee has filed motions with the Court for Letters of Requests on June 23, 2023;

**WHEREAS,** the Parties are diligently working together to resolve the current discovery disputes and complete jurisdictional discovery;

**WHEREAS,** the Parties agree to adjourn the September 20, 2023 Status Conference to December 20, 2023; and

**WHEREAS**, the Parties agree to extend the discovery deadlines and the corresponding briefing schedule in order to effectively complete jurisdictional discovery.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. In the event the Parties are unable to resolve their discovery disputes, the Parties shall comply with Judge Morris's chamber rules regarding discovery disputes and request a conference with the Court by **December 20, 2023;**

2. The Status Conference scheduled for **September 20, 2023** shall be adjourned to **December 20, 2023;**

3. All personal jurisdiction discovery is to be completed by **March 28, 2024;**

4. The Trustee shall file either a supplemental memorandum in opposition to the motion to dismiss or a motion for leave to amend the complaint by **May 17, 2024**;

5. Defendant shall file an opposition to the Trustee's memorandum or opposition to the motion by **July 19, 2024**; and

6. In the event the Trustee files a motion for leave to amend the complaint, the Trustee shall file a reply in further support of his motion by **August 23, 2024.**

[*Signatures on the following page*]

Date:   June 30, 2023
        New York, New York

By: */s/ Robertson D. Beckerlegge*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
dsheehan@bakerlaw.com  
Robertson D. Beckerlegge  
Email: rbeckerlegge@bakerlaw.com  
Eric R. Fish  
Email: efish@bakerlaw.com  

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Ehud Barak*  
**Proskauer Rose LLP**  
11 Times Square  
New York, New York 10036  
Telephone: (212) 969-3000  
Facsimile: (212) 969-2900  
Ehud Barak  
ebarak@proskauer.com  
Russell T. Gorkin  
rgorkin@proskauer.com  
Elliot R. Stevens  
estevens@proskauer.com  

*Attorneys for Defendant Lion Global Investors Limited*

**SO ORDERED.**



**Dated: July 5, 2023**  
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**  
_____  
**Hon. Cecelia G. Morris**  
**U.S. Bankruptcy Judge**