**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**STIPULATION AND ORDER**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff,

and defendant Lion Global Investors Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS,** on June 23, 2023, the Trustee filed a Motion for the Issuance of Letter of Request (Tong Foo Cheong), Motion for the Issuance of Letter of Request (Daniel Chan Choong Seng), and Motion for the Issuance of Letter of Request (Peter Michael Heng) (collectively the "Motions"), *See* ECF Nos. 142-144;

**WHEREAS**, Defendant's opposition to the Motions is due on July 12, 2023, and the Trustee's reply in support of his Motions is due on July 14, 2023;

**WHEREAS**, the Hearing on the Motions is scheduled for July 19, 2023; and

**WHEREAS**, the Parties have agreed to adjourn the Hearing on the Motions and extend the opposition and reply deadlines.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Defendant's opposition to the Motions shall be filed and served no later than **July 28, 2023**;
2. Trustee's reply in support of his Motions shall be filed and served no later than **August 11, 2023**; and
3. The Hearing on the Motions scheduled for **July 19, 2023** shall be adjourned to **August 16, 2023 at 10:00 a.m**.

[*Signatures on the following page*]

Date:   June 30, 2023
        New York, New York

By: */s/ Robertson D. Beckerlegge*      By: */s/ Ehud Barak*
**Baker & Hostetler LLP**     **Proskauer Rose LLP**
45 Rockefeller Plaza     11 Times Square
New York, New York 10111     New York, New York 10036
Telephone: (212) 589-4200     Telephone: (212) 969-3000
Facsimile: (212) 589-4201     Facsimile: (212) 969-2900
David J. Sheehan     Ehud Barak
dsheehan@bakerlaw.com     ebarak@proskauer.com
Robertson D. Beckerlegge     Russell T. Gorkin
Email: rbeckerlegge@bakerlaw.com     rgorkin@proskauer.com
Eric R. Fish     Elliot R. Stevens
Email: efish@bakerlaw.com     estevens@proskauer.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*     *Attorneys for Defendant Lion Global Investors Limited*

**SO ORDERED.**



**Dated: July 5, 2023**
**Poughkeepsie, New York**

                                            **/s/ Cecelia G. Morris**
                                            _____
                                            **Hon. Cecelia G. Morris**
                                            **U.S. Bankruptcy Judge**