**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Case No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>MALCOLM SAGE and LYNNE FLORIO,<br><br>Defendants. | Adv. Pro No. 23-01099 (CGM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Thomas J. Fleming, of Olshan Frome Wolosky LLP, herby enters his appearance in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel to Defendants, (hereinafter referred to as the "Defendants"),

12137971-1

and requests pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the undersigned at the indicated address:

Dated: New York, New York
July 12, 2023

                            OLSHAN FROME WOLOSKY LLP

                            By: /s/ Thomas J. Fleming
                                Thomas J. Fleming Esq.
                                1325 Avenue of the Americas
                                New York, New York 10019
                                (212) 451-2300
                                *Counsel to Defendants*

12137971-1