**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Stephanie A. Ackerman

Hearing Date: July 19, 2023
Hearing Time: 10:00 a.m. (EST)
Objections Due: July 10, 2022
Objection Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S FIFTY-THIRD**
**OMNIBUS MOTION FOR AN ORDER RESOLVING CLERICAL ERRORS**
**AND OMISSIONS RELATED TO PREVIOUSLY RESOLVED OBJECTIONS**

Irving H. Picard, trustee for the substantively consolidated liquidation of the business of

Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15

U.S.C. § 78aaa *et seq*., and the chapter 7 estate of Bernard L. Madoff, by and through his

undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1.      On June 16, 2023, the Trustee filed the Trustee's Fifty-Third Omnibus Motion for an Order Resolving Clerical Errors and Omissions Related to Previously Resolved Objections (the "Motion) (ECF No. 23289) and the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration") (ECF No. 23290).

2.      The deadline for serving the Trustee with objections to the Motion expired on July 10, 2023, at 4:00 p.m.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email  to (i) all claimants (and their counsel) listed on Exhibit A annexed to the Sehgal Declaration; (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) the Securities Investor Protection Corporation. (*See* Affidavit of Mailing at ECF No. 23303).

4.      To date, counsel for the Trustee has not received an objection, responsive pleading, or request for a hearing with respect to the Motion. Counsel for the Trustee also reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to serve an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion, and Exhibit A thereto, will be

submitted to the Court along with this certificate.

6.     Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing.

Dated: July 12, 2023                            Respectfully submitted,
       New York, New York


                                                 */s/ David J. Sheehan*
                                                **Baker & Hostetler LLP**
                                                45 Rockefeller Plaza
                                                New York, New York 10111
                                                Tel: (212) 589-4200
                                                Fax: (212) 589-4201
                                                David J. Sheehan
                                                Email: dsheehan@bakerlaw.com
                                                Nicholas J. Cremona
                                                Email: ncremona@bakerlaw.com
                                                Jorian L. Rose
                                                Email: jrose@bakerlaw.com
                                                Amy E. Vanderwal
                                                Email: avanderwal@bakerlaw.com
                                                Stephanie A. Ackerman
                                                Email: sackerman@bakerlaw.com

                                                *Attorneys for Irving H. Picard, Trustee for the*
                                                *Substantively Consolidated SIPA Liquidation*
                                                *of Bernard L. Madoff Investment Securities LLC*
                                                *and the Chapter 7 Estate of Bernard L. Madoff*