**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**ORDER GRANTING TRUSTEE'S FIFTY-THIRD OMNIBUS MOTION FOR AN ORDER RESOLVING CLERICAL ERRORS AND OMISSIONS RELATED TO <u>PREVIOUSLY RESOLVED OBJECTIONS</u>**

Upon consideration of the motion (the "Motion") ECF No. 23289, by Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking entry of an order resolving clerical errors and omissions related to previously resolved objections as identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), ECF No. 23290; and the Trustee having filed a certificate of no objection representing that no objection has been received and that no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion; and due and proper notice of the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Motion is granted to the extent provided herein; and it is further

**ORDERED** that the Claims listed on Exhibit A hereto are disallowed; and it is further

**ORDERED** that the Trustee's Claims determinations regarding the Claims listed on Exhibit A are affirmed; and it is further

**ORDERED** that the Objections listed on Exhibit A are overruled; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



**Dated: July 13, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**