# EXHIBIT 7

**From:** Justin Lowe
**Sent:** May 17, 2007 09:47:28
**To:** tonymcdonnell@hsbc.com
**Cc:** 'Juan Carlos Hergueta'
**Bcc:** Echeverria, Manuel
**Subject:** RE: Request

---

Hi Tony

Yes that is the correct and that was the one I was referring to.

Best regards,

Justin

---

Justin Lowe

Reliance International LLC

NY Office Direct +1 212 230 9825

NY Office Main +1 212 230 9858


-----Original Message-----
From: tonymcdonnell@hsbc.com [mailto:tonymcdonnell@hsbc.com]
Sent: Thursday, May 17, 2007 9:30 AM
To: jlowe@reliance-funds.com
Cc: 'Juan Carlos Hergueta'
Subject: Re: Request

Dear Justin, Juan Carlos,

Just so as we are all on the same page, the only document that will be of relevance to both structures is the sub-custody agreement. This will be identical to the once in place with Madoff for Defender.

All other agreements will be specific to an Irish fund.

Thanks, tony




To: tonymcdonnell@hsbc.com
cc: ""'Juan Carlos Hergueta'""
Subject: Request
Our Ref:
""Justin Lowe"" Your Ref:
Entity: HSBC Fund Administration (Ireland) Ltd - AMIE

**CONFIDENTIAL**

**RIR 12962**

RIRSAI0000153

15 May 2007 18:21
Please respond to jlowe


Dear Tony

As agreed with Juan Carlos Hergueta, we would like to request that you make all documents used in connection with Defender available to the new M&B fund under Global Investments PLC.

Best regards

Justin

---------------------------------------
Justin Lowe
Managing Partner
Reliance International LLC
147 East 48th Street
New York, NY 10017
NY Office Direct +1 212 230 9825
NY Office Main +1 212 230 9858
US Mobile + 1 917 945 0983
NY Fax + 1 212 230 9852
VoIP Number +1 203 285-8864
direct email: jlowe@reliance-funds.com
research email: investments@reliance-funds.com www.reliance-funds.com
---------------------------------------
Reliance Management (Gibraltar) Ltd manages a group of offshore alternative investment vehicles. Performance reports on the Reliance funds are made available for informational purposes only and do not constitute an offer or solicitation with respect to the purchase or sale of any security nor do they constitute an offer or solicitation in any jurisdiction in which such an offer or solicitation is not authorized or to whom it is unlawful to make such solicitation or offer.

SAVE PAPER - THINK BEFORE YOU PRINT




****************************************************************
HSBC Fund Administration (Ireland) Limited Registered Office: HSBC House, Harcourt Centre, Harcourt Street, Dublin 2, Ireland Registered in Ireland - Number 155933 Authorised and regulated by the Financial Regulator
****************************************************************


-------------------------------------------
SAVE PAPER - THINK BEFORE YOU PRINT!

CONFIDENTIAL

RIR 12963
RIRSAI0000154

This E-mail is confidential.

It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely secure, error or virus-free. The sender does not accept liability for any errors or omissions.

**CONFIDENTIAL**

**RIR 12964**

RIRSAI0000155