# EXHIBIT 8

optimal | INVESTMENT SERVICES



| TO: Mr. Robert Cardile | FROM: Manuel Echeverria |
|---|---|
| COMPANY: Madoff Securities | PHONE: + 41 22 909 7400 |
| FAX: + 1 212 838 4061 | EMAIL: |
| DATE: August 22, 2007 | # OF PAGES (Including this one): 4 |
| CC: | REF.: |

THE INFORMATION CONTAINED IN THIS FACSIMILE IS PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE BELOW ADDRESS VIA CERTIFIED MAIL. THANK YOU.

Dear Robert,

As per our conversation this morning please find attached the information requested regarding the new account.

Title: **Landmark Investment Fund Ireland, subfund of GI (Global Investments) Plc**
Primary address:

Administrator: HSBC Securities Services (Ireland) Limited

HSBC House
Harcourt Centre, Harcourt Street
Dublin 2, Ireland

Custodian: HSBC Institutional Trust Services (Ireland) Limited

**Contact person (admistrator/custodian):**
Lisa Martensson
Tel.- +353 (1) 407 2070
Fax.- +353 (1) 475 2466
lisamartensson@hsbc.com

Optimal Investment Services S.A.
5-7, rue Ami-Lévrier, CP 1824
CH-1211 Geneva 1, Switzerland

Telephone
+41(0)22 909 74 74

Facsimile
+41(0)22 909 62 22

World Wide Web
http://www.optimal.biz

AMF00078666

**optimal** | INVESTMENT SERVICES

**Secondary address to send tickets:**

Alberto Spagnolo/Nicolas Barquero

Edifico Mahou planta 13
Plaza Manuel Gomez Moreno 2
Madrid 28020

SPAIN

Tel.- +34 91 7872528 or +34 91 7872529
Fax.- +34 917886999
Email: aspagnolo@mbca.es / nbarquero@m

Any questions you might have please contact me directly. I am enclosing a draft of a Trading Authorization Directive that I would like to propose to be signed between Madoff and the principal of the account. Please submit this to Mr. Madoff and let me know if it is acceptable to him.

Best regards,

*[signature]*

Manuel Echeverria
Chief Executive Officer

Optimal Investment Services S.A.
5-7, rue Ami-Lévrier. CP 1824
CH-1211 Geneva 1. Switzerland

Telephone
+41(0)22 909 74 74

Facsimile
+41(0)22 909 62 22

World Wide Web
http://www.optimal.biz

AMF00078667

Sent NON-MODEL
DIRECTIVE +
LIST
9/18/07

AMF00078668

## TRADING AUTHORIZATION DIRECTIVE

Bernard L. Madoff Investment Securities LLC, acting as the undersigned's agent and attorney-in-fact, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the undersigned's account, except with respect to the timing and size of transactions and to the extent set forth below. The purchase or sale of securities shall further be limited as to issuer, contract and quantity, and shall include only executions that are in accordance with the following parameters:

With respect to the establishment of a position:

- The undersigned's account may purchase a portfolio consisting only of the types and instruments mentioned herein.

- Purchases of equities must be purchases of no less than thirty-five (35) U.S. equities, all of which must be resident within the Standard and Poors 100 Index at the time of execution.

- The sum total of the combined market capitalization of the equities purchased must, at the time of completion, be in excess of seventy-five percent (75%) of the total market capitalization, as measured by Standard and Poors, of the entire Standard and Poors 100 Index components.

- The resulting portfolio, when measured against the Standard and Poors 100 Index, shall at the time or execution completion reflect an overall correlation in excess of ninety-five percent (95%).

- Each equity security holding within the portfolio shall be dollar weighted resembling the market capitalization of that particular issue in the Standard and Poors 100 Index at the time of execution.

- Contemporaneously with the purchase of the equity securities, the undersigned's account shall purchase Standard and Poors 100 Index Put Options. The underlying value of these contracts shall correspond to the market value of equities in the portfolio at the time of purchase.

AMF00078669

- The strike price of these put options shall not be greater than five percent (5%) bellow the prevailing Standard and Poors 100 Index at the time of purchase.

- Upon establishing the equities and Standard and Poors 100 Index Put Options positions as outlined above, the undersigned's account shall sell Standard and Poors 100 Index Call Options. The underlying value of these contracts shall not exceed the market value of the equities in the portfolio at the time of purchase. There is no restriction on the strike price of the Standard and Poors 100 Index Call Options to be sold.

With respect to the liquidation of a position:

- Upon the sale of equity securities in the undersigned's account, a contemporaneous repurchase of Standard and Poors 100 Index Call Options shall be made. If less than all the equity securities in the undersigned's account are sold at one time, the number of Standard and Poors 100 Index Call Options contemporaneously repurchased shall be proportionately reduced to reflect the value of the equity securities retained in the undersigned's account.

- The Standard and Poors 100 Index Put Options previously purchased shall be sold only after (and then only to the extent that) the equity securities in the undersigned's account have been liquidated and the Standard and Poors 100 Index Call options repurchased as set forth above in the immediately preceding bullet.

- Whenever the undersigned's account has completed the execution of the above –outlined investment strategy, the undersigned's account shall purchase U.S. Treasury Bills. The U.S. Treasury Bills may be hell until the undersigned's account repeats the execution of the investment strategy outlined above. The maturities of said Treasury Bills shall not exceed nine (9) months.

AMF00078670