# EXHIBIT 9



**BERNARD L. MADOFF**
**Investment Securities LLC**

885 Third Avenue New York, NY 10022-4834

# Facsimile Transmittal

| | | | |
|---|---|---|---|
| Date: | September 18, 2007 | Pages: | 1 |
| To: | Optimal Investment Services | From: | Bernard L. Madoff |
| Attn: | Manuel Echeverria | Phone #: | (212) 230-2424 |
| Phone #: | | Fax #: | (212) 486-8178 |
| Fax #: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

In response to your fax today please find the appropriate documents.

Regards,

Bernard L. Madoff

| | | |
|---|---|---|
| [MADF] | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>885 Third Avenue New York, NY 10022 | 212 230-2424<br>800 334-1343<br>Fax 212 486-8178 |

## TRADING AUTHORIZATION DIRECTIVE

Issued by: Account Name: _Landmark Investment Fund Ireland_

Account #: _IFR133_

This Trading Authorization Directive establishes the terms and conditions under which Bernard L. Madoff Investment Securities LLC (BLMIS) will execute the client's orders.

Bernard L. Madoff (individual), acting as agent for the above referenced account, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the account. Bernard L. Madoff (individual) will determine only the time and price at which a specified order shall be executed. The purchase or sale of equity securities is limited as to issue and quantity.

The core order/execution parameters are as follows:

- Orders generated shall be for the attached list of securities in its entirety, each of which is resident in the S&P 100 Index.

- The amount of each equity security shall be dollar weighted proportionately within the portfolio to the previous day's closing market capitalization of that particular issue within the Standard and Poor's 100 Index.

- The sum total of the combined market capitalization of the equities to be executed must be in excess of seventy-five percent (75%) of the total market capitalization, as measured by Standard and Poor's, of the entire Standard and Poor's 100 Index.

- The resulting portfolio, when measured against the Standard and Poor's 100 Index, shall reflect an overall correlation of at least .95 to 1.

- Bernard L. Madoff will determine the time and price at which liquidation orders will be exposed.

The dollar amount of the total order(s) to be calculated (as predefined by each client) and the resultant prorata allocation of executions, are predicated on the total dollar amount of order(s) from all clients at the time the necessary parameters are in place to attempt implementation of the strategy.

Transactions in U.S. Government securities shall be limited to U.S. Treasury Bills having a weighted yield to maturity within five percent (5%) of the average yield to maturity of all treasury bill issues available.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

AMF00078672



Equity transactions executed for the account will be average price transactions. A commission of four cents ($0.04) per share will be charged on the transactions. The commission stated above will be BLMIS' only compensation. There will be no other fees or expenses incurred by the account.

It is hereby understood that BLMIS is the broker to be used and that this agreement cannot be assigned without the consent of the client.

Agreed to by: _____    9/18/07
              Bernard L. Madoff Investment Securities LLC       Date

*Please contact us if there have been any changes in the account holder's financial condition or investment objectives, or if the holder wishes to impose or modify any restrictions on the transactions executed for this account.*

AMF00078673

CONFIDENTIAL

MADF

Name
3M Co
Abbott Laboratories
Altria Group Inc
American Express Co
American International Group Inc
Amgen Inc
Apple Inc
AT&T Inc
Bank of America Corp
Boeing Co
Bristol-Myers Squibb Co
Chevron Corp
Cisco Systems Inc
Citigroup Inc
Coca-Cola Co/The
Comcast Corp
ConocoPhillips
CVS Caremark Corp
Dell Inc
Exxon Mobil Corp
General Electric Co
Goldman Sachs Group Inc/The
Google Inc
Hewlett-Packard Co
Home Depot Inc
Intel Corp
International Business Machines Corp
Johnson & Johnson
JPMorgan Chase & Co
McDonald's Corp
Medtronic Inc
Merck & Co Inc
Merrill Lynch & Co Inc
Microsoft Corp
Morgan Stanley
Oracle Corp
PepsiCo Inc
Pfizer Inc
Procter & Gamble Co
Schlumberger Ltd
Target Corp
Time Warner Inc
United Parcel Service Inc
United Technologies Corp
US Bancorp
Verizon Communications Inc
Wachovia Corp
Wal-Mart Stores Inc
Walt Disney Co/The
Wells Fargo & Co

Bernard L. Madoff Investment Securities LLC

Authorized Signature_____

*The client has the right to exclude any security.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## TERMS AND CONDITIONS FOR OPTION HEDGING TRANSACTIONS

Issued by: Account Name: _LANDMARK INVESTMENT FUND IRELAND_

Account #: _IFR133_

The following instructions establishes the terms and conditions under which Bernard L. Madoff Investment Securities LLC (BLMIS) will effect, as agent, the client's transactions.

Bernard L. Madoff (individual), acting as agent for the above referenced account, has not been granted, nor shall he exercise, any investment discretion as to the selection of securities or other property purchased or sold by or for the account. Bernard L. Madoff (individual) will determine only the price at which, or the time an option contract shall be effected pursuant to the instructions set forth below.

Upon establishment of equity positions for the account, an attempt to establish broad based index option contracts shall be made in accordance with the following conditions:

- The purchase of broad based index put options shall be limited to the S&P 100 Index, as calculated and disseminated by Standard and Poor's Corporation. The size of the contracts shall correspond to the total dollar value of the executed underlying equity positions. The expiration of the contract shall be the nearest expiration cycle.

- Strike price of the put option shall be less (but not greater than 1.5% less) than the value of the S&P 100 Index at the point the equity orders are completed. If within the 1.5% index band, there are multiple strike prices available, the contract priority shall be the higher strike. The resulting put option contract established shall be long "out of the money."

- The sale of broad based call option contracts shall be limited to the S&P 100 Index, as calculated and disseminated by Standard and Poor's Corporation. The size of contracts shall correspond to the total dollar value of the underlying equity position. The expiration of the contract shall be the nearest expiration cycle.

- Strike price of the call option shall be ten (10) index points greater than the strike price of the put option referred to above. The resulting call option contract established shall be short "out of the money".

- Upon liquidation of equity positions for the account, a corresponding amount of index option contracts shall be unwound.

- If existing option positions are liquidated in anticipation of expiration, replacement positions of any other expiration or strike may only include contracts of the next nearest expiration cycle. The strike prices of these contracts shall use the methodology stated above.

Option transactions will incur a commission of one dollar ($1.00) per contract

Agreed to by: _____     _____
Bernard L. Madoff Investment Securities LLC           Date

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

AMF00078675

 M&B CAPITAL ADVISERS

**NICOLAS BARQUERO**
MANAGING PARTNER / SOCIO DIRECTOR

M&B CAPITAL ADVISERS, SOCIEDAD DE VALORES, S.A.
PLAZA MANUEL GÓMEZ MORENO, 2 • 28020 MADRID
Tel. +34 91 787 25 29 • nbarquero@mbca.es

 M&B CAPITAL ADVISERS

**ALBERTO SPAGNOLO AZCÁRATE, CFA**
MANAGING PARTNER

M&B CAPITAL ADVISERS, SOCIEDAD DE VALORES, S.A.
PLAZA MANUEL GÓMEZ MORENO, 2 • 28020 MADRID
Tel. +34 91 787 25 28 • aspagnolo@mbca.es

AMF00078676