# EXHIBIT 10



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

---

HSBC SECURTIES SERVICES (IRELAND) LTD.
FBO LANDMARK INVESTMENT FUND IRELAND
SUBFUND OF GI(GLOBAL INVESTMENTS) PLC
HSBC HOUSE
HARCOURT CENTRE, HARCOURT STREET
DUBLIN 2, IRELAND

August 24, 2007

Account Information Verification

Account:    1FR133

Dear Client:
In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

*hsbc Institutional Trust Services (Ireland) Limited*

**Account Name and Address**
~~HSBC SECURTIES SERVICES (IRELAND) LTD.~~
FBO LANDMARK INVESTMENT FUND IRELAND
~~SUBFUND~~ OF GI(GLOBAL INVESTMENTS) PLC
HSBC HOUSE
HARCOURT CENTRE, HARCOURT STREET
DUBLIN 2, IRELAND

**Account Information**
Account Type:                          Institution
Investment Objective:         * Trading Income
Annual Income:
Net Worth:

**Customer Information** *hsbc Institutional Trust Services (Ireland) Limited*
Name:        ~~HSBC SECURTIES SERVICES (IRELAND)~~
~~LTD.~~
FBO LANDMARK INVESTMENT FUND IRELAND
SUBFUND OF GI(GLOBAL INVESTMENTS) PLC

Street:            HSBC HOUSE
HARCOURT CENTRE, HARCOURT STREET
Apt/Suite:
City:              DUBLIN 2
State:
Country:           IRELAND
Province:
Zip Code:
Home:
Business:          353 1 407 2070
Tax ID:            *EXEMPT*
DOB:
Occupation:
Company/Firm:
Member Firm:

**Alternate Address**
Name:        ALBERTO SPAGNOLO
             NICOLAS BARQUERO
Street:            Redacted
                   Redacted
Apt/Suite:
City:
State:
Country:     Redacted
Province:
Zip Code:
Home:
Business:    34 91 7872528

**Mailing Address**
Address:     *same as Primary Account*

---

If any of your account or customer information is found to be inaccurate, please contact us at
212 230-2424

* Trading Income - Emphasis on short-Term trading practices to capitalize on market fluctuations. This objective is associated with market risk.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

AMF00078680