# EXHIBIT 11

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

MADF

212 230-2424
800 334-1343
Fax 212 838-4061

HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD.
FBO LANDMARK INVESTMENT FUND IRELAND,
SUBFUND OF GI(GLOBAL INVESTMENTS) PLC
HSBC HOUSE
HARCOURT CENTRE, HARCOURT STREET
DUBLIN 2,  IRELAND

**October 11, 2007**

<u>Account Information Verification</u>

Account:        1FR133

Dear Client:
In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

<u>Account Name and Address</u>
HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD.
FBO LANDMARK INVESTMENT FUND IRELAND,
SUBFUND OF GI(GLOBAL INVESTMENTS) PLC
~~HSBC HOUSE~~
~~HARCOURT CENTRE, HARCOURT STREET~~
DUBLIN 2,  IRELAND

<u>Account Information</u>
Account Type:                                        Institution
Investment Objective:                        * Trading Income
Annual Income:
Net Worth:

<u>Customer Information</u>
Name:        HSBC INSTITUTIONAL TRUST SERVICES
(IRELAND) LTD.
FBO LANDMARK INVESTMENT FUND IRELAND,
SUBFUND OF GI(GLOBAL INVESTMENTS) PLC
Street:        HSBC HOUSE
HARCOURT CENTRE, HARCOURT STREET
Apt/Suite:
City:        DUBLIN 2
State:
Country:        IRELAND
Province:
Zip Code:
Home:
Business:        353 1 407 2070
Tax ID:        *EXEMPT*
DOB:
Occupation:
Company/Firm:
Member Firm:

<u>Alternate Address</u>
Name:        ALBERTO SPAGNOLO
NICOLAS BARQUERO
Street:        Redacted
        Redacted
Apt/Suite:
City:
State:
Country:        Redacted
Province:
Zip Code:
Home:
Business:        34 91 7872528

<u>Mailing Address</u>
Address:        same as Primary Account

---

If any of your account or customer information is found to be inaccurate, please contact us at
212 230-2424

* Trading Income - Emphasis on short-Term trading practices to capitalize on market fluctuations. This objective is associated with market risk.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

AMF00078635