# EXHIBIT 13

| | |
|---|---|
| **From:** | Justin Lowe [jlowe@reliance-funds.com] |
| **Sent:** | Tuesday, February 20, 2007 7:07 PM |
| **To:** | Hoffmann, Rainer-ZA; Rommes, Pascal; Karp, Serge; Kayser, Tom |
| **Cc:** | manuel.echeverria [Redacted] tbrockmann@reliance-funds.com; 'Juan Carlos R. Hergueta'; 'Alberto Spagnolo' |
| **Subject:** | RE: trades Luxinvestment US equity+ |
| **Importance:** | High |
| **Attachments:** | AUM LIF.xls |

AUM LIF.xls (21 KB)

Dear Serge

I have been receiving updates on wires to Madoff and I was wondering if you would be able to tell us how much of the Feb 15th subscriptions has not yet been wired to Madoff. By our count it is about [Redacted] ttached sheet.

Would you be able to confirm as soon as possible?

Regards

Justin

-------------------------------------

Justin Lowe

Reliance International LLC

NY Office Direct +1 212 230 9825

NY Office Main +1 212 230 9858


-----Original Message-----
From: Rainer-ZA.Hoffmann@ubs.com [mailto:Rainer-ZA.Hoffmann@ubs.com]
Sent: Tuesday, February 20, 2007 9:46 AM
To: Rainer-ZA.Hoffmann@ubs.com; Pascal.Rommes@ubs.com; lif@reliance-funds.com
Cc: manuel.echeverria [Redacted] tbrockmann@reliance-funds.com;
Serge.Karp@ubs.com; Tom.Kayser@ubs.com
Subject: RE: trades Luxinvestment US equity+

Dear all,

Please be informed that we wired [Redacted] to Madoff value today.

Regards
Rainer

-----Original Message-----
From: Hoffmann, Rainer-ZA
Sent: Montag, 19. Februar 2007 12:57
To: Rommes, Pascal; 'Reliance US Equity Plus '
Cc: 'manuel.echeverria@ [Redacted] '; 'Tim Brockmann (reliance)'; Karp, Serge; Kayser, Tom

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL054168
UBSVAF0009753

Subject: RE: trades Luxinvestment US equity+

Dear all,

Please be informed that we transferred [Redacted] to Madoff value today.

Regards
Rainer

-----Original Message-----
From: Rommes, Pascal
Sent: Freitag, 16. Februar 2007 13:08
To: 'Reliance US Equity Plus '
Cc: 'manuel.echeverria [Redacted] 'Tim Brockmann (reliance)'; Karp, Serge; Hoffmann, Rainer-ZA; Kayser, Tom
Subject: trades Luxinvestment US equity+

Dear Justin,

please be informed that we will transfer [Redacted] to Madoff value today.

Regards
Pascal

The views or opinions contained in this message are solely those of the author and do not necessarily represent those of UBS (Luxembourg) S.A.
and/or its subsidiaries and affiliates. This e-mail message and attachments are confidential and for the use only of the individual or entity named above as recipient. If you have received this e-mail in error, please advise the sender immediately and destroy the message and any attachments. If you are not the intended recipient, you are notified that any retention, use, distribution, amendment, or copying of this message or attachments is strictly forbidden and that the infringement of any provision of this confidentiality note is prohibited. E-mail transmission cannot be guaranteed to be secure and therefore the sender does not accept liability for any errors, omissions or viruses in the contents of this message, which may arise as a result of e-mail transmission. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments.

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL054169
UBSVAF0009754