# EXHIBIT 15

**From:** Justin Lowe
**Sent:** Jan 15, 2008 12:09:08
**To:** Tim Brockmann
**Cc:** Trevor Uhl; Claudia de Carvalho
**Bcc:**
**Subject:** RE:

All right so I will move ahead and contact the clients who want some

_____

From: Tim Brockmann (reliance) [mailto:tbrockmann@reliance-funds.com]
Sent: Tuesday, January 15, 2008 11:15 AM
To: Justin Lowe
Cc: Trevor Uhl
Subject: RE:

Spoke to Serge who confirms that we can reinvest in the LIF . They have no clear limit (he said it might be a problem if we double the assets he said...).

I asked him why they changed their policy and he explained that at year end they reviewed their counterpart risk and felt more comfortable with BM... I asked him if UBS had to make up the losses in the sub-prime and he said that wealth management did a great year...

He has not yet informed Juan Carlos and I told him that we will pre-advise him and that he will than probably contact him.

Tim

_____

From: Justin Lowe [mailto:JLowe@reliance-funds.com]
Sent: Tuesday, January 15, 2008 11:29 AM
To: Tim Brockmann (reliance)
Subject:

Did you reach Karp?

**CONFIDENTIAL**

**RIR 12814**
RIRSAI0000005

I spoke to Juan Carlos and he did not bring up the topic - except to say he spoke to Karp last week who sounded more positive

Then he told me that in fact M&B did start the 'new' LIF in November but not as Sicav but some other legal structure (SIF?) with HSBC and they have 60m USD..Strange Manuel never mentioned it.

J

-------------------------------------

Justin Lowe
Managing Partner
Reliance International LLC
147 East 48th Street
New York, NY 10017
NY Office Direct +1 212 230 9825
NY Office Main +1 212 230 9858
US Mobile + 1 917 945 0983
NY Fax + 1 212 230 9852
VoIP Number +1 203 285-8864
direct email: jlowe@reliance-funds.com
research email: investments@reliance-funds.com
www.reliance-funds.com

-------------------------------------

Reliance Management Ltd manages a group of offshore alternative investment vehicles. Performance reports on the Reliance funds are made available for informational purposes only and do not constitute an offer or solicitation with respect to the purchase or sale of any security nor do they constitute an offer or solicitation in any jurisdiction in which such an offer or solicitation is not authorized or to whom it is unlawful to make such solicitation or offer.

SAVE PAPER - THINK BEFORE YOU PRINT