# EXHIBIT 18

| | |
|---|---|
| **From:** | Karp, Serge |
| **Sent:** | Thursday, April 27, 2006 7:30 AM |
| **To:** | 'Francisco Javier Martin'; 'Claudia de Carvalho (Reliance)' |
| **Cc:** | Kayser, Tom; 'Trevor Uhl'; 'Tim Brockmann'; 'back' |
| **Subject:** | RE: Advisory Fees Luxembourg Investment Fund - US Equity Plus |

Ok I received now the new invoices.

Thank you

Regards

Serge

-----Original Message-----
**From:** Karp, Serge
**Sent:** Donnerstag, 27. April 2006 07:33
**To:** 'Francisco Javier Martin'; Claudia de Carvalho (Reliance)
**Cc:** Kayser, Tom; Trevor Uhl; Tim Brockmann; back
**Subject:** RE: Advisory Fees Luxembourg Investment Fund - US Equity Plus

Dear Francisco,

I have given instruction to pay USD 37'011.75 in favor of Reliance Management (GIB) . Concerning M&B Capital Advisers we are still waiting for new revised invoices referring to the following amounts:

USD 990.94
USD 28'839.87

(see mail below)

Best regards

Serge


Serge Karp

UBS (Luxembourg) S.A.
Global Wealth Management & Business Banking
Key Clients Desk Western Europe
17-21, Bd. Joseph II, L-2010 Luxembourg

Tel. +352 45 12 12 152
Fax +352 45 12 12 747
serge.karp@ubs.com

www.ubs.com <http://www.ubs.com>


4/27/2006

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL046552

UBSVAF0002137

-----Original Message-----
**From:** Francisco Javier Martin [mailto:fjmartin@mbca.es]
**Sent:** Mittwoch, 26. April 2006 09:09
**To:** Claudia de Carvalho (Reliance); Karp, Serge
**Cc:** Kayser, Tom; Trevor Uhl; Tim Brockmann; back
**Subject:** RE: Advisory Fees Luxembourg Investment Fund - US Equity Plus

Our financial department confirm me that invoices was sent to Serge Kart. Please could you confirm me if you have received it?
Thanks

> -----Mensaje original-----
> **De:** Claudia de Carvalho (Reliance) [mailto:cdecarvalho@reliance-funds.com]
> **Enviado el:** Tuesday, April 25, 2006 6:27 PM
> **Para:** Serge Karp (E-mail)
> **CC:** Tom Kayser (E-mail); Trevor Uhl; Tim Brockmann; back
> **Asunto:** RE: Advisory Fees Luxembourg Investment Fund - US Equity Plus
>
>
> Dear Sir,
>
> As confirmed earlier on by phone, please go ahead with the payment of USD 37"011.75 in favour of Reliance Management (Gib) as per our fax and invoice of April 10th.
>
> M&B will send you their new invoices in USD amounts as mentioned in my previous e-mail.
>
> Should you have any queries please don't hesitate to contact us.
>
> Best regards,
> **Claudia de Carvalho**
> Phone: 00350 49 621
> e-mail: cdecarvalho@reliance-funds.com
> Internet: www.reliance-funds.com
>
> > -----Original Message-----
> > **From:** Claudia de Carvalho (Reliance)
> > **Sent:** lundi, 10. avril 2006 18:10
> > **To:** Serge Karp (E-mail)
> > **Cc:** Tom Kayser (E-mail); Trevor Uhl; 'back@mbca.es'
> > **Subject:** Advisory Fees Luxembourg Investment Fund - US Equity Plus
> >
> > Dear Sir,
> >
> > Please note that we have just sent you by fax the invoice of the advisory fees 4th quarter in favour of Reliance Management (Gib) Ltd.
> >
> > Regarding the advisory fees for M&B please note that you will receive directly from M&B two new invoices in the amounts of:

4/27/2006

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL046553

UBSVAF0002138

USD 990.94
USD 28'839.87

These invoices will replace the previous ones you had received.

For any further queries please do not hesitate to contact us.

Best regards,
**Claudia de Carvalho**
**Phone: 00350 49 621**
**e-mail: cdecarvalho@reliance-funds.com**
**Internet: www.reliance-funds.com**

****PRIVATE & CONFIDENTIAL*****
This e-mail and any attached files are confidential and may be legally privileged. If you are not the addressee, any disclosure, reproduction, copying, distribution, or other dissemination or use of this communication is strictly prohibited. If you have received this

transmission in error please notify the sender immediately and then delete this e-mail. E-mail transmission cannot be guaranteed to be secure or error free as information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept any errors or omissions in the contents of this message which arise as a result of e-mail transmission.