# EXHIBIT 19

| | |
|---|---|
| **From:** | Vicenzi, Philippe |
| **Sent:** | Thursday, April 13, 2006 5:04 PM |
| **To:** | Birchen, Rene; Hemmer, Alexes; 'ilowe@reliance-funds.com'; Karp, Serge; Kayser, Tom; 'manuel.echeverria[Redacted]Ramachandran, Madhu; Schalk, Yves; 'scortes@mbca.es'; 'tuhl@reliance-funds.com' |
| **Cc:** | SH-UBSFSL-APAM |
| **Subject:** | LU9068  LIF US EQUITY PLUS  OFF NAV AS PER 31.03.06 |
| **Attachments:** | Balans 310306.pdf; ENTSOR 010306 to 310306.pdf; ENTSOR 160306 to 310306.pdf; Hispas 310306.pdf; INVXDV 310306.pdf; JUSCOM 310306.pdf |

Dear all,

Please find attached the requested lists for the mentioned fund as per 31.03.06.


Do not hesitate for any questions you might have.
Many thanks for your feedback.


Best regards

Philippe Vicenzi

Senior Accountant
Alternative products
UBS Fund Services (Luxembourg) S.A.

291 route d'Arlon, P.O. Box 91, L-2010 Luxembourg
Tel.        +352 441010 6528
Fax.        +352 441010 6369
e-mail. philippe.vicenzi@ubs.com


     

Balans 310306.pdf ENTSOR 010306 to ENTSOR 160306 to Hispas 310306.pdf INVXDV 310306.pdf    JUSCOM
   (110 KB)      310306.pdf (1...    310306.pdf (1...    (56 KB)       (83 KB)      310306.pdf (18 KB)

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL046419

UBSVAF0002004