# EXHIBIT 20

| | |
|---|---|
| **From:** | Juan Carlos Hergueta [jchergueta@mbca.es] |
| **Sent:** | Wednesday, September 12, 2007 5:48 PM |
| **To:** | Karp, Serge; jlowe@reliance-funds.com |
| **Subject:** | RV: LIF US Equity Plus |

Serge, Justin,
Please confirm
Thanks,
Juan Carlos

**De:** Juan Carlos Hergueta
**Enviado el:** miércoles, 12 de septiembre de 2007 16:46
**Para:** 'Serge.Karp@ubs.com'
**Asunto:** LIF US Equity Plus

Dear Serge,

As a continuation to my September 6th mail please note that as far as I am aware the fund has the following redemptions for September 15th NAV:



I am asking our people to confirm from your desk received rdemption orders.

Best regards,


Juan Carlos Rodríguez Hergueta
M&B Capital Advisers
Plaza Manuel Gómez Moreno nº 2
28020 Madrid
Tel 34 91 4177040  |  email: jchergueta@mbca.es

9/12/2007

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL055988
UBSVAF0011573