# EXHIBIT 22

8, H M 306674, I/A 2 (13.11.09).

### 490888 - VALORIS IBERIA SA.
**Nombramientos.** Apoderado: MEDINA SILVILOTTI GUILLERMO. **Datos registrales.** T 14894 , F 216, S 8, H M 247837, I/A 18 (12.11.09).

### 490889 - NAJU COMERCIO INTERNACIONAL SL.
**Ceses/Dimisiones.** Adm. Unico: PAN YING. **Nombramientos.** Adm. Unico: YU GUANGMING. **Cambio de domicilio social.** C/ MIRASIERRA 35 (MADRID). **Datos registrales.** T 22925 , F 193, S 8, H M 410581, I/A 3 (12.11.09).

### 490890 - ARROW IBERIA ELECTRONICA SL.
**Nombramientos.** Apoderado: RIAÑO GONZALEZ JUAN LUIS. **Datos registrales.** T 19520 , F 133, S 8, H M 342780, I/A 13 (12.11.09).

### 490891 - ARROW IBERIA ELECTRONICA SL.
**Ceses/Dimisiones.** Consejero: COMBES PHILIPPE;ROUX-BUISSON ISABELLE. **Nombramientos.** Consejero: MCNALLY BRIAN. **Datos registrales.** T 19520 , F 133, S 8, H M 342780, I/A 14 (12.11.09).

### 490892 - DHAMMA ASSET MANAGEMENT SL.
**Ceses/Dimisiones.** Adm. Unico: ESPOSITO ERDOZAIN PHILIPPE. **Nombramientos.** Adm. Solid.: ESPOSITO ERDOZAIN PHILIPPE;CRAMBADE OLIVIER. **Modificaciones estatutarias.** Cambio del Organo de Administración: Administrador único a Administradores solidarios. **Datos registrales.** T 24821 , F 146, S 8, H M 446767, I/A 2 (12.11.09).

### 490893 - DESARROLLO DE TECNICAS DE FISIOTERAPIA MIRASIERRA SL.
**Nombramientos.** Apoderado: RUIZ FERNANDEZ ELENA. **Datos registrales.** T 27035 , F 164, S 8, H M 487160, I/A 2 (12.11.09).

### 490894 - FX INTERACTIVE SL.
**Ceses/Dimisiones.** Consejero: ABRIL BENAVIDES CARLOS. **Datos registrales.** T 14258 , F 153, S 8, H M 234971, I/A 7 (12.11.09).

### 490895 - LOYMART PRODUCTOS SL.
**Constitución.** Comienzo de operaciones: 22.10.09. Objeto social: Compra-venta al por mayor y al por menor de compact disc, cintas magnetofónicas, minidisc, dvd y cualquier otro soprote conocido o por conocer. La prestación de servicios de mensajerías, paquetería. Domicilio: AVDA GENERAL FANJUL, 4, 4º A (MADRID). Capital: 3.006,00 Euros. **Nombramientos.** Adm. Solid.: LOPEZ FERNANDEZ MARIA DOLORES;GARROSA MARTIN MARIA LUZ. **Datos registrales.** T 27106 , F 160, S 8, H M 488384, I/A 1 (11.11.09).

### 490896 - LAS CAÑAS FOTOVOLTAICA 09 SL.
**Sociedad unipersonal.** Cambio de identidad del socio único: SCE SOLAR JEREZ I GMBH. **Datos registrales.** T 26296 , F 74, S 8, H M 473895, I/A 4 (12.11.09).

### 490897 - PLAYTIME AUDIOVISUALES SL.
**Constitución.** Comienzo de operaciones: 26.10.09. Objeto social: La producción y distribución de audiovisuales, incluyendo la realización ypromoción de campañas publicitarias. Domicilio: C/ BLASCO DE GARAY 47 1º C (MADRID). Capital: 3.010,00 Euros. **Nombramientos.** Adm. Solid.: PIÑUEL MARTIN NATALIA;PIÑUEL MARTIN ENRIQUE JOSE. **Datos registrales.** T 27140 , F 110, S 8, H M 488947, I/A 1 (12.11.09).

### 490898 - INVERSIS GESTION SA SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA.
**Revocaciones.** Apo.Manc.: GALLEGO TOLKMITT BETTINA. **Datos registrales.** T 26129 , F 65, S 8, H M 55148, I/A 93 (12.11.09).

### 490899 - PINAR DE ARANJUEZ SA.
**Ceses/Dimisiones.** Consejero: TELLEZ CANO ANGEL. Presidente: TELLEZ CANO ANGEL. Cons.Del.Sol: TELLEZ CANO ANGEL. Consejero: FERNANDEZ TELLEZ MARIA LUISA. Vicepresid.: FERNANDEZ TELLEZ MARIA LUISA. Consejero: FERNANDEZ TELLEZ JOSE RAMON. Secretario: FERNANDEZ TELLEZ JOSE RAMON. Cons.Del.Sol: FERNANDEZ TELLEZ JOSE RAMON. Consejero: TELLEZ CANO FRANCISCO. Vicesecret.: TELLEZ CANO FRANCISCO. **Nombramientos.** Consejero: TELLEZ CANO ANGEL. Presidente: TELLEZ CANO ANGEL. Consejero: FERNANDEZ TELLEZ JOSE RAMON. Secretario: FERNANDEZ TELLEZ JOSE RAMON. Consejero: MARIA LUISA FERNANDEZ TELLEZ. Vicepresid.: MARIA LUISA FERNANDEZ TELLEZ. Consejero: TELLEZ CANO FRANCISCO. Vicesecret.: TELLEZ CANO FRANCISCO. Cons.Del.Sol: TELLEZ CANO ANGEL;FERNANDEZ TELLEZ JOSE RAMON. **Datos registrales.** T 3221 , F 132, S 8, H M 54874, I/A 11 (12.11.09).

### 490900 - M&B CAPITAL ADVISERS HOLDING SA.
**Otros conceptos:** DISUELTA, EXTINGUIDA Y CANCELADA AL HABER SIDO ABSORBIDA POR LA SOCIEDAD DOMICILIADA EN MADRID, DENOMINADA "AMEROM INVERSIONES SL". **Disolución.** Fusion. **Extinción.** **Datos registrales.** T 20519 , F 54, S 8, H M 240663, I/A 22 (12.11.09).

PUBLIC0695485