# EXHIBIT 23

**From:** Karp, Serge
**Sent:** Wednesday, March 28, 2007 2:27 PM
**To:** 'Echeverria, Manuel'
**Cc:** De-Angelis, Viviane
**Subject:** RE: Luxembourg Investment Fund-US Equity Plus

Dear Manuel,

Ok, we agree.

Best regards

Serge

---

**From:** Echeverria, Manuel [mailto:manuel.echeverria **Redacted**
**Sent:** Mittwoch, 28. März 2007 11:29
**To:** Karp, Serge
**Cc:** De-Angelis, Viviane
**Subject:** Re: Luxembourg Investment Fund-US Equity Plus

Dear Serge,

Thank you for your mail. Will you still go ahead with the subscription **Redacted** agreed ? I can commit that after this month you will NOT get anymore subscriptions. In addition we are going ahead with the creation of a **Redacted** for May 1st and part of the clients currently invested in LIF will be redeeming and moving to the new fund, thus reducing the .

Best regards,

Manuel

-----Original Message-----
From: Serge.Karp@ubs.com <Serge.Karp@ubs.com>
To: Echeverria, Manuel <manuel.echeverria **Redacted**
CC: Viviane.De-Angelis@ubs.com <Viviane.De-Angelis@ubs.com>
Sent: Wed Mar 28 11:14:46 2007
Subject: Luxembourg Investment Fund-US Equity Plus

Attn: Mr Manuel Echeverria


Dear Manuel,


UBS has decided to no longer accept any additional increase of assets in the above mentioned fund by way of additional subscriptions. This refusal of new subscriptions is categorical. Therefore, there is no possibility anymore to accept the netting of subscriptions against redemptions.


We thank you in advance for your understanding.

3/28/2007

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL054554
UBSVAF0010139

Yours sincerely

Viviane de Angelis            Serge Karp


Serge Karp
UBS (Luxembourg) S.A.
Global Wealth Management & Business Banking
Global Key Clients Luxembourg
17-21, Bd. Joseph II, L-2010 Luxembourg

Tel. +352 45 12 12 152
Fax +352 45 12 12 747
serge.karp@ubs.com

www.ubs.com <http://www.ubs.com/>

**Redacted**

3/28/2007

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL054555
UBSVAF0010140