# EXHIBIT 24

| | |
|---|---|
| **From:** | Echeverria, Manuel [Redacted] |
| **Sent:** | Wednesday, February 14, 2007 11:15 AM |
| **To:** | Karp, Serge |
| **Subject:** | LIF US Equity Plus |

Dear Serge,

Thank you again for the confirmation yesterday that you will be taking the suscriptions up to Feb 15, into LIF, and transfering the proceeds to BM. As I mentioned to you we commit to not allow any more suscriptions into the fund going forward and more important, create a new product (either offshore or a SIF in Lux) to channel the growth going forward and to reduce AUMs in LIF.

I need to speak to BM today and would need to tell him how much money LIF will be sending him and when. Could you please give me an indication this afternoon, please.

I am planning to go to Lux to discuss with you and another service provider to understand how we can proceed. When would you be available ?

Best regards,
Manuel Echeverria

**********DISCLAIMER********** This message is private and confidential and it is intended exclusively for the addressee. If you receive this message by mistake, you should not disseminate, distribute or copy this e- mail. Please inform the sender and delete the message and attachments from your system. Neither confidentiality nor any privilege regarding the information is waived or lost by any mistransmission or malfunction. Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of [Redacted] or any of the entities which belongs to the [Redacted] unless otherwise specifically stated and the sender is authorized to do so. E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or contain viruses. Neither [Redacted] [Redacted] accept responsibility for any changes in the contents of this message after it has been sent. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments or any other form of commitment.

2/14/2007

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL053885
UBSVAF0009470