# EXHIBIT 25

**From:** Tim Brockmann
**Sent:** Sep 19, 2007 17:22:58
**To:** Justin Lowe
**Cc:**
**Bcc:**
**Subject:** RE :

OK

---

De: Justin Lowe [mailto:JLowe@reliance-funds.com]
Date: mer. 19.09.2007 20:28
À: Trevor Uhl; Tim Brockmann (reliance); Jason Whitt
Objet :

I spoke to Juan Carlos re the new LIF fund.

They are still in holding pattern as they need some assurance from Madoff as to # and names of options counterparties. Allegedly Manuel is working on that.

The pricing is set: class a will be 90bps and 3% possible entry fee, B 1.4 and C 1.8%. They wanted to align with us but greedy guillermo wanted to go higher.

They are happy to do distribution contract if we want. We will discuss when they are up and running.

They plan to reduce the Lux fund investment over time as investors switch over but given many investors are taxable they are likely to stay in the Lux fund as that would be taxable event. That said they are pretty much done on their short term redemptions.

---

Justin Lowe

Managing Partner

Reliance International LLC

147 East 48th Street

New York, NY 10017

NY Office Direct +1 212 230 9825

NY Office Main +1 212 230 9858

US Mobile + 1 917 945 0983

NY Fax + 1 212 230 9852

VoIP Number +1 203 285-8864

**CONFIDENTIAL**

**RIR 14952**

RIRSAI0002143

direct email: jlowe@reliance-funds.com

research email: investments@reliance-funds.com

www.reliance-funds.com

---------------------------------------

Reliance Management Ltd manages a group of offshore alternative investment vehicles. Performance reports on the Reliance funds are made available for informational purposes only and do not constitute an offer or solicitation with respect to the purchase or sale of any security nor do they constitute an offer or solicitation in any jurisdiction in which such an offer or solicitation is not authorized or to whom it is unlawful to make such solicitation or offer.


SAVE PAPER - THINK BEFORE YOU PRINT

CONFIDENTIAL

RIR 14953

RIRSAI0002144