# EXHIBIT 26

**From:** Justin Lowe
**Sent:** Aug 10, 2007 14:33:28
**To:** Echeverria, Manuel
**Cc:**
**Bcc:**
**Subject:** RE: Madoff

Thanks Manuel!

We have received the confirms for the 38% trade.

Justin

--------------------------------------

Justin Lowe

Reliance International LLC

NY Office Direct +1 212 230 9825

NY Office Main +1 212 230 9858


_____

From: Echeverria, Manuel [mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Friday, August 10, 2007 9:45 AM
To: jlowe@reliance-funds.com; jchergueta@mbca.es; tbrockmann@amadeus.ch
Subject: Madoff


I have just spoken to Bernard Madoff. He is making money this month, +0.8% gross, eventhough he is invested by around 40% in the strategy. His puts have increased in value, as a result of vol increasing. He is looking at an entry level to increase his position but does want to be ""the first"". He is looking for some stability before acting.


Manuel Echeverria

**********DISCLAIMER********** This message is private and confidential and it is intended exclusively for the addressee. If you receive this message by mistake, you should not disseminate, distribute or copy this e- mail. Please inform the sender and delete the message and attachments from your system. Neither confidentiality nor any privilege regarding the information is waived or lost by any mistransmission or malfunction. Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of Optimal Investment Services SA or any of the entities which belongs to the Santander Group, unless otherwise specifically stated and the sender is authorized to do so. E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or contain viruses. Neither Optimal Investment Services SA nor Santander Group accept responsibility for any changes in the contents of this message after it has been sent. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments or any other form of commitment.

**CONFIDENTIAL**

**RIR 13045**
RIRSAI0000236