# EXHIBIT 27

| | |
|---|---|
| **From:** | Karp, Serge |
| **Sent:** | Monday, December 20, 2004 3:22 PM |
| **To:** | De-Angelis, Viviane |
| **Subject:** | FW: more information |

FYI

-----Original Message-----
From: Echeverria, Manuel
[mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Montag, 20. Dezember 2004 12:01
To: Karp, Serge
Subject: RE: more information


Thank you Serge. I am scheduled to arrive on the 27th at around 10 am from Stuttgart, and leave around 14:00, back to Stuttgart. I will be able to give you a better idea of the type of clients (all in hedge fund products only), with some examples of existing portfolios. My idea is to spend time with you and Juan Carlos Rodriguez Hergueta to discuss the Madoff feeder project and separately speak to you about these other clients. Hope this is fine with you. If possible send me some information on the SICAV part II structure.
Best regards,

Manuel Echeverría
Optimal Investment Services S.A.
5-7 rue Ami-Lévrier
CH-1201 Genève
Switzerland
Phone: +41 22 909 74 70



-----Original Message-----
From: Serge.Karp@ubs.com [mailto:Serge.Karp@ubs.com]
Sent: Monday, December 20, 2004 11:27 AM
To: Echeverria, Manuel
Subject: RE: more information


Dear Mr Echeverria,

We would certainly be able to offer a fund of fund of a SICAV part II structure. This Subfund could also be offered at a lower price but the precise tariff depends also on the size of assets subscribed in this Subfund. A description of the planned portfolio (to what extent would you like to include hedge funds, real estate funds, etc.) would also be useful.

After receipt of these indications, we will submit to you a pricing offer, but maybe it will be easier to discuss it during our meeting next Monday.

Best regards

Serge Karp


-----Original Message-----
From: Echeverria, Manuel
[mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Sonntag, 19. Dezember 2004 19:29

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.

