# EXHIBIT 28



GEOTEXT
Translations, Inc.

STATE OF NEW YORK        )
                         )
                         )   ss
                         )
COUNTY OF NEW YORK       )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from German and French into English of the attached pages with Bates Nos. UBSL042851–UBSL042853.

Kurt Shulenberger, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me
this 13 day of November, 20 10.

KATHRYN D. WOLF
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WO6210178
Qualified In Kings County
My Commission Expires August 10, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco  220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington  1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London  8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris  75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

**From:** Karp, Serge
**Sent:** Tuesday, December 14, 2004 5:05 p.m.
**To:** De-Angelis, Viviane
**Subject:** FW: our recent conversation

-----Original Message-----
From: Karp, Serge
Sent: Tuesday, December 14, 2004 2:54 p.m.
To: 'Echeverria, Manuel'
Subject: RE: our recent conversation

Dear Sir,

Thank you for your request, and while awaiting further information from you, please find below a fee estimate, as well as my contact information. I have noted that this consists of a fund sub-fund along the lines of the "Luxalpha SICAV" model, for a volume of assets totaling +-/ 1.4 billion USD. Moreover, your company could easily be approved by the Luxembourg supervisory authorities (CSSF) as fund manager. A second fund for a different clientele might also be envisioned.

- Fee:
We propose the following fee:
Expenses of the sponsor*, depository bank, central administration, out-of-pocket expenses included + transaction expenses: 0.20% of the net assets.

Startup expenses (one-time only): EUR 15,000

If we are required to create a new Open-ended Mutual Fund [*Société d'Investissement à Capital Variable (SICAV)*] structure with multiple sub-funds, the startup expenses would total EUR 25,000.

* Be advised that we also offer SICAVS with multiple existing sub-funds sponsored by UBS, or new sub-funds for external wealth managers. These sub-funds are also legally completely independent with regard to their rights and obligations, while still forming part of the multiple-sub-fund SICAV structure.

Other re-invoiced external expenses:
specifically
Subscription tax: 0.05% of the net assets per year
Auditors: +/- EUR 10,000 per year per sub-fund.

I remain at your complete disposal for any additional information you may require.

Best regards,

Serge Karp
UBS (Luxembourg) S.A.
Director, Key Clients Desk Western Europe
PO Box 2, 17-21 Boulevard Joseph II, L-2010 Luxembourg
Tel. +352 45121-2152, Fax +352 45121-2747
e-mail: serge.karp@.com

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                           UBSL042851

UBSVAD0001090.0002

```
-----Original Message-----
From: Echeverria, Manuel
[mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Tuesday, December 14, 2004 11:09 a.m.
To: Karp, Serge
Subject: our recent conversation
```

```
Manuel Echeverria
Chief Executive Officer
Optimal Investment Services S.A.
5-7 rue Ami-Lévrier
CH-1201 Genève
Switzerland
Phone: +41 22 909 74 70
```

[See original for duplicate text in Spanish.]

******** DISCLAIMER ********
This message is private and confidential and it is intended exclusively for the addressee. If you receive this message by mistake, you should not disseminate, distribute or copy this e-mail. Please inform the sender and delete the message and attachments from your system. Neither confidentiality nor any privilege regarding the information is waived or lost by any mistransmission or malfunction.

Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of Optimal Investment Services SA or any of the entities which belongs to the Santander Group, unless otherwise specifically stated and the sender is authorized to do so.

E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or contain viruses. Neither Optimal Investment Services SA nor Santander Group accept responsibility for any changes in the contents of this message after it has been sent.

This message is provided for informational purposes and should not be construed as a

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    UBSL042852

UBSVAD0001090.0003

solicitation or offer to buy or sell any securities or related financial instruments or any other form of commitment.

3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    UBSL042853

UBSVAD0001090.0004

UBSVAD0001090.0005

| | |
|---|---|
| **From:** | Karp, Serge |
| **Sent:** | Tuesday, December 14, 2004 5:05 PM |
| **To:** | De-Angelis, Viviane |
| **Subject:** | FW: our recent conversation |

```
-----Original Message-----
From: Karp, Serge
Sent: Dienstag, 14. Dezember 2004 14:54
To: 'Echeverria, Manuel'
Subject: RE: our recent conversation
```

Cher Monsieur,

je vous remercie pour votre demande et dans l'attente de plus d'informations de votre part, je vous prie de trouver ci-après une indication de tarif ainsi que de mes coordonnées. J'ai noté qu'il s'agit d'un compartiment de fonds suivant le modèle « Luxalpha Sicav » pour un volume d'actifs de +-/ 1.4 Mia. USD. Par ailleurs, votre société pourra être facilement agréée par les autorités de contrôle luxembourgeoises (CSSF) en tant que gestionnaire du fonds. Un deuxième fonds pour une clientèle différente serait également envisagé.

