# EXHIBIT 29

| | |
|---|---|
| **From:** | Echeverria, Manuel [manuel.echeverria@ **Redacted** |
| **Sent:** | Tuesday, April 04, 2006 5:18 PM |
| **To:** | tbrockmann@reliance-funds.com |
| **Cc:** | Karp, Serge; lif@reliance-funds.com |
| **Subject:** | Re: Subscriptions and transfers |

I have confirmed to Madoff both figures.

-----Original Message-----
From: Tim Brockmann (reliance) <tbrockmann@reliance-funds.com>
To: Echeverria, Manuel <manuel.echeverria@ **Redacted**
CC: Serge.Karp@ubs.com <Serge.Karp@ubs.com>, lif@reliance-funds.com <lif@reliance-funds.com>
Sent: Tue Apr 04 17:53:04 2006
Subject: Subscriptions and transfers

Dear Manuel,

**Redacted**

As agreed can you please confirm to BM those transfers?

Thank you,

Tim

4/4/2006

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBSL046357
UBSVAF0001942