# EXHIBIT 30

**From:** Justin Lowe
**Sent:** Feb 16, 2007 10:07:06
**To:** Tim Brockmann; Trevor Uhl; 'Anthony Nazar'
**Cc:**
**Bcc:**
**Subject:** FW: Update on Madoff Account Activity

Madoff very active ...

-------------------------------------

Justin Lowe

Reliance International LLC

NY Office Direct +1 212 230 9825

NY Office Main +1 212 230 9858

-----

From: Echeverria, Manuel [mailto:manuel.echeverria@ois-gruposantander.com]
Sent: Friday, February 16, 2007 9:59 AM
To: jlowe@reliance-funds.com; jchergueta@mbca.es
Subject: Fw: Update on Madoff Account Activity

For your info. I am calling BM now to tell him of our tranfer.

-----Original Message-----
From: Jonathan Clark
To: Jeevanjee, Tasneem ; Bastianpillai, Caron ; Echeverria, Manuel ; Jaitly Rajiv ; Hugh Burnaby-Atkins ; Estevez Esteban ; Javier Echave ; Gauvain Toby
Sent: Fri Feb 16 15:46:33 2007
Subject: Update on Madoff Account Activity

Madoff initiated a position for the first time this year on Feb. 13-14 as follows:

Feb 13: 660-670 strikes on Feb options with $709mm notional (10745 contracts)

Feb 14: 665-675 strikes on Feb options with $597mm notional (8972 contracts)

These options expire Saturday so we are likely to see more trading activity today. The S&P 100 closed at 666 on Feb 13 and at 670 on Feb 14. It was down slightly yesterday closing just under 670.

**CONFIDENTIAL**

**RIR 14772**

RIRSAI0001963

Regards,

Jonathan Clark

Research Analyst

Optimal Investment Services

Santander Central Hispano Group

45 East 53rd Street, 6th floor

New York, NY 10022

(212) 692-2581 phone (212) 692-2590 FAX

General information: ois@schny.com

———

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail and/or attachments has been prepared and issued by Banco Santander
Central Hispano, S.A., New York Branch or Santander Investment
Inc. (in each instance, ""Santander""). This message and its
contents is not and should not be considered to be a commitment of Santander
to provide financing, deliver any service or to provide any other type of
undertaking of any kind. The information provided in this communication is
for discussion purposes and is not binding on Santander.

This message contains confidential information and is intended only for the
individual named. If you are not the named addressee you should not
disseminate, distribute or copy this e-mail. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete
this e-mail from your system.

E-mail transmission cannot be guaranteed to be secure or error-free as
information could be intercepted, corrupted, lost, destroyed, arrive late or
incomplete, or contain viruses. The sender therefore does not accept
liability for any errors or omissions in the contents of this message which
arise as a result of e-mail transmission. If verification is required please
request a hard-copy version. This message is provided for informational
purposes and should not be construed as a solicitation or offer to buy or sell
any securities or related financial instruments.

\*\*\*\*\*\*\*\*\*\*DISCLAIMER\*\*\*\*\*\*\*\*\*\* This message is private and confidential and it is intended exclusively

CONFIDENTIAL

RIR 14773

RIRSAI0001964

for the addressee. If you receive this message by mistake, you should not disseminate, distribute or copy this e-mail. Please inform the sender and delete the message and attachments from your system. Neither confidentiality nor any privilege regarding the information is waived or lost by any mistransmission or malfunction. Any views or opinions contained in this message are solely those of the author, and do not necessarily represent those of Optimal Investment Services SA or any of the entities which belongs to the Santander Group, unless otherwise specifically stated and the sender is authorized to do so. E-mail transmissions cannot be guaranteed to be secure, confidential, or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late, incomplete, or contain viruses. Neither Optimal Investment Services SA nor Santander Group accept responsibility for any changes in the contents of this message after it has been sent. This message is provided for informational purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments or any other form of commitment.

**CONFIDENTIAL**

**RIR 14774**

RIRSAI0001965