# EXHIBIT 33

**Log of Apparent Phone Calls Between BLMIS and UBS SA/UBSFSL**

| Date | Time | Duration (sec) | Duration (min) | Luxembourg Entity Involved in Call | Originating Caller Name | Originating Caller # | Destination Caller Name | Destination Caller # |
|---|---|---|---|---|---|---|---|---|
| 12/12/2005 | 8:55:18 AM | 42 | 0.7 | UBSFSL | UBSFSL | 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 | Erin Reardon/Frank DiPascali (BLMIS) | x2461 |
| 12/12/2005 | 10:39:24 AM | 216 | 3.6 | UBSFSL | UBSFSL | 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 | Erin Reardon/Frank DiPascali (BLMIS) | x2461 |
| 2/16/2006 | 10:27:48 AM | 1032 | 17.2 | UBS SA | Jodi Crupi (BLMIS) | x1828 | Serge Karp (UBS SA) | 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-152 |
| 2/28/2006 | 9:19:42 AM | 198 | 3.3 | UBS SA | Jodi Crupi (BLMIS) | x1828 | Serge Karp (UBS SA) | 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-152 |
| 3/14/2006 | 10:19:54 AM | 6 | 0.1 | UBS SA | Jodi Crupi (BLMIS) | x1828 | Serge Karp (UBS SA) | 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-152 |
| 4/12/2006 | 9:50:12 AM | 408 | 6.8 | UBSFSL | UBSFSL | 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 | Robert Cardile (BLMIS) | x2483 |
| 4/12/2006 | 12:20:48 PM | 132 | 2.2 | UBSFSL | UBSFSL | 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 | Jodi Crupi (BLMIS) | x1828 |
| 3/21/2007 | 11:07:12 AM | 168 | 2.8 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 352-45-121 |
| 3/22/2007 | 11:33:06 AM | 1074 | 17.9 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-536 |
| 8/17/2007 | 9:08:06 AM | 114 | 1.9 | UBS SA | Erin Reardon/Frank DiPascali (BLMIS) | x2461 | Kerstin Ringel (UBS SA) | 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-378 |
| 10/17/2007 | 11:19:24 AM | 216 | 3.6 | UBS SA | Erin Reardon/Frank DiPascali (BLMIS) | x2461 | Esther Obermann (UBS SA) | 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-546 |
| 10/29/2007 | 12:35:00 PM | 60 | 1 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-536 |
| 10/30/2007 | 11:42:42 AM | 378 | 6.3 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-536 |
| 12/27/2007 | 11:19:24 AM | 36 | 0.6 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-333 |
| 12/27/2007 | 7:06:42 AM | 18 | 0.3 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-333 |
| 12/27/2007 | 10:08:18 AM | 162 | 2.7 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-333 |
| 2/5/2008 | 7:32:06 AM | 114 | 1.9 | UBS SA | Jodi Crupi (BLMIS) | x1828 | Esther Obermann (UBS SA) | 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-546 |
| 5/13/2008 | 10:36:24 AM | 96 | 1.6 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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 |
| 5/29/2008 | 9:49:48 AM | 72 | 1.2 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-333 |
| 5/29/2008 | 7:02:00 AM | 120 | 2 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 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-333 |
| 5/29/2008 | 9:47:36 AM | 84 | 1.4 | UBS SA | Jodi Crupi (BLMIS) | x1828 | UBS SA | 352-45-121-333 |
| 7/29/2008 | 9:20:36 AM | 24 | 0.4 | UBS SA | Robert Cardile (BLMIS) | x2483 | Rainer Hoffmann (UBS SA) | 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-547 |
| 8/7/2008 | 10:56:12 AM | 48 | 0.8 | UBS SA | Robert Cardile (BLMIS) | x2483 | Esther Obermann (UBS SA) | 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-546 |
| 10/15/2008 | 10:43:12 AM | 48 | 0.8 | UBS SA | Robert Cardile (BLMIS) | x2483 | Rainer Hoffmann (UBS SA) | 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-547 |
| 12/11/2008 | 9:08:24 AM | 336 | 5.6 | UBS SA | Erin Reardon/Frank DiPascali (BLMIS) | x2461 | UBS SA | 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 |