# EXHIBIT 38

**GEOTEXT**
Translations

translations@geotext.com
www.geotext.com

STATE OF CALIFORNIA
                )
                )
                )
COUNTY OF SAN FRANCISCO )    ss

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of Notes to the Financial Statement for the Year Ending December 31, 2006.



Michael Beaumonte, Project Manager
Geotext Translations, Inc.

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me
on this 9ᵗʰ day of August , 20 12 ,
by Michael James Beaumonte ,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature: _____

NICHOLAS GRAHAM STURTEVANT
COMM. # 1981999
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXPIRES JUNE 15, 2016

New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

PUBLIC0018653.0001



ESTADO DE CALIFORNIA          )
                             )
                             )          ss
                             )
CONDADO DE SAN FRANCISCO  )

## **CERTIFICACIÓN**

Certifico por la presente que la traducción que precede es, a mi leal saber y entender, una

traducción fiel y exacta del español al inglés del documento Memoria correspondiente al ejercicio

anual terminado el 31 de diciembre de 2006.

Michael Beaumonte, Directora de Proyectos
Geotext Translations, Inc.

Estado de California, Condado de San Francisco

Suscrito y declarado bajo juramento (o afirmado) ante mí

En este  9  día del  Agosto          , 20 12 ,

Por  Michael James Beaumonte ,

Habiendo acreditado en mi presencia, mediante prueba satisfactoria,

que es la persona (personas) que compareció (comparecieron) ante mí.

Firma: _____



New York
t: +1.212.631.7432

London
t: +44.20.7553.4100

Washington, D.C.
t: +1.202.828.1267

Paris
t: +33.1.42.68.51.47

Chicago
t: +1.312.242.3756

Stockholm
t: +46.8.463.11.87

Houston
t: +1.713.353.3909

Frankfurt
t: +49.69.7593.8434

San Francisco
t: +1.415.576.9500

Hong Kong
t: +852.2159.9143

PUBLIC0018653.0002

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935027

CLASS 8

**M&B Capital Advisers, Sociedad De Valores, S.A.
(Sociedad Unipersonal)**

Notes to the Financial
Statement for the year
ending December 31, 2006

## 1.  Description of the Corporation

M&B Capital Advisers, Sociedad de Valores, S.A. (Sociedad Unipersonal), hereinafter referred to as the "Company" is an investment services company formed on November 8, 2000 as a brokerage firm under the name of M&B Capital Advisers Spain, Agencia de Valores S.A. On June 21, 2004, it was converted into a securities dealer and adopted its present name.

Its activities are subject to the provisions of Statute 24/1988, of July 28, the Securities Market Act (amended by Statute 37/1998, of November 16, on Securities Market Reform), Royal Decree 867/2001 of July 20, on the legal regime for investment services firms, Statute 44/2002 of November 22 on Measures for the Reform of the Financial System, Statute 13/1992 of June 1, on equity and consolidated supervision of financial companies, and Royal Decree 1,343/1992, of December 6, implanting said statute, as well as in the regulations issued by the National Securities Market Commission (hereinafter the CNMV).

The Company has been registered in the Securities Firms Register of the CNMV since February 2, 2001 under number 185. It has its registered office at Plaza Manuel Gómez Moreno No. 2, Madrid.

The Company has the following corporate purpose:

1.  Provision of the following investment services:

    a.  The receipt and transmission of orders on behalf of third parties.

    b.  The execution of such orders on behalf of third parties.

    c.  Trading on its own account.

    d.  The discretionary and personalized management of investment portfolios in accordance with investors' orders.

    e.  Acting as an intermediary in the placement of issues and public offerings of securities either directly or indirectly on behalf of the issuer.

2.  Performance of the following complementary activities:

    a.  The deposit and administration of the instruments referred to in article 63.4 of the Securities Market Act, including the keeping of accounting records for book-entry securities.

PUBLIC0018653

PUBLIC0018653.0003

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935028

b.  The provision of advisory services to companies on their capital structure, industrial strategy, and similar matters, as well as advisory services and other services in relation to mergers and takeovers.

c.  Provision of services related to insurance transactions.

d.  Provision of advisory services on investments on one or more of the financial instruments referred to in article 63.4 of the Securities Markets Act.

e.  Acting as registered institutions in foreign currency transactions related to the investment services.

In view of the nature of the company's activities, it has no environmental liabilities, expenses, assets, provisions, or contingencies that might have a significant impact on its assets, financial position, and profits and losses. Accordingly, these notes to the financial statements contain no specific itemization of environmental matters.

The Company forms part of Grupo Amerom, a consolidatable group of financial institutions whose parent company is Amerom Inversiones S.L. (see Note 10).

## 2    Basis of presentation of the annual accounts, accounting principles, and valuation criteria used

### a)    *Basis of presentation of the annual accounts*

The Company's annual financial statements have been prepared by its Management on the basis of its accounting records, and they are presented in accordance with the valuation criteria specified in CNMV Circular 5/1990 of November 28, partially amended by CNMV Circular 2/2004 of March 31, such that they provide a true and fair view of the Company's assets, financial position, and results.

The annual accounts for 2006 have not yet been approved by the Company's Sole Shareholder. Nevertheless, the Company's Directors consider that they will be approved without change.

As of December 31, 2006, the Company is not obliged to prepare consolidated annual financial statements since, although it is the parent company of M&B Capital Advisers Gestión, Sociedad Gestora de Instituciones de Inversión Colectiva, S.A. (Sociedad Unipersonal), it does not form a consolidated subgroup pursuant to the provisions of CNMV Circular 1/1993 of March 3. Furthermore, the Company is not obliged to prepare annual financial statements in accordance with article 42 of the Commercial Code as it is not the company with the largest assets on the date of first consolidation in relation to the group of companies to which it belongs.

### b)    *Accounting principles and valuation criteria used*

In the preparation of the annual financial statements the generally accepted accounting principles and valuation standards described in Note 3 have been followed. No mandatory accounting principle or valuation standard with a material effect on the annual financial statements has been omitted.

2

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935029

CLASS 8

## 3. Accounting principles and valuation criteria used

The accounting principles and valuation standards described below have been used to prepare the annual financial statements.

### a) Accrual principle

Revenues and expenses are recorded as they are earned and incurred.

Revenues earned from fees for finding and introducing clients, as well as those from the provision of financial advisory services, are included in "Commissions received – Others" (see Note 14).

Revenues earned from portfolio management fees are included under "Commissions received – Portfolio management (see Note 12).

In accordance with the current CNMV regulations, the value of transactions for the purchase and sale of securities carried out by the Company on behalf of third parties is recorded as soon as they are contracted in memorandum accounts under "Clients' orders to purchase or sell securities pending payment" (see Note 12). Commission and brokerage fees for acting as an intermediary in the purchase or sale of listed securities are recorded as income as soon as they are contracted under "Commissions Received – Processing and execution of orders."

### b) Tangible fixed assets

The items under this heading are carried at their acquisition cost less accumulated depreciation.

Depreciation of the tangible fixed assets is calculated using the straight-line method in accordance with the estimated remaining years of useful life, as shown below:

|  | Years of useful life |
| --- | --- |
| Data processing equipment | 2.5–4 |
| Plant | 6.5–10 |
| Furniture and equipment and other tangible fixed assets | 6.5–10 |

Provisions made for depreciation of tangible fixed assets are recorded under "Operating Expenses – General, rates and taxes and depreciation of fixed assets" (see Note 5).

The expenses of conserving and maintaining the fixed assets are charged to the income statement for the year in which they are incurred.

3

PUBLIC0018653.0005

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935030

c)   *Intangible and fictitious assets*

This heading includes the cost of various software applications net of accumulated amortization. Software applications are amortized using the straight-line method over an estimated useful life of 3 years. This heading also includes the start-up expenses and expenses related to the increase in capital incurred by the Company as a consequence of its conversion to a securities dealer during fiscal year 2004 (see Note 1). Said expenses are amortized using the straight-line method over 3 years.

The provisions made for amortization of intangible and fictitious assets are recorded under "Operating Expenses – General, rates and taxes and fixed asset depreciation and amortization" (see Note 5).

d)   *Permanent stock portfolio*

The amount of this caption in the balance sheet as of December 31, 2006, attached, shows the Company's holding in M&B Capital Advisers Gestión, S.G.I.I.C., S. A. and in Sociedad Gestora del Fondo General de Garantía de Inversiones, S. A., which is recorded at its acquisition cost or at its market value at the end of each fiscal year, if this is lower (see Note 6). Market value is understood to mean the underlying net book value obtained from the last available balance sheet (audited, when appropriate). As of December 31, 2006, use of the aforementioned method has not revealed any rise or fall in value.

e)   *Trading portfolio*

Holdings in collective investment institutions are shown under "Trading Portfolio – Stocks and investments" at their average acquisition cost or at their market value, whichever is less. The market value of the investments in collective investment institutions has been taken to be the net asset value published at year end or the average net asset value for the last quarter, whichever is less (see Note 8).

As of December 31, 2006, the Company had unrealized gains of 75,000 Euros in the trading portfolio (see Note 8).

Financial assets acquired under a repurchase agreement are shown in the balance sheet under "Trading Portfolio – Others" at the actual cost of the transaction (see Note 8). Unpaid interest due at year end is shown under "Sundry Accounts – Liability Accruals and Offsetting" on the assets side of the balance sheet. As of December 31, 2006, the amount is not significant.

