**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | **ORAL ARGUMENT REQUESTED** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.) <br><br> Defendant. | Adv. Pro. No. 10-05354 (CGM) <br> Adv. Pro. No. 11-02760 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a copy of Natwest Markets N.V.'S Answer to the Consolidated Amended Complaint, Counterclaims, and Jury Demand was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email address designated for delivery as set forth on the attached Schedule A.

Dated: May 15, 2023

Respectfully submitted,

*/s/ Michael S. Feldberg*

Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, New York 10017
Tel: (212) 381-4970
mfeldberg@reichmanjorgensen.com

*Attorneys for Defendant NatWest N.V.*

# **SCHEDULE A**

<u>Attorneys for</u>:
Irving H. Picard, as Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff

David J. Sheehan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Email: dsheehan@bakerlaw.com