**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

**Hearing Date**: October 18, 2023
**Objections Date**: August 24, 2023
**Reply Date**: September 25, 2023

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Lead Adv. Pro. No. 10-05354 (CGM) |
| Plaintiff, | |
| v. | |
| ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.), | |
| Defendant. | |

**NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**
**PURSUANT TO FED. R. CIV. P. 12(B)(6) AND FED. R. BANK. P. 7012(B)**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7012(b), and upon the accompanying Memorandum of Law (the "Motion"), Plaintiff, Irving H. Picard, Trustee, through his undersigned counsel, will move this Court on October 18, 2023 at 10:00 a.m., before the Honorable Cecelia G. Morris, for an Order pursuant to Federal Rule of Civil Procedure 12(b) dismissing the Counterclaims of defendant ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on May 31, 2023 (ECF No. 270), written opposition to the Motion or amendment of the Counterclaims must be served and filed no later than August 24, 2023, and any reply in further support of the Trustee's Motion must be served and filed no later than September 25, 2023.

Dated:  July 17, 2023
        New York, New York

/s/ Patrick T. Campbell
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com
Camille C. Bent
Email: cbent@bakerlaw.com
Elizabeth G. McCurrach
Email: emccurach@bakerlaw.com
Matthew K. Cowherd
Email: mcowherd@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*