**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>ABN AMRO NOMINEES (ISLE OF MAN) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited, and PLATINUM ALL WEATHER FUND LIMITED,<br><br>    Defendants. | Adv. Pro. No. 12-01697 (CGM) |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR**
**DEFENDANT PLATINUM ALL WEATHER FUND LIMITED'S ANSWER**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant Platinum All Weather

Fund Limited ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on November 3, 2022, the Trustee filed the Amended Complaint (the "Complaint") [ECF No. 141];

**WHEREAS**, on January 12, 2023, Defendant filed a motions to dismiss the Adversary Proceeding [ECF No. 149], with a supporting memorandum of law [ECF No. 150] (the "Motion");

**WHEREAS**, on March 13, 2023, the Trustee filed an opposition to the Motion [ECF No. 154];

**WHEREAS**, on April 27, 2023, Defendant filed a reply memorandum [ECF No. 160];

**WHEREAS**, the Court issued a memorandum decision on the Defendant's Motion on May 17, 2023 [ECF No. 166]; and

**WHEREAS**, the Court issued the Order Denying Defendant Platinum All Weather Fund Limited's Motion to Dismiss Complaint, ordering Defendant to file an answer to the Complaint by 60 days from this Court's issuance of a decision on the motion to dismiss filed by Defendant's co-defendant ABN AMRO Nominees (Isle of Man) Limited, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited. [ECF No. 169].

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. Defendant's time to file its Answer to the Complaint is extended to August 25, 2023.
2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

2

Dated:    July 20, 2023
          New York, New York

| **BAKER & HOSTETLER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| By: */s/ Regina Griffin* | By: */s/ Rosa Evergreen* |
| 45 Rockefeller Plaza | 601 Massachusetts Avenue, NW |
| New York, NY 10111 | Washington, D.C. 20001 |
| Telephone: (212) 589-4200 | Telephone: (202) 942-5000 |
| Facsimile: (212) 589-4201 | Facsimile: (202) 942-599 |
| David J. Sheehan | Scott B. Schreiber |
| Email: dsheehan@bakerlaw.com | Email: scott.schreiber@arnoldporter.com |
| Regina Griffin | Rosa J. Evergreen (admitted *pro hac vice*) |
| Email: rgriffin@bakerlaw.com | Email: rosa.evergreen@arnoldporter.com |
| Elizabeth McCurrach | Daniel R. Bernstein |
| Email: emccurrach@bakerlaw.com | Email: daniel.bernstein@arnoldporter.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | -and- |
| | 250 West 55th Street |
| | New York, NY 10019 |
| | Telephone: (212) 836-8000 |
| | Facsimile: (212) 836-8689 |
| | Kent A. Yalowitz |
| | Email: kent.yalowitz@arnoldporter.com |
| | *Attorneys for Defendant Platinum All Weather Fund Limited* |

**Dated: July 21, 2023**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**