UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>       v.<br><br>BGL BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST CAYMAN LIMITED, BNP PARIBAS S.A., and BNP PARIBAS (SUISSE) S.A.,<br><br>       Defendants. | Adv. Pro. No. 12-01576 (CGM) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Roger A. Cooper of Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case (the "Adversary Proceeding") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to BGL BNP Paribas S.A., individually and as successor in interest to BNP Paribas Luxembourg S.A. ("BGL BNPP"), BNP Paribas Arbitrage SNC ("BNPP Arbitrage"), BNP Paribas Bank &

Trust Cayman Limited ("BNPP Cayman"), BNP Paribas S.A. ("BNPP SA"), as successor in interest to BNP Paribas Securities Services S.C.A. ("BNPP Sec. Serv.") and BNP Paribas Securities Services – Succursale de Luxembourg ("BNPP 2S Lux"), and BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private Bank (Switzerland) S.A. and as successor in interest to United European Bank ("BNPP Suisse") (collectively, the "BNPP Defendants"), and demands, pursuant to Bankruptcy Rules 2002, 9007, and 9010, sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") that all notices given or required to be given in the Adversary Proceeding and all papers served or required to be served in the Adversary Proceeding be given to and served upon the person listed as follows:

> Roger A. Cooper
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York  10006
> Telephone: 212-225-2000
> Facsimile: 212-225-3999
> Email: racooper@cgsh.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail, or otherwise, which affect the above-captioned debtor, property of such debtor, or "Customer Property" as defined in 15 U.S.C. § 78lll(4).

-2-

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of any rights of the BNPP Defendants, including without limitation, any rights (a) to have final orders in noncore matters entered only after de novo review by a district court judge, (b) to trial by jury in any proceeding so triable in the Adversary Proceeding or any case, controversy, or proceeding related to the Adversary Proceeding, (c) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) to any other rights, claims, actions, setoffs or recoupments, under law or in equity, of the BNPP Defendants, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved, or (e) to any and all defenses or objections the BNPP Defendants may have to the claims asserted against them in this action including, without limitation, any defense based on jurisdiction (including personal jurisdiction) or capacity to be sued.  Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

[*The remainder of this page is left blank intentionally*]

Dated: July 24, 2023
      New York, New York

    Respectfully submitted,

*/s/ Roger A. Cooper*
Roger A. Cooper
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
racooper@cgsh.com

*Counsel to the BNPP Defendants*