Roger A. Cooper
Ari D. MacKinnon
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for BGL BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., and BNP Paribas (Suisse) S.A.*

Hearing Date: **Dec. 20, 2023**
Opposition Date: **Sept. 22, 2023**
Reply Date: **Oct. 23, 2023**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>BGL BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST CAYMAN LIMITED, BNP PARIBAS S.A., and BNP PARIBAS (SUISSE) S.A.,<br><br>    Defendants. | Adv. Pro. No. 12-01576 (CGM)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF HEARING ON THE BNPP DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(B)(6), 12(B)(2), AND 15(C)** |

PLEASE TAKE NOTICE that on July 24, 2023, BGL BNP Paribas S.A., individually and as successor in interest to BNP Paribas Luxembourg S.A. ("BGL BNPP"), BNP Paribas Arbitrage SNC ("BNPP Arbitrage"), BNP Paribas Bank & Trust Cayman Limited ("BNPP Cayman"), BNP Paribas S.A. ("BNPP SA"), as successor in interest to BNP Paribas Securities Services S.C.A. ("BNPP Sec. Serv.") and BNP Paribas Securities Services – Succursale de Luxembourg ("BNPP 2S Lux"), and BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private Bank (Switzerland) S.A. and as successor in interest to United European Bank ("BNPP Suisse") (collectively, the "BNPP Defendants") filed a Motion to Dismiss (the "Motion") for failure to state a claim and lack of personal jurisdiction under Rules 12(b)(6), 12(b)(2), and 15(c) of the Federal Rules of Civil Procedure, made applicable here by Rules 7012(b) and 7015 of the Federal Rules of Bankruptcy Procedure, in the above captioned proceeding.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held remotely via Zoom[1] on Wednesday December 20, 2023 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to the agreement of the parties, the Trustee's response will be due on September 22, 2023, and the BNPP Defendants' reply will be due on October 23, 2023.

[*The remainder of this page is left blank intentionally*]

---

[1] Judge Cecelia G. Morris, https://www.nysb.uscourts.gov/content/chief-judge-cecelia-g-morris (last visited July 18, 2023) ("Judge Morris is holding all hearings via Zoom.")

Dated: July 24, 2023
      New York, New York

                            Respectfully submitted,

                            */s/ Thomas S. Kessler*

Roger A. Cooper
racooper@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for BGL BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., and BNP Paribas (Suisse) S.A.*