Roger A. Cooper
Ari D. MacKinnon
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for BNP Paribas – Dublin Branch*

Hearing Date:    Dec. 20, 2023
Opposition Date: Sept. 22, 2023
Reply Date:      Oct. 23, 2023

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS – DUBLIN BRANCH,<br><br>Defendant. | Adv. Pro. No. 22-01087 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of BNP Paribas – Dublin Branch's Motion to Dismiss and all prior pleadings and proceedings herein,

BNP Paribas – Dublin Branch ("BNPP Dublin") will move this Court remotely via Zoom[1] on December 20, 2023 at 10:00 a.m. (prevailing Eastern time) for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, dismissing the Trustee's claims with prejudice.

PLEASE TAKE FURTHER NOTICE that pursuant to the agreement of the parties, the Trustee's response will be due on September 22, 2023, and BNPP Dublin's reply will be due on October 23, 2023.

Dated: July 24, 2023
New York, New York

Respectfully submitted,

/s/ Thomas S. Kessler

Roger A. Cooper
racooper@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for BNP Paribas – Dublin Branch*

---

[1] Judge Cecelia G. Morris, https://www.nysb.uscourts.gov/content/chief-judge-cecelia-g-morris (last visited July 18, 2023) ("Judge Morris is holding all hearings via Zoom.")