Roger A. Cooper
Ari D. MacKinnon
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for BNP Paribas – Dublin Branch*

| | |
|---|---|
| | **Hearing Date:** Dec. 20, 2023 |
| | **Opposition Date:** Sept. 22, 2023 |
| | **Reply Date:** Oct. 23, 2023 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNP PARIBAS – DUBLIN BRANCH,<br><br>　　　　Defendant. | Adv. Pro. No. 22-01087 (CGM)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF HEARING ON BNP PARIBAS – DUBLIN BRANCH'S**
**MOTION TO DISMISS UNDER RULE 12(B)(6)**

　　PLEASE TAKE NOTICE that on July 24, 2023, BNP Paribas – Dublin Branch

("BNPP Dublin") filed a Motion to Dismiss (the "Motion") for failure to state a claim under Rule

12(b)(6) of the Federal Rules of Civil Procedure, made applicable here by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, in the above captioned proceeding.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held remotely via Zoom[1] on Wednesday December 20, 2023 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to the agreement of the parties, the Trustee's response will be due on September 22, 2023, and BNPP Dublin's reply will be due on October 23, 2023.

Dated: July 24, 2023
New York, New York

Respectfully submitted,

*/s/ Thomas S. Kessler*

Roger A. Cooper
racooper@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for BNP Paribas – Dublin Branch*

---

[1] Judge Cecelia G. Morris, https://www.nysb.uscourts.gov/content/chief-judge-cecelia-g-morris (last visited July 18, 2023) ("Judge Morris is holding all hearings via Zoom.")