UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**STIPULATION AND ORDER**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff,

and defendant Lion Global Investors Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS,** on June 23, 2023, the Trustee filed a Motion for the Issuance of Letter of Request (Tong Foo Cheong), Motion for the Issuance of Letter of Request (Daniel Chan Choong Seng), and Motion for the Issuance of Letter of Request (Peter Michael Heng) (collectively the "Motions"), *See* ECF Nos. 142-144;

**WHEREAS**, on July 5, 2023, the Court entered a Stipulation and Order adjourning the Hearing on the Motions to August 16, 2023, and extending the Defendant's opposition to July 28, 2023, and the Trustee's reply in support of his Motions to August 11, 2023, *See* ECF No. 151;

**WHEREAS**, the Parties are working together in an effort to amend the Letters of Request with language agreeable to both Parties; and

**WHEREAS**, the Parties have agreed to adjourn the Hearing on the Motions and extend the opposition and reply deadlines.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Defendant's opposition to the Motions shall be filed and served no later than **August 25, 2023**;

2. Trustee's reply in support of his Motions shall be filed and served no later than **September 15, 2023**; and

3. The Hearing on the Motions scheduled for **August 16, 2023** shall be adjourned to **September 20, 2023 at 10:00 a.m**.

[*Signatures on the following page*]

Date:   July 28, 2023
        New York, New York

By: */s/ Robertson D. Beckerlegge*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
dsheehan@bakerlaw.com  
Robertson D. Beckerlegge  
Email: rbeckerlegge@bakerlaw.com  
Eric R. Fish  
Email: efish@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Ehud Barak*  
**Proskauer Rose LLP**  
11 Times Square  
New York, New York 10036  
Telephone: (212) 969-3000  
Facsimile: (212) 969-2900  
Ehud Barak  
ebarak@proskauer.com  
Russell T. Gorkin  
rgorkin@proskauer.com  
Elliot R. Stevens  
estevens@proskauer.com

*Attorneys for Defendant Lion Global Investors Limited*



**Dated: July 31, 2023**  
**Poughkeepsie, New York**

/s/ Cecelia G. Morris  
_____  
**Hon. Cecelia G. Morris**  
**U.S. Bankruptcy Judge**