DAVIS+GILBERT LLP                          **Hearing Date: October 18, 2023**
1675 Broadway                              **Objection Date: June 16, 2023**
New York, NY 10019                          **Reply Date: July 31, 2023**
T: (212) 468-4800

*Attorneys for Defendant Natixis S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 10-05353 (CGM) |
| v. | |
| NATIXIS S.A. and TENSYR LTD., | |
| Defendants. | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 31, 2023, I caused the Reply Memorandum of Law in Further

Support of Defendant Natixis S.A.'s Motion to Dismiss to be served on all counsel of record in

the above-captioned adversary proceeding by filing them via the Court's Electronic Case Filing

system.  Notice of this filing has been sent through the Court's Electronic Case Filing system and

via electronic transmission to the email addresses designated for delivery.

Dated:  July 31, 2023
      New York, New York           **DAVIS+GILBERT LLP**

      By:  */s/ Joseph Cioffi*
          Joseph Cioffi
          Bruce M. Ginsberg
          H. Seiji Newman
          Adam M. Levy
          Christine DeVito
          1675 Broadway
          New York, NY 10019
          T: (212) 468-4800
          jcioffi@dglaw.com
          bginsberg@dglaw.com
          hsnewman@dglaw.com
          alevy@dglaw.com
          cdevito@dglaw.com

          *Attorneys for Defendant Natixis S.A.*