**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com
adam.betts@freshfields.com

*Attorneys for Tensyr Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>    Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I caused the Reply Memorandum of Law of Defendant Tensyr Limited in Support of Its Motion to Dismiss the Amended Complaint to be served on all counsel of record in the above-captioned adversary proceeding through the Court's electronic case filing system.

Dated: New York, New York
      July 31, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  *s/ David Y. Livshiz*
    Timothy P. Harkness
    David Y. Livshiz
    Christian Vandergeest
    Adam Betts

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com
adam.betts@freshfields.com

*Attorneys for Defendant Tensyr Limited*