**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br> v.<br><br>NATIONAL BANK OF KUWAIT S.A.K. and NBK BANQUE PRIVÉE (SUISSE) S.A.,<br><br>     Defendants. | Adv. Pro. No. 11-02554 (CGM) |

**STIPULATION AND ORDER**
**TO EXTEND INITIAL DISCLOSURE DEADLINE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendants National Bank of Kuwait S.A.K. ("NBK") and NBK Banque Privée (Suisse) S.A. ("NBK Suisse") ("Defendants,"

and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on May 23, 2023, the United States Bankruptcy Court for the Southern District of New York entered a Case Management Plan in this action, which required that the Parties serve initial disclosures on or before July 31, 2023 (the "Initial Disclosure Deadline") (ECF No. 129); and

**WHEREAS**, the Parties have conferred and agreed to extend the Initial Disclosure Deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Initial Disclosure Deadline shall be extended to August 31, 2023.

2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Signatures on following page*]

Dated:     July 28, 2023
             New York, New York

By: */s/ Matthew D. Feil*                      By: */s/ Richard A. Cirillo*
**Baker & Hostetler LLP**                         **Richard A. Cirillo, Esq.**
45 Rockefeller Plaza                             246 East 33rd Street #1
New York, New York 10111              New York, New York 10016
Telephone: (212) 589-4200               Telephone: (917) 541-6778
Facsimile: (212) 589-4201                Richard A. Cirillo
David J. Sheehan                               Email: richard@Cirillo-Law.com
Email: dsheehan@bakerlaw.com
Matthew D. Feil
Email: mfeil@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for*     *Attorney for Defendants National Bank of*
*the Substantively Consolidated SIPA*           *Kuwait S.A.K. and NBK BANQUE*
*Liquidation of Bernard L. Madoff*               *PRIVÉE (SUISSE) S.A*
*Investment Securities LLC and the*
*Chapter 7 Estate of Bernard L. Madoff*



                                                                             **/s/ Cecelia G. Morris**
**Dated: August 1, 2023**                          _____
**Poughkeepsie, New York**                   **Hon. Cecelia G. Morris**
                                                                             **U.S. Bankruptcy Judge**