# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: December 1, 2022 – March 31, 2023 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 6/28/2023 ECF No. 23332 | 12/1/2022 – 3/31/2023 | $35,411,397.57 | $35,411,397.57 | $31,870,257.82 | $10,522,401.50 | $42,392,659.32 | $174,735.46 | $174,735.46 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 6/28/2023 ECF No. 23333 | 12/1/2022 – 3/31/2023 | $38,785.87 | $38,785.87 | $31,028.70 | $39,864.01 | $70,892.71 | $2,521.08 | $2,521.08 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 6/28/2023 ECF No. 23334 | 12/1/2022 – 3/31/2023 | $245,595.57 | $245,595.57 | $196,476.45 | $321,157.76 | $517,634.21 | $0 | $0 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | 6/28/2023 ECF No. 23347 | 12/1/2022 – 3/31/2023 | $5,464.07 | $5,464.07 | $4,371.25 | $1,952.51 | $6,323.76 | $16.65 | $16.65 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 6/28/2023 ECF No. 23342 | 12/1/2022 – 3/31/2023 | $238,806.98 | $238,806.98 | $191,045.58 | $192,831.66 | $383,877.24 | $3,853.47 | $3,853.47 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 6/28/2023 ECF No. 23336 | 12/1/2022 – 3/31/2023 | $2,928,135.50 | $2,928,135.50 | $2,342,508.40 | $1,535,350.42 | $3,877,858.82 | $9,625.57 | $9,625.57 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 6/28/2023 ECF No. 23337 | 12/1/2022 – 3/31/2023 | $132,696.05 | $132,696.05 | $106,156.84 | $104,014.51 | $210,171.35 | $176.42 | $176.42 |
| Kugler Kandestin LLP, Special Counsel to the Trustee | 6/28/2023 ECF No. 23349 | 12/1/2022 – 3/31/2023 | $0 | $0 | $0 | $8,818.75 | $8,818.75 | $0 | $0 |
| Velitor Law, Special Counsel to the Trustee | 6/28/2023 ECF No. 23339 | 12/1/2022 – 3/31/2023 | $932.96 | $932.96 | $746.37 | $3,749.68 | $4,496.05 | $0 | $0 |
| Werder Vigano, Special Counsel to the Trustee | 6/28/2023 ECF No. 23345 | 12/1/2022 – 3/31/2023 | $2,086.28 | $2,086.28 | $1,669.02 | $1,211.97 | $2,880.99 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 6/28/2023 ECF No. 23340 | 7/5/2022 – 3/31/2023 | $59,626.34 | $59,626.34 | $47,701.08 | $26,867.98 | $74,569.06 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 6/28/2023 ECF No. 23341 | 12/1/2022 – 3/31/2023 | $134,160.31 | $134,160.31 | $107,328.25 | $38,458.99 | $145,787.24 | $6,223.64 | $6,223.64 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Bowman and Brooke, Special Counsel to the Trustee | 6/28/2023 ECF No. 23343 | 12/1/2022 – 3/31/2023 | $15,305.50 | $15,305.50 | $12,244.40 | $4,607.38 | $16,851.78 | $0.20 | $0.20 |
| Holland & Hart, Special Counsel to the Trustee | 6/28/2023 ECF No. 23348 | 12/1/2022 – 3/31/2023 | $18,522.00 | $18,522.00 | $14,817.60 | $3,794.04 | $18,611.64 | $4,706.27 | $4,706.27 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 6/28/2023 ECF No. 23335 | 12/1/2022 – 3/31/2023 | $0 | $0 | $0 | $24,252.20 | $24,252.20 | $0 | $0 |
| Addleshaw Goddard (Ireland) LLP, Special Counsel to the Trustee | 6/28/2023 ECF No. 23338 | 12/1/2022 – 3/31/2023 | $0 | $0 | $0 | $4,145.07 | $4,145.07 | $0 | $0 |
| Lukins & Annis P.S., Special Counsel to the Trustee | 6/28/2023 ECF No. 23344 | 8/1/2022 – 3/31/2023 | $102.00 | $102.00 | $0 | $1,461.87 | $1,461.87 | $0 | $0 |
| Alfaro, Ferrer, Ramirez, Special Counsel to the Trustee | 6/28/2023 ECF No. 23346 | 2/13/2023 – 3/31/2023 | $7,737.71 | $7,737.71 | $6,190.16 | $0 | $6,190.16 | $0 | $0 |
| Tan Kok Quan Partnership, Special Counsel to the Trustee | 6/28/2023 ECF No. 23350 | 1/13/2023 – 3/31/2023 | $3,922.49 | $3,922.49 | $3,137.99 | $0 | $3,137.99 | $573.43 | $573.43 |

Schedule A(1)                                    DATE: __/__/__                    INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,524,753,101.73 | $1,524,753,101.73 | $1,513,744,161.57 | $21,686,160.64 | $21,686,160.64 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |
| Addleshaw Goddard (Ireland) LLP, Special Counsel to the Trustee | $853,695.98 | $853,695.98 | $849,550.92 | $49,585.08 | $49,585.08 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,879,833.66 | $2,879,833.66 | $2,839,969.65 | $226,100.78 | $226,100.78 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $121,472.06 | $121,472.06 | $112,653.32 | $2,458.43 | $2,458.43 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,735,934.79 | $6,735,934.79 | $6,711,682.59 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $4,031,840.41 | $4,031,840.41 | $3,839,008.74 | $82,365.12 | $82,365.12 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $90,082,799.20 | $90,082,799.20 | $88,897,527.39 | $868,401.27 | $868,401.27 |
| UGGC & Associés, Special Counsel to the Trustee | $2,860,445.32 | $2,860,445.32 | $2,833,577.34 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $327,580.91 | $327,580.91 | $326,368.93 | $1,646.54 | $1,646.54 |
| Soroker - Agmon, Special Counsel to the Trustee | $16,547,850.75 | $16,547,850.75 | $16,226,689.68 | $611,564.08 | $611,564.08 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $20,902,896.23 | $20,902,896.23 | $20,798,881.73 | $1,345,623.09 | $1,345,623.09 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $9,458.50 | $9,458.50 | $9,162.16 | $2,184.80 | $2,184.80 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $86,880.33 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $106,499.97 | $106,499.97 | $104,338.22 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $226,656.49 | $226,656.49 | $219,754.30 | $365.04 | $365.04 |

B-2

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,590,624.24 | $1,590,624.24 | $1,590,624.24 | $23,518.30 | $23,518.30 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $505,096.28 | $505,096.28 | $466,637.29 | $8,813.68 | $8,813.68 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $70,799.06 | $70,799.06 | $67,049.38 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $14,013.00 | $14,013.00 | $11,210.40 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | $53,904.04 | $53,904.04 | $49,296.66 | $6,396.23 | $6,396.23 |
| Lukins & Annis P.S., Special Counsel to the Trustee | $13,222.20 | $13,222.20 | $13,222.20 | $1,155.94 | $1,155.94 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | $19,525.08 | $19,525.08 | $17,572.57 | $127.94 | $127.94 |
| Holland & Hart, Special Counsel to the Trustee | $37,940.40 | $37,940.40 | $34,146.36 | $6,228.27 | $6,228.27 |
| Alfaro, Ferrer, Ramirez, Special Counsel to the Trustee | $7,737.71 | $7,737.71 | $6,190.16 | $0 | $0 |
| Tan Kok Quan Partnership, Special Counsel to the Trustee | $3,922.49 | $3,922.49 | $3,137.99 | $573.43 | $573.43 |

Schedule B(1)                                    DATE: __/__/__                         INITIALS:  : __ USBJ