# EXHIBIT A

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Columbia University | 015060 | 3056 | Venable LLP | Columbia University C/O The Trustees of Columbia | 1C0048 |
| Gutmacher Enterprises | 011111 | 1532 | Folkenflik & McGerity | Gutmacher Enterprises L P The New York Palace | 1G0299 |
| Herbert Poster IRA Rollover | 002335 | 1532 | Folkenflik & McGerity | Millennium Trust Company, LLC FBO Herbert Poster (008869) | 1ZR300 |
| Kathleen Giamo, Trustee of Trust Number 6 U/A 12/23/88 | 012192 | 2843 | Lee J. Mondshein, Esq. | Trust #6 U/A 12/23/88 Kathleen Giamo Trustee | 1F0132 |
| Pompart LLC | 013964 | 1532 | Herrick, Feinstein LLP | Pompart LLC C/O John Pomerantz | 1P0100 |
| Robert Auerbach Revocable Trust & Joyce Auerbach Revocable Trust | 011098 | 1532 | Folkenflik & McGerity | Robert Auerbach Rev TST DTD 6/29/05 and Joyce Auerbach | 1A0114 |
| Steven Bergman, as Personal Representative of the Estate of Harriet Bergman | 000282, 000283 | 2388 | Lax & Neville, LLP | Harriet Bergman | 1B0197 |
| Steven Bergman, Trustee Of The Leonard Bergman Credit Shelter Trust FBO Harriet Bergman | 000518 | 2451 | Lax & Neville, LLP | Leonard Bergman Credit Shelter Trust FBO Harriet Bergman | 1B0272 |