# EXHIBIT B

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Dr. Dushan Kosovich | 070223 | 4063 | Frederic Walker | Trotanoy Investment Co LTD | 1FR045 |
| Liliane Winn Shalom | 006815 | 1532 | Folkenflik & McGerity | Liliane Winn Shalom | 1S0441 |
| Olga Krakauer & Peter Benzaia JT WROS | 000864, 001892, 008916 | 746 | Pro Se | Olga Krakauer & Peter Benzaia JT WROS | 1ZA451 |
| Orna Shulman | 006596 | 1532 | Folkenflik & McGerity | Orna Schulman | 1S0480 |