**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S FIFTY-FOURTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT RAISE FACTUAL ISSUES**

Upon consideration of the motion (the "Motion") [Docket No. ___], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that raise customer-specific factual issues (the "Objections"); and the net winner Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. ___]; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate,

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing

therefor, it is

**ORDERED** that the relief requested in the Motion is granted to the extent provided

herein; and it is further

**ORDERED** that the Claims listed on Exhibit A hereto are disallowed; and it is further

**ORDERED** that the Trustee's Claims determinations regarding the Claims listed on

Exhibits A and B are affirmed; and it is further

**ORDERED** that the Objections listed on Exhibits A and B are overruled; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

# EXHIBIT A

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

## EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Columbia University | 015060 | 3056 | Venable LLP | Columbia University C/O The Trustees of Columbia | 1C0048 |
| Gutmacher Enterprises | 011111 | 1532 | Folkenflik & McGerity | Gutmacher Enterprises L P The New York Palace | 1G0299 |
| Herbert Poster IRA Rollover | 002335 | 1532 | Folkenflik & McGerity | Millennium Trust Company, LLC FBO Herbert Poster (008869) | 1ZR300 |
| Kathleen Giamo, Trustee of Trust Number 6 U/A 12/23/88 | 012192 | 2843 | Lee J. Mondshein, Esq. | Trust #6 U/A 12/23/88 Kathleen Giamo Trustee | 1F0132 |
| Pompart LLC | 013964 | 1532 | Herrick, Feinstein LLP | Pompart LLC C/O John Pomerantz | 1P0100 |
| Robert Auerbach Revocable Trust & Joyce Auerbach Revocable Trust | 011098 | 1532 | Folkenflik & McGerity | Robert Auerbach Rev TST DTD 6/29/05 and Joyce Auerbach | 1A0114 |
| Steven Bergman, as Personal Representative of the Estate of Harriet Bergman | 000282, 000283 | 2388 | Lax & Neville, LLP | Harriet Bergman | 1B0197 |
| Steven Bergman, Trustee Of The Leonard Bergman Credit Shelter Trust FBO Harriet Bergman | 000518 | 2451 | Lax & Neville, LLP | Leonard Bergman Credit Shelter Trust FBO Harriet Bergman | 1B0272 |

# EXHIBIT B

**IN RE: BLMIS. CASE NO: 08-01789 (CGM)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Dr. Dushan Kosovich | 070223 | 4063 | Frederic Walker | Trotanoy Investment Co LTD | 1FR045 |
| Liliane Winn Shalom | 006815 | 1532 | Folkenflik & McGerity | Liliane Winn Shalom | 1S0441 |
| Olga Krakauer & Peter Benzaia JT WROS | 000864, 001892, 008916 | 746 | Pro Se | Olga Krakauer & Peter Benzaia JT WROS | 1ZA451 |
| Orna Shulman | 006596 | 1532 | Folkenflik & McGerity | Orna Schulman | 1S0480 |