**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE**
***PRO HAC VICE* OF MICHAEL L. POST**

Upon the motion of Michael L. Post, Esquire, to be admitted, *pro hac vice*, to represent the Securities Investor Protection Corporation, the Plaintiff in the above referenced case and any related adversary proceedings (except Picard v. Merrill Lynch International (10-05346) and Picard v. Merrill Lynch Bank (Suisse) SA n/k/a Bank Julius Baer & Co. AG a/k/a Bank Julius Baer & Co. Ltd. (11-02910)), and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia and the bar of the U.S. District Court for the District of Columbia, it is hereby

**ORDERED**, that Michael L. Post, Esq., is admitted to practice, *pro hac vice*, in the above referenced case and any related adversary proceedings (except Picard v. Merrill Lynch International (10-05346) and Picard v. Merrill Lynch Bank (Suisse) SA n/k/a Bank

Julius Baer & Co. AG a/k/a Bank Julius Baer & Co. Ltd. (11-02910)), in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



**Dated: August 15, 2023
Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**