UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>SRIONE, LLC, an Idaho limited liability company, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05380 (CGM) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF DEFENDANT WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through their counsel, Baker & Hostetler LLP, and Defendant Eric Waldman by and through his counsel, Philip H. Stillman of Stillman & Associates (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 9, 2010, the Trustee filed and served his Complaint [Doc. No. 1] against Defendants Srione LLC, Dancing $ LLC, Connie Delaney and Eric Waldman.

2. On October 19, 2011, the Trustee voluntarily dismissed Defendant Connie Delaney [Doc. No. 9].

3. On January 24, 2016, Defendants Srione LLC, Dancing $ LLC, and Eric Waldman filed an Answer to the Complaint [Doc. No. 22].

4. On January 3, 2023, the Trustee, Srione LLC and Dancing $ LLC filed a Stipulation for Entry of Judgment [Doc. No. 58], and on January 4, 2023, Consent Judgments were entered against Srione LLC [Doc. No. 60] and Dancing $ [Doc. No. 61].

5. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendant Eric Waldman.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

| | |
|---|---|
| Dated: August 14, 2023 | **BAKER & HOSTETLER LLP** |
| Of Counsel: | By: */s/ Nicholas J. Cremona* |
| | 45 Rockefeller Plaza |
| **BAKER & HOSTETLER LLP** | New York, New York 10111 |
| 811 Main Street, Suite 1100 | Telephone: 212.589.4200 |
| Houston, Texas 77002 | Facsimile: 212.589.4201 |
| Attention: Dean D. Hunt | David J. Sheehan |
| Facsimile: (713) 751-1717 | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

*/s/ Eric Waldman*
Defendant Eric Waldman

**STILLMAN & ASSOCIATES**
By: */s/ Philip H. Stillman*
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Telephone: 888.235.4279
Facsimile: 888.235.4279
Philip H. Stillman
Email: pstillman@stillmanassociates.com

**LAW OFFICES OF STEPHEN GOLDSTEIN**
By: */s/ Stephen A. Goldstein*
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Telephone: 888.235.4279
Facsimile: 888.235.4279
Stephen A. Goldstein
Email: sgoldstein@sgoldlaw.com

*Attorneys for Defendant Eric Waldman*



**Dated: August 15, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**