**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

<u>**AFFIDAVIT OF MAILING**</u>

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 16, 2023, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

- TRUSTEE'S FIFTY-FOURTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT RAISE FACTUAL ISSUES (Docket Number 23463)

- DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S FIFTY-FOURTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT RAISE FACTUAL ISSUES (Docket Number 23464)

- NOTICE OF HEARING ON TRUSTEE'S FIFTY-FOURTH OMNIBUS
  MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND
  OVERRULE OBJECTIONS THAT RAISE FACTUAL ISSUES
  (Docket Number 23465)

Executed on August 16, 2023

_____
Tassie Powers Barr

Sworn to and subscribed before me this ___16th___ day of __August__, 2023

MARY S BETIK
Notary ID #4866693
My Commission Expires
March 12, 2026

_____
(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
8/16/2023

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---------|----------|----------|------|-------|-----|----------------|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Lax & Neville, LLP | Attn: Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Folkenflik & McGerity | Attn: Max Folkenflik | 1500 Broadway, 21st Floor | New York | NY | 10036 | Counsel |
| Lee J. Mondshein, Esq. | Attn: Lee J. Mondshein | 7600 Jericho Turnpike, Suite 200 | Woodbury | NY | 11797 | Counsel |
| Herrick, Feinstein LLP | Attn: John Oleske | 2 Park Avenue | New York | NY | 10016 | Counsel |
| Brune & Richard LLP | Attn: Susan E. Brune & Theresa Trzaskoma | One Battery Park Plaza | New York | NY | 10004 | Counsel |
| Venable LLP Attn: Edward A. Smith | Rockefeller Center | 1270 Avenue of the Americas, 25th Floor | New York | NY | 10020 | Counsel |