# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IRVING H. PICARD,

          Plaintiff,

   -against-                                     20 **CIVIL** 10109 (JFK)

SAGE REALTY, et al.,

          Defendants.
-----------------------------------------------------------X

IRVING H. PICARD,

          Plaintiff,                       20 **CIVIL** 10057 (JFK)

   -against-                                     **JUDGMENT**

SAGE ASSOCIATES, et al.,

          Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2022

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 18, 2022, the Court entered judgment on April 15, 2022 in these consolidated cases in favor of the Plaintiff, Irving H. Picard, Esq. ("the Trustee"), and against the Defendants, Sage Associates, Sage Realty, Malcolm Sage, Martin Sage, and Ann Sage Passer, jointly and severally, in the amount of $16,880,000. (Docket No. 20 Civ. 10057, ECF No. 111; Docket No. 20 Civ. 10109, ECF No. 67). Judgment is entered in favor of the Trustee (1) in the amount of $13,510,000 against Sage Associates, Malcolm Sage, Martin Sage, and Ann Sage Passer, jointly and severally, and (2) in the amount of $3,370,000 against Sage Realty, Malcolm Sage, Martin Sage, and Ann Sage Passer, jointly and severally.

**Dated:** New York, New York
       April 20, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                              **BY:**

                                                       **Deputy Clerk**