| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>v.<br><br>MALCOLM SAGE and LYNNE FLORIO,<br><br>      Defendants. | Adv. Pro. No. 23-01099 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint and Declaration of Lan Hoang in Support of Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: August 16, 2023
    New York, New York

By: */s/ Lan Hoang*
**Baker & Hostetler LLP**
Lan Hoang
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Jonathan T. Koevary
Thomas J. Fleming
Olshan Frome Wolosky LLP
Email: jkoevary@olshanlaw.com
Email: tfleming@olshanlaw.com
Attorney For: Lynne Florio, Malcolm Sage