**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>BPER BANCA S.P.A., individually and as successor in interest to BANCA CARIGE S.P.A.,<br><br>           Defendant. | Adv. Pro. No. 11-02570 (CGM) |

**STIPULATION AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that pursuant to Rule 2090-1(e) of the Local Rules of Bankruptcy Procedure, the law firm of Dentons US LLP (1221 Avenue of the Americas, 26th Floor, New York, New York, 10020) is hereby substituted in place of the law firm of Kasowitz Benson Torres LLP as attorneys for Defendant BPER Banca S.P.A, individually and as successor in interest to Banca Carige S.P.A., in the above-captioned adversary proceeding. A declaration in support of this Stipulation and Proposed Order is attached hereto.

- 2 -

Dated: August 15, 2023
      New York, New York

| DENTONS US LLP | KASOWITZ BENSON TORRES LLP |
|---|---|
| */s/ Amianna Stovall* | */s/ David J. Mark* |
| Amianna Stovall | David J. Mark |
| David Kornblau | Andrew Golden |
| Carter White | 1633 Broadway |
| 1221 Avenue of the Americas | New York, NY 10019 |
| New York, New York 10020 | (212) 506-1700 |
| (212) 768-6802 | dmark@kasowitz.com |
| amianna.stovall@dentons.com | agolden@kasowitz.com |
| david.kornblau@dentons.com | |
| carter.white@dentons.com | *Outgoing Attorneys for Defendant* |
| | |
| *Incoming Attorneys for Defendant* | |

SO ORDERED

                                              Hon. Cecelia G. Morris
                                              U.S. Bankruptcy Judge