**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BPER BANCA S.P.A., individually and as successor in interest to BANCA CARIGE S.P.A.,<br><br>        Defendant. | Adv. Pro. No. 11-02570 (CGM) |

**DECLARATION OF AMIANNA STOVALL IN SUPPORT OF STIPULATION AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL**

      Amianna Stovall hereby declares the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

      1.      I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York, and I submit this Declaration in support of the Stipulation and Proposed Order substituting my law firm, Dentons US LLP, as counsel for Defendant BPER Banca S.P.A. (the "Defendant") in the above-captioned adversary proceeding in place of Kasowitz Benson Torres LLP.

08-01789-cgm    Doc 23478-1    Filed 08/18/23    Entered 08/18/23 12:21:12
Declaration of AS in Support of Substitution of Counsel    Pg 2 of 2

- 2 -

2. Defendant has requested that Dentons US LLP represent it in this action and has consented to the withdrawal of Kasowitz Benson Torres LLP.

3. Neither Defendant nor any other party will suffer prejudice, and this litigation will not be disrupted, because Defendant will continue to be represented by Dentons US LLP.

4. I have served the Stipulation and Proposed Order, and this Declaration, on the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 15, 2023
              New York, New York

                                                       */s/ Amianna Stovall*
                                                       Amianna Stovall