**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                  Plaintiff,<br>     v.<br><br>ASB BANK CORP.,<br><br>                  Defendant. | Adv. Pro. No. 11-02730 (CGM) |

**STIPULATION AND ORDER**
**TO EXTEND INITIAL DISCLOSURE DEADLINE**

      Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant ASB Bank Corp. ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

      **WHEREAS**, on June 5, 2023, the United States Bankruptcy Court for the Southern District

1

of New York (the "Bankruptcy Court") entered a Case Management Plan in this action, which required that the Parties serve initial disclosures on or before August 4, 2023 (the "Initial Disclosure Deadline") (ECF No. 133); and

**WHEREAS**, on July 25, 2023, the Parties executed a stipulation that extended the Initial Disclosure Deadline to August 25, 2023, and the stipulation was so ordered by the Bankruptcy Court on July 26, 2023 (ECF No. 134); and

**WHEREAS**, the Parties have conferred and agreed to further extend the Initial Disclosure Deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Initial Disclosure Deadline shall be extended to October 11, 2023.
2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Signatures on following page*]

Dated: August 17, 2023
New York, New York

| **BAKER & HOSTETLER LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| By: */s/ Torello H. Calvani* | By: */s/ Scott B. Schreiber* |
| 45 Rockefeller Plaza | 601 Massachusetts Ave., NW |
| New York, New York 10111 | Washington, DC 20001-3743 |
| Telephone: 212.589.4200 | Telephone: 202.942.5000 |
| Facsimile: 212.589.4201 | Facsimile: 202.942.5999 |
| David J. Sheehan | Scott B. Schreiber |
| Email: dsheehan@bakerlaw.com | Email: scott.schreiber@arnoldporter.com |
| Torello H. Calvani | Rosa J. Evergreen |
| Email: tcalvani@bakerlaw.com | Email: rosa.evergreen@arnoldporter.com |
| James H. Rollinson | |
| Email: jrollinson@bakerlaw.com | *Attorneys for Defendant ASB Bank Corp.* |
| J'Naia L. Boyd | |
| Email: jlboyd@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*



**Dated: August 18, 2023
Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**