# EXHIBIT 18

| | | |
|---|---|---|
| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>885 Third Avenue New York, NY 10022 | 212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

## VERIFICATION OF ADDRESS CHANGE

Date: March 12, 2007                    Account #:    1EM068

| JAMES M GOODMAN<br>& AUDREY M GOODMAN T/I/C<br>Redacted | JAMES M GOODMAN<br>& AUDREY M GOODMAN T/I/C |
|---|---|
| **New Address** | **Old Address** |

We have recently received a request for a change in your mailing address. For your protection we ask that you confirm your new mailing address by signing and returning this form. To insure that future mailings, account statements, checks, etc. are forwarded to the correct address you <u>must</u> return this form immediately. The change requested is noted above.

Client Signature: [signed] James M. Goodman       Joint Signature: [signed] Audrey Goodman       Date: 3/16/07
(All joint tenants must sign)                                      mm/dd/yyyy

**IMPORTANT:** If the new address is <u>not</u> correct, please contact us immediately at
**(800) 334-1343**

[signature]

AMF00088659