# EXHIBIT 4
# (EXCERPT)

**JPMC 703 Account Activity Summary**
**December 1998 - December 2008**

|  |  | # | Amount |
|---|---|---:|---:|
| **Beginning Bank Ledger Balance (12/1/1998)** |  |  | $ 1,683,834 |
| *Customer Transactions* |  |  |  |
| Incoming Customer Wires | [1] | 10,305 | 36,643,660,331 |
| Incoming Customer Checks | [2] | 4,023 | 78,815,672,530 |
| Federal Home Loan Bank Transactions (Incoming) | [3] | 24 | 264,939,785 |
| **Subtotal - Customer Inflows** |  | **14,352** | **115,724,272,646** |
| Outgoing Customer Wires | [1] | 9,497 | (27,834,034,250) |
| Outgoing Customer Checks |  | 5,016 | (80,290,347,270) |
| Transfers to JPMC 509 Account | [4] | 2,537 | (6,988,328,181) |
| Transfers to Bankers Trust 599 Account | [5] | 106 | (849,975,000) |
| Tax Payments |  | 126 | (375,489,164) |
| Reimbursements to BONY 621 Account |  | 2 | (261,816,950) |
| Federal Home Loan Bank Transactions (Outgoing) | [3] | 1 | (46,587,319) |
| **Subtotal - Customer Outflows** |  | **17,285** | **(116,646,578,133)** |
| **Net Customer Flows** |  | **31,637** | **$ (922,305,487)** |
| *Investment Flows* |  |  |  |
| Overnight Sweep - Investment |  | 1,957 | (29,321,695,287) |
| Overnight Sweep - Return of Principal & Interest |  | 3,784 | 29,324,755,543 |
| Overnight Deposit - Investment |  | 2,384 | (167,616,800,000) |
| Overnight Deposit - Return of Principal & Interest |  | 2,386 | 167,645,155,663 |
| Commercial Paper - Investment |  | 1,022 | (77,800,400,000) |
| Commercial Paper - Return of Principal & Interest |  | 2,044 | 77,809,963,692 |
| Certificate of Deposit - Investment |  | 1,753 | (326,313,900,000) |
| Certificate of Deposit - Return of Principal & Interest |  | 2,973 | 327,104,039,244 |
| Treasury Bills - Investment |  | 333 | (16,486,662,003) |
| Treasury Bills - Return of Principal & Interest |  | 139 | 16,696,706,194 |
| **Total Net Investment Flows** |  | **18,775** | **$ 1,041,163,046** |
| *Other Transactions* |  |  |  |
| Other Incoming Wires |  | 83 | 2,393,496,814 |
| Cancelled/Reversed Wires or Checks |  | 137 | 19,367 |
| Other Incoming Checks |  | 4 | 301,405 |
| Other Outgoing Wires |  | 113 | (1,951,921,147) |
| MSIL Transactions (not related to 1FN023) |  | 22 | (165,203,647) |
| Other Outgoing Checks |  | 126 | (163,746,831) |
| Loan and Related Interest |  | 10 | (3,483,099) |
| Bank Charges |  | 79 | (596,988) |
| **Total Other Transactions** |  | **574** | **$ 108,865,874** |
| **Ending Bank Ledger Balance (12/31/2008)** |  | **50,986** | **$ 229,407,266** |

**Notes**

[1] Amounts include **$183,884,318** in incoming wires from MSIL, and **$329,967,666** in outgoing wires to MSIL, that were tied to cash transactions in the 1FN023 ("MADOFF SECURITIES INTL LTD") account.

[2] Incoming checks between December 1998 and December 2008 includes checks totaling **$3,196,365** that were not related to a BLMIS customer account, including $1,000 from Erin Reardon, $1,686,165 from David Kugel, $250,000 and $437,000 from Jerry O'Hara.

[3] Incoming amount includes **$243,225,000** in principal proceeds from securities that were "received free" from BLMIS customers and subsequently redeemed by Madoff, and **$21,714,785** in interest earned on these securities. Outgoing amount represents securities purchased by Madoff and delivered to certain BLMIS customers in April 2008. This activity was reconciled to multiple BLMIS customer account transactions.

[4] Checks were written from the 509 Account to both BLMIS customers and non-BLMIS customers. Total amount of checks to non-customers from the 509 Account was $**30,931,198.**

[5] There were outflows from the Bankers Trust 599 Account to both BLMIS customers and non-BLMIS customers. Total outflows to non-BLMIS customers from this account was **$21,555,532**, including **$19,500,000** to MSIL and **$2,055,532** to other payees.

