# EXHIBIT 7

CHASE

| CKS OUT | WIRE TRANS | MY DEPOSIT | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|
| (1899975.56) (330 000.00) NL | -1000 000.00 AS -1375 000.00 ADG -3000 000.00 [illegible] -150 000.00 MARDEN -500 000.00 [illegible] -600 000.00 RABIN -4000.00 OAKDALE | +562 211.75 | CROESUS +390 000.00 | 6/16 | 314 139 733.11 | |
| - 72000.00 CHELA (1579 935.00) | -250 000.00 MANSEL +5000 000.00 THEMA | +372 107.28 | | 6/17 | 317 627 505.39 | +7600- |
| - 500 000.00 SHALL (328 000.00) | -144 000.00 BLM -3050 000.00 RUBIN -1000 000.00 [illegible] | Sterling - 62017.52 +1190 000.00 | | 6/18 | 313 857 522.91 | |
| - 600 000.00 BIRCHLAKE (2704411.00) | -150 000.00 AAS -400 000.00 ENGLES -50 000.00 MARGEN +3000 000.00 EVENSTAD | +1 000 000.00 SCHWARTZ +654 891.00 | +1000 000.00 HAYMAN +1000 000.00 ZEMSKY | 6/19 | 316 608 002.91 | |
| +300 000 - BFS +600000 - BFS (9235.00) | - 75 000 - [illegible] +500 000 - L'win - 600000 - [illegible] - 27 000 000 - [illegible] - 4500000 - [illegible] - 2000 000 - BNP +5000 000 - L'win +247 830.09 | | + 300 000.00 Berman | 6/20 | 291 588 009.00 | |
| -1300 000.00 SACHS (1220 270.00) | +250 000.00 SWEIDEL +250 000.00 ONSELL -500 000.00 [illegible] + 32000.00 LAZURUS +399975 - CARLSTON +2,000000 - SLAVIN +800 000.00 LEHRER | 636 567.35 | | 6/23 | 296 536 281.35 | |
| (2000.00) AB (2981 000.00) | +2000 000.00 HEDS[illegible] -45000.00 AHEY -1000 000.00 [illegible] +298 387.58 PESNICK +250 000.00 LEDERMAN -500 000.00 [illegible] +1000 000 - SHECKMAN | +419 788.58 | INT ADJ 4/24 AS PER DON -2244 008.72 B. | 6/24 | 294 734 256.38 | [illegible] +180 [illegible] |
| -[illegible]0000.00 KOAN -4000 000.00 HUBBARD (18 112 446.43) | -2000 000.00 HESCO -1300 000.00 KAPLAN -2000 000.00 [illegible] -500 000.00 SCHIFF -1700 000.00 [illegible] -1400 000.00 [illegible] | +700 000.00 | | 6/25 | 261 351 809.95 | |
| - 10000 000.00 BRANCH (1251 557.44) | +70 000.00 [illegible] 78000.00 CADMUS +100 000.00 BERMAN +290 000.00 STEIN | +291 642.78 | +5.000 000.00 ALM-FIALLIM | 6/26 | 300 929 895.29 | |
| - 500000 - Jalon (1841 219.46) | - [illegible] - Jacobs - [illegible] - [illegible] - 1000000 - Engelers 1008 646 [illegible] - 20 000 000 - Thybo - 1600000 - Poshcourt | 1000000 - Mittleman 702955.71 | - 1200 000 - [illegible] - 1596 396.00 - Amsterdam - 90000 - [illegible] | 6/27 | | [illegible] +20000 - |
| +3 000000 - Sonnenberg Spec +50 000 000.00 BLM | +10 000000 - MAS +496 519.90 Fisher +1500000 - Kuhn +1000000 - Smith +275000 - [illegible] | +2200 000.00 Cottage | +45 000 000 - BLM SPEC | 6/27 | 375 920 404.13 | [illegible] |
| (1780 376.-) (550 000.00) NL | -3000 000.00 STERLING -500 000.00 [illegible] -725 000.00 [illegible] -12000 000.00 TREMONT -238 000.00 BNP -2000 000.00 RPP +466 00 - AHA | +1459 593.25 | +520 000.00 TURBO +3620 559.00 STERLING +16 979 975.00 M INVEST | 6/30 | 350 233 155.38 | CKS [illegible] +1000 000 +13400 |
| (250 000 000 -) [illegible] (2000) Annette (140 5040 -) NL (22 089 510.50) | - 3000 000 - Picower - 251000 - Maida - 1000000 - Klein - 30000 - [illegible] - 1900 000 - Thybo | - 100000 - Marden + 350000 - Nedhury + 1759 716 - [illegible] | + 757 898.47 - Bigos + 425 817.50 - Berman | 7/1 | | |
| +12 999 935 - Bergman SHEA +600 000 - Masoni | +75 767 - [illegible] +10 000 - [illegible] - Pitt +9500 - [illegible] - 20000 - Hitz - 1000000 - Cogan - 47500 - Lwt | +2224 945 - [illegible] +3523 956.53 Lamb[illegible] +[illegible] - Harris | -59100 BLM Spec | | 113 669 026.51 | |
| (1500) (5857350.55) | - 42000 - Wilson - 500000 - [illegible] - 1130000 - BNP +15000 - Robins - 100000 - Schaar - 1000000 - [illegible] | +100000 - Hymes +10000 - Downs[illegible] +1571 666.68 | +500000 - Turbo +180000 - [illegible] Many | 7/2 | 110 496 867.64 | |
| (2695 525.04) | - 5000000 - [illegible] - Spodden - Cow - 4624 535.92 Fedwar +100000.00 Kay +4654 555.00 Cahil +3000000.00 Ascot - 2500 - [illegible] | +155000.00 | + 1000000.00 Avalox +2000000.00 broad MKT | 7/3 | 140 041 336.68 | |
| (677000.00) (110 000.00) NL | +1800 000.00 RPPIN +2700 000.00 FRIEDMAN -150 850 - HARDEN +3715 585. [illegible] +12000 000.00 AMER MASTERS | +1913 882 [illegible] +[illegible] PASHMAN | +400 000.00 RBD +600 000.00 [illegible] OECH | 7/7 | 163 254 892.69 | CK Rt +14000 - +8000 - |