# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
- 65 cks out
+ 20 Wire In - Westwood
+ 200  "   "  - Primeo CLB
+ 500  "   "  - N Sachs
+ 1100 "   "  - Schupak
+ 2000 "   "  - Yesod
+ 3000 "   "  - BPI Multi Advisors
+ 1762 My Deposit 200H C+M 500M E+M
                  278H ARB 784 ArB
- 14200 Tony Out
- 27300 Wire Out - Bankers
- 32800  "    "  - Bk of NY
- 10000  "    "  - Credit Lyons
+ 15000 W.L. Deposit
+22937
65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  BAL 3-28
- 15 823  CKS out *
-    369  ck out - Monroe
-    175  Wire Out - Marden
-    650   "    "   - Cigna
-  1 000   "    "   - Tremont
-  1 000   "    "   - Stan (Brighton)
-  9000   Tony Out
+ 27 300  Wire In - Chem
———
- 16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1 N.C.
     "       80 mil   4-1 Picower
Wiring Out  545 M   4-5 Picower
           1.7 mil   4-1 Marden
           150 M    4-1 Marden
           100 M    4-1 Marden/Auld
           2 mil    4-1 Hadassah
           50 M    4-2 Marden
           250 M   4-2 Goodman
           1.875 M  4-3 Greenwich
           1 mil    4-4 Lagoon