# EXHIBIT 10

# EXHIBIT 10

## Handwritten Ledgers for 1/31/1991:



MADTSS00255079



MADTSS00255080

## BLMIS Customer Statements:

### Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference(s) |
|---|---|---|---|---|---|---|
| 1B0083 | AMY JOEL BURGER | 1/31/1991 | $ (6,000.00) | CW | CHECK | MF00494601 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 1/31/1991 | $ (3,000,000.00) | CW | CHECK | MF00495423-29 |
| 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 1/31/1991 | $ (260,335.00) | PW | CHECK | MF00495423-29 |
| | | Total | $ (3,266,335.00) | | | |

### Withdrawals via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates References |
|---|---|---|---|---|---|---|
| 1M0046 | THE RETIREMENT INCOME PLAN FOR EMPLOYEES OF MONROE SYSTEMS FOR BUSINESS INC | 3/1/1991 | $ (192,000.00) | CW | CHECK A/O 01/31/91 | MF00541871-72 |

# EXHIBIT 10

## Handwritten Ledgers for 1/31/1991:

MANUFACTURERS HANOVER    MY    TONY    DATE    BALANCE    COMMENTS
CHECKS OUT TRANS    WIRE    DEPOSIT    DEPOSIT
3 266,336.0) -2100 000.00    NW    E+M    500 000.00    ⊖    1/31    (4564939.36)
+ 200 000.00

MADTSS00255079

BANKERS TRUST    MY    TONY    DATE    BALANCE    COMMENT
CHECKS OUT TRANS    WIRE    DEPOSIT    DEPOSIT
192 000.00)    ⊖    KARYO    ⊖    ⊖    1/31    (92 644.58)
-175 000.00

MADTSS00255080

## BLMIS Customer Statements:

### Wire transfers

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference |
|---|---|---|---|---|---|---|
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 200,000.00 | CA | CHECK WIRE | MF00494901 |

### Wire transfers

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference |
|---|---|---|---|---|---|---|
| 1A0043 | ESTATE OF SOPHIE ASHKENAZI C/O MAURICE G KARYO | 1/31/1991 | (70,000.00) | CW | CHECK WIRE | MF00494499 |
| 1K0015 | MAURICE G KARYO | 1/31/1991 | (105,000.00) | CW | CHECK WIRE | MF00495355 |
| | | Total | $ (175,000.00) | | | |

### Deposits via check

| BLMIS Account Number | BLMIS Account Name | Transaction Date | Amount | Transaction Type | Transaction Description | Customer Statement Bates Reference |
|---|---|---|---|---|---|---|
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | $ 125,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | 100,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | 100,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | 50,000.00 | CA | CHECK | MF00494901 |
| 1E0000 | BERNARD L MADOFF E & M INTERIM ACCOUNT C/O MENDEL ENGLER | 1/31/1991 | 125,000.00 | CA | CHECK | MF00494901 |
| | | Total | $ 500,000.00 | | | |