# EXHIBIT 2

**Documents Considered**                                                                                                    **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | MDPTPP02216656 | MDPTPP02216661 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | MDPTPP02216743 | MDPTPP02216748 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | MDPTPP02216831 | MDPTPP02216836 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | MDPTPP02216956 | MDPTPP02216962 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | MDPTPP02217160 | MDPTPP02217165 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | MDPTPP02217182 | MDPTPP02217183 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | MDPTPP02217192 | MDPTPP02217194 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | MDPTPP02217212 | MDPTPP02217214 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | MDPTPP02217247 | MDPTPP02217249 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | MF00115523 | MF00115524 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MF00174516 | MF00174517 |
| 10-05079_BUELL_0000001 | 10-05079_BUELL_0000135 | MF00197641 | MF00197644 |
| 10-05079_GOBCAA_0000001 | 10-05079_GOBCAA_0000330 | MF00221890 | MF00221892 |
| 10-05079_Goodman_0000001 | 10-05079_Goodman_0001343 | MF00230829 | MF00230831 |
| 10-05079_NTC000001 | 10-05079_NTC000462 | MF00280372 | MF00280374 |
| AMF00088591 | AMF00088695 | MF00285999 | MF00286001 |
| AMF00099951 | AMF00100053 | MF00312962 | MF00312964 |
| GOODMAN-PALLADINO 000001 | GOODMAN-PALLADINO 000036 | MF00333301 | MF00333302 |
| JPM-GOODMAN2_00000001 | JPM-GOODMAN2_00000145 | MF00348959 | MF00348960 |
| JPMSAB0000569 | JPMSAB0000623 | MF00405252 | MF00405254 |
| JPMSAF0056391 | JPMSAF0056391 | MF00437065 | MF00437066 |
| JPMSAF0059418 | JPMSAF0059418 | SBCSAB0000956 | SBCSAB0000956 |
| JPMSAF0060646 | JPMSAF0060646 | SBCSAB0001379 | SBCSAB0001397 |
| JPMSAF0065314 | JPMSAF0065314 | SBCSAB0002028 | |
| JPMSAF0071903 | JPMSAF0071903 | SBCSAB0003021 | SBCSAB0003021 |
| JPMSAI0001065 | JPMSAI0001065 | SBCSAB0003494 | SBCSAB0003513 |
| JPMSAI0003277 | JPMSAI0003277 | SBCSAB0013600 | SBCSAB0013615 |
| JPMSAI0003279 | JPMSAI0003279 | SBCSAB0017102 | SBCSAB0017121 |
| MADWAA00048222 | MADWAA00048223 | SBCSAB0017521 | SBCSAB0017521 |
| MADWAA00085853 | MADWAA00085942 | SBCSAB0020409 | SBCSAB0020424 |
| MADWAA00264090 | MADWAA00264091 | SBCSAB0020652 | |
| MADWAA00267948 | MADWAA00267949 | SBCSAB0020996 | |
| MADWAA00280476 | MADWAA00280477 | SBCSAB0021157 | |
| MADWAA00297178 | MADWAA00297179 | SBCSAB0021158 | |
| MADWAA00379770 | MADWAA00379771 | SBCSAB0021333 | SBCSAB0021350 |
| MDPTPP02216332 | MDPTPP02216336 | SBCSAB0021575 | |
| MDPTPP02216353 | MDPTPP02216356 | SBCSAB0022258 | SBCSAB0022275 |
| MDPTPP02216375 | MDPTPP02216380 | SBCSAB0022665 | |
| MDPTPP02216394 | MDPTPP02216398 | SBCSAB0023650 | |
| MDPTPP02216401 | MDPTPP02216405 | SBCSAB0023827 | |
| MDPTPP02216414 | MDPTPP02216418 | SBCSAB0024286 | |
| MDPTPP02216435 | MDPTPP02216441 | SBCSAB0024872 | |
| MDPTPP02216455 | MDPTPP02216458 | SBCSAB0025009 | SBCSAB0025022 |
| MDPTPP02216471 | MDPTPP02216474 | SBCSAB0025633 | |
| MDPTPP02216488 | MDPTPP02216492 | SBCSAB0025769 | SBCSAB0025783 |
| MDPTPP02216507 | MDPTPP02216510 | SBCSAC0019606 | SBCSAC0019608 |
| MDPTPP02216527 | MDPTPP02216531 | SBCSAC0019675 | SBCSAC0019676 |
| MDPTPP02216547 | MDPTPP02216551 | SBCSAC0021379 | SBCSAC0021387 |
| MDPTPP02216565 | MDPTPP02216570 | SBCSAC0042143 | SBCSAC0042157 |

**Documents Considered**                                                                                                                    **EXHIBIT 2**

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents
    and Interrogatories to the Trustee [Omnibus]
Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents
    to the Trustee [Omnibus]
Plaintiff's Initial Disclosures
Plaintiff's Amended Initial Disclosures
Initial Disclosures [of defendants Estate of James M. Goodman and Audrey Goodman, individually and in her capacity
    as Personal Representative of the Estate of James M. Goodman]
Responses and Objections of Defendant Audrey Goodman to Trustee's First Set of Interrogatories
Responses and Objections of Defendant Audrey Goodman to Trustee's First Request for Production of Documents
Responses and Objections of Defendant Audrey Goodman, as Personal Representative of the Estate of James M. Goodman
    to Trustee's First Request for Production of Documents
Responses and Objections of Defendant Audrey Goodman as Personal Representative of the Estate of James M. Goodman
    to Trustee's First Set of Interrogatories
Amended Responses and Objections of Defendant Audrey Goodman to Trustee's First Set of Interrogatories
Amended Responses and Objections of Defendant Audrey Goodman to Trustee's First Request for Production of Documents
Amended Responses and Objections of Defendant Audrey Goodman as Personal Representative of the Estate of James M. Goodman
    to Trustee's First Set of Interrogatories
Amended Responses and Objections of Defendant Audrey Goodman, as Personal Representative of the Estate of James M. Goodman
    to Trustee's First Request for Production of Documents
Declaration of Jennifer Palladino, Enrolled Agent
Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017
Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019
Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019
Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019
Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019
Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019
Transcript of and Exhibits to Deposition of Bruce Goodman for Adv. No. 10-05079 (SMB), dated October 18, 2016