# EXHIBIT 3

**EXHIBIT 3**

**List of All Cash Transactions in the Goodman Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 565874 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 6/30/1993 | 500,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 570642 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/20/1993 | 400,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 570643 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/20/1993 | 400,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 572104 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/1/1993 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 567490 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/3/1994 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 565745 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/4/1994 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 558938 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1994 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 570590 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/3/1994 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 561921 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/3/1995 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 560245 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/3/1995 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 564443 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/3/1995 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 564159 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/25/1995 | 400,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 564444 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/25/1995 | 200,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 558410 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/2/1995 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 16571 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1996 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088680 | n/a |
| 265763 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1996 | (125,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088674 AMF00088676 | n/a |
| 293594 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1996 | (125,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088674 AMF00088676 | n/a |
| 149761 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1996 | (125,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00088674 AMF00088676 | n/a |
| 18491 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/19/1996 | 300,000 | CA | CHECK | n/a | **Yes** | n/a | AMF00088675 | n/a |
| 295901 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/19/1996 | 600,000 | CA | CHECK | n/a | **Yes** | n/a | AMF00088675 | n/a |
| 39457 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1997 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 255758 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1997 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |

**EXHIBIT 3**

**List of All Cash Transactions in the Goodman Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer File | Documents Produced to the Trustee | | |
| 206187 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1997 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 214132 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1997 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 296281 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1998 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 292641 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1998 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 186929 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1998 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 302136 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1998 | (150,000) | CW | CHECK | n/a | n/a | n/a | n/a | n/a |
| 273584 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/4/1999 | (150,000) | CW | CHECK | Yes | n/a | n/a | n/a | n/a |
| 190733 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 5/9/2000 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00088667 | SBCSAB0024286[5] |
| 201133 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 8/10/2001 | 100,000 | CA | CHECK | Yes | n/a | Yes | n/a | SBCSAB0024872[5] |
| 265329 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/15/2002 | 100,000 | CA | CHECK | Yes | n/a | Yes | n/a | SBCSAB0025633[5] |
| 202771 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/26/2007 | (125,000) | CW | CHECK | Yes | Yes | n/a | AMF00088658 | n/a |
| 280011 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 8/24/2007 | (500,000) | CW | CHECK | Yes | Yes | n/a | AMF00088656 | n/a |
| 249261 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/2007 | (100,000) | CW | CHECK | Yes | Yes | Yes | AMF00088597 | 10-05079_Goodman_0000256 |
| 950 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 3/24/2008 | (750,000) | CW | CHECK | Yes | Yes | Yes | AMF00088596 | 10-05079_BUELL_0000078 |
| 234787 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/14/2008 | (500,000) | CW | CHECK | Yes | Yes | Yes | AMF00088594 | 10-05079_Goodman_0001337-39 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The *"n/a"* designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced documents are electronic spreadsheets containing several tabs. The tabs that I used in my reconciliation analysis are titled "Sheet7" or "Reconcil."