# EXHIBIT 4

1140 Avenue of the Americas
New York, NY 10036
(212) 763-3572 (V)
(212) 944-4750 (F)

# Murray Hill Properties

# FACSIMILE

**To:** Eric Lipkin/ERIN   **From:** Bruce L. Goodman
**Company:** Madoff Securities
**Fax:**                        **Pages:** 1
**Phone:** (212) 763-3572    **Date:** 10/10/08
**Re:** ACCOUNT 1-EM-068-3-0   **CC:**

**Comments:**

Dear Eric:

Hope that all is well with you and your family.

Please be kind enough to withdraw a check in the amount of $500,000.00 from Audrey/James M. Goodman's Acct. I am available on Monday, October 13th to pick up this check when it is ready. Have a nice weekend.

Thank you,
James M. Goodman

10/14

This telefax is intended only for use of the individual or entity to which is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, please notify us immediately by telephone and return the original message to us by mail.