# EXHIBIT 6

**Reconciliation and Tracing Results - Goodman Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 565874 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 6/30/1993 | 500,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 570642 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/20/1993 | 400,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 570643 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/20/1993 | 400,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 572104 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/1/1993 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 567490 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/3/1994 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 565745 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/4/1994 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 558938 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1994 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 570590 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/3/1994 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 561921 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/3/1995 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 560245 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/3/1995 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 564443 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/3/1995 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 564159 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/25/1995 | 400,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 564444 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/25/1995 | 200,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 558410 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/2/1995 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 16571 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1996 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 265763 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1996 | (125,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 293594 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1996 | (125,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 149761 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1996 | (125,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 18491 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/19/1996 | 300,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 295901 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/19/1996 | 600,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 39457 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1997 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 255758 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1997 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 206187 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1997 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |

*BLMIS Bank Account Data*

**Reconciliation and Tracing Results - Goodman Account**

| | | | | | | | | | | BLMIS Bank Account Data | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check / Deposit Slip Bates Reference(s) | 703 ID[2] | Multiple ID[2] |
| 214132 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1997 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 296281 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1998 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 292641 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1998 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 186929 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1998 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 302136 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1998 | (150,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | | |
| 273584 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/4/1999 | (150,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 88700 | MADWAA00379770-71 | | |
| 190733 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 5/9/2000 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 108228 | MADWAA00048222-23 | | |
| 201133 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 8/10/2001 | 100,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | | JPMSAI0001065 | 12744 | 6611 |
| 265329 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/15/2002 | 100,000 | CA | CHECK | Deposit | Check | Yes | 703 Account | 6075 | JPMSAI0003277 JPMSAI0003279 | 18948 | 9384 |
| 202771 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/26/2007 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 185118 | JPMSAF0056391 MADWAA00267948-49 | | |
| 280011 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 8/24/2007 | (500,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188342 | JPMSAF0059418 MADWAA00280476-77 | | |
| 249261 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 189610 | JPMSAF0060646 MADWAA00264090-91 | | |
| 950 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 3/24/2008 | (750,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194440 | JPMSAF0065314 MADWAA00297178-79 | | |
| 234787 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/14/2008 | (500,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201238 | JPMSAF0071903 | | |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

**Reconciliation and Tracing Results - Goodman Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | *Tracing Results - per BLMIS Bank Records* ||| *Tracing Results - per Defendants' Bank Records* |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 565874 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 6/30/1993 | 500,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 570642 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/20/1993 | 400,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 570643 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/20/1993 | 400,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 572104 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/1/1993 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 567490 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/3/1994 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 565745 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/4/1994 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 558938 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1994 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 570590 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/3/1994 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 561921 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/3/1995 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 560245 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/3/1995 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 564443 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/3/1995 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 564159 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/25/1995 | 400,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 564444 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/25/1995 | 200,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 558410 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/2/1995 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 16571 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1996 | (100,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 265763 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1996 | (125,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 293594 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1996 | (125,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 149761 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1996 | (125,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 18491 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/19/1996 | 300,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 295901 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 11/19/1996 | 600,000 | CA | CHECK | n/a - deposit | | | n/a - deposit | | | | |
| 39457 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1997 | (150,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 255758 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1997 | (150,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |
| 206187 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1997 | (150,000) | CW | CHECK | n/a - prior to Two Year Period | | | n/a - prior to Two Year Period | | | | |

**Reconciliation and Tracing Results - Goodman Account**

| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendants' Bank Records* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 214132 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1997 | (150,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 296281 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/2/1998 | (150,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 292641 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/1/1998 | (150,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 186929 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 7/1/1998 | (150,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 302136 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/1998 | (150,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 273584 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 1/4/1999 | (150,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 190733 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 5/9/2000 | (100,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 201133 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 8/10/2001 | 100,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 265329 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/15/2002 | 100,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 202771 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 4/26/2007 | (125,000) | CW | CHECK | Northern Trust FSB | xxxxxx2429 | James M. Goodman | *n/a - records unavailable* | | | | |
| 280011 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 8/24/2007 | (500,000) | CW | CHECK | Northern Trust FSB | xxxxxx2429 | James M. Goodman | *n/a - records unavailable* | | | | |
| 249261 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/1/2007 | (100,000) | CW | CHECK | Northern Trust FSB | xxxxxx2429 | James M. Goodman | *n/a - records unavailable* | | | | |
| 950 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 3/24/2008 | (750,000) | CW | CHECK | Northern Trust FSB | xxxxxx2429 | James M. Goodman Audrey M. Goodman | *n/a - records unavailable* | | | | |
| 234787 | 1EM068 | JAMES M GOODMAN & AUDREY M GOODMAN T/I/C | 10/14/2008 | (500,000) | CW | CHECK | Northern Trust FSB | xxxxxx2429 | James M. Goodman | 10/14/2008 | 500,000 | xxxxxx2429 | James M Goodman Audrey M Goodman Bruce L Goodman | 10-05079_NTC000035-42 *at* 38 10-05079_NTC000423 *See also* 10-05079_Goodman_0001337-39 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.