# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                                  12/31/06         1
[Redacted]
[Redacted]
[Redacted]                                                1-H0024-3-0    [Redacted]


                              BALANCE FORWARD                            507,780.46
12/01                         INTEL CORP                    DIV                           1,789.20
                              DIV 11/07/06 12/01/06
12/01                         WELLS FARGO & CO NEW          DIV                           2,892.96
                              DIV 11/03/06 12/01/06
12/05                         PFIZER INC                    DIV                           5,443.20
                              DIV 11/10/06 12/05/06
12/11                         CHEVRON CORP                  DIV                           3,538.08
                              DIV 11/17/06 12/11/06
12/11                         EXXON MOBIL CORP              DIV                           5,886.72
                              DIV 11/13/06 12/11/06
12/11                         INTERNATIONAL BUSINESS MACHS  DIV                           1,436.40
                              DIV 11/10/06 12/09/06
12/11                         UNITED TECHNOLOGIES CORP      DIV                             801.36
                              DIV 11/17/06 12/10/06
12/12                         JOHNSON & JOHNSON             DIV                           3,402.00
                              DIV 11/28/06 12/12/06
12/14                         HOME DEPOT INC                DIV                           1,417.50
                              DIV 11/30/06 12/14/06
12/14                         MICROSOFT CORP                DIV                           2,671.20
                              DIV 11/16/06 12/14/06
12/15                         AMERICAN INTL GROUP INC       DIV                           1,330.56
                              DIV 12/01/06 12/15/06
12/15                         COCA COLA CO                  DIV                           1,953.00
                              DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

MDPTPP03456817

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0     [Redacted]




12/15                             TIME WARNER INC               DIV                    693.00
                                  DIV 11/30/06 12/15/06
12/15                             WACHOVIA CORP NEW             DIV                  3,386.88
                                  DIV 11/30/06 12/15/06
12/21          15,372  1842       CITI GROUP INC               54.580               838,389.76
12/21           3,528  3842       SCHLUMBERGER LTD             67                   236,235.00
12/21           6,300  6092       COMCAST CORP                 43.140               271,530.00
                                  CL A
12/21          12,096  8092       AT&T INC                     35.810               432,674.76
12/21          19,152 10342       CISCO SYSTEMS INC            27.730               530,318.96
12/21          12,600 12342       TIME WARNER INC              21.710               273,042.00
12/21           6,804 14592       CHEVRON CORP                 75.110               510,776.44
12/21           3,276 16592       UNITED PARCEL SVC INC        76.630               250,908.88
                                  CLASS B
12/21          32,004 18842       GENERAL ELECTRIC CO          37.630             1,203,030.52
12/21           3,024 20806       UNITED TECHNOLOGIES CORP     62.410               188,607.84
12/21           1,260 23092       GOLDMAN SACHS GROUP INC     201.700               254,092.00
12/21           6,048 25024       WACHOVIA CORP NEW            57.430               347,095.64
12/21           6,300 27342       HOME DEPOT INC               40.080               252,252.00
12/21          10,332 29274       WELLS FARGO & CO NEW         35.750               368,956.00
12/21           8,568 31592       HEWLETT PACKARD CO           40.020               342,549.36
12/21           7,560 33524       WAL-MART STORES INC          46.640               352,296.40
12/21           4,788 35842       INTERNATIONAL BUSINESS MACHS 95.800               458,499.40
12/21          18,396 37774       EXXON MOBIL CORP             76.800             1,412,077.80
12/21          17,892 40092       INTEL CORP                   21.100               376,806.20
```

CONTINUED ON PAGE    3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                               12/31/06            3
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0       [Redacted]



12/21                     9,072 44342   JOHNSON & JOHNSON         66.780                        605,466.16
12/21                    10,584 48591   J.P. MORGAN CHASE & CO    48.410                        511,948.44
12/21                     6,300 52841   COCA COLA CO              48.990                        308,385.00
12/21                     2,772 57091   MERRILL LYNCH & CO INC    91.960                        254,803.12
12/21                     6,552 61341   ALTRIA GROUP INC          85.910                        562,620.32
12/21                     6,804 65591   MERCK & CO                44                             299,104.00
12/21                     3,276 69841   MORGAN STANLEY            80.620                        263,980.12
12/21                    26,712 74091   MICROSOFT CORP            30.110                        803,230.32
12/21                     4,788 80642   ABBOTT LABORATORIES       48.170                        230,446.96
12/21                     8,064 84881   AMERICAN INTL GROUP INC   72.790                        586,656.56
12/21                    12,600 86841   ORACLE CORPORATION        18.050                        226,926.00
12/21                     3,528 89131   AMGEN INC                 70.630                        249,041.64
12/21                     5,040 91091   PEPSICO INC               63.210                        318,377.40
12/21                     3,780 93359   AMERICAN EXPRESS COMPANY  62.270                        235,229.60
12/21                    22,680 95341   PFIZER INC                25.870                        585,824.60
12/21                    14,112 97591   BANK OF AMERICA           53.690                        757,109.28
12/21                     9,828 99591   PROCTER & GAMBLE CO       64.120                        629,778.36
12/21  16,250,000               42168   U S TREASURY BILL         99.063   16,097,737.50
                                        DUE 3/01/2007
                                              3/01/2007
12/21      15,617               46409   FIDELITY SPARTAN          1            15,617.00
                                        U S TREASURY MONEY MARKET
12/22                                   BANK OF AMERICA           DIV                             7,902.72
                                        DIV 12/01/06 12/22/06
12/29                                   FIDELITY SPARTAN          DIV                               110.86
                                        U S TREASURY MONEY MARKET
                                        DIV 12/29/06

                                        CONTINUED ON PAGE    4
```

```
[Redacted]
[Redacted]
[Redacted]                                                                        12/31/06           4
[Redacted]
[Redacted]
[Redacted]                                                       1-H0024-3-0       [Redacted]


12/29                               TRANS FROM 40 ACCT           JRNL                         292,069.00

12/29   8,375,000            2281  U S TREASURY BILL             98.682       8,264,617.50
                                   DUE 4/5/2007
                                        4/05/2007
12/29      10,001            6854  FIDELITY SPARTAN               1             10,001.00
                                   U S TREASURY MONEY MARKET
12/29                41,231 83587  FIDELITY SPARTAN               1                            41,231.00
                                   U S TREASURY MONEY MARKET
12/29            16,600,000 88904  U S TREASURY BILL             99.166                    16,461,556.00
                                   DUE 3/01/2007
                                        3/01/2007
12/29   8,375,000           97809  U S TREASURY BILL             98.780       8,272,825.00
                                   DUE 3/29/2007
                                        3/29/2007
                                   NEW BALANCE                                                       .02

                                   SECURITY POSITIONS        MKT PRICE
           10,001                  FIDELITY SPARTAN               1
                                   U S TREASURY MONEY MARKET
        8,375,000                  U S TREASURY BILL             98.780
                                   DUE 3/29/2007
                                        3/29/2007
        8,375,000                  U S TREASURY BILL             98.682
                                   DUE 4/5/2007
                                        4/05/2007
                                   MARKET VALUE OF SECURITIES
                                        LONG              SHORT
                                   16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                                          12/31/06         5
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0    [Redacted]



                              YEAR-TO-DATE SUMMARY

                   DIVIDENDS                                              285,425.85
                   GROSS PROCEEDS FROM SALES                          141,072,172.20
```