# EXHIBIT 9

```
            0· *

    63,864·42 +
        13·99 +
    63,878·41 *

    63,878·41 ÷
       83·875 =
       761·59 *

       83·875 ×
         761· =
    63,828·88 +I
    63,828·88 ×
        0·025 =
     1,595·72 *

     1,595·72 ÷
           4· ×
           8· =
     3,191·44 *

     3,191·44 +I
         761· ×
         2·25 =
     1,712·25 *

     1,712·25 ×
      0·03125 =
        53·51 +I
    67,073·83 ◇I
    67,073·83 ÷
     1,712·25 =
        39·17 *

        39·25 ×
     1,712·25 =
    67,205·81 -I
      131·98-*I

      131·98-÷
        0·125 =
    1,055·84-*

     1,712·00 +
     1,052·00 -
       660·00 *
```

I + C Lipkin 56 180.81 80

| | | | | |
|---|---|---|---|---|
| 1/21 Res Oil 2107.13 | 56 172.00 | 58 279.13 | 6 2 1/2 3/10 INA | ~~8.81~~ |
| 3/13 INA | 58 268.25 | 61,181.80 | 8 2 1/2 5/8 Heinz | ~~19.69~~ |
| 5/8 Heinz 2676.92 | 61 187.50 | 63 864.42 | 7 2 1/2 7/1 Aetna | ~~13.99~~ |
| 6/30 Aetna 3191.88 | 63 828.88 | 67 020.76 | 8 2 1/2 9/1 Amax | ~~49.53~~ |
| 9/5 Amax 3350.40 | 67 008– | 70 358.40 | 8 2 1/2 10/30 Rockwell | ~~62.29~~ |
| 10/30 Rockwell 3520.66 | 70 404.75 | 73 925.41 | 8 2 1/2 12/31 Tomlinson | 15.94 |
| 12/31 Check | 10 000– | | " | |
| Check (R) | | 5000– | " | |

68 941.35


ICE - Aetna Life
+ Casualty 2 P/L
761 @ 83⅞ =
63828.88
1052 39⅛ 41159.50
32.88
41126.62
660 39¼ = 25905-
20.63
25884.37
1 = 9.77
6/23 B
6/25 S
67020.76
8 - 2½
1712.25
9/1
3191.88

0· *

61,201·49 ÷
27·5 =
2,225·51 *

27·5 ×
2,225· =
61,187·50 +I
61,187·50 ×
0·025 =
1,529·69 *

1,529·69 ÷
4· ×
7· =
2,676·96 *

2,676·96 +I
2,225· ×
0·75 =
1,668·75 *

1,668·75 ×
0·03125 =
52·15 +I
63,916·61 ◊I
63,916·61 ÷
1,668·75 =
38·30 *

38·375 ×
1,668·75 =
64,038·28 -I
121·67-*I

121·67-÷
0·125 =
973·36-*

1,668·00 +
973·00 -
695·00 *



# Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES: TR | CODES: CAP | CODES: SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/80 | 5/5/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SED | 2225 | | HEINZ 1.70 CONV PFD | 61187.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE



MADF

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 973 | | HEINZ | 37186.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/4 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE



MADF

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/30/80 | 5/7/80 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

REDACTED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 695 | | HEINZ | 26648.91 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 3/8 | 26670.63 | | 21.72 | | | |

MEMBERS
NASD NSCC SIAC DTC SIPC

COMPARISON DUPLICATE



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES HEINZ 28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

ICE – Heing

2225 27½ 61.187.50

973 38¼ 37 217.25
30 41
37186.84

695 38 3/8 = 26670.63
21.72
26648.91

7 = 28,67

REDACTED

IN ACCOUNT WITH

MADF

# Bernard L. Madoff

INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/80 | |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 121 | 1208 | | | RESERVE OIL& GAS | | | |
| | | | | $1.75 PFD | 46 1/2 | 56,172.00 | |
| 122 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| [illegible] | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| [illegible] | | F | | RESERVE OIL & GAS COM | | | 16.48 |
| [illegible] | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| [illegible] | | 1330 | | INA CORP | 30 | | 39,858.44 |
| [illegible] | | F | | INA CORP | | | 14.92 |
| [illegible] | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| [illegible] | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 507 | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| 507 | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 507 | | F | | HEINZ COM | | | 26.67 |
| 630 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 702 | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.62 |
| 702 | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| 702 | | F | | AETNA LIFE COM. | | | 9.77 |
| 903 | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| 903 | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 903 | | F | | AMAX INC. | | | 21.24 |
| 903 | 1047 | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| 1028 | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| 1028 | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| 1028 | | F | | ROCKWELL INTL | | | 10.23 |
| 1030 | 2407 | | | ROCKWELL INTL $1.30 PFD | 29 1/4 | 70,404.75 | |
| 1231 | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | | 5,000.00 |
| | | | | Balance | | | 68,941.35 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

HJ Hering 7.70 3rd [illegible]

| | |
|---|---|
| | 1P = .75 C |
| 4/9/79 - 5/18 D | 1P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/2/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/ /84~~ - 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |