# EXHIBIT 21

## Excerpt from DTCABAL data file



## Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
                    F O R M   F L A S H   D E F I N I T I O N
                         BOX DEFINITIONS - Page 1-1
 Left      Right                                   Fill              Spacing
 Edge      Edge      Top    Bottom   Width  Density Density  Number  Horiz   Vert
 4         10        5      10       1      1       0        0       0       0


F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
     F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
                    DATA MAPPER - Variable Text Locations
                         DTCS
                                Millimeters
                              From From  Right
 Ref       Definition     Page Top  Left  Edge   Lines    Equation
  1  L1 Dont Print         1   5    5     100    1    NP
  2  Header Line 1         1   14.2 5.4   270    1    A3502070/1/8/12 TRIM2/135
  3  Header Line 2-3       1   17.38 5.4  270    2    A3502070/1/8/12 TRIM2/135
  4  Macro Calls           1   23.73 4    206    56   TRIM1/5
  5  Data                  1   23.73 8    206    56   COPYR4 TRIM7/67
  6                                                   A3502070/1/8/12
  7  L61                   1   5    5     100    1    PG
  8
  9
 10
 11
 12
 13
 14
 15

F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
    F10=Copy Ref ___ through ___ to Ref ___ and Step Top ___ Step Left ___
    F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```