# Exhibit 6


Exhibit 6 – Example of a Portfolio Management Transaction Report (PMT Report) from Microfilm