# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Goodman Account

|  | 1E0003 | Goodman Account<br>1EM068 |
|---|---:|---:|
| **INFLOWS** | | |
| Cash Deposits | $7,336,618 | $3,000,000 |
| Transfers of Principal (In) | 8,704,284 | 1,270,000[a] |
| **Principal Available** | **$16,040,902** | **$4,270,000** |
| **OUTFLOWS** | | |
| Cash Withdrawals | ($2,048,743) | ($4,800,000) |
| Transfers of Principal (Out) | (13,913,000)[a] | (1,445,000)[b] |
| **Total Outflows** | **($15,961,743)** | **($6,245,000)** |
| **Total** | **$79,159** | **($1,975,000)** |

[a] The $13,913,000 was transferred from BLMIS Account 1E0003 into other BLMIS accounts; one of those transfers was an inter-account transfer of principal in the amount of $1,270,000 into the Goodman Account. (*See* **Exhibits 4A** and **4B**.)

[b] The $1,445,000 of principal was transferred from the Goodman Account into BLMIS Account 1EM357. (*See* **Exhibit 4B**.)