# Exhibit 4A

BLMIS ACCOUNT NO. 1E0003 (FORMERLY 100514) - BERNARD L MADOFF E & M ACCT #3 C/O MENDEL ENGLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 9/20/1988 | CHECK | 100,000 | 100,000 | - | - | - | 100,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 100,000 | 100,000 | - | - | - | 200,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 200,000 | 200,000 | - | - | - | 400,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 85,000 | 85,000 | - | - | - | 485,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 100,000 | 100,000 | - | - | - | 585,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 200,000 | 200,000 | - | - | - | 785,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 100,000 | 100,000 | - | - | - | 885,000 | - | MF00531243 | MF00531243 |
| 9/20/1988 | CHECK | 100,000 | 100,000 | - | - | - | 985,000 | - | MF00531243 | MF00531243 |
| 9/30/1988 | TRANSFER FROM 10051230 (1E0000) | 100,000 [1] | - | - | 99,540 | - | 1,084,540 | - | MF00531243 | MF00531243 |
| 11/30/1988 | CHECK | 100,000 | 100,000 | - | - | - | 1,184,540 | - | MF00528926 | MF00528926 |
| 2/1/1989 | TRANS FROM E & M INTERIM (1E0000) | 50,000 | - | - | 50,000 | - | 1,234,540 | - | MF00041385 | MF00041385 |
| 8/1/1989 | CHECK | 300,000 | 300,000 | - | - | - | 1,534,540 | - | MF00048466 | MF00048466 |
| 9/1/1989 | TRANS FROM INTERIM (1E0000) | 10,034 [1] | - | - | 10,023 | - | 1,544,563 | - | MF00049783 | MF00049783 |
| 9/1/1989 | TRANS FROM INTERIM (1E0000) | 100,023 [1] | - | - | 99,906 | - | 1,644,468 | - | MF00049783 | MF00049783 |
| 9/30/1989 | TRANS FROM INTERIM 09/01/89 (1E0000) | 100,092 [1] | - | - | 99,974 | - | 1,744,443 | - | MF00049783 | MF00049783 |
| 12/1/1989 | CHECK | (20,000) | - | (20,000) | - | - | 1,724,443 | - | MF00053030 | MF00053030 |
| 12/1/1989 | TRANS FROM E & M INTERIM (1E0000) | 10,024 | - | - | 10,024 | - | 1,734,467 | - | MF00053030 | MF00053030 |
| 1/2/1990 | TRANS FROM INTERIM (1E0000) | 100,238 [1] | - | - | 100,070 | - | 1,834,537 | - | MF00022028 | MF00022028 |
| 2/1/1990 | CHECK | 100,000 | 100,000 | - | - | - | 1,934,537 | - | MF00023352 | MF00023352 |
| 2/1/1990 | TRANS FROM INTERIM A/C (1E0000) | 300,526 [1] | - | - | 300,017 | - | 2,234,554 | - | MF00023352 | MF00023352 |
| 2/1/1990 | TRANS FROM INTERIM A/C (1E0000) | 200,395 [1] | - | - | 200,055 | - | 2,434,609 | - | MF00023352 | MF00023352 |
| 2/1/1990 | TRANS FROM INTERIM A/C (1E0000) | 100,329 [1] | - | - | 100,159 | - | 2,534,768 | - | MF00023352 | MF00023352 |
| 2/1/1990 | TRANS FROM INTERIM A/C (1E0000) | 100,197 [1] | - | - | 100,028 | - | 2,634,796 | - | MF00023352 | MF00023352 |
| 2/1/1990 | TRANS FROM INTERIM A/C (1E0000) | 100,460 [1] | - | - | 100,290 | - | 2,735,086 | - | MF00023352 | MF00023352 |
| 2/28/1990 | TRANS FROM E & M INTERIM (1E0000) | 42,437 [1] | - | - | 42,336 | - | 2,777,422 | - | MF00023352 | MF00023352 |
| 4/2/1990 | TRANS FROM E & M INTERIM (1E0000) | 42,262 [1] | - | - | 42,147 | - | 2,819,569 | - | MF00031314 | MF00031314 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 30,120 [1] | - | - | 30,066 | - | 2,849,634 | - | MF00037592 | MF00037592 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 100,232 [1] | - | - | 100,050 | - | 2,949,685 | - | MF00037592 | MF00037592 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 250,580 [1] | - | - | 250,126 | - | 3,199,810 | - | MF00037592 | MF00037592 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 300,063 [1] | - | - | 299,519 | - | 3,499,329 | - | MF00037592 | MF00037592 |
