# Exhibit 4B

BLMIS ACCOUNT NO. 1EM068 - JAMES M GOODMAN & AUDREY M GOODMAN T/I/C

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **BLMIS SOURCE DOCUMENT:** | | **BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS:** |
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **2-Year Amount Withdrawn in Excess of Principal** | **Beg Bates** | **End Bates** | **Bates Ref** |
| 1/4/1993 | TRANS FROM E & M 3 (1E0003) | 1,809,125 [1] | - | - | 1,270,000 | - | 1,270,000 | - | MF00437065 | MF00437066 | *Not Produced* |
| 6/30/1993 | CHECK | 500,000 | 500,000 | - | - | - | 1,770,000 | - | MF00405252 | MF00405254 | *Not Produced* |
| 10/20/1993 | CHECK | 400,000 | 400,000 | - | - | - | 2,170,000 | - | MF00348959 | MF00348960 | *Not Produced* |
| 10/20/1993 | CHECK | 400,000 | 400,000 | - | - | - | 2,570,000 | - | MF00348959 | MF00348960 | *Not Produced* |
| 11/1/1993 | CHECK | (100,000) | - | (100,000) | - | - | 2,470,000 | - | MF00333301 | MF00333302 | *Not Produced* |
| 1/3/1994 | CHECK | (100,000) | - | (100,000) | - | - | 2,370,000 | - | MF00312962 | MF00312964 | *Not Produced* |
| 4/4/1994 | CHECK | (100,000) | - | (100,000) | - | - | 2,270,000 | - | MF00285999 | MF00286001 | *Not Produced* |
| 7/1/1994 | CHECK | (100,000) | - | (100,000) | - | - | 2,170,000 | - | MF00230829 | MF00230831 | *Not Produced* |
| 10/3/1994 | CHECK | (100,000) | - | (100,000) | - | - | 2,070,000 | - | MF00280372 | MF00280374 | *Not Produced* |
| 1/3/1995 | CHECK | (100,000) | - | (100,000) | - | - | 1,970,000 | - | MF00221890 | MF00221892 | *Not Produced* |
| 4/3/1995 | CHECK | (100,000) | - | (100,000) | - | - | 1,870,000 | - | MF00197641 | MF00197644 | *Not Produced* |
| 7/3/1995 | CHECK | (100,000) | - | (100,000) | - | - | 1,770,000 | - | MF00174516 | MF00174517 | *Not Produced* |
| 7/25/1995 | CHECK | 400,000 | 400,000 | - | - | - | 2,170,000 | - | MF00174516 | MF00174517 | *Not Produced* |
| 7/25/1995 | CHECK | 200,000 | 200,000 | - | - | - | 2,370,000 | - | MF00174516 | MF00174517 | *Not Produced* |
| 10/2/1995 | CHECK | (100,000) | - | (100,000) | - | - | 2,270,000 | - | MF00115523 | MF00115524 | *Not Produced* |
| 1/2/1996 | CHECK | (100,000) | - | (100,000) | - | - | 2,170,000 | - | MDPTPP02216332 | MDPTPP02216336 | *Not Produced* |
| 4/1/1996 | CHECK | (125,000) | - | (125,000) | - | - | 2,045,000 | - | MDPTPP02216353 | MDPTPP02216356 | *Not Produced* |
| 7/1/1996 | CHECK | (125,000) | - | (125,000) | - | - | 1,920,000 | - | MDPTPP02216375 | MDPTPP02216380 | *Not Produced* |
| 10/1/1996 | CHECK | (125,000) | - | (125,000) | - | - | 1,795,000 | - | MDPTPP02216394 | MDPTPP02216398 | *Not Produced* |
| 11/18/1996 | TRANS TO 1EM35730 (1EM357) | (1,000,000) | - | - | - | (1,000,000) | 795,000 | - | MDPTPP02216401 | MDPTPP02216405 | *Not Produced* |
| 11/19/1996 | CHECK | 600,000 | 600,000 | - | - | - | 1,395,000 | - | MDPTPP02216401 | MDPTPP02216405 | *Not Produced* |
| 11/19/1996 | CHECK | 300,000 | 300,000 | - | - | - | 1,695,000 | - | MDPTPP02216401 | MDPTPP02216405 | *Not Produced* |
