**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05079 (CGM) |
| Plaintiff, | |
| v. | |
| ESTATE OF JAMES M. GOODMAN, and AUDREY GOODMAN, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2023, the Notice of Motion for Summary Judgment,

Trustee's Memorandum of Law in Support of Motion for Summary Judgment, Trustee's

Statement of Material Facts in Support of Motion for Summary Judgment, Declaration of

Nicholas J. Cremona, Declaration of Bruce G. Dubinsky, Declaration of Lisa M. Collura, and the

Declaration of Matthew B. Greenblatt were filed electronically. Notice of this filing has been

sent through the Court's Electronic Case Filing System and via electronic transmission to the

email addresses designated for delivery and/or by placing true and correct copies thereof in

sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to

those parties as set forth on the attached Schedule A.

Dated:  August 22, 2023
        New York, New York

/s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Chapter*
*7 Estate of Bernard L. Madoff*

## **SCHEDULE A**

**Defendant Counsel**

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Audrey M Goodman, individually, and in her capacity as Personal Representative
of the Estate of James M. Goodman, The Estate of James M. Goodman