**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01698 (CGM) |
| Plaintiff, | |
| v. | |
| BANQUE INTERNATIONALE À LUXEMBOURG S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (f/k/a RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (f/k/a RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.), | |
| Defendants. | |

## STIPULATION AND ORDER
## TO EXTEND INITIAL DISCLOSURE DEADLINE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation

of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of

the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendants Banque

Internationale à Luxembourg S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.),

Banque Internationale à Luxembourg (Suisse) S.A. (*f/k/a* Dexia Private Bank (Switzerland)

Ltd.), RBC Investor Services Bank S.A. (*f/k/a* RBC Dexia Investor Services Bank S.A.), RBC

Investor Services Trust (*f/k/a* RBC Dexia Investor Services Trust), and Banco Inversis, S.A. (as

successor in interest to RBC Dexia Investor Services España S.A.) (collectively, "Defendants,"

and together with the Trustee, the "Parties"), by and through their respective undersigned

counsel, stipulate and agree as follows:

**WHEREAS**, on June 30, 2023, the United States Bankruptcy Court for the Southern

District of New York entered a Case Management Plan in this action, which required that the

Parties serve initial disclosures on or before August 29, 2023 (the "Initial Disclosure Deadline")

(ECF No. 191); and

**WHEREAS**, the Parties have conferred and agreed to extend the Initial Disclosure

Deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**,

by the Court:

1.      The Initial Disclosure Deadline shall be extended to September 12, 2023.

2.      The Parties otherwise reserve all rights, arguments, objections, and defenses they

may have, and their entry into this stipulation shall not impair or otherwise affect

any such rights, arguments, objections, and defenses.

[*Signatures on following page*]

Dated:  August 24, 2023
          New York, New York

/s/ *Howard L. Simon*
**Windels Marx Lane & Mittendorf, LLP**

Howard L. Simon
Kim M. Longo
Alan D. Lawn
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
hsimon@windelsmarx.com
klongo@windelsmarx.com
alawn@windelsmarx.com

*Special Counsel for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Chapter 7
Estate of Bernard L. Madoff*

/s/ *Mark T. Ciani*
**Katten Muchin Rosenman LLP**

Anthony L. Paccione
Mark T. Ciani
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
anthony.paccione@katten.com
mark.ciani@katten.com

*Attorney for Defendants RBC Investor Services
Bank S.A., RBC Investor Services Trust, and
Banco Inversis, S.A. (as successor in interest to
RBC-Dexia España)*

/s/ *Jeff E. Butler*
**Clifford Chance US LLP**

Jeff E. Butler
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
jeff.butler@cliffordchance.com

*Attorney for Defendants Banque Internationale
à Luxembourg S.A. (f/k/a Dexia Banque
Internationale à Luxembourg S.A.) and Banque
Internationale à Luxembourg (Suisse) S.A.
(f/k/a Dexia Private Bank (Switzerland) Ltd.)*

**SO ORDERED.**

**Dated: August 24, 2023
Poughkeepsie, New York**

/s/ **Cecelia G. Morris**

_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**