Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
*mfeldberg@reichmanjorgensen.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (212) 381-1965

**Hearing Date: September 20, 2023**
**Response Date: September 13, 2023**
**Reply Date: September 17, 2023**

*Attorney for Defendant NatWest Markets N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | **ORAL ARGUMENT REQUESTED** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ABN AMRO BANK, N.V. (presently known as NATWEST MARKETS N.V.),<br><br>        Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**NOTICE OF MOTION ON**
**DEFENDANT NATWEST MARKETS N.V.'S**
**MOTION TO AMEND AFFIRMATIVE DEFENSES**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of NatWest Markets N.V.'s Motion to Amend Affirmative Defenses, dated August 24,

2023, and upon all prior pleadings and proceedings herein, NatWest Markets N.V. ("NatWest"

or "Defendant"), will move this Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil

Procedure, made applicable here by Rule 7015(a)(2) of the Federal Rules of Bankruptcy

Procedure, on **September 20, 2023**, at 10am Eastern Time, before the Honorable Cecelia G.

Morris, Judge, for an order granting NatWest leave to amend its Affirmative Defenses in its

Answer and Counterclaims to the Consolidated Second Amended Complaint filed in this action

by Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment

Securities LLC (ECF No. 220).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9006-1, all papers

responsive to the Defendant's Motion to Amend Affirmative Defenses shall be served and filed

no later than **September 13, 2023** and filed no later than **September 14, 2023**, and all reply

papers in further support of the Defendant's Motion to Amend Affirmative Defenses shall be

served no later than **September 17, 2023** and filed no later than **September 18, 2023**.

**PLEASE TAKE FURTHER NTOICE** that, pursuant to Rule 7012(b) of the Federal

Rules of Bankruptcy Procedure, the Defendant does not consent to the entry of final orders or

judgment by this Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's directive, all

hearings will be conducted remotely pending further Order of the Court. All parties who wish to

participate in the Hearing must refer to Judge Morris' guidelines for remote appearances and are

required to make arrangements to appear via ZoomGov. For further details on ZoomGov, please

call the Courtroom Deputy at (845) 451-6367. Further instructions regarding remote appearances

via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-

video-hearing-guide. Pro se parties may participate telephonically in hearings free of charge.


Dated:  New York, New York                    Respectfully submitted,
          August 24, 2023


                                              By:  *Michael S. Feldberg*_____

                                              Michael S. Feldberg
                                              REICHMAN JORGENSEN
                                              LEHMAN & FELDBERG LLP
                                              *mfeldberg@reichmanjorgensen.com*
                                              750 Third Avenue
                                              Suite 2400
                                              New York, NY 10017
                                              Tel.: (212) 381-1965

                                              *Attorney for Defendant NatWest Markets N.V.*


DRAFT: PRIVILEGED & CONFIDENTIAL: ATTORNEY WORK PRODUCT                    2