**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   *Plaintiff-Applicant*,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   *Defendant*. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   *Debtor*. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, AND BERNARD L. MADOFF,<br><br>   *Plaintiff*<br><br> v.<br><br>ABN AMRO RETAINED NOMINEES (IOM) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited, and PLATINUM ALL WEATHER FUND LIMITED,<br><br>   *Defendants*. | Adv. Pro. No. 12-01697 (CGM) |

## **CERTIFICATE OF SERVICE**

I, Scott B. Schreiber, hereby certify that on August 25, 2023, I caused a true and correct copy of Platinum All Weather Fund Limited's Answer to Amended Complaint and Jury Demand, dated August 25, 2023, to be served via the CM/ECF filing system upon all counsel of record.

Dated: August 25, 2023
New York, New York

/s/ *Scott B. Schreiber*
Scott B. Schreiber
Rosa J. Evergreen (admitted *pro hac vice*)
Daniel R. Bernstein
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

-and-

Kent A. Yalowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Defendant Platinum All Weather Fund Limited.*