**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | |
| Plaintiff, | Adv. Pro. No. 11-02540 (CGM) |
| v. | |
| LION GLOBAL INVESTORS LIMITED, | |
| Defendant. | |

**ORDER ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS IN A CIVIL OR COMMERICIAL MATTER**

Upon the Motion ("Motion"), dated June 23, 2023, brought by Irving H. Picard, as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, seeking entry of an Order issuing a Letter of Request to be transmitted, via appropriate channels, to the applicable court in Singapore to obtain the testimony of Tong Foo Cheong; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the

Motion and in the record; and it further appearing that this Court has jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due

deliberation; and sufficient cause appearing therefore; it is hereby

     **ORDERED** that the Motion is granted; and it is further

     **ORDERED** that the Letter of Request, as modified by the mutual agreement of the Parties,

shall be signed and sealed by the Court for transmission to the appropriate judicial authority in

Singapore so that valid service of process may be effectuated upon Tong Foo Cheong.

/s/ Cecelia G. Morris

_____

**Dated: August 30, 2023**
**Poughkeepsie, New York**



**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**