**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01512 (CGM) |
| Plaintiff, | |
| v. | |
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, the Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in

sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to

those parties as set forth on the attached Schedule A.

Dated: August 31, 2023
      New York, New York

By: */s/ Amy E. Vanderwal*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

## <u>SCHEDULE A</u>

**Defendant Counsel**

Andrew Villacastin
David Ata
Jenna C. Smith
Steven I. Froot
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Email: avillacastin@bsfllp.com
Email: data@bsfllp.com
Email: jsmith@bsfllp.com
Email: sfroot@bsfllp.com
Attorney For: ZCM Asset Holding Company (Bermuda) Limited

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: sshimshak@paulweiss.com
Attorney For: ZCM Asset Holding Company (Bermuda) Limited