# EXHIBIT 1

# TRUSTEE PROCEEDINGS AGAINST THE OBJECTING DEFENDANTS

| Adv. Pro. No. | Date Filed | Objecting Defendant(s) | Case Mgt. Plan | CMP Entered |
|---|---|---|---|---|
| 11-02538 | 8/18/2011 | QS Finance Ltd. | ECF 128 | 5/15/2023 |
| 11-02542 | 8/18/2011 | Parson Finance Panama S.A. | ECF 116 | 12/8/2022 |
| 11-02553 | 8/25/2011 | Unifortune Asset Management SGR SPA, now known as Unifortune S.r.l. and Unifortune Conservative Fund | ECF 117 | 5/22/2023 |
| 11-02554 | 8/25/2011 | National Bank of Kuwait S.A.K. and NBK Banque Privée (Suisse) S.A. | ECF 129 | 5/23/2023 |
| 11-02569 | 9/1/2011 | Barclays Bank (Suisse) S.A., Caixabank S.A., as successor by merger to Barclays Bank S.A., and Zedra Trust Company (Jersey) Limited (f/k/a/ Barclays Private Bank and Trust Limited) | ECF 154 | 2/22/2023 |
| 11-02570 | 9/1/2011 | BPER Banca S.P.A., as successor to Banca Carige S.P.A. | ECF 130 | 2/23/2023 |
| 11-02572 | 9/1/2011 | Korea Exchange Bank | ECF 158 | 2/8/2023 |
| 11-02573 | 9/1/2011 | The Sumitomo Trust and Banking Co., Ltd. | ECF 132 | 2/15/2023 |
| 11-02731 | 9/22/2011 | Trincastar Corporation | ECF 125 | 6/1/2023 |
| 11-02732 | 9/22/2011 | Bureau of Labor Insurance and Bureau of Labor Funds | ECF 134 | 6/14/2022 |
| 12-01046 | 2/9/2012 | SNS Bank N.V. and SNS Global Custody B.V. | ECF 132 | 6/7/2023 |
| 12-01194 | 3/22/2012 | Kookmin Bank | ECF 109 | 5/10/2023 |
| 12-01202 | 3/22/2012 | Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG and Vontobel Asset Management | ECF 139 | 5/22/2023 |
| 12-01205 | 3/22/2012 | Multi-Strategy Fund Limited | ECF 138 | 12/6/2022 |
| 12-01210 | 3/23/2012 | Schroder & Co. Bank AG | ECF 109 | 3/29/2023 |
| 12-01216 | 3/29/2012 | Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) Ltd. | ECF 134 | 2/10/2023 |

4868-6618-5598.2

| Adv. Pro. No. | Date Filed | Objecting Defendant(s) | Case Mgt. Plan | CMP Entered |
|---|---|---|---|---|
| 12-01565 | 4/26/2012 | Standard Chartered Financial Services (Luxembourg) S.A. (f/k/a American Express Financial Services (Luxembourg) S.A.), Standard Chartered Bank International (Americas) Ltd. (f/k/a American Express Bank International), and Standard Chartered Holdings Inc. (as successor in interest to Standard Chartered International (USA) Ltd., f/k/a American Express Bank Ltd.) | ECF 183 | 6/9/2023 |
| 12-01669 | 5/25/2012 | Barfield Nominees Limited | ECF 112 | 5/8/2023 |
| 12-01677 | 5/30/2012 | Societe Generale Private Banking (Suisse) S.A. (*f/k/a* SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.; Socgen Nominees (UK) Limited; Lyxor Asset Management Inc. (*f/k/a* SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P.; SG Audace Alternatif (*f/k/a* SGAM AI Audace Alternatif), now acting by and through its manager, Amundi Asset Management S.A.S., as successor in interest to Lyxor Asset Management S.A.S.; SGAM AI Equilibrium Fund (*f/k/a* SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl; Lyxor Premium Fund (*f/k/a* SGAM Alternative Multi Manager Diversified Fund), now acting by and through its trustee, Societe Generale S.A.; Societe Generale S.A., as Trustee for Lyxor Premium Fund and Successor in Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset Management Banque d/b/a Barep; and Societe Generale Luxembourg (*f/k/a* Societe Generale Bank & Trust S.A.) | ECF 216 | 4/17/2023 |

4868-6618-5598.2