# EXHIBIT 2

## AUGUST 9, 2023 EMAIL FROM TRUSTEE'S COUNSEL TO DEFENSE COUNSEL

4868-6618-5598.2

| | |
|---|---|
| **From:** | Song, Brian W. |
| **To:** | Landsman, Zeb; Kinne, Tanya; Quailey, Shade I.; Krishna, Ganesh |
| **Cc:** | Higgins, Tara Q. |
| **Subject:** | RE: Motion to amend Discovery Arbitrator Order |
| **Date:** | Wednesday, August 9, 2023 9:27:45 AM |
| **Attachments:** | image004.png |
| | image005.png |
| | image006.png |
| | image002.png |

Zeb: The new order would supersede the October 4, 2016 order and govern the use of the discovery arbitrator in our action. You obviously have the right to submit a written objection to the proposed amendment in accordance with the Bankruptcy Court's rules.

If the court enters the new order and you are no longer willing to be compelled to arbitrate a discovery dispute, we would be willing to modify the case management order to remove the provision.

Brian

---

**From:** Landsman, Zeb <ZLandsman@beckerglynn.com>
**Sent:** Tuesday, August 08, 2023 12:25 PM
**To:** Kinne, Tanya <tkinne@bakerlaw.com>; Quailey, Shade I. <squailey@bakerlaw.com>; Song, Brian W. <bsong@bakerlaw.com>; Krishna, Ganesh <gkrishna@bakerlaw.com>
**Cc:** Higgins, Tara Q. <THiggins@beckerglynn.com>
**Subject:** Motion to amend Discovery Arbitrator Order

**[External Email: Use caution when clicking on links or opening attachments.]**

Dear Tanya and the rest of the Baker team:

We have your motion to change the terms of the order of October 4, 2016, appointing a discovery arbitrator. The case management order in our case (*Picard v. The Sumitomo Trust and Banking Co., Ltd.*, Adv. Pro. No. 11-02573), which is not mentioned in your motion, references that October 4th order:

> The Parties agree to the use of Frank Maas, Esq., to the extent available, as Discovery Arbitrator to resolve discovery disputes that they are unable to resolve by meeting and conferring, as referenced in the *Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390* (Doc. No. 14227) entered on October 4, 2016 in Adv. Pro. No. 08-01789 (CGM).

What is your position on the affect, if any, that your motion would have on our case management order? We would object to any change, without our consent, to the terms of the case management order to which we agreed—that is, from one that references the order entered October 4th to one that references an order with different terms.

Kind regards,

Zeb

08-01789-cgm    Doc 23516-2    Filed 09/06/23    Entered 09/06/23 15:12:02    Exhibit 2
(August 9    2023 email from Trustees Counsel to Defense Counsel)    Pg 3 of 4



**Zeb Landsman**
*Head of Litigation Practice Group*
ZLandsman@beckerglynn.com

299 Park Avenue • New York, New York 10171
Telephone (212) 888-3033 • Facsimile (212) 888-0255
www.beckerglynn.com
Direct (212) 888-3033

The contents of this message and any attachments are confidential and may contain privileged information. If you have received this communication in error, we regret any inconvenience and ask that you notify the sender and delete this message and any attachments.

**From:** Kinne, Tanya <tkinne@bakerlaw.com>
**Sent:** Wednesday, August 2, 2023 4:56 PM
**To:** Kinne, Tanya <tkinne@bakerlaw.com>
**Subject:** SIPC v. Bernard L. Madoff Investment Securities LLC, Case No. 08-01789 (CGM)

We are counsel to Irving H. Picard, as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff. Attached for service are the following documents:

- *Notice of Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390; and*

- *Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390.*

**Tanya Kinne**
Complex Case Coordinator, CEDS

**BakerHostetler**
45 Rockefeller Plaza
New York, NY 10111-0100

tkinne@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a

complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.