# EXHIBIT 3

## TRUSTEE FEE APPLICATION SUMMARY, LAST THREE YEARS

| Application | Compensation Period | Order Entered | Fees | Expenses | Total |
|---|---|---|---|---|---|
| 34th Fee Application (ECF 19918) | Apr. 1, 2020 to Jul. 31, 2020 | Dec. 14, 2020 (ECF 20093) | $34,565,689.35 | $159,987.74 | $34,725,677.09 |
| 35th Fee Application (ECF 20323) | Aug. 1, 2020 to Nov. 30, 2020 | Apr. 19, 2021 (ECF 20451) | 31,810,545.90 | 248,089.75 | 32,058,635.65 |
| 36th Fee Application (ECF 20603) | Dec. 1, 2020 to Mar. 31, 2021 | Aug. 10, 2021 (ECF 20685) | 31,664,050.83 | 164,513.86 | 31,828,564.69 |
| 37th Fee Application (ECF 20833) | Apr. 1, 2021 to July 31, 2021 | Dec. 6, 2021 (ECF 20943) | 32,623,262.19 | 559,259.11 | 33,182,521.30 |
| 38th Fee Application (ECF 21212) | Aug. 1, 2021 to Nov. 30, 2021 | Apr. 12, 2022 (ECF 21365) | 32,681,351.79 | 377,823.57 | 33,059,175.36 |
| 39th Fee Application (ECF 21842) | Dec. 1, 2021 to Mar. 31, 2022 | Aug. 2, 2022 (ECF 22063) | 35,682,411.60 | 488,259.37 | 36,170,670.97 |
| 40th Fee Application (ECF 22477) | Apr. 1, 2022 to Jul. 31, 2022 | Dec. 6, 2022 (ECF 22687) | 36,219,512.79 | 286,456.71 | 36,505,969.50 |
| 41st Fee Application (ECF 22957) | Aug. 1, 2022 to Nov. 30, 2022 | Apr. 5, 2023 (ECF 23080) | 38,098,225.98 | 312,692.55 | 38,410,918.53 |
| 42nd Fee Application (ECF 23332) | Dec. 1, 2022 to Mar. 31, 2023 | Aug. 2, 2023 (ECF 23447) | 35,411,397.57 | 174,735.46 | 35,586,133.03 |
| **TOTALS** | | | **$308,756,448.00** | **$2,771,818.12** | **$311,528,266.12** |