UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on September 6, 2023, I caused the *Objecting Defendants' Opposition to Trustee's Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390* to be served on all counsel of record in the above-referenced adversary proceeding through the Court's electronic case filing system (ECF 23516).

Dated:  New York, New York
        September 6, 2023

 

s/ Lindsay Funk
FRIEDMAN KAPLAN SEILER
  ADELMAN & ROBBINS LLP
Robert J. Lack (rlack@fklaw.com)
Jeffrey C. Fourmaux (jfourmaux@fklaw.com)
Lindsay Funk (lfunk@fklaw.com)
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100

*Attorneys for Defendant Multi-Strategy Fund Limited*