**DAVIS+GILBERT LLP**  
1675 Broadway  
New York, NY 10019  
T: (212) 468-4800  

Hearing Date: September 20, 2023  
Hearing Time: 10:00 a.m. (ET)

*Attorneys for Defendant Natixis S.A.*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF JOINDER IN OBJECTING DEFENDANTS' OPPOSITION TO TRUSTEE'S MOTION FOR ORDER AMENDING ORDER APPOINTING A DISCOVERY ARBITRATOR PURSUANT TO BANKRUPTCY RULE 9019(c) AND GENERAL ORDER M-390**

Defendant Natixis S.A. ("Natixis"), in Adv. Pro. No. 10-05353 (CGM), hereby objects to the *Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390*, filed in Adv. Pro. No. 08-01789 (CGM), ECF Nos. 23449, 23454 ("Trustee's Motion"), by Irving H. Picard, as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff ("Trustee"), and joins in all aspects of the Opposition to the Trustee's Motion, ECF No. 23516, filed by Objecting Defendants, except for ¶¶ 8 (second sentence), 19 (third sentence), 32-38 and the final sentence of the *Conclusion* paragraph.

Natixis is a party to one of the adversary proceedings, referred to by the Trustee as the Subsequent Transfer Cases, in which a Case Management Plan has not yet been entered, and as such, the fallback position advocated by Objecting Defendants in their Opposition – that, at a minimum, the Court deny the Trustee's Motion only with respect to adversary proceedings with previously entered Case Management Plans that (1) provide for mandatory discovery arbitration and (2) cite the existing Order Appointing Discovery Arbitrator[1] – would not be adequate to protect the rights of Natixis, which is in all other relevant respects identically situated to Objecting Defendants.

Because the Trustee has failed to justify the modification to the Order Appointing Discovery Arbitrator he seeks, under either Rule 60(b)(5) or Rule 60(b)(6), the Trustee's Motion should be denied in its entirety as to all defendants who are parties to the Subsequent Transfer Cases.

---

[1] Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390, *Secs. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Secs.*, No. 08-01789 (CGM) (Bankr. S.D.N.Y. Oct. 4, 2016), ECF No. 14227 ("Order Appointing Discovery Arbitrator").

1

Dated: September 6, 2023
      New York, New York            **DAVIS+GILBERT LLP**

By:  */s/ Joseph Cioffi*
    Joseph Cioffi
    H. Seiji Newman
    Bruce M. Ginsberg
    Adam M. Levy
    Christine DeVito
    1675 Broadway
    New York, NY 10019
    T: (212) 468-4800
    jcioffi@dglaw.com
    bginsberg@dglaw.com
    hsnewman@dglaw.com
    alevy@dglaw.com
    cdevito@dglaw.com

*Attorneys for Defendant Natixis S.A.*