Christopher R. Harris
Thomas J. Giblin
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

*Attorneys for IOM Nominees*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>           Plaintiff,<br><br>      v.<br><br>ABN AMRO RETAINED NOMINEES (IOM) LIMITED, f/k/a ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited, and PLATINUM ALL WEATHER FUND LIMITED,<br><br>           Defendants. | Adv. Pro. No. 12-01697 (CGM) |

**CERTIFICATE OF SERVICE**

I, Christopher R. Harris, hereby certify that on September 6, 2023, I caused a true and correct copy of Defendant ABN AMRO Retained Nominees (IOM) Limited's Notice of Joinder in Objecting Defendants' Opposition to Trustee's Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390, dated September 6, 2023, to be served via the CM/ECF filing system upon all counsel of record.

Dated:  September 6, 2023        Respectfully submitted,
        New York, New York

                    LATHAM & WATKINS LLP

                By:
                    */s/ Christopher R. Harris*

                    Christopher R. Harris
                    Thomas J. Giblin
                    1271 Avenue of the Americas
                    New York, New York 10020
                    Telephone: (212) 906-1200
                    Facsimile: (212) 751-4864
                    Email: christopher.harris@lw.com
                    Email: thomas.giblin@lw.com


                    *Attorneys for IOM Nominees*