**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                      Plaintiff,<br><br>      v.<br><br>BANQUE LOMBARD ODIER & CIE SA,<br><br>                      Defendant. | Adv. Pro. No. 12-01693 (CGM) |

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 6, 2023, Defendant Banque Lombard Odier & Cie SA's Notice of Joinder in Objecting Defendants' Opposition to Trustee's Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 was served by filing it with the Court's Electronic Case Filing System.

Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery.

Dated: September 6, 2023
      New York, New York

                                    ALLEGAERT BERGER & VOGEL LLP

                                    By: /s/ *John F. Zulack*

                                    John F. Zulack
                                    111 Broadway, 20th Floor
                                    New York, New York 10006
                                    Tel No.: 212-571-0550
                                    Email: jzulack@abv.com

                                    *Counsel for Defendant Lombard Odier & Cie SA*