Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
*mfeldberg@reichmanjorgensen.com*
400 Madison Avenue
Suite 14D
New York, NY 10017
Tel.: (212) 381-4970

*Attorney for Defendant NatWest Markets N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                    Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.)<br><br>                                    Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, a copy of Defendant Natwest Markets N.V.'S Notice of Joinder in Objecting Defendants' Opposition to Trustee's Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 was served by filing it with the Court's Electronic Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email as set forth on the attached Schedule A.

Dated: September 6, 2023           Respectfully submitted,

                                   */s/ Michael S. Feldberg*

                                   Michael S. Feldberg
                                   REICHMAN JORGENSEN LEHMAN &
                                   FELDBERG LLP
                                   400 Madison Avenue, Suite 14D
                                   New York, New York 10017
                                   Tel: (212) 381-4970
                                   mfeldberg@reichmanjorgensen.com

                                   *Attorneys for Defendant NatWest N.V.*

## **SCHEDULE A**

<u>Attorneys for</u>:
Irving H. Picard, as Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff

David J. Sheehan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Email: dsheehan@bakerlaw.com