**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>              Plaintiff,<br><br>       v.<br><br>KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Company,<br><br>              Defendant. | Adv. Pro. No. 12-01047 (CGM) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Keith S. Moheban to be admitted, *pro hac vice*, to represent Koch Industries, Inc., the defendant in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Minnesota and the United States District Court for the District of Minnesota, it is hereby

**ORDERED,** that Keith S. Moheban, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Koch Industries, Inc. in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

    SO ORDERED.



**Dated: September 7, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**