**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>MARTIN SAGE and SYBIL SAGE,<br><br>Defendants. | Adv. Pro. No. 23-01098 (CGM) |

**STIPULATION AND ORDER**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the chapter 7 estate of Bernard L. Madoff, and defendants Martin Sage and Sybil Sage (the "Defendants," and, together with the Trustee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 19, 2023, the Trustee commenced the above-captioned adversary proceeding against Defendants (the "Action") to recover subsequent transfers allegedly received

from Sage Associates and Sage Realty, see Complaint, Picard v. Martin Sage, Adv. Pro. No. 23-01098 (Bankr. S.D.N.Y. Apr. 19, 2023), ECF No. 1 (the "Complaint"); and

**WHEREAS**, on May 25, 2023, the Defendants filed a Motion to Dismiss Adversary Proceeding, ECF No. 5 (the "Motion") with a hearing to be held on July 19, 2023 at 10:00 AM;

**WHEREAS**, the parties jointly by prior stipulation agreed that the hearing should be adjourned to September 20, 2023, that the Trustee may have until August 16, 2023 to file his opposition to the Motion to Dismiss, and that the Defendants reply brief be filed on or before September 6, 2023; this stipulation was approved by this Court on July 6, 2023 ECF No. 10.

**WHEREAS**, Defendants have requested and the Trustee has agreed for good and sufficient reasons that the Defendants' reply brief be filed on or before September 13, 2023.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. Defendants will file any reply to the Trustee's opposition with the court on or before September 13, 2023.

2. The Parties in this Action reserve all rights, claims, arguments, objections, and defenses they may have and, except as specifically provided herein, nothing referenced in this Stipulation and Order shall impair, constitute a waiver of, or otherwise affect any such rights, claims, arguments, objections, and defenses.

[*Signatures on following page*]

Dated: August 30, 2023
New York, New York

/s/

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff*

Dated: August 30, 2023
Washington, DC

/s/

**R|K INVEST LAW PBC**
1725 Eye Street NW – Suite 300
Washington, DC 20006-2423
Telephone: (202) 236-2854
Facsimile: (866) 788-9942
Richard A. Kirby
Email: kirby@investlaw.net
Beth-ann Roth
Email: roth@investlaw.net

*Attorneys for Defendants Martin Sage & Sybil Sage*

**SO ORDERED.**

**Dated: September 7, 2023**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**



4867-3043-5950.1