**DAVIS+GILBERT LLP**  
1675 Broadway  
New York, NY 10019  
T: (212) 468-4800  

*Attorneys for Defendants*

Hearing Date: **September 20, 2023**  
Hearing Time: **10:00 a.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                  Plaintiff,<br>   v.<br><br>NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND,<br><br>                  Defendants. | Adv. Pro. No. 23-01017 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I caused the Notice of Joinder in Objecting Defendants' Opposition to Trustee's Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 to be served on all counsel of record in the above-captioned adversary proceeding by filing them via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: September 7, 2023
New York, New York

**DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
Bruce M. Ginsberg
H. Seiji Newman
Adam M. Levy
Christine DeVito
1675 Broadway
New York, NY 10019
T: (212) 468-4800
jcioffi@dglaw.com
bginsberg@dglaw.com
hsnewman@dglaw.com
alevy@dglaw.com
cdevito@dglaw.com

*Attorneys for Defendants*