**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>         Plaintiff,<br><br>   v.<br><br>LEGACY CAPITAL LTD. and KHRONOS LLC,<br><br>         Defendants. | Adv. Pro. No. 10-05286 (CGM) |

## CERTIFICATE OF SERVICE

   I hereby certify that on September 7, 2023, the Letter to the Honorable Cecelia G. Morris regarding Request Pursuant to Local Rule 7007-1 for Discovery Conference; and Declaration and Status Report of Jason S. Oliver in Support of Trustee's Request for Informal Conference Regarding Extension of Discovery Deadlines were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct

copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 7, 2023
      New York, New York

                                        /s/ Jason S. Oliver
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Chapter*
*7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Eric B. Fisher
Lindsay A. Bush
Binder & Schwartz LLP
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com
Attorney For: Legacy Capital Ltd.

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney For: Legacy Capital Ltd.