**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant, | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br> v.<br><br>BANQUE INTERNATIONALE À LUXEMBOURG S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.); RBC INVESTOR SERVICES BANK S.A (*f/k/a* RBC Dexia Investor Services Bank S.A.); RBC INVESTOR SERVICES TRUST (*f/k/a* RBC Dexia Investor Services Trust); BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor Services España S.A.; and BANQUE INTERNATIONALE À LUXEMBOURG (SUISSE) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.),<br><br>      Defendants. | Adv. Pro. No. 12-01698 (CGM) |

**SECOND STIPULATION AND ORDER**
**TO EXTEND INITIAL DISCLOSURE DEADLINE**

   Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation

of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of

the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendants Banque

{12219562:1}

Internationale à Luxembourg S.A. (*f/k/a* Dexia Banque Internationale à Luxembourg S.A.), Banque Internationale à Luxembourg (Suisse) S.A. (*f/k/a* Dexia Private Bank (Switzerland) Ltd.), RBC Investor Services Bank S.A. (*f/k/a* RBC Dexia Investor Services Bank S.A.), RBC Investor Services Trust (*f/k/a* RBC Dexia Investor Services Trust), and Banco Inversis, S.A. (as successor in interest to RBC Dexia Investor Services España S.A.) (collectively, "Defendants," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on June 30, 2023, this Court entered a Case Management Plan in this action, which required that the Parties serve initial disclosures on or before August 29, 2023 (the "Initial Disclosure Deadline") (ECF No. 191);

**WHEREAS**, on August 24, 2023, this Court entered a stipulation and order, pursuant to which the Initial Disclosure Deadline was extended to September 12, 2012 (ECF No. 192); and

**WHEREAS**, Defendants requested, and the Trustee agreed to, a further extension of the Initial Disclosure Deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Initial Disclosure Deadline shall be extended to September 29, 2023.

2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Signatures on following page*]

{12219562:1}                                   2

Dated: September 11, 2023
      New York, New York

| /s/ *Howard L. Simon* | /s/ *Mark T. Ciani* |
|---|---|
| **Windels Marx Lane & Mittendorf, LLP** | **Katten Muchin Rosenman LLP** |
| Howard L. Simon | Anthony L. Paccione |
| Kim M. Longo | Mark T. Ciani |
| Alan D. Lawn | 50 Rockefeller Plaza |
| 156 West 56th Street | New York, New York 10020 |
| New York, New York 10019 | Telephone: (212) 940-8800 |
| Telephone: (212) 237-1000 | anthony.paccione@katten.com |
| hsimon@windelsmarx.com | mark.ciani@katten.com |
| klongo@windelsmarx.com | |
| alawn@windelsmarx.com | *Attorney for Defendants RBC Investor Services Bank S.A., RBC Investor Services Trust, and Banco Inversis, S.A. (as successor in interest to RBC-Dexia España)* |
| *Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | |

/s/ *Jeff E. Butler*
**Clifford Chance US LLP**

Jeff E. Butler
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
jeff.butler@cliffordchance.com

*Attorney for Defendants Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.) and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switzerland) Ltd.)*

**SO ORDERED.**

**Dated: September 13, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

{12219562:1}      3