**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>    Defendant. | Lead Adv. Pro. No. 10-05354 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, the Memorandum of Law in Opposition to Defendant's Motion to Amend Affirmative Defenses was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct

copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 13, 2023
      New York, New York

                                                     By: */s/ David J. Sheehan*
                                                     BAKER & HOSTETLER LLP
                                                     45 Rockefeller Plaza
                                                     New York, New York 10111
                                                     Telephone: 212.589.4200
                                                     Facsimile: 212.589.4201
                                                     David J. Sheehan
                                                     Email: dsheehan@bakerlaw.com

                                                   *Attorneys for Irving H. Picard, Trustee*
                                                   *for the Substantively Consolidated SIPA*
                                                   *Liquidation of Bernard L. Madoff Investment*
                                                   *Securities LLC and the Chapter 7 Estate of*
                                                   *Bernard L. Madoff*

# **SCHEDULE A**

---

**Defendant Counsel**

---

Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP
Email: mfeldberg@reichmanjorgensen.com
Attorney For: ABN AMRO Bank, N.V. (presently known as NATWEST MARKETS, N.V.)