**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant,<br>v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02758 (CGM) |
| Plaintiff,<br>v. | |
| CACEIS BANK LUXEMBOURG and CACEIS BANK, | |
| Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE* OF JAMES S. FULLMER**

Upon the motion of James S. Fullmer, a member in good standing of the bar in the State of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, having requested to be admitted, *pro hac vice*, to represent CACEIS Bank and CACEIS Bank Luxembourg, in the above-captioned adversary proceeding it is hereby:

**ORDERED** that James S. Fullmer is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding, to represent CACEIS Bank and CACEIS Bank Luxembourg in

the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.



**Dated: September 18, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**