UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>        v.<br><br>BANCO GENERAL, S.A., and BG VALORES, S.A., f/k/a WALL STREET SECURITIES, S.A.<br><br>        Defendants. | Adv. Pro. No. 12-01048 (CGM) |

**STIPULATION AND ORDER
TO EXTEND INITIAL DISCLOSURE DEADLINE**

      Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of

the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendants Banco General, S.A. and BG Valores, S.A., f/k/a Wall Street Securities, S.A. ("Defendants," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on August 17, 2023, the United States Bankruptcy Court for the Southern District of New York entered a Case Management Plan in this action, which required that the Parties serve initial disclosures on or before September 18, 2023 (the "Initial Disclosure Deadline") (ECF No. 92); and

**WHEREAS**, the Parties have conferred and agreed to extend the Initial Disclosure Deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Initial Disclosure Deadline shall be extended to October 2, 2023.

2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

[*Signatures on following page*]

Dated: September 14, 2023
New York, New York

| | |
|---|---|
| By: */s/ Matthew D. Feil* | By: */s/ Joshua E. Abraham* |
| **Baker & Hostetler LLP** | **Butzel Long, P.C** |
| 45 Rockefeller Plaza | 477 Madison Avenue, Suite 1230 |
| New York, New York 10111 | New York, NY 1001 |
| Telephone: (212) 589-4200 | Telephone: (212) 347-5370 |
| Facsimile: (212) 589-4201 | Joshua E. Abraham |
| David J. Sheehan | Email: abraham@butzel.com |
| Email: dsheehan@bakerlaw.com | |
| Matthew D. Feil | |
| Email: mfeil@bakerlaw.com | |
| | |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendants Banco General, S.A., and BG Valores, S.A. f/k/a Wall Street Securities, S.A.* |

**/s/ Cecelia G. Morris**

_____

**Dated: September 18, 2023**
**Poughkeepsie, New York**



**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**