UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING TRUSTEE'S FIFTY-FOURTH OMNIBUS
MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND
<u>OVERRULE OBJECTIONS THAT RAISE FACTUAL ISSUES</u>**

Upon consideration of the motion (the "Motion") ECF No. 23463, by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that raise customer-specific factual issues (the "Objections"); and the net winner Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), ECF No. 23464; and the Trustee having filed a certificate of no objection representing that no objection has been received and that no party

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

has indicated to the Trustee that it intends to oppose the relief requested in the Motion; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Motion is granted to the extent provided herein; and it is further

**ORDERED** that the Claims listed on Exhibit A hereto are disallowed; and it is further

**ORDERED** that the Trustee's Claims determinations regarding the Claims listed on Exhibits A and B are affirmed; and it is further

**ORDERED** that the Objections listed on Exhibits A and B are overruled; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: September 18, 2023**
**Poughkeepsie, New York**