**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2023, the *Reply Memorandum of Law in Further Support of Motion for Order Amending Order Appointing a Discovery Arbitrator* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail,

postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated:  September 18, 2023
           New York, New York

By:  */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

# SCHEDULE A

## Defendant Counsel

Andrew Gordon
Gregory Laufer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: agordon@paulweiss.com
Email: glaufer@paulweiss.com
Attorney For: Citco Bank Netherland NV Dublin, Citco Global Custody NV

Ari MacKinnon
Breon S. Peace
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: bpeace@cgsh.com
Email: tkessler@cgsh.com
Attorney For: BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH

Barry R. Lax
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney For: Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage
Associates and individually as Beneficiary of Sage Associates, Ann M. Sage Passer, in her
capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage
Realty

Bryan Ha
Email: bhanyc@gmail.com
Attorney For: EJS Associates, L.P., Elaine Ostrin, Grace & Company, Jelris & Associates,
L.P., Lakeview Investment, LP, Law & Mediation Offices of Richard M. Glantz, A
Professional Corporation, Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust
II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the
Estate of Thelma Glantz, The Estate of Edward R. Glantz, The Estate of Thelma Glantz, The
Glantz-Ostrin Trust II, Vista Management Co.

Daniel A. Cohen
Walden Macht & Haran LLP
Email: dcohen@wmhlaw.com
Attorney For: Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage
Associates and individually as Beneficiary of Sage Associates, and as the Personal
Representative of the Estate of Lillian M. Sage, Malcolm H. Sage, in his capacity as partner or
joint venturer of Sage Realty and individually as Beneficiary of Sage Realty, and as the
Personal Representative of the Estate of Lillian M. Sage

Eric B. Fisher
Lindsay A. Bush
Binder & Schwartz LLP
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com
Attorney For: Legacy Capital Ltd.

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney For: Legacy Capital Ltd.

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Allan Inger, Andrew Goodman, Audrey M Goodman, individually, and in her
capacity as Personal Representative of the Estate of James M. Goodman, Barry Inger, Caryn
Zieses, Debra S. Zieses, Marshall Zieses, Neil R. Zieses, Susan B. Alswager, The Estate of
James M. Goodman, Zieses Investment Partnership

Jim Walden
Peter Devlin
Timothy Macht
Walden Macht & Haran LLP
Email: jwalden@wmhlaw.com
Email: pdevlin@wmhlaw.com
Email: tmacht@wmhlaw.com
Attorney For: Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage
Associates and individually as Beneficiary of Sage Associates, and as the Personal
Representative of the Estate of Lillian M. Sage, Malcolm H. Sage, in his capacity as partner or
joint venturer of Sage Realty and individually as Beneficiary of Sage Realty, and as the
Personal Representative of the Estate of Lillian M. Sage, Sage Associates, Sage Realty

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Janice G. Coppersmith, individually, S. James Coppersmith, individually,
Seymour W. Zises in his capacity as trustee, The S. James Coppersmith Charitable Remainder
Unitrust

Richard A. Kirby
R|K Invest Law, PBC
Email: kirby@investlaw.net
Attorney For: Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates
and individually as Beneficiary of Sage Associates, Martin A. Sage, in his capacity as partner
or joint venturer of Sage Realty and individually as beneficiary of Sage Realty

Andrew Gordon
Gregory Laufer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: agordon@paulweiss.com
Email: glaufer@paulweiss.com
Attorney For: Citco Bank Netherland NV Dublin, Citco Global Custody NV

Ari MacKinnon
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: tkessler@cgsh.com
Attorney For: BNP Paribas - Dublin Branch, BNP PARIBAS S.A. D/B/A BNP PARIBAS -
DUBLIN BRANCH

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney For: BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH

Gary A. Woodfield
Nason Yeager Gerson Harris & Fumero, P.A.
Email: gwoodfield@nasonyeager.com
Attorney For: 27 Cliff, LLC, Ascent, Inc., Aster Associates, Avellino & Bienes, Avellino &
Bienes Pension Plan and Trust, Avellino Family Trust, Dianne K. Bienes, individually, and as
Personal Representative for the Estate of Michael Bienes, Frank J. Avellino, Frank J. Avellino
as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under
Agreement Dated June 24, 1992, Frank J. Avellino as Trustee for Rachel Anne Rosenthal Trust
#3, Frank J. Avellino as Trustee for Rachel Anne Rosenthal U/A Dated June 29, 1990, Frank J.
Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June
24, 1992, Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24,
1992, Frank J. Avellino Revocable Trust Number One as amended and restated January 26,
1990, as Amended, Frank J. Avellino Revocable Trust Number One under the Declaration of
Trust Number One dated June 10, 1988, as Amended, Frank J. Avellino, as Trustee for Avellino
& Bienes Pension Plan and Trust, Frank J. Avellino, as Trustee for Avellino Family Trust,
Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust under
Agreement dated June 24, 1992, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable
Trust Number One as amended and restated January 26,1990, as amended, Frank J. Avellino, as
Trustee for Frank J. Avellino Revocable Trust Number One under Declaration of Trust Number
One dated June 10, 1988, as amended, Frank J. Avellino, as Trustee for Heather Carroll Lowles
Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Madison Alyssa McEvoy Trust
U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Melanie Ann Lowles Trust U/A
dated June 29, 1990, Frank J. Avellino, as Trustee for S.A. Grantor Retained Annuity Trust,
Frank J. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Frank
J. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Grosvenor
Partners, Ltd., Heather Carroll Lowles Trust U/A dated June 29, 1990, Kenn Jordan Associates,
Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Mayfair Bookkeeping Services, Inc.,

Mayfair Ventures, G.P., Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust #3, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Nancy C. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, individually, and as Trustee for Nancy Carroll Avellino Revocable Trust Under Trust Agreement dated May 18, 1992, Nancy Carroll Avellino Revocable Trust under Trust Agreement dated May 18, 1992, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A dated June 29, 1990, S.A. Grantor Retained Annuity Trust, St. James Associates, Strattham Partners, Taylor Ashley McEvoy Trust U/A dated June 24, 1992, The Avellino Family Foundation, Inc., The Estate of Michael S. Bienes, Tiffany Joy Lowles Trust U/A dated June 29, 1990

Andrew Gordon
Gregory Laufer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: agordon@paulweiss.com
Email: glaufer@paulweiss.com
Attorney For: Citco Bank Netherland NV Dublin, Citco Global Custody NV

