Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
*mfeldberg@reichmanjorgensen.com*
400 Madison Avenue
Suite 14D
New York, NY 10017
Tel.: (212) 381-4970

*Attorney for Defendant NatWest Markets N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.)<br><br>                              Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2023, a copy of Defendant Natwest Markets N.V Further Support of their Motion to Amend Affirmative Defenses was served by filing it with the Court's Electronic Filing System.  Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email as set forth on the attached Schedule A.

Dated: September 18, 2023                Respectfully submitted,

                                                        */s/ Michael S. Feldberg*

                                                        Michael S. Feldberg
                                                        REICHMAN JORGENSEN LEHMAN &
                                                        FELDBERG LLP
                                                        400 Madison Avenue, Suite 14D
                                                        New York, New York 10017
                                                        Tel: (212) 381-4970
                                                        mfeldberg@reichmanjorgensen.com

                                                        *Attorneys for Defendant NatWest N.V.*

## **SCHEDULE A**

<u>Attorneys for</u>:
Irving H. Picard, as Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff

David J. Sheehan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Email: dsheehan@bakerlaw.com