Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RAR ENTREPRENEURIAL FUND | 1R0172 |