**BLMIS ACCOUNT NO. 1R0172 - RAR ENTREPRENEURIAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | 2-Year Initial Transfers | 6-Year Initial Transfers |
| 4/3/1998 | CHECK WIRE | 4,000,000 | 4,000,000 | - | - | - | 4,000,000 | - | - | - |
| 10/2/1998 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 6,000,000 | - | - | - |
| 4/30/1999 | CHECK WIRE | 1,500,000 | 1,500,000 | - | - | - | 7,500,000 | - | - | - |
| 8/12/1999 | CHECK WIRE | 956,000 | 956,000 | - | - | - | 8,456,000 | - | - | - |
| 11/1/1999 | CHECK | (10,000) | - | (10,000) | - | - | 8,446,000 | - | - | - |
| 4/3/2000 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | 6,446,000 | - | - | - |
| 5/1/2000 | CHECK WIRE | (600,000) | - | (600,000) | - | - | 5,846,000 | - | - | - |
| 8/31/2000 | CHECK WIRE | 1,600,000 | 1,600,000 | - | - | - | 7,446,000 | - | - | - |
| 9/1/2000 | CHECK | (46,120) | - | (46,120) | - | - | 7,399,880 | - | - | - |
| 1/3/2001 | CHECK WIRE | 982,000 | 982,000 | - | - | - | 8,381,880 | - | - | - |
| 1/31/2001 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 8,881,880 | - | - | - |
| 4/6/2001 | CHECK | (2,500) | - | (2,500) | - | - | 8,879,380 | - | - | - |
| 8/24/2001 | CHECK | (10,000) | - | (10,000) | - | - | 8,869,380 | - | - | - |
| 10/2/2001 | CHECK | (270,636) | - | (270,636) | - | - | 8,598,744 | - | - | - |
| 11/6/2001 | CHECK WIRE | 1,340,000 | 1,340,000 | - | - | - | 9,938,744 | - | - | - |
| 12/31/2001 | CHECK WIRE | 60,000 | 60,000 | - | - | - | 9,998,744 | - | - | - |
| 1/31/2002 | CHECK WIRE | 165,000 | 165,000 | - | - | - | 10,163,744 | - | - | - |
| 3/1/2002 | CHECK WIRE | 250,000 | 250,000 | - | - | - | 10,413,744 | - | - | - |
| 7/2/2002 | CHECK | (10,000) | - | (10,000) | - | - | 10,403,744 | - | - | - |
| 8/1/2002 | CHECK WIRE | (1,986,000) | - | (1,986,000) | - | - | 8,417,744 | - | - | - |
| 8/30/2002 | CHECK WIRE | 1,200,000 | 1,200,000 | - | - | - | 9,617,744 | - | - | - |
| 8/30/2002 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 10,617,744 | - | - | - |
| 10/1/2002 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 11,617,744 | - | - | - |
| 10/2/2002 | CHECK WIRE | 126,000 | 126,000 | - | - | - | 11,743,744 | - | - | - |
| 10/25/2002 | CHECK | (41,000) | - | (41,000) | - | - | 11,702,744 | - | - | - |
| 11/1/2002 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 12,702,744 | - | - | - |
| 11/1/2002 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 13,702,744 | - | - | - |
| 3/4/2003 | CHECK WIRE | 44,000 | 44,000 | - | - | - | 13,746,744 | - | - | - |
| 5/2/2003 | CHECK | (77,000) | - | (77,000) | - | - | 13,669,744 | - | - | (77,000) |
| 5/30/2003 | CHECK | (10,000) | - | (10,000) | - | - | 13,659,744 | - | - | (10,000) |
| 8/1/2003 | CHECK WIRE | 175,000 | 175,000 | - | - | - | 13,834,744 | - | - | - |
| 10/1/2003 | CHECK WIRE | (3,330,000) | - | (3,330,000) | - | - | 10,504,744 | - | - | (3,330,000) |
| 7/30/2004 | CHECK | (77,000) | - | (77,000) | - | - | 10,427,744 | - | - | (77,000) |
| 11/3/2004 | CHECK WIRE | 530,000 | 530,000 | - | - | - | 10,957,744 | - | - | - |
| 1/3/2005 | CHECK | (54,200) | - | (54,200) | - | - | 10,903,544 | - | - | (54,200) |
| 8/1/2005 | CHECK WIRE | 3,700,000 | 3,700,000 | - | - | - | 14,603,544 | - | - | - |
