Exhibit C

## SUBSEQUENT TRANSFERS FROM RAR ENTREPRENEURIAL FUND TO RUSSELL OASIS

| Date Range[1] | Transferor | Transferee | Transfer Amount |
|---|---|---|---|
| September 22-28, 2008 | RAR Entrepreneurial Fund | Russell Oasis | 12,000,000 |
| October 6-31, 2008 | RAR Entrepreneurial Fund | Russell Oasis | 5,000,000 |
| | | Total: $ | 17,000,000 |

[1] Date Range reflects the approximate dates when the single transfer was made to Defendant. The Trustee reserves the right to update the date of the transfers as additional information becomes available.