**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
|      Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
|      v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
|      Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
|      Debtor. | |

### ORDER DENYING TRUSTEE'S MOTION FOR ORDER AMENDING ORDER APPOINTING A DISCOVERY ARBITRATOR PURSUANT TO BANKRUPTCY RULE 9019(C) AND GENERAL ORDER M-390

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa et seq., and the chapter 7 estate of Bernard L. Madoff, filed a Motion for Order Amending Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 (the "Motion") on August 2, 2023. The Motion came on for hearing on September 20, 2023, at which time the Court heard oral argument. The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the argument of counsel. The Court issued a bench ruling on September 20, 2023 regarding the Motion following oral argument. For the reasons stated by the Court on the record, **IT IS ORDERED** that the Motion is **DENIED**.



Dated: **September 25, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**