**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>BGL BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST CAYMAN LIMITED, BNP PARIBAS S.A., and BNP PARIBAS (SUISSE) S.A.,<br><br>                Defendants. | Adv. Pro. No. 12-01576 (CGM) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2023, the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by

placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 25, 2023
New York, New York

By: */s/ David J. Sheehan*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Ari MacKinnon
Roger A. Cooper
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Email: racooper@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas S.A., as successor in interest to BNP Paribas Securities Services S.C.A., BNP Paribas Securities Services – Succursale de Luxembourg

Donna Xu
Cleary Gottlieb Steen & Hamilton LLP
Email: dnxu@cgsh.com
Attorney For: BGL BNP Paribas, as successor in interest to BNP Paribas Luxembourg S.A., BNP Paribas (Suisse) S.A., individually and as successor in interest to BNP Paribas Private Bank (Switzerland) S.A. and as successor in interest to United European Bank, BNP Paribas Securities Services - Succursale de Luxembourg

Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
Email: tkessler@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas S.A., as successor in interest to BNP Paribas Securities Services S.C.A.