**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02730 (CGM) |
| Plaintiff, | |
| v. | |
| ASB BANK CORP., | |
| Defendant. | |

## STIPULATION AND ORDER
## TO EXTEND INITIAL DISCLOSURE DEADLINE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff, under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701-784, and defendant ASB Bank Corp. ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on June 5, 2023, the United States Bankruptcy Court for the Southern District

1

of New York (the "Bankruptcy Court") entered a Case Management Plan in this action, which required that the Parties serve initial disclosures on or before August 4, 2023 (the "Initial Disclosure Deadline") (ECF No. 133); and

**WHEREAS**, on July 25, 2023, the Parties executed a stipulation that extended the Initial Disclosure Deadline to August 25, 2023, and the stipulation was so ordered by the Bankruptcy Court on July 26, 2023 (ECF No. 134); and

**WHEREAS**, on August 17, 2023, the Parties executed a stipulation that further extended the Initial Disclosure Deadline to October 11, 2023, and the stipulation was so ordered by the Bankruptcy Court on August 18, 2023 (ECF No. 135); and

**WHEREAS**, the Parties have conferred and agreed to further extend the Initial Disclosure Deadline.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1.    The Initial Disclosure Deadline shall be extended to October 31, 2023.

2.    The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated:        September 25, 2023
              New York, New York

**BAKER & HOSTETLER LLP**                    **ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Torello H. Calvani*                  By: */s/ Scott B. Schreiber*
45 Rockefeller Plaza                          601 Massachusetts Ave., NW
New York, New York 10111                      Washington, DC 20001-3743
Telephone: 212.589.4200                       Telephone: 202.942.5000
Facsimile: 212.589.4201                       Facsimile: 202.942.5999
David J. Sheehan                              Scott B. Schreiber
Email: dsheehan@bakerlaw.com                  Email: scott.schreiber@arnoldporter.com

Torello H. Calvani
Email: tcalvani@bakerlaw.com
James H. Rollinson
Email: jrollinson@bakerlaw.com
J'Naia L. Boyd
Email: jlboyd@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Chapter 7*
*Estate of Bernard L. Madoff*

Rosa J. Evergreen
Email: rosa.evergreen@arnoldporter.com

*Attorneys for Defendant ASB Bank Corp.*

/s/ Cecelia G. Morris

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: September 27, 2023**
**Poughkeepsie, New York**



3