| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | **Hearing Date**: November 15, 2023<br>**Objections Date**: October 27, 2023<br>**Reply Date**: November 10, 2023 |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>       v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>                Defendant. | Lead Adv. Pro. No. 10-05354 (CGM) |

**NOTICE OF MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIMS**
**PURSUANT TO FED. R. CIV. P. 12(B)(6) AND FED. R. BANK. P. 7012(B)**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7012(b), and upon the accompanying Memorandum of Law (the "Motion"), Plaintiff, Irving H. Picard, Trustee, through his undersigned counsel, will move this Court on November 15, 2023 at 10:00 a.m., before the Honorable Cecelia G. Morris, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Counterclaims of defendant ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered on September 6, 2023 (ECF No. 281), written opposition to the Motion must be served and filed no later than October 27, 2023, and any reply in further support of the Trustee's Motion must be served and filed no later than November 10, 2023.

| | |
|---|---|
| Dated:  September 27, 2023<br>New York, New York | */s/ Patrick T. Campbell*<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Patrick T. Campbell<br>Email: pcampbell@bakerlaw.com<br>Camille C. Bent<br>Email: cbent@bakerlaw.com<br>Elizabeth G. McCurrach<br>Email: emccurach@bakerlaw.com<br>J'Naia L. Boyd<br>Email: jlboyd@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |