| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | **Hearing Date**: November 15, 2023<br>**Objections Date**: October 27, 2023<br>**Reply Date**: November 10, 2023 |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>              Plaintiff,<br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>              Defendant. | Lead Adv. Pro. No. 10-05354 (CGM) |

**NOTICE OF HEARING ON THE**
**MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIMS**

       **PLEASE TAKE NOTICE** that, on September 27, 2023, Plaintiff, Irving H. Picard,

Trustee, through his undersigned counsel, filed a Motion to Dismiss the Amended Counterclaims

of defendant ABN AMRO Bank N.V. (presently known as NatWest Markets N.V.) pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7012(b) (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Motion will be held on November 15, 2023 10:00 a.m. before the Honorable Cecelia G. Morris, Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York (the "Court"), via Zoom. Persons wishing to participate in the hearing must register their appearance utilizing the eCourt Appearances portal available on the Court's website, and appearances must be entered no later than 4:00 p.m. two business days before the scheduled hearing.

| | |
|---|---|
| Dated: September 27, 2023<br>New York, New York | */s/ Patrick T. Campbell*<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Patrick T. Campbell<br>Email: pcampbell@bakerlaw.com<br>Camille C. Bent<br>Email: cbent@bakerlaw.com<br>Elizabeth G. McCurrach<br>Email: emccurach@bakerlaw.com<br>J'Naia L. Boyd<br>Email: jlboyd@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |