**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.),<br><br>　　　　　　　Defendant. | Lead Adv. Pro. No. 10-05354 (CGM) |

**CERTIFICATE OF SERVICE**

　　I hereby certify that on September 27, 2023, the Notice of Motion to Dismiss Defendant's Amended Counterclaims Pursuant to Fed. R. Civ. P. 12(B)(6) and Fed. R. Bank. P. 7012(B), Memorandum of Law in Support of Trustee's Motion to Dismiss Defendant's Amended Counterclaims and Notice of Hearing on the Motion to Dismiss Defendant's Amended Counterclaims were filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated

for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: September 28, 2023
      New York, New York

By: */s/ David J. Sheehan*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## **SCHEDULE A**

---

**Defendant Counsel**

---

Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP
Email: mfeldberg@reichmanjorgensen.com
Attorney For: ABN AMRO Bank, N.V. (presently known as NATWEST MARKETS, N.V.)