UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 25, 2023, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000873 – T000875)

Executed on September 29, 2023.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 29th day of Sept., 2023



_____
Mary S Betik
Notary Public

(SEAL)

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000873 - T000875**
**9/25/2023**

| TRANSFEROR | TRANSFEREE | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | |
| | X | Hain Capital Investors Master Fund, Ltd | 301 Route 17 North | 7th Floor | Rutherford | NJ | 07070 |