# EXHIBIT 17

MADTSS00679684

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

## Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-EM284-3-0 | 0000000-8102 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 29,951.56 | |
| 11/12 | 250 | | 3171 | WAL-MART STORES INC | 55.830 | 14,025.80 | |
| 11/12 | 170 | | 3673 | INTERNATIONAL BUSINESS MACHS | 87.270 | 14,841.90 | |
| 11/12 | 630 | | 7497 | EXXON MOBIL CORP | 72.880 | 45,939.40 | |
| 11/12 | 690 | | 7999 | INTEL CORP | 14.510 | 10,038.90 | |
| 11/12 | 330 | | 12325 | JOHNSON & JOHNSON | 59.580 | 19,674.40 | |
| 11/12 | 450 | | 16651 | J.P. MORGAN CHASE & CO | 39.509 | 17,836.30 | |
| 11/12 | 240 | | 20976 | COCA COLA CO | 44.660 | 10,727.40 | |
| 11/12 | 140 | | 25302 | MCDONALDS CORP | 55.370 | 7,756.80 | |
| 11/12 | 260 | | 29628 | MERCK & CO | 28.980 | 7,633.00 | |
| 11/12 | 930 | | 33934 | MICROSOFT CORP | 21.810 | 20,757.30 | |
| 11/12 | 480 | | 38280 | ORACLE CORPORATION | 17.300 | 8,323.00 | |
| 11/12 | 190 | | 51258 | PEPSICO INC | 56.410 | 10,726.90 | |
| 11/12 | 110 | | 51760 | APPLE INC | 100.780 | 11,039.80 | |
| 11/12 | 810 | | 55584 | PFIZER INC | 16.940 | 13,733.40 | |
| 11/12 | 190 | | 56086 | ABBOTT LABORATORIES | 54.610 | 10,382.90 | |
| 11/12 | 360 | | 59910 | PROCTER & GAMBLE CO | 64.030 | 23,082.80 | |
| 11/12 | 130 | | 60412 | AMGEN INC | 59.160 | 7,695.80 | |
| 11/12 | 250 | | 64256 | PHILLIP MORRIS INTERNATIONAL | 43.680 | 10,920.00 | |
| 11/12 | 600 | | 64738 | BANK OF AMERICA | 21.590 | 12,978.00 | |
| 11/12 | 200 | | 68562 | QUALCOMM INC | 33.770 | 6,762.00 | |
| 11/12 | 450 | | 69694 | CITI GROUP INC | 12.510 | 5,637.50 | |
| 11/12 | 150 | | 72888 | SCHLUMBERGER LTD | 49.480 | 7,428.00 | |
| 11/12 | 360 | | 73390 | COMCAST CORP CL A | 16.510 | 5,957.60 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679685

MADTSS00679686

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

## Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-EM284-3-0 | 000000008102 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 29,951.56 | |
| 11/12 | 260 | | 3171 | WAL-MART STORES INC | 55.830 | 14,525.80 | |
| 11/12 | 170 | | 3673 | INTERNATIONAL BUSINESS MACHS | 87.270 | 14,841.90 | |
| 11/12 | 630 | | 7497 | EXXON MOBIL CORP | 72.880 | 45,939.40 | |
| 11/12 | 690 | | 7999 | INTEL CORP | 14.510 | 10,038.90 | |
| 11/12 | 330 | | 12325 | JOHNSON & JOHNSON | 59.580 | 19,674.40 | |
| 11/12 | 450 | | 16651 | J.P. MORGAN CHASE & CO | 38.530 | 17,356.50 | |
| 11/12 | 240 | | 20976 | COCA COLA CO | 44.660 | 10,727.40 | |
| 11/12 | 140 | | 25302 | MCDONALDS CORP | 55.370 | 7,756.80 | |
| 11/12 | 260 | | 29628 | MERCK & CO | 28.550 | 7,433.00 | |
| 11/12 | 950 | | 33954 | MICROSOFT CORP | 21.810 | 20,757.50 | |
| 11/12 | 480 | | 38280 | ORACLE CORPORATION | 17.300 | 8,323.00 | |
| 11/12 | 190 | | 51258 | PEPSICO INC | 56.410 | 10,726.90 | |
| 11/12 | 110 | | 51760 | APPLE INC | 100.780 | 11,089.80 | |
| 11/12 | 810 | | 55584 | PFIZER INC | 16.940 | 13,753.40 | |
| 11/12 | 190 | | 56086 | ABBOTT LABORATORIES | 54.610 | 10,382.90 | |
| 11/12 | 360 | | 59910 | PROCTER & GAMBLE CO | 64.080 | 23,082.80 | |
| 11/12 | 130 | | 60412 | AMGEN INC | 59.160 | 7,695.80 | |
| 11/12 | 250 | | 64236 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 10,930.00 | |
| 11/12 | 600 | | 64738 | BANK OF AMERICA | 21.590 | 12,978.00 | |
| 11/12 | 200 | | 68562 | QUALCOMM INC | 33.770 | 6,762.00 | |
| 11/12 | 650 | | 69064 | CITI GROUP INC | 12.510 | 8,157.50 | |
| 11/12 | 150 | | 72888 | SCHLUMBERGER LTD | 49.480 | 7,628.00 | |
| 11/12 | 360 | | 73390 | COMCAST CORP CL A | 16.510 | 5,957.60 | |

