# EXHIBIT 18

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK

10/31/08

50,000.00

CLIENT'S ACCOUNT NUMBER

HAROLD ROITENBERG TRUSTEE FOR
SAMUEL ROITENBERG
Redacted

1-EM164-3

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK

10/31/08

10,000.00

CLIENT'S ACCOUNT NUMBER

ANDREW M GOODMAN
Redacted

1-EM284-3

MADTSS00048241