# EXHIBIT 4
# (EXCERPT)

**JPMC 703 Account Activity Summary**
**December 1998 - December 2008**

| | | # | Amount |
|---|---|---|---|
| **Beginning Bank Ledger Balance (12/1/1998)** | | | $ 1,683,834 |
| *Customer Transactions* | | | |
| Incoming Customer Wires | [1] | 10,305 | 36,643,660,331 |
| Incoming Customer Checks | [2] | 4,023 | 78,815,672,530 |
| Federal Home Loan Bank Transactions (Incoming) | [3] | 24 | 264,939,785 |
| **Subtotal - Customer Inflows** | | **14,352** | **115,724,272,646** |
| Outgoing Customer Wires | [1] | 9,497 | (27,834,034,250) |
| Outgoing Customer Checks | | 5,016 | (80,290,347,270) |
| Transfers to JPMC 509 Account | [4] | 2,537 | (6,988,328,181) |
| Transfers to Bankers Trust 599 Account | [5] | 106 | (849,975,000) |
| Tax Payments | | 126 | (375,489,164) |
| Reimbursements to BONY 621 Account | | 2 | (261,816,950) |
| Federal Home Loan Bank Transactions (Outgoing) | [3] | 1 | (46,587,319) |
| **Subtotal - Customer Outflows** | | **17,285** | **(116,646,578,133)** |
| **Net Customer Flows** | | **31,637** | **$ (922,305,487)** |
| *Investment Flows* | | | |
| Overnight Sweep - Investment | | 1,957 | (29,321,695,287) |
| Overnight Sweep - Return of Principal & Interest | | 3,784 | 29,324,755,543 |
| Overnight Deposit - Investment | | 2,384 | (167,616,800,000) |
| Overnight Deposit - Return of Principal & Interest | | 2,386 | 167,645,155,663 |
| Commercial Paper - Investment | | 1,022 | (77,800,400,000) |
| Commercial Paper - Return of Principal & Interest | | 2,044 | 77,809,963,692 |
| Certificate of Deposit - Investment | | 1,753 | (326,313,900,000) |
| Certificate of Deposit - Return of Principal & Interest | | 2,973 | 327,104,039,244 |
| Treasury Bills - Investment | | 333 | (16,486,662,003) |
| Treasury Bills - Return of Principal & Interest | | 139 | 16,696,706,194 |
| **Total Net Investment Flows** | | **18,775** | **$ 1,041,163,046** |
| *Other Transactions* | | | |
| Other Incoming Wires | | 83 | 2,393,496,814 |
| Cancelled/Reversed Wires or Checks | | 137 | 19,367 |
| Other Incoming Checks | | 4 | 301,405 |
| Other Outgoing Wires | | 113 | (1,951,921,147) |
| MSIL Transactions (not related to 1FN023) | | 22 | (165,203,647) |
| Other Outgoing Checks | | 126 | (163,746,831) |
| Loan and Related Interest | | 10 | (3,483,099) |
| Bank Charges | | 79 | (596,988) |
| **Total Other Transactions** | | **574** | **$ 108,865,874** |
| **Ending Bank Ledger Balance (12/31/2008)** | | **50,986** | **$ 229,407,266** |

**Notes**

[1] Amounts include **$183,884,318** in incoming wires from MSIL, and **$329,967,666** in outgoing wires to MSIL, that were tied to cash transactions in the 1FN023 ("MADOFF SECURITIES INTL LTD") account.

[2] Incoming checks between December 1998 and December 2008 includes checks totaling **$3,196,365** that were not related to a BLMIS customer account, including $1,000 from Erin Reardon, $1,686,165 from David Kugel, $250,000 and $437,000 from Jerry O'Hara.

[3] Incoming amount includes **$243,225,000** in principal proceeds from securities that were "received free" from BLMIS customers and subsequently redeemed by Madoff, and **$21,714,785** in interest earned on these securities. Outgoing amount represents securities purchased by Madoff and delivered to certain BLMIS customers in April 2008. This activity was reconciled to multiple BLMIS customer account transactions.

[4] Checks were written from the 509 Account to both BLMIS customers and non-BLMIS customers. Total amount of checks to non-customers from the 509 Account was **$30,931,198.**

[5] There were outflows from the Bankers Trust 599 Account to both BLMIS customers and non-BLMIS customers. Total outflows to non-BLMIS customers from this account was **$21,555,532**, including **$19,500,000** to MSIL and **$2,055,532** to other payees.

