# EXHIBIT 6
# (EXCERPT)

**Bankers Trust 599 Account Activity Summary**
**December 1, 1998 - May 31, 1999** [1]

|  | Source / Recipient | # | Amount |  |  |
|---|---|---|---|---|---|
| **Beginning Balance (12/1/1998)** |  |  |  | $ | 273,933 |
| *Incoming Check & Wire Payments* |  |  |  |  |  |
| Incoming Wires / Transfers | Bernard L Madoff (JPMC '703) | 106 | 849,975,000 |  |  |
|  | **Subtotal: Incoming Wires / Transfers** | **106** | **849,975,000** |  |  |
| **Total Incoming Check & Wire Payments** |  |  |  | $ | 849,975,000 |
| *Outgoing Check & Wire Payments* |  |  |  |  |  |
| Outflows to BLMIS Customers | 1991 Family Trust - A/C #xxxxx1575 | 1 | (262,533) |  |  |
|  | Albert H Small | 1 | (920,000) |  |  |
|  | Albert H Small - A/C #xxxxx5625 | 3 | (4,500,000) |  |  |
|  | Alternative Advisors Limited | 1 | (74,408) |  |  |
|  | Andover Associates - A/C #xxxxx1693 | 1 | (850,000) |  |  |
|  | Andrew Jaffe - A/C #xxxx8364 | 1 | (100,000) |  |  |
|  | AndrwTST J P Morgan Florida, FSB Acct | 1 | (2,505,143) |  |  |
|  | Arthur Schlichter - A/C #xxxxx2451 | 1 | (200,000) |  |  |
|  | Bank Leumi Jerusalem Zion Squa | 1 | (140,000) |  |  |
|  | Bank Vontobel and Co AG Zurich | 1 | (20,000) |  |  |
|  | Banque L Industrie - A/C #xxxx4792 | 1 | (21,500) |  |  |
|  | Banque National - A/C #xxxxxxxxxx0141 | 3 | (2,153,125) |  |  |
|  | Banque Pour Industrie - A/C #xxx9810 | 19 | (99,002,917) |  |  |
|  | Barbara Picower | 2 | (150,000) |  |  |
|  | Bernard A & Chris Marden - A/C #xxxxx8349 | 4 | (300,000) |  |  |
|  | Bernard A Marden - A/C #xxxxx8336 | 25 | (2,600,000) |  |  |
|  | Bernard Marden - A/C #xxxx6708 | 19 | (6,514,712) |  |  |
|  | BFI Business Finance | 1 | (1,000,000) |  |  |
|  | BPI Multiadvisors 3040 | 3 | (28,000,000) |  |  |
|  | BPI Multiadvisors 3043 | 1 | (9,925,000) |  |  |
|  | Capital Growth Company | 2 | (164,250) |  |  |
|  | CarlShap Morgan Florida, FSB Acct No 99 | 1 | (16,292,035) |  |  |
|  | Carola M Bruckner - A/C #xxxxxxxx0109 | 1 | (247,303) |  |  |
|  | Carole & Irwin Lipkin - A/C #xxxxxx4814 | 4 | (60,000) |  |  |
|  | CCC Trust - A/C #xxxx-xx2-767 | 1 | (660,000) |  |  |
|  | Chais Family Foundation - A/C #xxxxx5113 | 2 | (1,650,000) |  |  |
|  | Citco Bank | 1 | (55,000,000) |  |  |
|  | Clothmasters Inc - A/C #xxxx7081 | 1 | (500,000) |  |  |
|  | Community Realty Co , Inc | 3 | (899,347) |  |  |
|  | Cowen Company | 1 | (3,843,346) |  |  |
|  | Credit Agricole Indosuez | 3 | (6,533,832) |  |  |
|  | Credit Lyonnais | 2 | (850,000) |  |  |
|  | Croul Trust - A/C #xxxx0247 | 2 | (2,551,250) |  |  |
|  | Daniel H Leeds & Sunita Leeds | 1 | (150,000) |  |  |
