# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
-    65 Cks out
+    20 Wire In - Westwood
+   200    "    "  - Primeo CLB
+   500    "    "  - N Sachs
+  1100    "    "  - Schupak
+  2000    "    "  - Yesod
+  3000    "    "  - BPI Multi Advisors
+  1762 My Deposit 200H CHM 500H ETM
                    278H ARB 784H_B
-  14200 Tony Out
-  27300 Wire Out - Bankers
-   3800    "    "  - Bk of NY
-  10000    "    "  - Credit Lyons
+  15000 W.C. Deposit
  + 22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  Bal 3-28
- 15 823  Cks out *
-    369  ct out - Monroe
-    175  Wire Out - Marden
-    650   "      "   - Cigna
-   1000   "      "   - Tremont
-   1000   "      "   - Stan (Brighton)
-   9000  Tony Out
+  27300  Wire In - Chem
  ─────
-  16 039

* 15823400 - Hand Del N.C. prof
Drawing  15798466 -  4-1 N.C.
         80 mil    4-1 Picower
Wiring Out 545M   4-5 Picower
         1.7 mil  4-1 Marden
         150 M    4-1 Marden
         100 M    4-1 Mald/Auld
         2 mil    4-1 Hadassah
         50 M     4-2 Marden
         250 M    4-2 Goodman
         1.875 M  4-3 Greenwich
         1 mil    4-4 Lagoon

MADTSS00244688