# EXHIBIT 15.5

**Morgan Stanley 719 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Morgan Stanley Custodial Holdings | Cash Balance | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | Transfers | | | | Account Value | | |
| 12/1/1999 | 12/31/1999 | 100,016,000 | | | 99,250,000 | - | - | 6 | 99,250,006 |
| 1/1/2000 | 1/31/2000 [2] | | | | 99,250,000 | - | - | 6 | 99,250,006 |
| 2/1/2000 | 2/29/2000 [2] | | | | 99,250,000 | - | - | 6 | 99,250,006 |
| 3/1/2000 | 3/31/2000 | | | | 99,000,000 | - | - | 6 | 99,000,006 |
| 4/1/2000 | 4/30/2000 [2] | | | | 99,000,000 | - | - | 6 | 99,000,006 |
| 5/1/2000 | 5/31/2000 | | (2,812,506) | [3] | 81,180,000 | - | - | (15) | 81,179,985 |
| 6/1/2000 | 6/30/2000 | | | | 81,385,000 | - | - | (15) | 81,384,985 |
| 7/1/2000 | 7/31/2000 [2] | | | | 81,385,000 | - | - | (15) | 81,384,985 |
| 8/1/2000 | 8/31/2000 [2] | | | | 81,385,000 | - | - | (15) | 81,384,985 |
| 9/1/2000 | 9/30/2000 | | | | 81,590,000 | - | - | (15) | 81,589,985 |
| 10/1/2000 | 10/31/2000 [2] | | | | 81,590,000 | - | - | (15) | 81,589,985 |
| 11/1/2000 | 11/30/2000 | 495,000,000 | | | 81,795,000 | 489,375,000 | 8,469,969 | 92,738 | 579,732,707 |
| 12/1/2000 | 12/31/2000 | | | (4,500,000) | 81,897,500 | 492,187,500 | 4,101,489 | 416 | 578,186,906 |
| 1/1/2001 | 1/31/2001 [2] | | | | 81,897,500 | 492,187,500 | 4,123,413 | 416 | 578,208,829 |
| 2/1/2001 | 2/28/2001 | | | | 82,102,500 | 492,187,500 | 9,676,547 | 0 | 583,966,547 |
| 3/1/2001 | 3/31/2001 | | | | 82,102,500 | 494,687,500 | 9,717,094 | 0 | 586,507,094 |
| 4/1/2001 | 4/30/2001 [2] | | | | 82,102,500 | 494,687,500 | 9,756,649 | 0 | 586,546,649 |
| 5/1/2001 | 5/31/2001 | | | | - | 577,006,250 | 15,587,200 | 10 | 592,593,460 |
| 6/1/2001 | 6/30/2001 | | | | - | 578,617,500 | 15,638,248 | 10 | 594,255,758 |
| 7/1/2001 | 7/31/2001 [2] | | | | - | 578,617,500 | 15,689,621 | 10 | 594,307,130 |
| 8/1/2001 | 8/31/2001 | | | | - | 578,817,500 | 19,176,643 | 0 | 597,994,144 |
| 9/1/2001 | 9/30/2001 | | | | - | 598,691,250 | 1,353,691 | 1 | 600,044,941 |
| 10/1/2001 | 10/31/2001 | | (99,880,495) | | - | 497,500,000 | 4,139,318 | 1 | 501,639,319 |
| 11/1/2001 | 11/30/2001 [2] | | | | - | 497,500,000 | 4,146,945 | 1 | 501,646,946 |
| 12/1/2001 | 12/31/2001 | | | | - | 498,875,000 | 4,590,897 | 0 | 503,465,897 |
| 1/1/2002 | 1/31/2002 | | | | - | 499,268,000 | 5,132,515 | 0 | 504,400,515 |
| 2/1/2002 | 2/28/2002 | | | | - | 499,011,000 | 6,006,605 | 0 | 505,017,605 |
| 3/1/2002 | 3/31/2002 | | | | - | 498,049,000 | 7,074,348 | 550,695 | 505,674,043 |
| 4/1/2002 | 4/30/2002 | | | (3,000,000) | - | 498,873,000 | 4,634,323 | 0 | 503,507,323 |
| 5/1/2002 | 5/31/2002 | | | | - | 498,915,000 | 5,353,508 | 0 | 504,268,509 |
| 6/1/2002 | 6/30/2002 | | | | - | 499,221,000 | 5,359,111 | 344,395 | 504,924,506 |
