# EXHIBIT 3

**EXHIBIT 3**

**List of All Cash Transactions in the Andrew Goodman Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] | | | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4],[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 477099 | 1EM284 | ANDREW M GOODMAN | 10/20/1993 | 400,000 | JRNL | CHECK | n/a | n/a | n/a | n/a | n/a |
| 428044 | 1EM284 | ANDREW M GOODMAN | 1/10/1994 | (12,500) | CW | CHECK | n/a | Yes | n/a | AMF00095522 | n/a |
| 499888 | 1EM284 | ANDREW M GOODMAN | 4/4/1994 | (12,500) | CW | CHECK | n/a | Yes | n/a | AMF00095522 | n/a |
| 437731 | 1EM284 | ANDREW M GOODMAN | 7/1/1994 | (12,500) | CW | CHECK | n/a | Yes | n/a | AMF00095522 | n/a |
| 477947 | 1EM284 | ANDREW M GOODMAN | 8/11/1994 | 200,000 | CA | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 451237 | 1EM284 | ANDREW M GOODMAN | 10/3/1994 | (12,500) | CW | CHECK | n/a | Yes | n/a | AMF00095522 | n/a |
| 430968 | 1EM284 | ANDREW M GOODMAN | 1/3/1995 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 439596 | 1EM284 | ANDREW M GOODMAN | 4/3/1995 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 419744 | 1EM284 | ANDREW M GOODMAN | 7/3/1995 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 436848 | 1EM284 | ANDREW M GOODMAN | 9/21/1995 | 110,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 451669 | 1EM284 | ANDREW M GOODMAN | 10/2/1995 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 4703 | 1EM284 | ANDREW M GOODMAN | 1/2/1996 | (15,000) | CW | CHECK | n/a | Yes | Yes | AMF00095521 | Goodman, A. 000093 Goodman, A. 000110 |
| 135217 | 1EM284 | ANDREW M GOODMAN | 4/1/1996 | (15,000) | CW | CHECK | n/a | Yes | Yes | AMF00095521 | Goodman, A. 000093 Goodman, A. 000110 |
| 9891 | 1EM284 | ANDREW M GOODMAN | 4/11/1996 | (40,000) | CW | CHECK | n/a | Yes | Yes | AMF00095520 | Goodman, A. 000093 Goodman, A. 000110 |
| 107013 | 1EM284 | ANDREW M GOODMAN | 7/1/1996 | (15,000) | CW | CHECK | n/a | Yes | Yes | AMF00095521 | Goodman, A. 000093 Goodman, A. 000110 |
| 292351 | 1EM284 | ANDREW M GOODMAN | 10/1/1996 | (15,000) | CW | CHECK | n/a | Yes | Yes | AMF00095521 | Goodman, A. 000093 Goodman, A. 000110 |
| 103839 | 1EM284 | ANDREW M GOODMAN | 1/2/1997 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 41278 | 1EM284 | ANDREW M GOODMAN | 4/1/1997 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 5713 | 1EM284 | ANDREW M GOODMAN | 4/4/1997 | (50,000) | CW | CHECK | n/a | Yes | n/a | AMF00095519 | n/a |
| 308388 | 1EM284 | ANDREW M GOODMAN | 7/1/1997 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 216759 | 1EM284 | ANDREW M GOODMAN | 10/1/1997 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 78799 | 1EM284 | ANDREW M GOODMAN | 1/2/1998 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 309324 | 1EM284 | ANDREW M GOODMAN | 4/1/1998 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 125325 | 1EM284 | ANDREW M GOODMAN | 4/3/1998 | (60,000) | CW | CHECK | n/a | Yes | n/a | AMF00095518 | n/a |
| 280930 | 1EM284 | ANDREW M GOODMAN | 7/1/1998 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 195084 | 1EM284 | ANDREW M GOODMAN | 10/1/1998 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 152146 | 1EM284 | ANDREW M GOODMAN | 1/4/1999 | (15,000) | CW | CHECK | Yes | Yes | n/a | AMF00095521 | n/a |
| 273323 | 1EM284 | ANDREW M GOODMAN | 3/29/1999 | (60,000) | CW | CHECK | Yes | Yes | n/a | AMF00095517 | n/a |
| 200036 | 1EM284 | ANDREW M GOODMAN | 4/1/1999 | (15,000) | CW | CHECK | Yes | Yes | n/a | AMF00095521 | n/a |

