# EXHIBIT 4

To: Robert and / or Erin @ Madoff

From: Andrew Goodman - #1EM2843

Date: 10/30/08

Good afternoon,

Please allow this fax to serve as request to send a check from my above account in the amount of ten thousand dollars to my home address. Please use my UPS # Redacted or my Fedex # Redacted

Thank you!

Andrew Goodman

Signature: /s/ Andw Gm. 10/30/08

10/31  (initials)

AMF00095471