# EXHIBIT 5

**Results of Receiving Bank Analysis - Andrew Goodman Account** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per BLMIS Bank Records |
|---|---|---|---|
| Wells Fargo Bank[2] | xxxxxx5533 | Andrew M. Goodman[3] | 255,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 255,000** |

*% of Total Cash Withdrawals from the Andrew Goodman Account in the Two Year Period*    *100%*

**Total Cash Withdrawals from the Andrew Goodman Account in the Two Year Period**    **$ 255,000**

---

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.

[2] The BLMIS bank records refer to the banking institution as Wachovia NA. Wachovia Corporation was acquired by Wells Fargo & Company in 2008. *See Wachovia is Now Wells Fargo,* WELLS FARGO, https://www.wellsfargo.com/about/corporate/wachovia (last visited June 13, 2019).

[3] Wells Fargo Bank produced bank records to the Trustee, including checks and deposit slips related to the bank account identified in this exhibit and in **Exhibit 6** (account #xxxxxx5533). However, monthly bank statements for this account were not included in the documents produced to the Trustee by Wells Fargo Bank, and therefore I did not use the bank records produced by Wells Fargo Bank in my tracing analysis. I noted, however, that the names on account #xxxxxx5533, based on the checks and deposit slips included in the documents produced to the Trustee, were Andrew M. Goodman and Victoria W. Goodman. *See* 10-04709_WFB_0000025-85 and 10-04709_WFB_0000276-323.