# EXHIBIT 6

**Reconciliation and Tracing Results - Andrew Goodman Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | Original Banking Institution[3] | Current Banking Institution[4] | Bank Account Number[3] | Potential Bank Account Holder[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | BLMIS Bank Account Data | | | Tracing Results - per BLMIS Bank Records | | | |
| 477099 | 1EM284 | ANDREW M GOODMAN | 10/20/1993 | 400,000 | JRNL | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - deposit | | | |
| 428044 | 1EM284 | ANDREW M GOODMAN | 1/10/1994 | (12,500) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 499888 | 1EM284 | ANDREW M GOODMAN | 4/4/1994 | (12,500) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 437731 | 1EM284 | ANDREW M GOODMAN | 7/1/1994 | (12,500) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 477947 | 1EM284 | ANDREW M GOODMAN | 8/11/1994 | 200,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - deposit | | | |
| 451237 | 1EM284 | ANDREW M GOODMAN | 10/3/1994 | (12,500) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 430968 | 1EM284 | ANDREW M GOODMAN | 1/3/1995 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 439596 | 1EM284 | ANDREW M GOODMAN | 4/3/1995 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 419744 | 1EM284 | ANDREW M GOODMAN | 7/3/1995 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 436848 | 1EM284 | ANDREW M GOODMAN | 9/21/1995 | 110,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - deposit | | | |
| 451669 | 1EM284 | ANDREW M GOODMAN | 10/2/1995 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 4703 | 1EM284 | ANDREW M GOODMAN | 1/2/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 135217 | 1EM284 | ANDREW M GOODMAN | 4/1/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 9891 | 1EM284 | ANDREW M GOODMAN | 4/11/1996 | (40,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 107013 | 1EM284 | ANDREW M GOODMAN | 7/1/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 292351 | 1EM284 | ANDREW M GOODMAN | 10/1/1996 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 103839 | 1EM284 | ANDREW M GOODMAN | 1/2/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 41278 | 1EM284 | ANDREW M GOODMAN | 4/1/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 5713 | 1EM284 | ANDREW M GOODMAN | 4/4/1997 | (50,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 308388 | 1EM284 | ANDREW M GOODMAN | 7/1/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 216759 | 1EM284 | ANDREW M GOODMAN | 10/1/1997 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 78799 | 1EM284 | ANDREW M GOODMAN | 1/2/1998 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 309324 | 1EM284 | ANDREW M GOODMAN | 4/1/1998 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 125325 | 1EM284 | ANDREW M GOODMAN | 4/3/1998 | (60,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |

