EXHIBIT 1

[Redacted]
[Redacted]
[Redacted]                                                        12/31/06          1
[Redacted]
[Redacted]
[Redacted]                                        1-H0024-3-0      [Redacted]


| | BALANCE FORWARD | | 507,780.46 |
|---|---|---|---|
| 12/01 | INTEL CORP<br>DIV 11/07/06 12/01/06 | DIV | 1,789.20 |
| 12/01 | WELLS FARGO & CO NEW<br>DIV 11/03/06 12/01/06 | DIV | 2,892.96 |
| 12/05 | PFIZER INC<br>DIV 11/10/06 12/05/06 | DIV | 5,443.20 |
| 12/11 | CHEVRON CORP<br>DIV 11/17/06 12/11/06 | DIV | 3,538.08 |
| 12/11 | EXXON MOBIL CORP<br>DIV 11/13/06 12/11/06 | DIV | 5,886.72 |
| 12/11 | INTERNATIONAL BUSINESS MACHS<br>DIV 11/10/06 12/09/06 | DIV | 1,436.40 |
| 12/11 | UNITED TECHNOLOGIES CORP<br>DIV 11/17/06 12/10/06 | DIV | 801.36 |
| 12/12 | JOHNSON & JOHNSON<br>DIV 11/28/06 12/12/06 | DIV | 3,402.00 |
| 12/14 | HOME DEPOT INC<br>DIV 11/30/06 12/14/06 | DIV | 1,417.50 |
| 12/14 | MICROSOFT CORP<br>DIV 11/16/06 12/14/06 | DIV | 2,671.20 |
| 12/15 | AMERICAN INTL GROUP INC<br>DIV 12/01/06 12/15/06 | DIV | 1,330.56 |
| 12/15 | COCA COLA CO<br>DIV 12/01/06 12/15/06 | DIV | 1,953.00 |

CONTINUED ON PAGE    2

MDPTPP03456817

[Redacted]
[Redacted]
[Redacted]
[Redacted]
[Redacted]
[Redacted]

12/31/06          2

1-H0024-3-0    [Redacted]

| Date | Quantity | | Description | Price | Amount |
|------|------|------|------|------|------|
| 12/15 | | | TIME WARNER INC | DIV | 693.00 |
| | | | DIV 11/30/06 12/15/06 | | |
| 12/15 | | | WACHOVIA CORP NEW | DIV | 3,386.88 |
| | | | DIV 11/30/06 12/15/06 | | |
| 12/21 | 15,372 | 1842 | CITI GROUP INC | 54.580 | 838,389.76 |
| 12/21 | 3,528 | 3842 | SCHLUMBERGER LTD | 67 | 236,235.00 |
| 12/21 | 6,300 | 6092 | COMCAST CORP | 43.140 | 271,530.00 |
| | | | CL A | | |
| 12/21 | 12,096 | 8092 | AT&T INC | 35.810 | 432,674.76 |
| 12/21 | 19,152 | 10342 | CISCO SYSTEMS INC | 27.730 | 530,318.96 |
| 12/21 | 12,600 | 12342 | TIME WARNER INC | 21.710 | 273,042.00 |
| 12/21 | 6,804 | 14592 | CHEVRON CORP | 75.110 | 510,776.44 |
| 12/21 | 3,276 | 16592 | UNITED PARCEL SVC INC | 76.630 | 250,908.88 |
| | | | CLASS B | | |
| 12/21 | 32,004 | 18842 | GENERAL ELECTRIC CO | 37.630 | 1,203,030.52 |
| 12/21 | 3,024 | 20806 | UNITED TECHNOLOGIES CORP | 62.410 | 188,607.84 |
| 12/21 | 1,260 | 23092 | GOLDMAN SACHS GROUP INC | 201.700 | 254,092.00 |
| 12/21 | 6,048 | 25024 | WACHOVIA CORP NEW | 57.430 | 347,095.64 |
| 12/21 | 6,300 | 27342 | HOME DEPOT INC | 40.080 | 252,252.00 |
| 12/21 | 10,332 | 29274 | WELLS FARGO & CO NEW | 35.750 | 368,956.00 |
| 12/21 | 8,568 | 31592 | HEWLETT PACKARD CO | 40.020 | 342,549.36 |
| 12/21 | 7,560 | 33524 | WAL-MART STORES INC | 46.640 | 352,296.40 |
| 12/21 | 4,788 | 35842 | INTERNATIONAL BUSINESS MACHS | 95.800 | 458,499.40 |
| 12/21 | 18,396 | 37774 | EXXON MOBIL CORP | 76.800 | 1,412,077.80 |
| 12/21 | 17,892 | 40092 | INTEL CORP | 21.100 | 376,806.20 |

CONTINUED ON PAGE    3

MDPTPP03456818

[Redacted]
[Redacted]
[Redacted]
[Redacted]
[Redacted]
[Redacted]

