# EXHIBIT 9

Exhibit 9

```
              0·    *

       63,864·42    +
           13·99    +
       63,878·41    *

       63,878·41    ÷
           83·875   =
          761·59    *

           83·875   x
          761·      =
       63,828·88    +I
       63,828·88    x
            0·025   =
        1,595·72    *

        1,595·72    ÷
            4·      x
            8·      =
        3,191·44    *

        3,191·44    +I
          761·      x
            2·25    =
        1,712·25    *

        1,712·25    x
            0·03125 =
           53·51    +I
       67,073·83    ◊I
       67,073·83    ÷
        1,712·25    =
           39·17    *

           39·25    x
        1,712·25    =
       67,205·81    -I
          131·98-   *I

          131·98-   ÷
            0·125   =
        1,055·84-   *

        1,712·00    +
        1,052·00    -
          660·00    *
```

MADTSS00401002

l & C Lipkin                                                    56,180.81        80

| Date | Item | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6 2½ 3/10 | 8.81 |
|  | 2107.13 |  |  | INA |  |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8 2½ 5/8 | 19.69 |
| 5/8 | Heinz | 61,187.50 | 63,864.42 | Heinz 7 2½ 7/1 | 13.99 |
|  | 2676.92 |  |  | Aetna |  |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | 8 2½ 9/1 | 49.53 |
|  | 3,191.88 |  |  | Amax |  |
| 9/5 | Amax | 67,008— | 70,358.41 | 8 2½ 10/30 | 62.29 |
|  | 3350.40 |  |  | Rockwell |  |
| 10/30 | Rockwell | 70,404.75 | 73,925.41 | 8 2½ 12/31 | 15.94 |
|  | 3520.66 |  |  | Tomlinson |  |
| 12/31 | Check | 10,000— |  | " |  |
|  | Check Ⓐ |  | 5000— | " |  |

                                                        68,941.35



```
ICE - Aetna Life
      + Casualty 2 PFC

761  @  83 3/8 =
                   63,828.88


                          41,159.50
1052      39 1/8      32.88
                     ─────────
                      41,126.62

660       39 1/4 = 25,905.—
                          20.63
 1 = 9.77            ─────────
                      25,884.37

6/23  B
6/25  S      | 65,020.76 |
                              | 8 - 2 1/2 |
                         (9/1)|  3,191.88 |
1712.25
```

MADTSS00401003

```
              0·    *

     61,201·49    ÷
           27·5   =
      2,225·51    *

           27·5   ×
        2,225·    =
     61,187·50   +I
     61,187·50    ×
          0·025  =
      1,529·69    *

      1,529·69   ÷
            4·    ×
            7·    =
      2,676·96    *

      2,676·96  +I
        2,225·    ×
           0·75  =
      1,668·75    *

      1,668·75    ×
         0·03125 =
          52·15  +I
     63,916·61   ◊I
     63,916·61   ÷
      1,668·75   =
          38·30   *

          38·375  ×
       1,668·75  =
      64,038·28  -I
         121·67-*I

         121·67-÷
           0·125 =
         973·36-*

       1,668·00   +
         973·00   -
         695·00   *
```



Bernard L. Madoff
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | REDACTED | | | | | | 4/28/80 | 5/5/80 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | CODES | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|
| | | | | |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2225 | | HEINZ 1.70 CONV PFD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | | 61187.50 |

MEMBERS
NASD  NSCC  SIAC  DTC  SIPC

COMPARISON DUPLICATE

MADTSS00400986



MADTSS00400988

08-01789-cgm Doc 23621-13 Filed 10/02/23 Entered 10/02/23 18:28:09 Ex. 9 Pg 8 of 12 Exhibit 9



MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ                28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225  27½        61,187.50


973   38¼        37,217.25
                     30.41
                 ─────────
                 37,186.84
695   38⅜ = 26,670.63
                     21.72
                 ─────────
                 26,648.91

7 = 28.67

MADTSS00400993

# Bernard L. Madoff
## INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

IN ACCOUNT WITH

REDACTED

YOUR ACCOUNT NUMBER

YOUR TAX PAYER IDENTIFICATION NUMBER

PERIOD ENDING 12/31/80

PAGE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| | | F | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12/30 | | 1330 | | INA CORP | 30 | | 39,858.84 |
| | | F | | INA CORP | | | 14.92 |
| | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| | | F | | HEINZ COM | | | 26.67 |
| 12/30 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 12/02 | | 1052 | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 12/02 | | 660 | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| 12/02 | | F | | AETNA LIFE COM. | | | 9.77 |
| 12/03 | | 521 | | AMAX INC. | 51 1/4 | | 26,684.97 |
| 12/03 | | 850 | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 12/03 | | F | | AMAX INC. | | | 31.24 |
| 12/05 | 2947 | | | AMAX INC $3. PFD | 64 | 67,008.00 | |
| 12/28 | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| 12/28 | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| 12/29 | | Y | | ROCKWELL INTL | | | 10.23 |
| 12/30 | 2497 | | | ROCKWELL INTL $4.50 PFD | 29 1/4 | 78,242.03 | |
| 12/23 | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 68,941.35 |

MADTSS00401023

```
HJ Heinz   170    3rd (   )
                  P= .35 C
4/9/79 - 5/18 D        P= 1.5
8/13/79 - 10/1 D       9/29 - 11/16
12/1/79 - 1/22 D       12/1/81 - 1/25/82
12/19/80 - 4/8 D       2/3/82 - 4/7/82
5/7/80 - 7/2           6/30/82 - 9/7/82
8/7/80 - 10/3          9/20/82 - 11/24/82
11/27/80 - 1/20/81     4/1/84 - 4/24/84 - 7/3/84
3/4/81 - 5/5           8/8/84 - 10/11/84
7/30/81 - 9/16
```

MADWAA00497515