# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
          F O R M   F L A S H   D E F I N I T I O N
              BOX DEFINITIONS - Page 1-1

 Left      Right                     Fill                  Spacing
 Edge      Edge    Top   Bottom  Width  Density Density  Number  Horiz   Vert
 4         10      5     10      1      1       0        0       0       0

 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___
 ___       ___     ___   ___     ___    ___     ___      ___     ___     ___

 F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
 F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
    F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
              DTCS
                            Millimeters
                        From  From  Right
 Ref      Definition     Page  Top   Left   Edge  Lines      Equation
   1  L1 Dont Print      1    5     5      100   1    NP
   2  Header Line 1      1    14.2  5.4    270   1    A3502070/1/8/12 TRIM2/135
   3  Header Line 2-3    1    17.38 5.4    270   2    A3502070/1/8/12 TRIM2/135
   4  Macro Calls        1    23.73 4      206   56   TRIM1/5
   5  Data               1    23.73 8      206   56   COPYR4 TRIM7/67
   6                                                  A3502070/1/8/12
   7  L81                1    5     5      100   1    PG
   8  _____   __   ____  ____   ___   __
   9  _____   __   ____  ____   ___   __
  10  _____   __   ____  ____   ___   __
  11  _____   __   ____  ____   ___   __
  12  _____   __   ____  ____   ___   __
  13  _____   __   ____  ____   ___   __
  14  _____   __   ____  ____   ___   __
  15  _____   __   ____  ____   ___   __

 F1=Flash F2=Print Def F3=Go To ___  F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ____ through _____ to Ref ____ and Step Top ____ Step Left ____
 F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```