# EXHIBIT 25



EACH UNIT = 10,040

| Acct # | Name | Units | Need | Why |
|---|---|---|---|---|
| ZR211 | Eileen | 1.5 | 15 | SHUPT |
| C1277 | J.L Ira | 2.0 | 20 | S |
| B0136 | Judy | 1.5 | 15 | S |
| B0227 | Judy Ira | 1.5 | 15 | S |
| ZB480 | Peg | .8 | 8 | S |
| ZB482 | Pam | .5 | 5 | S |
| R0126 | Rita | 1.5 | 15 | S |
| C1310 | JC Pens | X | (3) | Loss for Taxes |
| S0431 | Myra | 1.0 | 10 | S |
| L0174 | Meryl | .8 | 8 | S |
| D0020 | Dolinski | .8 | 8 | S |
| L0205 | Gregory | .5 | 5 | S |
| L0214 | Devon | .2 | 2 | S |
| L0157 | Russell | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | As per David K |
| D0028 | Carmen | 5.0 | 55 | S |
| W0057 | Weisser | 3.0 | 30 | REQUIRED |
| ZR179 | Mend | 21.5 | 215 | REQ |
| ZB032* | Mayfair | 319.0 | 3190 | 2600 Extra P+L + to bring to 11% |
| ZA924 | Levy Aaron | 7.8 | 78 | REQ |
| ZR165 | Abe K | 1.4 | 14 | REQ |
| ZR172 | Sey K | 1.4 | 14 | REQ |
| ZR097 | Rhona Gann | .4 | 4 | REQ |
| ZB143 | Ed Jelris | 11.6 | 116 | REQ |
| ZR010 | Rich Glantz | 9.8 | 98 | REQ |
| ZB348 | Spenling | 1.0 | 10 | REQ |
| ZA041 | Mann E | .6 | 6 | REQ |
| ZA210 | Mann P | .6 | 6 | REQ |
| L0124 | Noel | 38.5 | 385 | 1/2 % Cap  Cap = 77 AM from his list |
| E0116* | Mansa | 92.2 | 822 | 300 Extra P+L + to bring to 11% |
| 1E0165 | New * | | | |
| 1E0156 | Need 78 | | | |
| 116 | Need 145 | | | |
| 133 | Need 129 | | 522 | |
| 155 | Need 109 | | | |
| 159 | Need 61 | | | |

300 + 522 = 822

12B032 Need 50
12B046 Need 485
12B249 Need 55
2600 + 590 = 3190

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115

4031

EACH UNIT
MADE 10,040

SCHUPT

| | | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | EILEEN | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PEAS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | 45 PER DCK |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | | 30 REQUIRED |
| 12R179 | MEND | 215 | | | 215 REQ |
| 12B032 | MAY | *6728 | | | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | | 78 REQ |
| 12R165 | ABE K | 14 | | | 14 REQ |
| 12R172 | SEY K | 14 | | | 14 REQ |
| 12R097 | RHODA G | 4 | | | 4 REQ |
| 12B143 | ED JELRIS G | 116 | | | 116 REQ |
| 12R010 | Rich G | 98 | | | 98 REQ |
| 12B348 | 2 PEARLING | 10 | | | 10 REQ |
| 12A041 | MARV E | 6 | | | 6 REQ |
| 12A210 | MARV PLOT | 6 | | | 6 REQ |
| 1L0124 | NOEL | 385 | | | (1/2% of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116* | MARJO | *1264 | | | 300 + BRING ACCTS to 1% |

WORK CAP FROM
W/OT = 3.77 MM

BLM → ←1%

1E0156  NEED 90
*1E0116  NEED 170
1E0133  NEED 162
1E0155  NEED 140
1E0159  200

@13%
964 + 300 = 1264

12B032   NEED 540
12B046   NEED 2684
12B249   NEED 904
EXTRA → 2600 → A128

BRING TO 14%

MADTSS01124117
MADTSS01124117
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

