# Exhibit 3



Exhibit 3 – Example of Customer Statement from StorQM