# Exhibit 8

# Exhibit 8 - Excerpt from the Checkbook File

| Account | Acct_Type | Transaction | Amount_Value | Amount | Negative/Decimal | NegDec_Alpha | NegDec_Convert | Int_Text | Signed_Amount | Signed_Full_Amount | Desc | YY | MM | DD | User | Date | Hour | Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A0044 | 3 | CW | 2 | 18000.000 | 00 | | 0 | 1 | 18000 | 18000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEA | 120208 | 1315 | |
| 1A0044 | 3 | CW | 2 | 150000.000 | 00 | | 0 | 1 | 150000 | 150000.00 | CHECK WIRE | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1A0064 | 3 | CA | 2 | 17162.000 | 0J | | 0 | 0 | -17162 | -17162.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1A0126 | 3 | CW | 2 | 5000.00 | 00 | | 0 | 1 | 5000 | 5000.00 | CHECK | 8 | 12 | 4 | DOROTHY | 120408 | 1337 | |
| 1A0135 | 3 | CA | 2 | 900000.00 | 0J | | 0 | 0 | -900000 | -900000.00 | CHECK WIRE | 8 | 12 | 10 | DOROTHY | 121008 | 1618 | |
| 1A0136 | 3 | CW | 2 | 1048.00 | 04 | | 4 | 1 | 1048 | 1048.04 | CHECK | 3 | 12 | 3 | ALETHEA | 120308 | 1550 | |
| 1A0144 | 3 | CA | 2 | 2236298.00 | 0K | K | 2 | 0 | 2236298 | 2236298.02 | CHECK WIRE | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1A0144 | 3 | CA | 2 | 6412.00 | 5J | } | 50 | 0 | -6412 | -6412.50 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1A0149 | 3 | CW | 2 | 30000.00 | 00 | | 0 | 1 | 30000 | 30000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1B0011 | 3 | CA | 2 | 500000.00 | 0J | | 0 | 0 | -500000 | -500000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1B0020 | 3 | CW | 2 | 116000.00 | 00 | | 0 | 1 | 116000 | 116000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1B0036 | 3 | CW | 2 | 2000.00 | 00 | | 0 | 1 | 2000 | 2000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1B0051 | 3 | CW | 2 | 3500000.00 | 00 | | 0 | 1 | 3500000 | 3500000.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1B0061 | 3 | CA | 2 | 9500.00 | 0J | } | 0 | 0 | -9500 | -9500.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1B0081 | 3 | CA | 2 | 60000.00 | 0J | | 0 | 0 | -60000 | -60000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1B0081 | 3 | CA | 2 | 84000.00 | 0J | | 0 | 0 | -84000 | -84000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1B0081 | 3 | CA | 2 | 40000.00 | 0J | | 0 | 0 | -40000 | -40000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1B0081 | 3 | CA | 2 | 38000.00 | 0J | } | 0 | 0 | -38000 | -38000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1B0091 | 3 | CW | 2 | 49000.00 | 00 | | 0 | 1 | 49000 | 49000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1204 | |
| 1B0147 | 3 | CW | 2 | 2300.00 | 00 | | 0 | 1 | 2300 | 2300.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1B0149 | 3 | CW | 2 | 105000.00 | 00 | | 0 | 1 | 105000 | 105000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1B0179 | 3 | CW | 2 | 25000.00 | 00 | | 0 | 1 | 25000 | 25000.00 | CHECK | 8 | 12 | 9 | ALETHEA | 120908 | 1208 | |
| 1B0224 | 3 | CW | 2 | 120500.00 | 00 | | 0 | 1 | 120500 | 120500.00 | CHECK | 8 | 12 | 3 | ALETHEA | 120308 | 1550 | |
| 1B0225 | 3 | CW | 2 | 1200000.00 | 00 | | 0 | 1 | 1200000 | 1200000.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1B0256 | 3 | CW | 2 | 300000.00 | 00 | | 0 | 1 | 300000 | 300000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1B0258 | 3 | CW | 2 | 8000.00 | 00 | | 0 | 1 | 8000 | 8000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1204 | |
