# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Goodman Account

|  | Goodman Account 1EM284 |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $710,000 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($1,796,000) |
| **Total** | **($1,086,000)** |