# Exhibit 4

**Exhibit 4 – Detailed Schedule for the Principal Balance Calculation for the Goodman Account**

**BLMIS ACCOUNT NO. 1EM284 - ANDREW M GOODMAN**

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 10/20/1993 | CHECK | 400,000 | 400,000 | - | - | - | 400,000 | - | MF00349570 | MF00349570 |
| 1/10/1994 | CHECK | (12,500) | - | (12,500) | - | - | 387,500 | - | MF00313699 | MF00313701 |
| 4/4/1994 | CHECK | (12,500) | - | (12,500) | - | - | 375,000 | - | MF00286759 | MF00286761 |
| 7/1/1994 | CHECK | (12,500) | - | (12,500) | - | - | 362,500 | - | MF00326106 | MF00326107 |
| 8/11/1994 | CHECK | 200,000 | 200,000 | - | - | - | 562,500 | - | MF00323077 | MF00323079 |
| 10/3/1994 | CHECK | (12,500) | - | (12,500) | - | - | 550,000 | - | MF00280669 | MF00280671 |
| 1/3/1995 | CHECK | (15,000) | - | (15,000) | - | - | 535,000 | - | MF00222702 | MF00222704 |
| 4/3/1995 | CHECK | (15,000) | - | (15,000) | - | - | 520,000 | - | MF00198650 | MF00198653 |
| 7/3/1995 | CHECK | (15,000) | - | (15,000) | - | - | 505,000 | - | MF00175128 | MF00175129 |
| 9/21/1995 | CHECK | 110,000 | 110,000 | - | - | - | 615,000 | - | MF00125950 | MF00125953 |
| 10/2/1995 | CHECK | (15,000) | - | (15,000) | - | - | 600,000 | - | MF00116137 | MF00116138 |
| 1/2/1996 | CHECK | (15,000) | - | (15,000) | - | - | 585,000 | - | MDPTPP02526764 | MDPTPP02526768 |
| 4/1/1996 | CHECK | (15,000) | - | (15,000) | - | - | 570,000 | - | MDPTPP02526785 | MDPTPP02526788 |
| 4/11/1996 | CHECK | (40,000) | - | (40,000) | - | - | 530,000 | - | MDPTPP02526785 | MDPTPP02526788 |
| 7/1/1996 | CHECK | (15,000) | - | (15,000) | - | - | 515,000 | - | MDPTPP02526805 | MDPTPP02526810 |
| 10/1/1996 | CHECK | (15,000) | - | (15,000) | - | - | 500,000 | - | MDPTPP02526824 | MDPTPP02526828 |
| 1/2/1997 | CHECK | (15,000) | - | (15,000) | - | - | 485,000 | - | MDPTPP02526841 | MDPTPP02526845 |
| 4/1/1997 | CHECK | (15,000) | - | (15,000) | - | - | 470,000 | - | MDPTPP02526859 | MDPTPP02526865 |
| 4/4/1997 | CHECK | (50,000) | - | (50,000) | - | - | 420,000 | - | MDPTPP02526859 | MDPTPP02526865 |
| 7/1/1997 | CHECK | (15,000) | - | (15,000) | - | - | 405,000 | - | MDPTPP02526879 | MDPTPP02526882 |
| 10/1/1997 | CHECK | (15,000) | - | (15,000) | - | - | 390,000 | - | MDPTPP02526895 | MDPTPP02526898 |
| 1/2/1998 | CHECK | (15,000) | - | (15,000) | - | - | 375,000 | - | MDPTPP02526912 | MDPTPP02526916 |
| 4/1/1998 | CHECK | (15,000) | - | (15,000) | - | - | 360,000 | - | MDPTPP02526930 | MDPTPP02526933 |
| 4/3/1998 | CHECK | (60,000) | - | (60,000) | - | - | 300,000 | - | MDPTPP02526930 | MDPTPP02526933 |
| 7/1/1998 | CHECK | (15,000) | - | (15,000) | - | - | 285,000 | - | MDPTPP02526949 | MDPTPP02526953 |
