# ATTACHMENT C

08-01789-cgm    Doc 23622-15    Filed 10/02/23    Entered 10/02/23 18:33:33    Attach. C
Pg 2 of 6

Attachment C

# Matthew B. Greenblatt, CPA, CFE, CFF

Senior Managing Director

matt.greenblatt@fticonsulting.com

1166 Avenue of the Americas
New York, NY 10036
Tel: (212) 841-9375
Fax: (212) 841-9350

**Certifications**
Certified Public Accountant

Certified Fraud Examiner

Certified in Financial Forensics

**Professional Affiliations**
American Institute of Certified Public Accountants

New York State Society of Certified Public Accountants

Association of Certified Fraud Examiners

**Education**
B.S. in Accounting, Lehigh University

Matthew Greenblatt is a Senior Managing Director in the FTI Consulting Forensic and Litigation Consulting practice and is based in New York. Mr. Greenblatt has extensive experience in auditing and accounting matters; litigation consulting; forensic accounting and internal investigations; post-acquisition and shareholder disputes; anti-money laundering; and advising troubled companies.

Mr. Greenblatt has conducted multiple forensic investigations in connection with cases involving diversions of funds and fraudulent accounting activity by management and has been involved in several internal forensic investigations conducted on behalf of Audit Committees and/or Boards of Directors for both public and private companies.

Mr. Greenblatt has advised on cases involving partnership disputes; lost profits; breach of contract claims; and accountants' malpractice. Mr. Greenblatt has additional expertise with matters involving acquisitions and divestitures; antitrust; price fixing; arbitration and mediation; bankruptcy reorganization; claims management; contract disputes; damages; directors & officers related claims; due diligence; expert testimony; forensic investigations; fraud and fraudulent conveyance; intellectual property; patent infringement and trademark; liquidation; product liability; solvency and insolvency; trustee and examiner issues and valuation.

Mr. Greenblatt has spoken on multiple panels in the area of forensic accounting and investigations and was an adjunct professor, teaching the course *Prevention and Detection of Fraudulent Financial Reporting,* a required course within the Forensic Accounting Program of New York University's Finance, Law and Taxation Program of NYU's School of Continuing & Professional Studies. In addition, Mr. Greenblatt is a recurring panel member on the Practising Law Institute's annual program, *Basics of Accounting for Lawyers: What Every Practicing Lawyer Needs to Know*.

Prior to its acquisition by FTI Consulting, Mr. Greenblatt joined Kahn Consulting in June of 1998. Before that, Mr. Greenblatt was a Senior Auditor with Price Waterhouse's Audit and Business Advisory Services Group.

Mr. Greenblatt holds a B.S. in Accounting from Lehigh University. Mr. Greenblatt is a Certified Public Accountant and a Certified Fraud Examiner, and is Certified in Financial Forensics. Mr. Greenblatt is a member of the American Institute of Certified Public Accountants; the New York State Society of Certified Public Accountants; and the Association of Certified Fraud Examiners.

**Professional Experience**

- Continue to lead and manage a team of FTI Consulting professionals and forensic accountants in connection with the firm's retention by the court-appointed trustee under SIPA in the liquidation of Bernard L. Madoff Investment Securities. The work includes the reconstruction of 30+ years of books and records and the calculation of over 8,000 accounts principal balances to assist counsel to determine claims and recover funds via clawback and fraudulent conveyance actions, including the issuance of over 150 expert reports and expert testimony in Court and in deposition on multiple occasions.

- Provided expert testimony in the matter of *Securities and Exchange Commission v. Francisco Illarramendi, and Michael Kenwood Capital Management*, in United States District Court, District of Connecticut, summarizing the work performed by the team of professionals that was responsible for unwinding and liquidating multiple hedge funds which perpetrated a Ponzi scheme of nearly $1 billion.



08-01789-cgm    Doc 23622-15    Filed 10/02/23    Entered 10/02/23 18:33:33    Attach. C
Pg 3 of 6

Attachment C

Matthew B. Greenblatt

- Engaged as forensic accounting expert witness by counsel to a mortgage company seeking certain insurance coverage for losses arising out of the fraud perpetrated by senior officers and/or employees of a mortgage company. The work consisted primarily of (i) the detailed review of the work product prepared by two predecessor forensic accounting firms; (ii) the quantification of the total theft losses suffered by the Plaintiff; and (iii) the preparation of an expert report and summary exhibits for use at trial.

- Retained by the NFL Players Association to serve as the NFLPA Auditor on behalf of the NFLPA to assist with its rights to conduct audits of the League and its Clubs to ensure compliance with the Collective Bargaining Agreement.

- Retained by world-renowned recording artist to conduct a forensic accounting investigation related to the tour revenue from international and domestic tours.

- Retained by counsel to the majority investors of a real estate company to conduct a forensic accounting investigation of the books and records of the real estate management company and ascertain whether any misappropriation of assets took place. The work included the issuance of an expert report and deposition testimony.

