BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2300

*Attorneys for Defendant ZCM Asset Holding Company (Bermuda) Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01512 (CGM) |
| Plaintiff, | |
| v. | |
| ZCM ASSET HOLDING COMPANY (BERMUDA) LIMITED, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023, I caused ZCM Asset Holding Company (Bermuda) Limited's Reply Memorandum of Law in Further Support of its Motion to Dismiss the Complaint as Amended by Stipulation, along with notice of this filing, to be served on all counsel of record

1

in the above-captioned adversary proceeding by filing them via the Court's Electronic Case Filing system.

Dated: October 2, 2023
      New York, New York

**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Steven I. Froot*
Alan B. Vickery
Steven I. Froot
Andrew Villacastin
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Email: avickery@bsfllp.com
Email: sfroot@bsfllp.com
Email: avillacastin@bsfllp.com

Jenna C. Smith
30 South Pearl Street
11th floor
Albany, NY 12207
Telephone: (518) 694-4257
Email: jsmith@bsfllp.com

*Attorneys for ZCM Asset Holding Company (Bermuda) Limited*