**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG),<br><br>　　　　　　　Defendant. | Adv. Pro. No. 11-02923 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the Notice of Voluntary Dismissal of Adversary Proceeding was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: October 3, 2023
      New York, New York

           By: */s/ Amy E. Vanderwal*
           BAKER & HOSTETLER LLP
           45 Rockefeller Plaza
           New York, New York 10111
           Telephone: 212.589.4200
           Facsimile: 212.589.4201
           David J. Sheehan
           Email: dsheehan@bakerlaw.com
           Amy E. Vanderwal
           Email: avandewal@bakerlaw.com

           *Attorneys for Irving H. Picard, Trustee*
           *for the Substantively Consolidated SIPA*
           *Liquidation of Bernard L. Madoff Investment*
           *Securities LLC and the Chapter 7 Estate of*
           *Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Andrew M. Troop
Eric Fishman
Rahman Connelly
PILLSBURY WINTHROP SHAW PITTMAN LLP
Email: andrew.troop@pillsburylaw.com
Email: eric.fishman@pillsburylaw.com
Email: rahman.connelly@pillsburylaw.com
Attorney For: FALCON PRIVATE BANK LTD. (f/k/a AIG Privat Bank AG)