**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>    Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH (BERMUDA) LIMITED, FAIRFIELD GREENWICH ADVISORS, LLC, FAIRFIELD GREENWICH LIMITED, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER M. NOEL, JR., JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, and CORINA NOEL PIEDRAHITA,<br><br>    Defendants. | Adv. Pro. No. 10-03800 (JPM) |
| FAIRFIELD GREENWICH (BERMUDA), LIMITED,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),<br><br>    Third-Party Defendant. | |

## NOTICE OF CONFERENCE

**PLEASE TAKE NOTICE** that on October 5, 2023, Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, submitted a request to the Honorable John P. Mastando III for an informal conference regarding the extension of discovery deadlines. ECF No. 193.

**PLEASE TAKE FURTHER NOTICE** that the conference is scheduled to be conducted remotely on **October 20, 2023, at 10:00 a.m. (ET)** via Zoom for Government, in accordance with General Order M-543 dated March 20, 2020. Those wishing to participate in the conference must make an electronic appearance through the "eCourtAppearances" tab on the Court's website no later than 4:00 p.m. (ET) the business day before the conference (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the conference to those parties who have made an electronic appearance. Parties wishing to appear at the conference must submit an electronic appearance through the Court's website (https://www.nysb.uscourts.gov/ecourt-appearances) by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: October 12, 2023  
       New York, New York

By: */s/ David J. Sheehan*  
**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: 212.589.4200  
Facsimile: 212.589.4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Erika K. Thomas  
Email: ekthomas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA*

*Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

3