UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br> v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>      Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT ON CERTAIN ISSUES
SCHEDULED FOR HEARING ON OCTOBER 18, 2023 AT 10:00 A.M.**

  Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants Natixis S.A. ("Natixis") and Tensyr Ltd. ("Tensyr," and together with the Trustee and Natixis, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on April 17, 2023, Natixis filed a motion to dismiss the Trustee's Amended Complaint (the "Natixis Motion") [ECF No. 198], accompanying memorandum of law (the "Natixis Mem.") [ECF No. 199], and the Declaration of Joseph Cioffi [ECF No. 200]; on June 16, 2023, the Trustee filed an opposition to the Natixis Motion [ECF No. 209] and the Declaration of Peter Fischer [ECF No. 210]; and on July 31, 2023, Natixis filed a reply in further support of the Natixis Motion [ECF No. 214] (collectively, the "Natixis Briefing");

**WHEREAS**, on April 17, 2023, Tensyr filed a motion to dismiss the Trustee's Amended Complaint (the "Tensyr Motion") [ECF No. 203], with a memorandum of law (the "Tensyr Mem.") [ECF No. 204], and the Declarations of Ellen Chislett [ECF No. 205] and Christian J. Vandergeest [ECF No. 206]; on June 16, 2023, the Trustee filed an opposition to the Tensyr Motion [ECF No. 211]; and on July 31, 2023, Tensyr filed a reply in further support of the Tensyr Motion [ECF No. 216] (collectively, the "Tensyr Briefing");

**WHEREAS**, the Court scheduled a hearing to consider the Natixis Motion and the Tensyr Motion on October 18, 2023, at 10:00 am;

**WHEREAS**, the Trustee and Natixis have conferred and agree to rest on their papers for all issues in the Natixis Motion except for issues related to the release in the Alpha Prime Settlement Agreement (the "Alpha Prime Settlement"), Natixis Mem. at 9–16, and waive oral argument as to the other arguments addressed in the Natixis Briefing; and

**WHEREAS**, the Trustee and Tensyr have conferred and agree to rest on their papers for all issues in the Tensyr Motion except for issues related to personal jurisdiction, Tensyr Mem. at 8–19, and waive oral argument as to the other arguments addressed in the Tensyr Briefing.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Parties will present argument solely on issues related to the release in the Alpha Prime Settlement[1] and whether this Court has personal jurisdiction over Tensyr at the October 18, 2023 hearing.

2. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: October 11, 2023
New York, New York

By: */s/ Joanna F. Wasick*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com
Carlos Ramos-Mrosovsky
Email: cramosmrosovsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Joseph Cioffi*

**DAVIS+GILBERT LLP**
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Joseph Cioffi
Email: jcioffi@dglaw.com
H. Seiji Newman
Email: hsnewman@dglaw.com
Bruce M. Ginsberg
Email: bginsberg@dglaw.com
Adam M. Levy
alevy@dglaw.com
Christine DeVito
cdevito@dglaw.com

*Attorneys for Defendant Natixis S.A.*

---

[1] Natixis's affiliates, Natixis Financial Products LLC and Bloom Asset Holdings Fund, raised a substantively identical defense based on the release in the Alpha Prime Settlement in their pending motion to dismiss, which the Trustee opposed. *See* Mot. to Dismiss & Opp'n, No. 23-01017 (Bankr. S.D.N.Y.), ECF Nos. 17, 22. Accordingly, the Parties' argument on the release defense at the October 18, 2023 hearing will apply both to this action and to the action against Natixis Financial Products LLC and Bloom Asset Holdings Fund (No. 23-01017).

By: */s/ David Y. Livshiz*

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
David Y. Livshiz
Email: David.livshiz@freshfields.com

*Attorneys for Defendant Tensyr Limited*



**Dated: October 13, 2023
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**