**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 20-01316 (CGM) |
| Plaintiff, | |
| v. | |
| RAFAEL MAYER, DAVID MAYER, MONTPELLIER INTERNATIONAL LTD., PRINCE ASSETS LTD. (f/k/a PRINCE ASSETS LDC), KHRONOS GROUP LTD. (f/k/a MONTPELLIER RESOURCES LTD.), PRINCE RESOURCES LDC, MONTPELLIER USA HOLDINGS LLC, PRINCE CAPITAL PARTNERS LLC, and KHRONOS LIQUID OPPORTUNITIES FUND LTD. | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned

action on behalf of Defendants Prince Capital Partners LLC and Prince Resources LDC.  The

undersigned certifies that she is admitted to practice in this Court and requests that notice of

electronic filing of all papers in the above-captioned action be transmitted to her at the address

below.

Date:    October 12, 2023
         New York, New York

                                          Respectfully submitted,

                                          **COHEN & GRESSER LLP**

                                          */s/ Christine M. Jordan*
                                          Christine M. Jordan
                                          800 Third Avenue
                                          New York, NY 10022
                                          Phone: (212) 957-7600
                                          Facsimile: (212) 957-4514
                                          cjordan@cohengresser.com

                                          *Attorneys for Defendants Prince Capital*
                                          *Partners LLC and Prince Resources LDC*