**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 20-01316 (CGM) |
| Plaintiff, | |
| v. | |
| RAFAEL MAYER, DAVID MAYER, MONTPELLIER INTERNATIONAL LTD., PRINCE ASSETS LTD. (F/K/A PRINCE ASSETS LDC), KHRONOS GROUP LTD. (F/K/A MONTPELLIER RESOURCES LTD.), PRINCE RESOURCES LDC, MONTPELLIER USA HOLDINGS LLC, PRINCE CAPITAL PARTNERS LLC, AND KHRONOS LIQUID OPPORTUNITIES FUND LTD., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, the letter to the Honorable Cecelia G. Morris in

Response to the October 12, 2023 Letter in Response to Trustee's Request for Conference

Regarding Extension of Discovery Deadlines was filed electronically. Notice of this filing has

been sent through the Court's Electronic Case Filing System and via electronic transmission to

the email addresses designated for delivery and/or by placing true and correct copies thereof in

sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to

those parties as set forth on the attached Schedule A.


Dated: October 16, 2023
     New York, New York

*/s/ David J. Sheehan*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

## SCHEDULE A

---

**Defendant Counsel**

---

Carlos J. Canino
Eugene E. Stearns
Matthew M. Graham
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Email: ccanino@stearnsweaver.com
Email: estearns@stearnsweaver.com
Email: mgraham@stearnsweaver.com
Attorney For: David Mayer

Christine M. Jordan
Daniel H. Tabak
Shannon A. Daugherty
Cohen & Gresser LLP
Email: cjordan@cohengresser.com
Email: dtabak@cohengresser.com
Email: sdaugherty@cohengresser.com
Attorney For: Prince Assets LTD. (f/k/a Prince Assets LDC) - Cayman Islands, Prince Capital Partners LLC,
Prince Resources LDC - Cayman Islands

Daniel S. Alter
Abrams Fensterman, LLP
Email: dalter@abramslaw.com
Attorney For: Khronos Liquid Opportunities Fund LTD - Cayman Islands

Eric B. Fisher
Lindsay A. Bush
Sarah Dowd
Binder & Schwartz LLP
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com
Email: sdowd@binderschwartz.com
Attorney For: Rafael Mayer