UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Case No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**AFFIRMATION OF SERVICE** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>MALCOLM SAGE and LYNNE FLORIO,<br><br>Defendants. | Adv. Pro No. 23-01099 (CGM) |

    I Clyde W. Hollins, do hereby affirm, under penalty of perjury, that I am employed by the law firm of Olshan Frome Wolosky LLP, Counsel for Defendants, in the above-captioned case, and that on October 13, 2023, I caused to be served a true and correct copy of defendants' ***Letter Request to Convert Opinion to Proposed Findings of Fact and Conclusions of Law* [Dkt. #23627]** by forwarding via email, the automatically generated ECF email, and enclosing a file stamped PDF of the filing, upon the Counsel for Plaintiff, David J. Sheehan, and his colleagues at the email addresses listed herein:

12208865-1

| | |
|---|---|
| David J. Sheehan<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>212 589 4200<br>Fax : 212 589 4201<br>Email: dsheehan@bakerlaw.com | dsheehan@bakerlaw.com;<br> jrollinson@bakerlaw.com<br>sbrown@bakerlaw.com<br>avanderwal@bakerlaw.com<br>ncremona@bakerlaw.com<br>lhoang@bakerlaw.com<br>tturner@bakerlaw.com<br>lhoang@bakerlaw.com<br>sbrown@bakerlaw.com |

Dated:  September 20, 2023
       New York, New York

*[signature]*

98-20 62nd Drive

Rego Park, NY 11374

2

12208865-1