**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>    v.<br><br>UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A., RELIANCE INTERNATIONAL RESEARCH LLC, LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS, as represented by their Liquidators MAÎTRE ALAIN RUKAVINA and PAUL LAPLUME, MAÎTRE ALAIN; RUKAVINA and PAUL LAPLUME, in their capacities as liquidators and representatives of LUXEMBOURG INVESTMENT FUND AND LUXEMBOURG INVESTMENT FUND U.S. EQUITY PLUS,<br><br>                    Defendants. | Adv. Pro. No. 10-05311 (CGM) |

**ORDER DENYING M&B CAPITAL ADVISERS SOCIEDAD DE VALORES, S.A.'S
<u>MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>**

Defendant M&B Capital Advisers Sociedad De Valores, S.A. ("M&B"), filed a motion to dismiss the Second Amended Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) as made applicable by Bankruptcy Rule 7012 (ECF No. 292) (the "Motion") on May 5, 2023.  The Parties waived oral argument on the Motion.  (ECF No. 312).  The Court has considered the Motion, the papers filed in support of and in opposition to the Motion, and the Second Amended Complaint.  The Court issued a memorandum decision, dated October 10, 2023, which is incorporated herein and made a part hereof, denying the Motion (the "Decision") (ECF No. 319).  Based on the record in this adversary proceeding, **IT IS HEREBY ORDERED** that:

1. The Motion is denied.

2. The deadline for M&B to file an answer to the Second Amended Complaint (ECF No. 284) is December 22, 2023.

3. The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: October 23, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**