**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | No. 08-01789 (CGM)<br><br>SIPA Litigation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NAIDOT & CO. and BESSEMER TRUST COMPANY,<br><br>  Defendants. | Adv. Pro. No. 11-02733 (CGM) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brittany M. Wilson, request admission, ***pro hac vice***, before the Honorable Cecelia G. Morris, to represent Naidot & Co. and Bessemer Trust Company, defendants in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the Commonwealth of Pennsylvania and the State of New Jersey, the bar of the U.S. District Courts for the District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, District of Colorado, and Eastern District of Missouri, and the bar of the U.S. Court of Appeal for the Third Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 23, 2023
New York, New York

*/s/ Brittany M. Wilson*
*Mailing Address*:

1735 Market Street, 51st Floor

Philadelphia, PA 19103

*E-mail address*: wilsonbm@ballardspahr.com

*Telephone number*: (215) 864-8218