UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, *et al.*,<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 10-13164 (JPM)<br><br>Jointly Administered |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, as assignee of Fairfield Sentry Limited,<br><br>    Plaintiff,<br>  v.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH (BERMUDA) LIMITED, FAIRFIELD GREENWICH ADVISORS, LLC, FAIRFIELD GREENWICH LIMITED, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER M. NOEL, JR., JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, and CORINA NOEL PIEDRAHITA,<br><br>    Defendants. | Adv. Pro. No. 10-03800 (JPM) |
| FAIRFIELD GREENWICH (BERMUDA), LIMITED,<br><br>    Third-Party Plaintiff,<br>  v.<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),<br><br>    Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, the Notice of Status Conference was served electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and

1

correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: October 23, 2023
New York, New York

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Erika K. Thomas
Email: ekthomas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

## SCHEDULE A

**Defendant Counsel**

Andrew J. Levander
Neil A. Steiner
Dechert LLP
Email: andrew.levander@dechert.com
Email: neil.steiner@dechert.com
Attorney For: Andres Piedrahita

Andrew W. Hammond
Glenn M. Kurtz
White & Case LLP
Email: ahammond@whitecase.com
Email: gkurtz@whitecase.com
Attorney For: Walter M. Noel, Jr.

Kelsey Vickery
Peter E. Kazanoff
Sara Ricciardi
Jared Meyer
George Wang
Simpson Thacher & Barlett LLP
Email: kelsey.vickery@stblaw.com
Email: pkazanoff@stblaw.com
Email: SRicciardi@stblaw.com
Email: jared.meyer@stblaw.com
Email: gwang@stblaw.com
Attorney For: Amit Vijayvergiya, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C., Fairfield Greenwich Limited, Fairfield International Managers, Inc., Philip Toub

Daniel J. Fetterman
Marc E. Kasowitz
Kasowitz Benson Torres LLP
Email: dfetterman@kasowitz.com
Email: mkasowitz@kasowitz.com
Attorney For: Jeffrey Tucker

**Notices of Appearance**

David J. Molton
Marek P. Krzyzowski
Cameron Moxley
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com
Email: cmoxley@brownrudnick.com

3