**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | No. 08-01789 (CGM)<br><br>SIPA Litigation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>NAIDOT & CO. and BESSEMER TRUST COMPANY,<br><br>                    Defendants. | Adv. Pro. No. 11-02733 (CGM) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Brittany M. Wilson, to be admitted, ***pro hac vice***, to represent Naidot & Co. and Bessemer Trust Company, (the "Clients") defendants in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in the Commonwealth of Pennsylvania

and the State of New Jersey, the bar of the U.S. District Courts for the District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, District of Colorado, and Eastern District of Missouri, and the bar of the U.S. Court of Appeal for the Third Circuit., it is hereby

**ORDERED**, that Brittany M. Wilson, Esq., is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.



**Dated: October 24, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**