Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
*mfeldberg@reichmanjorgensen.com*
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel.: (212) 381-1965

*Attorney for Defendant NatWest Markets N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>           Plaintiff,<br><br>v.<br><br>ABN AMRO BANK, N.V. (presently known as NATWEST MARKETS N.V.),<br><br>           Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(c)(1)**

1

Pursuant to Federal Rule of Civil Procedure 41(c)(1), defendant NatWest Markets N.V. (formerly known as ABN AMRO N.V.)[1] hereby gives notice that its counterclaims are voluntarily dismissed. Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Estate of Bernard L. Madoff ("Madoff") has not filed a responsive pleading. On October 4, 2023, the Court granted in part and denied in part NatWest's motion for leave to amend its affirmative defenses. *See* Dkt. 294. In light of that ruling, NatWest's counterclaims, which mirror the affirmative defenses, are no longer necessary. Accordingly, Defendant notices voluntary dismissal of its counterclaims, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 26, 2023

Respectfully submitted,

*/s/ Michael S. Feldberg*

Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
mfeldberg@reichmanjorgensen.com
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel.: (212) 381-1965

*Attorneys for Defendant NatWest Markets N.V.*

---

[1] After the events at issue in this litigation, ABN AMRO Bank N.V., a financial institution organized under laws of the Netherlands, was renamed The Royal Bank of Scotland N.V. and was later renamed again as NatWest Markets N.V. To avoid confusion with defendants in other Madoff adversary proceedings with similar names, "Defendant" or "NatWest" has been used throughout.