Michael S. Feldberg
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
*mfeldberg@reichmanjorgensen.com*
400 Madison Avenue
Suite 14D
New York, NY 10017
Tel.: (212) 381-4970

*Attorney for Defendant NatWest Markets N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as NATWEST MARKETS N.V.)<br><br>                    Defendant. | Adv. Pro. No. 10-05354 (CGM)<br>Adv. Pro. No. 11-02760 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, a copy of NatWest's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(c)(1) was served by filing it with the Court's Electronic Filing System. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email as set forth on the attached Schedule A.

Dated: October 26, 2023

Respectfully submitted,

*/s/ Michael S. Feldberg*

Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, New York 10017
Tel: (212) 381-4970
mfeldberg@reichmanjorgensen.com

*Attorneys for Defendant NatWest N.V.*

**SCHEDULE A**

<u>Attorneys for</u>:
Irving H. Picard, as Trustee for the
Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff

David J. Sheehan
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Email: dsheehan@bakerlaw.com