EXHIBIT B
SUMMARY OF FORTY-THIRD INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2023 THROUGH JULY 31, 2023

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,113.00 | 184.30 | 205,125.90 |
| | Sheehan, David J. | 1968 | 1,113.00 | 460.20 | 512,202.60 |
| | Cymrot, Mark A. | 1973 | 1,515.00 | 1.00 | 1,515.00 |
| | Montesano, Carmela T. | 1984 | 810.00 | 18.50 | 14,985.00 |
| | Smith, Elizabeth A. | 1985 | 1,012.00 | 4.00 | 4,048.00 |
| | Hunt, Dean D. | 1991 | 1,045.00 | 213.00 | 222,585.00 |
| | Goldberg, Steven H. | 1991 | 1,113.00 | 26.20 | 29,160.60 |
| | Griffin, Regina L. | 1993 | 1,113.00 | 480.20 | 534,462.60 |
| | Cohen, Adam I. | 1994 | 742.00 | 19.90 | 14,765.80 |
| | Thomas, Erika K. | 1994 | 882.00 | 622.60 | 549,133.20 |
| | Best, Jacqueline S. | 1995 | 555.00 | 4.80 | 2,664.00 |
| | Turner, Christa C. | 1996 | 579.00 | 27.80 | 16,096.20 |
| | Murphy, Keith R. | 1997 | 1,113.00 | 367.80 | 409,361.40 |
| | Hoang, Lan | 1997 | 1,094.00 | 630.40 | 689,657.60 |
| | Fish, Eric R. | 1998 | 966.00 | 306.90 | 296,465.40 |
| | Rose, Jorian L. | 1998 | 1,094.00 | 58.20 | 63,670.80 |
| | Warshavsky, Oren J. | 1998 | 1,113.00 | 568.00 | 632,184.00 |
| | Rollinson, James H. | 1998 | 971.00 | 260.40 | 252,848.40 |
| | Pergament, Benjamin D. | 2000 | 953.00 | 615.80 | 586,857.40 |
| | Cremona, Nicholas J. | 2000 | 1,113.00 | 643.00 | 715,659.00 |
| | Bohorquez, Fernando A. | 2000 | 1,032.00 | 131.80 | 136,017.60 |
| | Beckerlegge, Robertson D. | 2001 | 888.00 | 521.00 | 462,648.00 |
| | Bell, Stacey A. | 2001 | 969.00 | 584.10 | 565,992.90 |
| | Zeballos, Gonzalo S. | 2001 | 1,007.00 | 232.80 | 234,429.60 |
| | North, Geoffrey A. | 2002 | 971.00 | 680.10 | 660,377.10 |
| | Song, Brian W. | 2002 | 971.00 | 474.50 | 460,739.50 |
| | Sherer, James A. | 2003 | 793.00 | 7.90 | 6,264.70 |
| | Hochmuth, Farrell A. | 2003 | 882.00 | 148.80 | 131,241.60 |
| | Oliver, Jason S. | 2003 | 893.00 | 629.60 | 562,232.80 |
| | Jacobs, Edward J. | 2003 | 1,082.00 | 36.60 | 39,601.20 |
| | Shields, Nkosi D. | 2003 | 882.00 | 482.40 | 425,476.80 |
| | Hartman, Ruth E. | 2005 | 525.00 | 118.80 | 62,370.00 |
| | Allen, Brian F. | 2005 | 795.00 | 388.90 | 309,175.50 |
| | Kosack, Melissa L. | 2006 | 882.00 | 715.10 | 630,718.20 |
| | Feil, Matthew D. | 2006 | 971.00 | 599.90 | 582,502.90 |
| | Carlisle, Marie L. | 2006 | 882.00 | 371.70 | 327,839.40 |
| | Longstaff, Carrie | 2006 | 882.00 | 592.60 | 522,673.20 |
| | Vanderwal, Amy E. | 2006 | 1,010.00 | 398.10 | 402,081.00 |
| | Giuliani, Esterina | 2007 | 1,010.00 | 658.50 | 665,085.00 |
