EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR FORTY-THIRD INTERIM PERIOD
OF APRIL 1, 2023 THROUGH JULY 31, 2023

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 1,996.30 | $ 1,509,838.90 |
| 02 | Bankruptcy Court Litigation and Related Matters | 225.60 | 181,273.20 |
| 03 | Feeder Funds | 707.70 | 553,869.70 |
| 04 | Asset Search Recovery and Sale | 1.90 | 1,726.40 |
| 05 | Internal Office Meetings with Staff | 432.60 | 300,783.30 |
| 07 | Billing | 995.50 | 469,203.80 |
| 08 | Case Administration | 2,087.20 | 1,204,952.90 |
| 11 | Press Inquires and Responses | 58.10 | 52,121.80 |
| 12 | Document Review | 13,145.10 | 4,520,609.70 |
| 13 | Discovery - Depositions and Document Productions | 1,525.50 | 751,529.10 |
| 14 | International | 27.40 | 18,622.60 |
| 21 | Allocation | 0.60 | 667.80 |
| 000005 | Customer Claims | 297.60 | 181,954.80 |
| 000007 | Madoff Family | 85.00 | 69,781.10 |
| 000009 | Fairfield Greenwich | 4,131.00 | 2,943,525.20 |
| 000029 | Rye/Tremont | 1,233.30 | 812,520.60 |
| 000030 | HSBC | 1,678.60 | 1,285,651.10 |
| 000032 | LuxAlpha/UBS | 2,118.00 | 1,769,049.00 |
| 000033 | Nomura Bank International PLC | 603.60 | 427,111.70 |
| 000034 | Citibank | 2,430.30 | 1,351,173.70 |
| 000035 | Natixis | 1,990.60 | 1,466,448.20 |
| 000036 | Merrill Lynch | 494.10 | 274,272.60 |
| 000037 | ABN AMRO | 1,374.50 | 984,322.30 |
| 000039 | Fortis | 2,079.70 | 1,951,652.70 |
| 000042 | Equity Trading | 324.10 | 222,325.10 |
| 000053 | Magnify | 2,307.40 | 1,670,994.10 |
| 000060 | Avellino & Bienes | 1,994.50 | 1,757,936.70 |
| 000062 | Subsequent Transfer | 18,590.30 | 11,384,028.30 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 256.40 | 224,428.50 |
| 000065 | Legacy Capital Ltd | 2,688.50 | 1,969,447.90 |
| 000071 | Square One | 2,376.70 | 1,637,125.80 |
| 000073 | BNP Paribas | 377.10 | 262,606.10 |
| Grand Total | | **68,634.80** | **42,211,554.70** |

**Less 10% Public Interest Discount** (4,221,155.47)

**Grand Total** $ 37,990,399.23

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 37,990,399.23 |
| | Interim Compensation Paid | | *(34,191,359.30)* |
| | Interim Compensation Deferred | | $ 3,799,039.93 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 1,524,753,101.73 |
| | Interim Compensation Paid | | *$ (1,513,744,161.57)* |
| | Interim Compensation Deferred | | $ 11,008,940.16 |