EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FORTY-THIRD
INTERIM PERIOD OF APRIL 1, 2023 THROUGH JULY 31, 2023

| | | |
|---|---|---:|
| E101 | E101 - Copying (E101) | 1,412.60 |
| E102 | E102 - Outside Printing (E102) | 1,116.57 |
| E104 | E104 - Facsimile (E104) | 1.70 |
| E105 | E105 - Telephone (E105) | 110.80 |
| E106 | E106 - Online Research (E106) | 82,869.66 |
| E107 | E107 - Delivery Services/ Messengers (E107) | 850.59 |
| E108 | E108 - Postage (E108) | 378.45 |
| E110 | E110 - Out-of-Town Travel (E110) | 46,454.45 |
| E111 | E111 - Business Meals, etc. (E111) | 238.11 |
| E112 | E112 - Court Fees (E112) | 2,532.98 |
| E113 | E113 - Subpoena Fees (E113) | 2,236.00 |
| E115 | E115 - Deposition Transcripts (E115) | 2,196.55 |
| E116 | E116 - Trial Transcripts (E116) | 316.80 |
| E123 | E123 - Other Professionals (E123) | 36,462.50 |
| E124 | E124 - Other (E124) | 15,020.69 |
| Grand Total | | **192,198.45** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $    21,686,160.64