## Exhibit B

SUMMARY OF FORTY-SECOND INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2023 THROUGH JULY 31, 2023

| Name | Year Admitted | Apr-Jul 2023 Standard Hourly Rate | Apr-Jul 2023 Total Hours Billed | Apr-Jul 2023 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 735.00 | 439.70 | $ 323,179.50 |
| Robert J. Luddy | 1987 | 710.00 | 75.80 | $ 53,818.00 |
| Kim M. Longo | 2002 | 665.00 | 637.00 | $ 423,605.00 |
| **Total Partners** | | | **1,152.50** | **$ 800,602.50** |
| **Special Counsel** | | | | |
| Margarita Y. Ginzburg | 1999 | 595.00 | 487.60 | $ 290,122.00 |
| John J. Tepedino | 2005 | 540.00 | 570.30 | $ 307,962.00 |
| Alan D. Lawn | 2009 | 495.00 | 510.10 | $ 252,499.50 |
| Brian W. Kreutter | 2003 | 460.00 | 308.80 | $ 142,048.00 |
| **Total Special Counsel** | | | **1,876.80** | **$ 992,631.50** |
| **Associates** | | | | |
| Maja Lukic | 2011 | 505.00 | 405.80 | $ 204,929.00 |
| Alex Jonatowski | 2007 | 450.00 | 661.70 | $ 297,765.00 |
| Carol LaFond | 2000 | 410.00 | 593.00 | $ 243,130.00 |
| Tyschelle R. Doucette | 2006 | 320.00 | 631.90 | $ 202,208.00 |
| Anika Wilson | 2000 | 320.00 | 615.10 | $ 196,832.00 |
| Jose A. Despian Jr. | 2010 | 320.00 | 625.50 | $ 200,160.00 |
| **Total Associates** | | | **3,533.00** | **$ 1,345,024.00** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 265.00 | 53.60 | $ 14,204.00 |
| Carilyn Priolo | | 225.00 | 225.20 | $ 50,670.00 |
| **Total Paraprofessionals** | | | **278.80** | **$ 64,874.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,152.50 | $ 800,602.50 |
| **Special Counsel** | 1,876.80 | $ 992,631.50 |
| **Associates** | 3,533.00 | $ 1,345,024.00 |
| **Paraprofessionals** | 278.80 | $ 64,874.00 |
| | | |
| **Blended Attorney Rate** | 478.23 | |
| **Blended Rate All Professionals** | 468.22 | |
| **GRAND TOTAL** | 6,841.10 | $ 3,203,132.00 |

{12224540:1}