## Exhibit C

SUMMARY OF FORTY-SECOND INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2023 THROUGH AND INCLUDING JULY 31, 2023

| Code Description | Amount |
|---|---:|
| Air Courier/Messenger | $ 227.16 |
| Online Research | $ 486.49 |
| **TOTAL** | **$ 713.65** |

{12224540:1}