**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE FORTY-SECOND INTERIM PERIOD OF APRIL 1, 2023 THROUGH AND INCLUDING JULY 31, 2023

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 6.70 | $ 3,055.50 |
| | | 007 | Fee Application | 163.70 | 45,416.50 |
| | | 020 | Internal Office Meetings | 68.00 | 30,925.00 |
| | | 041 | Discovery, Document Review, Document Production | 40.40 | 23,529.00 |
| 12 | Credit Suisse | 010 | Litigation | 2,129.90 | 894,169.00 |
| 14 | Zephyros | 010 | Litigation | 108.80 | 53,345.00 |
| 15 | Mistral | 010 | Litigation | 79.00 | 40,479.00 |
| 16 | Societe Generale | 010 | Litigation | 1,371.50 | 591,785.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 733.40 | 317,791.50 |
| 18 | Clariden Leu | 010 | Litigation | 96.20 | 44,764.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 193.00 | 85,223.50 |
| 20 | Coordinated Cases | 010 | Litigation | 914.90 | 560,049.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 763.30 | 446,395.50 |
| 24 | Naidot | 010 | Litigation | 172.30 | 66,203.00 |
| | | | **TOTALS** | **6,841.10** | **$ 3,203,132.00** |

{12224540:1}