**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
David J. Sheehan
Seanna R. Brown
Heather R. Wlodek

Hearing Date: December 20, 2023
Hearing Time: 10:00 a.m. (EST)
Objection Deadline: November 27, 2023
Objection Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM APRIL 1, 2023 THROUGH JULY 31, 2023**

**PLEASE TAKE NOTICE** that on **December 20, 2023 at 10:00 a.m.**, a hearing (the

"Hearing") will be held before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at

the United States Bankruptcy Court, Southern District of New York, on the applications for interim

compensation for services rendered and reimbursement of actual and necessary expenses incurred by

applicants from April 1, 2023 through July 31, 2023 (the "Applications") of the following parties:

**FEES REQUESTED**[1]

| **Applicants** | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee Baker & Hostetler LLP, Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 90%: Expenses: | $37,990,399.23 $34,191,359.30 $192,198.45 |
| | | |
| Schiltz & Schiltz Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $34,338.57 $27,470.85 $2,232.01 |
| | | |
| Soroker Agmon Nordman Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $519,769.27 $415,815.41 $0 |
| | | |
| Windels Marx Lane & Mittendorf Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $3,203,132.00 $2,562,505.60 $713.65 |
| | | |
| UGGC & Associés Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $26,119.58 $20,895.66 $0 |
| | | |
| Browne Jacobson, LLP Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $126,109.13 $100,887.30 $1,659.71 |
| | | |
| Alpeggiani Studio Legale Associato Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $1,087.57 $870.05 $1.97 |
| | | |
| Kugler Kandestin, LLP, Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $3,404.84 $2,723.87 $0 |
| | | |
| Monfrini Bitton Klein Special Counsel to the Trustee (April 1, 2023 through July 31, 2023) | Fees: 80%: Expenses: | $5,028.29 $4,022.63 $0 |
| | | |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates.  All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

| | | |
|---|---|---|
| Travers Thorp Alberga<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $1,269.00<br>$1,015.20<br>$0 |
| Velitor Law<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $32,404.21<br>$25,923.37<br>$0 |
| Alfaro, Ferrer, Ramirez<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $1,757.48<br>$1,405.98<br>$0 |
| Tan Kok Quan Partnership<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $28,355.73<br>$22,684.58<br>$592.52 |
| Daeryook & Aju LLC<br>Special Counsel to the Trustee<br>(April 17, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $19,446.75<br>$15,557.40<br>$0 |
| Kelley, Wolter & Scott<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $2,970.02<br>$2,376.02<br>$0 |
| The Scaletta Law Firm, PLLC<br>Special Counsel to the Trustee<br>(August 1, 2022 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $3,555.72<br>$2,844.58<br>$0 |
| Holland & Hart LLP<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $23,779.30<br>$19,023.44<br>$17.50 |
| Bowman & Brooke LLP<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $47,031.00<br>$37,624.80<br>$1,342.50 |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(April 1, 2023 through July 31, 2023) | Fees:<br>80%:<br>Expenses: | $153,063.63<br>$122,450.90<br>$1,044.15 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directive, all hearings

will be conducted remotely pending further Order of the Court. All parties who wish to participate in

the Hearing must refer to Judge Morris' guidelines for remote appearances and are required to make

arrangements to appear via ZoomGov. For further details on ZoomGov, please call the Courtroom

Deputy at (845) 451−6367. Further instructions regarding remote appearances via ZoomGov can be found on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER.  Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Cecelia G. Morris, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on November 27, 2023**.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated:  New York, New York          Respectfully submitted,
        October 26, 2023

                                    */s/ David J. Sheehan*
                                    Baker & Hostetler LLP
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Telephone: (212) 589-4200
                                    Facsimile: (212) 589-4201
                                    Irving H. Picard
                                    Email: ipicard@bakerlaw.com

David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*