# Exhibit C

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Adv. Case No. 08-01789-cgm

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  SECURITIES INVESTOR PROTECTION CORPORATION,

6              Plaintiff,

7         v.

8  BERNARD L. MADOFF INVESTMENT SECURITIES, LLC. ET AL.,

9              Defendants

10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11 In re:

12

13 BERNARD L. MADOFF,

14

15              Debtor.

16 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17 Adv. Case No. 23-01017-cgm

18 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19 IRVING H. PICARD, Trustee For The Substantively Co,

20              Plaintiff,

21         v.

22 NATIXIS FINANCIAL PRODUCTS LLC, & BLOOM ASSET HOLDINGS FUND,

23              Defendants.

24 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

1         So basically that's where we were in the August
2    time frame and we raised those issues and we followed up on
3    August 21st with a very specific letter identifying the
4    entities that we need to have discovery on, including the
5    foreign entities.  And we submitted that letter to the court
6    also with my declaration.
7         The trustee's request also incorporates what we
8    believe to be a reasonable time period for foreign expert
9    discovery.  The trustee has advised beginning in July and
10   August that we don't have the complete record of documents
11   necessary for the subpoena targets for foreign discovery
12   that we've identified in Costa Rica and the British Virgin
13   Islands.  It is true that there are some references in
14   earlier Rule 2004 productions in this case to certain
15   entities.  However, in consulting with Costa Rica and
16   British Virgin Island counsel, and as Your Honor is aware,
17   the trustee needs to have clear documentary evidence
18   supported by attorney affidavits to meet the requirements of
19   those jurisdictions for foreign discovery.  And we can't do
20   that until we have all the documents produced by the
21   defendants.
22        So on the issue of good faith, Legacy Capital has
23   offered on behalf of all the producing defendants that they
24   believe they'll be done with document production the end of
25   November.  We haven't even really started to talk about a

Page 121

1        THE COURT:  Sure.
2        MR. FISHER:  The Legacy case.
3        THE COURT:  You knew I'd be angry.  You've been
4   around me enough.
5        MR. FISHER:  But Your Honor, I'm frankly, in an
6   all candor, confused at the direction of your anger because
7   it is the trustee, just to give you an example, because --
8   let me show it and not say it.  Okay?
9        THE COURT:  Okay.
10       MR. FISHER:  In our existing case management
11  order, which was entered in June '22, June 2022, that's ECF
12  Number 270.  We are now 16 months into discovery.  In that
13  scheduling order, there is a defined term for international
14  discovery.  The trustee knew more than a year ago that he
15  would need some international discovery, and it sets
16  deadlines for international discovery.  Those deadlines have
17  come and gone, and the trustee has not issued a single
18  request for any foreign discovery whatsoever.
19       What the order says, Your Honor, is that -- and
20  I'm quoting now from Paragraph 3B.  Towards the bottom of
21  that paragraph, it says in the order, "To the extent that
22  responses to international discovery are not received by the
23  fact discovery cutoff date, the parties may seek extensions
24  of the deadlines set forth herein."
25       It's fine.  If they had issued foreign discovery

Page 122

1   requests and they're still waiting on information, I think

2   it would be appropriate for them to come to this court and

3   say we need a little bit more time.  But they haven't issued

4   a single foreign discovery request, Your Honor, and the

5   foreign sources from which they're seeking discovery,

6   Spectrum, they've known about them since 2010.  Leads,

7   they've known about them since 2020.  BDO Seidman, they've

8   known about them since 2020.  Citadel, they've known about

9   them since 2010.  HTM, they've known about them since 2015.

10  PricewaterhouseCoopers, they've known about them since 2015.

11  And when I say 2015, Your Honor, there's a reference in our

12  case management order to initial disclosures having been

13  exchanged among the parties in 2015.

14          Discovery in this case is not mature.  We have not

15  been doing nothing for 16 months.  We are the ones, Your

16  Honor, who, when Mr. Oliver sent us all those discovery

17  requests, we actually emailed him and said, let's not stand

18  on ceremony and wait for us to issue formal objections.

