# EXHIBIT B

## SIPC v. BLMIS

### 08-01789 (CGM)

### ACTIVE GOOD FAITH CASES[1]

| APN | DEFENDANT(S) | CASE STATUS |
|---|---|---|
| 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Appeal pending in Second Circuit[2] |
| 10-04362 | Sage Associates, et al. | Appeal pending in Second Circuit[2] |
| 10-04400 | Sage Realty, et al. | Appeal pending in Second Circuit[2] |
| 10-04468 | Ken-Wen Family Limited Partnership, et al. | Parties have entered into settlement agreement. |
| 10-04667 | David Gross, et al. | |
| 10-04669 | Zieses Investment Partnership, et al. | Summary Judgment Motion pending in S.D.N.Y.[3] |
| 10-04709 | Andrew M. Goodman | Order Denying Motion to Withdraw the Reference entered S.D.N.Y (9/18/2023); Judgment entered in favor of Trustee October 18, 2023 |
| 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | |
| 10-05394 | Glantz | Defendant's Chapter 7 Bankruptcy pending in the U.S. Bankruptcy Court, Northern District of California, Case No. 20-30749 (DM) |
| **TOTAL: 9** | | |

---

[1] One Judgment was obtained during the Report Period. *See Picard v. The Estate of James M. Goodman, et al.*, Adv. Pro. No. 10-05079 [ECF No. 109].

[2] *See RAR Entrepreneurial Fund, Ltd. v. Picard,* 22-3006 (2d. Cir.); *Malcolm H. Sage v. Picard,* 22-1107 (2d Cir.); *Malcolm H. Sage v. Picard,* 22-1110 (2d Cir.).

[3] *Picard v. Zieses Investment Partnership, et al.*, No. 20-cv-02872 (VSB) (S.D.N.Y.)