**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| -against- | |
| | (Substantively Consolidated) |
| BERNARD L. MADOFF SECURITIES LLC, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04457 (BRL) |
| Plaintiff, | |
| -against- | |
| EQUITY TRADING PORTFOLIO LIMITED, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING DECHERT LLP'S**
**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANT EQUITY TRADING PORTFOLIO LIMITED**

Upon the motion (the "Motion") of Dechert LLP to Withdraw as Counsel for Defendant Equity Trading Portfolio Limited pursuant Local Bankruptcy Rule 2090–1(e), and the Court having considered the Motion and all supporting papers, and any objections thereto; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having held a hearing with appearances of parties in interest noted in the transcript thereof (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief

granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Dechert LLP's withdrawal as counsel of record for Defendant Equity Trading Portfolio Limited is approved.

Dated: New York, New York

_____, \_\_\_\_

_____
Honorable Cecelia G. Morris
United States Bankruptcy Judge