# Katten

**50 Rockefeller Plaza**
**New York, NY  10020-1605**
**+1.212.940.8800 tel**
**katten.com**

November 3, 2023

**BRIAN L. MULDREW**
brian.muldrew@katten.com
+1.212.940.6581 direct
+1.212.894.5796 fax

**VIA ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Re:   *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. UBS AG et al.* - United States Bankruptcy Court - S.D.N.Y. (Adv. Pro. No. 10-04285)

Dear Judge Morris:

Katten Muchin Rosenman LLP ("Katten") has been appearing in the above referenced Adversary Proceeding as counsel for defendants: (i) Access International Advisors, LLC; (ii) Access International Advisors, Ltd.; (iii) Access Management (Luxembourg), S.A. (f/k/a Access International Advisors (Luxembourg) S.A.); (iv) Access Partners, S.A; (v) Patrick Littaye; and (vi) Groupement Financier Ltd. (collectively the "Access Defendants").[1]

On September 25, 2023, Katten filed a motion to withdraw as counsel for the Access Defendants (the "Motion to Withdraw"), which provided for a Presentment Date of November 9, 2023 and an Objection Deadline of November 6, 2023.  (*See* Adv. Pro. No 10-04285 ECF 390).  In order to provide the Access Defendants additional time to consider the Motion to Withdraw, we are adjourning the Presentment Date to January 18, 2024 at 12:00 pm (Prevailing Eastern Time), with an Objection Deadline of January 16, 2024 at 4:00 pm (Prevailing Eastern Time).  All parties of record will be notified of this change via ECF.

We appreciate the Court's time and consideration.

Respectfully submitted,

*/s/ Brian L. Muldrew*
Brian L. Muldrew

cc:   All Counsel of Record (via ECF)

---

[1] Katten is also counsel for defendant Claudine Magon de la Villehuchet in this Adversary Proceeding in the capacities ascribed to her by the Trustee (the "CDLV Defendants"), but Katten's motion to withdraw does not seek relief with regard to the CDLV Defendants.

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP