# BakerHostetler

November 9, 2023

**VIA ECF**

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, New York 10004-1408

**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jason S. Oliver
direct dial: 212.589.4649
joliver@bakerlaw.com

Re:   *Picard v. Legacy Capital Ltd. Adv. Pro. No. 10-05286 (CGM) (Bankr. S.D.N.Y.) and*
      *Picard v. Mayer et al., Adv. Pro. No. 20-01316 (CGM) (Bankr. S.D.N.Y.)*

Dear Judge Morris:

Plaintiff Irving H. Picard, as trustee ("Trustee") for the liquidation of Bernard L. Madoff
Investment Securities LLC ("BLMIS") and the substantively consolidated estate of Bernard L.
Madoff writes with the consent of Defendants Legacy Capital Ltd., Rafael Mayer, David Mayer,
Prince Resources LDC, Prince Capital Partners LLC, and Khronos Liquid Opportunities Fund
Ltd. (collectively, the "Defendants") regarding the hearing presently scheduled for November 16,
2023 on the Notices of Presentment of Orders Amending Stipulated Case Management Plans in
the above-referenced matters (10-05286 Dkt. No. 284 and 20-01316 Dkt. No. 140).

The parties have spoken to Your Honor's law clerk, Francis O'Rourke, to request an
adjournment of the aforementioned hearing pursuant to Chambers' Rules and were advised that
the Court would adjourn the hearing to **November 29, 2023 at 10:00 a.m.** Mr. O'Rourke further
requested the parties to file the instant letter on consent noting this adjournment.

Respectfully submitted,

*/s/ Jason S. Oliver*

Jason S. Oliver

cc: Counsel of Record (by ECF and email)