**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marco Molina

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>SQUARE ONE FUND LTD.,<br><br>        Defendant. | Adv. Pro. No. 10-04330 (CGM) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 23736), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for November 29, 2023 has been further adjourned until **June 26, 2024 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held at the United States Bankruptcy Court for the Southern District of New York.

Dated: November 9, 2023
New York, New York

                    **BAKER & HOSTETLER LLP**

                    By: /s/ *Marco Molina*
                    45 Rockefeller Plaza
                    New York, New York 10111
                    Telephone: 212.589.4200
                    Facsimile: 212.589.4201
                    David J. Sheehan
                    Email: dsheehan@bakerlaw.com
                    Marco Molina
                    Email: mmolina@bakerlaw.com

                    *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*