**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST GULF BANK,<br><br>    Defendant. | Adv. Pro. No. 11-02541 (CGM) |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 9, 2023, the Notice of Trustee's Submission of Motion to Compel to Discovery Arbitrator Judge Maas was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: November 10, 2023
      New York, New York

                By: */s/ David J. Sheehan*
                BAKER & HOSTETLER LLP
                45 Rockefeller Plaza
                New York, New York 10111
                Telephone: 212.589.4200
                Facsimile: 212.589.4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Briton Sparkman
George M. Chalos
Chalos & Co., P.C.
Email: bsparkman@chaloslaw.com
Email: gmc@chaloslaw.com
Attorney For: First Gulf Bank