**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 11-02758 (CGM) |
| Plaintiff, | |
| v. | |
| CACEIS BANK LUXEMBOURG and CACEIS BANK, | |
| Defendants. | |

## STIPULATION AND ORDER TO ADJOURN ARGUMENT DATE

Plaintiff Irving H. Picard (the "Trustee"), trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants CACEIS Bank and CACEIS Bank, Luxembourg Branch (collectively "CACEIS" and, with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, in accordance with the Stipulation and Order entered July 5, 2023 (ECF No. 132), CACEIS timely filed a Motion to Dismiss on September 13, 2023;

**WHEREAS**, CACEIS timely filed a Notice of Hearing on the Motion to Dismiss for December 20, 2023;

**WHEREAS**, pursuant to the Stipulation and Order entered July 5, 2023 (ECF No. 132), all papers responsive to CACEIS's Motion shall be served and filed no later than November 15, 2023, and all reply papers in further support of CACEIS's Motion shall be served and filed no later than December 13, 2023;

**WHEREAS**, the Parties agree to an adjustment of the schedule for the hearing date on the Motion to Dismiss;

[*remainder of page intentionally left blank*]

<mark>08-01789-cgm    Doc 23760    Filed 11/14/23    Entered 11/14/23 16:15:04    Main Document
Pg 3 of 3</mark>

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, and **SO ORDERED** by the Court, that CACEIS hereby withdraws its Notice of Hearing for December 20, 2023, and the Motion to Dismiss shall be heard on February 14, 2024.

Dated:  November 13, 2023
        New York, New York

By: */s/ Christopher M. Lambe*
Matthew B. Lunn
Michael S. Neiburg (admitted *pro hac vice*)
Justin P. Duda
Christopher M. Lambe (admitted *pro hac vice*)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
(212) 332-8840
mlunn@ycst.com
mneiburg@ycst.com
jduda@ycst.com
clambe@ycst.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

By: */s/ James S. Fullmer*
Daniel Schimmel
Shrutih Tewarie
James S. Fullmer (admitted *pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 812-0400
dschimmel@foleyhoag.com
stewarie@foleyhoag.com
jfullmer@foleyhoag.com

*Attorneys for CACEIS Bank and CACEIS Bank, Luxembourg Branch*

**Dated: November 14, 2023
Poughkeepsie, New York**



**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**