**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | SIPA LIQUIDATION <br><br> Adv. Pro. No. 08-01789 (CGM) <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> PF TRUSTEES LIMITED in its capacity as trustee of RD TRUST, SAFEHAND INVESTMENTS, STRONGBACK HOLDINGS CORPORATION, <br><br> Defendants. | Adv. Pro. No. 12-01701 (CGM) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Supplemental Authority to

Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Case No. 08-

01789, ECF No. 23736), the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled for December 20, 2023, has been adjourned to **June 26, 2024, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held at the United States Bankruptcy Court for the Southern District of New York.

Dated: November 15, 2023
      New York, New York

By: _/s/ David J. Sheehan_
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

_Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff_