**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                 Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidationof Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                 Plaintiff,<br><br>v.<br><br>PF TRUSTEES LIMITED in its capacity as trustee of RD TRUST, SAFEHAND INVESTMENTS, STRONGBACK HOLDINGS CORPORATION,<br><br>                 Defendants. | Adv. Pro. No. 12-01701 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2023, the Notice of Adjournment of the Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: November 15, 2023
      New York, New York

    By: */s/ David J. Sheehan*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

# **SCHEDULE A**

---

**Defendant Counsel**

---

Carl H. Loewenson, Jr.
Gerardo Gomez Galvis
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Email: GGomezGalvis@mofo.com
Attorney For: PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, SafeHand Investments, Strongback Holdings Corporation