**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 29, 2023 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.    **23-01099; Picard v. Malcom Sage and Lynne Florio**

   A.    Letter Request to Convert Opinion to Proposed Findings of Fact and Conclusions of Law filed by Jonathan T. Koevary on behalf of Lynne Florio, Malcolm Sage (Filed: 10/13/2023) [ECF No. 45]

**Related Documents**:

B.    Notice of Hearing to consider the Letter Request to Convert Opinion to Proposed
Findings of Fact and Conclusions of Law filed by Jonathan T. Koevary on behalf
of Lynne Florio, Malcolm Sage filed by Clerk of Court, United States Bankruptcy
Court, SDNY. with hearing to be held on 11/16/2023 at 10:00 AM at
Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered:
10/16/2023) [ECF No. 46]

C.    Letter to Judge Morris in response to Defendants' letter dated October 13, 2023
filed by Lan Hoang on behalf of Irving H. Picard (Filed: 10/17/2023) [ECF No.
50]

D.    Notice of Adjournment of Hearing RE: Letter Request to Convert Opinion to
Proposed Findings of Fact and Conclusions of Law filed by Jonathan T. Koevary
on behalf of Lynne Florio, Malcolm Sage filed by Clerk of Court, United States
Bankruptcy Court, SDNY; 11/29/2023 at 10:00 AM at Videoconference
(ZoomGov) (CGM) (Vanessa Ashmeade) (Entered: 11/08/2023) [ECF No. 53]

**Status**:        This matter is going forward.

2.    **23-01099; Picard v. Malcom Sage and Lynne Florio**

A.    Notice of Presentment of Order Denying in Part and Granting in Part Defendants'
Motion to Dismiss the Complaint filed by David J. Sheehan on behalf of Irving H.
Picard (Filed: 10/17/2023) [ECF No. 48]

**Related Documents**:

B.    Opposition to Notice of Presentment of Entry of Order Denying in Part and
Granting in Part Defendants Motion to Dismiss the Complaint filed by Jonathan
T. Koevary on behalf of Lynne Florio, Malcolm Sage (Filed: 11/15/2023) [ECF
No. 54]

C.    Notice of Hearing to consider the Notice of Presentment of Order Denying in Part
and Granting in Part Defendants' Motion to Dismiss the Complaint filed by David
J. Sheehan on behalf of Irving H. Picard, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff and Opposition to Notice of
Presentment of Entry of Order Denying in Part and Granting in Part Defendants
Motion to Dismiss the Complaint filed by Jonathan T. Koevary on behalf of
Lynne Florio, Malcolm Sage filed by Clerk of Court, United States Bankruptcy
Court, SDNY. with hearing to be held on 12/20/2023 at 10:00 AM at
Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered:
11/16/2023) [ECF No. 55]

D.    Letter to Judge Morris regarding the hearing to consider the Notice of Presentment of Order Denying in Part and Granting in Part Defendants' Motion to Dismiss the Complaint filed by Lan Hoang on behalf of Irving H. Picard (Filed: 11/21/2023) [ECF No. 57]

E.    Amended Notice of Hearing to consider the Notice of Presentment of Order Denying in Part and Granting in Part Defendants Motion to Dismiss the Complaint filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff and Opposition to Notice of Presentment of Entry of Order Denying in Part and Granting in Part Defendants Motion to Dismiss the Complaint filed by Jonathan T. Koevary on behalf of Lynne Florio, Malcolm Sage filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 11/29/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 11/22/2023) [ECF No. 59]

**Status**:       This matter is going forward.

3.    **10-05286; Picard v. Legacy Capital Ltd.,** *et al.*

A.    Notice of Presentment of Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/30/2023) [ECF No. 282]

**Related Documents**:

B.    Objection of Legacy Capital to the Trustee's Proposed Order Amending Case Management Order filed by Eric Fisher on behalf of Legacy Capital Ltd. (Filed: 10/31/2023) [ECF No. 283]

C.    Notice of Hearing to consider Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff and Objection / Objection of Legacy Capital to the Trustee's Proposed Order Amending Case Management Order filed by Eric Fisher on behalf of Legacy Capital Ltd. filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 11/16/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 11/01/2023) [ECF No. 284]

D.    Notice of Adjournment of Hearing RE: Notice of Hearing to consider Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff and Objection / Objection of Legacy Capital to the Trustee's Proposed Order Amending Case Management Order filed by Eric Fisher on behalf of Legacy Capital Ltd. filed by Clerk of Court, United

States Bankruptcy Court, SDNY(related document(s): 284 Notice of Hearing filed by Clerk of Court, United States Bankruptcy Court, SDNY'; hearing not held and adjourned to11/29/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (VanessaAshmeade) (Entered: 11/08/2023) [ECF No. 286]

E.    Letter to the Honorable Cecelia G. Morris re: Adjournment of the November 16, 2023 Hearing to Consider Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/9/2023) [ECF No. 287]

**Status**:        This matter is going forward.

4.    **20-01316; Picard v. Rafael Mayer, *et al.***

A.    Notice of Presentment of Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/30/2023) [ECF No. 138]

**Related Documents**:

B.    Objection of Defendants to the Trustee's Proposed Order Amending Stipulated Case Management Order and Notice of Counter-Proposed Order filed by Daniel H. Tabak on behalf of Prince Capital Partners LLC, Prince Resources LDC (Filed: 10/31/2023) [ECF No. 139]

C.    Notice of Hearing to consider the Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Objection of Defendants to the Trustee's Proposed Order Amending Stipulated Case Management Order and Notice of Counter-Proposed Order filed by Daniel H. Tabak on behalf of Prince Capital Partners LLC, Prince Resources LDC filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 11/16/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (Ashmeade, Vanessa) (Entered: 11/01/2023) [ECF No. 140]

D.    Notice of Adjournment of Hearing RE: Notice of Hearing to consider the Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving Picard, as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and Objection of Defendants to the Trustee's Proposed Order Amending Stipulated Case Management Order and Notice of Counter-Proposed Order filed by Daniel H. Tabak on behalf of Prince Capital Partners LLC, Prince Resources LDC filed by Clerk of Court, United States Bankruptcy Court, SDNY.; hearing not held and adjourned to 11/29/2023 at 10:00 AM at Videoconference (ZoomGov) (CGM) (VanessaAshmeade) (Entered: 11/08/2023) [ECF No. 143]

    E.       Letter to the Honorable Cecelia G. Morris re: Adjournment of the November 16, 2023 Hearing to Consider Order Amending Stipulated Case Management Plan filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/9/2023) [ECF No. 144]

**Status**:        This matter is going forward.


Dated: November 22, 2023        Respectfully submitted,
      New York, New York

                           */s/ David J. Sheehan*
                           **Baker & Hostetler LLP**
                           45 Rockefeller Plaza
                           New York, New York 10111
                           Telephone: (212) 589-4200
                           Facsimile: (212) 589-4201
                           David J. Sheehan
                           Email: dsheehan@bakerlaw.com

                           *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*