**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | **SCHEDULING ORDER** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br>              v.<br><br>FIRST GULF BANK,<br><br>                              Defendant. | Adv. Pro. No. 11-2541 (CGM) |

The Discovery Arbitrator, having held a conference on November 29, 2023, hereby directs as follows:

1. Defendant First Gulf Bank shall submit its papers responding to the Trustee's Motion to Compel and to Depose Rule 30(b)(6) witnesses (referred to me pursuant to ECF No. 105) by December 11, 2023.

2. The Trustee shall indicate after reviewing First Gulf Bank's papers whether he wishes to submit a reply.

      3.    The Discovery Arbitrator shall hold a conference to address the Trustee's motion on January 5, 2024, at 2 p.m., at the JAMS offices, 620 Eighth Avenue, 34th Floor, New York, New York 10018.

SO ORDERED.

Dated:    New York, New York
            November 29, 2023

_____
Hon. Frank Maas (Ret.)
Discovery Arbitrator