**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (CGM) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> CITRUS INVESTMENT HOLDINGS LTD., <br><br> Defendant. | Adv. Pro. No. 10-04471 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: December 7, 2023
      New York, New York

                    By: */s/ Nicholas J. Cremona*
                    BAKER & HOSTETLER LLP
                    45 Rockefeller Plaza
                    New York, New York 10111
                    Telephone: 212.589.4200
                    Facsimile: 212.589.4201
                    David J. Sheehan
                    Email: dsheehan@bakerlaw.com
                    Nicholas J. Cremona
                    Email: ncremona@bakerlaw.com

                    *Attorneys for Irving H. Picard, Trustee*
                    *for the Substantively Consolidated SIPA*
                    *Liquidation of Bernard L. Madoff Investment*
                    *Securities LLC and the Chapter 7 Estate of*
                    *Bernard L. Madoff*

2

## **SCHEDULE A**

**Defendant Counsel**

Jeffrey Resetarits
Randall Martin
Shearman & Sterling LLP
Email: Jeffrey.Resetarits@shearman.com
Email: Randall.Martin@shearman.com
Attorney For: Citrus Investment Holdings, Ltd.