UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS                )
                              )    ss:
COUNTY OF DALLAS              )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 7, 2023, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000879)

Executed on December 8, 2023.

_____
Tassie Powers Barr

Sworn to and subscribed before me this ___8th___ day of __December__, 2023



(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER T000879**
**12/07/2023**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | The Lillian and Albert Small Capital Jewish Museum, Inc. | Attn: Ivy Barsky | 575 3rd Street, NW | | Washington DC | | 20001 |