UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                  Plaintiff,<br>v.<br><br>BNP PARIBAS – DUBLIN BRANCH,<br><br>                  Defendant. | Adv. Pro. No. 22-01087 (CGM) |

**STIPULATION AND ORDER TO WAIVE
ORAL ARGUMENT SCHEDULED FOR HEARING ON DECEMBER 20, 2023**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant BNP Paribas – Dublin Branch ("Defendant," and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on July 24, 2023, Defendant filed a motion to dismiss the Trustee's Complaint (the "Motion") [ECF No. 27]; on September 22, 2023, the Trustee opposed the

Motion [ECF No. 29]; and on October 23, 2023, Defendant filed a reply in further support of the Motion [ECF No. 31];

**WHEREAS**, pursuant to the Defendant's notice of hearing [ECF No. 28], a hearing to consider the Motion was scheduled for December 20, 2023, at 10:00 a.m.; and

**WHEREAS**, the Parties have conferred and agree to rest on their papers for all issues in the Motion and waive oral argument on the Motion.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will not hear oral argument on the Motion, and thus the hearing scheduled for 10:00 am on December 20, 2023 to consider the Motion is hereby cancelled and removed from the Court's calendar.

2. The Parties agree to rest on their papers for all issues in the Motion and waive oral argument on the Motion.

3. The Parties request the Court issue its ruling based on the Parties' papers for all issues.

4. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

*(Remainder of Page Intentionally Left Blank)*

Dated: December 11, 2023
New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Thomas S. Kessler*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Roger A. Cooper
Email: racooper@cgsh.com
Ari D. MacKinnon
Email: amackinnon@cgsh.com
Thomas S. Kessler
Email: tkessler@cgsh.com

*Attorneys for Defendant BNP Paribas – Dublin Branch*



**Dated: December 13, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**