**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that pursuant to an order of the Bankruptcy Court (as defined

below), dated November 12, 2010 (the "Settlement Procedures Order"), Irving H. Picard, in his

capacity as the Trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et*

*seq*., and the substantively consolidated estate of Bernard L. Madoff individually, is authorized

to enter into Settlement Agreements[1] with transferees in settlement of Avoidable Transfers in an amount up to and including $20 million on an account by account basis.

**PLEASE TAKE FURTHER NOTICE** that for those settlements with Avoidable Transfers in an amount greater than $7.5 million and less than or equal to $20 million, the Settlement Order provides that the Trustee will periodically file with the Court a Notice of Settlement that will disclose the financial details of such Settlement Agreement, including the dollar amount of the settlement, the total amount of the Avoidable Transfers and, if applicable, any relevant information considered by the Trustee in reaching the settlement.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Settlement Procedures Order, the Trustee hereby gives notice that he has entered into a Settlement Agreement, as set forth on Exhibit A hereto (collectively, the "Notice of Settlement").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Settlement Procedures Order, if no objection to the Notice of Settlement is filed and served upon the Trustee within fourteen days after the date hereof, the Settlement Agreement and the Notice of Settlement

---

[1] Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Settlement Procedures Order.

Agreement will automatically become effective and binding on the parties.

Dated: December 13, 2023          By:      */s/ Nicholas J. Cremona*
      New York, New York          **BAKER & HOSTETLER LLP**
           45 Rockefeller Plaza
           New York, New York 10111
           Telephone: (212) 589-4200
           Facsimile: (212) 589-4201
           David J. Sheehan
           Email: dsheehan@bakerlaw.com
           Nicholas J. Cremona
           Email: ncremona@bakerlaw.com

           *Attorneys for Irving H. Picard, Trustee*
           *for the Substantively Consolidated*
           *SIPA Liquidation of Bernard L. Madoff*
           *Investment Securities LLC and the*
           *Chapter 7 Estate of Bernard L. Madoff*

**EXHIBIT A**

**SUMMARY OF SETTLEMENT**

| TOTAL AVOIDABLE TRASFERS | SETTLEMENT AMOUNT | BASIS OF SETTLEMENT |
|---|---|---|
| $19,641,014 | $24,335,216.35 | Compromise recovers the full amount of all transfers of customer property received by defendant plus a portion of the prejudgment interest accrued to date, positively augments the customer property fund and avoids the risks, delays, and costs of continued litigation. |