**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>v.<br><br>UBS AG, *et al.*,<br><br>                    Defendants. | Adv. Pro. No. 10-04285 (CGM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, the *Notice of Voluntary Dismissal with Prejudice of Claims Against Defendant Pierre Delandmeter* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

| | |
|---|---|
| Dated: December 13, 2023<br>New York, New York | */s/ Oren J. Warshavsky*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Geoffrey A. North<br>Email: gnorth@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Chapter 7 Estate of*<br>*Bernard L. Madoff* |

## SCHEDULE A

**Defendant Counsel**

Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Attorney for: Access International Advisors LLC, ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, Patrick Littaye

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney for: LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN RUKAVINA and PAUL LAPLUME, Maitre Alain Rukavina in their capacity as liquidator and representative of Luxalpha Sicav, Paul Laplume in their capacity as liquidator and representative of Luxalpha Sicav

Brian Muldrew
Mark T. Ciani
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Email: mark.ciani@kattenlaw.com
Attorneys for: Access International Advisors LLC, Access International Advisors Ltd., ACCESS MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER, CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA VILLEHUCHET), Groupement Financier LTD., Patrick Littaye

Gabriel Herrmann
John Behrendt
Mark Kirsch
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com

Email: mking@gibsondunn.com
Attorneys for: UBS AG, UBS Europe SE (f/k/a UBS (Luxembourg) SA), UBS Fund Services (Luxembourg) SA, UBS Third Party Management Company SA

Jeffrey C. Fourmaux
Scott M. Berman
Friedman Kaplan Seiler Adelman & Robbins LLP
Email: jfourmaux@fklaw.com
Email: sberman@fklaw.com
Attorneys for: Pierre Delandmeter

Robert C. Penn Jr.
Robert Knuts
Sher Tremonte LLP
Email: rpenn@shertremonte.com
Email: rknuts@shertremonte.com
Attorneys for: Theodore Dumbauld