**BakerHostetler**

December 14, 2023

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

**VIA ECF**

Joanna F. Wasick
direct dial: 212.589.4635
jwasick@bakerlaw.com

Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, New York 10004-1408

Re:   Picard v. BGL BNP Paribas S.A., Adv. Pro. No. 12-01576 (CGM)

Dear Judge Morris:

Counsel for plaintiff Irving H. Picard (the "Trustee") and defendants BGL BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., and BNP Paribas (Suisse) S.A. (collectively, "Defendants," and together with the Trustee, the "Parties") write together in connection with a stipulation, filed yesterday, to waive oral argument on Defendants' motion to dismiss with respect to certain issues and to reschedule the December 20, 2023 hearing to 10:00 am on January 24, 2024 (ECF No. 206).

The Parties submitted the stipulation and requested the adjournment so that they can continue to streamline the issues for the Court and so that the Court need not hear argument or rule on issues that may become moot.

Respectfully submitted,

*/s/ Joanna F. Wasick*                              */s/ Thomas S. Kessler*
for the Trustee                                          for Defendants


cc:  Counsel of Record (by ECF and email)