UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UBS AG, *et al.*,<br>　　　　　　　　　Defendants. | Adv. Pro. No. 10-05311 (CGM) |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on December 14, 2023, the *Notice of Adjournment of Status Conference* was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: December 14, 2023
     New York, New York

*/s/ Oren J. Warshavsky*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*

## **SCHEDULE A**

---

**Defendant Counsel**

---

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Luxembourg Investment Fund, Luxembourg Investment Fund US Equity Plus, Maitre Alain Rukavina, Paul Laplume

Carmella O'Hanlon
Mark Kotwick
Seward & Kissel
Email: ohanlon@sewkis.com
Email: kotwick@sewkis.com
Attorney For: Reliance International Research, LLC

Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS EUROPE SE (f/k/a UBS (LUXEMBOURG) S.A.), UBS Third Party Management Company SA

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: M&B Capital Advisers Sociedad de Valores, S.A.