PROSKAUER ROSE LLP
Ehud Barak, Esq.
Russell T. Gorkin, Esq.
Elliot R. Stevens, Esq.
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900
Email: ebarak@proskauer.com
 rgorkin@proskauer.com
 estevens@proskauer.com

*Attorneys for Defendant Lion Global Investors Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LION GLOBAL INVESTORS LIMITED,<br><br>    Defendant. | Adv. Pro. No. 11-02540 (CGM) |

**NOTICE OF ADJOURNMENT OF HEARING
REGARDING LGI'S MOTION TO DISMISS**

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendant Lion Global Investors Limited ("Defendant," and with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS,** on July 06, 2023, the Court entered a Notice of Adjournment of the Hearing regarding LGI's Motion to Dismiss to December 20, 2023 ("Notice of Adjournment") (Doc. 156).

**WHEREAS,** pursuant to the Stipulation Amending the Scheduling Order on Jurisdictional Discovery (the "Stipulation") (Doc. 172), jurisdictional discovery is not scheduled to conclude until June 18, 2024.

**WHEREAS,** in light of the foregoing, the Parties have agreed to adjourn the December 20, 2023 Hearing regarding LGI's Motion to Dismiss to June 26, 2024.

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1. The Hearing regarding LGI's Motion to Dismiss scheduled for December 20, 2023 shall be adjourned to June 26, 2024.

Date: December 14, 2023
New York, New York

| | |
|---|---|
| By: */s/ Robertson D. Beckerlegge* | By: */s/ Ehud Barak* |
| **Baker & Hostetler LLP** | **Proskauer Rose LLP** |
| 45 Rockefeller Plaza | 11 Times Square |
| New York, New York 10111 | New York, New York 10036 |
| Telephone: (212) 589-4200 | Telephone: (212) 969-3000 |
| David J. Sheehan | Facsimile: (212) 969-2900 |
| dsheehan@bakerlaw.com | Ehud Barak |
| Robertson D. Beckerlegge | ebarak@proskauer.com |
| Email: rbeckerlegge@bakerlaw.com | Russell T. Gorkin |
| Eric R. Fish | rgordki@proskauer.com |
| Email: efish@bakerlaw.com | Elliot R. Stevens |
| | estevens@proskauer.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant Lion Global Investors Limited* |

**SO ORDERED.**

3