UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br>v.<br><br>NATIXIS FINANCIAL PRODUCTS LLC and BLOOM ASSET HOLDINGS FUND,<br><br>                              Defendants. | Adv. Pro. No. 23-01017 (CGM) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, the Notice of Adjournment of Pre-Trial Conference was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for

1

regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Dated: December 15, 2023
      New York, New York

By: */s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com
Carlos Ramos-Mrosovsky
Email: cramosmrosovsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

# SCHEDULE A

**Defendant Counsel**

Adam Levy
Bruce Ginsberg
Christine DeVito
H. Seiji Newman
Joseph Cioffi
Davis & Gilbert LLP
Email: alevy@dglaw.com
Email: bginsberg@dglaw.com
Email: cdevito@dglaw.com
Email: hnewman@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Bloom Asset Holdings Fund, Natixis Financial Products LLC