**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Case No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**SO ORDERED STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>MALCOLM SAGE and LYNNE FLORIO,<br><br>Defendants. | Adv. Pro No. 23-01099 (CGM) |

WHEREAS, on April 19, 2023 Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff (the "Trustee") filed a complaint (the "Complaint") commencing the above captioned adversary proceeding (Adv. Pro No. 23-01099 (CGM)) (the

12305638-1

"Action") against Malcolm Sage and Lynne Florio (each a "Defendant," and together with the Trustee, the "Parties").

WHEREAS, on December 5, 2023, the Court entered its *Order Denying in Part and Granting in Part Defendants' Motion to Dismiss* [Dkt. No. 63] (the "MTD Order").

WHEREAS, pursuant to the MTD Order and Rule 9006 of the Federal Rules of Bankruptcy Procedure, Defendants must file an answer to the Complaint by December 26, 2023.

WHEREAS, the Parties have agreed to extend the Defendants' time to answer the Complaint to through and including January 22, 2024.

NOW THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. Defendants' time to answer is hereby extended through and including January 22, 2024.

2. This stipulation is without prejudice to Defendants' right to move for a further extension of the time to answer.

12305638-1

Dated: December 15, 2023
New York, New York

Of Counsel:

**BAKER & HOSTETLER LLP**
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile (216) 696-0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

By: */s/ Lan Hoang*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of BLMIS and the Chapter 7 Estate of Bernard L. Madoff*

**OLSHAN FROME WOLOSKY LLP**

By:   /s/ Jonathan Koevary
Thomas J. Fleming
Jonathan T. Koevary
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
afriedman@olshanlaw.com
jkoevary@olshanlaw.com

*Attorneys for Defendants*

3

12305638-1