# EXHIBIT B

| | |
|---|---|
| **From:** | Steiner, Neil |
| **To:** | Araghi, Shaia; Kim, Amos |
| **Cc:** | Calvani, Torello; Molina, Marco |
| **Subject:** | RE: Picard v. Equity Trading Portfolio Limited, Adv. Pro. No. 10-04456 (CGM) - Trustee"s Initial Disclosures |
| **Date:** | Tuesday, June 6, 2023 7:16:20 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Just working on final signoff but in court in DE tomorrow.  Will try end of week/Monday – consistent with what I've been trying to explain for a while, there's not going to be anything new (we have no docs other than what you already have and don't have insurance)

**Neil A. Steiner**

**Dechert LLP**
+1 212 698 3822 Direct
+1 212 810 6043 Mobile
+1 212 698 0480 Fax
neil.steiner@dechert.com
dechert.com

---

**From:** Araghi, Shaia <saraghi@bakerlaw.com>
**Sent:** Friday, June 02, 2023 11:47 AM
**To:** Steiner, Neil <neil.steiner@dechert.com>; Kim, Amos <akim@bakerlaw.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>
**Subject:** RE: Picard v. Equity Trading Portfolio Limited, Adv. Pro. No. 10-04456 (CGM) - Trustee's Initial Disclosures

[EXTERNAL EMAIL]

Neil,

When can we expect to receive the initial disclosures from Equity Trading Portfolio? When you have a moment, please advise.

Thank you,

Shaia

Shaia Araghi
BakerHostetler
T +1.714.966.8892

---

**From:** Steiner, Neil <neil.steiner@dechert.com>
**Sent:** Friday, May 19, 2023 10:29 AM
**To:** Kim, Amos <akim@bakerlaw.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Araghi,

Shaia <saraghi@bakerlaw.com>
**Subject:** RE: Picard v. Equity Trading Portfolio Limited, Adv. Pro. No. 10-04456 (CGM) - Trustee's Initial Disclosures

Hopefully…thanks.

**Neil A. Steiner**

**Dechert LLP**
+1 212 698 3822 Direct
+1 212 810 6043 Mobile
+1 212 698 0480 Fax
neil.steiner@dechert.com
dechert.com

---

**From:** Kim, Amos <akim@bakerlaw.com>
**Sent:** Friday, May 19, 2023 1:28 PM
**To:** Steiner, Neil <neil.steiner@dechert.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Araghi, Shaia <saraghi@bakerlaw.com>
**Subject:** RE: Picard v. Equity Trading Portfolio Limited, Adv. Pro. No. 10-04456 (CGM) - Trustee's Initial Disclosures

[EXTERNAL EMAIL]

Thank you for the response. I'll cancel the mailing of the Trustee's initial disclosures. According to the case management plan, the initial disclosures are due 30 days from the filing of the CMP, which makes it today. Would a week or two be sufficient?

Best,

Amos

Amos Kim
BakerHostetler
T +1.212.589.4232

---

**From:** Steiner, Neil <neil.steiner@dechert.com>
**Sent:** Friday, May 19, 2023 1:26 PM
**To:** Kim, Amos <akim@bakerlaw.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Araghi, Shaia <saraghi@bakerlaw.com>
**Subject:** RE: Picard v. Equity Trading Portfolio Limited, Adv. Pro. No. 10-04456 (CGM) - Trustee's Initial Disclosures

[External Email: Use caution when clicking on links or opening attachments.]

Emails probably crossed – no need to serve hard copies.

**Neil A. Steiner**

**Dechert LLP**
+1 212 698 3822 Direct
+1 212 810 6043 Mobile
+1 212 698 0480 Fax
neil.steiner@dechert.com
dechert.com

---

**From:** Kim, Amos <akim@bakerlaw.com>
**Sent:** Friday, May 19, 2023 1:25 PM
**To:** Steiner, Neil <neil.steiner@dechert.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Araghi, Shaia <saraghi@bakerlaw.com>
**Subject:** Picard v. Equity Trading Portfolio Limited, Adv. Pro. No. 10-04456 (CGM) - Trustee's Initial Disclosures

[EXTERNAL EMAIL]

Good Afternoon Neil,

In accordance with the case management plan so ordered in this case, please see the Trustee's written initial disclosures attached. You can also expect to receive a hard copy version of the attached disclosures via U.S. mail.

Also, please let us know if you agree to email service for future discovery purposes, including discovery requests and responses and objections. Have a nice weekend.

Best,

**Amos Kim**
He | Him | His
Associate
_____

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4232

akim@bakerlaw.com
bakerlaw.com

  

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.

If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.