**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>                        Plaintiff,<br>      v.<br><br>BGL BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST CAYMAN LIMITED, BNP PARIBAS S.A., and BNP PARIBAS (SUISSE) S.A.,<br><br>                        Defendants. | Adv. Pro. No. 12-01576 (CGM) |

**STIPULATION AND ORDER TO WAIVE**
**ORAL ARGUMENT ON CERTAIN ISSUES SCHEDULED FOR**
**HEARING AND TO RESCHEDULE HEARING TO JANUARY 24, 2024**

      Plaintiff Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, and defendants BGL BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., and BNP Paribas (Suisse) S.A. (collectively, "Defendants,"

and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on July 24, 2023, Defendants filed a motion to dismiss the Trustee's Second Amended Complaint (the "Motion") [ECF No. 198]; on September 22, 2023, the Trustee opposed the Motion [ECF No. 200]; and on October 23, 2023, Defendants filed a reply in further support of the Motion [ECF No. 202] (collectively, the "Motion Papers");

**WHEREAS**, pursuant to Defendants' notice of hearing [ECF No. 199], a hearing to consider the Motion was scheduled for December 20, 2023, at 10:00 a.m.; and

**WHEREAS**, the Parties have conferred and agree to rest on the Motion Papers for all issues, except on the issue related to the timeliness of the Trustee's amendments under Federal Rule of Civil Procedure 15 (the "Timeliness Issue"), Mot. at 9–17, and have agreed to waive oral argument on the Motion for all other issues; and

**WHEREAS**, the Parties have conferred and agreed that, in the interest of the efficient administration of this case, oral argument on the Timeliness Issue should be rescheduled for the Court's omnibus hearing date on January 24, 2024 at 10:00 a.m.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, and **SO ORDERED**, by the Court:

1. The Court will hear oral argument on the Motion on the Timeliness Issue at the January 24, 2024 hearing.
2. Except for the Timeliness Issue, the Parties waive oral argument on all other issues and request the Court issue its ruling based on the Motion Papers.

3. The Parties otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Dated: December 13, 2023
New York, New York

By: */s/ Torello H. Calvani*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Joanna F. Wasick
Email: jwasick@bakerlaw.com
Matthew B. Friedman
Email: mfriedman@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Thomas S. Kessler*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Roger A. Cooper
Email: racooper@cgsh.com
Ari D. MacKinnon
Email: amackinnon@cgsh.com
Thomas S. Kessler
Email: tkessler@cgsh.com

*Attorneys for Defendants BGL BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., and BNP Paribas (Suisse) S.A.*



**Dated: December 15, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**