**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather R. Wlodek

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

Presentment Date: December 26, 2023
Time: 12:00 p.m.

Objections Due: December 26, 2023
Time: 11:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**TRUSTEE'S APPLICATION FOR AN ORDER APPROVING THE RETENTION OF WINKLER PARTNERS AS SPECIAL COUNSEL**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the Chapter 7 estate of Bernard L. Madoff (together with BLMIS, the "Debtor"), by and through his undersigned counsel, hereby submits this Application for authority to retain Winkler Partners ("Winkler") as special counsel

in Taiwan, and respectfully represents as follows:

## Jurisdiction

1. This Court has jurisdiction over this Application under SIPA section 78eee(b) and 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are section 78eee(b)(3) of SIPA, sections 327(a), 328, and 330 of the Bankruptcy Code, and Fed. R. Bankr. P. 2014.

## Background

3. On December 11, 2008, the Securities and Exchange Commission filed a complaint in the United States District Court for the Southern District of New York against Bernard L. Madoff and BLMIS, alleging that Madoff and BLMIS engaged in fraud through the investment advisory activities of BLMIS. *See United States v. Madoff*, No. 08 CV 10791 (S.D.N.Y. 2008).

4. On December 15, 2008, the Honorable Louis L. Stanton of the United States District Court for the Southern District of New York entered an order pursuant to SIPA, which in pertinent part:

   a) appointed the Trustee for the liquidation of the business of BLMIS pursuant to section 78eee(b)(3) of SIPA;

   b) appointed Baker & Hostetler LLP as counsel to the Trustee pursuant to section 78eee(b)(3) of SIPA; and

   c) removed the case to this Bankruptcy Court pursuant to section 78eee(b)(4) of SIPA.

5. Issues have arisen in Taiwan that require the Trustee's representation by local counsel. The Trustee seeks to retain Winkler to advise the Trustee regarding various issues under Taiwanese law and assist the Trustee with litigation where Taiwanese law is implicated.

**Relief Requested**

6.  Winkler is a Taiwanese law firm with an office in Taipei. It focuses its practice on dispute resolution, intellectual property, employment and corporate law. Mr. Peter Dernbach, the coordinating partner of Winkler, has years of experience working on U.S. and Taiwanese litigation. He is registered as an Attorney of Foreign Legal Affairs with Taiwan's Ministry of Justice and is admitted to practice law in California and the District of Columbia.

7.  The services of Winkler and Mr. Dernbach are necessary and essential to enable the Trustee to execute faithfully his duties in the SIPA liquidation proceeding. The Trustee, therefore, proposes to retain and employ Winkler as special counsel with regard to litigation and any similar matters as directed by the Trustee.

8.  The Trustee submits that the retention of Winkler is permissible under section 78eee(b)(3) of SIPA and is in the best interest of the Debtor's estate, customers, and creditors. To the best of the Trustee's knowledge, as disclosed in Mr. Dernbach's declaration of disinterestedness annexed hereto as Exhibit A, the partners of Winkler are disinterested pursuant to sections 78eee(b)(3) and 78eee(b)(6) of SIPA and do not hold or represent any interest adverse to the Debtor's estate with respect to the matter for which Winkler is to be retained.

9.  Winkler is willing to act on the Trustee's behalf to render the foregoing professional services and will be compensated at agreed upon rates, listed below, which reflect a reduction of its normal rates by at least ten percent (10%). Applications for compensation to Winkler will be filed with this Court pursuant to applicable statutes, rules, and orders of this Court. Winkler's rate information is as follows:

| Attorney | Standard Hourly Rate | Discounted Hourly Rate |
|---|---|---|
| Peter J. Dernbach | NT$15,000 | NT$13,500 |
| Gary Kuo | NT$13,500 | NT$12,150 |
| Ling-ying Hsu | NT$12,000 | NT$10,800 |

| | | |
|---|---|---|
| Brian Wang | NT$9,000 | NT$8,100 |
| Helen Chen | NT$8,000 | NT$7,200 |
| Selma Tseng | NT$7,000 | NT$6,300 |
| Yi-Kai Chen | NT$6,000 | NT$5,400 |
| Chi-hsien Nieh | NT$6,000 | NT$5,400 |
| Natalie Lee | NT$6,000 | NT$5,400 |
| Emma Chiu | NT$6,000 | NT$5,400 |
| George Bobyk | NT$6,000 | NT$5,400 |
| Senior Associates | NT$6,000-10,000 | NT$5,400-9,000 |
| Associates/Paralegals | NT$5,000-9,000 | NT$4,500-8,100 |
| Other Support Staff | NT$3,000-4,500 | NT$2,700-4,050 |

Winkler and Baker & Hostetler will coordinate so there will be no duplication of efforts.

10.  SIPC has no objection to this Application and, pursuant to SIPA section 78eee(b)(3), SIPC specifies and approves of the retention of Winkler as the Trustee's special counsel in Taiwan.

**Notice**

11.  Notice of this Application will be provided by U.S. Mail or email to (i) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (ii) all parties that have filed a notice of appearance in this case; (iii) the SEC; (iv) the IRS; (v) the United States Attorney for the Southern District of New York; and (vi) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).  The Trustee submits that no other or further notice is required.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order substantially in the form of Exhibit B hereto, (a) granting this Application; (b) authorizing the Trustee to employ Winkler as special counsel in Taiwan for the purposes described herein; and (c) granting the Trustee such other and further relief as is just and proper.

Dated: December 15, 2023
       New York, New York

Respectfully submitted,

/s/ *David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*