**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, |
| Plaintiff-Applicant, |
| v. |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, |
| Defendant. |
| In re: |
| BERNARD L. MADOFF, |
| Debtor. |

Adv. Pro. No. 08-01789 (CGM)

SIPA LIQUIDATION

(Substantively Consolidated)

## AFFIDAVIT OF MAILING

STATE OF TEXAS               )
                                     )     ss:

COUNTY OF DALLAS           )

         TASSIE POWERS BARR, being duly sworn, deposes and says:

1.      I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On December 16, 2023, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. MOTION FOR AN ORDER APPROVING FIFTEENTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FIFTEENTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 23806)

2. AFFIDAVIT OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR AN ORDER APPROVING THE FIFTEENTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING FIFTEENTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 23807)

Executed on December 18, 2023

_____
Tassie Powers Barr

Sworn to and subscribed before me this _____*18 th*_____ day of _*December*_ 2023

```
MARY S BETIK
Notary ID #4866693
My Commission Expires
March 12, 2026
```

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A
12/18/2023

| Name | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|------|---------|-----------|-----------|------|-------|-----|---------|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
12/26/2023

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/26/2023

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/16/2023

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/18/2023

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/26/2023

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
12/15/2023

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons