UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTEC2"<br><br>?????????????<br><br>TION CORPORATION,<br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | **SPECIAL MASTER'S ORDER NO. 2** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>          v.<br><br>FIRST GULF BANK,<br><br>                    Defendant. | Adv. Pro. No. 11-2541 (CGM) |

     Respondent First Gulf Bank has submitted opposition papers which seek, among other relief, the potential postponement of the previously-scheduled January 5 conference. The Trustee opposes this request. Given the lengthy delays in this case, I agree with the Trustee that a conference is necessary.

     Accordingly, the Discovery Arbitrator will hold a conference to address the Trustee's motion on January 5, 2024, at 2 p.m., at the JAMS offices, 620 Eighth Avenue, 34th Floor, New York, New York 10018.

     SO ORDERED.

Dated:    New York, New York
             December 18, 2023

2

_____
Hon. Frank Maas (Ret.)
Discovery Arbitrator