**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 20, 2023 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A. Forty-Third Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2023 through July 31, 2023 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 4/1/2023 to 7/31/2023, fee: $37,990,399.23, expenses: $192,198.45. filed by Baker & Hostetler, L.L.P. (Filed: 10/26/2023) [ECF No. 23694]

**Opposition Due**:   November 27, 2023

**Opposition Filed**:   None.

**Related Documents**:

B.   Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from April 1, 2023 through July 31, 2023 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/26/2023) [ECF No. 23714]

C.   Recommendation of the Securities Investor Protection Corporation In Support Of Forty-Third Application Of Trustee And Counsel For Interim Compensation and Reimbursement of Expenses filed by Michael Post on behalf of Securities Investor Protection Corporation (Filed: 11/13/2023) [ECF No. 23748]

D.   Certificate of No Objection to Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from April 1, 2023 through July 31, 2023 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/29/2023) [ECF No. 23784]

**Status**:   This matter is going forward.

Dated: December 18, 2023
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*