### EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: April 1, 2023 – July 31, 2023 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 10/26/2023 ECF No. 23694 | 4/1/2023 – 7/31/2023 | $37,990,399.23 | $37,990,399.23 | $34,191,359.30 | $0 | $34,191,359.30 | $192,198.45 | $192,198.45 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 10/26/2023 ECF No. 23695 | 4/1/2023 – 7/31/2023 | $34,338.57 | $34,338.57 | $27,470.85 | $0 | $27,470.85 | $2,232.01 | $2,232.01 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 10/26/2023 ECF No. 23696 | 4/1/2023 – 7/31/2023 | $519,769.27 | $519,769.27 | $415,815.41 | $0 | $415,815.41 | $0 | $0 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | 10/26/2023 ECF No. 23700 | 4/1/2023 – 7/31/2023 | $1,087.57 | $1,087.57 | $870.05 | $0 | $870.05 | $1.97 | $1.97 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 10/26/2023 ECF No. 23713 | 4/1/2023 – 7/31/2023 | $153,063.63 | $153,063.63 | $122,450.90 | $0 | $122,450.90 | $1,044.15 | $1,044.15 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 10/26/2023 ECF No. 23704 | 4/1/2023 – 7/31/2023 | $3,203,132.00 | $3,203,132.00 | $2,562,505.60 | $0 | $2,562,505.60 | $713.65 | $713.65 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 10/26/2023 ECF No. 23698 | 4/1/2023 – 7/31/2023 | $126,109.13 | $126,109.13 | $100,887.30 | $0 | $100,887.30 | $1,659.71 | $1,659.71 |
| Kugler Kandestin LLP, Special Counsel to the Trustee | 10/26/2023 ECF No. 23701 | 4/1/2023 – 7/31/2023 | $3,404.84 | $3,404.84 | $2,723.87 | $0 | $2,723.87 | $0 | $0 |
| Velitor Law, Special Counsel to the Trustee | 10/26/2023 ECF No. 23705 | 4/1/2023 – 7/31/2023 | $32,404.21 | $32,404.21 | $25,923.37 | $0 | $25,923.37 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | 10/26/2023 ECF No. 23703 | 4/1/2023 – 7/31/2023 | $1,269.00 | $1,269.00 | $1,015.20 | $0 | $1,015.20 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 10/26/2023 ECF No. 23697 | 4/1/2023 – 7/31/2023 | $26,119.58 | $26,119.58 | $20,895.66 | $0 | $20,895.66 | $0 | $0 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | 10/26/2023 ECF No. 23702 | 4/1/2023 – 7/31/2023 | $5,028.29 | $5,028.29 | $4,022.63 | $0 | $4,022.63 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Bowman and Brooke, Special Counsel to the Trustee | 10/26/2023 ECF No. 23712 | 4/1/2023 – 7/31/2023 | $47,031.00 | $47,031.00 | $37,624.80 | $0 | $37,624.80 | $1,342.50 | $1,342.50 |
| Holland & Hart, Special Counsel to the Trustee | 10/26/2023 ECF No. 23711 | 4/1/2023 – 7/31/2023 | $23,779.30 | $23,779.30 | $19,023.44 | $0 | $19,023.44 | $17.50 | $17.50 |
| Daeryook & Aju LLC, Special Counsel to the Trustee | 10/26/2023 ECF No. 23708 | 4/17/2023 – 7/31/2023 | $19,446.75 | $19,446.75 | $15,557.40 | $ 0 | $15,557.40 | $0 | $0 |
| Kelley, Wolter & Scott, P.A., Special Counsel to the Trustee | 10/26/2023 ECF No. 23709 | 4/1/2023 – 7/31/2023 | $2,970.02 | $2,970.02 | $2,376.02 | $0 | $2,376.02 | $0 | $0 |
| The Scaletta Law Firm, PLLC, Special Counsel to the Trustee | 10/26/2023 ECF No. 23710 | 8/1/2023 – 7/31/2023 | $3,555.72 | $3,555.72 | $2,844.58 | $0 | $2,844.58 | $0 | $0 |
| Alfaro, Ferrer, Ramirez, Special Counsel to the Trustee | 10/26/2023 ECF No. 23706 | 4/1/2023 – 7/31/2023 | $1,757.48 | $1,757.48 | $1,405.98 | $0 | $1,405.98 | $0 | $0 |
| Tan Kok Quan Partnership, Special Counsel to the Trustee | 10/26/2023 ECF No. 23707 | 4/1/2023 – 7/31/2023 | $28,355.73 | $28,355.73 | $22,684.58 | $0 | $22,684.58 | $592.52 | $592.52 |

