**DAVIS+GILBERT LLP**
1675 Broadway
New York, NY 10019
T: (212) 468-4800

*Attorneys for Defendant Natixis S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Bankruptcy Court Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br><br><br>     Debtor. | **ORAL ARGUMENT REQUESTED** |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br> v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>     Defendants. | S.D.N.Y. Case No. _____<br><br>Bankruptcy Court<br>Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF MOTION**

  Defendant Natixis S.A. ("Natixis") hereby provides notice in accordance with Local

Bankruptcy Rule 8010-1 that Natixis has filed with the clerk of the Court for transmittal to the

United States District Court for the Southern District of New York a motion pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004 for leave to appeal the Court's Order entered on November 17, 2023, Adv. Pro. No. 10-05353 (CGM) (Bankr. S.D.N.Y.), ECF No. 237, denying Natixis's motion to dismiss the Amended Complaint of plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff.

Dated: December 22, 2023
New York, New York

**DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
Bruce M. Ginsberg
H. Seiji Newman
Adam M. Levy
Christine DeVito
1675 Broadway
New York, NY 10019
T: (212) 468-4800
jcioffi@dglaw.com
bginsberg@dglaw.com
hsnewman@dglaw.com
alevy@dglaw.com
cdevito@dglaw.com

*Attorneys for Defendant Natixis S.A.*