**DAVIS+GILBERT LLP**
1675 Broadway
New York, NY 10019
T: (212) 468-4800

*Attorneys for Defendant Natixis S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br> v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>    Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 22, 2023, (i) the Notice of Appeal of Defendant Natixis S.A. ("Natixis") and all exhibits thereto, (ii) the Civil Cover Sheet, (iii) the Notice of Natixis's Motion for Leave to Appeal, and (iv) the Memorandum of Law in support of Natixis's Motion

for Leave to Appeal and all exhibits thereto, were served by filing them via the Court's Electronic Case Filing system. Notice of this filing has been sent through the Court's Electronic Case Filing system and via electronic transmission to the email addresses designated for delivery.

Dated: December 22, 2023
New York, New York

**DAVIS+GILBERT LLP**

By: */s/ Joseph Cioffi*
Joseph Cioffi
Bruce M. Ginsberg
H. Seiji Newman
Adam M. Levy
Christine DeVito
1675 Broadway
New York, NY 10019
T: (212) 468-4800
jcioffi@dglaw.com
bginsberg@dglaw.com
hsnewman@dglaw.com
alevy@dglaw.com
cdevito@dglaw.com

*Attorneys for Defendant Natixis S.A.*

2