UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SDNY Case No. _____<br><br>Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>    Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## NOTICE OF APPEAL

**Part 1: Identify the Appellant(s)**

1. **Name(s) of appellant:** Tensyr Limited.

2. **Position of appellant in the adversary proceeding that is the subject of this appeal:** Defendant.

**Part 2: Identify the Subject of this Appeal**

1. **Describe the judgment or the appealable order or decree from which the appeal is taken**:

Defendant-Appellant appeals under 28 U.S.C. § 158(a)(3) from the Order Denying Defendant Tensyr Limited's Motion to Dismiss the Amended Complaint (ECF No. 239) (the "Order") (attached as Exhibit A). The Order was based on the Memorandum Decision Denying Defendants' Motion to Dismiss (ECF No. 233) (attached as Exhibit B).

2. **State the date on which the judgment or the appealable order or decree was entered**:

The Order was entered on November 20, 2023, and the Decision was entered on November 3, 2023.

On November 30, 2023, the Bankruptcy Court entered a Stipulation and Order extending Tensyr's time to file its notice of appeal and motion for leave to appeal to December 26, 2023. *See* ECF No. 242.

**Part 3: Identify the Other Parties to the Appeal**

The relevant parties to the Order and Decision, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| **Defendant-Appellant** | **Attorneys of Defendant-Appellant** |
|---|---|
| Tensyr Limited | **Freshfields Bruckhaus Deringer US LLP**<br>Timothy P. Harkness<br>David Y. Livshiz<br>Christian Vandergeest<br>Adam Betts<br><br>601 Lexington Avenue, 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001 |
| **Plaintiff-Appellees** | **Attorneys for Plaintiff-Appellees** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff | **Baker & Hostetler LLP**<br>David J. Sheehan<br>Joanna F. Wasick<br>Carlos Ramos-Mrosovsky<br><br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 |

**Part 4: Optional Election to Have Appeal Heard by District Court**

Not applicable (no Bankruptcy Appellate Panel in this District).

**Part 5: Signature**

Dated: New York, New York
December 26, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: *s/ David Y. Livshiz*
Timothy P. Harkness
David Y. Livshiz
Christian Vandergeest
Adam Betts

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com
adam.betts@freshfields.com

*Attorneys for Defendant Tensyr Limited*