**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SDNY Case No. _____<br><br>Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>    Defendants. | Adv. Pro. No. 10-05353 (CGM) |

**NOTICE OF MOTION FOR LEAVE TO APPEAL**

    Defendant Tensyr Limited hereby provides notice in accordance with Local Bankruptcy Rule 8010-1 that Tensyr has filed with the clerk of this Court for transmittal to the United States District Court for the Southern District of New York a motion pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004 for leave to appeal this Court's Order entered on November 20, 2023, Adv. Pro. No. 10-5353 (CGM) (Bankr. S.D.N.Y.), ECF No. 239, denying Tensyr's motion to dismiss the Amended Complaint of Plaintiff Irving H. Picard, Trustee for the

Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff.

Dated: New York, New York
December 26, 2023

Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: *s/ David Y. Livshiz*
Timothy P. Harkness
David Y. Livshiz
Christian Vandergeest
Adam Betts

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com
adam.betts@freshfields.com

*Attorneys for Defendant Tensyr Limited*