# Exhibit A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br>  v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>      Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## ORDER DENYING DEFENDANT TENSYR LTD.'S
## MOTION TO DISMISS THE AMENDED COMPLAINT

  Defendant Tensyr Ltd.'s (the "Defendant") motion to dismiss the Amended Complaint

under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) (the

"Motion," ECF No. 203) was heard before the Court on October 18, 2023 (the "Hearing," ECF

No. 227). The Court has considered the Motion, the papers filed in support of (ECF Nos. 204–06,

216–17) and in opposition to the Motion (ECF Nos. 211, 218), the Amended Complaint (ECF No. 193), and the statements of counsel at the Hearing, and the Court has issued its Memorandum Decision Denying Defendant's Motion to Dismiss, dated November 3, 2023 (the "Decision," ECF No. 233). Based on the record in this adversary proceeding, including the Decision, **IT IS ORDERED**:

    1.    The Motion is denied.

    2.    The deadline for Defendant to answer the Complaint is January 12, 2024.

    3.    The Court shall retain jurisdiction to implement or enforce this Order.



**Dated: November 20, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**