**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SDNY Case No. _____<br><br>Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>NATIXIS S.A. and TENSYR LTD.,<br><br>    Defendants. | Adv. Pro. No. 10-05353 (CGM) |

## CORPORATE DISCLOSURE STATEMENT

  In compliance with Rule 8012 of the Federal Rules of Bankruptcy Procedure, Defendant Tensyr Limited, through its undersigned attorneys, hereby discloses as follows:

1. The immediate shareholders in Tensyr Limited are Intertrust Nominees (Jersey) Limited and Intertrust Nominees (2) (Jersey) Limited (the "Nominees").

2. The Nominees hold the shares pursuant to declarations of trust in favor of Intertrust Corporate Trustee (Jersey) Limited (the "Trustee") in its capacity as trustee of the Tensyr Charitable Trust.

3. The Trustee is 100% owned by Intertrust Fiduciary Services (Jersey) Limited ("Intertrust Fiduciary"), and both the Trustee and Intertrust Fiduciary are regulated by the Jersey Financial Services Commission as regulated trust company businesses.

4. The shareholder in Intertrust Fiduciary is Intertrust Fiduciary Services Holding Company Limited ("Intertrust Holding"), a Cayman Islands company. Intertrust Holding is indirectly wholly owned by WMB Holdings, Inc., a Delaware company, and the top holding company in this structure.

Dated: New York, New York
December 26, 2023

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: *s/ David Y. Livshiz*
Timothy P. Harkness
David Y. Livshiz
Christian Vandergeest
Adam Betts

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com
adam.betts@freshfields.com

*Attorneys for Defendant Tensyr Limited*