**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SDNY Case No. _____ |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (CGM) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05353 (CGM) |
| Plaintiff, | |
| v. | |
| NATIXIS S.A. and TENSYR LTD., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, David Y. Livshiz, hereby certify that on December 26, 2023, the following were served by filing them with the Court's Electronic Case Filing system: (i) Defendant Tensyr Limited's Notice of Appeal with Civil Cover Sheet; (ii) Defendant Tensyr Limited's Notice of Motion for Leave to Appeal and accompanying Memorandum of Law; and (iii) Defendant Tensyr Limited's Corporate Disclosure Statement.  Notice of this filing has been sent to all parties in the above-captioned adversary proceeding through the Court's Electronic Case Filing System.

Dated: New York, New York
December 26, 2023

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: *s/ David Y. Livshiz*
Timothy P. Harkness
David Y. Livshiz
Christian Vandergeest
Adam Betts

601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
david.livshiz@freshfields.com
christian.vandergeest@freshfields.com
adam.betts@freshfields.com

*Attorneys for Defendant Tensyr Limited*