**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| **Date** | **Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (3,036,389) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (1,950,002) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (1,049,999) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (400,001) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (303,980) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (249,998) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (175,002) | | |
| 4/15/1998 | HSBC Private Bank (Suisse) S.A. | (63,800) | | |
| 4/22/1998 | HSBC Private Bank (Suisse) S.A. | (249,998) | | |
| 6/16/1998 | HSBC Private Bank (Suisse) S.A. | (4,000,000) | | |
| 6/16/1998 | HSBC Private Bank (Suisse) S.A. | (576,576) | | |
| 8/17/1998 | HSBC Private Bank (Suisse) S.A. | (1,739,999) | | |
| 8/17/1998 | HSBC Private Bank (Suisse) S.A. | (359,998) | | |
| 9/1/1998 | HSBC Private Bank (Suisse) S.A. | (480,000) | | |
| 10/1/1998 | HSBC Private Bank (Suisse) S.A. | (1,189,109) | | |
| 10/1/1998 | HSBC Private Bank (Suisse) S.A. | (239,999) | | |
| 10/1/1998 | HSBC Private Bank (Suisse) S.A. | (199,998) | | |
| 10/13/1998 | HSBC Private Bank (Suisse) S.A. | (8,800,000) | | |
| 10/13/1998 | HSBC Private Bank (Suisse) S.A. | (250,748) | | |
| 11/12/1998 | HSBC Private Bank (Suisse) S.A. | (38,250,000) | | |
| 11/12/1998 | HSBC Private Bank (Suisse) S.A. | (115,795) | | |
| 11/12/1998 | HSBC Private Bank (Suisse) S.A. | (99,902) | | |
| 12/11/1998 | HSBC Private Bank (Suisse) S.A. | (4,685,000) | | |
| 1/13/1999 | HSBC Private Bank (Suisse) S.A. | (112,396) | | |
| 2/18/1999 | HSBC Private Bank (Suisse) S.A. | (208,067) | | |
| 3/17/1999 | HSBC Private Bank (Suisse) S.A. | (850,000) | | |
| 3/17/1999 | HSBC Private Bank (Suisse) S.A. | (105,000) | | |
| 4/23/1999 | HSBC Private Bank (Suisse) S.A. | (4,500,000) | | |
| 5/17/1999 | HSBC Private Bank (Suisse) S.A. | (166,588) | | |
| 6/11/1999 | HSBC Private Bank (Suisse) S.A. | (7,440,000) | | |
| 7/14/1999 | HSBC Private Bank (Suisse) S.A. | (84,935) | | |
| 8/13/1999 | HSBC Private Bank (Suisse) S.A. | (788,373) | | |
| 8/13/1999 | HSBC Private Bank (Suisse) S.A. | (104,906) | | |
| 9/16/1999 | HSBC Private Bank (Suisse) S.A. | (3,013,798) | | |
| 10/15/1999 | HSBC Private Bank (Suisse) S.A. | (496,820) | | |
| 10/15/1999 | HSBC Private Bank (Suisse) S.A. | (9,537) | | |
| 11/15/1999 | HSBC Private Bank (Suisse) S.A. | (390,000) | | |
| 1/13/2000 | HSBC Private Bank (Suisse) S.A. | (1,260,000) | | |
| 2/14/2000 | HSBC Private Bank (Suisse) S.A. | (9,280,000) | | |
| 3/15/2000 | HSBC Private Bank (Suisse) S.A. | (3,050,000) | | |
| 4/14/2000 | HSBC Private Bank (Suisse) S.A. | (3,622,606) | | |
| 4/14/2000 | HSBC Private Bank (Suisse) S.A. | (814,562) | | |
| 5/16/2000 | HSBC Private Bank (Suisse) S.A. | (100,875) | | |
| 5/16/2000 | HSBC Private Bank (Suisse) S.A. | (100,100) | | |
| 5/17/2000 | HSBC Private Bank (Suisse) S.A. | (2,500,000) | | |
| 6/15/2000 | HSBC Private Bank (Suisse) S.A. | (2,553,551) | | |
| 6/15/2000 | HSBC Private Bank (Suisse) S.A. | (204,340) | | |
| 7/17/2000 | HSBC Private Bank (Suisse) S.A. | (1,070,000) | | |
