**EXHIBIT E**
**SUBSEQUENT TRANSFERS FROM FAIRFIELD SIGMA TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| **Date** | **Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 2/26/2001 | HSBC Private Bank (Suisse) S.A. | (48,622) | | |
| 10/23/2001 | HSBC Private Bank (Suisse) S.A. | (45,588) | | |
| 11/13/2002 | HSBC Private Bank (Suisse) S.A. | (20,024) | | |
| 5/14/2003 | HSBC Private Bank (Suisse) S.A. | (28,723) | | (28,723) |
| 4/27/2004 | HSBC Private Bank (Suisse) S.A. | (23,086) | | (23,086) |
| 8/20/2004 | HSBC Private Bank (Suisse) S.A. | (78,125) | | (78,125) |
| 11/23/2005 | HSBC Private Bank (Suisse) S.A. | (144,623) | | (144,623) |
| 2/15/2006 | HSBC Private Bank (Suisse) S.A. | (124,557) | | (124,557) |
| 4/21/2006 | HSBC Private Bank (Suisse) S.A. | (276,989) | | (276,989) |
| 4/21/2006 | HSBC Private Bank (Suisse) S.A. | (65,108) | | (65,108) |
| 5/24/2006 | HSBC Private Bank (Suisse) S.A. | (75,130) | | (75,130) |
| 12/18/2007 | HSBC Private Bank (Suisse) S.A. | (153,463) | (153,463) | (153,463) |
| 1/22/2008 | HSBC Private Bank (Suisse) S.A. | (490,413) | (490,413) | (490,413) |
| 1/22/2008 | HSBC Private Bank (Suisse) S.A. | (235,133) | (235,133) | (235,133) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (453,134) | (453,134) | (453,134) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (227,073) | (227,073) | (227,073) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (105,968) | (105,968) | (105,968) |
| 2/15/2008 | HSBC Private Bank (Suisse) S.A. | (63,525) | (63,525) | (63,525) |
| 3/17/2008 | HSBC Private Bank (Suisse) S.A. | (3,128,885) | (3,128,885) | (3,128,885) |
| 4/18/2008 | HSBC Private Bank (Suisse) S.A. | (162,255) | (162,255) | (162,255) |
| 4/18/2008 | HSBC Private Bank (Suisse) S.A. | (155,069) | (155,069) | (155,069) |
| 4/21/2008 | HSBC Private Bank (Suisse) S.A. | (8,898) | (8,898) | (8,898) |
| 8/15/2008 | HSBC Private Bank (Suisse) S.A. | (759,958) | (759,958) | (759,958) |
| 8/15/2008 | HSBC Private Bank (Suisse) S.A. | (494,594) | (494,594) | (494,594) |
| 11/21/2008 | HSBC Private Bank (Suisse) S.A. | (1,813,559) | (1,813,559) | (1,813,559) |
| | **Total:** $ | **(9,182,501)** $ | **(8,251,927)** $ | **(9,068,267)** |