Exhibit F

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| GREENWICH SENTRY LP C/O FAIRFIELD GREENWICH GROUP | 1G0092 |