**EXHIBIT H**
**SUBSEQUENT TRANSFERS FROM GREENWICH SENTRY TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| | | **Transfer** | **2-Year** | **6-Year** |
| **Date** | **Defendant** | **Amount** | **Transfers** | **Transfers** |
| 8/14/2008 | HSBC USA, Inc. | (13,000,000) | (13,000,000) | (13,000,000) |
| | Total: $ | (13,000,000) $ | (13,000,000) $ | (13,000,000) |