Exhibit I

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| RYE SELECT BROAD MKT FUND LP C/O TREMONT PARTNERS | 1T0027 |
| RYE SELECT BROAD MARKET PORTFOLIO LIMITED | 1FR080 |
| RYE SELECT BROAD MARKET INSURANCE PORTFOLIO LDC | 1FR010 |