**EXHIBIT M**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET FUND LP TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| | | **Transfer** | **2-Year** | **6-Year** |
| **Date** | **Defendant** | **Amount** | **Transfers** | **Transfers** |
| 9/4/2007 | HSBC Bank USA, N.A | (50,000,000) | (50,000,000) | (50,000,000) |
| | Subtotal: | $ (50,000,000) | $ (50,000,000) | $ (50,000,000) |
| 7/2/2008 | HSBC USA, Inc. | (13,500,000) | (13,500,000) | (13,500,000) |
| | Subtotal: | $ (13,500,000) | $ (13,500,000) | $ (13,500,000) |
| | Grand Total: | $ (63,500,000) | $ (63,500,000) | $ (63,500,000) |