**EXHIBIT N**

**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET PORTFOLIO LIMITED TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| **Date** | **Defendant** | **Transfer Amount** | **2-Year Transfers** | **6-Year Transfers** |
| 9/21/2006 | HSBC Bank plc / HSBC Bank PLC London | (206,901) | | (206,901) |
| 10/3/2006 | HSBC Bank plc / HSBC Bank PLC London | (195,000) | | (195,000) |
| 12/1/2008 | HSBC Bank plc / HSBC Bank PLC London | (15,900,000) | (15,900,000) | (15,900,000) |
| | Total: | $ (16,301,901) | $ (15,900,000) | $ (16,301,901) |