**EXHIBIT O**
**SUBSEQUENT TRANSFERS TO RYE SELECT BROAD MARKET XL PORTFOLIO LTD**

| Date | Transferor | Amount |
|---|---|---:|
| 11/1/2006 | Rye Select Broad Market Portfolio Ltd. | (22,000,000) |
| 1/2/2007 | Rye Select Broad Market Portfolio Ltd. | (10,000,000) |
| 1/2/2007 | Rye Select Broad Market Portfolio Ltd. | (10,000,000) |
| 8/1/2007 | Rye Select Broad Market Portfolio Ltd. | (6,550,000) |
| 8/28/2007 | Rye Select Broad Market Portfolio Ltd. | (6,550,000) |
| 9/4/2007 | Rye Select Broad Market Portfolio Ltd. | (8,000,000) |
| 1/2/2008 | Rye Select Broad Market Portfolio Ltd. | (7,297,644) |
| 1/2/2008 | Rye Select Broad Market Portfolio Ltd. | (3,016,051) |
| 1/3/2008 | Rye Select Broad Market Portfolio Ltd. | (2,356) |
| 1/30/2008 | Rye Select Broad Market Portfolio Ltd. | (500,000) |
| 4/15/2008 | Rye Select Broad Market Portfolio Ltd. | (156,516) |
| 4/16/2008 | Rye Select Broad Market Portfolio Ltd. | (160,346) |
| 4/16/2008 | Rye Select Broad Market Portfolio Ltd. | (65,660) |
| | **Subtotal:** $ | **(74,298,573)** |

| Date | Transferor | Amount |
|---|---|---:|
| 8/31/2006 | Rye Select Broad Market Insurance Portfolio LDC | (10,000,000) |
| 1/2/2008 | Rye Select Broad Market Insurance Portfolio LDC | (318,000) |
| | **Subtotal:** $ | **(10,318,000)** |
| | **Grand Total:** $ | **(84,616,573)** |