**EXHIBIT P**
**SUBSEQUENT TRANSFERS FROM RYE SELECT BROAD MARKET XLP LTD TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| | | **Transfer** | **2-Year** | **6-Year** |
| **Date** | **Defendant** | **Amount** | **Transfers** | **Transfers** |
| 9/4/2007 | HSBC Bank plc / HSBC Bank PLC London | (28,000,000) | (28,000,000) | (28,000,000) |
| 10/1/2007 | HSBC Bank plc / HSBC Bank PLC London | (20,000,000) | (20,000,000) | (20,000,000) |
| 8/1/2008 | HSBC Bank plc / HSBC Bank PLC London | (5,000,000) | (5,000,000) | (5,000,000) |
| | Total: | $ (53,000,000) | $ (53,000,000) | $ (53,000,000) |