**EXHIBIT S**
**SUBSEQUENT TRANSFERS FROM HARLEY TO DEFENDANTS**

| Column 1 | Column 2 | Column 4 | Column 5 | Column 6 |
|---|---|---|---|---|
| Date | Defendant | Transfer Amount | 2-Year Transfers | 6-Year Transfers |
| 11/25/2008 | HSBC Bank plc / HSBC Bank PLC London | (3,599,960) | (3,599,960) | (3,599,960) |
| 12/9/2008 | HSBC Bank plc / HSBC Bank PLC London | (12,000,000) | (12,000,000) | (12,000,000) |
| | Total: | $ (15,599,960) | $ (15,599,960) | $ (15,599,960) |