**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (CGM) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 09-01364 (CGM) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, HSBC BANK USA, N.A., HSBC USA, INC., and HSBC PRIVATE BANK (SUISSE) S.A., | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01005 (CGM) |
| Plaintiff, | |

1

v.

SICO LIMITED,

        Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2023, the Second Amended Complaint was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail, postage prepaid and properly addressed to those parties as set forth on the attached Schedule A.

Date: December 27, 2023
      New York, New York

By: */s/ Oren J. Warshavsky*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff*

## SCHEDULE A

**Pro Se Defendants**

Inter Asset Management Inc.
British Virgin Islands

**Defendant Counsel**

David Z. Schwartz
Joseph M. Kay
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dschwartz@cgsh.com
Email: jkay@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank plc, HSBC Bank USA, N.A, HSBC Private Bank (Suisse) S.A.

Douglas A. Amedeo
Todd E. Duffy
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Email: tduffy@duffyamedeo.com
Attorney For: Alpha Prime Fund Limited

Frank Velie
John Kortmansky
Julie Capehart
BraunHagey & Borden LLP
Email: velie@braunhagey.com
Email: kortmansky@braunhagey.com
Email: capehart@braunhagey.com
Attorney For: BA Worldwide Fund Management Ltd.

Nowell D. Bamberger
Cleary Gottlieb Steen & Hamilton LLP
Email: nbamberger@cgsh.com
Attorney For: HSBC Bank plc, HSBC Bank USA, N.A, HSBC Private Bank (Suisse) S.A., HSBC USA Inc., SICO Limited

**Notices of Appearance**

Lauren K. Handelsman
Lindsay A. Bush
Binder & Schwartz LLP
Email: lhandelsman@binderschwartz.com
Email: lbush@binderschwartz.com

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com