**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff,<br><br>     Plaintiff,<br><br>   v.<br><br>FRANK J. AVELLINO, *et al.*,<br><br>     Defendants. | Adv. Pro. No. 10-05421 (CGM) |

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**
**RACHEL A. ROSENTHAL, RACHEL ANNE ROSENTHAL TRUST U/A**
**DATED JUNE 29, 1990, AND RACHEL ANNE ROSENTHAL TRUST #3**
**FROM ADVERSARY PROCEEDING WITHOUT PREJUDICE**

  WHEREAS, on December 10, 2010, Irving H. Picard, as trustee (the "Trustee") for the

liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated chapter 7 estate

of Bernard L. Madoff commenced this adversary proceeding (the "Adversary Proceeding") against Defendants Rachel A. Rosenthal a/k/a Rachel Liersch, Rachel Anne Rosenthal Trust U/A dated June 29, 1990, and Rachel Anne Rosenthal Trust #3 (upon information and belief, also known as the Rachel Anne Rosenthal Trust Number 2 U/A dated June 24, 1992) (collectively, "Defendants"), as well as other defendants, by filing his Complaint (ECF No. 1).

WHEREAS, on November 24, 2014, the Trustee filed his Amended Complaint against Defendants and other defendants (collectively, the "Avellino Defendants") (ECF No. 86).

WHEREAS, on January 28, 2015, the Avellino Defendants, including Defendants, filed a motion to dismiss the Amended Complaint (the "Motion to Dismiss") (ECF No. 88).

WHEREAS, on August 5, 2016, the Court issued an Order granting in part and denying in part the Avellino Defendants' Motion to Dismiss (ECF No. 117).

WHEREAS, on November 2, 2016, Defendants filed an Answer to the Amended Complaint (ECF No. 139, 143).

WHEREAS, on August 23, 2022, the Court entered its order granting the Trustee's motion for partial summary judgment (ECF No. 279).

WHEREAS, Defendants and the Trustee have engaged in extensive settlement discussions.

WHEREAS, Defendants and the Trustee have reached a compromise and resolution of their disputes without any admission of liability, alleged wrongdoing or any issue of fact or law.

IT IS HEREBY agreed and stipulated between the Trustee and Defendants (together, the "Parties"), through their respective counsel, as follows:

1. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 (Case No. 08-01789, Dkt. No. 3181), the Parties entered into a Settlement Agreement

2

and Release, dated December 22, 2023 (the "Settlement Agreement"), the terms of which are confidential.

2. Pursuant to the terms of the Settlement Agreement, and in accordance with Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismiss the Trustee's claims against Defendants in the above-captioned adversary proceeding, to resolve all Defendants' customer claims against the BLMIS estate, and to dismiss the adversary proceeding against Defendants without prejudice and without costs.

3. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

4. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed DocuSign, facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

5. The Bankruptcy Court shall retain jurisdiction over this stipulation.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

6. Upon the dismissal of Defendants, the caption of the Adversary Proceeding is hereby amended to delete Defendants from the caption. The amended caption shall appear as indicated in Exhibit A to this Stipulation.

Date: December 26, 2023
New York, New York

/s/ Esterina Giuliani
**BAKER & HOSTETLER LLP**
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

/s/ Gary A. Woodfield
**NASON YEAGER GERSON HARRIS & FUMERO, P.A.**
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410
Tel: (561) 686-3307
Facsimile: (561) 686-5442
Gary A. Woodfield
Email: gwoodfield@nasonyeager.com

*Attorney for Defendants*

**SO ORDERED.**



**Dated: December 28, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**