UBSL042856
UBSVAD0001095

```
To: Karp, Serge
Subject: Re: more information


Dear M. Karp,
I wanted to inquire if,  in addition to the offer we have been speaking about, you would
be able to offer the same compartment concept but for a fund of funds, on a SICAV part II
format. This has nothing to do with the Madoff product, please do not confuse it, it is an
entirely different enquiry, and would be only for Optimal. We have several clients that
would be interested to establish fund of funds for their own money (family and friends),
but don't want to create necessarily their own fund structure, with the hassle of having
to deal with service providers, directors meetings, etc. We have aided them in some
ocassions but our job is to manage money and not to run fund structures. Your ability to
provide existing fund structures and enable them to create their own copartments is very
appealing. Please let me know if this could be of interest, and the fees you would charge.
I would imagine that these fees would be substantially lower from the ones you quoted me
for the Madoff product, as the work and responsibility  involved are substantially less.
We have a very competitive deal with [Redacted] but would be willing to
consider your offer.
Hope you are having a good weekend and let me know if the 27th works for our visit, or
eventually the 23d would work.
Best regards,
.Manuel Echeverria
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Serge.Karp@ubs.com <Serge.Karp@ubs.com>
To: Echeverria, Manuel <manuel.echeverria@ois-gruposantander.com>
Sent: Fri Dec 17 10:14:02 2004
Subject: FW: more information



-----Original Message-----
From: Karp, Serge
Sent: Freitag, 17. Dezember 2004 10:05
To: 'manuel.echeverria@ois-gruposantander.com'
Subject: FW: more information




-----Original Message-----
From: Karp, Serge
Sent: Freitag, 17. Dezember 2004 09:54
To: 'manuel.echeverria@ois-gruposantander.com'
Subject: FW: more information




-----Original Message-----
From: Karp, Serge
Sent: Freitag, 17. Dezember 2004 09:43
To: 'Echeverria, Manuel'
Subject: RE: more information


Dear Mr Echevarria,

Pursuant to our yesterday's telephone conversation, please find as
attachment the following documents.

                                       2
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.

UBSL042857
UBSVAD0001096

-     Service offer for the Sub-fund "I" (important size of assets)
-     Service offer for the Sub-fund "II"  (the fees are increased due to the less important size of assets)
-     Draft Service Agreement: this agreement (which may be refined) formalises your relationship with UBS.
-     Portfolio Advisory Agreement: this is an example, which may be adjusted according to your needs.

We will be glad to meet you in our office at your best convenience.

Kind regards

Serge Karp

-----Original Message-----
From: Echeverria, Manuel [mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Mittwoch, 15. Dezember 2004 15:24
To: Karp, Serge
Subject: more information


As promised I am enclosing more information on the 2 principals of the fund.
I will call you later.
Thank you,


Manuel Echeverría
Chief Executive Officer
Optimal Investment Services S.A.
5-7 rue Ami-Lévrier
CH-1201 Genève
Switzerland
Phone: +41 22 909 74 70

******** AVISO LEGAL ********
Este mensaje es privado y confidencial y solamente para la persona a la que va dirigido. Si usted ha recibido este mensaje por error, no debe revelar, copiar, distribuir o usarlo en ningun sentido. Le rogamos lo comunique al remitente y borre dicho mensaje y cualquier documento adjunto que pudiera contener. No hay renuncia a la confidencialidad ni a ningun privilegio por causa de transmisión errónea o mal funcionamiento.

Cualquier opinión expresada en este mensaje pertenece unicamente al autor remitente, y no representa necesariamente la opinión de Optimal Investment Services SA o de cualquiera de las sociedades integrantes del Grupo Santander, a no ser que expresamente se diga y el remitente este autorizado para hacerlo.

Los correos electrónicos no son seguros, no garantizan la confidencialidad ni la correcta recepción de los mismos, dado que puen ser interceptados, manipulados, destruidos, llegar con demora, incompletos, o con virus. Optimal Investment Services SA y Grupo Santander no se hacen responsables de

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.

UBSL042858
UBSVAD0001097

las alteraciones que pudieran hacerse al mensaje una vez enviado.

Este mensaje solo tiene una finalidad de informacion, y no debe interpretarse como una oferta de venta o de compra de valor o de compra de valores de instrumentos financieros relacionados o cualquier otra forma de compromiso.

******** DISCLAIMER ********
This message is private and confidential and it is intended exclusively for the addressee. If you receive this message by mistake, you should not disseminate, distribute or copy this e-mail.  Please inform the sender and delete the message and attachments from your system. Neither confidentiality nor any privilege regarding the information is waived or lost by any mistransmission or malfunction.

Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of Optimal Investment Services SA or any of the entities which belongs to the Santander Group, unless otherwise specifically stated and the sender is authorized to do so.

E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or contain viruses. Neither Optimal Investment Services SA nor Santander Group accept responsibility for any changes in the contents of this message after it has been sent.

This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments or any other form of commitment.

******** AVISO LEGAL ********
Este mensaje es privado y confidencial y solamente para la persona a la que va dirigido. Si usted ha recibido este mensaje por error, no debe revelar, copiar, distribuir o usarlo en ningun sentido. Le rogamos lo comunique al remitente y borre dicho mensaje y cualquier documento adjunto que pudiera contener. No hay renuncia a la confidencialidad ni a ningun privilegio por causa de transmisión errónea o mal funcionamiento.