- Tarif :
Nous vous proposons le tarif suivant :
Frais de promoteur*, banque dépositaire, administration centrale, out-of-pocket expenses inclus + frais de transactions : 0.20% des actifs nets.

Frais de constitution (unique): EUR 15'000

Si nous devons créer une nouvelle structure de SICAV à compartiments multiples, les frais de constitution s'élèverait à EUR 25.000.

* Sachez que nous proposons également des SICAVs à compartiments multiples existants promus par UBS ou nous mettons à disposition des nouveaux compartiments à des gestionnaires de fortunes externes. Ces compartiments sont légalement tout à fait indépendant eu égard leurs droits et obligations bien que faisant partie de la structure de SICAV à compartiments multiples.

Autres frais externes refacturés:
surtout
Taxe d'abonnement : 0.05% des actifs nets par an
Réviseurs : +/- EUR 10'000 par an par compartiment.

Je me tiens à votre entière disposition pour tout renseignement complémentaire.

Meilleures salutations

Serge Karp
UBS (Luxembourg) S.A.
Director, Key Clients Desk Western Europe
PO Box 2, 17-21 Boulevard Joseph II, L-2010 Luxembourg
Tel. +352 45121-2152, Fax +352 45121-2747
e-mail: serge.karp@.com

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.                                    UBSL042851

UBSVAD0001090.0006

-----Original Message-----
From: Echeverria, Manuel
[mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Dienstag, 14. Dezember 2004 11:09
To: Karp, Serge
Subject: our recent conversation



Manuel Echeverría
Chief Executive Officer
Optimal Investment Services S.A.
5-7 rue Ami-Lévrier
CH-1201 Genève
Switzerland
Phone: +41 22 909 74 70




******** AVISO LEGAL ********
Este mensaje es privado y confidencial y solamente para la persona a la que va dirigido.
Si usted ha recibido este mensaje por error, no debe revelar, copiar, distribuir o usarlo
en ningun sentido. Le rogamos lo comunique al remitente y borre dicho mensaje y cualquier
documento adjunto que pudiera contener. No hay renuncia a la confidencialidad ni a ningun
privilegio por causa de transmisión errónea o mal funcionamiento.

Cualquier opinión expresada en este mensaje pertenece unicamente al autor remitente, y no
representa necesariamente la opinión de Optimal Investment Services SA o de cualquiera de
las sociedades integrantes del Grupo Santander, a no ser que expresamente se diga y el
remitente este autorizado para hacerlo.

Los correos electrónicos no son seguros, no garantizan la confidencialidad ni la correcta
recepción de los mismos, dado que puen ser interceptados, manipulados, destruidos, llegar
con demora, incompletos, o con virus. Optimal Investment Services SA y Grupo Santander no
se hacen responsables de las alteraciones que pudieran hacerse al mensaje una vez enviado.

Este mensaje solo tiene una finalidad de informacion, y no debe interpretarse como una
oferta de venta o de compra de valor o de compra de valores de instrumentos financieros
relacionados o cualquier otra forma de compromiso.


******** DISCLAIMER ********
This message is private and confidential and it is intended exclusively for the addressee.
If you receive this message by mistake, you should not disseminate, distribute or copy
this e-mail.  Please inform the sender and delete the message and attachments from your
system. Neither confidentiality nor any privilege regarding the information is waived or
lost by any mistransmission or malfunction.

Any views or opinions contained in this message are solely those of the author, and do not
necessarily represent those of Optimal Investment Services SA or any of the entities which
belongs to the Santander Group, unless otherwise specifically stated and the sender is
authorized to do so.

E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as
information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or
contain viruses. Neither Optimal Investment Services SA nor Santander Group accept
responsibility for any changes in the contents of this message after it has been sent.

This message is provided for informational purposes and should not be construed as a

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.

UBSL042852

UBSVAD0001090.0007

solicitation or offer to buy or sell any securities or related financial instruments or any other form of commitment.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER.

UBSL042853

UBSVAD0001090.0008