Gains and losses arising from transactions conducted by the Company on its own account are included under "Gains from trading portfolio and derivatives – Sales and payments" and "Losses from trading portfolio and derivatives – Sales and payments," respectively.

f)   *Financial intermediaries, Direct investments, and Direct financing from financial intermediaries*

These captions basically include the unpaid balances for transactions on the Company's account with the Servicio de Compensación y Liquidación de Valores (the securities clearing and

4

PUBLIC0018656

PUBLIC0018653.0006

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935031

settlement service). Pursuant to the current regulations of the CNMV, debit and credit balances recorded under this heading may not be set off against each other (see Note 9).

g)   *Corporate Income Tax*

The corporate income tax charge for each year is calculated on the basis of book income before taxes, increased or decreased, as appropriate, by the permanent differences from taxable income (understood as the tax basis for such tax) and reduced, if applicable, by any offsettable tax losses (see Note 11).

Statute 35/2006 of November 28, on Personal Income Tax and partially amending the statutes governing Corporate Tax, Non-Resident Income Tax, and Asset Tax, provides, inter alia, for the reduction over two years of the standard rate of Corporate Income Tax, which until December 31, 2006 was 35%, as shown below:

| Fiscal years commencing on | Tax rate |
|---|---|
| January 1, 2007 | 32.5% |
| January 1, 2008 | 30% |

Accordingly, in fiscal year 2006, taking into account the year in which it is foreseeable that the corresponding reversal will take place, the Group proceeded to re-estimate the amount of the deferred tax liabilities and other tax assets recognized in the balance sheet. Consequently, a credit of 18,000 Euros has been recognized under "Income Tax" in the Income statement (see Note 11).

h)   *Severance pay*

Under current employment legislation, the Company is obliged to pay compensation to employees terminated under certain conditions. As of December 31, 2006, there are no reasons that might make it necessary to recognize a provision under this heading.

i)   *Pension commitments*

The Company has not acquired any pension commitments with its employees.

**4.   Distribution of profits**

The proposal for distribution of the net profit for 2006 that the Company's Board of Directors will submit to the Sole Shareholder for approval is the following:

5

PUBLIC0018657

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935032

|  | Thousands of Euros |
|---|---|
| **Amount available for distribution:** | |
| Profit for the year | **3,628** |
| **Distribution:** | |
| To statutory reserve | 363 |
| **Dividend:** | |
| Interim | 1,000 |
| To retained earnings | 2,265 |
|  | **3,628** |

At its meeting on November 12, 2006 the Company's Board of Directors resolved to distribute an interim dividend of 1 million Euros charged against 2006 profits. Said dividend was paid before the end of the year (see Notes 10 and 13).

In compliance with the provisions of Article 216 of the Consolidated Text of the Corporations Act, the liquidity statements prepared by the Company's Directors for the distribution of this interim dividend were the following:

|  | September 30, 2006 |
|---|---|
| Assets items: | |
| Cash and banks and short term liquid assets | 6,029 |
| **Available liquidity** | **6,029** |
| **Net profit to date** | **3,973** |

The interim dividend paid from the net profit for 2006 are shown as reductions in "Shareholders' Equity – Accumulated reserves" in the attached balance sheet as of December 31, 2006 (see Note 10).

**5.   Fixed assets**

The changes in 2006 in the tangible fixed assets account and the intangible and fictitious assets account and in their corresponding accumulated depreciation and amortization accounts are the following:

PUBLIC0018658

PUBLIC0018653.0008

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935033

| | Thousands of Euros | | | | |
| | Tangible Fixed Assets | | | | |
| | Furniture and fixtures | Plant | Data processing equipment | Other tangible fixed assets | Total tangible fixed assets |
|---|---|---|---|---|---|
| **Cost:** | | | | | |
| Balances as of December 31, 2005 | 100 | 396 | 170 | 2 | 668 |
| Additions | 74 | 48 | 48 | - | 170 |
| Transfers | - | - | - | - | - |
| Retirements | - | - | - | - | - |
| **Balances as of December 31, 2006** | **174** | **444** | **218** | **2** | **838** |
| **Accumulated Depreciation:** | | | | | |
| Balances as of December 31, 2005 | (30) | (85) | (90) | - | (205) |
| Provisions | (23) | (100) | (34) | - | (157) |
| Retirements | - | - | - | - | - |
| **Balances as of December 31, 2006** | **(53)** | **(185)** | **(124)** | **-** | **(362)** |
| **Net balances as of December 31, 2006** | **121** | **259** | **94** | **2** | **476** |

| | Thousands of Euros | | | |
| | Intangible and Fictitious Assets | | | |
| | Formation and start-up expenses (*) | Other intangible assets (*) | Computer software | Total Intangible and Fictitious Assets |
|---|---|---|---|---|
| **Cost:** | | | | |
| Balances as of December 31, 2005 | 107 | 10 | 258 | 375 |
| Additions | - | | 23 | 23 |
| Retirements | - | - | (28) | (28) |
| **Balances as of December 31, 2006** | **107** | **10** | **253** | **370** |
| **Amortization:** | | | | |
| Balances as of December 31, 2005 | (33) | (4) | (158) | (195) |
| Provisions | (31) | (3) | (36) | (70) |
| **Balances as of December 31, 2006** | **(64)** | **(7)** | **(194)** | **(265)** |
| **Net balances as of December 31, 2006** | **43** | **3** | **59** | **105** |

(*)    In accordance with current regulations, the provision for amortization of assets of this type must reduce the value of the assets and accordingly there is no accumulated amortization.

As of December 31, 2006, the fully amortized intangible fixed assets amounted to 115,000 Euros and the fully depreciated tangible fixed assets amounted to 75,000 Euros.

7

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935034

CLASS 8

## 6.    Permanent stock portfolio

The composition of this balance sheet caption at year end 2006 is shown below:

| | Number of Stocks | Thousands of Euros Cost | Percentage of Holding |
|---|---|---|---|
| M&B Capital Advisers Gestión S.G.I.I.C., S.A. | 1,500,000 | 1,500 | 100% |
| Sociedad Gestora del Fondo General de Garantía de Inversiones, S.A. | 1,069 | 1 | 0.6373% |
| | | **1,501** | |

On April 28, 2006, the Company subscribed to 1,500,000 shares in M&B Capital Advisers Gestión, S.G.I.I.C., S.A. at a par value of 1,500,000 Euros (see Note 13).

Article 8.2 of Royal Decree 948/2001, of August 3, amended by Statute 53/2002 (the Securities Market Act), on methods of compensation for investments, in both investment services companies and lending institutions, lays down the procedure that Gestora del Fondo General de Garantía de Inversiones, S.A. [Investment Guarantee Fund Management Company] must follow to determine the basis for calculating the amount of the annual contributions to be paid by brokerage firms and securities firms and the Spanish branches of foreign investment service companies that belong to the Fund. This decree authorizes the CNMV to regulate the valuation criteria to be applied by the brokerage firms and securities firms that belong to the Fund. On December 31, 2005, the Company's investment in Gestora del Fondo General de Garantía de Inversiones, S.A. had a value of 689 Euros (represented by 684 shares with a par value of one Euro each). During 2006, the Company acquired 385 shares in Gestora del Fondo General de Garantía de Inversiones, S.A. and as of December 31, 2006 was the owner of 1,069 shares in said fund management company. During 2006, the Company made contributions of 34,000 Euros to the Investment Guarantee Fund, which are included under "Other Contributions" in the income statement.

## 7.    Sundry assets and liabilities accounts

The breakdown of this caption of the balance sheet is shown below:

8

PUBLIC0018660

PUBLIC0018653.0010

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935035

CLASS 8

|  | Thousands of Euros | |
|---|---|---|
|  | Assets | Liabilities |
| Accruals and offsetting accounts | | |
| Commissions earned (*) | 2,619 | - |
| Prepaid expenses (**) | 142 | - |
| Expenses incurred but not due (***) | - | 684 |
| Revenues earned but not due | 2 | - |
| Others | 2 | - |
|  | 2,765 | 684 |
| Other Accounts: | | |
| Public Authorities (Note 11) | - | 2,050 |
| Others | 537 | 1,614 |
|  | 537 | 3,664 |
|  | 3,302 | 4,348 |

(*)     This amount comprises commissions and fees for brokerage, management and advisory services on portfolios earned but not yet paid as of December 31, 2006.

(**)    This amount essentially comprises expenses related to communications and insurance premiums.

(***)   This amount essentially comprises short-term trade debt.

Of the total balance of the assets account "Other Accounts – Others", the sum of 95,000 Euros applies to the market surety bond posted by the Company in favor of Iberclear and the sum of 394,000 Euros to clients' invoices for transactions involving the purchase and sale of marketable securities unpaid on December 31, 2006 and 12,000 Euros in current accounts with group companies. It also includes 33,000 Euros in the form of long-term deposits and bonds furnished for the lease of the premises where the registered office is located.

The liabilities account "Other Accounts – Others" basically contains short-term trade debt and the effect of the outstanding Collective Investment Institution sales commissions payable to the Investment Firms managed by the Company. This caption also includes unpaid staff wages and salaries (see Note 15).

## 8.   Trading portfolio

The securities portfolio as of December 31, 2006, was made up as follows:

|  | Thousands of Euros |
|---|---|
| Investments in Collective Investment Institutions | 2,657 |
| Assets acquired under repurchase agreements | 2,135 |
| Total trading portfolio | 4,792 |

The breakdown of the trading portfolio as of December 31, 2006 is as follows:

9

PUBLIC0018653.0011

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935036

| | Thousands of Euros | | |
|---|---|---|---|
| | Acquisition Cost | Market Value | Rise or Fall in Value (Note 3-e) |
| **Investments in Collective Investment Institutions:** | | | |
| Deutsche Tukan 2X | 57 | 58 | 1 |
| Tukan P € | 500 | 503 | 3 |
| Luxembourg Investment Fund | 2,100 | 2,171 | 71 |
| | 2,657 | 2,732 | 75 |
| **Assets acquired under repurchase agreements:** | | | |
| Government Securities | 2,135 | 2,135 | - |
| **Total** | 4,792 | 4,867 | 75 |

On December 31, 2006, the unrealized gains in the trading portfolio amounted to 75,000 Euros (see Note 12).