JPMC 703 Account Activity Detail
December 1998 - December 2008

| JPMC 703 ID | Ledger Date | Amount | Transaction Category | Transaction Type | Reference (per OCR of '703 Stmt) | Description (per OCR of '703 Stmt and As Redacted) | 703 Statement Bates Reference(s) | Deposit Slip Bates Reference(s) | Check Bates Reference(s) | JPMC Wire File TRN No. | JPMC 509 ID | BT 599 ID | Detail ID[1] | CM ID[2] | CM AccountNo | CM Account Name (As Redacted) | CM Date | CM Amount | CM Type | CM Description | CM Statement Bates Reference | Other Source / Recipient | Other Bank | Other BLMIS or BLM | Other AcctNo (As Redacted) | Counterparty Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/1998 | 62,883.33 | Investment | Certificate of Deposit - Return of Principal & Interest | USD OUR 0000000862IB | INTERESTREF INTERESTTICKET # 000862 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | | | | | | | | | | | | | |
| 2 | 12/1/1998 | 100,000.00 | Customer | Incoming Customer Wires | USD YOUR O/B PACIFIC BK SOUR 0669608335FF | FEDWIRE CREDITVIA THE PACIFIC BANK/1210 011 B/0 ZAENTZ FAMILY PTNERSHIPREF CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022- 83 /AC-REDACTED RFB0/B PACIFIC BK S BB/ J/ME/17 38IMAD 12011L1QFLAEL000100 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | 250337 | 1ZB3 0 | ZAENTZ FAMILY PARTNERSHIP C/O JEROME K PORTER | 12/2/1998 | $ 100,000.00 | CA | CHECK WIRE | MDPTPP06935580-83 | | | | | |
| 3 | 12/1/1998 | 210,000.00 | Customer | Incoming Customer Wires | USD YOUR 001102OUR 0213209335FF | FEDWIRE CREDITVIA NORWEST BANK OF DENVER/102000076B/0 FIRST TRUST CORPORATION REDACTED REF CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022- 83 /AC-REDACTED RFB001102 0BIFFCT GARY GERSON ACCT 1 G0296 PLEASE MAKE SB IMAD 120 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | 226295 | 1G0296 | NTC & CO. FBO GARY GERSON (093 38) | 12/1/1998 | $ 210,000.00 | CA | CHECK WIRE | MDPTPP03385662-66 | | | | | |
| 4 | 12/1/1998 | 500,000.00 | Customer | Incoming Customer Wires | USD YOUR SWF OF 98/12/01OUR 3152 00335FT | BOOK TRANSFER CREDITB/0 NATIONAL FINANCIAL SERVICES CO REDACTED ORG /0C26388031BERNARD S GEWIRZ0GB NATIONAL FINANCIAL SERVICES COUS5 - FIVE DAY FLOATUSM MIXED FLOAT | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | 222 29 | 1G0111 | GEWIRZ PARTNERSHIP | 12/2/1998 | $ 500,000.00 | CA | CHECK WIRE | MDPTPP03289059-62 | | | | | |
| 5 | 12/1/1998 | 5,000.00 | Customer | Incoming Customer Checks | USM OUR 00 0029515DA | DEPOSITXVALUE DATE 12/01 500 000< .. 12/02 0 000 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | 1 | | | | | | | | | | | | | |
| 6 | 12/1/1998 | 2,000,000.00 | Customer | Incoming Customer Wires | USD YOUR O/B CITIBANK NYCOUR 0632308335FF | FEDWIRE CREDITVIA CITIBANK/021000089B/0 MERSON LIMITED PARTNERSHI REDACTED REF CHASE NYC/CTR/BBKBERNARD L MADOFF NEW YORK NY 10022- 83 AC--REDACTED BNFMERSON LIMITED PARTNERSHIP MERSON INC. GENERAL PARTNER/IMADs 1201B1Q6021C005156 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | 21601 | 1CM512 | MERSON LIMITED PARTNERSHIP | 12/2/1998 | $ 2,000,000.00 | CA | CHECK WIRE | MDPTPP01558835-38 | | | | | |
| 7 | 12/1/1998 | 000 5 1.67 | Investment | Overnight Deposit - Return of Principal & Interest | USD YOUR NC89021318120198010UR 98335007131N | NASSAU DEPOSIT TAKENB/O BERNARD L MADOFF INC.NEW YORK NY 10022REF TO REPAY YOUR DEPOSIT FR 98113 ? J/ TO 981201 RATE .870 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | | | | | | | | | | | | |
| 8 | 12/1/1998 | 5,000,000.00 | Customer | Incoming Customer Wires | USD YOUR UST OF 98/12/01OUR 0172500335JP | BOOK TRANSFER CREDITB/0 UNITED STATES TRUST CO OF NEW REDACTED -1532ORG N00876 600WARLEN LPREF /AC--REDACTED/BERNARD L MADOFFBFFC AC# 1-W0097-WARLEN LP | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | 226385 | 1W0097 | WARLEN LP C/O ROCKDALE CAPITAL MS LINDA KAO | 12/1/1998 | $ 5,000,000.00 | CA | CHECK WIRE | MDPTPP05671 26-3 | | | | | |