| 5/1/1990 | TRANS FROM INTERIM (1E0000) | 200,378 [1] | - | - | 200,014 | - | 3,699,344 | - | MF00037592 | MF00037592 |
| 6/1/1990 | CHECK | 100,000 | 100,000 | - | - | - | 3,799,344 | - | MF00038939 | MF00038940 |
| 6/1/1990 | TRANS FROM INTERIM ACCT (1E0000) | 100,192 [1] | - | - | 100,043 | - | 3,899,386 | - | MF00038939 | MF00038940 |
| 6/1/1990 | TRANS FROM INTERIM ACCT (1E0000) | 100,043 [1] | - | - | 99,893 | - | 3,999,280 | - | MF00038939 | MF00038940 |
| 7/2/1990 | CHECK | 100,000 | 100,000 | - | - | - | 4,099,280 | - | MF00034493 | MF00034493 |
| 7/2/1990 | CHECK | 42,206 | 42,206 | - | - | - | 4,141,486 | - | MF00034493 | MF00034493 |
| 8/1/1990 | TRANS FROM E & M INTERIM (1E0000) | 200,090 [1] | - | - | 199,999 | - | 4,341,485 | - | MF00036004 | MF00036005 |
| 9/4/1990 | CHECK | 100,000 | 100,000 | - | - | - | 4,441,485 | - | MF00026596 | MF00026597 |
| 9/4/1990 | CHECK | 100,000 | 100,000 | - | - | - | 4,541,485 | - | MF00026596 | MF00026597 |
| 9/4/1990 | CHECK | 200,000 | 200,000 | - | - | - | 4,741,485 | - | MF00026596 | MF00026597 |
| 10/1/1990 | CHECK | 42,206 | 42,206 | - | - | - | 4,783,691 | - | MF00028219 | MF00028220 |
| 10/1/1990 | CHECK | 250,000 | 250,000 | - | - | - | 5,033,691 | - | MF00028219 | MF00028220 |
| 10/1/1990 | CHECK | (5,000) | - | (5,000) | - | - | 5,028,691 | - | MF00028219 | MF00028220 |
| 10/1/1990 | CHECK | (2,500) | - | (2,500) | - | - | 5,026,191 | - | MF00028219 | MF00028220 |
| 10/1/1990 | TRANS FROM E & M INTERIM (1E0000) | 50,031 [1] | - | - | 49,965 | - | 5,076,155 | - | MF00028219 | MF00028220 |
| 12/3/1990 | TRANS FROM INTERIM (1E0000) | 30,109 | - | - | 30,109 | - | 5,106,264 | - | MF00024786 | MF00024786 |
| 1/2/1991 | CHECK | (2,500) | - | (2,500) | - | - | 5,103,764 | - | MF00494903 | MF00494904 |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,115 [1] | - | - | 76,869 | - | 5,180,633 | - | MF00494903 | MF00494904 |
| 1/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,212 [1] | - | - | 76,943 | - | 5,257,575 | - | MF00494903 | MF00494904 |
| 1/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,541 [1] | - | - | 77,195 | - | 5,334,771 | - | MF00494903 | MF00494904 |
| 1/4/1991 | CHECK | 45,000 | 45,000 | - | - | - | 5,379,771 | - | MF00494903 | MF00494904 |
| 2/1/1991 | CHECK | 300,000 | 300,000 | - | - | - | 5,679,771 | - | MF00493084 | MF00493085 |
| 2/1/1991 | TRANS FROM INTERIM (1E0000) | 125,023 [1] | - | - | 124,967 | - | 5,804,738 | - | MF00493084 | MF00493085 |
| 2/1/1991 | TRANS FROM INTERIM (1E0000) | 125,023 [1] | - | - | 124,967 | - | 5,929,704 | - | MF00493084 | MF00493085 |
| 2/1/1991 | TRANS FROM INTERIM (1E0000) | 100,019 [1] | - | - | 99,973 | - | 6,029,678 | - | MF00493084 | MF00493085 |
| 2/4/1991 | CHECK | 42,206 | 42,206 | - | - | - | 6,071,884 | - | MF00493084 | MF00493085 |
| 2/5/1991 | CHECK | 50,000 | 50,000 | - | - | - | 6,121,884 | - | MF00493084 | MF00493085 |
| 3/1/1991 | CHECK WIRE | 540,000 | 540,000 | - | - | - | 6,661,884 | - | MF00541286 | MF00541287 |
| 3/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 6,761,884 | - | MF00541286 | MF00541287 |
| 3/5/1991 | CHECK | (108,310) | - | (108,310) | - | - | 6,653,573 | - | MF00541286 | MF00541287 |
| 3/5/1991 | CHECK | (115,586) | - | (115,586) | - | - | 6,537,988 | - | MF00541286 | MF00541287 |
| 3/5/1991 | CHECK | (112,958) | - | (112,958) | - | - | 6,425,030 | - | MF00541286 | MF00541287 |
| 4/1/1991 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 6,525,030 | - | MF00489218 | MF00489219 |