| 1/2/1997 | CHECK | (150,000) | - | (150,000) | - | - | 1,545,000 | - | MDPTPP02216414 | MDPTPP02216418 | *Not Produced* |
| 4/1/1997 | CHECK | (150,000) | - | (150,000) | - | - | 1,395,000 | - | MDPTPP02216435 | MDPTPP02216441 | *Not Produced* |
| 7/1/1997 | CHECK | (150,000) | - | (150,000) | - | - | 1,245,000 | - | MDPTPP02216455 | MDPTPP02216458 | *Not Produced* |
| 10/1/1997 | CHECK | (150,000) | - | (150,000) | - | - | 1,095,000 | - | MDPTPP02216471 | MDPTPP02216474 | *Not Produced* |
| 1/2/1998 | CHECK | (150,000) | - | (150,000) | - | - | 945,000 | - | MDPTPP02216488 | MDPTPP02216492 | *Not Produced* |
| 4/1/1998 | CHECK | (150,000) | - | (150,000) | - | - | 795,000 | - | MDPTPP02216507 | MDPTPP02216510 | *Not Produced* |
| 7/1/1998 | CHECK | (150,000) | - | (150,000) | - | - | 645,000 | - | MDPTPP02216527 | MDPTPP02216531 | *Not Produced* |
| 10/1/1998 | CHECK | (150,000) | - | (150,000) | - | - | 495,000 | - | MDPTPP02216547 | MDPTPP02216551 | *Not Produced* |
| 1/4/1999 | CHECK | (150,000) | - | (150,000) | - | - | 345,000 | - | MDPTPP02216565 | MDPTPP02216570 | *Not Produced* |
| 1/4/1999 | TRANS TO 1EM35730 (1EM357) | (3,000,000) [2] | - | - | - | (345,000) | - | - | MDPTPP02216565 | MDPTPP02216570 | *Not Produced* |
| 5/9/2000 | CHECK | (100,000) | - | (100,000) | - | - | (100,000) | - | MDPTPP02216656 | MDPTPP02216661 | *Not Produced* |
| 8/10/2001 | CHECK | 100,000 | 100,000 | - | - | - | - | - | MDPTPP02216743 | MDPTPP02216748 | *Not Produced* |
| 10/15/2002 | CHECK | 100,000 | 100,000 | - | - | - | 100,000 | - | MDPTPP02216831 | MDPTPP02216836 | *Not Produced* |
| 6/10/2004 | TRANS TO 1EM35730 (1EM357) | (1,000,000) [2] | - | - | - | (100,000) | - | - | MDPTPP02216956 | MDPTPP02216962 | 10-05079_Goodman_0000058 |
| 4/26/2007 | CHECK | (125,000) | - | (125,000) | - | - | (125,000) | (125,000) | MDPTPP02217160 | MDPTPP02217165 | 10-05079_Goodman_0001144 |
| 8/24/2007 | CHECK | (500,000) | - | (500,000) | - | - | (625,000) | (500,000) | MDPTPP02217182 | MDPTPP02217183 | 10-05079_Goodman_0001163 |
| 10/1/2007 | CHECK | (100,000) | - | (100,000) | - | - | (725,000) | (100,000) | MDPTPP02217192 | MDPTPP02217194 | 10-05079_Goodman_0001171 |
| 3/24/2008 | CHECK | (750,000) | - | (750,000) | - | - | (1,475,000) | (750,000) | MDPTPP02217212 | MDPTPP02217214 | 10-05079_Goodman_0000969 |
| 10/14/2008 | CHECK | (500,000) | - | (500,000) | - | - | (1,975,000) | (500,000) | MDPTPP02217247 | MDPTPP02217249 | 10-05079_Goodman_0001099 |
| | Total: | | $ 3,000,000 | $ (4,800,000) | $ 1,270,000 | $ (1,445,000) | $ (1,975,000) | $ (1,975,000) | | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. To determine the amount of principal available to be transferred from BLMIS Account 1E0003 into the Goodman Account, I performed a present value calculation. Applying this methodology, the amount of principal credited into the Goodman Account from this inter-account transfer was limited to the calculated amount of available principal of $1,270,000.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.