Andrew J. Ehrlich
Hallie S. Goldblatt
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: hgoldblatt@paulweiss.com
Email: mflumenbaum@paulweiss.com
Attorney For: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Andrew J. Levander
Dechert LLP
Email: andrew.levander@dechert.com
Attorney For: Andres Piedrahita, Andrés Piedrahita

Andrew W. Hammond
Glenn M. Kurtz
White & Case LLP
Email: ahammond@whitecase.com
Email: gkurtz@whitecase.com
Attorney For: Walter M. Noel, Jr., Walter Noel

Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Attorney For: Access International Advisors LLC, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA)

as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS
SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, Patrick Littaye

Ari MacKinnon
Breon S. Peace
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: bpeace@cgsh.com
Email: tkessler@cgsh.com
Attorney For: BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH

Brandon M. Kenney
Simpson Thacher & Barlett LLP
Email: brandon.kenney@stblaw.com
Attorney For: Amit Vijayvergiya, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda)
Limited, Fairfield Greenwich Advisors, LLC, Fairfield Greenwich Limited, Fairfield
International Managers, Inc., Philip Toub

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN
RUKAVINA and PAUL LAPLUME, Luxembourg Investment Fund, Luxembourg Investment
Fund US Equity Plus, Maitre Alain Rukavina, Maitre Alain Rukavina in their capacity as
liquidator and representative of Luxalpha Sicav, Paul Laplume, Paul Laplume in their capacity
as liquidator and representative of Luxalpha Sicav

Brian Muldrew
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorney For: Access International Advisors LLC, Access International Advisors Ltd., ACCESS
MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS
(LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER,
ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND
ENTRINGER, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA
VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA
VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON
DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole
beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE
THIERRY DE LA VILLEHUCHET), Groupement Financier LTD., Patrick Littaye

Daniel J. Fetterman
Marc E. Kasowitz
Kasowitz Benson Torres LLP
Email: dfetterman@kasowitz.com

Email: mkasowitz@kasowitz.com
Attorney For: Jeffrey Tucker, Jeffrey Tucker

David Z. Schwartz
Joseph M. Kay
Nowell D. Bamberger
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dschwartz@cgsh.com
Email: jkay@cgsh.com
Email: nbamberger@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc,
HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC
Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland)
Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC
Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC
Securities Services (Luxembourg) S.A.

Douglas A. Amedeo
Todd E. Duffy
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Email: tduffy@duffyamedeo.com
Attorney For: Alpha Prime Fund Limited

Fletcher W. Strong
Maxwell G. Dillan
Paul R. DeFilippo
William A. Maher
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: mdillan@wmd-law.com
Email: pdefilippo@wmd-law.com
Email: wmaher@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Stable Fund

Frank Velie
John Kortmansky
Julie Capehart
BraunHagey & Borden LLP
Email: velie@braunhagey.com
Email: kortmansky@braunhagey.com
Email: capehart@braunhagey.com
Attorney For: BA Worldwide Fund Management Ltd.

Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS AG, UBS EUROPE SE (f/k/a UBS
(LUXEMBOURG) S.A.), UBS Europe SE (f/k/a UBS (Luxembourg) SA), UBS Fund Services
(Luxembourg) SA, UBS Third Party Management Company SA, UBS Third Party Management
Company SA

George S. Wang
Jared Meyer
Kelsey E. Vickery
Peter E. Kazanoff
Sarah L. Eichenberger
William T. Russell Jr.
Simpson Thacher & Barlett LLP
Email: gwang@stblaw.com
Email: jared.meyer@stblaw.com
Email: kelsey.vickery@stblaw.com
Email: pkazanoff@stblaw.com
Email: sarah.eichenberger@stblaw.com
Email: wrussell@stblaw.com
Attorney For: Amit Vijayvergiya, Amit Vijayvergiya, Corina Noel Piedrahita, Corina Noel
Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich (Bermuda), LTD.,
Fairfield Greenwich Advisors LLC, Fairfield Greenwich Advisors, LLC, Fairfield Greenwich
Capital Partners, Fairfield Greenwich Limited, Fairfield Greenwich Limited, Fairfield
International Managers, Inc., Fairfield International Managers, Inc., Philip Toub, Philip Toub,
Share Management LLC

Jeffrey C. Fourmaux
Scott M. Berman
Friedman Kaplan Seiler Adelman & Robbins LLP
Email: jjfourmaux@fklaw.com
Email: sberman@fklaw.com
Attorney For: Pierre Delandmeter

Jeffrey Resetarits
Randall Martin
Shearman & Sterling LLP
Email: Jeffrey.Resetarits@shearman.com
Email: Randall.Martin@shearman.com
Attorney For: Citrus Investment Holdings, Ltd.

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com

Email: mkirsch@gibsondunn.com
Attorney For: UBS AG, UBS Europe SE (f/k/a UBS (Luxembourg) SA), UBS Fund Services
(Luxembourg) SA, UBS Third Party Management Company SA

Mark J. Hyland
Seward & Kissel
Email: hyland@sewkis.com
Attorney For: Reliance International Research, LLC

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney For: Andres Piedrahita, Andrés Piedrahita, Equity Trading Portfolio Limited

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: M&B Capital Advisers Sociedad de Valores, S.A., Square One Fund Ltd.

Robert Knuts
Sher Tremonte LLP
Email: rknuts@shertremonte.com
Attorney For: Theodore Dumbauld

Adam Betts
Laurie A. Morgan
Freshfields Bruckhaus Deringer US LLP
Email: adam.betts@freshfields.com
Email: laurie.morgan@freshfields.com
Attorney For: Tensyr Limited

Adam Levy
Bruce Ginsberg
Christine DeVito
H. Seiji Newman
Joseph Cioffi
Davis & Gilbert LLP
Email: alevy@dglaw.com
Email: bginsberg@dglaw.com
Email: cdevito@dglaw.com
Email: hnewman@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Bloom Asset Holdings Fund, Natixis, Natixis Financial Products LLC

Adam M. Lavine
Donna (Dong Ni) Xu
Zachary D. Rosenbaum
Kobre and Kim

Email: Adam.Lavine@kobrekim.com
Email: Donna.Xu@kobrekim.com
Email: Zach.Rosenbaum@kobrekim.com
Attorney For: BSI AG, individually and as successor in interest to Banco del Gottardo, EFG
Bank & Trust (Bahamas) Limited, as successor-in-interest to Banco Atlantico (Bahamas) Bank
& Trust Limited, EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere d'Investissements
S.A.M., EFG BANK S.A., f/k/a EFG Private Bank S.A.