| 8/2/2005 | CHECK WIRE | 3,500,000 | 3,500,000 | - | - | - | 18,103,544 | - | - | - |
| 8/31/2005 | CHECK | (61,000) | - | (61,000) | - | - | 18,042,544 | - | - | (61,000) |
| 9/1/2005 | CHECK WIRE | (5,000,000) | - | (5,000,000) | - | - | 13,042,544 | - | - | (5,000,000) |
| 11/3/2005 | CHECK WIRE | (1,800,000) | - | (1,800,000) | - | - | 11,242,544 | - | - | (1,800,000) |
| 12/1/2005 | CHECK | (46,000) | - | (46,000) | - | - | 11,196,544 | - | - | (46,000) |
| 12/12/2005 | CHECK | (2,000) | - | (2,000) | - | - | 11,194,544 | - | - | (2,000) |
| 3/1/2006 | CHECK | (40,000) | - | (40,000) | - | - | 11,154,544 | - | - | (40,000) |
| 4/3/2006 | CHECK WIRE | 101,816 | 101,816 | - | - | - | 11,256,361 | - | - | - |
| 5/1/2006 | CHECK WIRE | (1,440,000) | - | (1,440,000) | - | - | 9,816,361 | - | - | (1,440,000) |
| 6/1/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 9,316,361 | - | - | (500,000) |
| 6/1/2006 | CHECK | (64,000) | - | (64,000) | - | - | 9,252,361 | - | - | (64,000) |
| 6/29/2006 | CHECK | (20,000) | - | (20,000) | - | - | 9,232,361 | - | - | (20,000) |

**BLMIS ACCOUNT NO. 1R0172 - RAR ENTREPRENEURIAL FUND**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported in Customer Statement | Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance of Principal | 90-Day Preferential Initial Transfers | 2-Year Initial Transfers | 6-Year Initial Transfers |
| 7/3/2006 | CHECK WIRE | 13,391 | 13,391 | - | - | - | 9,245,751 | - | - | - |
| 10/2/2006 | CHECK WIRE | 1,327 | 1,327 | - | - | - | 9,247,078 | - | - | - |
| 11/6/2006 | CHECK WIRE | 708,391 | 708,391 | - | - | - | 9,955,469 | - | - | - |
| 12/1/2006 | CHECK WIRE | (10,030,000) | - | (10,030,000) | - | - | (74,531) | - | - | (10,030,000) |
| 1/2/2007 | CHECK | (116,534) | - | (116,534) | - | - | (191,065) | - | (116,534) | (116,534) |
| 6/4/2007 | CHECK | (5,000) | - | (5,000) | - | - | (196,065) | - | (5,000) | (5,000) |
| 7/2/2007 | CHECK | (25,000) | - | (25,000) | - | - | (221,065) | - | (25,000) | (25,000) |
| 8/2/2007 | CHECK WIRE | 220,000 | 220,000 | - | - | - | (1,065) | - | - | - |
| 10/1/2007 | CHECK | (77,000) | - | (77,000) | - | - | (78,065) | - | (77,000) | (77,000) |
| 4/1/2008 | CHECK | (15,000) | - | (15,000) | - | - | (93,065) | - | (15,000) | (15,000) |
| 4/1/2008 | CHECK | (25,000) | - | (25,000) | - | - | (118,065) | - | (25,000) | (25,000) |
| 7/8/2008 | CHECK | (42,000) | - | (42,000) | - | - | (160,065) | - | (42,000) | (42,000) |
| 8/1/2008 | CHECK WIRE | 4,400,000 | 4,400,000 | - | - | - | 4,239,935 | - | - | - |
| 9/2/2008 | CHECK | (40,000) | - | (40,000) | - | - | 4,199,935 | - | (40,000) | (40,000) |
| 9/22/2008 | CHECK WIRE | (12,000,000) | - | (12,000,000) | - | - | (7,800,065) | (4,199,935) | (12,000,000) | (12,000,000) |
| 10/6/2008 | CHECK WIRE | (5,000,000) | - | (5,000,000) | - | - | (12,800,065) | - | (5,000,000) | (5,000,000) |
| 12/10/2008 | CHECK | (731) | - | (731) | - | - | (12,800,796) | - | - | - |
| 12/10/2008 | CHECK | 731 | - | 731 | - | - | (12,800,065) | - | - | - |
| | Total: | | $ 32,072,925 | $ (44,872,990) | $ - | $ - | $ (12,800,796) | $ (4,199,935) | $ (17,345,534) | $ (39,896,734) |