CONTINUED ON PAGE     2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679687

MADTSS00679688

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

Redacted

PERIOD ENDING: 11/30/08
PAGE: 2

YOUR ACCOUNT NUMBER: 1-EM284-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: xxxxxxxx8102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 710 | | 77214 | AT&T INC | 27 | 19,198.00 | |
| 11/12 | 180 | | 77716 | CONOCOPHILIPS | 52.510 | 9,458.80 | |
| 11/12 | 140 | | 82340 | UNITED PARCEL SVC INC CLASS B | 52.040 | 6,248.80 | |
| 11/12 | 730 | | 82042 | CISCO SYSTEMS INC | 16.730 | 12,241.90 | |
| 11/12 | 210 | | 85866 | U S BANCORP | 29.530 | 6,209.30 | |
| 11/12 | 250 | | 88568 | CHEVRON CORP | 73.430 | 18,367.50 | |
| 11/12 | 110 | | 90192 | UNITED TECHNOLOGIES CORP | 53.160 | 6,883.20 | |
| 11/12 | 1,270 | | 90696 | GENERAL ELECTRIC CO | 19.630 | 24,980.10 | |
| 11/12 | 360 | | 94518 | VERIZON COMMUNICATIONS | 30.430 | 10,952.40 | |
| 11/12 | 30 | | 98020 | GOOGLE | 337.400 | 10,125.00 | |
| 11/12 | 420 | | 98044 | WELLS FARGO & CO NEW | 29.800 | 12,532.00 | |
| 11/12 | 300 | | 99346 | HEWLETT PACKARD CO | 34.900 | 10,482.00 | |
| 11/12 | | 475,000 | 21456 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 474,696.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 3.82 |
| 11/12 | | 17,594 | 18555 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,594.00 |
| 11/12 | 37,799 | | 25924 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,799.00 | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 6.66 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679690

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-EM284-3-0 | ⁎⁎⁎⁎⁎⁎⁎8102 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 710 | | 77214 | AT&T INC | 27 | 19,198.00 | |
| 11/12 | 180 | | 77716 | CONOCOPHILIPS | 52.510 | 9,458.80 | |
| 11/12 | 120 | | 81540 | UNITED PARCEL SVC INC CLASS B | 52.040 | 6,248.80 | |
| 11/12 | 730 | | 82042 | CISCO SYSTEMS INC | 16.730 | 12,241.90 | |
| 11/12 | 210 | | 85866 | U S BANCORP | 29.530 | 6,209.30 | |
| 11/12 | 250 | | 86368 | CHEVRON CORP | 73.430 | 18,367.50 | |
| 11/12 | 120 | | 90192 | UNITED TECHNOLOGIES CORP | 53.160 | 6,383.20 | |
| 11/12 | 1,270 | | 90694 | GENERAL ELECTRIC CO | 19.630 | 24,980.10 | |
| 11/12 | 340 | | 94518 | VERIZON COMMUNICATIONS | 30.410 | 10,352.40 | |
| 11/12 | 30 | | 95020 | GOOGLE | 337.400 | 10,123.00 | |
| 11/12 | 420 | | 98864 | WELLS FARGO & CO NEW | 29.800 | 12,532.00 | |
| 11/12 | 300 | | 99346 | HEWLETT PACKARD CO | 34.900 | 10,482.00 | |
| 11/12 | | 475,000 | 21456 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 474,696.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 3.82 |
| 11/12 | | 17,994 | 16555 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,994.00 |
| 11/12 | 37,799 | | 25924 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,799.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.64 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679691