JPMC 703 Account Activity Detail
December 1998 - December 2008

| # | JPMC 703 Ledger Date | Amount | Transaction Category | Transaction Type | Reference (per OCR of "703 Stmt) | Description (per OCR of "703 Stmt and As Redacted) | 703 Statement Rates Reference(s) | Deposit Slip Rates Reference(s) | Check Rates Reference(s) | JPMC Wire File TRN No. | 703 ID / 509 ID / ID | Detail ID | CM ID | CM Account No | CM Account Name (As Redacted) | CM Date | CM Amount | CM Type | CM Description | CM Statement Rates Reference | Other Source / Recipient | Other Bank | Other BLMIS or Other Acct No (As Redacted) | BLM | Counterparty Statement Rates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/1998 | 62 883.33 | In estment | Certificate of Deposit - Return of Principal & Interest | USD OUR 0000000862B | INTERESTREF INTERESTTICKET # 000862 | MADRWAA00378 99-566 | | | | n/a - p o-2002 | | | | | | | | | | | | | | |
| 2 | 12/1/1998 | 100 000.00 | Customer | Incoming Customer Wires | USD YOUR O/B PACIFIC BK SOUR 066960033YFF | FEDWIRE CREDIT/VIA THE PACIFIC BANK/1230 011 B/0 ZAENTZ FAMILY PTNERSHIPREF CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK,NY 10022-83 /AC/REDACTED RFB0/0 PACIFIC BK $ BBI/JIME/17 383MADOFF/12013,1QFLAELP000100 | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | 250337 | 12IB3 0 | ZAENTZ FAMILY PARTNERSHIP C/O JEROME K PORTER | 12/2/1998 | 100 000.00 | CA | CHECK WIRE | MDPTPP00935580-83 | | | | | |
| 3 | 12/1/1998 | 210 000.00 | Customer | Incoming Customer Wires | USD YOUR 00110ZOUR 021320033YFF | FEDWIRE CREDIT/VIA NORWEST BANK OF DENVER/102000876B/0 FIRST TRUST CORPORATION REDACTED REF CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK,NY 10022-83 /AC/REDACTED RFB0/102 0BEFCT GARY GERSON ACCT 1 G0296 PLEASE MAKE SB IMAD 120 | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | 226295 | 1G0296 | NTC & CO. FBO GARY GERSON (093 .58) | 12/1/1998 | 210 000.00 | CA | CHECK WIRE | MDPTPP03385662-66 | | | | | |
| 4 | 12/1/1998 | 500 000.00 | Customer | Incoming Customer Wires | USD YOUR SWF OF 98/12/010CR 3152 00333FT | BOOK TRANSFER CREDIT/B/0 NATIONAL FINANCIAL SERVICES CO REDACTED ORG /0C2030031BERNARD S GEWIRZ/0GB NATIONAL FINANCIAL SERVICES COUNT- FIVE DAY FLOAT/UNM MIXED FLOAT DEPOSIT/VALUE DATE 12/01 500 000+ . 12/02 0 000 | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | 222 29 | 1G0111 | GEWIRZ PARTNERSHIP | 12/2/1998 | 500 000.00 | CA | CHECK WIRE | MDPTPP032090949-42 | | | | | |
| 5 | 12/1/1998 | 5 0 000.00 | Customer | Incoming Customer Checks | USM OUR 00 002953?DA | | MADRWAA00378 99-566 | | | | n/a - p o-2002 | 1 | | | | | | | | | | | | | | |
| 6 | 12/1/1998 | 2 000 000.00 | Customer | Incoming Customer Wires | USD YOUR O/B CITIBANK NYCOUR 065230033YFF | FEDWIRE CREDIT/VIA CITIBANK/021000089/B/0 MERSON LIMITED PARTNERSHIP REDACTED REF CHASE NYC/CTR/BBKBERNARD L MADOFF NEW YORK,NY 10022-83 /AC/REDACTED RFB0/0 MERSON LIMITED PARTNERSHIP MERSON INC GENERAL PARTNER IMAD6/ 120/B/Q002 C005156 | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | 21601 | 1CM312 | MERSON LIMITED PARTNERSHIP | 12/2/1998 | 2 000 000.00 | CA | CHECK WIRE | MDPTPP01558035-38 | | | | | |
| 7 | 12/1/1998 | 000 5 1.67 | In estment | O ernight Deposit - Return of Principal & Interest | USD YOUR NC0982131812019801OUR 98335007130N | NASSAU DEPOSIT TAKEN/B/0 BERNARD L MADOFF INC NEW YORK NY 10022REF TO REPAY YOUR DEPOSIT FR 981 ? /1 TO 98/201 RATE .870 | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | | | | | | | | | | | | | |
| 8 | 12/1/1998 | 5 000 000.00 | Customer | Incoming Customer Wires | USD YOUR UST OF 98/12/010CR 61725003352P | BOOK TRANSFER CREDIT/B/0 UNITED STATES TRUST CO OF NEW REDACTED -1532ORG /500076 600WARLEN LPREF /AC-/ REDACTED 0BERNARD L MADOFF/FFC AC# 1-W0097-WARLEN LP | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | 226385 | 1W0097 | WARLEN LP C/O ROCKDALE CAPITAL MS LINDA KAO | 12/1/1998 | 5 000 000.00 | CA | CHECK WIRE | MDPTPP09671 26-3 | | | | | |