|  | David & Diana Lance - A/C #xxxxxx0982 | 1 | (1,512,688) |  |  |
|  | Decisions Incorporated | 4 | (272,364,085) |  |  |
|  | Dorado Investment Company | 4 | (10,500,000) |  |  |
|  | Douglas Johnson | 1 | (1,200,000) |  |  |
|  | Drummers Inc - A/C #xxxxxx0601 | 1 | (1,000,000) |  |  |
|  | Edward Blumenfeld | 1 | (1,500,000) |  |  |
|  | EllJaffe J P Morgan Florida, FSB Acct | 1 | (13,292,250) |  |  |
|  | Emily Chais - A/C #xxxxx5287 | 1 | (1,150,000) |  |  |
|  | Erin Reardon - A/C #xxxxx1303 | 1 | (104,387) |  |  |
|  | Estate of Irving B - A/C #xxxxxx3414 | 1 | (10,200,000) |  |  |
|  | Estate of Joy Ungerle - A/C #xxxx3617 | 1 | (7,516,191) |  |  |
|  | Evangelos Sakellariou | 5 | (135,000) |  |  |
|  | Family Swimmers Ltd - A/C #xxxx7E05 | 1 | (600,000) |  |  |
|  | For the Benefit of M - A/C #xxxxx3074 | 1 | (500,000) |  |  |
|  | Gerard G Leeds | 1 | (146,744) |  |  |
|  | Goodman S A Nassau | 2 | (400,000) |  |  |
|  | Greenwich Sentry LP | 1 | (1,000,000) |  |  |
|  | Greenwich Sentry LP - A/C #xxxx1804 | 1 | (600,000) |  |  |
|  | Haravey Werners - A/C #xxxxx2239 | 1 | (320,000) |  |  |
|  | Harvey Werners - A/C #xxxxx2239 | 1 | (650,000) |  |  |
|  | HS Divine Inc Defined Benefit | 1 | (1,290,000) |  |  |
|  | HSDevine Def Contrib Plan Trust | 1 | (503,000) |  |  |
|  | Iris Zurawin & James - A/C #xxx-x4641 | 4 | (850,000) |  |  |
|  | J F Partnership | 2 | (526,000) |  |  |
|  | JAB Partnership | 2 | (496,209) |  |  |
|  | Jack N & Lorraine F - A/C #xxxxx4562 | 2 | (2,000,000) |  |  |
|  | James P Marden - A/C #xxxx6894 | 16 | (2,660,000) |  |  |
|  | James P Marden - A/C #xxxx3149 | 2 | (393,000) |  |  |

**Bankers Trust 599 Account Activity Summary**
**December 1, 1998 - May 31, 1999** [1]

| Source / Recipient | # | Amount |
|---|---|---|
| Jeffry M Picower Special Co | 2 | (68,000) |
| JEMW Partnership | 2 | (102,650) |
| Jennifer J P Morgan Florida, FSB Acct | 1 | (4,066,109) |
| Jeremiah Blither - A/C #xxxxx1729 | 1 | (496,625) |
| JLN Partnership | 2 | (1,123,806) |
| John C Stoller | 2 | (70,000) |
| Jonathan H Simon | 1 | (500,000) |
| JonSegal J P Morgan Florida, FSB Acct | 3 | (4,209,310) |
| Kenneth & Rosalind Landis | 1 | (500,000) |
| Kurt J Lance - A/C #xxxxxx6044 | 1 | (500,000) |
| Lagoon Investments | 1 | (15,000,000) |
| Lagoon Investments 1897 | 3 | (5,560,000) |
| Larry & Linda Elin - A/C #xxxx-xx4444 | 2 | (3,000,000) |
| Lilo J Leeds | 1 | (146,744) |
| LindaFMY J P Morgan Florida, FSB Acct | 1 | (2,458,587) |
| LindaStr J P Morgan Florida, FSB Acct | 1 | (13,190,712) |
| Loeb, Block Partners LLP Trust | 1 | (490,000) |
| Magnify Inc - A/C #xxx-xxx3199 | 1 | (100,000) |