| 7/1/2002 | 7/31/2002 | | | | - | 498,591,000 | 7,027,466 | 0 | 505,618,466 |
| 8/1/2002 | 8/31/2002 | | | | - | 498,722,000 | 7,572,128 | 0 | 506,294,128 |
| 9/1/2002 | 9/30/2002 | | | | - | 498,857,000 | 8,231,776 | 0 | 507,088,777 |
| 10/1/2002 | 10/31/2002 | | | (9,000,000) | - | 498,592,000 | 172,561 | 32,365 | 498,796,926 |
| 11/1/2002 | 11/30/2002 | | | | - | 498,578,000 | 556,884 | 329,295 | 499,464,179 |
| 12/1/2002 | 12/31/2002 | | | | - | 499,140,000 | 886,904 | 0 | 500,026,904 |
| 1/1/2003 | 1/31/2003 | | | (10,000,000) | - | 489,639,900 | 885,292 | 25 | 490,525,217 |
| 2/1/2003 | 2/28/2003 | | | | - | 489,675,700 | 1,246,746 | 199 | 490,922,645 |
| 3/1/2003 | 3/31/2003 | | | (15,000,000) | - | 474,679,550 | 1,704,514 | 1 | 476,384,064 |
| 4/1/2003 | 4/30/2003 | | | | - | 474,670,400 | 2,133,073 | 1 | 476,803,474 |
| 5/1/2003 | 5/31/2003 | | | | - | 474,071,900 | 3,084,258 | 1 | 477,156,159 |
| 6/1/2003 | 6/30/2003 | | | (9,989,245) | - | 464,446,050 | 3,331,275 | 1 | 467,777,326 |
| 7/1/2003 | 7/31/2003 [2] | | | | - | 464,446,050 | 3,332,828 | 1 | 467,778,878 |
| 8/1/2003 | 8/31/2003 | | | | - | 464,415,650 | 3,941,474 | 1 | 468,357,125 |
| 9/1/2003 | 9/30/2003 | | (89,956,525) | | - | 374,697,750 | 4,115,424 | 1 | 378,813,175 |
| 10/1/2003 | 10/31/2003 | | | (20,066,076) | - | 354,844,200 | 4,165,689 | 0 | 359,009,889 |
| 11/1/2003 | 11/30/2003 | | | | - | 354,776,850 | 4,461,823 | 0 | 359,238,673 |
| 12/1/2003 | 12/31/2003 | | | | 75,492,000 | 274,246,750 | 9,567,476 | 0 | 359,306,226 |
| 1/1/2004 | 1/31/2004 [2] | | | | 75,492,000 | 274,246,750 | 9,571,706 | 0 | 359,310,456 |
| 2/1/2004 | 2/29/2004 | | | | 75,703,500 | 274,440,250 | 9,759,354 | 750,000 | 360,653,104 |
| 3/1/2004 | 3/31/2004 | | | | 75,750,000 | 274,683,000 | 10,514,221 | 0 | 360,947,221 |
| 4/1/2004 | 4/30/2004 | | | | 75,141,000 | 274,582,000 | 10,839,380 | 0 | 360,562,380 |
| 5/1/2004 | 5/31/2004 | | | | 74,976,750 | 274,521,000 | 11,060,204 | 0 | 360,557,954 |
| 6/1/2004 | 6/30/2004 | | | | 74,835,750 | 274,386,750 | 11,403,482 | 0 | 360,625,982 |
| 7/1/2004 | 7/31/2004 [2] | | | | 74,835,750 | 274,386,750 | 11,409,995 | 0 | 360,632,495 |
| 8/1/2004 | 8/31/2004 | | | | 75,032,250 | 274,480,500 | 11,870,293 | 750,000 | 362,133,043 |
| 9/1/2004 | 9/30/2004 | | | | 74,886,000 | 273,945,000 | 13,481,043 | 0 | 362,312,043 |
| 10/1/2004 | 10/31/2004 [2] | | | | 74,886,000 | 273,945,000 | 13,494,112 | 0 | 362,325,112 |
| 11/1/2004 | 11/30/2004 [2] | | | | 74,886,000 | 273,945,000 | 13,510,503 | 0 | 362,341,503 |
| 12/1/2004 | 12/31/2004 | | | (4,304,000) | 74,706,750 | 274,655,500 | 9,764,191 | 0 | 359,126,441 |
| 1/1/2005 | 1/31/2005 | | | | 74,657,250 | 274,668,000 | 10,191,082 | 0 | 359,516,332 |
| 2/1/2005 | 2/28/2005 | | | | 74,645,250 | 274,237,250 | 11,047,624 | 750,000 | 360,680,124 |