**List of All Cash Transactions in the Andrew Goodman Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] | | | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4],[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 291712 | 1EM284 | ANDREW M GOODMAN | 7/1/1999 | (15,000) | CW | CHECK | Yes | Yes | n/a | AMF00095521 | n/a |
| 277583 | 1EM284 | ANDREW M GOODMAN | 10/1/1999 | (15,000) | CW | CHECK | n/a | Yes | n/a | AMF00095521 | n/a |
| 277606 | 1EM284 | ANDREW M GOODMAN | 10/19/1999 | (10,000) | CW | CHECK | n/a | Yes | n/a | AMF00095516 | n/a |
| 167978 | 1EM284 | ANDREW M GOODMAN | 12/23/1999 | (5,000) | CW | CHECK | Yes | n/a | n/a | n/a | n/a |
| 50449 | 1EM284 | ANDREW M GOODMAN | 1/3/2000 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024344 |
| 200579 | 1EM284 | ANDREW M GOODMAN | 3/1/2000 | (5,000) | CW | CHECK | Yes | n/a | Yes | n/a | SBCSAB0024344 |
| 228533 | 1EM284 | ANDREW M GOODMAN | 3/23/2000 | (60,000) | CW | CHECK | Yes | n/a | Yes | n/a | SBCSAB0024344 |
| 257509 | 1EM284 | ANDREW M GOODMAN | 4/3/2000 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024344 |
| 251394 | 1EM284 | ANDREW M GOODMAN | 7/3/2000 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024344 |
| 23290 | 1EM284 | ANDREW M GOODMAN | 8/9/2000 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095515 | SBCSAB0024344 |
| 106386 | 1EM284 | ANDREW M GOODMAN | 10/2/2000 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024344 |
| 132861 | 1EM284 | ANDREW M GOODMAN | 1/2/2001 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024931 |
| 187582 | 1EM284 | ANDREW M GOODMAN | 3/30/2001 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00095514 | SBCSAB0024931 |
| 192818 | 1EM284 | ANDREW M GOODMAN | 4/2/2001 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024931 |
| 76643 | 1EM284 | ANDREW M GOODMAN | 7/2/2001 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024931 |
| 258770 | 1EM284 | ANDREW M GOODMAN | 10/1/2001 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0024931 |
| 309625 | 1EM284 | ANDREW M GOODMAN | 1/2/2002 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0025693 |
| 225218 | 1EM284 | ANDREW M GOODMAN | 3/27/2002 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00095513 | SBCSAB0025693 |
| 219950 | 1EM284 | ANDREW M GOODMAN | 4/1/2002 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0025693 |
| 288083 | 1EM284 | ANDREW M GOODMAN | 6/5/2002 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00095512 | SBCSAB0025693 |
| 277031 | 1EM284 | ANDREW M GOODMAN | 7/1/2002 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0025693 |
| 190519 | 1EM284 | ANDREW M GOODMAN | 9/3/2002 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00095511 | SBCSAB0025693 |
| 19413 | 1EM284 | ANDREW M GOODMAN | 10/1/2002 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0025693 |
| 30578 | 1EM284 | ANDREW M GOODMAN | 11/12/2002 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095510 | SBCSAB0025693 |
| 20 | 1EM284 | ANDREW M GOODMAN | 12/13/2002 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00095509 | SBCSAB0025693 |
| 102635 | 1EM284 | ANDREW M GOODMAN | 1/2/2003 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0020709 SBCSAB0020908 |
| 146212 | 1EM284 | ANDREW M GOODMAN | 3/26/2003 | (36,000) | CW | CHECK | Yes | Yes | Yes | AMF00095507 | SBCSAB0020709 SBCSAB0020908 |
| 279006 | 1EM284 | ANDREW M GOODMAN | 4/1/2003 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0020709 SBCSAB0020908 |
| 287429 | 1EM284 | ANDREW M GOODMAN | 7/1/2003 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095521 | SBCSAB0020709 SBCSAB0020908 |