**Reconciliation and Tracing Results - Andrew Goodman Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | Original Banking Institution[3] | Current Banking Institution[4] | Bank Account Number[3] | Potential Bank Account Holder[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280930 | 1EM284 | ANDREW M GOODMAN | 7/1/1998 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 195084 | 1EM284 | ANDREW M GOODMAN | 10/1/1998 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 152146 | 1EM284 | ANDREW M GOODMAN | 1/4/1999 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 88729 | MADWAA00387575-76 | n/a - prior to the Two Year Period | | | |
| 273323 | 1EM284 | ANDREW M GOODMAN | 3/29/1999 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 90596 | MADWAA00391984-85 | n/a - prior to the Two Year Period | | | |
| 200036 | 1EM284 | ANDREW M GOODMAN | 4/1/1999 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 90859 | MADWAA00392496-97 | n/a - prior to the Two Year Period | | | |
| 291712 | 1EM284 | ANDREW M GOODMAN | 7/1/1999 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 93122 | MADWAA00192355-56 | n/a - prior to the Two Year Period | | | |
| 277583 | 1EM284 | ANDREW M GOODMAN | 10/1/1999 | (15,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 277606 | 1EM284 | ANDREW M GOODMAN | 10/19/1999 | (10,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | n/a - prior to the Two Year Period | | | |
| 167978 | 1EM284 | ANDREW M GOODMAN | 12/23/1999 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 97319 | MADWAA00057480-81 | n/a - prior to the Two Year Period | | | |
| 50449 | 1EM284 | ANDREW M GOODMAN | 1/3/2000 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 100259 | MADWAA00052577-78 | n/a - prior to the Two Year Period | | | |
| 200579 | 1EM284 | ANDREW M GOODMAN | 3/1/2000 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 101878 | MADWAA00044095-96 | n/a - prior to the Two Year Period | | | |
| 228533 | 1EM284 | ANDREW M GOODMAN | 3/23/2000 | (60,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 102211 | MADWAA00044647-48 | n/a - prior to the Two Year Period | | | |
| 257509 | 1EM284 | ANDREW M GOODMAN | 4/3/2000 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 102592 | MADWAA00039924-25 | n/a - prior to the Two Year Period | | | |
| 251394 | 1EM284 | ANDREW M GOODMAN | 7/3/2000 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 109140 | MADWAA00247522-23 | n/a - prior to the Two Year Period | | | |
| 23290 | 1EM284 | ANDREW M GOODMAN | 8/9/2000 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 110483 | MADWAA00253959-60 | n/a - prior to the Two Year Period | | | |
| 106386 | 1EM284 | ANDREW M GOODMAN | 10/2/2000 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 111485 | MADWAA00260321-22 | n/a - prior to the Two Year Period | | | |
| 132861 | 1EM284 | ANDREW M GOODMAN | 1/2/2001 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 121161 | MADWAA00148933-34 | n/a - prior to the Two Year Period | | | |
| 187582 | 1EM284 | ANDREW M GOODMAN | 3/30/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 123299 | MADWAA00149503-04 | n/a - prior to the Two Year Period | | | |
| 192818 | 1EM284 | ANDREW M GOODMAN | 4/2/2001 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 123498 | MADWAA00149883-84 | n/a - prior to the Two Year Period | | | |
| 76643 | 1EM284 | ANDREW M GOODMAN | 7/2/2001 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 125783 | MADWAA00103180-81 | n/a - prior to the Two Year Period | | | |
| 258770 | 1EM284 | ANDREW M GOODMAN | 10/1/2001 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 127946 | MADWAA00089803-04 | n/a - prior to the Two Year Period | | | |
| 309625 | 1EM284 | ANDREW M GOODMAN | 1/2/2002 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 131068 | JPMSAF0000778 MADWAA00070103-04 | n/a - prior to the Two Year Period | | | |
| 225218 | 1EM284 | ANDREW M GOODMAN | 3/27/2002 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 133023 | JPMSAF0002694 MADWAA00077259-60 | n/a - prior to the Two Year Period | | | |
| 219950 | 1EM284 | ANDREW M GOODMAN | 4/1/2002 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 133288 | JPMSAF0002946 MADWAA00066082-83 | n/a - prior to the Two Year Period | | | |