12/31/06        3

1-H0024-3-0     [Redacted]

| 12/21 |            | 9,072 | 44342 | JOHNSON & JOHNSON           | 66.780 |               | 605,466.16 |
| 12/21 |            | 10,584 | 48591 | J.P. MORGAN CHASE & CO      | 48.410 |               | 511,948.44 |
| 12/21 |            | 6,300 | 52841 | COCA COLA CO                | 48.990 |               | 308,385.00 |
| 12/21 |            | 2,772 | 57091 | MERRILL LYNCH & CO INC      | 91.960 |               | 254,803.12 |
| 12/21 |            | 6,552 | 61341 | ALTRIA GROUP INC            | 85.910 |               | 562,620.32 |
| 12/21 |            | 6,804 | 65591 | MERCK & CO                  | 44     |               | 299,104.00 |
| 12/21 |            | 3,276 | 69841 | MORGAN STANLEY              | 80.620 |               | 263,980.12 |
| 12/21 |            | 26,712 | 74091 | MICROSOFT CORP             | 30.110 |               | 803,230.32 |
| 12/21 |            | 4,788 | 80642 | ABBOTT LABORATORIES         | 48.170 |               | 230,446.96 |
| 12/21 |            | 8,064 | 84881 | AMERICAN INTL GROUP INC     | 72.790 |               | 586,656.56 |
| 12/21 |            | 12,600 | 86841 | ORACLE CORPORATION         | 18.050 |               | 226,926.00 |
| 12/21 |            | 3,528 | 89131 | AMGEN INC                   | 70.630 |               | 249,041.64 |
| 12/21 |            | 5,040 | 91091 | PEPSICO INC                 | 63.210 |               | 318,377.40 |
| 12/21 |            | 3,780 | 93359 | AMERICAN EXPRESS COMPANY    | 62.270 |               | 235,220.60 |
| 12/21 |            | 22,680 | 95341 | PFIZER INC                 | 25.870 |               | 585,824.60 |
| 12/21 |            | 14,112 | 97591 | BANK OF AMERICA            | 53.690 |               | 757,109.28 |
| 12/21 |            | 9,828 | 99591 | PROCTER & GAMBLE CO         | 64.120 |               | 629,778.36 |
| 12/21 | 16,250,000 |       | 42168 | U S TREASURY BILL           | 99.063 | 16,097,737.50 |            |
|       |            |       |       | DUE 3/01/2007               |        |               |            |
|       |            |       |       |                3/01/2007    |        |               |            |
| 12/21 | 15,617     |       | 46409 | FIDELITY SPARTAN            | 1      | 15,617.00     |            |
|       |            |       |       | U S TREASURY MONEY MARKET   |        |               |            |
| 12/22 |            |       |       | BANK OF AMERICA             | DIV    |               | 7,902.72   |
|       |            |       |       | DIV 12/01/06 12/22/06       |        |               |            |
| 12/29 |            |       |       | FIDELITY SPARTAN            | DIV    |               | 110.86     |
|       |            |       |       | U S TREASURY MONEY MARKET   |        |               |            |
|       |            |       |       | DIV 12/29/06                |        |               |            |

CONTINUED ON PAGE     4

MDPTPP03456819

[Redacted]
[Redacted]
[Redacted]                                                        12/31/06        4
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0      [Redacted]


| Date | | | | | | |
|---|---|---|---|---|---|---|
| 12/29 | | | TRANS FROM 40 ACCT | JRNL | | 292,069.00 |
| 12/29 | 8,375,000 | | 2281 U S TREASURY BILL | 98.682 | 8,264,617.50 | |
| | | | DUE 4/5/2007 | | | |
| | | | 4/05/2007 | | | |
| 12/29 | 10,001 | | 6854 FIDELITY SPARTAN | 1 | 10,001.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 41,231 83587 | FIDELITY SPARTAN | 1 | | 41,231.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 16,600,000 88904 | U S TREASURY BILL | 99.166 | | 16,461,556.00 |
| | | | DUE 3/01/2007 | | | |
| | | | 3/01/2007 | | | |
| 12/29 | 8,375,000 | | 97809 U S TREASURY BILL | 98.780 | 8,272,825.00 | |
| | | | DUE 3/29/2007 | | | |
| | | | 3/29/2007 | | | |
| | | | NEW BALANCE | | | .02 |

```
                        SECURITY POSITIONS     MKT PRICE
        10,001          FIDELITY SPARTAN          1
                        U S TREASURY MONEY MARKET
     8,375,000          U S TREASURY BILL        98.780
                        DUE 3/29/2007
                            3/29/2007
     8,375,000          U S TREASURY BILL        98.682
                        DUE 4/5/2007
                            4/05/2007

                        MARKET VALUE OF SECURITIES
                            LONG            SHORT
        16,547,443.50
```

MDPTPP03456820

[Redacted]
[Redacted]
[Redacted]                                                    12/31/06        5
[Redacted]
[Redacted]
[Redacted]                                  1-H0024-3-0     [Redacted]


YEAR-TO-DATE SUMMARY

DIVIDENDS                                                    285,425.85
GROSS PROCEEDS FROM SALES                                 141,072,172.20

MDPTPP03456821