| ACCT # | NAME | # NEEDED | WHY | (.446 EACH) UNITS | Comments ETC... |
|---|---|---|---|---|---|
| 10 0002 ⁶⁵⁰ | O'HARA F.P | 21 | SCHOPT | 14.0 | |
| 10 0013 ¹⁴⁷ | BERN IRA | 4⁴ | sch | 3.0 | |
| 10 0018 ¹⁴³ | J+B JOINT | 3 | sch | 2.0 | |
| 1P0111 ²⁷⁵ | G+S JOINT | 3 | sch | 2.0 | 12B5⁴² |
| (1C1094) X | EILEEN ○ | 4 | sch | 3.0 | 12R2⁸⁵ |
| (1C1277) ²⁷ | JODI IRA | 10 | sch | 7.0 | 12R31⁰ |
| (1B0136) ¹⁶⁰ | JUDY | 13 | sch | 9.0 | |
| (1B0227) ²⁶⁴ | JUDY IRA | 8 | sch | 6.0 | |
| (12B480) ⁴⁰⁰ | PEGGY | 15 | sch | 10.0 | |
| (12B482) ¹¹⁶ | PAM | 4 | sch | 3.0 | |
| (12R211) ¹⁵¹ | EILEEN IRA ○ | 6 | sch | 4.0 | |
| 1S0008 ⁰ | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W | 10.0 | ALL CAUGHT UP TO ¹¹/⁰¹/04 |
| 1R0186 ⁰ | ASHA | 7 | PAST PEFORMANCE ACCT N/W | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 · | RUSS | 6 | sch | 4.0 | |
| 1L0205 ⁰ | GREGORY | 5 | sch | 4.0 | |
| 1L0214 · | DEVON | 5 | sch | 4.0 | |
| 1D0020 · | D.F.F | 5 | sch | 4.0 | |
| 1L0174 · | MERRYL | 7 | sch | 5.0 | |
| 1S0431 ⁰ | MYRA | 7 | sch | 5.0 | |
| 1M0200 ⁴¹¹ | RALPH | 4 | sch | 3.0 | |
| 1I0010 ⁸⁹¹ | JODIE + JOHN | 20 | sch | 14.0 | |
| 1C1328 ⁸⁰ | ELLIE | 6 | sch | 4.0 | |
| 1D0018 ²⁰⁰ ²³¹ X | MOM | 91 | sch | 63.0 | |
| 12R028 · | SARAH COHEN | * | sch | 1.0 | * ACCT CLOSED ONE TIM DEAL |
| (1R0126) ¹⁶⁶ | RITA | 15 | sch | 10.0 | |
| 1D0070 ⁰ | CARMEN | 75 | sch | 52.0 | |
| 1D0028 · | CARMEN | 65 | sch | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 ⁰ | MENDELOW S | 215 / 107.5 | REQ | 75.0 | |
| 12R180 ⁰ | MENDELOW N | 107.5 | REQ | 75.0 | |

65,000 OPT TRD 3/05 for V.04

KARY 1K0017 ADDED   64,260   MARCH   OT for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | M46 Each Unit | Comments etc... |
|---|---|---|---|---|---|
| 12A924° | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165° | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R172° | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R097° | Rhoda Gaaa | 4 | REQ ✓ | 3.0 | |
| 12B143° | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041° | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210° | Marj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124° | Noel Levine | 362 | w/e @ 12% list ✓ | 250.0 | 72.4 cap @ ½% |
| | | | | | |
| 1E0165° | Engler Grat | 20 | needs to be 11% ✓ | 14.0 | goes to 11% |
| 1E0156° | Engler QTIP ✓ | 21 | ✓ | 14.0 | 300 extra @ 116 |
| 1E0116° | Marja ✓ | 1.0 (300 extra put here) | ✓ | 7.0 | |
| 1E0133° | Marja ✓ | 31 | ✓ | 21.0 | |
| 1E0155° | Engler F.T ✓ | 26 | fixed 305+300,160 | 18.0 | |
| 1E0159° | Marja IRA ✓ | 30 | p+c | 21.0 | |
| | | | | | |
| Frank ↓ | | s/b 660,000 put SP IN 2005 | DID | $600,000 Jan '05 Done |
| 12B046° | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032° | Mayfair | 105,000 + 1680 Aspen F.A = 178500 | ✓ | 1235.0 | |
| 12B249° | Mayfair P.P. Bdd | 270,000 | ✓ | 187.0 | |
| 12B509° | Aster | 42,000 | ✓ | 29.0 | |
| 12B262° | Strattham | 26,000 | ✓ | 18.0 | |
| 12A879° | Ken Joada | 20,000 | ✓ | 14.0 | |
| 12B510° | St James | 42000 | ✓ | 29.0 | |