| 1B0294 | 3 | CW | 2 | 80000.00 | 00 | | 0 | 1 | 80000 | 80000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1CM025 | 3 | CA | 2 | 443936.00 | 2R | R | 29 | 0 | -443936 | -443936.29 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1CM044 | 2 | CW | 2 | 50000.000 | 00 | | 0 | 1 | 50000 | 50000.00 | TRANS TO 1CM05030 | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM044 | 3 | CW | 2 | 50000.000 | 00 | | 0 | 1 | 50000 | 50000.00 | TRANS TO 1CM04830 | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM044 | 3 | CW | 2 | 50000.00 | 0J | | 0 | 1 | 50000 | 50000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM048 | 3 | CW | 2 | 50000.00 | 0J | | 0 | 0 | -50000 | -50000.00 | TRANS FROM 1CM04430 | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM050 | 3 | CA | 2 | 50000.00 | 0J | | 0 | 0 | -50000 | -50000.00 | TRANS FROM 1CM04430 | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM070 | 3 | CW | 2 | 10000.00 | 00 | | 0 | 1 | 10000 | 10000.00 | CHECK WIRE | 8 | 12 | 9 | ALETHEA | 120908 | 1208 | |
| 1CM081 | 2 | CA | 2 | 1325661.00 | 00 | | 0 | 0 | 1325651 | 1325661.00 | CHECK WIRE | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1CM081 | 3 | CW | 2 | 262486.00 | 47 | | 47 | 1 | 262485 | 262486.47 | CHECK | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM081 | 3 | CW | 2 | 262486.00 | 48 | | 48 | 1 | 262485 | 262486.48 | CHECK | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1CM085 | 3 | CW | 2 | 30000.00 | 00 | | 0 | 1 | 30000 | 30000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1CM096 | 3 | CW | 2 | 25637.00 | 96 | | 96 | 1 | 25637 | 25637.96 | CHECK | 8 | 12 | 9 | ALETHEA | 120908 | 1208 | |
| 1CM162 | 3 | CW | 2 | 80000.00 | 00 | | 0 | 1 | 80000 | 80000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM173 | 3 | CA | 2 | 181696.00 | 2M | M | 24 | 0 | -181696 | -181696.24 | CHECK WIRE | 8 | 12 | 10 | DOROTHY | 121008 | 1618 | |
| 1CM174 | 3 | CA | 2 | 259490.00 | 0L | L | 3 | 0 | -259490 | -259490.03 | CHECK WIRE | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1CM174 | 3 | CW | 2 | 125000.00 | 00 | | 0 | 1 | 125000 | 125000.00 | CHECK | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1CM200 | 3 | CW | 2 | 75000.00 | 00 | | 0 | 1 | 75000 | 75000.00 | CHECK | 8 | 12 | 1 | ALETHEA | 120208 | 1204 | |
| 1CM201 | 3 | CW | 2 | 50000.00 | 00 | | 0 | 1 | 50000 | 50000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 120908 | 1735 | |
| 1CM206 | 3 | CW | 2 | 100000.00 | 00 | | 0 | 1 | 100000 | 100000.00 | CHECK | 8 | 12 | 2 | ALETHEA | 120208 | 1516 | |
| 1CM206 | 3 | CW | 2 | 50000.00 | 00 | | 0 | 1 | 50000 | 50000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 120908 | 1735 | |
| 1CM224 | 3 | CW | 2 | 5000.00 | 00 | | 0 | 1 | 5000 | 5000.00 | CHECK WIRE | 8 | 12 | 1 | ALETHEA | 120208 | 1315 | |
| 1CM226 | 3 | CA | 2 | 5667644.00 | 0J | | 0 | 0 | -5667644 | -5667644.00 | CHECK WIRE | 8 | 12 | 8 | ALETHEA | 120908 | 1454 | |
| 1CM227 | 3 | CW | 2 | 15000.00 | 00 | | 0 | 1 | 15000 | 15000.00 | CHECK | 8 | 12 | 5 | ALETHEA | 120508 | 1531 | |
| 1CM231 | 3 | CA | 2 | 300000.00 | 0J | | 0 | 0 | -300000 | -300000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 121008 | 1618 | |
| 1CM235 | 3 | CW | 2 | 50000.00 | 00 | | 0 | 1 | 50000 | 50000.00 | CHECK | 8 | 12 | 3 | ALETHEA | 120308 | 1550 | |
| 1CM255 | 3 | CW | 2 | 60000.00 | 00 | | 0 | 1 | 60000 | 60000.00 | CHECK | 8 | 12 | 3 | ALETHEA | 120508 | 1550 | |
| 1CM318 | 3 | CW | 2 | 106000.00 | 00 | | 0 | 1 | 106000 | 106000.00 | CHECK | 8 | 12 | 9 | ALETHEA | 120908 | 1208 | |
| 1CM326 | 3 | CA | 2 | 6010503.00 | 0J | } | 0 | 0 | -6010503 | -6010503.00 | CHECK WIRE | 8 | 12 | 10 | DOROTHY | 120908 | 1735 | |
| 1CM378 | 3 | CW | 2 | 905.00 | 00 | | 0 | 1 | 905 | 905.00 | CHECK | 8 | 12 | 8 | ALETHEA | 120808 | 1547 | |
| 1CM402 | 3 | CW | 2 | 175000.00 | 00 | | 0 | 1 | 175000 | 175000.00 | CHECK | 8 | 12 | 10 | DOROTHY | 120908 | 1735 | |
| 1CM429 | 3 | CW | 2 | 60000.00 | 00 | | 0 | 1 | 60000 | 60000.00 | CHECK | 8 | 12 | 3 | ALETHEA | 120308 | 1550 | |
| 1CM429 | 3 | CW | 2 | 60000.000 | 0J | } | 0 | 0 | -60000 | -60000.00 | RETURNED CHECK | 8 | 12 | 9 | ALETHEA | 120908 | 1208 | |