| 10/1/1998 | CHECK | (15,000) | - | (15,000) | - | - | 270,000 | - | MDPTPP02526969 | MDPTPP02526973 |
| 1/4/1999 | CHECK | (15,000) | - | (15,000) | - | - | 255,000 | - | MDPTPP02526986 | MDPTPP02526990 |
| 3/29/1999 | CHECK | (60,000) | - | (60,000) | - | - | 195,000 | - | MDPTPP02526997 | MDPTPP02527002 |
| 4/1/1999 | CHECK | (15,000) | - | (15,000) | - | - | 180,000 | - | MDPTPP02527004 | MDPTPP02527006 |
| 7/1/1999 | CHECK | (15,000) | - | (15,000) | - | - | 165,000 | - | MDPTPP02527021 | MDPTPP02527024 |
| 10/1/1999 | CHECK | (15,000) | - | (15,000) | - | - | 150,000 | - | MDPTPP02527037 | MDPTPP02527041 |
| 10/19/1999 | CHECK | (10,000) | - | (10,000) | - | - | 140,000 | - | MDPTPP02527037 | MDPTPP02527041 |
| 12/23/1999 | CHECK | (5,000) | - | (5,000) | - | - | 135,000 | - | MDPTPP02527050 | MDPTPP02527052 |
| 1/3/2000 | CHECK | (15,000) | - | (15,000) | - | - | 120,000 | - | MDPTPP02527054 | MDPTPP02527058 |
| 3/1/2000 | CHECK | (5,000) | - | (5,000) | - | - | 115,000 | - | MDPTPP02527065 | MDPTPP02527070 |
| 3/23/2000 | CHECK | (60,000) | - | (60,000) | - | - | 55,000 | - | MDPTPP02527065 | MDPTPP02527070 |
| 4/3/2000 | CHECK | (15,000) | - | (15,000) | - | - | 40,000 | - | MDPTPP02527072 | MDPTPP02527074 |
| 7/3/2000 | CHECK | (15,000) | - | (15,000) | - | - | 25,000 | - | MDPTPP02527087 | MDPTPP02527091 |
| 8/9/2000 | CHECK | (5,000) | - | (5,000) | - | - | 20,000 | - | MDPTPP02527093 | MDPTPP02527096 |
| 10/2/2000 | CHECK | (15,000) | - | (15,000) | - | - | 5,000 | - | MDPTPP02527105 | MDPTPP02527109 |
| 1/2/2001 | CHECK | (15,000) | - | (15,000) | - | - | (10,000) | - | MDPTPP02527125 | MDPTPP02527130 |
| 3/30/2001 | CHECK | (50,000) | - | (50,000) | - | - | (60,000) | - | MDPTPP02527137 | MDPTPP02527142 |
| 4/2/2001 | CHECK | (15,000) | - | (15,000) | - | - | (75,000) | - | MDPTPP02527144 | MDPTPP02527147 |
| 7/2/2001 | CHECK | (15,000) | - | (15,000) | - | - | (90,000) | - | MDPTPP02527159 | MDPTPP02527162 |
| 10/1/2001 | CHECK | (15,000) | - | (15,000) | - | - | (105,000) | - | MDPTPP02527176 | MDPTPP02527180 |

**Exhibit 4 – Detailed Schedule for the Principal Balance Calculation for the Goodman Account**

**BLMIS ACCOUNT NO. 1EM284 - ANDREW M GOODMAN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2-Year | BLMIS SOURCE DOCUMENT: | |
| | Transaction Description as Reported on | Amount as Reported on | | | | | | Amount Withdrawn | | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | in Excess of Principal | Beg Bates | End Bates |
| 1/2/2002 | CHECK | (15,000) | - | (15,000) | - | - | (120,000) | - | MDPTPP02527192 | MDPTPP02527197 |