- Engaged by the Civil Division of the U.S. Department of Justice to serve as an accounting expert in a breach of contract suit with a real estate developer. The work included the issuance of an expert report and deposition testimony.

- Retained by counsel to a minority investor in a cannabis company as an accounting expert to address issues related to unauthorized related party transactions and other misappropriation of assets. The work included the issuance of expert report, as well as testimony in both deposition and at the arbitration hearing.

- Retained as a forensic accounting expert and issued an expert report and provided expert deposition testimony related to issues related to the quantification of total remediation expenditures and the remaining indemnification obligation.

- Conducted a forensic review of the business operations of one shareholder on behalf of another shareholder, and FTI Consulting's client, to ascertain if our client's allegations and suspicions regarding improper management were valid. The work primarily consisted of conducting interviews of current and former employees and executives; performing a detailed forensic review of the internal books and records; and providing assistance to counsel in the conducting of depositions.

- Served on team as Responsible Officer of a wholesaler of watches in Chapter 11 and conducted the fraud and forensic investigation of management in which it was found that the revenues of the Company had been overstated by approximately 600%. The forensic services included: extensive reviews of the internal books and records; assisting counsel with the conducting of various interviews and depositions; quantification and identification of fraudulent conveyance actions; presenting the results of the investigation to the Bankruptcy Court, US Trustee's office; US Attorney's Office; and FBI, as well as providing testimony at two depositions in related litigations.

- Conducted the forensic accounting investigation of a multinational temporary staffing company on behalf of counsel to the Audit and Finance Committee. The forensic accounting services consisted primarily of: participating in the interviews of current and former employees and executives; performing extensive forensic reviews of the internal books and records; providing assistance to counsel in identifying, understanding and interpreting certain complex accounting



08-01789-cgm    Doc 23622-15    Filed 10/02/23    Entered 10/02/23 18:33:33    Attach. C
Pg 4 of 6

Attachment C

Matthew B. Greenblatt

issues; traveling to international branches and divisions to further the investigation overseas; and presenting FTI Consulting's findings to the Audit Committee, outside auditors and the SEC and other regulatory authorities.

- Conducted an internal forensic accounting investigation on behalf of the Audit Committee of a public pharmaceutical manufacturer. The investigation included a detailed and thorough review of the accounting treatment of specific transactions and presentations of the overall conclusions to the Audit Committee, Board of Directors, Enforcement Division of the Securities and Exchange Commission, and the Company's independent accountants.

- Assisted counsel to the Financial Institutions Committee in connection with the accounting investigation undertaken by the Audit Committee focusing on alleged improper accounting treatments utilized and potential misuse of corporate funds and resources by Management. The work included: participating in the interviews of current and former employees and executives; providing assistance to counsel for Rule 2004 depositions of executives and directors; and reviewing the Debtors' forensic accountants' workpapers to investigate the accounting and revenue recognition issues related to vendor allowances and other items.

- Conducted a forensic investigation for special counsel to the Audit Committee of a multinational retail company to assist with an internal investigation into the facts and circumstances of a potential restatement of its prior financial results due to misstatements in one of its operating divisions, alleged to be in excess of $45 million over a three year period. The services included participating in interviews of current/former employees and executives; performing a detailed forensic review of the books and records and annual and quarterly financial statements from 1999 through 2001; providing assistance to special counsel in identifying; understanding and interpreting certain complex accounting issues, including transfer pricing; and presenting FTI Consulting's findings to the Audit Committee and the SEC.

- Issued expert report on behalf of Defendants to analyze whether the Defendants had satisfied all obligations to former shareholders under particular agreements relating to an acquisition.

- Served on the team selected by the U.S. Attorney offices in the Eastern and Southern Districts of New York and Western Pennsylvania to support the monitoring of the non-prosecution agreements of both The Bank of New York and Mellon Financial Corporation, to monitor and report on the state of the banks' suspicious activity reporting practices and AML procedures.

- Assisted with expert report in litigation involving the results of the forensic investigation performed to analyze company records and historical invoices to quantify an alleged overbilling scheme.

- Served as member of team of neutral arbitrators to provide a binding conclusion regarding the appropriateness of a post-acquisition purchase price dispute.

- Assisted troubled companies by formulating strategic business plans; developing financial models to prepare forecasts and long-term business plans; planning for liquidation; assisting management with headcount and cost reduction plans; and negotiating restructuring plans.