| | Wasick, Joanna F. | 2007 | 964.00 | 631.00 | 608,284.00 |
| | Brown, Seanna R. | 2007 | 1,094.00 | 337.00 | 368,678.00 |
| | Calvani, Torello H. | 2007 | 971.00 | 462.60 | 449,184.60 |
| | Forman, Jonathan A. | 2007 | 766.00 | 132.40 | 101,418.40 |
| | Patel, Tayan B. | 2007 | 664.00 | 1.50 | 996.00 |
| | Usitalo, Michelle R. | 2008 | 882.00 | 468.90 | 413,569.80 |
| | Ramos-Mrosovsky, Carlos | 2008 | 1,006.00 | 294.00 | 295,764.00 |
| | Sabella, Michael A. | 2008 | 629.00 | 415.90 | 261,601.10 |
| | Zunno-Freaney, Kathryn M. | 2008 | 1,010.00 | 392.00 | 395,920.00 |
| | Choi, David | 2008 | 676.00 | 494.70 | 334,417.20 |
| | McCurrach, Elizabeth G. | 2008 | 822.00 | 565.20 | 464,594.40 |
| | Campbell, Patrick T. | 2009 | 882.00 | 158.00 | 139,356.00 |
| | Shapiro, Peter B. | 2009 | 795.00 | 128.50 | 102,157.50 |
| | Molina, Marco | 2009 | 882.00 | 341.30 | 301,026.60 |
| | Markel, Tatiana | 2009 | 882.00 | 709.60 | 625,867.20 |
| | Khan, Ferve E. | 2009 | 882.00 | 609.10 | 537,226.20 |
| | Bent, Camille C. | 2010 | 746.00 | 653.60 | 487,585.60 |
| | Layden, Andrew V. | 2010 | 472.00 | 5.00 | 2,360.00 |
| | Vonderhaar, Douglas A. | 2011 | 435.00 | 176.80 | 76,908.00 |
| | Shifrin, Maximillian S. | 2011 | 767.00 | 244.10 | 187,224.70 |
| | Oliva, Frank M. | 2011 | 746.00 | 791.50 | 590,459.00 |
| | Feldstein, Robyn M. | 2011 | 746.00 | 262.80 | 196,048.80 |
| | Slavin, Jeffrey A. | 2011 | 547.00 | 7.70 | 4,211.90 |
| | Krishna, Ganesh | 2011 | 882.00 | 702.20 | 619,340.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Hough, Shawn P. | 2012 | 746.00 | 548.60 | 409,255.60 |
| | Ackerman, Stephanie A. | 2012 | 691.00 | 552.80 | 381,984.80 |
| | Charlemagne, Chardaie C. | 2013 | 767.00 | 167.90 | 128,779.30 |
| | Friedman, Matthew B. | 2013 | 691.00 | 454.80 | 314,266.80 |
| | Sterling, Nichole L. | 2013 | 538.00 | 17.40 | 9,361.20 |
| | Tanney, Michelle N. | 2013 | 767.00 | 582.00 | 446,394.00 |
| | Gonzalez-Rivero, Analia | 2014 | 930.00 | 6.40 | 5,952.00 |
| Partners and of Counsel Total | | | 902.43 | 24,601.50 | 22,201,108.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Bieler, Philip | 1994 | 638.00 | 596.40 | 380,503.20 |
| | Rowe, Lenford A. | 1996 | 505.00 | 163.70 | 82,668.50 |
| | DeSouza, Karen | 2001 | 318.00 | 45.40 | 14,437.20 |
| | Lorkowski, Michael J. | 2001 | 345.00 | 67.60 | 23,322.00 |
| | Wlodek, Heather | 2003 | 850.00 | 217.50 | 184,875.00 |
| | O'Mara, LaineAlee | 2004 | 445.00 | 12.90 | 5,740.50 |
| | Idzior, Ryan C. | 2004 | 340.00 | 41.10 | 13,974.00 |