19  Let's start talking about search terms so we can get you

20  documents as quickly as possible.  And we're almost done.

21  We've produced 125,000 pages of documents in the Legacy

22  case, Your Honor.

23          So one point I want to make is the trustee has not

24  been diligent.  The trustee has not been diligent, and the

25  international discovery situation is an example of that.

Page 127

1  have them planned.  You can have them scheduled.  Y'all can
2  talk to each other a little better --
3           MR. FISHER:  But that's exactly --
4           THE COURT:  -- including Mr. Oliver.  He's hearing
5  me.  I'm just as aggravated at him.
6           MR. FISHER:  But, Your Honor, I think that's
7  exactly the point.  What they want is 18 months of fact
8  discovery.  And what that means is in about a year, they'll
9  start taking depositions.
10          THE COURT:  No, they're going to be taking
11 deposition before March 22nd, or you're going to know who's
12 going to have their deposition by March 22nd.  It may not be
13 taken, but it's going to be we have scheduled deposition X
14 on March 23rd, and you're going to report to me on that.
15          MR. FISHER:  Okay.
16          THE COURT:  If you don't want Judge Maas, you can
17 have me.
18          MR. FISHER:  Your Honor, I'm happy to have Your
19 Honor.  I'm happy to have Judge Maas.  I just need the case
20 to go forward.  And so we have told Mr. Oliver and we are
21 busting our chops to complete our entire good faith document
22 production by the end of November.  We've told him that
23 consistently since August, and we've been rolling out
24 documents to him.
25          THE COURT:  Mr. Fisher, you do need to remember

Page 143

1   exactly when and exactly what the response was.  And then
2   everybody else will respond to that.  And I want to know the
3   response and what was given.
4            Enough is enough.  Y'all are professionals.  Pick
5   up the damn phone and talk to each other.  And defendants,
6   work together to get the information.  You have other cases
7   in your life.  You need to start doing this together.  The
8   first three-month status conference will be January the
9   24th, and at that, I want to come in and say, I've heard
10  that you all given stuff.  I want it line by line.  I gave
11  this.  I took this.  I gave this.
12           Mr. Oliver, your office needs to be organized and
13  be able to do it that way, too.
14           MR. OLIVER:  One clarification, Your Honor.  We
15  believe that there is a --
16           THE COURT:  Six months from January -- six months
17  from December 31st.
18           MR. OLIVER:  I just want to get the court's --
19  clarification from the court on international discovery.  We
20  have taken the position, due to the delayed document
21  production, that we have not been able to serve foreign
22  subpoenas.  And I want to see how the court is conditioning
23  that with respect to --
24           THE COURT:  I heard that argument.  I heard that
25  argument carefully.  And it actually said, to the extent

Page 144

1  that parties avail themselves of international discovery

2  procedures, they will not deem to have waived prejudice or

3  otherwise altered their right to conduct discovery under

4  applicable federal rules.  To the extent that responses to

5  the international discovery are not received by the fact

6  discovery cutoff date, I'm changing the fact discovery

7  cutoff date.  You have that contract now on Spectrum.  Is

8  this having to do with the Spectrum Global Fund?

9        MR. OLIVER:  It has to do with Spectrum Global

10 Funds and Costa Rica entity HTM and Piero DiCapua.

11       THE COURT:  Are you --

12       MR. OLIVER:  The question is, I understand there's

13 the provision in the case management order about pending

14 responses, but we haven't served the discovery yet because

15 we don't have the documents necessary to put together an

16 affidavit.

17       THE COURT:  Mr. Fisher said you did have that

18 contract.

19       MR. OLIVER:  We just got it on September 29th.

20       THE COURT:  Okay.  Then get it done ASAP.

21       MR. OLIVER:  Okay.  Understood.

22       THE COURT:  And I will extend that, and that would

23 have even met the other deadline.  That would have met

24 December the 31st.  So get it done.  Get it done.

25       MR. OLIVER:  Okay.  Understood.