Schedule A(1)					DATE: __/__/__			INITIALS: __ USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (CGM)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,562,743,500.96 | $1,562,743,500.96 | $1,547,935,520.87 | $21,878,359.09 | $21,878,359.09 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,422,375.12 | $1,422,375.12 | $1,422,375.12 | $127,860.06 | $127,860.06 |
| SCA Ontier, Special Counsel to the Trustee | $1,513,180.19 | $1,513,180.19 | $1,513,180.19 | $12,488.30 | $12,488.30 |
| Addleshaw Goddard (Ireland) LLP, Special Counsel to the Trustee | $853,695.98 | $853,695.98 | $849,550.92 | $49,585.08 | $49,585.08 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Schiltz & Schiltz, Special Counsel to the Trustee | $2,914,172.23 | $2,914,172.23 | $2,867,440.50 | $228,332.79 | $228,332.79 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $124,876.90 | $124,876.90 | $115,377.19 | $2,458.43 | $2,458.43 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | $6,735,934.79 | $6,735,934.79 | $6,711,682.59 | $280,517.72 | $280,517.72 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $4,184,904.04 | $4,184,904.04 | $3,961,459.64 | $83,409.27 | $83,409.27 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $93,285,931.20 | $93,285,931.20 | $91,460,032.99 | $869,114.92 | $869,114.92 |
| UGGC & Associés, Special Counsel to the Trustee | $2,886,564.90 | $2,886,564.90 | $2,854,473.00 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $327,580.91 | $327,580.91 | $326,368.93 | $1,646.54 | $1,646.54 |
| Soroker - Agmon, Special Counsel to the Trustee | $17,067,620.02 | $17,067,620.02 | $16,642,505.09 | $611,564.08 | $611,564.08 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $21,029,005.36 | $21,029,005.36 | $20,899,769.03 | $1,347,282.80 | $1,347,282.80 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $9,458.50 | $9,458.50 | $9,162.16 | $2,184.80 | $2,184.80 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $140,308.98 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $86,880.33 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $109,469.99 | $109,469.99 | $106,714.24 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $230,212.21 | $230,212.21 | $222,598.88 | $365.04 | $365.04 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel to the Trustee | $1,590,624.24 | $1,590,624.24 | $1,590,624.24 | $23,518.30 | $23,518.30 |
| Monfrini Bitton Klein, Special Counsel to the Trustee | $510,124.57 | $510,124.57 | $470,659.92 | $8,813.68 | $8,813.68 |
| Soffer Avocats, Special Counsel to the Trustee | $45,420.24 | $45,420.24 | $45,420.24 | $1,330.74 | $1,330.74 |
| Velitor Law, Special Counsel to the Trustee | $103,203.27 | $103,203.27 | $92,972.75 | $0 | $0 |
| Travers Thorp Alberga, Special Counsel to the Trustee | $15,282.00 | $15,282.00 | $12,225.60 | $0 | $0 |
| Bowman and Brooke, Special Counsel to the Trustee | $100,935.04 | $100,935.04 | $86,921.46 | $7,738.73 | $7,738.73 |
| Lukins & Annis P.S., Special Counsel to the Trustee | $13,222.20 | $13,222.20 | $13,222.20 | $1,155.94 | $1,155.94 |
| Alpeggiani Studio Legale Associato, Special Counsel to the Trustee | $20,612.65 | $20,612.65s | $18,442.62 | $129.91 | $129.91 |
| Holland & Hart, Special Counsel to the Trustee | $61,719.70 | $61,719.70 | $53,169.80 | $6,245.77 | $6,245.77 |
| Alfaro, Ferrer, Ramirez, Special Counsel to the Trustee | $9,495.19 | $9,495.19 | $7,596.14 | $0 | $0 |
| Tan Kok Quan Partnership, Special Counsel to the Trustee | $32,278.22 | $32,278.22 | $25,822.57 | $1,165.95 | $1,165.95 |
| Daeryook & Aju LLC, Special Counsel to the Trustee | $19,446.75 | $19,446.75 | $15,557.40 | $0 | $0 |

Schedule B(1)     DATE: __/__/__     INITIALS: :__ USBJ