| 7/17/2000 | HSBC Private Bank (Suisse) S.A. | (507,521) | | |
| 8/16/2000 | HSBC Private Bank (Suisse) S.A. | (2,467,376) | | |
| 8/16/2000 | HSBC Private Bank (Suisse) S.A. | (1,800,000) | | |
| 9/18/2000 | HSBC Private Bank (Suisse) S.A. | (25,025) | | |
| 10/17/2000 | HSBC Private Bank (Suisse) S.A. | (3,000,000) | | |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| | | **Transfer** | **2-Year** | **6-Year** |
| **Date** | **Defendant** | **Amount** | **Transfers** | **Transfers** |
| 11/14/2000 | HSBC Private Bank (Suisse) S.A. | (1,300,000) | | |
| 11/14/2000 | HSBC Private Bank (Suisse) S.A. | (221,695) | | |
| 11/14/2000 | HSBC Private Bank (Suisse) S.A. | (124,430) | | |
| 12/1/2000 | HSBC Private Bank (Suisse) S.A. | (10,100,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (755,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (230,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (151,000) | | |
| 12/15/2000 | HSBC Private Bank (Suisse) S.A. | (2,914) | | |
| 12/27/2000 | HSBC Private Bank (Suisse) S.A. | (100,000) | | |
| 1/16/2001 | HSBC Private Bank (Suisse) S.A. | (900,000) | | |
| 1/16/2001 | HSBC Private Bank (Suisse) S.A. | (158,000) | | |
| 1/16/2001 | HSBC Private Bank (Suisse) S.A. | (104,602) | | |
| 2/15/2001 | HSBC Private Bank (Suisse) S.A. | (122,182) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (7,720,000) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (5,550,000) | | |
| 4/17/2001 | HSBC Private Bank (Suisse) S.A. | (4,543) | | |
| 5/3/2001 | HSBC Private Bank (Suisse) S.A. | (650,000) | | |
| 5/15/2001 | HSBC Private Bank (Suisse) S.A. | (922,402) | | |
| 7/12/2001 | HSBC Private Bank (Suisse) S.A. | (2,500,000) | | |
| 7/12/2001 | HSBC Private Bank (Suisse) S.A. | (231,454) | | |
| 7/12/2001 | HSBC Private Bank (Suisse) S.A. | (26,463) | | |
| 8/14/2001 | HSBC Private Bank (Suisse) S.A. | (112,334) | | |
| 9/18/2001 | HSBC Private Bank (Suisse) S.A. | (3,400,000) | | |
| 9/18/2001 | HSBC Private Bank (Suisse) S.A. | (1,355,220) | | |
| 10/12/2001 | HSBC Private Bank (Suisse) S.A. | (1,700,000) | | |
| 11/15/2001 | HSBC Private Bank (Suisse) S.A. | (24,747) | | |
| 12/17/2001 | HSBC Private Bank (Suisse) S.A. | (57,500) | | |
| 3/15/2002 | HSBC Private Bank (Suisse) S.A. | (100,000) | | |
| 4/15/2002 | HSBC Private Bank (Suisse) S.A. | (370,000) | | |
| 5/23/2002 | HSBC Private Bank (Suisse) S.A. | (1,652,819) | | |
| 5/23/2002 | HSBC Private Bank (Suisse) S.A. | (733,400) | | |
| 7/11/2002 | HSBC Private Bank (Suisse) S.A. | (25,000) | | |
| 8/13/2002 | HSBC Private Bank (Suisse) S.A. | (422,000) | | |
| 9/11/2002 | HSBC Private Bank (Suisse) S.A. | (67,000) | | |
| 11/13/2002 | HSBC Private Bank (Suisse) S.A. | (130,000) | | |
| 1/17/2003 | HSBC Private Bank (Suisse) S.A. | (34,000) | | (34,000) |
| 2/14/2003 | HSBC Private Bank (Suisse) S.A. | (916,000) | | (916,000) |
| 3/14/2003 | HSBC Private Bank (Suisse) S.A. | (1,120,000) | | (1,120,000) |
| 4/14/2003 | HSBC Private Bank (Suisse) S.A. | (160,000) | | (160,000) |
| 10/2/2003 | HSBC Private Bank (Suisse) S.A. | (200,000) | | (200,000) |
| 2/18/2004 | HSBC Private Bank (Suisse) S.A. | (304,236) | | (304,236) |
| 3/18/2004 | HSBC Private Bank (Suisse) S.A. | (286,575) | | (286,575) |