Cualquier opinión expresada en este mensaje pertenece unicamente al autor remitente, y no representa necesariamente la opinión de Optimal Investment Services SA o de cualquiera de las sociedades integrantes del Grupo Santander, a no ser que expresamente se diga y el remitente este autorizado para hacerlo.

Los correos electrónicos no son seguros, no garantizan la confidencialidad ni la correcta recepción de los mismos, dado que puen ser interceptados, manipulados, destruidos, llegar con demora, incompletos, o con virus. Optimal Investment Services SA y Grupo Santander no se hacen responsables de las alteraciones que pudieran hacerse al mensaje una vez enviado.

Este mensaje solo tiene una finalidad de informacion, y no debe interpretarse como una oferta de venta o de compra de valor o de compra de valores de instrumentos financieros relacionados o cualquier otra forma de compromiso.

******** DISCLAIMER ********
This message is private and confidential and it is intended exclusively for the addressee. If you receive this message by mistake, you should not

4

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.                                      UBSL042859
                                                                                UBSVAD0001098

disseminate, distribute or copy this e-mail.  Please inform the sender and
delete the message and attachments from your system. Neither confidentiality
nor any privilege regarding the information is waived or lost by any
mistransmission or malfunction.

Any views or opinions contained in this message are solely those of the
author, and do not necessarily represent those of Optimal Investment
Services SA or any of the entities which belongs to the Santander Group,
unless otherwise specifically stated and the sender is authorized to do so.

E-mail transmissions cannot be guaranteed to be secure, confidential, or
error-free, as information could be intercepted, corrupted, lost, destroyed,
arrive late, incomplete, or contain viruses. Neither Optimal Investment
Services SA nor Santander Group accept responsibility for any changes in the
contents of this message after it has been sent.

This message is provided for informational purposes and should not be
construed as a solicitation or offer to buy or sell any securities or
related financial instruments or any other form of commitment.

The views or opinions contained in this message are solely those of
the author and do not necessarily represent those of UBS (Luxembourg)
S.A. and/or its subsidiaries and affiliates. This e-mail message and
attachments are confidential and for the use only of the individual or
entity named above as recipient. If you have received this e-mail in
error, please advise the sender immediately and destroy the message
and any attachments. If you are not the intended recipient, you are
notified that any retention, use, distribution, amendment, or copying
of this message or attachments is strictly forbidden and that the
infringement of any provision of this confidentiality note is
prohibited. E-mail transmission cannot be guaranteed to be secure and
therefore the sender does not accept liability for any errors,
omissions or viruses in the contents of this message, which may arise
as a result of e-mail transmission. This message is provided for
informational purposes and should not be construed as a solicitation
or offer to buy or sell any securities or related financial
instruments.

******** AVISO LEGAL ********
Este mensaje es privado y confidencial y solamente para la persona a la que va dirigido.
Si usted ha recibido este mensaje por error, no debe revelar, copiar, distribuir o usarlo
en ningun sentido. Le rogamos lo comunique al remitente y borre dicho mensaje y cualquier
documento adjunto que pudiera contener. No hay renuncia a la confidencialidad ni a ningun
privilegio por causa de transmisión errónea o mal funcionamiento.

Cualquier opinión expresada en este mensaje pertenece unicamente al autor remitente, y no
representa necesariamente la opinión de Optimal Investment Services SA o de cualquiera de
las sociedades integrantes del Grupo Santander, a no ser que expresamente se diga y el
remitente este autorizado para hacerlo.

Los correos electrónicos no son seguros, no garantizan la confidencialidad ni la correcta
recepción de los mismos, dado que puen ser interceptados, manipulados, destruidos, llegar
con demora, incompletos, o con virus. Optimal Investment Services SA y Grupo Santander no
se hacen responsables de las alteraciones que pudieran hacerse al mensaje una vez enviado.

Este mensaje solo tiene una finalidad de informacion, y no debe interpretarse como una
oferta de venta o de compra de valor o de compra de valores de instrumentos financieros
relacionados o cualquier otra forma de compromiso.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.

UBSL042860
UBSVAD0001099

```
******** DISCLAIMER ********
```
This message is private and confidential and it is intended exclusively for the addressee.
If you receive this message by mistake, you should not disseminate, distribute or copy
this e-mail.  Please inform the sender and delete the message and attachments from your
system. Neither confidentiality nor any privilege regarding the information is waived or
lost by any mistransmission or malfunction.

Any views or opinions contained in this message are solely those of the author, and do not
necessarily represent those of Optimal Investment Services SA or any of the entities which
belongs to the Santander Group, unless otherwise specifically stated and the sender is
authorized to do so.

E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as
information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or
contain viruses. Neither Optimal Investment Services SA nor Santander Group accept
responsibility for any changes in the contents of this message after it has been sent.

This message is provided for informational purposes and should not be construed as a
solicitation or offer to buy or sell any securities or related financial instruments or
any other form of commitment.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.                                    UBSL042861
                                                                              UBSVAD0001100