The following changes took place in the Company's trading portfolio during 2006:

| | Thousands of Euros | | |
|---|---|---|---|
| | Holdings in Collective Investment Institutions | Acquisition of Financial Assets | Total |
| Balances on December 31, 2005 | - | 1,103 | 1,103 |
| Purchases and subscriptions | 3,457 | 570,550 | 574,007 |
| Sales and payments | (800) | (569,518) | (570,318) |
| **Balances on December 31, 2006** | 2,657 | 2,135 | 4,792 |

The interest earned from transactions of this sort during 2006 amounted to 100,000 Euros, which is recorded in "Investment Interest and Dividends." The average annual yield on assets acquired under repurchase agreements during 2006 was 3.28%.

9.   **Financial intermediaries - Direct investments and Direct financing from financial intermediaries**

The balances of these captions were made up as follows:

10

PUBLIC0018653.0012

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935037

CLASS 8

|  | Thousands of Euros | |
|---|---|---|
|  | Assets | Liabilities |
| Demand deposits |  |  |
| Bankinter, S.A. | 60 | - |
| Bancoval, S.A. | 566 | - |
| Banco Español de Crédito, S.A. | 51 | - |
| Outstanding balances held on own account (Note 3-1) | 492 | 489 |
| Other balances | - | 207 |
|  | **1,169** | **696** |

During 2006, demand deposits earned an average annual interest of 1.38%.

Interest earned on the Company's demand deposits and time deposits (maturing prior to December 31, 2006) during 2006 amounted to 24,000 Euros and is recorded under "Investment Interest and Dividends."

## 10.  Shareholders' equity and profit (loss) for the year

The changes in "Shareholders' Equity" and "Profit (loss) for the Year" in 2006 are shown below:

|  | | Thousands of Euros | | | | |
|---|---|---|---|---|---|---|
|  |  | Accumulated Reserves | | | Net Profit for the Year | Total |
|  | Capital Stock | Statutory reserve | Retained Earnings | Interim Dividend | | |
| Balances on December 31, 2005 | 2,000 | 47 | 404 | - | 1,535 | 3,986 |
| Distribution of net profit for the year 2005 | - | 154 | 1,381 | - | (1,535) | - |
| Interim dividend from profits for the year 2006 (Note 13) | - | - | - | (1,000) | - | (1,000) |
| Profit for the year 2006 (Note 4) | - | - | - | - | 3,628 | 3,628 |
| **Balances on December 31, 2006** | **2,000** | **201** | **1,785** | **(1,000)** | **3,628** | **6,614** |

**Capital stock**

On December 31, 2006, the Company's capital stock was divided into 2,000 fully subscribed and paid up registered shares, each with a par value of 1,000 Euros and the same economic and voting rights.

The Company's Sole Shareholder is M&B Capital Advisers Holding, S.A., a member of Grupo Amerom (see Note 1), and therefore, pursuant to Statute 2/1995; the Company is classified as a "Sociedad Anónima Unipersonal" [sole corporation].

11

PUBLIC0018663

PUBLIC0018653.0013

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935038

On December 31, 2006, the Company had entered into several contracts with its Sole Shareholder that has been included in the register of contracts between the Company and its Sole Shareholder (the contracts relate to the sublease of part of the premises where the Company has its registered office by virtue of the provisions of article 128 of Statute 2/1996.

**Statutory reserve**

In accordance with the Consolidated Text of the Corporations Act, companies that make a profit during the fiscal year must set aside 10% of the annual net profit in a statutory reserve. This funding must continue until the reserve is equal to 20% of the capital stock unless losses from previous years have caused the Company's equity to be worth less than the capital stock figure, in which case the profit shall be used to offset these losses.

The statutory reserve may be used to increase capital stock in the portion of its balance that exceeds 10% of the capital stock that has already been increased. Except for this purpose, until it exceeds 20% of capital stock, the statutory reserve may be used only to offset losses when no other reserves are available for that purpose.

**Solvency and liquidity ratios**

CNMV Circular 6/1992, of December 30, which completes the process of bringing Spanish legislation on Securities Companies and Brokerage Firms into line with the EC directives, provides that equity requirements shall apply to Securities Companies and Brokerage Firms and to their consolidatable groups and also defines, inter alia, the components of equity, the risk groups, and the different weightings to be given to assets, deductions and limits when calculating equity. It also specifies the minimum equity requirements in relation, inter alia, to the risks associated with the trading portfolio, credit risks and exchange rate. Furthermore, Royal Decree 867/2001 of July 20 on the legal regime for investment services firms, specifies the minimum equity requirements according to the portfolio volume managed by the Company in the course of its discretionary portfolio management activities.

On December 31, 2006, the Company fulfilled the minimum equity requirements established in the current regulations.

Securities Companies must also maintain a liquidity ratio by holding low-risk highly-liquid assets of a value equivalent to 10% of their total relevant liabilities. On December 31, 2006, the Company had fulfilled this requirement.

**11.   Tax position**

Article 114 of Royal Legislative Decree 4/2004, of March 5, amended by Statute 2/2004, of December 27, establishes a tax rate for small companies of 30% on taxable profit between zero and 120,000 Euros and a rate of 35% on the remainder.

The reconciliation of the book profit for 2006 with the profit subject to Corporate Income Tax is shown below:

12

PUBLIC0018653.0014

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935039

| | Thousands of Euros |
|---|---|
| Profit for the year before tax | 5,542 |
| Permanent differences | |
|   Positives | 217 |
| Temporary differences- | |
| Arising in the period (*) | (145) |
| Arising in prior periods | 68 |
| **Taxable profit subject to Corporate Income Tax** | **5,682** |
| Total tax at 30% | 36 |
| Total tax at 35% | 1,946 |
| Deductions | (77) |
| Withholdings and payments on account of tax | (298) |
| **Net tax payable** | **1,607** |

(*)    This refers to unrestricted amortization taken in the fiscal year.

The calculation of the Corporate Income Tax charge for 2006 is shown below:

| | Thousands of Euros |
|---|---|
| Profit for the year before tax | 5,542 |
| Permanent differences | |
| Positive | 217 |
| **Adjusted book profit** | **5,759** |
| Adjusted book profit multiplied by the rate of tax | 2,009 |
| Deductions | (77) |
| Adjustment for change in tax rate (see Note 3-g) | (18) |
| **Corporation Tax Expense** | **1,914** |

The 2006 Corporate Income Tax liability of 1,607,000 Euros is shown under "Sundry Accounts – Other accounts" in the balance sheet liabilities (see Note 7). This account also includes the amounts payable for Personal Income Tax withheld (157,000 Euros) and Value Added Tax (84,000 Euros), as well as deferred taxes in existence on that date (129,000 Euros) and Social Security contributions payable (73,000 Euros) (see Note 7).

All taxes related to the Company's transactions carried out during the last four fiscal years are subject to inspection by the tax authorities (see Note 1).

As a result of possible different interpretations of the tax regulations applicable to the transactions carried out by the Company, there may be contingent tax liabilities in the period subject to inspection that cannot be objectively quantified. However, in the opinion of the Company's Directors, any tax liability that might arise would not have a significant effect on the annual financial statements.

13

PUBLIC0018653.0015

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935040

## 12. Memorandum accounts

A breakdown of the memorandum account balances at December 31, 2006 is shown below:

|  | Thousands of Euros |
|---|---|
| Available demand deposits at credit institutions | 25,800 |
| Orders from clients to purchase securities pending payment (Note 3-a) | 78,333 |
| Orders from clients to sell securities pending payment (Note 3-a) | 103,253 |
| Portfolios managed | 620,143 |
| Unrealized portfolio gains (Note 8) | 75 |
| Regularized suspense account assets | 2 |
|  | **827,606** |

The "Portfolios managed" account includes the assets of third parties valued at the market prices in effect on December 31, 2006. Commissions earned and collected by the Company for portfolio management during 2006 amounted to 6,584,000 Euros under 67 portfolio management contracts. They are shown under "Commissions Received – Portfolio management." The Company's rates for wealth management vary between 0.25% and 1% for the fixed commission on the wealth managed and between 5% and 12% for the variable commission on the portfolio's annual profit or yield.

## 13 Transactions with related companies

The transactions carried out by the Company with related companies in effect on December 31, 2006, as well as the revenues and expenses related to such transactions in 2006, are shown below:

14

PUBLIC0018653.0016

[stamp:] STATE STAMP      [stamp:] 0.03 EUROS THREE EURO CENTS      018935041

CLASS 8

| | Thousands of Euros |
|---|---|
| **BALANCE SHEET:** | |
| **Assets** | |
| Permanent Stock Portfolio | |
|    M&B Capital Advisers, S.G.I.I.C., S.A. (Nota 6) | 1,500 |
| Sundry accounts- | |
|    Other accounts | 13 |
| | **1,513** |
| | |
| **Liabilities** | |
| **Accumulated Reserves** | |
| Interim dividend (Notes 4 and 10) | 1,000 |
| | **1,000** |
| | |
| **INCOME STATEMENT** | |
| **Debit:** | |
| Operating expenses-General, rates and taxes and depreciation of fixed assets (*) | 114 |
| | **114** |
| | |
| **Credit** | |
| Other Gains- | |
| Inmoskye Capital, S.L. (**) | 6 |
| | **6** |

(*)    This amount is the cost of leasing part of the premises where the company has its registered office in the sum of 114,000 Euros (see Note 15).

(**)   This amount is the income earned from subleasing an area of 20 square meters of the registered address of M&B Capital Advisers, Sociedad de Valores. S.A. to Inmoskye Capital, S.L.