| 9 | 12/1/1998 | 5,000,000.00 | Customer | Incoming Customer Wires | USD YOUR O/B COMERICA DETOUR 0586208335FF | FEDWIRE CREDITVIA COMERICA BANK/072000096B/O BROAD MARKET PRIME L.P REDACTED REF CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022- 83 /AC--REDACTED RFB0/B COMERICA DET OBIFC CALHOUN AND CO-DEBROAD MARKET PRIIMAD 1201G1QG990C00168 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | 272228 | 1C1260 | RYE SELECT BROAD MARKET PRIME FUND LP | 12/2/1998 | $ 5,000,000.00 | CA | CHECK WIRE | MDPTPP00510211-19 | | | | | |
| 10 | 12/1/1998 | 66,000,000.00 | Customer | Incoming Customer Checks | USD OUR 00 0030688DA | DEPOSIT | MADWAA00378 99-566 | | | n/a - p e-2002 | | | 2 | | | | | | | | | | | | | |
| 11 | 12/1/1998 | 70,000,000.00 | Investment | Certificate of Deposit - Return of Principal & Interest | USD OUR 0000000862IB | MATURITYREF MATURITYTICKET ft 000862 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | | | | | | | | | | | | | |
| 12 | 12/1/1998 | (89.00) | Customer | Outgoing Customer Checks | USD OUR 00 08 19CS | CHECK PAID # 301 | MADWAA00378 99-566 | | MADWAA00379580-81 | n/a - p e-2002 | | | | 281356 | 1L0027 | NORMAN F LEVY C O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (89.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 13 | 12/1/1998 | (1,955.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 26CS | CHECK PAID ft 3021 | MADWAA00378 99-566 | | MADWAA0037959 -95 | n/a - p e-2002 | | | | 7700 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (1,955.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 14 | 12/1/1998 | (3,21.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 17CS | CHECK PAID ft 3012 | MADWAA00378 99-566 | | MADWAA00379576-77 | n/a - p e-2002 | | | | 39078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (3,21.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 15 | 12/1/1998 | (9,520.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 18CS | CHECK PAID ft 3013 | MADWAA00378 99-566 | | MADWAA00379578-79 | n/a - p e-2002 | | | | 2813 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (9,520.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 16 | 12/1/1998 | (16,618.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 2 CS | CHECK PAID ft 3019 | MADWAA00378 99-566 | | MADWAA00379590-91 | n/a - p e-2002 | | | | 216376 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (16,618.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 17 | 12/1/1998 | (25,659.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 22CS | CHECK PAID ft 3017 | MADWAA00378 99-566 | | MADWAA00379586-87 | n/a - p e-2002 | | | | 216368 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (25,659.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 18 | 12/1/1998 | (8,875.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 23CS | CHECK PAID # 3018 | MADWAA00378 99-566 | | MADWAA00379588-89 | n/a - p e-2002 | | | | 81082 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (8,875.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 19 | 12/1/1998 | (8,875.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 25CS | CHECK PAID # 3020 | MADWAA00378 99-566 | | MADWAA00379592-93 | n/a - p e-2002 | | | | 282960 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (8,875.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 20 | 12/1/1998 | (86,573.00) | Customer | Outgoing Customer Checks | USN OUR 00 06 16CS | CHECK PAID # 3011 | MADWAA00378 99-566 | | MADWAA0037957 -75 | n/a - p e-2002 | | | | 81078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (86,573.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 21 | 12/1/1998 | (87,975.00) | Customer | Outgoing Customer Checks | USN OURi 00 08 20CS | CHECK PAID tt 3015 | MADWAA00378 99-566 | | MADWAA00379582-83 | n/a - p e-2002 | | | | 281363 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (87,975.