| 4/1/1991 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 6,625,030 | - | MF00489218 | MF00489219 |
| 4/1/1991 | CHECK | (2,500) | - | (2,500) | - | - | 6,622,530 | - | MF00489218 | MF00489219 |
| 4/1/1991 | TRANS FROM INTERIM (1E0000) | 150,356 [1] | - | - | 149,929 | - | 6,772,459 | - | MF00489218 | MF00489219 |
| 4/1/1991 | TRANS FROM INTERIM (1E0000) | 17,060 [1] | - | - | 17,012 | - | 6,789,471 | - | MF00489218 | MF00489219 |
| 4/1/1991 | TRANS FROM INTERIM (1E0000) | 401,422 [1] | - | - | 400,283 | - | 7,189,754 | - | MF00489218 | MF00489219 |
| 4/9/1991 | CHECK | (25,128) | - | (25,128) | - | - | 7,164,626 | - | MF00489218 | MF00489219 |
| 4/9/1991 | CHECK | (100,000) | - | (100,000) | - | - | 7,064,626 | - | MF00489218 | MF00489219 |
| 5/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 7,164,626 | - | MF00487417 | MF00487418 |
| 5/1/1991 | CHECK | 155,000 | 155,000 | - | - | - | 7,319,626 | - | MF00487417 | MF00487418 |
| 5/1/1991 | CHECK | 125,000 | 125,000 | - | - | - | 7,444,626 | - | MF00487417 | MF00487418 |
| 5/1/1991 | CHECK | 45,000 | 45,000 | - | - | - | 7,489,626 | - | MF00487417 | MF00487418 |
| 5/1/1991 | CHECK | 125,000 | 125,000 | - | - | - | 7,614,626 | - | MF00487417 | MF00487418 |
| 6/3/1991 | CHECK | 200,000 | 200,000 | - | - | - | 7,814,626 | - | MF00485720 | MF00485721 |
| 6/3/1991 | CHECK | 90,000 | 90,000 | - | - | - | 7,904,626 | - | MF00485720 | MF00485721 |
| 6/3/1991 | CHECK | 250,000 | 250,000 | - | - | - | 8,154,626 | - | MF00485720 | MF00485721 |
| 6/3/1991 | CHECK | (32,662) | - | (32,662) | - | - | 8,121,964 | - | MF00485720 | MF00485721 |
| 6/3/1991 | TRANS FROM INTERIM (1E0000) | 15,002 [1] | - | - | 14,994 | - | 8,136,958 | - | MF00485720 | MF00485721 |
| 7/1/1991 | CHECK | 200,000 | 200,000 | - | - | - | 8,336,958 | - | MF00483801 | MF00483802 |
| 7/1/1991 | CHECK | (2,500) | - | (2,500) | - | - | 8,334,458 | - | MF00483801 | MF00483802 |
| 7/1/1991 | CHECK | (10,000) | - | (10,000) | - | - | 8,324,458 | - | MF00483801 | MF00483802 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 100,160 [1] | - | - | 100,001 | - | 8,424,459 | - | MF00483801 | MF00483802 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 42,335 [1] | - | - | 42,267 | - | 8,466,727 | - | MF00483801 | MF00483802 |
| 7/1/1991 | TRANS FROM INTERIM (1E0000) | 100,160 [1] | - | - | 100,001 | - | 8,566,728 | - | MF00483801 | MF00483802 |
| 8/1/1991 | CHECK | 250,000 | 250,000 | - | - | - | 8,816,728 | - | MF00481754 | MF00481755 |
| 8/1/1991 | CHECK | (10,000) | - | (10,000) | - | - | 8,806,728 | - | MF00481754 | MF00481755 |
| 9/3/1991 | CHECK | 100,000 | 100,000 | - | - | - | 8,906,728 | - | MF00479663 | MF00479664 |
| 9/3/1991 | CHECK | (10,000) | - | (10,000) | - | - | 8,896,728 | - | MF00479663 | MF00479664 |
| 9/3/1991 | TRANS FROM E & M INTERIM (1E0000) | 45,027 [1] | - | - | 44,954 | - | 8,941,682 | - | MF00479663 | MF00479664 |
| 10/1/1991 | CHECK | (2,500) | - | (2,500) | - | - | 8,939,182 | - | MF00477512 | MF00477513 |
| 10/1/1991 | CHECK | (10,000) | - | (10,000) | - | - | 8,929,182 | - | MF00477512 | MF00477513 |
| 10/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 300,886 [1] | - | - | 300,479 | - | 9,229,661 | - | MF00477512 | MF00477513 |
| 10/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 200,403 [1] | - | - | 200,132 | - | 9,429,792 | - | MF00477512 | MF00477513 |

BLMIS ACCOUNT NO. 1E0003 (FORMERLY 100514) - BERNARD L MADOFF E & M ACCT #3 C/O MENDEL ENGLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 10/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 105,014 [1] | - | - | 104,872 | - | 9,534,664 | - | MF00477512 | MF00477513 |