Alan B. Vickery
Andrew Villacastin
David Ata
Jenna C. Smith
Steven I. Froot
Boies, Schiller & Flexner LLP
Email: avickery@bsfllp.com
Email: avillacastin@bsfllp.com
Email: data@bsfllp.com
Email: jsmith@bsfllp.com
Email: sfroot@bsfllp.com
Attorney For: ZCM Asset Holding Company (Bermuda) Limited

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: sshimshak@paulweiss.com
Attorney For: ZCM Asset Holding Company (Bermuda) Limited

Alison T. Holdway
Joseph P. Davis
Leo Muchnik
Greenberg Traurig, LLP
Email: holdwaya@gtlaw.com
Email: davisjo@gtlaw.com
Email: muchnikl@gtlaw.com
Attorney For: THE PUBLIC INSTITUTION FOR SOCIAL SECURITY

Amber L. Covucci
Taylor Hahn
O'Melveny & Myers LLP
Email: acovucci@omm.com
Email: thahn@omm.com
Attorney For: Merrill Lynch International

Amiad M. Kushner
Zachary D. Rosenbaum
Lowenstein Sandler LLP
Email: akushner@lowenstein.com
Email: zrosenbaum@lowenstein.com
Attorney For: BUREAU OF LABOR INSURANCE

Andreas A. Frischknecht
Erin E. Valentine
Peter R. Chaffetz
Yasmine Lahlou
Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Email: peter.chaffetz@chaffetzlindsey.com
Email: yasmine.lahlou@chaffetzlindsey.com
Attorney For: SIX SIS AG

Andrew Ditchfield
Elliot Moskowitz
Davis Polk & Wardwell LLP
Email: andrew.ditchfield@davispolk.com
Email: elliot.moskowitz@davispolk.com
Attorney For: Eurizon Capital SGR SpA (as Successor in Interest to Eurizon Investimenti SGR
SpA, f/k/a Nextra Investment Management SGR SpA, and Eurizon Alternative Investments
SGR Spa, f/k/a Nextra Alternative Inv, Eurizon Low Volatility f/k/a Nextra Low Volatility,
Eurizon Medium Volatility f/k/a Nextra Medium Volatility

Andrew Gordon
Gregory Laufer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: agordon@paulweiss.com
Email: glaufer@paulweiss.com
Attorney For: Citco Bank Netherland NV Dublin, Citco Global Custody NV

Andrew J. Finn
Diane Lee McGimsey
Mark A. Makar
Sharon L. Nelles
Sullivan & Cromwell LLP
Email: finna@sullcrom.com
Email: mcgimseyd@sullcrom.com
Email: makarm@sullcrom.com
Email: nelless@sullcrom.com
Attorney For: STANDARD CHARTERED BANK INTERNATIONAL (AMERICAS) LTD.,
f/k/a AMERICAN EXPRESS BANK INTERNATIONAL, STANDARD CHARTERED
FINANCIAL SERVICES (LUXEMBOURG) S.A., f/k/a AMERICAN EXPRESS FINANCIAL
SERVICES (LUXEMBOURG) S.A. and f/k/a AMERICAN EXPRESS BANK
(LUXEMBOURG) S.A., as represented by its liquidator Hanspeter Krämer, STANDARD
CHARTERED HOLDINGS INC. (as successor in interest to STANDARD CHARTERED
INTERNATIONAL (USA) LTD., f/k/a AMERICAN EXPRESS BANK LTD.)

Andrew M. Troop
Eric Fishman
Rahman Connelly

PILLSBURY WINTHROP SHAW PITTMAN LLP
Email: andrew.troop@pillsburylaw.com
Email: eric.fishman@pillsburylaw.com
Email: rahman.connelly@pillsburylaw.com
Attorney For: FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG)

Andrew P. Propps
John J. Kuster
Martin B. Jackson
Sidley Austin LLP
Email: apropps@sidley.com
Email: jkuster@sidley.com
Email: mjackson@sidley.com
Attorney For: KBC INVESTMENTS LIMITED

Anthony D. Boccanfuso
Rosa Evergreen
Scott B. Schreiber
Arnold & Porter Kaye Scholer LLP
Email: Anthony_Boccanfuso@apks.com
Email: Rosa.Evergreen@apks.com
Email: Scott.Schreiber@apks.com
Attorney For: ASB Bank Corp., Platinum All Weather Fund Limited

Anthony L. Paccione
Mark T. Ciani
Zachary S. Beal
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Email: zachary.beal@katten.com
Attorney For: BANCO INVERSIS, S.A., as successor in interest to RBC Dexia Investor
Services Espana, S.A., BANQUE SYZ S.A., as successor in interest to Royal Bank of Canada
(Suisse) S.A., Barfield Nominees Limited, Guernroy Limited, RBC ALTERNATIVE ASSETS,
L.P., RBC DOMINION SECURITIES INC., RBC INVESTOR SERVICES BANK S.A. (f/k/a
RBC Dexia Investor Services Bank S.A.), RBC INVESTOR SERVICES TRUST (f/k/a RBC
Dexia Investor Services Trust), RBC TRUST COMPANY (JERSEY) LIMITED, ROYAL
BANK OF CANADA, Royal Bank of Canada, as successor in interest to RBC Asia

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A.,
BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private
Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas
Arbitrage SNC, BNP PARIBAS ARBITRAGE SNC, BNP Paribas Bank & Trust (Cayman)
Limited, BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH, BNP Paribas S.A.,

as successor in interest to BNP Paribas Securities Services S.C.A., BNP Paribas Securities Services - Succursale de Luxembourg

Barry R. Lax
Lax & Neville, LLP
Email: blax@laxneville.com
Attorney For: Ann Passer

Beth-ann Roth
Richard A. Kirby
R|K Invest Law, PBC
Email: roth@investlaw.net
Email: kirby@investlaw.net
Attorney For: Martin Sage, Sybil Sage

Bianca Lin
Christopher Allegaert
David A. Shaiman
Lauren J. Pincus
Allegaert Berger & Vogel LLP
Email: blin@abv.com
Email: callegaert@abv.com
Email: dshaiman@abv.com
Email: lpincus@abv.com
Attorney For: BANQUE CANTONALE VAUDOISE, Banque Lombard Odier & Cie SA, BORDIER & CIE, Lyxor Asset Management Inc. (f/k/a SG Asset Management, Inc.), as General Partner of SG AM AI Premium Fund L.P., Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager Diversified Fund), now acting by and through its Trustee, Societe Generale S.A., SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset Management S.A.S., SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified Fund), now acting by and through its liquidator, KPMG Advisory Sarl, Socgen Nominees (UK) Limited, SOCIETE GENERALE LUXEMBOURG ( f/k/a Societe Generale Bank & Trust S.A.), Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera) S.A.