MADTSS00679692

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

Redacted

PERIOD ENDING: 11/30/08

PAGE: 3

YOUR ACCOUNT NUMBER: 1-EM284-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: xxxxxxx8102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | 37,799 | 51220 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,799.00 |
| 11/19 | 50,000 | | 53836 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 17,801 | | 60259 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,801.00 | |
| | | | | NEW BALANCE | | 57,891.60 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 710 | | | AT&T INC | 28.560 | | |
| | 190 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 130 | | | AMGEN INC | 55.540 | | |
| | 110 | | | APPLE INC | 92.670 | | |
| | 600 | | | BANK OF AMERICA | 16.230 | | |
| | 250 | | | CHEVRON CORP | 79.010 | | |
| | 730 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 650 | | | CITI GROUP INC | 8.290 | | |
| | 240 | | | COCA COLA CO | 46.870 | | |
| | 360 | | | COMCAST CORP CL A | 17.540 | | |
| | 180 | | | CONOCOPHILLIPS | 52.520 | | |
| | 650 | | | EXXON MOBIL CORP | 80.130 | | |
| | 1,270 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679693

MADTSS00679694

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

## Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-EM284-3-0 | ٭٭٭٭٭٭٭8102 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 37,799 | 51220 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,799.00 |
| 11/19 | 50,000 | | 55834 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 17,801 | | 60259 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,801.00 | |
| | | | | NEW BALANCE | | 57,891.60 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 710 | | | AT&T INC | 28.560 | | |
| | 190 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 130 | | | AMGEN INC | 55.540 | | |
| | 110 | | | APPLE INC | 92.670 | | |
| | 600 | | | BANK OF AMERICA | 16.250 | | |
| | 250 | | | CHEVRON CORP | 79.010 | | |
| | 730 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 650 | | | CITI GROUP INC | 8.290 | | |
| | 240 | | | COCA COLA CO | 46.870 | | |
| | 360 | | | COMCAST CORP CL A | 17.340 | | |
| | 180 | | | CONOCOPHILIPS | 52.520 | | |
| | 630 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,270 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADTSS00679695

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679696

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZM284-3-0 | xxxxxxx3102 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 30 | | | GOOGLE | 292.960 | | |
| | 300 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 690 | | | INTEL CORP | 13.630 | | |
| | 170 | | | INTERNATIONAL BUSINESS MACHS | 81.660 | | |
| | 650 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 330 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 160 | | | MCDONALDS CORP | 58.730 | | |
| | 200 | | | MERCK & CO | 26.720 | | |
| | 950 | | | MICROSOFT CORP | 20.220 | | |
| | 480 | | | ORACLE CORPORATION | 16.090 | | |
| | 190 | | | PEPSICO INC | 56.700 | | |
| | 610 | | | PFIZER INC | 16.630 | | |
| | 250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 360 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 280 | | | QUALCOMM INC | 35.570 | | |
| | 130 | | | SCHLUMBERGER LTD | 56.740 | | |
| | 17,801 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 210 | | | U S BANCORP | 26.090 | | |
| | 120 | | | UNITED PARCEL SVC INC | 57.500 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 120 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADTSS00679697

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.890.1570). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679698

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

## Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-EM284-3-0 | ❋❋❋❋❋❋❋8102 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 30 | | | GOOGLE | 292.960 | | |
| | 300 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 690 | | | INTEL CORP | 13.800 | | |
| | 170 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 450 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 330 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 160 | | | MCDONALDS CORP | 58.750 | | |
| | 260 | | | MERCK & CO | 26.720 | | |
| | 950 | | | MICROSOFT CORP | 20.220 | | |
| | 480 | | | ORACLE CORPORATION | 16.090 | | |
| | 190 | | | PEPSICO INC | 56.700 | | |
| | 810 | | | PFIZER INC | 16.430 | | |
| | 250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 360 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 200 | | | QUALCOMM INC | 33.570 | | |
| | 150 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 17,801 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 210 | | | U S BANCORP | 26.980 | | |
| | 120 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 50,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 120 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADTSS00679699

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT
TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC
(212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT
IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S
FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE
OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679700

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

YOUR ACCOUNT NUMBER
1-EM284-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
0000000102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 340 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 260 | | | WAL-MART STORES INC | 55.880 | | |
| | 420 | | | WELLS FARGO & CO NEW | 28.090 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                          SHORT | | | |
| | | | | 308,969.40 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679701

MADTSS00679702

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

YOUR ACCOUNT NUMBER: 1-EM284-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ⁕⁕⁕⁕⁕⁕⁕8102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 340 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 260 | | | WAL-MART STORES INC | 55.880 | | |
| | 420 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                    SHORT | | | |
| | | | | 508,369.40 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679703

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MADTSS00679704

ANDREW N GOODMAN

# Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

YOUR ACCOUNT NUMBER
1-EM284-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER
¤¤¤¤¤¤¤8102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,760.82 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,533,381.72 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679705

MADTSS00679706

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANDREW M GOODMAN

# Redacted

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

YOUR ACCOUNT NUMBER: 1-EM284-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER: ✿✿✿✿✿✿✿8102

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,760.81 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,533,381.72 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

MADTSS00679707