| 9 | 12/1/1998 | 5 000 000.00 | Customer | Incoming Customer Wires | USD YOUR O/B COMERICA DETOUR 05862083?FF | FEDWIRE CREDIT/VIA COMERICA BANK/072000969/0 BROAD MARKET PRIME L P REDACTED REF CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-83 /AC/REDACTED RFB0/B COMERICA DET OBEFC CALHOUN AND CO-DEBROAD MARKET PRIMAD 120G1QG990C00160 | MADRWAA00378 99-566 | | | n/a - p o-2002 | | | 272228 | 1C1260 | RYE SELECT BROAD MARKET PRIME FUND LP | 12/2/1998 | 5 000 000.00 | CA | CHECK WIRE | MDPTPP05160211-19 | | | | | |
| 10 | 12/1/1998 | 66 000 000.00 | Customer | Incoming Customer Checks | USD OUR 00 003600SDA | DEPOSIT | MADRWAA00378 99-566 | | | | n/a - p o-2002 | 2 | | | | | | | | | | | | | | |
| 11 | 12/1/1998 | 70 000 000.00 | In estment | Certif cate of Deposit - Return of Principal & Interest | USD OUR 0000000062lb | MATURITYREF MATURITYTICKET # 000062 | MADRWAA00378 99-566 | | | | n/a - p o-2002 | | | | | | | | | | | | | | |
| 12 | 12/1/1998 | ( 89.00) | Customer | Outgoing Customer Checks | USD OUR 00 08 19CS | CHECK PAID # 301 | MADRWAA00378 99-566 | | MADWAA00379380-81 | | n/a - p o-2002 | | | 281356 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | ( 89.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 13 | 12/1/1998 | (1 955.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 26CS | CHECK PAID # 3021 | MADRWAA00378 99-566 | | MADWAA00379359 -95 | | n/a - p o-2002 | | | 7700 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (1 955.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 1 | 12/1/1998 | (3 21.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 17CS | CHECK PAID # 3012 | MADRWAA00378 99-566 | | MADWAA00379576-77 | | n/a - p o-2002 | | | 39078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (3 21.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 15 | 12/1/1998 | (9 520.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 18CS | CHECK PAID # 3013 | MADRWAA00378 99-566 | | MADWAA00379576-79 | | n/a - p o-2002 | | | 2813 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (9 520.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 16 | 12/1/1998 | (16 618.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 2 CS | CHECK PAID # 3019 | MADRWAA00378 99-566 | | MADWAA00379590-91 | | n/a - p o-2002 | | | 216576 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (16 618.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 17 | 12/1/1998 | (25 659.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 22CS | CHECK PAID # 3017 | MADRWAA00378 99-566 | | MADWAA00379586-87 | | n/a - p o-2002 | | | 216368 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (25 659.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 18 | 12/1/1998 | (8 875.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 23CS | CHECK PAID # 3018 | MADRWAA00378 99-566 | | MADWAA00379588-89 | | n/a - p o-2002 | | | 81082 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (8 875.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 19 | 12/1/1998 | (8 875.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 25CS | CHECK PAID # 3020 | MADRWAA00378 99-566 | | MADWAA00379592-93 | | n/a - p o-2002 | | | 282960 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (8 875.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 20 | 12/1/1998 | (86 573.00) | Customer | Outgoing Customer Checks | USN OUR 00 06 16CS | CHECK PAID # 3011 | MADRWAA00378 99-566 | | MADWAA00375937 -75 | | n/a - p o-2002 | | | 81078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (86 573.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 21 | 12/1/1998 | (87 975.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 26CS | CHECK PAID # 3015 | MADRWAA00378 99-566 | | MADWAA00379582-83 | | n/a - p o-2002 | | | 281563 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (87 975.