| Marc B Wolpow - A/C #xxxx4031 | 1 | (500,000) |
| Margaret and Gregory Gavlik | 2 | (274,000) |
| Mark Chais | 5 | (1,250,000) |
| Melvin B Nessel - A/C #xxx-xxxxx-x-6-109 | 1 | (1,000,000) |
| Merritt Kevin & P - A/C #xxxxxx7152 | 1 | (1,915,000) |
| Meyer Brown | 1 | (8,000,000) |
| Mfamily - A/C #xxxxxx4402 | 1 | (602,000) |
| Michael C Pascucci - A/C #xxxx9702 | 1 | (1,500,000) |
| Michael J P Morgan Florida, FSB Acct | 2 | (3,269,241) |
| Michael Louise - A/C #xxxxxx3563 | 1 | (1,000,000) |
| Midland Bank PLC - A/C #xxxx8910 | 2 | (143,221) |
| Miles Q Fiterman - A/C #xxx1448 | 1 | (6,000,000) |
| Milton S Cohn - A/C #xxxxxxx7866 | 1 | (1,000,000) |
| Minnetonka Moccasin Profit Sharing | 1 | (955,000) |
| Nephrology Assoc PC Pen Plan | 1 | (500,000) |
| Nephrology Associates - A/C #xxxx5519 | 1 | (500,000) |
| Norman P Rappaport - A/C #xxxxx3807 | 1 | (1,100,000) |
| Norsk Ltd - A/C #xxxx8601 | 1 | (1,000,000) |
| North Star Fund - A/C #xxxxxxxxx3253 | 1 | (1,245,381) |
| Pascucci Family Foundation - A/C #xxxx0822 | 1 | (500,000) |
| Patrice M Auld - A/C #xxxxxx3493 | 7 | (1,520,000) |
| Patrice Kevin Auld - A/C #xxxx4920 | 1 | (20,000) |
| Perry Finance Lim | 1 | (5,000) |
| Richard A or Cathy Bro - A/C #xxx9875 | 1 | (750,000) |
| Richard A or Cathy Broms | 2 | (3,410,000) |
| Ritco - A/C #xxxx5309 | 1 | (1,436,552) |
| Robert M Potamkin - A/C #xxxxxx6725 | 1 | (700,000) |
| Ronald & Sheryl Wein - A/C #xxxxx9661 | 1 | (250,000) |
| RonSegal J P Morgan Florida, FSB Acct | 1 | (13,090,000) |
| Rudy & Annette Bongio - A/C #xxxx7111 | 6 | (210,000) |
| RuthShap J P Morgan Florida, FSB Acct | 1 | (12,487,800) |
| Samantha Strauss - A/C #xxxx0890 | 1 | (250,000) |
| Samantha Strauss - A/C #xxxx1422 | 1 | (62,236) |
| Samuel Salmanson - A/C #xxxxx1007 | 1 | (1,000,000) |
| Schiff Family Holdings - A/C #xxxxxx5694 | 1 | (800,000) |
| Schiff Family Holdings Nevada | 1 | (550,000) |
| ShapFND - A/C #xxxxxxx8001 | 1 | (11,395,404) |
| Shapiro Partnership - A/C #xxxx9721 | 1 | (1,805,000) |
| Sidney Kimmel | 1 | (700,000) |
| SLF Partners IV - A/C #xxxxxx6654 | 1 | (500,000) |
| Sommer Associates, LLC - A/C #xxxxx7884 | 1 | (3,000,000) |
| Spirits of St Louis - A/C #xxxxxx7759 | 1 | (1,500,000) |
| Stanley Chais 1991 - A/C #xxxx1575 | 1 | (16,886,259) |
| Stephen Glassman - A/C #xxxxxx9983 | 1 | (500,000) |
| Sterling Doubleday - A/C #xxx-xx5-313 | 5 | (13,000,000) |
| Sterling Equities Fund - A/C #xxxxx8076 | 1 | (1,000,000) |
| Sterling Equities Funding | 2 | (600,000) |
| Sterling Equities Funding - A/C #xxxxx8076 | 2 | (600,000) |
| Steven J P Morgan Florida, FSB Acct | 2 | (3,269,256) |
| Strand International | 1 | (120,000) |