**EXHIBIT 15.5**

**Morgan Stanley 719 Account Activity**[1]

| Month Begin | Month End | Transfers | | | Account Value | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Morgan Stanley Custodial Holdings | Cash Balance | Month End Account Value |
| 3/1/2005 | 3/31/2005 | 150,000,000 | | | 74,683,500 | 422,302,500 | 14,508,699 | 0 | **511,494,699** |
| 4/1/2005 | 4/30/2005 | | | | 74,757,000 | 422,734,250 | 15,127,107 | 0 | **512,618,357** |
| 5/1/2005 | 5/31/2005 [2] | | | | 74,757,000 | 422,734,250 | 15,159,981 | 0 | **512,651,231** |
| 6/1/2005 | 6/30/2005 | | | | 74,850,750 | 422,639,000 | 17,197,908 | 1 | **514,687,659** |
| 7/1/2005 | 7/31/2005 [2] | | | | 74,850,750 | 422,639,000 | 17,235,748 | 1 | **514,725,499** |
| 8/1/2005 | 8/31/2005 | | | | - | 497,721,500 | 18,191,371 | 1,961,621 | **517,874,491** |
| 9/1/2005 | 9/30/2005 | | (100,000,000) | | - | 394,071,000 | 25,156,776 | 795 | **419,228,571** |
| 10/1/2005 | 10/31/2005 | | (98,770,540) | | - | 296,148,500 | 25,225,819 | 2,345 | **321,376,664** |
| 11/1/2005 | 11/30/2005 | | (123,331,015) | | - | 173,399,000 | 25,297,075 | 2,345 | **198,698,420** |
| 12/1/2005 | 12/31/2005 | | (49,835,665) | | - | 149,107,000 | 332,444 | 0 | **149,439,444** |
| 1/1/2006 | 1/31/2006 | | (149,109,034) | | - | - | 333,565 | 0 | **333,565** |
| | | **$ 745,016,000** | **$ (713,695,779)** | **$ (75,859,321)** | | | | | |

[1] Source documents, including monthly account statements from December 1999 to July 2009:
MAITAA0012597 - 602
MAITAA0012633 - 638
MAITAA0016207 - 212
MAITAA0016219 - 250
MAITAA0017140 - 151
MSYSAB0000100 - 446
MSYSAD0000436 - 461

[2] Certain statements for the Morgan Stanley 719 Account included multiple months of activity in one statement. For the first month(s) in each of these periods, I have included the account value of the Treasury Notes and Treasury Bills reflected on the prior month account statement. The value of the Morgan Stanley Custodial Holdings is based on the activity reflected on the combined account statement, including dividends.

[3] In May 2000, $18 million of Treasury Notes was transferred out of the Morgan Stanley 719 Account, including $11 million transferred to Madoff Securities International Limited for the benefit of Ruth Madoff (*see* UKMSLLWA00004586 and UKMSLLBE00000905).