**EXHIBIT 3**

**List of All Cash Transactions in the Andrew Goodman Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] | | | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4],[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 264100 | 1EM284 | ANDREW M GOODMAN | 8/22/2003 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00095506 | SBCSAB0020709 SBCSAB0020908 |
| 16239 | 1EM284 | ANDREW M GOODMAN | 9/2/2003 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00095505 | SBCSAB0020709 SBCSAB0020908 |
| 261376 | 1EM284 | ANDREW M GOODMAN | 10/15/2003 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0020709 SBCSAB0020908 |
| 201042 | 1EM284 | ANDREW M GOODMAN | 11/25/2003 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00095503 | SBCSAB0020709 SBCSAB0020908 |
| 72677 | 1EM284 | ANDREW M GOODMAN | 1/2/2004 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0021630 |
| 297681 | 1EM284 | ANDREW M GOODMAN | 2/18/2004 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095502 | SBCSAB0021630 |
| 288273 | 1EM284 | ANDREW M GOODMAN | 3/10/2004 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095501 | SBCSAB0021630 |
| 266849 | 1EM284 | ANDREW M GOODMAN | 4/1/2004 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0021630 |
| 68695 | 1EM284 | ANDREW M GOODMAN | 4/16/2004 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095499 | SBCSAB0021630 |
| 233176 | 1EM284 | ANDREW M GOODMAN | 5/25/2004 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095496 | SBCSAB0021630 |
| 284472 | 1EM284 | ANDREW M GOODMAN | 6/10/2004 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00095495 | SBCSAB0021630 |
| 182808 | 1EM284 | ANDREW M GOODMAN | 7/1/2004 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0021630 |
| 40575 | 1EM284 | ANDREW M GOODMAN | 8/23/2004 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095494 | SBCSAB0021630 |
| 229408 | 1EM284 | ANDREW M GOODMAN | 10/1/2004 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0021630 |
| 221723 | 1EM284 | ANDREW M GOODMAN | 11/15/2004 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095493 | SBCSAB0021630 |
| 272898 | 1EM284 | ANDREW M GOODMAN | 1/3/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0022733 |
| 101802 | 1EM284 | ANDREW M GOODMAN | 2/25/2005 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095492 | SBCSAB0022733 |
| 31832 | 1EM284 | ANDREW M GOODMAN | 3/10/2005 | (15,000) | CW | CHECK | Yes | Yes | Yes | AMF00095491 | SBCSAB0022733 |
| 305890 | 1EM284 | ANDREW M GOODMAN | 4/1/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0022733 |
| 183903 | 1EM284 | ANDREW M GOODMAN | 4/4/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095490 | SBCSAB0022733 |
| 226534 | 1EM284 | ANDREW M GOODMAN | 7/1/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0022733 |
| 305314 | 1EM284 | ANDREW M GOODMAN | 10/3/2005 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0022733 |
| 8612 | 1EM284 | ANDREW M GOODMAN | 11/14/2005 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00095489 | SBCSAB0022733 |
| 206091 | 1EM284 | ANDREW M GOODMAN | 1/3/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0002090 |
| 180964 | 1EM284 | ANDREW M GOODMAN | 2/21/2006 | (10,000) | CW | CHECK | Yes | Yes | Yes | AMF00095488 | SBCSAB0002090 |
| 85981 | 1EM284 | ANDREW M GOODMAN | 4/3/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0002090 |
| 85971 | 1EM284 | ANDREW M GOODMAN | 4/11/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095487 | SBCSAB0002090 |
| 238141 | 1EM284 | ANDREW M GOODMAN | 7/3/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0002090 |
| 73276 | 1EM284 | ANDREW M GOODMAN | 9/12/2006 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095486 | SBCSAB0002090 |