_BLMIS Bank Account Data_

_Tracing Results - per BLMIS Bank Records_

**Reconciliation and Tracing Results - Andrew Goodman Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | Original Banking Institution[3] | Current Banking Institution[4] | Bank Account Number[3] | Potential Bank Account Holder[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 288083 | 1EM284 | ANDREW M GOODMAN | 6/5/2002 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135205 | JPMSAF0004872 MADWAA00063739-40 | n/a - prior to the Two Year Period | | | |
| 277031 | 1EM284 | ANDREW M GOODMAN | 7/1/2002 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 135806 | JPMSAF0005540 MADWAA00110464-65 | n/a - prior to the Two Year Period | | | |
| 190519 | 1EM284 | ANDREW M GOODMAN | 9/3/2002 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137431 | JPMSAF0007119 MADWAA00116069-70 | n/a - prior to the Two Year Period | | | |
| 19413 | 1EM284 | ANDREW M GOODMAN | 10/1/2002 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 138107 | JPMSAF0007833 MADWAA00124008-09 | n/a - prior to the Two Year Period | | | |
| 30578 | 1EM284 | ANDREW M GOODMAN | 11/12/2002 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 139476 | JPMSAF0009309 MADWAA00129035-36 | n/a - prior to the Two Year Period | | | |
| 20 | 1EM284 | ANDREW M GOODMAN | 12/13/2002 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 140081 | JPMSAF0009793 MADWAA00127626-27 | n/a - prior to the Two Year Period | | | |
| 102635 | 1EM284 | ANDREW M GOODMAN | 1/2/2003 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 140595 | JPMSAF0010474 MADWAA00119502-03 | n/a - prior to the Two Year Period | | | |
| 146212 | 1EM284 | ANDREW M GOODMAN | 3/26/2003 | (36,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 142608 | JPMSAF0012562 MADWAA00320098-99 | n/a - prior to the Two Year Period | | | |
| 279006 | 1EM284 | ANDREW M GOODMAN | 4/1/2003 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 142850 | JPMSAF0012795 MADWAA00308458-59 | n/a - prior to the Two Year Period | | | |
| 287429 | 1EM284 | ANDREW M GOODMAN | 7/1/2003 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 145377 | JPMSAF0015347 MADWAA00309877-78 | n/a - prior to the Two Year Period | | | |
| 264100 | 1EM284 | ANDREW M GOODMAN | 8/22/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146863 | JPMSAF0016718 MADWAA00324433-34 | n/a - prior to the Two Year Period | | | |
| 16239 | 1EM284 | ANDREW M GOODMAN | 9/2/2003 | (25,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 146993 | JPMSAF0016841 MADWAA00314515-16 | n/a - prior to the Two Year Period | | | |
| 261376 | 1EM284 | ANDREW M GOODMAN | 10/15/2003 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 148640 | JPMSAF0018414 MADWAA00233928-29 | n/a - prior to the Two Year Period | | | |
| 201042 | 1EM284 | ANDREW M GOODMAN | 11/25/2003 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149236 | MADWAA00222655-56 | n/a - prior to the Two Year Period | | | |
| 72677 | 1EM284 | ANDREW M GOODMAN | 1/2/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 150281 | JPMSAF0019396-97 MADWAA00237609-10 | n/a - prior to the Two Year Period | | | |
| 297681 | 1EM284 | ANDREW M GOODMAN | 2/18/2004 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 151859 | JPMSAF0021101 MADWAA00230100-01 | n/a - prior to the Two Year Period | | | |
| 288273 | 1EM284 | ANDREW M GOODMAN | 3/10/2004 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152249 | JPMSAF0021509 MADWAA00223913-14 | n/a - prior to the Two Year Period | | | |
| 266849 | 1EM284 | ANDREW M GOODMAN | 4/1/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 152802 | JPMSAF0022102 MADWAA00226967-68 | n/a - prior to the Two Year Period | | | |
| 68695 | 1EM284 | ANDREW M GOODMAN | 4/16/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153894 | JPMSAF0023266-67 MADWAA00229107-08 | n/a - prior to the Two Year Period | | | |
| 233176 | 1EM284 | ANDREW M GOODMAN | 5/25/2004 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154422 | JPMSAF0023806 MADWAA00220660-61 | n/a - prior to the Two Year Period | | | |
| 284472 | 1EM284 | ANDREW M GOODMAN | 6/10/2004 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 154716 | JPMSAF0024157 MADWAA00332387-88 | n/a - prior to the Two Year Period | | | |
| 182808 | 1EM284 | ANDREW M GOODMAN | 7/1/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 155196 | JPMSAF0024727-28 MADWAA00340167-68 | n/a - prior to the Two Year Period | | | |
| 40575 | 1EM284 | ANDREW M GOODMAN | 8/23/2004 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 156713 | JPMSAF0026575 MADWAA00335290-91 | n/a - prior to the Two Year Period | | | |
| 229408 | 1EM284 | ANDREW M GOODMAN | 10/1/2004 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157604 | JPMSAF0027542 MADWAA00338875-76 | n/a - prior to the Two Year Period | | | |