6990 T6T
74120

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMM |
|---|---|---|---|---|---|
| 1:00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P011 X | | 10 | | 8 | |
| 1C 1094 X | | 4 | | 3 | |
| 1C 1277 X | | 30 | | 22 | |
| 1B 0136 X | | 15 | | 11 | |
| 1B 0227 X | | 25 | | 19 | |
| 12B 480 X | | 16 | | 12 | |
| 12B 482 X | | 7 | | 5 | |
| 12R 211 X | | 10 | | 8 | |
| 1S 0028 0 for 2005 | | 10 | | 8 | |
| 1R 0186 ✓ | | 5 | | 4 | |
| 1L 0157 ✓ | | 6 | | 5 | |
| 1L 0205 ✓ | | 6 | | 5 | |
| 1L 0214 ✓ | | 4 | | 3 | |
| 1D 0020 ✓ | | 7 | | 5 | |
| 1L 0174 ✓ | | 6 | | 5 | |
| 1S 0431 ✓ | | 8 | | 6 | |
| 1M 0200 ✓ | | 14 | | 11 | |
| 1I 0010 ✓ | | 17 | | 12 | |
| 1C 1328 ✓ | | 3 | | 3 | |
| 1D 0018 ✓ | | — | | — | |
| 12R 028 X | | — | | — | |
| 1R 0126 ✓ | | 8 | | 6 | |
| 1D 0070 X | | — | | — | |
| 1D 0028 X | | — | | — | |
| 1W 0057 X | X | — | | — | |
| 12R 179 | | 108 | 30 | 78 | |
| 12R 180 | | 108 | 30 | 78 | |
| | | | | 346 | |
| | | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UP 13 @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 | | 78 | | 57 | |
| 12R165 | | 14 | | 11 | |
| 12R172 | | 14 | | 11 | |
| 12R097 | | 4 | | 3 | |
| 12B143 | | 116 | | 85 | |
| 12R010 | | 98 | | 72 | |
| 12B348 | | 10 | | 8 | |
| 12A011 | | 6 | | 5 | |
| 12A210 | | 6 | | 5 | |
| 1C012 | | 351 | | 256 | |
| 1E0165 | | 11 | | 8 | |
| 1E0156 | | 11 | | 8 | |
| 1E0116 | | — | | — | 300 GOES IN IN 2006 FOR 05 |
| 1E0133 | | 16 | | 12 | |
| 1E0155 | | 13 | | 10 | |
| 1E0159 | | 74 | | 54 | |
| 12B046 | | 1680 | | 1227 | |
| 12B032 | | 109 | | 80 | |
| 12B259 | | 148 | | 108 | |
| 12B509 | | 356 | | 260 | |
| 12B262 | | 180 | | 132 | |
| 12A179 | | 57 | | 42 | |
| 12B510 | | 284 | | 208 | |
| | | | | 2662 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| Acct # | Name | Need | | V/c 2086 | Not |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X closed 1/4/07 | RUSSEL | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOLINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | $15 | | 55 | ✓ |
| 12R180 | NANCY M | $15 | | 55 | ✓ |
| 12A924 | JOEL LEVS | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | ~~58~~ 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARV ENG | 6 | | 3 | ✓ |
| 12A210 | MARV PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (S) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (S) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | FIXED (S) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (S) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (S) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (S) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (S) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (S) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (S) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (S) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (S) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (S) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (S) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (S) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 ⓐ | KAREN | — | ALREADY KOKO OVER w/ ⓐ | — | ✗ |
| 1L0214 ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER w/ ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 12R211 | 5.0 |
| JB IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R,R | 1R0126 | 5.0 |
| STEVE | 12R179 | 75.0 |
| NANCY | 12R180 | 86.0 |
| MAT PEN | 12B249 | ~~15.0~~ 200.0 ✓ |
| MAT | 12B032 | 2000.0 |
| GROJ | 12B046 | ~~500.0~~ 400.0 |
| LEVY | 12A924 | 58.0 |
| ABE KLEIN | 12R165 | 11.0 |
| SEY KLEIN | 12R172 | 11.0 |
| RHODA 645A | 12R097 | 3.0 |
| ED | 12B143 | 87.0 |
| Rich | 12R010 | 73.0 |
| SPERLING | 12B348 | 8.0 |
| M ENG | 12A041 | 5.0 |
| M PLAT | 12A210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| M.P.T.P | 1E0116 | 265.0 |
| (IRA) | 1E0159 | 42.0 |
| | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131