| 3/27/2002 | CHECK | (50,000) | - | (50,000) | - | - | (170,000) | - | MDPTPP02527204 | MDPTPP02527209 |
| 4/1/2002 | CHECK | (15,000) | - | (15,000) | - | - | (185,000) | - | MDPTPP02527212 | MDPTPP02527217 |
| 6/5/2002 | CHECK | (10,000) | - | (10,000) | - | - | (195,000) | - | MDPTPP02527226 | MDPTPP02527230 |
| 7/1/2002 | CHECK | (15,000) | - | (15,000) | - | - | (210,000) | - | MDPTPP02527232 | MDPTPP02527238 |
| 9/3/2002 | CHECK | (10,000) | - | (10,000) | - | - | (220,000) | - | MDPTPP02527246 | MDPTPP02527248 |
| 10/1/2002 | CHECK | (15,000) | - | (15,000) | - | - | (235,000) | - | MDPTPP02527250 | MDPTPP02527255 |
| 11/12/2002 | CHECK | (15,000) | - | (15,000) | - | - | (250,000) | - | MDPTPP02527257 | MDPTPP02527260 |
| 12/13/2002 | CHECK | (25,000) | - | (25,000) | - | - | (275,000) | - | MDPTPP02527262 | MDPTPP02527265 |
| 1/2/2003 | CHECK | (15,000) | - | (15,000) | - | - | (290,000) | - | MDPTPP02527267 | MDPTPP02527272 |
| 3/26/2003 | CHECK | (36,000) | - | (36,000) | - | - | (326,000) | - | MDPTPP02527280 | MDPTPP02527286 |
| 4/1/2003 | CHECK | (15,000) | - | (15,000) | - | - | (341,000) | - | MDPTPP02527288 | MDPTPP02527290 |
| 7/1/2003 | CHECK | (15,000) | - | (15,000) | - | - | (356,000) | - | MDPTPP02527304 | MDPTPP02527309 |
| 8/22/2003 | CHECK | (25,000) | - | (25,000) | - | - | (381,000) | - | MDPTPP02527312 | MDPTPP02527316 |
| 9/2/2003 | CHECK | (25,000) | - | (25,000) | - | - | (406,000) | - | MDPTPP02527318 | MDPTPP02527324 |
| 10/15/2003 | CHECK | (20,000) | - | (20,000) | - | - | (426,000) | - | MDPTPP02527326 | MDPTPP02527331 |
| 11/25/2003 | CHECK | (10,000) | - | (10,000) | - | - | (436,000) | - | MDPTPP02527333 | MDPTPP02527336 |
| 1/2/2004 | CHECK | (20,000) | - | (20,000) | - | - | (456,000) | - | MDPTPP02527342 | MDPTPP02527347 |
| 2/18/2004 | CHECK | (5,000) | - | (5,000) | - | - | (461,000) | - | MDPTPP02527349 | MDPTPP02527353 |
| 3/10/2004 | CHECK | (5,000) | - | (5,000) | - | - | (466,000) | - | MDPTPP02527355 | MDPTPP02527357 |
| 4/1/2004 | CHECK | (20,000) | - | (20,000) | - | - | (486,000) | - | MDPTPP02527359 | MDPTPP02527365 |
| 4/6/2004 | CHECK | (20,000) | - | (20,000) | - | - | (506,000) | - | MDPTPP02527359 | MDPTPP02527365 |
| 4/16/2004 | CHECK | (20,000) | - | (20,000) | - | - | (526,000) | - | MDPTPP02527359 | MDPTPP02527365 |
| 4/26/2004 | RETURNED CHECK | 20,000 | - | 20,000 | - | - | (506,000) | - | MDPTPP02527359 | MDPTPP02527365 |
| 5/25/2004 | CHECK | (15,000) | - | (15,000) | - | - | (521,000) | - | MDPTPP02527368 | MDPTPP02527371 |
| 6/10/2004 | CHECK | (10,000) | - | (10,000) | - | - | (531,000) | - | MDPTPP02527373 | MDPTPP02527379 |