08-01789-cgm    Doc 23622-15    Filed 10/02/23    Entered 10/02/23 18:33:33    Attach. C
Pg 5 of 6

Attachment C

Matthew B. Greenblatt

**Testimony Experience**

- *Securities and Exchange Commission v. Francisco Illarramendi, and Michael Kenwood Capital Management*, Expert Testimony at Evidentiary Hearing, United States District Court, District of Connecticut (2011)

- *Derfner Management, Inc. v. Lenhill Realty Corp., Blair Hall, Inc., Edwin Realty Corp., Lisa Nelson, Kenneth Seplow and Ellen Zedeck*, Expert Deposition Testimony, Supreme Court of the State of New York, County of New York (2011)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. J. Ezra Merkin, et al.*, Expert Deposition Testimony, United States Bankruptcy Court, Southern District of New York (2015)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Andrew H. Cohen*, Expert Trial Testimony, United States Bankruptcy Court, Southern District of New York (2015)

- *United States of America v. Barron Collier Company*, Expert Deposition Testimony, United States District Court, District of Arizona (2016)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Edmond A. Gorek and Marguerite M. Gorek*, Expert Deposition Testimony, United States Bankruptcy Court, Southern District of New York (2017)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Edmond A. Gorek*, Expert Deposition Testimony, United States Bankruptcy Court, Southern District of New York (2017)

- *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Expert Testimony at Evidentiary Hearing on Profit Withdrawal Transactions, United States Bankruptcy Court, Southern District of New York (2018)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Edward A. Zraick, Jr., individually and as joint tenant, et al.*, Expert Deposition Testimony, United States Bankruptcy Court, Southern District of New York (2019)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Carol Nelson, Individually and Carol Nelson and Stanley Nelson,* Expert Trial Testimony, United States Bankruptcy Court, Southern District of New York (2019)

- *Jayson Weisz, SRC Medical Partners, LLC and JRF Group, LLC v. PalliaTech Florida LLC, PalliaTech Florida, Inc., and Joseph F. Lusardi,* Expert Deposition Testimony, American Arbitration Association (2020)

- *Jayson Weisz, SRC Medical Partners, LLC and JRF Group, LLC v. PalliaTech Florida LLC, PalliaTech Florida, Inc., and Joseph F. Lusardi,* Expert Arbitration Hearing Testimony, American Arbitration Association (2020)

- *Attorney General of the State of Delaware v. Dupont Trust et al.,* Expert Deposition Testimony, In the Circuit Court, Fourth Judicial Circuit, In and For Duval County, Florida (2021)

- *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sage Associates, et al. and Sage Realty, et al.,* Expert Trial Testimony, United States District Court, Southern District of New York (2022)

- *Ametek, Inc. and HCC Industries, Inc., v. Andrew Goldfarb, et al,* Expert Deposition Testimony, Supreme Court of the State of New York, County of New York (2023)



08-01789-cgm   Doc 23622-15   Filed 10/02/23   Entered 10/02/23 18:33:33   Attach. C
Pg 6 of 6

Attachment C

Matthew B. Greenblatt

**Adjunct Professor, NYU**

- Adjunct professor with New York University's School of Continuing & Professional Studies teaching the course *Prevention and Detection of Fraudulent Financial Reporting*, a required course within the Forensic Accounting Program of NYU's Finance, Law and Taxation Program (2007 − 2013).

**Presentations, Publications and Speaking Engagements**

- Fox Rothschild's 2023 White-Collar Symposium, Session 2: Increasing Importance of Forensic Accountants in White Collar Cases, September 27, 2023.
- Co-presenter: Basics of Accounting for Lawyers 2020, "Current Topics in Professional Ethics for Accountants and Attorneys" (Practising Law Institute, 2020).
- Co-presenter: Basics of Accounting for Lawyers 2020, "SEC and DOJ Investigations of Accounting Fraud, Ponzi Fraud and Related Financial Misconduct" (Practising Law Institute, 2020).
- Co-presenter: Basics of Accounting for Lawyers*: What Every Practicing Lawyer Needs to Know* (Practising Law Institute, 2009 − 2019).
- Co-presenter: Bridge-the-Gap I: Ethics and Skills for Newly Admitted New York Attorneys, "Accounting Basics and Financial Statements for Lawyers" (Practising Law Institute, 2016 − 2019).
- Co-presenter: Bridge-the-Gap II for Newly Admitted New York Transactional Attorneys, "Financial Statements, Footnotes and the SEC, What You Don't Know Can Hurt You!" (Practising Law Institute, 2013 − 2015).
- "Technology's Role on Large Internal Accounting Investigations", presented at the New Jersey Society of CPAs annual Damages Conference, October 25, 2007.
- "Inside an Internal Accounting Investigation", (co-authored) published in *The New York Law Journal*, Investigations & Computer Forensics special section, May 29, 2007.

**Employment History**

- Prior to its acquisition by FTI Consulting, Mr. Greenblatt joined Kahn Consulting in June 1998.
- Mr. Greenblatt was a Senior Auditor in the Entertainment, Media and Communications division of Price Waterhouse's Audit and Business Advisory Services Group from 1994 through May, 1998. At Price Waterhouse, Mr. Greenblatt planned and supervised audits for multinational and middle-market clients in industries including book, magazine and newspaper publishing; manufacturing; high-tech; financial services; and non-profit organizations.

**Education and Certifications**

- B.S. in accounting from Lehigh University
- Certified Public Accountant, New York & Pennsylvania
- Certified Fraud Examiner
- Certified in Financial Forensics

**Memberships**

- American Institute of Certified Public Accountants
- New York State Society of Certified Public Accountants
- Association of Certified Fraud Examiners