| | Negron, Jennifer C. | 2004 | 505.00 | 50.40 | 25,452.00 |
| | Auzoux, Lydia | 2004 | 445.00 | 17.70 | 7,876.50 |
| | Cowherd, Matthew K. | 2005 | 767.00 | 318.20 | 244,059.40 |
| | Mezibov, Jonathan G. | 2006 | 291.00 | 719.10 | 209,258.10 |
| | Reddy, Dharani P. | 2007 | 470.00 | 7.80 | 3,666.00 |
| | Goldmark, Jena B. | 2007 | 610.00 | 656.60 | 400,526.00 |
| | Nickodem, Robert G. | 2009 | 299.00 | 528.10 | 157,901.90 |
| | Garcia, Manuel | 2009 | 505.00 | 8.70 | 4,393.50 |
| | Sloan, Victoria E. | 2009 | 318.00 | 196.80 | 62,582.40 |
| | Biondo, Lindsay J. | 2010 | 362.00 | 629.70 | 227,951.40 |
| | Chandler, Tara R. | 2010 | 299.00 | 779.40 | 233,040.60 |
| | Maytal, Anat | 2010 | 767.00 | 477.80 | 366,472.60 |
| | Rollins, Jennifer B. | 2010 | 291.00 | 551.90 | 160,602.90 |
| | Ubaid, Maryland H. | 2010 | 362.00 | 703.60 | 254,703.20 |
| | Mahida, Michelle Marie Hoff | 2010 | 291.00 | 58.80 | 17,110.80 |
| | Hansford, Melissa L. | 2010 | 362.00 | 132.80 | 48,073.60 |
| | Boga-Lofaro, Csilla | 2010 | 549.00 | 155.30 | 85,259.70 |
| | Gottesman, Joel D. | 2011 | 299.00 | 479.80 | 143,460.20 |
| | Rose, Nicholas M. | 2011 | 652.00 | 189.20 | 123,358.40 |
| | White, Jason T. | 2011 | 362.00 | 638.30 | 231,064.60 |
| | Cardenas, Samantha A. | 2011 | 291.00 | 634.20 | 184,552.20 |
| | Patrick, Stacey M. | 2011 | 299.00 | 607.60 | 181,672.40 |
| | Gallagher, Christopher B. | 2012 | 814.00 | 653.90 | 532,274.60 |
| | Mills, Rachel | 2012 | 345.00 | 206.30 | 71,173.50 |
| | Brumbach, Maxim G. | 2013 | 291.00 | 604.20 | 175,822.20 |
| | Mosher, Sarah E. | 2013 | 291.00 | 646.80 | 188,218.80 |
| | Grimes, Saidah A. | 2014 | 815.00 | 527.60 | 429,994.00 |
| | Horning, Nathan T. | 2014 | 299.00 | 732.70 | 219,077.30 |
| | Gases, Matthew D. | 2014 | 591.00 | 31.30 | 18,498.30 |
| | Goertemiller, Noah J. | 2014 | 291.00 | 683.30 | 198,840.30 |
| | Serrao, Andrew M. | 2015 | 691.00 | 471.30 | 325,668.30 |
| | Cemo, Nicole C. | 2015 | 865.00 | 11.10 | 9,601.50 |
| | Turner, Tara E. | 2015 | 691.00 | 360.90 | 249,381.90 |
| | Boyd, J'Naia L. | 2016 | 814.00 | 663.60 | 540,170.40 |
| | Molony, Matthew E. | 2016 | 291.00 | 638.00 | 185,658.00 |
| | Shalodi, Amani | 2016 | 299.00 | 695.10 | 207,834.90 |
| | Berry, Joshua L. | 2016 | 291.00 | 631.00 | 183,621.00 |
| | Martin, Lauren E. | 2016 | 291.00 | 586.00 | 170,526.00 |
| | Wagner, Mary Katherine | 2016 | 767.00 | 232.70 | 178,480.90 |
| | Stewart, Matthew L. | 2016 | 291.00 | 613.30 | 178,470.30 |
| | Stork, Victoria L. | 2017 | 691.00 | 442.60 | 305,836.60 |
| | Dindiyal, Ariana G. | 2017 | 561.00 | 504.60 | 283,080.60 |