| 4/20/2004 | HSBC Private Bank (Suisse) S.A. | (103,736) | | (103,736) |
| 4/21/2004 | HSBC Private Bank (Suisse) S.A. | (116,039) | | (116,039) |
| 6/17/2004 | HSBC Private Bank (Suisse) S.A. | (1,948,594) | | (1,948,594) |
| 6/17/2004 | HSBC Private Bank (Suisse) S.A. | (60,570) | | (60,570) |
| 6/23/2004 | HSBC Private Bank (Suisse) S.A. | (925,000) | | (925,000) |
| 7/16/2004 | HSBC Private Bank (Suisse) S.A. | (249,247) | | (249,247) |
| 8/13/2004 | HSBC Private Bank (Suisse) S.A. | (29,890) | | (29,890) |
| 12/13/2004 | HSBC Private Bank (Suisse) S.A. | (241,020) | | (241,020) |
| 1/14/2005 | HSBC Private Bank (Suisse) S.A. | (311,730) | | (311,730) |
| 2/22/2005 | HSBC Private Bank (Suisse) S.A. | (219,100) | | (219,100) |
| 3/15/2005 | HSBC Private Bank (Suisse) S.A. | (644,443) | | (644,443) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 Date | Column 2 Defendant | Column 4 Transfer Amount | Column 5 2-Year Transfers | Column 6 6-Year Transfers |
|---|---|---|---|---|
| 4/14/2005 | HSBC Private Bank (Suisse) S.A. | (445,071) | | (445,071) |
| 5/13/2005 | HSBC Private Bank (Suisse) S.A. | (2,830,446) | | (2,830,446) |
| 5/13/2005 | HSBC Private Bank (Suisse) S.A. | (160,000) | | (160,000) |
| 6/15/2005 | HSBC Private Bank (Suisse) S.A. | (156,670) | | (156,670) |
| 7/15/2005 | HSBC Private Bank (Suisse) S.A. | (1,080,498) | | (1,080,498) |
| 9/6/2005 | HSBC Private Bank (Suisse) S.A. | (606,074) | | (606,074) |
| 9/15/2005 | HSBC Private Bank (Suisse) S.A. | (6,673,441) | | (6,673,441) |
| 9/15/2005 | HSBC Private Bank (Suisse) S.A. | (250,000) | | (250,000) |
| 9/15/2005 | HSBC Private Bank (Suisse) S.A. | (32,040) | | (32,040) |
| 10/14/2005 | HSBC Private Bank (Suisse) S.A. | (5,770,864) | | (5,770,864) |
| 10/14/2005 | HSBC Private Bank (Suisse) S.A. | (150,000) | | (150,000) |
| 10/14/2005 | HSBC Private Bank (Suisse) S.A. | (69,316) | | (69,316) |
| 11/17/2005 | HSBC Private Bank (Suisse) S.A. | (2,055,892) | | (2,055,892) |
| 11/17/2005 | HSBC Private Bank (Suisse) S.A. | (210,000) | | (210,000) |
| 12/19/2005 | HSBC Private Bank (Suisse) S.A. | (2,034,868) | | (2,034,868) |
| 12/19/2005 | HSBC Private Bank (Suisse) S.A. | (1,523,030) | | (1,523,030) |
| 12/19/2005 | HSBC Private Bank (Suisse) S.A. | (124,945) | | (124,945) |
| 1/19/2006 | HSBC Private Bank (Suisse) S.A. | (2,231,042) | | (2,231,042) |
| 1/19/2006 | HSBC Private Bank (Suisse) S.A. | (182,800) | | (182,800) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (2,977,224) | | (2,977,224) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (1,453,629) | | (1,453,629) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (938,453) | | (938,453) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (491,370) | | (491,370) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (50,000) | | (50,000) |
| 3/17/2006 | HSBC Private Bank (Suisse) S.A. | (111,393) | | (111,393) |
| 4/20/2006 | HSBC Private Bank (Suisse) S.A. | (867,195) | | (867,195) |
| 4/21/2006 | HSBC Private Bank (Suisse) S.A. | (1,949,616) | | (1,949,616) |
| 5/15/2006 | HSBC Private Bank (Suisse) S.A. | (6,021,110) | | (6,021,110) |
| 6/16/2006 | HSBC Private Bank (Suisse) S.A. | (1,553,339) | | (1,553,339) |