## 14.  Commissions received and Brokerage fees and commissions paid

### - Commissions received

The heading "Processing and execution of orders" in the "Commissions received" caption of the income statement relates to commissions received for acting as a broker in variable-income transactions in Spanish and international markets.

The breakdown of "Others" in the "Commissions received" caption is as follows:

PUBLIC0018667

PUBLIC0018653.0017

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935042

|  | Thousands of Euros |
|---|---|
| Financial advisory services | 524 |
| Design and Research | 428 |
| Marketing of collective investment institutions | 787 |
|  | 1,739 |

*- Brokerage fees and commissions paid*

The heading "Brokerage fees and commissions paid" in the income statement relates to commissions paid by the Company to intermediaries in Spanish and international transactions on its own account and on account of third parties.

## 15    Operating expenses

**Staff-**

The breakdown of this heading in the income statement is as follows:

|  | Thousands of Euros |
|---|---|
| Salaries and wages | 2,570 |
| Social Security | 333 |
| Others | 336 |
|  | 3,239 |

The average number of the Company's employees in 2006, broken down by gender and professional category, was as follows:

| Categories | Average number of Employees | | |
|---|---|---|---|
|  | Men | Women | Total |
| Managers | 7 | - | 7 |
| Specialists | 18 | 9 | 27 |
| Administrators | 1 | 3 | 4 |
|  | 26 | 12 | 38 |

16

PUBLIC0018653.0018

[stamp:] STATE STAMP

CLASS 8

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935043

Remuneration earned and unpaid at year end (principally bonuses) amounted to 597,000 Euros and are included under "Sundry Accounts – Other accounts" in the balance sheet liabilities (see Note 7).

At December 31, 2006, the Company had no pension commitments with its personnel.

**General, rates and taxes and depreciation and amortization of fixed assets**

At December 31, 2006, the breakdown of this heading in the attached income statement is as follows:

|  | Thousands of Euros |
|---|---|
| **General expenses-** | |
| Leases of real property | 370 |
| Equipment hire | 101 |
| Supplies | 74 |
| Maintenance and repair of own fixed assets | 16 |
| Communications | 122 |
| Publicity, advertising, and public relations | 710 |
| Independent professional services | 1,097 |
| Others | 485 |
|  | **2,975** |
| **Rates and taxes** | **483** |
| **Depreciation and amortization of fixed assets (Note 5)** | **227** |
|  | **3,685** |

On May 1, 2004, the Company signed a lease agreement with the insurance company Mutua Madrileña Automovilista, Sociedad de Seguros a Prima Fija, from which it leases the premises where its registered office is located. Furthermore, on January 1, 2005, the Company signed a sublease agreement with its parent company for another area inside the premises where its registered office is located. The amount accrued and paid to its parent company during 2006 amounted to 114,000 Euros, which is included in the "Leases of real property" account in the income statement (see Note 13).

The "Independent professional services" account in the income statement includes 36,000 Euros paid to the auditor of the Company's financial statements as fees for auditing services. Said auditor received no fees for any other type of services.

**16. The Board of Directors**

**Compensation and other benefits paid to the Board of Directors**

During 2006, the Company reported the sum of 519,000 Euros as compensation earned by the members of its Board of Directors. No expenses or other remunerations were paid or have been earned.

At December 31, 2006, advances of 3,000 Euros and loans of 100,000 Euros were made. Furthermore, the Company had assumed no commitments related to collateral, pensions or life insurance with previous or present members of the Board of Directors.

17

PUBLIC0018669

PUBLIC0018653.0019

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935044

CLASS 8

**Information required by article ter.4 of the Corporations Act**

In accordance with article 127 ter.4 of the Corporations Act enacted by Statute 26/2003 of July 17, amending Statute 24/1988, of June 28 (the Securities Market Act) and the Consolidated Text of the Corporations Act, in order to increase corporate transparency, the details of the shareholdings owned, positions held and functions discharged by the members of the Board of Directors in companies with activities that are the same as or analogous or complementary to the Company's activities are set forth below:

| Director | Investee company | Activity | Position or Function | Investment |
|---|---|---|---|---|
| Guillermo Morenés Mariategui | Agrocartera, S.I.C.A.V., S.A. | Collective Investment Institution | Director | |
| Francisco Javier Botín Sanz de Sautuola | Banco Santander Central Hispano, S.A. | Banking | Director | 0.178% |
| Juan Carlos Rodriguez Jergueta | Agrocartera, S.I.C.A.V., S.A. | Collective Investment Institution | Director | |
| | Bursátil 2000, S.I.C.A.V., S.A. | Collective Investment Institution | Director | |
| | Plusinversión, S.I.C.A.V., S.A. | Collective Investment Institution | Director | |

The remaining Directors have stated that they have no shareholdings and hold no positions or functions in any companies with activities that are the same as or analogous or complementary to the Company's activities and that they do not engage in such activities on their own or a third party's account.

**17.  Statement of sources and uses of funds**

The Company's statement of sources and uses of funds for 2006 and 2005 is shown below:

18

PUBLIC0018670

PUBLIC0018653.0020

[stamp:] STATE STAMP

[stamp:]
0.03 EUROS
THREE EURO CENTS

018935045

CLASS 8

| USES | Thousands of Euros | | SOURCES | Thousands of Euros | |
|---|---|---|---|---|---|
| | Fiscal year | | | Fiscal year | |
| | 2006 | 2005 (*) | | 2006 | 2005 (*) |
| Funds used for the acquisition of fixed assets | | | Contributions from Sole Shareholder | | |
| Permanent Stock Portfolio | | | Application of Capital | | |
| Trading portfolio | | | | | |
| [The rest of the table is illegible.] | | | | | |
| TOTAL USES | | | TOTAL SOURCES | | |

[illegible]

19

PUBLIC0018671

PUBLIC0018653.0021




018935027

CLASE 8.ª


**M & B Capital Advisers, Sociedad de Valores, S.A.
(Sociedad Unipersonal)**

Memoria correspondiente al
ejercicio anual terminado
el 31 de diciembre de 2006

1.   Reseña de la Sociedad

M & B Capital Advisers, Sociedad de Valores, S.A. (Sociedad Unipersonal), en adelante, la "Sociedad", es una empresa de servicios de inversión constituida el 8 de noviembre de 2000 como agencia de valores bajo la denominación de M & B Capital Advisers Spain, Agencia de Valores, S.A. El 21 de junio de 2004 se transformó en sociedad de valores, pasando a ser su denominación social la actual.

Su actividad está sujeta a lo establecido en la Ley 24/1988, de 28 de julio, reguladora del Mercado de Valores (modificada por la Ley 37/1998, de 16 de noviembre, de Reforma del Mercado de Valores), en el Real Decreto 867/2001, de 20 de julio, sobre el régimen jurídico de las empresas de servicios de inversión, en la Ley 44/2002, de 22 de noviembre, de Medidas de Reforma del Sistema Financiero, en la Ley 13/1992, de 1 de junio, de recursos propios y supervisión en base consolidada de las entidades financieras, y en el Real Decreto 1.343/1992, de 6 de diciembre, por el que se desarrolló dicha Ley, así como en la normativa emanada de la Comisión Nacional del Mercado de Valores (en adelante, la C.N.M.V.).

La Sociedad está inscrita en el Registro de Sociedades y Agencias de Valores de la C.N.M.V. desde el 2 de febrero de 2001 con el número 186. Su domicilio social está fijado en Madrid, Plaza Manuel Gómez Moreno, número 2.

Las actividades que conforman el objeto social de la Sociedad son las siguientes:

1.   Prestación de los siguientes servicios de inversión:

    a.   La recepción y transmisión de órdenes por cuenta de terceros.

    b.   La ejecución de dichas órdenes por cuenta de terceros.

    c.   La negociación por cuenta propia.

    d.   La gestión discrecional e individualizada de carteras de inversión con arreglo a los mandatos conferidos por los inversores.

    e.   La mediación, por cuenta directa o indirecta del emisor, en la colocación de las emisiones y ofertas públicas de venta.

2.   Realización de las siguientes actividades complementarias:

    a.   El depósito y administración de los instrumentos previstos en el número 4 del artículo 63 de la Ley del Mercado de Valores, comprendiendo la llevanza del registro contable de los valores representados mediante anotaciones en cuenta.

PUBLIC0018653

PUBLIC0018653.0022

 

018935028

CLASE 8.ª

b.  El asesoramiento a empresas sobre estructura de capital, estrategia industrial y cuestiones afines, así como el asesoramiento y demás servicios en relación con fusiones y adquisiciones de empresas.

c.  Los servicios relacionados con las operaciones de aseguramiento.

d.  El asesoramiento sobre inversión en uno o varios valores de los instrumentos financieros previstos en el apartado 4 del artículo 63 de la Ley del Mercado de Valores.

e.  La actuación como entidades registradas para realizar transacciones de divisas vinculadas a los servicios de inversión.

Dada la actividad a la que se dedica la Sociedad, la misma no tiene responsabilidades, gastos, activos, ni provisiones y contingencias de naturaleza medioambiental que pudieran ser significativos en relación con el patrimonio, la situación financiera y los resultados de la misma. Por este motivo no se incluyen desgloses específicos en la presente memoria de las cuentas anuales respecto a información de cuestiones medioambientales.

La Sociedad forma parte del grupo consolidable de entidades financieras Grupo Amerom, cuya entidad dominante es Amerom Inversiones S.L. (véase Nota 10).

2.  **Bases de presentación de las cuentas anuales, principios de contabilidad y criterios de valoración aplicados**

   a) *Bases de presentación de las cuentas anuales*

   Las cuentas anuales de la Sociedad, que han sido formuladas por sus Administradores, se han preparado a partir de sus registros contables y se presentan de acuerdo con los criterios de valoración establecidos por la Circular 5/1990, de 28 de noviembre, de la C.N.M.V., modificada parcialmente por la Circular 2/2004, de 31 de marzo, de la C.N.M.V., de forma que muestran la imagen fiel del patrimonio, de la situación financiera y de los resultados de la Sociedad.