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 22 | 12/1/1998 | (120,190.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 15CS | CHECK PAID # 3010 | MADWAA00378 99-566 | | MADWAA00379572-73 | n/a - p e-2002 | | | | 216357 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (120,190.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 23 | 12/1/1998 | (131,7.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 21CS | CHECK PAID # 3016 | MADWAA00378 99-566 | | MADWAA0037958 -85 | n/a - p e-2002 | | | | 161537 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (131,7.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 24 | 12/1/1998 | (200,000.00) | Customer | Transfers to Bankers Trust 599 Account | USD YOUR TONYOUR 0192700335FP | FEDWIRE DEBITVIA BANKERS NYC/021001033A/C BERNARD L MADOFFNEW YORK NEW YORK 10022REF /BNF/FFC A/CRed 0599/TIME/10 29IMAD 1201B1QGC06C001560 | MADWAA00378 99-566 | | | n/a - p e-2002 | | 1 | | | | | | | | | | Bernard L. Madoff | Bankers Trust Company | BLMIS | xx-xx0-599 | MADWAA00378590 |
| 25 | 12/1/1998 | (220,000.00) | Customer | Outgoing Customer Checks | USD OUR 00 0508896CS | CHECK PAID # 3003 | MADWAA00378 99-566 | | MADWAA00379568-69 | n/a - p e-2002 | | | | 311 93 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 11/30/1998 | $ (220,000.00) | PW | CHECK | MDPTPP0 190625-33 | | | | | |
| 26 | 12/1/1998 | (230,93.00) | Customer | Outgoing Customer Checks | USD OUR 00 08 27CS | CHECK PAID # 3022 | MADWAA00378 99-566 | | MADWAA00379596-97 | n/a - p e-2002 | | | | 7702 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (230,93.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 27 | 12/1/1998 | (55,39.39) | Customer | Transfers to JPMC 509 Account | USD YOUR CDS FUNDINGOUR 0626900335FP | BOOK TRANSFER DEBITA/C CHASE MANHATTAN BANK DELAWAREWILMINGTON DE 3.9801-31 7REF /TIME/11 00 FEDBK | MADWAA00378 99-566 | | | n/a - p e-2002 | 1 | | | | | | | | | | | | | | | |
| 28 | 12/1/1998 | (595,000.00) | Customer | Outgoing Customer Checks | USN OUR 00 0023710CS | CHECK PAID 8 3023 | MADWAA00378 99-566 | | MADWAA00379598-99 | n/a - p e-2002 | | | | 7977 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (595,000.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 29 | 12/1/1998 | (761,600.00) | Customer | Outgoing Customer Checks | | 01DEC USN OUR 00 08 1 CS 26000 CHECK PAID tt 3009 | MADWAA00378 99-566 | | MADWAA00379570-71 | n/a - p e-2002 | | | | 810 7 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (761,600.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 30 | 12/1/1998 | (5,000,000.00) | Other | Other Outgoing Wires | USD YOUR TONYOUR 0628900335FP | FEDWIRE DEBITVIA BK OF NYC/021000018A/C BERNARD L MADOFFNEW YORKREF /TIME/12 39IMAD 1201B1QGC08C002871 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | | | | | | | | | Bernard L Madoff | Bank of New York | BLM | xxx-xxx3-878 | SECSBJ0009190 |
| 31 | 12/1/1998 | (9,000,000.00) | Investment | Overnight Deposit - Investment | USD YOUR ND89031282120198OUR 9833501 51IN | NASSAU DEPOSIT TAKENA/C BERNARD L MADOFF INC.NEW YORK NY 10022REF TO ESTABLISH YOUR DEPOSIT FR 981201 TO 981202 RATE .6250 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | | | | | | | | | | | | | |
| 32 | 12/1/1998 | (220,000.00) | Customer | Outgoing Customer Checks | USN OUR 00 0023712CS | CHECK PAID 302 | MADWAA00378 99-566 | | MADWAA00379600-01 | n/a - p e-2002 | | | | 770 | 1L0027 | NORMAN F LEVY C O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | $ (220,000.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 33 | 12/1/1998 | (85,000,000.00) | Investment | Certificate of Deposit - Investment | USD OUR 0000000586IB | DEBIT MEMORANDUMREF PURCHASE OFTICKET tt 000586 | MADWAA00378 99-566 | | | n/a - p e-2002 | | | | | | | | | | | | | | | | |