| 11/1/1991 | CHECK | (10,000) | - | (10,000) | - | - | 9,524,664 | - | MF00475386 | MF00475387 |
| 11/1/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,531 [1] | - | - | 100,413 | - | 9,625,078 | - | MF00475386 | MF00475387 |
| 12/2/1991 | CHECK | (10,000) | - | (10,000) | - | - | 9,615,078 | - | MF00473247 | MF00473248 |
| 12/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,167 [1] | - | - | 100,056 | - | 9,715,134 | - | MF00473247 | MF00473248 |
| 12/2/1991 | TRANS FROM E & M INTERIM (1E0000) | 100,167 [1] | - | - | 100,056 | - | 9,815,190 | - | MF00473247 | MF00473248 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 9,915,190 | - | MF00471333 | MF00471334 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 10,015,190 | - | MF00471333 | MF00471334 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 10,115,190 | - | MF00471333 | MF00471334 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 10,215,190 | - | MF00471333 | MF00471334 |
| 1/2/1992 | CHECK | (200,000) | - | (200,000) | - | - | 10,015,190 | - | MF00471333 | MF00471334 |
| 1/2/1992 | CHECK | (2,500) | - | (2,500) | - | - | 10,012,690 | - | MF00471333 | MF00471334 |
| 1/2/1992 | TRANS TO B SCHIFF MAR TST (1S0036) | (12,542) [2] | - | - | - | (12,000) | 10,000,690 | - | MF00471333 | MF00471334 |
| 1/2/1992 | CHECK | (47,000) | - | (47,000) | - | - | 9,953,690 | - | MF00471333 | MF00471334 |
| 1/2/1992 | TRANS TO B. SCHIFF MAR TST (1S0036) | (750,000) | - | - | - | (750,000) | 9,203,690 | - | MF00471333 | MF00471334 |
| 1/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,164 [1] | - | - | 100,084 | - | 9,303,774 | - | MF00471333 | MF00471334 |
| 1/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,069 [1] | - | - | 99,989 | - | 9,403,763 | - | MF00471333 | MF00471334 |
| 1/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 200,055 [1] | - | - | 199,895 | - | 9,603,658 | - | MF00471333 | MF00471334 |
| 1/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,164 [1] | - | - | 100,084 | - | 9,703,742 | - | MF00471333 | MF00471334 |
| 2/3/1992 | CHECK | 150,000 | 150,000 | - | - | - | 9,853,742 | - | MF00469549 | MF00469550 |
| 2/3/1992 | TRANS FROM E & M INTERIM (1E0000) | 250,773 [1] | - | - | 250,293 | - | 10,104,035 | - | MF00469549 | MF00469550 |
| 2/3/1992 | TRANS FROM E & M INTERIM (1E0000) | 200,618 [1] | - | - | 200,234 | - | 10,304,270 | - | MF00469549 | MF00469550 |
| 3/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 150,524 [1] | - | - | 150,359 | - | 10,454,629 | - | MF00467416 | MF00467417 |
| 3/2/1992 | TRANS FROM E & M INTERIM (1E0000) | 200,054 [1] | - | - | 199,835 | - | 10,654,464 | - | MF00467416 | MF00467417 |
| 3/13/1992 | CHECK | (364,024) | - | (364,024) | - | - | 10,290,440 | - | MF00467416 | MF00467417 |
| 4/1/1992 | CHECK | 65,000 | 65,000 | - | - | - | 10,355,440 | - | MF00465178 | MF00465179 |
| 4/1/1992 | CHECK | 35,000 | 35,000 | - | - | - | 10,390,440 | - | MF00465178 | MF00465179 |
| 4/1/1992 | CHECK | (2,500) | - | (2,500) | - | - | 10,387,940 | - | MF00465178 | MF00465179 |