Blanka K. Wolfe
Malani Cademartori
Sheppard Mullin Richter & Hampton LLP
Email: bwolfe@sheppardmullin.com
Email: mcademartori@sheppardmullin.com
Attorney For: Union Arbitrage Strategy Fund, Union Securities Investment Trust Co., Ltd., Union USD Global Arbitrage A Fund, Union USD Global Arbitrage Fund

Bradley Fishman
Joshua A. Dachs
Wuersch & Gering LLP
Email: bradley.fishman@wg-law.com

Email: Joshua.dachs@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, Vontobel Asset
Management Inc.

Breon S. Peace
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Attorney For: BNP PARIBAS S.A. D/B/A BNP PARIBAS - DUBLIN BRANCH

Brian J. Butler
Sara C. Temes
Bond, Schoeneck & King, PLLC
Email: bbutler@bsk.com
Email: stemes@bsk.com
Attorney For: OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus,
UMR Select Alternatif

Brian Trust
Joaquin Matias C de Baca
Mayer Brown LLP
Email: btrust@mayerbrown.com
Email: jcdebaca@mayerbrown.com
Attorney For: UKFP (ASIA) NOMINEES LIMITED

Briton Sparkman
George M. Chalos
Chalos & Co., P.C.
Email: bsparkman@chaloslaw.com
Email: gmc@chaloslaw.com
Attorney For: First Gulf Bank

C. Bryce Benson
David W. Parham
Akerman LLP
Email: bryce.benson@akerman.com
Email: david.parham@akerman.com
Attorney For: CATHAY LIFE INSURANCE CO. LTD.

Carl H. Loewenson, Jr.
Gerardo Gomez Galvis
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Email: GGomezGalvis@mofo.com
Attorney For: PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, SafeHand
Investments, Strongback Holdings Corporation

Carlos J. Canino
Eugene E. Stearns

Matthew M. Graham
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Email: ccanino@stearnsweaver.com
Email: estearns@stearnsweaver.com
Email: mgraham@stearnsweaver.com
Attorney For: David Mayer

Carmine D. Boccuzzi
Elsbeth Bennett
Menghan Liu
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Email: ebennett@cgsh.com
Email: meliu@cgsh.com
Attorney For: Citibank, N.A., Citicorp North America, Inc., Citigroup Global Markets Limited

Christian Vandergeest
David Y. Livshiz
Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: christian.vandergeest@freshfields.com
Email: david.livshiz@freshfields.com
Email: timothy.harkness@freshfields.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., INTELIGO BANK LTD. , f/k/a
BLUBANK LTD., Tensyr Limited

Christopher Harris
Thomas J. Giblin
Latham & Watkins LLP
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com
Attorney For: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank
(Ireland) Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund
Solutions Custodial Services (Ireland) Ltd.), ABN AMRO Retained Nominees (IOM) Limited,
f/k/a/ ABN AMRO Fund Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man)
Nominees Limited

Christopher Emch
Marc Gottridge
Herbert Smith Freehills NY LLP
Email: Chris.Emch@hsf.com
Email: marc.gottridge@hsf.com
Attorney For: BARCLAYS BANK (SUISSE) S.A., Caixabank S.A., as successor by merger to
Barclays Bank S.A., Zedra Trust Company (Jersey) Limited (f/k/a Barclays Private Bank &
Trust Limited)

Corey A. Calabrese
Latham & Watkins LLP

Email: corey.calabrese@law.com
Attorney For: ABN AMRO Retained Nominees (IOM) Limited, f/k/a/ ABN AMRO Fund
Services (Isle of Man) Nominees, and f/k/a Fortis (Isle of Man) Nominees Limited

Daniel Bernstein
Kent A. Yalowitz
Arnold & Porter Kaye Scholer LLP
Email: daniel.bernstein@apks.com
Email: Kent.Yalowitz@apks.com
Attorney For: Fullerton Capital Pte Ltd.

Daniel H. Tabak
Shannon A. Daugherty
Cohen & Gresser LLP
Email: dtabak@cohengresser.com
Email: sdaugherty@cohengresser.com
Attorney For: Prince Assets LTD. (f/k/a Prince Assets LDC) - Cayman Islands, Prince Capital
Partners LLC, Prince Resources LDC - Cayman Islands

Daniel M. Kelly
Eric M. Kay
Marc L. Greenwald
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielkelly@quinnemanuel.com
Email: erickay@quinnemanuel.com
Email: marcgreenwald@quinnemanuel.com
Attorney For: ABU DHABI INVESTMENT AUTHORITY

Daniel S. Alter
Yankwitt LLP
Email: daniel@yankwitt.com
Attorney For: Khronos Liquid Opportunities Fund LTD - Cayman Islands

Daniel S. Shamah
Kayla N. Haran
Shiva Eftekhari
William J. Sushon
O'Melveny & Myers LLP
Email: dshamah@omm.com
Email: kharan@omm.com
Email: seftekhari@omm.com
Email: wsushon@omm.com
Attorney For: Credit Suisse (Luxembourg) SA, Credit Suisse (UK) Limited, Credit Suisse AG,
Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG, Credit Suisse
AG, Nassau Branch, Credit Suisse International, Credit Suisse London Nominees Limited,
Credit Suisse Nominees (Guernsey) Limited, Mistral (SPC), Zephyros Limited

Daniel Schimmel
Foley Hoag, LLP
Email: dschimmel@foleyhoag.com
Attorney For: CACEIS BANK, CACEIS BANK LUXEMBOURG

David E. Brodsky
Diarra Guthrie
Joaquin Terceño
S. Ellie Norton
Cleary Gottlieb Steen & Hamilton LLP
Email: dbrodsky@cgsh.com
Email: dguthrie@cgsh.com
Email: jterceno@cgsh.com
Email: snorton@cgsh.com
Attorney For: SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR EAST) LIMITED

David J. Mark
Kasowitz Benson Torres LLP
Email: dmark@kasowitz.com
Attorney For: BPER Banca S.P.A. as successor in interest to Banca Carige S.P.A.