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 22 | 12/1/1998 | (120 190.00) | Customer | Outgoing Customer Checks | USN OUR 00 08 15CS | CHECK PAID # 3010 | MADRWAA00378 99-566 | | MADWAA00379572-73 | | n/a - p o-2002 | | | 216357 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (120 190.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 23 | 12/1/1998 | (131 7 .00) | Customer | Outgoing Customer Checks | USN OUR 00 08 21CS | CHECK PAID # 3016 | MADRWAA00378 99-566 | | MADWAA00379584 -85 | | n/a - p o-2002 | | | 161537 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (131 7 .00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 2 | 12/1/1998 | (200 000.00) | Customer | Transfers to Bankers Trust 599 Account | USD YOUR TONYOUR 019270033YFF | FEDWIRE DEBIT/VIA BANKERS NYC/021001033A/C BERNARD L MADOFFNEW YORK NEW YORK 10022REF BNF/FFC A/CPg 1099/TIME/10 29IMAD 120/B/QGCO6C001560 | MADRWAA00378 99-566 | | | | n/a - p o-2002 | 1 | | | | | | | | | | Bernard L Madoff | Bankers Trust Company BLMIS | xx-xx0-599 | | MADWAA00378590 |
| 25 | 12/1/1998 | (220 000.00) | Customer | Outgoing Customer Checks | USD OUR 00 050089tCS | CHECK PAID # 3003 | MADRWAA00378 99-566 | | MADWAA00379568-69 | | n/a - p o-2002 | | | 311 93 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 11/30/1998 | (220 000.00) | PW | CHECK | MDPTPP0 190625-33 | | | | | |
| 26 | 12/1/1998 | (250 93 .00) | Customer | Outgoing Customer Checks | USN OUR 00 08 27CS | CHECK PAID # 3022 | MADRWAA00378 99-566 | | MADWAA00379596-97 | | n/a - p o-2002 | | | 7702 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (250 93 .00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 27 | 12/1/1998 | ( 55 39.59) | Customer | Transfers to JPMC 509 Account | USD YOUR CDS FUNDINGOUR 062690033YFF | BOOK TRANSFER DEBIT/A/C CHASE MANHATTAN BANK DELAWARENEWILMINGTON DE 1.9801-31 7REF /TIME/11 00 FEDBK. | MADRWAA00378 99-566 | | | | n/a - p o-2002 | 1 | | | | | | | | | | | | | | |
| 28 | 12/1/1998 | (595 000.00) | Customer | Outgoing Customer Checks | USD OUR 00 00237/0CS | CHECK PAID # 3023 | MADRWAA00378 99-566 | | MADWAA00379598-99 | | n/a - p o-2002 | | | 7077 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (595 000.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 29 | 12/1/1998 | (761 600.00) | Customer | Outgoing Customer Checks | 01DEC USN OUR 00 08 1 CS 2J6899 | CHECK PAID # 3009 | MADRWAA00378 99-566 | | MADWAA00379570-71 | | n/a - p o-2002 | | | 810 7 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | (761 600.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 30 | 12/1/1998 | (5 000 000.00) | Other | Other Outgoing Wires | USD YOUR TONYOUR 062690033YFF | FEDWIRE DEBIT/VIA BK OF NYC/021000018A/C BERNARD L MADOFFNEW YORKREF /TIME/12 59IMAD 120181QGC08C002071 | MADRWAA00378 99-566 | | | | n/a - p o-2002 | | | | | | | | | | | Bernard L Madoff | Bank of New York | BLM | xxx-xxx3-878 | SECSR0009190 |
| 31 | 12/1/1998 | (9 000 000.00) | In estment | O ernight Deposit - In estment | USD YOUR ND0903120212019801OUR 9833301 531N | NASSAU DEPOSIT TAKEN/A/C BERNARD L MADOFF INC NEW YORK NY 10022REF TO ESTABLISH YOUR DEPOSIT FR 98/201 TO 98/202 RATE .A250 | MADRWAA00378 99-566 | | | | n/a - p o-2002 | | | | | | | | | | | | | | | |
| 32 | 12/1/1998 | ( 220 000.00) | Customer | Outgoing Customer Checks | USN OUR 00 08237/2CS | CHECK PAID # 302 | MADRWAA00378 99-566 | | MADWAA00379600-01 | | n/a - p o-2002 | | | 770 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN PAUL KONIGSBERG | 12/1/1998 | ( 220 000.00) | PW | CHECK | MDPTPP0 190655-63 | | | | | |
| 33 | 12/1/1998 | (85 000 000.00) | In estment | Certificate of Deposit - In estment | USD OUR 00000005662B | DEBIT MEMORANDUMREF PURCHASE OFTICKET # 000586 | MADRWAA00378 99-566 | | | | n/a - p o-2002 | | | | | | | | | | | | | | | |