| Strickman Living Tst Dt 5/8/90 Arthur E Strickman Ttee | 1 | (500,000) |
| Susan Jane Stone | 1 | (500,000) |
| Suzi B Lustgarten & Scott H | 1 | (500,000) |

**Bankers Trust 599 Account Activity Summary**
**December 1, 1998 - May 31, 1999** [1]

|  | Source / Recipient | # | Amount |  |
|---|---|---|---|---|
|  | Teresa Ann Wright - A/C #xxxxxxxxx0148 | 1 | (500,100) |  |
|  | The Bank of Bermuda Ltd | 1 | (2,000,000) |  |
|  | The Brighton Company - A/C #xxxxx9352 | 4 | (6,374,254) |  |
|  | The Kevin & Patrice Auld Foundation | 4 | (70,000) |  |
|  | The Lambeth Company - A/C #xxxxx3864 | 4 | (12,561,255) |  |
|  | The Marden Family Foundation - A/C #xxxx4122 | 2 | (105,000) |  |
|  | The Picower Foundation | 3 | (7,700,000) |  |
|  | The Picower Institute For Medical Research | 6 | (4,200,000) |  |
|  | The Popham Company - A/C #xxxxx9374 | 4 | (4,210,650) |  |
|  | The Retirement Income Plan For Employees Of Monroe | 6 | (6,424,455) |  |
|  | Theodore Jungreis - A/C #xxxx3226 | 1 | (2,548,427) |  |
|  | Tremont - Broad Market - A/C #xxxxxx8624 | 1 | (300,000) |  |
|  | Trust FBO Gabrielle H Picower Dec Inc | 1 | (5,000) |  |
|  | Unicycle Trading Co - A/C #xxxxx9173 | 2 | (1,000,000) |  |
|  | Westwood Partner - A/C #xxxxxxxxx3608 | 1 | (950,000) |  |
|  | Whitechapel Management - A/C #xxxxxx0147 | 2 | (300,000) |  |
|  | William Chais - A/C #xxxxx5633 | 1 | (1,125,000) |  |
|  | Yeshaya Horowitz Associates - A/C #xxxx9731 | 3 | (3,250,000) |  |
|  | Various Chais Family IA Accounts | 1 | (16,308,125) |  |
|  | **Subtotal: Outflows to BLMIS Customers** | **330** | **(828,736,411)** |  |
| Other Outgoing Checks / Wires | Bernard L Madoff - A/C #xxxxx1703 | 3 | (966,523) |  |
|  | East Coast Estate Jewelry | 1 | (15,100) |  |
|  | Gabinelli Co - PNC Bk NJ NA A/C #xxxxxx7944 | 1 | (200,000) |  |
|  | George McFadden, Agent for Chemical Leaman Corp - First Union A/C #xxxxxxxxx6674 | 1 | (24,173) |  |
|  | Mid-Atlantic / Central Carolina Bank & Trust Co A/C #xxxxx6303 | 1 | (806,726) |  |
|  | MSIL / Dresdner Bank Frankfurt | 2 | (19,500,000) |  |
|  | **Subtotal: Other Outgoing Checks / Wires** | **9** | **(21,512,522)** |  |
| **Total Outgoing Check & Wire Payments** |  |  |  | **$ (850,248,933)** |
| **Total Activity: December 1, 1998 - May 31, 1999** [1] |  | **445** | **$ (273,933)** |  |
| **Ending Balance (7/31/2000)** [1] |  |  |  | **$ -** |

**Note:**

[1] May 1999 appears to be the last month of significant activity in this account  There was no activity during the months of June through August 1999, and the account statements for these months showed an ending balance of $26,523  In October 1999, the only transaction in the account was to transfer the $26,523 remaining balance to the JPMC 703 Account and zero out the Bankers Trust 599 Account  The December 1999 and July 2000 statements for this account both showed a zero balance