**EXHIBIT 3**

**List of All Cash Transactions in the Andrew Goodman Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4],[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 291420 | 1EM284 | ANDREW M GOODMAN | 10/2/2006 | (20,000) | CW | CHECK | Yes | Yes | Yes | AMF00095504 | SBCSAB0002090 |
| 235976 | 1EM284 | ANDREW M GOODMAN | 11/10/2006 | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095485 | SBCSAB0002090 |
| 41962 | 1EM284 | ANDREW M GOODMAN | 12/13/2006[5] | (5,000) | CW | CHECK | Yes | Yes | Yes | AMF00095484 | SBCSAB0002090 |
| 172872 | 1EM284 | ANDREW M GOODMAN | 1/2/2007 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095504 | n/a |
| 234247 | 1EM284 | ANDREW M GOODMAN | 3/26/2007 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095482 | n/a |
| 192637 | 1EM284 | ANDREW M GOODMAN | 4/2/2007 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095504 | n/a |
| 139891 | 1EM284 | ANDREW M GOODMAN | 7/2/2007 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095504 | n/a |
| 213601 | 1EM284 | ANDREW M GOODMAN | 8/9/2007 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095481 | n/a |
| 251805 | 1EM284 | ANDREW M GOODMAN | 9/20/2007 | (10,000) | CW | CHECK | Yes | Yes | n/a | AMF00095480 | n/a |
| 77114 | 1EM284 | ANDREW M GOODMAN | 10/1/2007 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095504 | n/a |
| 211449 | 1EM284 | ANDREW M GOODMAN | 12/3/2007 | (10,000) | CW | CHECK | Yes | Yes | n/a | AMF00095479 | n/a |
| 140501 | 1EM284 | ANDREW M GOODMAN | 12/24/2007 | (10,000) | CW | CHECK | Yes | Yes | n/a | AMF00095478 | n/a |
| 151044 | 1EM284 | ANDREW M GOODMAN | 1/2/2008 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095504 | n/a |
| 106314 | 1EM284 | ANDREW M GOODMAN | 1/25/2008 | (15,000) | CW | CHECK | Yes | Yes | n/a | AMF00095477 | n/a |
| 242554 | 1EM284 | ANDREW M GOODMAN | 4/1/2008 | (20,000) | CW | CHECK | Yes | Yes | n/a | AMF00095504 | n/a |
| 303585 | 1EM284 | ANDREW M GOODMAN | 6/16/2008 | (5,000) | CW | CHECK | Yes | Yes | n/a | AMF00095475 | n/a |
| 236037 | 1EM284 | ANDREW M GOODMAN | 7/1/2008 | (10,000) | CW | CHECK | Yes | Yes | n/a | AMF00095476 | n/a |
| 216766 | 1EM284 | ANDREW M GOODMAN | 9/12/2008 | (5,000) | CW | CHECK | Yes | Yes | n/a | AMF00095474 | n/a |
| 229245 | 1EM284 | ANDREW M GOODMAN | 9/22/2008 | (5,000) | CW | CHECK | Yes | Yes | n/a | AMF00095473 | n/a |
| 228098 | 1EM284 | ANDREW M GOODMAN | 10/1/2008 | (10,000) | CW | CHECK | Yes | Yes | n/a | AMF00095476 | n/a |
| 234833 | 1EM284 | ANDREW M GOODMAN | 10/31/2008 | (10,000) | CW | CHECK | Yes | Yes | n/a | AMF00095471 | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The *"n/a"* designation indicates where records could not be located and/or are otherwise unavailable.

[5] Date represents the date the check cleared the 509 Account.

[6] The documents referenced in this column beginning with the bates prefix "SBCSAB" are electronic spreadsheets containing several tabs. The tabs that I used in my reconciliation analysis are labeled "RECON," "RECONCIL" or "Sheet7."