**Reconciliation and Tracing Results - Andrew Goodman Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | Original Banking Institution[5] | Current Banking Institution[4] | Bank Account Number[3] | Potential Bank Account Holder[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 221723 | 1EM284 | ANDREW M GOODMAN | 11/15/2004 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 159024 | JPMSAF0029000 MADWAA00352567-68 | n/a - prior to the Two Year Period | | | |
| 272898 | 1EM284 | ANDREW M GOODMAN | 1/3/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 160128 | JPMSAF0030253 MADWAA00336013-14 | n/a - prior to the Two Year Period | | | |
| 101802 | 1EM284 | ANDREW M GOODMAN | 2/25/2005 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 161796 | JPMSAF0032074 MADWAA00159253-54 | n/a - prior to the Two Year Period | | | |
| 31832 | 1EM284 | ANDREW M GOODMAN | 3/10/2005 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162007 | JPMSAF0032325 MADWAA00159643-44 | n/a - prior to the Two Year Period | | | |
| 305890 | 1EM284 | ANDREW M GOODMAN | 4/1/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162618 | JPMSAF0032952 MADWAA00165285-86 | n/a - prior to the Two Year Period | | | |
| 183903 | 1EM284 | ANDREW M GOODMAN | 4/4/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 162974 | JPMSAF0033307-08 MADWAA00161928-29 | n/a - prior to the Two Year Period | | | |
| 226534 | 1EM284 | ANDREW M GOODMAN | 7/1/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 165229 | JPMSAF0035722 MADWAA00156322-23 | n/a - prior to the Two Year Period | | | |
| 305314 | 1EM284 | ANDREW M GOODMAN | 10/3/2005 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 167722 | JPMSAF0038257 MADWAA00167467-68 | n/a - prior to the Two Year Period | | | |
| 8612 | 1EM284 | ANDREW M GOODMAN | 11/14/2005 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169206 | JPMSAF0039933 MADWAA00355229-30 | n/a - prior to the Two Year Period | | | |
| 206091 | 1EM284 | ANDREW M GOODMAN | 1/3/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 170364 | JPMSAF0041229 MADWAA00360102-03 | n/a - prior to the Two Year Period | | | |
| 180964 | 1EM284 | ANDREW M GOODMAN | 2/21/2006 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172085 | JPMSAF0043101 MADWAA00363643-44 | n/a - prior to the Two Year Period | | | |
| 85981 | 1EM284 | ANDREW M GOODMAN | 4/3/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 172995 | JPMSAF0044130 MADWAA00375157-58 | n/a - prior to the Two Year Period | | | |
| 85971 | 1EM284 | ANDREW M GOODMAN | 4/11/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 174074 | JPMSAF0045334 MADWAA00376232-33 | n/a - prior to the Two Year Period | | | |
| 238141 | 1EM284 | ANDREW M GOODMAN | 7/3/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 175727 | JPMSAF0047086 MADWAA00373119-20 | n/a - prior to the Two Year Period | | | |
| 73276 | 1EM284 | ANDREW M GOODMAN | 9/12/2006 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 177694 | JPMSAF0048943 MADWAA00209446-47 | n/a - prior to the Two Year Period | | | |
| 291420 | 1EM284 | ANDREW M GOODMAN | 10/2/2006 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 178150 | JPMSAF0049379 MADWAA00197595-96 | n/a - prior to the Two Year Period | | | |
| 235976 | 1EM284 | ANDREW M GOODMAN | 11/10/2006 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 179668 | JPMSAF0050876 MADWAA00213258-59 | n/a - prior to the Two Year Period | | | |
| 41962 | 1EM284 | ANDREW M GOODMAN | 12/13/2006[5] | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180192 | JPMSAF0051716 JPMSAF0051717 MADWAA00206654-55 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 172872 | 1EM284 | ANDREW M GOODMAN | 1/2/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180922 | JPMSAF0052614 MADWAA00195558-59 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 234247 | 1EM284 | ANDREW M GOODMAN | 3/26/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183247 | JPMSAF0054579 MADWAA00204202-03 | Wachovia NA | Wells Fargo Bank | xxxxxx5533[6] | Andrew M. Goodman |
| 192637 | 1EM284 | ANDREW M GOODMAN | 4/2/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 183614 | JPMSAF0054936 MADWAA00267080-81 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 139891 | 1EM284 | ANDREW M GOODMAN | 7/2/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186550 | JPMSAF0057741 MADWAA00273922-23 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M Goodman |
| 213601 | 1EM284 | ANDREW M GOODMAN | 8/9/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188101 | JPMSAF0059206 MADWAA00280062-63 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |

BLMIS Bank Account Data

Tracing Results - per BLMIS Bank Records

**Reconciliation and Tracing Results - Andrew Goodman Account**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **BLMIS Bank Account Data** | | | | **Tracing Results - per BLMIS Bank Records** | | | |
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Transaction Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | Original Banking Institution[3] | Current Banking Institution[4] | Bank Account Number[3] | Potential Bank Account Holder[3] |
| 251805 | 1EM284 | ANDREW M GOODMAN | 9/20/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 188893 | JPMSAF0059942 MADWAA00276788-89 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 77114 | 1EM284 | ANDREW M GOODMAN | 10/1/2007 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 189247 | JPMSAF0060287 MADWAA00262805-06 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 211449 | 1EM284 | ANDREW M GOODMAN | 12/3/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191178 | JPMSAF0062187 MADWAA00291560-61 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 140501 | 1EM284 | ANDREW M GOODMAN | 12/24/2007 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 191784 | JPMSAF0062764 MADWAA00292636-37 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 151044 | 1EM284 | ANDREW M GOODMAN | 1/2/2008 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 192085 | JPMSAF0063057 MADWAA00289013-14 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 106314 | 1EM284 | ANDREW M GOODMAN | 1/25/2008 | (15,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 193489 | JPMSAF0064430 MADWAA00290685-86 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 242554 | 1EM284 | ANDREW M GOODMAN | 4/1/2008 | (20,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194758 | JPMSAF0065628 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 303585 | 1EM284 | ANDREW M GOODMAN | 6/16/2008 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197188 | JPMSAF0068014 MADWAA00296332-33 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 236037 | 1EM284 | ANDREW M GOODMAN | 7/1/2008 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197542 | JPMSAF0068351 MADWAA00286302-03 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M Goodman |
| 216766 | 1EM284 | ANDREW M GOODMAN | 9/12/2008 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199641 | JPMSAF0070351 MADWAA00302539-40 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 229245 | 1EM284 | ANDREW M GOODMAN | 9/22/2008 | (5,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 199826 | JPMSAF0070524 MADWAA00302859-60 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew M. Goodman |
| 228098 | 1EM284 | ANDREW M GOODMAN | 10/1/2008 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 200150 | JPMSAF0070839 MADWAA00303503-04 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew Goodman |
| 234833 | 1EM284 | ANDREW M GOODMAN | 10/31/2008 | (10,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 201525 | JPMSAF0072172 MADWAA00285211-12 | Wachovia NA | Wells Fargo Bank | xxxxxx5533 | Andrew Goodman |

[1]  Unless otherwise noted, the information contained in these columns was obtained from the BLMIS customer statements.

[2]  The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5,** respectively, to the Collura January 2019 Report.

[3]  For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4]  The BLMIS bank records refer to the banking institution as Wachovia NA.  Wachovia Corporation was acquired by Wells Fargo & Company in 2008. *See Wachovia is Now Wells Fargo,* WELLS FARGO, https://www.wellsfargo.com/about/corporate/wachovia (last visited June 13, 2019).

[5]  Date represents the date the check cleared the 509 Account.

[6]  Based on the cancelled check from BLMIS bank records, defendant Andrew M. Goodman endorsed the check for deposit into account #xxxxx4553.  However, based on the bank account number included on the back of all the other cancelled checks from the BLMIS bank records in the Two Year Period, I have concluded that this account number excluded the final digit from the account number and that the check was deposited into account #xxxxxx5533.