| 7/1/2004 | CHECK | (20,000) | - | (20,000) | - | - | (551,000) | - | MDPTPP02527381 | MDPTPP02527383 |
| 8/23/2004 | CHECK | (5,000) | - | (5,000) | - | - | (556,000) | - | MDPTPP02527385 | MDPTPP02527390 |
| 10/1/2004 | CHECK | (20,000) | - | (20,000) | - | - | (576,000) | - | MDPTPP02527398 | MDPTPP02527400 |
| 11/15/2004 | CHECK | (5,000) | - | (5,000) | - | - | (581,000) | - | MDPTPP02527402 | MDPTPP02527407 |
| 1/3/2005 | CHECK | (20,000) | - | (20,000) | - | - | (601,000) | - | MDPTPP02527415 | MDPTPP02527420 |
| 2/25/2005 | CHECK | (5,000) | - | (5,000) | - | - | (606,000) | - | MDPTPP02527422 | MDPTPP02527425 |
| 3/10/2005 | CHECK | (15,000) | - | (15,000) | - | - | (621,000) | - | MDPTPP02527427 | MDPTPP02527431 |
| 4/1/2005 | CHECK | (20,000) | - | (20,000) | - | - | (641,000) | - | MDPTPP02527433 | MDPTPP02527435 |
| 4/4/2005 | CHECK | (20,000) | - | (20,000) | - | - | (661,000) | - | MDPTPP02527433 | MDPTPP02527435 |
| 7/1/2005 | CHECK | (20,000) | - | (20,000) | - | - | (681,000) | - | MDPTPP02527449 | MDPTPP02527451 |
| 10/3/2005 | CHECK | (20,000) | - | (20,000) | - | - | (701,000) | - | MDPTPP02527464 | MDPTPP02527470 |
| 11/14/2005 | CHECK | (10,000) | - | (10,000) | - | - | (711,000) | - | MDPTPP02527472 | MDPTPP02527475 |
| 1/3/2006 | CHECK | (20,000) | - | (20,000) | - | - | (731,000) | - | MDPTPP02527484 | MDPTPP02527489 |
| 2/21/2006 | CHECK | (10,000) | - | (10,000) | - | - | (741,000) | - | MDPTPP02527491 | MDPTPP02527494 |
| 4/3/2006 | CHECK | (20,000) | - | (20,000) | - | - | (761,000) | - | MDPTPP02527503 | MDPTPP02527510 |
| 4/11/2006 | CHECK | (20,000) | - | (20,000) | - | - | (781,000) | - | MDPTPP02527503 | MDPTPP02527510 |
| 7/3/2006 | CHECK | (20,000) | - | (20,000) | - | - | (801,000) | - | MDPTPP02527524 | MDPTPP02527530 |
| 9/12/2006 | CHECK | (5,000) | - | (5,000) | - | - | (806,000) | - | MDPTPP02527538 | MDPTPP02527542 |
| 10/2/2006 | CHECK | (20,000) | - | (20,000) | - | - | (826,000) | - | MDPTPP02527544 | MDPTPP02527549 |

**Exhibit 4 – Detailed Schedule for the Principal Balance Calculation for the Goodman Account**

**BLMIS ACCOUNT NO. 1EM284 - ANDREW M GOODMAN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 11/10/2006 | CHECK | (5,000) | - | (5,000) | - | - | (831,000) | - | MDPTPP02527551 | MDPTPP02527555 |
| 12/13/2006[1] | CHECK | (5,000) | - | (5,000) | - | - | (836,000) | (5,000) | MDPTPP02527557 | MDPTPP02527562 |
| 1/2/2007 | CHECK | (20,000) | - | (20,000) | - | - | (856,000) | (20,000) | MDPTPP02527564 | MDPTPP02527566 |
| 3/26/2007 | CHECK | (20,000) | - | (20,000) | - | - | (876,000) | (20,000) | MDPTPP02527574 | MDPTPP02527578 |
| 4/2/2007 | CHECK | (20,000) | - | (20,000) | - | - | (896,000) | (20,000) | MDPTPP02527581 | MDPTPP02527586 |