| | Fischetti, Chloe S. | 2018 | 477.00 | 359.90 | 171,672.30 |
| | Fernandez, Jessica H. | 2018 | 691.00 | 473.50 | 327,188.50 |
| | Haim, Andrea C. | 2018 | 450.00 | 1.50 | 675.00 |
| | Glaab, Peter J. | 2018 | 315.00 | 226.20 | 71,253.00 |
| | Farrell, Deirdre J. | 2019 | 561.00 | 457.10 | 256,433.10 |
| | Kim, Amos C. | 2019 | 664.00 | 669.10 | 444,282.40 |
| | Jeffrey, Kevin J. | 2019 | 297.00 | 770.30 | 228,779.10 |
| | Weinstein, Paige E. | 2019 | 297.00 | 687.00 | 204,039.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Araghi, Shaia | 2019 | 546.00 | 165.10 | 90,144.60 |
| | Bordner, Alexa T. | 2019 | 481.00 | 461.10 | 221,789.10 |
| | Yantis, Brittany A. | 2019 | 470.00 | 274.30 | 128,921.00 |
| | Hayes, Sarah M. | 2019 | 435.00 | 172.10 | 74,863.50 |
| | Gotsis, Christina O. | 2019 | 470.00 | 51.70 | 24,299.00 |
| | Corrigan, Megan A. | 2019 | 470.00 | 236.30 | 111,061.00 |
| | Mistry-Sehgal, Nikita | 2019 | 725.00 | 636.80 | 461,680.00 |
| | Quailey, Shade I. | 2020 | 659.00 | 546.00 | 359,814.00 |
| | Sullivan, Kayley B. | 2020 | 541.00 | 307.80 | 166,519.80 |
| | Mazoch, Jo Ann M. | 2020 | 408.00 | 102.70 | 41,901.60 |
| | Sternbach, Lauren E. | 2020 | 481.00 | 183.30 | 88,167.30 |
| | Rosales, Lynsey R. | 2020 | 314.00 | 624.30 | 196,030.20 |
| | D'Angelo, Alexa | 2020 | 659.00 | 706.60 | 465,649.40 |
| | Molano, Jessica M. | 2020 | 500.00 | 637.90 | 318,950.00 |
| | Gaudreau, Madison J. | 2021 | 514.00 | 193.30 | 99,356.20 |
| | Fredericks, Shelley L. | 2021 | 664.00 | 394.00 | 261,616.00 |
| | Gabaud, Elizabeth L. | 2021 | 629.00 | 555.60 | 349,472.40 |
| | Gesiotto, Claudia | 2021 | 345.00 | 81.90 | 28,255.50 |
| | Thompson, Evette N. | 2021 | 307.00 | 617.80 | 189,664.60 |
| | Gokalan, Daphne | 2021 | 639.00 | 592.10 | 378,351.90 |
| | Lear, Jordyn | 2021 | 304.00 | 692.90 | 210,641.60 |
| | Cruz, Mardeline | 2021 | 514.00 | 691.70 | 355,533.80 |
| | Bridges, Bailey A. | 2021 | 408.00 | 130.80 | 53,366.40 |
| | Luevano, Maria S. | 2021 | 397.00 | 34.10 | 13,537.70 |
| | Lamb, Christopher W. | 2021 | 345.00 | 17.80 | 6,141.00 |
| | Record, Luke E. | 2021 | 514.00 | 191.20 | 98,276.80 |
| | Hockenbury, Jesse D. | 2021 | 304.00 | 570.90 | 173,553.60 |
| | Karambelas, Alexandra J. | 2022 | 387.00 | 36.40 | 14,086.80 |
| | Surapaneni, Priyanka | 2022 | 387.00 | 86.90 | 33,630.30 |
| | Rogo, Francesca A. | 2022 | 387.00 | 369.30 | 142,919.10 |
| | Chichi, Delores V. | 2022 | 387.00 | 276.00 | 106,812.00 |
| | Park, Sydney W. | 2023 | 469.00 | 71.00 | 33,299.00 |