| 7/20/2006 | HSBC Private Bank (Suisse) S.A. | (633,759) | | (633,759) |
| 8/14/2006 | HSBC Private Bank (Suisse) S.A. | (304,177) | | (304,177) |
| 9/14/2006 | HSBC Private Bank (Suisse) S.A. | (380,402) | | (380,402) |
| 9/14/2006 | HSBC Private Bank (Suisse) S.A. | (296,244) | | (296,244) |
| 10/12/2006 | HSBC Private Bank (Suisse) S.A. | (829,096) | | (829,096) |
| 12/15/2006 | HSBC Private Bank (Suisse) S.A. | (879,587) | (879,587) | (879,587) |
| 1/16/2007 | HSBC Private Bank (Suisse) S.A. | (169,250) | (169,250) | (169,250) |
| 2/15/2007 | HSBC Private Bank (Suisse) S.A. | (356,632) | (356,632) | (356,632) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (2,469,622) | (2,469,622) | (2,469,622) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (265,081) | (265,081) | (265,081) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (154,948) | (154,948) | (154,948) |
| 3/16/2007 | HSBC Private Bank (Suisse) S.A. | (100,129) | (100,129) | (100,129) |
| 4/17/2007 | HSBC Private Bank (Suisse) S.A. | (1,632,985) | (1,632,985) | (1,632,985) |
| 5/16/2007 | HSBC Private Bank (Suisse) S.A. | (552,937) | (552,937) | (552,937) |
| 5/16/2007 | HSBC Private Bank (Suisse) S.A. | (551,144) | (551,144) | (551,144) |
| 6/15/2007 | HSBC Private Bank (Suisse) S.A. | (5,066,115) | (5,066,115) | (5,066,115) |
| 6/15/2007 | HSBC Private Bank (Suisse) S.A. | (30,000) | (30,000) | (30,000) |
| 7/2/2007 | HSBC Private Bank (Suisse) S.A. | (18,157,178) | (18,157,178) | (18,157,178) |
| 7/2/2007 | HSBC Private Bank (Suisse) S.A. | (2,147,930) | (2,147,930) | (2,147,930) |
| 7/19/2007 | HSBC Private Bank (Suisse) S.A. | (2,086,905) | (2,086,905) | (2,086,905) |
| 7/19/2007 | HSBC Private Bank (Suisse) S.A. | (422,790) | (422,790) | (422,790) |
| 7/19/2007 | HSBC Private Bank (Suisse) S.A. | (246,874) | (246,874) | (246,874) |
| 8/17/2007 | HSBC Private Bank (Suisse) S.A. | (1,198,875) | (1,198,875) | (1,198,875) |
| 8/17/2007 | HSBC Private Bank (Suisse) S.A. | (50,140) | (50,140) | (50,140) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 Date | Column 2 Defendant | Column 4 Transfer Amount | Column 5 2-Year Transfers | Column 6 6-Year Transfers |
|---|---|---|---|---|
| 9/19/2007 | HSBC Private Bank (Suisse) S.A. | (83,843) | (83,843) | (83,843) |
| 9/19/2007 | HSBC Private Bank (Suisse) S.A. | (30,000) | (30,000) | (30,000) |
| 10/16/2007 | HSBC Private Bank (Suisse) S.A. | (375,072) | (375,072) | (375,072) |
| 10/16/2007 | HSBC Private Bank (Suisse) S.A. | (267,834) | (267,834) | (267,834) |
| 11/19/2007 | HSBC Private Bank (Suisse) S.A. | (9,482,634) | (9,482,634) | (9,482,634) |
| 12/19/2007 | HSBC Private Bank (Suisse) S.A. | (2,010,126) | (2,010,126) | (2,010,126) |
| 12/19/2007 | HSBC Private Bank (Suisse) S.A. | (257,729) | (257,729) | (257,729) |
| 1/17/2008 | HSBC Private Bank (Suisse) S.A. | (1,665,884) | (1,665,884) | (1,665,884) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (453,859) | (453,859) | (453,859) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (156,329) | (156,329) | (156,329) |
| 3/18/2008 | HSBC Private Bank (Suisse) S.A. | (2,324,407) | (2,324,407) | (2,324,407) |