   Las cuentas anuales correspondientes al ejercicio 2006 se encuentran pendientes de aprobación por el Accionista Único de la Sociedad. No obstante, los Administradores de la Sociedad estiman que serán aprobadas sin modificaciones.

   Al 31 de diciembre de 2006, la Sociedad no está obligada a formular cuentas anuales consolidadas ya que, si bien es sociedad dominante de M & B Capital Advisers Gestión, Sociedad Gestora de Instituciones de Inversión Colectiva, S.A. (Sociedad Unipersonal), no forma un subgrupo consolidado de acuerdo a las disposiciones de la Circular 1/1993, de 3 de marzo de la Comisión Nacional del Mercado de Valores. Asimismo, la Sociedad no está obligada a formular cuentas anuales, de acuerdo con el contenido del artículo 42 del Código de Comercio, por no ser la de mayor activo a la fecha de primera consolidación en relación con el grupo de sociedades al que pertenece.

   b) *Principios de contabilidad y criterios de valoración aplicados*

   En la elaboración de las cuentas anuales se han seguido los principios contables y normas de valoración generalmente aceptados descritos en la Nota 3. No existe ningún principio contable o norma de valoración de carácter obligatorio que, siendo significativo su efecto en las cuentas anuales, se haya dejado de aplicar.

2

PUBLIC0018654

PUBLIC0018653.0023





018935029

**CLASE 8.ª**

**3.    Principios de contabilidad y criterios de valoración aplicados**

En la preparación de las cuentas anuales se han seguido los principios de contabilidad y normas de valoración que se describen a continuación:

*a)  Principio del devengo*

Los ingresos y gastos se reconocen contablemente en función del periodo de devengo.

Los ingresos devengados procedentes de las comisiones por captación y presentación de clientes, así como los derivados de operaciones de asesoramiento financiero, se incluyen en el saldo del epígrafe "Comisiones percibidas – Otras" (véase Nota 14).

Los ingresos devengados procedentes de las comisiones por gestión de carteras, se recogen en el epígrafe "Comisiones percibidas – Gestión de carteras" (véase Nota 12).

De acuerdo con la normativa en vigor de la C.N.M.V., el importe de las operaciones de compra y venta de valores por cuenta de terceros que efectúa la Sociedad se contabiliza en el momento de la contratación en cuentas de orden, bajo los epígrafes "Órdenes de clientes de compras/ventas de valores pendientes de liquidar" (véase Nota 12). Las comisiones y corretajes por intermediación en mercados organizados por cuenta de terceros se registran como ingreso en el momento de la contratación, en el epígrafe "Comisiones Percibidas - Tramitación y ejecución de órdenes".

*b)  Inmovilizado material*

Las partidas que componen el saldo de este epígrafe se presentan a su coste de adquisición, deducida su correspondiente amortización acumulada.

La amortización del inmovilizado material se calcula siguiendo el método lineal, en función de los años de vida útil estimada de los distintos activos que lo componen, de acuerdo con el siguiente detalle:

|  | Años de Vida Útil |
|---|---|
| Equipos para proceso de datos | 2,5 – 4 |
| Instalaciones | 6,5 – 10 |
| Mobiliario y enseres y otro inmovilizado material | 6,5 – 10 |

Las dotaciones efectuadas en concepto de amortización del inmovilizado material figuran registradas en el epígrafe "Gastos de Explotación - Generales, contribuciones e impuestos y amortizaciones del inmovilizado" (véase Nota 5).

Los gastos de conservación y mantenimiento del inmovilizado se cargan a la cuenta de pérdidas y ganancias del ejercicio en que se incurren.

3

PUBLIC0018655

PUBLIC0018653.0024

 

TIMBRE DEL ESTADO

0,03 EUROS

0I8935030

CLASE 8.ª

c) *Activos inmateriales y ficticios*

Este epígrafe recoge el coste de diversas aplicaciones informáticas, neto de su correspondiente amortización acumulada. Las aplicaciones informáticas se amortizan siguiendo un criterio lineal, sobre una vida útil estimada de 3 años. Adicionalmente, en este epígrafe se incluyen los gastos de establecimiento y de ampliación de capital incurridos por la Sociedad como consecuencia de su transformación en sociedad de valores durante el ejercicio 2004 (véase Nota 1). Dichos gastos, se amortizan siguiendo un criterio lineal en 3 años.

Las dotaciones efectuadas en concepto de amortización de activos inmateriales y ficticios figuran registradas en el epígrafe "Gastos de Explotación - Generales, contribuciones e impuestos y amortizaciones del inmovilizado" (véase Nota 5).

d) *Cartera de acciones permanente*

El saldo de este capítulo, del balance de situación al 31 de diciembre de 2006 adjunto, recoge la participación de la Sociedad en M & B Capital Advisers Gestión, S.G.I.I.C., S.A. y en la Sociedad Gestora del Fondo General de Garantía de Inversiones, S.A., que se registran a su coste de adquisición o a su valor de mercado al cierre de cada ejercicio, si este último fuese menor (véase Nota 6). Por valor de mercado se entiende el valor teórico – contable, obtenido del último balance de situación (auditadas, en su caso) disponible. Al 31 de diciembre de 2006, la aplicación del criterio indicado anteriormente no ha puesto de manifiesto plusvalía o minusvalía alguna.

e) *Cartera de negociación*

Las participaciones en instituciones de inversión colectiva, que se reflejan en el epígrafe "Cartera de Negociación – Acciones y participaciones", se presentan a su coste medio de adquisición o a su valor de mercado, si este fuera menor. Para calcular el valor de mercado en las participaciones en instituciones de inversión colectiva se ha considerado el valor liquidativo publicado al cierre del ejercicio o el valor liquidativo medio del último trimestre, el menor (véase Nota 8).

Al 31 de diciembre de 2006, la Sociedad tenía plusvalías no materializadas en cartera de negociación por importe de 75 miles de euros (véase Nota 8).

Los activos financieros adquiridos temporalmente, que se reflejan en el epígrafe "Cartera de Negociación-Otros" del balance de situación se presentan por el coste efectivo de la operación (véase Nota 8). Los intereses devengados pendientes de cobro al cierre del ejercicio se recogen en el epígrafe "Cuentas Diversas - Cuentas de periodificación y compensadoras de pasivos" del activo del balance de situación. Al 31 de diciembre de 2006 el importe no es significativo.

Los beneficios y las pérdidas procedentes de las operaciones por cuenta propia realizadas por la Sociedad, se incluyen en los epígrafes "Beneficios en cartera de negociación y productos derivados – Por ventas y amortizaciones" y "Pérdidas en cartera de negociación y productos derivados – Por ventas y amortizaciones", respectivamente.

f) *Intermediarios financieros. Inversiones directas y Financiación directa de intermediarios financieros*

El saldo de estos capítulos recogen, fundamentalmente, los saldos pendientes de liquidar por operaciones por cuenta propia con el Servicio de Compensación y Liquidación de Valores. De acuerdo con la normativa

018935031

**CLASE 8.ª**

vigente de la C.N.M.V., los saldos los saldos deudores y acreedores registrados por este concepto, no pueden ser compensados (véase Nota 9).

**g) Impuesto sobre Sociedades**

El gasto por el Impuesto sobre Sociedades del ejercicio se calcula en función del resultado económico, antes de impuestos, aumentado o disminuido, según corresponda, por las diferencias permanentes con el resultado fiscal (entendiendo éste como la base imponible del citado impuesto) y minorado, en su caso, por las bases imponibles negativas susceptibles de ser compensadas (véase Nota 11).

La Ley 35/2006 de 28 de noviembre, del Impuesto sobre la Renta de las Personas Físicas y de modificación parcial de las leyes de los Impuestos sobre Sociedades, sobre la Renta de no Residentes y sobre el Patrimonio, establece, entre otros aspectos, la reducción a lo largo de dos años del tipo de gravamen general del Impuesto sobre Sociedades, que hasta 31 de diciembre de 2006 se situaba en el 35%, de forma que dicho tipo queda establecido de la siguiente forma:

| Períodos impositivos que comiencen a partir de: | Tipo de gravamen |
|---|---|
| 1 de enero de 2007 | 32,5% |
| 1 de enero de 2008 | 30% |

Por este motivo, en el ejercicio 2006 la Sociedad ha procedido a reestimar, teniendo en cuenta el ejercicio en el que previsiblemente se produciría la reversión correspondiente, el importe de los pasivos por impuestos diferidos contabilizados en el balance de situación. Consecuentemente, se ha registrado un abono en el capítulo "Impuesto sobre Beneficios" de la cuenta de pérdidas y ganancias (véase Nota 11) por importe de 18 miles de euros.

**h) Indemnizaciones por despido**

De acuerdo con la reglamentación laboral vigente, la Sociedad está obligada al pago de indemnizaciones a los empleados con los que, bajo determinadas condiciones, rescinda sus relaciones laborales. Al 31 de diciembre de 2006 no existen razones que hagan necesaria la contabilización de una provisión por este concepto.

**i) Compromisos por pensiones**

La Sociedad no tiene adquirido ningún compromiso con sus empleados en materia de pensiones.

**4. Distribución de resultados**

La propuesta de distribución del beneficio neto del ejercicio 2006 que el Consejo de Administración de la Sociedad presentará para su aprobación al Accionista Único es la siguiente:

5

PUBLIC0018657

PUBLIC0018653.0026

 

018935032



CLASE 8.ª

| | Miles de Euros |
|---|---|
| Base de reparto: | |
| Beneficio del ejercicio | 3.628 |
| | |
| Distribución: | |
| A reserva legal | 363 |
| Dividendo: | |
| A cuenta | 1.000 |
| A remanente | 2.265 |
| | 3.628 |

El Consejo de Administración de la Sociedad, en su reunión de 12 de noviembre de 2006, acordó distribuir un dividendo a cuenta por importe de 1.000 miles de euros, con cargo a los resultados del ejercicio 2006, dicho dividendo fue liquidado antes del ejercicio (véanse Notas 19 y 13).