| 4/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 10,377,940 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 200,341 [1] | - | - | 199,992 | - | 10,577,932 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,091 [1] | - | - | 99,916 | - | 10,677,848 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,091 [1] | - | - | 99,916 | - | 10,777,765 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 100,091 [1] | - | - | 99,916 | - | 10,877,681 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 103,506 [1] | - | - | 103,326 | - | 10,981,007 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 250,426 [1] | - | - | 249,990 | - | 11,230,997 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 200,182 [1] | - | - | 199,833 | - | 11,430,829 | - | MF00465178 | MF00465179 |
| 4/1/1992 | TRANS FROM E & M INTERIM (1E0000) | 250,426 [1] | - | - | 249,990 | - | 11,680,819 | - | MF00465178 | MF00465179 |
| 4/9/1992 | CHECK | (420,540) | - | (420,540) | - | - | 11,260,279 | - | MF00465178 | MF00465179 |
| 4/10/1992 | CHECK | (25,985) | - | (25,985) | - | - | 11,234,294 | - | MF00465178 | MF00465179 |
| 5/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 11,224,294 | - | MF00462955 | MF00462956 |
| 5/1/1992 | TRANS FROM INTERIM (1E0000) | 200,065 [1] | - | - | 199,864 | - | 11,424,158 | - | MF00462955 | MF00462956 |
| 5/15/1992 | CHECK | (27,050) | - | (27,050) | - | - | 11,397,109 | - | MF00462955 | MF00462956 |
| 6/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 11,387,109 | - | MF00460941 | MF00460942 |
| 6/10/1992 | CHECK | (100,000) | - | (100,000) | - | - | 11,287,109 | - | MF00460941 | MF00460942 |
| 7/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 11,387,109 | - | MF00458928 | MF00458929 |
| 7/1/1992 | CHECK | 500,000 | 500,000 | - | - | - | 11,887,109 | - | MF00458928 | MF00458929 |
| 7/1/1992 | CHECK | (2,500) | - | (2,500) | - | - | 11,884,609 | - | MF00458928 | MF00458929 |

BLMIS ACCOUNT NO. 1E0003 (FORMERLY 100514) - BERNARD L MADOFF E & M ACCT #3 C/O MENDEL ENGLER

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 7/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 11,874,609 | - | MF00458928 | MF00458929 |
| 7/2/1992 | CHECK | 50,000 | 50,000 | - | - | - | 11,924,609 | - | MF00458928 | MF00458929 |
| 8/3/1992 | CHECK | (10,000) | - | (10,000) | - | - | 11,914,609 | - | MF00456985 | MF00456986 |
| 8/3/1992 | TRANS FROM INTERIM (1E0000) | 130,195 [1] | - | - | 130,072 | - | 12,044,681 | - | MF00456985 | MF00456986 |
| 9/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 12,034,681 | - | MF00455018 | MF00455018 |
| 10/1/1992 | CHECK | 200,000 | 200,000 | - | - | - | 12,234,681 | - | MF00452665 | MF00452666 |
| 10/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 12,334,681 | - | MF00452665 | MF00452666 |
| 10/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 12,434,681 | - | MF00452665 | MF00452666 |
| 10/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 12,424,681 | - | MF00452665 | MF00452666 |
| 10/1/1992 | CHECK | (2,500) | - | (2,500) | - | - | 12,422,181 | - | MF00452665 | MF00452666 |
| 10/1/1992 | TRANS FROM INTERIM (1E0000) | 150,179 [1] | - | - | 150,008 | - | 12,572,188 | - | MF00452665 | MF00452666 |
| 10/1/1992 | TRANS FROM INTERIM (1E0000) | 350,417 [1] | - | - | 350,018 | - | 12,922,206 | - | MF00452665 | MF00452666 |
| 10/1/1992 | TRANS FROM INTERIM (1E0000) | 100,119 [1] | - | - | 100,005 | - | 13,022,212 | - | MF00452665 | MF00452666 |
| 10/27/1992 | CHECK | 200,000 | 200,000 | - | - | - | 13,222,212 | - | MF00452665 | MF00452666 |
| 10/27/1992 | CHECK | 60,000 | 60,000 | - | - | - | 13,282,212 | - | MF00452665 | MF00452666 |
| 10/27/1992 | CHECK | 100,000 | 100,000 | - | - | - | 13,382,212 | - | MF00452665 | MF00452666 |
| 10/27/1992 | CHECK | 40,000 | 40,000 | - | - | - | 13,422,212 | - | MF00452665 | MF00452666 |