Donna Xu
Cleary Gottlieb Steen & Hamilton LLP
Email: dnxu@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A.,
BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private
Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas
Securities Services - Succursale de Luxembourg

Douglas A. Kellner
Eugene F. Getty
Kellner Herlihy Getty & Friedman, LLLP
Email: dak@khgflaw.com
Email: efg@khgflaw.com
Attorney For: PARSON FINANCE PANAMA

Ehud Barak
Russell T. Gorkin
Proskauer Rose LLP
Email: ebarak@proskauer.com
Email: rgorkin@proskauer.com
Attorney For: GROSVENOR BALANCED GROWTH FUND LIMITED, GROSVENOR
INVESTMENT MANAGEMENT LTD., GROSVENOR PRIVATE RESERVE FUND
LIMITED, LION GLOBAL INVESTORS LIMITED

Elischke de Villiers
Heather Lamberg
Freshfields Bruckhaus Deringer US LLP

Email: elischke.devilliers@freshfields.com
Email: heather.lamberg@freshfields.com
Attorney For: Banco Bilbao Vizcaya Argentaria, S.A., INTELIGO BANK LTD. , f/k/a
BLUBANK LTD.

Elizabeth Vicens
Hugh Murtagh
Jessica Metzger
Lawrence B. Friedman
Lina Bensman
Cleary Gottlieb Steen & Hamilton LLP
Email: evicens@cgsh
Email: hmurtagh@cgsh.com
Email: jmetzger@cgsh.com
Email: lfriedman@cgsh.com
Email: lbensman@cgsh.com
Attorney For: Credit Agricole Corporate and Investment Bank d/b/a Credit Agricole Private
Banking Miami, f/k/a Calyon S.A. d/b/a Credit Agricole Miami Private Bank, successor in
interest to Credit Lyonnais S.A., CREDIT AGRICOLE S.A., a.k.a. BANQUE DU CREDIT
AGRICOLE

Eric B. Halper
Hal M. Shimkoski
McKool Smith
Email: ehalper@mckoolsmith.com
Email: hshimkoski@mckoolsmith.com
Attorney For: BANK JULIUS BAER & CO. LTD.

Eric B. Fisher
Lindsay A. Bush
Sarah Dowd
Binder & Schwartz LLP
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com
Email: sdowd@binderschwartz.com
Attorney For: Rafael Mayer

Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS Europe SE, formerly known as UBS Deutschland AG, as successor in
interest to Dresdner Bank Lateinamerika AG

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP

Email: george.shuster@wilmerhale.com
Attorney For: SNS BANK N.V., SNS GLOBAL CUSTODY B.V.

Gerard Belfort
Kelly Lin
Ballard Spahr LLP
Email: belfortg@ballardspahr.com
Email: link@ballardspahr.com
Attorney For: Bessemer Trust Company, Naidot & Co.

James V. Masella
Patterson Belknap Webb & Tyler LLP
Email: jmasella@pbwt.com
Attorney For: Bessemer Trust Company, Naidot & Co.

Gregory F. Hauser
Wuersch & Gering LLP
Email: gregory.hauser@wg-law.com
Attorney For: Bank Vontobel AG f/k/a Bank J. Vontobel & Co. AG, LGT Bank (Switzerland)
Ltd. as successor in interest to Dresdner Bank (Schweiz) AG, LGT BANK IN
LIECHTENSTEIN, Vontobel Asset Management Inc.

Jared Stein
Jonathan C. Cross
Scott S. Balber
Herbert Smith Freehills NY LLP
Email: Jared.Stein@hsf.com
Email: jonathan.cross@hsf.com
Email: scott.balber@hsf.com
Attorney For: BANK HAPOALIM (SWITZERLAND) LTD., BANK HAPOALIM B.M.

Jascha D. Preuss
Wuersch & Gering LLP
Email: jascha.preuss@wg-law.com
Attorney For: LGT Bank (Switzerland) Ltd. as successor in interest to Dresdner Bank (Schweiz)
AG, LGT BANK IN LIECHTENSTEIN

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney For: BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia
Private Bank (Switzerland) Ltd.), BANQUE INTERNATIONALE A LUXEMBOURG S.A.
(f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in
interest to Dexia Nordic Private Bank S.A.

Jeffrey C. Fourmaux
Lindsay Funk
Robert J. Lack

Friedman Kaplan Seiler Adelman & Robbins LLP
Email: jjfourmaux@fklaw.com
Email: lfunk@fklaw.com
Email: rlack@fklaw.com
Attorney For: MULTI-STRATEGY FUND LIMITED

Jeffrey Resetarits
Randall Martin
Shearman & Sterling LLP
Email: Jeffrey.Resetarits@shearman.com
Email: Randall.Martin@shearman.com
Attorney For: BANCO ITAÚ EUROPA INTERNATIONAL, BANCO ITAÚ EUROPA
LUXEMBOURG S.A., Nomura International PLC, NOMURA INTERNATIONAL PLC

Jennifer Fiorica Delgado
Michael B. Himmel
Lowenstein Sandler LLP
Email: jdelgado@lowenstein.com
Email: mhimmel@lowenstein.com
Attorney For: BUREAU OF LABOR FUNDS, BUREAU OF LABOR INSURANCE

John F. Zulack
Allegaert Berger & Vogel LLP
Email: jzulack@abv.com
Attorney For: BANQUE CANTONALE VAUDOISE, Banque Lombard Odier & Cie SA,
Lyxor Asset Management Inc. (f/k/a SG Asset Management, Inc.), as General Partner of SG
AM AI Premium Fund L.P., Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager
Diversified Fund), now acting by and through its Trustee, Societe Generale S.A., SG Audace
Alternatif (f/k/a SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor
Asset Management S.A.S., SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified
Fund), now acting by and through its liquidator, KPMG Advisory Sarl, Socgen Nominees (UK)
Limited, SOCIETE GENERALE LUXEMBOURG ( f/k/a Societe Generale Bank & Trust
S.A.), Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.),
individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera)
S.A., SOCIETE GENERALE S.A., as Trustee for Lyxor Premium Fund and Successor in
Interest to Banque de Reescompte et de Placement a/k/a Barep and to Societe Generale Asset
Management Banque d/b/a Barep

John S. Craig
Allegaert Berger & Vogel LLP
Email: jcraig@abv.com
Attorney For: BANQUE CANTONALE VAUDOISE, BORDIER & CIE, Lyxor Asset
Management Inc. (f/k/a SG Asset Management, Inc.), as General Partner of SG AM AI
Premium Fund L.P., Lyxor Premium Fund (f/k/a SGAM Alternative Multi Manager Diversified
Fund), now acting by and through its Trustee, Societe Generale S.A., SG Audace Alternatif
(f/k/a SGAM AI Audace Alternatif), now acting by and through its manager, Lyxor Asset
Management S.A.S., SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Diversified Fund),
now acting by and through its liquidator, KPMG Advisory Sarl, Socgen Nominees (UK)

Limited, SOCIETE GENERALE LUXEMBOURG ( f/k/a Societe Generale Bank & Trust
S.A.), Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.),
individually and as successor in interest to Societe Generale Private Banking (Lugano-Svizzera)
S.A.