| BT 599 ID | Date | Amount | Category (FTI) | Source / Recipient (FTI) (As Redacted) | Description (per OCR of Bank Stmt and As Redacted) | '599 Statement Bates Reference | Check Bates Reference | JPMC 703 ID | CM ID[1] | CM Account No. | CM AccountName | CM Date | CM Amount | CM Type | CM Description | CM Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/1998 | 200,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE | MADWAA00378590-96 | | 24 | | | | | | | | |
| 2 | 12/1/1998 | (95,000.00) | Outflows to BLMIS Customer | James P. Marden - A/C #xxxx6894 | BNF REDACTED JAMES P. MARDEN PAT | MADWAA00378590-96 | | | 274688 | 1A0044 | PATRICE M AULD | 12/1/1998 | (95,000.00) | CW | CHECK WIRE | MDPTPP00011655-63 |
| 3 | 12/1/1998 | (74,408.04) | Outflows to BLMIS Customer | Alternative Advisors Limited | BNF ALTERNATIVE ADVISORS LIMITED | MADWAA00378590-96 | | | 208382 | 1FR027 | HUNTER DOUGLAS INTL NV FRITS W VAN DER GREFT LUCERNE BRANCH 6006 LUCERNE | 12/1/1998 | (74,408.04) | CW | CHECK WIRE | MDPTPP03128393-98 |
| 4 | 12/1/1998 | (55,000.00) | Outflows to BLMIS Customer | James P. Marden - A/C #xxxx6894 | BNF REDACTED JAMES P. MARDEN PAT | MADWAA00378590-96 | | | 9924 | 1M0024 | JAMES P MARDEN | 12/1/1998 | (55,000.00) | CW | CHECK WIRE | MDPTPP04431321-28 |
| 5 | 12/2/1998 | 200,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 44 | | | | | | | | |
| 6 | 12/2/1998 | (100,000.00) | Outflows to BLMIS Customer | Patrice M Auld - A/C #xxxxxx3493 | BNF REDACTED NO NAME GIVEN BBK Y | MADWAA00378590-96 | | | 236330 | 1A0044 | PATRICE M AULD | 12/2/1998 | (100,000.00) | CW | CHECK WIRE | MDPTPP00011655-63 |
| 7 | 12/2/1998 | (35,000.00) | Outflows to BLMIS Customer | John C. Stoller | BNF JOHN C. STOLLER | MADWAA00378590-96 | | | 163747 | 1EM217 | JOHN C STOLLER & SHEILA P STOLLER AS TTEES OF JOHN CHAPMAN STOLLER | 12/2/1998 | (35,000.00) | CW | CHECK WIRE | MDPTPP02419146-49 |
| 8 | 12/2/1998 | (25,000.00) | Outflows to BLMIS Customer | Bernard A. Marden - A/C #xxxxx8336 | BNF REDACTED BERNARD A MARDEN CHA | MADWAA00378590-96 | | | 24223 | 1M0086 | MARDEN FAMILY LP TWO NORTH BREAKERS ROW | 12/2/1998 | (25,000.00) | CW | CHECK WIRE | MDPTPP04491283-91 |
| 9 | 12/2/1998 | (25,000.00) | Outflows to BLMIS Customer | Bernard A. Marden - A/C #xxxxx8336 | BNF REDACTED BERNARD A MARDEN CHA | MADWAA00378590-96 | | | 269625 | 1M0085 | CHARLOTTE M MARDEN REV TST CHARLOTTE M MARDEN AND BERNARD A MARDEN TTEES | 12/2/1998 | (25,000.00) | CW | CHECK WIRE | MDPTPP04488851-59 |