| 7/2/2007 | CHECK | (20,000) | - | (20,000) | - | - | (916,000) | (20,000) | MDPTPP02527600 | MDPTPP02527602 |
| 8/9/2007 | CHECK | (20,000) | - | (20,000) | - | - | (936,000) | (20,000) | MDPTPP02527604 | MDPTPP02527605 |
| 9/20/2007 | CHECK | (10,000) | - | (10,000) | - | - | (946,000) | (10,000) | MDPTPP02527607 | MDPTPP02527612 |
| 10/1/2007 | CHECK | (20,000) | - | (20,000) | - | - | (966,000) | (20,000) | MDPTPP02527614 | MDPTPP02527615 |
| 12/3/2007 | CHECK | (10,000) | - | (10,000) | - | - | (976,000) | (10,000) | MDPTPP02527623 | MDPTPP02527627 |
| 12/24/2007 | CHECK | (10,000) | - | (10,000) | - | - | (986,000) | (10,000) | MDPTPP02527623 | MDPTPP02527627 |
| 1/2/2008 | CHECK | (20,000) | - | (20,000) | - | - | (1,006,000) | (20,000) | MDPTPP02527629 | MDPTPP02527631 |
| 1/25/2008 | CHECK | (15,000) | - | (15,000) | - | - | (1,021,000) | (15,000) | MDPTPP02527629 | MDPTPP02527631 |
| 4/1/2008 | CHECK | (20,000) | - | (20,000) | - | - | (1,041,000) | (20,000) | MDPTPP02527636 | MDPTPP02527641 |
| 6/16/2008 | CHECK | (5,000) | - | (5,000) | - | - | (1,046,000) | (5,000) | MDPTPP02527649 | MDPTPP02527651 |
| 7/1/2008 | CHECK | (10,000) | - | (10,000) | - | - | (1,056,000) | (10,000) | MDPTPP02527653 | MDPTPP02527654 |
| 9/12/2008 | CHECK | (5,000) | - | (5,000) | - | - | (1,061,000) | (5,000) | MDPTPP02527662 | MDPTPP02527667 |
| 9/22/2008 | CHECK | (5,000) | - | (5,000) | - | - | (1,066,000) | (5,000) | MDPTPP02527662 | MDPTPP02527667 |
| 10/1/2008 | CHECK | (10,000) | - | (10,000) | - | - | (1,076,000) | (10,000) | MDPTPP02527669 | MDPTPP02527671 |
| 10/31/2008 | CHECK | (10,000) | - | (10,000) | - | - | (1,086,000) | (10,000) | MDPTPP02527669 | MDPTPP02527671 |
| | Total: | $ 710,000 | $ (1,796,000) | $ - | $ - | $ (1,086,000) | $ (255,000) | | |

[1] The information on Customer Statements and BLMIS records regarding payments to account holders provides the "issue date" of the check or wire; however, the funds change hands on the "clearing date," which is subsequent to the date of issuance for check payments. Therefore, the Principal Balance Calculation uses the clearing date for checks that were issued before certain cut-off dates (90-day, one-year, two-year, and six-year) before December 11, 2008, but cleared during those time periods. Applying that methodology, for this cash withdrawal transaction in the amount of $5,000, I used the clearing date of the check (December 13, 2006), as opposed to the date when the check was issued (December 8, 2006), as reflected on the Customer Statement. (*See* JPMSAF0051716-JPMSAF0051717 and MADWAA00206654-MADWAA00206655.)