| | Wald, Diane F. | 2023 | 469.00 | 123.30 | 57,827.70 |
| | Mingrino, Jessica T. | #N/A | 469.00 | 271.20 | 127,192.80 |
| | Carreon, Maria L. | #N/A | 500.00 | 648.20 | 324,100.00 |
| | Murphy, Anne M. | #N/A | 305.00 | 352.10 | 107,390.50 |
| Associates Total | | | 462.23 | 35,371.80 | 16,349,926.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Gibbons, Michael E. | #N/A | 450.00 | 178.20 | 80,190.00 |
| | Jesic, Mario | #N/A | 185.00 | 17.50 | 3,237.50 |
| | Nunes, Silas T. | #N/A | 364.00 | 167.80 | 61,079.20 |
| | Chan, Angeline | #N/A | 406.00 | 614.50 | 249,487.00 |
| | Blaber, Theresa A. | #N/A | 401.00 | 15.70 | 6,295.70 |
| | von Collande, Constance M. | #N/A | 406.00 | 559.10 | 226,994.60 |
| | Bryan, Katrina E. | #N/A | 391.00 | 453.90 | 177,474.90 |
| | Stone, Adrian | #N/A | 361.00 | 341.10 | 123,137.10 |
| | Monge, Tirsa | #N/A | 411.00 | 397.30 | 163,290.30 |
| | McKenna, Patrice M. | #N/A | 327.00 | 470.70 | 153,918.90 |
| | Glanzman, Adam J. | #N/A | 412.00 | 191.20 | 78,774.40 |
| | Graham, Sonya M. | #N/A | 315.00 | 54.30 | 17,104.50 |
| | Oliver-Weeks, Marcella J. | #N/A | 515.00 | 641.60 | 330,424.00 |
| | Iskhakova, Yuliya | #N/A | 509.00 | 802.60 | 408,523.40 |
| | Wong, Sun Kei | #N/A | 319.00 | 161.40 | 51,486.60 |
| | Szalay, Sarah M. | #N/A | 230.00 | 155.90 | 35,857.00 |
| | Clark, Raymond W. | #N/A | 197.00 | 12.60 | 2,482.20 |
| | Villamayor, Fidentino L. | #N/A | 431.00 | 356.40 | 153,608.40 |
| | Bekier, James M. | #N/A | 523.00 | 345.80 | 180,853.40 |
| | Montani, Christine A. | #N/A | 411.00 | 497.00 | 204,267.00 |
| | Safina, Megan R. | #N/A | 329.00 | 485.10 | 159,597.90 |
| | Kinne, Tanya M. | #N/A | 509.00 | 717.10 | 365,003.90 |
| | O'Neil, Alden | #N/A | 408.00 | 378.70 | 154,509.60 |
| | Fishelman, Benjamin D. | #N/A | 500.00 | 364.60 | 182,300.00 |
| | Ortiz, Dorian | #N/A | 311.00 | 4.40 | 1,368.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Cabrera, Ramon C. | #N/A | 322.00 | 269.50 | 86,779.00 |
| | Martin, Andrew C. | #N/A | 330.00 | 7.50 | 2,475.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | 422.62 | 8,661.50 | 3,660,519.90 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 902.43 | 24,601.50 | 22,201,108.00 |
| Associates Total | 462.23 | 35,371.80 | 16,349,926.80 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 422.62 | 8,661.50 | 3,660,519.90 |
| Blended Attorney Rate | 642.80 | | |
| | | | |
| Total Fees Incurred | | 68,634.80 | 42,211,554.70 |

|  | | |
|---|---|---|
| **Less 10% Public Interest Discount** | | (4,221,155.47) |
| **Grand Total** | | $  37,990,399.23 |