| 3/18/2008 | HSBC Private Bank (Suisse) S.A. | (124,648) | (124,648) | (124,648) |
| 4/14/2008 | HSBC Private Bank (Suisse) S.A. | (1,085,129) | (1,085,129) | (1,085,129) |
| 4/14/2008 | HSBC Private Bank (Suisse) S.A. | (170,690) | (170,690) | (170,690) |
| 5/15/2008 | HSBC Private Bank (Suisse) S.A. | (708,147) | (708,147) | (708,147) |
| 5/15/2008 | HSBC Private Bank (Suisse) S.A. | (113,265) | (113,265) | (113,265) |
| 6/17/2008 | HSBC Private Bank (Suisse) S.A. | (86,172) | (86,172) | (86,172) |
| 7/15/2008 | HSBC Private Bank (Suisse) S.A. | (113,089) | (113,089) | (113,089) |
| 7/15/2008 | HSBC Private Bank (Suisse) S.A. | (67,000) | (67,000) | (67,000) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (1,688,638) | (1,688,638) | (1,688,638) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (403,750) | (403,750) | (403,750) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (395,731) | (395,731) | (395,731) |
| 8/18/2008 | HSBC Private Bank (Suisse) S.A. | (107,833) | (107,833) | (107,833) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (1,290,953) | (1,290,953) | (1,290,953) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (1,016,176) | (1,016,176) | (1,016,176) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (715,985) | (715,985) | (715,985) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (294,358) | (294,358) | (294,358) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (109,694) | (109,694) | (109,694) |
| 9/16/2008 | HSBC Private Bank (Suisse) S.A. | (40,000) | (40,000) | (40,000) |
| 10/15/2008 | HSBC Private Bank (Suisse) S.A. | (1,007,591) | (1,007,591) | (1,007,591) |
| 10/15/2008 | HSBC Private Bank (Suisse) S.A. | (166,104) | (166,104) | (166,104) |
| 10/15/2008 | HSBC Private Bank (Suisse) S.A. | (66,193) | (66,193) | (66,193) |
| 11/18/2008 | HSBC Private Bank (Suisse) S.A. | (222,713) | (222,713) | (222,713) |
| 11/18/2008 | HSBC Private Bank (Suisse) S.A. | (25,875) | (25,875) | (25,875) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (3,715,885) | (3,715,885) | (3,715,885) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (726,181) | (726,181) | (726,181) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (323,042) | (323,042) | (323,042) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (163,015) | (163,015) | (163,015) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (103,592) | (103,592) | (103,592) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (93,810) | (93,810) | (93,810) |
| 11/19/2008 | HSBC Private Bank (Suisse) S.A. | (67,921) | (67,921) | (67,921) |
| | **Subtotal:** | **$ (283,291,567)** | **$ (68,860,015)** | **$ (122,174,197)** |
| 5/13/2005 | HSBC Bank USA, N.A | (168,857) | | (168,857) |
| 6/15/2005 | HSBC Bank USA, N.A | (566,376) | | (566,376) |
| 6/15/2005 | HSBC Bank USA, N.A | (44,698) | | (44,698) |
| 7/15/2005 | HSBC Bank USA, N.A | (1,354,043) | | (1,354,043) |
| 9/15/2005 | HSBC Bank USA, N.A | (55,875) | | (55,875) |
| 11/17/2005 | HSBC Bank USA, N.A | (584,994) | | (584,994) |
| 12/19/2005 | HSBC Bank USA, N.A | (792,989) | | (792,989) |
| 12/19/2005 | HSBC Bank USA, N.A | (319,382) | | (319,382) |

08-01789-cgm    Doc 23903-3    Filed 12/27/23    Entered 12/27/23 16:07:33    Exhibit C