En cumplimiento de lo establecido en el artículo 216 del Texto Refundido de la Ley de Sociedades Anónimas, los estados de liquidez formulados por los Administradores de la Sociedad para la distribución de estos dividendos a cuenta fueron los siguientes:

| | 30 de septiembre de 2006 |
|---|---|
| Partidas de activo: | |
| Tesorería y activos líquidos a corto plazo | 6.029 |
| Liquidez disponible | 6.029 |
| Beneficio neto a la fecha | 3.973 |

Los dividendos a cuenta del beneficio neto del ejercicio 2006, figuran minorando el saldo del epígrafe "Fondos Propios - Reservas acumuladas" del balance de situación al 31 de diciembre de 2006 adjunto (véase Nota 10).

5.  Inmovilizado

El movimiento que se ha producido durante el ejercicio 2006 en las cuentas del inmovilizado material y de los activos inmateriales y ficticios, y de sus correspondientes amortizaciones acumuladas, ha sido el siguiente:

6

PUBLIC0018658

PUBLIC0018653.0027




018935033

CLASE 8.ª

| | Miles de Euros | | | | |
| | Inmovilizado Material | | | | |
| | Mobiliario y enseres | Instala-ciones | Equipos proceso de datos | Otro inmovilizado material | Total Inmovilizado Material |
|---|---|---|---|---|---|
| **Coste:** | | | | | |
| Saldos al 31 de diciembre de 2005 | 100 | 396 | 170 | 2 | 668 |
| Adiciones | 74 | 48 | 48 | - | 170 |
| Traspasos | - | - | - | - | - |
| Retiros | - | - | - | - | - |
| Saldos al 31 de diciembre de 2006 | 174 | 444 | 218 | 2 | 838 |
| **Amortización acumulada:** | | | | | |
| Saldos al 31 de diciembre de 2005 | (30) | (85) | (90) | - | (205) |
| Dotaciones | (23) | (100) | (34) | - | (157) |
| Retiros | - | - | - | - | - |
| Saldos al 31 de diciembre de 2006 | (53) | (185) | (124) | - | (362) |
| Saldos netos al 31 de diciembre de 2006 | 121 | 259 | 94 | 2 | 476 |

| | Miles de Euros | | | |
| | Activos Inmateriales y Ficticios | | | |
| | Gastos de constitución y primer establecimiento (*) | Otros activos inmateriales (*) | Aplicaciones informáticas | Total Activos Inmateriales y Ficticios |
|---|---|---|---|---|
| **Coste:** | | | | |
| Saldos al 31 de diciembre de 2005 | 107 | 10 | 258 | 375 |
| Adiciones | - | - | 23 | 23 |
| Retiros | - | - | (28) | (28) |
| Saldos al 31 de diciembre de 2006 | 107 | 10 | 253 | 370 |
| **Amortización:** | | | | |
| Saldos al 31 de diciembre de 2005 | (33) | (4) | (158) | (195) |
| Dotaciones | (31) | (3) | (36) | (70) |
| Saldos al 31 de diciembre de 2006 | (64) | (7) | (194) | (265) |
| Saldos netos al 31 de diciembre de 2006 | 43 | 3 | 59 | 105 |

(*)   Conforme a la normativa vigente, la amortización dotada en el año para este tipo de activos, deberá disminuir el importe activado, y por lo tanto, carecen de amortización acumulada.

Al 31 de diciembre de 2006 el inmovilizado inmaterial y material totalmente amortizado ascendía a 115 mil euros y 75 mil euros, respectivamente.

7

PUBLIC0018659

PUBLIC0018653.0028

 

018935034

**CLASE 8.ª**

**6.   Cartera de acciones permanente**

La composición del saldo de este capítulo del balance de situación al cierre del ejercicio 2006, se muestra a continuación:

|  | Número de Acciones | Miles de Euros Valor de Coste | Porcentaje de Participación |
|---|---|---|---|
| M & B Capital Advisers Gestión, S.G.I.I.C., S.A. | 1.500.000 | 1.500 | 100% |
| Sociedad Gestora del Fondo General de Garantía de Inversiones, S.A. | 1.069 | 1 | 0,6373% |
|  |  | 1.501 |  |

Con fecha 28 de abril de 2006, la Sociedad ha suscrito 1.500.000 acciones de M & B Capital Advisers Gestión, S.G.I.I.C., S.A., por un valor nominal de 1.500 miles de euros (véase Nota 13).

El Real Decreto 948/2001, de 3 de agosto, modificado por la Ley 53/2002 de la Ley del Mercado de Valores, sobre sistemas de indemnización de las inversiones, tanto de empresas de servicios de inversión como de entidades de crédito, establece en el apartado 2 de su artículo 8 el procedimiento que debe seguir la Gestora del Fondo General de Garantía de Inversiones, S.A. para determinar la base de cálculo del importe de las aportaciones anuales que realicen las sociedades y agencias de valores y las sucursales en España de empresas de servicios de inversión extranjeras adheridas al Fondo. Este mismo decreto habilita a la C.N.M.V. a regular los criterios de valoración que deben aplicar las sociedades y agencias de valores adheridas al Fondo. La sociedad, con fecha 31 de diciembre de 2005, tenía un valor de la participación en dicha Gestora de 689 euros (representada por 684 acciones de un euro de valor nominal cada una). Durante el ejercicio 2006, la Sociedad ha adquirido 385 acciones de la Gestora del Fondo General de Garantía de Inversiones, S.A., siendo titular, al 31 de diciembre de 2006, de 1.069 acciones de la sociedad gestora de dicho Fondo. Durante el ejercicio 2006, la Sociedad ha realizado aportaciones al Fondo General de Garantía de Inversiones por un importe de 34 mil euros, que se incluyen en el epígrafe "Otras Dotaciones" de la cuenta de pérdidas y ganancias.

**7.   Cuentas diversas activas y pasivas**

A continuación se presenta un desglose del saldo de las cuentas que componen dichos capítulos del balance de situación:

8.

PUBLIC0018660

PUBLIC0018653.0029





018935035

**CLASE 8.ª**

|  | Miles de Euros | |
|---|---|---|
|  | Activo | Pasivo |
| Cuentas de periodificación y compensadoras: | | |
| Comisiones devengadas (*) | 2.619 | - |
| Gastos pagados no devengados (**) | 142 | - |
| Gastos devengados no vencidos (***) | - | 684 |
| Devengos de productos no vencidos | 2 | - |
| Otras | 2 | - |
|  | 2.765 | 684 |
| Otras Cuentas: | | |
| Administraciones Públicas (Nota 11) | - | 2.050 |
| Otras | 537 | 1.614 |
|  | 537 | 3.664 |
|  | 3.302 | 4.348 |

(*)   Este importe recoge las comisiones por intermediación, gestión y asesoramiento de carteras devengadas pendientes de cobro al 31 de diciembre de 2006.

(**)  Este importe recoge, fundamentalmente, gastos de comunicaciones y primas de seguros.

(***) Este importe recoge, fundamentalmente, deudas a corto plazo y con proveedores.

Del saldo total de la cuenta de activo "Otras Cuentas - Otras", 95 miles de euros corresponden a la fianza constituida por la Sociedad a favor de Iberclear, en concepto de Fianza en garantía del mercado y 394 mil euros corresponden a facturas de clientes por operaciones de compra y venta de valores negociables pendientes de cobro a 31 de diciembre de 2006 y 12 mil euros en concepto de cuentas corrientes con empresas del grupo. Asimismo, incluye 35 mil euros en concepto depósitos y fianzas constituidas a largo plazo por el arrendamiento del local donde radica el domicilio social.

El saldo de la cuenta de pasivo "Otras Cuentas - Otras" recoge, básicamente, deudas a corto plazo con proveedores y repercusión de las comisiones de comercialización de IIC's a las S.I.C.A.V. gestionadas por la Sociedad, pendientes de pago. Adicionalmente, en dicho epígrafe se recoge las remuneraciones pendientes de pago al personal (véase Nota 15).

**8.   Cartera de negociación**

El detalle de la cartera de valores, al 31 de diciembre de 2006, era el siguiente:

|  | Miles de Euros |
|---|---|
| Participaciones en Instituciones de Inversión Colectiva | 2.657 |
| Adquisición temporal de activos | 2.135 |
| Total cartera de negociación | 4.792 |

Al 31 de diciembre de 2006, la cartera de negociación presenta el siguiente desglose:

9

PUBLIC0018661

PUBLIC0018653.0030





018935036

CLASE 8.ª

| | Miles de Euros | | |
|---|---|---|---|
| | Coste de Adquisición | Valor de Mercado | Plusvalía o Minusvalías (Nota 3-e) |
| Participaciones en Instituciones de Inversión Colectiva: | | | |
| Deutsche Tukan 2X | 57 | 58 | 1 |
| Tukan P 6 | 500 | 503 | 3 |
| Luxembourg Investment Fund | 2.100 | 2.171 | 71 |
| | 2.657 | 2.732 | 75 |
| Adquisición Temporal de Activos: | | | |
| Deuda del Estado | 2.135 | 2.135 | - |
| Total | 4.792 | 4.867 | 75 |

Las plusvalías no materializadas de la cartera de negociación ascendían, al 31 de diciembre de 2006, a 75 miles de euros (véase Nota 12).