| 10/27/1992 | CHECK | 100,000 | 100,000 | - | - | - | 13,522,212 | - | MF00452665 | MF00452666 |
| 10/29/1992 | CANCEL A/O 10/27/92 | (100,000) | (100,000) | - | - | - | 13,422,212 | - | MF00452665 | MF00452666 |
| 10/29/1992 | CANCEL A/O 10/27/92 | (100,000) | (100,000) | - | - | - | 13,322,212 | - | MF00452665 | MF00452666 |
| 10/29/1992 | CANCEL A/O 10/27/92 | (200,000) | (200,000) | - | - | - | 13,122,212 | - | MF00452665 | MF00452666 |
| 10/29/1992 | CANCEL A/O 10/27/92 | (40,000) | (40,000) | - | - | - | 13,082,212 | - | MF00452665 | MF00452666 |
| 10/29/1992 | CANCEL A/O 10/27/92 | (60,000) | (60,000) | - | - | - | 13,022,212 | - | MF00452665 | MF00452666 |
| 11/2/1992 | CHECK | 300,000 | 300,000 | - | - | - | 13,322,212 | - | MF00450439 | MF00450440 |
| 11/2/1992 | CHECK | (10,000) | - | (10,000) | - | - | 13,312,212 | - | MF00450439 | MF00450440 |
| 11/2/1992 | TRANS FROM INTERIM (1E0000) | 100,030 [1] | - | - | 99,948 | - | 13,412,159 | - | MF00450439 | MF00450440 |
| 12/1/1992 | CHECK | (10,000) | - | (10,000) | - | - | 13,402,159 | - | MF00444185 | MF00444186 |
| 1/4/1993 | TRANS TO 1EM12130 (1EM121) | (381,156) [2] | - | - | - | (350,000) | 13,052,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM05130 (1EM051) | (497,028) [2] | - | - | - | (340,000) | 12,712,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10730 (1EM107) | (307,212) [2] | - | - | - | (300,000) | 12,412,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM06530 (1EM065) | (242,418) [2] | - | - | - | (200,000) | 12,212,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10830 (1EM108) | (148,066) [2] | - | - | - | (110,000) | 12,102,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM14530 (1EM145) | (2,645,843) [2] | - | - | - | (1,200,000) | 10,902,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM01430 (1EM014) | (253,780) [2] | - | - | - | (190,000) | 10,712,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM01230 (1EM012) | (583,905) [2] | - | - | - | (410,000) | 10,302,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10530 (1EM105) | (115,200) [2] | - | - | - | (100,000) | 10,202,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | CHECK | (100,000) | - | (100,000) | - | - | 10,102,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM16930 (1EM169) | (121,375) [2] | - | - | - | (100,000) | 10,002,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | CHECK | (10,000) | - | (10,000) | - | - | 9,992,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM14030 (1EM140) | (217,387) [2] | - | - | - | (200,000) | 9,792,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM03230 (1EM032) | (115,200) [2] | - | - | - | (100,000) | 9,692,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM14430 (1EM144) | (296,296) [2] | - | - | - | (250,000) | 9,442,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM04530 (1EM045) | (109,198) [2] | - | - | - | (100,000) | 9,342,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10430 (1EM104) | (683,102) [2] | - | - | - | (400,000) | 8,942,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM21230 (1EM212) | (567,090) [2] | - | - | - | (425,000) | 8,517,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM05530 (1EM055) | (637,590) [2] | - | - | - | (370,000) | 8,147,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM17230 (1EM172) | (129,777) [2] | - | - | - | (100,000) | 8,047,159 | - | MF00437602 | MF00437603 |