John S. Craig
Allegaert Berger & Vogel LLP
Email: jcraig@abv.com
Attorney For: Banque Lombard Odier & Cie SA

Kevin C. Kelly
Marc R. Cohen
Mark G. Hanchet
Mayer Brown LLP
Email: kkelly@mayerbrown.com
Email: mcohen@mayerbrown.com
Email: mhanchet@mayerbrown.com
Attorney For: Banque Lombard Odier & Cie SA

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Email: jguy@orrick.com
Attorney For: KOCH INDUSTRIES. INC.

Jonathan T. Koevary
Thomas J. Fleming
Olshan Frome Wolosky LLP
Email: jkoevary@olshanlaw.com
Email: tfleming@olshanlaw.com
Attorney For: Lynne Florio, Malcolm Sage

Jordan E. Stern
Tara Q. Higgins
Zeb Landsman
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: jstern@beckerglynn.com
Email: thiggins@beckerglynn.com
Email: zlandsman@beckerglynn.com
Attorney For: THE SUMITOMO TRUST AND BANKING CO., LTD

Joshua E. Abraham
Butzel Long
Email: abraham@butzel.com
Attorney For: Banco General SA, BG Valores, f/k/a Defendant Wall Street Securities S.A.

Keith R. Palfin
Richard F. Schwed
Shearman & Sterling LLP

Email: Keith.Palfin@Shearman.com
Email: rschwed@shearman.com
Attorney For: BANCO ITAÚ EUROPA INTERNATIONAL, BANCO ITAÚ EUROPA
LUXEMBOURG S.A.

M. William Munno
Seward & Kissel
Email: munno@sewkis.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT
LLC, ARDEN ENDOWMENT ADVISERS, LTD.

Michael B. Weitman
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
Email: mweitman@westermanllp.com
Attorney For: ARDEN ASSET MANAGEMENT INC., ARDEN ASSET MANAGEMENT
LLC, ARDEN ENDOWMENT ADVISERS, LTD.

Marissa Tillem
Proskauer Rose LLP
Email: mtillem@proskauer.com
Attorney For: LION GLOBAL INVESTORS LIMITED

Martin J. Crisp
Robert S. Fischler
Ropes & Gray
Email: martin.crisp@ropesgray.com
Email: robert.fischler@ropesgray.com
Attorney For: SCHRODER & CO. BANK AG

Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP
Email: mfeldberg@reichmanjorgensen.com
Attorney For: ABN AMRO BANK N.V., ABN AMRO Bank, N.V. (presently known as
NATWEST MARKETS, N.V.)

Michael T. Driscoll
Sheppard Mullin Richter & Hampton LLP
Email: mdriscoll@sheppardmullin.com
Attorney For: MERITZ FIRE & MARINE INSURANCE CO. LTD., Union Arbitrage Strategy
Fund, Union Securities Investment Trust Co., Ltd., Union USD Global Arbitrage A Fund,
Union USD Global Arbitrage Fund

Pamela Miller
O'Melveny & Myers LLP
Email: pmiller@omm.com
Attorney For: Merrill Lynch Bank (Suisse) SA n/k/a Bank Julius Bär & Co. AG a/k/a Bank
Julius Baer & Co. Ltd., Merrill Lynch International

Rachel Polan
Cleary Gottlieb Steen & Hamilton LLP
Email: rpolan@cgsh.com
Attorney For: Credit Agricole Corporate and Investment Bank d/b/a Credit Agricole Private
Banking Miami, f/k/a Calyon S.A. d/b/a Credit Agricole Miami Private Bank, successor in
interest to Credit Lyonnais S.A.

Richard A. Cirillo
King & Spalding LLP
Email: rcirillo@kslaw.com
Attorney For: KOOKMIN BANK, Korea Exchange Bank, Individually And As Trustee For
Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, NATIONAL BANK OF
KUWAIT

Richard A. Cirillo
Richard A. Cirillo, Esq.
Email: richard@Cirillo-Law.com
Attorney For: KOOKMIN BANK, Korea Exchange Bank, Individually And As Trustee For
Korea Global All Asset Trust I-1, And For Tams Rainbow Trust III, NATIONAL BANK OF
KUWAIT, NBK Banque Privée (Suisse) S.A.

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: Banque Syz & Co., SA, TRINCASTAR CORPORATION, UNIFORTUNE
ASSET MANAGEMENT SGR SPA, UNIFORTUNE CONSERVATIVE FUND

Roger A. Cooper
Cleary Gottlieb Steen & Hamilton LLP
Email: racooper@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A.,
BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private
Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas
Arbitrage SNC, BNP PARIBAS ARBITRAGE SNC, BNP Paribas Bank & Trust (Cayman)
Limited, BNP Paribas S.A., as successor in interest to BNP Paribas Securities Services S.C.A.,
BNP Paribas Securities Services - Succursale de Luxembourg

Thomas E. Lynch
Jones Day
Email: telynch@jonesday.com
Attorney For: QUILVEST FINANCE LIMITED

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: tmoloney@cgsh.com
Attorney For: SICO Limited, SOMERS DUBLIN LIMITED, SOMERS NOMINEES (FAR
EAST) LIMITED

Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: tkessler@cgsh.com
Attorney For: BNP PARIBAS ARBITRAGE SNC, BNP Paribas Arbitrage SNC, BNP Paribas
Bank & Trust (Cayman)

---

**Government Parties**

---

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com


Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
New York, NY 10008

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov


Securities and Exchange Commission
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov


Securities and Exchange Commission
Terri Swanson
Email: swansont@sec.gov


Securities Investor Protection Corporation Nate Kelley
Email: nkelley@sipc.org


Securities Investor Protection Corporation
Josephine Wang
Email: jwang@sipc.org


Securities Investor Protection Corporation
Kevin Bell

Email: kbell@sipc.org


U.S. Department of Justice, Tax Division
Washington, DC 20530

---

## BLMIS Customers

Alan G. Cosner
Email: alan@cosnerlaw.com


Alder Family Foundation
Email: lovormon@aol.com


Amy Cappellazzo
Email: joannerosen@gmail.com


Andy Huang
Email: andy.huang@ipcg.com.sg


Arlene R. Chinitz
Email: arlenerc54@hotmail.com


Aruna Muchhal
Email: muchhal@netvigator.com


Au Yuet Shan
Email: eau203@gmail.com


Bernard W. Braverman
Email: berniebraverman@gmail.com


Birgit Peters
Email: birgit.peters2010@yahoo.com


Capital Bank
Email: berthold.troiss@capitalbank.at

Carole Coyle
Email: bionicdoll@aol.com


Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk


Chien-Liang Shih
Email: gary.libra@gmail.com


Chi-Hua Liao
Jhubei City, Hsinchu County,
Taiwan

Crisbo S.A.
Email: arroyo@rya.es; arroyoignacio@hotmail.com


David B. Epstein (IRA Bene)
Email: david1943@comcast.net


David Drucker
Email: daved628@aol.com


Donald P. Weber
Email: mdweb27@me.com


Fifty-Ninth Street Investors LLC
Email: mguzzino@resnicknyc.com


FJ Associates, S.A.
Email: pabst@mantomgmt.com


Fondo General De Inversion Centro America-No, S.A.
Email: pabst@mantomgmt.com


Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Gloria Sandler
Email: mauricesandler@gmail.com