| 10 | 12/3/1998 | 15,000,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE | MADWAA00378590-96 | | 58 | | | | | | | | |
| 11 | 12/3/1998 | (15,000,000.00) | Outflows to BLMIS Customer | Lagoon Investments | BNF LOGMG-1897 LAGOON INVESTMENTS | MADWAA00378590-96 | | | 228610 | 1FN021 | HSBC SECURITIES SERVICES (LUXEMBOURG) SA SPEC CUST ACCT LAGOON INVSMNT C/O MRS R SCOTT | 12/3/1998 | (15,000,000.00) | CW | CHECK WIRE | MDPTPP02982954-62 |
| 12 | 12/3/1998 | (10,000.00) | Outflows to BLMIS Customer | Margaret and Gregory Gavlik | BNF MARGARET AND GREGORY GAVLIK 9 | MADWAA00378590-96 | | | 286880 | 1G0005 | MARGARET GAVLIK & GREG GAVLIK | 12/3/1998 | (10,000.00) | CW | CHECK WIRE | MDPTPP03236776-79 |
| 13 | 12/4/1998 | 1,400,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE | MADWAA00378590-96 | | 73 | | | | | | | | |
| 14 | 12/4/1998 | (1,134,309.28) | Outflows to BLMIS Customer | Banque National - A/C #xxxxxxxxxx0141 | BNF Redacted 0141 BANQUE NATIONAL | MADWAA00378590-96 | | | 170944 | 1FR032 | BNP PARIBAS SECURITIES SERVICE ATTN SYLVAINE FOSSEN | 12/4/1998 | (1,134,309.28) | CW | CHECK WIRE | MDPTPP03134385-93 |
| 15 | 12/4/1998 | (200,000.00) | Outflows to BLMIS Customer | Patrice M Auld - A/C #xxxxxx3493 | BNF REDACTED NO NAME GIVEN BBK Y | MADWAA00378590-96 | | | 274702 | 1A0044 | PATRICE M AULD | 12/4/1998 | (200,000.00) | CW | CHECK WIRE | MDPTPP00011655-63 |
| 16 | 12/7/1998 | 900,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 94 | | | | | | | | |
| 17 | 12/7/1998 | (950,000.00) | Outflows to BLMIS Customer | Westwood Partner - A/C #xxxxxxxxx3608 | BNF Redacted 3608 WESTWOOD PARTNER | MADWAA00378590-96 | | | 284019 | 1W0047 | WESTWOOD PARTNERS C/O BARRY S GLASSMAN | 12/7/1998 | (950,000.00) | CW | CHECK WIRE | MDPTPP05617631-38 |
| 18 | 12/7/1998 | (30,000.00) | Outflows to BLMIS Customer | Rudy & Annette Bongio - A/C #xxxx7111 | BNF REDACTED RUDY ANNETTE BONGIO | MADWAA00378590-96 | | | 14316 | 1B0050 | RUDY BONGIORNO & ANNETTE BONGIORNO J/T WROS | 12/7/1998 | (30,000.00) | CW | CHECK WIRE | MDPTPP00137018-19 |
| 19 | 12/7/1998 | (20,000.00) | Outflows to BLMIS Customer | Evangelos Sakellariou | BNF EVANGELOS SAKELLARIOU BBK GENE | MADWAA00378590-96 | | | 200649 | 1FR012 | EVANGELOS SAKELLARIOU PENTELIS 23 | 12/7/1998 | (20,000.00) | CW | CHECK WIRE | MDPTPP03110407-10 |
| 20 | 12/8/1998 | 200,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 109 | | | | | | | | |