Pg 5 of 6

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 Date | Column 2 Defendant | Column 4 Transfer Amount | Column 5 2-Year Transfers | Column 6 6-Year Transfers |
|---|---|---|---|---|
| 12/19/2005 | HSBC Bank USA, N.A | (113,555) | | (113,555) |
| 1/19/2006 | HSBC Bank USA, N.A | (1,495,058) | | (1,495,058) |
| 1/19/2006 | HSBC Bank USA, N.A | (1,026,976) | | (1,026,976) |
| 1/19/2006 | HSBC Bank USA, N.A | (179,411) | | (179,411) |
| 2/15/2006 | HSBC Bank USA, N.A | (2,922,356) | | (2,922,356) |
| 3/17/2006 | HSBC Bank USA, N.A | (4,786,140) | | (4,786,140) |
| 5/15/2006 | HSBC Bank USA, N.A | (1,202,874) | | (1,202,874) |
| 5/15/2006 | HSBC Bank USA, N.A | (258,055) | | (258,055) |
| 6/16/2006 | HSBC Bank USA, N.A | (2,191,799) | | (2,191,799) |
| 7/20/2006 | HSBC Bank USA, N.A | (628,888) | | (628,888) |
| 8/14/2006 | HSBC Bank USA, N.A | (1,131,137) | | (1,131,137) |
| 8/14/2006 | HSBC Bank USA, N.A | (56,115) | | (56,115) |
| 9/14/2006 | HSBC Bank USA, N.A | (921,808) | | (921,808) |
| 11/14/2006 | HSBC Bank USA, N.A | (205,296) | | (205,296) |
| 12/15/2006 | HSBC Bank USA, N.A | (129,720) | (129,720) | (129,720) |
| 1/16/2007 | HSBC Bank USA, N.A | (380,530) | (380,530) | (380,530) |
| 2/15/2007 | HSBC Bank USA, N.A | (688,900) | (688,900) | (688,900) |
| 3/16/2007 | HSBC Bank USA, N.A | (969,525) | (969,525) | (969,525) |
| 4/17/2007 | HSBC Bank USA, N.A | (329,959) | (329,959) | (329,959) |
| 4/17/2007 | HSBC Bank USA, N.A | (306,289) | (306,289) | (306,289) |
| 4/17/2007 | HSBC Bank USA, N.A | (231,285) | (231,285) | (231,285) |
| 4/17/2007 | HSBC Bank USA, N.A | (138,406) | (138,406) | (138,406) |
| 5/16/2007 | HSBC Bank USA, N.A | (2,721,854) | (2,721,854) | (2,721,854) |
| 6/15/2007 | HSBC Bank USA, N.A | (268,181) | (268,181) | (268,181) |
| 7/19/2007 | HSBC Bank USA, N.A | (42,948) | (42,948) | (42,948) |
| 8/17/2007 | HSBC Bank USA, N.A | (407,689) | (407,689) | (407,689) |
| 8/22/2007 | HSBC Bank USA, N.A | (500,000) | (500,000) | (500,000) |
| 9/19/2007 | HSBC Bank USA, N.A | (410,138) | (410,138) | (410,138) |
| 10/16/2007 | HSBC Bank USA, N.A | (322,121) | (322,121) | (322,121) |
| 11/19/2007 | HSBC Bank USA, N.A | (407,023) | (407,023) | (407,023) |
| 12/19/2007 | HSBC Bank USA, N.A | (69,587) | (69,587) | (69,587) |
| 12/19/2007 | HSBC Bank USA, N.A | (34,149) | (34,149) | (34,149) |
| 2/15/2008 | HSBC Bank USA, N.A | (190,048) | (190,048) | (190,048) |
| 2/15/2008 | HSBC Bank USA, N.A | (185,375) | (185,375) | (185,375) |
| 3/18/2008 | HSBC Bank USA, N.A | (220,396) | (220,396) | (220,396) |
| 4/14/2008 | HSBC Bank USA, N.A | (342,905) | (342,905) | (342,905) |
| 6/17/2008 | HSBC Bank USA, N.A | (484,618) | (484,618) | (484,618) |
| 7/15/2008 | HSBC Bank USA, N.A | (73,812) | (73,812) | (73,812) |
| 8/18/2008 | HSBC Bank USA, N.A | (66,720) | (66,720) | (66,720) |
| 11/18/2008 | HSBC Bank USA, N.A | (466,659) | (466,659) | (466,659) |
| 11/18/2008 | HSBC Bank USA, N.A | (193,248) | (193,248) | (193,248) |
| 11/18/2008 | HSBC Bank USA, N.A | (186,364) | (186,364) | (186,364) |
| | Subtotal: | $ (31,775,129) | $ (10,768,447) | $ (31,775,129) |
| 3/15/2000 | SICO Limited | (26,862) | | |