Los movimientos que se han producido durante el ejercicio 2006 en la cartera de negociación de la Sociedad han sido los siguientes:

| | Miles de Euros | | |
|---|---|---|---|
| | Participaciones en Instituciones de Inversión Colectiva | Adquisición de Activos Financieros | Total |
| Saldos al 31 de diciembre de 2005 | - | 1.103 | 1.103 |
| Compras y suscripciones | 3.457 | 570.550 | 574.007 |
| Ventas y amortizaciones | (800) | (569.518) | (570.318) |
| Saldos al 31 de diciembre de 2006 | 2.657 | 2.135 | 4.792 |

Los intereses devengados por este tipo de operaciones durante el ejercicio 2006 han ascendido a 100 mil euros, que se registran en el capítulo "Intereses y Dividendos de Inversiones". La rentabilidad media anual de las adquisiciones temporales de activos durante el ejercicio 2006 ha sido del 3,28%.

9. **Intermediarios financieros – Inversiones directas y Financiación directa de intermediarios financieros**

La composición de los saldos de estos capítulos era la siguiente:

10

PUBLIC0018662

PUBLIC0018653.0031




018935037

CLASE 8.ª

| | Miles de Euros | |
|---|---|---|
| | Activo | Pasivo |
| Depósitos a la vista -- | | |
| Bankinter, S.A. | 60 | - |
| Bancoval, S.A. | 566 | - |
| Banco Español de Crédito, S.A. | 51 | - |
| Saldos por cuenta propia pendientes de liquidación (Nota 3-f) | 492 | 489 |
| Otros saldos | - | 207 |
| | 1.169 | 696 |

Durante el ejercicio 2006, los depósitos a la vista han devengado como media un interés anual del 1,38%.

El importe de los intereses devengados por los depósitos a la vista y los depósitos a plazo (vencidos con anterioridad al 31 de diciembre de 2006) mantenidos por la Sociedad durante el ejercicio 2006 ha ascendido a 24 mil euros, que se registran en el capítulo "Intereses y Dividendos de Inversiones".

10.  **Fondos propios y resultados del ejercicio**

A continuación se desglosa el movimiento que se ha producido en el saldo de los capítulos "Fondos Propios" y "Resultados del Ejercicio" durante el ejercicio 2006:

| | Miles de Euros | | | | | |
|---|---|---|---|---|---|---|
| | | Reservas Acumuladas | | | | |
| | Capital Social | Reserva Legal | Remanente | Dividendo a Cuenta | Beneficio Neto del Ejercicio | Total |
| Saldos al 31 de diciembre de 2005 | 2.000 | 47 | 404 | - | 1.535 | 3.986 |
| Aplicación del beneficio neto del ejercicio 2005 | - | 154 | 1.381 | - | (1.535) | - |
| Dividendo a cuenta de los beneficios del ejercicio 2006 (Nota 13) | - | - | - | (1.000) | - | (1.000) |
| Resultado del ejercicio 2006 (Nota 4) | - | - | - | - | 3.628 | 3.628 |
| Saldos al 31 de diciembre de 2006 | 2.000 | 201 | 1.785 | (1.000) | 3.628 | 6.614 |

**Capital social**

Al 31 de diciembre de 2006, el capital social de la Sociedad estaba formalizado en 2.000 acciones nominativas de 1.000 euros de valor nominal cada una, totalmente suscritas y desembolsadas, con los mismos derechos económicos y políticos.

El Accionista Único de la Sociedad es M & B Capital Advisers Holding, S.A., sociedad perteneciente al Grupo Amerom (véase Nota 1), por lo que de acuerdo con lo establecido en la Ley 2/1995, la Sociedad tiene carácter de "Sociedad Anónima Unipersonal".

11

PUBLIC0018663

PUBLIC0018653.0032





018935038



**CLASE 8.ª**

Al 31 de diciembre de 2006, la Sociedad tenía formalizado con su Accionista Único diversos contratos que han sido incluidos en el libro-registro de contratos que mantiene la Sociedad con su Accionista Único (que regulan el subarrendamiento de parte del local que constituye el domicilio social de la Sociedad) en virtud de lo dispuesto en el artículo 128 de la Ley 2/1995.

**Reserva legal**

De acuerdo con el Texto Refundido de la Ley de Sociedades Anónimas, las entidades que obtengan en el ejercicio económico beneficios, deberán dotar el 10% del beneficio neto del ejercicio a la reserva legal. Estas dotaciones deberán hacerse hasta que la reserva alcance el 20% del capital social, excepto en el caso de que existieran pérdidas de ejercicios anteriores que hicieran que el patrimonio neto de la Sociedad fuera inferior a la cifra de capital social, en cuyo caso el beneficio se destinará a la compensación de estas pérdidas.

La reserva legal podrá utilizarse para aumentar el capital social en la parte de su saldo que exceda del 10% del capital social ya aumentado. Salvo para esta finalidad, y mientras no supere el 20% del capital social, esta reserva sólo podrá destinarse a la compensación de pérdidas y siempre que no existan otras reservas disponibles suficientes para este fin.

**Coeficientes de solvencia y de liquidez**

La Circular 6/1992, de 30 de diciembre, de la C.N.M.V., que culmina el proceso de adaptación de la legislación española sobre las Sociedades y Agencias de Valores a las directivas comunitarias, establece que el cumplimiento de recursos propios será de aplicación a las Sociedades y Agencias de Valores, así como a sus grupos consolidables definidos, entre otros aspectos, los elementos que componen los recursos propios, los grupos de riesgo y las diferentes ponderaciones de los activos, las deducciones y los límites en el cómputo de los recursos propios. Asimismo, establece los recursos propios mínimos exigibles en relación, entre otros, con los riesgos ligados a la cartera de valores de negociación y los riesgos de crédito y de tipo de cambio. Adicionalmente, el Real Decreto 867/2001, de 20 de julio, sobre el régimen jurídico de las empresas de servicios de inversión, establece los recursos propios mínimos exigibles en relación con el volumen de cartera gestionada por la Sociedad en el desarrollo de su actividad de gestión discrecional de carteras.

Al 31 de diciembre de 2006, la Sociedad cumplía los requisitos mínimos de recursos propios establecidos por la normativa vigente.

Asimismo, las Sociedades de Valores deben mantener un coeficiente de liquidez, materializado en activos de bajo riesgo y elevada liquidez, equivalente al 10% del total de sus pasivos computables. Al 31 de diciembre de 2006 la Sociedad cumplía dicho coeficiente.

**11. Situación fiscal**

El Real Decreto Legislativo 4/2004, de 5 de marzo, modificado por la ley 2/2004, de 27 de diciembre, establece en su artículo 114 para las empresas de reducida dimensión, un tipo de gravamen del 30 por 100 para la parte de base imponible comprendida entre cero y 120 mil euros, y un 35 por 100 para la parte de base imponible restante.

La conciliación del resultado contable del ejercicio 2006 con la base imponible del impuesto sobre Sociedades es la siguiente:

12

PUBLIC0018664

PUBLIC0018653.0033

 

018935039

CLASE 8.ª

| | Miles de Euros |
|---|---|
| Resultado del ejercicio antes de impuestos | 5.542 |
| Por diferencias permanentes | |
| Positivas | 217 |
| Por diferencias temporales- | |
| Con origen en el ejercicio (*) | (145) |
| Con origen en ejercicios anteriores | 68 |
| Base imponible a efectos del Impuesto sobre Sociedades | 5.682 |
| Cuota íntegra al 30% | 36 |
| Cuota íntegra al 35% | 1.946 |
| Deducciones | (77) |
| Retenciones y pagos a cuenta | (298) |
| Cuota líquida a ingresar | 1.607 |

(*)   Corresponde a la libertad de amortización aplicada en el ejercicio.

A continuación se detalla el cálculo del gasto por impuesto de Sociedades del ejercicio 2006:

| | Miles de Euros |
|---|---|
| Resultado del ejercicio antes de impuestos | 5.542 |
| Por diferencias permanentes | |
| Positivas | 217 |
| Resultado contable ajustado | 5.759 |
| Resultado contable ajustado multiplicado por el tipo de gravamen del impuesto | 2.009 |
| Deducciones | (77) |
| Ajuste por efecto del cambio tipo impositivo (véase Nota 3-g) | (18) |
| Gasto por Impuesto sobre Sociedades | 1.914 |

En el epígrafe "Cuentas Diversas – Otras cuentas" del pasivo del balance de situación (véase Nota 7) se recoge la deuda por el impuesto sobre Sociedades correspondiente al ejercicio 2006 por importe de 1.607 mil euros. Adicionalmente, en dicho epígrafe se recoge el importe a pagar en concepto de retenciones practicadas por el impuesto sobre la Renta de las Personas Físicas y el Impuesto sobre el Valor Añadido por importes de 157 y 84 mil euros, respectivamente. Los impuestos diferidos existentes a dicha fecha, por importe de 129 mil euros y las deudas pendientes de pago con la Seguridad Social por importe de 73 mil euros (véase Nota 7).

La Sociedad tiene sujetos a inspección por parte de las autoridades fiscales la totalidad de los impuestos correspondientes a las operaciones efectuadas en los últimos cuatro ejercicios (véase Nota 1).

Como consecuencia de las posibles diferentes interpretaciones de la normativa fiscal aplicable a las operaciones realizadas por la Sociedad, por el período sujeto a inspección podrían existir pasivos fiscales de carácter contingente cuyo importe no es posible cuantificar objetivamente. No obstante, en opinión de los Administradores de la Sociedad, la deuda tributaria que, en su caso, pudiera derivarse no tendría una incidencia significativa en las cuentas anuales.