**BLMIS ACCOUNT NO. 1E0003 (FORMERLY 100514) - BERNARD L MADOFF E & M ACCT #3 C/O MENDEL ENGLER**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **2-Year Amount Withdrawn in Excess of Principal** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** |
| 1/4/1993 | TRANS TO 1EM14330 (1EM143) | (943,394) [2] | - | - | - | (510,000) | 7,537,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM01330 (1EM013) | (404,253) [2] | - | - | - | (400,000) | 7,137,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | CHECK | (2,500) | - | (2,500) | - | - | 7,134,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM18130 (1EM181) | (124,935) [2] | - | - | - | (66,000) | 7,068,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM06830 (1EM068) | (1,809,125) [2] | - | - | - | (1,270,000) | 5,798,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM08030 (1EM080) | (528,972) [2] | - | - | - | (500,000) | 5,298,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM17030 (1EM170) | (948,621) [2] | - | - | - | (580,000) | 4,718,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10230 (1EM102) | (239,139) [2] | - | - | - | (150,000) | 4,568,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM01530 (1EM015) | (118,676) [2] | - | - | - | (100,000) | 4,468,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM23430 (1EM234) | (217,432) [2] | - | - | - | (110,000) | 4,358,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10130 (1EM101) | (509,506) [2] | - | - | - | (370,000) | 3,988,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM11930 (1EM119) | (228,530) [2] | - | - | - | (200,000) | 3,788,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM06630 (1EM066) | (115,200) [2] | - | - | - | (100,000) | 3,688,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10030 (1EM100) | (423,320) [2] | - | - | - | (210,000) | 3,478,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM04930 (1EM049) | (176,774) [2] | - | - | - | (100,000) | 3,378,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM10630 (1EM106) | (408,005) [2] | - | - | - | (400,000) | 2,978,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM17930 (1EM179) | (184,829) [2] | - | - | - | (150,000) | 2,828,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM00530 (1EM005) | (1,488,967) [2] | - | - | - | (1,000,000) | 1,828,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM08930 (1EM089) | (752,563) [2] | - | - | - | (400,000) | 1,428,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM18030 (1EM180) | (427,067) [2] | - | - | - | (400,000) | 1,028,659 | - | MF00437602 | MF00437603 |
| 1/4/1993 | CHECK | (2,500) | - | (2,500) | - | - | 1,026,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM18230 (1EM182) | (603,595) [2] | - | - | - | (400,000) | 626,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM17430 (1EM174) | (176,535) [2] | - | - | - | (120,000) | 506,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | CHECK | (27,000) | - | (27,000) | - | - | 479,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM07830 (1EM078) | (228,447) [2] | - | - | - | (185,000) | 294,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM04830 (1EM048) | (115,095) [2] | - | - | - | (100,000) | 194,159 | - | MF00437602 | MF00437603 |
| 1/4/1993 | TRANS TO 1EM07430 (1EM074) | (147,117) [2] | - | - | - | (85,000) | 109,159 | - | MF00437602 | MF00437603 |
| 1/8/1993 | CHECK | (30,000) | - | (30,000) | - | - | 79,159 | - | MF00437602 | MF00437603 |
| | **Total:** | | **$ 7,336,618** | **$ (2,048,743)** | **$ 8,704,284** | **$ (13,913,000)** | **$ 79,159** | **$ -** | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.