Goore Partnership
Email: hyassky@aol.com

Harriet Rubin
Las Vegas, NV 89117

Howard Stern
Email: hstern@wzssa.com

Ilse Della-Rowere
Vienna, 1210
Austria

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

Jane Delaire
Email: j.delaire@yahoo.com

Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Joanne Rosen
Email: joannerosen@gmail.com

John B. Malone
Email: doctor1000@earthlink.net

John H. Petito
Lumberville, PA 18933

John Stirling Gale
Email: galejs@gmail.com

Jose Haidenblit
Email: chore55@yahoo.com

Kamal Kishore Muchhal
Email: muchhal@netvigator.com


Kenneth Springer
Wellington, FL 33414

KHI Overseas Ltd
Hong Kong

Krates, S.A.
Email: pabst@mantomgmt.com


Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com


Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net


Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw


Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk


Lindel Coppell
Email: lindencoppell@gmail.com


Marcia Roses Schachter
Email: marciroses@aol.com


Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com


Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Martha Alice Gilluly
Email: marny@corsair2.com


Martin Wimick
Email: mwinick@hotmail.com


Mary Kohlschreiber
Email: cdelaire61@yahoo.com

and
West Palm Beach, FL 33401

Matthew F. Carroll
Email: mattfcarroll@msn.com


Maurice Sandler
Email: mauricesandler@gmail.com


MLSMK Investments Co
Email: stanleymkatz@mac.com


Nancy Dver Cohen
Email: ndver@comcast.net


Ng Shok Len
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
Taikoo Shing,,
Hong Kong

Nicholas Kardasis
Email: arlinekardasis@gmail.com


Panagiotis Moutzouris
Voula GR-16673,
Greece

Partricia M. Hynes
Email: rreardon@stblaw.com

Paul Maddocks
Email: maddockspaul@gmail.com


Peerstate Equity Fund L.P.
c/o Lou Prochilo
Northport, NY 11768

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net


PFC Nominees Limited
Email: info@pfcintl.com


Phyllis Pressman
Email: peplady5@gmail.com


Ralph Schiller
Email: optics58@gmail.com


Rausch Rudolf
Email: rudolf.rausch@gmail.com


Remy Investments Corp
London W1G 9QD,
England,  United Kingdom

Richard G. Corey
Charleston, WV 25302

Richard Hoefer
Email: richard.hoefer@utanet.at


Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com


Robert Douglas Steer
Email: bobjen8@bigpond.com

Robins Family Limited Partnership
Email: charles.robins@weil.com


Roy L. Reardon JTWROS
Email: rreardon@stblaw.com


Samuel Frederick Rohdie
Email: srohdie@bellsouth.net


Shao-Po Wang
New Taipei City 236,,
Taiwan

Simcha Gutgold
Email: simcha.gutgold@gmail.com


Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com


Stephen Hill
Email: leyla.hill@hos.com


Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com


Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com


The Gottesman Fund
Email: dgottesman@firstmanhattan.com


Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Gary Stein
Schulte, Roth & Zabel LLP
Email: gary.stein@srz.com
Attorney For: Dale Ellen Leff

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor

## Notices of Appearance

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: attrnylwyr@yahoo.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Andrea J. Robinson
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com

Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff, The Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James H. Cohen, Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen Special Trust, The Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque Privee and counsel for the Pascucci Family

Barry G Sher
Paul Hastings LLP
Email: barrysher@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited

Barry R. Lax
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Benjamin W. Loveland
Wilmer Cutler Pickering Hale and Dorr LLP
Email: benjamin.loveland@wilmerhale.com
Attorney For: BSI AG

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brenda R. Sharton
Daniel M. Glosband
David J. Apfel
Goodwin Procter LLP
Email: bsharton@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust,
Jeffrey A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E.
Lesser 11/97 Rev. Trust, Russell deLucia

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Brendan M. Scott

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and
Luxembourg Investment Fund, Paul Laplume

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com
Email: rmccord@certilmanbalin.com
Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L.
Certilman and Joyce Certilman

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: SNR Customers

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP

Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: Sterling Equities Associates and Certain Affiliates

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management
Limited, KML Asset Management LLC

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney For: Defendant Oppenheimer Acquisition Corp.

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Dr. Michael Schur, Edith A. Schur

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney For: David Bolton

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent
of H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B
Fitzmaurice, Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J.
Rausher, Natasha Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz,
Peggy Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Richard Abramowitz &

Pomerantz, Rita S. Katz (n/k/a Rita Starr Katz Davey), Robin S. Abramowitz, Samuel D.
Davis, Theresa A. Wolfe, Thomas R. Fitzmaurice, Traci D. Davis, Trustees Richard
Abramowitz and Howard L. Pomerantz, Vladimir Rabinovich, Wendy Sager Pomerantz

David S. Stone
Stone & Magnanini, LLP
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Dean Nicyper
Withers Bergman, LLP
Email: Dean.Nicyper@withersworldwide.com
Attorney For: Von Rautenkranz Nachfolger Special Investments LLC

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Deirdre Norton Hykal

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney For: Douglas R. Hirsch

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney For: Elise Scherr Frejka

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers

Erin Joyce Letey
Joseph E. Shickich, Jr.
Riddell Willams P.S.
Email: eletey@riddellwilliams.com
Email: jshickich@riddellwilliams.com
Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Fletcher W. Strong
Wollmuth Maher & Deutsch LLP

Email: fstrong@wmd-law.com
Attorney For: Robert F. Weinberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney For: Iron Mountain Information Management, Inc.