| 21 | 12/8/1998 | (140,000.00) | Outflows to BLMIS Customer | Rudy & Annette Bongio - A/C #xxxx7111 | BNF REDACTED RUDY ANNETTE BONGIO | MADWAA00378590-96 | | | 14323 | 1B0050 | RUDY BONGIORNO & ANNETTE BONGIORNO J/T WROS | 12/8/1998 | (140,000.00) | CW | CHECK WIRE | MDPTPP00137018-19 |
| 22 | 12/10/1998 | 700,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 135 | | | | | | | | |
| 23 | 12/10/1998 | (671,000.00) | Outflows to BLMIS Customer | The Picower Institute For Medical Research | EXCHANGE CHECK | MADWAA00378590-96 | MADWAA00378600-01 | | 256278 | 1P0017 | THE PICOWER INSTITUTE FOR MEDICAL RESEARCH ATTN ELAINE JONES COO | 12/9/1998 | (671,000.00) | CW | CHECK | MDPTPP04702984-86 |
| 24 | 12/10/1998 | (75,000.00) | Outflows to BLMIS Customer | Bernard A. Marden - A/C #xxxxx8336 | BNF REDACTED BERNARD A MARDEN CHA | MADWAA00378590-96 | | | 46072 | 1M0086 | MARDEN FAMILY LP TWO NORTH BREAKERS ROW | 12/10/1998 | (75,000.00) | CW | CHECK WIRE | MDPTPP04491283-91 |
| 25 | 12/10/1998 | (75,000.00) | Outflows to BLMIS Customer | Bernard A. Marden - A/C #xxxxx8336 | BNF REDACTED BERNARD A MARDEN CHA | MADWAA00378590-96 | | | 28483 | 1M0085 | CHARLOTTE M MARDEN REV TST CHARLOTTE M MARDEN AND BERNARD A MARDEN TTEES | 12/10/1998 | (75,000.00) | CW | CHECK WIRE | MDPTPP04488851-59 |
| 26 | 12/11/1998 | 200,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 147 | | | | | | | | |
| 27 | 12/11/1998 | (150,000.00) | Outflows to BLMIS Customer | Chais Family Foundation - A/C #xxxxx5113 | BNF Redact 5113 CHAIS FAMILY FOUNDAT | MADWAA00378590-96 | | | 296338 | 1C1016 | CHAIS FAMILY FOUNDATION | 12/11/1998 | (150,000.00) | CW | CHECK WIRE | MDPTPP00400997-98 |
| 28 | 12/11/1998 | (20,000.00) | Outflows to BLMIS Customer | Carole & Irwin Lipkin - A/C #xxxxxxx4814 | BNF REDACTED CAROLE LIPKIN IRWIN | MADWAA00378590-96 | | | 275905 | 1L0036 | IRWIN LIPKIN | 12/11/1998 | (20,000.00) | CW | CHECK WIRE | MDPTPP04208402-03 |
| 29 | 12/15/1998 | 11,700,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 180 | | | | | | | | |
| 30 | 12/15/1998 | (4,000,000.00) | Outflows to BLMIS Customer | The Lambeth Company - A/C #xxxxx3864 | BNF Redact 3864 THE LAMBETH COMPANY | MADWAA00378590-96 | | | 302014 | 1L0002 | THE LAMBETH CO C/O STANLEY CHAIS | 12/15/1998 | (4,000,000.00) | CW | CHECK WIRE | MDPTPP04160629-32 |
| 31 | 12/15/1998 | (2,000,000.00) | Outflows to BLMIS Customer | The Brighton Company - A/C #xxxxx9352 | BNF Redact 9352 THE BRIGHTON COMPANY | MADWAA00378590-96 | | | 290740 | 1B0061 | THE BRIGHTON COMPANY | 12/15/1998 | (2,000,000.00) | CW | CHECK WIRE | MDPTPP00138958-61 |
| 32 | 12/15/1998 | (2,000,000.00) | Outflows to BLMIS Customer | The Popham Company - A/C #xxxxx9374 | BNF Redact 9374 THE POPHAM COMPANY | MADWAA00378590-96 | | | 286764 | 1P0031 | THE POPHAM COMPANY | 12/15/1998 | (2,000,000.00) | CW | CHECK WIRE | MDPTPP04714104-07 |