| 6/15/2000 | SICO Limited | (724,119) | | |
| 1/16/2001 | SICO Limited | (52,352) | | |
| 4/17/2001 | SICO Limited | (77,378) | | |
| 7/12/2001 | SICO Limited | (141,958) | | |
| 12/12/2002 | SICO Limited | (348,706) | | (348,706) |
| 12/12/2002 | SICO Limited | (101,854) | | (101,854) |

**EXHIBIT C**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SENTRY TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| | | **Transfer** | **2-Year** | **6-Year** |
| **Date** | **Defendant** | **Amount** | **Transfers** | **Transfers** |
| 1/17/2003 | SICO Limited | (260,204) | | (260,204) |
| 2/14/2003 | SICO Limited | (49,894) | | (49,894) |
| 3/14/2003 | SICO Limited | (551,933) | | (551,933) |
| 3/14/2003 | SICO Limited | (443,648) | | (443,648) |
| 4/14/2003 | SICO Limited | (198,220) | | (198,220) |
| 7/16/2003 | SICO Limited | (82,428) | | (82,428) |
| 7/16/2003 | SICO Limited | (77,189) | | (77,189) |
| 7/16/2003 | SICO Limited | (73,522) | | (73,522) |
| 8/15/2003 | SICO Limited | (384,083) | | (384,083) |
| 8/15/2003 | SICO Limited | (237,721) | | (237,721) |
| 8/15/2003 | SICO Limited | (32,628) | | (32,628) |
| 4/21/2004 | SICO Limited | (272,233) | | (272,233) |
| 6/15/2005 | SICO Limited | (218,244) | | (218,244) |
| 6/15/2005 | SICO Limited | (41,102) | | (41,102) |
| 7/15/2005 | SICO Limited | (151,736) | | (151,736) |
| 7/15/2005 | SICO Limited | (36,973) | | (36,973) |
| 8/15/2005 | SICO Limited | (62,576) | | (62,576) |
| 8/15/2005 | SICO Limited | (37,021) | | (37,021) |
| 9/15/2005 | SICO Limited | (1,003,146) | | (1,003,146) |
| 9/15/2005 | SICO Limited | (105,944) | | (105,944) |
| 9/15/2005 | SICO Limited | (60,388) | | (60,388) |
| 9/15/2005 | SICO Limited | (58,810) | | (58,810) |
| 10/14/2005 | SICO Limited | (41,889) | | (41,889) |
| 1/19/2006 | SICO Limited | (94,607) | | (94,607) |
| 1/19/2006 | SICO Limited | (26,468) | | (26,468) |
| 2/15/2006 | SICO Limited | (366,670) | | (366,670) |
| 3/17/2006 | SICO Limited | (84,355) | | (84,355) |
| 7/20/2006 | SICO Limited | (41,163) | | (41,163) |
| 8/14/2006 | SICO Limited | (34,344) | | (34,344) |
| 8/14/2006 | SICO Limited | (11,611) | | (11,611) |
| 9/14/2006 | SICO Limited | (781,338) | | (781,338) |
| 9/14/2006 | SICO Limited | (427,670) | | (427,670) |
| 10/12/2006 | SICO Limited | (108,041) | | (108,041) |
| 12/15/2006 | SICO Limited | (3,400,000) | (3,400,000) | (3,400,000) |
| 3/16/2007 | SICO Limited | (86,785) | (86,785) | (86,785) |
| 3/16/2007 | SICO Limited | (34,654) | (34,654) | (34,654) |
| 4/17/2007 | SICO Limited | (605,312) | (605,312) | (605,312) |
| 4/17/2007 | SICO Limited | (18,377) | (18,377) | (18,377) |
| 6/15/2007 | SICO Limited | (1,200,000) | (1,200,000) | (1,200,000) |
| 7/2/2007 | SICO Limited | (2,139,067) | (2,139,067) | (2,139,067) |
| 7/19/2007 | SICO Limited | (245,855) | (245,855) | (245,855) |
| 7/19/2007 | SICO Limited | (37,542) | (37,542) | (37,542) |
| 1/17/2008 | SICO Limited | (109,994) | (109,994) | (109,994) |
| 2/15/2008 | SICO Limited | (209,295) | (209,295) | (209,295) |
| | **Subtotal:** | **$ (16,017,911)** | **$ (8,086,882)** | **$ (14,995,241)** |
| | **Grand Total:** | **$ (331,084,607)** | **$ (87,715,344)** | **$ (168,944,568)** |