13

PUBLIC0018665

PUBLIC0018653.0034




018935040

CLASE 8.ª

12. Cuentas de orden

A continuación, se presenta un desglose del saldo de las cuentas que componen las cuentas de orden al 31 de diciembre de 2006:

|  | Miles de Euros |
|---|---|
| Disponible no condicionado a la vista en entidades de crédito | 25.800 |
| Órdenes de clientes de compra de valores pendientes de liquidar (Nota 3-a) | 78.333 |
| Órdenes de clientes de venta de valores pendientes de liquidar (Nota 3-a) | 103.253 |
| Carteras gestionadas | 620.143 |
| Plusvalías de cartera no materializadas (Nota 8) | 75 |
| Activos en suspenso regularizados | 2 |
|  | 827.606 |

La cuenta "Carteras gestionadas" recoge el patrimonio de terceros valorado a precios de mercado al 31 de diciembre de 2006. El importe de las comisiones devengadas y cobradas por la Sociedad durante el ejercicio 2006 en concepto de gestión de carteras ha ascendido a 6.584 miles euros, correspondientes a 67 contratos de gestión de carteras, y se recoge en el epígrafe "Comisiones Percibidas – Gestión de carteras". Las tarifas aplicadas por la Sociedad en la gestión de patrimonios oscilan entre el 0,25% y el 1%, para la comisión fija aplicada sobre el patrimonio gestionado, y entre el 5% y el 12% para la comisión variable aplicada sobre los resultados o rentabilidad anual de la cartera.

13. Operaciones con sociedades vinculadas

A continuación, se detallan las operaciones en vigor al 31 de diciembre de 2006 así como los ingresos y gastos correspondientes al ejercicio 2006 que la Sociedad ha realizado con sociedades vinculadas:

14

PUBLIC0018666

PUBLIC0018653.0035





018935041

CLASE 8.ª

|  | Miles de Euros |
|---|---|
| **BALANCE DE SITUACIÓN:** | |
| Activo | |
| Cartera de Acciones Permanentes- | |
| M & B Capital Advisers, S.G.I.I.C., S.A. (Nota 6) | 1.500 |
| Cuentas diversas- | |
| Otras cuentas | 13 |
| | 1.513 |
| | |
| Pasivo | |
| Reservas Acumuladas | |
| Dividendo a cuenta (Notas 4 y 10) | 1.000 |
| | 1.000 |
| | |
| **CUENTA DE PÉRDIDAS Y GANANCIAS:** | |
| Debe: | |
| Gastos de explotación- Generales, contribuciones e impuestos y amortizaciones del inmovilizado (*) | 114 |
| | 114 |
| | |
| Haber | |
| Otras Ganancias- | |
| Inmoskye Capital, S.L. (**) | 6 |
| | 6 |

(*)  Este importe corresponde al gasto en concepto de arrendamiento de una parte del local, que constituye su domicilio social por importe de 114 miles de euros (véase Nota 15).

(**)  Este importe corresponde al ingreso por el subarriendo a Inmoskye Capital, S.L. de un área de 20 metros cuadrados donde M&B Capital Advisers, Sociedad de Valores, S.A. tiene su sede operativa.

14.  Comisiones percibidas y Corretajes y comisiones satisfechos

- Comisiones percibidas

El saldo del epígrafe "Tramitación y ejecución de órdenes" dentro del capítulo "Comisiones percibidas" de la cuenta de pérdidas y ganancias corresponde a comisiones percibidas por la intermediación de operaciones de renta variable, tanto en mercados nacionales como internacionales.

El saldo del epígrafe "Otras" dentro del capítulo "Comisiones percibidas", presenta el siguiente desglose:

15

PUBLIC0018667

PUBLIC0018653.0036

 

018935042

CLASE 8.ª 

|  | Miles de Euros |
|---|---|
| Asesoramiento financiero | 524 |
| Diseño y Research | 428 |
| Comercialización de instituciones de inversión colectiva | 787 |
|  | 1.739 |

- *Corretajes y comisiones satisfechos*

El saldo del epígrafe "Corretajes y comisiones satisfechos" de la cuenta de pérdidas y ganancias corresponde a comisiones pagadas por la Sociedad en concepto de intermediación de operaciones, tanto nacionales como internacionales, por cuenta propia y ajena.

**15. Gastos de explotación**

De personal-

La composición del saldo de este epígrafe de la cuenta de pérdidas y ganancias es la siguiente:

|  | Miles de Euros |
|---|---|
| Sueldos y salarios | 2.570 |
| Seguros sociales | 333 |
| Otros | 336 |
|  | 3.239 |

El número medio de empleados de la Sociedad en el ejercicio 2006, distribuido por género y categorías profesionales, ha sido el siguiente:

| Categorías | Número Medio de Empleados | | |
|---|---|---|---|
|  | Hombres | Mujeres | Total |
| Directivos | 7 | - | 7 |
| Técnicos | 18 | 9 | 27 |
| Administrativos | 1 | 3 | 4 |
|  | 26 | 12 | 38 |

16

PUBLIC0018668

PUBLIC0018653.0037




018935043

CLASE 8.ª

Las remuneraciones devengadas y pendientes de pago al cierre del ejercicio, en su mayoría incentivos, que ascienden a 597 mil euros, se incluyen en el saldo del epígrafe "Cuentas Diversas – Otras cuentas" del pasivo del balance de situación (véase Nota 7).

Al 31 de diciembre de 2005, la Sociedad no tenía asumidos con su personal compromisos por pensiones.

Generales, contribuciones e impuestos y amortizaciones del inmovilizado-

Al 31 de diciembre de 2005, el desglose de este epígrafe de la cuenta de pérdidas y ganancias adjunta es el siguiente:

|  | Miles de Euros |
|---|---|
| Gastos generales- |  |
| Alquileres de inmuebles | 370 |
| Alquileres de equipos | 101 |
| Suministros | 74 |
| Conservación y reparación del inmovilizado propio | 16 |
| Comunicaciones | 122 |
| Publicidad, propaganda y relaciones públicas | 710 |
| Servicios de profesionales independientes | 1.097 |
| Otros | 485 |
|  | 2.975 |
| Contribuciones e impuestos | 483 |
| Amortizaciones del inmovilizado (Nota 5) | 227 |
|  | 3.685 |

Con fecha 1 de mayo de 2004, la sociedad firmó un contrato de arrendamiento con la Mutua Madrileña Automovilista, Sociedad de Seguros a Prima Fija, en virtud del cual ésta le alquila el local que constituye su domicilio social. Adicionalmente, con fecha 1 de enero de 2005 la Sociedad ha firmado un contrato de subarrendamiento con su matriz por otra área dentro del mismo local que constituye su domicilio social. El importe devengado y pagado a su sociedad matriz durante el ejercicio 2005 ha ascendido a 114 mil euros, que se incluyen en la cuenta "Alquileres de inmuebles" de la cuenta de pérdidas y ganancias (véase Nota 13).

Incluido en el saldo de la cuenta "Servicios de profesionales independientes" de la cuenta de pérdidas y ganancias se recogen los honorarios relativos a servicios de auditoría de cuentas de la Sociedad, por un importe de 36 mil euros, no habiendo percibido dicho auditor honorarios por otro tipo de servicios.

16.  Información relativa al Consejo de Administración

Retribuciones y otras prestaciones al Consejo de Administración

Durante el ejercicio 2005, la Sociedad ha registrado 519 mil euros en concepto de retribuciones devengadas por los miembros de su Consejo de Administración. No se ha satisfecho ni devengado importe alguno en concepto de dietas u otras remuneraciones.

Al 31 de diciembre de 2005 existían anticipos y créditos concedidos por importes de 3 y 100 miles de euros, respectivamente. Asimismo, no existían garantías asumidas ni se tenían asumidos compromisos en materia de pensiones ni seguros de vida con los miembros anteriores o actuales del Consejo de Administración.

17

PUBLIC0018669

PUBLIC0018653.0038

 

018935044

## CLASE 8.ª

Información exigida por el artículo 127 ter.4 de la Ley de Sociedades Anónimas

De conformidad con lo establecido en el artículo 127 ter.4 de la Ley de Sociedades Anónimas, introducido por la Ley 26/2003, de 17 de julio, por la que se modifica la Ley 24/1988, de 28 de junio, del Mercado de Valores, y el Texto Refundido de la Ley de Sociedades Anónimas, con el fin de reforzar la transparencia de las sociedades anónimas, se señalan a continuación las sociedades con el mismo, análogo o complementario género de actividad al que constituye el objeto social de la Sociedad en cuyo capital participan los miembros del Consejo de Administración, así como aquellos cargos o funciones que desempeñan en este tipo de sociedades:

| Titular | Sociedad participada | Actividad | Cargo o Función | Participación |
|---|---|---|---|---|
| Guillermo Morenés Mariátegui | Agrocartera, S.I.C.A.V., S.A. | Institución de Inversión Colectiva | Consejero | - |
| Francisco Javier Botín Sanz de Sautuola | Banco Santander Central Hispano, S.A. | Banca | Consejero | 0,178% |
| Juan Carlos Rodríguez Jergueta | Agrocartera, S.I.C.A.V., S.A. | Institución de Inversión Colectiva | Consejero | - |
| | Bursátil 2000, S.I.C.A.V., S.A. | Institución de Inversión Colectiva | Consejero | - |
| | Plusinversión, S.I.C.A.V., S.A. | Institución de Inversión Colectiva | Consejero | - |

Los demás Administradores han manifestado que no tienen participación en el capital ni ejercen cargo o función en ninguna sociedad que tenga el mismo, análogo o complementario género de actividad que la Sociedad, ni la realizan por cuenta propia o ajena.

## 17. Cuadro de financiación

A continuación, se muestra el cuadro de financiación de la Sociedad correspondiente a los ejercicios 2006 y 2005:

18

PUBLIC0018670

PUBLIC0018653.0039



018935045

CLASE 8.ª

19

PUBLIC0018671

PUBLIC0018653.0040