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney For: Gary S. Lee

Gary Stein
Schulte, Roth & Zabel LLP
Email: gary.stein@srz.com
Attorney For: The Pati H. Gerber Defendants

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney For: Gary Woodfield

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney For: George R. Hirsch

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: george.shuster@wilmerhale.com
Attorney For: BSI AG, SNS Bank N.V., SNS Global Custody B.V.

Glenn P. Warmuth
Paula J. Warmuth
Stim & Warmuth, P.C.
Email: gpw@stim-warmuth.com
Email: pjw@stim-warmuth.com
Attorney For: Creditors, Michael Most and Marjorie Most

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Aaron Blecker

Harold D. Jones
Jones & Schwartz, P.C.

Email: hjones@jonesschwartz.com
Attorney For: Harold D. Jones

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Marsha Peshkin et al.

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney For: Rosenman Family LLC

James H. Hulme
Arent Fox LLP
Email: hulme.james@arentfox.com
Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S.
Gewirz, Carl S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited
Partnership, Estate of Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC,
Robert H. Smith Revocable Trust, Robert P. Kogod

James M. Ringer, Esq.
Stuart I. Rich, Esq.
Meister Seelig & Fein LLP
Email: jmr@msf-law.com
Email: sir@msf-law.com
Attorney For: Jasper Investors Group LLC ("Jasper")

Jeff E. Butler
Clifford Chance U.S. LLP
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Lavin & Associates, P.C.
Email: jlavin@lavinassociates.com
Attorney For: John J. Lavin

John M. Conlon
Mayer Brown LLP
Email: jconlon@mayerbrown.com
Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena
Automovilista Ramo de vida

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment
Securities LLC Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor
Baadarani, Shosharma Remark Victor

Lalit K. Jain
Law Offices of Lalit K. Jain Esq
Email: lkjesq@lkjesq.com
Attorney For: Dean Loren

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marianna Udem
ASK, LLP
Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney For: Mark S. Cohen

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis
Revocable Trust

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney For: Lawrence Torn

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: Marshall R. King

Matthew A. Kupillas
Milberg Tadler Phillips Grossman LLP
Email: mkupillas@milberg.com
Attorney For: June Pollack

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust,
Constance R. Sisler, individually, and in her capacity as Settlor and Trustee of the CRS
Revocable Trust, CRS Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust,
Robert Auerbach Revocable Trust, Robert Auerbach, individually, Robert S. Bernstein, S.
James Coppersmith Charitable Remainder Unitrust

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A
Johnson, Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D
Johnson, Crescienzo J Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus,
Diane T. Levin, Dominick F. Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr.,
Everett L. Dargan, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Gerald A
Wilson, Giuseppa A Boccanfuso, Giuseppe C. Basili, Grace A. Nash, Harold Murtha, Trustee
of Murtha Enterprises, Inc. Profit-Sharing Plan, Jacqueline A Johnson, Jaime R Johnson, Jing
W. Davis (now known as Amy Davis),, Joanne Verses, Joyce C. Auerbach, individually, as
Trustee of the Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach
Revocable Trust, Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E Corish Estate,
Margaret Pace, Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T. Nash,
Midlands Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent
of N.A.S., Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as
Trustee of the Sol Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash,
Trustee of Margherita M. Basili Retirement Plan and individually, William Sklar, William
Sklar, Trustee of Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, WR
Johnson Co. Pension and Profit Sharing Plan

Michael I. Goldberg
Akerman LLP

Email: michael.goldberg@akerman.com
Attorney For: Michael I. Goldberg

Michael J. Riela
Ralph A. Siciliano
Tannenbaum Helpern Syracuse & Hirschtritt LLP
Email: Riela@thsh.com
Email: Siciliano@thsh.com
Attorney For: Odyssey Alternative Fund Limited

Michael Lago, Esq.
Morrison Cohen LLP
Email: bankruptcy@morrisoncohen.com
Attorney For: Customer Claimant David Silver

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney For: Michael V. Blumenthal

Michael V. Ciresi
Ciresi Conlin LLP
Email: MVC@CiresiConlin.com
Attorney For: Michael V. Ciresi

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary
M. Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M &
B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss

Paul D. Moore
Duane Morris LLP
Email: PDMoore@duanemorris.com
Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the
Eleanore C. Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-
trustee of the Eleanore C. Unflat Living Trust, The Eleanore C. Unflat Living Trust

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan
Participants

Richard A. Kirby
R|K Invest Law, PBC
Email: kirby@investlaw.net
Attorney For: Richard A. Kirby

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Richard G. Haddad

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Richard Galler

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, FGLS Equity LLC, Joan L. Fisher, The Trust U/A VIII of the
Will of Gladys C. Luria F/B/O Carl T. Fisher

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP

Robert A. Abrams
Steven H. Newman
Katsky Korins LLP
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein
Revocable Trust, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer
Spring McPherson, Jonathan Cash, Richard L. Cash Declaration of Trust Dated September
19,1994, Richard Spring, S. H. & Helen R. Scheuer Family Foundation, The Jeanne T. Spring
Trust, The Spring Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney For: Attorney for the United States of America

Sanford P. Dumain, Esq.
Milberg Tadler Phillips Grossman LLP
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal,
Judith Rock Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The
Unofficial Committee of Certain Claim Holders

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack,
Shirley Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Brian H. Gerber

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate
of Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as
Trustees, Jay Rosen Executors, Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels
Family LTD Partnership

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle")

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney For: Carl J. Shapiro et al.

Stephen M. Honig
Duane Morris LLP
Email: smhonig@duanemorris.com
Attorney For: Eleanore C. Unflat, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust, The Eleanore C. Unflat Living Trust

Steven I. Froot
Boies, Schiller & Flexner LLP
Email: sfroot@bsfllp.com
Attorney For: ZCM Asset Holding Company (Bermuda) LLC

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A", Alyse Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as trustee of the Trust Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell Greengrass, Michael Shrage, Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC, Robert and Alyse Klufer Family Trust "A", Trust Under Article Fourth U/W/O Robert E. Klufer

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney For: Tony Miodonka

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney For: Vivian R. Drohan

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney For: Will R. Tansey

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@habiblaw.net
Attorney For: Anthony F. Russo

Lauren K. Handelsman
Lindsay A. Bush
Binder & Schwartz LLP
Email: lhandelsman@binderschwartz.com
Email: lbush@binderschwartz.com

David J. Molton
Marek P. Krzyzowski
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com

**Pro Se Defendants**

David Gross, Individually and as Joint Tenant
Email: Davidgross63@gmail.com

Irma Gross, Individually and as Joint Tenant
Email: Davidgross63@gmail.com

Inter Asset Management Inc.
British Virgin Islands

Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
Luxembourg