| 33 | 12/15/1998 | (100,000.00) | Outflows to BLMIS Customer | Bernard A. & Chris Marden - A/C #xxxxx8349 | BNF REDACTED BERNARD A AND CHRIS | MADWAA00378590-96 | | | 279811 | 1CM226 | THE BERNARD A MARDEN & CHRIS MARDEN FOUNDATION INC TWO NORTH BREAKERS ROW | 12/15/1998 | (100,000.00) | CW | CHECK WIRE | MDPTPP00957956-59 |
| 34 | 12/15/1998 | (25,000.00) | Outflows to BLMIS Customer | Bernard A. Marden - A/C #xxxxx8336 | BNF REDACTED BERNARD A MARDEN CHA | MADWAA00378590-96 | | | 191087 | 1M0086 | MARDEN FAMILY LP TWO NORTH BREAKERS ROW | 12/15/1998 | (25,000.00) | CW | CHECK WIRE | MDPTPP04491283-91 |
| 35 | 12/15/1998 | (25,000.00) | Outflows to BLMIS Customer | Bernard A. Marden - A/C #xxxxx8336 | BNF REDACTED BERNARD A MARDEN CHA | MADWAA00378590-96 | | | 46078 | 1M0085 | CHARLOTTE M MARDEN REV TST CHARLOTTE M MARDEN AND BERNARD A MARDEN TTEES | 12/15/1998 | (25,000.00) | CW | CHECK WIRE | MDPTPP04488851-59 |
| 36 | 12/15/1998 | (8,760.00) | Outflows to BLMIS Customer | Banque Pour Industrie - A/C #xxx9810 | BNF 1599810 BANQUE POUR INDUSTRIE | MADWAA00378590-96 | | | 287871 | 1FN007 | BANQUE FINAMA 'B' ACCT ATTN MRS SYLVIE DRINGENBERG | 12/15/1998 | (8,760.00) | CW | CHECK WIRE | MDPTPP02971822-26 |
| 37 | 12/15/1998 | (2,490.00) | Outflows to BLMIS Customer | Banque Pour Industrie - A/C #xxx9810 | BNF 1599810 BANQUE POUR INDUSTRIE | MADWAA00378590-96 | | | 197264 | 1FN075 | MELLE EMILIE APFELBAUM | 12/15/1998 | (2,490.00) | CW | CHECK WIRE | MDPTPP03043062-66 |
| 38 | 12/16/1998 | 7,900,000.00 | Incoming Wires / Transfers | Bernard L. Madoff (JPMC '703) | ORG BERNARD L MADOFF 885 3RD AVE N | MADWAA00378590-96 | | 191 | | | | | | | | |
| 39 | 12/16/1998 | (5,500,000.00) | Outflows to BLMIS Customer | The Picower Foundation | EXCHANGE CHECK | MADWAA00378590-96 | MADWAA00378604-05 | | 145647 | 1P0024 | THE PICOWER FOUNDATION | 12/15/1998 | (5,500,000.00) | CW | CHECK | MDPTPP04709097-102 |
| 40 | 12/16/1998 | (3,539,158.00) | Outflows to BLMIS Customer | The Retirement Income Plan For Employees Of Monroe | EXCHANGE CHECK | MADWAA00378590-96 | MADWAA00378602-03 | | 105647 | 1M0046 | THE RETIREMENT INCOME PLAN FOR EMPLOYEES OF MONROE SYSTEMS FOR BUSINESS INC | 12/15/1998 | (3,539,158.00) | CW | CHECK | MDPTPP04446819-21 |
| 41 | 12/16/1998 | (831,249.80) | Outflows to BLMIS Customer | Croul Trust - A/C #xxxx0247 | BNF Redac 0247 CROUL TRUST BBK MERRI | MADWAA00378590-96 | | | 214205 | 1C1261 | THE CROUL FAMILY TRUST JOHN V CROUL TRUSTEE | 12/16/1998 | (831,249.80) | CW | CHECK WIRE | MDPTPP00513435-43 |